UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation | MDL No. 1431

This Document Relates to All Actions | Pretrial Order No. 62

---

Based on the submissions of counsel, the Court hereby GRANTS Plaintiffs' Expedited Motion for a Stay of the Enforcement of PTO No. 61.

PTO No. 61 is hereby stayed until the earlier of 1) the Court's ruling on Plaintiffs' Motion for Class Certification; or 2) the Court's ruling on Plaintiffs' Motion to Reconsider PTO No. 61.

Date: 2-11-03

Michael J. Davis
United States District Court

FEB 11 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK