UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 65

---

IT IS HEREBY ORDERED that:

1. The matters of Elizabeth Darsie, et al. v. Bayer et al., Civ. No. 03-1155 (MJD/JGL) and Newville v. Bayer, et al., Civ. No. 03-1004 (MJD/JGL) are set for trial commencing June 6, 2002. All pretrial matters are referred to Magistrate Judge Jonathan Lebedoff.

Date: February 28, 2003

Michael J. Davis
United States District Court

FEB 28 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK