UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Order

---

The New York Times Company has filed a motion to intervene for purposes of modifying the existing protective order, PTO 24. Oral argument on this motion will be heard at the next status conference, scheduled for April 15, 2003 at 1:30 p.m. The parties shall set a briefing schedule to ensure that all briefs are filed on or before April 11, 2003.

Date: March 21, 2003

Michael J. Davis
United States District Court

MAR 21 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK