UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

ALL CASES

STIPULATION AND PROPOSED ORDER

WHEREAS following the Court's ruling of March 21, 2003, on Plaintiffs' Motion to Compel Production of Certain Bayer Corporation and Bayer A.G. Documents, the parties have engaged in ongoing negotiations in an attempt to narrow the number and scope of additional privilege issues that will need to be presented to the Court for decision; and

WHEREAS counsel have met and conferred regarding the issues raised by plaintiffs with respect to approximately 1400 of the approximately 2400 documents listed on the log for withheld documents served by Bayer A.G. on March 6, 2003; and

WHEREAS counsel have reached an agreement concerning a resolution of the majority of those issues; it is therefore

STIPULATED AND AGREED that:

1. Defendants have further reviewed the documents at issue and have agreed to provide plaintiffs with copies of approximately 200 of said documents;

FILED APR 2 [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendants have agreed to redact portions of approximately 500 of the documents at issue and will provide copies of those redacted documents to plaintiffs upon entry of the Stipulation by the Court. The production of such documents does not constitute a waiver of any privilege claims by defendants, and that plaintiffs retain the right to challenge the need for or extent of any such redactions;

3. Plaintiffs agree not to challenge, at this time, approximately 500 documents which are currently of concern to plaintiffs solely on the basis of work product claims, where those documents are also subject to claims of attorney client privilege that are not being challenged at this time; without waiving plaintiffs' right to make later challenges to the withholding of these documents; and

4. Plaintiffs agree not to challenge any documents which relate solely to intellectual property such as licensing (for territories outside the United States), patent or trademark issues, foreign contract negotiations and U.S. price relates contract negotiations, without waiving plaintiffs' right to make later challenges to the withholding of these documents.

5. Plaintiffs and defendants agree to continue to meet and confer in an attempt to resolve as many additional remaining issues as possible.

Dated: April 16, 2003

Bayer Corporation and Bayer A.G.

By: ______________________

Peter W. Sipkins (#101540)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN
PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
SIDLEY AUSTIN BROWN &
WOOD
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

April 17, 2003

Plaintiffs' Steering Committee

By: [signature]

Robert K. Shelquist, Esq.
LOCKRIDGE GRINDAL NAUEN
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401

Shawn M. Reiter, Esq.
LARSON & KING, LLP
1500 Landmark Tower
345 St. Peter Street
St. Paul, MN 55102

Ronald S. Goldser
ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

---

This Document Relates to:

ALL CASES

---

PROPOSED ORDER

The above Stipulation is hereby approved.

Honorable Jonathan G. Lebedoff
Magistrate Judge
United States District Court