UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates to All Actions — Pretrial Order No. 86

---

The July status conference is scheduled for July 15 and 16, at 10:00 a.m. in Courtroom 14E, 300 S. 4th Street, Minneapolis, Minnesota.

Date: 6-25-03

Michael J. Davis
United States District Court

FILED 6·25·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________