E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE BAYCOL PRODUCTS LITIGATION** | : : : : | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to All Actions** | : | |

**SUPPLEMENT TO HKJ PLAINTIFFS COMMENTS AND/OR OBJECTIONS REGARDING PROPOSED ORDER (NARROWING PROPOSAL)**

NOW APPEARS Harrison, Kemp & Jones, counsel of record, and hereby submit the following supplement to HKJ Plaintiffs Comments and/or Objections Regarding the Proposed "narrowing order" by providing examples of case specific examples as follows:

1. ***Howard Stringer, MDL Docket No. 02-CV-1249***

Howard Stringer was prescribed Baycol .04 mg. for treatment of hyperlipidemia on March 1, 2001. On April 21, 2001 his Baycol dosage was increased to .08 mg. Within three to four weeks Mr. Stringer developed severe myalgias. He was sent for blood work which revealed a **CPK level of 10,805, SGOT of 509 ad SGPT of 197.** His medical records as of May 21, 2001 indicated "Elevation of CPK with myalgias and elevation of liver funct ion tests. Patient will discontinue Baycol completely and will not go back on it." On June 21, 2001, Mr. Stringer returned to his medical doctor who stated in his assessment "1. Hyperlipidemia. 2. Elevated liver function and myalgias secondary to Baycol." (Attached hereto as Exhibit 1 - Medical Records of Howard Stringer). Although plaintiff Stringer meets all the criteria of the proposed "Narrowing Order", his case is a good example of why elevated AST and ALT should also be criteria because of liver function concerns.

2. ***Susan Chester, Fed. Docket No. CV-S-03-1350; case transferred to MDL, case number pending***

Susan Chester was prescribed Baycol .04 mg. on April 6, 2001 which was discontinued the end of August 2001 due to chest, shoulder and arm pain and parensthesias of the left leg. On September 4, 2001, Ms. Chester was admitted to Seton Medical Center and a complete work up was performed to rule out heart related problems. Discharge summary stated "It was felt she had no

HARRISON, KEMP, & JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

HARRISON, KEMP, & JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

ongoing cardiac problem at this time. .... A neuro logic work up and evaluation was performed ....who felt the problem was likely musculoskeletal" On September 10, 2001 Ms. Chester was again seen by her family doctor who noted "The pain is quite severe and makes it difficult for patient to do much of anything at this time. The pain again is located over the left scapula. It extends down the left arm. There is sometimes associated paresthesias. The patient denies any weakness. The patient also complains of occasional episodes of paresthesias located on the inner left thigh." On October 25, 2001, an additional progress notes stated "Baycol was discontinued [in August 2001] chest pain improved and heachaches improved. (Attached hereto as Exhibit 2 - Medical Records of Susan Chester). Plaintiff Chester is an example of why the August 8 date as a trigger for different procedures is problematic because the date in August that she discontinued Baycol is not clear.

3. ***Eldon Janssen, MDL Docket No. 03-CV-1113***

Eldon Janssen was prescribed Baycol on December 30, 1998 through August 2001 On August 14, 2001 Mr. Janssen called his medical provider to request his medication (Baycol) be changed due to muscle pain and weakness. On October 10, 2001 it was noted in Mr. Janssen's medical records that "Patient currently taking Zocor. Started 6 weeks ago. Switched from Baycol. Muscle pain and weakness. On Oct ober 11, 2001, his medical records further indicate "Spoke to patient about good lipid panel since change from Baycol to Zocor. Muscle weakness, pain upper leg gone. (Attached hereto as Exhibit 3 - Medical Records of Eldon Janssen). Plaintiff Janssen is a good example of a case where the vague terms "sudden onset" become problematic even though the medical records clearly document muscle problems because of Baycol.

4. ***Alfonso Sargent, Fed. Docket No. CV-S-03-1112; case transferred to MDL, case number pending***

Alfonso Sargent was prescribed Baycol on April 30, 1999 and ultimately switched from Baycol to Zocor in April of 2001 due to elevated liver enzynes. (Attached hereto as Exhibit 4 - Medical Records of Alfonso Sargent). Plaintiff Sargent is a good example of why elevated AST and ALT should be a criteria because of liver function concerns.

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

HARRISON, KEMP, & JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89109
(702) 385-6000
Fax (702) 385-6001

5. ***Cinda Reed, MDL Docket No. 01-CV-1324.***

Cinda Reed was prescribed Baycol on March 7, 2001 and discontinued Baycol in June, 2001 due to elevated liver enzynes. On June 19, 2001, her physician stated "Liver functions abnormal. Had to stop Baycol... Repeat liver functions.....Patient is not to take statins until we give her the okay. (Attached hereto as Exhibit 5 - Medical Records of Cinda Reed). Plaintiff Reed is a good example of why elevated AST and ALT should be a criteria because of liver function concerns.

6. ***Stanley Greenwald, MDL Docket No. 03-CV-1130; case transferred to MDL, case number pending.***

Stanley Greenwald was prescribed Baycol from February 1, 2001 until August, 2001 at which time it was discontinued. A review of the medical records obtained for Mr. Greenwald while on Baycol reflect no documented complaints of muscle weakness. (Attached hereto as Exhibit 6 - Medical Records of Stanley Greenwald). However, Greenwald has repeatedly complained of muscle weakness while taking Baycol. Plaintiff Greenwald is a good example of a plaintiff insured by a HMO where patients have incomplete medical records that do not comply with the stringent standard of the "narrowing order."

DATED this _____ day of February, 2004

Respectfully submitted by:

HARRISON, KEMP & JONES

Original Signature on File with Filing Attorney

______________________________
WILL KEMP, ESQ.
Nevada Bar #001205
3800 Howard Hughes Center, 17th Floor
Las Vegas, Nevada 89109