E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

05/21/01 Stringer, Howard
S- Patient had been on 0.4 mg. of Baycol and on 04/23 Dr. Moasis increased him to 0.8 mg. About three weeks after that, he developed severe myalgias and stopped the Baycol and went to the laboratory and had some laboratory studies done yesterday. His SGOT is 509 and SGPT in 197. It had been 9 and 18 just two months ago on 0.4 mg. of Baycol. His CPK had gone up to 10,805.
O- Weight- lb. BP- . P- .

A- 1. **Elevation of CPK with myalgias and elevation of liver function tests.**

P- Patient will discontinue Baycol completely and will not go back on it at this time. He was told not to take Baycol and/or Lipitor. Return in one month. He was instructed to repeat his blood work in one week with a CPK and if normal, to wait an additional month until we might consider placing him on Wellchol. AB/ld

05/30/01 Stringer, Howard
S- Patient returns for follow up. He repeated his cholesterol and it is 223, triglycerides are 187, HDL is 31 and CPK is 79. Liver functions are all back to normal. This was with discontinuation of the Baycol. He did call his cardiologist who told him to go back on 0.4 mg. of Baycol, but he was somewhat concerned about doing that.
O- Weight- lb. BP- 122/80. P- .
A- 1. Diffuse myalgias c̄ ↑ CPK / ↑ LFT's 2° Baycol.
P- AB/ld D/c Baycol. Welchol 625 3 TID

06/21/01 Stringer, Howard
S- Patient is doing okay on Welchol three tablets bid.
O- Weight- 177 lb. BP- 110/70. P- 90.
Lungs- clear. Heart- regular rate and rhythm.

A- 1. **Hyperlipidemia. 2. Elevated liver functions and myalgias secondary to Baycol.**

P- Patient will continue the Welchol three tablets bid. Return as directed. AB/ld

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431

08/07/00 Stringer, Howard
S- Patient is being admitted to Sunrise Hospital with a hemorrhagic infarct on Coumadin. He will need to have that reversed with FFP on neurological consultation.
O- Weight- lb. BP- . P- .

P- As noted above. Return as directed. AB/ld

08/18/00 Stringer, Howard
S- Patient returns for follow up after a 2 cm left upper lobe bleed. I discussed with his wife about the fact that he becomes quite anxious and irritated and thinks that he needs some mild tranquilizers to keep his blood pressure down.
O- Weight- 187 lb. BP- 110/76. P- 70.
Lungs- clear. Heart- regular rate and rhythm. Neurologically, the patient is intact.

**A- 1. S/P left temporal lobe bleed S/P cerebral angiogram.**

P- Patient is going to follow up with a CT scan next month. We will keep him off aspirin and anticoagulation Coumadin permanently. Return as directed. AB/ld

03/22/01 Stringer, Howard
S- Patient is complaining of a cough, cold and congestion for the past several days. He went on Claritin and Flonase, but did not seem to help.
O- Weight- 190 lb. BP- 124/74. P- 80.
Lungs- clear. Heart- regular rate and rhythm.

**A- 1. Upper respiratory infection.**

P- Amoxicillin 500 mg. tid. He is presently taking two baby aspirin per day as well as Plavix. Next time with his blood workup, we will go ahead and check a CBC. He is presently on Baycol rather than Lipitor due myalgias. Return as directed. AB/ld

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

10/19/99 Stringer, Howard
S- Patient is complaining of some right-sided flank pain, which began this morning and was associated with some nausea and vomiting, excessive gas and belching. Patient has no known history of kidney stones, but was wondering if this is what it could be. He does have a history of back pain, however due to recent back surgery and he has been doing some heavy lifting recently.
O- Weight- 191 lb. BP- 150/90. P- 82.
Examination of his back revealed some right flank tenderness to be present. Assessment of his urine showed 2+ blood.

**A- 1. Possible right nephrolithiasis.**

P- Patient will do a KUB, laboratory tests, urinalysis and a culture. Will start on Keflex 500 mg. tid. Will obtain a strainer for his urine. Return in three days. Will also do an ultrasound. AB/ld

10/22/99 Stringer, Howard
S- Patient returns for follow up. He states that he felt so much better just taking one Lortab. The pain went away. He thinks he may have passed a kidney stone, but he is not sure. His KUB showed some calcifications on the left. Ultrasound did not show anything except some mild right hydronephrosis, which is where is pain was.
O- Weight- lb. BP- . P- .
On exam today, his urine is still positive 3+ for blood.

**A- 1. Probable nephrolithiasis with possible passage of stone.**

P- Patient will be referred to a urologist and will see me back in one month. AB/ld

11/22/99 Stringer, Howard
S- Patient went to see Dr. Kaplan and had an IVP performed, which showed that he has a high-grade obstruction on the right kidney located at the ureteropelvic junction, which is causing severe right hydronephrosis. He is scheduled for a lithotripsy on Friday, 11/26/99. He is having no problems at this time.
O- Weight- 186 lb. BP- 120/88. P- 86.
Lungs- clear. Heart- regular rate and rhythm.

**A- 1. Right EPJ obstruction for lithotripsy. 2. History of coronary artery disease, S/P angioplasty and stent. 3. History of pacemaker on chronic Coumadin.**

P- Patient will discontinue his Coumadin three days prior to the procedure. He is going to see me back in three months. He will check with Dr. Moazez. AB/ld

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Arlene Bumbaca, M.D.
Board Certified, Internal Medicine

2700 E. Sunset Road, Suite D-34
Las Vegas, Nevada 89120
(702) 736-2021

STRINGER, HOWARD

7/10/92

CHIEF COMPLAINT: Here for physical assessment.

HISTORY OF PRESENT ILLNESS: The patient is a 69-year-old white male who states he has been in good health all of his life. He has been seen at Health Plan of Nevada, no longer with them and now on his wife's insurance. He states that he was most recently placed on Mevacor therapy for cholesterol of 258. He apparently could not tolerate the Questran. His Mevacor is increased to 40 mg when his cholesterol 217, apparently they felt because he still had a low HDL. He was wondering if he needed to be on that much Mevacor as last the cholesterol was below 200. He is very active, he does aerobics five times a week, low impact. He has been a jogger in the past as well as a boxer. He had no symptoms of chest pain or shortness of breath. He does have a history of colonic polyps and has colonoscopies every three years. Also the history of an enlarged prostate for which he was most recently evaluated by a urologist at Health Plan of Nevada and was told he needed to have yearly rectal exams but they felt he had benign prostatic hypertrophy. He has had no symptoms unless he takes antihistamines.

PAST MEDICAL HISTORY: 1946 tonsillectomy, 1952 hernia repair, 1963 heel spur, 1973 nodules on the palms of his hands, 1945 hepatitis.

FAMILY HISTORY: Mother died at age 92 from old age. She had lost her eyesight secondary to glaucoma. Father died at age 84 of cancer of the bowel. He has one sibling who died of kidney failure and one who is still living.

SOCIAL HISTORY: He is recently married. His first wife is deceased. He had been married for 44 years. He has one son and one daughter.

REVIEW OF SYSTEMS: Essentially unremarkable other than the history of colonic polyps apparently removed in 1982 and 1984, negative colonoscopies in 1986, 1988 and May of 1990. He has no other problems except for some dryness on his nose and his right foot and scaling for which he uses Corticane.

ALLERGIES: Declamycin.

MEDICATIONS: Mevacor 40 mg a day, one aspirin per day and Corticane.

PHYSICAL EXAMINATION: Height 67-1/2 inches, weight 160 pounds, BP 120/74, pulse 70. HEENT - PERRLA, EOMs intact without nystagmus. No cataracts noted. Ears clear. Nasal passages clear. Pharynx not injected. Neck - supple, no adenopathy or carotid bruits. Lungs clear to auscultation and percussion. Heart regular rate and rhythm. No murmurs or gallops. Abdomen soft, nontender, no hepatosplenomegaly. Extremities - no clubbing, cyanosis or edema.

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431

Arlene Bumbaca, M.D.
Board Certified, Internal Medicine
2700 E. Sunset Road, Suite D-34
Las Vegas, Nevada 89120
(702) 736-2021



There was some mild scaling on his right foot on the sole. Rectal exam deferred. Neurologic - alert and oriented times three. Cranial nerves II through XII were intact. Motor, reflexes and pinprick intact. Musculoskeletal normal. No palpable adenopathy.

ASSESSMENT:
1. HYPERCHOLESTEROLEMIA ON MEVACOR THERAPY.
2. HISTORY OF BPH.
3. HISTORY OF COLONIC POLYPS AND FAMILY HISTORY OF COLON CANCER.

PLAN: Patient is going to do hemoccults times three, an EKG. May consider him for a stress test in the future. He will decrease the Mevacor to 20 mg a day, repeat labs in one month and then every two months after that. He apparently is not due at this time for his PSA level or his prostate check but we will do that when indicated. He will be due for a complete colonoscopy in one year. See me back in three months.

Arlene Bumbaca, M.D./jjb
D:7/10/92
T:7/16/92

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

DIABETOLOGY / ENDOCRINOLOGY

Triple i/CliniForms PROGRESS NOTES

Name Stringer, Howard SS# ______ Page # ____

| DATE | NOTES |
|---|---|
| 8/18/00 | Wt 187 BP 110/76 P 70 |
| Meds: | Tylenol 3 |
| | Lipitor 40 mg QD |
| | Zantac BID |
| | Betapace 80 mg 1/2 BID |
| CC | F/u from hospital stay — KBon |
| 1/3/01 | APL 39 + 383 + Protime Standing Order Q 3 mon |
| | Dx 272.4 + V67.51 — KB |
| 3/12/01 | APL Dx 783.1, 780.7 Pro 289 + CBC — KBon |
| 3/22/01 | Wt 190 BP 124/74 P 80 |
| Med | Claritin 10mg QD 2 Baby ASA qd |
| | Flonase QD Baycol .4 mg qd |
| | OSAA Reviewed Plavix 75 mg qd |
| CC | allergies, plugged ear, cough — KBon |
| | Betapace 120 3 |
| | cough / (R) ear plugged |
| 5/21/01 | Wt 184 BP 94/62 P 70 |
| | Plavix 75 mg QD |
| | Ecotrin 81 mg BID |
| | Zantac BID |
| | Beta Pace 80 mg 1/2 BID |
| CC | Leg pain on Baycol .8 mg ✓ on CPK — KB |
| | 4/23 → ↑ .8 mg Baycol |

Triple i/CliniForms ©1999 DIA031 800-969-7237

PRILOSEC®* (OMEPRAZOLE) 10 MG 20 MG 40 MG CAPSULES
Visit our web site at www.prilosec-us.com
*Registered trademarks of the AstraZeneca group
© 2000 AstraZeneca L.P. All rights reserved. 2/00
Please see accompanying full Prescribing Information.

BP59-000055

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

**PROGRESS NOTES**

| NAME Stringer, Howard | DATE OF BIRTH | PG# |
|---|---|---|
| DATE - TIME / CPT CODE | HT / WT / BMI / BP / P | ALLERGIES |

3/29/00 Wt 185 BP 132/88 P 88
Meds: Coumadin 5mg 2days 2.5mg 3rd repeat
Lipitor 40mg QD
Zantac BID
Malox PRN
Betapace 80mg 1½ BID
CC: allergies symptoms
— nasal congestion (coughing)
Vancenase AQ nasal
Claritin 10mg

5/5/00 Wt 187 BP 124/76 P 78
meds: Coumadin 5mg 2days 2.5mg 3rd repeat
OSAA reviewed
CC ROV
Litho 11/99 —

7/6/00 Pt went to Dr Wall for shingles given Tylenol #3, Zorex TH Cr & Cephalexin 250 mg

7/20/00 Wt 189½ BP 116/80 P 80
meds: SAA – reviewed
CC F/u on shingles.

8-7-00 Wt 186 BP 140/94 P 88 irregular beat
Meds SAA - Reviewed
CC: Headache, Dizziness, Sore ® jaw & neck, Left cramp in leg, Sore spot on top of head on ® side x 3 d.
Fatigue, Dozing off easily

The Only Once-A-Day ... DITROPAN XL (oxybutynin chloride) ... PHYSICIAN ADVISORY BOARD

BP59-000056

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

# NEPHROLOGY CONSULTATION

**STRINGER, HOWARD** **09/25/02**

**REFERRING PHYSICIAN:** Dr. Arlene Bumbaca

**REASON FOR CONSULTATION:** Chronic renal failure.

**HISTORY OF PRESENT ILLNESS:** The patient is a 79-year-old male with a history of right nephrolithiasis. He was seen by Dr. Kaplan back in November of 1999. At that time, he apparently underwent a procedure, questionable lasertripsy with removal of the stone.

Laboratory data from August 3, 2002, reveals a BUN of 25 and creatinine of 1.7. A 24-hour urine collection revealed a creatinine clearance of 52.3 ml/min and no evidence of protein in the urine. The patient brought to the office a copy of a graph, which he created of creatinine over time. This reveals that back in January of 1995 his creatinine was 1.5. Then, in 2000 his creatinine was 1.3. In 2001 his creatinine was 1.4 and later 1.5. Currently his creatinine is 1.7.

A renal ultrasound, done on August 17, 2002, revealed moderate right hydronephrosis with accompanying renal cortical atrophy. Comparing this to a previous study on October 20, 1999, this is probably sequelae from a progressive longstanding obstructive process or reflux. The left kidney is sonographically normal.

The patient has no gross pyuria, hematuria, or dysuria. He has no difficulties emptying his bladder. His urine force is normal. He has nocturia once each night. He does not have any hesitancies or urgencies. The patient does not use any non-steroidal antiinflammatory medications. He denies any previous treatment with immuno glycosides or any exposure to heavy metals.

**PAST MEDICAL HISTORY:** Includes chronic renal failure, nephrolithiasis with right hydronephrosis, status post laser tripsy in 1999, myopathy secondary to Baycol, sick sinus syndrome status post pacemaker placement, atrial fibrillation on amiodarone, hyperhomocystinemia, history of serial bleed associated with prolonged PT and Coumadin, history of spinal stenosis status post laminectomy at L4-5, and L3-4.

**SOCIAL HISTORY:** The patient is married. He has two grownup daughters. He smoked one pack per day for about six years, quitting many years ago. He drinks alcoholic beverages, about one to two drinks per week. The patient is a retired mechanical engineer.

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431



**FAMILY HISTORY:** Father died of colon carcinoma at the age of 84. Mother died of a hip fracture in a nursing home at the age of 92.

**ALLERGIES:** The patient is allergic to **Darvocet**, **Declomycin**, and **Moricizine**, and myopathy secondary to **Baycol**.

**MEDICATIONS:** Amiodarone 200 mg q.d., Plavix 75 mg q.d., WelChol 625 mg three bid, Niaspan 500 mg b.i.d., Valtrex one b.i.d., aspirin 81 mg q.d.

**REVIEW OF SYSTEMS:** HEENT: Remarkable for eyeglasses and early cataracts. RESPIRATORY: Unremarkable. CARDIOVASCULAR: He denies chest pains. He does not have any palpitations. He does have a history of sick sinus syndrome, atrial fibrillation on amiodarone, and status post pacemaker placement. He is followed by Dr. Moazez. GASTROINTESTINAL: Unremarkable. GENITOURINARY: Please see history of present illness. MUSCULOSKELETAL: Remarkable for myopathy due to Baycol. No arthralgias or myalgias. NEUROLOGICAL: Remarkable for history of cerebellar bleed. He denies focal numbness, weakness, or paralysis. No previous history of CVA, TIA, or seizures. ENDOCRINOLOGICAL: No history of diabetes mellitus or thyroid disease. DERMATOLOGICAL: History of dermatomal herpes zoster virus in July of 2000. He currently denies itching, rash, or skin cancer.

**PHYSICAL EXAMINATION:**

**GENERAL:** Well-developed male in no acute distress. He is alert and oriented x 3.

**VITAL SIGNS:** Blood pressure: 160/100. Repeat blood pressure: 150/95. Heart rate: 100. Temperature: afebrile. Respiratory rate: 18. Weight: 183 pounds.

**HEENT:** Head is atraumatic and normocephalic. Pupils are equal and reactive to light and accommodation. Extraocular movements were full and sclarea are anicteric. Conjunctivae are pink. Oropharynx no gross lesions.

**NECK:** Supple without jugular venous distention. I did not appreciate any carotid bruits.

**LUNGS:** Clear to auscultation.

**CARDIAC:** S1, S2, regular rate and rhythm.

**ABDOMEN:** Soft and nontender. No palpable organomegaly or masses. I did not appreciate any bruits.

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431



**EXTREMITIES:** No cyanosis, clubbing, or edema. Dorsalis pedis and tibialis posterior pulses were 2+ and symmetric.
**NEUROLOGICAL:** Grossly nonfocal.
**RECTAL:** Deferred.

**LABORATORY DATA:** Urinalysis reveals leukocytes negative, nitrates negative, urobilinogen negative, protein negative, pH 5.0, blood negative, specific gravity 1.015, ketones negative, bilirubin negative, and glucose negative.

**IMPRESSION:**
1. CHRONIC RENAL FAILURE WITH EVIDENCE OF RIGHT ATROPHIC KIDNEY, MOST LIKELY SECONDARY TO PROLONGED OBSTRUCTION.
2. HISTORY OF RIGHT HYDRONEPHROSIS, LIKELY SECONDARY TO NEPHROLITHIASIS, STATUS POST PREVIOUS LASERTRIPSY IN 1999.
3. HYPERTENSION, QUESTIONABLE NEW ONSET.
4. ALLERGY TO DARVOCET, DECLOMYCIN, MORICIZINE, AND MYOPATHY SECONDARY TO BAYCOL.
5. SICK SINUS SYNDROME STATUS POST PACEMAKER PLACEMENT AND PREVIOUS HISTORY OF ATRIAL FIBRILLATION.
6. HISTORY OF SPINAL STENOSIS STATUS POST LAMINECTOMY AT L3-4, L4-5 IN 1999.
7. HYPERHOMOCYSTINEMIA.
8. EARLY CATARACTS.

**PLAN:**
1. Will try to obtain previous creatinine levels from AML and hospital records from Sunrise from 2000.
2. Obtain serum protein electrophoresis, immunoelectrophoresis, and ANA.
3. Will avoid any nephrotoxic agents, mainly non-steroidal antiinflammatory medications. This was discussed with the patient.
4. Obtain records from Dr. Kaplan's office regarding urological history.
5. I will follow-up with the patient in four weeks. At that time his blood pressure will be rechecked. If it is still high, he will need to be started on anti-hypertensive medication. I also asked the patient to keep a log of his blood pressure at home. Creatinine will be repeated and renal function will be monitored.

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

STRINGER, HOWARD
09/25/02
PAGE 4

**PLAN CONTINUED:**

6. Further recommendations depend upon the patient's clinical course and the workup.

Thank you kindly, Dr. Bumbaca, for allowing me to participate in this patient's care.

Zvi Sela, M.D.

Zvi Sela, M.D.

ZS/mls

cc: Dr. Arlene Bumbaca

**Dictated but not edited by the physician.**

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

AML®
American Medical Laboratories, Inc.® (Formerly Associated Pathologists Laboratories)

4230 Burn... Las Vegas, Neva... (702)... www...

182

PATIENT STRINGER, HOWARD
AML ROUTE
REFERRED BY FOAD MOAZEZ, MD

AGE/SEX 07/10/22 M
COLLECTED 05/20/01 07:43
RECEIVED 05/20/01 08:26
ACCESSION NO. 01345095
MED. RECORD NO. 9000979110
CHART NO.
S.S. NO. 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

| TEST | RESULTS | ABN | REFERENCE RANGE | UNITS | LOW | NORMAL | HIGH |
|---|---|---|---|---|---|---|---|
| CPK | 10805 | H | 30-195 | IU/L | | | |
| ABNORMAL RESULT[S] CONFIRMED BY REPEAT ANALYSIS. | | | | | | | |
| PROFILE 104 LIVER | | | | | | | |
| Alkaline Phosphatase | 45 | | 40-120 | IU/L | | | |
| AST (SGOT) | 509 | H | 3-45 | IU/L | | | |
| ALT (SGPT) | 197 | H | 3-45 | IU/L | | | |
| Total Protein | 6.2 | | 6.0-8.0 | g/dL | | | |
| Albumin | 3.3 | | 3.2-5.0 | g/dL | | | |
| Globulin | 2.9 | | 1.3-3.6 | g/dL | | | |
| A/G Ratio | 1.1 | | 0.9-3.5 | | | | |
| Total Bilirubin | 0.5 | | 0.0-1.2 | mg/dL | | | |
| Direct Bilirubin | 0.1 | | 0.0-0.3 | mg/dL | | | |
| Gross Diagnosis 104 LIVER PROFILE | | | | | | | |
| LIPIDS | | | | | | | |
| Cholesterol | 154 | | 140-200 | mg/dL | | | |
| Triglycerides | 174 | H | 30-150 | mg/dL | | | |
| LIPID PANEL | | | | | | | |
| Cholesterol | 154 | | 140-200 | mg/dL | | | |
| Triglycerides | 174 | H | 30-150 | mg/dL | | | |
| HDL | 35 | | 35-65 | mg/dL | | | |
| VLDL | 35 | H | 6-30 | mg/dL | | | |
| Cholest/HDL Ratio | 4.40 | | 2.00-4.50 | | | | |
| LDL (Calculated) | 84 | | 70-130 | mg/dL | | | |

1. Initial classification by total blood cholesterol:
   <200 mg/dL Desirable cholesterol level
   200-239 mg/dL Borderline high cholesterol level
   >239 mg/dL High cholesterol level

2. HDL cholesterol values less than 35 mg/dL are associated with increased risk of coronary artery disease.

3. Cholesterol/HDL ratio of greater than 4.5 is associated with increased risk.

VENIPUNCTURE

BP59-000171

FORM NO. C1-008 (06...

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

APL
ASSOCIATED PATHOLOGISTS LABORATORIES

TAKEN THE DAY THAT I STOPPED TAKING BACOL 8 MG.

4230 Burnham
Las Vegas, Nevada 89119
(702) 733-7866
www.apllabs.com

PATIENT STRINGER, HOWARD
APL ROUTE PHONEH 182
REFERRED BY FOAD MOAZEZ, MD
AGE/SEX 07/10/22 M
ACCESSION NO. 01345095
NV CARDIOLOGY ASSOCIATES
COLLECTED 05/20/2001 07:43
MED. RECORD NO. 9000979110
3121 MARYLAND PKWY
RECEIVED 05/20/2001 08:26
CHART NO.
SUITE 512
S.S. NO. 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 LAS VEGAS, NV 89109

| TEST | RESULTS | ABN | REFERENCE RANGE | UNITS | LOW | NORMAL | HIGH |
|---|---|---|---|---|---|---|---|
| Patient Phone # (702)792-2326 | | | | | | | |
| PATIENT FASTING. | | | | | | | |
| PROFILE 104 LIVER | | | | | | | |
| Alkaline Phosphatase | 45 | | 40-120 | IU/L | | X | |
| AST (SGOT) | 509 | H | 3-45 | IU/L | | | X |
| ALT (SGPT) | 197 | H | 3-45 | IU/L | | | X |
| Total Protein | 6.2 | | 6.0-8.0 | g/dL | | X | |
| Albumin | 3.3 | | 3.2-5.0 | g/dL | | X | |
| Globulin | 2.9 | | 1.3-3.6 | g/dL | | X | |
| A/G Ratio | 1.1 | | 0.9-3.5 | | | X | |
| Total Bilirubin | 0.5 | | 0.0-1.2 | mg/dL | | X | |
| Direct Bilirubin | 0.1 | | 0.0-0.3 | mg/dL | | X | |
| CPK | 10805 | H | 30-195 | IU/L | | | X |
| ABNORMAL RESULT[S] CONFIRMED BY REPEAT ANALYSIS. | | | | | | | |
| LIPID PANEL | | | | | | | |
| Cholesterol | 154 | | 140-200 | mg/dL | | X | |
| Triglycerides | 174 | H | 30-150 | mg/dL | | | X |
| HDL | 35 | | 35-65 | mg/dL | | X | |
| VLDL | 35 | H | 6-30 | mg/dL | | | X |
| Cholest/HDL Ratio | 4.40 | | 2.00-4.50 | | | X | |
| LDL (Calculated) | 84 | | 70-130 | mg/dL | | X | |

1. Initial classification by total blood cholesterol:
   <200 mg/dL Desirable cholesterol level
   200-239 mg/dL Borderline high cholesterol level
   >239 mg/dL High cholesterol level

2. HDL cholesterol values less than 35 mg/dL are associated with increased risk of coronary artery disease.

3. Cholesterol/HDL ratio of greater than 4.5 is associated with increased risk.

BP59-000269

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

PATIENT: CHESTER, SUSAN
DOB: 06/20/1947
CHART #: B90619

FAMILY PRACTICE CHART NOTE
9/10/01

S: The patient is a 54-year-old white female with a past medical history significant for coronary artery disease, hypertension, hyperlipidemia, and anxiety who presents with persistent left-sided neck/upper back and shoulder pain. The patient apparently had severe pain approximately 1 week ago. She had contacted her cardiologist who advised that she go to the ER. The patient did this and was admitted. While in the hospital, she was ruled out for further cardiac disease and placed on a Medrol-Dosepak for some presumed cervical disk herniation and protrusion. The patient has been taking the Medrol-Dosepak for 3 days now and has noted no relief of symptoms. The pain is quite severe and makes it difficult for the patient to do much of anything at this time. The pain again is located over the left scapula. It extends down the left arm. There is sometimes associated paresthesias. The patient denies any weakness. The patient also complains of occasional episodes of paresthesias located on the inner left thigh. The patient otherwise denies any chest pain, shortness of breath, cough, wheeze, or dyspnea on exertion, orthopnea, PND. The patient is also without fevers or chills, night sweats, weight or appetite loss. The patient again has been using some cold packs to the upper back, but the symptoms are not relieved.

O:
GENERAL APPEARANCE: A well-nourished, well-developed white female in no acute cardiac or respiratory distress.
VITAL SIGNS: Blood pressure 130/80. Heart rate 86. Respiratory rate 20. Weight is 144 pounds.
NECK: Supple without vertebral tenderness, lymphadenopathy or, or thyromegaly.
LUNGS: Clear to auscultation bilaterally without wheeze, rale, or rhonchi. No noted rub.
CARDIOVASCULAR: Normal S1, S2; regular rate and rhythm.
ABDOMEN: Positive bowel sounds.
EXTREMITIES: Without clubbing, cyanosis, or edema.
BACK: There is noted tenderness over the left scapular area which extends to the left posterior shoulder and triceps region. There is no swelling or erythema to the joint. The patient does have full range of motion of shoulder and neck.
NEUROLOGIC: Alert and oriented x3. Cranial nerves 2-12 are intact. Muscle strength, motor skill, reflexes and sensation are within normal limits.

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

PATIENT: CHESTER, SUSAN
PAGE 2

A: Trapezius strain and cervical strain.

P: At this time the patient should continue and complete the Medrol-Dosepak. We will initiate Skelaxin 400 mg 1-2 tablets p.o. q.i.d. p.r.n. and Darvocet-N 100 1 tablet p.o. q.4-6h. p.r.n. We will also arrange physical therapy for stretching and massage therapy. The patient was also advised to continue warm, moist heat to the area. Usual medication precautions were reviewed with the patient. She should recheck if symptoms change, worsen, or persist.

Marcia Fagerberg, MD **Electronically Signed**

MF TEM:/mt8424

D: 2001-09-10 10:09:03.0
T: 9/10/01
Job #3350452

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

# URI / Allergy / Respiratory Office Visit

*was on Baycol-self pt. req.

CHESTER, SUSAN 6/20/1947 AC
B90619 Appt Date 8/24/01 NW
0240 MARCIA FAGERBERG, MD
H(512)251-4667 W(512)420-2793

**Allergies:** Vicodin, MSO4 — NKDA ☐

**Chronic Medications:** Toprol XL 50 mg, maxide 75/50 ½, Xanax .5 ½ q d, ASA 325 qd, Prilosec 40 mg prn. See Problem List ☐

**DATE:** 8/24/01 **LMP:**

**Symptom Medications:** Delsym

**Nurse / MA Signature:** A Henderson RN

**WT:** 149 **TEMP:** 97.6 **BP:** 118/76 **P:** — **R:** —

**Chief Complaint:** persistent cough since 8/13; productive-green mucus; chest tight; constant cough q pm.

## HISTORY

General: Body Aches, Fatigue, (Fever), Hoarse, Smoker ____
Headache: (+) sinus
Eyes: (OK) Itchy Watery Discharge
ENT: Ears: OK Aches Pops (Congested)
Nose: OK Itchy (Congested) Drainage
Sinuses: OK (Congested) Tender
Throat: OK (Scratchy) Sore Exudate Ulcers (PND)
Cervical Nodes: (OK) Swollen Tender
Lungs: OK SOB (Wheezing) Chest Pain (Cough- dry or productive) green (in am)
Other:

## EXAM

Appearance: NAD (Mild)/Mod/(Ill) Toxic
Eyes: Conjunctiva: (WNL) Erythematous
Ear: EACs - right: (Clear) Cerumen Inflamed
EACs - left: (Clear) Cerumen Inflamed
TM's - right: WNL Erythematous Bulging (Retracted) Fluid
TM's - left: (WNL) Erythematous Bulging Retracted Fluid
Nose: Nasal Mucosa: WNL (Erythematous) Violaceous
Turbinates: WNL (Hypertrophied)
Sinuses: (Nontender) Tender Maxillary Ethmoid Frontal
Throat: Oropharynx: WNL (Erythematous) Lymph hyperplasia
Tonsils: (WNL) Absent Erythematous Enlarged Exudate
Cervical Nodes: (WNL) Tender Enlarged
Respiratory: Effort: (Normal) ~~Labored~~ (Symmetrical)
Auscultation: (CTA) ~~Rhonchi~~ ~~Rales~~ ~~Wheezes (Insp.-Exp.)~~
Percussion: (Normal) ~~Dull~~ ?Gcoshy
Heart: (RRR) (S1S2) ~~Murmur~~ ~~Gallop~~ ~~Rub~~ ~~S3S4~~
Abdomen: (BS-WNL) (Soft) ~~Distended~~ (Non Tender) ~~Tender~~ ~~Masses~~
Liver/Spleen: WNL Enlarged
Other:

## ASSESSMENT

1. Sinusitis
2. ↑ Lipids
3. Myalgia
4. HTN

## PLAN

1. Z-pack / [illegible] / Hycodan
2. D/C Baycol; ✓ lipids / LFTs
3. Most likely related to Baycol (resolved ̄c D/C; patient also [illegible]) [illegible]
4. Discuss ̄c Dr. re Maxzide — patient to monitor BP ↑ BP >130/80 to [illegible]

/ • Review usual medication precautions
/ • Discussed Symptomatic Treatment
/ • Recheck if symptoms change, worsen or persist

**Provider Signature:** [signature]

BP88-000039

ARC 505M

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Monday 16th
Tuesday 17th
1030
Seton Dr Rodgers / A Smith
NPO

AUSTIN REGIONAL CLINIC

CHESTER
B90619
0240 MA
H(512)79

PROGRESS NOTES

Patient | DOB | Chart #

4-6-01
Wt 156#
BP 120/88, HR 82, RR 16
allergies: MSO4, V
meds: Toprol XL 50
maxide 75
Xanax .5
ASA 325
Prilosec 40
Prempro .625

S: 53 yo WF c PMH significant for
F/u of the same, patient st
resolved last wk post A c
at this time denies HA, visual
abdominal c urinary sympt

O: Gen: healthy WF in NAD
VS: as above
HEENT: NC/AT, PERRL, TM's clear
Neck: supple c no LAD or lymphadenopathy
Lungs: CTA (B) w/o r/r/w
CV: RRR, no m/r/g
Abd: (+)BS, soft, NT/ND
Ext: no c/c/e.
Review stress test c patient

A/P: 1. CAD - (+) stress test
- cardiac risk factors
- advise cardiac cath
2. Plans to consider d/c
- repeat fasting L
- Baycol 0.4 mg

CC: F/U - Baycol

QD

pm

Anxiety. Patient s/p stress test for
discomfort & SOB (on late), comp
in the anterior neck. Patient
states CP, SOB, cough, orthopnea, and

meds

menopause & on HRT (+)FH.

c statin

[signature]

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

PROGRESS REPORT

10/25/01 144 B/P 120/78

Baycol was D/c'd - Chest pain improved & HA improved

She gradually D/c'd Imdur & Xanax & Neurontin

on 9/5 dev CP & (L) UE numbness recurrence

found Cervical Spondylosis.

Numbness of (L) hand ~~and~~ arm when driving or walking

H/o (L) Spurling sign. PT Traction somewhat helped, doesn't relieve pain & numbness.

No motor deficit

Gait Normal

DTR 1+ Symmetrical

No tremors

A/P Cervical Spondylosis -

Need EMG/NCV

[signature]

NAME: Chester, Susan

NS-04-0012

BP88-000151

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

**Marci A. Roy, M.D.**

Specialist in Adult Neurology

## INITIAL CONSULTATION

**Patient Name:** CHESTER, SUSAN **Date:** 5/25/01

**DOB:** 6/20/47 **Chart #:** 2985601

**Referring:** 53-year old right-handed female was referred by Dr. George Rogers for evaluation of headaches.

**History of Present Illness:** Headache disorder developed acutely in February of 2001 over the right skull base. If she does not take aspirin, the pain becomes global and can be quite intense, reaching a maximum intensity of 9 on a 1-10 scale. When pressing over the right occipital region, this actually improves her pain. She developed daily headaches until approximately 4/27 after starting Indur. She now has headaches 2-3 times per week. The intensity is also reduced now.

She's had long history of bifrontal headaches occurring over the past 10 years, triggered by stress with a maximum intensity of 8 on a 1-10 scale. If she presses over the bitemporal region, this does reduce the pain intensity. Her headaches are worsened with routine activity and can pulsate. There can be sonophobia, but no photophobia. She has some scotomas with her headaches.

**Medications:** Toprol XL, Maxzide, Xanax, Baycol, aspirin, Indur, and Prilosec.

**Past Medical/Surgical History:** Coronary artery disease, status post stent placement 4/17/01, and hypertension.

**Drug Allergies: Vicodin and Morphine.**

**Review of Systems:** She occasionally has paresthesias in both upper extremities, but it is not frequent.

**Social History:** She is single, does not smoke tobacco, consumes alcohol occasionally.

**Family history:** Mother had severe migraine headaches.

**Physical examination:**
**Vital Signs:** BP 116/80 Weight 156 pounds

**Mental Status:** The patient was alert and oriented. Mood, affect and behavior were appropriate. Recent and remote memory were intact.

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431



**Spine:** The patient was limber at the neck were negative response to neuroforaminal testing. Paraspinal muscles were without spasm. The spine was without point tenderness. Straight leg testing was normal to 90 degrees of hip flexion.

**Cranial Nerves:** On funduscopic exam the discs were distinct. Visual fields were intact to confrontation and double simultaneous stimulation.

Pupils were equal, round and reactive to light and accommodation without an afferent pupillary defect. Extraocular muscles were full both to smooth pursuit and command versions, with normal fixation and no nystagmus.

Muscles of mastication were of full strength, without atrophy or abnormal movements. Sensation over the face to light touch and pinprick were intact.

Facial expression was symmetrical and facial muscles were of full strength without abnormal movements.

Hearing acuity was intact to conversational speech.

The uvula elevated in the midline, and the palate moved symmetrically. The voice was normal intonation and cadence.

The sternocleidomastoid and trapezius muscles were of full strength, without atrophy or abnormal movements.

The tongue protruded in the midline, and was without atrophy or abnormal movements.

**Sensation:** Perception of pinprick, light touch, temperature, vibration, proprioception and double simultaneous stimulation was normal.

**Cerebellar Function:** The patient demonstrated no finger-to-nose to heel-to-shin dysmetria, and had a coordinated tandem gait. Fine motor skills were normal in all extremities.

**Reflexes:** The muscle stretch reflexes were symmetrical and physiologic in the fingers, brachioradialis, biceps, triceps, knees and ankles. The plantar reflexes were flexor and no pathological reflexes were present.

**Gait and Station** The patient had normal posture in sitting, standing and in ambulation. Heel, toe, tandem and regular walking were normal. Romberg was negative.

**Motor System** There was 5/5 strength in all muscle groups with normal tone, without atrophy or abnormal movements.

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431



---

**Assessment and Plan:** Unusual case of acute onset of headache in a patient with what sounds like migraine headaches in the past. The features of the present headache that are consistent with migraines includes pressure over the skull base, relieving the headache intensity, scotomas, the pulsatile quality of the pain, and worsening of the headaches with routine activity. The features that are lacking that are typically present with migraines include a lack of sonophobia and photophobia, but this is not an absolute requirement for diagnosis of migraines. With occipital neuralgia, I would expect palpation over the skull base to worsen the pain rather than relieve it. A carotid dissection is a possibility, although she did not have any neurologic deficits associated with the headache.

**Plan #1:** MRI of the brain.
**Plan #2:** Carotid duplex ultrasound.
**Plan #3:** Tylenol #3, one q 4-6 hours PRN headache, not to exceed 30 tablets per month.
**Plan #4:** For headache prophylaxis, add Neurontin titrating over the next 11 days to 900 mg q HS.

**DICTATED BUT NOT READ**

Marci A. Roy, M.D.
MAR/mgf

cc: Dr. Rogers

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

# NEUROLOGIC RECORD

Date 5/25/01

Name Susan Chester Age 53 Sex M__ F ✓ M__ S ✓ W__ D__

Chief complaint H/A X 4 months. off & on. located base of head around the back. H/A have gotten better since the Imdur was started.

Ref M.D. Dr. George Rodgers

Occupation Special proj. coordinator

WC ______ DOI ______

Date last worked ______

Handedness L ___ (R)

MEDS toprol XL 50mg qd
maxide 75/50 1/2 qd
Xanax 0.5mg 1/2 qd
bacol 4mg qd
ASA 325mg qd
imdur 30mg qd
prilosec 40mg prn

HA ______
Nausea ______
Vomiting ______
SEIZURES ______
Syncope ______
SENSORY ______
Pain ______
Paresthesias [illegible]
Anesthesis [illegible]
MOTOR [illegible]
Weakness ______
Atrophy ______
Cramp ______
Fasciculation ______
Coordination ______
Gait ______
Handwriting ______
Invol Mov ______

CRANIAL NERVES ______
Smell ______
Taste ______
Vision ______
Scotomata ______
Field defect ______
Diplopia ______
Ptosis ______
Hearing ______
Tinnitus ______
Dizziness ______
Speech ______
Swallowing ______
GU ______
Urinary ______
Rectal ______
Sexual ______
SLEEP ______
Insomnia ______
Drowsiness ______

MENTAL ______
Memory ______
Thinking ______
Behavior ______
Hallucinations ______
Mood ______
Language ______
GENERAL ______
Wt. Change ______
Appetite ______
Fever ______
Tobacco Ø
Alcohol socially
Drugs Ø
BP 116/80
T ______
P ______
Wt 156

SURGERY CAD s/p stent placement April 17th
HTN

ALLERGIES Vicodin, morphine

FH M - Migraines
F ______
S ______
B ______

HOSPITALIZATIONS ______

PH Acute onset of HA skull base began 2/01 [illegible] → global unless [illegible] take ASA → [illegible] [illegible] Rt [illegible] pressure at this site relieves the pain. Since starting Indur 4/27th the H.A. have [illegible] ... H/A [illegible] daily [illegible] started Indur → [illegible]
Max intensity of HA 8-9; Pain worsened ē routine Activity; ↓Lt sensitivity of noise sensitivity; (+) Scotoma;
Long hx of bifrontal (1/mo) - triggered by stress - max intensity [illegible] worsened ē routine activity & can pulsate; ↓Lt sensitivity (+) Noise sens. [illegible]

DIFF DX
Vl exam

IMP
Acute onset of headache over Rt skull base
(See note to pt)

BP88-000157

TESTS
- MRI Brain +MRA (Need Cardiologist [illegible])

[signature]

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431

0603

**SETON MEDICAL CENTER**
AUSTIN, TEXAS

**DISCHARGE SUMMARY**
PAGE 1 of 1

PATIENT NAME: **CHESTER, SUSAN**

MR: **737839**

PATIENT STATUS:
ROOM#:
DATE OF ADMISSION: 09/04/2001

DATE OF BIRTH: 06/20/1947
DATE OF DISCHARGE: 09/06/2001

This is a 54-year-old female with prolonged chest pain and left arm pain and weakness, apparently similar to her prior cardiac intervention of April 2001. The patient has had a previous left anterior descending stent inserted and angioplasty of the diagonal vessel. The patient also has mixed hyperlipidemia, tension headaches and severe anxiety disorder. The patient was evaluated and it was felt she had no ongoing cardiac problem at this time. Her CKs were all normal. A neurologic workup and evaluation was performed by Dr. Rob Seiler, ARC internist, who felt the problem was likely musculoskeletal. The patient had a negative MRI of the cervical spine. The patient was given certain medications such as nonsteroidal anti-inflammatories, in addition to her home medications, and discharged to be followed up by the ARC internist.

ARTHUR M. SMITH, M.D.

AMS/sb
D: 03/02/2002 @ 16:01
T: 03/04/2002 @ 13:20
J: 9276

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

DIVISION: 61st MEDICAL SQ
Automated Version of SF600

ε Γ MEDICAL SQUADRON
Personal Data - Privacy Act of 1974 (PL 93-579)
Printed: 11 May 2001@1404

14 May 2001 0715 0745 ROUT BHAA

PRIMARY CARE CLIN MONROE, JULIE A CMT: CMG
REF:
RSN: RX REFILL
INSURANCE YES/NO:
BP: 137/82 PULSE: 86 RESP: 18 TEMP: 96.2 HT: 6'3" WT: 277 AGE: 64

==========================================================

ALLERGIES: NKDA
Meds: Norvasc 10mg QD
Baycol .3mg QD

Suppls: Vit C, M/V, ASA

Tob/etoh: ∅ tob
occ Etoh

ADDITIONAL COMMENTS:

F. T last year -
Had Bx 1999 ⊖

Last colonoscopy 5 yrs ago - polyp.

H/o Angina 6 yrs ago - saw cardiologist & put on BP med.
Treadmill ⊖

P) 6) Referral GI

Monroe

Capt Julie Monroe, 44F3, MC
Primary Care Clinic
61 MDS, LAAFB, CA 90245

- pt's rx needs to be renewed

Christian [illegible]
4AN B, USAF

Numbness (L) foot, sole x 6 mos, [illegible]
- H/o hemorrhoids c bleeding x 4 yrs ago.
- ⊖ chest pain or SOB past 4 yrs.

O) VSS
Lungs: CTAB
Heart: RRR s0
Ext: Trace pitting edema

A) 1) HTN, good control
2) Hemorrhoids, none now
3) Angina H/O
4) ↑ cholesterol, good control
5) H/O ↑ PSA c ⊖ Bx 1999

P) 1) Norvasc 10mg ↑ po qd #90 RF3
2) Baycol 0.3mg ↑ po qd #90 RF3
3) Anusol HC ↑ supp pr #12 RF3
4) Labs: CBC, chem 7, UA, PSA, lipids, TBH, Cath urine neg.
5) Schedule physical

==========================================================

? '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 JANSSEN, ELDON L
21 Apr 1937 MALE
Spon: JANSSEN, ELDON L
CS:
Unit: SPONSOR RETIRED

F31
W: (805) 498-7165 H: (805) 498-7165
CIC: D: (805) 498-7165
Rank: CPT
RR: OUTPATIENT RECORDS

SF600

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

NAVAL HOSPITAL LONG BEACH
[illegible] E. CARSON STREET
LONG BEACH, CA 90822

A

RET

PATIENT NAME: JANSSEN ELDON
PATIENT ID#: [illegible]

AGE: [illegible] SEX: M LOCATION: [illegible]
LAB No. 567 DRG CODE: [illegible]
PHYSICIAN: BILLING CODE: [illegible]
COMMENT: [illegible]

| FLAG | RESULT | UNITS | TEST | EXPECTED RANGE | |
|---|---|---|---|---|---|
| | 94 | mg/dL | GLUCOSE | 61 | 114 |
| | [illegible] | mg/dL | UREA NITROGEN | 7 | [illegible] |
| | 1.2 | mg/dL | CREATININE | 0.5 | [illegible] |
| | [illegible] | mg/dL | URIC ACID | [illegible] | [illegible] |
| | 147 | mmol/L | SODIUM | [illegible] | 153 |
| | [illegible] | mmol/L | POTASSIUM | [illegible] | [illegible] |
| | 106 | mmol/L | CHLORIDE | 95 | 110 |
| | [illegible] | mg/dL | PHOSPHORUS | [illegible] | [illegible] |
| | [illegible] | mg/dL | CALCIUM | [illegible] | [illegible] |
| | 7.3 | g/dL | TOTAL PROTEIN | [illegible] | [illegible] |
| | 4.6 | g/dL | ALBUMIN | [illegible] | 5.5 |
| | [illegible] | g/dL | GLOBULIN | [illegible] | [illegible] |
| | 63 | U/L | ALP (ALK PHOS) | [illegible] | [illegible] |
| | [illegible] | U/L | AST (SGOT) | [illegible] | [illegible] |
| | 165 | U/L | LD (LDH-L) | [illegible] | 230 |
| | [illegible] | U/L | CK (CPK) | [illegible] | [illegible] |
| | 0.6 | mg/dL | TOTAL BILIRUBIN | [illegible] | [illegible] |
| | [illegible] | mg/dL | DIRECT BILIRUBIN | [illegible] | [illegible] |
| | 137 | mg/dL | CHOLESTEROL | 112 | 253 |
| | [illegible] | mg/dL | TRIGLYCERIDES | [illegible] | [illegible] |
| | 32 | U/L | AMYLASE | [illegible] | 109 |
| | 15 | U/L | ALT (SGPT) | [illegible] | 54 |
| | 8 | U/L | GGT | [illegible] | 69 |
| H | [illegible] | | A/G RATIO | [illegible] | [illegible] |
| L | 24 | mg/dL | HDL CHOLESTEROL | [illegible] | [illegible] |
| | [illegible] | mg/dL | LDL CHOLESTEROL | [illegible] | [illegible] |
| | 14 | mg/dL | VLDL CHOLESTEROL | [illegible] | 26 |
| H | [illegible] | | [illegible] RATIO | [illegible] | [illegible] |
| | 18.2 | | HDL % | [illegible] | 22.0 |

BP94-000222A

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431



Personal Data - Privacy Act of 1974 (PL 93-579)

Automated Version of DA5008/USAF & USN SF600 Overprint

Telephone Consultation

Printed Date: 14 Aug 01 @ 1447

Division: 61st MEDICAL SQ

Workload DOES NOT Count

Clinic: PRIMARY CARE CLINIC

Provider: MONROE,JULIE A

Allergies:

Clerk's Note: 14 Aug 01 @ 0950
Clerk: HAWKEN,SARA E
Dr Monroe-
Capt called asking about changing medication from Baychol- has been on for over 1 year. Last chol check in May of this year with chol of 177.
ph#805-498-7165.
Thanks lt Hawken

P blem List:

Provider's Note:
Above noted. Called and spoke to pt about stopping baycol and change to zocor 10 mg 1 po qhs #60 rf0. Will recheck LFT, lipid in 6 wks. Also, pt has noticed BP 90's systolic since started on lisinopril for microalbuminuria. Told to continue lisinopril and decrease norvasc to 5 mg qd. Can stop norvasc if BP below 120/80 for 2 wks. Voiced understanding.
dr monroe 14 Aug 01 @ 1447

Provider: MONROE,JULIE A

Verified by: JULIE A. MONROE,CAPT,USAF,MC

*** END OF REPORT ***

JANSSEN,ELDON L
I . : 21 Apr 1937
Spon: JANSSEN,ELDON L
Unit: SPONSOR RETIRED

20/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 USAF RET LOS OFFICER
H: (805)498-7165 W: (805)498-7165
Rank: CAPTAIN
RR: OUTPATIENT RECORDS

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431



Personal Data - Privacy Act of 1974 (PL 93-579)

Automated Version of DA5008/USAF & USN SF600 Overprint

Telephone Consultation

Printed Date: 11 Oct 01 @ 0957

Division: 61st MEDICAL SQ

Workload DOES Count

Clinic: PRIMARY CARE CLINIC

Provider: MONROE, JULIE A

Allergies:

Clerk's Note:

Problem List:

Provider's Note:
CALLED AND SPOKE TO PT ABOUT GOOD LIPID PANEL SINCE CHANGE FROM BAYCOL TO ZOCOR. MUSCLE WEAKNESS, PAIN UPPER LEG GONE. ZOCOR 10 MG 1 PO QHS #60 RF0 AND WILL REPEAT LFT, LIPIDS IN 6 WKS. VOICED UNDERSTANDING
DR MONROE 11 Oct 01 @ 0957

Provider: MONROE, JULIE A

Verified by: JULIE A. MONROE, CAPT, USAF, MC

*** END OF REPORT ***

JANSSEN, ELDON L
D : 21 Apr 1937
Spon: JANSSEN, ELDON L
Unit: SPONSOR RETIRED

20/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
H: (805) 498-7165
Rank: CAPTAIN
RR: OUTPATIENT RECORDS

USAF RET LOS OFFICER
W: (805) 498-7165

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Quest Diagnostics

ONE SYLVAN PKWY
WEST AMHERST NY 14228

William E. Tarr, M.D. Pittsburgh, PA
Peter Vasilion Buffalo, NY
Quest Diagnostics Venture LLC
William E. Tarr, M.D. Medical Director
Trevor Macpt Chief Medical

Hm 891-9017

| Name | Client Services Helpline | Billing Helpline | Date Collected | Time Collected |
|---|---|---|---|---|
| RGENT JR, ALFONSO | (800) 295-6598 | (800) 837-3177 | 05/13/1999 | 10:04 |

Patient Phone Number: 716 668-6741
Patient I.D./Social Security Number: 426609476
Referring Physician: O'SULLIVAN, JEREMIA

766352 22-15-000
JEREMIAH O'SULLIVAN MD.
2218 MAIN STREET
BUFFALO, NY 14214

| Date Received | Date of Report |
|---|---|
| 05/13/1999 | 05/14/1999 |

| Sex | Age | ID Number |
|---|---|---|
| M | 63 | B050320903 |

| Specimen Number | Accession Number |
|---|---|
| B050320903 | HT356181D |

Report Notes: PT FILE ORDER

| TEST PROCEDURE | | TEST RESULT | | UNITS | | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| A.M.A.'S HEPATIC PANEL | | | | | | |
| ALKALINE PHOSPHATASE | | 94 | | U/L | @@@ | 30-115 P |
| AST | 68 | | H | U/L | @@@ | 5-40 P |
| ALT | 58 | | H | U/L | @@@ | 5-50 P |
| BILIRUBIN, TOTAL | | 0.6 | | MG/DL | @@@ | 0.2-1.5 P |
| BILIRUBIN, DIRECT | | 0.1 | | MG/DL | | 0.0-0.2 P |
| ALBUMIN | | 4.3 | | GM/DL | @@@ | 3.7-4.8 P |
| A.M.A.'S LIPID PANEL | | | | | | |
| CHOLESTEROL | | 194 | | MG/DL | | 120-199 P |
| HDL CHOLESTEROL | =A= | 37 | | MG/DL | | 35-59 P |
| CHOLESTEROL/HDL RATIO | =B= | 5.24 | | | @@@ | 1.00-6.20 P |
| LDL CHOL, CALCULATED | | 125 | | MG/DL | | 75-129 P |
| TRIGLYCERIDES | | 158 | | MG/DL | | 40-199 P |

= FOOTNOTES =

=A= A HDL CONCENTRATION LESS THAN 35 MG/DL CONSTITUTES A CHD RISK FACTOR. A CONCENTRATION EQUAL TO OR GREATER THAN 60 MG/DL CONSTITUTES A NEGATIVE RISK FACTOR.

=B= THE RANGE FOR CHOLESTEROL/HDL CHOLESTEROL REPRESENTS THE 75TH PERCENTILE FOR THE SPECIFIED AGE AND GENDER OF THIS PATIENT. THE HIGHER THE VALUE, THE HIGHER THE RISK FOR CHD.

| TEST PROCEDURE | TEST RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| PROTHROMBIN TIME | | | | |
| INR | 1.8 | H | | 0.9-1.1 P |
| PROTHROMBIN TIME | 17.9 | H | SECS. | 9.2-11.6 P |

ONE RECOMMENDED SCHEDULE OF INR LEVELS FOR ORAL ANTICOAGULATION FOLLOWS:

| | |
|---|---|
| INR OF 2.0 - 3.0 | PREVENTION AND TREATMENT OF THROMBOEMBOLISM |
| INR OF 2.5 - 3.5 | MECHANICAL PROSTHETIC CARDIAC VALVES (HIGH RISK) |

FROM: HIRSH, ET AL. CHEST 108 SUPPL. 1995

PAGE 1: CONTINUED ON PAGE: 2

BP74-000363

EXHIBIT 4

…st-5-1 © Quest Diagnostics Incorporated. All rights reserved. Published 1998. Revised 2/99. Quest, Quest Diagnostics, Quest DX and the associated logo are trade/servicemarks of Quest Diagnostics Incorporated

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Quest Diagnostics

ONE SYLVAN PKWY
WEST AMHERST NY 14228

... Twinsburg, OH · Henry A. ... Columbus, OH
William E. Tarr, M.D. Pittsburgh, PA · Peter Vasilios Buffalo, NY
Quest Diagnostics Venture LLC
William E. Tarr, M.D. Medical Director · Trevor Macp... Chief Medical Officer

Client Services Helpline: (800) 295-6598 · Billing Helpline: (800) 837-3177 · Date Collected: 07/08/1999 · Time Collected: 14:02

Name: ...RGENT JR, ALFONSO

Patient Phone Number: 716 668-6741
Patient I.D./Social Security Number: 426609476
Referring Physician: O'SULLIVAN, JEREMIA

766352 22-15-000
JEREMIAH O'SULLIVAN MD.
2218 MAIN STREET
BUFFALO, NY 14214

Date Received: 07/08/1999 · Date of Report: 07/09/1999
Sex: M · Age: 63 · ID Number: B050320950
Specimen Number: B050320950 · Accession Number: HT400429W

Report Notes: 1LV 1 SST 1 LB / PROTIME ON FILE

| TEST PROCEDURE | TEST RESULT | | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| HEPATIC PANEL | | | | | |
| ALKALINE PHOSPHATASE | 85 | | U/L | @@@ 30-115 | P |
| AST | 63 | H | U/L | @@@ 5-40 | P |
| ALT | 51 | H | U/L | @@@ 5-50 | P |
| BILIRUBIN, TOTAL | 0.6 | | MG/DL | @@@ 0.2-1.5 | P |
| BILIRUBIN, DIRECT | 0.1 | | MG/DL | 0.0-0.2 | P |
| ALBUMIN | 4.2 | | GM/DL | @@@ 3.7-4.8 | P |
| CBC W/ DIFF & PLT | | | | | |
| WBC | 9.5 | | X1000 | @@@ 4.0-11.0 | P |
| RBC | 4.41 | | XMILLION | @@@ 4.0-5.6 | P |
| HEMOGLOBIN | 13.4 | | G/DL | @@@12.8-16.9 | P |
| HEMATOCRIT | 40.6 | | % | @@@37.5-49.0 | P |
| MCV | 92.0 | | FL | @@@81.0-98.0 | P |
| MCH | 30.4 | | PG | @@@27.7-34.0 | P |
| MCHC | 33.0 | | % | 32.0-36.0 | P |
| TOTAL NEUTROPHILS, % | 68 | | % | 38-80 | P |
| BANDS, % | 0 | | % | 0-10 | P |
| TOTAL LYMPHOCYTES, % | 23 | | % | 15-49 | P |
| MONOCYTES, % | 7 | | % | 0-13 | P |
| EOSINOPHILS, % | 1 | | % | 0-8 | P |
| BASOPHILS, % | 1 | | % | 0-2 | P |
| ATYPICAL LYMPHOCYTES, % | 0 | | % | 0-5 | P |
| METAMYELOCYTES, % | 0 | | % | | P |
| MYELOCYTES, % | 0 | | % | | P |
| PROMYELOCYTES, % | 0 | | % | | P |
| WBC DIFF SAMPLE | 10 | | X10 | | P |
| RBC | NORMAL | | | | P |
| PLATELET SUFFICIENCY | NORMAL | | | | P |
| PLATELET COUNT | 296000 | | /CU. MM | @@@ 140000-390000 | P |
| RDW | 13.9 | | % | @@@11.0-15.5 | P |
| PROTHROMBIN TIME | | | | | |
| INR | 1.5 | H | | 0.9-1.1 | P |
| PROTHROMBIN TIME | 15.4 | H | SECS. | 9.2-11.6 | P |

ONE RECOMMENDED SCHEDULE OF INR LEVELS FOR ORAL ANTICOAGULATION FOLLOWS:

PAGE 1: CONTINUED ON PAGE: 2

BP74-000356

...orated. All rights reserved. Published 1998. Revised 2/99. Quest, Quest Diagnostics, Quest DX and the associated logo are trade/servicemarks of Quest Diagnostics Incorporated.

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431

**WILLIAM J. CURLEY, M.D.**
**PHYSICIANS MEDICAL CENTER**
**3150 N. TENAYA WAY, SUITE 450**
**LAS VEGAS, NV 89128**

06/19/01 **REED, CINDA**
#89075

PROBLEM: Liver function abnormalities.

S: The patient is back at our request to go over her labs. Her liver functions were abnormal. We had to stop the Baycol. Looking back at her chemistry, she has had some minor problems there on and off and probably should see a gastroenterologist.

O: BP: 120/70. PULSE: 88. RESPIRATION: 20. The patient is well developed, well nourished, neat in appearance and well-groomed. HEENT: Pupils are equal and reactive. Sclerae and conjunctivae not icteric. Lids are normal and symmetrical. Ear canals and tympanic membranes are unremarkable. No nasal polyps or mucosal abnormalities. The tongue and oral mucosa is unremarkable and no abnormalities are noted in the salivary glands. The neck is supple and moves well in all directions. The trachea is midline. Thyroid is symmetrical and normal in size. No nodules are noted. THORAX: No chest wall tenderness is noted. There is good movement with inspiration. Breath sounds are audible in all lung fields and augment well. No adventitious sounds are present. The breasts are normal in appearance. No axillary adenopathy is appreciated. CARDIAC: The heart is normal in size and location. Heart sounds are normal in intensity. The rhythm is regular. No audible 3rd or 4th heart sounds. There is no significant murmur. Carotid upstrokes are normal. The abdominal aorta reveals no bruit or mass. Femoral pulses are strong and symmetrical. ABDOMEN: Soft, nontender. No liver or splenic enlargement. No palpable mass. There is no obvious hernia. GENITOURINARY: Deferred. MUSCULOSKELETAL: The patient ambulates well with no obvious joint deformities. The large joints in the extremities are well developed with no tenderness or effusion. Range of motion is normal and motor strength and tone is good. SKIN: Examination of the skin reveals no rash or ulcer. Palpation reveals no nodules or induration.

A: Before we go back on statin therapy, which I think is important for her, we need to do a liver evaluation including liver consultation.

P: Check her gallbladder with an ultrasound. Repeat the liver functions. Hepatitis profile. Refer to Dr. Faris. We will

EXHIBIT 5

E-SERVED
02/17/04
02:36 PM ET
Baycol MDL 1431

**REED, CINDA**
#89075
JUNE 19, 2001
PAGE 2

see her back in a few months. She is not to take statins until we give her the okay.

William J. Curley, M.D.
WJC/ljh
T: 06/20/01

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

May-29-01 11:20A P.

05/29/01 14:04 Page 1

PHYSICIANS MEDICAL CENTER
3121 S. MARYLAND PARKWARY SUITE 100
LAS VEGAS, NEVADA 89109
SAUL O. SOBOL, M.D. CLIA #290053871

PATIENT ID: 406465084 SAMPLE ID: 5221505
PATIENT NAME: REED, CINDA DRAWN BY: TG
BIRTHDATE: 01/31/1938 AGE: 63Y SEX: F COLL: 05/22/01 13:11
DOCTOR: CURLEY, WILLIAM STAT: N
LOCATION:
COMMENT:

| TEST NAME | PATIENT RESULTS | FLAGS | UNITS | REFERENCE RANGES | CODES |
|---|---|---|---|---|---|
| GLUCOSE | 93 | | MG/DL | 70 - 106 | |
| UREA NITROGEN | 9 | | MG/DL | 9 - 23 | |
| URIC ACID | 3.8 | | MG/DL | 2.1 - 7.4 | |
| CREATININE | 0.9 | | MG/DL | 0.7 - 1.5 | |
| CK | 40.0 | L | IU/L | 45.0 - 235.0 | |
| TOTAL BILIRUBIN | 0.8 | | MG/DL | 0.4 - 1.4 | |
| ALK PHOS | 92.0 | | IU/L | 36.0 - 92.0 | |
| LDH | 235.0 | H | IU/L | 101.0 - 218.0 | |
| A[illegible] (SGPT) | 79.0 | H | IU/L | 8.0 - 53.0 | |
| AS[illegible] (SGOT) | 131.0 | H | IU/L | 16.0 - 40.0 | |
| TOTAL PROTEIN | 6.8 | | G/DL | 6.3 - 8.0 | |
| ALBUMIN | 3.7 | | G/DL | 3.2 - 5.0 | |
| CALCIUM | 9.3 | | MG/DL | 8.6 - 10.4 | |
| PHOSPHORUS | 3.7 | | MG/DL | 2.4 - 4.7 | |
| ****** LIPID | | | | | |
| CHOLESTEROL | 179.0 | | MG/DL | 131.0 - 200.0 | |
| TRIGLYCERIDES | 136.0 | | MG/DL | 0.0 - 210.0 | |
| HDL | 102.4 | H | MG/DL | 30.0 - 90.0 | |
| ****** THYROID | | | | | |
| T4 | 6.45 | | MCG/DL | 5.00 - 13.50 | |
| T UPTAKE | 0.96 | | | 0.80 - 1.40 | |
| FTI | 6.72 | | | 6.33 - 12.40 | |
| TSH | 3.27 | | UIU/ML | 0.40 - 6.00 | |
| ****** CBC | | | | | |
| WBC | 9.5 | | K/UL | 4.1 - 10.9 | |
| RBC | 4.12 | L | M/UL | 4.20 - 6.30 | |
| HGB | 13.80 | | G/DL | 12.00 - 18.00 | |
| HCT | 42.4 | | % | 37.0 - 51.0 | |
| MCV | 103.0 | H | FL | 80.0 - 97.0 | |
| MCH | 33.5 | H | PG | 26.0 - 32.0 | |
| MCHC | 32.5 | | G/DL | 31.0 - 36.0 | |
| RDW | 14.5 | | % | 11.5 - 14.5 | |
| LYMPH | 34.8 | | % | 10.0 - 58.5 | |
| MID | 3.9 | | % | 0.1 - 24.0 | |
| G[illegible]N | 61.3 | | % | 37.0 - 92.0 | |
| P[illegible] | 272.0 | | K/UL | 140.0 - 440.0 | |
| ESR | 36 | | MM/HR | - | |
| ****** URINALYSIS | | | | | |
| COLOR | STRAW | | | - | |

BP47-000067

REVIEWED BY: ______________________

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431





PHYSICIANS MEDICAL CENTER
3121 S. MARYLAND PARKWARY SUITE 100
LAS VEGAS, NEVADA 89109
SAUL O. SOBOL, M.D. CLIA #290053871

| | | | |
|---|---|---|---|
| PATIENT ID: | 406465084 | SAMPLE ID: | 5221505 |
| PATIENT NAME: | REED, CINDA | DRAWN BY: | TG |
| BIRTHDATE: | 01/31/1938 AGE: 63Y SEX: F | COLL: | 05/22/01 13:11 |
| DOCTOR: | CURLEY, WILLIAM | STAT: | N |
| LOCATION: | | | |
| COMMENT: | | | |

| TEST NAME | PATIENT RESULTS | FLAGS | UNITS | REFERENCE RANGES | | | CODES |
|---|---|---|---|---|---|---|---|
| ****** URINALYSIS | | | | | | | |
| APPEARENCE | HAZY | | | | - | | |
| SPECIFIC GRAVITY | 1.030 | | | | - | | |
| PH | 5.0 | | | 5.0 | - | 9.0 | |
| PROTIEN | 1+ | * | | NEG | - | | |
| GLUCOSE | NEG | | | NEG | - | | |
| KETONES | NEG | | | NEG | - | | |
| UROBILINOGEN | NORM | | | NORM | - | | |
| BILIRUBIN | NEG | | | NEG | - | | |
| BLOOD | NEG | | | NEG | - | | |
| NITRITE | NEG | | | NEG | - | | |
| LEUKOCYTES | NEG | | | NEG | - | | |
| MICROSCOPIC | | | | | | | |
| | 0-2 WBC, MOD MUCUS | | | | | | |
| GGT | 207.5 | H | IU/1 | 6.0 | - | 55.0 | |
| HBA1C (GHB) | 4.9 | | %A1C | 4.1 | - | 5.7 | |
| LDL | 49.40 | L | MG/DL | 70.00 | - | 130.00 | |
| VLDL | 27 | | MG/DL | 6 | - | 30 | |
| CHOLESTEROL/HDL | 1.7 | | RATIO | | - | | |

BP47-000068

REVIEWED BY: ____________________

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

# NURSE'S NOTES

| Date | |
|---|---|
| | HT. ___ WGT. 138 TEMP ___ BP 160/80 PULSE 88 RESP 22 |
| 5/22/01 | Here on new med list. pt requesting blood test. c/o loss of appetite & feeling very weak. pt also c/o allergy vs Sinus inf JC |
| 5/29/01 | Pt. called asking for lab results & per Curley her "liver is inflammed", hold off on the Baycol, & come in this week to ... again Ta |
| | HT ___ WGT ___ TEMP ___ BP ___ PULSE ___ RESP ___ |
| 6-1-01 | Spoke to pts husband & [illegible] him to have pt hold Baycol until next visit as her liver is inflammed. He states she has been off of it since before this test. |
| | HT. ___ WGT. 139 TEMP ___ BP 120/76 PULSE 88 RESP 20 |
| 6-19-01 | F/U To go over EKG, CXR, labs, PFT, pulse ox of States Pamelor not working so she quit taking |
| | 9/13/01 NS DICTATED Completed Thru [illegible] care |

Patient Name: Linda Reed Age: 63 Sex: F Allergies: Demerol, Codeine

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Name : GREENWALD, STANLEY
DOB : 12/27/1933
Sex : M

Record Number : 12 - 78 - 90
Date Of Visit : 09/24/2001
Home Location : NT

S: The patient is a 67-year-old male complaining of sore throat. Feels like his throat is on fire. Mild nasal congestion and a recurrent type cough. He denies any significant nasal pressure previous although has felt hot and cold, body achy for the last day. He has no chronic problems with recurrent sinus infection. He has not been around with anybody with strep that he is aware.

MEDICATIONS: Tenormin, Ativan, Prilosec, aspirin, Niacin and Zyrtec.

ALLERGIES: No known drug allergies.

O: BLOOD PRESSURE: 138/82. PULSE: 65. RESPIRATIONS: 20. TEMPERATURE: 98.0. A well-developed, well-nourished 67-year-old white male, in no acute distress. ENT exam: Significantly erythematous soft palate with elongation and erythema of the uvula. The tonsils have been inoculated. There is mild lymphadenopathy. Lungs: Clear to auscultation. Heart: Regular rate and rhythm. Pulse oximetry on room air is 94%.

A: Pharyngitis.

P:
1. Amoxicillin 500 mg one t.i.d. 30 with no refills.
2. Over-the-counter analgesics. He will need Tylenol and/or Motrin as directed.
3. Sudafed p.r.n. congestion as needed with Zyrtec.
4. He is to increase fluids and warm saline gargles. Monitor for increase signs or symptoms. Follow up as needed.

**This Document has been electronically signed by** Sean Moe, PA-C 9/26/2001

Sean Moe, PA-C /m2/van vij Date

DD: 09/24/2001
DT: 09/25/2001 5:37:45



EXHIBIT 6

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Name : GREENWALD, STANLEY
DOB : 12/27/1933
Sex : M

Record Number : 12 - 78 - 90
Date Of Visit : 04/20/2001
Home Location : NT

S: This is a 67-year-old male patient who is here for prescription refill and cryosurgery. Patient has a known history of actinic keratosis over scalp and also the arms and hands. He is also taking niacin 1500 mg per day, Ecotrin, Tenormin 50 mg q.d., Prilosec 20 mg q.d., Cardura 4 mg q.h.s., Zyrtec p.r.n., Paxil 20 q.d., Ativan 1 mg q.d. and Baycol 0.4 mg q.d.

O: Physical examination: Patient has multiple actinic keratosis over his scalp, hands and arms. Vitals signs are stable. HEENT: Normocephalic, PERRLA, moist mucous membranes. Neck: Supple. Chest and lungs: Clear. Heart: Normal sinus rhythm. Abdomen: Soft and nontender. Extremities: No edema.

A: 1. Actinic keratosis.

2. Patient with a history of hypertension.

3. Dyslipidemia.

4. Allergies.

5. Depression.

P: 1. Continue present medication.

2. Cryosurgery.

3. Return to clinic for followup in three months.

4. He is to have a complete chemistry panel at that time.

This Document has been electronically signed by Rene Mauban, M.D. 4/24/2001

Rene Mauban, M.D. /m2/rel alv Date

DD: 04/20/2001

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Name : GREENWALD, STANLEY
DOB : 12/27/1933
Sex : M

Record Number : 12 - 78 - 90
Date Of Visit : 03/09/2001
Home Location : NT

S: This is a 67-year-old male patient with a known history of actinic keratosis. He is here for cryosurgery. He has no complaints.

O: Physical examination: There are multiple lesions on his scalp, left and right upper extremity and also right anterior chest wall. All are benign looking, scaly, ranging from 1 mm to 1.5 cm in diameter.

A: Actinic keratosis.

P: 1. Cryosurgery. Patient tolerated the procedure well.

2. Patient is to return to clinic for followup in four weeks for retreatment.

This Document has been electronically signed by Rene Mauban, M.D. 3/13/2001

Rene Mauban, M.D. /m2/T:shr apa Date

DD: 03/09/2001
DT: 03/10/2001 00:57:06

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Name : GREENWALD, STANLEY
DOB : 12/27/1933
Sex : M

Record Number : 12 - 78 - 90
Date Of Visit : 02/06/2001
Home Location : NT

S: This is a 67-year-old male patient who is here for prescription refills, lab results and treatment of his actinic keratosis. He feels fine. He is exercising regularly and watches what he eats.

O: Physical examination: Well-nourished, well-developed male, not in acute distress. Vital signs: TEMPERATURE: 97.8. BLOOD PRESSURE: 106/86. PULSE: 72. RESPIRATORY RATE: 16. WEIGHT: 238. HEENT: Normocephalic, PERRLA. Moist mucus membranes. Neck: Supple. Chest and lungs: Clear. Heart: Regular rate and rhythm. Extremities shows multiple acnitic keratosis over the back and scalp. Laboratory showed everything to be within normal, except for triglycerides, which is mildly elevated at 308.

A: 1. Hyperlipidemia, improved.

2. History of low back pain.

3. Hypertension.

4. GERD.

5. History of CVA.

6. Allergies.

7. Stress.

8. Patient with actinic keratosis.

P: 1. Cryo surgery.

2. Refilled his medications niacin 250 t.i.d., Prilosec 20 mg q.d., atenolol 50 mg q.d., Baycol 0.4 mg q.d., Zyrtec 10 mg q.d., Ecotrin once a day, Cardura 4 mg q.h.s., Paxil 20 mg q.d. Patient is to continue his routine regimen and return to clinic in about four weeks for repeat cryo surgery.

E-SERVED 02/17/04 02:36 PM ET Baycol MDL 1431

Name : GREENWALD, STANLEY
DOB : 12/27/1933
Sex : M

Record Num... : 12 - 78 - 90
Date Of Visit : 02/06/2001
Home Location : NT

This Document has been electronically signed by Rene Mauban, M.D. 2/ 9/2001

Rene Mauban, M.D. /m2/usa c:Vis Date

DD: 02/06/2001
DT: 02/07/2001 19:03:00