**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE BAYCOL PRODUCTS LITIGATION** | : | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to All Actions** | : | **Pretrial Order No. 110** |

Implementation of the Case Management/Electronic Case Filing (CM/ECF) System in the District of Minnesota will NOT affect the current method of service and filing documents in the Baycol MDL proceedings, and in individual Baycol cases. The Verilaw System will continue to be the method of service and filing of documents in these cases as set forth in PTO No. 18.

Dated: Feb. 18, 2004

Michael J. Davis
The Honorable Michael J. Davis
United States District Court

FEB 18 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK