E-SERVED
02/18/04
01:18 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

This Document Relates To:

All Actions

MDL No. 1431 (MJD/JGL)

**DEFENDANT BAYER CORP.'S NOTICE OF MOTION AND MOTION TO QUASH ATTORNEY'S LIEN AND FOR EXPEDITED CONSIDERATION**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant Bayer Corporation ("Bayer") hereby moves the Honorable Michael J. Davis to quash the PSC's Attorney's lien and for an expedited hearing on this matter. Bayer asks that the PSC's response be provided via Verilaw no later than 3:00 pm on Monday, February 23, 2004, so that argument may be heard at the Tuesday, February 24 status conference. Bayer further asks that the PSC's Attorney's Lien issued February 9, 2004 be immediately quashed. This motion is supported by the memorandum submitted herewith, and all the files, papers and proceedings herein.

Dated: February 18, 2004

Respectfully submitted,

//Original Signature on File//
Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Gene C. Schaerr
Frank R. Volpe
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

E-SERVED
02/18/04
01:18 PM ET
Baycol MDL 1431

Susan A. Weber
Eugene A. Schoon
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400
*Counsel for Bayer Corporation and Bayer A.G*

E-SERVED
02/18/04
01:18 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

I, Rebecca Ostlund, certify that a true and correct copy was electronically served to counsel of record via Verilaw on February 18, 2004.

/Signature on File/
Rebecca Ostlund