E-SERVED 02/19/04 05:28 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**RESPONSE BY PSC TO THE ORDER TO SHOW CAUSE REQUIREMENTS OF PTO 102**

In Pre-Trial Order 102, the Court has set forth a proposed Order for the program to identify those cases filed in the MDL having viable, litigable claims. This Order has been called the "Narrowing Program." Since the negotiation of that proposed Order, the PSC has identified several areas of concern with the proposed Narrowing Program. These concerns are as follows:[1]

1. The order does not appear to permit pursuit of cases where the medical issue is significant muscle weakness, in the absence of a claim of pain.

2. The order does not appear to permit pursuit of cases where the medical issue is elevated laboratory results (include CK, BUN, creatinine, and liver enzymes), in the absence of a claim of pain.

3. The order requires a case specific expert, even though there is a report of pain (or muscle weakness or elevated lab report), where there is no definitive proof that discontinuance of use occurred.

[1]Attached to this memorandum are spreadsheets identifying specific cases, with Court file numbers, which fall into each of the listed categories. This list is based on Plaintiff Fact Sheets which have been provided to the PSC.

E-SERVED 02/19/04 05:28 PM ET Baycol MDL 1431

## MUSCLE WEAKNESS AND ELEVATED LABORATORY CLAIMS

The Narrowing Program permits prosecution of lawsuits claiming sudden onset, severe muscle pain. In order to ensure the proper interpretation of this language, the PSC has identified to Bayer the concern that there are cases where Plaintiff's main injury concern is an overriding weakness, not necessarily accompanied by muscle pain. Similarly, there are cases where Plaintiff has elevated lab results (not rising to the level of rhabdomyolysis), where there is no identified claim of muscle pain. These cases should not be excluded from this litigation at this stage.

There is medical support in the PSC expert reports substantiating these claims:

1. Dr. R. Sam Mayer

**"For the purpose of this report, cerivastatin induced myopathy will be operationally defined as muscle damage characterized by: (1) pain and/or weakness in proximal muscles of new onset associated with the concurrent use of cerivastatin….." 12**

"Cerivastatin causes a continuum of muscle damage. In animal studies, statins induced changes in the histology (microscopic appearance) of muscle cells in virtually all animals tested. In humans, this probably represents asymptomatic subclinical pathology. When muscle cell death occurs, there is associated myalgia. The larger, proximal muscles of the trunk, hips, shoulders, and calves are typically the most involved." 17

"Myopathy can result in serious and significant functional limitations. It disproportionately affects the large proximal muscles of the trunk, hips, and shoulders; the neck and calves are also commonly involved. Pain and weakness are the two main symptoms." 30

2. Dr. Charles (Chad) E. Boult

**"In some cases, this moderate-to-severe "myopathy" is accompanied by objective findings such**

E-SERVED
02/19/04
05:28 PM ET
Baycol MDL 1431

**as muscle tenderness, abnormal tests of muscle strength, elevated levels of CK in the blood, abnormal EMG tracings, or abnormal biopsy results. In other cases, these objective findings are absent or difficult to confirm: muscle tenderness and strength may not be recorded, elevations in CK levels are often transient, EMG tracings can be misleading, and biopsies can appear normal if the samples examined are not obtained from areas where tissue injury occurred." 22**

**"The detection of moderate-to-severe myopathy is supported by, but does not require, an objective diagnostic test, such as muscle tenderness, an abnormal test of muscle strength, elevated levels of CK in the blood, characteristic EMG tracings, or histologic evaluation of biopsy material." 24**

3. <u>Dr. David Richman</u>

"…has documented the wide range of abnormalities that have been described from muscle aches without weakness or laboratory abnormalities to severe necrosis…" 15

"Phillips demonstrated that statins cause muscle injury even when CK levels are not elevated beyond the normal range. Phillips' research shows that muscle cells can be damaged before muscle cell membranes are completely ruptured. The damaged but non-ruptured muscle cells cause the aches, pains, and weakness reported by statin patients, including those described in the Phillips study. Moreover, lesser degrees of muscle injury, releasing small amounts of CK, may not be detectable because of the normal rate at which CK is removed from the bloodstream." 16

4. <u>Dr. Thomas Zizic</u>

**"The severity of the muscle disorder may vary from solely myalgias without elevation of creatinine kinase to elevations of creatinine kinase in asymptomatic individuals to**

E-SERVED 02/19/04 05:28 PM ET Baycol MDL 1431

**rhabdomyolysis with myoglobinuria, renal failure and death." 45**

"Myopathy is often used as a general term referring to any disease of the muscle. For the purpose of this report, myopathy can be clinically defined as muscle pain and weakness, which may or may not be accompanied by abnormal elevations in CK levels in the serum (Tobert, J.A., Am. J. Cardiol., 62:28, 1988). In several credible case reports, statin induced myopathy has not been accompanied by elevated CK findings." 48.

"Previously, patients receiving statins who have muscle symptoms and a normal CPK were thought to have symptoms unrelated to statin therapy. Muscle biopsies, however, have confirmed myopathy in some patients with symptoms but normal CPK on statins." 52

Based on this line of reasoning, the Order should be modified in Paragraph 1(b)(a)(ii) to read "sudden onset, severe muscle pain <u>or weakness, or elevated CPK, liver or other relevant laboratory reports</u>...."

**<u>REPORTED INJURY BEFORE AUGUST 8, 2001, WITHOUT PROOF OF DISCONTINUANCE</u>**

The proposed Order also requires a case specific expert report where Plaintiff has reported injury before August 8, 2001, but the record is unclear about the discontinuance of usage of the drug. The purpose of this provision in the Order is to ensure that Plaintiffs do not come forward with claims in response simply to the withdrawal of the drug from the market, or to lawyer advertising. That is, the report of injury should occur before August 8, 2001. However, the Order <u>also</u> requires that a Plaintiff claiming injury show when he or she discontinued use of the drug. For a Plaintiff who demonstrates injury before August 8, 2001, but who cannot demonstrate discontinuance of the drug before August 8, the purpose of the Order is not met.

E-SERVED
02/19/04
05:28 PM ET
Baycol MDL 1431

In order to redraft around this issue, the focus of Paragraph 1(B)(1) and (2) needs to be proof of injury, not proof of use. That is, the opening operator in the paragraph should be "a plaintiff who has medical proof of sudden onset, severe muscle pain, weakness or elevated lab results....." From there, the tests then need to be whether that Plaintiff can prove beginning and discontinuance of use of the drug. This rearranging of the logic of the Order will permit focus where it should be placed: on whether Plaintiff has appropriate proof of <u>injury</u>, not proof of <u>use</u>, prior to August 8, 2001.

Respectfully submitted,

Dated: February 19, 2004.

ZIMMERMAN REED, P.L.L.P.

/s/ Original Signature on File
Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Robert R. Hopper, #208760
651 Nicollet Mall, Suite 500
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
Richard A. Lockridge, #64117
Hugh V. Plunkett, #87282
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

***Co-Lead Counsel for Plaintiffs***

E-SERVED
02/19/04
05:28 PM ET
Baycol MDL 1431

***Plaintiffs' Steering Committee***

Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
30th Floor, 275 Battery St.
San Francisco, CA 94111-3339

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1226 Euclid Avenue
Suite 900
Cleveland, OH 44115-1891

James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431

Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624

Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108

Kenneth B. Moll
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza, 54th Floor
Chicago, IL 60602

William M. Audet
Alexander, Hawes & Audet, LLP
300 Montgomery St.
Suite 400
San Francisco, CA 94104

E-SERVED
02/19/04
05:28 PM ET
Baycol MDL 1431

Ted B. Lyon, Jr.
Teb B. Lyon & Associates, P.C.
Town East Tower, Suite 525
18061 LBJ Freeway
Mesquite, TX 75150

Dale I. Larson
Larson King
2800 World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Mark Robinson
Robinson, Calcagnie & Robinson
620 Newport Center Dr., Seventh Floor
Newport Beach, CA 92660

Ron Meshbesher
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404