E-SERVED
02/19/04
04:46 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **In Re: BAYCOL PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 1431 (MJD/JGL)** |
| | : | |
| **This Document Relates to All Actions** | : | |

**ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHES & FRIEND'S JOINDER TO THE OBJECTIONS ON FILE TO PTO NO. 102**

Abraham, Watkins, Nichols, Sorrels, Matthews and Friend submits their Joinder to the Objections on file to Pretrial Order 102 ("Narrowing Protocol") and joins in with the followings Plaintiffs' objections to PTO No. 102:

1. HKJ (Harrison, Kemp & Jones) Plaintiffs Comments and/or Objections Regarding Proposed Order (Narrowing Proposal) filed on February 6, 2004;
2. Ingram & Associates, PLLC's Objections to Proposed PTO No. 102 filed on February 10, 2004.
3. Harrison, Kemp & Jones' Supplement to HKJ Plaintiffs Comments and/or Objections regarding Proposed Order (Narrowing Proposal) filed on February 17, 2004;
4. Shannon Law Firm Plaintiffs Response and Objections to Proposed PTO No. 102 filed on February 18, 2004;
5. Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.'s Plaintiffs' Objections to PTO No. 102 filed on February 19, 2004.

Respectfully submitted this the 19th day of February, 2003.

"Original Signature on File with Filing Attorney"

______________________________

E-SERVED
02/19/04
04:46 PM ET
Baycol MDL 1431

Richard J. Plezia

OF COUNSEL:

ABRAHAM, WATKINS, NICHOLS
SORRELS, MATTHEWS & FRIEND
800 Commerce
Houston, Texas 77002
(713) 222-7211
(713) 225-0827

**CERTIFICATE OF SERVICE**

I, Richard J. Plezia, certify that a true and correct copy of the foregoing Objection to PTO No. 102 was electronically served to all counsel of record via Verilaw on February 19, 2003.

"Original Signature on File with Filing Attorney"

____________________________________
Richard J. Plezia