E-SERVED
02/19/04
05:55 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION** | . | |
| | . | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates to All Cases** | . | |

**SUPPLEMENTARY RESPONSE TO ORDER TO SHOW CAUSE AND JOINDER TO THE OBJECTIONS ON FILE TO PTO NO. 102**

Now comes Alan Aleksander, as a supplementary response to the Court's Order to Show Cause dated January 16, 2004 (Pretrial Order ["PTO"] No. 102 ["Order to Show Cause"], and joins in with the followings Plaintiffs' objections to PTO No. 102.

1. HKJ (Harrison Kemp & Jones) Plaintiffs Comments and/or Objections Regarding Proposed Order (Narrowing Proposal) filed on February 6, 2004:
2. Ingram & Associates, PLLC's Objections to Proposed PTO No. 102 filed on February 10, 2004.
3. Harrison, Kemp & Jones' Supplement to HKJ Plaintiffs Comments and/or Objections regarding Proposed Order (Narrowing Proposal) filed on February 17, 2004;
4. Shannon Law Firm Plaintiffs Response and Objections to Proposed PTO No. 102 filed on February 18, 2004;
5. Beasley, Allen Crow, Methvin, Portis and Miles, P.C.'s Plaintiffs' Objections to PTO No. 102 filed on February 19, 2004.

Respectfully submitted,

*Original signature on file with filing attorney*

ALAN ALEKSANDER, A PC
225 E. Carrillo St., Ste. 305
Santa Barbara, CA 93101

E-SERVED 02/19/04 05:55 PM ET Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I do hereby certify that on this, the 11th day of February 2004, a true and correct copy of the above was electronically served to counsel of record via Verilaw.

*Original signature on file with filing attorney*
ALAN ALEKSANDER