E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

# Exhibit "A"

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

| Name: | Docket No.: |
|---|---|
| Bailey, O'Dean | 02-2543 |
| Fay, Nancy | 02-1912 |
| Goggin, Ellen | 03-082 |
| Jerrolds, Dorothy | 02-2872 |

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

# Exhibit “B”

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

| Name: | Docket No.: |
|---|---|
| Acosta, Gregorio | 03-1254 |
| Arellano, Jesus | 03-1289 |
| Baker, Biff | 02-3146 |
| Dezwart, Fred | 03-2189 |
| Garcia, Wilberto | 02-2217 |
| Gilmore, Betty | 03-1364 |
| Hendron, Janeth | 02-2044 |
| Keaton, Rufus | 02-1980 |

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

# Exhibit "C"

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

| Name: | Docket No.: |
|---|---|
| Badener, Sidonia | 02-3142 |
| Figg, William | 03-1960 |
| Kennedy, Marjorie | 02-2012 |
| Luckinbill, Larry | 02-4885 |
| McCall Bessie | 03-739 |
| Salas, Jesus | 03-2308 |
| Scime, Anthony | 02-1611 |
| Sitton, Lee | 02-1626 |
| Thompson, Daniel | 02-4473 |

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

# Exhibit “D”

E-SERVED
02/19/04
05:32 PM ET
Baycol MDL 1431

| Name: | Docket No.: |
|---|---|
| Clay, Alena | 02-2265 |
| Contreras, Frank | 02-3037 |
| Debrito, Dale | 02-1895 |
| Donald, Smith | 02-2547 |
| Hudson, Jefferson | 02-2632 |
| Newhouse, Jay | 02-2844 |
| Ragan, Vera | 02-2567 |
| Raum, Ronald | 02-1957 |
| Scherich, Ronald | 02-2551 |
| Young, Dorothy | 02-1194 |