12/03
**MINUTES OF PROCEEDINGS:**
**MOTIONS**

Court Reporter: Lori Case

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA**
Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. CIV / CRIM MDL 1431 MJD/JGL

In Re Baycol Products
Plaintiff(s),

vs.

Defendant(s).

Charles Zimmerman
Ron Goldser; Dick Lockridge
Plaintiff(s) Counsel

Adam Hoeflich, Susan Weber
Peter Sipkins, Fred Magaziner.
Defendant(s) Counsel

Interpreter

( ) MOTION MINUTES (**INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CHASER MOTION REPORT**)

**ORDER TO BE SUBMITTED BY: ( ) COURT ( ) PLAINTIFF ( ) DEFENDANT**

Monthly Status -

Motions heard - Praytor v. Bayer - 02-453 - motion to remand (docket #22) was

Medicare Liens - moved, argued + taken under advisement.

A motion for sanctions was moved, argued + taken under advisement

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. remanded to custody of U.S. Marshal.

Dated: Feb 24, 04

Debbie Halfman
(X) Deputy Clerk ( ) Magistrate Judge
Debbie Halfman