UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: Baycol Products Litigation** — **MDL No. 1431**

**This Document Relates to All Actions** — **Pretrial Order No. 112**

---

The next status conference will be held on April 13, 2004 at 10:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: February 25, 2004

/s/ Michael J. Davis
Michael J. Davis
United States District Court

FEB 25 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS