**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: Baycol Products Litigation** **MDL No. 1431**

**This Document Relates to All Actions** **Pretrial Order No. 113**

---

IT IS HEREBY ORDERED:

(1) Pursuant to Pretrial Order No. 53 Subdivision (2), prior to any payment to a plaintiff, defendants shall deduct 6% of such payment to be paid into the MDL 1431 Fee and Cost Account.

(2) Recently, in Pretrial Order No. 106, this Court ruled that, for jurisdictional reasons, the 6% holdback cannot be assessed in cases which had not been finally transferred to this MDL.

(3) In accord with this ruling, this Order retains the provisions of Pretrial Order No. 53 and amends Pretrial Order No. 53 Subdivision (2)(b) to reflect the provisions of Pretrial Order No. 106. Subdivision (2) now provides:

2. This Order retains the provisions of Pretrial Orders No. 25, 28 and 47 unless otherwise amended and retroactively amends Pretrial Order 25 to expressly apply to the following categories of cases and lawyers: a) all cases transferred to this MDL, except those remanded by order of the Court to state court for lack of jurisdiction; **b) all cases filed in federal court transferred to this MDL, except those dismissed for lack of jurisdiction;** c) all cases with lawyers voluntarily submitting to the jurisdiction of this Court pursuant to a written joint prosecution agreement; d) all cases with lawyers voluntarily submitting to the jurisdiction of this Court by signing a written engagement letter agreeing

to participate in settlement conferences arranged by the PSC and the PSC Settlement Committee; e) all cases of Plaintiffs lawyers and their law firms who are a member of the PSC or a member of a committee of the PSC (other than LAC); and f) all cases subsequently ordered by this Court to be subject to this Order. This Order applies, in the six categories described above, to cases in which a lawyer and his or her law firm is counsel of record or otherwise has an interest. All cases of lawyers or their law firms who are members of the PSC or a committee of the PSC (except LAC) on the date of this Order are subject to this Order. Any lawyer or his or her law firm becoming a member of the PSC or a committee of the PSC after the date of this Order is subject prospectively to the terms of this Order if the lawyer endorses a copy of this Order acknowledging the obligations under the terms of this Order.

Dated: February 25, 2004

/s/ Michael J. Davis

Michael J. Davis

United States District Court