E-SERVED
03/02/04
01:40 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

***ALL ACTIONS***

---

# DEFENDANTS' MOTION FOR ASSISTANCE OF THE SPECIAL MASTER IN NEGOTIATING A GENERIC EXPERT DISCOVERY PLAN

Defendants Bayer and GSK respectfully request the Court to direct Special Master Haydock to convene a conference between defendants and the PSC to negotiate a plan and schedule for completion of generic expert discovery in this MDL. In support of this motion, defendants submit the accompanying memorandum.

Dated: March 2, 2004

E-SERVED
03/02/04
01:40 PM ET
Baycol MDL 1431

Respectfully submitted,

____/signature on file/__________
Peter W. Sipkins (#101540)
Andre Hanson
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Phone: 612-340-2600

Philip S. Beck
Adam L. Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 W. Hubbard Street, Suite 3000
Chicago, IL 60610
Phone: 312-494-4400

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
Chicago, IL 60603
Phone: 312-853-7000

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street N.W.
Washington, D.C. 20005
Phone: 202-736-8000

Richard K. Dandrea
ECKERT SEAMANS CHERIN & MELLOTT LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: 412-566-6000

*Counsel for Bayer Corporation and Bayer AG*

______/signature on file/_______
Tracy J. Van Steenburgh (#141173)
HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Phone: 612-338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215-994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

E-SERVED
03/02/04
01:40 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION**

**MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

***ALL ACTIONS***

---

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR ASSISTANCE OF THE SPECIAL MASTER IN NEGOTIATING A GENERIC EXPERT DISCOVERY PLAN

Defendants Bayer and GSK respectfully request the Court to direct Special Master Haydock to convene a conference between defendants and the PSC to negotiate a plan and schedule for completion of generic expert discovery in this MDL.

PTO 96 established a schedule for expert discovery in 6 cases. *See* PTO 96, at 1. The parties designated generic and case specific experts in those cases, and expert depositions have been proceeding. However, the PSC now has advised defendants that the last of those cases, *Pierce*, is being dismissed. Thus, there is no framework for nor order governing the ongoing management of generic expert discovery.

As the Court is aware, defendants first requested establishment of a schedule for generic expert discovery more than a year ago. They now would like to proceed with and complete depositions of all generic experts for all cases in this MDL. But that process would require, among other things, designation

E-SERVED
03/02/04
01:40 PM ET
Baycol MDL 1431

of a wider range of experts than were designated in *Pierce* and the other cases listed in PTO 96.

Initial discussions with the PSC regarding such a proposed pretrial order have not been fruitful. Defendants believe that these discussions would be facilitated if Special Master Haydock were involved. Therefore, they request the Court to direct its Special Master to convene a conference among the parties (telephonically or in person) to discuss the parameters of an order governing generic expert discovery for all cases in this MDL.

Dated: March 2, 2004

E-SERVED
03/02/04
01:40 PM ET
Baycol MDL 1431

Respectfully submitted,

____/signature on file/__________
Peter W. Sipkins (#101540)
Andre Hanson
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Phone: 612-340-2600

Philip S. Beck
Adam L. Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 W. Hubbard Street, Suite 3000
Chicago, IL 60610
Phone: 312-494-4400

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
Chicago, IL 60603
Phone: 312-853-7000

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street N.W.
Washington, D.C. 20005
Phone: 202-736-8000

Richard K. Dandrea
ECKERT SEAMANS CHERIN & MELLOTT LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: 412-566-6000

*Counsel for Bayer Corporation and Bayer AG*

______/signature on file/_______
Tracy J. Van Steenburgh (#141173)
HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Phone: 612-338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215-994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

E-SERVED
03/02/04
01:40 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION**

**MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**

***ALL ACTIONS***

## PROPOSED ORDER

It is ORDERED:

Special Master Roger Haydock shall convene a conference among the parties (telephonically or in person) to negotiate a plan and schedule for completion of generic expert discovery for all cases in this MDL.

Marvch ___, 2004

BY THE COURT

Michael J. Davis
United States District Court