E-SERVED
03/08/04
06:42 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 1431 (MJD/JGL) |

TO: Defendants Bayer A.G. and Bayer Corporation

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that at 9:30 am on Tuesday, March 16, 2004, before the Honorable Jonathan Lebedoff, at the United States Courthouse, 300 South Fourth Street, Room 9 East, City of Minneapolis, State of Minnesota, the plaintiffs will move the Court for the relief sought in their Memorandum in Support of Motion to Compel Defendants' Compliance with the Court's Orders and for Sanctions for Violation of Court Order.

Dated: 3/8/04

**LARSON • KING, LLP**

By ______________________
Shawn M. Raiter #240424
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500

- and -

Charles S. Zimmerman
ZIMMERMAN REED, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400

E-SERVED
03/08/04
06:42 PM ET
Baycol MDL 1431

- and –

Richard Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

***For Plaintiffs' Steering Committee***

::ODMA\PCDOCS\STP\1088892\1