A CERTIFIED TRUE COPY
MAR 9 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FEB 20 2004
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-35)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 5,186 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
MAR 9 2004
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-35 - TAG ALONG CASES**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| FLORIDA SOUTHERN | | | |
| FLS | 2 | 03-14224 | Jewell Howard, etc. v. Bayer Corp., et al. |
| LOUISIANA WESTERN | | | |
| LAW | 1 | 03-2196 | Amelia Ann Cason Keith v. Bayer AG, et al. |
| LAW | 2 | 03-2110 | Gwen Hollingsworth v. Bayer AG, et al. |
| LAW | 5 | 03-1506 | Gordon R. Boucher, et al. v. Bayer Corp., et al. |
| LAW | 5 | 03-1507 | Paul Lynn Davis, et al. v. Bayer Corp., et al. |
| LAW | 5 | 03-1508 | Jerry Richardson, et al. v. Bayer Corp., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 1 | 03-927 | David Baker, et al. v. Bayer Corp., et al. |
| MSS | 1 | 03-961 | Carroll Boudreaux, Sr. v. Bayer Corp., et al. |
| MSS | 1 | 03-962 | Donna Adams, et al. v. Bayer Corp., et al. |
| MSS | 1 | 03-963 | Karla Lewis, et al. v. Bayer Corp., et al. |
| MSS | 1 | 03-964 | O'Delle Kilgore, et al. v. Bayer Corp., et al. |
| MSS | 3 | 03-974 | Lucretia L. Lazere, et al. v. Bayer Corp., et al. |
| MSS | 3 | 03-977 | Jose Guerra, et al. v. Bayer Corp., et al. |
| MSS | 3 | 03-979 | Muriel Parilla v. Bayer Corp., et al. |
| NEBRASKA | | | |
| NE | 8 | 03-515 | Joyce Parsons v. Bayer Corp., et al. |
| NEW JERSEY | | | |
| NJ | 2 | 03-2177 | John Carr v. Bayer Corp., et al. |
| NJ | 2 | 03-5269 | Albin J. Sowinski v. Bayer Corp., et al. |
| NJ | 3 | 03-4985 | Maria Direnzo v. Bayer AG, et al. |
| NJ | 3 | 03-4986 | David L. Hague v. Bayer AG, et al. |
| NJ | 3 | 03-4987 | Antoinette Polito v. Bayer AG, et al. |
| NJ | 3 | 03-4988 | Marianne Opinski v. Bayer AG, et al. |
| NEW MEXICO | | | |
| NM | 6 | 03-1220 | Larry Crow, etc. v. Bayer Corp., et al. |
| NEVADA | | | |
| NV | 2 | 03-1112 | Alfonso Sargent v. BayerAG, et al. |
| NV | 2 | 03-1350 | Susan Chester v. Bayer AG, et al. |
| ~~NV~~ | ~~2~~ | ~~03-1615~~ | ~~Robert Chard, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1616~~ | ~~Matthew London, et al. v. Bayer Corp., et al.~~ Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1617~~ | ~~Elaine Bautista, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1618~~ | ~~Herbert Klonsky, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1619~~ | ~~Allen Chudner, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1620~~ | ~~Helen Fisher, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1621~~ | ~~Albert Downing, et al. v. Bayer Corp., et al.~~ Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1622~~ | ~~William Straeener, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1623~~ | ~~Anne Pink, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1624~~ | ~~Sandra Sacrestano, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1625~~ | ~~Virginia Ruffin, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1626~~ | ~~Earl Barnett, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1627~~ | ~~Anna Walraven, et al. v. Bayer Corp., et al.~~ Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1628~~ | ~~Glenn Hitner, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~2~~ | ~~03-1629~~ | ~~Rosemary Johnson, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~3~~ | ~~03-710~~ | ~~Merle Kolstrup, et al. v. Bayer Corp., et al~~. Opposed 3/09/04 |
| ~~NV~~ | ~~3~~ | ~~03-711~~ | ~~Jeff Burres, et al. v. Bayer Corp., et al.~~ Opposed 3/09/04 |

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 03-5660 | Keith Hamaker, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9565 | Billy Mehaffey, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9567 | Hazel Claxton, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9568 | Michael Bright, et al. v. Bayer Corp. |
| NYS | 1 | 03-9571 | Joseph Castro, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9574 | Fred Pletka, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9575 | Milton Glover, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9576 | Adele Houston, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9577 | Randy Collier, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9578 | Charles Chambers, Jr., et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9579 | Neil Amero, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9580 | Tony Aragon, et al. v. Bayer Corp., et al. |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 03-1098 | Gwendoline Hartranft, etc. v. Bayer AG, et al. |
| OKW | 5 | 03-1099 | Samuel D. Phillips, etc. v. Bayer AG, et al. |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 03-4446 | Martin J. Jarchow, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4447 | Carol J. Johnson, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4454 | George E. Stephens, et al. v. Bayer Corp., et al. |
| PAE | 2 | 03-4512 | Joe E. Sandoval, Jr., etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4552 | Aileen Hernandez, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4553 | Juanita Moraga, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4556 | Eileen Craig, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4557 | Louise Daniels, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4560 | Rebecca L. Hendrix, et al. v. Bayer Corp., et al. |
| PAE | 2 | 03-4586 | Todd Johnson, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4589 | William James, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4590 | Margaret Kennedy, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4593 | Nancy Mellott, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-4595 | Cyntia Williamson, etc. v. Bayer Corp., et al. |
| PAE | 2 | 03-5636 | Eddie Howard Shelton, etc. v. Bayer Corp., et al. |
| TEXAS NORTHERN | | | |
| TXN | 4 | 03-856 | Melvin Williams v. Bayer AG, et al. |
| TXN | 4 | 03-857 | Linda Colvard v. Bayer AG, et al. |
| TXN | 4 | 03-858 | William Thomas v. Bayer AG, et al. |
| TXN | 4 | 03-859 | Timothy Williams v. Bayer AG, et al. |
| TXN | 4 | 03-860 | Nancy Schmidt v. Bayer AG, et al. |
| TXN | 4 | 03-861 | Timothy Combs v. Bayer AG, et al. |
| TXN | 4 | 03-862 | Angelyn Mims v. Bayer AG, et al. |
| TXN | 4 | 03-863 | Lily Barron v. Bayer AG, et al. |
| TXN | 4 | 03-864 | John Murr v. Bayer AG, et al. |
| TXN | 4 | 03-865 | Jodie Douglas v. Bayer AG, et al. |
| TXN | 4 | 03-866 | Neal Sullins v. Bayer AG, et al. |
| TXN | 4 | 03-867 | Holly Kammerdiener v. Bayer AG, et al. |
| TXN | 4 | 03-868 | Donna Zuar v. Bayer AG, et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 03-3103 | Inez Orta, et al. v. Bayer Corp., et al. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 03-2343 | Linda Pell v. Bayer AG, et al. |
| WVS | 2 | 03-2344 | Lucy Youell v. Bayer AG, et al. |