**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**ORDER**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case; the requirements were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 105 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of Plaintiffs who have not complied with their discovery obligations as of March 12, 2004. These Plaintiffs are listed in Exhibit A to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by March 30, 2004.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by March 30, 2004, 5:00 p.m., Central Standard Time, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: March 16, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

Exhibit A

# CTO-30 PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Smith, Bobbie | 03-5976 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, New Mexico 87104<br>P: (505) 243-3500<br>F: (505) 243-3534 |
| 2. | Jones, Ronald M. | 03-5968 | Clark O. Brewster, Esq.<br>Brewster & De Angelis, P.L.L.C.<br>2617 E. 21st St.<br>Tulsa, Oklahoma 74114<br>P: (918) 742-2021<br>F: (918) 742 2197 |
| 3. | Callaway, Evelyn | 03-5914 | Steven E. Cauley, Esq.<br>Cauley Geller Bowman & Rudman, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221-5438<br>P: (501) 312-8500<br>F: (501) 312-8505 |
| 4. | Carson, Aubrey | 03-5914 | |
| 5. | Patterson, Rosie | 03-5914 | |
| 6. | Sutton, Glenda | 03-5914 | |
| 7. | Adams, Roger | 03-5870 | Craig P. Niedenthal, Esq.<br>Cory Watson Crowder & Degaris, P.C.<br>2131 Magnolia Avenue<br>Birmingham, Alabama 35205<br>P: (205) 328-2200<br>F: (205) 324-7896 |
| 8. | Allen, Durham | 03-5849 | |
| 9. | Alvis, Ellie B. | 03-5886 | |
| 10. | Anderson, Catherine | 03-5888 | |
| 11. | Andress, Toni | 03-5853 | |
| 12. | Bagwell, Shirley | 03-5885 | |
| 13. | Banister, Patricia | 03-5837 | |

| | | |
|---|---|---|
| 14. | Barnes, Lorene M. | 03-5885 |
| 15. | Beavers, Laura | 03-5906 |
| 16. | Blackmon, Fredrick | 03-5890 |
| 17. | Bledsoe, Freda | 03-5864 |
| 18. | Blevins, Delores | 03-5885 |
| 19. | Boakle, Dave M. | 03-5890 |
| 20. | Bogdal, Kurtis | 03-5841 |
| 21. | Bolton, Mary | 03-5855 |
| 22. | Booker, David | 03-5840 |
| 23. | Bradley, Florence A. | 03-5888 |
| 24. | Bramlett, Lorain C. | 03-5888 |
| 25. | Brascome, Linda | 03-5887 |
| 26. | Bratcher, Eunice | 03-5861 |
| 27. | Britton, Betty | 03-5887 |
| 28. | Brown, Barbara | 03-5839 |
| 29. | Brown, Tommie | 03-5890 |
| 30. | Bruce, Armelia | 03-5888 |
| 31. | Bryant, Allen | 03-5890 |
| 32. | Bynum, Josephine | 03-5888 |
| 33. | Cameron, R.B. | 03-5889 |
| 34. | Cardine, Jerry | 03-5889 |
| 35. | Carroll, Mary | 03-5875 |
| 36. | Cato, Vickie | 03-5885 |
| 37. | Combs, Sidney Franklin | 03-5890 |
| 38. | Conley, Kay | 03-5858 |
| 39. | Conner, Rebecca | 03-5887 |

| | | |
|---|---|---|
| 40. | Cooke, Helen | 03-5879 |
| 41. | Crawford, Marie | 03-5885 |
| 42. | Davis, Alberta | 03-5883 |
| 43. | Davis, Michael | 03-5848 |
| 44. | Davis, Opal | 03-5888 |
| 45. | Davis, Ronnie | 03-5890 |
| 46. | Daw, Jerry Stephen | 03-5890 |
| 47. | Dial, Alberta L. | 03-5885 |
| 48. | Duckworth, Carrie | 03-5872 |
| 49. | Dudderar, Floretta | 03-5886 |
| 50. | Ellis, Mary J. | 03-5886 |
| 51. | Englebert, George W. | 03-5890 |
| 52. | Fairweather, Wanda | 03-5868 |
| 53. | Favors, Drucilla | 03-5882 |
| 54. | Foster, Charles | 03-5890 |
| 55. | Franklin, Virginia | 03-5845 |
| 56. | Free, Lewis | 03-5859 |
| 57. | Frey, Carl | 03-5894 |
| 58. | Galloway, Teresa | 03-5887 |
| 59. | Garner, Thelma | 03-5888 |
| 60. | Geiger, Eileen | 03-5891 |
| 61. | Gipson, Myrtle | 03-5885 |
| 62. | Gottlieb, Sidney | 03-5867 |
| 63. | Gray, Daniel | 03-5890 |
| 64. | Grice, Lenette | 03-5888 |
| 65. | Gunter, Lonnie | 03-5890 |

| | | |
|---|---|---|
| 66. | Hall, Patricia | 03-5886 |
| 67. | Hammock, Delores J. | 03-5885 |
| 68. | Hanson, Lila | 03-5886 |
| 69. | Harkey, Kenneth | 03-5850 |
| 70. | Harris, Carolyn A. | 03-5885 |
| 71. | Harvell, Mae | 03-5888 |
| 72. | Hester, Maureen | 03-5886 |
| 73. | Hollifield, Robin | 03-5876 |
| 74. | Hoskins, Mary Virginia | 03-5901 |
| 75. | Hudson, Wilmer Green | 03-5890 |
| 76. | Hunt, Barbara | 03-5909 |
| 77. | Jackson, Ricardo | 03-5890 |
| 78. | Jean, Marjorie | 03-5886 |
| 79. | Jefferson, Doris | 03-5887 |
| 80. | Jemison, Dorothy | 03-5886 |
| 81. | Johnson, Betty | 03-5852 |
| 82. | Johnson, Carolyn | 03-5885 |
| 83. | Johnson, Rosie | 03-5888 |
| 84. | Jones, Cardell | 03-5905 |
| 85. | Keller, Annie | 03-5844 |
| 86. | Kelley, Betty | 03-5893 |
| 87. | Khoury, Suad | 03-5886 |
| 88. | Kiker, Harvey | 03-5854 |
| 89. | Kingsley, Richard | 03-5880 |
| 90. | Kirkland, Emma | 03-5900 |
| 91. | Landrum, Sylvia | 03-5873 |

| | | |
|---|---|---|
| 92. | Lanier, Helen | 03-5885 |
| 93. | Lee, Jack | 03-5889 |
| 94. | Lowery, Geneva | 03-5903 |
| 95. | Lucas, Cathy | 03-5899 |
| 96. | Lumpkin, Mary | 03-5888 |
| 97. | Luster, Caroline | 03-5898 |
| 98. | Martin, Robert Allen | 03-5890 |
| 99. | McCluney, Donald | 03-5871 |
| 100. | Meador, Stephen | 03-5877 |
| 101. | Mills, Donald | 03-5890 |
| 102. | Moore, Carolyn D. | 03-5888 |
| 103. | Mullis, Barbara | 03-5885 |
| 104. | Myers, Gwinnette | 03-5888 |
| 105. | Nielsen, Sally | 03-5897 |
| 106. | Orr, Walter Greg | 03-5890 |
| 107. | Palmetto, Helen | 03-5862 |
| 108. | Parham, Susie | 03-5887 |
| 109. | Partin, Linda Gail | 03-5887 |
| 110. | Pearson, Nancy E. | 03-5885 |
| 111. | Peppers, Sharon M. | 03-5887 |
| 112. | Posey, Betty | 03-5847 |
| 113. | Post, Evelyn | 03-5846 |
| 114. | Prather, Ollie | 03-5886 |
| 115. | Redden, Mary Lou | 03-5881 |
| 116. | Reeves, Darrell Gregory | 03-5890 |
| 117. | Reid, Helen | 03-5842 |

| | | |
|---|---|---|
| 118. | Risner, Mary Frances | 03-5888 |
| 119. | Roark, Evelyn | 03-5902 |
| 120. | Roberts, Margaret | 03-5904 |
| 121. | Robinson, Macie | 03-5860 |
| 122. | Roney, Nellie | 03-5886 |
| 123. | Roseboro, Margaret | 03-5884 |
| 124. | Rounds, Zenora | 03-5878 |
| 125. | Rudolph, Marquis | 03-5890 |
| 126. | Sanders, Annie | 03-5863 |
| 127. | Sanford, Ronald | 03-5890 |
| 128. | Scales, Thelma | 03-5907 |
| 129. | Scarlato, Argatha | 03-5865 |
| 130. | Scurlock, William | 03-5890 |
| 131. | Shepperd, Timothy | 03-5890 |
| 132. | Shipman, L.A. | 03-5890 |
| 133. | Shoemaker, Vetra | 03-5887 |
| 134. | Simmons, John | 03-5890 |
| 135. | Smith, Arthur | 03-5838 |
| 136. | Smith, Betty | 03-5856 |
| 137. | Smith, Gene | 03-5889 |
| 138. | Stepps, Martha | 03-5885 |
| 139. | Stinson, Annie Grace | 03-5888 |
| 140. | Stokes, Ann G. | 03-5885 |
| 141. | Sutton, Evelyn | 03-5887 |
| 142. | Terry, Mildred | 03-5874 |
| 143. | Thompson, Ellous | 03-5890 |

| | | | |
|---|---|---|---|
| 144. | Thorne, Emma L. | 03-5886 | |
| 145. | Thursby, Judy | 03-5892 | |
| 146. | Tucker, James | 03-5895 | |
| 147. | Tucker, Sheila | 03-5887 | |
| 148. | Wake, Deanna | 03-5843 | |
| 149. | Warren, Blanche Reynolds | 03-5886 | |
| 150. | Watkins, Betty | 03-5886 | |
| 151. | Weathers, Charlie | 03-5908 | |
| 152. | White, Wilma | 03-5857 | |
| 153. | Williams, Maarba | 03-5886 | |
| 154. | Williams, Pat | 03-5836 | |
| 155. | Wilson, Darlene | 03-5869 | |
| 156. | Wilson, Joyce | 03-5866 | |
| 157. | Wimpee, James | 03-5890 | |
| 158. | Winecke, Joe | 03-5890 | |
| 159. | Withrow, Thomas | 03-5851 | |
| 160. | Wright, Mildred | 03-5896 | |
| 161. | McRae, Erika | 03-5923 | Brian J. Glick, Esq.<br>Glick Law Firm, P.A.<br>200 West Palmetto Park Road, Suite 301<br>Boca Raton, Florida 33432<br>P: (561) 391-0448<br>F: (561) 391-6449 |
| 162. | Reed, Thomas | 03-5924 | Patrick M Flood, Esq.<br>Hotz Weaver Flood Breitkreutz & Grant<br>444 Regency Parkway Drive, Suite 310<br>Omaha, Nebraska 68114-3779<br>P: (402) 397-1140<br>F: (402) 397-1199 |

| | | | |
|---|---|---|---|
| 163. | Carpenter, Bennie | 03-5969 | Harold G. Drain, Esq.<br>Law Office of Harold G. Drain<br>1204 S. Cheyenne<br>Tulsa, Oklahoma 74119<br>P: (918) 746-7640<br>F: |
| 164. | Brown, Gloria | 03-5943 | Chris B. Fontenot, Sr., Esq.<br>Mendy & McElroy<br>4334 Earhart Boulevard, Suite 200 |
| 165. | Kirk, Dan | 03-5943 | New Orleans, Louisiana 70125<br>P: (504) 822-1776 |
| 166. | Schmidt, Ingrid | 03-5943 | F: (504) 822-1779 |
| 167. | Baxter, Velma | 03-5975 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>440 Louisiana, Suite 2300<br>Houston, Texas 77002<br>P: (713) 236-2677<br>F: (713) 223-4870 |
| 168. | Christian, Peggy L. | 03-5915 | Nicholas H. Patton, Esq. |
| 169. | Hammer, Catheryn A. | 03-5915 | Patton Tidwell & Schroeder, L.L.P.<br>4605 Texas Boulevard |
| 170. | Hawkins, Winford C. | 03-5915 | P.O. Box 5398<br>Texarkana, TX 75505-5398 |
| 171. | Hinz, Norma J. | 03-5915 | P: (903) 792-7080<br>F: (903) 792-8233 |
| 172. | McDougal, Thomas H. | 03-5915 | |
| 173. | McNulty, Burl, Jr. | 03-5915 | |
| 174. | Mills, Isaac, Jr. | 03-5915 | |
| 175. | Moore, Cynthia G. | 03-5915 | |
| 176. | Powell, Wendell | 03-5915 | |
| 177. | Reneau, Grady O. | 03-5915 | |
| 178. | Russell, Grace I. | 03-5915 | |
| 179. | Taylor, Joyce M. | 03-5915 | |
| 180. | Townsend, Danny M. | 03-5915 | |
| 181. | Williams, Willie A. | 03-5915 | |

| | | | |
|---|---|---|---|
| 182. | Dauphinais, Ed | 03-5917 | Marty Harper, Esq.<br>Shugart Thomson Kilroy & P.C.<br>One Columbus Plaza<br>3636 North Central Avenue, Suite 1200<br>Phoenix, Arizona 85012<br>P: (602) 650-2000<br>F: (602) 264-7033 |
| 183. | Anderson, Oscar | 03-5979 | Ted B. Lyon, Jr., Esq.<br>Ted B. Lyon, Jr.<br>Town East Tower, Suite 525<br>18601 LBJ Freeway<br>Mesquite, TX 75150<br>P: (972) 279-6571<br>F: (972) 279-3021 |
| 184. | Beck, Jimmy | 03-5979 | |
| 185. | Bell, Liliane Paule | 03-5979 | |
| 186. | DeJongh, Harry | 03-5979 | |
| 187. | Dobbs, Dorothy | 03-5979 | |
| 188. | Dunbar, Rose Marie | 03-5979 | |
| 189. | Fischer, Jacqueline | 03-5979 | |
| 190. | Gonzales, Rebecca | 03-5979 | |
| 191. | Hamby, Oran Lee | 03-5979 | |
| 192. | Hood, Rosa | 03-5979 | |
| 193. | Jobe, Edith | 03-5979 | |
| 194. | Laque, Ruben | 03-5979 | |
| 195. | Maranto, Leonard | 03-5979 | |
| 196. | Rivera, Josie | 03-5979 | |
| 197. | Salinas, Romana | 03-5979 | |
| 198. | Sanchez, Edward | 03-5979 | |
| 199. | Sandstedt, James | 03-5979 | |
| 200. | Segovia, Patricia | 03-5979 | |
| 201. | Vasquez, Delores | 03-5979 | |

| | | | |
|---|---|---|---|
| 202. | Leoma Akers | 03-5958 | Paul Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>P: (212) 558-5500<br>F: (212) 344-5461 |

**PLAINTIFFS WHO HAD THEIR REMANDS DENIED AND HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEET OR RESPONSIVE DOCUMENTS**

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 203. | Carter, Carol V. | 02-0876 | David M. Peterson, Esq.<br>Peterson & Associates, P.C.<br>Park Plaza Building<br>801 W. 47th Street, Suite 107<br>Kansas City, MO 64112<br>P: 816/531-4440<br>F: 816/531-0660 |
| 204. | Gibson, Carolyn S. | 02-0876 | |
| 205. | Lewis, Leonard A. | 02-0876 | |
| 206. | Lewis, Melvin | 02-0876 | |
| 207. | Pinkerman, Betty | 02-0876 | |
| 208. | Schmidt, Deborah | 02-0876 | |
| 209. | Artall, Fran | 02-0556 | Patrick Mulligan, Esq.<br>The Law Office of Patrick J. Mulligan, P.C.<br>2911 Turtle Creek Blvd., Suite 900<br>Dallas, TX 75219<br>P: 214/219-9779<br>F: 214/520-8789 |
| 210. | Pettiette, Mary R. | 02-0556 | |
| 211. | DuFour, B.J. | 03-0874 | Justin G. Witkin, Esq.<br>Bryan R. Aylstock, Esq.<br>Aylstock, Witkin, Sasser, P.L.C.<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>Phone: 850/ 916-7460<br>Fax: 850/ 916-7449 |

# CTO-31 PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | McNeil, Johnnie | 03-6002 | Jason C. Webster, Esq.<br>Abraham Watkins Nichols Sorrels Matthews & Friend<br>800 Commerce Street<br>Houston, Texas 77002<br>P: (713) 222-7211<br>F: (713) 225-0827 |
| 2. | Adams, Gladys | 03-5988 | Earl P. Underwood, Jr., Esq.<br>Earl P. Underwood, Jr.<br>21 South Section Street<br>Fairhope, Alabama 36532<br>P: (251) 990-5558<br>F: (251) 990-0626 |
| 3. | Austin, Lois | 03-5988 | |
| 4. | Badgett, Fairis | 03-5988 | |
| 5. | Barnett, Carlton | 03-5988 | |
| 6. | Beam, Amos | 03-5988 | |
| 7. | Beam, Lucille | 03-5988 | |
| 8. | Bell, Golden J. | 03-5988 | |
| 9. | Blohm, Janice A. | 03-5988 | |
| 10. | Boyd, Patricia | 03-5988 | |
| 11. | Burgess, Willodean | 03-5988 | |
| 12. | Couch, Shirley | 03-5988 | |
| 13. | Cox, Venice | 03-5988 | |
| 14. | Crowe, Glenda | 03-5988 | |
| 15. | Dabbs, Orbie | 03-5988 | |
| 16. | Davis, LaVaughn | 03-5988 | |
| 17. | Dennis, Fred | 03-5988 | |
| 18. | Dennis, Judy | 03-5988 | |

| | | |
|---|---|---|
| 19. | Dover, Linda | 03-5988 |
| 20. | Floyd, Mandy | 03-5988 |
| 21. | Frazier, Betty | 03-5988 |
| 22. | Gabriel, Robert | 03-5988 |
| 23. | Ganato, Robert, Jr. | 03-5988 |
| 24. | Gentry, Loretta | 03-5988 |
| 25. | Gentry, Ralph | 03-5988 |
| 26. | Green, A.D. | 03-5988 |
| 27. | Green, Margaret | 03-5988 |
| 28. | Hawkins, Deborah | 03-5988 |
| 29. | Haynes, Roland | 03-5988 |
| 30. | Hazlett, Diane | 03-5988 |
| 31. | Henson, Milton Carl | 03-5988 |
| 32. | Irwin, Bonnie | 03-5988 |
| 33. | Johnson, Mildred | 03-5988 |
| 34. | Jones, Richard A. | 03-5988 |
| 35. | Jones, Shirley Ann | 03-5988 |
| 36. | Kilgore, Johnny | 03-5988 |
| 37. | Kociaba, John | 03-5988 |
| 38. | Kociaba, Linda | 03-5988 |
| 39. | Lapier, Ronnie | 03-5988 |
| 40. | Lockhart, T.J. | 03-5988 |
| 41. | Lowe, Gabriel H. | 03-5988 |
| 42. | Mason, Betty J. | 03-5988 |
| 43. | McIntyre, James | 03-5988 |
| 44. | McIntyre, Jerry | 03-5988 |

| | | |
|---|---|---|
| 45. | McKeeham, Louise | 03-5988 |
| 46. | Minshew, Betty | 03-5988 |
| 47. | Minyard, Jessie | 03-5988 |
| 48. | Morris, Dorothy | 03-5988 |
| 49. | Mosley, Jack N. | 03-5988 |
| 50. | Reynolds, William | 03-5988 |
| 51. | Shipe, Josephine | 03-5988 |
| 52. | Smith, Donnell | 03-5988 |
| 53. | Smith, Larry | 03-5988 |
| 54. | Smith, Runda | 03-5988 |
| 55. | Smith, Vivian | 03-5988 |
| 56. | Smitherman, Betty R. | 03-5988 |
| 57. | Stone, Mary | 03-5988 |
| 58. | Stuebing, Thomas | 03-5988 |
| 59. | Swink, Mary | 03-5988 |
| 60. | Sykes, Leila R. | 03-5988 |
| 61. | Taylor, Shirley | 03-5988 |
| 62. | Tucker, Mary | 03-5988 |
| 63. | Walker, Angelean | 03-5988 |
| 64. | Walker, Lewis | 03-5988 |
| 65. | Waters, Bob | 03-5988 |
| 66. | Watson, Charles | 03-5988 |
| 67. | Watson, Joe | 03-5988 |
| 68. | Whitten, Rexford | 03-5988 |
| 69. | Yates, Charles | 03-5988 |

| | | | |
|---|---|---|---|
| 70. | Abate, Joseph R. | 03-6032 | Gilbert T. Adams, Esq.<br>Gilbert T. Adams, P.C.<br>1855 Calder Avenue at Third<br>P.O. Drawer 3688<br>Beaumont, Texas 77704<br>P: (409) 835-3000<br>F: (409) 832-6162 |
| 71. | Allen, John W. | 03-6061 | |
| 72. | Davenport, Larry C. | 03-6032 | |
| 73. | Davenport, Sylvia C. | 03-6032 | |
| 74. | Ennis, Roy E. | 03-6028 | |
| 75. | Gandy, Richard C. | 03-6029 | |
| 76. | Key, Sarah | 03-6031 | |
| 77. | Martin, Barbara | 03-6032 | |
| 78. | Martin, David | 03-6032 | |
| 79. | May, David V. | 03-6031 | |
| 80. | McKee, John G. | 03-6031 | |
| 81. | Poole, Velma B. | 03-6031 | |
| 82. | Risher, Harry R. | 03-6027 | |
| 83. | Sanders, Melba | 03-6032 | |
| 84. | Whitmire, Patsy A. | 03-6030 | |
| 85. | Williams, Byrd E. | 03-6026 | |
| 86. | Ables, Deborah | 03-6055 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>440 Louisiana, Suite 2300<br>Houston, Texas 77002<br>P: (713) 236-2677<br>F: (713) 223-4870 |
| 87. | Abraham, Mildred V. | 03-6054 | |
| 88. | Acord, Iris | 03-6053 | |
| 89. | Adcox, J.B. | 03-6052 | |
| 90. | Alberti, Patricia | 03-6051 | |
| 91. | Alcantar, Florentino M. | 03-6050 | |
| 92. | Allen, Frank | 03-6049 | |
| 93. | Allen, Lester T. | 03-6048 | |
| 94. | Allen, William Jaye, Sr. | 03-6047 | |
| 95. | Alvarado, Ernesto F., Sr. | 03-6046 | |

| | | | |
|---|---|---|---|
| 96. | Ambrose, John | 03-6059 | |
| 97. | Anderson, Ruth | 03-6033 | |
| 98. | Archer, Mercedes H. | 03-6034 | |
| 99. | Asbill, Terry | 03-6060 | |
| 100. | Austin, Norma Jean | 03-6058 | |
| 101. | Bagby, Bryce M. | 03-6057 | |
| 102. | Barrett, Dorothy L. | 03-6056 | |
| 103. | Barrett, Marion E. | 03-6035 | |
| 104. | Barton, Dixie Lucille | 03-6036 | |
| 105. | Bass, Karen N. | 03-6037 | |
| 106. | Battani, Jenni | 03-6038 | |
| 107. | Battles, Blanche Irene | 03-6039 | |
| 108. | Benavides, Gilbert | 03-6045 | |
| 109. | Bennett, Christine | 03-6044 | |
| 110. | Berger, Betty | 03-6043 | |
| 111. | Clark, Helen | 03-6042 | |
| 112. | Wright, Herman R. | 03-6041 | |
| 113. | Wright, Lora Jean | 03-6040 | |
| 114. | Hamilton, Lawrence | 03-6023 | Dennis C. Reich, Esq.<br>Reich & Binstock, L.L.P.<br>4265 San Felipe, Suite 1000<br>Houston, Texas 77027<br>P: (713) 622-7271<br>F: (713) 623-8724 |

# PLAINTIFFS WHO FILED DIRECTLY IN MN AND HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Joyce A. Alfred, individually | 03-5293 | Daniel E. Becnel, Jr., Esq.<br>Becnel Law Office<br>106 Seventh St., West<br>P.O. Drawer H<br>Reserve, LA 70084<br>P: 985/536-1186<br>F: 985/536-6445 |
| 2. | Ashbrook, Clyde | 03-4924 | Reshonda L. Bradford, Esq.<br>Singleton Law Firm<br>4050 Linwood Ave.<br>Shreveport, LA 71108<br>P: 318-631-5200<br>F: 318/636-7759 |
| 3. | Dawson, Terry | 03-4924 | |
| 4. | Edget, Carolyn | 03-4924 | |
| 5. | Martin, Alan | 03-4924 | |
| 6. | Williams, Janice | 03-4924 | |
| 7. | Jackson, William | 03-4581 | Ned Barnett, Esq.<br>Williams & Bailey LLP.<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>P: 713/230-2200<br>F: 713/643-6226 |
| 8. | Jones, Virginia A. | 03-4576 | |
| 9. | Lawyer, Joanna L. | 03-4575 | |
| 10. | Carter, Patricia | 03-4856 | Turner Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br>P: 505/243-3500<br>F: 505/243-3534 |
| 11. | Donin, Samuel | 03-4800 | |
| 12. | Griner, Alma | 03-4778 | |
| 13. | Idom, Henry | 03-4810 | |
| 14. | Idom, Sarah | 03-4770 | |
| 15. | Jones, Joanne | 03-4780 | |
| 16. | Kirby, Elsye | 03-4668 | |
| 17. | Kozik, William | 03-4774 | |
| 18. | Leidner, Robert | 03-4539 | |

| | | |
|---|---|---|
| 19. | Newman, Jack | 03-4698 |
| 20. | Oakley, Robert | 03-4662 |
| 21. | Powell, Dorothy | 03-4813 |
| 22. | Richardson, Bonnie | 03-4691 |
| 23. | Richardson, Charles | 03-4708 |
| 24. | Smith, Donna | 03-4596 |

**PLAINTIFFS WHO FILED DIRECTLY IN MN AND HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS**

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 25. | Butler, Nellie | 03-4924 | Reshonda L. Bradford, Esq.<br>Singleton Law Firm<br>4050 Linwood Ave.<br>Shreveport, LA 71108<br>P: 318-631-5200<br>F: 318/636-7759 |
| 26. | Dudley, Herbert | 03-4924 | |
| 27. | Dye, Larry | 03-4924 | |
| 28. | Furches, Wilder | 03-4924 | |
| 29. | Gibbs, Carolyn | 03-4924 | |
| 30. | Hughes, Rena | 03-4924 | |
| 31. | Newsome, Earl | 03-4924 | |
| 32. | Oakley, Geneva | 03-4924 | |
| 33. | Owens, Fred | 03-4924 | |
| 34. | Trotter, Welbon | 03-4924 | |
| 35. | Upchurch, Robert E. | 03-4924 | |
| 36. | Vasquez, Robert | 03-4924 | |
| 37. | Wakefield, Jewel | 03-4924 | |