A CERTIFIED TRUE COPY
APR 2 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
APR 02 2004
FILED CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

*Samuel D. Phillips, etc. v. Bayer AG, et al.*, W.D. Oklahoma, C.A. No. 5:03-1099

***ORDER VACATING CONDITIONAL TRANSFER ORDER***

A conditional transfer order was filed in this action (*Phillips*) on February 20, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Phillips* on March 9, 2004. The Panel has now been advised, however, that *Phillips* was dismissed in the Western District of Oklahoma by the Honorable David L. Russell in an order filed on February 11, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-35" filed on February 20, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 0 2 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

*Samuel D. Phillips, etc. v. Bayer AG, et al.*, W.D. Oklahoma, C.A. No. 5:03-1099

***ORDER VACATING CONDITIONAL TRANSFER ORDER***

A conditional transfer order was filed in this action (*Phillips*) on February 20, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Phillips* on March 9, 2004. The Panel has now been advised, however, that *Phillips* was dismissed in the Western District of Oklahoma by the Honorable David L. Russell in an order filed on February 11, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-35" filed on February 20, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel