**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case; the requirements were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 105 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of Plaintiffs who have not complied with their discovery obligations as of April 1, 2004. These Plaintiffs are listed in Exhibit A to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by April 27, 2004.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by April 27, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: April 13, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

Exhibit A

## CTO-27, 28 & 29 OBJECTORS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Bland, Lois | 03-6440 | Kenneth T. Fibich, Esq.<br>Fibich, Hampton, Leebron & Garth<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>T: 713/ 751-0025<br>F: 713/ 751-0030 |
| 2. | Buff-Farnham, Janet | 03-6440 | |
| 3. | Ellis, John | 03-6440 | |
| 4. | Fletcher, Jimmy | 03-6440 | |
| 5. | Gipson, Janice | 03-6440 | |
| 6. | Hinton, Adolphus | 03-6440 | |
| 7. | Houff, Jesse | 03-6440 | |
| 8. | Jones, Jeannie | 03-6440 | |
| 9. | Smith, Dorothy | 03-6440 | |
| 10. | Storey, Nancy | 03-6440 | |
| 11. | Vincent, Ruby | 03-6440 | |
| 12. | Yeager, Stephen | 03-6440 | |
| 13. | Abram, Fletcher | 03-6415 | Timothy R. Balducci, Esq.<br>The Langston Law Firm, P.A.<br>100 South Main Street<br>P.O. Box 787<br>Booneville, MS 38829<br>P: 662-728-3138<br>F: 662-728-1992 |
| 14. | Allen, Thomas | 03-6415 | |
| 15. | Anderson, Felicia M. | 03-6415 | |
| 16. | Anglin, Kenneth | 03-6415 | |
| 17. | Ash, Jane | 03-6415 | |
| 18. | Ashcraft, Matt | 03-6415 | |
| 19. | Asher, Ervin | 03-6415 | |

| | | |
|---|---|---|
| 20. | Ballard, Connie | 03-6415 |
| 21. | Barber, Bernice | 03-6415 |
| 22. | Barrett, Wayne | 03-6415 |
| 23. | Bass, Martha | 03-6415 |
| 24. | Bennett, Janet | 03-6415 |
| 25. | Benson, Doreen | 03-6415 |
| 26. | Berry, Susie B. | 03-6415 |
| 27. | Bice, Betty Jean | 03-6415 |
| 28. | Blanton, Shirley | 03-6415 |
| 29. | Bowen, Sadie | 03-6415 |
| 30. | Box, Danny | 03-6415 |
| 31. | Boyd, Louise | 03-6415 |
| 32. | Breazeale, Terri King | 03-6415 |
| 33. | Brown, Brown | 03-6415 |
| 34. | Brown, Peggy | 03-6415 |
| 35. | Bryant, Charles | 03-6415 |
| 36. | Bufkin, Willie | 03-6415 |
| 37. | Bullard, Betty | 03-6415 |
| 38. | Bush, Pamela | 03-6415 |
| 39. | Butts, William E. | 03-6415 |
| 40. | Caldwell, Shirley | 03-6415 |
| 41. | Calvert, Charles | 03-6415 |
| 42. | Cannon, Zettalla | 03-6415 |
| 43. | Childs, Willie | 03-6415 |
| 44. | Chisholm, Charles | 03-6416 |
| 45. | Choate, Betty | 03-6415 |

| | | |
|---|---|---|
| 46. | Christian, Larry | 03-6415 |
| 47. | Cole, Ophelia | 03-6415 |
| 48. | Crum, Bobby | 03-6416 |
| 49. | Cuccaro, Lou | 03-6415 |
| 50. | Cuevas, Samuel | 03-6415 |
| 51. | Dickerson, Michael | 03-6415 |
| 52. | Dillard, Floyce J. | 03-6415 |
| 53. | Dorsey, James | 03-6415 |
| 54. | Dotson, Texanna | 03-6415 |
| 55. | Doyle, Delores | 03-6415 |
| 56. | Dulaney, Roy | 03-6416 |
| 57. | Dunn, Juanita | 03-6416 |
| 58. | Dye, Geraldine | 03-6415 |
| 59. | Ellis, Dora | 03-6415 |
| 60. | Ellis, Etta | 03-6415 |
| 61. | Eubanks, Henry | 03-6415 |
| 62. | Evans, Bailey | 03-6415 |
| 63. | Fields, Novella | 03-6415 |
| 64. | Forsythe, Mattie | 03-6415 |
| 65. | Foy, Mariah | 03-6415 |
| 66. | Garrison, Mildred | 03-6415 |
| 67. | George, Anda | 03-6415 |
| 68. | Glasson, Brandi | 03-6415 |
| 69. | Gray, Donnie | 03-6415 |
| 70. | Gunn, Anita | 03-6415 |
| 71. | Guyton, Cathy | 03-6415 |

| | | |
|---|---|---|
| 72. | Hale, Michael | 03-6415 |
| 73. | Harris, Byron | 03-6415 |
| 74. | Harris, Helen | 03-6415 |
| 75. | Heffner, Darnell | 03-6415 |
| 76. | Henry, Willie | 03-6415 |
| 77. | Hester, Mattie | 03-6416 |
| 78. | Hitchcock, Marlene | 03-6416 |
| 79. | Hodum, Johnny | 03-6415 |
| 80. | Hooper, Ken | 03-6415 |
| 81. | Hunt, Nora | 03-6415 |
| 82. | Hunter, Audrey | 03-6415 |
| 83. | Hurley, Patsy | 03-6415 |
| 84. | Hutchison, Frances | 03-6415 |
| 85. | Inlow, Mike | 03-6415 |
| 86. | Isham, Toney | 03-6415 |
| 87. | Jackson, Carol | 03-6415 |
| 88. | Jackson, Marie | 03-6415 |
| 89. | Jacobs, Gertrude | 03-6415 |
| 90. | Jones, Joyce | 03-6415 |
| 91. | Jones, Joyce | 03-6415 |
| 92. | Jones, Joyce | 03-6415 |
| 93. | Jones, Marlin | 03-6415 |
| 94. | Jones, Woodrow | 03-6415 |
| 95. | Kelly, Charles | 03-6415 |
| 96. | Kendrick, Joseph | 03-6415 |
| 97. | Killiough, Francis | 03-6415 |

| | | |
|---|---|---|
| 98. | Knight, Ernest | 03-6415 |
| 99. | Knighton, John | 03-6415 |
| 100. | Lambert, Jimma | 03-6415 |
| 101. | Lambert, Larry | 03-6415 |
| 102. | Lamonte, Salvador | 03-6415 |
| 103. | Lindley, Evelyn | 03-6415 |
| 104. | Lockhart, Charles | 03-6415 |
| 105. | Lomenick, Estell | 03-6415 |
| 106. | Lowery, Paskell | 03-6415 |
| 107. | Magill, Martha | 03-6415 |
| 108. | Male, Jack G. | 03-6415 |
| 109. | Martin, Mae | 03-6415 |
| 110. | Martin, Rex | 03-6415 |
| 111. | Martindale, Ardie Lee | 03-6415 |
| 112. | Mason, Willie | 03-6415 |
| 113. | Matheny, Ted | 03-6415 |
| 114. | Mattox, Joyce | 03-6415 |
| 115. | McDougle, Lois | 03-6415 |
| 116. | McGee, Sam | 03-6415 |
| 117. | Messner, Russell | 03-6415 |
| 118. | Michael, Kenneth | 03-6415 |
| 119. | Michini, Sarah | 03-6415 |
| 120. | Miles, Gary | 03-6415 |
| 121. | Mitchell, Peggy | 03-6415 |
| 122. | Mooreman, Earnestine | 03-6415 |
| 123. | Morelock, Barrion | 03-6415 |

| | | |
|---|---|---|
| 124. | Moulds, Herbert | 03-6415 |
| 125. | Nevels, Dorothy | 03-6415 |
| 126. | Nichelson, Ernest | 03-6415 |
| 127. | Null, Jayson | 03-6415 |
| 128. | Orr, Judy | 03-6415 |
| 129. | Orr, Willie | 03-6415 |
| 130. | Pace, Betty | 03-6415 |
| 131. | Pardue, Hilma | 03-6415 |
| 132. | Parker, Marie | 03-6415 |
| 133. | Pepple, Charles, Sr. | 03-6416 |
| 134. | Pickard, Cleveland | 03-6415 |
| 135. | Pitts, Ronald | 03-6415 |
| 136. | Poole, Kathy | 03-6415 |
| 137. | Pope, Charles | 03-6415 |
| 138. | Pounds, Windell | 03-6416 |
| 139. | Powell, Windell | 03-6415 |
| 140. | Raggio, George | 03-6416 |
| 141. | Ransom, Bessie | 03-6415 |
| 142. | Rice, Helen | 03-6415 |
| 143. | Ringer, Roger O. | 03-6415 |
| 144. | Roberts, Paul | 03-6415 |
| 145. | Rodgers, Betty | 03-6415 |
| 146. | Russell, Nellie | 03-6415 |
| 147. | Satcher, Carolyn | 03-6415 |
| 148. | Scales, Pinkie P. | 03-6415 |
| 149. | Shelton, Shelby | 03-6415 |

| | | |
|---|---|---|
| 150. | Sistrunk, A.D. | 03-6415 |
| 151. | Slade, Grady | 03-6415 |
| 152. | Smith, Bonnie | 03-6415 |
| 153. | Smith, George | 03-6415 |
| 154. | Smith, Harold P. | 03-6415 |
| 155. | Smith, Herbert | 03-6415 |
| 156. | Smith, Mark O. | 03-6415 |
| 157. | South, Charles | 03-6415 |
| 158. | Spencer, Bessie | 03-6415 |
| 159. | Stanford, James | 03-6415 |
| 160. | Steelman, Susan | 03-6415 |
| 161. | Stevens, Deborah | 03-6415 |
| 162. | Stevenson, Johnny | 03-6415 |
| 163. | Sullivan, Donna | 03-6415 |
| 164. | Swan, Leandrew | 03-6415 |
| 165. | Taylor, Doris | 03-6415 |
| 166. | Taylor, Margie S. | 03-6415 |
| 167. | Temple, Bessie | 03-6415 |
| 168. | Thomas, Ethel | 03-6415 |
| 169. | Thomas, George | 03-6415 |
| 170. | Thompson, Annie | 03-6415 |
| 171. | Thornton, Loretta | 03-6415 |
| 172. | Tobias, Charles | 03-6415 |
| 173. | Vaughn, Deborah | 03-6415 |
| 174. | Walker, Linda | 03-6415 |
| 175. | Warner, Willie | 03-6415 |

| | | | |
|---|---|---|---|
| 176. | Washington, Linnie | 03-6415 | |
| 177. | Weldon, Barbara | 03-6415 | |
| 178. | Westheider, Penny | 03-6415 | |
| 179. | White, Cora | 03-6415 | |
| 180. | Whitehurst, Robert Harold | 03-6415 | |
| 181. | Williams, Mary | 03-6415 | |
| 182. | Willis, Robert | 03-6415 | |
| 183. | Wilson, Larry C. | 03-6415 | |
| 184. | Wilson, Patsy | 03-6415 | |
| 185. | Woods, Elizabeth | 03-6415 | |
| 186. | Woodward, Jon | 03-6415 | |
| 187. | Wyatt, Mary | 03-6415 | |
| 188. | Hammons, Nancy | 03-6422 | Robert G. Germany, Esq.<br>Pittman Germany Roberts & Welsh<br>410 South President Street<br>P.O. Box 22985<br>Jackson, Mississippi 39225-2985<br>T: 601-948-6200<br>F: 601-948-6187 |
| 189. | Rankin, Jasper Nelson | 03-6422 | |
| 190. | Runnels, Rebecca L. | 03-6422 | |
| 191. | Tullos, Jimmy | 03-6422 | |
| 192. | Wells, Clarence | 03-6422 | |
| 193. | Graves, Effie Mae | 03-6420 | Michael McGartland, Esq.<br>The Schmidt & McGartland Firm PLLC<br>P.O. Box 3588<br>Jackson, MS 39207-3588<br>T: 601/968-3888<br>F: 601/968-3886 |
| 194. | Houseton, Shirley | 03-6420 | |
| 195. | Mosby, William | 03-6420 | |
| 196. | Triplett, Pamela | 03-6420 | |
| 197. | Watson, Ivy | 03-6420 | |
| 198. | Welch, Rocky Joe | 03-6420 | |

## CTO-32 PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Deere, Lloyd | 03-6234 | Alan R. Johns, Esq.<br>3017 W. Charlesten Blvd., Suite 60<br>Las Vegas, NV 89102<br>P: 702/258-4433<br>F: |
| 2. | Gauthier, George H. | 03-6234 | |
| 3. | Conn, Diane | 03-6278 | Turner Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br>P: 505/243-3500<br>F: 505/243-3534 |
| 4. | Dittlinger, Edward | 03-6276 | |
| 5. | Jones, Cynthia | 03-6259 | |
| 6. | Kelley, Melva | 03-6272 | |
| 7. | King, Linda | 03-6264 | |
| 8. | Riggs, Douglas | 03-6261 | |
| 9. | Thompson, Beatrice | 03-6281 | |
| 10. | Williams, Deborah | 03-6257 | |
| 11. | Oletzke, Thomas | 03-6235 | Andrew J. Thomas, Esq.<br>Burris Thomas & Springberg<br>844 East Sahara Ave.<br>Las Vegas, NV 89104<br>T: 702/ 731-9222<br>F: |
| 12. | Branson, Robby | 03-6253 | Gilbert T. Adams, Esq.<br>Gilbert T. Adams, P.C.<br>1855 Calder Avenue at Third<br>P.O. Drawer 3688<br>Beaumont, Texas 77704<br>P: (409) 835-3000<br>F: (409) 832-6162 |
| 13. | Byrd, Louise | 03-6253 | |
| 14. | Dunn, Robert L. | 03-6253 | |
| 15. | Floyd, Eddie | 03-6253 | |
| 16. | Hembry, Winifred | 03-6253 | |

| | | | |
|---|---|---|---|
| 17. | Horton, Hugh | 03-6253 | |
| 18. | Johnson, John | 03-6253 | |
| 19. | Lamont, Rick | 03-6253 | |
| 20. | McKay, Mettie | 03-6253 | |
| 21. | Mullins, Carol | 03-6253 | |
| 22. | Sanchez, Maria | 03-6253 | |
| 23. | Scott, Bea | 03-6253 | |
| 24. | Trimble, Michael | 03-6253 | |
| 25. | Walters, L.E.K. | 03-6253 | |
| 26. | Weir, Ronald | 03-6253 | |
| 27. | Weiss, Genie | 03-6253 | |
| 28. | Wilson, Princess | 03-6253 | |
| 29. | Amburgey, Betty | 03-6256 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle |
| 30. | Armstead, Ida | 03-6255 | 440 Louisiana, Suite 2300<br>Houston, Texas 77002 |
| 31. | Armstrong, Ira | 03-6254 | P: (713) 236-2677<br>F: (713) 223-4870 |