UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions Pretrial Order No. 117

---

The next status conference will be held on June 22, 2004 at 10:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: 4-13-04

Michael J. Davis
United States District Court