UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This document relates to All Actions — Pretrial Order No. 118

---

IT IS HEREBY ORDERED that Ramon Lopez is appointed to serve as this Court's representative to consult and work with the PSC in fulfilling its responsibilities and obligations to this MDL Court regarding plaintiffs attorneys fees, expenses, and costs. Mr. Lopez may make recommendations to the PSC and this Court but has no authority to make any binding decisions or to compel the making of any agreement. Mr. Lopez shall report to Special Master Roger Haydock regarding his work and shall continue to serve on the LAC Compensation Subcommittee as provided in PTO 47. Mr. Lopez is to be paid $300 an hour from the Common Benefit Fund established by PTOs 25 and 53.

Date: April 16, 2004

Michael J. Davis
United States District Court