UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

**ORDER FOR TEMPORARY STAY**

Court File No. MDL 1431 (MJD/JGL)

Upon the Application for Temporary Stay of Kenneth B. Moll and Kenneth B. Moll & Associates (collectively "Moll"), the Court hereby orders as follows:

1. Moll's Application for Temporary Stay is GRANTED.

2. Enforcement of the Court's Order with respect to Moll is stayed pending consideration and adjudication by the Court of Moll's forthcoming Motion to Stay Enforcement of the Court's April 12 Order Pending Appeal.

3. A hearing on Moll's forthcoming Motion to Stay Enforcement of the Court's April 12 Order Pending Appeal shall be held before the Court in Courtroom 14E of the United States Courthouse, Minneapolis, Minnesota on June 22, 2004, at 10 00am.

4. Moll shall file and serve his moving papers for the Motion to Stay by April 30, 2004. Any party wishing to respond to Moll's motion shall file and serve a response by May 14, 2004.

BY THE COURT

Dated: April 16, 2004

By [signature]
Hon. Michael J. Davis
United States District Court