A CERTIFIED TRUE COPY
APR 12 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR 25 2004
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-36)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 5,447 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
APR 12 2004
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 16 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

# SCHEDULE CTO-36 - TAG ALONG CASES
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 04-220 | Raymond Speights v. Bayer Corp., et al. |
| ALN | 7 | 04-130 | Lola Stewart, et al. v. Bayer Corp., et al. |
| FLORIDA MIDDLE | | | |
| ~~FLM~~ | ~~5~~ | ~~04-28~~ | ~~Robert Bryant, Sr. v. Bayer Corp., et al.~~ Opposed 4/12/04 |
| MARYLAND | | | |
| MD | 1 | 04-336 | Jean F. McCann v. Bayer Corp., et al. |
| MISSISSIPPI NORTHERN | | | |
| MSN | 2 | 04-1 | Frankie Beach v. Bayer Corp., et al. |
| MSN | 2 | 04-2 | Helen Alling, et al. v. Bayer Corp., et al. |
| MSN | 3 | 04-1 | Jerry Cowswert v. Bayer Corp., et al. |
| MSN | 3 | 04-2 | Betty Sue Cannon, et al. v. Bayer Corp., et al. |
| MSN | 4 | 04-3 | Dorothy Green v. Bayer Corp., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 1 | 03-926 | Ruby Lee Brock, et al. v. Bayer Corp., et al. |
| MSS | 1 | 04-74 | James O'Brien, et al. v. Bayer Corp., et al. |
| MSS | 1 | 04-75 | Charles Roberts, III v. Bayer Corp., et al. |
| MSS | 1 | 04-76 | Brenda Stover, et al. v. Bayer Corp., et al. |
| MSS | 2 | 03-469 | Mary Henderson v. Bayer AG, et al. |
| MSS | 2 | 03-470 | Mary Henderson v. Bayer AG, et al. |
| MSS | 2 | 03-619 | Inez Bryant, et al. v. Bayer Corp., et al. |
| MSS | 2 | 03-620 | Chancey Alexander v. Bayer Corp., et al. |
| MSS | 2 | 03-621 | Willie Clark, Sr., et al. v. Bayer Corp., et al. |
| MSS | 3 | 03-978 | Bobby Gene Beasley, et al. v. Bayer Corp., et al. |
| MSS | 3 | 03-1197 | Fennie Augurson, et al. v. Bayer Corp., et al. |
| MSS | 3 | 03-1383 | Linda Johnson, et al. v. Bayer Corp., et al. |
| MSS | 5 | 04-22 | J.W. Richardson, et al. v. Bayer AG, et al. |
| NEW JERSEY | | | |
| NJ | 2 | 04-715 | Roger Rodriguez, et al. v. Bayer AG, et al. |
| NJ | 3 | 03-4984 | Mary L. Lemme v. Bayer AG, et al. |
| NEVADA | | | |
| NV | 2 | 03-1128 | Steven Alverez, et al. v. Bayer AG, et al. |
| NEW YORK EASTERN | | | |
| NYE | 2 | 03-6459 | Evangelos Kalkanis, et al. v. Bayer Corp., et al. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 03-9561 | Frank Bullock, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9562 | Lewis Hefner, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9563 | Vicky Bate, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9564 | Barbara Sullivan, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9569 | Jean Finch, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9570 | Chris Carpenter, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9572 | Abelardo Ameneiros, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9573 | Patricia Adams, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9703 | Thomas Reed, et al. v. Bayer Corp., et al. |

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| NYS | 1 | 03-9706 | Marguerite Craig, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9709 | Don Harmon, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9710 | Freddie Kerr, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9711 | Emery Dodd, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9713 | Charles Bianco, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9714 | Arturo Rodriguez, et al. v. Bayer Corp., et al. |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 04-130 | Jack Holman Sawyer v. Bayer AG, et al. |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 04-41 | Robert Barnes v. Bayer AG, et al. |
| OKW | 5 | 04-42 | Michael Stacy v. Bayer AG, et al. |
| OKW | 5 | 04-43 | Paula Anne Jackson v. Bayer AG, et al. |
| OKW | 5 | 04-44 | Dixie Bennett v. Bayer AG, et al. |
| OKW | 5 | 04-45 | Ronald Cassell v. Bayer AG, et al. |
| ~~OKW~~ | ~~5~~ | ~~04-46~~ | ~~Ghaleb Awarda v. Bayer AG, et al.~~ Vacated 4/12/04 |
| OKW | 5 | 04-47 | Cleo Revels v. Bayer AG, et al. |
| ~~OKW~~ | ~~5~~ | ~~04-48~~ | ~~Ramona Storozyszyn, etc. v. Bayer AG, et al.~~ Vacated 4/12/04 |
| OKW | 5 | 04-49 | Randall Johnson v. Bayer AG, et al. |
| OKW | 5 | 04-172 | Reta Mae Violette v. Bayer AG, et al. |
| OKW | 5 | 04-173 | Edna Marie Irby v. Bayer AG, et al. |
| OKW | 5 | 04-174 | Francine Konen v. Bayer AG, et al. |
| OKW | 5 | 04-175 | James Williams v. Bayer AG, et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 04-165 | Marie Ingram v. Bayer Corp., et al. |
| TEXAS WESTERN | | | |
| TXW | 6 | 04-10 | Gabbie McKinney v. Bayer AG, et al. |