JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR 21 2004

FILED
CLERK'S OFFICE

## *DOCKET NO. 1431*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*William Stracener, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1622

## *ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 27, 2004 HEARING SESSION*

A conditional transfer order was filed in this action (*Stracener*) on February 20, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Stracener* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Stracener* was remanded to Nevada state court by the Honorable James C. Mahan in an order filed on April 12, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-35" filed on February 20, 2004, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 14, 2004, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman