JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2004

FILED
CLERK'S OFFICE

## *DOCKET NO. 1431*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Sandra Sacrestano, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1624
*Virginia Ruffin, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1625
*Anna Walraven, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1627
*Glenn Hitner, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1628

## *ORDER VACATING CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 27, 2004 HEARING SESSION*

A conditional transfer order was filed in these four actions (*Sacrestano, Ruffin, Walraven* and *Hitner*) on February 20, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Sacrestano, Ruffin, Walraven* and *Hitner* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that these four actions were remanded to Nevada state court by the Honorable Kent J. Dawson in separate orders filed on May 5, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-35" filed on February 20, 2004, is VACATED insofar as it relates to these four actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 14, 2004, are VACATED insofar as they relate to these four actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
BY U.S. MAIL
2004 MAY 17
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

May 12, 2004

Lance S. Wilson, Clerk
Lloyd D. George United States
Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Sandra Sacrestano, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1624
*Virginia Ruffin, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1625
*Anna Walraven, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1627
*Glenn Hitner, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1628

Dear Mr. Wilson:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving the above-captioned matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Regina Hale
Calendar Preparation Clerk

Enclosure

cc: Transferee Judge: Honorable Michael J. Davis
Transferor Judge: Honorable Kent J. Dawson
Transferee Clerk: Richard Sletten

JPML Form 87