2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 977-8400
FACSIMILE (612) 977-8650

**BRIGGS AND MORGAN**

PROFESSIONAL ASSOCIATION

WRITER'S DIRECT DIAL

(612) 977-8564

WRITER'S E-MAIL

jorman@briggs.com

May 21, 2004

**VIA HAND DELIVERY**

Lori Case, Court Reporter
United States District Court
U.S. Courthouse
300 South Fifth Street
Minneapolis, MN 55415

**Re: Certified Transcript Order**
**Trial Court File No. MDL 1431 (Baycol Products Litigation)**
**Appellate Court File Nos. 04-2187 and 04-2097**

Dear Ms. Case:

I represent Appellant K. Amy Lemon in the above-referenced appeals. Pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, please provide me with a certified copy of the transcript for the February 24, 2004, 10:00 a.m. hearing in the district court matter. Please send the bill for the transcript to my attention.

Please give me a call should you have any questions. Thank you for your assistance.

Sincerely,

Jesse R. Orman

JRO/wmc
cc: U.S. District Court Administrator