**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**District Court File No.: MDL 1431 (Baycol Products Litigation)**
**Appellate Court File Nos.: 04-2187 and 04-2097**

I hereby certify that on May 21, 2004, I electronically filed a Transcript Request with the clerk of the court by using the ECF. I further certify that I mailed the Transcript Request and the notice of electronic filing by first-class mail to the following:

Charles S. Zimmerman
Zimmerman & Reed
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Richard A. Lockridge
Lockridge & Grindal
2200 Washington Square
100 Washington Ave. S.
Minneapolis, MN 55401

Peter W. Sipkins
Dorsey & Whitney
50 S. Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Philip S. Beck
Bartlit & Beck
54 S. Hubbard St., Suite 300
Chicago, IL 60610

Adam L. Hoeflich
Bartlit & Beck
54 S. Hubbard St., Suite 300
Chicago, IL 60610

Susan A. Weber
Sidley & Austin
Bank One Plaza
10 S. Dearborn St.
Chicago, IL 60603

Tracy J. Van Steenburgh
Halleland & Lewis
Pillsbury Center South, Suite 600
220 S. Sixth St.
Minneapolis, MN 55402-4501

Robert A. Limbacher
Dechert & Price
4000 Bell Atlantic Tower
1717 Arch St.
Philadelphia, PA 19103-2793

Fred T. Magaziner
Dechert & Price
4000 Bell Atlantic Tower
1717 Arch St.
Philadelphia, PA 19103-2793

Eric J. Magnuson
Rider, Bennett
333 S. Seventh St., Suite 2000
Minneapolis, MN 55402

Patrick D. Robben
Rider, Bennett
333 S. Seventh St., Suite 2000
Minneapolis, MN 55402

Warren Lupel
Weinberg & Richmond
333 S. Wacker Drive, Suite 1800
Chicago, IL 60606

Deane B. Brown
Beermann & Swerdlove
161 N. Clark St., Suite 2600
Chicago, IL 60601-3221

Richard Sletten, Clerk
U.S. District Court
202 U.S. Courthouse
300 S. Fourth St.
Minneapolis, MN 55415

**s/ Jesse R. Orman**
Minn. Atty. No.: 0301244
Attorney for Appellant K. Amy Lemon
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400