A CERTIFIED TRUE COPY
MAY 17 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY 17 2004
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Robert Bryant, Sr. v. Bayer Corp., et al.*, M.D. Florida, C.A. No. 5:04-28

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Bryant*) on March 25, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, defendant Lake Pharmacy filed a notice of opposition to the proposed transfer of *Bryant*. Lake Pharmacy has now notified the Panel that it withdraws its initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-36" filed on March 25, 2004, is LIFTED insofar as it relates to this action, and thus the action is transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Michael J. Davis.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

SCANNED
MAY 24 2004
U.S. DISTRICT COURT MPLS

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

MAY 24 [illegible]
CLERK US DIST COURT
MINNEAPOLIS [illegible]

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Robert Bryant, Sr. v. Bayer Corp., et al.*, M.D. Florida, C.A. No. 5:04-28

Dear Mr. Sletten:

A conditional transfer order was filed in the above matter on March 25, 2004. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judge: Judge Wm. Terrell Hodges
Transferor Clerk: Sheryl L. Loesch