A CERTIFIED TRUE COPY

MAY 17 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 17 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

# ***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

## ***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

*John Michalicka v. Bayer Corporation*, E.D. Pennsylvania, C.A. No. 2:03-2344
*Jimmy Bailey, et al. v. Bayer Corporation, et al.*, E.D. Pennsylvania, C.A. No. 2:03-2744

## ***ORDER VACATING CONDITIONAL TRANSFER ORDER***

A conditional transfer order ("CTO-37") was filed in these two actions (*Michalicka* and *Bailey*) on April 2, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Michalicka* and *Bailey* on April 20, 2004. The Panel has now learned, however, that i) *Michalicka* is not related to the Baycol litigation and was included on CTO-37 as the result of an automation error, and ii) *Bailey* was previously dismissed in the Eastern District of Pennsylvania pursuant to a notice of voluntary dismissal filed on May 7, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-37" filed on April 2, 2004, is VACATED insofar as it relates to these two actions.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCANNED
MAY 24 2004
U.S. DISTRICT COURT MPLS

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

MAY
CLERK US DIST
MINNEAPOLIS

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*John Michalicka v. Bayer Corporation,* E. D. Pennsylvania, C.A. No. 2:03-2344
*Jimmy Bailey, et al. v. Bayer Corporation, et al.,* E. D. Pennsylvania, C.A. No. 2:03-2744

Dear Mr. Sletten:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosure

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: Judge Jan E. DuBois; Judge Louis H. Pollak
Transferor Clerk: Michael E. Kunz