A CERTIFIED TRUE COPY

MAY 27 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 11 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-38)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,328 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 27 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
JUN 04 2004
U.S. DISTRICT COURT MPLS

# SCHEDULE CTO-38 - TAG ALONG CASES
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 3 | 04-161 | Brenda Farrow, etc. v. Bayer AG, et al. |
| **COLORADO** | | | |
| CO | 1 | 04-428 | Blanch Crow, et al. v. Bayer AG, et al. |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 04-65 | Ruby Land v. Bayer AG, et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 04-562 | Bettye J. Fluker, et al. Bayer Corp., et al. |
| LAE | 2 | 04-563 | Carolyn M. Romare, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-564 | Michael Joseph Pertuit, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-577 | Marjorie W. Schaefer v. Bayer Corp., et al. |
| **MASSACHUSETTS** | | | |
| MA | 1 | 04-10396 | Nicholas T. Zervas v. Bayer AG, et al. |
| **MARYLAND** | | | |
| MD | 1 | 04-443 | Willis J. Windsor v. Bayer Corp., et al. |
| MD | 1 | 04-491 | Assunda Nuth v. Bayer Corp., et al. |
| MD | 1 | 04-595 | Anna Behrman, et al. v. Bayer Corp., et al. |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 2 | 04-57 | Melvin Lee Scott v. Bayer Corp., et al. |
| MSN | 2 | 04-58 | Willie Mae Townsend v. Bayer Corp., et al. |
| MSN | 3 | 04-28 | James Townsend v. Bayer Corp., et al. |
| MSN | 4 | 04-38 | Martilla Bell, et al. v. Bayer Corp., et al. |
| MSN | 4 | 04-40 | Robert Neal, Jr. v. Bayer Corp., et al. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 04-56 | Rufus Russell Baygents v. Bayer AG, et al. |
| MSS | 2 | 03-618 | Jerry D. Atterberry v. Bayer Corp., et al. |
| MSS | 2 | 04-73 | Rosella Pierce, et al. v. Bayer Corp., et al. |
| MSS | 2 | 04-74 | Selvyn Rayborn, et al. v. Bayer Corp., et al. |
| MSS | 3 | 04-99 | Roann Tiller v. Bayer Corp., et al. |
| MSS | 3 | 04-100 | Fabian Hill, etc. v. Bayer Corp., et al. |
| **NEW YORK EASTERN** | | | |
| NYE | 2 | 04-694 | Roy Diton, et al. v. Bayer Corp., et al. |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 03-9566 | Jodeane Horner, et al v. Bayer Corp., et al. |
| NYS | 1 | 03-9704 | Jeff Kemp, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9705 | Evelyn Tilson, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9707 | Walter Center, et al. v Bayer Corp., et al. |
| NYS | 1 | 03-9708 | Dolores Greenlee, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9712 | Max Mena, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9876 | Arlene Albright, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9877 | Barbara Finch, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9878 | Frances Gordon, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9879 | Mari Munk, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9880 | Kenneth Jordan, et al. v. Bayer Corp., et al. |

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| NYS | 1 | 03-9881 | George Gray, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-9882 | David Kady, et al. v. Bayer Corp., et al. |
| NYS | 1 | 03-10192 | Gina Moses, et al. v. Bayer Corp., et al. |
| NYS | 1 | 04-1903 | Dorothy Smith v. Bayer Corp., et al. |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 04-183 | Vera J. Hames v. Bayer AG, et al. |
| OKW | 5 | 04-184 | Martha Arnold v. Bayer AG, et al. |
| OKW | 5 | 04-185 | Ron Baker, et al. v. Bayer AG, et al. |
| ~~OKW~~ | ~~5~~ | ~~04-187~~ | ~~Edna Teague v. Bayer AG, et al.~~ Vacated 5/24/04 |
| TEXAS EASTERN | | | |
| TXE | 1 | 03-692 | Kennenth Johnson v. Bayer Corp., et al. |
| TXE | 1 | 03-712 | Vernice Butler v. Bayer Corp., et al. |
| TXE | 1 | 03-744 | Frank Riley v. Bayer Corp., et al. |
| TXE | 1 | 03-754 | Evelyne Johnson v. Bayer Corp., et al. |
| TXE | 1 | 03-802 | Eula Cotton v. Bayer Corp., et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 03-2953 | Ray Holden, et al. v. Bayer AG, et al. |
| TEXAS WESTERN | | | |
| TXW | 5 | 03-1282 | Helen Villarreal, etc. v. John Dickson, M.D., et al. |
| VERMONT | | | |
| VT | 1 | 04-28 | Richard Valley v. Bayer AG, et al. |
| WASHINGTON WESTERN | | | |
| WAW | 2 | 04-524 | Earl Carter, et al. v. Bayer AG, et al. |

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
U.S. MAIL
2004 JUN -1 AM 9:47
U.S. DIST. COURT
MINNEAPOLIS, MN

May 27, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule CTO-38)

Dear Mr. Sletten:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on May 11 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: (See Attached List of Judges)
Transferor Clerk: (See Attached List of Clerks)