**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**ORDER**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case; the requirements were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 105 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice. Pursuant to PTO 81, the parties have submitted a list of Plaintiffs who have not complied with their discovery obligations as of May 27, 2004. These Plaintiffs are listed in Exhibit A to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by June 17, 2004.

In addition, Plaintiffs listed in Exhibit B to this Order failed to sign and date their Plaintiff's Fact Sheets and did not attach signed authorizations, as required by PTOs 4, 10, 12, and 81. Those Plaintiffs are ordered to comply with these discovery obligations by June 17, 2004, or their cases will be subject to dismissal with prejudice.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by June 17, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed

Plaintiffs. In addition, Defendants will submit proposed orders dismissing with prejudice the cases of Plaintiffs listed on Exhibit B who do not comply with their discovery obligations as set forth herein by June 17, 2004, 5:00 p.m., Central Daylight Time.

Dated: June 3, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

# EXHIBIT A

## CTO-33 & 34 PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Goss, Davis | 04-0226 | Craig P. Niedenthal, Esq.<br>Cory Watson Crowder & Degaris, P.C.<br>2131 Magnolia Avenue<br>Birmingham, Alabama 35205<br>P: (205) 328-2200<br>F: (205) 324-7896 |
| 2. | Martin, Jerry (Ala.) | 04-0216 | |
| 3. | Partridge, Ronald | 04-0219 | |
| 4. | Pate, Myrtle | 04-0220 | |
| 5. | Furguson, Ernie | 04-0234 | Bradley J. Sylvester, Esq.<br>David Danis Law Firm<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>T: 314/ 725-7700<br>F: 314/ 721-0905 |
| 6. | Kee, Edith | | |
| 7. | Oliveri, Anthony | 04-0702 | Earle Giovanniello, Esq.<br>59 Elm Street, Suite 215<br>New Haven, CT 06510<br>T: 203/777-4003<br>P: 203/777-7606 |
| 8. | Broughton, Joseph L. | 04-0710 | Patrick D. McMurtray, Esq.<br>Frazer Davidson, P.A.<br>500 E. Capitol Street<br>Jackson, MS 39201<br>P: (601) 969-9999<br>F: (601) 969-0830 |
| 9. | Dodd, Catherine | 04-0709 | |
| 10. | Huffman, Robbie | 04-0257 | Gilbert T. Adams, Esq.<br>Gilbert T. Adams, P.C.<br>1855 Calder Avenue at Third<br>P.O. Drawer 3688<br>Beaumont, Texas 77704<br>P: (409) 835-3000<br>F: (409) 832-6162 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 11. | Brown, Florence | 04-0246 | Wendy R. Fleishman, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>780 Third Ave., 48th Floor<br>New York, NY 10017-2024<br>T: 212/355-9500<br>F: 212/355-9592 |
| 12. | Jacobs, Stanley | 04-0251 | |
| 13. | McCall, Roberta | 04-0239 | |
| 14. | Modarelli, Nancy | 04-0238 | |
| 15. | Osmonson, Glen | 04-0243 | |
| 16. | Patterson, Donna | 04-0253 | |
| 17. | Reiling, Maynard | 04-0252 | |
| 18. | Britten, Bonnie | 04-0338 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>2300 Lyric Centre Building<br>440 Louisiana<br>Houston, Texas 77002<br>P: (713) 236-2677<br>F: (713) 223-4870 |
| 19. | Brown, Lillie Ree | 04-0428 | |
| 20. | Bryant, Patsy | 04-0266 | |
| 21. | Bullard, Frances | 04-0370 | |
| 22. | Cabeen, Helen | 04-0321 | |
| 23. | Chanthalath, Keo | 04-0371 | |
| 24. | Crone, Troy | 04-0728 | |
| 25. | Davis, Sammie Lee | 04-0809 | |
| 26. | Demary, Rebekah | 04-0731 | |
| 27. | Duson, William | 04-0805 | |
| 28. | Ewing, William | 04-0540 | |
| 29. | Gabbard, Denoda | 04-0536 | |
| 30. | Galyon, Nora | 04-0475 | |
| 31. | Garrett, Ira | 04-0765 | |
| 32. | George, Fred | 04-0548 | |
| 33. | George, Manuel | 04-0476 | |
| 34. | Gibbons, Mary | 04-0558 | |
| 35. | Handley, Lenora | 04-0474 | |
| 36. | Harris, Bette | 04-0792 | |

**EXHIBIT A**

| | | |
|---|---|---|
| 37. | Harrison, Bobby | 04-0785 |
| 38. | Hochman, Michael | 04-0458 |
| 39. | Hoff, Marvin | 04-0455 |
| 40. | Hood, Rosa | 04-0451 |
| 41. | Huddleston, Dianne | 04-0457 |
| 42. | Jester, Julia | 04-0388 |
| 43. | Jinks, Elizabeth | 04-0324 |
| 44. | Johnson, Anthony | 04-0316 |
| 45. | Johnson, Cecil | 04-0418 |
| 46. | Kirkwood, Odell | 04-0482 |
| 47. | Knox, Alan | 04-0515 |
| 48. | Labbe, Paul | 04-0516 |
| 49. | Lay, Minnie | 04-0519 |
| 50. | LeBarron, Floy | 04-0520 |
| 51. | Martinez, Joe | 04-0551 |
| 52. | McAnally, Ethyl | 04-0261 |
| 53. | McBride, Kenneth | 04-0355 |
| 54. | Mills, Jimmie | 04-0421 |
| 55. | Montgomery, Helen | 04-0345 |
| 56. | Moreau, Dorothy | 04-0293 |
| 57. | Moreno, Katheryn | 04-0291 |
| 58. | Ostermann, Lena | 04-0335 |
| 59. | Pleasant, Maxine | 04-0382 |
| 60. | Poole, James | 04-0346 |
| 61. | Rankin, Michael | 04-0350 |
| 62. | Robinson, Katie | 04-0260 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 63. | Rozelle, Annie | 04-0296 | |
| 64. | Ruthrauff, Byron | 04-0416 | |
| 65. | Stewart, Joyce | 04-0752 | |
| 66. | Sullivan, Foncie | 04-0802 | |
| 67. | Terry, Ernestine | 04-0746 | |
| 68. | Tiernan, Eugene | 04-0776 | |
| 69. | Whetstone, Gloria | 04-0830 | |
| 70. | Wilson, Azerlee | 04-0831 | |
| 71. | Wilkerson, Ronald | 04-0834 | |
| 72. | Wilkerson, Roscina | 04-0843 | |
| 73. | Ybarra, Adela | 04-0399 | |
| 74. | Young, Vernon | 04-0838 | |
| 75. | Lewis, Tinnie Sue | 04-0706 | Robert L. Salim, Esq.<br>1762 Texas Street<br>Natchitoches, Louisana 71457<br>T: 318/352-5999<br>F: 318/352-5998 |
| 76. | Trahan, Neelis | 04-0705 | Eulis Simien, Esq.<br>Simien & Simien<br>8923 Bluebonnet Boulevard, Suite 200<br>Baton Rouge, LA 70810<br>T: 225/769-8422<br>F: 225/769-9432 |
| 77. | Dean, Georgeanne | 04-0701 | Brian N. Cigelske, Esq.<br>Taylor Martino & Hedge<br>Southtrust Bank Building<br>61 St. Joseph Street, Suite 1600<br>Mobile, AL 36602<br>T: 251/433-3131<br>P: 251/433-4207 |
| 78. | Arellano, Leticia | 04-0864 | Terry Bryant, Esq.<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024<br>P: (713) 973-8888<br>F: (713) 973-1188 |

# EXHIBIT A

| | | |
|---|---|---|
| 79. | Bateman, Wayne | 04-0866 |
| 80. | Bishop, Kenneth | 04-0865 |
| 81. | Brown, James | 04-0865 |
| 82. | Dawson, Janet | 04-0864 |
| 83. | Gilbert, Thomas | 04-0866 |
| 84. | Harris, Janet | 04-0864 |
| 85. | Lyonds, Ona | 04-0864 |
| 86. | Melchor, Yolanda | 04-0864 |
| 87. | Pete, Eric J. | 04-0865 |
| 88. | Taylor, Tammy | 04-0864 |
| 89. | Wade, Tommy | 04-0866 |

**EXHIBIT A**

## PLAINTIFFS WHO FILED DIRECTLY IN MN AND HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Beasinger, Gary | 04-0666 | Charles H. Johnson, Esq.<br>Johnson & Associates<br>2599 Mississippi Street<br>New Brighton, MN 55112<br>P: 651/ 633-5685 |
| 2. | Oletzke, Thomas | 03-6235 | Thomas Oletzke<br>7626 West Lone Mountain Road<br>Suite 9<br>Las Vegas, NV 89129<br>P: 702-320-3675 |

**EXHIBIT B**

## CTO-33 & 34 PLAINTIFFS WHO SUBMITTED AN UNACCEPTABLE PLAINTIFF'S FACT SHEET

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Smith, Thomas | 04-0259 | Gilbert T. Adams, Esq.<br>Gilbert T. Adams, P.C.<br>1855 Calder Avenue at Third<br>P.O. Drawer 3688<br>Beaumont, Texas 77704<br>P: (409) 835-3000<br>F: (409) 832-6162 |
| 2. | Bryant, Mary | 04-0334 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>2300 Lyric Centre Building<br>440 Louisiana<br>Houston, Texas 77002<br>P: (713) 236-2677<br>F: (713) 223-4870 |
| 3. | Carter, Julia | 04-0302 | |
| 4. | Clark, Kenneth | 04-0415 | |
| 5. | Coody, Linda | 04-0341 | |
| 6. | Daniel, Jane | 04-0762 | |
| 7. | Derr, Jimmie | 04-0741 | |
| 8. | Gray, Fran | 04-0462 | |
| 9. | Gustafson, Judie | 04-0463 | |
| 10. | Handley, Lenora | 04-0474 | |
| 11. | Lewis, Edna | 04-0530 | |
| 12. | Lockhart, Joyce | 04-0468 | |
| 13. | Logan, Procha Dyson | 04-0470 | |
| 14. | Martinez, Santos | 04-0490 | |
| 15. | McKnight, Mary Sue | 04-0420 | |
| 16. | McMillan, Dianne | 04-0364 | |

**EXHIBIT B**

| | | |
|---|---|---|
| 17. | Merrit, Gayle | 04-0356 |
| 18. | Middleton, James | 04-0367 |
| 19. | Mitchell, Jim | 04-0398 |
| 20. | Morgan, Marilyn | 04-0263 |
| 21. | Nailing, James | 04-0332 |
| 22. | Olvera, Armando | 04-0409 |
| 23. | Parker, Charles | 04-0377 |
| 24. | Parker, Jasper | 04-0353 |
| 25. | Payne, Ped | 04-0410 |
| 26. | Pena, Evangelina | 04-0358 |
| 27. | Phillips, Lucille | 04-0424 |
| 28. | Rayos, Mary Lee | 04-0394 |
| 29. | Reed, Rodney | 04-0309 |
| 30. | Ross, Fannie | 04-0386 |
| 31. | Ruben, Hayward | 04-0269 |
| 32. | Schlichting, Dolores | 04-0319 |
| 33. | Shannon, Alfred Ray | 04-0498 |
| 34. | Shipley, Luther | 04-0565 |
| 35. | Sims, Arthur | 04-0810 |
| 36. | Smith, Gloria | 04-0818 |
| 37. | Smitherman, Elner | 04-0739 |

 11

# EXHIBIT B

| | | | |
|---|---|---|---|
| 38. | Sneed, Baby Ruth | 04-0738 | |
| 39. | Soliz, Isabel | 04-0757 | |
| 40. | Strange, Mary Anne | 04-0764 | |
| 41. | Street, Ivory | 04-0787 | |
| 42. | Stucey, Joyce | 04-0788 | |
| 43. | Tanghlyn, Lizzie | 04-0777 | |
| 44. | Tanner, Joann | 04-0733 | |
| 45. | Tanyi, Bernard | 04-0726 | |
| 46. | Tidwell, Mary | 04-0774 | |
| 47. | Usanga, Francine | 04-0840 | |
| 48. | Villarreal, Ernesto | 04-0569 | |
| 49. | Washington, James | 04-0571 | |
| 50. | Weber, Andreas | 04-0826 | |
| 51. | Whitlock, Cathy | 04-0829 | |
| 52. | Williams, Cheryl | 04-0578 | |
| 53. | Williams, Isaac | 04-0385 | |
| 54. | Williams, Lillie Mae | 04-0847 | |
| 55. | Kidder, Rudolph | 04-0866 | Terry Bryant, Esq.<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024<br>P: (713) 973-8888<br>F: (713) 973-1188 |