E-SERVED
06/14/04
05:03 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

All Actions

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PROVIDE MAILING LIST IN COMPLIANCE WITH SALES REPRESENTATIVES' PRESERVATION OF DOCUMENTS**

The PSC asks this Court for an Order compelling production of the names and mailing addresses of those individuals to whom notice of PTO 6 was sent, as required by the March 9, 2004, Order of Magistrate Judge Lebedoff. Request for these lists was made to Defendants, and Defendants have not produced the requested lists.[1]

This Court entered Pre-Trial Order 6 on March 4, 2002. That Order, in brief, required the preservation of Defendants' documents during the course of this litigation. It turned out that Defendants did not undertake to notify their detail sales people of the requirements of PTO 6. Thus, on October 17, 2003, the Court required Defendants to advise the Court of the extent to which each had undertaken preservation of these records. In the event notice had not been sent to the detail sales people, Defendants were required to mail notice to all such individuals.

Bayer has now provided to the PSC a copy of the form letter mailed to their sales representatives. However, after request, Bayer declined to produce the names and addresses of

---

[1]Request for this information was made to both Bayer and GSK on April 21, 2004, with a follow up on April 29, 2004. Bayer replied. GSK, it appears, did not.

E-SERVED
06/14/04
05:03 PM ET
Baycol MDL 1431

the individuals to whom such orders were sent. In their reply, Bayer declined to produce this information for two apparent reasons: a) 6,000 names is too many to provide; and b) case specific discovery of sales representatives will be germane only after compliance with PTO 114 is complete.

Providing a database of names and addresses to whom a mailing was sent is hardly an onerous task. The PSC expects that such a database is maintained by each Defendant, for its own business purposes as well as for compliance with this Court's Orders. Providing this database should be an easy task.

Bayer's argument that providing the names and addresses of sales representatives only after PTO 114 evaluation is completed is a red herring. Bayer assumes that detailed deposition practice is relevant only to the specifics of an individual case. While that is partly true, that is not exclusively true. The PSC has the right to contact former, non-managerial employees of a Defendant corporate entity. *FleetBoston Robertson Stephens, Inc. v. Innovex, Inc.* 172 F.Supp2d 1190 (D. Minn. 2001)(Doty, J.)[2] As Bayer has so aptly indicated, it has not sought the return of any documents from any sales representatives. Accordingly, the PSC is free to request such documents from all former sales representatives. In order to make this perfectly legitimate request of former employees, the PSC is entitled to the names and addresses of all such employees.

---

[2]The *FleetBoston* Court said: "the ABA Committee on Ethics and Professional Responsibility has addressed this issue.... The ABA Committee states:

it is the opinion of the Committee that a lawyer representing a client in a matter adverse to a corporate party that is represented by another lawyer may, without violating Model Rule 4.2, communicate about the subject of the representation with an unrepresented former employee of the corporate party without the consent of the corporation's lawyer."

E-SERVED 06/14/04 05:03 PM ET Baycol MDL 1431

## CONCLUSION

The PSC's motion to compel the mailing list of all sales representatives to whom the PTO 6 notice was sent should be granted.

Respectfully submitted,

Dated: 6/14/04

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Robert R. Hopper, #208760
651 Nicollet Mall, Suite 500
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
Richard A. Lockridge, #64117
Hugh V. Plunkett, #87282
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

***Co-Lead Counsel for Plaintiffs***

***Plaintiffs' Steering Committee***

Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
30th Floor, 275 Battery St.
San Francisco, CA 94111-3339

E-SERVED
06/14/04
05:03 PM ET
Baycol MDL 1431

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1226 Euclid Avenue
Suite 900
Cleveland, OH 44115-1891

James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431

Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624

Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108

William M. Audet
Alexander, Hawes & Audet, LLP
300 Montgomery St.
Suite 400
San Francisco, CA 94104

Ted B. Lyon, Jr.
Teb B. Lyon & Associates, P.C.
Town East Tower, Suite 525
18061 LBJ Freeway
Mesquite, TX 75150

Dale I. Larson
Larson King
2800 World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Mark Robinson
Robinson, Calcagnie & Robinson
620 Newport Center Dr., Seventh Floor
Newport Beach, CA 92660

Ron Meshbesher
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404