UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 121

---

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED:

(1) Provided that Bayer makes deductions or withholdings for MDL assessments in the amounts and under the procedures ordered by state courts, which have entered into orders coordinating the state court proceeding with MDL 1431, and which state court orders also explicitly impose an MDL assessment on settlements in such state court proceedings (e.g.,The Litigation Plan and Discovery Order entered by the Hon. Mark Denton on or about April 22, 2003, in the Nevada state court litigation), Bayer shall have no further obligation to make any deductions or withholdings under paragraph 9 of PTO 25.

(2) Any amounts withheld under procedures ordered by state courts shall be credited toward the maximum withholding for individual law firms set forth in PTO 58 or any other applicable maximum withholding established by order of this Court. If any amounts withheld pursuant to procedures order by the state courts

are later refunded by order of such state court, in whole or in part, for any reason, no MDL assessment pursuant to PTO 25 shall become applicable as a result.

Date: June 14, 2004

/s/ Michael J. Davis
Michael J. Davis
UNITED STATES DISTRICT COURT