UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to: Pretrial Order No. 122

Diane Mason v. Bayer A.G., et al., Circuit Court of the State of Tennessee, County of Williamson, Case No. 02484

---

William B. Federman, Federman & Sherwood, Don Strong and G. Stephen Martin, II, Strong, Martin & Associates, PLLC and T. David Hasbrook, Hasbrook & Hasbrook, for and on behalf of Plaintiffs.

---

This matter is before the Court upon the Plaintiffs' motion to vacate alternative appeal of Special Master PTO 78, Assessment Decision No. 34.

The Court has reviewed the motion, and finds that the Special Master's Assessment is correct. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Special Master PTO 78, Assessment Decision No. 34 is DENIED.

Date: June 17, 2004

/s/ Michael J. Davis
Michael J. Davis
United States District Court