A CERTIFIED TRUE COPY
JUN 16 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN 16 2004
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***Earl Barnett, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1626**
***Rosemary Johnson, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 2:03-1629**
***Merle Kolstrup, et al. v. Bayer Corp., et al.*, D. Nevada, C.A. No. 3:03-710**
***James T. Busby, Jr., etc. v. Bayer AG, et al.*, D. South Carolina, C.A. No. 8:03-2545**

***BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA,* D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL***

***TRANSFER ORDER***

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in three District of Nevada actions and one District of South Carolina action to vacate the Panel's orders conditionally transferring the actions to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendant Bayer Corporation opposes the motions to vacate and urges inclusion of the actions in MDL-1431.

On the basis of the papers filed and hearing session held, the Panel finds that these four actions involve common questions of fact with the actions in this litigation previously transferred to the District of Minnesota, and that transfer of these actions to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. The Panel held that the District of Minnesota was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Baycol. *See In re Baycol Products Liability Litigation*, 180 F.Supp.2d 1378 (J.P.M.L. 2001). We also note that any motions for remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these four actions are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable

* Judge Selya took no part in the decision of this matter.

SCANNED
JUN 22 2004
U.S. DISTRICT COURT MPLS

A CERTIFIED TRUE COPY
JUN 16 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



Michael J. Davis for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

June 16, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY U.S. MAIL
2004 JUN 22 AM 9:47
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Earl Barnett, et al. v. Bayer Corp., et al.,* D. Nevada, C.A. No. 2:03-1626
*Rosemary Johnson, et al. v. Bayer Corp., et al.,* D. Nevada, C.A. No. 2:03-1629
*Merle Kolstrup, et al. v. Bayer Corp., et al.,* D. Nevada, C.A. No. 3:03-710
*James T. Busby, Jr., etc. v. Bayer AG, et al.,* D. South Carolina, C.A. No. 8:03-2545

Dear Mr. Sletten:

I am enclosing a certified copy and additional copies of an order filed by the Judicial Panel on Multidistrict Litigation in the above-captioned matter. The act creating the Panel provides that:

> Orders of transfer ... shall be filed in the office of the clerk of the district court of the transferee district and shall be effective when thus filed. The clerk of the transferee district court shall forthwith transmit a certified copy of the panel's order to transfer to the clerk of the district court from which the action is being transferred. 28 U.S.C. § 1407(c).

As is also required by the statute, a copy of the order is being sent to the clerk for the District of Maryland, the district in which the hearing on this matter was held on May 27, 2004.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: Judge Lloyd D. George; Judge Edward C. Reed, Jr.; Judge Joseph F. Anderson, Jr.
Transferor Clerks: Lance S. Wilson; Larry W. Propes
Hearing District Clerk: Felicia C. Cannon