E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

All Actions

**PLAINTIFF'S AMENDED MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PROVIDE MAILING LIST IN COMPLIANCE WITH SALES REPRESENTATIVES' PRESERVATION OF DOCUMENTS**

The PSC asks this Court for an Order compelling production of the names and mailing addresses of those individuals to whom notice of PTO 6 was sent, as required by the March 9, 2004, Order of Magistrate Judge Lebedoff. Request for these lists was made to Defendants, and Defendants have not produced the requested lists.[1]

This Court entered Pre-Trial Order 6 on March 4, 2002. That Order, in brief, required the preservation of Defendants' documents during the course of this litigation. It turned out that Defendants did not undertake to notify their detail sales people of the requirements of PTO 6. Thus, on October 17, 2003, the Court required Defendants to advise the Court of the extent to which each had undertaken preservation of these records. In the event notice had not been sent to the detail sales people, Defendants were required to mail notice to all such individuals.

Bayer has now provided to the PSC a copy of the form letter mailed to their sales representatives. However, after request, Bayer declined to produce the names and addresses of

---

[1]Request for this information was made to both Bayer and GSK on April 21, 2004, with a follow up on April 29, 2004. Bayer replied. GSK, it appears, did not.

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

the individuals to whom such orders were sent. In their reply, Bayer declined to produce this information for two apparent reasons: a) 6,000 names is too many to provide; and b) case specific discovery of sales representatives will be germane only after compliance with PTO 114 is complete.

Providing a database of names and addresses to whom a mailing was sent is hardly an onerous task. The PSC expects that such a database is maintained by each Defendant, for its own business purposes as well as for compliance with this Court's Orders. Providing this database should be an easy task.

Bayer's argument that providing the names and addresses of sales representatives only after PTO 114 evaluation is completed is a red herring. Bayer assumes that detailed deposition practice is relevant only to the specifics of an individual case. While that is partly true, that is not exclusively true. The PSC has the right to contact former, non-managerial employees of a Defendant corporate entity. *FleetBoston Robertson Stephens, Inc. v. Innovex, Inc.* 172 F.Supp2d 1190 (D. Minn. 2001)(Doty, J.)[2] As Bayer has so aptly indicated, it has not sought the return of any documents from any sales representatives. Accordingly, the PSC is free to request such documents from all former sales representatives. In order to make this perfectly legitimate request of former employees, the PSC is entitled to the names and addresses of all such employees.

---

[2]The *FleetBoston* Court said: "the ABA Committee on Ethics and Professional Responsibility has addressed this issue.... The ABA Committee states:

it is the opinion of the Committee that a lawyer representing a client in a matter adverse to a corporate party that is represented by another lawyer may, without violating Model Rule 4.2, communicate about the subject of the representation with an unrepresented former employee of the corporate party without the consent of the corporation's lawyer."

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

## CONCLUSION

The PSC's motion to compel the mailing list of all sales representatives to whom the PTO 6 notice was sent should be granted.

Respectfully submitted,

Dated: 6/22/04

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Robert R. Hopper, #208760
651 Nicollet Mall, Suite 500
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
Richard A. Lockridge, #64117
Hugh V. Plunkett, #87282
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

***Co-Lead Counsel for Plaintiffs***

***Plaintiffs' Steering Committee***

Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
30th Floor, 275 Battery St.
San Francisco, CA 94111-3339

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1226 Euclid Avenue
Suite 900
Cleveland, OH 44115-1891

James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431

Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624

Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108

William M. Audet
Alexander, Hawes & Audet, LLP
300 Montgomery St.
Suite 400
San Francisco, CA 94104

Ted B. Lyon, Jr.
Teb B. Lyon & Associates, P.C.
Town East Tower, Suite 525
18061 LBJ Freeway
Mesquite, TX 75150

Dale I. Larson
Larson King
2800 World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Mark Robinson
Robinson, Calcagnie & Robinson
620 Newport Center Dr., Seventh Floor
Newport Beach, CA 92660

Ron Meshbesher
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

**From:** Ronald S. Goldser
**To:** adam.hoeflich@bartlit-beck.com; fred.magaziner@dechert.com; saweber@Sidley.com
**Date:** Thu, Apr 29, 2004 9:32 PM
**Subject:** **Re: Baycol: non-employee document retention**

**Adam, Fred:**

**I do not have a reply to my request, below. May I please hear from you regarding your intentions.**

**>>> Ronald S. Goldser 4/21/2004 4:36:51 PM >>>**
**I believe the PSC has requested copies of the letters sent to all former employees and sales representatives with whom you have communicated pursuant to Mag Judge Lebedoff's Order. If the letter is a form letter, a copy of the form letter will suffice. Where there are individual changes, we would like copies of those individual letters. We have also requested a list of the names and addresses to whom these letters we mailed. Finally, if documents have been returned to you, we request copies of all such documents.**

**Please let us know your intentions regarding this request so we may proceed accordingly.**

**Ronald S. Goldser**
**651 Nicollet Ave. Suite 501**
**Minneapolis, MN 55402**
**612/341-0400**
**rsg@zimmreed.com**
**www.zimmreed.com**
**Admitted In MN and WI**

**CC:** Hopper, Robert R.; jrclim@climacolaw.com; rarsenault@nbalawfirm.com; Zimmerman, Charles S.

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

DAVID POVICH
STEVEN M. UMIN
JOHN W. VARDAMAN
PAUL MARTIN WOLFF
J. ALAN GALBRAITH
JOHN G. KESTER
WILLIAM E. McDANIELS
BRENDAN V. SULLIVAN, JR.
RICHARD M. COOPER
GERALD A. FEFFER
ROBERT P. WATKINS
JERRY L. SHULMAN
LEWIS H. FERGUSON, III
ROBERT B. BARNETT
DAVID E. KENDALL
GREGORY B. CRAIG
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK

PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN
JUDITH A. MILLER
LON S. BABBY
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
BRUCE R. GENDERSON
CAROLYN H. WILLIAMS
F. LANE HEARD III
STEVEN R. KUNEY
GERSON A. ZWEIFACH
PAUL MOGIN
HOWARD W. GUTMAN
STEVEN A. STEINBACH
MARK S. LEVINSTEIN
MARY G. CLARK
VICTORIA RADD ROLLINS
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029
www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

DAVID C. KIERNAN
LON E. MUSSLEWHITE
ROBIN E. JACOBSOHN
HEIDI K. HUBBARD
GLENN J. PFADENHAUER
GEORGE A. BORDEN
ROBERT J. SHAUGHNESSY
JONATHAN P. GRAHAM
DAVID S. BLATT
ARI S. ZYMELMAN
DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
PHILIP A. SECHLER
LYNDA SCHULER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY

THOMAS G. HENTOFF
KUMIKI GIBSON
PAUL B. GAFFNEY
EMMET T. FLOOD
ROBERT A. VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
SUZANNE H. WOODS
CRAIG D. SINGER
JAMES L. TANNER, JR.
J. ANDREW KEYES
GILBERT O. GREENMAN
M. ELAINE HORN
ENU MAINIGI
MICHAEL F. O'CONNOR

OF COUNSEL
VINCENT J. FULLER
RAYMOND W. BERGAN
JEREMIAH C. COLLINS
AUBREY M. DANIEL, III
ROBERT M. KRASNE

May 3, 2004

Ronald S. Goldser, Esq.
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Dear Ron:

This is in response to your email of April 21 requesting certain information about the notification of the MDL Preservation Order that was sent to former sales representatives.

As you know, Bayer and GSK submitted a letter to Judge Lebedoff apprising him of the steps that were taken to comply with his Order of March 9, 2004. Over 6,000 former sales representatives were sent letters of notification.

In light of the large number of mailings, Bayer and GSK used form letters, as you anticipated. Copies of those forms are enclosed.

As for your request for the names and addresses of the former sales representatives, Bayer and GSK have been providing information about sales representatives as required by the Agreed Order on the Discovery Plan Pursuant to PTO 89 for Randomly Selected Cases ("Agreed Order"). All case specific discovery in all other cases is stayed, as you know. Because discovery is stayed in the vast majority of cases and because of the privacy interests of this large number of sales representatives, we do not see the need to produce these names and addresses, at least not at this stage. Moreover, in all likelihood, large numbers of cases will be dismissed as a result of the Narrowing Order (PTO 114) and, as a consequence, many of the names and addresses of former sales representatives will become irrelevant to this litigation. In the event that additional cases are added to the

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431



Program list, we will provide the information about sales representatives for those cases as provided in the Agreed Order.

Finally, to date, no documents have been returned and therefore there are none to produce.

Sincerely,

Douglas R. Marvin

Enclosures

E-SERVED
06/22/04
12:46 PM ET
Baycol MDL 1431

Bayer HealthCare
Pharmaceuticals

BAYER

Brian P. Conway
Senior Counsel

March 29, 2004

**Re: Preservation of Baycol-Related Documents**

Dear Former Bayer Employee:

As you may know, Bayer Corporation has been named as a defendant in certain lawsuits brought by persons who were prescribed Baycol. The United States District Court for the District of Minnesota, which is presiding over the Baycol cases filed in federal court, has directed Bayer to mail the Court's document preservation order to former Bayer sales representatives who were employed during the time Baycol was marketed. A copy of that order is enclosed. Questions about the document preservation order should be directed to Brian Conway at (203)812-2771.

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516-4175

Phone: 203 812-2771
Fax: 203 812-5492
brian.conway.b@bayer.com

Sincerely,

Brian P. Conway

Brian P. Conway

enc: