**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: Baycol Products Litigation** — **MDL No. 1431**

**This Document Relates to All Actions** — **Pretrial Order No. 124**

---

The next status conference will be held on July 20, 2004 at 10:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: June 22, 2004

/s/ Michael J. Davis
Michael J. Davis
United States District Court