**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**PRETRIAL ORDER NO. 126**

**This Document Also Relates to:**
**Ilse Lehmann & Felix Lehmann v. Bayer et al.** **Civil No. 02-180**

---

Wendy R. Fleishman, Lieff Cabraser Heimann & Bernstein, LLP, for and on behalf of Plaintiffs.

Peter W. Sipkins, Dorsey & Whitney LLP, and Adam L. Hoeflich, Barlit Beck Herman Palenchar & Scott, for and on behalf of Bayer Corporation.

Fred T. Magaziner, Dochert LLP, for and on behalf of GlaxoSmithKline.

---

It has come to the Court's attention that the caption of PTO 125 stated that PTO 125 also related to Civil Case No. 01-5324. That case number is the number from the transferring district court, and not the MDL case number. The MDL case number is 02-180. Accordingly, **IT IS HEREBY ORDERED** that the caption to PTO 125 is amended to read, "This document also relates to Ilse Lehmann & Felix Lehmann v. Bayer et al., Civil No. 02-180."

Date: June 30, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court