E-SERVED
07/06/04
06:20 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LIABILITY LITIGATION**

MDL No. 1431 (MJD/JGL)

**This Document Relates to:**
***ALL CASES***

**BAYER DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFFS' REQUEST FOR A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that Defendants Bayer Corporation and Bayer A.G. hereby move the Honorable Michael J. Davis, United States District Court, District of Minnesota, to quash Plaintiffs' request for a letter rogatory pursuant to the Hague Convention filed by plaintiffs in the above-referenced matter. This motion is supported by the Memorandum submitted herewith, the Declaration of Mario Zanchetti, the Rule 37.1 Delcaration of Susan A. Weber, and all the files, papers, and proceedings herein.

Respectfully submitted,

July 6, 2004

//Original Signature On File//
Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

E-SERVED
07/06/04
06:20 PM ET
Baycol MDL 1431

Gene C. Schaerr
Frank R. Volpe
Richard H. Menard Jr.
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich

BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

*Counsel for Bayer Corporation and Bayer AG*

E-SERVED
07/06/04
06:20 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

I, Amy Haberman, certify that a true and correct copy was electronically served to counsel of record via Verilaw on July 6, 2004.

Amy L. Haberman