E-SERVED
07/06/04
06:20 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LIABILITY LITIGATION**

MDL No. 1431 (MJD/JGL)

**This Document Relates to:**
***ALL CASES***

**CERTIFICATION PURSUANT TO LOCL RULE 37.1**

The undersigned counsel for Defendants Bayer Corporation and Bayer AG (collectively "Bayer") certifies pursuant to this Court's Local Rule 37.1 that she attempted to resolve with counsel for Plaintiffs Charles S. Zimmerman, in a telephone conversation on July 6, 2004, the discovery dispute underlying Bayer's Motion to Quash Plaintiffs' Request for a Letter Rogatory Pursuant to the Hague Convention. Counsel were unable to resolve the issues in dispute.

July 6, 2004

Susan A. Weber
*Counsel for Bayer Corporation*
*and Bayer AG*