E-SERVED
07/13/04
06:17 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates To:** | |
| **All Actions** | |

---

**DEFENDANTS' EXHIBITS IN SUPPORT OF MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

| | |
|---|---|
| E-mail from Fred Magaziner to Ronald Goldser (May 24, 2004) | Exhibit A. |
| Form Letter from James K. Grasty to Former GSK Employees (Mar. 31, 2004 ) | Exhibit B. |

E-SERVED
07/13/04
06:17 PM ET
Baycol MDL 1431

# EXHIBIT A

E-SERVED
07/13/04
06:17 PM ET
Baycol MDL 1431

**From:** Magaziner, Fred [fred.magaziner@dechert.com]
**Sent:** Monday, May 24, 2004 12:59 PM
**To:** Ronald Goldser Esquire (rsg@zimmreed.com)
**Cc:** Douglas R. Marvin Esquire (dmarvin@wc.com); O'Connor,
**Subject:** FW: Letter to Ron Goldser

Per my email of a moment ago.

-----Original Message-----
From: O'Connor, Joseph
Sent: Monday, May 24, 2004 1:42 PM
To: Magaziner, Fred
Subject: FW: Letter to Ron Goldser

-----Original Message-----
From: Marvin, Douglas [mailto:DMarvin@wc.com]
Sent: Monday, May 03, 2004 10:50 AM
To: Ronald S. Goldser
Cc: adam.hoeflich@bartlit-beck.com; Weber, Susan A.; sipkins.peter@dorseylaw.com; Magaziner, Fred; O'Connor, Joseph
Subject: Sales Reps

Ron: This is in response to your inquiries about the notification sent to sales reps about the MDL Preservation Order. Please feel free to call me if you have any questions.

> <<Goldser Letter.050304.pdf>> <<Baycol doc.pdf>> <<GSK
> Letter-baycol.pdf>>

------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

============================================================

E-SERVED
07/13/04
06:17 PM ET
Baycol MDL 1431

# EXHIBIT B

E-SERVED
07/13/04
06:17 PM ET
Baycol MDL 1431

gsk GlaxoSmithKline

March 31, 2004

John Q. Sample
123 Abc Drive
Anywhere, USA 12345

**GlaxoSmithKline**
Legal Operations NA
One Franklin Plaza
Mailcode: FP2225
P.O. Box 7929
Philadelphia, PA 19101-7929

E:mail: james.k.grasty@gsk.com

Tel: (215) 751-5072
Fax: (215) 751-5333

www.gsk.com

Dear Former GSK Employee:

Re: Preservation of Baycol-related documents

As you may know, GlaxoSmithKline has been named as a defendant in certain lawsuits brought by persons who were prescribed Baycol. The United States District Court for the District of Minnesota, which is presiding over the Baycol cases filed in federal court, has directed GlaxoSmithKline to mail the Court's document preservation order to former GSK sales representatives who were employed during the time Baycol was marketed. A copy of that order is enclosed. Questions about the document preservation order should be directed to GSK's outside counsel Joseph A. O'Connor, Esq. at the law firm of Dechert LLP (215-994-2834/ Joseph.O'Connor@dechert.com).

Yours sincerely,

James K. Grasty

James K. Grasty
Vice President &
Associate General Counsel

/ka