A CERTIFIED TRUE COPY
JUL 13 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 25 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-39)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,328 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
JUL 13 2004
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
JUL 20 2004
U.S. DISTRICT COURT MPLS

# SCHEDULE CTO-39 - TAG ALONG ACTIONS
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| MARYLAND | | | |
| MD | 1 | 04-971 | Carrie Klipa, etc. v. Bayer Corp., et al. |
| MD | 1 | 04-1030 | Willie Ward v. Bayer Corp., et al. |
| MD | 1 | 04-1064 | David A. Holman v. Bayer Corp., et al. |
| MD | 1 | 04-1404 | Richard Bartlett v. Bayer Corp., et al. |
| MD | 1 | 04-1470 | Muriel Weiss v. Bayer Corp., et al. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 04-71307 | Warren Pippen v. Bayer AG, et al. |
| MISSISSIPPI NORTHERN | | | |
| MSN | 4 | 03-347 | Dorothy Jones v. Bayer AG, et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 4 | 02-475 | Carolin McKinney, et al. v. Bayer Corp., et al. |
| MSS | 4 | 02-476 | Earnest Brooks, et al. v. Bayer Corp., et al. |
| MSS | 4 | 02-477 | Lillie B. Tate, et al. v. Bayer Corp., et al. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 04-1889 | Lal Nayyar, et al. v. Bayer Corp., et al. |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 02-2038 | Mary Anne Allaway v. Bayer Corp., et al. |
| PAE | 2 | 02-2290 | Alvera Gibson v. Bayer Corp., et al. |
| PAE | 2 | 02-2336 | Arnetta Howze v. Bayer Corp., et al. |
| PAE | 2 | 02-3050 | Frank Fernandez v. Bayer Corp., et al. |
| PAE | 2 | 02-3327 | Craig Miller, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-3362 | Minnie Benjamin v. Bayer Corp., et al. |
| PAE | 2 | 02-3880 | Bob Raymond v. Bayer Corp., et al. |
| PAE | 2 | 02-4996 | Stephens Espiritu, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-5011 | Florita Floro, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-5087 | Willis Fowler, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-5117 | Ruth Harris, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-5133 | Carol Hays, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-5144 | Bobby Woods, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-5843 | William Roy, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6162 | Barbara Crouch, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6261 | Robert Martinez, Sr., et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6286 | Gurcharn Sidhu, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6341 | Carolyn Smith, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6349 | George Royer, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6351 | Carl Dahlgren, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6361 | John Rodriguez, et al. v Bayer Corp., et al. |
| PAE | 2 | 02-6406 | Robert Martinez, Sr., et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6473 | Miriam Barajas, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6524 | Robert Treu, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6527 | Arlene Mulder v. Bayer Corp., et al. |
| PAE | 2 | 02-6528 | Marin Sasu, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6543 | Ruthann Earle, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-6620 | Emigvo Garcia v. Bayer Corp., et al. |

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| PAE | 2 | 02-6624 | Floyd Rau, et al. v. Bayer Corp., et al. |
| PAE | 2 | 02-8122 | Thomas Vance, et al. v. Bayer Corp., et al. |
| PAE | 2 | 03-2802 | Nelson Torres v. Bayer Corp., et al. |
| PAE | 2 | 03-3875 | Yolanda Burciaga v. Bayer Corp., et al. |
| PAE | 2 | 03-3891 | Daniel Diller, et al. v. Bayer Corp., et al. |
| PAE | 2 | 03-4550 | Constance Maimonis, etc. v. Bayer AG, et al. |
| TEXAS EASTERN | | | |
| TXE | 3 | 03-31 | Roy Williams, et al. v. Bayer AG, et al. |
| UTAH | | | |
| UT | 2 | 04-419 | Jeffery Adams, et al. v. Bayer AG, et al. |
| WISCONSIN EASTERN | | | |
| WIE | 2 | 04-180 | John Rosenmeier, et al. v. Bayer Corp., et al. |

**INVOLVED COUNSEL LIST FOR SCHEDULE CTO-39**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

John A. Anderson
Stoel Rives LLP
201 South Main Street
Suite 1100
Salt Lake City, UT 84111-4904

Paul E. Benson
Michael, Best & Friedrich
100 E. Wisconsin Avenue
Suite 330
Milwaukee, WI 53202-4108

Albert G. Bixler
Eckert, Seamans, Cherin & Mellott
1515 Market Street
9th Floor
Philadelphia, PA 19102

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104

William E. Cavanaugh
William E. Cavanaugh, PA
P.O. Box 23997
Jackson, MS 39225-3997

Jeffrey Feikens
Feikens Stevens
660 Woodward Ave.
Suite 700
Detroit, MI 48226-3423

Gerardo H. Gonzalez
Gonzalez, Saggiol & Harlan
255 East Michigan Street
4th Floor
Milwaukee, WI 53202

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street
Suite 300
Jackson, MS 39205-0650

Matthew Terry Graff
Graff & Associates
1957 W. Royal Al Hunte Dr.
Suite 200
Cedar City, UT 84720

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Jerry Kristal
Weitz & Luxenberg
210 Lake Drive East
Cherry Hill, NJ 08002

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Lynn R. Laufenberg
Laufenberg & Hoefle SC
115 S 84th Street
Suite 330
Milwaukee, WI 53214

Albert Gamaliel Lewis, III
Lewis & Mitchell, LLC
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Mary V. McNamara- Koch
Law Offices of Peter G. Angelos
100 North Charles Street
22nd Floor
Baltimore, MD 21201

Samuel A. Meklir
Sommers, Schwartz, Silver
& Schwartz
2000 Town Center
Suite 900
Southfield, MI 48075-1100

Michael G. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Terrence Smith
Davis, Saperstein & Salomon, P.C.
110 E. 55th St.
12th Floor
New York, NY 10022

Franklin P. Solomon
Weitz & Luxenberg
210 Lake Drive East
Suite 160
Cherry Hill, NJ 08002

David W. Stagle
Snow Christensen & Martineau
10 Exchange Place
P.O. Box 45000
Salt Lake City, UT 84145-5000

Diane P. Sullivan
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-39
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Paul N. Brown
Senior U.S. District Judge
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1714

Hon. Tena Campbell
U.S. District Judge
235 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Charles N. Clevert, Jr.
U.S. District Judge
208 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Legrome D. Davis
U.S. District Judge
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. James T. Giles
Chief Judge, U.S. District Court
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1771

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Herbert J. Hutton
Senior U.S. District Judge
9614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1764

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. James M. Kelly
Senior U.S. District Judge
4006 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1762

Hon. Robert F. Kelly
Senior U.S. District Judge
11613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1765

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal
Building & U.S. Courthouse
Baltimore, MD 21201-2690

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. W. Allen Pepper, Jr.
U.S. District Judge
United States District Court
305 Main Street, Room 329
Greenville, MS 38701

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan U.S.
Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Lowell A. Reed, Jr.
Senior U.S. District Judge
4001 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. George C. Steeh, III
U.S. District Judge
235 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Richard Barclay Surrick
U.S. District Judge
8614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Petrese B. Tucker
U.S. District Judge
9613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Charles R. Weiner
Senior U.S. District Judge
6613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1770

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

**INVOLVED CLERKS LIST FOR SCHEDULE CTO-39**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 190
Greenville, MS 38702-0190

David J. Maland, Clerk
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
316 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S.
Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal
Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

July 13, 2004

RECEIVED
BY U.S. MAIL
2004 JUL 16 AM 9: 19
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule CTO-39)

Dear Mr. Sletten:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on June 25, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: (See Attached List of Judges)
Transferor Clerk: (See Attached List of Clerks)