E-SERVED 07/21/04 06:19 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re BAYCOL PRODUCTS LITIGATION : MDL No. 1431 (MJD/JGL)

This Document Relates to:
*All Actions*

**DEFENDANTS' RULE 37.1 CERTIFICATION FOR MOTION TO COMPEL**

Counsel for defendants Bayer Corporation and Bayer AG hereby certifies pursuant to United States District Court for the District of Minnesota Local Rule 37.1 that its undersigned counsel attempted to resolve disputes with counsel for the PSC regarding the discovery dispute underlying this motion to compel discovery. These attempts include sending letters to the PSC on March 2, and July 7, 2004. Counsel were unable to resolve the issues in dispute.

Dated: July 21, 2004

JAMES W. MIZGALA