E-SERVED 07/08/04 05:34 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: *All Actions* | : | |

**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO COMPEL EXPERT REPORTS, PURSUANT TO PTO 114, WHICH COMPLY WITH RULE 26(a)(2)(B) AND TO PROHIBIT USE OF FORM REPORTS, AND REQUEST FOR EXPEDITED CONSIDERATION**

PLEASE TAKE NOTICE that Defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and GlaxoSmithKline plc move the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South 4th Street, Minneapolis, pursuant to Fed. R. Civ. P. 37(a)(2)(A) for an expedited order compelling plaintiffs identified in Exhibit A to produce an expert report which complies with PTO 114 and Fed. R. Civ. P. 26(a)(2)(B), and for an order prohibiting all plaintiffs in MDL-1431 from submitting "form" reports under PTO 114. This motion is supported by the attached Memorandum, and all the files, papers, and proceedings herein.

Dated: July 8, 2004

/signature on file/
Susan A. Weber
James W. Mizgala
Sherry A. Knutson
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

/signature on file/
Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street
Suite 600
Minneapolis, MN 55402
(612) 338-1838

E-SERVED
07/08/04
05:34 PM ET
Baycol MDL 1431

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene Schaerr
SIDLEY AUSTIN BROWN
& WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
(202)434-5000

Richard K. Dandrea
ECKERT SEAMENS CHERIN &
MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

Fred T. Magaziner
Robert A. Limbacher
Hope S. Freiwald
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline plc*