E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 |
| | : | (MJD/JGL) |
| This Document Relates to: | : | |
| *All Actions* | : | |

**EXHIBITS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO COMPEL EXPERT REPORTS, PURSUANT TO PTO 114, WHICH COMPLY WITH RULE 26(a)(2)(B) AND TO PROHIBIT USE OF FORM REPORTS, AND REQUEST FOR EXPEDITED CONSIDERATION**

**Volume 1**

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit A

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

**Plaintiffs Who Submitted Form Expert Reports**

| Ex. No. | Plaintiff | Case No. | Lead Plaintiff | Phase |
|---|---|---|---|---|
| 1. | Fritzinger, John J. | 01-2393 | Fritzinger, John | 1 |
| 2. | Robinson, Burnell | 01-2393 | Fritzinger, John | 1 |
| 3. | Lighter, Gloria | 01-2410 | Lighter, Gloria | 1 |
| 4. | King, Beatrice L. | 02-0123 | King, Beatrice | 1 |
| 5. | Curlander, James Martin | 02-0133 and 02-0134 | Curlander, James | 1 |
| 6. | Hartman, John | 02-0358 | Hartman, John | 1 |
| 7. | Elich, Joseph R. | 02-0434 | Elich, Joseph | 1 |
| 8. | Brown, Helen | 02-0550 | Brown, Helen | 1 |
| 9. | Newton, Mae Dean | 02-0553 | Newton, Mae Dean | 1 |
| 10. | Artall, Fran | 02-0556 | Artall, Fran | 1 |
| 11. | Hurt, Bobbie | 02-0738 | Hurt, Bobbie | 1 |
| 12. | Wright, Hattie Ruth | 02-0870 | Wright, Hattie | 1 |
| 13. | Downes, Jeffrey | 02-0871 | Hester, David | 1 |
| 14. | Hester, David | 02-0871 | Hester, David | 1 |
| 15. | Moncrief, Benjamin | 02-0871 | Hester, David | 1 |
| 16. | Edwards, Joe Ree | 02-0916 | Edwards, Joe Ree | 1 |
| 17. | Bohn, Marlene | 02-1053 | Bell, Donald | 1 |
| 18. | Kull, LaVerne | 02-1053 | Bell, Donald | 1 |
| 19. | Fritze, Robert | 02-1124 | Fritze, Robert | 1 |
| 20. | Fernandez, Paul * | 02-1348 | Fernandez, Paul | 1 |
| 21. | Cornelsen, Ronald | 02-1350 | Cornelsen, Ronald | 1 |
| 22. | Martin, Lottie | 02-1353 | Martin, Lottie | 1 |
| 23. | Carter, Sharon | 02-1361 | Carter, Sharon | 1 |
| 24. | Dandrige, James | 02-1361 | Carter, Sharon | 1 |
| 25. | Emory, Willie | 02-1361 | Carter, Sharon | 1 |
| 26. | Weitzen, Erlene | 02-1420 | Weitzen, Erlene | 1 |
| 27. | Collins, Emania | 02-2126 | Reed, Thomas | 1 |
| 28. | Cotton, Minnie | 02-2126 | Reed, Thomas | 1 |
| 29. | King, Alice | 02-2126 | Reed, Thomas | 1 |
| 30. | McCray, Clara | 02-2126 | Reed, Thomas | 1 |
| 31. | Zarkis, John A. | 02-2126 | Reed, Thomas | 1 |
| 32. | Benko, George | 02-2137 | Boris, Thomas | 1 |

* This plaintiff has committed to serving an expert report which complies with Rule 26(a)(2) within 30 days.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

| Ex. No. | Plaintiff | Case No. | Lead Plaintiff | Phase |
|---|---|---|---|---|
| 33. | Dailey, Ronnie | 02-2137 | Boris, Thomas | 1 |
| 34. | Eddy, Mary | 02-2137 | Boris, Thomas | 1 |
| 35. | Fisher, Lonell | 02-2137 | Boris, Thomas | 1 |
| 36. | Kidd, Delores | 02-2137 | Boris, Thomas | 1 |
| 37. | Papesh, Gerald | 02-2137 | Boris, Thomas | 1 |
| 38. | Valenti, Joseph | 02-2137 | Boris, Thomas | 1 |
| 39. | Zalud, Dawn | 02-2820 | Coursey, Charlotte | 1 |
| 40. | Hunkapiller, Cindy | 02-2821 | Foltz, Dorothy | 1 |
| 41. | Nelson, Lynda | 02-2822 | Nelson, Lynda | 1 |
| 42. | Bayerl, Robert | 02-2823 | Bayerl, Robert | 1 |
| 43. | Armand, Morris | 02-2984 | Anderson, Jessie | 1 |
| 44. | Arrington, Verlyn | 02-2984 | Anderson, Jessie | 1 |
| 45. | Cobb, Betty | 02-2984 | Anderson, Jessie | 1 |
| 46. | Fountain, Dorothy | 02-2984 | Anderson, Jessie | 1 |
| 47. | Gayton, Louie | 02-2984 | Anderson, Jessie | 1 |
| 48. | Grier, Kathryn | 02-2984 | Anderson, Jessie | 1 |
| 49. | Hendrix, John, Sr. | 02-2984 | Anderson, Jessie | 1 |
| 50. | Hubbard, Arthur | 02-2984 | Anderson, Jessie | 1 |
| 51. | Huskey, Ralph | 02-2984 | Anderson, Jessie | 1 |
| 52. | Hutchins, Elizabeth | 02-2984 | Anderson, Jessie | 1 |
| 53. | Hutchinson, Rose | 02-2984 | Anderson, Jessie | 1 |
| 54. | Kennedy, Eldon | 02-2984 | Anderson, Jessie | 1 |
| 55. | Laney, Margaret | 02-2984 | Anderson, Jessie | 1 |
| 56. | Lucas, Carrie | 02-2984 | Anderson, Jessie | 1 |
| 57. | Rutledge, Ty | 02-2984 | Anderson, Jessie | 1 |
| 58. | Taylor, Paul J. | 02-3013 | Taylor, Paul | 1 |
| 59. | Floyd, James Douglas | 02-3451 | Floyd, James Douglas | 1 |
| 60. | Garrett, Ernest | 02-3482 | Garrett, Ernest | 1 |
| 61. | Holbrooks, Danny, Jr. | 02-3897 | Siu, Dwight | 1 |
| 62. | Flesner, David | 02-3904 | Flesner, David | 1 |
| 63. | Lobbes, Edward J. | 02-3921 | McBride, Nancy | 1 |
| 64. | Rau, Michael * | 02-4314 | Rau, Michael | 1 |
| 65. | Skinner, Dolly | 02-4408 | Skinner, Dolly | 1 |
| 66. | Patella, Ellen | 02-4427 | Patella, Ellen | 1 |

* This plaintiff has committed to serving an expert report which complies with Rule 26(a)(2) within 30 days.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

| Ex. No. | Plaintiff | Case No. | Lead Plaintiff | Phase |
|---|---|---|---|---|
| 67. | Mitton, Emery | 03-3577 | Mitton, Emery | 3 |
| 68. | Calloway, Mildred | 03-4223 | Calloway, Mildred | 3 |
| 69. | Brown, Van | 03-4232 | Brown, Van | 3 |
| 70. | White, Dale | 03-4297 | White, Dale | 3 |
| 71. | Belliston, Brent | 03-4308 | Belliston, Brent | 3 |
| 72. | Sherman, Jerry | 03-4381 | Sherman, Jerry | 3 |
| 73. | Rebh, Loretta | 03-4438 | Corbin, Edith | 3 |
| 74. | Thompson, Daisy | 03-4492 | Becker, Christine | 3 |
| 75. | Black, Karen | 03-4496 | Black, Karen | 3 |
| 76. | Kunesh, Kathleen | 03-4496 | Black, Karen | 3 |
| 77. | Smith, Marilyn | 03-4497 | DeLaTrinidad, Carlos | 3 |
| 78. | Gibbs, Carolyn | 03-4924 | Ashbrook, Clyde | 3 |
| 79. | Fuller, Mary | 03-4983 | Acey, Michael | 3 |
| 80. | Gardner, Walter | 03-5336 | Gardner, Walter | 3 |
| 81. | Crabbe, Leanne | 03-5938 | Crabbe, Leanne | 3 |
| 82. | Ballard, Maria * | 03-5984 | Ballard, Maria | 3 |
| 83. | Boucher, Gordon | 04-1233 | Boucher, Gordon | 3 |
| 84. | Brown, Jimmey R. | 04-1233 | Boucher, Gordon | 3 |
| 85. | Davis, Gloria S. | 04-1233 | Boucher, Gordon | 3 |
| 86. | Ezernack, Lee M. | 04-1233 | Boucher, Gordon | 3 |
| 87. | Falcon, Franklin D. | 04-1233 | Boucher, Gordon | 3 |
| 88. | Farley, Arlene | 04-1233 | Boucher, Gordon | 3 |
| 89. | Fobbs, George E., III | 04-1233 | Boucher, Gordon | 3 |
| 90. | Ford, Inez F. | 04-1233 | Boucher, Gordon | 3 |
| 91. | Gafford, Lula Mae | 04-1233 | Boucher, Gordon | 3 |
| 92. | Gallot, Richard J., Jr. | 04-1233 | Boucher, Gordon | 3 |
| 93. | Graham, Cora C. | 04-1233 | Boucher, Gordon | 3 |
| 94. | Hampton, Nathaniel, Jr. | 04-1233 | Boucher, Gordon | 3 |
| 95. | Hubbard, Barbara | 04-1233 | Boucher, Gordon | 3 |
| 96. | Hudson, Weavie Ann | 04-1233 | Boucher, Gordon | 3 |
| 97. | Kelly, Gloria | 04-1233 | Boucher, Gordon | 3 |
| 98. | Lyons, Stephen C. | 04-1233 | Boucher, Gordon | 3 |
| 99. | Maiden, George W. | 04-1233 | Boucher, Gordon | 3 |
| 100. | Mooney, Michael Peter | 04-1233 | Boucher, Gordon | 3 |

* This plaintiff has committed to serving an expert report which complies with Rule 26(a)(2) within 30 days.

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

| Ex. No. | Plaintiff | Case No. | Lead Plaintiff | Phase |
|---|---|---|---|---|
| 101. | Myers, Terri D. | 04-1233 | Boucher, Gordon | 3 |
| 102. | Parmer, Pearl | 04-1233 | Boucher, Gordon | 3 |
| 103. | Pinnix, Felix P. | 04-1233 | Boucher, Gordon | 3 |
| 104. | Roberts, Sybil | 04-1233 | Boucher, Gordon | 3 |
| 105. | Ross, Alice | 04-1233 | Boucher, Gordon | 3 |
| 106. | Scott, Clara | 04-1233 | Boucher, Gordon | 3 |
| 107. | Smith, Jerleana | 04-1233 | Boucher, Gordon | 3 |
| 108. | Smith, Mary Ella | 04-1233 | Boucher, Gordon | 3 |
| 109. | Thomas, Lee Ann | 04-1233 | Boucher, Gordon | 3 |
| 110. | Vay, Patricia J. | 04-1233 | Boucher, Gordon | 3 |
| 111. | Womack, Johnny | 04-1233 | Boucher, Gordon | 3 |
| 112. | Wright, Mary J. | 04-1233 | Boucher, Gordon | 3 |
| 113. | Davis, Paul Lynn | 04-1234 | Davis, Paul | 3 |
| 114. | Scott, Edward | 04-1234 | Davis, Paul | 3 |
| 115. | Springfield, Ronald | 04-1234 | Davis, Paul | 3 |

* This plaintiff has committed to serving an expert report which complies with Rule 26(a)(2) within 30 days.

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit B

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

**From:** Weber, Susan A.
**Sent:** Thursday, February 26, 2004 11:59 AM
**To:** 'rhaydock@arb-forum.com'; 'ewr@bassford.com'; 'csz@zimmreed.com'; 'rsg@zimmreed.com'; 'vmaniatis@weitxlux.com'; 'jeangeoppinger@wsblaw.com'
**Cc:** 'adam.hoeflich@bartlit-beck.com'; 'fred.magazner@dechert.com'; 'joseph.oconnor@dechert.com'
**Subject:** FW: Response on Proposed Narrowing Order -- w. Weitz response at end

**Importance:** High

2893009_1.DOC

Special Masters Haydock and Remele and Counsel:

Defendants are dismayed that the PSC, having proposed a narrowing order be entered in this MDL, is now for the second time retreating from a proposed order carefully negotiated by the parties and the Court. Defendants believe that the draft order circulated by Special Master Haydock earlier this week, after two negotiating sessions with the parties, would assist the Court in its effort (a) to eliminate non-meritorious cases from this MDL and (b) to advance the remaining cases toward trial. We therefore request that the proposed order be entered in much the same form as circulated. (We have proposed minor clarifications and procedural tweaks, which appear in redline in the attached document.)

In response to the specific comments:

1. Case Specific Expert Reports

After repeatedly stating to defendants and to the Court that the PSC had no intention of establishing an expert mill for the production of case-specific expert reports, the PSC now is proposing to do precisely that. The PSC wants experts to provide boilerplate reports that will not be binding on plaintiffs and that a single expert can produce by the hundreds. Such an approach would defeat the fundamental purpose of the proposed narrowing order: requiring counsel and, if they think appropriate, experts to conduct a careful case-by-case review and winnow out uninvestigated cases that have no hope of proceeding to trial.

a. Use of a boilerplate form not only is unnecessary, but would lead to the production of useless boilerplate reports. Plaintiffs' counsel are well aware of the Rule 26 requirements for preparation of an expert report and do not need a form to walk them through the process. Preparation and use of a form would relieve counsel and their experts from conducting a thoughtful examination of cases and would instead lead to the generation of large amounts of paper containing minimal amounts of information, with little or no narrowing accomplished. The generation of boilerplate expert reports was a problem that emerged in the case of Acuna v. Brown & Root, Inc., 200 F.3d 335, 340 (5th Cir.), cert. denied, 530 U.S. 1229 (2000), where the trial court required case specific expert reports to manage a glut of frivolous filings. Some plaintiffs filed the sort of worthless boilerplate forms now proposed by the PSC. The trial court dismissed those cases for failure to comply with its order, and the Fifth Circuit affirmed.

Similarly, the PSC's proposal in point 5 that experts be required to attest to injury and disease without further explanation would defeat the twin purposes of requiring plaintiffs to review their cases and to move cases toward trial. Such an approach would turn the expert report requirement into a hollow exercise and is contrary to the express requirements of Rule 26.

b. Plaintiffs should not be allowed to file discovery responses -- here, expert reports -- and not be bound by them, as the PSC proposes. The purpose of this order is to require counsel to examine their cases now -- not to dash off a piece of paper to jump

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

through a procedural hoop, that will not advance discovery or move these cases forward. Plaintiffs are not entitled to put forward one theory of injury and causation now and an entirely different theory several months from now. Such an approach would not only destroy the narrowing effect of the proposed order, it would make any attempt at categorizing and evaluating cases based on such pseudo-expert reports an exercise in futility.

c. The Court is well aware of the problems that have arisen in the Diet Drug Litigation, with certain experts mass producing reports of dubious quality. The PSC in effect asks leave of Court to set up such expert mills, which -- given the limitations proposed above -- would generate reports unlikely to be of value to the litigants or the Court.

2. The PSC proposes that plaintiffs not be required to submit an expert report at all, if they serve a letter and medical records. Throughout negotiations, the Court, the PSC, and defendants have recognized the need for the proposed order to require plaintiffs to focus on the question of whether there is some arguable causal connection between Baycol use and the claimed injury. The original PTO 102 order attempted to achieve this through objective standards; the current proposal would accomplish this through expert reports. If plaintiffs were allowed to serve medical records that do nothing more than point to an alleged injury during Baycol use, this vital element would be lost. Plaintiffs could submit such letters for cases in which a plaintiff complained of leg pain, but in which that leg pain had predated Baycol use for 5 years and was caused by diabetes-related circulatory problems or arthritis (two frequently-recurring scenarios). Plaintiffs have been dismissing such cases under the PTO 89 program, because they recognize that such cases have no prospect of proceeding to trial. But, under the PSC's proposal, such no-merit cases would survive narrowing.

3. Finally, the PSC proposes that the trigger for motions for extensions of time be reduced from 500 cases to 100 plaintiffs. This is inconsistent with the PSC's suggestion on Tuesday that this MDL be concluded in a year. Applying this low threshold would extend the narrowing process (and case categorization, and trial candidate selection) over years rather than months. As the Court is aware, defendants disagree with the concept of any particular provision being made for volume filers. However, if the Court is inclined to create such a provision, the 500 case threshold is a reasonable one.

4. Defendants agree that plaintiffs are unlikely to have some of the Medicare information requested in the proposed order.

5. Addressed above.

6. Part IC cannot be addressed by a form motion. The entire predicate of IC is that plaintiffs believe particular states may have anomalous evidentiary requirements on causation. Such arguments will be unique to any given state or individual plaintiff and should be addressed through a motion structured to address those unique issues.

7. Defendants continue to believe that trials of muscle ache cases are a necessary predicate for any mediation process to have utility.

In addition to incorporating several of the PSC's arguments, Weitz makes the following claims:

1. Weitz argues that the expert report requirement be eliminated as premature (a position inconsistent with Weitz's objections to PTO 102). However, if plaintiffs contemplate concluding this MDL within a year, there is nothing premature about requiring plaintiffs with long-pending cases to produce case-specific expert reports starting several months from now. This work is necessary to move cases toward trial.

2. Weitz argues for extension of due dates in the order (as well as a lower threshold for extension requests). Again, this would extend the supplemental discovery process -- and the duration of this MDL -- unreasonably. The Court has already incorporated a provision in the draft order tailored to the specific concerns of Weitz. That should be sufficient.

3. Weitz objects to several of the procedural provisions of the order, in essense

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

arguing that defendants be precluded from seeking overdue expert discovery until it is even more overdue. Defendants should, however, be allowed to begin the process of prompting tardy counsel right away. The concern about discovery and reminder/warning letters crossing in the mail is more than amply addressed by the significant lag time between mailing of those warning letters and the entry of any order by the Court. Moreover, the final deadlines established in the order (as they are in PTO 81) are based defendants' receipt of discovery, not plaintiffs' mailing date.

4. Weitz proposes that rhabdo cases be singled out before the narrowing process proceeds. This procedure was followed in Philadelphia because the Court there wanted to expedite trial of rhabdo cases. Here, however, the Court and plaintiffs have repeatedly stated their interest in trying muscle ache claims. Delay of the narrowing order for identification of rhabdo cases would, therefore, be counterproductive. If Weitz has additional rhabdo cases that it would like to identify and enter into settlement discussions on those cases, defendants welcome that. It should not interfere wityh or affect the narrowing protocol.

5. Weitz's proposal that defendants be required to waive any forum non conveniens arguments as a predicate to entry of a narrowing order is misguided and self-serving. As the Court is aware, Weitz has filed virtually all of its cases in ED Pa and D. Minn, without regard to the residence of plaintiffs. If defendants were required to waive forum non conveniens arguments, they would be required to waive fundamental rights and potentially to acquiesce to trial of cases without the ability to require presentation of live witnesses. Obviously, defendants can make no such concession. The subject is unrelated to the question of whether uninvestigated cases should be allowed to remain pending in this Court.

In sum, defendants believe that the substance of the proposed order should not be modified from the draft circulated this week, and suggest that only minor clarifying amendments be made. If the Court is inclined to entertain the proposals from the PSC and defendants request argument.

Susan
Susan A. Weber
Sidley Austin Brown & Wood LLP
312-853-7820
saweber@sidley.com

-----Original Message-----
From: Charles S. Zimmerman [mailto:csz@zimmreed.com]
Sent: Wednesday, February 25, 2004 8:35 PM
To: rhaydock@arb-forum.com; adam.hoeflich@bartlit-beck.com; fred.magaziner@dechert.com; saweber@Sidley.com; vmaniatis@weitzlux.com; jeangeoppinger@wsbclaw.com; Ronald S. Goldser
Cc: lewr@bassford.com; Lockrra@locklaw.com; rshelquist@locklaw.com; Charlotte L. Haught; Charles S. Zimmerman; Robert R. Hopper; HAUER; Sherry L. Brambrink; Tina M. Olson
Subject: Re: Revised PTO 102

S M Haydock and counsel:

Being that this is the anniversary of the US winning the gold medal at the 1980 Winter Olympics I must comment that the movie 'Miracle' w/ Kurt Russell playing Herb Brooks is well worth seeing. Herb as you all probably know was the coach at the University of Minnesota and - tragically was killed only a few months ago in a traffic accident returning from a golf outing in northern Minnesota. He never got to see the film but did consult on the production along with his friend Lou Nanne. Although Kurt Russell's Minnesota accent leaves something to be desired, the film is a wonderful history of the underdog US Hockey team put together by Herb Brooks and their incredible victory over the

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

powerful undefeated Russian professionals at the winter Olympics of 1980.

Now on to the tasks at hand:

I have a number of important comments with regard to the proposed Order;

1. I object to the need for a Rule 26 [a] [2] case specific expert report and seek some major modifications.

a. The form of the report should be provided as an Exhibit, like all the other forms of dismissal etc. are provided in Exhibits. In this way counsel for claimants can provide a simplified form to the doctors involved. This will take one of the important problems out of the process by letter the doctors know what must be contained in the report to satisfy this order. I am happy to draft this form. We have forms for dismissal and forms for notifying counsel of problems with the disclosures. We surly can aid the process by being specific regarding forms of the report which qualify. This will also help in categorization down the road. Further we want to eliminate any argument about sufficiency of the report and compliance or non compliance with Rule 26.

b. The report must be labeled 'preliminary' and not for trial. This report after all is the minimum requirement and is not the final trial ready case specific report. These reports are being made pursuant to the request and order of the court at a time long before remand and long before they would otherwise be due in the normal context of the rules and long ahead of trial. Said reports are limited in purpose and are not to be constructed as full blow case specific expert report which would be subject to cross examination at deposition in prep for trial or at trial. I do not want to have this requirement for a early report to be a limitation on testimony by the doctor or used as impeachment should, upon further and more rigorous review by the doctor or another doctor at a later date in preparation for actual trial, additional injuries be reported or more detail be provided. If you simply stop and think about the purpose and procedure we are undertaking the burden of this report at this time for a limited purpose of narrowing the field of cases. This process should not and cannot become an procedure that hurts the plaintiff or his medical expert down the road. Certainly we want accurate reporting but we cannot expect perfection when we are simply trying to make a minimum showing at this time on a fast track.

c. Defendants and plaintiffs must have a level playing field and the burden of reports of this nature cannot be taken lightly. The PSC does not want to find, should certain doctors be located to provide mass numbers of reports, that defendants will use this to create credibility problems for the doctors who volunteer to do the work on behalf of claimant on an expedited basis. For example ZR may have 200 clients that upon review meet the threshold of a documented Baycol related injury or damages. We may ask one or two doctors to review the records and provide the reports because they are willing to do so and have an expertise in this area. Should we ask one doctor to review say 100 client because our reports are due within 90 days and we cannot work with 100 different doctors in 90 days to tell them what is required and monitor the process so as to meet the deadline, we may have 100 client files review by one doctor. We do not want to encounter now or in the future a protest of this process and exediatied reporting by the defense. We do not want the fact the one or more doctors provide this service on a expedited basis to attys and clients to in any way form the basis for collateral attack by the defense. The PSC and ZR want to make sure that such a process is NOT subject to attack. We anticipate Bayer and GSK will use this process in the future for a tactical

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

advantage and we want to be sure that cannot happen and will not happen. Without certain protections the PSC vigorously object to the case specific report requirement and will seek argument on this point.

2. The letter and attached records should be an option that satisfy the Order.

The original idea was to simply attach records. Adding a letter signed as a pleading along with the attachment of medical records provides the needed information. There is no need to follow this with a case specific report within 90 days
The PSC submit the time for the case specific report if at all is at the time of remand or at or near the time of mediation. If our interest is in seeing what cases satisfy minimum requirement of viability and to categorize cases we accomplish this goal thought the letter and attachment of records. Certainly the argument can be made that a more specific report would be required to prepare a case for trial and a case for mediation. That is the purpose of Rule 26. To require this now is a true burden on the claimant and his counsel which bear little benefit to the claimant. The claimant should have a choice. File the letter with attachments or file a case specific report instead. I see no reason for both. If the claimant files a limited case specific report he should be given priority in the line for remand and mediation. If the claimant choose the letter and attached documents he will not be ready for remand and or mediation until he or she does. The information is still available to us for classification purposes. The burden of a doctors report becomes a choice with a consequence....priority in line for mediation and or remand. The cost of these reports are high probably $500 to 1000 each. If we have 10,000 claims and say 50% are worthy of reports, that means the plaintiffs are expending a total of $5,000,000.00 for reports. The defense gets the information at zero cost to them. These reports can only be viewed as preliminary because they are coming long before trial and are coming without examination of the client but only upon review of the records. These reports must be re done for trial and updated for trial. This is a heavy burden to the plaintiff and a tremendous advantage to the defense . The time and expense of this process in hours of atty and costs to client is extraordinary and must be carefully examined to make sure it is meets our purposes. To tie the report to the mediation process is much more reasonable than to make the report a requirement at this early stage. The option to file the report or provide the letter is a better alternative and in doing so we create a priority list for those that file the report in that they will be mediated or remanded sooner than those that do not. Again in either case we have the needed information that gives the case viability and allows the case to proceed i e the records. If records cannot be located of course the case specific report will be utilized but if the records show the claim it should suffice. Again these reports are only limited and preliminary and will have to be updated and redone in preparation for trial and or mediation. Once again the claimant has another expense and burden imposed upon them and defense get additional information about the claim. In summary the time frame from reports is our objections because if information is what we seek we get it with the medical records and the report should only be required at a time closer to trial or mediation. If the party choose to do the report now than he or she get to have a priority in the line for mediation which is a decision counsel will freely and appropriately make.

3. The extra time for large volume of cases should be available at the 100 claimant level not 500. The language must be amended to be sure we mean claimants and not filed cases because we are dealing not with one letter or report per claim not filed case which may contain several individual claims. Remember our discussion about bundling when the

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

Court acknowledge that the banding issues will sort itself out through this program. I am sure that is because each claimant no matter how many claimant to one complaint has a requirements of letter or report filing.

4. Medicare information is probably workable if the information is readily available. If it is not and must be obtained thru medicare offices or the US government than it is wholly unworkable given the difficultly we all know exist in obtaining this information from medicare and its agents.

5. The report requirements is limited to ' attesting that Baycol caused the plaintiff [claimant] to suffer injuries or disease' We expect that language and attestation will be all the doctors need to say to meet the requirement and we do not believe more will be provided. Again the PSC feels that is the prima facia case of viability that is sought at this time. Certainly many doctors and claimant will be providing more but this attestation is the minimum and we do not want to have a problems if this minimum is satisfied down the road. We are going the extra mile now in the interest of narrowing the field of cases but we cannot and must not do this work only to find more is wanted at a later date to satisfy this program.

6. I suggest a form motion for the MOTION contemplated in I C for relief from the requirement in those states where case reports are not required and or medical evidence is unavailable. Ease for all parities is our goal and we have forms for dismissal and forms for defendants to use to get rid of cases. We want the same simplicity to advance cases on behalf of plaintiffs. Because defense has done the drafting to date they have ignored the PSC and plaintiff side of the issue and we seek ease of handling for plaintiffs and their counsel.

7. Judge Davis said in open court on Tuesday that the mediation process would be utilized for the cases once narrowed. The Order should reflect the Courts thinking and this directive.

Thank you for consideration of these points and I am happy to discuss and argue at the appropriate time.

BZ

P.S. Herbie Brooks was also a friend of mine and client.

Charles S Zimmerman
Zimmerman Reed PLLP
csz@zimmreed.com
www.zimmreed.com
800.755.0098

>>> "Haydock, Roger" <rhaydock@arb-forum.com> 2/24/2004 7:42:35 PM >>>

Here is a revised PTO 102. It contains the changes I mentioned to Parts I and III, other needed corrections, and revisions to the exhibits. Please review it and email any comments no later than Noon, central time, Thursday, Feb. 26.

The Court also wants your comments on one additional revision, which appears at the very end of this document (after the exhibits). The Medicare folks need some basic, minimal information from each individual plaintiff to determine a claim. And the Court is interested

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

in reviewing this info. Since we are obtaining info from all the plaintiffs, we could easily obtain this info as well. I drafted revisions to Part I of the PTO which would obtain this information, which proposal is listed in the revision (the one at the end of the document, you know, after the exhibits). Please let me know if you think this is a good, bad, or other idea.

Thank you again for your hard work and continued cooperation. It's possible we may need a conference call to discuss any final issues, so please set aside this Friday, Feb 26, at 11:00 am central time for a possible call. If we need one, I will email you on Thursday.

And I believe today is the anniversary of the US winning the ice hockey gold medal in 1980. It we get an agreement on this proposed PTO, you all get gold medals. Sort, of.

NOTICE: Information in this e-mail or its attachment(s) may be CONFIDENTIAL, legally privileged, or exempt from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If the reader of this message is NOT the intended recipient, you have received this message in error; be aware that any disclosure, dissemination, copying, distribution, or use of the contents of this e-mail or its attachment(s) is prohibited by law. If you have received this e-mail in error, please notify us by telephone (800-755-0098) and by reply e-mail (info@zimmreed.com) immediately and delete ALL copies of the message and its attachment(s).

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit C

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



Friday, July 9, 2004
Four Seasons Hotel
Chicago, Illinois

ACCOMMODATIONS
Four Seasons Hotel Chicago
120 East Delaware Place
Chicago, Illinois 60611-1428
Phone (312) 280.8800

* Some rooms are reserved for this seminar, so make your reservation early. When making reservations, please reference the Baycol MDL Seminar.

NO FEE / LIMITED ATTENDANCE
While there is no fee for this seminar, security will be strictly enforced to ensure that only plaintiff counsel directly involved in representing Baycol victims attend the detailed presentation. Confirmation and confidentiality acknowledgements, along with proof of plaintiff representation, will be required prior to admittance. Additionally, no cameras, computers, videotaping, transcribing or recording devices will be permitted.

REGISTRATION
Please e-mail confirmation to Regina Morrell at ram@zimmreed.com or call 1.800.755.0098.

* When registering, please have the following information: Name; Firm; Address; Telephone Number; E-mail; Name of Plaintiff Clients; Venue of that Case; and Case Number.

BAYCOL MDL PLAINTIFFS' SEMINAR
Courtesy of:
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402

# BAYCOL CHICAGO SEMINAR:
## TRIAL OF MUSCLE INJURY CASES
PLAINTIFF LAWYERS ONLY







PTO 114: WHERE WE GO FROM HERE

Learn about essential techniques & resources for trial preparation.

Come away with a valuable understanding of what you need to evaluate your case, obtain medical support, and be able to prosecute your case to a successful conclusion.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# [ BAYCOL MDL PLAINTIFFS' SEMINAR ]

THIS PAST APRIL, we held a seminar in Scottsdale, Arizona. Since then, we have received numerous requests to hold another. Due to the overwhelming response we are pleased to offer the seminar again.

## WORK PRODUCT

THE MDL PLAINTIFFS' STEERING COMMITTEE is comprised of an experienced group of nationally recognized trial lawyers who have aggressively prepared for Baycol litigation. A state-of-the art depository was employed to process, analyze, and electronically distribute documents. Discovery has been propounded to identify important witnesses in the Baycol promotional effort, including those witnesses within the manufacturing industry and non-marketing partners. Mock trials were conducted to crystallize and test litigation strategies. Expert witnesses have been retained and videotaped to present relevant liability and medical testimony.

Now, with the benefit of millions of documents, along with key depositions and access to world renowned experts, we are prepared to share the current "road map" for proving liability and punitive damages.

## TRIAL PREPARATION

DURING THIS SEMINAR, every aspect of trial preparation for a muscle injury case will be addressed. Trial strategy, expert witnesses, key documentary evidence, and jury themes will be presented. Additionally, specific suggestions will be offered regarding handling defenses. Attendees will come away with a valuable understanding of essential techniques and resources for Baycol trial preparation.

## PTO 114

JUDGE DAVIS issued an Order requiring all plaintiff lawyers to evaluate the quality of their cases. Ultimately, every case will require a case specific expert report. These deadlines are fast approaching. The first deadline has passed. The last two deadlines are 7/30/04 and 9/20/04. This seminar will address the issues you need to understand to evaluate your case, obtain medical support, and prosecute your case to a successful conclusion.

# [ AGENDA: FRIDAY, JULY 9TH ]

**8:00 - 9:00** — **Registration and Complimentary Continental Breakfast**

**9:00 - 9:20** — Charles S. Zimmerman: **Introduction**

**9:20 - 10:30** — **DAMAGES: WHAT DO THE EXPERTS SAY?**
Robert R. Hopper: **Introduction to the PSC Experts**
**Video Presentation: PSC Experts Explain the Science and Medicine of Baycol-Induced Muscle Damage**

- **Science**
- **Statins**
- **Toxicology**
- **Muscle Damage**

**10:30 - 10:45** — **Break**

**10:45 - Noon** — **Video Presentation: PSC Experts Explain the Science and Medicine of Baycol-Induced Muscle Damage**

- **Clinical Consideration**
- **Epidemiology**
- **Drug Development**

**Noon - 1:00** — **Complimentary Lunch**
Dr. Charles F. Boult, M.D., M.P.H, M.B.A Lipitz Center for Integrated Health Care, John Hopkins University

**1:00 - 2:00** — **LIABILITY: WHAT DID BAYER DO WRONG?**
Bert Black/Wendy Fleischman: **How our experts tell the Baycol story: Integrating Damages with Liability**
John R. Climaco: **Low Dose Muscle Injury Case**

**2:00 - 3:00** — **HOW MIGHT THE JURY RESPOND?**
Robert K. Shelquist: **Outlining Mock Jury Responses and Key Issues and Themes**

**3:00 - 3:30** — **Break**

**3:30 - 4:00** — **PTO 114 COMPLIANCE**
Ronald S. Goldser: **How to Educate Your Doctors**

**4:00 - 5:00** — **THE END GAME: HOW DO WE GET THERE FROM HERE?**
Charles S. Zimmerman: **Closing Remarks**

**5:00 - 6:30** — **Complimentary Cocktail Reception**

Sponsored By:
Baycol MDL Plaintiffs' Steering Committee

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit D

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 : (MJD/JGL) |
| This Document Relates to: *All Actions* | : |

**DECLARATION OF JAMES W. MIZGALA**

1. I am an attorney in the law firm of Sidley Austin Brown & Wood LLP, attorneys for Defendants, Bayer Corporation and Bayer AG, in MDL-1431. The matters stated in this declaration are based on my personal knowledge, and if called to testify I could and would competently testify to each of them.

2. On May 17, 2004, I sent an e-mail to Ronald S. Goldser, with a copy to Jean M. Geoppinger, advising them of Bayer's position that the PSC's report form discourages compliance with Rule 26(a)(2). We requested that the PSC instruct plaintiffs' counsel to not use the PSC's form and that, if the PSC would not agree, Bayer would raise the matter with Special Master Haydock. A true and correct copy of the e-mail is attached hereto as Exhibit A.

3. On May 21, 2004, confirming a prior telephone discussion, I sent a letter to Robert L. Roundtree, Esq., counsel for plaintiffs Ernest Garrett (No. 02-3482) and Walter Gardner (03-5336), advising him of Bayer's position that the PTO 114 submissions for plaintiffs Garrett and Gardner failed to meet the requirements of Rule 26(a)(2) and, therefore, the requirements of PTO 114.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

I further advised Mr. Roundtree that unless the reports were supplemented, Bayer would seek relief from the Court. Ms. Geoppinger and Deanna Dailey were sent a copy of such letter. A true and correct copy of the letter is attached hereto as Exhibit B.

4. On July 1, 2004, Sidley Austin Brown & Wood sent a letter to counsel representing the plaintiffs at issue, asking them to commit by July 7, 4:00 p.m. (CDT) to serving experts reports which comply with Rule 26(a)(2) within 30 days. In response, we received requests from certain plaintiffs' counsel to specify the deficiencies which, according to defendants, exist in the reports. I conferred with or left detailed messages for each plaintiffs' counsel who made such a request explaining defendants' position. None of the plaintiffs' counsel with whom I conferred committed to produce disclosures which comply with Rule 26(a)(2).

5. Based on the foregoing, I hereby certify pursuant to Local Rule 37.1 that Bayer's undersigned counsel attempted to resolve the discovery dispute underlying this motion to compel with the PSC and plaintiffs' counsel. Counsel were unable to resolve the issues in dispute.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of July, 2004, at Chicago, Illinois.

James W. Mizgala

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit E

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Ronald Goldser, Esq.
Jennifer K. Sustacek, Esq.
Zimmerman Reed P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Re: *Donald Bell, et al., v. Bayer, et al.*, No. 02-1053, Plaintiffs LaVerne Kull and Marlene Bohn
*Dwight Siu, et al., v. Bayer, et al.*, No. 02-3897, Plaintiff Danny Holbrooks
*Dale White v. Bayer, et al.*, No. 03-4297
*Brent Belliston v. Bayer, et al.*, No. 03-4308
*Jerry Sherman v. Bayer, et al.*, No. 03-4381
*Edith Corbin, et al., v. Bayer, et al.*, No. 03-4438, Plaintiff Loretta Rebh
*Christine Becker, et al., v. Bayer, et al.*, No. 03-4492, Plaintiff Daisy Thompson
*Karen Black, et al., v. Bayer, et al.*, No. 03-4496, Plaintiffs Karen Black and Kathleen Kunesh
*Carlos de la Trinidad, et al., v. Bayer, et al.*, No. 03-4497, Plaintiff Marilyn Smith

Dear Mr. Goldser

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit F

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

**JANET & JENNER, LLC**

*Attorneys at law*

*Woodholme Center*
*1829 Reisterstown Road*
*Suite 320*
*Baltimore, Maryland 21208*

*410-653-3200*
*1-888-463-3529*
*Fax 410-653-9030*

*info@medlawlegalteam.com*
*www.medlawlegalteam.com*

*Howard A. Janet, P.C.*
**Robert K. Jenner, P.C.*
**Christian C. Mester*
**Jean M. Jones, R.N., J.D.*

---

***Steven A. Adelman*
*John J. Cord*

**Also member of District of Columbia Bar*

*'Also member of Massachusetts and Arizona Bars*

July 6, 2004

**VIA FACSIMILE AND REGULAR MAIL**

James W. Mizgala, Esquire
Sidley Austin Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Re: *Michael Rau v. Bayer, et al., No. 02-4314*

Dear Mr. Mizgala:

We are in receipt of your letter of July 1, 2004, stating that our expert report in the above-referenced case did not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2). Please be advised that we intend to submit an amended expert report by August 6, 2004.

Thank you for your attention to this matter.

Very truly yours,

Robert K. Jenner hbh

Robert K. Jenner

RKJ:hbh

cc: Stephen J. Randall, Esquire
Fred Magaziner, Esquire

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

Masters & Taylor, L. C.
Attorneys at Law
181 SUMMERS STREET
CHARLESTON, WEST VIRGINIA 25301-2177
(304) 342-3106
FAX (304) 342-3189

July 2, 2004

**VIA FACSIMILE AND U.S. MAIL**

James W. Mizgala, Esquire
Sidley, Austin, Brown & Wood
Bank One Plaza
10 S. Dearborn Street
Chicago, Illinois 60603

Dear Mr. Mizgala:

Subject: Brubaker v. Bayer Corporation
MDL No. 03-0691

I am receipt of your correspondence of July 1, 2004. This letter serves as written confirmation that we intend to submit an expert report which applies to Federal Rules. of Civil Procedure Rule 26(a) by August 6, 2004.

Thank you for your time and attention to this matter.

Very truly yours,

Charles M. Love, IV

CML:csb
F:\4\126\c051.doc]

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

LAW OFFICES OF
ADEL & POLLACK
A Professional Corporation
Suite 1080
1100 Glendon Avenue
Los Angeles, California 90024-3941
TIN 95-3591235

Telephone
(310) 443-4455

Fax
(310) 443-9744

adelpollack@yahoo.com

July 6, 2004

James W. Mizgala, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

Fred T. Magaziner
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Deanna D. Dailey, Esq.
Larson King LLP
2800 Minnesota World Trade Center
30 East 7th Street
St. Paul Minnesota 55101

Re: Fernandez v. Bayer MDL 1431 Case No. 02-1348

Dear Counsel:

This letter is confirmation of my intent to submit an expert report that complies with Fed R Civ 26 (a) as you requested in your letter of July 1, 2004. I reserve the right to assert that our submission complies in its present form and request you to specify the areas in which you feel that the report is insufficient.

In this connection, we have previously submitted medical records that document Mr. Fernandez's use of Baycol. For your reference, I am enclosing the relevant page from the chart of Pacific Heart Institute regarding Mr. Fernandez. You will note that our case-specific expert witness, Hyman Gross, M.D, lists these records among those that he has reviewed and upon which he has relied.

Also enclosed is a copy of Dr. Gross's curriculum vitae and a report that he wrote for use at the recent mediation. I look forward to hearing from you regarding the specifics of your objection to plaintiff's compliance with PTO 114.

Very truly yours,

Nancy P. Adel

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit G

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases

COPY

- - -

CONFIDENTIAL

- - -

February 10, 2004

- - -

Videotape deposition of THOMAS M. ZIZIC, M.D., held in the offices of Lieff Cabraser Heimann & Bernstein, 48th Floor, 780 Third Avenue, New York, New York, commencing at 9:56 a.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

MS. PASSARETTI: Rachel Passaretti from Skadden Arps for Pfizer.

THE VIDEOTAPE TECHNICIAN: Folks on the phone, please.

MS. MEADERS: This is Kim Meaders for pharmacies.

THE VIDEOTAPE TECHNICIAN: Anyone else?

MR. FILIPOVITCH: Stephan Filipovitch for various Texas doctors.

THE VIDEOTAPE TECHNICIAN: Will the court reporter please administer the oath.

\- - -

THOMAS M. ZIZIC, M.D.,

after having been duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. MIZGALA:

Q. Good morning, Dr. Zizic.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

mouth, the nose, the gastrointestinal tract, the lungs, the heart, the kidney, the liver, the spleen, the pancreas, muscles, nerves, brain, spinal cord, skin, joints. And so if one is going to be able to differentiate what lupus or arteritis, for example, is doing in an end organ, then one must know what all other diseases are doing in that end organ so you can differentiate whether it is due to the connective tissue disease or something else. So, to have that breath of knowledge, one has to stay abreast of all internal medicine, which is why rheumatologists, particularly the Hopkins-trained rheumatologists, have had a reputation over the years of being superb diagnosticians, starting with Sir William Osler to Mac Harvey to Phil Tumulty, all of the Hopkins greats.

Q. Doctor, would you say in your patient population that muscle pain and weakness is a common symptom?

A. It is indeed.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

Q. And that that muscle pain and weakness, those symptoms, are not diagnostic of any single disorder in and of themselves?

A. Muscle pain more than muscle weakness. Once one has muscle weakness, particularly not of a generalized sort, but proximally, one is generally dealing with a myopathy of some sort or another. So, with that caveat, I think you're correct.

Q. But there are a variety of myopathies that can cause proximal muscle weakness; correct?

A. Relatively limited, frankly. One has an inflammatory myositis. One may have an alcohol-induced myopathy. One may have an endocrine-induced myopathy. One may have a toxin or drug-induced myopathy. But relatively limited differential diagnosis when one gets muscle weakness proximally.

Q. But still in doing this superb diagnostician job that you

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

Q. Would you also use things like quantitative strength testing?

MS. FLEISHMAN: I'm sorry, quantitative --

MR. MIZGALA: Strength testing.

THE WITNESS: I think one may use evidence such as manual muscle strength testing in the hands of a proper observer like myself, who has done a lot of manual muscle testing on patients over the years. Yes, I think that's objective evidence of weakness.

BY MR. MIZGALA:

Q. Doctor, would you agree that when evaluating a patient for muscle pain, myalgia, with or without weakness, it is necessary to perform a differential diagnosis?

A. Yes.

Q. Would you agree that muscle pain is one of the most common complaints

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

encountered in the practice of medicine, especially in the elderly?

A. Yes.

Q. And that muscle pain has a myriad of possible causes?

A. Yes.

Q. And in doing this diagnosis or evaluating a patient for muscle pain, you have to review the medical record and analyze it to ascertain whether potential causes of muscle pain were present prior to symptom onset; correct?

A. Correct.

Q. Concomitant illnesses must be considered as potential causes of muscle pain; correct?

A. Correct.

Q. Common disorders that potentially cause muscle pain and/or weakness include stroke; right?

A. Well, clearly, when you get a hemiparesis or hemiplegia, but, yes, and that'd be very discernible. It's unilateral most often, and it's going to

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

be -- well, go on.

Q. Mononeuropathies could cause muscle pain and/or weakness?

A. A mixed mononeuritis multiplex could cause muscle pain and weakness almost invariably of the distal muscles, usually responsible for a wrist drop or a foot drop. So, again, easily differentiatable, but, yes, it could cause if you know what you're looking for. It takes about a nanosecond and a half to exclude it, but that's right.

Q. Doctor, I'm just talking about pain and weakness generally.

A. I understand what you're talking about. When you give me specific diagnoses like that, I don't want someone to think that there's this nebulous kind of thing. If you've got a hemiparesis or hemiplegic, you know it. If you have got a mononeuritis multiplex, you know it. I mean, you can see it. That is a host of differential diagnoses. Some can be -- I wouldn't even put them in my paper. As I

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

was thinking about them, they go through my head and I exclude them. So, those two would be immediately excludable if they are not present.

Q. Polyneuropathies can cause pain and weakness?

A. Polyneuropathy can cause pain and weakness, but it's usually generalized distal pain. The weakness is associated with the motor part. Again, it's distal, but, yes --

Q. Radiculopathies?

A. Radiculopathies can cause pain going down a specific dermatome from neck, shoulder to hand or finger or trunk to foot and can cause weakness as a late result.

Q. Motor neuron disease?

A. Motor neuron disease causes weakness. It's not generally a cause of pain.

Q. Parkinson's disease?

A. Parkinson's, again, generally not pain. One gets rigidity,

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

muscle rigidity and significant weakness, but not pain usually.

Q. Peripheral vascular disease?

A. Peripheral vascular disease can cause pain, cramping particularly of a claudicatory nature, i.e., pain at exercise that goes away with rest, again, usually very differentiatable, shouldn't be a problem for even a second year Hopkins med student.

Q. Polymyalgia rheumatica?

A. Polymyalgia rheumatica, generally causes pain much more than weakness, proximal muscles, and weakness is not a part of the picture. You can have perceived or suggested weakness because the patient has pain, but you can get positions where you can show that the muscles are perfectly strong. They just have pain in the proximal extremities.

Q. Arthritis?

A. Well, certainly arthritis, and there's a multiplicity of arthropathies from spondyloarthropathies

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

to rheumatoid arthritis, to psoriatic arthritis to osteoarthritis, but, again, the pain is clearly related to joints, movement of the joints. Most often in the conditions there's some inflammation within the joints, therefore, increased synovial fluid and swelling in the joints. I can't imagine missing that for -- I mean, mistaking that for myopathy.

Q. And, Doctor, concomitant medications can also cause muscle pain and weakness; correct?

MS. FLEISHMAN: Do you mean in combination therapy?

MR. MIZGALA: No.

BY MR. MIZGALA:

Q. I just mean like corticosteroids can cause drug-induced muscle weakness; correct?

A. Corticosteroids -- that's like concomitant was --

Q. I'm sorry.

A. Corticosteroids can

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

certainly cause atrophy of type II muscle fibers, and so one can see weakness, again, of the proximal muscles, but not pain.

MS. FLEISHMAN: Let's take a break.

THE VIDEOTAPE TECHNICIAN: Off the record, 2:18.

- - -

(Whereupon, there was a recess.)

- - -

THE VIDEOTAPE TECHNICIAN: On the record, 2:34.

BY MR. MIZGALA:

Q. Doctor, we were just discussing objective types of evidence you could use to diagnose a myopathy; correct?

A. I thought we were discussing the various disorders which could cause muscle pain and --

Q. You're right.

Before that we were

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit H

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION,

No. MDL NO. 14321

_______________________________________/ (MJD/JGL)

DEPOSITION OF

GEORGE KAYSEN, M.D., Ph.D.

October 30, 2002

CERTIFIED COPY

Taken before WENDY E. ARLEN

Certified Shorthand Reporter

State of California

CSR License #4355, RMR, CRR

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



BE IT REMEMBERED that on Wednesday, October 30, 2002, commencing at the hour of 9:44 a.m., at the offices of University Park Hotel, 1111 Richards Boulevard, Davis, California, before me, WENDY E. ARLEN, a Certified Shorthand Reporter, empowered to administer oaths and affirmations pursuant to Section 2093(b) of the Code of Civil Procedure, personally appeared

GEORGE KAYSEN, M.D., Ph.D.,

a witness in the within-entitled matter, called as a witness by the defendant, who, having been duly sworn by the Certified Shorthand Reporter to tell the truth, the whole truth, and nothing but the truth, testified as follows:

--o0o--

VIDEOGRAPHER: We're going on the record 9:44 a.m. Good morning. My name is Patrick Devries, and I will be videotaping this proceeding today. I'm employed by D. B. Ronk & Company located at 2600 X Street in Sacramento, California. Today's date is October 30th, year 2002, and we are located at 1111 Richards Boulevard in Davis, California.

We are here in the matter of the Baycol Products Litigation, and this will be the deposition of Dr. George Kaysen. The attorney noticing and taking the deposition is Mr. Tarek Ismail, and our court reporter

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



measure it.
Q. Let's talk about diagnosing injuries in patients more generally. What should a physician do when you're diagnosing an injury in a patient?
A. History, physical examination, laboratory assessment.
Q. And why do you do that type of investigation?
A. You can get a reasonable approximation of what's happened to somebody by doing a history and physical examination, and that's the way the medicine is done, just like asking people questions is the way that you do your business.
Q. What's a part of taking a patient's medical history?
A. Excuse me one second.
Asking what their history of present illness is, what their complaints are, what their chief complaints are, what medications they might be on, what their previous history of illness is.
Q. And you need to do that specific history on a patient-by-patient basis?
A. Absolutely.
Q. Do you need to investigate alternative causes of the injury?
A. Yes.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



Q. That's standard medical practice, is it not?
A. That's correct.
Q. You need to know what type of prescription medications the patient is taking?
A. That's correct.
Q. You need to know what type of other medical conditions the patient is suffering from?
A. That's correct.
Q. All that you do on a patient-by-patient basis.
A. That's correct.
Q. When treating patients, do you assume that they are all the same or that they are all different?
A. You -- I think -- individual patients behave in a way that's been organized by science and by the medical literature. So what you try to do is to put a patient in a category that can then be compared to other similar types of events.

I mean, to be concrete, diabetes is a specific disease that causes damage to the kidney in specific ways, responds to specific types of treatment. So if one is dealing with a person with diabetes, one would like to find out that's the cause of their kidney disease and treat them according to medical practice known to minimize the risk of progression from diabetes, in a specific manner that is known to reduce the rate of

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



progression of renal disease from diabetes.

So one is taking the individual patient and then trying to generalize or use the general literature to treat that individual. There are other diseases which would be treated quite differently. So one tries to identify what's going on with a particular patient, go back to the general literature as to what is known to deal with that problem and then take that general information and then bring it back to the individual patient.

Q. Each patient comes to the examining room with their own unique set of medical conditions, prescription medications and complaints.

A. Yes.

Q. Have you ever heard of the term "specific causation" related to medical diagnosis?

A. No.

Q. If we define that term to mean we know, for example, that diabetes can cause renal insufficiency in patients.

A. Correct.

Q. But that's sort of a general causation point.

A. That's correct.

Q. Specific causation would be whether a particular patient, a patient Kaysen, had renal failure

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



caused by diabetes would be specific causation.
A. Correct.
Q. Are you comfortable with that terminology?
A. Yes.
Q. And an assessment of specific causation necessarily involves a myriad of individualized causation inquiries?
A. Yes. Plus, also, I would add to that there are some events that can damage the kidney. I mean, for example, if we go back to the diabetes issue that you raised, if you have two individuals who have diabetes and one of them has another underlying kidney condition, let's say, had had a nephrectomy for some reason, so he started, came to the table, if you will, with their diabetes with one kidney rather than two, the diabetes would much more likely cause progression of renal disease in that individual. So you would have a sum of risks that would then lead to an outcome which would be kidney failure or progressive kidney disease.
Q. And you can only do that type of diagnosis on a patient-by-patient basis.
A. Yes.
Q. Is it possible today, sir, as we sit in late 2002 to find out the group of all people who are physically injured as a result of taking Baycol?

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



you be able to diagnose rhabdomyolosis in that patient?
MR. ARBITBLIT: Objection.
THE WITNESS: It depends upon what other information was available. If the patient had -- told me they had dark urine, if the patient had renal insufficiency.
Q. MR. ISMAIL: Assume there is no renal insufficiency or dark urine.
A. One couldn't say with certainty whether or not that represented rhabdomyolosis or not.
Q. There is lots of causes of muscle aches and pains.
A. There are, but people who take statins have increased muscle aches and pains.
Q. But the direct answer to my question, sir, is that there are lots of causes.
A. That's correct, there are.
Q. And, in fact, there are much more common causes of aches and pains than statin use.
MR. ARBITBLIT: Objection.
THE WITNESS: Patients taking statins have increased incidence of aches and pains.
Q. MR. ISMAIL: That's not really my question, sir.
A. Of course, there are more causes of aches and

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431



pains in the general population, but most people aren't taking statins.

Q. In the hypothetical we're talking about, doing a CPK test two years after --

A. Is useless.

Q. And doing any myoglobin test?

A. Absolutely.

Q. There is no laboratory value you could do two years later.

A. That's correct.

Q. Is there a difference between muscle pain and rhabdomyolosis?

A. Yes.

Q. What's the difference?

A. Well, rhabdomyolosis suggests that there is actually physical injury going on to the muscle, that contents are being released into the bloodstream that one can measure.

Q. How do you tell the difference?

A. You do a blood test.

Q. And without the blood test, you can't tell the difference?

A. One can make an educated guess based upon the history. I mean, for example, the aches and pains that people have shouldn't cause weakness. If somebody tells

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit I

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

MEDICAL EXPENSES

01/01/2001 TO 12/31/2001

Birthdate: [illegible]

Patient: [illegible]

WAL-MART PHARMACY [illegible]

HOT SPRINGS [illegible]

| Last Fill | Rx # | Drug Name | | Qty | Physician Name | | Price |
|---|---|---|---|---|---|---|---|
| 01/02/2001 | 7102669 | AVANDIA 4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 01/02/2001 | 7103672 | ZESTRIL 20MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 01/02/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 01/02/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 01/29/2001 | 7129986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 01/29/2001 | 4507479 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 02/01/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 02/01/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 02/02/2001 | 7129222 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 02/02/2001 | 9910036 | MICROLET | KI | 100 | Dr.ROPER | ARX | 9.40 |
| 02/02/2001 | 9219007 | GLUCOMETER ELITE | TE | 100 | Dr.ROPER | ARX | 15.00 |
| 03/02/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 03/02/2001 | 7129986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 03/02/2001 | 4507479 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 03/02/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 03/02/2001 | 7103672 | ZESTRIL 20MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 04/02/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 04/02/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 04/02/2001 | 7103672 | ZESTRIL 20MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 04/02/2001 | 7129986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 04/02/2001 | 7129475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 04/04/2001 | 4507479 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 05/03/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 05/03/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 05/08/2001 | 4507479 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 05/31/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 05/31/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 06/13/2001 | 7149991 | NALEX-A TABLETS | | 60 | Dr.ROPER | ARX | 15.00 |
| 06/28/2001 | 7158030 | BIAXIN XL 500MG | TA | 14 | Dr.ROPER | ARX | 15.00 |
| 07/02/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 07/02/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 07/02/2001 | 7129986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 07/09/2001 | 4511986 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 07/31/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 07/31/2001 | 7155611 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 07/31/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 07/31/2001 | 7129475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 08/07/2001 | 4512867 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 08/09/2001 | 7157739 | LESCOL XL 80MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 08/30/2001 | 7129475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 08/30/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 08/31/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 09/27/2001 | 7157739 | LESCOL XL 80MG | TA | 30 | Dr.ROPER | HDS | |
| 09/29/2001 | 7129475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 09/29/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 09/29/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 09/29/2001 | 4514964 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 10/29/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 10/29/2001 | 4514964 | AMBIEN 10MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 10/29/2001 | 7149991 | NALEX-A TABLETS | | 60 | Dr.ROPER | ARX | 15.00 |
| 10/29/2001 | 7153448 | GLUCOPHAGE XR 500MG | TA | 120 | Dr.ROPER | ARX | 15.00 |

Started Baycol 1st of Oct-99 untill 8-10-01 – Took Bacol off the Market

> Couldn't Sleep at night Dr: put me on Ambien

Started Lescol – 8-10-01 untill – 10-15-01

Dr. Roper gave me a Month of Liptor Samples

then Took me off ALL 11-20-01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

EAG000100eag

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 1/29/2001 | 7128986 | BAYCOL 0.4MG | TA | 30 | ROPER | ARX | 15.00 |
| 1/29/2001 | 4507478 | AMBIEN 10MG TABLETS | | 30 | ROPER | ARX | 15.00 |
| 2/01/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | .ROPER | ARX | 10.00 |
| 2/01/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 2/02/2001 | 7129822 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 2/02/2001 | 8810006 | MICROLET MIS BAYER | | 100 | Dr.ROPER | ARX | 9.40 |
| 2/02/2001 | 8810007 | GLUCOMETER ELITE 100CT | | 100 | Dr.ROPER | ARX | 15.00 |
| 3/02/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 3/02/2001 | 7128986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 3/02/2001 | 4507478 | AMBIEN 10MG TABLETS | | 30 | Dr.ROPER | ARX | 15.00 |
| 3/02/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 3/02/2001 | 7103672 | ZESTRIL 20MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 4/02/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 4/02/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 4/02/2001 | 7103672 | ZESTRIL 20MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 4/02/2001 | 7128986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 4/02/2001 | 7139475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 4/06/2001 | 4507478 | AMBIEN 10MG TABLETS | | 30 | Dr.ROPER | ARX | 15.00 |
| 5/03/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 5/03/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 5/08/2001 | 4507478 | AMBIEN 10MG TABLETS | | 30 | Dr.ROPER | ARX | 15.00 |
| 5/31/2001 | 7103670 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 5/31/2001 | 7103671 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 6/12/2001 | 7149891 | NALEX-A TABLETS | | 60 | Dr.ROPER | ARX | 15.00 |
| 6/28/2001 | 7152030 | BIAXIN 500MG XL | TA | 14 | Dr.ROPER | ARX | 15.00 |
| 7/02/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 7/02/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 7/02/2001 | 7128986 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 7/09/2001 | 4511986 | AMBIEN 10MG TABLETS | | 30 | Dr.ROPER | ARX | 15.00 |
| 7/31/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |
| 7/31/2001 | 7155611 | BAYCOL 0.4MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 7/31/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |
| 7/31/2001 | 7139475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 8/07/2001 | 4512867 | AMBIEN 10MG TABLETS | | 30 | Dr.ROPER | ARX | 15.00 |
| 8/09/2001 | 7157739 | LESCOL XL 80MG | CA | 30 | Dr.ROPER | ARX | 15.00 |
| 8/30/2001 | 7139475 | AVANDIA 8MG | TA | 30 | Dr.ROPER | ARX | 15.00 |
| 8/30/2001 | 7148307 | GLUCOPHAGE 500MG | TA | 90 | Dr.ROPER | ARX | 15.00 |

again my Doctor gave me a 3-Month supply of Baycol - "Samples"

Last purchas they took it off the MARKet - Baycol

09/30/2000 TO 09/26/2001

M E D I C A L   E X P E N S E S

Birthdate:05/30/1944

Patient: GARRETT, ERNEST
Party:
8555 ALBERT PIKE RD
HOT SPRINGS ,AR 71913-

WAL-MART PHRMCY #10-0052
1601 ALBERT PIKE
HOT SPRINGS AR 71913
RPH-STEVEN W. JONES
NABP#:0410833 ID:AW8971992

| Last Fill | Rx # | Drug Name | | Qty | Physician Name | | Price |
|---|---|---|---|---|---|---|---|
| 8/30/2001 | 7148306 | GLYBURID MCR 6MG | TA | 60 | Dr.ROPER | ARX | 10.00 |

Report Date: 09/26/2001 $719.40

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

EAG000105eag

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

OT SPRINGS MEDICAL GRO

Date: 12-7-01 Patient's name: Ernest Garrett

WT: 181 VS:T 98.7 P 80 R 20 BP 122/80 MEDS: listed

HISTORY
CC: c/o Cough & Poss Hernia & Congestion
WM c hx DM-II, HTN, Hyperlipidemia, Rhabdomyolysis c/o 1 week hx cough congestion. Also 2-3 day hx R testicle pain. ø trauma

ALLERGIES: NKDA

EXAM
GENERAL: WDWN - NAD

HEENT: NC / AT
EYES: PERRL, EOMI, Discs Sharp
EARS: TM's clear, Sinuses non-tender
OP: Clear, no exudate, no redness, good dentition
NECK: Supple, no LAD, no Bruits, no Thyroid abnormality, no JVD
HEART: RRR no M/G/R
LUNGS: CTA, good air exchange, no wheezing - bilat scattered rhonchi
ABD: Soft, NT/ND, no guarding, no rebound, BS + x 4 quadrants
EXT: Good pulses, no C/C/E
GU MALE: Cir/Uncir, Testicles, no masses, non-tender - modest tenderness R upper pole - ø inguinal hernia appreciated
GU FEMALE: nl ext. gen/nl mucosa, nl cervix, no CMT, no cervical d/c
no adenexal masses or tenderness
Breast: no masses, no supraclavicular LAD, no axillary LAD d/c
no nipple retraction or d/c, no skin changes
RECTAL: Firm tone, no masses, brown stool, guaiac neg,
Prostate: soft, no masses, no enlargement
NEURO: A & Ox3, CN's grossly intact, nl speech, nl gait
DTR's: normal, brisk, decreased

| ROS | - + | Notes |
|---|---|---|
| Gen. | - | ø fatigue ø f/c |
| Eyes | - | ø |
| ENT | - | ø |
| CV | - | ø |
| Resp. | - | ⊕ cough, ⊕ SOB ø change |
| GI | - | ø N/V |
| GU | - | ø ⊕ testicle pain ø hematuria |
| Skin | - | ø |
| Neuro | - | ø |
| Psych | - | ø |
| Ortho | - | ø myalgia, arthralgia |
| | - | |

① D/c'd Avandia
② started Glucophage XR 500 ÷ q.d.

ASSESSMENT: ① Acute Bronchitis
② Epididymitis
③ DM-II

Chest Xray Interp

Confidential Subject to Protective Order

RKR000037eag

PLAN: ① UA
② Cipro 500 1 BID x10
③ Pred XP ÷ tsp 4-6
④ Stress diet: exercise
⑤ Ice : elevate testicles
⑥ Vicoprofen ÷ q 4-6 prn pain
⑦ Recheck 2 weeks - sooner if needed

EKG Interp

SHAUNA LUCAS, MD • R. KYLE ROPER, MD • GREG WHORTON, MD • JANETTE PARCHMAN, MD

HALL # 3893

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# HOT SPRINGS MEDICAL GROUP

Date 10/25/01 Patient's Name Ernest Garrett

WT: 182 VS: T___ P 76 R 16 BP 140/94

Meds: Listed

HISTORY: 3mo follow up
CC:
w/m for FU DM-II, HTN, Hyperlipidemia ? episode rhabdomyolysis. Continues to have extreme fatigue muscle aches. BS elevated, and also ē red itching rash x 2-3 weeks.

Allergies: NKDA

EXAM
GENERAL: WDWM ≈ NAD

HEENT: NC / AT
EYES: PERRL, EOMI, Discs Sharp, ø scleral icterus
EARS: TM's clear, Sinuses non-tender
OP: Clear, no exudate, no redness, good dentition
NECK: Supple, no LAD, no Bruits, no Thyroid abnormality, no JVD
HEART: RRR no M/G/R/
LUNGS: CTA, good air exchange, no wheezing
ABD: Soft, NT/ND, no guarding, no rebound, BS + x 4 quadrants
EXT: Good pulses, no C/C/E
GU MALE: Cir/Uncir, Testicles: no masses, non-tender
GU FEMALE: nl ext. gen/nl mucosa, al cervix, no CMT, no cervical d/c
no adenexal masses or tenderness
Breast: no masses, no supraclavicular LAD, no axillary LAD, d/c
no nipple retraction or d/c, no skin changes
RECTAL: Firm tone, no masses, brown stool, guiac neg,
Prostate: soft, no masses, no enlargement
NEURO: A & Ox3, CN's grossly intact, nl speech, nl gait,
DTR's: normal, brisk, decreased

| ROS | - | + | Notes |
|---|---|---|---|
| Gen. | - | + | ⊕ fatigue ø F/C |
| Eyes | - | + | ø vis Δ |
| ENT | - | + | ø |
| CV | - | + | ø angina ø palpitations |
| Resp. | - | + | ø SOB |
| GI | - | + | ø N/V/D |
| GU | - | + | ø dysuria ø hematuria (+ED) |
| Skin | - | + | ⊕ red papular rash extremities |
| Neuro | - | + | ø HA ø dizziness |
| Psych | - | + | ⊕ Depressed |
| Ortho | - | + | ⊕ myalgias arthralgias |
| | - | + | LE /ankle edema |
| | - | + | |

Derm – papular, excoriated rash – lower extremities, groin

CT – Abd – wnl

ASSESSMENT: ① Fatigue / Myalgia ? Rhabdo-resentment
② DM – II – uncontrolled
③ HTN
④ Hyperlipidemia

Chest X-ray Interp

RKR000039eag

PLAN: ① To CR Diagnostic Clinic – W/U

EKG Interp

Confidential Subject to Protective Order

SHAUNA LUCAS, M.D. • R. KYLE ROPER, M.D. • GREG WHORTON, M.D. • JANETTE PARCHMAN, M.D.

NALLS 3983

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# HOT SPRINGS MEDICAL GROUP

Date 9-26-01 Patient's Name Ernest Garrett

WT: 173 VS: T____, P____, R 20 BP 132/86

Meds: Listed

HISTORY
CC: OV - Results lab - CT

Feels better - no more dark urine

⊕ myalgia ⊕ arthralgia ⊘ edema

Allergies: NKDA

EXAM
GENERAL: WDWN in NAD

HEENT: NC/AT
EYES: PERRL, EOMI, Discs Sharp
EARS: TM's clear, Sinuses non-tender
OP: Clear, no exudate, no redness, good dentition
NECK: Supple, no LAD, no Bruits, no Thyroid abnormality, no JVD
HEART: RRR no M/G/R
LUNGS: CTA, good air exchange, no wheezing
ABD: Soft, NT/ND, no guarding, no rebound, BS + x 4 quadrants
EXT: ~~Good pulses, no C/C/E~~ thighs ; arm muscles tender c palpation
GU MALE: Cir/Uncir, Testicles: no masses, non-tender
GU FEMALE: nl ext. gen/nl mucosa, al cervix, no CMT, no cervical d/c
no adenexal masses or tenderness
Breast: no masses, no supraclavicular LAD, no axillary LAD, d/c
no nipple retraction or d/c, no skin changes
RECTAL: Firm tone, no masses, brown stool, guiac neg,
Prostate: soft, no masses, no enlargement
NEURO: A & Ox3, CN's grossly intact, nl speech, nl gait,
DTR's: normal, brisk, decreased

| ROS | – | + | Notes |
|---|---|---|---|
| Gen. | – | + | |
| Eyes | – | + | |
| ENT | – | + | |
| CV | – | + | |
| Resp. | – | + | |
| GI | – | + | |
| GU | – | + | |
| Skin | – | + | |
| Neuro | – | + | |
| Psych | – | + | |
| Ortho | – | + | |
| | – | + | |
| | – | + | |

Confidential Subject to Protective Order

CT - nl
BUN/Creat - nl

ASSESSMENT: ① ? Rhabdo resolved p d/c Lipitor
② DM-II
③ HTN
④ Hyperlipidemia

Chest X-ray Interp

RKR000040eag

PLAN: ① Cont Hold Lipitor
② Restart Glucophage
③ Stress about ↓ Avandia
④ Cont other meds
⑤ RTC 1 month

EKG Interp

SHAUNA LUCAS, M.D. • R. KYLE ROPER, M.D. • GREG WHORTON, M.D. • JANETTE PARCHMAN, M.D.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# HOT SPRINGS MEDICAL GROUP

Date 9-14-01 Patient's Name Ernest Garrett

WT: 184 VS: T ___ P 76 R 20 BP 140/84

Meds: Listed

HISTORY
CC: c/o Both Ankles & Legs Swelling & some numbness. W/ ? edema, myalgia, fatigue, wt gain, started 2 wks ago. Had tea colored urine prior to symptoms. ∅ tick bites

Allergies: NKDA

NKDA

EXAM
GENERAL: WDWM — NAD

HEENT: NC/AT
EYES: PERRL, EOMI, Discs Sharp
EARS: TM's clear, Sinuses non-tender
OP: Clear, no Exudate, no redness, good dentition
NECK: Supple, no LAD, no Bruits, no Thyroid abnormality, no JVD
HEART: RRR no M/G/R
LUNGS: CTA, good air exchange, no wheezing
ABD: Soft, NT/ND, no guarding, no rebound, BS + x 4 quadrants
(+) diffuse tenderness ∅ masses
EXT: Good pulses, no C/C/E 2+ ankle edema ∅ ascites
↓ sensation feet bilat
GU MALE: Cir/Uncir, Testicles: no masses, non-tender
GU FEMALE: nl ext. gen/nl mucosa, al cervix, no CMT, no cervical d/c
no adenexal masses or tenderness
Breast: no masses, no supraclavicular LAD, no axillary LAD, d/c
no nipple retraction or d/c, no skin changes
RECTAL: Firm tone, no masses, brown stool, guiac neg,
Prostate: soft, no masses, no enlargement
NEURO: A & Ox3, CN's grossly intact, nl speech, nl gait,
DTR's: normal, brisk, decreased

| ROS | — | + | Notes |
| --- | --- | --- | --- |
| Gen. | – | (+) f/c – sweats | ↑ wt 7 lb# |
| Eyes | – | (+) swollen – irritated | |
| ENT | – | (+) hoarseness | ↑ mucus |
| CV | – | ∅ CP | (+) palpitation |
| Resp. | – | (+) SOB | |
| GI | – | + | |
| GU | – | (+) Bilat Flank pain caramel color | |
| Skin | – | (+) easy bruising | |
| Neuro | – | + | |
| Psych | – | + | |
| Ortho | – | (+) myalgias arthralgias | |
| | – | (+) Back spasms | |
| PVx | – | (+) feet, ankle edema | |

(+) numbness, burning feet feels thick

Cipro 500 bid
Demadex 20 prn

ASSESSMENT: ① Rhabdo ? Myalgia, Fever, Fatigue, Edema
② DM II – uncontrolled
③ ? HMG COA reductase intolerance
④ HTN – controlled.

Chest X-ray Interp

RKR000043eag

Confidential Subject to Protective Order

PLAN: ① D/c Lipitor
② Cipro 500 BID x 10
③ Demadex 20 qd.
④ Chk ANA, TSH

EKG Interp

SHAUNA LUCAS, M.D. • R. KYLE ROPER, M.D. • GREG WHORTON, M.D. • JANETTE PARCHMAN, M.D.

HALLS 3083

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# HOT SPRINGS MEDICAL GROUP

Date 7/25/01 Patient's Name Ernest Garrett

WT 178 VS: T ___ P 76 R 16 BP 150/84

Meds: Listed

Allergies: NKDA

**HISTORY**

CC: Follow Up
WM c̄ Flu DM-II, HTN, Hyperlipidemia c̄ ED. Viagra not working any longer. Pt. RS good by his report, but has not been following diet & exercise program

**EXAM**

GENERAL: WDWN – NAD

HEENT: NC / AT

EYES: PERRL, EOMI, Discs Sharp

EARS: TM's clear, Sinuses non-tender

OP: Clear, no exudate, no redness, good dentition

NECK: Supple, no LAD, no Bruits, no Thyroid abnormality, no JVD

HEART: RRR no M/G/R

LUNGS: CTA, good air exchange, no wheezing

ABD: Soft, NT/ND, no guarding, no rebound, BS + x 4 quadrants

EXT: Good pulses, no C/C/E good sensation feet bilaterally

GU MALE: Cir/Uncir, Testicles: no masses, non-tender

GU FEMALE: nl ext. gen/nl mucosa, nl cervix, no CMT, no cervical d/c
no adenexal masses or tenderness
Breast: no masses, no supraclavicular LAD, no axillary LAD, d/c
no nipple retraction or d/c, no skin changes

RECTAL: Firm tone, no masses, brown stool, guaiac neg,
Prostate: soft, no masses, no enlargement

NEURO: A & Ox3, CN's grossly intact, nl speech, nl gait
DTR's: normal, brisk, decreased

| ROS | - | + | Notes |
|---|---|---|---|
| Gen. | - | + | ø f/c ø fatigue |
| Eyes | - | + | ø vis Δ's ø AF |
| ENT | - | + | ⊖ PND |
| CV | - | + | ø angina – ø palpitations |
| Resp. | - | + | ø SOB ø cough |
| GI | - | + | ø N/V ø melena – ø BRBPR |
| GU | - | + | ø polys ⊕ ED |
| Skin | - | + | ø rashes ø change lesions |
| Neuro | - | + | ø HA ⊖ paresthesias feet |
| Psych | - | + | ø |
| Ortho | - | + | ø |
| | - | + | |
| | - | + | |

Confidential Subject to Protective Order

ASSESSMENT:
① DM-II
② Hyperlipidemia
③ HTN – controlled per pt.
④ ED
⑤ Insomnia

Chest X-ray Interp

RKR000044eag

PLAN:
① Refill all listed meds
② Letter to ins re: coverage since Viagra no longer effective
③ Stress diet & exercise
④ CBC, CMP c̄ lipids, UA, HgbA1C
⑤ RTC 3 months

EKG Interp

SHAUNA LUCAS, M.D. • R. KYLE ROPER, M.D. • GREG WHORTON, M.D. • JANETTE PARCHMAN, M.D.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# HOT SPRINGS MEDICAL GROUP

Date 4-25-01 Patient's Name Ernest Garrett

WT: 175 VS: T___, P 78, R 16, BP 126/72

Meds: Listed

HISTORY
CC: 3 mo follow up

Allergies: NKDA

NKDA

EXAM
GENERAL:

HEENT: NC / AT
EYES: PERRL, EOMI, Discs Sharp
EARS: TM's clear, Sinuses non-tender
OP: Clear, no exudate, no redness, good dentition
NECK: Supple, no LAD, no Bruits, no Thyroid abnormality, no JAD
HEART: RRR no M/G/R
LUNGS: CTA, good air exchange, no wheezing
ABD: Soft, NT/ND, no guarding, no rebound, BS + x 4 quadrants
EXT: Good pulses, no C/C/E
GU MALE: Cir/Uncir, Testicles: no masses, non-tender
GU FEMALE: nl ext. gen/nl mucosa, al cervix, no CMT, no cervical d/e no adenexal masses or tenderness
Breast: no masses, no supraclavicular LAD, no axillary LAD, no nipple retraction or d/c, no skin changes
RECTAL: Firm tone, no masses, brown stool, guaine neg, Prostate: soft, no masses, no enlargement
NEURO: A & Ox3, CN's grossly intacted, nl speech, nl gait, DTR's: normal, brisk, decreased

| ROS | -- | + | Notes |
|---|---|---|---|
| Gen. | -- | + | |
| Eyes | -- | + | |
| ENT | -- | + | |
| CV | -- | + | |
| Resp. | -- | + | |
| GI | -- | + | |
| GU | -- | + | |
| Skin | -- | + | |
| Neuro | -- | + | |
| Psych | -- | + | |
| Ortho | -- | + | |
| | -- | + | |
| | -- | + | |

Avandia 8mg q d
Zestril 20 q d
Glucophage 500 ī q am, īī q hs
Glyburide 6mg BID
Viagra
Aspirin

ASSESSMENT: DM-II — better c diabetic teaching
HTN - controlled
Hyperlipidemia
ED.

Chest X-ray Interp

Confidential Subject to Protective Order

PLAN: Cont listed meds
Change Glucophage to 500 q AM, 1000 @ hs.
Stress diet & exercise
RTC 3 months.
Lipid Profile, LFT's

EKG Interp

RKR000045eag

SHAUNA LUCAS, M.D. • R. KYLE ROPER, M.D. • GREG WHORTON, M.D.

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

# HOT SPRINGS MEDICAL GROUP

SHAUNA LUCAS, M.D.
R. KYLE ROPER, M.D.
GREG WHORTON, M.D.

BS - 200 [illegible]

Patient's Name Ernest Garrett

Date 1.25.01

**HISTORY**

CC: F/U HA.

HPI: 56 Y/O WM HTN, DM-II presents for F/U. BS high; not following diabetic diet / exercise

**EXAM**

WT: 182

VS: T____, HR 80, RR 16, BP 124/78

GEN: WDWN - NAD

EYES: PERRLA, EOMI; Disc sharp, no hemorrhages or exudate

ENT: TM's clear, sinuses non-tender, OP w/o exudate

NECK: supple, no LAD, no bruits, nothyroid abn.

LUNGS: CTA, Good air exchange, no wheezing

CARDIAC: RRR; no M, R, or G

ABD: Soft, NT, no HSM BS

EXT: no C/C/E, good pulses - good sensation

BREAST: no LAD, no abn. masses

PELVIC: nl. ext. gen, nl. mucosa, cx. grossly nl., bimanual unrem.

RECTAL: firm tone, no masses, brown stool, Guaiac Neg
Prostate, no masses, no enlargement

Neuro: A: O x 3, CN intact, nl speech, nl gait, DTRs 2+

**MEDS:** Listed

**ALLERGIES:** Ø

| ROS | - | + | Notes |
|---|---|---|---|
| Gen. | - | + | [illegible] |
| Eyes | - | + | [illegible] |
| ENT | - | + | Ø |
| CV | - | + | Ø CP Ø palpitations |
| Resp. | - | + | [illegible] |
| GI | - | + | [illegible] |
| GU | - | + | [illegible] ED |
| Skin | - | + | Ø |
| Neuro | - | + | Ø |
| Psych | - | + | Ø |
| Ortho | - | + | Ø |
| | - | + | |
| | - | + | |

ASSESSMENT: DM-II - uncontrolled
Hyperlipidemia - uncontrolled
Diet / exercise non-compliance
ED
HTN - controlled

Confidential Subject to Protective Order

RKR000046eag

PLAN:
1. Stress diabetic diet !!
2. Cont Glucophage 500 TID
3. Cont Glyburide 6 BID
4. ↑ Avandia to 8 mg qd
5. Refill Viagra 100 mg
6. F/U all labs.
7. Start Baycol 0.4 qd

SHAUNA LUCAS, M.D. • KYLE ROPER, M.D. • GREG WHORTON, M.D.

PRO COPY - FORM 14

E-SERVED
07/08/04
05:41 PM ET
Baycol MDL 1431

# Exhibit J

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

12/17/2001 16:21 3162362385 DIABETES AND ENDO CT PAGE 04/15

DATE OF BIRTH:

WT: 206 RESP: 20 /MIN TEMP: F

BP 150/90 P 104 LOCATION

MEDICATION:

Tiazac 420 T qd
Meclizine 25 T TID prn
Baby asa T qd
Neurontin
Celebrex 200 T qd
Baycol 0.4 T qhs
Micronase T qd

MEDICATION: Allegra 60 T BID
Premarin 0.625 T qd

NURSES NOTES: CHIEF COMPLAINT:
F/U - BP ↑
c/o sinuses
coughing up clear/white sputum
OTHER REASONS FOR VISIT:

SMOKING: TOBACCO
FAMILY HX:

ROS: CONSTITUTIONAL: APPETITE

CHEST/CVS: COUGH, SPUTUM
wheezing
GASTROINTESTINAL:
GENITOURINARY:

HISTORY OF PRESENT ILLNESS:
History as above
wheezing ... sputum ... No CP or SOB
... N chills. BP ...

PHYSICAL EXAMINATION:
GENERAL: ... anicteric
NUTRITION STATE: ...
LYMPH NODES ...
THROAT ...
CAROTIDS ...
TMS dull ...

DIET:
EXERCISE:

IMPRESSION:
1 ...
2 ...
3 HTN ...
4 DM ...

INVESTIGATIONS: FASTING / NON-FASTING / RETURN / TODAY

PLAN:
1 ...
2 ...
3 ...

FU: 1 2 3 4 5 6 D W M Y LAB BP CK

SIGNATURE:

CONFIDENTIAL MM000037mdn

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

Vishnu N. Behari, MD, F.A.C.E.

INTERNAL MEDICINE — PROGRESS NOTES — ENDOCRINOL

NAME: Mae Dean Newton — DATE OF BIRTH: 8-4-31

DATE: 6-14-01 — NOTES

WT(LBS): 199 — HT:
RESP: 18 /MIN
TEMP: 97
BP: 142/86 — P: 78 — LOCATION: RT ARM REG/IRREG; LT ARM REG/IRREG; SITTING/LYING; STANDING 1 MIN; STANDING 3-5 MIN

MEDICATION: Baycol .4 qd; Celebrex 200; Premarin .625; Allegra 60 bid; Adalat 420 qd; Micronase 125 qd

NURSES NOTES: CHIEF COMPLAINT: sore throat c cough - stuffy nose

OTHER REASONS FOR VISIT:

SOCIAL HX: ☐ TOBACCO; ☐ ETOH; ☐ DRUGS; ☐ MARRIED ☐ SINGLE ☐ WIDOWED; ☐ LIVES ALONE

FAMILY HX: SIBS; M MGM MGF; F PGM PGF

ROS: CONSTITUTIONAL: ☐ APPETIT ☐ FEVER ☐ CHILLS ☐ NIGHT SWEATS ☐ WEIGHT LOSS / GAIN ☐ EASY FATIGUE ☐ TIREDNESS ☐ JAUNDICE ☐ PALLOR ☐ PRURITUS ☐ MALAISE

EPIDERMIS: ☐ RASH ☐ NAIL CHANGES ☐ HAIR CHANGE ☐ ABSCESS ☐ ULCER(S) ☐ BREAST MASS / TENDERNESS / DISCHARGE

CNS: ☐ HEADACHE ☐ SLURRED SPEECH ☐ LOSS OF CONSCIOUSNESS ☐ SYNCOPE ☐ CONFUSION ☐ DISORIENTED ☐ FALL ☐ WEAKNESS ☐ NUMBNESS ☐ DIZZINESS ☐ DIFFICULTY WALKING ☐ PINS & NEEDLES ☐ SEIZURES ☐ TREMORS ☐ DROWSINESS

ENT: ☐ SORE THROAT ☐ CONGESTION ☐ EARACHE ☐ POST/NASAL DRAINAGE

EYES: ☐ PAIN ☐ REDNESS ☐ SWELLING ☐ BLURRED / LOSS ☐ DOUBLE VISION

CHEST / CVS: ☐ COUGH ☐ SPUTUM ☐ SHORTNESS OF BREATH ☐ CHEST PAIN ☐ ANKLE / FOOT SWELLING ☐ PALPITATION ☐ CALF PAIN / SWELLING ☐ PND /

MUSCULOSKELETAL: ☐ MYALGIA ☐ JOINT PAINS ☐ JOINT SWELLING ☐ INJURY ☐ BACK PAIN ☐ GOUT ☐ STIFFNESS

GASTROINTESTINAL: ☐ ABDO ☐ NAUSEA / VOMITING ☐ DIARRHE ☐ CONSTIPATION ☐ MELENA ☐ COFFEE GROUNDS HM/OA

GENITOURINARY: FREQ – D/N ☐ DYSURIA ☐ LOIN PAIN ☐ HEMATURIA ☐ DISCHARGE ☐ STRAINING ☐ INCONTINENCE ☐ POOR STREAM ☐ VAGINAL BLEED PERIODS LMP ☐ POSTMENOPAUSAL ☐ TAH ☐ ☐ POLYURIA ☐ POLYPHAGI ☐

HISTORY OF PRESENT ILLNESS: History as above. Cough productive of white foamy sputum. Afew [illegible] chills [illegible]

DIET: B; L [illegible]; S; HS Clay Allegra

EXERCISE:

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink; SCLERAE anicteric; CYANOSIS ◯; MUSCLE MASS; DISTRESS; NUTRITION STATE obese
HEAD: ATRAUMATIC; NORMOCEPHALIC; SINUS TENDERNESS
NECK: MASS; LYMPH NODES palpable; THYROID thyromegaly; CAROTIDS normal
ENT: NOSE; THROAT –; EAM; TMS Dull
EYES: SCLERA; CORNEA; EOM; CONJ; LIDS; VF; PUPILS; FUNDI
CHEST: AIR ENTRY; CLEAR; CREPS ◯; RONCHI ◯
CVS: S1 ✓ S2 ✓ S3 ◯ S4 ◯; MURMUR(S) ◯; JVP; HJR; PP
ABDO: MASS ◯; TENDERNESS ◯; HEPAR ◯; SPLEEN ◯; REBOUND ◯; BS NABS
GENITAL: MALE; FEMALE; TESTES ◯; CVA TENDERNESS ◯; SCARS
PELVIC: VULVA; VAGINA; CERVIX; UTERUS; ADNEXA; MASS; TENDERNES
RECTAL: MASS; TENDERNESS; HEMORRHOIDS; STOOL; GUAIAC
EXTREMITIES: EDEMA ◯; TENDERNESS; WARM; COOL; DIAPHORETIC; CYANOSED; ULCERS
CNS/MENTAL: ALERT; ORIENTED ×3; MEMORY; TREMORS; TONE; CRANIAL NERVES; MOTOR N
OTHER: POWER; SENSORY; DTR; RELAXATION PHASE; TANDEM WALKING; RHOMBERS; NYSTAGMUS; NYLEN-BARANY; PLANTARS

IMPRESSION:
1. Acute sinusitis
2. [illegible]
3. HTN
4. Hyperlipidemia

INVESTIGATIONS: CBC/DIFF B12 CXR; H&H FOLATE KUB; SMP SERUM FE EKG; CMP FERRITIN ABDO; LIPIDS PSA XRAY; LIVER 24HRCRCL STRESS; AST/ALT 24HRPROT; FT UA; PTT MICRO; HBAIC MICRAL; FASTIN; NON-F; RETUR; TODAY

PLAN:
1. Zithromax [illegible]
2. [illegible]
3. [illegible]
4. Refill Baycol

REFERRAL: — FU: 1 2 (3) 4 5 6 __ D W (M) Y LAB BP CK

SIGNATURE: [signature]

Confidential, Subject to Protective Order

VB000012mdn

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE — PROGRESS NOTES

NAME: Mae Dean

DATE OF BIRTH:

DATE — NOTES

WT(LBS): 206 HT:
RESP: 20 /MIN
TEMP: F
BP 151/90 P 104 LOCATION: LT ARM REG/IRREG; SITTING/LYING; STANDING 1 MIN; STANDING 3-5 MIN

MEDICATION:
Tiazac 420 1 qd
Meclizine 25 1 TID prn
Baby ASA 1 qd
Propoxyphene [illegible] 1 q 6° prn
Celebrex 200 1 qd
Baycol 0.4 1 tabs
Micronized 12.5 1 qd

MEDICATION:
Allegra 60 1 BID
Premarin 0.625 1 qd

NURSES NOTES: CHIEF COMPLAINT: f/u - BP ↑ c/o sinuses coughing up clear white sputum, achiness

OTHER REASONS FOR VISIT:

SOCIAL HX: TOBACCO; ETOH; DRUGS; MARRIED; SINGLE; WIDOWED; LIVES ALONE

FAMILY HX: SIBS; M MGM MGF; F PGM PGF

ROS: CONSTITUTIONAL: APPETITE good; FEVER; CHILLS; NIGHT SWEATS; WEIGHT LOSS / GAIN; EASY FATIGUE; TIREDNESS; JAUNDICE; PALLOR; PRURITUS; MALAISE

DERMIS: RASH; NAIL CHANGES; HAIR CHANGE; ABSCESS; ULCER(S); BREAST MASS / TENDERNESS / DISCHARGE

CNS: HEADACHE; SLURRED SPEECH; LOSS OF CONSCIOUSNESS; SYNCOPE; CONFUSION; DISORIENTED; FALL; WEAKNESS; NUMBNESS; DIZZINESS; DIFFICULTY WALKING; PINS & NEEDLES; SEIZURES; TREMORS; DROWSINESS

ENT: SORE THROAT; CONGESTION; EARACHE; POST/NASAL DRAINAGE

EYES: PAIN; REDNESS; SWELLING; BLURRED / LOSS; DOUBLE VISION

CHEST / CVS: COUGH; SPUTUM; SHORTNESS OF BREATH; CHEST PAIN; ANKLE / FOOT SWELLING; PALPITATION; CALF PAIN / SWELLING; PND — wheezes at night

MUSCULOSKELETAL: MYALGIA; JOINT PAINS; JOINT SWELLING; INJURY; BACK PAIN; GOUT; STIFFNESS

GASTROINTESTINAL: ABDO PAIN; NAUSEA / VOMITING; DIARRHEA; CONSTIPATION; MELENA/BLOOD; COFFEE GROUNDS; BM/DAY — [illegible]

GENITOURINARY: FREQ = D/N = [illegible]; DYSURIA; LOIN PAIN; HEMATURIA; DISCHARGE; STRAINING; INCONTINENCE; POOR STREAM; VAGINAL BLEEDING; PERIODS; LMP; POSTMENOPAUSAL; TAH; BSO; POLYURIA; POLYPHAGIA; THIRST

HISTORY OF PRESENT ILLNESS: History as above [illegible] ... [illegible] ... no CP no SOB ... wheezes at night ... No fever no chills. BP ↑ [illegible]

DIET: B L

[illegible]

EXERCISE: [illegible] 120 [illegible]

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE [illegible] SCLERAE anicteric; CYANOSIS ⊖; DISTRESS; NUTRITION STATE obese
HEAD: ATRAUMATIC; NORMOCEPHALIC; SINUS TENDERNESS
NECK: MASS; LYMPH NODES [illegible]; THYROID; CAROTIDS [illegible]
NOSE; THROAT [illegible]; EAM; TMS [illegible]
EYES: SCLERA; CORNEA; EOM; CONJ; LIDS; VF; PUPILS; FUNDI
CHEST: AIR ENTRY ✓; CLEAR; CREPS; RONCHI
CVS: S1 ✓ S2 ✓ S3 ⊖ S4 ⊖ MURMUR(S) ⊖ JVP; HJR; PP
ABDO: MASS ⊖ TENDERNESS ⊖ HEPAR ⊖ SPLEEN ⊖ REBOUND • BS NAB
GENITAL: MALE; FEMALE; TESTES; CVA TENDERNESS; SCARS
PELVIC: VULVA; VAGINA; CERVIX; UTERUS; ADNEXA; MASS; TENDERNES
RECTAL: MASS; TENDERNESS; HEMORRHOIDS; STOOL; GUAIAC
EXTREMITIES: EDEMA ⊖ TENDERNESS; WARM; COOL; DIAPHORETIC; CYANOSED; ULCERS
CNS/MENTAL: ALERT; ORIENTED; MEMORY; TREMORS; TONE; CRANIAL NERVES; MOTOR
OTHER: POWER; SENSORY; DTR; RELAXATION PHASE; TANDEM WALKING; RHOMBERG; NYSTAGMUS; NYLEN-BARANY; PLANTARS

IMPRESSION:
1. Chronic sinusitis
2. [illegible]
3. HTN — [illegible]
4. DM [illegible] diet

INVESTIGATIONS: FASTING; NON-FASTING; RETURN TODAY
CBC/DIFF; B12; CXR; H&H; FOLATE; KUB; BMP; SERUM FE; EKG; CMP; FERRITIN; ABDO; LIPIDS; PSA; XRAY; LIVER; 24HRCRCL; STRESS; AST/ALT; 24HRPROT; PT; UA; PTT; MICRO; HBA1C; MICRAL

PLAN:
1 [illegible] CC IM [illegible]
2 [illegible]
2 [illegible]
3 [illegible]

REFERRAL: FU: 1 2 3 4 5 6 ___ D W M Y LAB BP CK

SIGNATURE: [signature]

Confidential, Subject to Protective Order

VB000013mdn

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE PROGRESS NOTES ENDOCRI

NAME: Mae Newton DATE OF BIRTH: 8-4-31

DATE: 10-8-01 NOTES

WT(LBS): 202 HT:
RESP: 16 /MIN
TEMP: 98.0 F
BP 134/74 P 73 LOCATION
RT ARM REG/IRREG
LT ARM REG/IRREG
SITTING / LYING
STANDING 1 MIN
STANDING 3-5 MIN

MEDICATION:
Vazac 420 mg
Celebrex 200 mg
Allegra 60 mg
Baby ASA 81 mg
Micronase 12.5 mg
Accupril 40 mg
Antivert 25 mg

MEDICATION:

NURSES NOTES: CHIEF COMPLAINT: Having dizzy spells, coughing, uses bathroom frequently at night

OTHER REASONS FOR VISIT:

SOCIAL HX: ☐ TOBACCO ☐ ETOH ☐ DRUGS ☐ MARRIED ☐ SINGLE ☐ WIDOWED ☐ LIVES ALONE

FAMILY HX: SIBS M MGM MGF F PGM PGF

ROS: CONSTITUTIONAL: ☑ APPETIT 80 ☐ FEVER ☐ CHILLS ☐ NIGHT SWEATS ☐ WEIGHT LOSS / GAIN ☐ EASY FATIGUE ☐ TIREDNESS ☐ JAUNDICE ☐ PALLOR ☐ PRURITUS ☐ MALAISE

EPIDERMIS: ☐ RASH ☐ NAIL CHANGES ☐ HAIR CHANGE ☐ ABSCESS ☐ ULCER(S) ☐ BREAST MASS / TENDERNESS / DISCHARGE

CNS: ☐ HEADACHE ☐ SLURRED SPEECH ☐ LOSS OF CONSCIOUSNESS ☐ SYNCOPE ☐ CONFUSION ☐ DISORIENTED ☐ FALL ☐ WEAKNESS ☐ NUMBNESS ☑ DIZZINESS ☐ DIFFICULTY WALKING ☐ PINS & NEEDLES ☐ SEIZURES ☐ TREMORS ☐ DROWSINESS

ENT: ☐ SORETHROAT ☐ CONGESTION ☐ EARACHE ☐ POST/NASAL DRAINAGE

EYES: ☐ PAIN ☐ REDNESS ☐ SWELLING ☐ BLURRED / LOSS ☐ DOUBLE VISION

CHEST / CVS: ☐ COUGH ☐ SPUTUM ☐ SHORTNESS OF BREATH ☐ CHEST PAIN ☐ ANKLE / FOOT SWELLING ☐ PALPITATION ☐ CALF PAIN / SWELLING ☐ PND /

MUSCULOSKELETAL: ☐ MYALGIA ☐ JOINT PAINS ☐ JOINT SWELLING ☐ INJURY ☐ BACK PAIN ☐ GOUT ☐ STIFFNESS

GASTROINTESTINAL: ☐ ABDO PAIN ☐ NAUSEA / VOMITING ☐ DIARRHEA ☐ CONSTIPATION ☐ MELENA/BLOOD ☐ COFFEE GROUNDS ___ BM/DAY

GENITOURINARY: FREQ - D/N - 4 ☑ DYSURIA ☐ LOIN PAIN ☐ HEMATURIA ☐ DISCHARGE ☐ STRAINING ☐ INCONTINENCE ☐ POOR STREAM ☐ VAGINAL BLEEDING PERIODS LMP ☐ POSTMENOPAUSAL ☐ TAH ☐ BSO

☐ POLYURIA ☐ POLYPHAGI ☐ THIRST

Pressure on bladder

HISTORY OF PRESENT ILLNESS: Takes Allegra 60 bid. Also takes Celebrex 200 bid. Out of Vazac 420 mg qd. Ms. Meds Antivert 25 tid

DIET: B

HS

EXERCISE: Dizziness help. No CP GERD + reflux c change

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink SCLERAE anicteric CYANOSIS ⊖ MUSCLE MASS DISTRESS NUTRITION STATUS good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS ⊖
NECK: MASS LYMPH NODES THYROID ⊖ enlargement CAROTIDS ⊖ bruit
ENT: NOSE THROAT EAM TMS
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY ✓ CLEAR CREPS RONCHI
CVS: S1 ✓ S2 S3 ⊖ S4 ⊖ MURMUR(S) ⊖ JVP HJR PP
ABDO: MASS TENDERNESS ⊖ HEPAR ⊖ SPLEEN ⊖ REBOUND ⊖ BS NABS
GENITAL: MALE FEMALE TESTES CVA TENDERNESS ⊖ SCARS
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNES
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: OEDEMA ⊖ TENDERNESS WARM COOL DIAPHORETIC CYANOSED ULCERS
CNS/MENTAL: ALERT ORIENTED x3 MEMORY TREMORS TONE CRANIAL NERVES MOTOR
OTHER: POWER SENSORY DTR RELAXATION PHASE TANDEM WALKING RHOMBERS NYSTAGMUS NYLEN-BARANY PLANTARS

IMPRESSION:
1. Back smith
2. H/o hyperglyc
3. GERD
4. Hypothyr

INVESTIGATIONS: FASTING NON-FASTING RETURN TODAY
CBC/DIFF B12 CXR
H&H FOLATE KUB
BMP SERUM FE EKG
CMP FERRITIN ABDO
LIPIDS PSA XRAY
LIVER 24HRCRCL STRESS
AST/AST 24HRPROT RBG = 92
PT UA
PTT MICRO
HBAIC MICRAL

PLAN: Refill Vazac. Hx Stress H Pylori
Prilosec 40 qd x 5 days
Maint Vazac 420 qd

Confidential, Subject to Protective Order

REFERRAL: FU: 1 2 3 4 5 6 ___ D W M Y / LAB BP CK

SIGNATURE:

NB. Could not get 283 card and refer...

VB000025mdn

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

NAME: Mae Newton DATE OF BIRTH: 8/4/31

[redacted]

8/14/01

| | |
|---|---|
| WT/LBS: 205.5 | HT: |
| RESP: 14 | /MIN |
| TEMP: 96.4 | F |
| BP: 152/80 | P: 78 LOCATION: RT ARM SUPINE / LT ARM SUPINE / SITTING/LYING / STANDING 1 MIN / STANDING 3-5 MIN |

| MEDICATION: | MEDICATION: |
|---|---|
| Baby ASA ī qd | Baycol (stopped) |
| Celebrex 200mg ī qd | |
| Tiazac 420mg ī qd | |
| Premarin 0.625mg ī qd | |
| microzide 12.5 ī qd | |
| Antivert 25mg prn | |
| Allegra 60mg ī BID | |

NURSES NOTES: CHIEF COMPLAINT: c/o S/S pain in bottom of stomach, when swallowing food. Can feel food hit the bottom of stomach

OTHER REASONS FOR VISIT:

SOCIAL HX: ☐ TOBACCO ☐ ETOH ☐ DRUGS ☐ MARRIED ☐ SINGLE ☐ WIDOWED ☐ LIVES ALONE

FAMILY HX: HHS M MGM MGF F PGM PGF

ROS: CONSTITUTIONAL: ☒ APPETITE good ☐ FEVER ☐ CHILLS ☐ NIGHT SWEATS ☐ WEIGHT LOSS / GAIN ☐ EASY FATIGUE ☐ TIREDNESS ☐ JAUNDICE ☐ PALLOR ☐ PRURITUS ☐ MALAISE

EPIDERMIS: ☐ RASH ☐ NAIL CHANGES ☐ HAIR CHANGE ☐ ABSCESS ☐ ULCER(S) ☐ BREAST MASS / TENDERNESS / DISCHARGE

CNS: ☐ HEADACHE ☐ SLURRED SPEECH ☐ LOSS OF CONSCIOUSNESS ☐ SYNCOPE ☐ CONFUSION ☐ DISORIENTED ☐ FALL ☐ WEAKNESS ☐ NUMBNESS ☐ DIZZINESS ☐ DIFFICULTY WALKING ☐ PINS & NEEDLES ☐ SEIZURES ☐ TREMORS ☐ DROWSINESS

ENT: ☐ SORE THROAT ☐ CONGESTION ☐ EARACHE ☒ POSTNASAL DRAINAGE

EYES: ☐ PAIN ☐ REDNESS ☐ SWELLING ☐ BLURRED / LOSS ☐ DOUBLE VISION

CHEST / CVS: ☐ COUGH ☐ SPUTUM ☐ SHORTNESS OF BREATH ☐ CHEST PAIN ☐ ANKLE / FOOT SWELLING ☐ PALPITATION ☐ CALF PAIN / SWELLING ☐ PND /

MUSCULOSKELETAL: ☐ MYALGIA ☐ JOINT PAINS ☐ JOINT SWELLING ☐ INJURY ☐ BACK PAIN ☐ GOUT ☐ STIFFNESS

GASTROINTESTINAL: ☐ ABDO PAIN ☐ NAUSEA / VOMITING ☐ DIARRHEA ☐ CONSTIPATION ☐ MELENA/BL ☐ COFFEE GROUNDS ___ BM/DAY

GENITOURINARY: FREQ = D/N = ☐ DYSURIA ☐ LOIN PAIN ☐ HEMATURIA ☐ DISCHARGE ☐ STRAINING ☐ INCONTINENCE ☐ POOR STREAM ☐ VAGINAL BLEEDING PERIODS LMP ☐ POSTMENOPAUSAL ☐ TAH ☐ BS

☐ POLYURIA ☐ POLYPHAGE ☐ THIRS

Stopped Baycol Not yet on Lescol

HISTORY OF PRESENT ILLNESS: History as above. c/o Dyspepsia + pain on swallowing certain food. Breads, pain swallowing water as well. Stopped Baycol. Greasy food, pain mostly – epigastric.

DIET: B Chol not/ back was emphasized today's visit. – Symptoms ... Cately bothers her ... worse after fatty food. Myalgia ... OTC ...

EXERCISE:

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink SCLERAE anicteric MUSCLE MASS DISTRESS CYANOSIS ⊖ NUTRITION STATE good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS ⊖
NECK: MASS LYMPH NODES ⊖ THYROID ⊖ thyromegaly CAROTIDS
ENT: NOSE THROAT EAM TMS dull
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY CLEAR CREPS RONCHI
CVS: S1 ✓ S2 ✓ S3 S4 MURMUR(S) JVP HR PP
ABDO: MASS TENDERNESS HEPAR SPLEEN REBOUND BS NAR
GENITAL: MALE FEMALE TESTES CVA TENDERNESS SCARS
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNESS
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: EDEMA TENDERNESS WARM COOL DIAPHORETIC CYANOSED ULCERS N
CNS/MENTAL: ALERT ORIENTED MEMORY TREMORS TONE CRANIAL NERVES ⊖ MOTOR
OTHER: POWER SENSORY DTR RELAXATION PHASE TANDEM WALKING RHOMBERG NYSTAGMUS NYLEN-BARANY PLANTARS

IMPRESSION:
1. HTN
2. Hyperlipidemia
3. GERD
4. Dyspepsia

INVESTIGATIONS: FASTING NON-FASTING RETURN TODAY
CBC/DIFF B12 CXR HbA FOLATE KUB BMP SERUM FE EKG CMP FERRITIN ABDO LIPIDS PSA XRAY LIVER 24HRCRCL STRESS AST/ALT 24HRPROT PT UA PTT MICRO HBAIC MICRAL

PLAN: Start Lescol 40mg qd. d/c Baycol. Start Prevacid. Check EKG vs. Bayer ... continue meds.

REFERRAL: FU: 1 2 (3) 4 5 6 ___ D W (M) Y LAB BP CK

Caution to Celebrex – to avoid ...

SIGNATURE: [signature]

Confidential, Subject to Protective Order

VB000026mdn

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE — PROGRESS NOTES — ENDOCRI

NAME: Mae Dean Newton
DATE OF BIRTH: 08-04-31

DATE: 2/10/01

NOTES

| | |
|---|---|
| WT(LBS): 200 | HT: |
| RESP: 17 /MIN | |
| TEMP: 96.6 F | |
| BP: 152/92 | P: 71 |
| LOCATION: RT ARM REG/IRREG; LT ARM REG/IRREG; SITTING / LYING; STANDING 1 MIN; STANDING 3-5 MIN | |

MEDICATION:
Allegra D - 60 ī BID
Lemarin 0.625 ī qd
Baycol 0.4 ī qd
Norvasc 4.20 ī qd

MEDICATION:

NURSES NOTES: CHIEF COMPLAINT: BP↑ & thinks maybe it is the Allegra D ↑ dizziness + unsteady gait

OTHER REASONS FOR VISIT:

SOCIAL HX: ☐ TOBACCO ☐ ETOH ☐ DRUGS ☐ MARRIED ☐ SINGLE ☐ WIDOWED ☐ LIVES ALONE

FAMILY HX: SIBS M MGM MGF F PGM PGF

ROS: CONSTITUTIONAL: Good ☐ APPETITE ☐ FEVER ☐ CHILLS ☐ NIGHT SWEATS ☐ WEIGHT LOSS / GAIN ☐ EASY FATIGUE ☐ TIREDNESS ☐ JAUNDICE ☐ PALLOR ☐ PRURITUS ☐ MALAISE

EPIDERMIS: ☐ RASH ☐ NAIL CHANGES ☐ HAIR CHANGE ☐ ABSCESS ☐ ULCER(S) ☐ BREAST MASS / TENDERNESS / DISCHARGE

CNS: ☑ HEADACHE ☐ SLURRED SPEECH ☐ LOSS OF CONSCIOUSNESS ☐ SYNCOPE ☐ CONFUSION ☐ DISORIENTED ☐ FALL ☐ WEAKNESS ☐ NUMBNESS ☑ DIZZINESS ☐ DIFFICULTY WALKING ☐ PINS & NEEDLES ☐ SEIZURES ☐ TREMORS ☐ DROWSINESS

ENT: ☐ SORE THROAT ☐ CONGESTION ☐ EARACHE ☐ POST/NASAL DRAINAGE

EYES: ☐ PAIN ☐ REDNESS ☐ SWELLING ☐ BLURRED / LOSS ☐ DOUBLE VISION

CHEST / CVS: ☐ COUGH ☐ SPUTUM ☐ SHORTNESS OF BREATH ☐ CHEST PAIN ☐ ANKLE / FOOT SWELLING ☐ PALPITATION ☐ CALF PAIN / SWELLING ☐ PND /

MUSCULOSKELETAL: ☐ MYALGIA ☐ JOINT PAINS ☐ JOINT SWELLING ☐ INJURY ☐ BACK PAIN ☐ GOUT ☐ STIFFNESS

GASTROINTESTINAL: ☐ ABDO PAIN ☐ NAUSEA / VOMITING ☐ DIARRHEA ☐ CONSTIPATION ☐ MELENA/BLOOD ☐ COFFEE GROUNDS ___ BM/DAY

GENITOURINARY: FREQ = DN = ☐ DYSURIA ☐ LOIN PAIN ☐ HEMATURIA ☐ DISCHARGE ☐ STRAINING ☐ INCONTINENCE ☐ POOR STREAM ☐ VAGINAL BLEEDING PERIODS LMP ☐ POSTMENOPAUSAL ☐ TAH ☐ BSO

☐ POLYURIA ☐ POLYPHAGIA ☐ THIRST

HISTORY OF PRESENT ILLNESS: Doing good until yesterday. Had been using Allegra-D [illegible] until yesterday. Felt fine. No CP or SOB Ⓢ [illegible]

DIET: B L S HS

EXERCISE:

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink SCLERAE anicteric MUSCLE MASS CYANOSIS ⊖ DISTRESS NUTRITION STATE good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS ⊖ tenderness
NECK: MASS LYMPH NODES ⊖ THYROID thyromegaly CAROTIDS ⊖ bruit
ENT: NOSE THROAT EAM TMS
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY ✓ (CLEAR) CREPS RONCHI
CVS: S1 ✓ S2 ✓ S3 ⊖ S4 ⊖ MURMUR(S) ⊖ JVP HJR PP
ABDO: MASS ⊖ TENDERNESS ⊖ HEPAR ⊖ SPLEEN ⊖ REBOUND ⊖ BS NABS CVA TENDERNESS ⊖ SCARS
GENITAL: MALE FEMALE TESTES
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNESS
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: EDEMA TENDERNESS WARM COOL DIAPHORETIC CYANOSED ULCERS
CNS/MENTAL: (ALERT) (ORIENTED) x3 MEMORY TREMORS TONE CRANIAL NERVES MOTOR (N)
OTHER: POWER SENSORY DTR RELAXATION PHASE TANDEM WALKING [illegible] RHOMBERS NYSTAGMUS ⊖ NYLEN-BARANY (+ve) PLANTARS

IMPRESSION:
1) HTN persistent
2) Allergic Rhinitis
3) Hypercholesterolemia
4) Vertigo ? PC

INVESTIGATIONS: FASTING NON-FASTING RETURN TODAY
CBC/DIFF B12 CXR; R&H FOLATE KUB; BMP SERUM FE EKG; CMP FERRITIN ABDO; LIPIDS PSA XRAY; LIVER 24HRCRCL STRESS; AST/AST 24HRPROT; PT UA; PTT MICRO; HBAIC MICRAL

PLAN: D/C Allegra D
Restart Allegra [illegible] [illegible]
Norvasc [illegible]
Start [illegible] 25 mg [illegible]

REFERRAL: FU: 1 2 3 4 5 6 ___ D W M Y LAB BP CK

2 wk

SIGNATURE: [signature]

Confidential, Subject to Protective Order

VB000029mdn

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

DATE OF BIRTH: 8-4-31

NAME: Mae Newton

NOTES

DATE 2-9-00

WT(LBS): 202 HT:
RESP: 18 /MIN
TEMP: 97.9 F
BP 148/90 P LOCATION RT ARM REG/IRREG LT ARM REG/IRREG SITTING / LYING STANDING 1 MIN STANDING 3-5 MIN

MEDICATION:
Premarin 0.625 mg qd
Tiazac 360 mg qd
Pravachol 20 mg qd
Celebrex 200 mg qd
Meclizine 25 mg qd
Allegra 60 mg BID
Microzide 12.5 mg qd

MEDICATION:

NURSES NOTES: CHIEF COMPLAINT: numbness going down left arm + hand last night - 0 other symptoms - also tingling up face

OTHER REASONS FOR VISIT: Has problem sleeping

SOCIAL HX: TOBACCO ETOH DRUGS MARRIED SINGLE WIDOWED LIVES ALONE

FAMILY HX: SIBS M MOM MOF F POM POF

ROS: CONSTITUTIONAL: APPETITE FEVER CHILLS NIGHT SWEATS WEIGHT LOSS / GAIN EASY FATIGUE TIREDNESS JAUNDICE PALLOR PRURITUS MALAISE

EPIDERMIS: RASH NAIL CHANGES HAIR CHANGE ABSCESS ULCER(S) BREAST MASS / TENDERNESS / DISCHARGE

CNS: HEADACHE SLURRED SPEECH LOSS OF CONSCIOUSNESS SYNCOPE CONFUSION DISORIENTED FALL WEAKNESS NUMBNESS DIZZINESS DIFFICULTY WALKING PINS & NEEDLES SEIZURES TREMORS DROWSINESS

ENT: SORE THROAT CONGESTION EARACHE POSTNASAL DRAINAGE

EYES: PAIN REDNESS SWELLING BLURRED / LOSS DOUBLE VISION

CHEST / CVS: COUGH SPUTUM SHORTNESS OF BREATH CHEST PAIN ANKLE / FOOT SWELLING PALPITATION CALF PAIN / SWELLING PND / ORTHOPNEA

MUSCULOSKELETAL: MYALGIA JOINT PAINS JOINT SWELLING INJURY BACK PAIN GOUT STIFFNESS

GASTROINTESTINAL: ABDO PAIN NAUSEA / VOMITING DIARRHEA CONSTIPATION MELENA/BLOOD COFFEE GROUNDS BM/DAY

GENITOURINARY: FREQ - D/N - DYSURIA LOIN PAIN HEMATURIA DISCHARGE STRAINING INCONTINENCE POOR STREAM VAGINAL BLEEDING PERIODS LMP POSTMENOPAUSAL TAH BSO

POLYURIA POLYPHAGIA THIRST

HISTORY OF PRESENT ILLNESS: H/o MVA ≥ 1995 - hit from behind + had whiplash injury by Dr [illegible] was seen by Dr Marne [illegible] for a while [illegible]

DIET: [illegible]

HS - told she can have a heartattack

EXERCISE: - had Cardiac - neg for CAD

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink SCLERA anicteric CYANOSIS ⊖ MUSCLE MASS DISTRESS NUTRITION STATE good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS
NECK: MASS LYMPH NODES THYROID CAROTIDS ⊖ bruit
ENT: NOSE THROAT EAR TM'S
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY CLEAR CREPS RONCHI
CVS: S1 ✓ S2 ✓ S3 ⊖ S4 ⊖ MURMUR(S) ⊖ JVP HJR PP
ABDO: MASS ⊖ TENDERNESS ⊖ HEPAR ⊖ SPLEEN ⊖ REBOUND BS NABS
GENITAL: MALE FEMALE TESTES CVA TENDERNESS ⊖ SCARS
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNES
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: EDEMA ⊖ TENDERNESS ×3 WARM COOL DIAPHORETIC CYANOSED ULCERS
CNS/MENTAL: ALERT ORIENTED MEMORY TREMORS TONE CRANIAL NERVES MOTOR
OTHER: POWER 4/4 SENSORY ✓ [illegible] DTR 2+ RELAXATION PHASE TANDEM WALKING ROMBERGS NYSTAGMUS NYLEN-BARANY [illegible] PLANTARS

IMPRESSION:
1) Cervical Radicul[illegible]
2) DDD
3) HTN [illegible]
4) Hyperglycemia

INVESTIGATIONS: FASTING NON-FASTING RETURN TODAY
CBC/DIFF B12 CXR
H&H FOLATE KUB
BMP SERUM FE EKG
CMP FERRITIN ABDO
LIPIDS PSA XRAY
LIVER 24HRCRCL STRESS
AST/AST 24HRPROT
PT UA RBG
PTT MICRO
HBA1C MICRAL

PLAN: Cervical C-Spine X-Rays ± MRI Spine. Motrin [illegible] watch [illegible] hyperglycemia

REFERRAL: FU: 1 (2) 3 4 5 6 ___ D (W) M Y LAB BP CK

SIGNATURE:

Re F/u BG's ± C-Spine x-rays

[signature]

Confidential, Subject to Protective Order

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE — PROGRESS NOTES — ENDOCRIN

NAME: Mae Newton DATE OF BIRTH: 8-4-31

DATE: 10-8-99 NOTES

WT(LBS): 208.5 HT:
RESP: 18 /MIN
TEMP: 96.0 F
BP 134/78 P 62 LOCATION: RT ARM REG/IRREG; LT ARM REG/IRREG; SITTING / LYING; STANDING 1 MIN; STANDING 3-5 MIN

MEDICATION: 684-0009

MEDICATION: Meds Baycol 20 mg qhs; Premarin 0.625 mg qd; Nolvadex? 20 mg po qd; Micronase? 12.5 qd; ✓ Celebrex 200 mg; Nasacort? 360 mg po qd; ✓ Allegra 60 mg po bid

NURSES NOTES: CHIEF COMPLAINT: follow-up c/o hurting ® side lightheadness insomnia

OTHER REASONS FOR VISIT:

ROS: CONSTITUTIONAL: APPETITE, FEVER, CHILLS, NIGHT SWEATS, WEIGHT LOSS / GAIN, EASY FATIGUE, TIREDNESS, JAUNDICE, PALLOR, PRURITUS, MALAISE

EPIDERMIS: RASH, NAIL CHANGES, HAIR CHANGE, ABSCESS, ULCER(S), BREAST MASS / TENDERNESS / DISCHARGE

CNS: HEADACHE, SLURRED SPEECH, LOSS OF CONSCIOUSNESS, SYNCOPE, CONFUSION, DISORIENTED, FALL, WEAKNESS, NUMBNESS, DIZZINESS, DIFFICULTY WALKING, PINS & NEEDLES, SEIZURES, TREMORS, DROWSINESS

ENT: SORETHROAT, CONGESTION, EARACHE, POST/NASAL DRAINAGE

EYES: PAIN, REDNESS, SWELLING, BLURRED / LOSS, DOUBLE VISION

CHEST / CVS: COUGH, SPUTUM, SHORTNESS OF BREATH, CHEST PAIN, ANKLE / FOOT SWELLING, PALPITATION, CALF PAIN / SWELLING, PND / ORTHOPNEA

MUSCULOSKELETAL: MYALGIA, JOINT PAINS, JOINT SWELLING, INJURY, BACK PAIN, GOUT, STIFFNESS

GASTROINTESTINAL: ABDO PAIN, NAUSEA / VOMITING, DIARRHEA, CONSTIPATION, MELENA/BLOOD, COFFEE GROUNDS, BM/DAY

GENITOURINARY: FREQ = D/N =, DYSURIA, LOIN PAIN, HEMATURIA, DISCHARGE, STRAINING, INCONTINENCE, POOR STREAM, VAGINAL BLEEDING, PERIODS, LMP, POSTMENOPAUSAL, TAH, BSO, POLYURIA, POLYPHAGIA, THIRST

SOCIAL HX: TOBACCO, ETOH, DRUGS, MARRIED, SINGLE, WIDOWED, LIVES ALONE

FAMILY HX: SIBS, M, MGM, MGF, F, PGM, PGF

HISTORY OF PRESENT ILLNESS: C/o episodes of lightheadedness [illegible] pills helps No CP or SOB No syncope
On [illegible] - [illegible] ® chest

DIET: B
HS
EXERCISE:

VB000043mdn

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink SCLERAE anicteric MUSCLE MASS CYANOSIS ⊖ DISTRESS NUTRITION STATE good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS
NECK: MASS LYMPH NODES THYROID CAROTIDS ⊖ bruit
ENT: NOSE THROAT EAM TM'S
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY (CLEAR) CREPS RONCHI
CVS: S1 ✓ S2 ✓ S3 ⊖ S4 ⊖ MURMUR(S) ⊖ JVP HJR PP
ABDO: MASS ⊖ TENDERNESS ⊖ HEPAR ⊖ SPLEEN ⊖ REBOUND BS NABS
GENITAL: MALE FEMALE TESTES CVA TENDERNESS SCARS
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNESS
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: EDEMA TENDERNESS WARM COOL DIAPHORETIC CYANOSED ULCERS
CNS/MENTAL: (ALERT) (ORIENTED) x3 MEMORY TREMORS TONE CRANIAL NERVES MOTOR
OTHER: POWER SENSORY DTR RELAXATION PHASE TANDEM WALKING RHOMBERS NYSTAGMUS NYLEN-BARANY PLANTARS

IMPRESSION:
1) HTN
2) OA
3) Hyperglycemia
4) UTI

INVESTIGATIONS: FASTING, NON-FASTING, RETURN, TODAY
CBC/DIFF, B12, CXR, H&H, FOLATE, KUB, BMP, SERUM FE, EKG, CMP, FERRITIN, ABDO, LIPIDS, PSA, XRAY, LIVER, 24HRCRCL, STRESS, AST/AST, 24HRPROT, PT, UA, PTT, MICRO, HBA1C, MICRAL — BG 14?

PLAN: Cipro 500 bid x 3 days
Maintain meds
Rx BM2

Confidential, Subject to Protective Order

REFERRAL: FU: (1) 2 3 4 5 6 ___ D (W) M Y LAB BP CK

Return next week fasting x2 for BG

SIGNATURE: [signature]

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE PROGRESS NOTES ENDOCRIN

NAME: Mae Dean Newton DATE OF BIRTH: 8/4/31

DATE NOTES

10/5/00

WT(LBS): 202 HT:
RESP: 18 /MIN
TEMP: 95.9 F
BP 120/80 P 78 LOCATION: RT ARM REG/IRREG; LT ARM REG/IRREG; SITTING/LYING; STANDING 1 MIN; STANDING 3-5 MIN

MEDICATION:
ASA
Allegra 60 - BID
Tiazac 420 mg - qd
Propoxy 100/650 - [illegible] PRN
Baycol 0.8 mg [illegible]
Premarin 0.625 - qd
Celebrex 200 - qd

MEDICATION:

NURSES NOTES: CHIEF COMPLAINT: Hard to breath @ pm. Earache, cough, sore throat

OTHER REASONS FOR VISIT:

SOCIAL HX: TOBACCO; ETOH; DRUGS; MARRIED; SINGLE; WIDOWED; LIVES ALONE

FAMILY HX: SIBS; M; MGM; MGF; F; PGM; PGF

ROS: CONSTITUTIONAL: APPETIT; FEVER; CHILLS; NIGHT SWEATS; WEIGHT LOSS / GAIN; EASY FATIGUE; TIREDNESS; JAUNDICE; PALLOR; PRURITUS; MALAISE

EPIDERMIS: RASH; NAIL CHANGES; HAIR CHANGE; ABSCESS; ULCER(S); BREAST MASS / TENDERNESS / DISCHARGE

CNS: HEADACHE; SLURRED SPEECH; LOSS OF CONSCIOUSNESS; SYNCOPE; CONFUSION; DISORIENTED; FALL; WEAKNESS; NUMBNESS; DIZZINESS; DIFFICULTY WALKING; PINS & NEEDLES; SEIZURES; TREMORS; DROWSINESS

ENT: SORETHROAT; CONGESTION; EARACHE; POST/NASAL DRAINAGE

EYES: PAIN; REDNESS; SWELLING; BLURRED / LOSS; DOUBLE VISION

CHEST / CVS: COUGH; SPUTUM; SHORTNESS OF BREATH; CHEST PAIN; ANKLE / FOOT SWELLING; PALPITATION; CALF PAIN / SWELLING; PND / — clear sputum

MUSCULOSKELETAL: MYALGIA; JOINT PAINS; JOINT SWELLING; INJURY; BACK PAIN; GOUT; STIFFNESS

GASTROINTESTINAL: ABDO PAIN; NAUSEA / VOMITING; DIARRHEA; CONSTIPATION; MELENA/BLOOD; COFFEE GROUNDS; BM/DAY — [illegible]

GENITOURINARY: FREQ - D/N - 4; DYSURIA; LOIN PAIN; HEMATURIA; DISCHARGE; STRAINING; INCONTINENCE; POOR STREAM; VAGINAL BLEEDING; PERIODS; LMP; POSTMENOPAUSAL; TAH; BSO

POLYURIA; POLYPHAGIA; THIRST

VB000058mdn

HISTORY OF PRESENT ILLNESS: [illegible] as above. [illegible] assoc [illegible] ... Allergies acting up [illegible] ... feels bloated [illegible] every meal. [illegible]

DIET: B [illegible] L [illegible] good at night S [illegible] HS [illegible]

EXERCISE: [illegible]

PHYSICAL EXAMINATION:
GENERAL: MUCOSA; SCLERAE [illegible]; MUSCLE MASS; CYANOSIS; DISTRESS; NUTRITION STATE [illegible]
HEAD: ATRAUMATIC; NORMOCEPHALIC; SINUS TENDERNESS
NECK: MASS; LYMPH NODES; THYROID; CAROTIDS
ENT: NOSE; THROAT; EAM; TMS
EYES: SCLERA; CORNEA; EOM; CONJ; LIDS; VF; PUPILS; FUNDI
CHEST: AIR ENTRY; CLEAR; CREPS; RONCHI
CVS: S1; S2; S3; S4; MURMUR(S); JVP; HJR; PP
ABDO: MASS; TENDERNESS; HEPAR; SPLEEN; REBOUND; BS; NABS
GENITAL: MALE; FEMALE; TESTES; CVA TENDERNESS; SCARS
PELVIC: VULVA; VAGINA; CERVIX; UTERUS; ADNEXA; MASS; TENDERNES
RECTAL: MASS; TENDERNESS; HEMORRHOIDS; STOOL; GUAIAC
EXTREMITIES: EDEMA; TENDERNESS; WARM; COOL; DIAPHORETIC; CYANOSED; ULCERS
CNS/MENTAL: ALERT; ORIENTED; MEMORY; TREMORS; TONE; CRANIAL NERVES; MOTOR
OTHER: POWER; SENSORY; DTR; RELAXATION PHASE; TANDEM WALKING; RHOMBERS; NYSTAGMUS; NYLEN-BARANY; PLANTARS

IMPRESSION:
1. [illegible]
2. [illegible]
3. Hypothyroid
4. HTN

INVESTIGATIONS: FASTING; NON-FASTING; RETURN TODAY
CBC/DIFF; B12; CXR; H&H; FOLATE; KUB; BMP; SERUM FE; EKG; CMP; FERRITIN; ABDO; LIPIDS; PSA; XRAY; LIVER; 24HRCRCL; STRESS; AST/ALT; 24HRPROT; UA; PTT; MICRO; HBAIC; MICRAL

PLAN: [illegible] ... [illegible]

REFERRAL: FU: 1 2 3 4 5 6 D W M Y LAB BP CK
D/C Baycol 0.8 mg [illegible]

SIGNATURE: [illegible]

Confidential, Subject to Protective Order

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE — PROGRESS NOTES — ENDOCRINE

NAME: Mae Dean Newton DATE OF BIRTH: 8/4/31

DATE: 1/25/01

NOTE

WT(LBS): 205 HT:
RESP: 18 /MIN
TEMP: 98 F
BP: 152/80 P: 72 LOCATION: RT ARM REG/IRREG; LT ARM REG/IRREG; SITTING/LYING; STANDING 1 MIN; STANDING 3-5 MIN

MEDICATION:
Tiazac 420 ↑ qd
Microzide 12.5 ↑ qd
Celebrex 200 ↑ qd
Baby ASA ↑ qd
Temazepam 30 ↑ qhs prn
Propoxy NAP/Apap 100/650 ↑ q6h prn
Allegra 60 ↑ BID

MEDICATION:
Premarin 0.625 ↑ qd
Baycol 0.4 ↑ qd

NURSES NOTES: CHIEF COMPLAINT: Preop H+P clearance
had vomiting spell last wk + since then pain in midsternal area + throat bothering her

OTHER REASONS FOR VISIT:

SOCIAL HX: ☐ TOBACCO ☐ ETOH ☐ DRUGS ☐ MARRIED ☐ SINGLE ☐ WIDOWED ☐ LIVES ALONE

FAMILY HX: SIBS M MGM MGF F PGM PGF

ROS: CONSTITUTIONAL: ☐ APPETIT ☐ FEVER ☐ CHILLS ☐ NIGHT SWEATS ☐ WEIGHT LOSS / GAIN ☐ EASY FATIGUE ☑ TIREDNESS ☐ JAUNDICE ☐ PALLOR ☐ PRURITUS ☐ MALAISE

EPIDERMIS: ☐ RASH ☐ NAIL CHANGES ☐ HAIR CHANGE ☐ ABSCESS ☐ ULCER(S) ☐ BREAST MASS / TENDERNESS / DISCHARGE

CNS: ☐ HEADACHE ☐ SLURRED SPEECH ☐ LOSS OF CONSCIOUSNESS ☐ SYNCOPE ☐ CONFUSION ☐ DISORIENTED ☐ FALL ☐ WEAKNESS ☐ NUMBNESS ☐ DIZZINESS ☐ DIFFICULTY WALKING ☐ PINS & NEEDLES ☐ SEIZURES ☐ TREMORS ☐ DROWSINESS

ENT: ☑ SORETHROAT ☐ CONGESTION ☐ EARACHE ☐ POST/NASAL DRAINAGE

EYES: ☐ PAIN ☐ REDNESS ☐ SWELLING ☐ BLURRED / LOSS ☐ DOUBLE VISION

CHEST / CVS: ☐ COUGH ☐ SPUTUM ☑ SHORTNESS OF BREATH ☐ CHEST PAIN ☐ ANKLE / FOOT SWELLING ☐ PALPITATION ☐ CALF PAIN / SWELLING ☐ PND /

MUSCULOSKELETAL: ☐ MYALGIA ☐ JOINT PAINS ☐ JOINT SWELLING ☐ INJURY ☐ BACK PAIN ☐ GOUT ☐ STIFFNESS

GASTROINTESTINAL: ☐ ABDO PAIN ☐ NAUSEA / VOMITING ☐ DIARRHEA ☐ CONSTIPATION ☐ MELENA/BLOOD ☐ COFFEE GROUNDS ___ BM/DAY
dysphagia

GENITOURINARY: FREQ = D/N = 4/
☐ DYSURIA ☐ LOIN PAIN ☐ HEMATURIA ☐ DISCHARGE ☐ STRAINING ☐ INCONTINENCE ☐ POOR STREAM ☐ VAGINAL BLEEDING
PERIODS ___ LMP ___
☐ POSTMENOPAUSAL ☐ TAH ☐ BSO
☐ POLYURIA ☐ POLYPHAGIA ☐ THIRST

HISTORY OF PRESENT ILLNESS: [illegible] as above
Due Cataract Surgery [illegible]
Sharp substernal pains on + off since last wk; Assoc c̄ nausea/vomiting after she [illegible] on [illegible] food
no [illegible] [illegible]

DIET: B L S HS

EXERCISE:

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pale SCLERAE anicteric MUSCLE MASS CYANOSIS ⊖ DISTRESS NUTRITION STATE good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS ⊖ [illegible]
NECK: MASS LYMPH NODES ⊖ Cyprus THYROID ⊖ Thyroid CAROTIDS ⊖ bruit
ENT: NOSE THROAT Ⓝ EAM TMS
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY ✓ CLEAR CREPS ⊖ RONCHI
CVS: S1 ✓ S2 ✓ S3 ⊖ S4 ⊖ MURMUR(S) ⊖ JVP HJR PP
ABDO: MASS ⊖ TENDERNESS ⊖ HEPAR ⊖ SPLEEN ⊖ REBOUND ⊖ BS NABS
GENITAL: MALE FEMALE TESTES CVA TENDERNESS ⊖ SCARS
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNES
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: EDEMA ⊖ TENDERNESS WARM COOL DIAPHORETIC CYANOSED ULCERS
CNS/MENTAL: ALERT ORIENTED x3 MEMORY TREMORS TONE CRANIAL NERVES MOTOR Ⓝ
OTHER: POWER SENSORY DTR 2+ RELAXATION PHASE TANDEM WALKING RHOMBERGS NYSTAGMUS NYLEN-BARANY PLANTARS

IMPRESSION:
1) HTN
2) Dysphagia
3) Shortness of breath
4) Preop clearance

INVESTIGATIONS: FASTING NON-FASTING RETURN TODAY
CBC/DIFF B12 CXR
H&H FOLATE KUB
BMP SERUM FE EKG (circled)
CMP FERRITIN ABDO
LIPIDS PSA XRAY
LIVER 24HRCRCL STRESS
AST/ALT 24HRPROT
PT UA
PTT MICRO
HBAIC MICRAL

PLAN:
1. Cleared for Eye Surgery under LA
2. Mod risk for CA
3. Needs Ba swallow [illegible]
Cardiac care

REFERRAL: FU: 1 2 3 4 5 6 ___ D W M Y LAB BP CK

SIGNATURE: [signature]

E-SERVED 07/08/04 05:41 PM ET Baycol MDL 1431

INTERNAL MEDICINE PROGRESS NOTES ENDOCRINE

NAME: Mae Dean Newton DATE OF BIRTH: 8/4/31

DATE NOTES

12/20/00

WT(LBS): 201 HT:
RESP: 18 /MIN
TEMP: 95. F
BP 179/92 P 84 LOCATION
RT ARM REG/IRREG
LT ARM REG/IRREG
SITTING / LYING
STANDING 1 MIN
STANDING 3-5 MIN

MEDICATION:
ASA
Allegra 60 BID
Tiazac 420 mg QD
Propoxy 100/650 q6° PRN
Baycol 80 QHS
Premarin 0.625 mg QD
Celebrex 200 QD

MEDICATION:

NURSES NOTES: CHIEF COMPLAINT: Cough & congestion

OTHER REASONS FOR VISIT:

SOCIAL HX: TOBACCO
ETOH DRUGS
MARRIED SINGLE WIDOWED
LIVES ALONE

FAMILY HX: SIBS
M MGM MGF
F PGM PGF

ROS: CONSTITUTIONAL: APPETITE good, FEVER, CHILLS, NIGHT SWEATS, WEIGHT LOSS / GAIN, EASY FATIGUE, TIREDNESS, JAUNDICE, PALLOR, PRURITUS, MALAISE
Coughed a few lbs

EPIDERMIS: RASH, NAIL CHANGES, HAIR CHANGE, ABSCESS, ULCER(S), BREAST MASS / TENDERNESS / DISCHARGE

CNS: HEADACHE, SLURRED SPEECH, LOSS OF CONSCIOUSNESS, SYNCOPE, CONFUSION, DISORIENTED, FALL, WEAKNESS, NUMBNESS, DIZZINESS, DIFFICULTY WALKING, PINS & NEEDLES, SEIZURES, TREMORS, DROWSINESS

ENT: SORETHROAT, CONGESTION, EARACHE, POST/NASAL DRAINAGE

EYES: PAIN, REDNESS, SWELLING, BLURRED / LOSS, DOUBLE VISION

CHEST / CVS: COUGH, SPUTUM, SHORTNESS OF BREATH, CHEST PAIN, ANKLE / FOOT SWELLING, PALPITATION, CALF PAIN / SWELLING, PND /

MUSCULOSKELETAL: MYALGIA, JOINT PAINS, JOINT SWELLING, INJURY, BACK PAIN, GOUT, STIFFNESS

GASTROINTESTINAL: ABDO PAIN, NAUSEA / VOMITING, DIARRHEA, CONSTIPATION, MELENA/BLOOD, COFFEE GROUNDS, BM/DAY

GENITOURINARY: FREQ - D/N - 4/7, DYSURIA, LOIN PAIN, HEMATURIA, DISCHARGE, STRAINING, INCONTINENCE, POOR STREAM, VAGINAL BLEEDING, PERIODS, LMP, POSTMENOPAUSAL, TAH, BSO
POLYURIA, POLYPHAGI, THIRST

VB000064mdn

HISTORY OF PRESENT ILLNESS: Cough + congestion x 3 wks. Taking Benadryl OTC
Cough white sputum in AM. Cloudy 3 wks.
Also HA [illegible] on the left cervical area
No fever, chills or SOB. wheezes a little. also [illegible]

DIET:
L
S
HS

EXERCISE: regular walking program

PHYSICAL EXAMINATION:
GENERAL: MUCOSAE pink SCLERAE anicteric MUSCLE MASS CYANOSIS ⊘ DISTRESS NUTRITION STATE good
HEAD: ATRAUMATIC NORMOCEPHALIC SINUS TENDERNESS
NECK: MASS LYMPH NODES ⊘ palpated THYROID ⊘ palpable CAROTIDS ⊘ bruit
ENT: NOSE THROAT hyperemic EAM TM'S Dull
EYES: SCLERA CORNEA EOM CONJ LIDS VF PUPILS FUNDI
CHEST: AIR ENTRY CLEAR CREPS ⊘ RONCHI ⊘
CVS: S1 ✓ S2 ✓ S3 ⊘ S4 ⊘ MURMUR(S) ⊘ JVP HJR PP
ABDO: MASS ⊘ TENDERNESS ⊘ HEPAR ⊘ SPLEEN ⊘ REBOUND ⊘ BS NABS
GENITAL: MALE FEMALE TESTES CVA TENDERNESS SCARS
PELVIC: VULVA VAGINA CERVIX UTERUS ADNEXA MASS TENDERNES
RECTAL: MASS TENDERNESS HEMORRHOIDS STOOL GUAIAC
EXTREMITIES: EDEMA ⊘ TENDERNESS WARM COOL DIAPHORETIC CYANOSED ULCERS
CNS/MENTAL: ALERT ORIENTED x3 MEMORY TREMORS TONE CRANIAL NERVES MOTOR ⊘
OTHER: POWER SENSORY DTR 2+ RELAXATION PHASE TANDEM WALKING
RHOMBERS NYSTAGMUS NYLEN-BARANY PLANTARS

IMPRESSION:
1. Acute Bronchitis
2. HTN [illegible]
3. Insomnia
4. Osteoarthritis.

INVESTIGATIONS: FASTING / NON-FASTING / RETURN / TODAY
CBC/DIFF B12 CXR
H&H FOLATE KUB
BMP SERUM FE EKG
CMP FERRITIN ABDO
LIPIDS PSA XRAY
LIVER 24HRCRCL STRESS
AST/ALT 24HRPROT
PT UA
PTT MICRO
HBAIC MICRAL

PLAN:
1. Z-Pak
2. Robitussin AC 1 tsp tid prn [illegible]
3. Restoril 30 mg #30 QHS prn

RBC ||

REFERRAL: FU: 1 2 3 4 5 6 ___ D W M Y LAB BP CK

SIGNATURE: [signature]

Meant to [illegible]
Symphony [illegible] - Tiazac + Celebrex

Confidential, Subject to Protective Order