**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114 regarding Plaintiffs who have not submitted the required Supplemental Discovery. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, Plaintiffs with the District of Minnesota case numbers 01-1594 to 02-4433 were required to serve upon Defendants completed Supplemental Discovery Disclosures by June 7, 2004. PTO 114 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose Supplemental Discovery Disclosure is still delinquent within 42 days of this deadline, and PTO 114 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 114, the parties have submitted a list of Plaintiffs who have not complied with their Supplemental Discovery obligation as of July

22, 2004. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 114 by August 10, 2004, 5:00 p.m., Central Daylight Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by August 10, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: July 27, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**EXHIBIT A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for PTO-114 Phase I Plaintiffs due 06/07/2004** **July 23, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Henson, Gertha Mae | 02-3853 | Alan Aleksander, Esq.<br>225 E. Carillo St. Suite 305<br>Santa Barbara CA 93101<br>Phone: 800/787-7571<br>Fax: 805/962-2461 |
| 2. | Keys, Harold E. | 02-0262 | Gordon Ball, Esq.<br>Ball and Scott Law Office<br>Bank of America Center<br>550 W. Main Avenue, Suite 750<br>Knoxville, TN 37902<br>Phone: 865/525-7028<br>Fax: 865/525-4679 |
| 3. | Perkins, James | 02-1356 | Dawn Barrios, Esq.<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras, #3650<br>New Orleans, LA 70139-6001<br>Phone: 504/524-3300<br>Fax: 504/524-3313 |
| 4. | Broom, Walter | 02-0126 | Melissa A. Prickett, Esq.<br>Beasley Allen Crow Methvin Portis & Miles PC<br>218 Commerce Street<br>Montgomery, AL 36104<br>Phone: 334/269-2343<br>Fax: 334/954-7555 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 5. | Black, Michael | 02-0199 | Harry F. Bell, Esq.<br>Bell & Bands PLLC<br>30 Capital Street<br>P.O. Box 1723<br>Charleston, WV 25326<br>Phone: 304/345-1700<br>Fax: 304/345-1715 |
| 6. | Collins, George F. (or McCollins) | 02-0199 | |
| 7. | Erickson, Gwen | 02-0197 | Haresh Bharti, Esq.<br>309 W. Republican<br>Seattle, WA 98119<br>Phone: 206/706-6400<br>Fax: 206/706-6401 |
| 8. | Johnson, John Daniel | 02-2971 | Keith Belt, Esq.<br>Bohanan & Belt<br>2151 Highland, Suite 310<br>Birmingham, AL 35285<br>Phone: 205/933-1500<br>Fax: 205/933-5500 |
| | | | |
| 9. | Bennett, Susan | 02-2117 | Johnna Hansen, Esq.<br>Booth & Koskoff<br>18411 S. Crenshaw Blvd.<br>Torrnace, CA 90504-0430<br>Phone: 310/515-1361<br>Fax: 310/217-8989 |
| 10. | Lemer, Robert H. | 02-2974 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 11. | Mitchell, Ina | 01-2402 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Blvd., NW<br>Albuquerque, NM 87104<br>Phone: 505/243-3500<br>Fax: 505/243-3534 |
| 12. | Williams, Hervey | 01-2402 | |
| 13. | Ciura, Mike | 02-3492 | |
| 14. | Davis, William Stanley | 02-3492 | |
| 15. | Divasto, Patricia | 02-3492 | |
| 16. | Goddard, William | 02-3492 | |
| 17. | Harp, Janice | 02-3492 | |
| 18. | Maes, Janet | 02-3492 | |
| 19. | Skarritt, Frank | 02-3492 | |
| 20. | Sweeten, Steven | 02-3492 | |
| 21. | Williams, Joseph | 02-1428 | Eugene C. Brooks, Esq.<br>Brooks Law Firm<br>P.O. Box 9545<br>Savannah, GA 31412<br>P: 912/233-9696<br>F: 912/232-8620 |
| 22. | Chamberlain, Odette | 02-1355 | A.J. Rebennack, Esq.<br>The Caluda and Rebennack Law Firm<br>1340 Poydras Street, Suite 2110<br>New Orleans, LA 70112<br>Phone: 504/586-0361<br>Fax: 504/522-5161 |
| 23. | DeJean, Janet | 02-1355 | |
| 24. | Hinton, Joyce | 02-1355 | |
| 25. | Shelvin, Viola | 02-1355 | |
| 26. | Crouch, Syble | 02-2114 | James T. Capretz, Esq.<br>Capretz & Associates<br>5000 Birch Street, Suite 2500<br>Newport Beach, CA 92660<br>Phone: 949/724-3000<br>Fax: 949/757-2635 |
| 27. | Lee, Dawkoon | 02-2114 | |
| 28. | Scaros, Mike | 02-2114 | |
| 29. | Selmon, Tom | 02-2114 | |
| 30. | Walker, Ann | 02-2114 | |
| 31. | Blacker, Rochelle | 02-3858 | |
| 32. | Curiel, Marcelo | 02-3858 | |
| 33. | Dusek, Dale, for Charley Wade, deceased | 02-3858 | |
| 34. | Fuller, Michelle | 02-3858 | |
| 35. | Gonzales, Domingo | 02-3858 | |
| 36. | Greer, Anna | 02-3858 | |
| 37. | Hillman, Richard | 02-3858 | |
| 38. | Justis, Edna | 02-3858 | |
| 39. | Kirk, Darlene | 02-3858 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 40. | Liebig, Dawnia | 02-3858 | |
| 41. | Marys, Mary | 02-3858 | |
| 42. | Villarreal, Helen, for Aurora Garcia, deceased | 02-3858 | |
| 43. | Wells, Phyllis | 02-3858 | |
| 44. | Carpenter, Lois | 02-3860 | |
| 45. | DeHaeseleer, Art | 02-3860 | |
| 46. | Fletcher, Ken | 02-3860 | |
| 47. | Markou, Nicolina | 02-3860 | |
| 48. | Singleton, Essie | 02-3860 | |
| 49. | McQuay, Dennis | 02-0540 | Steven A. Owings, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221<br>Phone: 501/312-8500<br>Fax: 501/312-8505 |
| 50. | Mallette, William | 02-3452 | |
| 51. | Holland, William | 02-4397 | |
| 52. | Stamps, John | 02-4397 | |
| 53. | Johnson, Rachel | 02-4398 | |
| 54. | Mitchell, Clara | 02-4398 | |
| 55. | Mauffray, Wanda | 02-0744 | Jennifer P. Burkes, Esq.<br>Clark & Burkes, PLLC<br>2108 23rd Avenue<br>Gulfport, MS 39501<br>Phone: 228/863-2945<br>228/863-2945<br>Fax: 228/864-5006 |
| 56. | McGee, Elizabeth | 02-0744 | |
| 57. | McGee, Victor | 02-0744 | |
| 58. | Orrill, Linda Sue | 02-2820 | John R. Climaco, Esq.<br>Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.<br>The Halle Building, 9th Floor<br>1228 Euclid Avenue<br>Cleveland, OH 44115<br>Phone: 216/621-8484<br>Fax: 216/771-1632 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 59. | Wilson, David Allen | 02-2820 | |
| 60. | Spain, Delores Jean, for William Orren Spain, deceased | 02-2821 | |
| 61. | Shanahan, Claire | 02-2822 | |
| 62. | Armstrong, Gerald | 02-3868 | |
| 63. | Borowski, Joan R. | 02-3866 | |
| 64. | Delgado, Margarito | 02-3866 | |
| 65. | Farrington, April | 02-3866 | |
| 66. | Files, Jason | 02-3866 | |
| 67. | Lewenfus, Sheldon | 02-3866 | |
| 68. | Maiden, Glen | 02-3866 | |
| 69. | Pasqua, Tom | 02-3866 | |
| 70. | Truex, Anthony | 02-3866 | |
| 71. | Wood, Joseph | 02-3866 | |
| 72. | McBride, Nancy | 02-3921 | |
| 73. | Hamilton, Danny | 02-3979 | |
| 74. | Edwards, Bettie | 02-4403 | |
| 75. | Glenn, Terry | 02-4403 | |
| 76. | Maxwell, David | 02-4403 | |
| 77. | Phillips, Arlene | 02-4403 | |
| 78. | Solomon, Beverly | 02-4403 | |
| 79. | Obrart, Rheta | 02-4402 | Max Sauler, Esq.<br>Bob Cohen & Associates<br>16000 Ventura Blvd., Suite 701<br>Encino, CA 91436<br>P: 818/986-3332<br>F: 818/986-5879 |
| 80. | Martin, Jean | 02-0153 | Bradley J. Sylvester, Esq.<br>David Danis Law Firm<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>T: 314/725-7700<br>F: 314/721-0905 |
| 81. | Eager, Lucille | 02-4118 | |
| 82. | Moser, Roselle | 02-4118 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 83. | Gautier, Lora | 01-2401 | Samuel L. Davis, Esq.<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>Phone: 201/907-5000<br>Fax: 201/692-0444 |
| 84. | Nicholson, Liscom | 02-4421 | Donald F. Hildre, Esq.<br>Dougherty, Hildre, Dudek, & Haklar<br>2550 Fifth Avenue<br>San Diego, CA 92103<br>Phone: 619/232-9131<br>Fax: 619/232-7317 |
| 85. | Forbes, John | 02-0758 | Gary A. Eaton<br>Attorney at Law<br>1717 East 15th Street<br>Tulsa, OK 74104<br>Phone: 918/743-8781<br>Fax: 918/744-0383 |
| 86. | Noto, Victor O. | 02-3978 | Eric J. O'Bell, Esq.<br>Fayard & Honeycutt<br>1530 LL&E Tower<br>New Orleans, LA 70112<br>Phone: 504/309-5005<br>Fax: 504/309-5006 |
| 87. | Smith, Carolyn S. | 02-3985 | |
| 88. | Pealer, James | 02-3986 | |
| 89. | Hammack, Earl B., Jr. | 02-3987 | |
| 90. | Henderson, Jean G. | 02-3988 | |
| 91. | Shelmire, Dianne J. | 02-3989 | |
| 92. | Smith, Jessie W. | 02-3990 | |
| 93. | Gibson, William F. | 02-4008 | |
| 94. | Mason, Ramona D. | 02-4009 | |
| 95. | Hamm, William H., Jr. | 02-4010 | |
| 96. | Foster, Judith K. | 02-4012 | |
| 97. | Foreman, James A. | 02-4014 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 98. | Hartman, Jack | 01-2406 | William B. Federman, Esq.<br>Federman & Sherwood<br>2720 First National Center<br>120 N. Robinson Avenue<br>Oklahoma City, OK 73102<br>Phone: 405/235-1560<br>Fax: 405/239-2112 |
| 99. | Dowling, Gloria | 01-2407 | |
| 100. | Presley, Tina C. | 02-0193 | |
| 101. | Therrien, George, Jr. | 02-3980 | Deborah M. Sulzer, Esq.<br>Gautheir, Downing LaBarre Beiser & Dean<br>3500 N. Hullen<br>Metaire, LA 70002<br>Phone: 504/456-8623<br>Fax: 504/456-8624 |
| 102. | Bonono, Joseph, Jr. | 02-3981 | |
| 103. | Smithe, Otis | 01-2384 | John C. Martland, Esq.<br>Gilman and Pastor, LLP<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>Phone: 781/231-7850<br>Fax: 781/231-7840 |
| 104. | Jones, George | 02-0198 | Brian A. Prim, Esq.<br>Goldberg, Persky, Jennings, White and Hostler<br>1108 Third Avenue, Suite 602<br>Huntington, WV 25701<br>Phone: 304/522-1087<br>Fax: 304/522-1089 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 105. | Latiolas, Diana F. | 02-3984 | Les H. des Bordes, Esq.<br>Hank des Bordes<br>7732 Goowood Blvd., Suite A<br>Baton Rouge, LA 70806<br>Phone: 225/248-850<br>Fax: 225/248-8522 |
| 106. | Morgan, Philip | 02-0549 | Michael R. Hugo, Esq.<br>Hugo & Pollack, LLP<br>440 Commercial Street<br>Boston, MA 02109<br>Phone: 617/973-9777<br>Fax: 617/589-0789 |
| 107. | Barnes, Charlotte | 02-3012 | Carroll H. Ingram, Esq.<br>Ingram & Associates<br>211 South 29th Avenue, Suite 201<br>Hattiesburg, MS 39401<br>Phone: 601/261-1385<br>Fax: 601/261-1393 |
| 108. | Benoit, Glenda | 02-3012 | |
| 109. | Cameron, Zelda | 02-3012 | |
| 110. | Castillo, Natasha | 02-3012 | |
| 111. | Clay, Wilbur | 02-3012 | |
| 112. | Cooper, Jerry | 02-3012 | |
| 113. | Couture, Greg | 02-3012 | |
| 114. | Crum, Ernest | 02-3012 | |
| 115. | Edwards, Ora | 02-3012 | |
| 116. | Esco, Loretha | 02-3012 | |
| 117. | Forbes, Robert | 02-3012 | |
| 118. | Frazier, Shirley | 02-3012 | |
| 119. | Gaines, Frances | 02-3012 | |
| 120. | Goldman, Danny | 02-3012 | |
| 121. | Harris, Hattie, for Steve Harris, deceased | 02-3012 | |
| 122. | Hinton, Minnie | 02-3012 | |
| 123. | Holleman, Irma Jean | 02-3012 | |
| 124. | Hullum, Mary | 02-3012 | |
| 125. | Ingram, Harrol | 02-3012 | |
| 126. | Jackson, Maggie | 02-3012 | |
| 127. | Jackson, Ned | 02-3012 | |
| 128. | Jennings, Velree | 02-3012 | |
| 129. | Jones, Bertha | 02-3012 | |
| 130. | Jordan, Ernest | 02-3012 | |
| 131. | Kemp, J.C. | 02-3012 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 132. | King, Marion | 02-3012 | |
| 133. | Leake, Opal | 02-3012 | |
| 134. | Lewis, Hazel | 02-3012 | |
| 135. | Lewis, Mary | 02-3012 | |
| 136. | Martin, James | 02-3012 | |
| 137. | McCain, Ty | 02-3012 | |
| 138. | McGehee, Margie | 02-3012 | |
| 139. | Murray, William | 02-3012 | |
| 140. | Nelson, Benjamin | 02-3012 | |
| 141. | Phillips, J.D. | 02-3012 | |
| 142. | Pierce, Lonnie | 02-3012 | |
| 143. | Reynolds, Clara | 02-3012 | |
| 144. | Scott, Denise | 02-3012 | |
| 145. | Smallwood, John | 02-3012 | |
| 146. | Temple, Aimee | 02-3012 | |
| 147. | Thomas, Opal | 02-3012 | |
| 148. | Toney, James | 02-3012 | |
| 149. | Veal, Essie | 02-3012 | |
| 150. | Vickers, Willard | 02-3012 | |
| 151. | Ware, Mary | 02-3012 | |
| 152. | Washington, Helen | 02-3012 | |
| 153. | Canter, Dolores | 01-2386 | John Yanchunis, Esq.<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>4830 W. Kennedy Blvd., Suite 550<br>Tampa, FL 33609<br>Phone: 813/286-4100<br>Fax: 813/286-4174 |
| 154. | Kalu, Michael Igwe | 02-3846 | Emelike I. Kalu, Esq.<br>Law Offices of Emelike I Kalu<br>3540 Wilshire Boulevard, Ph-7<br>Los Angeles, CA 90010<br>Phone: 213/480-4121<br>Fax: 213/480-4120 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 155. | McLeod, Malcolm | 02-3456 | Michael Woerner, Esq.<br>Keller Rohrbach<br>1201 Third Avenue, Ste 2300<br>Seattle WA 98091<br>Phone: 206-623-1900<br>Fax: 206-623-3384 |
| 156. | Kent, Brenda (Christiana Walters, deceased) | 02-2993 | Plaintiff pro se<br>Ms Brenda Kent<br>864 Oakwood Drive<br>Gretna, LA 70056 |
| 157. | Gorman, Mitch | 02-4404 | Shawn Khorrami, Esq.<br>Law Offices of Shawn Khorrami<br>14550 Haynes Street, Third Floor<br>Van Nuys, CA 91411<br>Phone: 818/947-5111<br>Fax: 818/947-5121 |
| 158. | Cullum, Gordon F. | 02-0921 | W.D. Masterson, Esq.<br>Kilgore & Kilgore, PLLC<br>3109 Carlisle St.<br>Dallas, TX 75204<br>Phone: 214/969-9099<br>Fax: 214/953-0133 |
| 159. | King, Thomas | 02-0152 | Clinton A. Krislov, Esq.<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606<br>Phone: 312/606-0500<br>Fax: 312/606-0207 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 160. | Mitz, Thomas | 02-0152 | |
| 161. | Sidwell, Mary | 02-0152 | |
| 162. | Garding, Nancy | 01-1871 | Shawn M. Raiter, Esq.<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55102<br>Phone: 651/312-6500<br>Fax: 651/312-6618 |
| 163. | Griffin, Patricia | 02-3875 | |
| 164. | Reaves, Orvilee | 02-3877 | |
| 165. | Kick, Nicholas | 02-3880 | |
| 166. | Martinez, Mary Lou | 02-3882 | |
| 167. | Mattera, Vincent | 02-3883 | |
| 168. | Armagost, Sandra | 02-3886 | |
| 169. | Mock, Gregory | 02-3887 | |
| 170. | Kunce, Lynn | 02-3889 | |
| 171. | Hessel, George | 02-3894 | |
| 172. | Farrin, Misae | 02-3898 | |
| 173. | Robinson, Mary Ann | 02-4007 | |
| 174. | Lebetz, Cecilia | 02-3941 | Michael J. Mortell, Esq.<br>Lewis, Mortell, & Lewis<br>1115 East Ocean Boulevard<br>Stuart, FL 34996<br>Phone: 772/286-7861<br>Fax: 772/288-2013 |
| 175. | Brotherton, Robert D. | 02-0139 | Richard M. Franco, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Phone: 415/956-1000<br>Fax: 415/956-1008 |
| 176. | Boyles, Laverne | 02-0179 | |
| 177. | Thompson, Julia A. | 02-0186 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 178. | Campbell, George | 02-0168 | Bruce D. Greenberg, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Phone: 973/623-3000<br>Fax: 973/623-0858 |
| 179. | Anderson, Luella | 02-1103 | Yvonne M. Flaherty, Esq.<br>Lockridge, Grindal, Nauen<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55401<br>Phone: 612/339-6900<br>Fax: 612/339-0981 |
| 180. | Miles, Dorris C. | 02-2123 | |
| 181. | Gluck, Armin | 02-2981 | |
| 182. | Toth, Geza | 02-2981 | |
| 183. | Smith, Wanda Rae | 02-3453 | |
| 184. | Gray, Daniel | 02-3454 | |
| 185. | Harrison, Lizzie | 02-3840 | |
| 186. | Guzman, Alfonso | 02-3861 | |
| 187. | Hague, Sally | 02-3861 | |
| 188. | Lester, Stan | 02-3861 | |
| 189. | Minicucci, Jean | 02-3861 | |
| 190. | Nicart, Nenita | 02-3861 | |
| 191. | Rappaport, Sara (or Rapoport) | 02-3861 | |
| 192. | Ledesma, Trinidad | 02-3863 | |
| 193. | Anunciation, Jennie | 02-3867 | |
| 194. | Davis, Jan Michael | 02-3867 | |
| 195. | Higgins, Georgianna | 02-3867 | |
| 196. | Judd, James | 02-3870 | |
| 197. | Stowe, Esther | 02-3870 | |
| 198. | Hardaway, Shirley | 02-3944 | |
| 199. | Trull, Rick | 02-4033 | |
| 200. | Claybrooks, Darryl | 02-4432 | |
| 201. | Ewing, Jerry | 02-4432 | |
| 202. | Gries, Elizabeth | 02-4432 | |
| 203. | Rule, Dorothy Mae | 02-4432 | |
| 204. | Gembarowicz, Z. Joseph | 02-4018 | Richard J. Lutzel, Esq.<br>Lutzel and Associates, PLLC<br>542 Williamson Road, Suite A<br>Mooresville, NC 28117<br>Phone: 704/799-3570<br>Fax: 704/799-3572 |
| 205. | Harmon, Paul R. | 02-4018 | |
| 206. | Jordan, Raymond R. | 02-4018 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 207. | Borden, Bill, for Patty A.<br><br>Borden, deceased | 02-1125 | Fred Misko, Jr, Esq.<br><br>Fred Misko, Jr., P.C.<br><br>3811 Turtle Creek Blvd., Suite 1000<br><br>Dallas, TX 75219<br><br>Phone: 214/443-8000<br><br>Fax: 214/443-8010 |
| 208. | Pervaiz, Kalid | 01-2388 | Kenneth B. Moll, Esq.<br><br>Kenneth B. Moll & Associates, Ltd.<br><br>Three First National Plaza, 54th Floor<br><br>Chicago, IL 60602<br><br>Phone: 312/558-6444<br><br>Fax: 312/558-1112 |
| 209. | Brand, Louis | 02-2989 | |
| 210. | Galasso, Salvatore | 01-2400 | Jay R. Rice, Esq.<br><br>Nagel Rice Dreifuss & Mazie<br><br>301 S. Livingston Avenue, Suite 201<br><br>Livingston, NJ 07039<br><br>Phone: 973/535-3100<br><br>Fax: 973/595-3373 |
| 211. | Zawada, Seymour | 02-0147 | Giovanni Nicosia, Esq.<br><br>Giovanni Nicosia, P.A.<br><br>8100 North University Drive, Suite 102<br><br>Ft. Lauderdale, FL 33321<br><br>Phone: 954/752-1213<br><br>Fax: 954/752-5299 |
| | | | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 212. | Burleigh, Kenneth | 02-0447 | Patrick W. Pendley, Esq.<br>Pendley Law Firm<br>24110 Eden Street<br>P.O. Box Drawer 71<br>Plaquemine, LA 70765<br>Phone: 225/687-6396<br>Fax: 225/687-6398 |
| 213. | Griffin, Ella Mae | 02-0447 | |
| 214. | Smith, Melissa Elaine | 01-2387 | Arthur Sadin, Esq.<br>Provost Umphrey Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, Texas 77701<br>Phone: 407/835-6000<br>Fax: 407/813-8612 |
| 215. | Gonzalez, Domingo Enrique | 02-0148 | |
| 216. | Ridgell, Mildred | 02-3940 | Plaintiff pro se<br>Ms Mildred Ridgell<br>6413 Kahana Way<br>Sarasota, FL 34241 |
| 217. | Rizzo, Anthony | 02-0150 | Kevin Rogers, Esq.<br>Attorney at Law<br>20 South Clark Street, Suite 2000<br>Chicago, IL 60603<br>Phone: 312/332-1188<br>Fax: 312/332-0192 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 218. | Kerman, Florence | 02-3488 | John Romano, Esq.<br>Romano, Eriksen, & Cronin<br>PO Box 21349<br>West Palm Beach, FL 33416<br>Phone: 561/533-6700<br>Fax: 561/533-1285 |
| 219. | DeBoard, Bonita, for Della Gross Haynes, deceased | 02-3952 | Darrell E. Sammons, Esq.<br>237 Second St.<br>P.O. Box 255<br>Pikeville, KY 41502<br>Phone: 606/432-6621 |
| 220. | Hollander, Elize | 02-2980 | Ron Gomez, Esq.<br>Law Offices of Frederico C. Sayre<br>900 N. Broadway, Suite 700<br>Santa Ana, CA 92701<br>Phone: 714/550-9117 |
| 221. | Kemp, Deborah | 02-0143 | Michael Shiffman, Esq.<br>Law Offices of Michael Shiffman<br>309 Oakridge Blvd., Suite B<br>Daytona Beach, FL 32118<br>Phone: 904/252-5560<br>Fax: 386/238-6999 |
| 222. | Wallace, Francis | 02-0437 | |
| 223. | Silas, Dorothy | 02-0439 | |
| 224. | Franceskino, Thomas | 02-3487 | |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 225. | Phillips, Agnes | 02-4401 | Marty Harper, Esq.<br>Shughart Thomson & Kilroy<br>One Columbus Plaza,<br>3636 North Central Ave.<br>Suite 1200, Phoenix, AZ 85012<br>Phone: 612/339-6900<br>Fax: 612/339-0981 |
| 226. | Costanza, Herman Charles | 02-0159 | W. Hugh Sibley, Esq.<br>Sibley Law Firm<br>One New North Street<br>P.O. Box 399<br>Greensburg, LA 70441<br>Phone: 225/222-6151<br>Fax: 225/222-6154 |
| 227. | Tynes, Rose | 02-3971 | |
| 228. | McClain, Stella | 02-3972 | |
| 229. | Cooper, Paula Denise | 02-3973 | |
| 230. | Alexander, Mary Ann | 02-3974 | |
| 231. | Carter, Roger D. | 02-3975 | |
| 232. | Robicheaux, Jerry J. | 02-3977 | |
| 233. | Isadore, Myrtis W. | 02-3991 | |
| 234. | McDowell, Gilda H. | 02-3992 | |
| 235. | McMorris, Vernon D. | 02-3993 | |
| 236. | Singleton, Roscoe | 02-3999 | |
| 237. | Vaughn, Wanda Martin | 02-4005 | |
| 238. | Dalessandro, John | 02-0151 | Stephen D. Oestreich, Esq.<br>Slotnick, Shapiro & Crocker, LLP<br>100 Park Avenue, 35th Floor<br>New York, NY 10017<br>Phone: 212/687-5000<br>Fax: 212/687-3080 |
| 239. | Meyers, Leon | 02-0175 | |
| 240. | Scharfman, George | 02-0175 | |
| 241. | Woods, Doyle | 01-2416 | John C. Evans, Esq.<br>Specter, Specter, Evans & Manogue, P.C.<br>Koppers Building, 26th Floor<br>Pittsburgh, PA 15219<br>Phone: 412/642-2300<br>Fax: 412/642-2309 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 242. | Batriz, Consuelo | 02-4410 | Don S. Strong, Esq.<br>Strong, Martin & Associates<br>2700 First National Center<br>120 North Robinson Avenue<br>Oklahoma City, OK 73102<br>Phone: 405 604 7500<br>Fax: 405 604 7503 |
| 243. | Martinez, Ysabel Burn | 02-4413 | |
| 244. | Latham, Maria D. | 02-4417 | |
| 245. | Ruiz, Mary | 02-4419 | |
| | | | |
| 246. | Smith, Jessie M. | 02-3960 | Lambert J. Hassinger, Esq.<br>Usry, Weeks, & Matthews<br>1717 St. Charles Avenue<br>New Orleans, LA 70130<br>Phone: 504/592-4600<br>Fax: 504/592-4641 |
| 247. | Brady, Georgiana | 02-3964 | |
| 248. | King, Viola | 02-3965 | |
| 249. | Trahan, Mary Jane | 02-3966 | |
| 250. | Ogden, Margaret | 02-3968 | |
| 251. | Washington, Yvette M. | 02-3969 | |
| 252. | Mosley, Clara V. | 02-3970 | |
| 253. | Lester, Gary | 02-0156 | Daniel J. Petroski, Esq.<br>Vahldiek, Cano & Petroski<br>1600 Smith, Suite 4050<br>Houston, TX 77002<br>Phone: 713/650-3200<br>Fax: 713/650-0251 |
| 254. | Blast, Erin Sue | 02-1360 | Jay C. Vecchio, Esq.<br>Vecchio & Vecchio<br>901 Avenue K<br>Grand Prairie, TX 75050<br>Phone: 972/647-1607<br>Fax: 972/647-4044 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 255. | Chennault, Leslie Ann | 02-1360 | |
| 256. | Collins, Jo Ellen | 02-1360 | |
| 257. | Nicholson, Brenda Kay | 02-1360 | |
| 258. | Wheelington, Greta Lee | 02-1360 | |
| 259. | Staples, Hugh | 02-0877 | Terry W. West, Esq.<br>The West Law Firm<br>124 W. Highland<br>P.O. Box 698<br>Shawnee, OK 74801<br>Phone: 405/275-0040<br>Fax: 405/275-0052 |
| 260. | Washburn, Eldon, Jr. | 02-0877 | |
| 261. | Wyatt, JoAnne | 02-0877 | |
| 262. | Barua, Himu | 02-0172 | Brian S. Cohen, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Phone: 212/545-4600<br>Fax: 212/545-4653 |
| 263. | Loughlin, Mary Anne | 02-0188 | Alfred G. Yates, Jr., Esq.<br>Law Office of Alfred G. Yates, Jr.<br>19 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Phone: 412/391-5164<br>Fax: 412/471-1033 |

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 264. | Weber, Ronald | 01-2389 | Thomas A. Zimmerman, Esq.<br>Zimmerman & Associates<br>100 West Monroe, Suite 1300<br>Chicago, IL 60603<br>P: 312/440-0020<br>F: 312/440-4180 |
| 265. | Dubberly, Raymond | 01-1594 | Ronald Goldser, Esq.<br>Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>Phone: 612/341-0400<br>Fax: 612/341-0844 |
| 266. | Ninneman, Mittie | 02-1053 | |
| 267. | Rausch, Larry | 02-1053 | |
| 268. | Quinn, Junoin | 02-3897 | |
| 269. | Reed, Jennifer | 02-3897 | |
| 270. | Lawson, James | 02-4024 | |
| 271. | Carr, Irma | 02-4027 | |
| 272. | Wade, Larry | 02-4033 | |
| 273. | Warren, Louis | 02-4035 | |
| 274. | Pickett, Gene | 02-4037 | |
| 275. | Coleman, Richard | 02-4039 | |
| 276. | DeBose, Edna | 02-4039 | |
| 277. | Hayes, Diana | 02-4039 | |
| 278. | Jennings, Charles | 02-4039 | |
| 279. | Rush, Carrie | 02-4039 | |
| 280. | Collins, Darrell | 02-4395 | |
| 281. | Aragon, Mary | 02-4405 | |
| 282. | Morse, Thelma | 02-4429 | |
| 283. | Simpson, David | 02-4433 | |
| 284. | Stroud, William | 02-4433 | |