**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to
All Actions

**O R D E R**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case; the requirements were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still delinquent 105 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such

cases with prejudice. Pursuant to PTO 81, the parties have submitted a list of Plaintiffs who have not complied with their discovery obligations as of August 2, 2004. These Plaintiffs are listed in Exhibit A to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by August 19, 2004.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by August 19, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: August 5, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

# Exhibit A

## CTO-36 & REMAND PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Braxton, Rosa H. | 04-1623 | Nancy Guy Armstrong, Esq.<br>Armstrong & Guy Law Offices, L.L.C.<br>626 Delaware Avenue<br>P.O. Box 1343<br>McComb, MS 39649<br>P: 601/ 684-8816<br>F: 601/684-7992 |
| 2. | Burke, Jo Ann | 04-1623 | |
| 3. | Carter, Leroy | 04-1623 | |
| 4. | Clack, Carolyn | 04-1623 | |
| 5. | Fields, Tommie Grace | 04-1623 | |
| 6. | Gordon, Freddie | 04-1623 | |
| 7. | Hudson, Beatrice | 04-1623 | |
| 8. | Pecanty, Mary Jane | 04-1623 | |
| 9. | Pettway, John | 04-1623 | |
| 10. | Redditt, Linda | 04-1623 | |
| 11. | Richardson, J.W. | 04-1623 | |
| 12. | Scott, Minnie | 04-1623 | |
| 13. | Thornton, Willie Roy | 04-1623 | |
| 14. | Townsend, Patsy | 04-1623 | |
| 15. | Baker, Kay | 04-1611 | Patrick D. McMurtray, Esq.<br>Frazer Davidson, P.A.<br>500 E. Capitol Street<br>Jackson, MS 39201<br>P: (601) 969-9999<br>F: (601) 969-0830 |
| 16. | Bryant, Inez | 04-1617 | |
| 17. | Bullock, Mary A. | 04-1617 | |
| 18. | Denson, Lois | 04-1607 | |
| 19. | Roberts, Charles, III | 04-1613 | |
| 20. | Stover, Brenda | 04-1614 | |
| 21. | Wiginton, James | 04-1612 | |

| | | | |
|---|---|---|---|
| 22. | Lemme, Mary | 04-1625 | Jonathan F. Marshall, Esq.<br>Law Offices of Jonathan Marshall<br>130 Maple Avenue<br>Building 9, Suite 9<br>Red Bank, NJ 07701<br>P: 732/ 450-8300<br>F: 732/ 450-8377 |
| 23. | Alverez, Steven | 04-1626 | Bradley Mainor, Esq.<br>Mainor Eglet Cottle<br>400 S. Fourth Street<br>Suite 600<br>Las Vegas, NV 89101<br>P: 702/ 450-5400<br>F: 702/ 450-5451 |
| 24. | Barcus, Richard | 04-1626 | |
| 25. | Barr, James | 04-1626 | |
| 26. | Bell, Don | 04-1626 | |
| 27. | Blaine, Richard | 04-1626 | |
| 28. | Britz, Richard | 04-1626 | |
| 29. | Burley, Scottie | 04-1626 | |
| 30. | Burnell, Roques | 04-1626 | |
| 31. | Caiazza, Norene | 04-1626 | |
| 32. | Carrubba, Josephine | 04-1626 | |
| 33. | Castaneda, Pedro | 04-1626 | |
| 34. | Costa, Sebastian | 04-1626 | |
| 35. | Cota, Elaine | 04-1626 | |
| 36. | D'Amor, Robert | 04-1626 | |
| 37. | Doyle, John | 04-1626 | |
| 38. | Edwards, Kathy | 04-1626 | |
| 39. | Elizondo, Sergio | 04-1626 | |
| 40. | Ellis, Mike | 04-1626 | |
| 41. | Eng, Bruce | 04-1626 | |
| 42. | Field, Isidor | 04-1626 | |
| 43. | Gesler, Judith | 04-1626 | |
| 44. | Gomes, Donald | 04-1626 | |
| 45. | Grover, Karen | 04-1626 | |

| | | | |
|---|---|---|---|
| 46. | Henley, Ernold | 04-1626 | |
| 47. | Immordine, Jacqueline | 04-1626 | |
| 48. | Johnson, Robert | 04-1626 | |
| 49. | Kitterle, August | 04-1626 | |
| 50. | Kruckenberg, Jerry | 04-1626 | |
| 51. | Lasser, Razelle | 04-1626 | |
| 52. | LeBlance, Marjorie | 04-1626 | |
| 53. | Lee, Edith | 04-1626 | |
| 54. | Lee, Harry | 04-1626 | |
| 55. | Leonard, Gary | 04-1626 | |
| 56. | Levine, Jack | 04-1626 | |
| 57. | Maddock, Jerry | 04-1626 | |
| 58. | Manocchio, Maria | 04-1626 | |
| 59. | McCluskey, Bruce | 04-1626 | |
| 60. | McCollum, Sonya | 04-1626 | |
| 61. | Mercado, Socorro | 04-1626 | |
| 62. | Murchison, John | 04-1626 | |
| 63. | Noble, Rosalie | 04-1626 | |
| 64. | Osley, George | 04-1626 | |
| 65. | Paladino, Dick | 04-1626 | |
| 66. | Phang, Larry | 04-1626 | |
| 67. | Pistilli, Aldo | 04-1626 | |
| 68. | Plink, Henriette | 04-1626 | |
| 69. | Ritzer, Hal | 04-1626 | |
| 70. | Rodriguez, Carlos | 04-1626 | |
| 71. | Scott, Shirley | 04-1626 | |
| 72. | Slonim, Rose | 04-1626 | |

| | | | |
|---|---|---|---|
| 73. | Wheeler, James | 04-1626 | |
| 74. | Whitehead, Katherine | 04-1626 | |
| 75. | Modica, Edward A., Sr. | 04-1624 | Andrew R. Bronsnick, Esq.<br>Nagel Rice & Mazie<br>301 South Livingston Avenue<br>Suite 201<br>Livingston, NJ 07039<br>P: 973/ 535-3100<br>F: 973/ 535-3373 |
| 76. | Abbott, Jacob | 03-4966 | David L. Strange, Jr., Esq.<br>PORTER & MALOUF, P.A.<br>825 Ridgeland Road<br>Ridgeland, Mississippi 39157<br>P: (601) 957-1173<br>F: (601) 957-7366 |
| 77. | Adams, Annie | 03-4966 | |
| 78. | Adams, WIlliam | 03-4946 | |
| 79. | Addison, Evelyn P. | 03-4956 | |
| 80. | Alvis, Kathy | 03-4946 | |
| 81. | Amos, Mary | 03-4983 | |
| 82. | Armstrong, Thomas | 03-4983 | |
| 83. | Ashley, Paula D. | 03-4966 | |
| 84. | Bailey, Elizabeth | 03-4983 | |
| 85. | Baker, Murrel | 03-4946 | |
| 86. | Ballenger, Mary | 03-4983 | |
| 87. | Barnes, Elfriede | 03-4966 | |
| 88. | Barr, Albert L. | 03-4946 | |
| 89. | Bass, James William | 03-4966 | |
| 90. | Belk, Arthur | 03-4946 | |
| 91. | Beverung, Anthony Joseph | 03-4966 | |
| 92. | Bibbs, Sammie | 03-4983 | |
| 93. | Bishop, Margie L. | 03-4983 | |
| 94. | Boone, Dorothy | 03-4966 | |
| 95. | Bowman, Robert F. | 03-4956 | |
| 96. | Boyd, Rosie | 03-4983 | |

| | | | |
|---|---|---|---|
| 97. | Bradley, Paul T. | 03-4966 | |
| 98. | Breland, Virginia C. | 03-4966 | |
| 99. | Brent, Sadie | 03-4983 | |
| 100. | Brewer, Shelba | 03-4966 | |
| 101. | Bridges, Delma | 03-4956 | |
| 102. | Brooks, Grace M. | 03-4956 | |
| 103. | Broussard, Roland J., Jr. | 03-4966 | |
| 104. | Brown, Betty J. | 03-4983 | |
| 105. | Brown, Margaret R. | 03-4983 | |
| 106. | Brown, Marvin, Sr. | 03-4983 | |
| 107. | Brown, Priscilla | 03-4983 | |
| 108. | Brown, Thomas | 03-4946 | |
| 109. | Bryant, Nelda | 03-4983 | |
| 110. | Burns, Robert | 03-4946 | |
| 111. | Burrough, William | 03-4983 | |
| 112. | Buttone, Leona Mary | 03-4966 | |
| 113. | Buttrey, Orville | 03-4946 | |
| 114. | Bynum, Billy J. | 03-4956 | |
| 115. | Bynum, Robert H. | 03-4983 | |
| 116. | Byrd, Carl | 03-4946 | |
| 117. | Cain, Bobby | 03-4956 | |
| 118. | Cain, Shirley | 03-4956 | |
| 119. | Cambre, Perrilynn | 03-4966 | |
| 120. | Cannon, Ruthie | 03-4983 | |
| 121. | Carr-Parker, Robbie Nell | 03-4983 | |
| 122. | Carter, Carolyn J. | 03-4966 | |
| 123. | Cartwright, Melzena | 03-4956 | |

| | | | |
|---|---|---|---|
| 124. | Chambers, Jackie | 03-4946 | |
| 125. | Chambers, Veda | 03-4983 | |
| 126. | Cheeks, Earlean | 03-4983 | |
| 127. | Chennault, Donnie | 03-4983 | |
| 128. | Christian, Ruby | 03-4983 | |
| 129. | Claybon, Rosie | 03-4956 | |
| 130. | Cleveland, Jewell | 03-4966 | |
| 131. | Cole, Betty | 03-4983 | |
| 132. | Coleman, Thomas | 03-4979 | |
| 133. | Cooley, James Carl, Jr. | 03-4983 | |
| 134. | Cooley, Lorenza | 03-4966 | |
| 135. | Cooley, Margie | 03-4983 | |
| 136. | Cooley, Mildred | 03-4966 | |
| 137. | Cooper, Georgie | 03-4983 | |
| 138. | Crawford, William | 03-4946 | |
| 139. | Crockett, Eugene, Jr. | 03-4966 | |
| 140. | Cummings, Maxine | 03-4956 | |
| 141. | Cupstid, Maudie | 03-4983 | |
| 142. | Dabit, Lamia | 03-4983 | |
| 143. | Daniels, Ernest Glen | 03-4956 | |
| 144. | Daughdrill, Felix S. | 03-4966 | |
| 145. | Daughtrey, Betty | 03-4983 | |
| 146. | Davis, Richard T., Jr. | 03-4983 | |
| 147. | Davis, Willie, Jr. | 03-4966 | |
| 148. | Dear, Billie | 03-4970 | |
| 149. | Deiorio, Joseph A., III | 03-4966 | |
| 150. | Denton, Herbert | 03-4946 | |

| | | | |
|---|---|---|---|
| 151. | Dixon, Anna | 03-4966 | |
| 152. | Dominick, Jason | 03-4983 | |
| 153. | Doss, Charles | 03-4983 | |
| 154. | Drake, Juanita J. | 03-4983 | |
| 155. | Dufloth, Lois Faye | 03-4966 | |
| 156. | Dunaway, Brett | 03-4956 | |
| 157. | Dykes, Mary | 03-4956 | |
| 158. | Edley, Thelma | 03-4983 | |
| 159. | Ellington, William | 03-4983 | |
| 160. | Ellis, Annie | 03-4966 | |
| 161. | Elrod, Faye | 03-4966 | |
| 162. | Erwin, Shirley M. | 03-4966 | |
| 163. | Evans, Bernice | 03-4983 | |
| 164. | Evans, Magelean | 03-4966 | |
| 165. | Evans, William Alvin, Jr. | 03-4966 | |
| 166. | Fanning, John | 03-4983 | |
| 167. | Ferguson, Mary Francis | 03-4983 | |
| 168. | Fields, William | 03-4946 | |
| 169. | Fisher, Clois | 03-4946 | |
| 170. | Fleming, Vida Lovelle | 03-4983 | |
| 171. | Foley, Dorothy B. | 03-4966 | |
| 172. | Foreman, Earl N. | 03-4946 | |
| 173. | Fortenberry, Charis | 03-4966 | |
| 174. | Fortune, Percy | 03-4983 | |
| 175. | Freman, Alice Ruth | 03-4966 | |
| 176. | Gamble, Bobbie | 03-4956 | |
| 177. | Gates, Andrew, Jr. | 03-4956 | |

| | | | |
|---|---|---|---|
| 178. | Gates, Minnie | 03-4983 | |
| 179. | Goss, Kathryn B. | 03-4983 | |
| 180. | Goudy, Bobbie | 03-4966 | |
| 181. | Graham, Sylvia Joyce | 03-4966 | |
| 182. | Graves, Elnora | 03-4983 | |
| 183. | Gray, Aaron | 03-4966 | |
| 184. | Gray, Eddie | 03-4946 | |
| 185. | Gray, Fannie | 03-4956 | |
| 186. | Gregory, Jimmie | 03-4946 | |
| 187. | Gregory, Tommy | 03-4946 | |
| 188. | Griffin, Essie | 03-4946 | |
| 189. | Grippando, Sarah | 03-4983 | |
| 190. | Guines, Bernice | 03-4983 | |
| 191. | Halbrook, John C. | 03-4956 | |
| 192. | Haley, James | 03-4946 | |
| 193. | Hammond, James R., Jr. | 03-4966 | |
| 194. | Hammond, Kathleen | 03-4983 | |
| 195. | Harpole, Frances | 03-4983 | |
| 196. | Harrelson, John | 03-4966 | |
| 197. | Harris, Charles Lloyd | 03-4966 | |
| 198. | Harrison, Mrs. Jimmie | 03-4983 | |
| 199. | Hartfield, Loretta Joyce | 03-4966 | |
| 200. | Hawker, Jannie | 03-4966 | |
| 201. | Henderson, Laura | 03-4983 | |
| 202. | Henderson, Margie | 03-4966 | |
| 203. | Hendricks, Brenda | 03-4983 | |
| 204. | Herrington, Bill | 03-4983 | |

| | | | |
|---|---|---|---|
| 205. | Herrington, Lerlene | 03-4983 | |
| 206. | Hester, Frank O. | 03-4966 | |
| 207. | Hester, Rositta R. | 03-4966 | |
| 208. | Hewitt, Susan H. | 03-4956 | |
| 209. | Hicks, Emma | 03-4966 | |
| 210. | Hill, Charles | 03-4966 | |
| 211. | Hill, Doris | 03-4983 | |
| 212. | Hill, Willie | 03-4983 | |
| 213. | Hinton, Wanda | 03-4966 | |
| 214. | Hodnett, Ruth | 03-4983 | |
| 215. | Holliman, Karen | 03-4966 | |
| 216. | Hollingsworth, Leon | 03-4966 | |
| 217. | Holmes, Audrey | 03-4966 | |
| 218. | Holmes, Patsy | 03-4983 | |
| 219. | Horton, Mary | 03-4983 | |
| 220. | Huff, Mary | 03-4983 | |
| 221. | Hughes, Ruby | 03-4956 | |
| 222. | Hurlbert, Hupert | 03-4966 | |
| 223. | Ingram, Lois | 03-4966 | |
| 224. | Jackson, Kimberly R. | 03-4966 | |
| 225. | Jarred, June | 03-4966 | |
| 226. | Jennings, James J. | 03-4966 | |
| 227. | Jermyn, James V. | 03-4966 | |
| 228. | Johnson, Larry Gale | 03-4966 | |
| 229. | Johnson, Rose | 03-4983 | |
| 230. | Jones, Ellen Evans | 03-4966 | |
| 231. | Jones, Mae | 03-4983 | |

| | | | |
|---|---|---|---|
| 232. | Jones, Minnie | 03-4946 | |
| 233. | Keenum, Debbie | 03-4946 | |
| 234. | Keith, Alma | 03-4983 | |
| 235. | Kelly, Clarence, Jr. | 03-4983 | |
| 236. | Ketchum, Lorene | 03-4983 | |
| 237. | Keys, Odessa | 03-4983 | |
| 238. | Kinard, Ted, Sr. | 03-4946 | |
| 239. | King, Robert | 03-4983 | |
| 240. | Kreutzer, Ethel | 03-4966 | |
| 241. | Kunz, Agnes P. | 03-4966 | |
| 242. | Lacey, Dianne | 03-4956 | |
| 243. | Lancaster, Ronja | 03-4946 | |
| 244. | Lassiter, Ruby | 03-4983 | |
| 245. | Lee, David | 03-4983 | |
| 246. | Leflamme, Ottavia | 03-4966 | |
| 247. | Leggett, Deloris | 03-4983 | |
| 248. | Lester, Jerry | 03-4983 | |
| 249. | Lirette, Cynthia (Cindy) | 03-4966 | |
| 250. | Lowery, Jonah | 03-4966 | |
| 251. | Mansell, Geneva | 03-4966 | |
| 252. | Marbury, Curtis | 03-4983 | |
| 253. | Martin, Claudia | 03-4956 | |
| 254. | Martin, John | 03-4983 | |
| 255. | Mason, Melvin | 03-4983 | |
| 256. | Mauffray, Emily Laverne | 03-4966 | |
| 257. | McCoy, Charlie | 03-4983 | |
| 258. | McCullum, Matthew | 03-4966 | |

| | | | |
|---|---|---|---|
| 259. | McDaniel, Elizabeth A. | 03-4966 | |
| 260. | McDougal, Elnora | 03-4983 | |
| 261. | McGlawn, Donice | 03-4983 | |
| 262. | McGregor, Charles | 03-4946 | |
| 263. | McMullen, Billy | 03-4956 | |
| 264. | Merritt, Doris | 03-4966 | |
| 265. | Meyer, Renkert, Jr. | 03-4966 | |
| 266. | Mills, Glenda | 03-4966 | |
| 267. | Morgan, Howard | 03-4946 | |
| 268. | Murphy, Ursula | 03-4966 | |
| 269. | Necaise, Mildred | 03-4966 | |
| 270. | Nichols, Earl | 03-4983 | |
| 271. | Nichols, Steve | 03-4956 | |
| 272. | Nicholson, Katherine | 03-4966 | |
| 273. | Nobles, Elva M. | 03-4966 | |
| 274. | Odies, David | 03-4983 | |
| 275. | Odom, Kenneth, Sr. | 03-4966 | |
| 276. | Orr, Stanford L., Jr. | 03-4966 | |
| 277. | Padget, Gladys | 03-4983 | |
| 278. | Parker, John | 03-4966 | |
| 279. | Payne, Mary | 03-4983 | |
| 280. | Payton, Richard | 03-4983 | |
| 281. | Peavey, Luke A. | 03-4966 | |
| 282. | Pernell, Mayes | 03-4983 | |
| 283. | Perrot, Sandra E. | 03-4966 | |
| 284. | Pevey, Chrystille | 03-4956 | |
| 285. | Platt, Rose Marie | 03-4983 | |

| | | | |
|---|---|---|---|
| 286. | Porter, Lillie | 03-4983 | |
| 287. | Ports, Corrine E. | 03-4966 | |
| 288. | Posey, Della | 03-4983 | |
| 289. | Purchner, Wayne | 03-4966 | |
| 290. | Purvis, Billy | 03-4983 | |
| 291. | Radcliff, Joseph | 03-4966 | |
| 292. | Ramsey, Clara L. | 03-4966 | |
| 293. | Randall, Ezzie | 03-4983 | |
| 294. | Ratliff, Henrietta | 03-4983 | |
| 295. | Rawls, Geneva | 03-4983 | |
| 296. | Ray, Margaret | 03-4946 | |
| 297. | Reed, Faye H. | 03-4983 | |
| 298. | Reith, Olympe (Lynn) | 03-4966 | |
| 299. | Repulse, James | 03-4983 | |
| 300. | Rettrowski, Carolyn M. | 03-4966 | |
| 301. | Roberts, John Henry | 03-4966 | |
| 302. | Roberts, Loretta M. | 03-4966 | |
| 303. | Robinson, Lugenia | 03-4966 | |
| 304. | Roby, Glady (Carolyn) | 03-4983 | |
| 305. | Rumyan, Patricia | 03-4970 | |
| 306. | Sanders, Charles | 03-4983 | |
| 307. | Self, Jesse | 03-4966 | |
| 308. | Sharber, Ada | 03-4983 | |
| 309. | Shepherd, Raymond | 03-4946 | |
| 310. | Sherman, Thomas | 03-4966 | |
| 311. | Sifuentes, Vaan | 03-4946 | |
| 312. | Sims, Mary Jen | 03-4983 | |

| | | | |
|---|---|---|---|
| 313. | Smith, Bermell | 03-4966 | |
| 314. | Smith, Dennis M. | 03-4983 | |
| 315. | Smith, Faye | 03-4983 | |
| 316. | Smith, Ida M. | 03-4966 | |
| 317. | Smith, Jimmy | 03-4983 | |
| 318. | Smith, Lois B. | 03-4966 | |
| 319. | Smith, Mike C. | 03-4966 | |
| 320. | Smith, W.D. | 03-4946 | |
| 321. | Spencer, Steven (Dale) | 03-4983 | |
| 322. | Stewart, Mary | 03-4970 | |
| 323. | Strickland, Martha | 03-4966 | |
| 324. | Sumrall, James | 03-4966 | |
| 325. | Sumrall, James H. | 03-4956 | |
| 326. | Sutton, Bettye Jean | 03-4966 | |
| 327. | Swilley, Bernice | 03-4970 | |
| 328. | Tapper, Lysa Mayre | 03-4966 | |
| 329. | Taylor, Zeria | 03-4956 | |
| 330. | Thomas, Ora | 03-4946 | |
| 331. | Thomas, Percy | 03-4983 | |
| 332. | Thrash, Kinner (Mrs.) | 03-4966 | |
| 333. | Tisdale, A.L. | 03-4966 | |
| 334. | Triplett, Andrew M. | 03-4956 | |
| 335. | Triplett, Angela | 03-4966 | |
| 336. | Turner, Helen L. | 03-4983 | |
| 337. | Waldo, Ilene | 03-4946 | |
| 338. | Walker, Nancy N. | 03-4966 | |
| 339. | Walter, Sue | 03-4983 | |

| | | | |
|---|---|---|---|
| 340. | Warren, James E. | 03-4966 | |
| 341. | Washington, Arthur | 03-4983 | |
| 342. | Watkins, Donald Ray | 03-4970 | |
| 343. | Watts, Gail O. | 03-4966 | |
| 344. | Weeks, Doris | 03-4946 | |
| 345. | Welch, Margrette | 03-4946 | |
| 346. | Wells, Paul Dennis | 03-4966 | |
| 347. | West, Christine | 03-4966 | |
| 348. | West, Cora | 03-4946 | |
| 349. | West, Pauline | 03-4966 | |
| 350. | White, James | 03-4983 | |
| 351. | White, Ruth | 03-4983 | |
| 352. | Whitehead, Warren T., Sr. | 03-4966 | |
| 353. | Whittle, Bervena F. | 03-4966 | |
| 354. | Williams, Joann | 03-4983 | |
| 355. | Williams, Jones | 03-4983 | |
| 356. | Williams, Ralph | 03-4966 | |
| 357. | Wilson, Carolyn | 03-4966 | |
| 358. | Yates, Eva | 03-4966 | |
| 359. | Barnes, Robert | 04-1644 | Don Strong, Esq.<br>Strong Martin & Associates<br>2700 First National Center<br>120 North Robinson<br>Oklahoma City, OK 73102<br>P: 405/ 604-7500<br>F: 405/ 604-7503 |

| | | | |
|---|---|---|---|
| 360. | McKinney, Gabbie | 04-1656 | Ted B. Lyon, Jr., Esq.<br>Ted B. Lyon, Jr.<br>Town East Tower, Suite 525<br>18601 LBJ Freeway<br>Mesquite, TX 75150<br>P: (972) 279-6571<br>F: (972) 279-3021 |
| 361. | Adams, Carolyn | 04-1641 | Paul Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>P: (212) 558-5500<br>F: (212) 344-5461 |
| 362. | Adams, Patricia | 04-1635 | |
| 363. | Adams, Ronnie | 04-1638 | |
| 364. | Altizer, Patricia | 04-1633 | |
| 365. | Alvarez, Frances | 04-1641 | |
| 366. | Atcha, Yahya | 04-1635 | |
| 367. | Bailey, H. | 04-1641 | |
| 368. | Baker, Betty | 04-1641 | |
| 369. | Baldwin, Marilyn | 04-1638 | |
| 370. | Ballard, Julia | 04-1641 | |
| 371. | Banks, Alice | 04-1635 | |
| 372. | Barber, Shirley | 04-1636 | |
| 373. | Barnes, Linda | 04-1641 | |
| 374. | Barron, Airebella | 04-1638 | |
| 375. | Bate, Vicky | 04-1630 | |
| 376. | Battles, Charles | 04-1641 | |
| 377. | Bauer, Glen | 04-1641 | |
| 378. | Bitner, Mary | 04-1637 | |
| 379. | Bittenbender, Michael | 04-1636 | |
| 380. | Bittinger, Randy | 04-1641 | |
| 381. | Black, Judy | 04-1641 | |
| 382. | Boice, Linda | 04-1641 | |
| 383. | Boltz, Eileen | 04-1632 | |

| | | | |
|---|---|---|---|
| 384. | Bourke, Kathleen | 04-1636 | |
| 385. | Boyle, Joseph, III | 04-1637 | |
| 386. | Branson, Dorothy | 04-1638 | |
| 387. | Brenfleck, George | 04-1637 | |
| 388. | Briggs, Marjorie | 04-1641 | |
| 389. | Brooks, Ralph | 04-1641 | |
| 390. | Brown, Alice | 04-1633 | |
| 391. | Brown, Jacquelyn | 04-1641 | |
| 392. | Brown, Todd | 04-1636 | |
| 393. | Buchanan, Christine | 04-1641 | |
| 394. | Buck, Wanda | 04-1641 | |
| 395. | Burnett, Delmer | 04-1641 | |
| 396. | Butler, Eddie | 04-1637 | |
| 397. | Cady, Darlene | 04-1634 | |
| 398. | Campos, David | 04-1641 | |
| 399. | Carlson, Elizabeth | 04-1641 | |
| 400. | Carney, June | 04-1641 | |
| 401. | Caro, Cassie | 04-1641 | |
| 402. | Carrillo, Henrietta | 04-1641 | |
| 403. | Carter, Donald | 04-1641 | |
| 404. | Chapman, Gertrude | 04-1638 | |
| 405. | Chong, Tong | 04-1638 | |
| 406. | Clark, Deborah | 04-1638 | |
| 407. | Clark, Gladys | 04-1636 | |
| 408. | Colegate, Margaret | 04-1629 | |
| 409. | Coleman, Jessie | 04-1634 | |
| 410. | Coleman, Michael | 04-1635 | |

| | | | |
|---|---|---|---|
| 411. | Coley, Roland | 04-1641 | |
| 412. | Coley, Veda | 04-1641 | |
| 413. | Comitz, Johanna | 04-1636 | |
| 414. | Contreras, Anthony | 04-1641 | |
| 415. | Cordeiro, Joseph | 04-1641 | |
| 416. | Cosner, Doug | 04-1642 | |
| 417. | Craig, Marguerite | 04-1637 | |
| 418. | Crain, Terry | 04-1636 | |
| 419. | Cummings, Scott | 04-1636 | |
| 420. | Curtis, ???<br><br>referred to in the text of complaint not caption | 04-1636 | |
| 421. | Dahl, Donald | 04-1641 | |
| 422. | Dalcin, James | 04-1641 | |
| 423. | Dalton, Eloise | 04-1633 | |
| 424. | Daniels, Howard, Sr. | 04-1637 | |
| 425. | de Paz, Guillermo | 04-1641 | |
| 426. | Dean, Joe | 04-1641 | |
| 427. | Dennis, Kendall | 04-1628 | |
| 428. | DeTuro, Frank | 04-1641 | |
| 429. | Dickey, Ella | 04-1637 | |
| 430. | Dominguez, Mary | 04-1640 | |
| 431. | Driskill, Shirley | 04-1638 | |
| 432. | Duque, David | 04-1636 | |
| 433. | Dykstra, Francis | 04-1640 | |
| 434. | Elkouri, Neta | 04-1638 | |
| 435. | Ellis, Edna | 04-1640 | |

| | | | |
|---|---|---|---|
| 436. | Estrada, Carlos | 04-1640 | |
| 437. | Evans, Dan | 04-1636 | |
| 438. | Fannin, Jerry | 04-1630 | |
| 439. | Fee, Douglas | 04-1641 | |
| 440. | Felix, Edward | 04-1640 | |
| 441. | Fello, Gloria | 04-1638 | |
| 442. | Ferguson, Emma | 04-1633 | |
| 443. | Ferguson, Scott | 04-1640 | |
| 444. | Finch, Jean | 04-1632 | |
| 445. | Fischer, Robert | 04-1640 | |
| 446. | Flatt, Glenn | 04-1640 | |
| 447. | Foreman, Joan | 04-1637 | |
| 448. | Foster, Frances | 04-1637 | |
| 449. | Fouty, Richard | 04-1629 | |
| 450. | Franklin, Otis | 04-1638 | |
| 451. | Frias, Phyliss | 04-1631 | |
| 452. | Fulcher, Joan | 04-1628 | |
| 453. | Gagnon, Louise | 04-1640 | |
| 454. | Galayda, Pat | 04-1631 | |
| 455. | Gallegos, Joe | 04-1640 | |
| 456. | Gann, Dixie | 04-1628 | |
| 457. | Gardner, Jimmie | 04-1638 | |
| 458. | Geary, Stephanie | 04-1636 | |
| 459. | Gecht, Jack | 04-1635 | |
| 460. | Gilpatrick, Stanley | 04-1630 | |
| 461. | Goddard, Gail | 04-1640 | |
| 462. | Gomez, Leopoldo | 04-1640 | |

| | | | |
|---|---|---|---|
| 463. | Gonzales, Michael | 04-1634 | |
| 464. | Gracia, Helen | 04-1640 | |
| 465. | Greggory, Kenneth | 04-1640 | |
| 466. | Greggory, William | 04-1640 | |
| 467. | Guyton, Bobby | 04-1640 | |
| 468. | Haas, Lorene | 04-1636 | |
| 469. | Hachten-Kritzmire, Kay | 04-1636 | |
| 470. | Hafley, Carla | 04-1642 | |
| 471. | Haley, Russell | 04-1638 | |
| 472. | Hammell, Ruth | 04-1637 | |
| 473. | Hanna, James, Sr. | 04-1628 | |
| 474. | Harlev, Alfred | 04-1640 | |
| 475. | Harmon, Don | 04-1638 | |
| 476. | Hartline, Catherine | 04-1640 | |
| 477. | Haviland, Lupe | 04-1640 | |
| 478. | Herman, Alden | 04-1640 | |
| 479. | Hernandez, Robert | 04-1640 | |
| 480. | Hertaus, Florence | 04-1640 | |
| 481. | Hill, William | 04-1633 | |
| 482. | Hinojosa, Ralph, Jr. | 04-1640 | |
| 483. | Holmes, Rosalie | 04-1637 | |
| 484. | Hooey, Desmond | 04-1640 | |
| 485. | Hopkins, Renalda | 04-1638 | |
| 486. | Howard, Delores | 04-1637 | |
| 487. | Howe, Joanne | 04-1636 | |
| 488. | Hugall, Jean | 04-1642 | |
| 489. | Huggins, Mae | 04-1640 | |

| | | | |
|---|---|---|---|
| 490. | Hughley, Muriel | 04-1637 | |
| 491. | Hussain, Amjad | 04-1636 | |
| 492. | Huston, Rhonda | 04-1630 | |
| 493. | Hyman-Figy, Bonnie | 04-1640 | |
| 494. | Irvin, Mary | 04-1632 | |
| 495. | Jaime, Francisco | 04-1640 | |
| 496. | Janssen, Patricia | 04-1640 | |
| 497. | Jennings, Alice | 04-1635 | |
| 498. | Jensen, Kent | 04-1630 | |
| 499. | Jiron, Gerald | 04-1640 | |
| 500. | Johnson, Dalcie | 04-1640 | |
| 501. | Johnson, Edward | 04-1640 | |
| 502. | Johnson, Lucy | 04-1631 | |
| 503. | Johnson, Ruby | 04-1633 | |
| 504. | Jolly, Patrick | 04-1637 | |
| 505. | Jones, Gail | 04-1640 | |
| 506. | Jones, Rita | 04-1628 | |
| 507. | Jones, Velma | 04-1628 | |
| 508. | Juarez, Alex | 04-1640 | |
| 509. | Justice, Jewell | 04-1629 | |
| 510. | Kalayilparampil, Achiamma | 04-1638 | |
| 511. | Kamchi, Jerry | 04-1640 | |
| 512. | Kanya, Joan | 04-1637 | |
| 513. | Kelley, Harold | 04-1637 | |
| 514. | Kimp, Earlene | 04-1635 | |
| 515. | King, Gary | 04-1628 | |
| 516. | Kirby, Joe | 04-1639 | |

| | | | |
|---|---|---|---|
| 517. | Kissinger, Patrick | 04-1637 | |
| 518. | Kitchens, Andrew | 04-1635 | |
| 519. | Koester, Martin | 04-1634 | |
| 520. | Kogen, Howard | 04-1636 | |
| 521. | Kolodziej, Alex | 04-1636 | |
| 522. | Kramer, Roy | 04-1637 | |
| 523. | Krebs, Christine | 04-1630 | |
| 524. | Kresse, Joseph | 04-1639 | |
| 525. | Kuhn, Ronald | 04-1641 | |
| 526. | Kunz, Delphine | 04-1639 | |
| 527. | Landry, George | 04-1639 | |
| 528. | Langworthy, Cindy | 04-1639 | |
| 529. | Lannan, Larry | 04-1629 | |
| 530. | Larter, Marlene | 04-1639 | |
| 531. | Larter, Wayne | 04-1639 | |
| 532. | Leach, Melvin | 04-1628 | |
| 533. | Leadley, Bernice | 04-1631 | |
| 534. | Lehman, Ronald | 04-1629 | |
| 535. | Leigh, Ronald | 04-1629 | |
| 536. | Leuzzi, Louis | 04-1636 | |
| 537. | Levandoski, Audrey | 04-1637 | |
| 538. | Lewis, Benjamin | 04-1639 | |
| 539. | Lewis, Wayne | 04-1628 | |
| 540. | Lippincott, Donald | 04-1637 | |
| 541. | Lloyd, Mary | 04-1629 | |
| 542. | Lockwood, Harriet | 04-1636 | |
| 543. | Lodico, David | 04-1639 | |

| | | | |
|---|---|---|---|
| 544. | Lohstroh, Kenneth | 04-1639 | |
| 545. | Luban, Lana | 04-1639 | |
| 546. | Luckett, Lucien | 04-1639 | |
| 547. | Lukenbill, William | 04-1630 | |
| 548. | Lukesh, Richard | 04-1639 | |
| 549. | Luparell, Rose | 04-1631 | |
| 550. | Lynn, Norman | 04-1639 | |
| 551. | Macias, Marina | 04-1639 | |
| 552. | MacLeod, Dalton | 04-1639 | |
| 553. | Macri, John | 04-1634 | |
| 554. | Maklary, William | 04-1641 | |
| 555. | Malcolm, Mary | 04-1639 | |
| 556. | Manalo, Lorraine | 04-1639 | |
| 557. | Mannon, Ronald | 04-1639 | |
| 558. | Mapes, Michael | 04-1637 | |
| 559. | Martinez, Nella | 04-1639 | |
| 560. | Martinez, Ofelia | 04-1639 | |
| 561. | Mask, Linda | 04-1639 | |
| 562. | Masone, Joseph | 04-1634 | |
| 563. | Massey, Clinton | 04-1636 | |
| 564. | Mathis, Jack | 04-1639 | |
| 565. | McConnell, Jim | 04-1636 | |
| 566. | McElwain, Norah | 04-1639 | |
| 567. | McEuen, Donald | 04-1641 | |
| 568. | McFadden, Elisabeth | 04-1632 | |
| 569. | McMeen, Pat | 04-1636 | |
| 570. | McMillan, Ruth | 04-1639 | |

| | | | |
|---|---|---|---|
| 571. | McNeill, Brenda | 04-1631 | |
| 572. | McTheny, Corine | 04-1639 | |
| 573. | Medary, Joanne | 04-1629 | |
| 574. | Medina, Daniel | 04-1639 | |
| 575. | Medina, Robert | 04-1639 | |
| 576. | Meitz, Joyce | 04-1639 | |
| 577. | Meyer, Douglas | 04-1639 | |
| 578. | Michael, Naomi | 04-1630 | |
| 579. | Miller, Charles | 04-1629 | |
| 580. | Miller, Nancy | 04-1639 | |
| 581. | Mitts, Jim | 04-1639 | |
| 582. | Mobley, James | 04-1633 | |
| 583. | Montano, Lupe | 04-1634 | |
| 584. | Moore, Joan | 04-1632 | |
| 585. | Morris, Gilson | 04-1638 | |
| 586. | Morris, Harold | 04-1638 | |
| 587. | Morrison, Mable | 04-1639 | |
| 588. | Muchin, Anna | 04-1636 | |
| 589. | Mueller, Larry | 04-1636 | |
| 590. | Nacinovich, John | 04-1639 | |
| 591. | Nelson, Eddie | 04-1639 | |
| 592. | Nicosia, Rose | 04-1639 | |
| 593. | Novotny, Donald | 04-1629 | |
| 594. | O'Hare, Roma | 04-1639 | |
| 595. | Okunami, Nancy | 04-1639 | |
| 596. | Olson, Dorothy | 04-1629 | |
| 597. | O'Malley, Patrick | 04-1635 | |

| | | | |
|---|---|---|---|
| 598. | Pace, Levi | 04-1639 | |
| 599. | Palmo, Michael | 04-1639 | |
| 600. | Pate, Claudia | 04-1635 | |
| 601. | Patterson, Gladyce | 04-1639 | |
| 602. | Pease, Harold, Sr. | 04-1639 | |
| 603. | Pellecchia, Vincent | 04-1639 | |
| 604. | Pembrook, Mattie | 04-1638 | |
| 605. | Penley, Loretta | 04-1633 | |
| 606. | Pickering, Sue | 04-1636 | |
| 607. | Pimentel, Damiana | 04-1637 | |
| 608. | Pittlus, Veronica | 04-1637 | |
| 609. | Plascencia, J. Jesus | 04-1639 | |
| 610. | Polliard, Steven | 04-1639 | |
| 611. | Porche, Esther | 04-1639 | |
| 612. | Prichard, Edward | 04-1636 | |
| 613. | Pronesti, John | 04-1637 | |
| 614. | Radden, Irvin | 04-1639 | |
| 615. | Ramirez, Idelmer | 04-1637 | |
| 616. | Raye, Mary | 04-1636 | |
| 617. | Razo, Rita | 04-1639 | |
| 618. | Reams, Thomas | 04-1639 | |
| 619. | Reed, Margaret | 04-1632 | |
| 620. | Reed, Thomas | 04-1636 | |
| 621. | Reeves, Irene | 04-1639 | |
| 622. | Reeves, Otis, Jr. | 04-1636 | |
| 623. | Rein, Mary | 04-1639 | |
| 624. | Reinhardt, Micheline | 04-1641 | |

| | | | |
|---|---|---|---|
| 625. | Reneau, Althonia | 04-1636 | |
| 626. | Reno, Johnny | 04-1638 | |
| 627. | Reszka, Alfons | 04-1636 | |
| 628. | Rhea, Harry | 04-1637 | |
| 629. | Riley, Annie | 04-1636 | |
| 630. | Risener, Francis | 04-1639 | |
| 631. | Roach, Gary | 04-1636 | |
| 632. | Roberts, Michael | 04-1638 | |
| 633. | Rodriguez, Teodomiro | 04-1642 | |
| 634. | Ross, Geraldine | 04-1636 | |
| 635. | Roszkowski, Diana | 04-1642 | |
| 636. | Rovins, Rachel | 04-1637 | |
| 637. | Rucker, Frankie | 04-1631 | |
| 638. | Russell, Claudette | 04-1636 | |
| 639. | Samandari, Jay | 04-1642 | |
| 640. | Sanchez, Leopoldo | 04-1636 | |
| 641. | Sandell, Edna | 04-1630 | |
| 642. | Sanders, Juanita | 04-1629 | |
| 643. | Sandler, Phillip | 04-1632 | |
| 644. | Sandoval, Verbena | 04-1642 | |
| 645. | Scarpiniti, Alphonso | 04-1636 | |
| 646. | Schmitt, Gerd | 04-1642 | |
| 647. | Sconiers, Stanley | 04-1636 | |
| 648. | Scott, Linnie | 04-1636 | |
| 649. | Sepulveda, Roberta | 04-1642 | |
| 650. | Shafer, Verna | 04-1630 | |
| 651. | Shaw, Raymond, Jr. | 04-1636 | |

| | | | |
|---|---|---|---|
| 652. | Shearon, Linda | 04-1638 | |
| 653. | Shepard, Lloyd | 04-1642 | |
| 654. | Shubeck, Rozella | 04-1642 | |
| 655. | Shuford, Alberta | 04-1636 | |
| 656. | Shunk, Joyce | 04-1641 | |
| 657. | Simmons, Joyce | 04-1636 | |
| 658. | Simpkins, Willie | 04-1628 | |
| 659. | Skaar, Murlin | 04-1642 | |
| 660. | Skidmore, William | 04-1636 | |
| 661. | Sliva, Patria | 04-1636 | |
| 662. | Smith, Ruby | 04-1636 | |
| 663. | Smith, Susie | 04-1631 | |
| 664. | Soto, Carmen | 04-1642 | |
| 665. | Soto, Manuel | 04-1642 | |
| 666. | Soto, Teresa | 04-1642 | |
| 667. | Speck, Roland | 04-1642 | |
| 668. | Sprung, Maxine | 04-1636 | |
| 669. | Standeford, Murry | 04-1638 | |
| 670. | Stegelmeyer, Edna | 04-1636 | |
| 671. | Steinberg, Eugene | 04-1642 | |
| 672. | Steiner, William | 04-1642 | |
| 673. | Stephens, Hattie | 04-1642 | |
| 674. | Stewart, Opal | 04-1642 | |
| 675. | Stewart, Thomas | 04-1642 | |
| 676. | Stranko, Robert, Sr. | 04-1637 | |
| 677. | Stump, James | 04-1630 | |
| 678. | Suchow, David | 04-1637 | |

| | | | |
|---|---|---|---|
| 679. | Sullivan, Barbara | 04-1631 | |
| 680. | Swan, Dorothy | 04-1636 | |
| 681. | Taylor, Garnett | 04-1642 | |
| 682. | Taylor, Jack | 04-1636 | |
| 683. | Taylor, Jessie | 04-1642 | |
| 684. | Taylor, Robert | 04-1637 | |
| 685. | Thomas, Hattie | 04-1636 | |
| 686. | Thomas, Helen | 04-1631 | |
| 687. | Titus, Donald | 04-1638 | |
| 688. | Towne, Kenneth | 04-1642 | |
| 689. | Trice, Leola | 04-1636 | |
| 690. | Truong, Trichan | 04-1642 | |
| 691. | Tucker, Jack | 04-1642 | |
| 692. | Tucker, Margaret | 04-1636 | |
| 693. | Turner, Ronald | 04-1631 | |
| 694. | Ulku, Womer | 04-1642 | |
| 695. | Urizar, Angelo | 04-1636 | |
| 696. | Valenzuela, Carlos | 04-1642 | |
| 697. | van Winkle, Mark | 04-1630 | |
| 698. | Vavrik, Robert | 04-1636 | |
| 699. | Vaz, Val | 04-1642 | |
| 700. | Vega, Carlos | 04-1642 | |
| 701. | Velasquez, Perfecto | 04-1642 | |
| 702. | Vicklun, Clarence | 04-1642 | |
| 703. | Villa, Eloina | 04-1641 | |
| 704. | Vinarsky, Jerry | 04-1636 | |
| 705. | Vitkovich, Mitchell | 04-1642 | |

| | | | |
|---|---|---|---|
| 706. | Vonrembow, Joe | 04-1638 | |
| 707. | Walker, Fable | 04-1636 | |
| 708. | Wallace, Velma | 04-1636 | |
| 709. | Walter, Laurena | 04-1642 | |
| 710. | Walton, Ella | 04-1636 | |
| 711. | Warren, Richard | 04-1636 | |
| 712. | Washington, Eddie | 04-1636 | |
| 713. | Watkins, Lucius | 04-1641 | |
| 714. | Watson, Robert | 04-1642 | |
| 715. | Waychoff, Emma | 04-1642 | |
| 716. | Webster, Dave | 04-1636 | |
| 717. | Werle, Elinor | 04-1636 | |
| 718. | White, Donna | 04-1630 | |
| 719. | White, Lenore | 04-1642 | |
| 720. | White, Lewis, Jr. | 04-1631 | |
| 721. | Williams, Gennell | 04-1633 | |
| 722. | Williams, Gregory | 04-1629 | |
| 723. | Williams, Herbert | 04-1642 | |
| 724. | Williams, Herman | 04-1636 | |
| 725. | Williams, Michelle | 04-1637 | |
| 726. | Williams, Phyllis | 04-1633 | |
| 727. | Williams, Savannah | 04-1636 | |
| 728. | Williams, Tanya | 04-1636 | |
| 729. | Wilson, Rosie | 04-1636 | |
| 730. | Winburn, Carl | 04-1642 | |
| 731. | Winnen, Delores | 04-1642 | |
| 732. | Wold, Joel | 04-1642 | |

| | | | |
|---|---|---|---|
| 733. | Wolf, Ethel | 04-1642 | |
| 734. | Wood, Wayne | 04-1642 | |
| 735. | Woods, Estle | 04-1638 | |
| 736. | Wooten, Gussie | 04-1642 | |
| 737. | Workman, Roger | 04-1642 | |
| 738. | Wright, Bob | 04-1636 | |
| 739. | Yadron, Steve, Jr. | 04-1642 | |
| 740. | Yingst, Wanda | 04-1631 | |
| 741. | Young, Roscoe | 04-1642 | |
| 742. | Zierden, Marian | 04-1642 | |
| 743. | Phipps, Burrow | 03-3148 | Nancy Guy Armstrong, Esq.<br>Armstrong & Guy Law Offices, L.L.C.<br>626 Delaware Avenue<br>P.O. Box 1343<br>McComb, MS 39649<br>P: 601/ 684-8816<br>F: 601/684-7992 |
| 744. | Dennison, Eugene | 03-3148 | |
| 745. | Floyd, John | 03-3148 | |
| 746. | Dillon, Fannie | 03-3148 | |
| 747. | Lofton, Ann | 03-3148 | |
| 748. | Taylor, Sarah | 03-3148 | |
| 749. | Thigpen, John | 03-3140 | Levi Boone, III, Esq<br>Boone Law Firm, P.A.<br>401 West Sunflower Avenue<br>Post Office Box 1772<br>Cleveland, MS 38732<br>P: (662) 843-7946<br>F: (662) 843-7950 |
| 750. | Wright, Billy | 03-3140 | |
| 751. | Oatis, Shirley | 03-3140 | |
| 752. | Spooner, Wayne | 03-3140 | |
| 753. | Stidhum, Ray | 03-3140 | |
| 754. | Ware, Mary | 03-3140 | |
| 755. | Keyes, Jerry | 03-3140 | |
| 756. | Moody, Freddie L. | 03-3140 | |
| 757. | Bordelon, Gloria | 03-3140 | |
| 758. | Williams, Willie | 03-3140 | |