A CERTIFIED TRUE COPY

AUG - 4 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Dorothy Jones v. Bayer AG, et al.*, N.D. Mississippi, C.A. No. 4:03-347

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Jones*) on June 25, 2004. In the absence of any opposition, the conditional transfer order was finalized with respect to *Jones* on July 13, 2004. The Panel has now been advised, however, that *Jones* was dismissed in the Northern District of Mississippi by the Honorable W. Allen Pepper, Jr., in an order filed on July 1, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-39" filed on June 25, 2004, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

RECEIVED
BY MAIL

AUG

CLERK US DISTRICT COURT

SCANNED
AUG 10 2004
U.S. DISTRICT COURT MPLS

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

August 4, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
AUG [illegible] 2004
CLERK US DIST COURT
MINNEAPOLIS MN

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Dorothy Jones v. Bayer AG, et al.*, N.D. Mississippi, C.A. No. 4:03-347

Dear Mr. Sletten:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By ______________________
Deputy Clerk

Enclosure

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judge: Judge W. Allen Pepper, Jr.
Transferor Clerk: Arlen B. Coyle