E-SERVED
08/11/04
11:29 AM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

ALL CASES

---

**AFFIDAVIT OF ROBERT R. HOPPER IN SUPPORT OF THE PSC'S RESPONSE TO BAYER'S MOTIONS TO QUASH PLAINTIFFS' REQUEST FOR A LETTER ROGATORY PURSUANT TO THE HAGUE CONVENTION**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Robert R. Hopper, being duly sworn, deposes and says:

1. I am a partner with the law firm of Zimmerman Reed, P.L.L.P.. I submit this Affidavit in support of the Plaintiffs' request for a Letter Rogatory pursuant to the Hague Convention.

2. Attached as Exhibit A is a true and correct copy of news releases from Internet sources regarding the 2001 and 2002 Italian criminal investigations of Baycol/Lipobay.

3. Attached as Exhibit B is a true and correct copy of the Affidavit of Frank J. Geffers, Italian Counsel retained by the PSC to assist the PSC with its Letter Rogatory and associated procedure.

E-SERVED
08/11/04
11:29 AM ET
Baycol MDL 1431

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Robert R. Hopper

Sworn to before me this ___ day of
August 9, 2004.

Notary Public

JULIANNE M. VANNORMAN
NOTARY PUBLIC - MINNESOTA
ANOKA COUNTY
My Commission Expires Jan. 31, 2005