E-SERVED
08/11/04
11:29 AM ET
Baycol MDL 1431

# Exhibit A

E-SERVED 08/11/04 11:29 AM ET Baycol MDL 1431

HighBeam RESEARCH

# Italy's Worried Cholesterol Drug Users Flock to Hospital.

Xinhua News Agency; 8/20/2001

ROME, Aug 20, 2001

More than 50 people showed up at a Naples hospital over the weekend complaining about symptoms potentially linked to the use of the recently recalled anti-cholesterol drug Lipobay or Baycol, health authorities of the southern Italian city said on Monday.

Local staff at the emergency service of Naples' Cardarelli hospital said that all the patients, most of whom were elderly, reported muscle pains and had decided to get a check-up in the wake of the alarming media reports about the drug, produced by Germany's biggest pharmaceuticals group Bayer AG.

The hospital said that most of the patients had been on the drug for several years. At least 52 deaths have been linked to the drug worldwide and more than 25 people in Italy have reported side-effects, some severe, from taking the drug.

Last week, Raffaelle Guariniello, a magistrate of the northern Italian city of Turin, opened an investigation into whether Bayer's Italian branch, Bayer Italia, withdrew the product quickly enough from the domestic market.

Guariniello questioned top-level executives and also requested data and documents from the government's drug watchdog committee.

Italy's Health Minister Gerolamo Sirchia urged people not to be alarmed by the allegations about Lipobay, and stressed that only "relatively mild to medium" side-effects had been reported in Italy and "fortunately no fatalities."

Copyright 2001 XINHUA NEWS AGENCY

News Provided by COMTEX (http://www.comtexnews.com)

COPYRIGHT 2001 COMTEX News Network, Inc.

HighBeam Research, LLC. © Copyright 2004. All rights reserved.

E-SERVED
08/11/04
11:29 AM ET
Baycol MDL 1431

**Document Links:**

- Start of Document
- SECTION:
- LENGTH:
- HEADLINE:
- DATELINE:
- BODY:
- LOAD-DATE:

COPYRIGHT 2001 XINHUA NEWS AGENCY
XINHUA GENERAL NEWS SERVICE

THE MATERIALS IN THE XINHUA FILE WERE COMPILED BY THE XINHUA NEWS AGENCY. THESE MATERIALS MAY NOT BE REPUBLISHED WITHOUT THE EXPRESS WRITTEN CONSENT OF THE XINHUA NEWS AGENCY.

August 25, 2001, Saturday

**SECTION:** WORLD NEWS; POLITICAL

**LENGTH:** 245 words

**HEADLINE:** Probe into 2nd Suspected Lipobay-Linked Death Opens in Italy

**DATELINE:** ROME, August 25

**BODY:**
Rome prosecutors opened on Saturday investigation into the death in a Rome hospital last night of a 70- year-old woman whose granddaughter said she had had been taking Lipobay, an anti-cholesterol medicine made by the German pharmaceuticals giant Bayer AG.

The woman, who was not identified, is the second suspected fatality in Italy linked to the use of the active ingredient in Lipobay, cervastatin.

Cervastatin is the molecular base linked to more than 50 deaths worldwide and the recent recall of drugs Lipobay and Baycol.

Prosecutors said an autopsy would be carried out to determine the cause of the woman's death. They said her terminal features, as described by her granddaughter, a doctor, appeared to coincide with those of other Lipobay case.

The symptoms included muscle wasting, renal and intestinal obstruction and gradual paralysis.

The woman was taking Lipobay and cyclosporin, a drug normally used to suppress organ transplant rejection.

The Italian health ministry on Friday said that out of three recent suspected cases in Italy, only that of 84-year-old Antonietta Vicinelli, who died June 21 at S. Orsola hospital in Bologna, could be "plausibly correlated with the combined use of cervastatin and gemfibrozil," a toxic combination of drugs known to cause kidney failure.

Vicinelli had been using Cervasta, a drug produced by an Italian company on a license from Bayer.

**LOAD-DATE:** August 26, 2001

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Your use of this service is governed by Terms & Conditions . Please review them.

E-SERVED 08/11/04 11:29 AM ET Baycol MDL 1431

divine

Northern Light

# A Northern Light Special Collection Document

## Financial Times Deutschland: Bayer undergoes investigation in Italy in connection with Lipobay – (Gegen Bayer wird ermittelt)

Home
My Accounts
My Alerts
My Help

Return to Results

Format for Print

| | |
|---|---|
| Source: | Financial Times World Media Abstract Service: European |
| Date: | 07/30/2002 15:55 |
| Price: | Free |
| Document Size: | Very Short (134 words) |
| Document ID: | FE20020730630000065 |
| Subject(s): | Wme; Chemicals; Investigation; Italy; Milan; Pharmaceuticals |

## Financial Times Deutschland: Bayer undergoes investigation in Italy in connection with Lipobay – (Gegen Bayer wird ermittelt)

Story Filed: Tuesday, July 30, 2002 3:55 PM EST

Jul 29, 2002, (Financial Times Deutschland /FT Information via COMTEX) -- Bayer, the German chemicals and pharmaceuticals group, is undergoing investigations by the Turin department of public prosecution amid allegations of failure to give warnings of possible side-effects from its anti-cholesterol drug Baycol-Lipobay. The Turin department of public prosecution is reported to have examined around 200 cases of side-effects from the product.

The German company's offices in Milan are said to have been searched. The plaintiffs are reported to have informed the company of the investigations.

Abstracted from Financial Times Deutschland

Copyright 2002: Financial Times Information. All rights reserved

KEYWORD: Italy
Germany
Europe
European Union
Mediterranean

E-SERVED 08/11/04 11:29 AM ET Baycol MDL 1431

**Document Links:**
- Start of Document
- SECTION:
- LENGTH:
- HEADLINE:
- DATELINE:
- BODY:
- ISIN-NO:
- LOAD-DATE:

Copyright 2002 AFX News Limited
AFX European Focus

July 29, 2002 Monday

**SECTION:** COMPANY NEWS

**LENGTH:** 101 words

**HEADLINE:** Five Bayer managers served with **summons** in **Italy Lipobay** Investigation

**DATELINE:** ROME

**BODY:**
Five Bayer AG managers have been placed under investigation and will be issued with summonses by the Turin public prosecutor as part of the investigation into anticholestrol treatment Lipobay, judicial sources said.

The identities and positions of the five -- all of whom work at Bayer's German headquarters -- were not revealed.

The source added that the investigation centres on whether the Bayer employees caused willful harm through their handling of the drug and its marketing.

clr/jd/pav/
NNN
For more information and to contact AFX: www.afxnews.com and
www.afxpress.com

**ISIN-NO:** DE0005752000

**LOAD-DATE:** July 30, 2002

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Your use of this service is governed by Terms & Conditions . Please review them.

E-SERVED
08/11/04
11:29 AM ET
Baycol MDL 1431

# Exhibit B

E-SERVED 08/11/04 11:29 AM ET Baycol MDL 1431

puopolo sistilli geffers luise
studio legale

Roma
Via Lisbona 11
00198 Roma

Milano
Corso di Porta Nuova 18
20121 Milano

tel +39 06 884 1535
fax +39 06 884 2094
info@psglaw.com
www.psglaw.com

member
Internacional
Amsterdam
Brussels
Hamburg
London
Madrid
Milan
Monaco
Paris
Rome

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Re: Baycol Products Litigation

MDL n. 1431

AFFIDAVIT OF Frank J. Geffers

1. My name is Frank J. Geffers, I am a licensed attorney in Italy, registered with the Rome Bar and familiar with Italian Law.

* * *

2. I have been requested to express a legal opinion, from the standpoint of the Italian applicable law, as to the likelihood for the Italian competent authority, to grant a request for Judicial assistance pursuant to the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters, relating to the documents obtained by the Public Prosecutor Mr. Guariniello in the course of a criminal proceeding in the matter Bayer AG, Bayer S.p.A, as a result of a search and seizure order executed in Italy.

* * *

3. With reference to the legal arguments relating to Italian law articulated by the parties to the proceeding MDL n.1431, which have been submitted to my attention, it is my opinion that the rule set forth by art. 329 of the Italian Code of Criminal Procedure ("c.p.p.") is not an obstacle for the Italian Government to grant a request for a letter rogatory pursuant to the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters.

It is necessary to state beforehand that art. 329 c.p.p., first paragraph, reads as follows:

E-SERVED 08/11/04 11:29 AM ET Baycol MDL 1431


*"The acts of investigation carried out by both the Public Prosecutor and by the Judiciary Police are under seal until the indicted person may be aware of their content and, in any case, no later than the closing of the preliminary investigation".*

With reference to the article cited above in connection with the case under examination, please find here below the following remarks.

3.1. In the case at hand, the documents which the plaintiffs in Baycol Products Litigation MDL n. 1431 ("Plaintiffs") seeks to obtain through a Letter-Rogatory pursuant to the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters, have been seized by the Italian Public Prosecutor Mr. Guariniello from Bayer in Italy. Consequently, said documents are certainly known by the indicted since they were in their possession until the moment when they were seized pursuant to the Court's order. Accordingly, it may be believed that the documents at issue do not fall within the scope of application of art. 329 c.p.p.

3.2. Art. 329 c.p.p. does not debar the divulgation of the acts of investigation until the closing of the investigation but rather provides that after the closing of the investigation, unless special circumstances occur, the acts of investigation shall be no more under seal. In other words, depending on the circumstances and on the stages of the proceeding, the acts of investigation may be divulgated also *before* the closing of the investigation.

3.3. In the case at issue, the search and seizure of the document object of the request for letter-rogatory was executed on July 15, 2002 by the Public Prosecutor Mr. Guariniello. Pursuant to the Italian Code of Criminal Procedure (art. 405 c.p.p), as a general rule and save and except some circumstances, the preliminary investigation shall be closed no later than 6 months (or 12 months for a certain category of crimes) from the day when the name

E-SERVED 08/11/04 11:29 AM ET Baycol MDL 1431



of the indicted is entered into the Registry of Crimes ("Registro delle Notizie di Reato"). We are not aware of the exact date when the name of the indicted was entered into the Registro delle Notizie di Reato. However, since more than two years have passed from the Search and Seizure Order executed by the Public Prosecutor, it is safe to assume that the Preliminary Investigations relating to the case at issue are to be imminently closed. Accordingly, by the time when the Italian competent authority will be examining the request for judicial assistance pursuant to the Hague convention, the preliminary investigation will be closed or, in any case, the grounds for sealing the documents under examination will be no longer an obstacle for granting said request.

In light of the above reasons, I do not believe that art. 329 of the Italian Code of Criminal procedure and the relevant rule of secrecy provided therein may be a significant obstacle for the Italian Competent Authority to grant the request for Judicial Assistance which the plaintiffs in Baycol Products Litigation MDL n. 1431 intend to obtain.

* * *

4. Due to the fact that is not possible to give an unequivocal and uniform meaning to the term "pre-trial discovery", I am also of the opinion that the other legal arguments articulated by the Defendants to the proceeding MDL n. 1431 (*inter alia*, art. 23 of the Hague Convention on the Taking Evidence Abroad) are not significant obstacles for the Italian Judicial Authority to grant the request object of the present opinion.

* * *

I declare under perjury that the above is true and correct under my best knowledge.

August 5, 2004

Frank J. Geffers