A CERTIFIED TRUE COPY
JUL 26 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JUL - 8 2004
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-40)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,382 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
JUL 26 2004
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
JUL 30 2004
U.S. DISTRICT COURT MPLS

**SCHEDULE CTO-40 - TAG ALONG ACTIONS**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 02-323 | Dena Shamlin, et al. v. Bayer AG, et al. |
| IOWA NORTHERN | | | |
| ~~IAN~~ | ~~5~~ | ~~03-4066~~ | ~~Gretel Brummer v. Bayer Corp.~~ Vacated 7/26/04 |
| INDIANA SOUTHERN | | | |
| INS | 1 | 04-904 | Ruby Roseberry, et al. v. Bayer Corp., et al. |
| MARYLAND | | | |
| MD | 1 | 04-1612 | Bertie E.Trumpower, etc. v. Bayer Corp., et al. |
| MD | 1 | 04-1671 | Louise Daughtry v. Bayer Corp., et al. |
| MD | 1 | 04-1721 | Barbara L. Bolling, etc. v. Renzo Ricci, M.D., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 2 | 04-197 | Larry Sumrall v. Bayer Corp., et al. |
| OKLAHOMA EASTERN | | | |
| OKE | 6 | 03-439 | Herbert Neimeyer Estate v. Bayer AG, et al. |
| TEXAS EASTERN | | | |
| TXE | 1 | 03-491 | Anthony W. Story, et al. v. Bayer Corp., et al. |
| TXE | 1 | 03-498 | Preston E. Smith, Sr., et al. v. Bayer Corp., et al. |
| TEXAS WESTERN | | | |
| ~~TXW~~ | ~~6~~ | ~~04-108~~ | ~~Melinda Torres v. Bayer Corp., et al.~~ Opposed 7/26/04 |

**INVOLVED COUNSEL LIST FOR SCHEDULE CTO-40**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Gilbert T. Adams, Jr.
Law Offices of Gilbert T. Adams
1855 Calder Avenue at Third Street
P.O. Drawer 3688
Beaumont, TX 77704

Robert H. Alexander, Jr.
Law Office of Robert H. Alexander, Jr.
P.O. Box 868
Oklahoma City, OK 73101

Philip S. Beck
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Place, Suite 300
Chicago, IL 60610

Norbert F. Bergholtz
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

Mark T. Cornish
Stern-Diehl-Cornish
533 Erie Street
Storm Lake, IA 50588

Richard K. Dandrea
Eckert, Seamans, Cherin & Mellot
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Roger A. Glasgow
Wright, Lindsey & Jennings, L.L.P.
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

Sara J. Gourley
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Michael Steven Greene
Law Offices Of Michael Greene
33 Hamlet Drive
Owings Mills, MD 21117

Steven D. Hamilton
Hamilton Law Firm
606 Ontario Street
P.O. Box 188
Storm Lake, IA 50588

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Joe Alfred Izen, Jr.
Izen & Associates
5222 Spruce Street
Bellaire, TX 77401

Brian P. Johnson
Johnson, Spalding, Doyle, West
& Trent
Bank One Center
910 Travis, Suite 1700
Houston, TX 77002

Lewis S. Kahn
Kahn Gauthier Law Group, LLC
One Galleria Boulevard, Suite 1726
Metairie, LA 70001

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Gregory L. Laker
Cohen & Malad, P.C.
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Joseph C. Langston
Langston Law Firm, P.A.
P.O. Box 787
Booneville, MS 38829-0787

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Kathleen D. Leslie
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

Michael Loren Lisak
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Gerry Lowry
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Douglas R. Marvin
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005-5901

Larry D. Ottaway
Foliart Huff Ottaway & Caldwell
120 Robinson Ave N., 20th Floor
Oklahoma City, OK 73102

Steven A. Owings
Cauley Geller Bowman, Coates
& Rudman, LLP
P.O. Box 25438
Little Rock, AR 72221-5438

Dennis C. Reich
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

Robert L. Rountree
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd., Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

James D. Shannon
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

Ronald Upton Shaw
Shaw & Morrow P.A.
102 W. Pennsylvania Ave.
Suite 401
Townson, MD 21204

Jonathan B. Skidmore
Fulbright & Jaworski
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Laura Hensley Smith
Friday, Eldredge & Clark
Regions Center
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

Richard A. Stefani
Gray, Stefani & Mitvalsky
200 American Building
P.O. Box 456
Cedar Rapids, IA 52406-0456

Gerald W. Ueckerman, Jr.
O'malley, Miles, Nylen & Gilmore
2007 Tdewater Colony Dr. Suite 2B
Annapolis, MD 21401

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Gene M. Williams
Mehaffy & Weber, P.C.
2615 Calder, Suite 800
Beaumont, TX 77702

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-40
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

~~Hon. Donald E. O'Brien~~
~~Senior U.S. District Judge~~
~~P.O. Box 267~~
~~Sioux City, IA 51102~~

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

~~Hon. Walter S. Smith, Jr.~~
~~Chief Judge, U.S. District Court~~
~~U.S. District Court~~
~~800 Franklin Avenue~~
~~Room 301~~
~~Waco, TX 76701~~

Hon. William R. Wilson, Jr.
U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-40
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

~~James D. Hodges. Jr., Clerk~~
~~301 Federal Building~~
~~320 Sixth Street~~
~~Sioux City, IA 51101~~

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Laura A. Briggs, Clerk
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

~~William G. Putnicki, Clerk~~
~~20 St. Charles Place~~
~~600 Austin Avenue~~
~~Waco, TX 76703~~

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

July 26, 2004

RECEIVED
BY U.S. MAIL
2004 JUL 30 AM 9:22
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule CTO-40)

Dear Mr. Sletten:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on July 8, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: (See Attached List of Judges)
Transferor Clerk: (See Attached List of Clerks)