E-SERVED
07/06/04
05:03 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | |
| | : | MDL No. 1431 |
| This Document Relates to: | : | (MJD/JGL) |
| | : | |
| *ALL CASES* | : | |

**NOTICE OF DEPOSITION**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant Bayer Corporation will take the oral and video deposition of Martyn T. Smith at Lieff Cabraser Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, Suite 3000, San Francisco, CA 94111, 415-956-1000, on July 26, 2004, at 9 a.m. before a certified court report in accordance with all applicable provisions of the Federal Rules of Civil Procedure and relevant pretrial orders of this Court. Bayer's primary examiner shall be James Mizgala, Sidley Austin Brown & Wood, 10 South Dearborn, Chicago, Illinois 60603, 312-853-7000.

Dated: July 6, 2004

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

E-SERVED
07/06/04
05:03 PM ET
Baycol MDL 1431

Philip S. Beck
Adam Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

E-SERVED
07/06/04
05:03 PM ET
Baycol MDL 1431

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy was electronically served to counsel of record via Verilaw on July 6, 2004.

/signature on file/