E-SERVED
07/29/04
03:51 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | : | |
| *ALL CASES* | : | |

**NOTICE OF DEPOSITION**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant Bayer Corporation will take the oral and video deposition of Thomas M. Zizic at Lieff Cabraser Heimann & Bernstein, LLP, 780 Third Avenue, 48th Floor, New York, NY, 212-355-9500, on September 10, 2004, at 11:00 a.m. EDT before a certified court report in accordance with all applicable provisions of the Federal Rules of Civil Procedure and relevant pretrial orders of this Court. Bayer's primary examiner shall be Tarek Ismail, Bartlit Beck Herman Palenchar & Scott, 54 West Hubbard Street, Chicago, Illinois 60610, 312-494-4400.

Dated: July 29, 2004

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

E-SERVED
07/29/04
03:51 PM ET
Baycol MDL 1431

Philip S. Beck
Adam Hoeflich
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

E-SERVED
07/29/04
03:51 PM ET
Baycol MDL 1431

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy was electronically served to counsel of record via Verilaw on July 29, 2004.

/signature on file/