E-SERVED
08/12/04
04:29 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**AFFIDAVIT OF STACY K. HAUER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL MATERIALS FROM PSC EXPERT MEETING**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Stacy K. Hauer, being duly sworn, deposes and says:

1. I am an attorney duly admitted and in good standing to practice in Minnesota and before the United States District Court for the District of Minnesota. I am an associate with the law firm of Zimmerman Reed, P.L.L.P. I submit this Affidavit in support of Plaintiffs' Response to Defendants' Motion to Compel Materials From PSC Expert Meeting.

2. Attached hereto as Exhibit A is a true and correct copy of pages excerpted from the Baycol: MDL 1431 Status Conference held on December 9, 2003.

3. Attached hereto as Exhibit B is a true and correct copy of pages excerpted from the Baycol: MDL 1431 Status Conference held on January 15, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition of Thomas M. Zizic, M.D. taken February 10, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of pages excerpted

E-SERVED
08/12/04
04:29 PM ET
Baycol MDL 1431

from the Baycol: MDL 1431 Status Conference held on February 24, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of Case Management Order of Judge O'Malley in Welding Rods Litigation: MDL 1535.

7. Attached hereto as Exhibit F is a true and correct copy of an unpublished opinion in *Malcomlm R. Harbourt et al v. Armstrong World Industries, et al.*, 1991 U.S. App. LEXIS 10867, No 90-1414, 15 (6th Cir. 1991).

8. Attached hereto as Exhibit G is a true and correct copy of an unpublished opinion in *Marilyn Mascieri v. The Pennsylvania College of Podiatric Medicine, et al.*, 1995 U.S. Dist. LEXIS 17032, No 95-4355 (E.D. Pa. 1995).

9. Attached hereto as Exhibit H is a true and correct copy of *Banco Del Estado, v. Navistar International Transportation Corporation, et al.*, 1996 U.S. Dist. LEXIS 19148, No. 95 C 5889, 11 (N.D. Ill. 1996).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Signature on File
Stacy K. Hauer