E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

# EXHIBIT A

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431



**Lisa Gorshe**

**From:** Mizgala, James W. [jmizgala@Sidley.com] **Sent:** Fri 3/5/2004 2:04 PM
**To:** Lisa Gorshe
**Cc:**
**Subject:** RE: Climaco Dismissals
**Attachments:**

thanks, we'll let you know

-----Original Message-----
From: Lisa Gorshe [mailto:lagors@climacolaw.com]
Sent: Friday, March 05, 2004 1:58 PM
To: jmizgala@sidley.com
Subject: Climaco Dismissals

James,
As promised is our list we would like to dismiss without prejudice. Let me know if you have any objections. As an FYI -- We are communicating with these clients RE: the dismissal. They have until March 15 to "object" and find new counsel if they do not agree with our assessment of the case. Thanks again for working with us!

Lisa

Sidley Austin Brown & Wood LLP mail server made the following annotations on 03/05/2004, 02:06:16 PM
----------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431



**Lisa Gorshe**

**From:** Mizgala, James W. [jmizgala@Sidley.com] **Sent:** Fri 3/12/2004 5:49 PM
**To:** Lisa Gorshe
**Cc:**
**Subject:** FW: Baycol: Climaco Dismissals
**Attachments:** climacodismissals.DOC(60KB)

Lisa they can all be w/o prejudice, but I've attached annotated version of the list you sent last Friday. The list is now sorted by case number then by plaintiff name. Note the following:

- a few instances where listed plaintiffs have already been dismissed; I indicate the date the order was signed
- two instances where the deceased patient is listed; I indicate the actual plaintiff
- a few instances where dismissal of the listed plaintiff(s) will result in the entire case being concluded (whether because all plaintiffs being dismissed now or some having been dismissed previously)
- one incorrect case number
- many notes of plaintiff-spouses; they should also be named in the dismissal stips.

and you can add Richard Vavroch (Case Caption: Daniels, et. al. & Case No. 03-4717). Thanks

<<climacodismissals.DOC>>

Sidley Austin Brown & Wood LLP mail server made the following annotations on 03/12/2004, 05:51:18 PM
----------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

**Climaco Plaintiffs to be Dismissed, Received March 5, 2004**

| First Name | Last Name | Lead Plaintiff | Case # | Notes |
|---|---|---|---|---|
| Victoria | Mosley | Boris, et al. | 02-2137 | √ |
| Don | Novak | Boris, et al. | 02-2137 | √ |
| Pauline | Srnec | Boris, et al. | 02-2137 | √ |
| Helen | Bednarski | Barrella, et al. | 02-2818 | √ |
| Sandra Louise | Kempf | Barrella, et al. | 02-2818 | √ |
| David | Pettey | Barrella, et al. | 02-2818 | √ |
| Charlotte | Coursey | Coursey, et al. | 02-2820 | & Larry |
| Patricia | Latham | Foltz, et al. | 02-2821 | √ |
| Michael | Roman | Nelson, et al. | 02-2822 | & Teresa |
| Michael | Eades | Bayerl, et al. | 02-2823 | √ |
| Lori | Cook | Bjorn, et al. | 02-2824 | & Gregory |
| Pearlie | Davis | Bjorn, et al. | 02-2824 | √ |
| Garvis | Williams | Bjorn, et al. | 02-2824 | & Mary |
| Audrey L. | Toner | Graf, et al. | 02-2825 | & Ronald |
| Anita | McBride-Boyd | McBride-Boyd, et al. | 02-2826 | √ |
| Mary E. | Rooney | Wood, et al. | 02-3866 | √ |
| Fermen | Rideau | Rideau, et al | 02-3903 | These two are only pltfs in case; disposes of whole case. |
| Gertrude | Rideau | Rideau, et al | 02-3903 | |
| Larry | Combs | Castle, et al. | 02-3956 | & Christine |
| Nadine | Brown | Cain, et al | 02-4412 | & Ray |
| Darryl | Cain | Cain, et al | 02-4412 | √ |
| Roger | Allen | Allen, et al. | 02-4430 | √ |
| William | Blacksmith | Blacksmith, Jr., et al. | 02-4431 | √ |
| Stella Carolyn | Pendleton | McKenzie, et al. | 02-4434 | √ |
| Albert M. | Scalzo | McKenzie, et al. | 02-4434 | √ |
| Mark | Kinney | Callahan, et al. | 02-4689 | √ |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

**Climaco Plaintiffs to be Dismissed**

| First Name | Last Name | Lead Plaintiff | Case # | Notes |
|---|---|---|---|---|
| Carolyn | Mashburn | Callahan, et al. | 02-4689 | √ |
| Annie | Wells | Wells | 02-4691 | Sole pltf; disposes of whole case. |
| Albert | Bowers | Bowers, et al. | 02-6658 | Dismissed 01/09/04 |
| Benjamin | Herrara | Bowers, et al. | 02-6658 | √ |
| Uy Ky | Truong | Hikida, et al. | 02-746 | 02-746 is C.D. Cal. number; D. Minn. is 02-4409. |
| R. Paul | Cushion | Graves, et al | 03-4712 | √ |
| Hollace | Jacovetty | Graves, et al | 03-4712 | √ |
| Sandra | Croy | Croy, et al. | 03-4714 | √ |
| Charles | Sather | Becker, et al. | 03-4715 | √ |
| Linda | Applegate | Applegate, et al. | 03-4721 | All three of these plaintiffs were dismissed w/o prejudice for lack of jurisdiction 11/13/03. |
| Connie | Hazeltine | Applegate, et al | 03-4721 | |
| Bonnie | Vincent | Applegate, et al | 03-4721 | |
| Carolyn | Berry | Broussard, et al. | 03-4722 | √ |
| Nathaniel | Broussard | Broussard, et al. | 03-4722 | √ |
| Lawrence | Szuhy | Broussard, et al. | 03-4722 | √ |
| Randall | Lay | Baldwin, et al. | 03-4726 | √ |
| Louis | Mars | Mars | 03-4727 | Sole pltf; disposes of whole case. |
| Frank | Phillips | Phillips, et al. | 03-4731 | One other plft already dismissed; this dismis-sal ends case. |
| Michaele | Allison | Allison, et al. | 03-4733 | √ |
| Marion | Edwards | Allison, et al. | 03-4733 | √ |
| William Marion | Porter | Hensley, et al. | 03-4734 | √ |
| Karen Lee | Anderson | Chavez, et al. | 03-4737 | √ |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

**Climaco Plaintiffs to be Dismissed**

| First Name | Last Name | Lead Plaintiff | Case # | Notes |
|---|---|---|---|---|
| Jollene Ann | Joyce | Chavez, et al. | 03-4737 | Dismissed 02/18/04 |
| Joseph | Baselice | Baselice III, et al. | 03-4738 | √ |
| Glenn | Brahosky | Baselice III, et al. | 03-4738 | √ |
| Arthur | Griesser | Baselice III, et al. | 03-4738 | Special note. |
| Paul J. | Schubring | Baselice III, et al. | 03-4738 | & Vickie |
| Mark | Skwirut | Baselice III, et al. | 03-4738 | √ |
| Linda Sue | Imhoff | Baxter, et al. | 03-4739 | √ |
| Lawrence D | Page | Baxter, et al. | 03-4739 | √ |
| Virginia | Schwab | Baxter, et al. | 03-4739 | √ |
| Patricia R. | Wetterman | Baxter, et al. | 03-4739 | √ |
| Richard | Hawkins | Fairbrother, et al. | 03-4742 | √ |
| Constance Ann | Zeto | Fairbrother, et al. | 03-4742 | √ |
| Sheila | Williamson-Branch | Lambert, et al. | 03-4744 | & Samuel Branch |
| John D. | Brady | Boncella, et al. | 03-4745 | √ |
| Thomas | Cearfoss | Boncella, et al. | 03-4745 | √ |
| Jackie | Chrapcynski | Boncella, et al. | 03-4745 | √ |
| Patricia | Feierbend | Boncella, et al. | 03-4745 | & Albert |
| Mary | Forsey | Boncella, et al. | 03-4745 | & William |
| Elizabeth | Barrett | Barrett, et al. | 03-4746 | & James |
| Daryl | Pronty | Barrett, et al. | 03-4746 | √ |
| John | Savage | Barrett, et al. | 03-4746 | Pltf is Tonya Clienti for Estate of John Savage |
| Philip | Zauderer | Barrett, et al. | 03-4746 | & Karen |
| Brian | Say | Bosari, et al | 03-4748 | √ |
| Randall | Clevenger | Ximinez, et al. | 03-4749 | √ |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

**Climaco Plaintiffs to be Dismissed**

| First Name | Last Name | Lead Plaintiff | Case # | Notes |
|---|---|---|---|---|
| Gerald | St. Pierre | Ximinez, et al. | 03-4749 | √ |
| Betty | Aul | Aul, Administrator, et al | 03-5913 | Pltf is Donald Aul for Estate of Betty Aul |
| Anniebell | Gallien | Corley, et al. | 03-cv-39 | √ |
| Sue Frances | Walkner | Corley, et al. | 03-cv-39 | √ |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

# EXHIBIT B

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431



**Lisa Gorshe**

**From:** Mizgala, James W. [jmizgala@Sidley.com] **Sent:** Mon 6/7/2004 8:32 PM
**To:** Lisa Gorshe
**Cc:**
**Subject:** RE: Climaco Stips for Dismissal
**Attachments:**

not drowning here, and Yanks are still in first, where's your team

-----Original Message-----
From: Lisa Gorshe [mailto:lagors@climacolaw.com]
Sent: Monday, June 07, 2004 9:23 AM
To: jmizgala@sidley.com
Subject: Climaco Stips for Dismissal

James,
Attached is my promised first list of people we will stip to dismiss with prejudice. Let me know if you have any questions or need further information. You should have in hand today, PTO 114 reports/letters for the June 7th deadline. Hope you are not drowning in paper today!

Thanks again!
Lisa

By the way - to bad on the loss Saturday to Texas, what happened with your Yankees?

Sidley Austin Brown & Wood LLP mail server made the following annotations on 06/07/2004, 08:32:01 PM
------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| Ferrell | Mary | Allen, et al. | 02-4430 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Worley | Charlene | Allen, et al. | 02-4430 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Barrella | Joann | Barrella, et al. | 02-2818 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Comito | Janice | Barrella, et al. | 02-2818 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Goss | Carolyn | Barrella, et al. | 02-2818 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Robinson | Tony | Barrella, et al. | 02-2818 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632 |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | jrclim@climacolaw.com |
| Strider | Mary Larue | Barrella, et al. | 02-2818 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Stanford | Dona | Bayerl, et al. | 02-2823 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Berry | Lenora & James | Berry | 02-4428 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Bjorn | Tyree | Bjorn, et al. | 02-2824 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Fomby-Denson<br>Estate of Berti Fomby | Eloise | Bjorn, et al. | 02-2824 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Willut<br>*Corrine recently dies, case filed in her name daughter is now our contact – Karlene Prickett* | Corrine | Bjorn, et al. | 02-2824 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115 |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Sykes | Seaborn E. | Bjorn, et al. | 02-2824 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Wash | Loretta | Bjorn, et al. | 02-2824 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Handy | Maynard | Blacksmith, Jr., et al. | 02-4431 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Boris | Thomas & Debra | Boris, et al. | 02-2137 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Clark | Ora | Boris, et al. | 02-2137 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| DeLisio | Barbara | Boris, et al. | 02-2137 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Grossen | Gary | Boris, et al. | 02-2137 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Milbrodt | Alice | Boris, et al. | 02-2137 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Shannahan | Patrick | Boris, et al. | 02-2137 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Moon | Philip | Cain, et al | 02-4412 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Prior | Pete & Karen | Cain, et al | 02-4412 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Robison | Charles & Terry | Cain, et al | 02-4412 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Castle | Ruth E. | Castle, et al. | 02-3956 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Fraser | Julie Ann & Daniel | Coursey, et al. | 02-2820 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| O'Donnell | Dorothy | Coursey, et al. | 02-2820 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Warner | Patricia | Coursey, et al. | 02-2820 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Cousin | Salvatore A. | Cousin, et al. | 02-3979 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| Lodge | Patricia Ann | Cousin, et al. | 02-3979 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Spriggs | Gladys | Cousin, et al. | 02-3979 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Foltz | Dorothy & Charles | Foltz, et al. | 02-2821 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Greiner Estate of John Greiner | Eleanor J. | Foltz, et al. | 02-2821 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Graf | John Joseph | Graf, et al. | 02-2825 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Hikida | Thomas K. | Hikida, et al. | 02-746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name & Estate Info in Applicable | First Name & Spouse if Applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | rsg@zimmreed.com |
| Jacobs | Sidney | Hikida, et al. | 02-746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Trimper | Brett | Hikida, et al. | 02-746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Biasi | Nestore | McBride, et al. | 02-3921 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| Richardson | Curtis | McBride-Boyd, et al. | 02-2826 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |
| King | Mary Elizabeth | Wood, et al. | 02-3866 | John R. Climaco (Ohio # 0011456)<br>Climaco Lefkowitz Peca Wilcox & Garofoli Co., LPA<br>1228 Euclid Avenue<br>Suite 900<br>Cleveland, Ohio 44115<br>Phone: (216) 621-8484<br>Fax: (216) 771-1632<br>jrclim@climacolaw.com |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

# EXHIBIT C

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431



**Lisa Gorshe**

**From:** Mizgala, James W. [jmizgala@Sidley.com] **Sent:** Tue 6/15/2004 10:43 AM
**To:** Lisa Gorshe
**Cc:** Michael Manuel (E-mail)
**Subject:** Another Round of Stips -- SABWPASS
**Attachments:** Dismissal Stips 06~15~2004.zip(2MB)

Lisa, attached are the stips you requested.

Please note:

- We have no record of plaintiffs named Vincent Kowalski or Thomas Kurzawski, neither in the listed case number nor in any other
- Plaintiff Karen Rae Motley in Taylor, No. 03-4735, was dismissed 11/26/2003
- Plaintiff Virginia Schwab in Baxter, No. 03-4739, was dismissed 4/26/2004
- Plaintiff Christina Lynn Heath in Corley, No. 03-0039, was dismissed 7/10/2003
- Also as to Corley, Zimmerman Reed is not on this complaint, and prior stips in this case have been prepared for the Climaco firm; the stip in this batch has been prepared for Climaco's signature
- In Broussard, No. 03-4722, Myers and Clark were dismissed 2/18/2004 and Szuhy was dismissed 4/19/2004 (the latter w/o prej.); no stipulation has been prepared for this case
- Plaintiff Harry Bean in Barrett, No. 03-4746, was dismissed (without prejudice) 10/20/2003
- Plaintiff Gloria Morgan in Chavez, No. 03-4737, was dismissed 2/5/2004
- Plaintiffs Joseph Paone and Margaret McGinnis in Hensley, No. 03-4734, were dismissed 2/18/2004.

<<Dismissal Stips 06~15~2004.zip>>

MIKE, OK to sign for GSK?

-----Original Message-----
From: Lisa Gorshe [mailto:lagors@climacolaw.com]
Sent: Friday, June 11, 2004 12:12 PM
To: jmizgala@sidley.com
Subject: Another Round of Stips

James,
Attached is another spreadsheet of cases we will agree to dismiss with prejudice with similar information to the last spreadsheet. Let me know if you have any questions.

Thanks again!
Lisa << File: June11Climaco Stip List for Sidley Austin.doc >>

Sidley Austin Brown & Wood LLP mail server made the following annotations on 06/15/2004, 10:46:14 AM
----------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| Alm | Pamela | Alm, Pamela & Kelly | 03-4730 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Brown | Glenn L. | Baldwin, et al. | 03-4726 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Reigard | Charles & Dorothy | Baldwin, et al. | 03-4726 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Bean | Harry R. | Barrett, et al. | 03-4746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Montalbano | Joseph | Barrett, et al. | 03-4746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Ryder | Elizabeth | Barrett, et al. | 03-4746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | rsg@zimmreed.com |
| Siracusa | Alfonse | Barrett, et al. | 03-4746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Siva | Anna Mae | Barrett, et al. | 03-4746 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Honeycutt | Betty Jo | Baselice III, et al. | 03-4738 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Munley | Michael George | Baselice III, et al. | 03-4738 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Willoughby | Marilyn | Baselice III, et al. | 03-4738 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Baxter | Robert | Baxter, et al. | 03-4739 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400 |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Schwab | Virginia | Baxter, et al. | 03-4739 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Kistner | Arlene | Becker, et al. | 03-4715 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Leavold | Charles | Becker, et al. | 03-4715 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Tinnin | Thelma | Becker, et al. | 03-4715 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Ellison | Claude | Bosari, et al | 03-4748 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Hargrove | Robert | Bosari, et al | 03-4748 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501 |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Johnson | Grove | Bosari, et al | 03-4748 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Morgan | Mark Wayne | Bosari, et al | 03-4748 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Say | Brian | Bosari, et al | 03-4748 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Tucker | Wallace Eugene | Bosari, et al | 03-4748 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Peck | Barbara Ann | Braddy, et al. | 03-4743 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Turner | Janie | Braddy, et al. | 03-4743 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932) |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Willis | Dawn B. | Braddy, et al. | 03-4743 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Brookover | Wade | Brookover, et al. | 03-4736 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Myers | Viola Louisa | Brookover, et al. | 03-4736 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Terry | Jan H. | Brookover, et al. | 03-4736 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Clark | Edgar Dean | Broussard, et al. | 03-4722 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| Myers | John | Broussard, et al. | 03-4722 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Szuhy | Lawrence | Broussard, et al. | 03-4722 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Wellington | Alice | Brownlee, et al. | 03-4723 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Morgan | Gloria | Chavez, et al. | 03-4737 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Williams | Thomas Bernard | Chavez, et al. | 03-4737 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Kurzawski | Thomas | Coker, et al | 03-4728 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | rsg@zimmreed.com |
| Kowalski | Vincent | Coker, et al. | 03-4728 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Sousley | Robert | Coker, et al. | 03-4728 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Heath | Christina Lynn | Corley, et al. | 03-cv-39 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Shaw | Clara H. | Corley, et al. | 03-cv-39 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Skinner | Suzan D. | Croy, et al. | 03-4714 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| King | Ann J. | Daniels, et al. | 03-4717 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400 |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Hill | Ernest | Graves, et al | 03-4712 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Mayer | Patricia | Graves, et al | 03-4712 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Hensley | Lauralee | Hensley, et al. | 03-4734 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| McGinnis | Margaret | Hensley, et al. | 03-4734 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Paone | Joseph | Hensley, et al. | 03-4734 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Pearlstein | Joan | Lambert, et al. | 03-4744 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501 |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Pearlstein | Stanley | Lambert, et al. | 03-4744 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Mandat | Nancy | Mandat | 03-4732 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Marver | John | Marver | 03-4740 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Turner | Karen E. | Morgan, et al. | 03-4747 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Robarts | Eric D. | Robarts | 03-4720 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Strause | Wayne | Schuster, et al. | 03-4724 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932) |

E-SERVED 08/13/04 01:34 PM ET Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| | | | | ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Motley | Karen Rae | Taylor, et al. | 03-4735 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Wills | Larry | Willis | 03-4729 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Beck Radke Lutse | Victor | Ximinez, et al. | 03-4749 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Greenwood | Michael | Ximinez, et al. | 03-4749 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Meyerhofer | Janice | Ximinez, et al. | 03-4749 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |

E-SERVED
08/13/04
01:34 PM ET
Baycol MDL 1431

| Last Name | First Name & Spouse if applicable | Lead Plaintiff | MDL Case No. | Signing Attorney Information |
|---|---|---|---|---|
| Moon | Earl | Ximinez, et al. | 03-4749 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Nave | Kim | Ximinez, et al. | 03-4749 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |
| Wakeley | Susan | Ximinez, et al. | 03-4749 | Charles Zimmerman (Minnesota #120054)<br>Ronald Goldser (Minnesota # 035932)<br>ZIMMERMAN REED, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, Minnesota 55401<br>Phone: (612) 341-0400<br>Facsimile: (612) 341-0844<br>csz@zimmreed.com<br>rsg@zimmreed.com |