E-SERVED 08/13/04 01:38 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Thomas Boris, et.al v. Bayer et. al. 02-2137 (Plaintiffs George Benko, Ronnie Dailey, Mary Eddy, Lonell Fisher, Delores Kidd, Gerald Papesh and Joseph Valenti only)* | |
| *Dawn Zalud, et.al v. Bayer et. al. 02-2820 (Plaintiff Dawn Zalud only)* | |
| *Cindy Hunkapiller, et.al v. Bayer et. al. 02-2821 (Plaintiff Cindy Hunkapiller only)* | |
| *Lynda Nelson, et.al v. Bayer et. al. 02-2822 (Plaintiff Lynda Nelson only)* | |
| *Nancy McBride, et.al v. Bayer et. al. 02-3921 (Plaintiff Edward J. Lobbes only)* | |
| *Robert Bayerl, et.al v. Bayer et. al. 02-2823 (Plaintiff Robert Bayerl only)* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2004, I caused the following document:

**PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MEMORANDUM IN SUPPORT OF MOTION TO COMPEL EXPERT REPORTS, PURSUANT TO PTO 114, WHICH COMPLY WITH RULE 26(a)(2)(B) AND TO PROHIBIT USE OF FORM REPORTS**

to be filed electronically with the Clerk of Court through Verilaw, and that Verilaw will send an e-notice of the electronic filing to the following:

All parties to the Baycol Products Litigation, MDL 1431.

Dated: August 13, 2004

Lisa Ann Gorshe

Lisa Ann Gorshe (MN #029522X)
Climaco, Lefkowitz, Peca,
Wilcox & Garofoli Co., L.P.A.