E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT A

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [________________________________]

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is:______________________________________

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $___________.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

   a. ______________________________________________

   b. ______________________________________________

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

a. ______________________________

b. ______________________________

c. ______________________________

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

f. ______________________________

g. ______________________________

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: ______________________________

NAME: ______________________________
ADDRESS: ______________________________
______________________________
______________________________

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT B

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431
(MJD/JGL)

This Document Relates To:

NORMA ANDERSEN,

Plaintiff,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

Case No. 02-3895 (MJD/JGL)

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is Thomas M. Zizic, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $1,080.00.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed:

a. Dr. Thomas Mustoe;

b. Dr. Karen Winn; and

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

c. Medicine Shoppe.

5. The relevant facts are as follows:

a. On April 12, 1999, Dr. Thomas Mustoe initiated Baycol 0.3 mg per day for Norma Andersen.

b. On June 13, 2000, Dr. Mustoe notes that: "She has had leg and thigh pains, particularly at night. The etiology of this is unclear. Apparently, she has sequentially stopped many different medications in an effort to determine if this might be medication related. She stopped Dittiazem first but noted no change in her leg symptoms so she restarted this and then went off Hyzaar and Baycol. Apparently, her symptoms are equivocally better... I have asked her to resume her Baycol which she agrees to do."

c. On July 17, 2000, Norma Andersen returned to Salinas Valley Primecare Medical Group after seeing a rheumatologist, Dr. Suh, who "thought myalgias probably secondary to meds... Back on Baycol per Dr. Mustoe – myalgias a little worse... Continue Baycol for now, watch to see if myalgias worsen over next 2-3 weeks. If so will stop Baycol again."

d. In February 2001, Norma Andersen returned to Salinas Valley Primecare Medical Group (NAndersen 022) and "arms and legs are aching." She is quoted as "feels like has arthritis in muscles." Under A/P: "Myalgia – stop Baycol. See if it is cause. Do not think any other meds the culprit."

e. On November 20, 2001, visit to Dr. Mustoe, he notes: "She stopped taking the Baycol that she was prescribed previously and notes she feels much improved."

f. On Dr. Harlan Grogin's April 9, 2002 visit, he notes that: "She previously was taking Baycol for hyperlipidemia and this was stopped secondary to side effects."

g. On her September 19, 2002 visit to Salinas Valley Primecare Medical Group, it is noted that: "She is reluctant to take meds for cholesterol because Baycol made her muscles ache so much."



325808.1

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

6. I hold the following opinions to a reasonable degree of medical certainty. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Myalgias in arms and legs.

7. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

8. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Dated: May 30, 2004

Thomas M. Zizic, M.D.
5601 Loch Raven Blvd.
Baltimore, MD 21239

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT C

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**IN RE: BAYCOL PRODUCTS LITIGATION** **MDL 1431**

**This Document Relates to:**

**Samuel L. Beck and Shirley Beck**
**MDL No. 02-1346**

# CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114

**See attached Exhibit "A'**

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Kevin Kleinschmidt, M.D**
418 N 2nd Street
Ashdown, AR 71822

May 3, 2004

James L. Cook
Dunn, Nutter & Morgan, LLP
State Line Plaza Box 8030
Texarkana, AR 71854

RE: Samuel Beck
SS#: 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
DOB: 5-10-35

Samuel L. Beck v. Bayer Corporation, *et. al.*

Dear Mr. Cook:

I have reviewed the medical records from my office in regard to the above referenced patient. My opinion is based on my review of these records. It is my opinion that this patient has suffered injuries or damages related to his ingestion of Baycol. The grounds for my opinions are as follows:

a. There is a claim of injury described in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury in the medical records I have reviewed.

d. The injury described in the medical records is of new onset with the taking of Baycol.

I have attached a copy of my curriculum vitae. Attached is a list of cases which I have testified as an expert, either at trail or in deposition in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

I understand that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Sincerely,

Kevin Kleinschmidt, M.D

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# KEVIN C. KLEINSCHMIDT M.D.P.A.

*418 N. 2ND STREET*
*ASHDOWN, AR. 71822*
*870-898-5037*
*870-898-4732*

*HOME ADDRESS:*
*1805 GRAND AVE.*
*TEXARKANA, AR71854*
*870-774-2221 HOME PH.*
*DOB:04/24/57*
*SS#: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*

## Employment

*MD* — *YEARS EMPLOYED (1997-1998)*
*SOUTHERN CLINIC* — *ASHDOWN, AR. 71822.*
*FAMILY PRACTICE CLINIC.*

*M.D.* — *YEARS EMPLOYED (1998-2003)*
*LITTLE RIVER CLINIC* — *ASHDOWN, AR.. 71822*
*FAMILY PRACTICE CLINIC*

## Education

*M.D.* — *YEARS ATTENDED (1979-1984)*
*UNIVERSITY OF TEXAS MEDICAL SCHOOL* — *SAN ANTONIO, TX*

*MEDICAL SCHOOL* — *YEARS ATTENDED (1988-1995)*
*AMERICAN BOARD OF FAMILY PRACTICE* — *City and State of Institution*

LICENSEE INFORMATION:

- LICENSE #: AK32544
- LICENSE TYPE: FEDERAL DEA LICENSE
- GRANTED BY: DRUG ENFORCEMENT ADMINISTRATION
- STATE: TEXAS
- LICENSES#: J0059967
- LICENSE TYPE : TEXAS CONTROLLED SUBSTANCE
- GRANTED BY TEXAS DEPT OF PUPLIC SAFETY
- STATE: TEXAS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

- LICENSE#: E-0986
- LICENSE TYPE: STATE MEDICAL LICENSE
- GRANTED BY : ARKANSAS STATE MEDICAL BOARD
- STATE : ARKANSAS

- LICENSE #: G8218
- LICENSE TYPE: STATE MEDICAL LICENSE
- GRANTED BY: TEXAS STATE BOARD OF MEDICAL EXAM.
- STATE: TEXAS-EXPIRATION DATE 02-28-2005

- TAX #86-1079386

- LICENSE #: 51650
- LICENSE TYPE: MEDICARE
- GRANTED BY : MEDICARE NUMBER
- STATE: ARKANSAS

- LICENSE#: B24011
- LICENSE TYPE: UPIN
- GRANTED BY: UPIN

- LICENSE #127156001
- LICENSE TYPE: MEDICAID
- GRANTED BY : MEDICAID NUMBER

- INSURANCE LIABILITY:
- POLICY #:6801399 EFF: 04/15/03-04/15/04
- INS . TYPE: MAL. PRACTICE
- CARRIER: RAMSEY, KRUG, FARRELL, LENSING
- HORN INSURANCE AGENCY INC.
- AGENT: BARBARA HORN
- 151 COMMERCE STREET
- ASHDOWN, AR. 71822
- PH.: 870-898-8800
- INCLUSIONS: PER INCIDENT: 1,000,000.00
- TOTAL 3,000,000.00

- CME:
- 12 HRS LITTLE RIVER MEMORIAL HOSPITAL
- 451 WEST LOCKE ST.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

- ASHDOWN, AR. 71822
- 870-898-5011
- ATTN : CINDY GAAS

- UNIVERSITY OF NORTH DAKOTA
- PO BOX 9037
- GRAND FORKS, NORTH DAKOTA 58202-9037
- 701-777-2344
- 701-777-2389
- ATTN : MARY ANN LAXEN DIRECTOR
- PRECEPTORSHIP FOR STUDENT JANET BOOK RN
- 1 ST PRECEPTOR SHIP PHASE- MARCH 3- APRIL 25, 2003
- 2ND PRECEPTORSHIP PHASE JUNE 2- SEPT. 12, 2003
- 3RD PRECEPTOR SHIP PHASE OCT. 13, 2003- JAN 9, 2004
- ACCREDITATION REVIEW COMMISSION ON EDUCATION FOR THE PHYSICIAN ASSISTANT (ARC-PA

- THE MEDICAL MANAGEMENT INSTITUTE
- CODING & BILLING FOR OPTIMAL REIMBURSEMENT
- 03-18-2004 TEXARKANA, TX
- 6HRS CATEGORY 1 CREDIT )

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**IN RE: BAYCOL PRODUCTS LITIGATION** **MDL 1431**

**This Document Relates to:**

**Samuel L. Beck and Shirley Beck**
**MDL No. 02-1346**

# AFFIDAVIT OF JAMES L. COOK

On this date, James L. Cook personally appeared before me, the undersigned Notary Public, and after being duly sworn stated the following under oath:

1. "My name is James L. Cook. I am over 18 years of age, of sound mind, and I have never been convicted of a crime. I have personal knowledge of the facts stated, and they are all true and correct.
2. I am the attorney representing Samuel L. Beck in the above referenced litigation.

3. I requested that Kevin Kleinscmidt review the records of Samuel Beck and give his opinion relating to this patient's damages related to ingestion of Baycol. His charges for this review and the preparation of his report were $200.00."

**FURTHER AFFIANT SAYETH NOT.**

Dated: May 25, 2004

James L. Cook

STATE OF ARKANSAS §
COUNTY OF MILLER §

SUBSCRIBED AND SWORN to before me on this 25th day of May, 2004.

Sonja Oliver
Notary Public

NOTARY PUBLIC-STATE OF ARKANSAS
MILLER COUNTY
My Commission Expires 11-01-2008

My Commission Expires:

11-01-2008

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

No. ______ Name San Beck Page ______

Date & Time

3/18/99 - Lab by phone - gave Baycol samples - X6wk repeat lipid + SGT in 6wk (fasting) RCLPN/Di Ks

4/30/99 - Chol. better - Baycol caused achey muscles - will stop + try just diet + exercise repeat lipid in 3mo - RCLPN/Di.Ks

8-12-99. Wt: 164 B/P 130/84 P.64 R.16 64
All: NKDA

CC: Rectal Bleeding upon BM

Med: Viagra
Prilosec 20mg i qd

[signature] 8/12/04

Baycol muscle aches

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT D

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



COPY

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: Ann Brizula

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Steven Trobiani, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report is $500.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based upon my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed;

a. Ann Brizula is a 73 year old female with a history of Baycol use which began for treatment of hypercholesterolemia in April of 2000. At that time her LDL cholesterol was 165 and her triglycerides were 337. She was begun on Baycol in a dose of 0.4 mg daily and this did reduce her LDL to 125 by July of 2000. By June of 2000, Ms. Brizula was complaining of painful joints and diffuse muscle aches. This progressively worsened,

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

resulting in her referral to Dr. Antonio Liu for neurological consultation. She was seen by Dr. Liu in September of 2001. His notes state that she was suffering from fatigue and weakness in the lower extremities and especially had problems walking and standing up. She also suffered from depression. He noted that she had suffered from these symptoms for eight months, but that her symptoms had improved in the month preceding his consultation following discontinuation of her Baycol on August 20, 2001. A CPK level drawn on August 24, 2001 was elevated at 212. Fractionation of this CPK showed that this was entirely from muscle. Following discontinuation of Baycol, CPK levels returned to normal and Ms. Brizula, according to Dr. Liu, was getting stronger and better. Dr. Liu did note mild weakness in both lower extremities which was greater proximally than distally. It was Dr. Liu's opinion that she was most likely suffering from a myopathy or myositis secondary to the use of her cholesterol lowering agent.

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Myopathy.

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records, specifically the consult from Dr. Antonio Liu, dated September 14, 2001.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431



c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed and, in fact, improved.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 18, 2004.

NAME: Steven Trobiani, M.D.

ADDRESS: Northstar Pain Care/
Northstar Neurological Clinic
12000 Elm Creek Boulevard
Suite 330
Maple Grove, Minnesota 55369

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

# EXHIBIT E

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431
(MJD/JGL)

This Document Relates To:

CAROLINE COWART,

Plaintiff,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

Case No. 02-2983 (MJD/JGL)

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is Thomas M. Zizic, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $2,580.00.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed:

   a. Dr. Robert Brown; and

   b. Dr. Joseph DeHaven.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

5. The relevant facts are as follows:

a. Caroline Cowart was put on Baycol 0.4 mg per day by Dr. Robert F. Brown on March 13, 2000, as he hoped it would be "a little more economical for the patient" than the Mevacor she was on.

b. On July 10, 2001, Carolyn Cowart was seen by Dr. Brown. "She is having weakness in her legs. She has achy feelings all over, back pains, heaviness in her chest, and a scratchy throat." On musculoskeletal exam: "She does have tenderness in the musculature of her upper arms, neck and thighs, and she has tenderness in her calves. I am concerned this could by myositis from Baycol." Dr. Brown then stopped the Baycol.

c. On July 10, 2001, the CPK was 99 with a normal range of 30 to 135, and on July 16, 2001, the CPK was 120 with a normal range of 0 to 165.

d. When she was admitted to St. Joseph's on August 1, 2001, Dr. DeHaven noted: "Multiple muscle or joint aches recently."

6. I hold the following opinions to a reasonable degree of medical certainty. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Weakness in the legs;

b. Aching all over; and

c. Tender upper arms, neck thighs and calves.

7. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

e. The described injury did not grow worse after Baycol was removed.

8. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Dated: May 30, 2004

Thomas M. Zizic, M.D.
5601 Loch Raven Blvd.
Baltimore, MD 21239



325919.1

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT F

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: Willie Curtis

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Steven Trobiani, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charge for this review and report is $300.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based upon my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed;

   a. Willie Curtis was begun on Baycol for hypercholesterolemia on October 19, 2000 in a dose of 0.8 mg daily. On January 30, 2001, his dose was decreased from 0.8 mg daily to 0.4 mg daily. On May 25, 2001, Mr. Curtis was seen for pain in the left lower quadrant of his back. He had no pain on urination at that time. On June 8, 2001, the pain in the left

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

lower back had decreased, however his Baycol had also been stopped due to articles. He was referred to Dr. Tibbs and Dr. Akhtar. Mr. Curtis was seen by Dr. Akhtar of Richmond Nephrology & Hypertension on July 24, 2001. Dr. Akhtar advised Mr. Tibbs to avoid nonsteroidal anti-inflammatory agents and started him on Pravachol in place of his Baycol. He also requested a nuclear medicine renogram which showed an absent left kidney and retention of activity within the right renal pelvis which normalized with the addition of Lasix consistent with a UPJ stenosis. Mr. Curtis was seen on August 28, 2001, at which time his back pain was continuing to improve off Baycol. By October 19, 2001, his back pain had improved further.

5. It is my opinion that this patient has suffered injuries or damages related to his ingestion of Baycol. These injuries include the following:

a. Myalgia.

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records. Specifically: On August 28, 2001 under assessment, "He is convinced that Baycol caused his back pain and leg cramps."

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol. Mr. Curtis had started on Baycol in a dose of .8 mg daily on October 19, 2000. This was reduced to 0.4 mg daily on January 30, 2001 and he began suffering from back pain on May 25, 2001. Baycol was discontinued between May 25, 2001 and June 8, 2001, followed by recovery of his back pain and leg pain.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed. The condition did, in fact, improve after the removal of Baycol.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 24, 2004.

NAME: Steven Trobiani, M.D.

ADDRESS: Northstar Pain Care/
Northstar Neurological Clinic
12000 Elm Creek Boulevard
Suite 330
Maple Grove, Minnesota 55369

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT G

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [ ___Mr. Horace Fowler______________]

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Deborah Schneider, MD

My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $_500.00/hr.__________.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

a. ____________________________________________

b. ____________________________________________

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

a. elevation in CK levels

b. elevation in liver function

c. epigastric pain episode 2/25/01; and pain in left side with tenderness to palpation in left flank, 6/20/01.

6. The grounds for my opinion are as follows:

Yes (a) There is a claim of injury as described above in the patient's medical records.

Yes (b) The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

Yes (d.) The injury described is of new onset with the taking of Baycol.

Yes (e.) The described injury did not grow worse after Baycol was removed.

f. see attached addendum**

g. ______

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to the ongoing discovery, including my review of additional medical records.

Date: 5/21/04

Deborah Schneider MD 5/21/04

NAME: Deborah Schneider, MD

ADDRESS: 16839 Bethayres Road
Derwood, Maryland 20855

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

Deborah Schneider, MD
President, Doctors Home Services, Inc.
16839 Bethayres Road
Derwood, Maryland 20855
Phone: 301-613-7110 Fax: 301-417-9139
Email: dsjscsms@aol.com

Addendum to PTO 114 form:

May 21, 2004

Mr. Fowler was initially followed for high cholesterol and hypertension. On 9/21/99, Mr. Fowler was "on Baycol 0.3/d." 11/3/00, laboratory testing resulted in cholesterol 183, triglycerides 99, hdl 39, AST 12, ALT 15, T. Bili 0.7, D. Bili 0.3 (high), and a notation in the chart mentions, "Baycol 0.4mg one po daily." 1/10/01, testing resulted in a cholesterol level of 200, triglycerides of 114, and HDL of 42, notes charted, mention increasing "Baycol to 0.8mg daily."

1/18/01 through 7/18/01, Baycol 0.8mg, quantity 30, monthly purchases are documented.

2/24/01, Dr. Smith notes, "pain in epigastric region." 2/24/01, laboratory testing reveal elevated test results with CK 308, AST 99 and LDH 188. 2/25/01, repeat testing levels, CK 238, AST 129, LDH 183. 5/10/01, reveal a continued elevation in the total bilirubin at 1.2. 6/20/01, Nurse RC Family Care Center Physician and Nursing Assessment, "subjective tenderness to palpation in the left flank…felt to be simple musculo-skeletal pain." 8/10/01, Baptist Health Call Documentation notes, "Cholesterol med is Baycol wants exchange…Done..RC..OK change to Zocor 20 mg…" 1/26/02, liver function test returns to normal values as seen prior to the increases in Baycol dosing.

When Baycol was increased to the level of 0.8mg per day, side effects described in some Baycol users, began to develop in Mr. Fowler. These new findings and complaints included elevation in liver function tests (AST, ALT, Bili) and blood tests which are consistent with muscle cell injury (LDH and CK). Baycol users have also been known to complain of musculoskeletal pains in proximal muscle groups, such as the thighs and low back. The etiology of the epigastric pain may have been due to a painful muscle group or related to the elevations in the liver function tests.

It is the marked temporal relationship between Mr. Fowler's onset of the signs and symptoms and the increase in Baycol dosing, along with the relief which occurred with the discontinuance of Baycol which makes Baycol a likely etiology.

Deborah Schneider MD 5/21/04

Deborah Schneider, MD date

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT H

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [ Edwin McGee ]

## CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114

1. My name is: William H. Durham, MD

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $ 500.00 .

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

a. Continuation record of Dr. Andrew George

b. Radiology report of Dr. Todd Roth

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Persistent myalgias after Baycol 0.8mg withdrawal

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

b. Myalgias

c. Myositis d. Baycol related muscle complaints

6. The grounds for my opinion are as follows:

XXXThere is a claim of injury as described above in the patient's medical records.

XXXThe claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

XXXThere is no other explanation for this injury apparent in the medical records I have reviewed.

XXXThe injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

f. See also attached report

g. __________

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: 05/28/2004

William H. Durham

NAME: William H. Durham, MD
ADDRESS: 131 Pinehills Drive
Hattiesburg, MS 39402

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **Edwin McGee**

*Hazel Lewis, et al. v. Bayer Corporation, et al.; MDL No. 02-3012*

---

| | |
|---|---|
| Date: | Friday, May 28, 2004 |
| Physician: | William H. Durham, MD |
| Law Firm: | Ingram & Associates, PLLC |

My name is **Dr. William H. Durham.** I am board certified in internal medicine and I conducted an extensive review of all the medical records made available to me for the referenced patient in formulating my opinion.

**Dr. William H. Durham** dictating a case specific review of the medical record of **Edwin McGee.**

**Background**

Mr. McGee was 43 years old when he was given the highest dose of Baycol possible at 0.8 mg per day on February 22, 2001. He continued to take the high dose 0.8mg Baycol through samples given to him by his primary care doctor. He took the medicine for two months. It is unfortunate that he was started on the high dose of 0.8mg instead of the lower dose and gradually worked up to the therapeutic dosage for his condition.

Within two weeks of starting the high dose Baycol the patient complained of stiffness in his neck, shoulder area, and back area. He described it as a muscle spasm that would not go away. This was unusual for him and also occurred to the point where he sought medical attention for this new onset complaint. When he saw his physician, Dr. George, who had prescribed the Baycol, his diagnosis was "sore muscles." There is an interesting note in the medical records dated May 21, 2001 which is a telephone note stating that "it does not appear that further drug therapy [Baycol 0.8mg] proven benefits would outweigh the risks". The records do not reflect any other details of stopping the medication as far as symptoms go, however he does state and imply that the proven benefits do not outweigh the potential risks of the drug. There was no evaluation by neurologists or rheumatologists for his musculoskeletal complaint during the time he was on Baycol. Also, there were no CPKs drawn during the ingestion time of Baycol. He did have continued complaints apparently of musculoskeletal symptoms in August 2001 prompting the physician to order a cervical spine x-ray which was read as normal thus, ruling out any type of osteoarthritic component to his complaint and indicating that it was truly a muscle etiology of his pain. His persistent muscle complaints that had the time relationship of onset when starting Baycol at the dose of 0.8mg fits a history of Baycol induced injury, in my medical opinion.

**Impression**

1. Persistent myalgias after Baycol 0.8 mg withdrawal
2. Myalgias
3. Myositis
4. Baycol related muscle complaints

WHD
WHD

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT I

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: Mack McGhee, Jr.

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Steven Trobiani, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $300.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based upon my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed;

a. Mack McGhee, Jr. is a 43 year old male who initially developed myalgia, leg cramps and hip pains around October of 2000. He was seen by Dr. Howard Blount on October 27, 2000 who felt that his myalgia, leg cramps

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

and hip pains could be consequent to Lipitor. Mr. McGhee was therefore switched to Baycol, although the dose was not specified. He was again seen on February 5, 2001 with complaints of myalgia, malaise and fatigue in association with an apparent respiratory infection. He was seen again on March 12, 2001 with complaints of left hip pain. It was noted that he had also developed low back pain by this time and this was distinctly separate from his prior left hip pain. There was no trauma or overuse which contributed to these pains. X-rays of the left hip were obtained and were interpreted as normal. He was started on Indocin for treatment of his pain. On July 20, 2001, he was again seen for persistent hip pain. Despite the symptoms of myalgia, his Baycol dose was increased to 0.8 mg daily due to his elevated cholesterol. On August 2, 2001, he was seen in orthopedic consultation by Dr. Michael MacKay due to a several year history of left hip pain, as well as pain which was located in the buttocks, aggravated by sitting and lying on the left side. He also complained of cramps and twitching in the left leg, calf and thigh. Dr. MacKay's exam was unremarkable and Mr. McGhee was diagnosed as suffering from left hip pain, probably a chronic piriformis syndrome or sciatica. Dr. MacKay recommended treatment with Neurontin. At Mr. McGhee's request, he was changed by Dr. Casey from Baycol to Zocor. Following this change, the myalgia appears to have resolved with no further mention of myalgia through his last note of January 11, 2002.

5. It is my opinion that this patient has suffered injuries or damages related to his ingestion of Baycol. These injuries include the following:

a. Myalgia.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records. Specifically, Mr. McGhee initially developed myalgia while taking Lipitor. This worsened when he was changed to Baycol and the myalgia worsened further when his dose of Baycol was increased. The myalgia appears to have resolved with cessation of Baycol.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed. This includes an MRI of the lumbar spine which was normal.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed. It did, in fact, appear to have improved.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 26, 2004.

NAME: Steven Trobiani, M.D.

ADDRESS: Northstar Pain Care/
Northstar Neurological Clinic
12000 Elm Creek Boulevard
Suite 330
Maple Grove, Minnesota 55369

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT J

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [ Vicia McKinney ]

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Marius T McFarland

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $ 500.00

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years. See attachment

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

a. review of medical history

b. physical exam

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. musculoskeletal pain

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

b. Musculoskeletal weakness

c. Debilitation

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

f. By way of history from patient

g. Baycol appears to have been a contributing cause to this patient's condition

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: 6/3/04

NAME: Marvus T McFarland, MD

ADDRESS: 3331 Youree
Shreveport, LA 71105

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Name:** Vicia McKinney Case for Atty. Makiva Johnson
**Date:** 05/24/04

**CHIEF COMPLAINT:** Baycol ingestion.

**HISTORY OF PRESENT ILLNESS:** This lady is an 87-year-old black female who reports a history of hypertension, hyperlipidemia and arthritis. She is here today to evaluate for ingestion of Baycol. She states that she took the medicine for approximately a year and a half in 2000 and 2001. She states she has been off the medicine for the past two years and reports that she has had muscle weakness as well as thigh and leg weakness after taking the medicine. Dr. Gandhi was her primary doctor at that time and she had a history of arthritis, but states that her general physical condition deteriorated significantly after she took the medication. At this time, she states she is still being followed by Dr. Gandhi for arthritis-type complaints, but believes that her overall condition is worse.

**PAST MEDICAL HISTORY:** Partial hysterectomy in 1970.

**CURRENT MEDICATIONS:** She does not have them with her, but she does take a blood pressure medicine, a cholesterol medicine, arthritis medicine and Detrol.

**ALLERGIES: TYLENOL NO. 3 AND SULFA DRUGS.**

**HEALTH HABITS:** She denies smoking, alcohol or drug use.

**SOCIAL HISTORY:** She is a widow and worked as a homemaker.

**FAMILY HISTORY:** Her mother is deceased due to complications from diabetes. She has fifteen brothers and sisters and all are deceased due to unknown causes.

**REVIEW OF SYSTEMS:** GENERAL: See history of present illness. ENERGY LEVEL: No fatigue or hyperactivity noted. APPETITE: No appetite disturbance, anorexia or overeating. SLEEP: No insomnia or hypersomnia. WEIGHT: No weight loss or weight gain. PSYCHOSOCIAL: No mood changes or depression. NEUROLOGICAL: She complains of weakness in her legs and paresthesias or numb-like sensations in her legs. HEENT: No headaches, blurred vision, spots in front of the eyes, visual changes, tinnitus, sore throat, hoarseness, dental problems, rhinorrhea or ear complaints. RESPIRATORY: No cough, hemoptysis, wheezes or shortness of breath. CARDIOVASCULAR: No chest pain, paroxysmal nocturnal dyspnea, dyspnea on exertion or palpitations. GASTROINTESTINAL: No vomiting, melena, or constipation. GENITOURINARY: No frequency, dysuria, polyuria, or incontinence. MUSCULOSKELETAL: No joint pain, swelling or stiffness.

**PHYSICAL EXAMINATION:** VITAL SIGNS: Blood pressure 144/74, pulse of 87, weight of 152, temperature is 99.1. GENERAL APPEARANCE: Well-developed, well-nourished lady in no acute distress, but does appear generally weak. She walks with a cane. SKIN: Warm, dry, with good turgor. HEAD: Normocephalic, atraumatic. EYES: Pupils are equally round and reactive to light and accommodation. Extraocular muscles intact. ENT: Mucous membranes pink, moist without evidence of any lesions. NECK: Supple. Full range of motion. No bruits, thyromegaly or

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

Page Two
Re: Vicia McKinney
5-24-04

adenopathy. CHEST: Clear to auscultation. Respirations unlabored. HEART: Regular rate and rhythm without murmurs, gallop or rub. ABDOMEN: Bowel sounds positive. Soft, nontender, non-distended. No masses. No hepatosplenomegaly. No hernia. EXTREMITIES: Full range of motion of upper and lower extremities. Strength in her upper and lower extremities is decreased, 2/5 in her upper extremities and 3/5 in her lower extremities. She has 2+ edema of her ankles and feet. Also, in her hands, she has atrophy of the thenar muscles. NEUROLOGICAL: Cranial nerve II: Visual acuity intact. III, IV, and VI: Pupils equally round and reactive to light and accommodation. Extraocular movements are intact. V: Muscles of mastication strong. Sensation intact over face. VII: No facial asymmetry. Muscles of facial expression intact. VIII: Hearing intact. IX and X: Palate elevates symmetrically. Gag reflex intact. XI: Shoulder shrug intact. XII: Tongue moves in all directions. SENSORY: Intact throughout. PSYCHIATRIC: Alert, oriented to person, place, person and situation. MEMORY: Recent and remote intact. MOOD AND AFFECT: Within normal limits.

**ASSESSMENT:**

1. Baycol ingestion.
2. Musculoskeletal pain.
3. Musculoskeletal weakness.
4. Probable neuropathy.
5. DJD.

**PLAN:**

1. I will discuss the findings with this patient's attorney. By way of history from patient, Baycol appears to have been a contributing cause in this patient's decline in her musculoskeletal condition and patient also reports that these findings were of new onset after taking the medication.
2. We will monitor her closely and provide any further insight as directed.

MAIRUS T. MCFARLAND, M.D.
MTM/pts1

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT K

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [ Debra Norwood ]

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is: William H. Durham, MD

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $ 500.00 .

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

a. Super D Pharmacy Records and Baycol samples

b. Clinic notes of Dr. Nelson c. Patient Questionnaire

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Clinically significant Baycol induced muscle injury

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

b. Myositis/myalgias of the lower back and lower extremities

c. Allergic reaction to Baycol

6. The grounds for my opinion are as follows:

xxax There is a claim of injury as described above in the patient's medical records.

xxbx The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

xxcx There is no other explanation for this injury apparent in the medical records I have reviewed.

xxdx The injury described is of new onset with the taking of Baycol.

xxex The described injury did not grow worse after Baycol was removed.

f. See also attached report

g. __________

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: 05/28/2004

William H. Durham

NAME: William H. Durham, MD
ADDRESS: 131 Pinehills Drive
Hattiesburg, MS 39402

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **Debra Norwood**

*Hazel Lewis, et al. v. Bayer Corporation, et al.; MDL No. 02-3012*

| | |
|---|---|
| Date: | Friday, May 28, 2004 |
| Physician: | William H. Durham, MD |
| Law Firm: | Ingram & Associates, PLLC |

My name is **Dr. William H. Durham**. I am board certified in internal medicine and I conducted an extensive review of all the medical records made available to me for the referenced patient in formulating my opinion.

**Dr. William H. Durham** dictating a case specific review of the medical record of **Debra L. Norwood.**

**Background**

Ms. Norwood was a 43-year-old female when she ingested Baycol at the 0.3 and 0.4 milligrams dosages from July 1999 until July 2000. Mrs. Norwood, at the time of taking the Baycol for ten consecutive months, weighed only 116 pounds making her at somewhat increased risk for muscle injury from the Statin drug due to her decreased muscle mass. It is important to note that Mrs. Norwood was not on any previous Statin drugs before Baycol for her hyperlipidemia.

Mrs. Norwood started Baycol on July 6, 1999 at the 0.4 mg dose with samples given to her by her physician, Dr. Gary Nelson. The records reflect copies of the sample boxes and pharmacy printouts indicating that the patient did ingest the medication, Baycol. Approximately five months after being on the Baycol, the patient had new onset of generalized aching and returned to see her physician on December 29, 1999 with a complaint of "myalgias." Her record reflects that Ms. Norwood described to her physician at that time that she was having generalized muscle weakness in the low back area and bilateral calf muscle pain. This is associated with joint and muscle pain also in other areas. Also she complained of red spots on her skin which her treating physician suspected was related to her cholesterol medicine as recorded in his notes. In continuing her Baycol, it appears that the patient continued to suffer myalgias, muscle pain in the back and lower extremities for the entire time she ingested the Baycol. She also continued to complain of a erythematous reaction, a red area on her lower extremities, which had a direct time relationship of occurrence to starting the Baycol. Her treating physician, Dr. Nelson, states in his records that he was stopping the Baycol because of skin lesions on her legs. He clearly suspected this to be a medication reaction from Baycol. He later referred Ms. Norwood to a specialist for evaluation of the skin disorder. Ms. Norwood did not have an evaluation by a neurologist or a rheumatologist during the time of taking Baycol. There were no records indicating that CPKs were drawn to evaluate her muscle complaints. Once the Baycol was stopped, by history from the patient, her muscle aches and myalgias improved along with the red spots on her lower extremities.

In summary, it is my medical opinion from reviewing these medical records of Ms. Debra L. Norwood, that she suffered muscle injury from Baycol. Her case is unique in that she also had a continuous skin reaction to the medication that her treating physician described as a medicine reaction to Baycol.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Impression**

1. Clinically significant Baycol induced muscle injury.
2. Myositis/myalgias of the lower back and lower extremities
3. Allergic reaction to Baycol

WHD

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT L

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: Diane Ogan

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

---

1. My name is: Steven Trobiani, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $300.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based upon my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed;

   a. Diane Ogan is a 66 year old woman with a history of hyperlipidemia and panic attacks. She was begun on Baycol on January 6, 2000. On July 23, 2001, she was referred to Dr. Waseem Ibrahim for neurological consultation by Dr. Michael S. Reily who was her internist. Dr. Reily

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

related discomfort in Ms. Ogan's knees which he attributed to arthritic discomfort, but also noted a complaint of lower back pain. She had been seen by Dr. Smalley and x-rays showed no degenerative change. She also felt that she was developing some atrophy of the left leg. Because of her complaints of weakness in the lower extremities, the back pain and the atrophy in the left leg, Dr. Reily requested neurological evaluation. Ms. Ogan was seen by Dr. Ibrahim on July 31, 2001. An EMG performed on that date showed no abnormality and it was his opinion that she could be suffering from a restless leg syndrome and advised treatment with B12 for a borderline low B12 level. Ms. Ogan discontinued Baycol in August of 2001 and the last note in her record indicates that her leg symptoms improved following discontinuation of that medication.

5. It is my opinion that this patient has suffered injuries or damages related to her ingestion of Baycol. These injuries include the following:

a. Myalgia.

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records. Specifically, the onset of back pain and lower extremity myalgia following the ingestion of Baycol.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed. It did, in fact, improve.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 26, 2004.

NAME: Steven Trobiani, M.D.

ADDRESS: Northstar Pain Care/
Northstar Neurological Clinic
12000 Elm Creek Boulevard
Suite 330
Maple Grove, Minnesota 55369

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT M

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [ ISABEL E AROCHO ORAMAS ]

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is: MARIA I CARDONA DEL VALLE MD

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $ 5,900.00 .

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: x My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

a. SEE ATTACHMENT

b. ______

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. RHABDOMYOLYSIS

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

b. ACUTE RENAL FAILURE SECONDARY TO RHABDOMYOLYSIS

c. ACUTE TOXIC HEPATITIS SECONDARY TO BAYCOL

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

f. ------------------

g. ------------------

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: JUNE 4, 2004

NAME: MARTA T CARDONA DEL VALLE MD
ADDRESS: CALLE PAVIA FERNANDEZ 611
SUITE 108 SAN JUAN PR
TEL (787) 726-9048
FAX (787) 726-7444

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO NO. 114
Plaintiff Isabel E. Arocho Oramas MDL 02-4022
María I. Cardona-Del Valle, MD
June 4, 2004

4. Medical records reviewed:

a. Medical record from Pavía Hospital

b. Medical record from Auxilio Mutuo Skilled Nursing Facility

c. Medical record from Healthsouth Rehabilitation Hospital in San Juan

d. Dr. Michael Babilonia Román's office medical record

e. Dr. María Pujols' office medical record

f. Dr. María Cardona office record

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**MARIA I. CARDONA DEL VALLE, MD**
Internal Medicine
Calle Pavía Fernandez, 611 Suite 108
Tel. 787-726-9048
Fax. 787-726-7444

# EXPERT WITNESS REPORT

CASE OF : ISABEL AROCHO ORAMA
5/28/2004

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**MARIA I. CARDONA DEL VALLE, MD**
Internal Medicine
Calle Pavía Fernandez, 611 Suite 108
Tel. 787-726-9048
Fax. 787-726-7444

May 28, 2004

Marta Vilá, Esq.

Mrs. Marta Vilá:

Enclosed is my final medical witness report of Isabel Arocho Orama requested by you on January 2004. To prepare the report I reviewed the following documents;

1. Medical record from Pavía Hospital
2. Medical record from Auxilio Mutuo Skilled Nursing Facility
3. Medical record from Health South Rehabilitation Hospital in San Juan
4. Dr. Michael Babilonia-Roman office record
5. Dr. Michael Babilonia-Roman deposition
6. Dr. Maria Pujols office record
7. Dr. Maria Pujols deposition
8. Dr. Maria Cardona office record

## MEDICAL HISTORY:

76 year-old female with history of hypercholesterilemia, osteorarthritis,

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



depression, and osteoporosis. Before Mrs. Arocho was placed on Baycol, she was using Plavix (75 mg. orally once a day), Paxil (20 mg. orally daily), Zyprexa (2.5 mg. orally daily), calcium supplement, and Vitamin E, on a daily basis, claiming good compliance to treatment.

On July 6, 2001, Mrs. Arocho was evaluated by Dr. Michael Babilonia-Roman (her rheumatologist), and she was found with significant elevation of her serum cholesterol levels (Total Cholesterol 321, Triglicerides 198, HDL-Cholesterol 69, and LDL Cholesterol 213 mg. Idl ). In view of these findings, she was placed on Baycol , 0.4 mgs. orally daily, and a follow up appointment was given in two months with some laboratory tests. At that time, her renal and hepatic functions were found within normal limits.

Approximately three weeks after she started taking Baycol, she started complaining of difficulty to ambulate, pain on thighs, buttocks, low back and both knees. She required assistance for bathing. The symptoms persisted and she was unable to stand alone, and developed a wide base gait.

A few days before admission, she was found unable to ambulate and required the use of a wheel chair. Patient developed hypoactivity and anorexia, but continued to take her prescribed medications, including Baycol on a daily basis.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



On August 5, 2001, she was taken to the Emergency Room at Pavía Hospital in Santurce, Puerto Rico, by her husband, Mr. Claudio Ballester, and her daughter, Dr. María E. Ballester, with a chief complaint of overall weakness, generalized body pain, persistent inability to ambulate, anorexia, nausea and oliguria (low urinary output) with dark brown urine. When I examined the patient, she was found acutely ill, weak and somnolent, blood pressure was significantly elevated, (190/85), and the patient was unable to sit and hold her head erect. There was evidence of pain to touch on both arms, legs, and thighs. No evidence of focalized weakness, involuntary movements, fasciculations or rigidity.

A diagnosis of acute Renal Failure, (Bun 76, Creatinine 5.8), secondary to Baycol induced Rhabdomyolysis was established, (CPK 75,737 and dark brown urine). Also there was evidence of significant elevation of hepatic enzymes, compatible with an acute hepatitis, (AST 1978, ALT 1099, DH 8896), possibility of toxicity induced by Baycol was suspected. Patient stated that she was taking Baycol, 0.4 mg. orally, since four weeks ago, on a daily basis. The medication was discontinued immediately and patient admitted to the Hospital.

Patient⊡s condition continued to deteriorate with worsening of her Acute Renal Failure, for a which a Quinton catheter was placed on the subclavian vein, and she was hemodialyzed on august 6, 2001, on an emergency basis. At that time the chest x rays revealed the presence of pneumonic processes compatible with aspiration, and she was started on antibiotic treatment with Maxipine.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



Her laboratories showed evidence of multiple abnormalities with findings of persistent elevation of liver function test, suggestive of an acute toxic hepatitis, secondary to Baycol use. She developed hypoglycemia (secondary to impaired glucogenesis by the liver), generalized edema (secondary to hypoalbuminemia), severe diarrhea (due to suspected edema of bowel producing malabsortion and coagulopathy with prolongation of partial prothombin time (secondary to poor production by the liver of coagulation factors). These complications produced the sequela of malnutrition, with need of administration of Total Parenteral Nutrition. Fresh frozen plasma was transfused, and intravenous albumin was administered.

On August 14, 2001, she was found with worsening of her leukocytosis, hypoxemia (requiring oxygen supplementation), and radiographic deterioration of her pneumonic process. She was evaluated by an infectious disease specialist, and the antibiotic regimen was switched to Primaxin and Vancomycin. A diagnosis of a septic process was established.

On August 15, 2001, she was found with progressive respiratory difficulty, hyperventilation and fluid overload, requiring endotracheal intubation with Mechanical Ventilation. Mrs. Arocho remained dependent of ventilation until October 28, 2001. After intubation, she developed a severed bradicardia and evidence of pauses on the electrocardiography recording, requiring administration of atropine and placement of a temporary pacemaker.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



Mrs. Arocho's pneumonic process and sepsis were very severe and difficult to treat in view of poor response to different antibiotic regimens. On August 20, 2001, Amikasin and Timentin were added to the regimen, as per recommendation of infectious disease specialist. On August 22, 2001, a sputum culture revealed an abundant growth of Stenotrophonomonas maltophila sensitive only to Cipro and Septra for which antibiotic treatment was changed and the Primaxin, Vancomicin, Amikacin and Timentin were discontinued.

On August 23, Mrs. Arocho ws found with significant deterioration with development of severe arterial hypotension, leukocytosis, and significant depression of her level of consciousness. A Swan Ganz catheter was placed and she was diagnosed with septic shock. Amikacin and Amphotericin B were administered to the antibiotic regimen in addition to vassopressors and inotropics Neosynephrine and Dobutamide.

Mrs. Arocho continued with a downhill clinical picture. During her prolonged hospitalization she developed multisystemic complications such as renal failure requiring hemodialysis, hepatic failure, recurrent pneumonic process and respiratory failure, requiring a prolonged tracheal intubation and mechanical ventilation, sepsis with need of multiple antibiotic regimens, recurrent anemia with need of multiple blood transfusions, 19 units of packed red blood cells, coagulopathy with need of transfusion of four units of fresh frozen plasma

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



and 18 units of platelets, metabolic encephalopathy, hypoalbuminemia, and a severe depressive state.

Mrs. Arocho recovered from a renal failure on October 14, 2001, without the need of further hemodialysis. On October 28, 2001, she was weaned of the mechanical ventilator, and the tracheotomy tube was removed on November 6, 2001, but Mrs. Arocho failed to recover from the severe muscular weakness that she developed as a sequela of the Rhabdomyolisis. She was unable to sit erect, unable to maintain the neck erect with inability to maintain an adequate posture.

On November 9, 2001, she was transferred to Auxilio Mutuo Skilled Nursing Facility to work on her rehabilitation process. Patient was able gradually to swallow liquids and solid food without difficulty with successful removal of ileostomy tube during her stay at the Skilled Nursing Facility. Mrs. Arocho posture improved, being able to tolerate being seated without assistance, and improved neck muscle tone, but she never recovered the muscular strength of her lower extremities, being confined to bed until the present time. Tolerance of the wheel chair was found to being limited (around 45 minutes to one hour daily).

Mrs Arocho never recovered from her depression, been unable to socialize and manage her daily living.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



## CLINICAL DISCUSSION:

At the time she started treatment with Baycol (around july 7, 2001), Mrs Isabel Arocho was a 76 year-old female, retired social worker, without any significant physical restrictions, ambulating without difficulty without assistance of any orthopedic device. She was able to take care of her family, activities of daily living and herself. Her physical exam performed by her rheumatologist Dr. Michael Babilonia before she started with the treatment of Baycol failed to reveal any evidence of muscle weakness, flaccidity, rigidity or significant ambulation impairment. Her mental status was normal. Her laboratory data revealed normal hepatic and renal functions. No evidence of proteinuria , electrolyte imbalance or abnormalities on her hemogram.

Three weeks after she started taking Baycol, she developed muscular pain, weakness, difficulty to stand and progressive ambulation impairment (e.i., the same clinical picture described in the enclosed literature compatible with Baycol induced Rhabdomyolysis [1, 4, 5, 6])

It has been demonstrated that Baycol (cervastatin) may induce Rhabdomyolysis, particulary on elderly population. On the FDA Reporting Rates of Rhabdomyolysis with Statin therapy was demonstrated the high incidence of report cases of Rhabdomyolysis associated with the use of Baycol (cervastatin).

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



The reporting rate per 1,000,000 U.S. prescriptions was found significantly elevated. particulary when compared to the other available statins.

The incidence of Rhabdomyolysis cases associated with the use of Baycol was also elevated in Europe, and this findings produced removal from the worldwide market.

Mrs. Arocho was evaluated by the undersigned at Pavia Hospital in Santurce, Puerto Rico on august 5, 2001, and and was diagnosed with Baycol induced Rhabdomyolysis, acute renal failure secondary to Rhabdomyolysis, and acute hepatic failure, secondary to Baycol use.

Her condition continued on a downhill clinical course with development of multiple complications and_multisystemic failure, which required innumerable interventions, surgical procedures, central vascular access, hemodialysis during sixty nine (69) days, endotracheal intubation with posterior need of tracheostomy tube in view of her persistent respiratory failure which required prolongued mechanical ventilation (74 days). Development of multiple pneumonic process with sepsis, and need of a Swan Gang catheter for monitoring.

After being hospitalized for 96 days in a row, Mrs. Arocho recovered from her renal, hepatic and respiratory failures, her multiple infections process, and was transferred to a Skilled Nursing Facility for rehabilitation purpose.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



**TREATMENT:**

During her prolonged hospitalization at Pavia Hospital (total of 96 days, 85 days at the Intensive Care Unit (ICU), Mrs. Arocho was submitted to a very complex and aggressive treatment that included the following:

1- Aggressive hydration with Normal Saline Solution upon admission.

2- Urine Alkalinization with Sodium Bicarbonate on a continuous infusion.

3- Administration of diuretic (lasix) and Manitol to force diuresis.

4- Use of Procardia for blood pressure control.

5- Need of Hemodialysis during the next 24 hours after admission in view of progressive uremia, hyperkalemia and fluid overload (08-06-01).

6- Placement of Nutriflex tube for enteral feeding in view of patient's inability to eat (08-09-01).

7- Administration of Aldomet IV for blood pressure control.

8- Administration of Intravenous Albumin in view of severe

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



hypoalbuminemia and progressive edema.

9- Multiple antibiotics regimens for treatment of infectious process (aspiration pneumonia, sepsis, urinary tract infection): Maxipine, Vancomycin, Primaxin, Amikacin, Timentin, Cipro, Septra, Amphotericin B, Zozyn, and Tobramycin.

10- Multiple transfusions of Packed Red Blood cells (19 units) due to development of anemia, administration of platelets (18 units), and fresh frozen plasma (4 units), for correction of coagulopathy.

11- Oxygen supplementation for treatment of hypoxemia and posterior need of endotracheal intubation and Mechanical Ventilation (08-15-01) due to development of respiratory failure.

12- Administration of Neosynephrine and Intropin for correction of severe hypotension secondary to septic shock (08-23-01).

13- Swan Gang catheter placement (08-23-01).

14- Requirement of tracheotomy due to inability to be weaned from mechanical ventilator (08-27-01).

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



15- Ileostomy tube placement for enteral feeding (08-27-01).

16- Administration of Total Parenteral Nutrition via a central line due to inability of enteral (gastrointestinal) feeding (09-01-01 to 09-15-01).

17- Administration of Procrit and Infed intravenously for treatment of the anemia.

18- Recurrent need of electrolyte replacement therapy (potassium, phosphate and magnesium).

19- Recurrent thoracentesis due to pleural efusions (09-12, 10-26, 10-31-01).

20- Physical therapy with passive exercises, mobilization from bed and massage were administered during her hospitalization at the hospital.

After she was stabilized from her medical conditions, she was successfully extubated and the infectious process was corrected, she was transferred to a Skilled Nursing Facility for rehabilitation. During her stay at the Skilled Nursing Facility, she was able to improve the posture and was able to maintain the head erect. But even in spite of prolonged therapy at Auxilio Mutuo

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



Skilled Nursing Facility, or at Health South Rehabilitation Hospital she was unable to stand or ambulate. She was discharged home bedridden and with limited tolerance to the wheel chair.

## CONCLUSION:

1. Mrs. Isabel Arocho developed an acute toxic hepatitis and acute renal failure secondary to Rhabdomyolysis induced by the administration of Baycol prescribed for treatment of her hypercholesterolemia.

2. Mrs. Arocho developed multiple complications secondary to the Rhabdomyolysis and renal failure that required a prolonged hospitalization and complex management.

3. The Rhabdomyolysis that Mrs. Arocho suffered was very severe producing permanent damage to the leg and thigh muscle groups with the sequela of inability to stand or ambulate, for which patient is confined to a bed.

4. This prolonged hospitalization and experience of prolonged tracheal intubation and need of mechanical ventilator to breath

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431



produced a sequela of a severe depressive state that the patient has been unable to recover.

5. The medications that Mrs. Arocho were taking previously to the use of Baycol (Plavix, Paxil, Zyprexa, calcium supplement and Vitamin E), failed to produce any identifiable adverse side effects. Also, there is no reported incidence of Rhabdomyolysis associated with the use of those medications, except Baycol.

María I. Cardona Del Valle MD
Internal Medicine
PR Lic. 9532

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



## REFERENCES:

[1]Cervastatin Induced Rhabdomyolysis, 11-case reports Pharmacotherapy, Susan L. Rawman, Pharm. D., Clusy Locke, Pharm. D., William P. Yee, Pharm. D., Kelly Hank, Pharm. D.

2- FDA Adverse Event Reporting System (AERS) database: Reporting rates of Rhabdomyolysis with statin therapy.

3- Rhabdomyolysis and statins □Muscle and Nerve, Vol. 22, # 12, Dec. 99, pages 1631-36.

4- Pharmacoepidemiology and Drugs Safety, Vol 10, Sigue 5, pages 467-82.

5- Rhabdomyolysis Associated with cerivastatin: Six Cases Whithin Three Months at one Hospital. Pharmacotherapy 22(6): 771-74, 2002.

6- Ethiology and Frequency of Rhabdomyolosis Pharmacotherapy 22(12): 1524-26, 2002.

7- Myosistis And Sympathies □Lipid Lowering Agents and Myopathy. Curr Opin Rheumatology, 14(6): 643-47, 2002.

8- Statins SAfety, Drug Therapy Perpective, 17(24): 11-15, 2001.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT N

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: Howard W. Wrigley

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is: Steven Trobiani, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $300.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based upon my review of these records. [CHECK HERE IF APPLICABLE: ____ My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed;

a. Review of the records indicates that Howard Wrigley is a 68 year old male who was suffering from ischemic heart disease, hyperlipidemia, benign prostatic hypertrophy, gout, cerebrovascular disease and obesity. Mr. Wrigley was begun Baycol in a dose of 0.4 mg daily for treatment of

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

hyperlipidemia on July 10, 2000. By July 25, 2000 he was complaining of fatigue. By November 15, 2000 he was also complaining of achy muscles. By December 18, 2000 he was complaining of low back pain. On August 8, 2001 he was diagnosed as suffering from myalgia secondary to Baycol. His myalgia consisted primarily of aching in the medial thighs and calves with prolonged standing or walking. Walking would make his legs hurt. A CPK level was checked and this level was elevated at 229, with the normal range being 24 to 195. BUN and Creatinine were normal. Baycol was discontinued. This condition did improve following discontinuation of Baycol. The myalgia lessened and his CPK levels gradually returned toward normal.

5. It is my opinion that this patient has suffered injuries or damages related to the ingestion of Baycol. These injuries include the following:

a. Myopathy.

b. Fatigue.

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: May 27, 2004

NAME: Steven Trobiani, M.D.

ADDRESS: Northstar Pain Care/
Northstar Neurological Clinic
12000 Elm Creek Boulevard
Suite 330
Maple Grove, Minnesota 55369