E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT O

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

## Jean Geoppinger

**From:** Mizgala, James W. [jmizgala@Sidley.com]
**Sent:** Tuesday, August 10, 2004 12:10 PM
**To:** Jean Geoppinger (E-mail); Deanna Dailey (E-mail)
**Subject:** Baycol MDL: Dismissal List Under PTO-114 for Plaintiffs Due 6/7/4

This list includes all plaintiffs due 6/7/4 and listed on Judge Lebedoff's order of 7/27/4 who are still delinquent today and should be recommended for dismissal. There are 271 plaintiffs. The "Removed Plaintiffs" section is still part of this document.

PTO-114
MISSAL Delinquenc

Sidley Austin Brown & Wood LLP mail server made the following annotations on 08/10/2004, 11:06:22 AM

-----------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Dismissal List for PTO-114 Phase I Plaintiffs due 06/07/2004** **as of August 10, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Henson, Gertha Mae | 02-3853 | Alan Aleksander, Esq.<br>225 E. Carillo St. Suite 305<br>Santa Barbara CA 93101<br>Phone: 800/787-7571<br>Fax: 805/962-2461 |
| 2. | Keys, Harold E. | 02-0262 | Gordon Ball, Esq.<br>Ball and Scott Law Office<br>Bank of America Center<br>550 W. Main Avenue, Suite 750<br>Knoxville, TN 37902<br>Phone: 865/525-7028<br>Fax: 865/525-4679 |
| 3. | Perkins, James | 02-1356 | Dawn Barrios, Esq.<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras, #3650<br>New Orleans, LA 70139-6001<br>Phone: 504/524-3300<br>Fax: 504/524-3313 |
| 4. | Black, Michael | 02-0199 | Harry F. Bell, Esq.<br>Bell & Bands PLLC<br>30 Capital Street<br>P.O. Box 1723<br>Charleston, WV 25326<br>Phone: 304/345-1700<br>Fax: 304/345-1715 |
| 5. | Collins, George F. (or McCollins) | 02-0199 | |
| 6. | Erickson, Gwen | 02-0197 | Haresh Bharti, Esq.<br>309 W. Republican<br>Seattle, WA 98119<br>Phone: 206/706-6400<br>Fax: 206/706-6401 |
| 7. | Johnson, John Daniel | 02-2971 | Keith Belt, Esq.<br>Bohanan & Belt<br>2151 Highland, Suite 310<br>Birmingham, AL 35285<br>Phone: 205/933-1500<br>Fax: 205/933-5500 |
| 8. | Bennett, Susan | 02-2117 | Johnna Hansen, Esq.<br>Booth & Koskoff<br>18411 S. Crenshaw Blvd.<br>Torrnace, CA 90504-0430<br>Phone: 310/515-1361<br>Fax: 310/217-8989 |
| 9. | Lemer, Robert H. | 02-2974 | |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 10. | Mitchell, Ina | 01-2402 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Blvd., NW<br>Albuquerque, NM 87104<br>Phone: 505/243-3500<br>Fax: 505/243-3534 |
| 11. | Williams, Hervey | 01-2402 | |
| 12. | Ciura, Mike | 02-3492 | |
| 13. | Davis, William Stanley | 02-3492 | |
| 14. | Divasto, Patricia | 02-3492 | |
| 15. | Goddard, William | 02-3492 | |
| 16. | Harp, Janice | 02-3492 | |
| 17. | Maes, Janet | 02-3492 | |
| 18. | Skarritt, Frank | 02-3492 | |
| 19. | Sweeten, Steven | 02-3492 | |
| 20. | Williams, Joseph | 02-1428 | Eugene C. Brooks, Esq.<br>Brooks Law Firm<br>P.O. Box 9545<br>Savannah, GA 31412<br>P: 912/233-9696<br>F: 912/232-8620 |
| 21. | Chamberlain, Odette | 02-1355 | A.J. Rebennack, Esq.<br>The Caluda and Rebennack Law Firm<br>1340 Poydras Street, Suite 2110<br>New Orleans, LA 70112<br>Phone: 504/586-0361<br>Fax: 504/522-5161 |
| 22. | DeJean, Janet | 02-1355 | |
| 23. | Hinton, Joyce | 02-1355 | |
| 24. | Shelvin, Viola | 02-1355 | |
| 25. | Crouch, Syble | 02-2114 | James T. Capretz, Esq.<br>Capretz & Associates<br>5000 Birch Street, Suite 2500<br>Newport Beach, CA 92660<br>Phone: 949/724-3000<br>Fax: 949/757-2635 |
| 26. | Lee, Dawkoon | 02-2114 | |
| 27. | Scaros, Mike | 02-2114 | |
| 28. | Selmon, Tom | 02-2114 | |
| 29. | Walker, Ann | 02-2114 | |
| 30. | Blacker, Rochelle | 02-3858 | |
| 31. | Curiel, Marcelo | 02-3858 | |
| 32. | Dusek, Dale, for Charley Wade, deceased | 02-3858 | |
| 33. | Fuller, Michelle | 02-3858 | |
| 34. | Gonzales, Domingo | 02-3858 | |
| 35. | Greer, Anna | 02-3858 | |
| 36. | Hillman, Richard | 02-3858 | |
| 37. | Justis, Edna | 02-3858 | |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 38. | Kirk, Darlene | 02-3858 | |
| 39. | Liebig, Dawnia | 02-3858 | |
| 40. | Marys, Mary | 02-3858 | |
| 41. | Villarreal, Helen, for Aurora Garcia, deceased | 02-3858 | |
| 42. | Wells, Phyllis | 02-3858 | |
| 43. | Carpenter, Lois | 02-3860 | |
| 44. | DeHaeseleer, Art | 02-3860 | |
| 45. | Fletcher, Ken | 02-3860 | |
| 46. | Singleton, Essie | 02-3860 | |
| 47. | Holland, William | 02-4397 | Steven A. Owings, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221<br>Phone: 501/312-8500<br>Fax: 501/312-8505 |
| 48. | Stamps, John | 02-4397 | |
| 49. | Mitchell, Clara | 02-4398 | |
| 50. | Mauffray, Wanda | 02-0744 | Jennifer P. Burkes, Esq.<br>Clark & Burkes, PLLC<br>2108 23rd Avenue<br>Gulfport, MS 39501<br>Phone: 228/863-2945<br>Fax: 228/864-5006 |
| 51. | McGee, Elizabeth | 02-0744 | |
| 52. | McGee, Victor | 02-0744 | |
| 53. | Orrill, Linda Sue | 02-2820 | John R. Climaco, Esq.<br>Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.<br>The Halle Building, 9th Floor<br>1228 Euclid Avenue<br>Cleveland, OH 44115<br>Phone: 216/621-8484<br>Fax: 216/771-1632 |
| 54. | Wilson, David Allen | 02-2820 | |
| 55. | Spain, Delores Jean, for William Orren Spain, deceased | 02-2821 | |
| 56. | Shanahan, Claire | 02-2822 | |
| 57. | Armstrong, Gerald | 02-3868 | |
| 58. | Borowski, Joan R. | 02-3866 | |
| 59. | Delgado, Margarito | 02-3866 | |
| 60. | Farrington, April | 02-3866 | |
| 61. | Files, Jason | 02-3866 | |
| 62. | Lewenfus, Sheldon | 02-3866 | |
| 63. | Maiden, Glen | 02-3866 | |
| 64. | Pasqua, Tom | 02-3866 | |
| 65. | Truex, Anthony | 02-3866 | |
| 66. | Wood, Joseph | 02-3866 | |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 67. | McBride, Nancy | 02-3921 | |
| 68. | Hamilton, Danny | 02-3979 | |
| 69. | Edwards, Bettie | 02-4403 | |
| 70. | Glenn, Terry | 02-4403 | |
| 71. | Maxwell, David | 02-4403 | |
| 72. | Phillips, Arlene | 02-4403 | |
| 73. | Solomon, Beverly | 02-4403 | |
| 74. | Martin, Jean | 02-0153 | Bradley J. Sylvester, Esq.<br>David Danis Law Firm<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>T: 314/725-7700<br>F: 314/721-0905 |
| 75. | Eager, Lucille | 02-4118 | |
| 76. | Moser, Roselle | 02-4118 | |
| 77. | Gautier, Lora | 01-2401 | Samuel L. Davis, Esq.<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>Phone: 201/907-5000<br>Fax: 201/692-0444 |
| 78. | Forbes, John | 02-0758 | Gary A. Eaton<br>Attorney at Law<br>1717 East 15th Street<br>Tulsa, OK 74104<br>Phone: 918/743-8781<br>Fax: 918/744-0383 |
| 79. | Noto, Victor O. | 02-3978 | Eric J. O'Bell, Esq.<br>Fayard & Honeycutt<br>1530 LL&E Tower<br>New Orleans, LA 70112<br>Phone: 504/309-5005<br>Fax: 504/309-5006 |
| 80. | Smith, Carolyn S. | 02-3985 | |
| 81. | Pealer, James | 02-3986 | |
| 82. | Hammack, Earl B., Jr. | 02-3987 | |
| 83. | Henderson, Jean G. | 02-3988 | |
| 84. | Shelmire, Dianne J. | 02-3989 | |
| 85. | Smith, Jessie W. | 02-3990 | |
| 86. | Gibson, William F. | 02-4008 | |
| 87. | Mason, Ramona D. | 02-4009 | |
| 88. | Hamm, William H., Jr. | 02-4010 | |
| 89. | Foster, Judith K. | 02-4012 | |
| 90. | Foreman, James A. | 02-4014 | |
| 91. | Hartman, Jack | 01-2406 | William B. Federman, Esq. |

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 92. | Dowling, Gloria | 01-2407 | Federman & Sherwood<br>2720 First National Center<br>120 N. Robinson Avenue<br>Oklahoma City, OK 73102<br>Phone: 405/235-1560<br>Fax: 405/239-2112 |
| 93. | Presley, Tina C. | 02-0193 | |
| 94. | Therrien, George, Jr. | 02-3980 | Deborah M. Sulzer, Esq.<br>Gautheir, Downing LaBarre Beiser & Dean<br>3500 N. Hullen<br>Metaire, LA 70002<br>Phone: 504/456-8623<br>Fax: 504/456-8624 |
| 95. | Bonono, Joseph, Jr. | 02-3981 | |
| 96. | Jones, George | 02-0198 | Brian A. Prim, Esq.<br>Goldberg, Persky, Jennings, White and Hostler<br>1108 Third Avenue, Suite 602<br>Huntington, WV 25701<br>Phone: 304/522-1087<br>Fax: 304/522-1089 |
| 97. | Latiolas, Diana F. | 02-3984 | Les H. des Bordes, Esq.<br>Hank des Bordes<br>7732 Goowood Blvd., Suite A<br>Baton Rouge, LA 70806<br>Phone: 225/248-850<br>Fax: 225/248-8522 |
| 98. | Nicholson, Liscom | 02-4421 | Donald F. Hildre, Esq.<br>Dougherty, Hildre, Dudek, & Haklar<br>2550 Fifth Avenue<br>San Diego, CA 92103<br>Phone: 619/232-9131<br>Fax: 619/232-7317 |
| 99. | Morgan, Philip | 02-0549 | Michael R. Hugo, Esq.<br>Hugo & Pollack, LLP<br>440 Commercial Street<br>Boston, MA 02109<br>Phone: 617/973-9777<br>Fax: 617/589-0789 |
| 100. | Barnes, Charlotte | 02-3012 | Carroll H. Ingram, Esq.<br>Ingram & Associates<br>211 South 29th Avenue, Suite 201<br>Hattiesburg, MS 39401<br>Phone: 601/261-1385<br>Fax: 601/261-1393 |
| 101. | Benoit, Glenda | 02-3012 | |
| 102. | Cameron, Zelda | 02-3012 | |
| 103. | Castillo, Natasha | 02-3012 | |
| 104. | Clay, Wilbur | 02-3012 | |
| 105. | Cooper, Jerry | 02-3012 | |
| 106. | Couture, Greg | 02-3012 | |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 107. | Crum, Ernest | 02-3012 | |
| 108. | Edwards, Ora | 02-3012 | |
| 109. | Esco, Loretha | 02-3012 | |
| 110. | Forbes, Robert | 02-3012 | |
| 111. | Frazier, Shirley | 02-3012 | |
| 112. | Gaines, Frances | 02-3012 | |
| 113. | Goldman, Danny | 02-3012 | |
| 114. | Harris, Hattie, for Steve Harris, deceased | 02-3012 | |
| 115. | Hinton, Minnie | 02-3012 | |
| 116. | Holleman, Irma Jean | 02-3012 | |
| 117. | Hullum, Mary | 02-3012 | |
| 118. | Ingram, Harrol | 02-3012 | |
| 119. | Jackson, Maggie | 02-3012 | |
| 120. | Jackson, Ned | 02-3012 | |
| 121. | Jennings, Velree | 02-3012 | |
| 122. | Jones, Bertha | 02-3012 | |
| 123. | Jordan, Ernest | 02-3012 | |
| 124. | Kemp, J.C. | 02-3012 | |
| 125. | King, Marion | 02-3012 | |
| 126. | Leake, Opal | 02-3012 | |
| 127. | Lewis, Hazel | 02-3012 | |
| 128. | Lewis, Mary | 02-3012 | |
| 129. | Martin, James | 02-3012 | |
| 130. | McCain, Ty | 02-3012 | |
| 131. | McGehee, Margie | 02-3012 | |
| 132. | Murray, William | 02-3012 | |
| 133. | Nelson, Benjamin | 02-3012 | |
| 134. | Phillips, J.D. | 02-3012 | |
| 135. | Pierce, Lonnie | 02-3012 | |
| 136. | Reynolds, Clara | 02-3012 | |
| 137. | Scott, Denise | 02-3012 | |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 138. | Smallwood, John | 02-3012 | |
| 139. | Temple, Aimee | 02-3012 | |
| 140. | Thomas, Opal | 02-3012 | |
| 141. | Toney, James | 02-3012 | |
| 142. | Veal, Essie | 02-3012 | |
| 143. | Vickers, Willard | 02-3012 | |
| 144. | Ware, Mary | 02-3012 | |
| 145. | Washington, Helen | 02-3012 | |
| 146. | Canter, Dolores | 01-2386 | John Yanchunis, Esq.<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>4830 W. Kennedy Blvd., Suite 550<br>Tampa, FL 33609<br>Phone: 813/286-4100<br>Fax: 813/286-4174 |
| 147. | McLeod, Malcolm | 02-3456 | Michael Woerner, Esq.<br>Keller Rohrbach<br>1201 Third Avenue, Ste 2300<br>Seattle WA 98091<br>Phone: 206-623-1900<br>Fax: 206-623-3384 |
| 148. | Kent, Brenda (Christiana Walters, deceased) | 02-2993 | Plaintiff pro se<br><br>Ms Brenda Kent<br>864 Oakwood Drive<br>Gretna, LA 70056 |
| 149. | Gorman, Mitch | 02-4404 | Shawn Khorrami, Esq.<br>Law Offices of Shawn Khorrami<br>14550 Haynes Street, Third Floor<br>Van Nuys, CA 91411<br>Phone: 818/947-5111<br>Fax: 818/947-5121 |
| 150. | Cullum, Gordon F. | 02-0921 | W.D. Masterson, Esq.<br>Kilgore & Kilgore, PLLC<br>3109 Carlisle St.<br>Dallas, TX 75204<br>Phone: 214/969-9099<br>Fax: 214/953-0133 |
| 151. | King, Thomas | 02-0152 | Clinton A. Krislov, Esq.<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606<br>Phone: 312/606-0500<br>Fax: 312/606-0207 |
| 152. | Mitz, Thomas | 02-0152 | |
| 153. | Sidwell, Mary | 02-0152 | |

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 154. | Garding, Nancy | 01-1871 | Shawn M. Raiter, Esq.<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55102<br>Phone: 651/312-6500<br>Fax: 651/312-6618 |
| 155. | Griffin, Patricia | 02-3875 | |
| 156. | Reaves, Orvilee | 02-3877 | |
| 157. | Kick, Nicholas | 02-3880 | |
| 158. | Martinez, Mary Lou | 02-3882 | |
| 159. | Mattera, Vincent | 02-3883 | |
| 160. | Armagost, Sandra | 02-3886 | |
| 161. | Mock, Gregory | 02-3887 | |
| 162. | Kunce, Lynn | 02-3889 | |
| 163. | Hessel, George | 02-3894 | |
| 164. | Farrin, Misae | 02-3898 | |
| 165. | Robinson, Mary Ann | 02-4007 | |
| 166. | Lebetz, Cecilia | 02-3941 | Michael J. Mortell, Esq.<br>Lewis, Mortell, & Lewis<br>1115 East Ocean Boulevard<br>Stuart, FL 34996<br>Phone: 772/286-7861<br>Fax: 772/288-2013 |
| 167. | Brotherton, Robert D. | 02-0139 | Richard M. Franco, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Phone: 415/956-1000<br>Fax: 415/956-1008 |
| 168. | Campbell, George | 02-0168 | Bruce D. Greenberg, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Phone: 973/623-3000<br>Fax: 973/623-0858 |
| 169. | Anderson, Luella | 02-1103 | Yvonne M. Flaherty, Esq.<br>Lockridge, Grindal, Nauen<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55401<br>Phone: 612/339-6900<br>Fax: 612/339-0981 |
| 170. | Miles, Dorris C. | 02-2123 | |
| 171. | Gluck, Armin | 02-2981 | |
| 172. | Toth, Geza | 02-2981 | |
| 173. | Smith, Wanda Rae | 02-3453 | |
| 174. | Gray, Daniel | 02-3454 | |
| 175. | Harrison, Lizzie | 02-3840 | |

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 176. | Guzman, Alfonso | 02-3861 | |
| 177. | Hague, Sally | 02-3861 | |
| 178. | Lester, Stan | 02-3861 | |
| 179. | Minicucci, Jean | 02-3861 | |
| 180. | Nicart, Nenita | 02-3861 | |
| 181. | Rappaport, Sara (or Rapoport) | 02-3861 | |
| 182. | Ledesma, Trinidad | 02-3863 | |
| 183. | Anunciation, Jennie | 02-3867 | |
| 184. | Davis, Jan Michael | 02-3867 | |
| 185. | Higgins, Georgianna | 02-3867 | |
| 186. | Judd, James | 02-3870 | |
| 187. | Stowe, Esther | 02-3870 | |
| 188. | Hardaway, Shirley | 02-3944 | |
| 189. | Trull, Rick | 02-4033 | |
| 190. | Claybrooks, Darryl | 02-4432 | |
| 191. | Ewing, Jerry | 02-4432 | |
| 192. | Gries, Elizabeth | 02-4432 | |
| 193. | Rule, Dorothy Mae | 02-4432 | |
| 194. | Gembarowicz, Z. Joseph | 02-4018 | Richard J. Lutzel, Esq.<br>Lutzel and Associates, PLLC<br>542 Williamson Road, Suite A<br>Mooresville, NC 28117<br>Phone: 704/799-3570<br>Fax: 704/799-3572 |
| 195. | Harmon, Paul R. | 02-4018 | |
| 196. | Jordan, Raymond R. | 02-4018 | |
| 197. | Borden, Bill, for Patty A. Borden, deceased | 02-1125 | Fred Misko, Jr, Esq.<br>Fred Misko, Jr., P.C.<br>3811 Turtle Creek Blvd., Suite 1000<br>Dallas, TX 75219<br>Phone: 214/443-8000<br>Fax: 214/443-8010 |
| 198. | Pervaiz, Kalid | 01-2388 | Kenneth B. Moll, Esq.<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza, 54th Floor<br>Chicago, IL 60602<br>Phone: 312/558-6444<br>Fax: 312/558-1112 |
| 199. | Brand, Louis | 02-2989 | |

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 200. | Galasso, Salvatore | 01-2400 | Jay R. Rice, Esq.<br>Nagel Rice Dreifuss & Mazie<br>301 S. Livingston Avenue, Suite 201<br>Livingston, NJ 07039<br>Phone: 973/535-3100<br>Fax: 973/595-3373 |
| 201. | Zawada, Seymour | 02-0147 | Giovanni Nicosia, Esq.<br>Giovanni Nicosia, P.A.<br>8100 North University Drive, Suite 102<br>Ft. Lauderdale, FL 33321<br>Phone: 954/752-1213<br>Fax: 954/752-5299 |
| 202. | Burleigh, Kenneth | 02-0447 | Patrick W. Pendley, Esq.<br>Pendley Law Firm<br>24110 Eden Street<br>P.O. Box Drawer 71<br>Plaquemine, LA 70765<br>Phone: 225/687-6396<br>Fax: 225/687-6398 |
| 203. | Griffin, Ella Mae | 02-0447 | |
| 204. | Smith, Melissa Elaine | 01-2387 | Arthur Sadin, Esq.<br>Provost Umphrey Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, Texas 77701<br>Phone: 407/835-6000<br>Fax: 407/813-8612 |
| 205. | Gonzalez, Domingo Enrique | 02-0148 | |
| 206. | Ridgell, Mildred | 02-3940 | Plaintiff pro se<br><br>Ms Mildred Ridgell<br>6413 Kahana Way<br>Sarasota, FL 34241 |
| 207. | Rizzo, Anthony | 02-0150 | Kevin Rogers, Esq.<br>Attorney at Law<br>20 South Clark Street, Suite 2000<br>Chicago, IL 60603<br>Phone: 312/332-1188<br>Fax: 312/332-0192 |
| 208. | Kerman, Florence | 02-3488 | John Romano, Esq.<br>Romano, Eriksen, & Cronin<br>PO Box 21349<br>West Palm Beach, FL 33416<br>Phone: 561/533-6700<br>Fax: 561/533-1285 |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 209. | DeBoard, Bonita, for Della Gross Haynes, deceased | 02-3952 | Darrell E. Sammons, Esq.<br>237 Second St.<br>P.O. Box 255<br>Pikeville, KY 41502<br>Phone: 606/432-6621 |
| 210. | Kemp, Deborah | 02-0143 | Michael Shiffman, Esq.<br>Law Offices of Michael Shiffman<br>309 Oakridge Blvd., Suite B<br>Daytona Beach, FL 32118<br>Phone: 904/252-5560<br>Fax: 386/238-6999 |
| 211. | Wallace, Francis | 02-0437 | |
| 212. | Silas, Dorothy | 02-0439 | |
| 213. | Franceskino, Thomas | 02-3487 | |
| 214. | Costanza, Herman Charles | 02-0159 | W. Hugh Sibley, Esq.<br>Sibley Law Firm<br>One New North Street<br>P.O. Box 399<br>Greensburg, LA 70441<br>Phone: 225/222-6151<br>Fax: 225/222-6154 |
| 215. | Tynes, Rose | 02-3971 | |
| 216. | McClain, Stella | 02-3972 | |
| 217. | Cooper, Paula Denise | 02-3973 | |
| 218. | Alexander, Mary Ann | 02-3974 | |
| 219. | Carter, Roger D. | 02-3975 | |
| 220. | Robicheaux, Jerry J. | 02-3977 | |
| 221. | Isadore, Myrtis W. | 02-3991 | |
| 222. | McDowell, Gilda H. | 02-3992 | |
| 223. | McMorris, Vernon D. | 02-3993 | |
| 224. | Singleton, Roscoe | 02-3999 | |
| 225. | Vaughn, Wanda Martin | 02-4005 | |
| 226. | Dalessandro, John | 02-0151 | Stephen D. Oestreich, Esq.<br>Slotnick, Shapiro & Crocker, LLP<br>100 Park Avenue, 35th Floor<br>New York, NY 10017<br>Phone: 212/687-5000<br>Fax: 212/687-3080 |
| 227. | Meyers, Leon | 02-0175 | |
| 228. | Scharfman, George | 02-0175 | |
| 229. | Batriz, Consuelo | 02-4410 | Don S. Strong, Esq.<br>Strong, Martin & Associates<br>2700 First National Center<br>120 North Robinson Avenue<br>Oklahoma City, OK 73102<br>Phone: 405 604 7500<br>Fax: 405 604 7503 |
| 230. | Martinez, Ysabel Burn | 02-4413 | |
| 231. | Latham, Maria D. | 02-4417 | |
| 232. | Ruiz, Mary | 02-4419 | |
| 233. | Smith, Jessie M. | 02-3960 | Lambert J. Hassinger, Esq.<br>Usry, Weeks, & Matthews<br>1717 St. Charles Avenue<br>New Orleans, LA 70130 |
| 234. | Brady, Georgiana | 02-3964 | |
| 235. | King, Viola | 02-3965 | |

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 236. | Trahan, Mary Jane | 02-3966 | Phone: 504/592-4600<br>Fax: 504/592-4641 |
| 237. | Ogden, Margaret | 02-3968 | |
| 238. | Washington, Yvette M. | 02-3969 | |
| 239. | Mosley, Clara V. | 02-3970 | |
| 240. | Lester, Gary | 02-0156 | Daniel J. Petroski, Esq.<br>Vahldiek, Cano & Petroski<br>1600 Smith, Suite 4050<br>Houston, TX 77002<br>Phone: 713/650-3200<br>Fax: 713/650-0251 |
| 241. | Blast, Erin Sue | 02-1360 | Jay C. Vecchio, Esq.<br>Vecchio & Vecchio<br>901 Avenue K<br>Grand Prairie, TX 75050<br>Phone: 972/647-1607<br>Fax: 972/647-4044 |
| 242. | Chennault, Leslie Ann | 02-1360 | |
| 243. | Collins, Jo Ellen | 02-1360 | |
| 244. | Nicholson, Brenda Kay | 02-1360 | |
| 245. | Wheelington, Greta Lee | 02-1360 | |
| 246. | Staples, Hugh | 02-0877 | Terry W. West, Esq.<br>The West Law Firm<br>124 W. Highland<br>P.O. Box 698<br>Shawnee, OK 74801<br>Phone: 405/275-0040<br>Fax: 405/275-0052 |
| 247. | Washburn, Eldon, Jr. | 02-0877 | |
| 248. | Wyatt, JoAnne | 02-0877 | |
| 249. | Barua, Himu | 02-0172 | Brian S. Cohen, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Phone: 212/545-4600<br>Fax: 212/545-4653 |
| 250. | Loughlin, Mary Anne | 02-0188 | Alfred G. Yates, Jr., Esq.<br>Law Office of Alfred G. Yates, Jr.<br>19 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Phone: 412/391-5164<br>Fax: 412/471-1033 |
| 251. | Weber, Ronald | 01-2389 | Thomas A. Zimmerman, Esq.<br>Zimmerman & Associates<br>100 West Monroe, Suite 1300<br>Chicago, IL 60603<br>P: 312/440-0020<br>F: 312/440-4180 |
| 252. | Dubberly, Raymond | 01-1594 | Ronald Goldser, Esq. |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Dismissal List for Phase I Plaintiffs due 06/07/2004** **as of 8/10/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 253. | Ninneman, Mittie | 02-1053 | Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>Phone: 612/341-0400<br>Fax: 612/341-0844 |
| 254. | Rausch, Larry | 02-1053 | |
| 255. | Quinn, Junoin | 02-3897 | |
| 256. | Reed, Jennifer | 02-3897 | |
| 257. | Lawson, James | 02-4024 | |
| 258. | Carr, Irma | 02-4027 | |
| 259. | Wade, Larry | 02-4033 | |
| 260. | Warren, Louis | 02-4035 | |
| 261. | Pickett, Gene | 02-4037 | |
| 262. | Coleman, Richard | 02-4039 | |
| 263. | DeBose, Edna | 02-4039 | |
| 264. | Hayes, Diana | 02-4039 | |
| 265. | Jennings, Charles | 02-4039 | |
| 266. | Rush, Carrie | 02-4039 | |
| 267. | Collins, Darrell | 02-4395 | |
| 268. | Morse, Thelma | 02-4429 | |
| 269. | Aragon, Mary | 02-4405 | |
| 270. | Simpson, David | 02-4433 | |
| 271. | Stroud, William | 02-4433 | |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Removed Plaintiffs:**

| | | | |
|---|---|---|---|
| **Extended Deadline by Agreement** | | | |
| 272. | Smithe, Otis | 01-2384 | John C. Martland, Esq.<br>Gilman and Pastor, LLP<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>Phone: 781/231-7850<br>Fax: 781/231-7840 |
| 273. | Hollander, Elize | 02-2980 | Ron Gomez, Esq.<br>Law Offices of Frederico C. Sayre<br>900 N. Broadway, Suite 700<br>Santa Ana, CA 92701<br>Phone: 714/550-9117 |
| **Dismissal Stipulation Filed (date)** | | | |
| 274. | Woods, Doyle (8/4/4) | 01-2416 | John C. Evans, Esq.<br>Specter, Specter, Evans & Manogue, P.C.<br>Koppers Building, 26th Floor<br>Pittsburgh, PA 15219<br>Phone: 412/642-2300<br>Fax: 412/642-2309 |
| 275. | Boyles, Laverne (8/4/4) | 02-0179 | Richard M. Franco, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Phone: 415/956-1000<br>Fax: 415/956-1008 |
| 276. | Thompson, Julia A. (7/28/4) | 02-0186 | |
| **Dismissed (date)** | | | |
| 277. | Broom, Walter (8/9/4) | 02-0126 | Melissa A. Prickett, Esq.<br>Beasley Allen Crow Methvin Portis & Miles PC<br>218 Commerce Street<br>Montgomery, AL 36104<br>Phone: 334/269-2343<br>Fax: 334/954-7555 |
| **Received Submission (letter/report)** | | | |
| 278. | McQuay, Dennis (letter) | 02-0540 | Steven A. Owings, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221<br>Phone: 501/312-8500<br>Fax: 501/312-8505 |
| 279. | Mallette, William (letter) | 02-3452 | |
| 280. | Johnson, Rachel (letter) | 02-4398 | |
| 281. | Kalu, Michael Igwe (form report) | 02-3846 | Emelike I. Kalu, Esq.<br>Law Offices of Emelike I Kalu<br>3540 Wilshire Boulevard, Ph-7<br>Los Angeles, CA 90010<br>Phone: 213/480-4121<br>Fax: 213/480-4120 |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Removed Plaintiffs**

| | | | |
|---|---|---|---|
| 282. | Markou, Nicolina (letter) | 02-3860 | James T. Capretz, Esq.<br>Capretz & Associates<br>5000 Birch Street, Suite 2500<br>Newport Beach, CA 92660<br>Phone: 949/724-3000<br>Fax: 949/757-2635 |
| 283. | Phillips, Agnes (letter) | 02-4401 | Marty Harper, Esq.<br>Shughart Thomson & Kilroy<br>One Columbus Plaza,<br>3636 North Central Ave.<br>Suite 1200, Phoenix, AZ 85012<br>Phone: 612/339-6900<br>Fax: 612/339-0981 |
| 284. | Obrart, Rheta (letter) | 02-4402 | Max Sauler, Esq.<br>Bob Cohen & Associates<br>16000 Ventura Blvd., Suite 701<br>Encino, CA 91436<br>P: 818/986-3332<br>F: 818/986-5879 |

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT P

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**Jean Geoppinger**

**From:** rsg@zimmreed.com
**Sent:** Tuesday, May 18, 2004 8:23 AM
**To:** Mizgala, James W.
**Cc:** csz@zimmreed.com; Weber, Susan A.; Jean Geoppinger (E-mail)
**Subject:** RE: PTO 114 reports

The form meets Rule 26 requirements, and PTO 114, element by element. If the re are individual reports that are deficient, that is a different story, and you have a mechanism for dealing with that. The purpose of PTO 114 was to determine which cases have medical support. Your desire to impose unliateral hurdles to trial is not consistent with what I believe is the Court's purpo se. I suggest a call with SM Haydock on the issue.

[Message delivered by NotifyLink]

----------Original Message----------

From: "Mizgala, James W." <jmizgala@Sidley.com>
Sent: Mon, May 17, 2004 12:08 PM
To: "'rsg@zimmreed.com'" <rsg@zimmreed.com>
Cc: "Weber, Susan A." <saweber@Sidley.com>,
"Jean Geoppinger (E-mail)" <jeangeoppinger@wsbclaw.com>
Subject: RE: PTO 114 reports

<<>> <<PTO114 Gardner Walter.pdf>> <<PTO114 Garrett Ernest.pdf>> <<Expe rt Dec of Zizic Thomas (Olander specific).pdf>> <<Expert Witness Affidavit of Thomas M. Zizic, M.D..pdf>> <<Zizic Expert Report on Lehamann.pdf>>

NOTICE: Information in this e-mail or its attachment(s) may be CONFIDENTIAL, legally privileged, or exempt from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If the reader of this message is NOT the intended recipient, you have received this message in error; be aware that any disclosure, dissemination, copying, distribution, or use of the contents of this e-mail or its attachment(s) is prohibited by law. If you have received this e-mail in error, please notify us by telephone (800-755-0098) and by reply e-mail (info@zimmreed.com) immediately and delete ALL copies of the message and its attachment(s).

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT Q

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Jean Geoppinger**

**From:** Weber, Susan A. [saweber@Sidley.com]
**Sent:** Wednesday, May 26, 2004 11:27 AM
**To:** 'roger.haydock@arb-forum.com'
**Cc:** 'csz@zimmreed.com'; 'rsg@zimmreed.com'; 'adam.hoeflich@bartlit-beck.com'; 'fred.magaziner@dechert.com'; 'Jean Geoppinger'; Mizgala, James W.
**Subject:** RE: PTO 114 Implementation Issue/PSC Response

Here is Jean's email from last week.

***Susan***
Susan A. Weber
Sidley Austin Brown & Wood LLP
312-853-7820
saweber@sidley.com

-----Original Message-----
**From:** Jean Geoppinger [mailto:jeangeoppinger@wsbclaw.com]
**Sent:** Thursday, May 20, 2004 9:05 AM
**To:** 'roger.haydock@arb-forum.com'
**Cc:** 'csz@zimmreed.com'; 'rsg@zimmreed.com'; 'Weber, Susan A.'; 'adam.hoeflich@bartlit-beck.com'; 'fred.magaziner@dechert.com'
**Subject:** RE: PTO 114 Implementation Issue

Special Master Haydock --

At the risk of weighing in on what seems to have become a hot-button issue, I would note that: (1) despite having been aware of the existence and potential use by plaintiffs of the PSC's PTO 114-related form for more than a month, defendants have waited until almost the last minute to object to the use of such form; (2) defendants base their conclusions regarding the sufficiency of reports on the relatively few (less than 10, if I remember correctly from our conference call last week) reports that they have received to date; and (3) as explicitly set forth in PTO 114, "Defendants shall address all issues regarding substantive compliance with this PTO pursuant to, and consistent with, the Federal Rules of Civil Procedure." PTO 114, Section V.

In the spirit of cooperation, in the interest of expeditiously achieving the goals of the PTO 114 process, and as one of the few who will be dealing with this issue "on the ground," I echo Susan's suggestion that we have a conference call. I firmly believe that everyone would benefit if we can find a middle ground between the competing interests of the parties -- defendants, who want to make compliance with PTO 114 as difficult as possible (so as to eliminate as many cases as possible), and the PSC, which wants to make compliance as easy as possible (so as to retain as many cases as possible).

Jeanne Geoppinger

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

-----Original Message-----
**From:** Weber, Susan A. [mailto:saweber@Sidley.com]
**Sent:** Tuesday, May 18, 2004 2:59 PM
**To:** 'roger.haydock@arb-forum.com'
**Cc:** 'csz@zimmreed.com'; 'rsg@zimmreed.com'; 'adam.hoeflich@bartlit-beck.com'; 'fred.magaziner@dechert.com'
**Subject:** PTO 114 Implementation Issue

**Dea r Roger:**

**A problem has arisen in connect ion with the implementation of PTO 114. Defendants respectfully reques t that the Court address this matter on an expedited basis.**

**The PSC has to ld plaintiffs' attorneys that they can comply with the PTO 114 expert repor t requirement by submitting a two-page form. Copies of two form repo rts are attached below.**

**The PSC's form s do not meet the requirements of PTO 114.&nb sp; PTO 114 requires plaintiffs to provide expert reports that comply with Rule 26(a)(2). That ru le states that an expert report "shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used in a summary of or support for the opinion; the qualifications of the witness . . . . the compensation to be paid for th e study and testimony; and a listing of any other cases in which the witne ss has testified as an expert at trial or by deposition within the precedin g four years."** ***See*** **PTO 114 paras. I.A. & C.**

**The PSC conten ds that the form meets these requirements. A checkof f form does not provide "a complete statement" of an expert's opinions, mu ch less "the basis and reasons therefor." And an expert may not, simp ly by checking that he or she has reviewed medical records, provide "the da ta or other information considered" in forming an opinion.**

**The deficienci es inherent in the PSC's expert discovery form are apparent from the report for plaintiff Ernest Garrett. Mr. Garrett's medical records indicate t hat he took Baycol from** January 25, 2001 **through withdrawal without making any complaint of muscle pain. Th e day after Baycol was withdrawn, Mr. Garrett was placed on Lescol. Then, on August 27, 2001, h e began taking Lipitor. On September**

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

**14, Mr. Garrett reported myalgi a and caramel colored urine. These symptoms resolved after Mr. Garre tt discontinued Lipitor.**

**Any thorough a nd responsible expert report on injury and causation would address the spec ific circumstances contained in these records and would explain how and why t he expert attributes Mr. Garrett's ailment to Baycol, rather than to Lipitor. But instead, we have a form that asserts, based on a revi ew of Mr. Garrett's medical records (a review that apparently was superfici al or nonexistent), that Mr. Garrett developed rhabdo at a time "reasonably contemporaneous" with his taking Baycol and that the symptoms were of "n ew onset" with use of Baycol.**

**The Garrett re port makes clear that use of such forms would turn the entire PTO 114 process into a meaningless exercise. Indeed, the checkoff form does not contain enough information to make an intelligent categorization of case s, as required by PTO 114 para. VIII. A physician's scrawl asserting that a plaintiff suffered from "muscle cramps" and some other illegible sympt om will not allow the Court or the parties to sort through putative muscle injury cases to identify a spectrum of cases for potential trial in the MDL. PTO 114 para. VIII.B. *See* Report for Walter Gardner, attached below.**

**The PSC's promotion of form reports is particularly objectionable, given that the Court already implicitly rejected the use of form reports. You wil l recall that after the narrowing negotiations, the PSC attempted to water down the Court's draft order. Among other things, the PSC proposed use of a form report. Defendants objected on the ground that the information provided in a form would not meet the requirements of Rule 26. The Court had this exchange before it when the Court entered P TO 114 and chose not to implement the PSC's form order proposal. ;**

**We ask the Cou rt to make clear immediately that the PSC forms do not meet the requirement s of PTO 114, so the PSC can advise plaintiffs' attorneys of their true obligations under PTO 114. Otherwise, on the June 7, deadline, we will be deluged with deficient reports and the Court and the parties will hav e to spend weeks or months on motion practice, clearing up the mess..**

**We can, of cou rse, be available for conference call, should you so desire**

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

***Susan***
Susan A. Weber
Sidley Austin Brown & Wo od LLP
312-853-7820
saweber@sidley.com

Sidley Austin Brown & Wood LLP mail server made the following annotations on 05/18/2004, 01:58:47 PM
------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privil eged or confidential. If you are not the intended recipient, please delete t he e-mail and any attachments and notify us immediately.

Sidley Austin Brown & Wood LLP mail server made the following annotations on 05/26/2004, 10:29:12 AM
------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT R

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

**Jean Geoppinger**

**From:** Jean Geoppinger
**Sent:** Friday, July 02, 2004 2:36 PM
**To:** 'lewr@bassford.com'; 'rhaydock@arb-forum.com'
**Cc:** 'jmizgala@sidley.com'; 'adam.hoeflich@bartlit-beck.com'; 'saweber@sidley.com'; 'sipkins.peter@dorseylaw.com'; 'fred.magaziner@dechert.com'; 'csz@zimmreed.com'; 'rsg@zimmreed.com'; 'lockrra@locklaw.com'
**Subject:** Baycol PTO 114 Issue

**Importance:** High

Roger/Lew --

An issue has arisen in the past twenty-four hours (*i.e.*, after our conference call) of which I think you should be aware.

After the close of business yesterday, defendants began faxing PTO 114 letters to plaintiffs' counsel regarding their "due June 7" cases, which we have identified as the initial group to be categorized (sample attached). As you can see, defendants have established an arbitrary deadline of 4:00 p.m. (CDT) on Wednesday, July 7, 2004, by which plaintiffs' counsel must either confirm their intent to submit expert reports that, in defendants' opinion, comply with FRCP 26(a), within 30 days, or face motion practice.

While I have consistently indicated (and still believe) that defendants are entitled to pursue whatever motion practice they deem necessary with regard to the sufficiency of PTO 114 reports, I am a loss to understand how we are supposed to successfully "beta-test" the categorization process when plaintiffs from whom the PSC would have to obtain additional (so as to have adequate) information are simultaneously fighting with defendants over alleged deficiencies in their reports. In short, it seems to me that we would all be well served if, during the initial categorization, we would all refrain from constructing unnecessary hurdles to the process.

Jeanne

PTO 114 Letter.pdf

---------------------

Jean M. Geoppinger, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail: jeangeoppinger@wsbclaw.com

This e-mail message and attachments, if any, are sent by a law firm for the sole use of the intended recipients or entities. It may contain information that is legally privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply, including the original message and then destroy all copies of this e-mail. Thank you.

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431



# SIDLEY AUSTIN BROWN & WOOD LLP

DALLAS
LOS ANGELES
NEW YORK
SAN FRANCISCO
WASHINGTON, D.C.

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

BEIJING
GENEVA
HONG KONG
LONDON
SHANGHAI
SINGAPORE
TOKYO

## FACSIMILE/TELECOPIER TRANSMISSION

Date: July / 1 / 04 Time: ___:___ ☐ am ☐ pm # of Pages 3 (INCLUDING COVER)

To: Ronald Goldser Company Zimmerman Reed

Main Telephone #: (612) 341-0400 Fax#: (612) 341-0844

FROM: James Mizgala : SIDLEY (CHICAGO) 49th FLOOR

IMPORTANT: HAND DELIVER THIS FAX TO:

(NAME)________________ (CITY)________________ ROOM/FLOOR________

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE US POSTAL SERVICE. THANK YOU.

Note: If you do not receive all the pages, please call:
Chicago Fax Center (312) 456-5301.

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431



SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Ronald Goldser, Esq.
Jennifer K. Sustacek, Esq.
Zimmerman Reed P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Re: *Donald Bell, et al., v. Bayer, et al.*, No. 02-1053, Plaintiffs LaVerne Kull and Marlene Bohn
*Dwight Siu, et al., v. Bayer, et al.*, No. 02-3897, Plaintiff Danny Holbrooks
*Dale White v. Bayer, et al.*, No. 03-4297
*Brent Belliston v. Bayer, et al.*, No. 03-4308
*Jerry Sherman v. Bayer, et al.*, No. 03-4381
*Edith Corbin, et al., v. Bayer, et al.*, No. 03-4438, Plaintiff Loretta Rebb
*Christine Becker, et al., v. Bayer, et al.*, No. 03-4492, Plaintiff Daisy Thompson
*Karen Black, et al., v. Bayer, et al.*, No. 03-4496, Plaintiffs Karen Black and Kathleen Kunesh
*Carlos de la Trinidad, et al., v. Bayer, et al.*, No. 03-4497, Plaintiff Marilyn Smith

Dear Mr. Goldser

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431





Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# EXHIBIT S

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Richard Akel, Esq.
Mary Alexander & Associates, P.C.
44 Montegomery Street
Suite 1303
San Francisco, CA 94104-4612

Re: *Ronald Cornelsen v. Bayer*, No. 02-1350

Dear Akel:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Nancy P. Adel, Esq.
Adel & Pollack, APC
10940 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024

Re: *Paul Fernandez v. Bayer*, No. 02-1348
PTO 114 § I.A. Submission of Plaintiff Paul Fernandez

Dear Ms Adel:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

# SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Samuel K. Rosen, Esq.
Wechsler, Harwood, Halebian & Feffer LLP
488 Madison Ave.
New York, New York 10010

Re: *Gloria Lighter v. Bayer*, No. 01-2410
PTO 114 § I.A. Submission of Gloria Lighter

Dear Mr. Rosen:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

John R. Climaco, Esq.
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
Co., L.P.A.
The Halle Building, 9th Floor
1228 Euclid Avenue
Cleveland, OH 44115

Re: *Thomas Boris, et al. v. Bayer*, No. 02-2137
*Dawn Zalud v. Bayer*, No. 02-2820
*Cindy Hunkapiller v. Bayer*, No. 02-2821
*Lynda Nelson v. Bayer*, No. 02-2822
*Robert Bayerl v. Bayer*, No. 02-2823

Dear Mr. Climaco:

We received PTO 114 § I.A. Submissions on behalf of plaintiffs Mary Eddy, Lonell Fisher, Gerald Papesh, Delores Kidd, George Benko, Joseph Valenti, Ronnie Dailey, Dawn Zalud, Cindy Hunkapiller, Lynda Nelson, and Robert Bayerl in the above-captioned matters. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Laura M Rasmussen, Esq.
Dan Wilson & Associates
2485 Grant Ave Ste 320
Ogden, UT 84401

Re: *Emery Mitton v. Bayer*, No. 03-3577
PTO 114 § I.A. Submission of Emery Mitton

Dear Ms Rasmussen

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Daniel Randazzo, Esq.
Law Office of Daniel Randazzo
2055 Orchard Lake Rd.
Sylvan Lake, MI 48320

Re: *Robert Fritze v. Bayer*, No. 02-1124
PTO 114 § I.A. Submission of Robert Fritze

Dear Mr. Randazzo

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com
FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Donald F. Hildre, Esq.
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Avenue, Suite 600
San Diego, CA 92103

Re: *Patella v. Bayer*, No. 02-4427, Plaintiff Ellen Patella
*Lobbes v. Bayer*, No. 02-3921, Plaintiff Nancy McBride

Dear Mr. Hildre:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com
FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Tina B. Nieves, Esq.
Gancedo & Nieves
144 W. Colorado Blvd.
Pasadena, CA 91105

Re: *Dolly Skinner v. Bayer*, No. 02-4408

Dear Ms Nieves:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Robert L. Rountree, Esq.
Gary Eubanks and Associates
708 West Second Street
P.O. Box 3887
Little Rock, AR 72203

Re: *Walter Gardner v. Bayer*, No. 03-5336
*Ernest Garrett v. Bayer*, No. 02-3482

Dear Mr. Rountree:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

CH1 2989127v1

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

James R. Dugan, II, Esq.
Gautier, Downing, LaBarre, Beiser & Dean
3500 N. Hullen Street
Metarie, LA 70002

Re: *John Fritzinger v. Bayer*, No. 01-2393
PTO 114 § I.A. Submissions of John Fritzinger and Burnell Robinson

Dear Mr. Dugan:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Kevin E. Giebel, Esq.
Giebel Gilbert Williams & Kohl
Broadway Place West
1300 Godward Street N.E., Suite 6200
Minneapolis, MN 55413

Re: *John Hartman v. Bayer*, No. 02-0358

Dear Mr. Giebel:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

CH1 2989143v1

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Gayle M. Blatt, Esq.
Herman, Mathis, Casey, Kitchens & Gerel, LLP
110 Laurel Street
San Diego, CA 92101

Re: *Erlene Weitzen v. Bayer*, No. 02-1420

Dear Ms Blatt:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Kenneth B. Moll, Esq.
Kenneth B. Moll & Associates, LTD.
Three First National Plaza, 54th Floor
Chicago, IL 60602

Re: *Leanne Crabbe v. Bayer*, No. 03-5938

Dear Mr. Moll:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Patrick N. Keegan, Esq.
Krause & Kalfayan
1010 Second Avenue, Suite 1750
San Diego, CA 92101

Re: *Joseph Elich v. Bayer*, No. 02-0434

Dear Mr. Keegan:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Shawn M. Raiter, Esq.
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, MN 55101-4922

Re: *Mildred Calloway v. Bayer*, No. 03-4223
*Van Brown v. Bayer*, No. 03-4232

Dear Mr. Raiter:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Shawn M. Raiter, Esq.
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, MN 55101-4922

Re: *Mildred Calloway v. Bayer*, No. 03-4223
*Van Brown v. Bayer*, No. 03-4232

Dear Mr. Raiter:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Kathryn E. Barnett, Esq.
Lieff Cabraser Heimann & Bernstein LLP
3319 West End Avenue, Suite 600
Nashville, TN 37203

Re: *David Flesner v. Bayer*, No. 02-3904

Dear Ms Barnett:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Charles M. Love, Esq.
Masters & Taylor
181 Summers Street
Charleston, WV 25301

Re: *Maria Ballard v. Bayer*, No. 03-5984

Dear Mr. Love:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

James R. Dugan, Esq.
Dugan, Gremillion & Browne
3500 North Hullen Street
Metairie, LA 70002

Re: *Jessie Anderson v. Bayer*, No. 02-2984
PTO 114 § I.A. Submission of Morris Armand, Verlyn Arrington, Betty Cobb, Dorothy Fountain, Louie Gayton, Kathryn Grier, John Hendrix, Arthur Hubbard, Ralph Huskey, Elizabeth Hutchins, Rose Hutchinson, Eldon Kennedy, Margaret Laney, Carrie Lucas, and Ty Rutledge

Dear Mr. Dugan:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Craig Garrett, Esq.
Paine, Garrett Boyd & White
607 Smithview
Maryville, TN 37803

Re: *James Douglas Floyd v. Bayer*, No. 02-3451

Dear Mr. Garrett:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Patrick Mulligan, Esq.
The Law Office of Patrick J. Mulligan, P.C.
2911 Turtle Creek Blvd., Suite 900
Dallas, TX 75219

Re: *Fran Artall v. Bayer*, No. 02-0556

Dear Mr. Mulligan:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

David L. Strange, Jr., Esq.
Porter & Malouf, P.A.
825 Ridgeland Road
Ridgeland, Mississippi 39157

Re: *Michael Acey, et al., v. Bayer, et al.*, No. 03-4983
PTO 114 § I.A. Submission of Mary Fuller

Dear Mr. Strange:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Stephen J. Randall, Esq.
Randall & Schumacher
1012 Grain Exchange Bldg.
400 South Fourth Street
Minneapolis, MN 55415

Re: *Michael Rau v. Bayer, et al.*, No. 02-4314

Dear Mr. Randall:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Shawn Khorrami, Esq.
Law Offices of Shawn Khorrami
14550 Haynes Street, Third Floor
Van Nuys, CA 91411

Re: *James Curlander v. Bayer*, Nos. 02-0133 and 02-0134

Dear Mr. Khorrami:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

# SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

W. James Singleton, Esq.
Singleton Law Firm, P.L.C.
4050 Linwood Avenue
Shreveport, Louisiana 71108

Re: *Thomas Reed, et al., v. Bayer, et al.*, No. 02-2126, Plaintiffs Minnie Cotton, John Zarkis, Emania Collins, Alice King, and Clara McCray
*Helen Brown v. Bayer*, No. 02-0550, Plaintiff Helen Brown
*Mae Dean Newton*, No. 02-0553, Plaintiff Mae Dean Newton
*Joe Ree Edwards v. Bayer*, No. 02-0916, Plaintiff Joe Ree Edwards
*Ashbrook, et al., v. Bayer, et al.*, No. 03-4924, Plaintiff Carolyn Gibbs
*Boucher, et al., v. Bayer, et al.*, No. 04-1233, Plaintiffs Gordon Boucher, Jimmey Brown, Minnie Cotton, Gloria Davis, Lee Ezernack, Franklin Falcon, Arlene Farley, George Fobbs, Inez Ford, Lula Mae Gafford, Richard Gallot, Cora Graham, Nathaniel Hampton, Barbara Hubbard, Weavie Hudson, Gloria Kelly, Stephen Lyons, George Maiden, Terri Myers, Michael Mooney, Pearl Parmer, Felix Pinnix, Sybil Roberts, Alice Ross, Clara Scott, Jerleana Smith, Mary Ella Smith, Lee Ann Thomas, Patricia Vay, Johnny Womack, and Mary Wright
*Davis, et al., v. Bayer, et al.*, No. 04-1234, Plaintiffs Paul Davis, Edward Scott, and Ronald Springfield

Dear Mr. Singleton:

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431



Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Thomas E. Hayes, Esq.
Spigarelli, McLane & Short
100 S. Broadway, Suite 200
P.O. Box 1449
Pittsburgh, KS 66762

Re: *Lottie Martin v. Bayer*, No. 02-1353
PTO 114 § I.A. Submission of

Dear Mr. Hayes:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Betty L. Egan, Esq.
Walentine O'Toole McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154

Re: *Paul Taylor v. Bayer*, No. 02-3013

Dear Ms Egan:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

CH1 2989235v1

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Ronald Goldser, Esq.
Jennifer K. Sustacek, Esq.
Zimmerman Reed P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Re: *Donald Bell, et al., v. Bayer, et al.*, No. 02-1053, Plaintiffs LaVerne Kull and Marlene Bohn
*Dwight Siu, et al., v. Bayer, et al.*, No. 02-3897, Plaintiff Danny Holbrooks
*Dale White v. Bayer, et al.*, No. 03-4297
*Brent Belliston v. Bayer, et al.*, No. 03-4308
*Jerry Sherman v. Bayer, et al.*, No. 03-4381
*Edith Corbin, et al., v. Bayer, et al.*, No. 03-4438, Plaintiff Loretta Rebh
*Christine Becker, et al., v. Bayer, et al.*, No. 03-4492, Plaintiff Daisy Thompson
*Karen Black, et al., v. Bayer, et al.*, No. 03-4496, Plaintiffs Karen Black and Kathleen Kunesh
*Carlos de la Trinidad, et al., v. Bayer, et al.*, No. 03-4497, Plaintiff Marilyn Smith

Dear Mr. Goldser

We received PTO 114 § I.A. Submissions on behalf of the above-mentioned plaintiffs. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431



Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

A. David Fawal, Esq.
Law Offices of Archie C. Lamb, Jr.
2017 Second Avenue North, Suite 200
P.O. Box 2088

Re: *Beatrice King v. Bayer*, No. 02-0123
PTO 114 § I.A. Submission of Beatrice L. King

Dear Mr. Fawal:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

E-SERVED
08/13/04
04:30 PM ET
Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Melissa Pricket, Esq.
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
P.O. Box 4160
Montgomery, AL 36104

Re: *Hattie Wright v. Bayer*, No. 02-870
*David Hester v. Bayer*, No. 02-871
*Sharon Carter v. Bayer*, No. 02-1361

Dear Ms Prickett:

We received PTO 114 § I.A. Submissions on behalf of plaintiffs Hattie Ruth Wright, Sharon Carter, James Dandridge, Willie Emory, David Hester, Jeffrey Downes, and Benjamin Moncrief in the above-captioned matters. This letter serves to inform you that it is defendants' position that such submissions do not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiffs within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED 08/13/04 04:30 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

July 1, 2004

**By Facsimile**

Lloyd W. Gathings, Esq.
Gathings Law
P.O. Box 10545
Birmingham, AL 35202

Re: *Bobbie Hurt v. Bayer*, No. 02-0738

Dear Mr. Gathings:

We received PTO 114 § I.A. Submission on behalf of the above-mentioned plaintiff. This letter serves to inform you that it is defendants' position that such submission does not comply with PTO 114 or Fed. R. Civ. P. 26(a)(2).

Unless we receive written confirmation by 4:00 p.m. (CDT) on Wednesday, July 7, 2004, of your intent to submit an expert report which complies with Fed. R. Civ. P. 26(a) on behalf of the above-mentioned plaintiff within 30 days thereafter (*i.e.*, August 6), we will move the Court for appropriate relief.

Very truly yours,

James W. Mizgala

cc: Jean M. Geoppinger
Deanna Dailey
Fred Magaziner

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS