**INVOLVED COUNSEL LIST FOR SCHEDULE CTO-41**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Catherine V. Barrad
Sidley, Austin, Brown & Wood
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Edward Blackmon, Jr.
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046-0105

Paul A. Bradley
McCarter & English, LLP
919 Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899

Dana E. Deering
Parry Deering Futscher & Sparks, PSC
128 E. Second Street
P.O. Box 2618
Covington, KY 41012

Richard A. Freese
Langston, Sweet & Freese, P.A.
Morgan Keegan Center
2900 Highway 250 South
Suite 240
Birmingham, AL 35223

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street
Suite 300
Jackson, MS 39205-0650

L. Carl Hagwood
Campbell, DeLong, Hagwood
& Wade
P.O. Box 1856
Greenville, MS 38702-1856

L. Eugene Hallsted
L. Eugene Hallsted Law Offices
10101 Slater Ave.
Suite 103
Fountain Valley, CA 92708

David W. Hemminger
Boehl Stopher & Graves
400 Market St W
Louisville, KY 40202-3345

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

William Elias Hudson
8 Flying Bridge Court
Millsboro, DE 19966

Chad R. Hutchinson
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Patricia J. Kasputys
Law Offices of Peter G. Angelos
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Jerry Kristal
Weitz & Luxenberg
210 Lake Drive East
Cherry Hill, NJ 08002

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Terry Lueckenhoff
Williams, Venker & Sanders, LLC
Ten South Broadway
Suite 1600
St. Louis, MO 63102

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Michael P. McGartland
McGartland & Borchardt
1300 South University, Suite 500
Fort Worth, TX 76107

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Charles M. Pritchett, Jr.
Frost, Brown & Todd, L.L.C.
400 W. Market Street
32nd Floor
Louisville, KY 40202-3363

Robert D. Rowland
Goldenberg, Miller, Heller
& Antognoli
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Joy R. Simon
Napoli, Kaiser, Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY 11739

SCANNED
AUG 2 4 2004
U.S. DISTRICT COURT MPLS

Joy R. Simon
Napoli, Kaiser, Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY 11739

Christopher R. Sonnier
McKay Law Office
7465 Exchange Place
Baton Rouge, LA 70806

David L. Strange
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

Charles L. Sydenstricker
Boehl Stopher & Graves
400 W. Market Street
2300 Aegon Center
Louisville, KY 40202-3345

Julian D. Thomas
P.O. Box 65
502 South President St.
Jackson, MS 39205-0065

Kenneth A. Votre
Votre & Rini
201 Orange Street
New Haven, CT 06510

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Robert Joel Zakroff
Zakroff & Associates, P.C.
4337 Montgomery Avenue
Bethesda, MD 20814