# INVOLVED JUDGES LIST FOR SCHEDULE CTO-41
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

~~Hon. John D. Bates~~
~~U.S. District Judge~~
~~1834 E. Barrett Prettyman U.S. Courthouse~~
~~333 Constitution Avenue, NW~~
~~Washington, DC 20001~~

Hon. Deborah A. Batts
U.S. District Judge
2510 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Helen G. Berrigan
Chief Judge, U.S. District Court
C-566 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3353

Hon. David L. Bunning
U.S. District Judge
410 United States Courthouse
35 West Fifth Street
Covington, KY 41011

Hon. Richard C. Casey
U.S. District Judge
920 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. P. Kevin Castel
U.S. District Judge
2260 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Miriam Goldman Cedarbaum
Senior U.S. District Judge
1330 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. George B. Daniels
U.S. District Judge
410 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Thomas P. Griesa
Senior U.S. District Judge
1630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Hon. Janet C. Hall~~
~~U.S. District Judge~~
~~Brien McMahon Federal Building & U.S. Courthouse~~
~~915 Lafayette Boulevard~~
~~Bridgeport, CT 06604~~

Hon. Lewis A. Kaplan
U.S. District Judge
1310 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Peter K. Leisure
Senior U.S. District Judge
1910 Daniel Patrick Moyniham U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Gerard E. Lynch
U.S. District Judge
803 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007

Hon. Victor Marrero
U.S. District Judge
426 Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

SCANNED
AUG 24 2004
U.S. DISTRICT COURT MPLS

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

~~Hon. G. Patrick Murphy~~
~~Chief Judge, U.S. District Court~~
~~Melvin Price Federal Building & U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201-2954~~

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Jed S. Rakoff
U.S. District Judge
1340 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~Hon. William J. Rea~~
~~Senior U.S. District Judge~~
~~U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

~~Hon. Michael J. Reagan~~
~~U.S. District Judge~~
~~U.S. Courthouse~~
~~750 Missouri Avenue~~
~~E. St. Louis, IL 62201~~

Hon. Sue L. Robinson
Chief Judge, U.S. District Court
J. Caleb Boggs Federal Building
Lockbox 31
844 North King Street
Wilmington, DE 19801-3568

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

~~Hon. William D. Stiehl~~
~~Senior U.S. District Judge~~
~~P.O. Box 249~~
~~E. St. Louis, IL 62202~~

Hon. Laura T. Swain
U.S. District Judge
426 United States Courthouse
40 Centre Street
New York, NY 10007

Hon. Robert W. Sweet
Senior U.S. District Judge
1920 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Kimba M. Wood
U.S. District Judge
1610 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312