E-SERVED
09/07/04
09:59 AM ET
Baycol MDL 1431

# Exhibit A

E-SERVED 09/07/04 09:59 AM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

ANTHONY BRANGAITIS, JOSEPH CERVONE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

Case No. 02-171 (MJD/JGL)

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is Thomas M. Zizic, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $2,120.00.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of Joseph Cervone. My opinion is based on my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed:

E-SERVED
09/07/04
09:59 AM ET
Baycol MDL 1431

a. Dr. Lee Marcus;

b. Dr. David Weinreich;

c. Dr. Amelia Martinko; and

d. Dr. Gary Nathanson.

5. The relevant facts are as follows:

a. On January 30, 1992, Joseph Cervone, Jr. saw Dr. Weinreich of Hudson Valley Cardiovascular Associates. Dr. Weinreich reported: "He was enrolled in what I believe was the lipid research study involving Mevacor approximately ten years ago at Columbia Presbyterian. He was treated with Mevacor in doses up to 80 mg g.d. and developed myalgias and oligospermia."

b. On June 29, 1999, Mr. Cervone was seen at the Hudson Valley Heart Center. He was on Lipitor 20 mg/day. He complained of achy pain in both shoulders and both knees. He had an elevated CPK on June 23, 1999 of 512 (normal range 24 to 195).

c. On April 4, 2000, the Hudson Valley Heart Center note states: "Since the last visit here with Dr. Weinreich, he had seen Dr. Maryanne Wysell for evaluation of his rheumatologic condition. She had briefly stopped his Lipitor and his joint pains did improve somewhat." However, he had resumed his Lipitor 20 mg as of this visit and the CPK was elevated at 235 on April 5, 2000 (normal 24 to 195). He also had pain in his arm muscles that day.

d. On April 20, 2000, Amelia Martinko, M.D. notes: "The problem with his diffuse muscle aches and pains has been going on since he was on the statins for several years . . . this patient's pain has been recurrent and prolonged."

e. On April 4, 2000, Dr. Lee Marcus started Mr. Cervone on Baycol 0.4 mg per day: "to see if a different statin therapy would alleviate some of his myalgia symptoms and at the same time give him the necessary cholesterol therapy that he needs, given his history."

E-SERVED 09/07/04 09:59 AM ET Baycol MDL 1431

f. On June 20, 2000, Baycol was increased to 0.8 mg per day per Dr. Marcus.

g. On August 17, 2000: "[T]he issue of myalgias is somewhat distressing to him as it is really quite bothersome and even limiting his activity. He does describe the symptoms more in his joints which seems a little less typical for the classic myalgias/myositis that can be found with these medications. Since his last CPK was normal, I encouraged him to continue Baycol at this time."

h. On October 3, 2000, Mr. Cervone's CPK was 278 (normal 24 to 195).

i. On October 23, 2000, the LDL increased on Baycol 0.8 mg/day and his pain persisted. He was tried on Welchol 625 mg tab 3 BID and Lipitor 10 mg per day. His CPK on Lipitor was up to 459.

j. On February 6, 2001, he was seen at Hudson Valley Heart Center. "He is also being followed for possible fibromyalgia or myositis secondary to statin therapy. He seems to not tolerate statins and has a lot of muscle pains that he contributes to that. This apparently occurs with all his statins and he is now completely off of statin therapy."

k. On March 9, 2001, Mr. Cervone's CPK was 298 (normal 24 to 195). On March 15, 2001, his CPK was 224. On July 20, 2001, his CPK was 357.

l. On August 29, 2001, Mr. Cervone is seen in cardiology consultation by Dr. Gary Nathanson. In the Impression and Plan: "Clearly, his most debilitating medical issue is this longstanding myositis significantly related to statin therapy and so I am of the mind that he should not ever be treated again with the statins. That is despite the fact that this is a significant risk factor for coronary artery disease and we probably have no treatment that is nearly as good at reducing his risk of future cardiac events."

m. On September 19, 2001, his CPK is 342.

E-SERVED 09/07/04 09:59 AM ET Baycol MDL 1431

n. On October 24, 2001, Dr. Gary Nathanson notes: "He continues to be remarkably debilitated by his myopathy. He reports that if he plays nine holes of golf and walks, he suffers for the two days following unable to do almost anything physical. He is quite distraught by this."

o. On December 4, 2001, his CPK was 389. On December 5, 2001, he had a biopsy of his left thigh muscle. "Skeletal muscle with no evidence of inflammation, necrosis or interstitial fibrosis. No evidence of amyloid deposition by special stain (Congo Red)."

p. On January 14, 2002, Mr. Cervone is seen in cardiology follow up by Dr. Gary Nathanson. "His workup thus far for a myopathy has shown no evidence of muscle inflammation on a muscle biopsy. He is being seen by Maryanne Wysell, the rheumatologist and has been on a course of prednisone for approximately two months." On January 19, 2002, the CPK was still elevated at 323 (normal 24 to 195) as was the aldolase at 9.6 (normal 1.0 to 8.0). This was despite two months of prednisone.

6. I hold the following opinions to a reasonable degree of medical certainty. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Diffuse muscle pain; and

b. Persistent serum CPK elevation.

7. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

E-SERVED
09/07/04
09:59 AM ET
Baycol MDL 1431

8. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Dated: May 30, 2004

Thomas M. Zizic, M.D.
5601 Loch Raven Blvd.
Baltimore, MD 21239

E-SERVED
09/07/04
09:59 AM ET
Baycol MDL 1431

# Exhibit B

E-SERVED 09/07/04 09:59 AM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

KENNETH OESTREICH,

Plaintiff,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, GLAXOSMITHKLINE plc, individually and as successor in interest to SMITHKLINE BEECHAM PLC and SMITH KLINE BEECHAM CORPORATION,

Defendants.

Case No. 02-3863 (MJD/JGL)

## CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114

1. My name is Thomas M. Zizic, M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $1,780.00.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed:

   a. Dr. Leonard Lipman;

   b. Dr. Thomas Chen; and

E-SERVED 09/07/04 09:59 AM ET Baycol MDL 1431

c. Rite Aid Prescriptions.

5. The relevant facts are as follows:

a. In 1992, Dr. Leonard Lipman's records (Oestreich 144) indicate that: "Dr. Black's office had notified him that his CPK test was elevated … Reviewing his records, his CPK was 580 which is about 2 and ½ times normal. He is not having any symptoms suggestive of myositis . . . he has a moderate CPK elevation, it would probably be advisable to reduce the Lopid and I have told him to reduce the dosage down to 1 tablet per day."

b. On July 27, 1992, Dr. Lipman notes: "We had reduced his dose of Lopid to 600 mg a day but, despite this, his latest CPK is still excessively elevated over 670."

c. On November 16, 1992, Dr. Lipman notes: "This patient also had had markedly elevated lipids in the past and has been placed on Lopid but developed an excessive elevation of CPK to greater than 600, actually to 683 . . . but I would not feel drug therapy would be indicated for this since he is excessively sensitive to the possibly myositis inducing effect of Lopid."

d. On March 6, 2000, Dr. Lipman prescribed Baycol 0.3 mg per day for Kenneth Oestreich. On April 14, 2000, Mr. Oestreich's CPK was 181 with a normal range of 7 to 138.

e. On June 15, 2000, Dr. Lipman notes that: "He had a dramatic improvement in his lipid panel with the Baycol."

f. On July 5, 2000, Mr. Oestreich's CPK was 583 and on August 8, 2000 it was 288 (normal 7-138)."

g. On August 15, 2000, Dr. Lipman's note states: "Another problem is that, while he had a dramatic improvement in his lipids on Baycol, he had a striking increase in CPK up to over 700. That was discontinued. His CPK is progressively dropping back down to normal. It is still elevated at 288, but it was 964 actually at its maximum."

E-SERVED 09/07/04 09:59 AM ET Baycol MDL 1431

h. On November 28, 2000, Dr. Lipman notes: "Ken has responded very well to Baycol in the past, but had a markedly elevated CPK and has had problems with other STATINS apparently, as well."

6. I hold the following opinions to a reasonable degree of medical certainty. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Muscle fatigue and weakness of upper and lower extremeties

b. Elevation of serum CPK.

7. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

e. The described injury did not grow worse after Baycol was removed.

8. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Dated: May 30, 2004

Thomas M. Zizic M.D.
5601 Loch Raven Blvd.
Baltimore, MD 21239