# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

**NOTIFICATION OF CONVENTIONAL FILING OF EXHIBIT B TO BRIEF AND MEMORANDUM OF LAW**

Certain of Weitz and Luxenberg's Plaintiffs

Plaintiff(s)

v.

Case Number: MDL No. 1431 (MJD/JGL)

Bayer Corp., et al.

Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*list item(s) for which this notice serves as a placeholder in ECF*
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal* (Document number of protective order: ___ ) ***Exhibit B to Brief and Memorandum of Law***

___ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this

Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).