**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to
All Actions

**ORDER**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, Plaintiffs with the District of Minnesota case numbers 01-1594 to 02-4433 ("Phase I Plaintiffs") were required to serve upon Defendants completed Supplemental Discovery Disclosures by June 7, 2004. Certain Phase I Plaintiffs were granted sixty day extensions. The PSC and Defendants now submit a stipulated list of Plaintiffs who were granted sixty day extensions but who are at least twenty-four days delinquent in their discovery obligations as of August 30, 2004. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants

have not received the required discovery pursuant to PTO 114 by September 21, 2004, 5:00 p.m., Central Daylight Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by September 21, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: September 7, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**Exhibit A**

**PTO-114 Delinquency List for Plaintiffs due 08/06/2004** **as of 08/30/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Crochet, James Alfred, Jr. | 02-2124 | Daniel E. Becnel, Jr., Esq.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>Post Office Drawer "H"<br>Reserve, LA 70084<br>985-536-1186<br>985-536-6445 (fax) |
| 2. | Dede, Albertine | 02-2124 | |
| 3. | Ferchaud, Gail T. Lorio | 02-2124 | |
| 4. | Guidry, Daniel Jude | 02-2124 | |
| 5. | Holley, Donald W. | 02-2124 | |
| 6. | Irvin, Maeola | 02-2124 | |
| 7. | Louise, Joanne M. | 02-2124 | |
| 8. | Magner, Donald, Sr. | 02-2124 | |
| 9. | Maher, Patricia A. | 02-2124 | |
| 10. | Morvant, Antoinette Marie | 02-2124 | |
| 11. | Becnel, Leonard Joseph | 02-2125 | |
| 12. | Brown, Margaret C. | 02-2125 | |
| 13. | Harris, Henry J. | 02-2125 | |
| 14. | Molden, Henry Ernest | 02-2125 | |
| 15. | Morrison, David | 02-2125 | |
| 16. | Myers, Mary D. | 02-2125 | |
| 17. | Williams, Tangle Benefield | 02-2125 | |
| 18. | Bennett, Shirley Marie | 02-2992 | |
| 19. | Charles, Delores | 02-2992 | |
| 20. | Clemmons, Allen | 02-2992 | |
| 21. | Dillon, Bernell | 02-2992 | |
| 22. | Gray, Linda | 02-2992 | |
| 23. | Landry, Elaine M. | 02-2992 | |
| 24. | Landry, Lisa L. | 02-2992 | |
| 25. | Mitchell, Willie M. | 02-2992 | |
| 26. | Robertson, Ida Mae | 02-2992 | |
| 27. | Abel, Ruby Diane | 02-2994 | |
| 28. | Allen, James Gasper, Sr. | 02-2996 | |
| 29. | Ballard, Arthur T., Jr. | 02-2996 | |
| 30. | Williams, Thomas, Jr. | 02-3489 | |
| 31. | Hebert, Johnny P. | 02-3490 | |
| 32. | Banks, Leroy | 02-3491 | |
| 33. | Burk, Shirley D. | 02-3491 | |
| 34. | Dixon, Jerry B. | 02-3491 | |
| 35. | Dixon, Myrnell J. | 02-3491 | |
| 36. | Herrin, Charlotte H. | 02-3491 | |
| 37. | Lee, Gaylord | 02-3491 | |

**PTO-114 Delinquency List for Plaintiffs due 08/06/2004** **as of 08/30/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 38. | Bradley, Eve, et al., for Estate<br>of Olan R. Duncan | 02-3842 | John F. McKay, Esq.<br>McKay Law Firm<br>7465 Exchange Place<br>Baton Rouge, LA 70806<br>225-924-3641<br>225-924-3644 (fax) |
| 39. | Takeda, Jeffrey | 02-0749 | Paul Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>212-558-5500<br>212-344-5461 (fax) |
| 40. | Nailor, James | 02-1037 | |
| 41. | Howze, Arnetta | 02-2135 | |
| 42. | Dudley, Mattie | 02-2859 | |
| 43. | Flederbach, Patricia | 02-2873 | |
| 44. | Jones, James | 02-3181 | |
| 45. | Bradley, Opal | 02-4388 | |