E-SERVED
09/17/04
06:14 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br>This Document Relates To:<br>All Actions | MDL No. 1431 (MJD/JGL) |

**PSC PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM SUR-REPLY AND SUPPLEMENTAL AFFIDAVITS OF ROBERT R. HOPPER AND FRANK GEFFERS**

The PSC respectfully moves the Court for an Order pursuant to Local Rule 7.1(f) to permit the filing of Plaintiffs' Supplemental Memorandum Sur-Reply and Affidavits of Robert R. Hopper and Frank Geffers concerning Defendants' Motion to Quash Plaintiffs' Request for a Letter Rogatory. The grounds for this motion are as follows:

1. Italian counsel finds inaccuracies in Defendants' interpretation of Italian law, including statements in affiant Zanchetti's Supplemental Declaration.

2. The PSC, through its Supplemental Memorandum Sur-Reply and accompanying affidavits attached hereto, seeks to provide this Court with clarification of Italian law and to correct inaccuracies in Defendants' Reply Memorandum and the Supplemental Declaration of Zanchetti with respect to preliminary investigations by the Italian prosecutor, Italian interpretation of "pretrial discovery," and its applicability to procedural requests of the Letter Rogatory.

Accordingly, the PSC respectfully requests that this Court grant its Motion for Permission to File Supplemental Memorandum Sur-Reply and Supplemental Affidavits of Robert R. Hopper and Frank Geffers.

E-SERVED
09/17/04
06:14 PM ET
Baycol MDL 1431

Dated: September 17, 2004

ZIMMERMAN REED, P.L.L.P.

By: ______________________________

Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Robert R. Hopper, #208760
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55401
(612) 341-0400

***On Behalf of the PSC***