E-SERVED
09/20/04
11:41 AM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| | ) | |
| | ) | MDL No. 1431 |
| In re: BAYCOL PRODUCTS LITIGATION | ) | (MJD/JGL) |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| All Actions | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2004, I caused the following documents:

PSC's Surreply to Bayer's Motion to Quash Plaintiffs' Request for a Letter Rogatory Pursuant to the Hague Convention;

Affidavit of Robert R. Hopper in Support of the PSC's Surreply to Bayer's Motions to Quash Plaintiffs' Request for a Letter Rogatory Pursuant to the Hague Convention;

PSC Plaintiffs' Motion for Permission to File Supplemental Memorandum Sur-reply and Supplemental Affidavits of Robert R. Hopper and Frank Geffers; and

(Proposed) Pretrial Order

to be filed electronically with the Clerk of Court through Verilaw, and that Verilaw will send an e-notice of the electronic filing to the following:

All parties to the Baycol Products Litigation, MDL 1431.

Dated: September 20, 2004

s/Robert R. Hopper
Robert R. Hopper