E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
**Certain Weitz & Luxenberg Plaintiffs**

---

## AFFIRMATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER NO. 114

---

Daniel C. Burke, an attorney duly admitted to practice law before all of the Courts of the State of New York, and Federal Courts of the Southern District of New York and Eastern District of New York, affirms all of the following to be true under the penalties of perjury:

1. I am associated with the law firm of Weitz & Luxenberg, P.C. and as such I am familiar with the facts contained herein.

2. I submit this affirmation in support of Weitz &Luxenberg's Motion for an Order seeking an extension of time for "Third Phase" plaintiffs (Case Nos. 03-2583 through 04-1312) to comply with their Supplemental Discovery Obligations pursuant to PTO 114.

3. Weitz & Luxenberg represents 846 plaintiffs subject to "Phase Three", the names of whom are annexed hereto collectively as Exhibit "A".

4. On September 13, 2004, plaintiffs requested via e-mail (as required by PTO 114 III. B.) from Special Master Haydock an extension of sixty (60) days for plaintiffs to comply. (See Exhibit "B" annexed hereto).

5. Later on September 13, 2004, Special Master Haydock responded via e-mail, requesting the list of cases to whom the extension request pertained. He indicated that he would

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

give the PSC and Bayer 72 hours to respond to our request. (See Burke Aff. at para. 5, and Exhibit "C" annexed hereto).

6. Ultimately, on September 13, 2004, we provided, via e-mail, the list of Weitz & Luxenberg, P.C. plaintiffs subject to PTO 114 "Phase Three." (See Exhibit "D" annexed hereto).

7. On September 14, 2004, James Mizgala, Esq., on behalf of Bayer opposed the request and Jean Geoppinger, Esq., on behalf of the PSC supported our request for an extension. See Exhibits "E" and "F", attached hereto.

8. Thereafter, on September 15, 2004, Special Master Haydock responded that this Honorable Court would determine this request and future extension requests under PTO 114, and that Weitz & Luxenberg should make the instant application to your Honor. (See Exhibit "G" annexed hereto).

9. Weitz & Luxenberg, P.C. has been diligently working on the cases subject to this process, and as indicated above, has far in excess of 100 submissions due on September 20, 2004.

10. As the foregoing demonstrates, this request is made in compliance with PTO 114 III.B.

11. As the Court will undoubtedly recall, there remain pending two (2) motions before your Honor which address, among others, the cases subject to the instant request. Weitz and Luxenberg, P.C. requests that the Court consider these matters in conjunction with the instant application.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an Order to Show Cause in the form attached extending the time for "Third Phase" plaintiffs (Case Nos. 03-

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

2583 through 04-1312) to comply with their Supplemental Discovery Obligations pursuant to PTO 114.

Dated: September 20, 2004
New York, NY

Respectfully Submitted

Daniel C. Burke
**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY 10038
(212) 558-5500