E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "A"

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Abbott | Emmabel | 03 cv 3787 MJD |
| Abukhdeir | Hussein | 04-1262 |
| Adame | Nelly | 04-1260 |
| Adkins | Ray | 04-1263 |
| Affolter | George | 03 cv 4010 MJD |
| Agnew | Dorothy | 03 cv 3984 MJD |
| Aiken | Michiko | 03 cv 3786 MJD |
| Aldridge | Louise | 03 cv 3822 MJD |
| Allen | Bennie | 03 CV 6245 |
| Allen | Donna | 03-3008 MJD |
| Allen | James | 03-cv 4631 |
| Allgyer | Betty | 03 cv 3781 MJD |
| Almeida | Mary | 03-2730 |
| Amel | Lynette | 03 CV 6244 |
| Anderson | Willie | 03-5955 MJD |
| Andrews | Ethel | 04-1269 |
| Andrews, Jr | Hoyet | 04-1260 |
| Angerman | Charles | 04-1265 |
| Antcliffe | Mary Ann | 03-2715 |
| Antwi | Emelia | 03 cv 3728 MJD |
| Applebaum | Lenore | 04-1310 |
| Aragon | Tony | 04-1265 |
| Arbogast | Linda | 04-1263 |
| Archer | Loretta | 03 cv 3779 MJD |
| Arneson-Trosdahl | Karen | 03-2712 |
| Arnold | Amos | 04-714 |
| Augustine | Jean | 03-2683 |
| Avalos | William | 04-1265 |
| Avent-Gilpin | Delores | 03 cv 4018 MJD |
| Avila | Carlos | 04-1265 |
| Baer | Ellen | 03 cv 4009 MJD |
| Bailey | Earl | 04-1265 |
| Bailey | Imogene | 04-1263 |
| Bain | Larry | 03-3870 MJD |
| Baker | Annie | 03 cv 3726 MJD |
| Balli | Guadalupe | 03-5377 MJD |
| Bana | Mark | 04-1265 |
| Banach | Joseph | 04-719 |
| Bankord | Wilbur | 03 cv 4004 MJD |
| Barcelon, Jr. | Ernest | 04-1265 |
| Barelski | Mark | 03-3898 MJD |
| Barker | James | 04-1265 |
| Barnes | James | 03-5236 mjd |
| Barnes | Little Jimmy | 03-2662 |
| Barrett | Elizabeth | 03-3914 MJD |
| Bartlett | John | 03-3660 MJD |
| Bash, Sr. | Dennis | 03 cv 4003 MJD |
| Bayne, Jr. | Mack | 03-2693 |
| Beard | Harold | 03-3890 MJD |
| Beasley | Hazel | 03-3915 MJD |
| Beasley, Jr | Joel | 03-3360 |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Beat | Gerald | 03 cv 3725 MJD |
| Beck | Francis | 03 cv 3785 MJD |
| Becker | Irma | 03-6340 MJD |
| Belcher | Norma | 04-1265 |
| Beman | Russell | 03 cv 4008 MJD |
| Beninson | Seymour | 03-2687 |
| Bennett | Albert | 03-3885 MJD |
| Bennett | Charles | 03 cv 4002 MJD |
| Bernard, Jr | Joseph | 04-1264 |
| Bertalotto | Jimmie | 03-3927 MJD |
| Betancourt | Alice | 03-2695 |
| Bischoff | Carol | 04-1309 |
| Blackburn | Dewilla | 03-3893 MJD |
| Bledsoe | John | 03-2718 |
| Boisvert | Clement | 03 cv 3732 MJD |
| Bomberg | Lorraine | 03 CV 6240 |
| Boone | Jesse | 03 cv 3730 MJD |
| Booth | Sheila | 03-3862 MJD |
| Boros | Helen | 04-718 |
| Borreggine | Nancy | 03 cv 3783 MJD |
| Bounds | Sheila | 03-4085 MJD |
| Bourdow | Richard | 03 cv 3778 MJD |
| Bovee | Ruby | 04-1264 |
| Bowe | Janet | 03-3913 MJD |
| Bowie | Eva | 04-1256 |
| Boynton | Marie | 04-1265 |
| Bracamonte | Gloria | 04-1255 |
| Britsch | Frederick | 03 cv 3715 MJD |
| Brodie | Jennie | 04-1265 |
| Brooks | Ruthann | 04-1304 |
| Brown | Douglas | 04-1264 |
| Brown | Joe | 03 cv 3994 MJD |
| Brown | Leonard | 04-1257 |
| Brown | Steven | 03 cv 3782 MJD |
| Brown | Terrance | 03 cv 3777 MJD |
| Brownfield | Ann | 04-1261 |
| Browning | Richard | 04-1264 |
| Broz | Julia | 03-3907 |
| Brushwood | Charles | 03 cv 3780 MJD |
| Bryant | Russell Hayes | 03-5350 |
| Bryant | Willie | 04-1265 |
| Bryk | Frank | 03 cv 3981 MJD |
| Bufford | Springfield | 04-1264 |
| Bumbalough | Pauline | 03-3923 MJD |
| Bunch | Phillip | 03 cv 3995 MJD |
| Burton | James | 03-3029 MJD |
| Burton | Lindon | 03 cv 3716 MJD |
| Burzynski | Mae | 03-4627 MJD/JGL |
| Byers | Marjorie | 04-1265 |
| Byrd | Jane | 04-1256 |
| Byrd-Quesenberry | Mary | 03-3918 MJD |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Cabrera | Wilfredo | 03 cv3776 MJD |
| Cady | Cyrus | 04-1258 |
| Cali | Frank | 04-1264 |
| Carlo | Elizabeth | 04-1265 |
| Carter | Esther | 03 cv 3724 MJD |
| Carter | Gloria | 03-3877 MJD |
| Carter | Rindell | 04-1260 |
| Castaneda | Pedro | 03-4365 MJD |
| Casto | Connie | 03-3033 MJD |
| Castro | Albelina | 03 cv 3775 MJD |
| Castro | Frank | 04-1264 |
| Caswell | Richard | 03-2737 |
| Catizone | Frank | 03-3926 MJD |
| Cederoth | Vivian | 03 CV 6249 |
| Cervone | Daniel | 04-1262 |
| Charania | Nasiruddin | 04-1256 |
| Chavez | Carmen | 04-1265 |
| Chavez | Flavio | 04-1265 |
| Chavez | Leonard | 03 cv 3731 MJD |
| Chaytor | Charlene | 03-2708 |
| Chetlan | Robert | 03 cv 3723 MJD |
| Christopher | Dorothy | 03 cv 3980 MJD |
| Claxton | Hazel | 04-1256 |
| Clay | Barbara | 03 cv 3997 MJD |
| Cline | Donald | 04-1264 |
| Clingan | Margaret | 04-1258 |
| Coleman | Patricia | 03 cv 3729 MJD |
| Coleman | Wihelmina | 03 cv 3978 MJD |
| Collender | Richard | 03 cv 3774 MJD |
| Collier | Randy | 04-1262 |
| Collins | Beulah | 04-1263 |
| Collins | Ruby | 03-3942 MJD |
| Collins | Steven | 03-CV-2751 |
| Collotti | Kathleen | 03-3902 MJD |
| Correa, Sr | Isaac | 04-1265 |
| Corsentino | Julie | 04-1265 |
| Corso | Patricia | 03 cv 3733 MJD |
| Costello | Patricia | 03-5784 mjd |
| Cota | Michael | 03-3920 MJD |
| Cotton | Joan | 03-3695 MJD |
| Craig | Raymond | 04-1274 |
| Crockett | Deloris | 03 cv 4065 MJD |
| Cromley | Roberta | 04-1263 |
| Crossmon | Susan | 03 cv 3773 MJD |
| Cruz | Jorge | 04-1262 |
| Cunningham | Allen | 03 cv 3722 MJD |
| Cusumano | Elissa | 04-1264 |
| Cypert | Marvella | 03-3919 MJD |
| Dagastino | Darryl | 03-2755 |
| Dailey | John | 03 cv 4007 MJD |
| Dalton | Richard | 03 cv 3721 MJD |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Davidson | Elizabeth | 03 cv 3727 MJD |
| Davidson | Mildred | 04-1261 |
| Davis | Juanita | 04-1265 |
| Davis | Ron | 03-3882 MJD |
| Dayton | Daniel | 03 cv 4043 MJD |
| De Armond | Adolfo | 03 cv 4001 MJD |
| Dean | Kathryn | 03 cv 3720 MJD |
| DeBiasio | Louis | 04-1264 |
| DeBord | Maxie | 03-2676 |
| DeLong | Robert | 03 CV 6238 |
| DeMartino | Grace | 03 cv 4013 MJD |
| Dembicer | Neal | 03 cv 4016 MJD |
| Dempsey | Ronald | 03-3041 MJD |
| Denbo | Maureen | 03-2770 |
| Dennis | Fern | 04-1261 |
| Des Jardins | Norman | 03 cv 4041 MJD |
| Dessinger | Howard | 04-1261 |
| DeVan | Dora | 04-1265 |
| Devine | Edna | 03-5957 |
| Dew | Connie | 03-3873 MJD |
| Dicampli | Louis | 03 cv 3714 MJD |
| Dickey | Brooks | 03 cv 3737 MJD |
| Diglio | Louis | 03 cv 3713 MJD |
| DiGregorio | Antoinette | 04-717 |
| Dillon | Myrtle | 03-3053 MJD |
| Dingus | Patricia | 03 cv 3734 MJD |
| Dinkel | Thomas | 04-1265 |
| Ditirro | Nicholas | 04-1265 |
| Dix | Pruella | 03-3921 MJD |
| Dizadare | Viola | 03-3659 MJD |
| Dockstader | William | 03 cv 3719 MJD |
| Dolan | John | 03 cv 3996 MJD |
| Donovan | Beverly | 03 cv 3762 MJD |
| Dorsey | Alta | 03-3712 MJD |
| Dotson | Rubye | 03-2702 |
| Downey | David | 03 cv 3735 MJD |
| Drais | Virginia | 03-3887 MJD |
| Drake | Carolyn | 04-1263 |
| Drake | Terry | 04-1265 |
| Dreveniak | Theodore | 03-3911 MJD |
| Drown | Donna | 03-5959 |
| Duncan | Joseph | 03-3666 MJD |
| Dunster, Sr | Alan | 03-3664 MJD |
| Dunwoody | Jacqueline | 03 cv 4014 MJD |
| Dye | Larry | 03-3665 MJD |
| Earle | Ron | 04-1264 |
| Earnest | Stephen | 04-1265 |
| Edmond | Avis | 03 cv 3754 MJD |
| Edmond | Evie | 03-5377 MJD |
| Edsall | Joan | 03-2750 |
| Edwards | Ernest | 03-3694 MJD |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Egelko | Barbara | 03-5350 |
| Ellett | Judy | 03-4091 MJD |
| Ellis | JoAnn | 04-1257 |
| Ellis | Thelma | 03 cv 3749 MJD |
| English | Colleen | 03-2709 |
| Escamilla, Sr | Enrique | 03 cv 4006 MJD |
| Escobedo | Esmeralda | 04-1256 |
| Espinoza | Patricio | 04-1265 |
| Esquibel | Helen | 04-1265 |
| Evans | Sarah | 03-3681 MJD |
| Fader | David | 03-3361 |
| Faircloth | Mary | 03 cv 4034 MJD |
| Febres | Carlos | 03-3680 MJD |
| Feiffer | Brian | 03-3692 MJD |
| Feldmeier | John | 03-4075 MJD |
| Feltzin | William | 03-4625 MJD/JGL |
| Fennell | James | 03-3711 MJD |
| Ferrante | Louis | 03 cv 3772 MJD |
| Ferraro | Genevieve | 03 cv 4067 MJD |
| Finley | Ola | 03 cv 4069 MJD |
| Finner, Jr. | Roy | 03 cv 4005 MJD |
| Finnie | Michael | 03-2666 |
| Fisher | Katie | 03-3009 MJD |
| Fishman | Gwen | 04-1264 |
| Fleck | Calvin | 04-1303 |
| Fleming, Jr. | George | 03-3027 MJD |
| Flores | Mike | 03 cv 3971 MJD |
| Fortner | Mary | 03 cv 3985 MJD |
| Forward | Otha | 03 CV 6242 |
| Foster | Ella | 03 cv 4040 MJD |
| Foster | Joretta | 03-3037 MJD |
| Foster | Priscilla | 03 cv 3751 MJD |
| Fourie | Stephen | 04-1264 |
| Franqui | Jack | 04-1264 |
| Frantz | Gwendolyn | 03 cv 3999 MJD |
| Frederick | Harvey | 03-4360 MJD |
| Frey | Donald | 03 CV 2768 |
| Friedkin | Lenore | 03-3153 |
| Funk | Edward | 03-5377 MJD |
| Fussell | Gary | 03 cv 3769 MJD |
| Gaines | Lillie | 04-1261 |
| Gallegos | Manuel | 03-4093 MJD |
| Galyean | Anthony | 04-1265 |
| Ganesh | Desiree | 03-3687 MJD |
| Garcia | Arcenio | 04-1265 |
| Garcia | Beatrice | 04-1265 |
| Garcia | Flora | 04-1262 |
| Garcia | Janie | 03 cv 5011 MJD |
| Garner | Grace | 03-2743 |
| Garrett | Dorotha | 03-3704 MJD |
| Gavin | Loretta | 03-2705 |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Gawel | Aleksandra | 03-3844 MJD |
| Gdowski, Sr. | Gerald | 03-2714 |
| Gilliams | Virginia | 03 cv 4030 MJD |
| Givan | Dorothy | 03-5956 MJD |
| Gladu | Kenneth | 03-2774 |
| Glossinger | Doris | 03-4088 MJD |
| Glover | Milton | 04-1260 |
| Goldberg | Warren | 03-3881 MJD |
| Goldsboro | Audrey | 03 cv 4000 MJD |
| Golob | Eugene | 04-1265 |
| Gomez | Devany | 03-3046 MJD |
| Gomez | Ignacio | 03-3710 MJD |
| Gomez | Luisa | 03-5956 MJD |
| Gonzales | Hiran | 03 cv 3753 MJD |
| Gonzales | Tony | 04-1265 |
| Gonzales | Victoria | 04-1265 |
| Gonzalez | Cedric | 04-1265 |
| Gordon | Gladys | 04-1258 |
| Gotcher | Marjorie | 04-1260 |
| Graham | Doris | 03-2688 |
| Greene | Esther | 03 cv 4037 MJD |
| Greene | Steven | 03 cv 3998 MJD |
| Grega | Judith | 03-3026 MJD |
| Griffis | Gertrude | 03 CV 6251 |
| Griffith | Buddy | 03-3028 MJD |
| Griffith | Dwaine | 03-2761 |
| Grueff | George | 04-1265 |
| Guajardo | Daniel | 04-1260 |
| Guajardo | Federico | 03-2786 |
| Guevara | Rodolfo | 03-3024 MJD |
| Guinyard | Sandra | 03 cv 4063 MJD |
| Gunsaulas | Joanne | 03 cv 3717 MJD |
| Gunter | Jimmie | 04-720 |
| Gutierrez | Lee | 04-1265 |
| Hagy | Bonnie | 03 cv 3761 MJD |
| Hailey | Ann | 03 cv 3806 MJD |
| Hamann | Gary | 04-1265 |
| Hammer | Ann | 03 cv 3743 MJD |
| Hammon | Marjorie | 03 cv 4068 MJD |
| Hamon | David | 04-1263 |
| Hanau | Reni | 03-4089 MJD |
| Hancock | Janet | 03 cv 3742 MJD |
| Haney | David | 03 cv 3809 MJD |
| Hankins | Alan | 03-3358 |
| Hardick | James | 03 cv 3804 MJD |
| Harrell | Tom | 03 cv 4036 MJD |
| Harris | Doretha | 04-1256 |
| Harrison | Henry | 03 cv 3803 MJD |
| Harrop | Ann | 03 cv 3801 MJD |
| Hart | Wallie | 03-3013 MJD |
| Harvey | Gladys | 03 cv 3799 MJD |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Havard | Viola | 03 cv 3744 MJD |
| Haverstick | Virginia | 03 cv 4038 MJD |
| Hayes | Edwin | 04-1262 |
| Head | Gary | 04-1262 |
| Heanssler | Bonnie | 03-3684 MJD |
| Heckathorn | Charles | 03-3015 MJD |
| Heffner | Toby | 04-1265 |
| Heifetz | Rosine | 03-2707 |
| Heinrich | Charles | 03 cv 4012 MJD |
| Henkel | Betty | 04-1265 |
| Henry | Geneva | 03-2729 |
| Henson | William | 03-3359 |
| Herrera | Carlos | 03-4922 |
| Herrera | Miguel | 03 cv 4032 MJD |
| Herrera | Orlando | 04-1265 |
| Herrscher | Doris | 03 cv 3815 MJD |
| Hewlett | Holden | 03-3703 MJD |
| Hickey | Ann | 03-3925 MJD |
| Hickman | George | 03-3682 MJD |
| Hickman | Kathryn | 04-1257 |
| Hickman | Spencer | 03-2777 |
| Hill | A | 04-1265 |
| Hines | Hurley | 04-1258 |
| Hix | Clifford | 03-3928 MJD |
| Hodges | William | 04-1265 |
| Hoffer | Harold | 03 cv 3738 MJD |
| Hoffler | Joseph | 04-1265 |
| Holt | John | 03 cv 4044 MJD |
| Holyak, Jr. | John | 03-3023 MJD |
| Hoopes | Lois | 03-3876 MJD |
| Hopper | Lucille | 03-3685 MJD |
| Hornung | John | 03 cv 4020 MJD |
| Hough | Mary | 03 cv 3759 MJD |
| Houston | Adele | 04-1261 |
| Houy | Clifford | 03-3691 MJD |
| Howard | Willie | 04-1260 |
| Hubbard | Robert | 04-1265 |
| Hubbell, Jr. | Guy | 04-1256 |
| Hughes | Geraldine | 03-4094 MJD |
| Hughes | Michael | 03-5957 |
| Hughes | Peggy | 03-3683 MJD |
| Hunt | Joanne | 03 cv 4048 MJD |
| Hunt | Samuel | 03-3702 MJD |
| Hutto | Cynthia | 03-4366 MJD |
| Ibach | Harlowe | 03-2752 |
| Iffland | Robert | 03-3841 MJD |
| Ingle | Madge | 03 cv 4045 MJD |
| Ingraham, Sr. | Timothy | 03-2769 |
| Ingram | Carl | 03-4373 MJD |
| Ion, Sr. | Larry | 03-3679 MJD |
| Ison | Dorothy | 03 cv 3817 MJD |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Jackson | Joe | 04-1301 |
| Jackson | Richard | 03-3693 MJD |
| James | Susie | 04-1278 |
| Japal | Wesley | 03-3359 |
| Jaramillo | Jose | 04-1258 |
| Jarchow | Raymond | 04-1268 |
| Jarmillo | Herman | 03-3701 MJD |
| Jason | Carol | 04-1265 |
| Jenkins | Michael | 03 cv 3800 MJD |
| Jiminez | Emilio | 03-3359 |
| Johnson | Charlotte | 04-1261 |
| Johnson | Donna | 03-6329 MJD |
| Johnson | Gary | 03 cv 4049 MJD |
| Johnson | Jack | 03 CV 6248 |
| Johnson | Jessie | 03-3855 MJD |
| Johnson | Lula | 03 cv 3975 MJD |
| Johnson | Viola | 04-1258 |
| Johnson, Sr. | Maurice | 04-1277 |
| Jones | Debra | 03 cv 4050 MJD |
| Jones | James | 03-3155 |
| Jones | Mary | 03 cv 4071 MJD |
| Jones | Mary | 03 cv 3972 MJD |
| Jones | Nathaniel | 04-1256 |
| Jones | Thomas | 04-1255 |
| Josephson | George | 03-5959 |
| Junell | Ellen | 03-3886 MJD |
| Kadrmas | James | 04-1265 |
| Kaplan | Helen | 04-1265 |
| Kasabyan | Yelena | 04-1257 |
| Kazanchy | Marie | 03-2772 |
| Keifer | Fred | 03-3924 MJD |
| Keller | Cathleen | 04-1265 |
| Kelley | Delores | 03-3850 MJD |
| Kelley | Elnora | 04-1265 |
| Kellogg | Gretchen | 03-3359 |
| Kelly, Sr. | Howard | 03-2716 |
| Kemp | Thomas | 03-3359 |
| Kennedy | Don | 04-1279 |
| Kenney | Carol | 03-3050 MJD |
| Kenney | Thomas | 03-4095 MJD |
| Kerr | John | 03-cv 2583 MJD |
| Ketola | William | 03-4083 MJD |
| Khalatbari | Adel | 03-3007 MJD |
| Kilpatrick | Jay | 03-CV-2779 |
| Kimbler | Mary | 03 cv 4059 MJD |
| Kinison | Charles | 03-3849 MJD |
| Kinzie | Vivian | 03-4090 MJD |
| Kirk | Celon | 03 cv 3739 MJD |
| Knott | James | 03 cv 4058 MJD |
| Knox | John | 03-4081 MJD |
| Knutson | Andrew | 03-4078 MJD |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Kole | Edward | 04-1258 |
| Kossar | Andrew | 03-3848 MJD |
| Kotyk | Jack | 03-3851 MJD |
| Kouba | Leonard | 03 cv 4072 MJD |
| Koyles | Kenneth | 03-3843 MJD |
| Krasevec | Ralph | 03-CV-2727 |
| Krolikowski | Ralph | 03-3847 MJD |
| Krombein | Hilma | 03-2741 |
| Krupicka | Irene | 03-3838 MJD |
| Kuhlman | James | 03-3846 MJD |
| Kumar | Shrawan | 03-3700 MJD |
| Laasch | Ava | 03-3842 MJD |
| Laberge | Jeannette | 03-3678 MJD |
| Ladwig | Gloria | 04-1265 |
| Lagasse | Roger | 03-3359 |
| Lamp | Douglas | 04-1263 |
| Land | A.J. | 03-3675 MJD |
| Lane | Florin | 03 cv 4056 MJD |
| Larkins | Jack | 04-1265 |
| Lastrella | Emiliano | 04-1265 |
| Laverdiere | Anthony | 04-1256 |
| Lawson | Ida | 04-1261 |
| Lawson | Jimmy | 04-1263 |
| Lazzara | Frank | 03-3892 MJD |
| Leblanc | Marjorie | 04-1258 |
| Ledsome | Ava | 04-1261 |
| Lee | Alice | 03-2767 |
| Leiferman | Patricia | 03-3043 MJD |
| Levine | Marvin | 04-1258 |
| Lewis | Daisy | 03-3840 MJD |
| Lewis | Sarah | 03-3894 MJD |
| Linville | Marcella | 03 cv 3988 MJD |
| Little | Tony | 04-1059 |
| Littrell | Edward | 03-3901 MJD |
| Lloyd | Livyria | 03 cv 3764 MJD |
| Lobatos | Alfred | 03-3661 MJD |
| Locke | Genonina | 03 cv 3990 MJD |
| Lockwood | Carol | 03-3708 MJD |
| Lodes | Stella | 03-5375 |
| Long | Tina | 03-3903 MJD |
| Lopez | Larry | 03-3839 MJD |
| Lopez | Sadie | 04-1265 |
| Lorett | Alvin | 04-1265 |
| Loya | Jose | 03-3699 MJD |
| Luther | Patricia | 03 cv 3748 MJD |
| Lyman | Harold | 03-3698 MJD |
| Lymons | Robert | 03-3707 MJD |
| Lynch | Donald | 03-3896 MJD |
| Mace | Dottie | 03-CV-2675 |
| Mack | Doris | 03 cv 3811 MJD |
| Mack | Mary | 03-4046 |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Madison | Flora | 04-1255 |
| Maestas | Mary | 04-1265 |
| Maglich | Michael | 03-6324 MJD |
| Maloney | James | 03-3910 MJD |
| Mansi | Sandra | 03-3705 MJD |
| Marcy | Anita | 03 cv 3983 MJD |
| Marczak | Roger | 03 CV 6241 |
| Marion | Patricia | 03-3360 |
| Markusic | Barbara | 03-4080 MJD |
| Martinez | Alfonso | 04-1260 |
| Martinez | Julia | 04-1265 |
| Martinez | Mary | 04-1260 |
| Martinez | Ronald | 04-1265 |
| Martirossian | Robert | 03-5787 |
| Mason | Carolyn | 04-1265 |
| Massa | Isabelle | 03-5957 |
| Matsanka | Harold | 03-4082 MJD |
| Matthes | William | 03-6327 MJD |
| May | Alene | 03-3021 MJD |
| McClure | Margaret | 04-1263 |
| McCormick | Mamie | 03-3836 MJD |
| McFarland | Harvey | 04-1258 |
| McGlaun | Albert | 03-3696 MJD |
| McGraw | Cheryl | 03-3686 MJD |
| McGrew | Brian | 03-CV-2735 |
| McKibben | Donna | 03-3916 MJD |
| McKissen | Carol | 03-CV-2745 |
| McLaughlin | Herbert | 04-1265 |
| McLaughlin | James | 03 cv 3755 MJD |
| McNair | Robert | 03-4402 MJD |
| McNurlin | Janette | 04-1276 |
| Meeks | Ronald | 03-CV-2762 |
| Mellott | David | 04-1280 |
| Mendoza | Sophie | 03-3888 MJD |
| Merritt | Lonnie | 03-3897 MJD |
| Messmer | Joyce | 03 cv 3826 MJD |
| Metcalf | Douglas | 04-1312 |
| Mettee | Nancy | 03-4086 MJD |
| Miles | Annie | 03-3853 MJD |
| Miles | Patricia | 03-2783 |
| Mileusnic | Hildegard | 03 cv 3763 MJD |
| Millard | Anna | 03 cv 3979 MJD |
| Miller | Carl | 03-3039 MJD |
| Miller | Daniel | 04-1265 |
| Miller | Dorothy | 03-2746 |
| Miller | Mary | 03-5956 MJD |
| Miller | Vicki | 03-2787 |
| Millon | Rachel | 03-3889 MJD |
| Mink | Rusty | 03-3908 MJD |
| Minson | Thomas | 04-1265 |
| Minton | Clarence | 03-3361 |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Monda | Anthony | 03-2781 |
| Montoya | Jennifer | 04-1265 |
| Montoya | Ramona | 04-1265 |
| Moore | C. Genelle | 04-1256 |
| Moore | Deborah | 03 cv 3828 MJD |
| Moore | Rita | 03 cv 4052 MJD |
| Moore | Rodney | 03 cv 3767 MJD |
| Moorman | Karen | 03 cv 4055 MJD |
| Moraga, Sr. | Juan | 04-1273 |
| Morales, Jr. | Rogelio | 04-1260 |
| Moran | Daniel | 03 cv 3829 MJD |
| Moreland II | James | 03-CV-2747 |
| Moreno | Jose | 04-1256 |
| Morissette | Henrietta | 03 cv 3814 MJD |
| Moskala | Virginia | 03 cv 4060 MJD |
| Mosteller | Donald | 04-1275 |
| Moustakelis | Manoli | 03-CV-2698 |
| Mueller | Richard | 04-1281 |
| Muncy | Robert | 03-3042 MJD |
| Munroe | Eula | 03-3906 MJD |
| Murdock | William | 03 cv 3819 MJD |
| Murphy | Eugene | 03-3834 MJD |
| Murphy | Marlyn | 03-3858 MJD |
| Muse | Lennie | 04-1262 |
| Mussen | Beverly | 03-CV-2685 |
| Nacca | Winniefred | 03-3922 MJD |
| Nagle | Linda | 03-3874 MJD |
| Nahas | Jean | 03-3833 MJD |
| Nance | Barbara | 03-CV-2692 |
| Nazario | Javier | 03-3917 MJD |
| Neibert | Joe | 04-1265 |
| Newman | Ronald | 04-1265 |
| Newsome | Mary | 04-1060 |
| Nicholas | Leonard | 03 cv 3768 MJD |
| Nielson | Sharon | 04-1265 |
| Nobles | Jennie | 03-3912 MJD |
| Nolan | Lester | 03-5785 mjd |
| Norris | Donald | 04-1256 |
| O'Gara | Donald | 03-4096 MJD |
| Oatis | Eloise | 03-3835 MJD |
| Oberth | Carol | 03-5957 |
| Ocampo | Shelley | 03-4364 MJD |
| Oermann | Ronald | 03-4357 MJD |
| Olmanson | Roger | 03 cv 3758 MJD |
| Olson | Nancy | 03 cv 3770 MJD |
| Orsak | Jerry | 04-1256 |
| Ortiz | Wayne | 04-1260 |
| Orzel | John | 03 cv 4015 MJD |
| Owrutsky | Consuela | 03 cv 3832 MJD |
| Ozsvath | Ernest | 03-4371 MJD |
| Painter | Doris | 03-5958 MJD |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Palacios | Kaye | 03 cv 4039 MJD |
| Palacios | Santos | 03 cv 3993 MJD |
| Palma | Simon | 03 cv 3766 MJD |
| Parenteau | Leonard | 03-CV-2673 |
| Parisen | Eugene | 03-CV-2680 |
| Parker | Harold | 04-1256 |
| Parker | Ronald | 03-CV-2678 |
| Paskvan | Dennis | 03-3360 |
| Patrick | Anthony | 03-3891 MJD |
| Patterson, Jr. | Claude (Frank) | 03-3025 MJD |
| Paugh | Darol | 04-1265 |
| Pecqueur | Robert | 04-1265 |
| Pedrick | Marlene | 03 cv 4047 MJD |
| Peeples | Emma | 03 cv 3827 MJD |
| Perez | Felipa | 04-1260 |
| Persaud | Pat | 03 cv 3989 MJD |
| Peterson | Marian | 03 cv 4051 MJD |
| Peterson | Richard | 03-3900 MJD |
| Petruzzo | John | 03 cv 4042 MJD |
| Philipp | Gary | 03 cv 3757 MJD |
| Phillips | Charles | 04-1255 |
| Pierce, Jr. | Herman | 03 cv 3982 MJD |
| Piercy | George | 03-3018 MJD |
| Pizicas | Alice | 03-2669 |
| Placencio | Veva | 04-1255 |
| Placier, Sr | Terrence | 03-3905 MJD |
| Platt | Anna | 03-3899 MJD |
| Platt | Harold | 04-1260 |
| Plaza | Waldman | 04-1258 |
| Poen | Victor | 04-1265 |
| Polsley | Ralph | 03-2780 |
| Polvado | Mary | 03 CV 6239 |
| Poole | Willie | 03-CV-2661 |
| Powers | Freida | 04-1260 |
| Prestia | Michael | 03 cv 3745 MJD |
| Psaltis | Olga | 03 cv 4061 MJD |
| Purzycki | Virginia | 03 cv 3808 MJD |
| Putnam | Kathleen | 03 cv 4062 MJD |
| Putney | Wilma | 03 cv 4073 MJD |
| Pysell | William | 03-3020 MJD |
| Quarles | Shirley | 04-1265 |
| Quintana | Garfield | 04-1265 |
| Quintero | Jesus (Jessie) | 03 cv 3823 MJD |
| Raap | Margaret | 03 cv 4057 MJD |
| Rabago | Rogerio | 04-1256 |
| Raley | Peggy | 03-4092 MJD |
| Ramirez | Joe | 04-1259 |
| Ramsey | Cecil Doyle | 03-3860 MJD |
| Rapuano | Susan | 03 cv 3747 MJD |
| Ratcliff | Camellia | 04-1263 |
| Ratliff | Phyllis | 03-2682 |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Rawlings | John | 04-1259 |
| Ray, Jr. | James | 03-5786 mjd |
| Read | Emily | 03-3861 MJD |
| Reed | Judy | 04-1258 |
| Reed | Ralph | 04-1259 |
| Regenscheid | Rita | 03-6328 MJD |
| Reisner | Bruce | 03-4087 MJD |
| Repass | James | 04-1263 |
| Rexrode | Eugene | 04-715 |
| Reynolds | Gary | 04-1265 |
| Reynosa | Amelia | 03-3943 MJD |
| Rhea | Frankie | 03 cv 3810 MJD |
| Rice | Stephen | 03 cv 4022 MJD |
| Richards | Kenneth | 03-6330 MJD |
| Riggle | Malcolm | 03-2790 |
| Riley | Beverly | 04-1259 |
| RILEY | FRANCIS | 03-5350 |
| Ripley | Robert | 03-5353 MJD |
| Ritchotte | Raymond | 04-1259 |
| Roberson | J.C. | 03 cv 3805 MJD |
| Roberts | Leon | 03-3361 |
| Roberts | Shirley | 03 cv 3807 MJD |
| Robertson | Elizabeth | 03 cv 3816 MJD |
| Robertson | Leota | 03-3904 MJD |
| Robinette | Alfred | 04-1263 |
| Robuck | Ronald | 03 cv 3813 MJD |
| Roby | Betsy | 03-2587 MJD |
| Rodela | Jesse | 03-CV-2697 |
| Rodriguez | Enrique | 04-1256 |
| Rodriguez | Pablo | 04-1260 |
| Rodriguez | Rosa | 04-1256 |
| Rodriguez, Jr | Jesus | 04-1260 |
| Rogers | Virginia | 03 cv 3741 MJD |
| Rohde | Kathleen | 03 cv 3955 MJD |
| Roots | Winifred | 03 cv 4025 MJD |
| Rose | Gary | 04-1265 |
| Ross | Harry | 04-1265 |
| Rostock | Eric | 03 cv 4023 MJD |
| Rouse | Charles | 04-1259 |
| Rozario | Maria | 03-CV-2775 |
| Rubenchik | Gita | 04-1308 |
| Ruiz | Eddy | 03-3867 MJD |
| Rupert | Lenny | 03-3863 MJD |
| Rydlewski | Stanley | 03 cv 3802 MJD |
| Saari | Gunnar | 04-1265 |
| Sahar | Nadim | 03 cv 4021 MJD |
| Saindon | Roland | 03 cv 4033 MJD |
| Salazar | Raymond | 04-1265 |
| Salazar | Sarah | 04-1265 |
| Saldana | Andrew | 04-1265 |
| Salts | Alfred | 03 cv 3824 MJD |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Sanchez | Eziquio | 04-1265 |
| Sanderson | Phillip | 04-1306 |
| Sandifer | William | 03 cv 4028 MJD |
| Sandoval | Ofilia | 03-3944 MJD |
| Santavicca | James | 03 cv 3750 MJD |
| Schainman | Martin | 03-4370 MJD |
| Schmeecke | Carl | 03-4377 MJD |
| Schmidt | Jason | 03-CV-2742 |
| Schmitz | John | 03-CV-2766 |
| Schooler | Everett | 04-1265 |
| Schutt | Suzanne | 03-CV-2740 |
| Schutz | Dave | 03-3945 MJD |
| Schwitz, Sr. | Peter | 03-CV-2756 |
| Scialabba, Sr. | Anthony | 03-3856 MJD |
| Scott | Patricia | 04-1255 |
| Scowden | Deborah | 03-3946 MJD |
| Secora | Alvin | 03-5955 MJD |
| Secora | John | 04-1262 |
| Sedore | Annie | 04-1259 |
| Senko | Lynda | 04-1265 |
| Sharrar | Peter | 03-3011 MJD |
| Shawney | Shiv | 03-2754 |
| Shelton | Sarah | 03-3852 MJD |
| Shepard | Irma | 03-3360 |
| Sherrick | Virginia | 03-CV-2733 |
| Shimota | Harold | 03-3845 MJD |
| Siegel | John | 03-3857 MJD |
| Siffring, Sr | E.R. | 04-1259 |
| Simons | Alice | 03-3864 MJD |
| Simpson | Freddie | 03 cv 4024 MJD |
| Sinclair | Ora | 04-1255 |
| Singleton | Joseph | 04-1265 |
| Sirhan | Sirhan | 03-CV-2665 |
| Sisneros | Helen | 04-1265 |
| Skinner | Ted | 03 cv 4027 MJD |
| Slone, Jr. | Clarence | 03-3019 MJD |
| Smith | Betty | 04-1259 |
| Smith | Donald | 03-3879 MJD |
| Smith | Jerry | 03 cv 3960 MJD |
| Smith | Lottie | 04-1305 |
| Smith | Mary Ann | 03-3878 MJD |
| Smith | Mildred | 03-5237 mjd |
| Snowberry | Russell | 04-1259 |
| Solis | Ambrose | 04-1265 |
| Solomon | Edith | 03-4378 MJD |
| Sowell | Mary | 04-1256 |
| Spallino | Lucille | 03 cv 4031 MJD |
| Spanjer | Keith | 04-1259 |
| Sparacino | Vincent | 03-3884 MJD |
| Spillers | Viola | 03-3359 |
| Spooler | John | 04-1259 |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| St Pierre | Mary | 04-1259 |
| Stafford | Mary | 03-2720 |
| Stafford | Ray | 03 cv 4026 MJD |
| Stalker | Dallas | 03-3360 |
| Stallings | Franklin | 03-3865 MJD |
| Stanley | Paul | 04-1262 |
| Starnes | William | 03-3872 MJD |
| Stebler | Bernadette | 03-CV-2734 |
| Stephens | Thomas | 04-1265 |
| Stephenson | Roger | 03-3359 |
| Stetson | Kim | 03 cv 4029 MJD |
| Stokes | Glenn | 03-CV-2793 |
| Stone | Phyllis | 03-CV-2721 |
| Storm | Eunice | 04-1265 |
| Straub | Jim | 03-3859 MJD |
| Strawn | Dorcas | 03-3049 MJD |
| Strickland | Roy | 03 cv 3796 MJD |
| Struck | Herman | 04-1258 |
| Struller | Louise | 04-1258 |
| Sturdevant | Lorraine | 03-6326 MJD |
| Stutler | Margaret | 04-1257 |
| Supry | Fred | 03 cv 4095 |
| Surita | Oscar | 03-CV-2789 |
| Swahn | Robert | 03-4403 MJD |
| Tafoya | Helen | 04-1265 |
| Tapp | Cleo | 03 cv 3966 MJD |
| Tarlton | Andrew | 03 cv 3963 MJD |
| Taylor | Joyce | 03-3880 MJD |
| Taylor | Oteka | 04-1261 |
| Terrell | Rex | 04-1282 |
| Terry | Debra | 04-1265 |
| Tevis | Bobby | 03-3883 MJD |
| Thomas | Sarah | 03-3948 MJD |
| Thompson | Carl | 03 cv 3812 MJD |
| Thompson | Jamie | 03-2722 |
| Thompson | Jennie | 03-3931 MJD |
| Thompson | Joe | 04-1265 |
| Thompson | John | 03 cv 3830 MJD |
| Thompson | Scottie | 03-3361 |
| Thorson | Wilbur | 03-5353 MJD |
| Tillman | Oscar | 03-CV-2723 |
| Timms | Dorothy | 04-1259 |
| Timpa-Fewel | Vicki | 04-1260 |
| Todd | Evelyn | 03-3689 MJD |
| Tomblin | Thomas | 03-3933 MJD |
| Tooker, Sr | Robert | 04-1255 |
| Torrey | Mary | 03-3934 MJD |
| Toth | Joseph | 04-1265 |
| Tratnik | Stephen | 03-5954 |
| Trevathan | Stella | 03 cv 3794 MJD |
| Tribovii | Haruko | 03-3677 MJD |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Triggs | Donald | 03-3674 MJD |
| Trotter | Bill | 03-3361 |
| Tucker | Barbara | 03 cv 3962 MJD |
| Tupaz | Amelia | 03 CV 6243 |
| Turner | Terry | 03-3949 MJD |
| Udy | Nadine | 04-721 |
| Valdez | Ben | 03-CV-2748 |
| Valdez | Jessie | 04-1265 |
| Valdez | Joseph | 04-1265 |
| Van Atta | Donald | 04-722 |
| Vanderpool | William | 03-5377 MJD |
| Varela | Leonor | 03-3672 MJD |
| Velasquez | Jimmie | 04-1260 |
| Vencile | Loria | 03 cv 3831 MJD |
| Verhelst | Marian | 03-2672 |
| Vigil | Ennie | 04-1262 |
| Villarreal | Rosalio | 03-3676 MJD |
| Villegas | Maria | 04-1259 |
| Visich | Janet | 03 cv 3791 MJD |
| Waco | Mary | 03-3668 MJD |
| Wade | Richard | 03 cv 3970 MJD |
| Wagner | Cheryl | 03-3360 |
| Wagner | Patricia | 03-6323 MJD |
| Wahlberg | Lennard | 04-713 |
| Walk | Bonnie | 03-3932 MJD |
| Walker | Betty | 03-4374 MJD |
| Walther | John | 03-CV-2785 |
| Ward | Celeste | 03 cv 3788 MJD |
| Ward | John | 03-3947 MJD |
| Washburn | George | 03 cv 3797 MJD |
| Watkins | Carolie | 03-3937 MJD |
| Watlack | Audrey | 03 cv 3967 MJD |
| Watson | Leon | 03 cv 3964 MJD |
| Webb | Clare | 03-3671 MJD |
| Webb | Ernestine | 04-1058 |
| Weeks | Carol | 03-3360 |
| Weiler | Betty | 03-CV-2726 |
| Weislak | Dolores | 03-3941 MJD |
| Weiss | Carl | 03-2738 |
| Weiss | Irene | 04-1307 |
| Welch | Ray | 03-3952 MJD |
| Wells | Alvin | 03 cv 3987 MJD |
| Westbury | Dorothy | 03-3930 MJD |
| White | Josephine | 04-1262 |
| Whitworth | Evelyn | 03-3936 MJD |
| Widger | Melisa | 03 cv 3793 MJD |
| Wilcox | Peder | 03 cv 3746 MJD |
| Wilde | Frank | 03-3940 MJD |
| Wiles | Janice | 04-1265 |
| Willemson | Bonnie | 04-1265 |
| Willet | Goldie | 03-3047 MJD |

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

| Last Name | First Name | Docket # |
|---|---|---|
| Williams | Byron | 04-1259 |
| Williams | Dorothy | 03-3667 MJD |
| Williams | Lena | 03-3929 MJD |
| Williams | Rejoyce | 03-3935 MJD |
| Williamson | Don | 03 cv 3732 MJD |
| Willis | Henry | 04-1259 |
| Willis | William | 03-CV-2731 |
| Wilson | Ann | 04-1262 |
| Wine | Dorothy | 03-5235 mjd |
| Winters | Andy | 03 cv 3969 MJD |
| Wise | Marcia | 03 cv 3790 MJD |
| Wolf | Felicita | 04-1265 |
| Wollman | Dan | 04-1265 |
| Wood | David | 03-CV-2725 |
| Woodard | Lillie | 03 cv 3957 MJD |
| Woodley | Madeline | 04-1259 |
| Woods | Mattie | 03-2792 |
| Worthington | Frances | 03 cv 3956 MJD |
| Wroten | Dewey | 04-1263 |
| Wunderle | Robert | 03-3951 MJD |
| Wyche | Carol | 03-CV-2784 |
| Yafet | Benjamin | 04-1255 |
| Yancy | Wanda | 03-CV-2724 |
| Zaporowski | Raymond | 03-3869 MJD |
| Zaragoza | Federico | 03-CV-2753 |
| Ziegler | Aurelle | 03-5127 MJD |
| Zingo | Joseph | 03 cv 3961 MJD |
| Ziolkowski | Betty | 03 cv 3821 MJD |
| Zobjeck | Geraldine | 03-3953 MJD |
| Zupancic | Frank | 04-1265 |

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "B"

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

**Burke, Daniel**

---

**From:** Burke, Daniel
**Sent:** Monday, September 13, 2004 12:28 PM
**To:** 'rhaydock@arb-forum.com'
**Cc:** 'jmizgala@sidley.com'; 'fred.magaziner@dechert.com'; 'jeangeoppinger@wsbclaw.com'
**Subject:** PTO 114 Phase Three Extension Request

Dear Special Master Haydock:

Weitz & Luxenberg, PC hereby requests an extension of time of sixty (60) days to comply with PTO 114's "Third Phase" deadline of September 20, 2004. We are working diligently on the cases subject to this process and are requesting this extension so that we may best fulfill PTO 114's objectives. We have in excess of 100 submissions due on that day. Accordingly, I make this request in compliance with PTO 114, section III B.

We sincerely thank you for your assistance in this regard. Should you have any further questions or comments, please feel free to contact me.

Respectfully Submitted,

Daniel C. Burke

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "C"

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

**Burke, Daniel**

**From:** Haydock, Roger [rhaydock@arb-forum.com]
**Sent:** Monday, September 13, 2004 12:41 PM
**To:** Burke, Daniel
**Cc:** jmizgala@sidley.com; fred.magaziner@dechert.com; jeangeoppinger@wsbclaw.com
**Subject:** RE: PTO 114 Phase Three Extension Request

In order for me to consider your request, I need the list of cases, with each plaintiff's name, case name, and MDL Case Number. After that, I'll await a response from the PSC and Bayer. I ask them to respond within 72 hours of receiving the list, if possible. Thank you.

---

From: Burke, Daniel [mailto:DBurke@weitzlux.com]
Sent: Mon 9/13/2004 11:28 AM
To: Haydock, Roger
Cc: jmizgala@sidley.com; fred.magaziner@dechert.com; jeangeoppinger@wsbclaw.com
Subject: PTO 114 Phase Three Extension Request

Dear Special Master Haydock:

Weitz & Luxenberg, PC hereby requests an extension of time of sixty (60) days to comply with PTO 114's "Third Phase" deadline of September 20, 2004. We are working diligently on the cases subject to this process and are requesting this extension so that we may best fulfill PTO 114's objectives. We have in excess of 100 submissions due on that day. Accordingly, I make this request in compliance with PTO 114, section III B.

We sincerely thank you for your assistance in this regard. Should you have any further questions or comments, please feel free to contact me.

Respectfully Submitted,

Daniel C. Burke

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "D"

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

**Burke, Daniel**

**From:** Burke, Daniel
**Sent:** Monday, September 13, 2004 3:41 PM
**To:** 'Haydock, Roger'
**Cc:** 'jmizgala@sidley.com'; 'fred.magaziner@dechert.com'; 'jeangeoppinger@wsbclaw.com'
**Subject:** FW: PTO 114

Dear Professor Haydock:

Per your request of this morning, attached please find list of 846 Weitz & Luxenberg, P.C. cases subject to PTO 114 Phase Three. Please advise as to anything else you may require. Thanks once again for your kind assistance.

Respectfully Submitted,

Daniel C. Burke

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "E"

E-SERVED 09/20/04 05:40 PM ET Baycol MDL 1431

**Burke, Daniel**

---

**From:** Mizgala, James W. [jmizgala@Sidley.com]

**Sent:** Tuesday, September 14, 2004 1:48 PM

**To:** Burke, Daniel; 'rhaydock@arb-forum.com'

**Cc:** 'fred.magaziner@dechert.com'; 'jeangeoppinger@wsbclaw.com'

**Subject:** Re: PTO 114

Special Master Haydock, review of Weitz & Luxenberg's recently filed motions to withdraw as counsel (covering approximately 1,400 plaintiffs) and to dismiss without prejudice (covering approximately 5,000 plaintiffs) clearly demonstrates that W&L has no intention of submitting any PTO 114 reports. Therefore, Bayer opposes any further extensions.

James W. Mizgala, Esq.
Sidley Austin Brown & Wood LLP
10 S. Dearborn
Chicago, IL 60603
(312) 853-7081
(312) 853-7036 FAX

-----Original Message-----
From: Burke, Daniel <DBurke@weitzlux.com>
To: Haydock, Roger <rhaydock@arb-forum.com>
CC: jmizgala@sidley.com <jmizgala@sidley.com>; fred.magaziner@dechert.com <fred.magaziner@dechert.com>; jeangeoppinger@wsbclaw.com <jeangeoppinger@wsbclaw.com>

Sent: Mon Sep 13 14:41:29 2004
Subject: FW: PTO 114

Dear Professor Haydock:

Per your request of this morning, attached please find list of 846 Weitz & Luxenberg, P.C. cases subject to PTO 114 Phase Three. Please advise as to anything else you may require. Thanks once again for your kind assistance.

Respectfully Submitted,

Daniel C. Burke

Sidley Austin Brown & Wood LLP mail server made the following annotations on 09/14/2004, 12:46:25 PM

------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "F"

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

**Burke, Daniel**

**From:** Jean Geoppinger [jeangeoppinger@wsbclaw.com]
**Sent:** Tuesday, September 14, 2004 2:05 PM
**To:** 'rhaydock@arb-forum.com'
**Cc:** 'Mizgala, James W.'; Burke, Daniel; 'fred.magaziner@dechert.com'
**Subject:** RE: PTO 114

For all of the reasons previously discussed, the PSC is loath to take a position that would in any way jeopardize the rights of individual plaintiffs represented by Weitz & Luxenberg. Accordingly, we would ask that you take the necessary steps to protect such plaintiffs, including granting the requested extension.

-----Original Message-----
**From:** Mizgala, James W. [mailto:jmizgala@Sidley.com]
**Sent:** Tuesday, September 14, 2004 1:48 PM
**To:** 'DBurke@weitzlux.com'; 'rhaydock@arb-forum.com'
**Cc:** 'fred.magaziner@dechert.com'; 'jeangeoppinger@wsbclaw.com'
**Subject:** Re: PTO 114

Special Master Haydock, review of Weitz & Luxenberg's recently filed motions to withdraw as counsel (covering approximately 1,400 plaintiffs) and to dismiss without prejudice (covering approximately 5,000 plaintiffs) clearly demonstrates that W&L has no intention of submitting any PTO 114 reports. Therefore, Bayer opposes any further extensions.

James W. Mizgala, Esq.
Sidley Austin Brown & Wood LLP
10 S. Dearborn
Chicago, IL 60603
(312) 853-7081
(312) 853-7036 FAX

-----Original Message-----
From: Burke, Daniel <DBurke@weitzlux.com>
To: Haydock, Roger <rhaydock@arb-forum.com>
CC: jmizgala@sidley.com <jmizgala@sidley.com>; fred.magaziner@dechert.com <fred.magaziner@dechert.com>; jeangeoppinger@wsbclaw.com <jeangeoppinger@wsbclaw.com>

Sent: Mon Sep 13 14:41:29 2004
Subject: FW: PTO 114

Dear Professor Haydock:

Per your request of this morning, attached please find list of 846 Weitz & Luxenberg, P.C. cases subject to PTO 114 Phase Three. Please advise as to anything else you may require. Thanks once again for your kind assistance.

Respectfully Submitted,

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

Daniel C. Burke

Sidley Austin Brown & Wood LLP mail server made the following annotations on 09/14/2004, 12:46:25 PM

----------------------------------------------------------------------

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

# Exhibit "G"

E-SERVED
09/20/04
05:40 PM ET
Baycol MDL 1431

**Burke, Daniel**

---

**From:** Haydock, Roger [rhaydock@arb-forum.com]
**Sent:** Wednesday, September 15, 2004 1:25 PM
**To:** Burke, Daniel
**Cc:** jmizgala@sidley.com; fred.magaziner@dechert.com; jeangeoppinger@wsbclaw.com
**Subject:** RE: PTO 114

Mr. Burke:

Judge Davis will determine this and any future requests from Weitz and Luxenberg for extensions under PTO 114. You need to file a motion seeking an extension before Judge Davis.