E-SERVED
09/20/04
08:01 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: *All Actions* | : | |

**DEFENDANTS' JOINT NOTICE OF MOTION**
**AND MOTION FOR PARTIAL RECONSIDERATION**

PLEASE TAKE NOTICE that Defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and GlaxoSmithKline plc move the Honorable Chief Magistrate Judge Jonathan Lebedoff, United States District Court, U.S. Courthouse, Suite 9E, 300 South 4th Street, Minneapolis, pursuant to Local Rule 7.1(g) for partial reconsideration of this Court's September 3, 2004 Order Granting, in part, Defendants' Joint Motion to Compel Materials from Plaintiffs' Steering Committee ("PSC") Expert Meeting. This motion is supported by the attached Memorandum, and all the files, papers, and proceedings herein.

Dated: September 20, 2004

E-SERVED
09/20/04
08:01 PM ET
Baycol MDL 1431

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
Sherry A. Knutson
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

/signature on file/

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline plc*