**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, Plaintiffs with the District of Minnesota case numbers 02-4434 to 03-2581 ("Phase II Plaintiffs") were required to serve upon Defendants completed Supplemental Discovery Disclosures by July 30, 2004. The PSC and Defendants now submit a stipulated list of Phase II Plaintiffs who were at least twenty-four days delinquent in their discovery obligations as of September 13, 2004, 5:00 p.m., Central Daylight Time. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to

PTO 114 by October 4, 2004, 5:00 p.m., Central Daylight Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by October 4, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: September 20, 2004

_s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**Exhibit A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for PTO-114 Phase II Plaintiffs due 07/30/2004** **as of Sept. 14, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Lawrence, Janice | 02-4688 | Akim A. Anastopoulo, Esq.<br>Anastopoulo Law Firm<br>215 East Bay Street, Suite 305<br>Charleston, SC 29401<br>843-722-8070<br>843-722-9881 (fax) |
| 2. | Hollie, R.L. | 02-4437 | Jeffrey T. Gaughan<br>Baggett McCall Burgess & Watson<br>3006 Country Club Road<br>Lake Charles, LA 70605<br>337-478-8888<br>337-478-8946 (fax) |
| 3. | LeJeune, Darrell | 02-4437 | |
| 4. | Martin, Donald Louis | 02-4437 | |
| 5. | Middleton, Harold Curtis | 02-4446 | David McMullan, Jr.<br>Barrett Law Office<br>404 Court Square North<br>Lexington, MS 39095<br>662-834-2376<br>662-834-4024 (fax) |
| 6. | Cox, Boyd | 03-1021 | Edward Blizzard<br>Blizzard McCarthy & Nabers LLP<br>440 Louisiana, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br>713-844-3755 (fax) |

**Dismissal List for Phase II Plaintiffs due 07/30/2004** **as of 9/14/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 7. | McKenzie, David T. | 02-4434 | John R. Climaco, Esq.<br>Climaco Lefkowitz Peca Wilcox & Garofoli LPA<br>The Halle Building<br>1228 Euclid Avenue, Suite 900<br>Cleveland, OH 44115<br>216-621-8484<br>216-771-1632 (fax) |
| 8. | Raney, Debra | 02-4434 | |
| 9. | Callahan, Lee | 02-4689 | |
| 10. | Tucsnak, Joey | 02-4690 | |
| 11. | Cooper, Terry R. | 03-0039 | |
| 12. | Mire, Calvin J. | 03-0039 | |
| 13. | Parker, Ronald F. | 03-0039 | |
| 14. | Clark, Leslie Wayne | 03-2153 | |
| 15. | Harmon, Alma Faye | 02-4438 | Bob R. Wright<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson Street, Suite 500<br>Lafayette, LA 70501<br>337-233-3033<br>337-232-8213 (fax) |
| 16. | Brown, Mary L. | 02-4439 | |
| 17. | Ervin, Alice T. | 02-4440 | |
| 18. | Cox, Ada Louise | 02-4441 | |
| 19. | Francis, Robert | 02-4442 | |
| 20. | Dabney, Ruby | 02-4443 | |
| 21. | Lopez, Robert Lee | 02-4444 | |
| 22. | Edgmon, Clent | 03-0024 | Cathleen V. Compton<br>Dudley & Compton<br>114 South Pulaski Street<br>Little Rock, AR 72201<br>501-372-0080<br>501-372-2999 (fax) |
| 23. | Naiser, Jane, for George A. Naiser, deceased | 03-0038 | Gary L. Gardner<br>Ira Branham<br>Gardner Ewing & Souza<br>462 S. Fourth Ave.<br>1600 Meidinger Tower<br>Louisville, KY 40202<br>502-585-5800<br>502-585-5858 (fax) |

**Dismissal List for Phase II Plaintiffs due 07/30/2004** **as of 9/14/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 24. | Lauricella, Ray | 03-0027 | Jeremy R. Fietz<br>Lanahan & Reilley<br>3558 Round Barn Blvd., Suite 300<br>Santa Rosa, CA 95403<br>707-524-4200<br>707-523-4610 (fax) |
| 25. | James, Tony | 03-0028 | Yvonne M. Flaherty<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>612-339-6900<br>612-339-0981 (fax) |
| 26. | Rich, Judy | 03-0028 | |
| 27. | Guillory, Joseph | 03-1100 | John F. McKay<br>McKay Law Firm<br>7465 Exchange Place<br>Baton Rouge, LA 70806<br>225-924-3641<br>225-924-3644 (fax) |
| 28. | Papadimitriou, Betty J. | 03-1100 | |
| 29. | Schexnayder, Wilson F. | 03-1100 | |
| 30. | Talbert, Donald Ray | 03-1100 | |
| 31. | Burris, Ora | 03-2145 | Ronnie G. Penton<br>Law Offices of Ronnie Penton<br>209 Hoppen Place<br>Bogalusa, LA 70427<br>504-732-5651<br>504-735-5579 (fax) |
| 32. | Brumfield, Vera W. | 03-2146 | |
| 33. | Brock, Faye S. | 03-2147 | |
| 34. | Chain, Cleon Yancy | 03-2148 | |
| 35. | Magee, Pauline | 03-2149 | |

**Dismissal List for Phase II Plaintiffs due 07/30/2004** **as of 9/14/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 36. | Alston, Sudie | 02-4693 | Curtis D. Johnson, Jr.<br>Perkins Johnson & Settle PLLC<br>45 North Third, Suite 250<br>Memphis, TN 38103<br>901-522-8900<br>901-522-8219 (fax) |
| 37. | McChristian, Charles H., Sr. | 02-4693 | |
| 38. | Panyanouvong, Thongchang | 02-4693 | |
| 39. | Skipper, Robert James | 03-0031 | A. Renee Pobjecky<br>Law Offices of J. David Pobjecky, P.A.<br>786 Avenue C, N.W.<br>Winter Haven, FL 33880<br>863-294-0602<br>863-299-3754 (fax) |
| 40. | Bazor, Michael | 03-0032 | |
| 41. | Wargo, Steve | 03-1110 | Christiaan A. Marcum<br>Richardson Patrick Westbrook & Brickman<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, SC 29464<br>843-727-6500 |
| 42. | McManus, Daniel R. | 03-2151 | Robert L. Salim<br>1762 Texas Street<br>Natchitoches, Louisana 71457<br>318-352-5999<br>318-352-5998 (fax) |

**Dismissal List for Phase II Plaintiffs due 07/30/2004** **as of 9/14/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 43. | Womack, Charles | 03-0029 | Ronald Goldser<br>Jennifer K. Sustacek<br>Zimmerman Reed PLLP<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>612-341-0400<br>612-341-0844 (fax) |
| 44. | Hazel, Jean | 03-0029 | |