**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

Civil No. 01-md-1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Defendants' request to seek reconsideration of this Court's September 3, 2004 Order, which granted in part Defendants' Joint Motion to Compel Materials from the PSC Expert Meeting. The Court ultimately ordered the parties to simultaneously exchange tutorials and any related videotapes or presentation materials such as slides, electronic documents, and written materials by October 7, 2004.

Defendants base their request for reconsideration upon their supposition that the Court believed the Defendants would hold a conference of defense experts. However, the Court neither held nor expressed any such belief. Indeed, the Court was very careful in its wording to avoid the suggestion that Defendants would or should hold an expert conference. The Court merely expressed its dissatisfaction that "neither party has advised the Court of the status of Defendants' tutorial." (Order of Sept. 3, 2004 at 3)

(emphasis added). Whether Defendants have a conference to produce the tutorial is of no consequence to the Court's Order. It was implicit in the Order that Defendants need only produce items such as videotapes, slides, electronic documents, or written materials to the extent such items existed. Thus, Defendants have shown no grounds for reconsideration, and their request for permission to file a motion for reconsideration is denied.

As a courtesy to Defendants, the Court will order the following to provide additional guidance. The parties must simultaneously exchange tutorials as well as any relevant, non-privileged materials used to generate the tutorials, to the extent such materials exist, by October 7, 2004.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Defendants' Request for Permission to File a Motion for Reconsideration is **DENIED**; and

(2) The parties must simultaneously exchange tutorials as well as any relevant, non-privileged materials used to generate the tutorials, to the extent such materials exist, by October 7, 2004.

Dated: September 23, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge