E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION**

**MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
**Certain Weitz & Luxenberg's Plaintiffs**

---

# MOTION FOR ORDER TO SHOW CAUSE

---

1. The within motion is hereby made seeking an Order to Show Cause, in the form attached, granting Weitz & Luxenberg, P.C. leave to withdraw as counsel for certain plaintiffs as more fully set forth in the affirmation and memorandum in law of movant's Order to Show Cause.

2. As indicated in the annexed affirmation of Daniel C. Burke, Weitz & Luxenberg, P.C. has elected to seek permission to withdraw by means of Order to Show Cause, as it is requesting, on behalf of its clients, a stay of all proceedings.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an Order to Show Cause in the form attached staying all proceedings for a period of ninety (90) days, and setting the matter down for a hearing upon Weitz & Luxenberg, P.C.'s request to withdraw as counsel.

Dated: September 2, 2004
New York, NY

Respectfully Submitted,

Daniel C. Burke, Esq.
**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY 10038
(212) 558-5500