E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

# EXHIBIT A

## TO BRIEF AND MEMORANDUM OF LAW

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

# Rider-A

| | | |
|---|---|---|
| 1 | Adair | Delori |
| 2 | Adams | Frances |
| 3 | Adams | Thomas |
| 4 | Alegrado | Aurelio |
| 5 | Altizer | Patricia |
| 6 | Anderson | Peter |
| 7 | Anderson | Phyllis |
| 8 | Anderson | Ricky |
| 9 | Andress | Gene |
| 10 | Ansari | Johanna |
| 11 | Anthony | Bernice |
| 12 | Arredondo | Ernest |
| 13 | Ashline | Isabel |
| 14 | Atkinson | Gordon |
| 15 | Austin | Darryl |
| 16 | Avalos | William |
| 17 | Avila | Carlos |
| 18 | Ayyad | Ahmed |
| 19 | Bailey | Mary |
| 20 | Bailey | O'Dean |
| 21 | Bailey | Victoria |
| 22 | Bain | Luanne |
| 23 | Baker | Betty |
| 24 | Barelski | Mark |
| 25 | Barnes-Hilson | Lillian |
| 26 | Barr | Adam |
| 27 | Bates | Nezzie |
| 28 | Battle | Benjamin |
| 29 | Baugh | Victor |
| 30 | Beaudette | Roseanne |
| 31 | Beeler | Doris |
| 32 | Behbahani | Alex |
| 33 | Bell | Crimea |
| 34 | Beninson | Seymour |
| 35 | Bennett | Robert |
| 36 | Berney | Donn |
| 37 | Betters | Florence |
| 38 | Bishop | Mark |
| 39 | Biss | John |
| 40 | Bivens | Gilbert |
| 41 | Board | Sharon |
| 42 | Boatner | Lavon |
| 43 | Bowers | Devesco |
| 44 | Bowie | Eva |
| 45 | Boynton | Marie |
| 46 | Bray | James |
| 47 | Breidenstein | Hildegard |
| 48 | Brigner | David |
| 49 | Britt | Helen |
| 50 | Brooks | James |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 51 | Brown | Earl |
| 52 | Brown | Gail |
| 53 | Brown | Joe |
| 54 | Broz | Julia |
| 55 | Bryant | Allen |
| 56 | Bryant | Charles |
| 57 | Buckley | Mary |
| 58 | Burge | Jean |
| 59 | Burke | William |
| 60 | Butterbaugh | Larry |
| 61 | Byers | Marjorie |
| 62 | Byler | Rick |
| 63 | Caballero | Esther |
| 64 | Cabrera | Joaquin |
| 65 | Cadosa | Juan |
| 66 | Campbell | Robert |
| 67 | Carl | Sharron |
| 68 | Carpenter | John |
| 69 | Carpenter | Leonor |
| 70 | Cassady | Mabel |
| 71 | Castle | Howard |
| 72 | Catlett, Sr. | Arthur |
| 73 | Cerato | Amedeo |
| 74 | Chavez | Flavio |
| 75 | Chong | Tong |
| 76 | Christian | Emil |
| 77 | Clark | Franklin |
| 78 | Clark | Gayle |
| 79 | Clark | Treva |
| 80 | Clay | Josie |
| 81 | Cline | Audrey |
| 82 | Cline | Donald |
| 83 | Collender | Richard |
| 84 | Collins | Dolly |
| 85 | Colvin | Michael |
| 86 | Combs | Paul |
| 87 | Conrad | Eleanor |
| 88 | Conway | Sheril |
| 89 | Cooper | Pamela |
| 90 | Cornacchia | Anne |
| 91 | Cornell | William |
| 92 | Coulter | Veryl |
| 93 | Cowan | Elizabeth |
| 94 | Coy | Ronald |
| 95 | Creamer | Elizabeth |
| 96 | Creighton | Phyllis |
| 97 | Crutcher | Wanda |
| 98 | Curtis | Lisa |
| 99 | D'Cruz | Ivy |
| 100 | Daniels | Barbara |
| 101 | Davidson | Mildred |
| 102 | Davis | James |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 103 | Davis | Juanita |
| 104 | Dayton | Daniel |
| 105 | Decker | Walter |
| 106 | Deese | Margaret |
| 107 | DeGuzman | Lydia |
| 108 | Dessinger | Howard |
| 109 | Diaz | Raul |
| 110 | Dimatteo | Donna |
| 111 | Ditirro | Nicholas |
| 112 | Dolan | Bernard |
| 113 | Dominguez | Mary |
| 114 | Dommin | Mary |
| 115 | Douglass | John |
| 116 | Dourte | Wallace |
| 117 | Durham | Mary |
| 118 | Edmonds | Tim |
| 119 | Elgin | Phyllis |
| 120 | Elkouri | Neta |
| 121 | Ellett | Judy |
| 122 | Estanislao | Joseph |
| 123 | Estrada | Gertrude |
| 124 | Evans | Norma |
| 125 | Eyerly | Don |
| 126 | Fannin | Jerry |
| 127 | Farkas | Julius |
| 128 | Faulkner | Lelarae |
| 129 | Feldmeier | John |
| 130 | Fello | Gloria |
| 131 | Fernandez | Virginia |
| 132 | Figueroa | Rafael |
| 133 | Filipiak | James |
| 134 | Firestone | Alan |
| 135 | Flanery | Judy |
| 136 | Flores | Jose |
| 137 | Ford | Dicey |
| 138 | Ford | Gary |
| 139 | Ford | Jerry |
| 140 | Fortner | Nell |
| 141 | Foster | Franklin |
| 142 | Foster | Wanda |
| 143 | Fourie | Stephen |
| 144 | Fousek | Norma |
| 145 | Francies | Norma |
| 146 | Frazier | Sam |
| 147 | Freidrichs | Oliver |
| 148 | Fuertes, Jr. | Guillermo |
| 149 | Funk | Edward |
| 150 | Gadsen | Sam |
| 151 | Galassi | Arthur |
| 152 | Gale | John |
| 153 | Galvan, Jr. | Gualdalupe |
| 154 | Gantz | George |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 155 | Garland | Ann |
| 156 | Garner | Gary |
| 157 | Gdowski, Sr. | Gerald |
| 158 | Geissenberger | Susan |
| 159 | Ghani-Banki | Ahmad |
| 160 | Gigliotti | Missouri |
| 161 | Gilbert | Jack |
| 162 | Gilpatrick | Stanley |
| 163 | Gisclair | Michael |
| 164 | Glasco | Eugenia |
| 165 | Golob | Eugene |
| 166 | Goodwin | Theone |
| 167 | Gordon | Frances (Leona) |
| 168 | Gotcher | Marjorie |
| 169 | Graham | Ruby |
| 170 | Granillo | Luis |
| 171 | Grant | Robin |
| 172 | Grasso | Eugene |
| 173 | Green | Edgar |
| 174 | Greenstein | Ruth |
| 175 | Gregory | Bill |
| 176 | Gregory | William |
| 177 | Griego | Joe |
| 178 | Griffith | Buddy |
| 179 | Griffith | Leslie |
| 180 | Gross | Walter |
| 181 | Guajardo | Federico |
| 182 | Gutierrez | Lee |
| 183 | Hagen | Wilma |
| 184 | Hagy | Bonnie |
| 185 | Hall | Donald |
| 186 | Hall | Vickie |
| 187 | Hamilton | David |
| 188 | Hand | Gerald |
| 189 | Hawkins | Betty |
| 190 | Hawkins | Judith |
| 191 | Head | Dwayne |
| 192 | Heanssler | Bonnie |
| 193 | Heffernan | Wallace |
| 194 | Heinicke | Bruce |
| 195 | Hennessey | Margaret |
| 196 | Henson | William |
| 197 | Herrera | Carlos |
| 198 | Herrera | Raymond |
| 199 | Hibma-Canario | Gwen |
| 200 | Hickman | Beverly |
| 201 | Hicks | Roberta |
| 202 | Hilton | Darryl |
| 203 | Hippe | Betty |
| 204 | Hoel, Jr. | Lawrence |
| 205 | Holliday | Theodore |
| 206 | Holt | Norma |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 207 | Hopper | Garland |
| 208 | Hotaling | Raymond |
| 209 | Hoth | Gerald |
| 210 | Howard | Willie |
| 211 | Huber | Vernon |
| 212 | Hughes | Geraldine |
| 213 | Hulett | Kenneth |
| 214 | Hull | William |
| 215 | Hunter | Elizabeth |
| 216 | Hussain | Syed |
| 217 | Hutchison | Marjorie |
| 218 | Jackson | Fannie |
| 219 | Jackson | Howard |
| 220 | Jackson | Joe |
| 221 | James | Nathaniel |
| 222 | Jankovsky | Bob |
| 223 | Jefferson | Laura |
| 224 | Jenkins | David |
| 225 | Jercinovich | Stanley |
| 226 | Jerome | Fofoga |
| 227 | Joaquin | Madalyn |
| 228 | Johnson | Albert |
| 229 | Johnson | Carl |
| 230 | Johnson | Ida |
| 231 | Johnson | Leighton |
| 232 | Johnson | Nelson |
| 233 | Johnson | Phyllis |
| 234 | Johnson, Jr. | Lester |
| 235 | Jones | Dennis |
| 236 | Jones | James |
| 237 | Jones | Robert |
| 238 | Jones | Roy |
| 239 | Jones | Velma |
| 240 | Jurotich | Carol |
| 241 | Kain | Dolores |
| 242 | Kanehl | Helen |
| 243 | Kazanchy | Marie |
| 244 | Kelley | Dennis |
| 245 | Keys | Freddrick |
| 246 | Kielar | Janine |
| 247 | Kimp | Earlene |
| 248 | Kind | Anita |
| 249 | Krasnof | Edward |
| 250 | Krebs | Christine |
| 251 | Kresner | Jack |
| 252 | Krikorian | Norman |
| 253 | Kuykendall | Arlie |
| 254 | Kwee | Peter |
| 255 | Lahmann | Linda |
| 256 | Lambert | Jason |
| 257 | Langham | Andy |
| 258 | Larson | Daniel |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 259 | Larson | Raymond |
| 260 | Lawrence | Robert |
| 261 | Lear | Patricia |
| 262 | Lee | Ronald |
| 263 | Leinwar | Maria |
| 264 | Lemmon | Dennis |
| 265 | Lermayer | John |
| 266 | Lett | Nettie |
| 267 | Lintner | Waynis |
| 268 | Livernois | Roger |
| 269 | Lodes | Stella |
| 270 | Logan | Elizabeth |
| 271 | Lomas | Jose |
| 272 | Lorett | Alvin |
| 273 | Loya | Jose |
| 274 | Lujan | Jose |
| 275 | Luparell | Rose |
| 276 | Lymons | Robert |
| 277 | Maese | Alex |
| 278 | Makerian | Rafi |
| 279 | Manning | Willard |
| 280 | Manzo | Marilyn |
| 281 | Marks | Josephine |
| 282 | Martin | Beatrice |
| 283 | Martin | Delbert |
| 284 | Martinelli | Toni |
| 285 | Martinez | Alvino |
| 286 | Martinez | Nella |
| 287 | Mason | Carolyn |
| 288 | Massey | Clinton |
| 289 | Matney | Bill |
| 290 | Mayhall | James |
| 291 | McCaster | Viola |
| 292 | McClure | Margaret |
| 293 | McCoy | Claude |
| 294 | McDowell | Billy |
| 295 | McFarland | Harvey |
| 296 | McFarland | James |
| 297 | McKinney | Bob |
| 298 | McNair | Robert |
| 299 | Mead | Mike |
| 300 | Meeks | Ronald |
| 301 | Merritt | Lonnie |
| 302 | Metzler | Sharon |
| 303 | Middleton | Janet |
| 304 | Millan | Robert |
| 305 | Miller | Delores |
| 306 | Miller | Henry |
| 307 | Miller | William |
| 308 | Miller | Wilma |
| 309 | Minson | Thomas |
| 310 | Mixon | Thomas |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 311 | Mockerman | Milton |
| 312 | Montanez | Natividad |
| 313 | Moreland II | James |
| 314 | Morian | Barbara |
| 315 | Morrison | Richard |
| 316 | Morrissey | James |
| 317 | Mueller | Richard |
| 318 | Muga | Rudolph |
| 319 | Nacinovich | John |
| 320 | Nation | Gary |
| 321 | Neibert | Joe |
| 322 | Nestvold | LaVonne |
| 323 | Newsome | Mary |
| 324 | Niebruegge | Mary |
| 325 | Nielson | Sharon |
| 326 | North | Mildred |
| 327 | Nottingham | Victoria |
| 328 | Nunez | Maria |
| 329 | O'Donnell-Allen | Alice |
| 330 | Ollom | Phyllis |
| 331 | Orosco | Emilia |
| 332 | Ortega | Maria |
| 333 | Ortiz | Wayne |
| 334 | Parker | Ronald |
| 335 | Pastore | Kenneth |
| 336 | Pate | Claudia |
| 337 | Pauley | Pauline |
| 338 | Pellecchia | Vincent |
| 339 | Pellegrino | Ralph |
| 340 | Penley | Loretta |
| 341 | Periera | Mary |
| 342 | Perry, Jr | Carl |
| 343 | Peterson | Marian |
| 344 | Phillips | Lillian |
| 345 | Pick | Bonnie |
| 346 | Pierce | Ellen |
| 347 | Pierce | Priscilla |
| 348 | Pilkington | Doris |
| 349 | Plasencia | J. Jesus |
| 350 | Polich | Edward |
| 351 | Pollock | Roger |
| 352 | Polsley | Ralph |
| 353 | Popper | Neil |
| 354 | Porche | Esther |
| 355 | Porter | Bill |
| 356 | Purification | Nicholas |
| 357 | Quintero | Jesus (Jessie) |
| 358 | Ramon | Dora |
| 359 | Randolph | Joyce |
| 360 | Ratcliff | Camellia |
| 361 | Reed, Jr. | Stanley |
| 362 | Reeves | Irene |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 363 | Reynosa | Amelia |
| 364 | Richards | Richard |
| 365 | Richardson | Paul |
| 366 | Ricketts | Josephine |
| 367 | Roberson | J.C. |
| 368 | Roberts | Leon |
| 369 | Robitaille | Tom |
| 370 | Rodriguez | Rosa |
| 371 | Rogers | Harold |
| 372 | Saldana | Andrew |
| 373 | Sanders | Barbara |
| 374 | Sargeant | Homer |
| 375 | Scannell | Thomas |
| 376 | Schaefer | Carl |
| 377 | Schenone | Raymond |
| 378 | Schmitz | John |
| 379 | Schneider | Donald |
| 380 | Scott | Patricia |
| 381 | Scott | Phillip |
| 382 | Seadore | Helen |
| 383 | Sedig | Susan |
| 384 | Selke | George |
| 385 | Servin | Tony |
| 386 | Shaeffer | Douglas |
| 387 | Shaw-Runions | Mary |
| 388 | Shiblak | Sammy |
| 389 | Shifflet | Ortha |
| 390 | Shubeck | Rozella |
| 391 | Shunk | Joyce |
| 392 | Siebert | Carol |
| 393 | Silva | Lorenzo |
| 394 | Simmons | Willis |
| 395 | Simons | Alice |
| 396 | Singleton | Joseph |
| 397 | Singleton | Ruby |
| 398 | Skinner, Jr. | Finis |
| 399 | Slone, Jr. | Clarence |
| 400 | Smith | George |
| 401 | Smith | Michael |
| 402 | Smith | Nila |
| 403 | Smith | Vernon |
| 404 | Smogonovich | Elizabeth |
| 405 | Snowhite | Beatrice |
| 406 | Sotelo | Victor |
| 407 | Sowell | Mary |
| 408 | Speir | Mary |
| 409 | Spencer | Ella |
| 410 | Spencer | Syiblean |
| 411 | Stallings | Franklin |
| 412 | Stepan | Paul |
| 413 | Stotler | Phil |
| 414 | Straite | Sharon |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 415 | Strohl | Hilda |
| 416 | Suchow | David |
| 417 | Summers | Jess |
| 418 | Taylor | Joan |
| 419 | Taylor | Mary |
| 420 | Taylor | Shirley |
| 421 | Teres | June |
| 422 | Thacker | Janet |
| 423 | Thierry | Carolyn |
| 424 | Thomas | Ruby |
| 425 | Thompson | John |
| 426 | Thompson | Ronald |
| 427 | Thorne | William |
| 428 | Thorpe | Dennis |
| 429 | Tkacs | Kimberly |
| 430 | Tolentino | Leo |
| 431 | Toms | Florence |
| 432 | Torre | Frank |
| 433 | Trujillo | Lucy |
| 434 | Upshaw | Frederick |
| 435 | Valenzuela | Carlos |
| 436 | Van Plew | Vivian |
| 437 | Van Tomme | Michael |
| 438 | Vance | Thomas |
| 439 | Vazquez | Nazare |
| 440 | Vivacqua | Barbara |
| 441 | Vocaturo | Ortenzio |
| 442 | Wadding | Wayne |
| 443 | Wade | Richard |
| 444 | Walker, Jr | Jesse |
| 445 | Wallace | Velma |
| 446 | Walters | Karl |
| 447 | Walters | Verna |
| 448 | Washington | Berthena |
| 449 | Watson | Robert |
| 450 | Weaver | Diane |
| 451 | Weddle | Thomas |
| 452 | Weddle | Zona |
| 453 | Weingarten | Dorothy |
| 454 | Welge | Edwin |
| 455 | Wendels | Tony |
| 456 | West | Billy |
| 457 | Wheat | Betty |
| 458 | Wheeler | Joy |
| 459 | Whitley | Glennette |
| 460 | Widger | Melisa |
| 461 | Wilcox | Lore |
| 462 | Williams | Byron |
| 463 | Williams | David |
| 464 | Williams | Marguerite |
| 465 | Williams | Simone |
| 466 | Wilson | Reba |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 467 | Wood | David |
| 468 | Wright | Bob |
| 469 | Wright | Herman |
| 470 | Wunderle | Robert |
| 471 | Yafet | Benjamin |
| 472 | Yingst | Wanda |
| 473 | Young | Marlene |
| 474 | Zaccaro | Gilbert |
| 475 | Zachary | Mary |
| 476 | Zaporowski | Raymond |
| 477 | Zbieranski | Henry |
| 478 | Ziegler | Doris |
| 479 | Zwelling | Ivan |