E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

# EXHIBIT B

## TO BRIEF AND MEMORANDUM OF LAW

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

# Rider-B

| | | |
|---|---|---|
| 1 | Adame | Nelly |
| 2 | Adkins | Ray |
| 3 | Adkins | Willy |
| 4 | Affolter | George |
| 5 | Aldridge | Mims |
| 6 | Alegrado | Aurelio |
| 7 | Alexander | Jim |
| 8 | Allen | Judy |
| 9 | Allen | Mary |
| 10 | Anderson | Lorraine |
| 11 | Angel | Mattie |
| 12 | Ashline | Isabel |
| 13 | Austin | Darryl |
| 14 | Austria | Warlito |
| 15 | Bailey | Helen |
| 16 | Bailey | Imogene |
| 17 | Bain | Larry |
| 18 | Baker | Biff |
| 19 | Baldwin | Marilyn |
| 20 | Balla | Robert |
| 21 | Balsley | Robert |
| 22 | Banilover | Lillian |
| 23 | Barbee, Jr | Ernest |
| 24 | Barnes, Sr. | Albert |
| 25 | Barone | Frank |
| 26 | Barr | Adam |
| 27 | Bartley | Allan |
| 28 | Battle | Benjamin |
| 29 | Battles | Charles |
| 30 | Baugh | Victor |
| 31 | Bauman | Odwise |
| 32 | Begole | Vincent |
| 33 | Belfiore | Robert |
| 34 | Bennett | Rex |
| 35 | Benson, Jr | Manuel |
| 36 | Bentley | Robert |
| 37 | Bergman | Margot |
| 38 | Bintz | Joan |
| 39 | Bitner | Mary |
| 40 | Blair | Phyllis |
| 41 | Bolen | Rezin |
| 42 | Bolton | Gladys |
| 43 | Boney | Phyllis |
| 44 | Bonofede | Salvatore |
| 45 | Borneman | Dixie |
| 46 | Boros | Helen |
| 47 | Bottley | Eva |
| 48 | Boyd | Willette |
| 49 | Bradfield | Saul |
| 50 | Bradley | Anna |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 51 | Branton | Johnnie |
| 52 | Brenfleck | George |
| 53 | Breslin | Ronald |
| 54 | Brinson | Mary |
| 55 | Brooks | Ruthann |
| 56 | Bross | Loretta |
| 57 | Brown | Clarice |
| 58 | Brown | Gail |
| 59 | Brown | Jacquelyn |
| 60 | Brown | Steven |
| 61 | Brown | Terrance |
| 62 | Brushwood | Charles |
| 63 | Bryant | Allen |
| 64 | Bryant | Russell Hayes |
| 65 | Buckley | Bob |
| 66 | Burns | Carolyn |
| 67 | Cain | Atha |
| 68 | Campbell | Marilouise |
| 69 | Canton | James |
| 70 | Carpenter | Simmie |
| 71 | Carrillo | Grace |
| 72 | Castillo | Margarita |
| 73 | Castle | Howard |
| 74 | Cayas | Valentino |
| 75 | Cerda | Mary |
| 76 | Cetto | Lillian |
| 77 | Chavez | Leonard |
| 78 | Christopher | Dorothy |
| 79 | Cisneros | Antonio |
| 80 | Clay | Barbara |
| 81 | Cline | Audrey |
| 82 | Cline | Charles |
| 83 | Colburn | Bernard |
| 84 | Colegate | Margaret |
| 85 | Coleman | George |
| 86 | Collier | Randy |
| 87 | Collins | Steven |
| 88 | Colvin | Shirley |
| 89 | Cooper, Jr. | Stimmie |
| 90 | Corona | Alfonso |
| 91 | Cox | Marvin |
| 92 | Critelli | Constance |
| 93 | Crutcher | Wanda |
| 94 | Cummings | Scott |
| 95 | Curry | Lois |
| 96 | Curtis | John |
| 97 | Cusumano | Elissa |
| 98 | Cypert | Marvella |
| 99 | Daggett | Thelma |
| 100 | Daniels | John |
| 101 | Davis | Connie |
| 102 | Davis | June |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 103 | Dean | Joe |
| 104 | Deason | James |
| 105 | DeBiasio | Louis |
| 106 | Dennis | Diane |
| 107 | Dennis | Fern |
| 108 | DeTuro | Frank |
| 109 | Dickey | Ella |
| 110 | DiGuglielmo | Joseph |
| 111 | Dikmen | Ned |
| 112 | Dizadare | Viola |
| 113 | Drake | Carolyn |
| 114 | Drake | Terry |
| 115 | Du | Xuan |
| 116 | Dupart | Janet |
| 117 | Durham | Mary |
| 118 | Eason | Craig |
| 119 | Eaton | Lynda |
| 120 | Edmond | Evie |
| 121 | Elles | Michael |
| 122 | Elliott | Bernice |
| 123 | Ellis | Sherry |
| 124 | Ely | Thelma |
| 125 | Ernst | Donna |
| 126 | Fabio | Thomas |
| 127 | Fader | David |
| 128 | Faughn | Donna |
| 129 | Feiffer | Brian |
| 130 | Felis | Linda |
| 131 | Fello | Gloria |
| 132 | Fennell | James |
| 133 | Ferrante | Louis |
| 134 | Few | Shirley |
| 135 | Finck | Mark |
| 136 | Finley | Ola |
| 137 | Fischer | Robert |
| 138 | Fisher | Carolyn |
| 139 | Fleming | Christine |
| 140 | Fletcher | Ruth |
| 141 | Flores | Evelia |
| 142 | Ford | Dicey |
| 143 | Frazier | Sam |
| 144 | Fryer | Thelma |
| 145 | Gaffney | Florence |
| 146 | Gambala | Fernando |
| 147 | Gandolfo | Ernest |
| 148 | Garcia | Flora |
| 149 | Gardner | Emerda |
| 150 | Gaxiola | Maria |
| 151 | George | Karen |
| 152 | Gialamas | Alice |
| 153 | Gigliotti | Missouri |
| 154 | Goddard | Gail |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 155 | Goggin | Ellen |
| 156 | Goldberg | Mack |
| 157 | Gomez, Sr. | Ricardo |
| 158 | Gonzalez | Armando |
| 159 | Gonzalez | Cedric |
| 160 | Gora | Nancy |
| 161 | Gorzegno | Arthur |
| 162 | Gorzegno | Judith |
| 163 | Gotcher | Marjorie |
| 164 | Grant | John |
| 165 | Grant | Robin |
| 166 | Graves | Kate |
| 167 | Greenier | Raymond |
| 168 | Griggs | Mike |
| 169 | Guajardo | Federico |
| 170 | Guevara | Rodolfo |
| 171 | Guthrie | Dolores |
| 172 | Gutierrez | Albert |
| 173 | Hadley | Edward |
| 174 | Hammad | Osama (SAM) |
| 175 | Hannah | John |
| 176 | Harcourt | Marion |
| 177 | Harlan | Charles |
| 178 | Harmon | Helen |
| 179 | Harris | Josephine |
| 180 | Harris | Susie |
| 181 | Hart | Wallie |
| 182 | Haviland | Lupe |
| 183 | Hedberg | Velma |
| 184 | Henderson | Virginia |
| 185 | Hendron | Janeth |
| 186 | Hennessey | Margaret |
| 187 | Heppes | Ruth |
| 188 | Herrera | Carlos |
| 189 | Herrera | Orlando |
| 190 | Herring | Leyda |
| 191 | Hickman | George |
| 192 | Hicks | Joyce |
| 193 | Hill | Blanche |
| 194 | Hill | William |
| 195 | Hinton | Claudette |
| 196 | Hippe | Betty |
| 197 | Hodges | Jacob |
| 198 | Hoel, Jr. | Lawrence |
| 199 | Holman, Sr | Thomas |
| 200 | Holmes | Gwendolyn |
| 201 | Holmes | Joseph |
| 202 | Holt | John |
| 203 | Hoth | Gerald |
| 204 | Howard | Moraima |
| 205 | Howell | Arturo |
| 206 | Hyman-Figy | Bonnie |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 207 | Iannone-Reynolds | Patricia |
| 208 | Jackson | Brenda |
| 209 | Jackson | Richard |
| 210 | Jakubec | Eugene |
| 211 | Jankovsky | Bob |
| 212 | Jarmillo | Herman |
| 213 | Jeffries | Charles |
| 214 | Johengen | Robert |
| 215 | Johnson | Lucy |
| 216 | Johnson | Lula |
| 217 | Johnson | Nelson |
| 218 | Jones | Debra |
| 219 | Jones | Mary |
| 220 | Juarez | Alex |
| 221 | Kahn | Harvey |
| 222 | Kalayilparampil | Achiamma |
| 223 | Kathcart | Steve |
| 224 | Kellogg | Gretchen |
| 225 | Kennedy | Darrow |
| 226 | Kentera | John |
| 227 | Kielar | Janine |
| 228 | Kimpton | Ida |
| 229 | Kinzie | Vivian |
| 230 | Kleinschmidt | Marsha |
| 231 | Kotyk | Jack |
| 232 | Kwee | Peter |
| 233 | Laeno | Leonardo |
| 234 | Lahmann | Linda |
| 235 | Lambert | Jason |
| 236 | Larkins | Jack |
| 237 | Laubert | Jon |
| 238 | Lawson | Wanda |
| 239 | Lawson | Wanna |
| 240 | Lay | Larry |
| 241 | Le | Lan Kim |
| 242 | Lear | Patricia |
| 243 | Leeper | Roy |
| 244 | Lemon | Patricia |
| 245 | Leone | Terri |
| 246 | Lewis | Sarah |
| 247 | Lintner | Waynis |
| 248 | Lockwood | Carol |
| 249 | Lowman | Willie |
| 250 | Lucero | Clara |
| 251 | Mackey, Jr | Harold |
| 252 | MacMurray | Viola |
| 253 | Maese | Alex |
| 254 | Maklary | William |
| 255 | Maloney | James |
| 256 | Mancini | James |
| 257 | Mansi | Sandra |
| 258 | Manuel | Gwendolyn |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 259 | Mares | Sergio |
| 260 | Marks | Josephine |
| 261 | Martinez | Alfonso |
| 262 | Martinez | Barbara |
| 263 | Martinez | Florentino |
| 264 | Martinez | Ofelia |
| 265 | Massa | Isabelle |
| 266 | Mathis | Robert |
| 267 | Matterese | John |
| 268 | Maukstad | Winnifred |
| 269 | Maxwell | Roderick |
| 270 | McCain | Carmen |
| 271 | McCarthy | Nancy |
| 272 | McCluney, Jr. | Amos |
| 273 | McCulley | William |
| 274 | McDonald | Michael |
| 275 | McElroy | Linda |
| 276 | McKinney | Bob |
| 277 | McNabb | Joyce |
| 278 | McRae | Vandewey |
| 279 | Meeks | Ronald |
| 280 | Mehaffey | Billy |
| 281 | Meitz | Joyce |
| 282 | Mejia | Paulino |
| 283 | Mettee | Nancy |
| 284 | Meyer | Suzette |
| 285 | Miley | Mearl |
| 286 | Miller | George |
| 287 | Miller | Sherrie |
| 288 | Miller | Wilma |
| 289 | Milligan | Kipp |
| 290 | Mitchell | Sharon |
| 291 | Montalbano | James |
| 292 | Moore | C. Genelle |
| 293 | Morini | Robert |
| 294 | Murr | Eugene |
| 295 | Natividad | Victorino |
| 296 | Navigato | Mary Ann |
| 297 | Nelson | Linda |
| 298 | Nelson | Simpson |
| 299 | O'Connor | Ladine |
| 300 | O'Dell | Faye |
| 301 | O'Donnell-Allen | Alice |
| 302 | Oberth | Carol |
| 303 | Odom | Juanita |
| 304 | Odom, Sr | Emmitt |
| 305 | Ollom | Phyllis |
| 306 | Olson | Donna |
| 307 | Ortiz | Wayne |
| 308 | Pace | Levi |
| 309 | Padilla | Rosie |
| 310 | Painter | Doris |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 311 | Papadopoulos | Stelios |
| 312 | Paradis | Rene |
| 313 | Parker | Ronald |
| 314 | Passalacqua | Paul |
| 315 | Pate | Claudia |
| 316 | Patel | Champak |
| 317 | Paul | William |
| 318 | Pauley | Pauline |
| 319 | Perez | Miguel |
| 320 | Platamone | Peter |
| 321 | Platt | Anna |
| 322 | Plemens | Uhl |
| 323 | Polanco | Ana |
| 324 | Polite | Henry |
| 325 | Polliard | Steven |
| 326 | Potter | Betty |
| 327 | Prahl | Barbara |
| 328 | Price | Shelby |
| 329 | Purzycki | Virginia |
| 330 | Qureshi | Siraj |
| 331 | Radden | Geraldine |
| 332 | Radden | Irvin |
| 333 | Raeford | Lester |
| 334 | Rafferty | Patrick |
| 335 | Randolph | Joyce |
| 336 | Ratcliff | Camellia |
| 337 | Reed | Judy |
| 338 | Reed | Margie |
| 339 | Reese | Nadean |
| 340 | Reid | George |
| 341 | Rhea | Frankie |
| 342 | Richmond | Shirley |
| 343 | Ricondo | Joe Garcia |
| 344 | Risini | Francisco |
| 345 | Rivera | Robert |
| 346 | Roberts | Paul |
| 347 | Roberts | Shirley |
| 348 | Robles | Crispin |
| 349 | Rodarte | Salvacion |
| 350 | Roots | Winifred |
| 351 | Rotter | Irene |
| 352 | Rouse | Charles |
| 353 | Roybal | Gloria |
| 354 | Rubens | Burt |
| 355 | Ruff | Dale |
| 356 | Ruiz | Eddy |
| 357 | Russ | Leonard James |
| 358 | Russell | Claudette |
| 359 | Rutter | Robert |
| 360 | Salazar | Raymond |
| 361 | Samandari | Jay |
| 362 | Sanders | Barbara |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 363 | Sanders | Juanita |
| 364 | Sanderson | Phillip |
| 365 | Santangelo | Lawrence |
| 366 | Saparow | Harvey |
| 367 | Sater | Roy |
| 368 | Scarlett | Ray |
| 369 | Scheckla | Leonard |
| 370 | Schiavo | Robert |
| 371 | Seeman | Sieglinde |
| 372 | Servin | Tony |
| 373 | Shackelford | Alice |
| 374 | Shaw-Runions | Mary |
| 375 | Shawney | Shiv |
| 376 | Shipley | Greta |
| 377 | Siffring, Sr | E.R. |
| 378 | Sigwarth | Joseph |
| 379 | Simons | Alice |
| 380 | Smith | Betty |
| 381 | Smith | Bobby |
| 382 | Smith | Dorothy |
| 383 | Smith | Jessie |
| 384 | Smith | Kevin |
| 385 | Smith | Ruby |
| 386 | Sperlazza | Peter |
| 387 | Spicer | William |
| 388 | Stalbird | William |
| 389 | Stark | John |
| 390 | Stegelmeyer | Edna |
| 391 | Stogsdill | Norman |
| 392 | Strawn | Dorcas |
| 393 | Sullivan | Ardis |
| 394 | Sullivan | Thomas |
| 395 | Sulme | Alfred |
| 396 | Tarver | Ricky |
| 397 | Taylor | Betty |
| 398 | Tekavec | Fred |
| 399 | Teres | June |
| 400 | Thomas | Bonnie |
| 401 | Thomas | Corine |
| 402 | Thornton | James |
| 403 | Tillman | Oscar |
| 404 | Tkacs | Kimberly |
| 405 | Todd | Evelyn |
| 406 | Torrey | Mary |
| 407 | Towne | Kenneth |
| 408 | Treu | Robert |
| 409 | Trice | Leola |
| 410 | Tucker | Barbara |
| 411 | Tucker | Rita |
| 412 | Tunstill | Robert |
| 413 | Updike | Kathleen |
| 414 | Usler | Celeste |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 415 | Valenzuela | Carlos |
| 416 | Vaz | Val |
| 417 | Villegas | Maria |
| 418 | Voigt | Edward |
| 419 | VonRembow | Joe |
| 420 | Wade | Richard |
| 421 | Walker | Carol |
| 422 | Walker | Ruby |
| 423 | Walters | John |
| 424 | Walton | Thomas |
| 425 | Washington | Ethel |
| 426 | Washington | Robert |
| 427 | Watkins | Lucius |
| 428 | Watson | Norma |
| 429 | Watson | Robert |
| 430 | Watson | Wayne |
| 431 | Webster | Dave |
| 432 | Welch | Nellie |
| 433 | Welge | Edwin |
| 434 | Wells | Alvin |
| 435 | White | Alexander |
| 436 | White | Don |
| 437 | White | John |
| 438 | Wiley | William |
| 439 | Williams | Trennie |
| 440 | Willis, Sr | Robert |
| 441 | Willoughby | Lester |
| 442 | Wilson | Joella |
| 443 | Wilson | Rosie |
| 444 | Winnen | Delores |
| 445 | Wolf | Felicita |
| 446 | Workman | Roger |
| 447 | Yafet | Benjamin |
| 448 | Yingling | Joyce |
| 449 | Zamora | Julio |
| 450 | Zimmer | Michael |