E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

# EXHIBIT C

## TO BRIEF AND MEMORANDUM OF LAW

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

# Rider-C

| | | |
|---|---|---|
| 1 | Abbott | Emmabel |
| 2 | Ables | Charles |
| 3 | Abraham | Emilia |
| 4 | Abrams | Muriel |
| 5 | Acosta | Gregorio |
| 6 | Adams | Carolyn |
| 7 | Adams | Gregory |
| 8 | Adams | Patricia |
| 9 | Adams | Ronnie |
| 10 | Afful | Adisa |
| 11 | Agnew | Dorothy |
| 12 | Agor | James |
| 13 | Aguilar | Aurora |
| 14 | Aivazian | Harry |
| 15 | Alarcon | Robert |
| 16 | Alcala | Manuel |
| 17 | Alcarez | Ramona |
| 18 | Aldridge | Louise |
| 19 | Aliaga | Mark |
| 20 | Allen | Bennie |
| 21 | Allen | Mattie |
| 22 | Allen | Ralph |
| 23 | Allen | Tommy |
| 24 | Altholtz | Stuart |
| 25 | Alvarez | Carlos |
| 26 | Ambrose | Vincent |
| 27 | Ameneiros | Abelardo |
| 28 | Anderson | Bonnie |
| 29 | Anderson | James |
| 30 | Anderson | Lola |
| 31 | Anderson | Marvin |
| 32 | Anderson | Paul |
| 33 | Anderson | Ron |
| 34 | Anderson | Willie |
| 35 | Andrew | Felix |
| 36 | Andrews, Jr | Hoyet |
| 37 | Antaramian | Paul |
| 38 | Antwi | Emelia |
| 39 | Appling, Sr. | Louis |
| 40 | Archer | Dorothy |
| 41 | Archer | Loretta |
| 42 | Archie | Diana |
| 43 | Arroyo | Enrico |
| 44 | Arruti | Alejandro |
| 45 | Arvizu | Phillip |
| 46 | Ashley | Donna |
| 47 | Ashworth | Geri |
| 48 | Atanasoska | Blaga |
| 49 | Avent | Edward |
| 50 | Avent-Gilpin | Delores |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 51 | Avery | Edna |
| 52 | Avery | Pamella |
| 53 | Avila | Manuel |
| 54 | Avvampato | Charles |
| 55 | Ayala | Beverly |
| 56 | Azevedo | Daniel |
| 57 | Baca | Joann |
| 58 | Badener | Sidonia |
| 59 | Badgett | Debbie |
| 60 | Bailey | Dorothy |
| 61 | Baisden | Carlene |
| 62 | Baker | Annie |
| 63 | Baker | David |
| 64 | Ballard | Julia |
| 65 | Baloff | Oleg |
| 66 | Balogh | Frank |
| 67 | Banducci | Amadeo |
| 68 | Banes | Raymond |
| 69 | Banks | Alice |
| 70 | Banks | Lillie |
| 71 | Banner | Rodney |
| 72 | Barchers | Marvin |
| 73 | Barker | Wesley |
| 74 | Barlaan | Melanio |
| 75 | Barnes | Lee |
| 76 | Barnes | Willie |
| 77 | Barnes, Sr. | Merion |
| 78 | Barr | Janie |
| 79 | Barraza | Joe |
| 80 | Barron | Airebella |
| 81 | Barrow | Mary |
| 82 | Bateman | George |
| 83 | Baudendistel | Francis |
| 84 | Bauer | Miriam |
| 85 | Baugh | Ruby |
| 86 | Baylis | Grace |
| 87 | Bayne, Jr. | Mack |
| 88 | Beal | Michael |
| 89 | Bean | Peggy |
| 90 | Beard | Harold |
| 91 | Beasley | Ron |
| 92 | Beasley, Jr | Joel |
| 93 | Beason | John |
| 94 | Beck | Francis |
| 95 | Beck | Michael |
| 96 | Beierle | Viola |
| 97 | Belt | Robert |
| 98 | Belton | Lena |
| 99 | Bencomo | Georgia |
| 100 | Bennett | Albert |
| 101 | Bennett | Janet |
| 102 | Benson | Elmira |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 103 | Bergstrom | Lori |
| 104 | Bernard, Jr | Joseph |
| 105 | Berry | Ernestine |
| 106 | Berumen | Emilio |
| 107 | Betts | Rob |
| 108 | Beverly | Doris |
| 109 | Bidwell | Marilyn |
| 110 | Bindner | Rose |
| 111 | Bingel | Franz |
| 112 | Biritz | Joseph |
| 113 | Bittenbender | Michael |
| 114 | Blakeley | Gloria |
| 115 | Blakeman | Lynn |
| 116 | Blankenship | Edith |
| 117 | Bledsoe | John |
| 118 | Boice | Linda |
| 119 | Bolen | Cora |
| 120 | Bologna | Joseph |
| 121 | Boltz | Eileen |
| 122 | Bomberg | Lorraine |
| 123 | Bondy | Dale |
| 124 | Bonner | Helen |
| 125 | Borczak | Deborah |
| 126 | Botello | Juan |
| 127 | Bounds | Sheila |
| 128 | Bourne | Rena |
| 129 | Bowersmith | Erika |
| 130 | Boyer | Diane |
| 131 | Brandt | Shirley |
| 132 | Branson | Dorothy |
| 133 | Braun | David |
| 134 | Braxton | Wesley |
| 135 | Breck | Columbine |
| 136 | Bremer | Helen |
| 137 | Bridges | Dora |
| 138 | Briggs | Vernon |
| 139 | Brisson | Glenn |
| 140 | Brockway | Dorothy |
| 141 | Broussard | Margret |
| 142 | Brown | Alice |
| 143 | Brown | Barbara |
| 144 | Brown | Beauford |
| 145 | Brown | Ella |
| 146 | Brown | Florence |
| 147 | Brown | Franklin |
| 148 | Brown | Joyce |
| 149 | Brown | Maggie |
| 150 | Brown | Ricky |
| 151 | Brownfield | Ann |
| 152 | Browning | Chester |
| 153 | Browning | Richard |
| 154 | Bryan | Ana |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 155 | Bryant | Emmett |
| 156 | Buchanan | Christine |
| 157 | Buchanan | Lydia |
| 158 | Buck | Wanda |
| 159 | Buckingham | Roberta |
| 160 | Buckner | Paul |
| 161 | Bufford | Springfield |
| 162 | Bullock, Jr. | Frank |
| 163 | Burger | Robert |
| 164 | Burke | Freda |
| 165 | Burnham | Lyle |
| 166 | Burns | Anthony |
| 167 | Burns | Norman |
| 168 | Burrell | James |
| 169 | Burton | Myrtle |
| 170 | Burzynski | Mae |
| 171 | Butler | Eddie |
| 172 | Butler | Frank |
| 173 | Byrd | Jane |
| 174 | Byrnes | Robert |
| 175 | Cabrera | Wilfredo |
| 176 | Cady | Cyrus |
| 177 | Cail | Essie |
| 178 | Caine | Ron |
| 179 | Calafiore | Salvatore |
| 180 | Caldwell | Donald |
| 181 | Cali | Frank |
| 182 | Callahan | Cassie |
| 183 | Camara | Carla |
| 184 | Camelbeek | Evelyn |
| 185 | Campbell | Gloria |
| 186 | Campbell | Willie |
| 187 | Campos | David |
| 188 | Candelario | William |
| 189 | Cannon | Jerry |
| 190 | Cannon | Walter |
| 191 | Cano | Margarita |
| 192 | Cantisano | Anthony |
| 193 | Cardona | Albert |
| 194 | Carle | Pete |
| 195 | Carlson | Edwin |
| 196 | Caro | Cassie |
| 197 | Carrillo | Daniel |
| 198 | Carrillo | Henrietta |
| 199 | Carter | Donald |
| 200 | Carter | Rindell |
| 201 | Casey | Milton |
| 202 | Casey | Nina |
| 203 | Cason | James |
| 204 | Cassidy | Michael |
| 205 | Castaneda | Francisco |
| 206 | Castillo | Mario |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 207 | Castillo | Refugio |
| 208 | Cate, Jr. | Abundio |
| 209 | Cederoth | Vivian |
| 210 | Cedillo | Gloria |
| 211 | Centeno | Jorge |
| 212 | Center | Walter |
| 213 | Cervantes | Maria |
| 214 | Cervantez | Hilario |
| 215 | Cervone | Daniel |
| 216 | Chacon | John |
| 217 | Chan | William |
| 218 | Chana | Indu |
| 219 | Chappell | Mary |
| 220 | Charania | Nasiruddin |
| 221 | Chavez | Zeke |
| 222 | Cheock | Federico |
| 223 | Childres | Pauline |
| 224 | Childress | Ada |
| 225 | Chin | Edward |
| 226 | Chitwood | Louvene |
| 227 | Clark | Deborah |
| 228 | Clark | Desiree |
| 229 | Clark | Gladys |
| 230 | Clark | Richard |
| 231 | Clark, Jr. | Charles |
| 232 | Clark-Gonzales | Zelma |
| 233 | Clarke | Kathleen |
| 234 | Claussen | Mattie |
| 235 | Claxton | Hazel |
| 236 | Clay | Alena |
| 237 | Clayton | Elizabeth |
| 238 | Clements | Evans |
| 239 | Clemmons | Laura |
| 240 | Cochran | Hattye |
| 241 | Cofer | Louis |
| 242 | Cohoon | Donald |
| 243 | Cole | Alexander |
| 244 | Coleman | Jessie |
| 245 | Coleman | Michael |
| 246 | Coleman | Wihelmina |
| 247 | Coley | Roland |
| 248 | Coley | Veda |
| 249 | Collins | Beulah |
| 250 | Collins | Floyd |
| 251 | Collins | Juanita |
| 252 | Collins | Ruby |
| 253 | Collura | Michael |
| 254 | Conger | Robert |
| 255 | Connelly | Michael |
| 256 | Connor | Chet |
| 257 | Constantinides | Robert |
| 258 | Contreras | Anthony |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 259 | Contreras | John |
| 260 | Cooley | Donald |
| 261 | Cooney | Patrick |
| 262 | Cooper | Gerald |
| 263 | Corder | Gloria |
| 264 | Cordero | Katherine |
| 265 | Coressel | Mark |
| 266 | Cornett | Mary |
| 267 | Correa | Matthew |
| 268 | Correa, Sr | Isaac |
| 269 | Corso | Patricia |
| 270 | Cosner | Doug |
| 271 | Cota | Michael |
| 272 | Cothran | Albert |
| 273 | Cotner | Judith |
| 274 | Cox | Aileene |
| 275 | Cox | Charles |
| 276 | Crain | Terry |
| 277 | Crance | Peter |
| 278 | Crawford | Leslie |
| 279 | Crespo | Aida |
| 280 | Crigler | Christine |
| 281 | Crist | Steven |
| 282 | Crosby | Helen |
| 283 | Crossno | Jrean |
| 284 | Crouse | Virginia |
| 285 | Cruysen | Ronald |
| 286 | Cruz | Martha |
| 287 | Currier | Charles |
| 288 | Curtis | Barbara |
| 289 | Curtis | Mona |
| 290 | Cushere | Nunzia |
| 291 | Custodio | Zenaida |
| 292 | Dagley | Loma |
| 293 | Dahlman | John |
| 294 | Dalton | Richard |
| 295 | Dampeer | Steve |
| 296 | Dangerfield | Virginia |
| 297 | Daniels | Hallie |
| 298 | Daniels | Rogers |
| 299 | Daniels, Sr. | Howard |
| 300 | Danko | Nancy |
| 301 | Danko | Paul |
| 302 | Datz | Elzbieta |
| 303 | Davidson | Randy |
| 304 | Davis | Berniece |
| 305 | Davis | Clinne |
| 306 | Davis | Darlene |
| 307 | Davis | Janice |
| 308 | Davis | John |
| 309 | Davis | Ron |
| 310 | Davis | William |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 311 | Dawson | Gloria |
| 312 | Day | Douglas |
| 313 | Daye | William |
| 314 | De Lira | Miguel |
| 315 | Dean | Lawrence |
| 316 | Dean | Richard |
| 317 | DeAngelis | Mary |
| 318 | DeBerry | Carley |
| 319 | Decker | Rodney |
| 320 | DeGennaro | Carmen |
| 321 | Dehart | Linda |
| 322 | Dembicer | Neal |
| 323 | Dempsey | Ronald |
| 324 | Demundo | Anthony |
| 325 | Deniega | Marlou |
| 326 | Dennis | Kendall |
| 327 | DeSouza | Rita |
| 328 | Despot | Daniel |
| 329 | DesRoche | Kenneth |
| 330 | Dew | Connie |
| 331 | Di Diego III | Genaro |
| 332 | Diaz | Ernesto |
| 333 | Diaz | Francisco |
| 334 | DiGregorio | Antoinette |
| 335 | Dingus | Patricia |
| 336 | Diorio | Louis |
| 337 | Dippre | Jean |
| 338 | Dix | Pruella |
| 339 | Dodson | Ella |
| 340 | Donalson-Bender | Zetella |
| 341 | Doss | Angela |
| 342 | Dotson | Rubye |
| 343 | Drais | Virginia |
| 344 | Drennon | Wilburn |
| 345 | Driver | Luther |
| 346 | Dubois | Alexandra |
| 347 | Duckworth | Arlene |
| 348 | Duerkop | Pauline |
| 349 | Duncan | William |
| 350 | Dunster, Sr | Alan |
| 351 | Dunwoody | Jacqueline |
| 352 | Duque | David |
| 353 | Duran | Elmo |
| 354 | Dye | Larry |
| 355 | Dykstra | Frances |
| 356 | Easterday | John |
| 357 | Eastridge | Martha |
| 358 | Eckard | Thelma |
| 359 | Edsall | Joan |
| 360 | Edwards | Ernest |
| 361 | Edwards | Joseph |
| 362 | Edwards | Nancy |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 363 | Ellis | Barry |
| 364 | Ellis | Edna |
| 365 | Ellis | Gregory |
| 366 | Ellis | JoAnn |
| 367 | Engels | Pam |
| 368 | Englebrecht | Renee |
| 369 | English | Colleen |
| 370 | Ennis | Dwayne |
| 371 | Epps | Oreader |
| 372 | Eschenbach | Alvin |
| 373 | Eseke | David |
| 374 | Eseke | Janice |
| 375 | Espacio | Orlando |
| 376 | Esparza | Clementa |
| 377 | Espinoza | Ray |
| 378 | Estanislao | Joseph |
| 379 | Estrada | Ramona |
| 380 | Evangelista | Jorge |
| 381 | Evangelista | Ramon |
| 382 | Evans | Dan |
| 383 | Evans | Delores |
| 384 | Evans | Wanda |
| 385 | Evert | Steven |
| 386 | Ewing | Angela |
| 387 | Faircloth | Sammy |
| 388 | Fakhimi | Mehangiz |
| 389 | Falconio | Ronald |
| 390 | Febre | Emmanuel |
| 391 | Fedoruk | Harvey |
| 392 | Feltzin | William |
| 393 | Fennell | Natesha |
| 394 | Ferguson | Lawrence |
| 395 | Ferguson | Scott |
| 396 | Fettig | Gina |
| 397 | Fierro | Maria |
| 398 | Finch | Mary Ann |
| 399 | Fioretta | Vincent |
| 400 | Fisher | Katie |
| 401 | Fisher | Sharon |
| 402 | Fishman | Gwen |
| 403 | Fitzpatrick | Leander |
| 404 | Flanagan | Wilbur |
| 405 | Fleck | Calvin |
| 406 | Flerx | Harvey |
| 407 | Flores | Mike |
| 408 | Flynn | James |
| 409 | Ford | Glenn |
| 410 | Ford | Ronald |
| 411 | Ford | Sam |
| 412 | Foreman | Jimmy |
| 413 | Foreman | Joan |
| 414 | Foreman | Lillian |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 415 | Fort | Princetta |
| 416 | Fortner | Mary |
| 417 | Foster | Ella |
| 418 | Fowler | Chelcey |
| 419 | Fox | Alyce |
| 420 | Fox | Patsy |
| 421 | Frain | Warren |
| 422 | Frank, III | Henry |
| 423 | Franklin | Otis |
| 424 | Franklin | Thomas |
| 425 | Freed | Evelyn |
| 426 | Frias | Phyliss |
| 427 | Fridye | Adam |
| 428 | Fryman | Rickey |
| 429 | Fugett | Wayne |
| 430 | Fuller | AnneLeashen |
| 431 | Fuller | Lonnie |
| 432 | Fulton | Bernice |
| 433 | Furriel | Vincent |
| 434 | Fussell | Gary |
| 435 | Gagnon | Louise |
| 436 | Gaines | Lillie |
| 437 | Gaiter | Everette |
| 438 | Galasso | Rocco |
| 439 | Galayda | Pat |
| 440 | Galberth | Hattie |
| 441 | Galbraith | William |
| 442 | Gallegos | Joe |
| 443 | Gallegos | Sharon |
| 444 | Galvan | Anthony |
| 445 | Gann | Dixie |
| 446 | Garcia | Arcenio |
| 447 | Garcia | Luis |
| 448 | Garcia-Franco | Angelina |
| 449 | Gardner | Jimmie |
| 450 | Garrett | Dorotha |
| 451 | Garrett | Earl |
| 452 | Garvey | Richard |
| 453 | Garza | Thomas |
| 454 | Gaston | Dorothy |
| 455 | General | Warren |
| 456 | George | Morris |
| 457 | George | P.V. |
| 458 | Gerber | David |
| 459 | Gerzsenyi | Louis |
| 460 | Gibson | Alma |
| 461 | Gill | Bradley |
| 462 | Gillespie | Ruth |
| 463 | Gillgrass | Jacklyn |
| 464 | Gimeno | Julita |
| 465 | Givan | Dorothy |
| 466 | Givens | Ronald |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 467 | Gladney | Glenn |
| 468 | Glass | Frances |
| 469 | Glotfelty | Carolyn |
| 470 | Glover | Milton |
| 471 | Glover | Sharon |
| 472 | Gochanour | Robert |
| 473 | Goldberg | Warren |
| 474 | Gomez | Leopoldo |
| 475 | Gonatice | Cirilo |
| 476 | Gonzales | Domingo |
| 477 | Gonzales | Hiran |
| 478 | Gonzales | Manuel |
| 479 | Gonzales | Michael |
| 480 | Gonzalez | Jose |
| 481 | Gonzalez | Marion |
| 482 | Gonzalez | Mike |
| 483 | Gooden | Clarence |
| 484 | Grady | Janet |
| 485 | Graham | Doris |
| 486 | Graham | William |
| 487 | Grate | Mamie |
| 488 | Gray | George |
| 489 | Gray | Mary |
| 490 | Greco | Umbert |
| 491 | Green | Henry |
| 492 | Green | Henry |
| 493 | Green | Patricia |
| 494 | Gregory | Floyd |
| 495 | Gresham | Jerry |
| 496 | Griffin | John |
| 497 | Griggs | Essie |
| 498 | Griggs | Ruthie |
| 499 | Grissom | Pauline |
| 500 | Grosskopf | Connie |
| 501 | Guinyard | Sandra |
| 502 | Gunter | Jimmie |
| 503 | Gutierrez | Isabel |
| 504 | Gutierrez | Teresa |
| 505 | Haasl | Ralph |
| 506 | Hachten-Kritzmire | Kay |
| 507 | Hall | Elzie |
| 508 | Hall | Latonya |
| 509 | Hamann | Gary |
| 510 | Hammerschmidt | Marcelle |
| 511 | Hamon | David |
| 512 | Hampton | Mary |
| 513 | Hancock | Janet |
| 514 | Hancock | William |
| 515 | Haney | David |
| 516 | Hankla | Beverly |
| 517 | Hannon | Suzanne |
| 518 | Hansen | Mike |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 519 | Hardin | Mary |
| 520 | Hardy | Jess |
| 521 | Harlev | Alfred |
| 522 | Harmon | Don |
| 523 | Haro | Sal |
| 524 | Harper | Bonnie |
| 525 | Harrington | Pauline |
| 526 | Harris | Carolyn |
| 527 | Harris | Delores |
| 528 | Harris | Doretha |
| 529 | Harris | Lottie |
| 530 | Harris | Richard |
| 531 | Harrison | Henry |
| 532 | Hart | Gerrie |
| 533 | Hartline | Catherine |
| 534 | Harvey | Sarah |
| 535 | Hasan | Shabih |
| 536 | Haskett | Lester |
| 537 | Hawver | Jerry |
| 538 | Hayes | Eunice |
| 539 | Hayes | John |
| 540 | Haynes | Ancy |
| 541 | Haynes Jr. | Robert |
| 542 | Head | Gary |
| 543 | Heads | Betty |
| 544 | Heatherly | Gayle |
| 545 | Heffel | Le Ella |
| 546 | Heintz | Clara |
| 547 | Henderson | Roger |
| 548 | Henderson | Wanda |
| 549 | Hendricks | Marcia |
| 550 | Hensley | Sally |
| 551 | Hernandez | Michael |
| 552 | Hernandez | Robert |
| 553 | Herrald | Lahoma |
| 554 | Herrera | Miguel |
| 555 | Hertaus | Florence |
| 556 | Hervey | Falander |
| 557 | Heslin | Jean |
| 558 | Hewlett | Jacqueline |
| 559 | Hibbert | Evelyn |
| 560 | Hickman | Kathryn |
| 561 | Hickman | Richard |
| 562 | Hildebrandt | Robert |
| 563 | Hill | Charlotte |
| 564 | Hill | John |
| 565 | Hill | Tracy |
| 566 | Hines | Hurley |
| 567 | Hines | Margaret |
| 568 | Hodgen | Melvin |
| 569 | Hodges | Wayne |
| 570 | Holcomb | Alma |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 571 | Holderby | William |
| 572 | Holland | Donald |
| 573 | Holland | Willis |
| 574 | Hollatz | Herbert |
| 575 | Hollins | Michael |
| 576 | Holmes | Rosalie |
| 577 | Holstrom | John |
| 578 | Holt | Patricia |
| 579 | Holyak, Jr. | John |
| 580 | Hong | Mansan |
| 581 | Hood | Rosa |
| 582 | Hook | Betty |
| 583 | Hoopes | Lois |
| 584 | Hopkins | Renalda |
| 585 | Horalek | Christine |
| 586 | Horton | Jerald |
| 587 | Horton | Ozella |
| 588 | Houle | Charles |
| 589 | Houston | Mary |
| 590 | Howard | Delores |
| 591 | Howard | Margaret |
| 592 | Hubbard | Robert |
| 593 | Huddlestun | Leona |
| 594 | Hudson | Samuel |
| 595 | Huerta | Jorge |
| 596 | Huffman | Hazel |
| 597 | Hugee | Frank |
| 598 | Huggins | Mae |
| 599 | Hughes | Michael |
| 600 | Hussain | Amjad |
| 601 | Huston | Rhonda |
| 602 | Hypolite | Dolores |
| 603 | Ingersoll | Wanda |
| 604 | Ingleton | Susan |
| 605 | Inverso | Anthony |
| 606 | Irvin | Mary |
| 607 | Irwan | Andreas |
| 608 | Irwin | Donald |
| 609 | Jackson | Doris |
| 610 | Jackson, Jr | John |
| 611 | Jaime | Francisco |
| 612 | James | Susie |
| 613 | Janczyk | Joan |
| 614 | Jansen | Glenda |
| 615 | Jaquay | Maria |
| 616 | Jaramillo | Jose |
| 617 | Jarchow | Raymond |
| 618 | Jarvis | Bob |
| 619 | Jenkins | Winfred |
| 620 | Jennings | Alice |
| 621 | Jeno | Stella |
| 622 | Jimenez | SanJuana |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 623 | Jimerson | Coreene |
| 624 | Jiminez | Maria |
| 625 | Johnson | Dalcie |
| 626 | Johnson | Delores |
| 627 | Johnson | Katie |
| 628 | Johnson | Phyllis |
| 629 | Johnson | Ruby |
| 630 | Jolly | Patrick |
| 631 | Jones | Billie |
| 632 | Jones | Carolyn |
| 633 | Jones | Charles |
| 634 | Jones | James |
| 635 | Jones | Linda |
| 636 | Jones | Nathaniel |
| 637 | Jones | Pearlie |
| 638 | Jones | Robert |
| 639 | Jordan | Freddie |
| 640 | Jorstad | Anna |
| 641 | Joyce | Dennis |
| 642 | Juarez | Teodoro |
| 643 | Kafteranis | Panos |
| 644 | Kamchi | Jerry |
| 645 | Kaplan | Helen |
| 646 | Karst | Wilma |
| 647 | Karzen | Clara |
| 648 | Kasabyan | Yelena |
| 649 | Kaung | Jean |
| 650 | Keller | Cathleen |
| 651 | Kelley | Elnora |
| 652 | Kelley | Harold |
| 653 | Kelly | Carlos |
| 654 | Kelly | John |
| 655 | Kelly | William |
| 656 | Kempema | Nancy |
| 657 | Kennedy | Gladys |
| 658 | Kenney | Carol |
| 659 | Kerr | John |
| 660 | Ketola | William |
| 661 | Khan | Milford |
| 662 | Khoury | Bulos |
| 663 | Kidwell | Kathleen |
| 664 | Kimball | Connie |
| 665 | Kimble | Keith |
| 666 | Kimble | Lillie |
| 667 | Kinder | Donald |
| 668 | King | Frances |
| 669 | King | Gary |
| 670 | King-Jones | Beverly |
| 671 | Kinniel | Amanda |
| 672 | Kirby | Joe |
| 673 | Kirk | Celon |
| 674 | Kirkman | Willie |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 675 | Kish | Robert |
| 676 | Kissinger | Patrick |
| 677 | Kleiman | Paul |
| 678 | Knight | David |
| 679 | Knight | Jaqueline |
| 680 | Knott | James |
| 681 | Koch | Karen |
| 682 | Koecke | Donna |
| 683 | Kole | Edward |
| 684 | Kopels | Lydia |
| 685 | Koslow | Rose |
| 686 | Kotlyarenko | Yevgeniya |
| 687 | Kramer | Roy |
| 688 | Krasevec | Ralph |
| 689 | Kron | Berthold |
| 690 | Kudzma | Conrad |
| 691 | Kuehl | Vicky |
| 692 | Kult | Rena |
| 693 | Kumar | Shrawan |
| 694 | Kurtz | William |
| 695 | Lacross | Gunda |
| 696 | LaForge | Edward |
| 697 | Lagasse | Roger |
| 698 | Lamp | Douglas |
| 699 | Landry | George |
| 700 | Landry | Thomas |
| 701 | Lankford | Estel |
| 702 | Lawson | Ida |
| 703 | Lawson | Jimmy |
| 704 | Lazar | Rita |
| 705 | Leach | Melvin |
| 706 | Leadley | Bernice |
| 707 | Leady | Ann |
| 708 | Leathers | Carmen |
| 709 | Leaton | Ronald |
| 710 | LeClair | James |
| 711 | Ledbetter | Glynna |
| 712 | Ledford | Richard |
| 713 | Ledoux | Frances |
| 714 | Lee | George |
| 715 | Lee | James |
| 716 | Leiferman | Patricia |
| 717 | Leigh | Ronald |
| 718 | Leske, Sr | Donald |
| 719 | Lett | Jeanette |
| 720 | Levine | Marvin |
| 721 | Lewis | Barbara |
| 722 | Lewis | Brian |
| 723 | Lewis | Florine |
| 724 | Lewis | Wayne |
| 725 | Lewis | Willie |
| 726 | Linville | Marcella |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 727 | Little | Tony |
| 728 | Litton | Audrey |
| 729 | Littrell | Edward |
| 730 | Lockett | Maxwell |
| 731 | Lockhart | Harry |
| 732 | Locklear | Bonita Ann |
| 733 | Locklear | Joann |
| 734 | Lockwood | Harriet |
| 735 | Lodico | David |
| 736 | Lohmeyer | Karen |
| 737 | Lohstroh | Kenneth |
| 738 | Long | Robert |
| 739 | Long | Tina |
| 740 | Long | Vaughn |
| 741 | Lopez | Luis |
| 742 | Lopez | Pedro |
| 743 | Lopez | Pedro |
| 744 | Lopez | Salvador |
| 745 | Lord | Alfred |
| 746 | Loudenback, Sr. | Henry |
| 747 | Love | Jewel |
| 748 | Love | Nellie |
| 749 | Lover | Ethel |
| 750 | Lowery | David |
| 751 | Lowry | Wanda |
| 752 | Lucero | John |
| 753 | Lucht | Gary |
| 754 | Luckett | Cleometeen |
| 755 | Lujan | Jose |
| 756 | Lujan | Juana |
| 757 | Lukenbill | William |
| 758 | Lund | Erick |
| 759 | Luther | Patricia |
| 760 | M'Rah | Mustapha |
| 761 | Macdonald | Bruce |
| 762 | Mace | Dottie |
| 763 | Machala | Janina |
| 764 | Mack | Adelaide |
| 765 | Mack | Linda |
| 766 | Mack | Mary |
| 767 | Mackey III | Warren |
| 768 | MacLeod | Dalton |
| 769 | Madrid | Augustin |
| 770 | Maestas | Mary |
| 771 | Mager | Reinhold |
| 772 | Malloy | Helene |
| 773 | Mancino | James |
| 774 | Mann | Terence |
| 775 | Mapes | Michael |
| 776 | Maretta | Frank |
| 777 | Margolies | Paul |
| 778 | Mariano | Leo |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 779 | Marksbury | Richard |
| 780 | Marshall | Edward (Ted) |
| 781 | Marshall | Irene |
| 782 | Martin | Dorothy |
| 783 | Martin | Marie |
| 784 | Martin | Ricky |
| 785 | Martin | Stanley |
| 786 | Martin, Sr. | Jerry |
| 787 | Martin, Sr. | Kenneth |
| 788 | Martinez | Alberto |
| 789 | Martinez | Isabel |
| 790 | Martinez | Miguel |
| 791 | Martinez Sr. | Robert |
| 792 | Martino | Ben |
| 793 | Marushi | William |
| 794 | Marzan | Aurora |
| 795 | Mask | Charles |
| 796 | Mask | Linda |
| 797 | Mason (Hall) | Veronica |
| 798 | Mata | Gonzalo |
| 799 | Mathis | Jack |
| 800 | Matthes | Harriett |
| 801 | Matthews | Jack |
| 802 | Matula | Thomas |
| 803 | Mauzy | Vernon |
| 804 | Maxwell | David |
| 805 | McCall | Bessie |
| 806 | McCants | Donald |
| 807 | McCarthy | Bonnie |
| 808 | McCarthy | Phyllis |
| 809 | McClellan | Doug |
| 810 | McCloskey | Bart |
| 811 | McCord | James |
| 812 | McCormick | Mamie |
| 813 | McCoy | Corine |
| 814 | McCray | Beatrice |
| 815 | McCullen | Ann |
| 816 | McCurry | Alice |
| 817 | McDaniel | Susan |
| 818 | McDaniel | Traci |
| 819 | McElwain | Norah |
| 820 | McEuen | Donald |
| 821 | McGirt | Annie |
| 822 | McGlaun | Albert |
| 823 | McGowan | Genevieve |
| 824 | McGraw | Cheryl |
| 825 | McGrew | Brian |
| 826 | McGuire | Anita |
| 827 | McGuire | Marie |
| 828 | McIntosh | Lynda |
| 829 | McKinzy | Helen |
| 830 | McKissen | Carol |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 831 | McKnight | Myra |
| 832 | McMahon | Nancy |
| 833 | McMillan | Pamela |
| 834 | McMurray | Bobby |
| 835 | McNealy | Charles |
| 836 | McNeill | Brenda |
| 837 | McQueen | Shirley |
| 838 | McWilliams | Sharon |
| 839 | Medeiros | Michael |
| 840 | Medina | Elisa |
| 841 | Medina | Robert |
| 842 | Meeks | Shirley |
| 843 | Melnikovski | Arkadi |
| 844 | Mendoza | Nolan |
| 845 | Mennealy | Daniel |
| 846 | Metcalf | Douglas |
| 847 | Metzger | Teresa |
| 848 | Meyer | James |
| 849 | Meyer | Ronald |
| 850 | Michael | Kenneth |
| 851 | Michie | Adele |
| 852 | Miles | Annie |
| 853 | Mileusnic | Hildegard |
| 854 | Miller | Charles |
| 855 | Miller | Craig |
| 856 | Miller | Palestine |
| 857 | Miller | Patricia |
| 858 | Miller | Shirley |
| 859 | Mills | Mildred |
| 860 | Mink | Rusty |
| 861 | Minugh | Marion |
| 862 | Miranda | Hermie |
| 863 | Mitchell | Evelyn |
| 864 | Mitchell | Mary |
| 865 | Mitchell | Ramona |
| 866 | Mitthu | Ahelia |
| 867 | Mitts | Jim |
| 868 | Mohamed | Mohamed |
| 869 | Monda | Anthony |
| 870 | Monk | Albert |
| 871 | Montague | Gwendolyn |
| 872 | Montano | Lupe |
| 873 | Montoya | Jane |
| 874 | Montoya | Jennifer |
| 875 | Montoya | Pedro |
| 876 | Moore | Deborah |
| 877 | Moore | Dorothy |
| 878 | Moore | Jeff |
| 879 | Moore | Miraposa |
| 880 | Moore | Rita |
| 881 | Moore | Rodney |
| 882 | Mora | Salvador |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 883 | Morales, Jr. | Rogelio |
| 884 | Moran | Daniel |
| 885 | Moran | Guillermo |
| 886 | Morehouse | Marylee |
| 887 | Moreno | Jesus |
| 888 | Moreno | Marty |
| 889 | Morris | Daniel |
| 890 | Morris | Juliet |
| 891 | Morris | Leo |
| 892 | Morris | Sandra |
| 893 | Morris | Virginia |
| 894 | Morrison | Gloria |
| 895 | Morrison | Mable |
| 896 | Morrow | Johnnie |
| 897 | Morsch | Judy |
| 898 | Moser | Opal |
| 899 | Mosteller | Donald |
| 900 | Mouser | Verna |
| 901 | Moustakelis | Manoli |
| 902 | Mouw | Freda |
| 903 | Mukherjee | Sankar |
| 904 | Mumma | Richard |
| 905 | Muncy | Robert |
| 906 | Munoz | Cora |
| 907 | Munoz | Robert |
| 908 | Murphy | Marlyn |
| 909 | Murphy, Jr. | Clarence |
| 910 | Musselman | Jack |
| 911 | Muzik | Daniel |
| 912 | Myatt | Bonnie |
| 913 | Myers | Ralph |
| 914 | Nagle | Linda |
| 915 | Nedelman | Burton |
| 916 | Nelson | Cloyse |
| 917 | Nelson | Hattie |
| 918 | Nelson | Williford |
| 919 | Newsom | Billy |
| 920 | Newsom | Elzie |
| 921 | Niccoli | Thomas |
| 922 | Nicholas | Grant |
| 923 | Nicholson | Joan |
| 924 | Nix | William |
| 925 | Norbert | Debra |
| 926 | Norris | Gerald |
| 927 | Norton | Bertha |
| 928 | Nunez | Mary |
| 929 | Nyman | Philip |
| 930 | Nyrop | Sheila |
| 931 | O'Malley | Patrick |
| 932 | O'Neil | Diana |
| 933 | O'Toole | Terrence |
| 934 | Ocampo | Shelley |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 935 | Ochoa | Eulalio |
| 936 | Odie | Emma |
| 937 | Oliveria | Escolastica |
| 938 | Ollivares | Raymond |
| 939 | Olmstead | Olon |
| 940 | Olson | Dorothy |
| 941 | Ortega | Maria |
| 942 | Ortega | Rosa |
| 943 | Osborne | Fronie |
| 944 | Osborne | William |
| 945 | Ott | Mary |
| 946 | Oubre | Agnes |
| 947 | Ouellette | Bob |
| 948 | Ovalle | Janie |
| 949 | Owens | Delores |
| 950 | Owens | Dora |
| 951 | Owrutsky | Consuela |
| 952 | Pace | Carl |
| 953 | Pacheco | Joseph |
| 954 | Painter | Carolyn |
| 955 | Palacios | Santos |
| 956 | Palermo | Louis |
| 957 | Palmo | Michael |
| 958 | Pandula | Francisco |
| 959 | Paplow, Sr. | John |
| 960 | Parenteau | Leonard |
| 961 | Parker | Barbara |
| 962 | Parker | Harold |
| 963 | Parkman | Bruce |
| 964 | Partridge | Ronald |
| 965 | Pasmino | Ramona |
| 966 | Paszkiewiecz | Walter |
| 967 | Patrick | Anthony |
| 968 | Patrick | James |
| 969 | Patterson | Mary |
| 970 | Patterson | Robert |
| 971 | Patton | Linda |
| 972 | Patuto | Mary |
| 973 | Payne | Joel |
| 974 | Peace | Amy |
| 975 | Pease, Sr. | Harold |
| 976 | Peeples | Emma |
| 977 | Peloso | Barbara |
| 978 | Pembrook | Mattie |
| 979 | Penick | James |
| 980 | Pereira | Joseph |
| 981 | Perelson | Michael |
| 982 | Perez | Arnold |
| 983 | Perez | Felipa |
| 984 | Pete | Calvin |
| 985 | Peter | Heinz |
| 986 | Peterson | Michael |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 987 | Petralia | Russell |
| 988 | Petrie | Cathy |
| 989 | Petruzzo | John |
| 990 | Phelps | Celestine |
| 991 | Philipp | Gary |
| 992 | Phillips | Mary |
| 993 | Pianka | Wilma |
| 994 | Pierce | Joseph |
| 995 | Pierce | Martha |
| 996 | Piercy | George |
| 997 | Pike | David |
| 998 | Pimentel | Damiana |
| 999 | Pina | Mary |
| 1000 | Pineda-Dermody | Miriam |
| 1001 | Pirelli | Helen |
| 1002 | Pittlus | Veronica |
| 1003 | Pizicas | Alice |
| 1004 | Plant | Mary |
| 1005 | Pleasant | Tony |
| 1006 | Poen | Victor |
| 1007 | Pokarth | Beverly |
| 1008 | Polvado | Mary |
| 1009 | Porter | Annie |
| 1010 | Porter | Rita |
| 1011 | Posadas | Avelina |
| 1012 | Post | Jonathan |
| 1013 | Powell | William |
| 1014 | Pradia | Nathaniel |
| 1015 | Pratt | Booker |
| 1016 | Price | Anna |
| 1017 | Prichard | Edward |
| 1018 | Pronesti | John |
| 1019 | Pruden | Shirley |
| 1020 | Prudhomme | Graice |
| 1021 | Psaltis | Olga |
| 1022 | Pugh | Audrey |
| 1023 | Radzay | Alexander |
| 1024 | Ragan | Vera |
| 1025 | Raggs | Luthicha |
| 1026 | Raley | Peggy |
| 1027 | Ramirez | Gerardo |
| 1028 | Ramirez | Idelmer |
| 1029 | Ramsey | Cecil Doyle |
| 1030 | Randall | Vivine |
| 1031 | Rawlings | John |
| 1032 | Ray | Olivia |
| 1033 | Ray, Jr. | James |
| 1034 | Raye | Mary |
| 1035 | Razo | Rita |
| 1036 | Read | Emily |
| 1037 | Reams | Thomas |
| 1038 | Reaves | James |

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| 1039 | Reed | David |
| 1040 | Reed | Margaret |
| 1041 | Reed | Thomas |
| 1042 | Reeder | Dinah |
| 1043 | Reeder | Robert |
| 1044 | Reekes | Stanley |
| 1045 | Reels | Roger |
| 1046 | Reeves | Delores |
| 1047 | Reider | Robert |
| 1048 | Reifeiss | Fred |
| 1049 | Renna | Louis |
| 1050 | Reno | Johnny |
| 1051 | Reszka | Alfons |
| 1052 | Reuss | Denise |
| 1053 | Reyes, Jr. | Maximino |
| 1054 | Reynolds | Gary |
| 1055 | Rhea | Harry |
| 1056 | Rhea | Kurt |
| 1057 | Rhodes | Dewayne |
| 1058 | Rice | Stephen |
| 1059 | Richard | Georgie |
| 1060 | Richards | Venka |
| 1061 | Richardson | Frank |
| 1062 | Richardson | Terry |
| 1063 | Ricks | Lola |
| 1064 | Riggle | Malcolm |
| 1065 | Riley | Annie |
| 1066 | RILEY | FRANCIS |
| 1067 | Rimoldi | Albert |
| 1068 | Ripley | Robert |
| 1069 | Risener | Frances |
| 1070 | Rittenhouse | Brenda |
| 1071 | Rivera | Jesse |
| 1072 | Rivera | Magdelena |
| 1073 | Roberts | Betty Lou |
| 1074 | Roberts | Michael |
| 1075 | Robertson | Kathy |
| 1076 | Robey | Maggie |
| 1077 | Robinette | Alfred |
| 1078 | Robles | Jesus |
| 1079 | Roby | Betsy |
| 1080 | Rodis | Angelita |
| 1081 | Rodriguez | Arturo |
| 1082 | Rodriguez | Cairo |
| 1083 | Rodriguez | Enrique |
| 1084 | Rodriguez | Jesus |
| 1085 | Rodriguez | Miguel |
| 1086 | Rodriguez | Pablo |
| 1087 | Rodriguez | Teodomiro |
| 1088 | Rogers | Charles |
| 1089 | Rogers | Roderick |
| 1090 | Rohde | Kathleen |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1091 | Ronnow | Irene |
| 1092 | Rosicki | Marek |
| 1093 | Ross | Dr. S. Burton |
| 1094 | Ross | Geraldine |
| 1095 | Ross | Harry |
| 1096 | Ross, Sr | Willis |
| 1097 | Rowell | Edith |
| 1098 | Roy | Julia |
| 1099 | Rupert | Lenny |
| 1100 | Rupinski | Joseph |
| 1101 | Ruppert | John |
| 1102 | Russell | Chad |
| 1103 | Rust | Terry |
| 1104 | Rydlewski | Stanley |
| 1105 | Rylko | Bonnie |
| 1106 | Saari | Gunnar |
| 1107 | Saguanpong | Surapol |
| 1108 | Salas | Ysidro |
| 1109 | Salazar | James |
| 1110 | Salcedo | Brady |
| 1111 | Salcido | Rene |
| 1112 | Saldana | Elias |
| 1113 | Salgado | Joe |
| 1114 | Samudio | Patricia |
| 1115 | Sanchez | Enriquetta |
| 1116 | Sanchez | Henry |
| 1117 | Sanchez | Manuel |
| 1118 | Sandell | Edna |
| 1119 | Sanderson III | David |
| 1120 | Sandler | Phillip |
| 1121 | Sandoval | Ofilia |
| 1122 | Sandoval | Verbena |
| 1123 | Santavicca | James |
| 1124 | Santos | Ricardo |
| 1125 | Sarinas | Andrew |
| 1126 | Sato | Allen |
| 1127 | Savage | Brenda |
| 1128 | Scanlin | Steve |
| 1129 | Schacht | Gilda |
| 1130 | Schainman | Martin |
| 1131 | Schatzberg | Norman |
| 1132 | Scheibe | Ruth |
| 1133 | Schmitt | Gerd |
| 1134 | Schneider | Joseph |
| 1135 | Schutz | Dave |
| 1136 | Schwartz | Charles |
| 1137 | Sconiers | Stanley |
| 1138 | Scott | Linnie |
| 1139 | Scott | William |
| 1140 | Scupin | Frank |
| 1141 | Seidner | David |
| 1142 | Selman | Robert |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1143 | Selz | Eileen |
| 1144 | Sembillo | Pablito |
| 1145 | Serrano | Pres |
| 1146 | Sesler | Buford |
| 1147 | Shadburn | John |
| 1148 | Shami | Yesmeen |
| 1149 | Sharpe | Dave |
| 1150 | Sharrar | Peter |
| 1151 | Shaw | Edward |
| 1152 | Shelton | Sarah |
| 1153 | Shiao | Sam |
| 1154 | Shingary | Dora |
| 1155 | Shinn | Clay |
| 1156 | Shipes | Allen |
| 1157 | Short | Willie |
| 1158 | Shukry | Gamal |
| 1159 | Shurley | Andy |
| 1160 | Siebert | Nancy |
| 1161 | Siegel | John |
| 1162 | Sills | Ernest |
| 1163 | Silva | Denise |
| 1164 | Silva | John |
| 1165 | Simmons | Donald |
| 1166 | Simmons | Joyce |
| 1167 | Simonvich | Richard |
| 1168 | Simpkins | Willie |
| 1169 | Simpson | Sharon |
| 1170 | Singh | Pritam |
| 1171 | Siqueiros | Eva |
| 1172 | Sirkin | Delores |
| 1173 | Sirkin | Jack |
| 1174 | Sirles | Virginia |
| 1175 | Skaar | Marjorie |
| 1176 | Skelding | Katherine |
| 1177 | Skidmore | William |
| 1178 | Slater | Randall |
| 1179 | Slay | Frank |
| 1180 | Sloan | Bernard |
| 1181 | Sloan | Paul |
| 1182 | Smith | Bobby |
| 1183 | Smith | Elmer |
| 1184 | Smith | Frederick |
| 1185 | Smith | Gay |
| 1186 | Smith | Ivan |
| 1187 | Smith | Katie |
| 1188 | Smith | Lenora |
| 1189 | Smith | Mildred |
| 1190 | Smith | Nell |
| 1191 | Smith | Ricky |
| 1192 | Smith | Rosa |
| 1193 | Smith | Ruby |
| 1194 | Smith | Susie |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1195 | Smith | Sylvia |
| 1196 | Smolka | John |
| 1197 | Snowberry | Russell |
| 1198 | Snyder | Albert |
| 1199 | Sobczynski | Danuta |
| 1200 | Solis | Ambrose |
| 1201 | Solis | Richard |
| 1202 | Solis | Theresa |
| 1203 | Solomon | Edith |
| 1204 | Solomon | William |
| 1205 | Solorzano | Javier |
| 1206 | Soto | Carmen |
| 1207 | Soto | Jesus |
| 1208 | Soto | Manuel |
| 1209 | Soto | Teresa |
| 1210 | Soublet | Reginald |
| 1211 | Southall | Vernay |
| 1212 | Sparacino | Vincent |
| 1213 | Spataro | Russell |
| 1214 | Spearman | Irene |
| 1215 | Speck | Roland |
| 1216 | Spell | Elmer |
| 1217 | Spencer | Corine |
| 1218 | Spencer, Jr. | James |
| 1219 | St Pierre | Mary |
| 1220 | Stafford | Mary |
| 1221 | Stalker | Dallas |
| 1222 | Stanley | Juanita |
| 1223 | Stanley | Paul |
| 1224 | Stanley | Sherry |
| 1225 | Stefanski | Patricia |
| 1226 | Stephens | Thomas |
| 1227 | Stephenson | Roger |
| 1228 | Stevens | Diane |
| 1229 | Stevenson | David |
| 1230 | Stevenson | Donna |
| 1231 | Stewart | Opal |
| 1232 | Stock | Lorman |
| 1233 | Stokes | Glenn |
| 1234 | Stophel | Lois |
| 1235 | Strehl, Sr. | Michael |
| 1236 | Strouse | Louise |
| 1237 | Struck | Herman |
| 1238 | Struller | Louise |
| 1239 | Summitt | Wanda |
| 1240 | Surita | Oscar |
| 1241 | Swadner | Marjorie |
| 1242 | Swahn | Robert |
| 1243 | Swan | Dorothy |
| 1244 | Szakacs | Gary |
| 1245 | Tabiti | Felix |
| 1246 | Tanner | Nolan |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1247 | Tannous | Milan |
| 1248 | Tausch | Elvira |
| 1249 | Tave | Lillie |
| 1250 | Taylor | Beatrice |
| 1251 | Taylor | Dovie |
| 1252 | Taylor | Emory |
| 1253 | Taylor | Garnett |
| 1254 | Taylor | Joyce |
| 1255 | Taylor | Oteka |
| 1256 | Taylor | Robert |
| 1257 | Taylor | Robert |
| 1258 | Telford | Carrie |
| 1259 | Ter Horst | Bernardus |
| 1260 | Terilli | Peter |
| 1261 | Terilli | Vada |
| 1262 | Terpening | Maria |
| 1263 | Terrell | Rex |
| 1264 | Tessel | Irving |
| 1265 | Thatcher | Lucille |
| 1266 | Thibodeaux | Sylvia |
| 1267 | Thomas | Alice |
| 1268 | Thomas | Clara |
| 1269 | Thomas | Ernest |
| 1270 | Thomas | Hattie |
| 1271 | Thomas | Nancy |
| 1272 | Thomas | Ruth |
| 1273 | Thomas | Sarah |
| 1274 | Thompson | Andre |
| 1275 | Thompson | Carl |
| 1276 | Thompson | Daniel |
| 1277 | Thompson | Henry |
| 1278 | Thompson | James |
| 1279 | Thompson | Jennie |
| 1280 | Thompson | Julius |
| 1281 | Thompson | Kathleen |
| 1282 | Thompson | Sharon |
| 1283 | Thompson | Terry |
| 1284 | Thorson | Wilbur |
| 1285 | Tibbs | Virgil |
| 1286 | Tiffany | Ruth |
| 1287 | Timms | Dorothy |
| 1288 | Timpa-Fewel | Vicki |
| 1289 | Tingley | Kenneth |
| 1290 | Titus | Donald |
| 1291 | Todd | Bessie |
| 1292 | Todd | Calvin |
| 1293 | Tomblin | Thomas |
| 1294 | Tooker, Sr | Robert |
| 1295 | Topliff | Richard |
| 1296 | Torrence | Robert |
| 1297 | Torres, Sr | Steve |
| 1298 | TOTO | RUTH |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1299 | Triggs | Donald |
| 1300 | Trotter | Bill |
| 1301 | Truelove | Robert |
| 1302 | Trujillo | Joseph |
| 1303 | Truong | Trichan |
| 1304 | Tucker | Jack |
| 1305 | Tucker | Margaret |
| 1306 | Tucker | Rose |
| 1307 | Tunstall | Charles |
| 1308 | Tupaz | Amelia |
| 1309 | Turner | Julia |
| 1310 | Turner | Ronald |
| 1311 | Tuscano | Eutropio |
| 1312 | Tuscano | Lea |
| 1313 | Tyra | Aleta |
| 1314 | Tyznik | John |
| 1315 | Updike | Raymond |
| 1316 | Urizar | Angelo |
| 1317 | Valdez | Jessie |
| 1318 | Valdillez | Elvira |
| 1319 | Van Alstine | Ron |
| 1320 | Van Arthos | William |
| 1321 | Van Winkle | Mark |
| 1322 | Vanderpool | William |
| 1323 | Vann | Lovett |
| 1324 | Vann | Sammye |
| 1325 | Varela | Leonor |
| 1326 | Vargas | Esperanza |
| 1327 | Varner | Johnny |
| 1328 | Vavrik | Robert |
| 1329 | Vega | Beatrice |
| 1330 | Velasco | Rebecca |
| 1331 | Velasquez | Herminia |
| 1332 | Vencile | Loria |
| 1333 | Vick | Dorothy |
| 1334 | Vigil | Ennie |
| 1335 | Villa | Eloina |
| 1336 | Villareal | Mario |
| 1337 | Villasenor-Gonzales | Rosalba |
| 1338 | Villerial | Carmel |
| 1339 | Visquerra | Arnold |
| 1340 | Vizcarra | Miguel |
| 1341 | Votour | Manford (Manny) |
| 1342 | Wagner | Cheryl |
| 1343 | Wagner | Dorothy |
| 1344 | Walck | Myrtle |
| 1345 | Waldner | Melroy |
| 1346 | Walker | Donald |
| 1347 | Walker | Fable |
| 1348 | Wallace | Shirley |
| 1349 | Wallin | Eva |
| 1350 | Walsh | Kevin |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1351 | Walter | Lurena |
| 1352 | Walters | Clara |
| 1353 | Walton | Edward |
| 1354 | Walton | Ella |
| 1355 | Walton | Patricia |
| 1356 | Ward | Celeste |
| 1357 | Ware | Dan |
| 1358 | Ware | Frances |
| 1359 | Warford | Terry |
| 1360 | Warkmeister | Marianne |
| 1361 | Warren | Richard |
| 1362 | Warren | Ruby |
| 1363 | Washburn | George |
| 1364 | Washington | Ella |
| 1365 | Watkins | Dewitt |
| 1366 | Watson | Leon |
| 1367 | Watts | Billy |
| 1368 | Watts | Cleo |
| 1369 | Waychoff | Emma |
| 1370 | Weary | Lula |
| 1371 | Weatherspoon | Dolores |
| 1372 | Webb | Monica |
| 1373 | Weeks | Joanna |
| 1374 | Welch | Ray |
| 1375 | Wells | Rita |
| 1376 | West | Dorothy |
| 1377 | West | John |
| 1378 | Westbrook | Jenny |
| 1379 | Westbury | Dorothy |
| 1380 | Wester | William |
| 1381 | Whisenant | Lamarylis |
| 1382 | White | Donna |
| 1383 | White | Randy |
| 1384 | White | Sandra |
| 1385 | White, Jr. | Lewis |
| 1386 | Whitehead | Uel |
| 1387 | Whitfield | Patricia |
| 1388 | Wickizer | Jerry |
| 1389 | Wilde | Frank |
| 1390 | Willemson | Bonnie |
| 1391 | Williams | Concetta |
| 1392 | Williams | Dorothy |
| 1393 | Williams | Frank |
| 1394 | Williams | Gennell |
| 1395 | Williams | Gregory |
| 1396 | Williams | Harvey |
| 1397 | Williams | Herman |
| 1398 | Williams | Howard |
| 1399 | Williams | Jeanell |
| 1400 | Williams | Lena |
| 1401 | Williams | Michelle |
| 1402 | Williams | Phyllis |

E-SERVED 09/24/04 03:43 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| 1403 | Williams | Reginald |
| 1404 | Williams | Ronald |
| 1405 | Williams | Savannah |
| 1406 | Williams | Tanya |
| 1407 | Williams | Wilma |
| 1408 | Williamson | Robert |
| 1409 | Williamson | Rozell |
| 1410 | Willis | William |
| 1411 | Wilson | Allan |
| 1412 | Wilson | Ann |
| 1413 | Wilson | Arthur |
| 1414 | Wilson | James |
| 1415 | Wilson | Kris |
| 1416 | Wilson | Tina |
| 1417 | Winburn | Carl |
| 1418 | Winker | Rose |
| 1419 | Winslow | Dan |
| 1420 | Winters | Andy |
| 1421 | Wise | Marcia |
| 1422 | Wisnefsky | Barbara |
| 1423 | Withrow | Arbutus Mae |
| 1424 | Wolfe, Jr | Coy |
| 1425 | Womer | Ulku |
| 1426 | Woodard | Lillie |
| 1427 | Woods | Estle |
| 1428 | Woods | Mattie |
| 1429 | Wooten | Gussie |
| 1430 | Wright | Catherine |
| 1431 | Wright | Russell |
| 1432 | Wroten | Dewey |
| 1433 | Yadron, Jr. | Steve |
| 1434 | Ybarra | Martha |
| 1435 | Yokoyama | James |
| 1436 | York | Ada |
| 1437 | Young | Richard |
| 1438 | Young | Roscoe |
| 1439 | Yusupov | Edward |
| 1440 | Zalewski | Randall |
| 1441 | Zitta | Daniel |