E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:
Certain Weitz & Luxenberg's Plaintiffs

---

AFFIRMATION IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE

---

Daniel C. Burke, an attorney duly admitted to practice law before all of the Courts of the State of New York, and federal Courts of the Southern District of New York and Eastern District of New York, affirms all of the following to be true under the penalties of perjury:

1. I am associated with the law firm of Weitz & Luxenberg, P.C. and as such I am familiar with the facts contained herein.

2. I submit this affirmation in support of Weitz & Luxenberg's Motion for an Order to Show Cause To Withdraw as Counsel for Certain Plaintiffs pursuant to Minnesota District Court Local Rule of Procedure § 83.7.

3. Weitz & Luxenberg seeks to withdraw as counsel for certain plaintiffs for the reasons more fully set forth set forth in the Brief and Memorandum of Law in support of the Order to Show Cause, and affirmation of Paul J. Pennock in support of the Order to Show Cause.

E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

4. Weitz & Luxenberg, P.C. has elected to seek permission to withdraw by means of Order to Show Cause, as it is requesting, on behalf of its clients, a stay of all proceedings.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an Order to Show Cause in the form attached staying all proceedings, and setting the matter down for a hearing upon Weitz & Luxenberg, P.C.'s request to withdraw as counsel.

Dated: September 2, 2004
New York, NY

Respectfully Submitted,

Daniel C. Burke, Esq.
**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY 10038
(212) 558-5500