E-SERVED
09/24/04
03:43 PM ET
Baycol MDL 1431

# CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing documents were served on September 2, 2004, by Federal Express, to the following counsel of record:

Susan Weber, Esq.
**Sidley Austin Brown & Wood**
10 S. Dearborn Street
48th Floor
Chicago, Illinois, 60603

-and-

Fred T. Magaziner, Esq.
**Dechert, LLP**
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103

**WEITZ & LUXENBERG, P.C.**

Dated: September 2, 2004

By: ______________________
Daniel C. Burke

H:\worddocs\PTO 114 Extension Motion\certificate_of_service.doc