E-SERVED
09/24/04
03:48 PM ET
Baycol MDL 1431

# Exhibit D

E-SERVED 09/24/04 03:48 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION**

**MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
**Certain Weitz & Luxenberg's Plaintiffs**
**Subject to CTO 36**

---

**AFFIRMATION OF DANIEL C. BURKE**

---

Daniel C. Burke, an attorney duly admitted to practice law before all of the Courts of the State of New York, and federal Courts of the Southern District of New York and Eastern District of New York, affirms all of the following to be true under the penalties of perjury:

1. I am associated with the law firm of Weitz & Luxenberg, P.C. and as such I am familiar with the facts contained herein.

2. On September 2, 2004 I took part in a telephone conference with Chief Magistrate Jonathan Lebedoff, Jean Geoppinger, Esq. representing the PSC, James Mizgala, Esq. representing Bayer and Victoria Maniatis, Esq. also of my office in regard to Plaintiffs' Fact Sheets we submitted on behalf of approximately 350 clients subject to CTO 36.

3. Weitz & Luxenberg is in the process of filing a motion seeking dismissals without prejudice as to many of our clients who have agreed to have their cases dismissed. That motion is being filed today.

4. With respect to that motion, and relying upon it in part, Weitz & Luxenberg hereby requests that our clients with Plaintiffs' Fact Sheets served in relation to CTO 36 have their cases dismissed without prejudice. (We attach a list hereto as Rider A).

E-SERVED
09/24/04
03:48 PM ET
Baycol MDL 1431

**WHEREFORE,** Weitz & Luxenberg hereby respectfully requests that these cases be dismissed without prejudice as opposed to with prejudice as outlined and discussed in our telephone conference of today's date.

Dated: September 2, 2004
New York, NY

Respectfully Submitted,

Daniel C. Burke, Esq.
**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY 10038
(212) 558-5500

E-SERVED
09/24/04
03:48 PM ET
Baycol MDL 1431

| | |
|---|---|
| Adams | Carolyn |
| Adams | Patricia |
| Adams | Ronnie |
| Altizer | Patricia |
| Alvarez | Frances |
| Atcha | Yahya |
| Bailey | Helen |
| Baker | Betty |
| Baldwin | Marilyn |
| Ballard | Julia |
| Banks | Alice |
| Barber | Shirley |
| Barnes | Linda |
| Barron | Airebella |
| Bate | Vicky |
| Battles | Charles |
| Bauer | Glen |
| Bitner | Mary |
| Bittenbender | Michael |
| Bittinger | Randy |
| Black | Judy |
| Boice | Linda |
| Boltz | Eileen |
| Bourke | Kathleen |
| Boyle III | Joseph |
| Branson | Dorothy |
| Brenfleck | George |
| Briggs | Marjorie |
| Brooks | Ralph |
| Brown | Alice |
| Brown | Jacquelyn |
| Brown | Todd |
| Buchanan | Christine |
| Buck | Wanda |
| Burnett | Delmer |
| Butler | Eddie |
| Cady | Darlene |
| Campos | David |
| Carlson | Elizabeth |
| Carney | June |
| Caro | Cassie |
| Carrillo | Henrietta |
| Carter | Donald |
| Chapman | Gertrude |
| Chong | Tong |
| Clark | Deborah |
| Clark | Gladys |
| Coleman | Jessie |
| Coleman | Michael |
| Coley | Roland |
| Coley | Veda |
| Comitz | Johanna |

E-SERVED 09/24/04 03:48 PM ET Baycol MDL 1431

| | |
|---|---|
| Contreras | Anthony |
| Cordeiro | Joseph |
| Cosner | Doug |
| Craig | Marguerite |
| Cummings | Scott |
| Dahl | Donald |
| Dalcin | James |
| Dalton | Eloise |
| Daniels, Sr. | Howard |
| De Paz | Guillermo |
| Dean | Joe |
| Dennis | Kendall |
| DeTuro | Frank |
| Dickey | Ella |
| Dominguez | Mary |
| Duque | David |
| Dykstra | Frances |
| Elkouri | Neta |
| Ellis | Edna |
| Estrada | Carlos |
| Evans | Dan |
| Fannin | Jerry |
| Fee | Douglas |
| Felix | Edward |
| Fello | Gloria |
| Ferguson | Emma |
| Ferguson | Scott |
| Finch | Jean |
| Fischer | Robert |
| Flatt | Glenn |
| Foreman | Joan |
| Foster | Frances |
| Fouty | Richard |
| Franklin | Otis |
| Frias | Phyliss |
| Fulcher | Joan |
| Gagnon | Louise |
| Galayda | Pat |
| Gallegos | Joe |
| Gann | Dixie |
| Gardner | Jimmie |
| Geary | Stephanie |
| Gilpatrick | Stanley |
| Goddard | Gail |
| Gomez | Leopoldo |
| Gonzales | Michael |
| Gracia | Helen |
| Gregory | Kenneth |
| Gregory | William |
| Guyton | Bobby |
| Haas | Lorene |
| Hachten-Kritzmire | Kay |

E-SERVED 09/24/04 03:48 PM ET Baycol MDL 1431

| | |
|---|---|
| Hafley | Carla |
| Haley | Russell |
| Hammell | Ruth |
| Hanna, Sr. | James |
| Harmon | Don |
| Hartline | Catherine |
| Haviland | Lupe |
| Herman | Alden |
| Hernandez | Robert |
| Hertaus | Florence |
| Hill | William |
| Hinojosa, Jr | Ralph |
| Holmes | Rosalie |
| Hooey | Desmond |
| Hopkins | Renalda |
| Howard | Delores |
| Howe | Joanne |
| Hugall | Jean |
| Huggins | Mae |
| Hughley | Muriel |
| Huston | Rhonda |
| Hyman-Figy | Bonnie |
| Irvin | Mary |
| Jaime | Francisco |
| Janssen | Patricia |
| Jennings | Alice |
| Jensen | Kent |
| Jiron | Gerald |
| Johnson | Dalcie |
| Johnson | Edward |
| Johnson | Ruby |
| Jolly | Patrick |
| Jones | Gail |
| Jones | Velma |
| Juarez | Alex |
| Justice | Jewell |
| Kalayilparampil | Achiamma |
| Kamchi | Jerry |
| Kelley | Harold |
| Kimp | Earlene |
| King | Gary |
| Kirby | Joe |
| Kissinger | Patrick |
| Koester | Martin |
| Kogen | Howard |
| Kolodziej | Alex |
| Kramer | Roy |
| Krebs | Christine |
| Kresse | Joseph |
| Kuhn | Ronald |
| Kunz | Delphine |
| Landry | George |

E-SERVED 09/24/04 03:48 PM ET Baycol MDL 1431

| | |
|---|---|
| Langworthy | Cindy |
| Lannan | Larry |
| Larter | Marlene |
| Larter | Wayne |
| Leach | Melvin |
| Leadley | Bernice |
| Lehman | Ronald |
| Leigh | Ronald |
| Leuzzi | Louis |
| Levandoski | Audrey |
| Lewis | Benjamin |
| Lewis | Wayne |
| Lippincott | Donald |
| Lloyd | Mary |
| Lockwood | Harriet |
| Lodico | David |
| Lohstroh | Kenneth |
| Luban | Lana |
| Luckett | Lucien |
| Lukenbill | William |
| Lukesh | Richard |
| Luparell | Rose |
| Lynn | Norman |
| Macias | Marina |
| MacLeod | Dalton |
| Maklary | William |
| Malcolm | Mary |
| Manalo | Lorraine |
| Mannon | Ronald |
| Mapes | Michael |
| Martinez | Ofelia |
| Martinez | Nella |
| Mask | Linda |
| Masone | Joseph |
| Massey | Clinton |
| Mathis | Jack |
| McConnell | Jim |
| McElwain | Norah |
| McEuen | Donald |
| McFadden | Elisabeth |
| McMeen | Pat |
| McMillan | Ruth |
| McNeill | Brenda |
| McTheny | Corine |
| Medary | JoAnne |
| Medina | Daniel |
| Medina | Robert |
| Meitz | Joyce |
| Michael | Naomi |
| Miller | Charles |
| Miller | Nancy |
| Mitts | Jim |

E-SERVED
09/24/04
03:48 PM ET
Baycol MDL 1431

| | |
|---|---|
| Mobley | James |
| Montano | Lupe |
| Moore | Joan |
| Morris | Gilson |
| Morris | Harold |
| Morrison | Mable |
| Muchin | Anna |
| Mueller | Larry |
| Nacinovich | John |
| Nelson | Eddie |
| Nicosia | Rose |
| O'Hare | Roma |
| Okunami | Nancy |
| Olson | Dorothy |
| Pace | Levi |
| Palmo | Michael |
| Pate | Claudia |
| Patterson | Gladyce |
| Pease, Sr. | Harold |
| Pembrook | Mattie |
| Penley | Loretta |
| Pickering | Sue |
| Pimentel | Damiana |
| Pittlus | Veronica |
| Plasencia | J. Jesus |
| Polliard | Steven |
| Porche | Esther |
| Prichard | Edward |
| Ramirez | Idelmer |
| Raye | Mary |
| Razo | Rita |
| Reams | Thomas |
| Reed | Margaret |
| Reed | Thomas |
| Reeves | Irene |
| Reeves Jr | Otis |
| Rein | Mary |
| Reinhardt | Micheline |
| Reneau | Althonia |
| Reno | Johnny |
| Reszka | Alfons |
| Rhea | Harry |
| Riley | Annie |
| Risener | Frances |
| Roach | Gary |
| Roberts | Michael |
| Ross | Geraldine |
| Roszkowski | Diana |
| Rovins | Rachel |
| Rucker | Frankie |
| Russell | Claudette |
| Samandari | Jay |

E-SERVED 09/24/04 03:48 PM ET Baycol MDL 1431

| | |
|---|---|
| Sanchez | Leopoldo |
| Sandell | Edna |
| Sanders | Juanita |
| Sandler | Phillip |
| Sandoval | Verbena |
| Scarpiniti | Alphonso |
| Schmitt | Gerd |
| Scott | Linnie |
| Sepulveda | Roberta |
| Shafer | Verna |
| Shaw, Jr. | Raymond |
| Shearon | Linda |
| Shepard | Lloyd |
| Shubeck | Rozella |
| Shuford | Alberta |
| Shunk | Joyce |
| Simmons | Joyce |
| Simpkins | Willie |
| Skaar | Murlin |
| Skidmore | William |
| Smith | Ruby |
| Smith | Susie |
| Soto | Carmen |
| Soto | Manuel |
| Soto | Teresa |
| Speck | Roland |
| Sprung | Maxine |
| Standeford | Murry |
| Stegelmeyer | Edna |
| Steinberg | Eugene |
| Steiner | William |
| Stephens | Hattie |
| Stewart | Opal |
| Stewart | Thomas |
| Stranko, Sr. | Robert |
| Stump | James |
| Suchow | David |
| Swan | Dorothy |
| Taylor | Garnett |
| Taylor | Jack |
| Taylor | Jessie |
| Thomas | Hattie |
| Thomas | Helen |
| Titus | Donald |
| Towne | Kenneth |
| Trice | Leola |
| Truong | Trichan |
| Tucker | Jack |
| Tucker | Margaret |
| Turner | Ronald |
| Urizar | Angelo |
| Valenzuela | Carlos |

E-SERVED
09/24/04
03:48 PM ET
Baycol MDL 1431

| | |
|---|---|
| Vavrik | Robert |
| Vaz | Val |
| Vega | Carlos |
| Velasquez | Perfecto |
| Vicklun | Clarence |
| Villa | Eloina |
| Vinarsky | Jerry |
| Vitkovich | Mitchell |
| VonRembow | Joe |
| Walker | Fable |
| Wallace | Velma |
| Walter | Lurena |
| Walton | Ella |
| Warren | Richard |
| Washington | Eddie |
| Watkins | Lucius |
| Watson | Robert |
| Waychoff | Emma |
| Webster | Dave |
| Werle | Elinor |
| White | Donna |
| White | Lenore |
| White, Jr. | Lewis |
| Williams | Herbert |
| Williams | Herman |
| Williams | Michelle |
| Williams | Phyllis |
| Williams | Savannah |
| Williams | Tanya |
| Wilson | Rosie |
| Winburn | Carl |
| Winnen | Delores |
| Wold | Joel |
| Wolf | Ethel |
| Womer | Ulku |
| Wood | Wayne |
| Woods | Estle |
| Wooten | Gussie |
| Workman | Roger |
| Wright | Bob |
| Yadron, Jr. | Steve |
| Yingst | Wanda |
| Young | Roscoe |
| Zierden | Marian |