**INVOLVED COUNSEL LIST FOR SCHEDULE CTO-42**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Ben Bingham
Benson & Binghman
721 S, Sixth Street
Las Vegas, NV 89101

Eric David Bonner
Mann, Cowan & Potter, P.C.
2000-B Southbridge Parkway
Suite 601
Birmingham, AL 35209

Carolyn Britton
P.O. Box 7986
Nashua, NH 03060-7986

Leon Dean
P.O. Box 7986
Nashua, NH 03060-7986

Virginia Dean
P.O. Box 7986
Nashua, NH 03060-7986

Frank A. Doyle
Johnson, Spalding, Doyle, West
& Trent
910 Travis Street, Suite 1700
Houston, TX 77002

John A. Eaves, Jr.
John Arthur Eaves Law Office
101 North State Street
Jackson, MS 39201

Jonathan B. Fellows
Bond, Schoeneck Law Firm
One Lincoln Center
Syracuse, NY 13202

William B. Gill, III
Eaves Law Firm
109 North State Street
Jackson, MS 39201

Brian A. Goldstein
Celino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

Julie A. Hardin
Fulbright & Jaworski
1301 Mckinney, Suite 5100
Houston, TX 77010-3095

Bryan Kelly Hardwick
Hardwick Law Firm, PLLC
5 Old River Place, Suite 102
Jakson, MS 39202

Renee C. Harrison
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazelhurst, MS 39083

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Carroll H. Ingram
Ingram & Associates
P.O. Box 15039
Hattiesburg, MS 39404-5039

Brian P. Johnson
Johnson, Spalding, Doyle, West
& Trent
Bank One Center
910 Travis, Suite 1700
Houston, TX 77002

Beth L. Kaufman
Schoeman, Marsh & Updike, LLP
60 East 42nd Street, 39th Floor
New York, NY 10165

Jerry Kristal
Weitz & Luxenberg
210 Lake Drive East
Cherry Hill, NJ 08002

Richard N. Laminack
O'Quinn, Laminack & Pirtle
440 Louisiana, Suite 2300
Houston, TX 77002

Joseph C. Langston
Langston Law Firm, P.A.
P.O. Box 787
Booneville, MS 38829-0787

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Craig A. Leslie
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Steven J. Loewenthal
Heidell, Pittoni, Murphy & Bach
99 Park Ave
New York, NY 10016

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Richard M. Martin, Jr.
Eaves Law Firm
2216 Magazine Street
New Orleans, LA 70130

Buffy K. Martines
O'Quinn, Laminack & Pirtle
440 Louisiana, Suite 2300
Houston, TX 77002

Chris B. McDaniel
Hortman, Harlow, Martindale, Bassi
& Robinson
414 W. Oak Street
P.O. Drawer 1409
Laurel, MS 39441-1409

Michael P. McGartland
McGartland & Borchardt
1300 South University, Suite 500
Fort Worth, TX 76107

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

SCANNED
OCT 4 2004
U.S. DISTRICT COURT MPLS

George H. Niblock
Niblock Law Firm
324 North College Avenue
P.O. Drawer 818
Fayetteville, AR 72702

Brandon Lee Ogburn
Campbell, Cherry, Harrison, Davis & Dove
P.O. Box 5229
Jackson, MS 39296-5229

Shashi Patel
Hanen Johnson & Spalding
910 Travis Ste 1700
Houston, TX 77002

Robert A. Pritchard
Law Offices of Robert A. Pritchard
P.O. Drawer 1707
Pascagoula, MS 39568-1707

Peter J. Rotolo, III
Chaffe McCall Phillips Toler & Sarpy
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Jon Paul Sawyer
Beasley, Allen, Crow, Methvin, Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

E. Paige Sensenbrenner
Adams & Reese
701 Poydras Street, Suite 4500
New Orleans, LA 70139

James D. Shannon
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

Joy R. Simon
Napoli, Kaiser, Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY 11739

James A. Stewart
Andy Stewart & Associates
225 Avalon Circle
Brandon, MS 39042

David L. Strange
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236-2768

James Robert Sullivan, Jr.
Sullivan & Sullivan
P.O. Box 45
Laurel, MS 39441-0045

John Francis Sullivan
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Robert F. Wilkins
Robert F. Wilikins Law Firm
P.O. Box 2777
Jackson, MS 39207

Gene M. Williams
Mehaffy & Weber, P.C.
2615 Calder
P.O. Box 16
Suite 800
Beaumont, TX 77702