# INVOLVED JUDGES LIST FOR SCHEDULE CTO-42
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. David C. Bramlette
U.S. District Judge
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Howell Cobb
Senior U.S. District Judge
P.O. Box 632
Beaumont, TX 77704-0632

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Joseph A. DiClerico, Jr.
U.S. District Judge
400 Warren B. Rudman U.S.
Courthouse
55 Pleasant Street
Concord, NH 03301

Hon. John T. Elfvin
Senior U.S. District Judge
716 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
672 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O. Box 3487
Fayetteville, AR 72702-3487

Hon. Robert C. Jones
U.S. District Judge
U.S. District Court
4085 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

SCANNED
OCT 4 2004
U.S. DISTRICT COURT MPLS

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-42
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

David J. Maland, Clerk
Jack Brooks Federal Bldg. & U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
2012 15th Street
Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James R. Starr, Clerk
110 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368