E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

STANLEY N. ALPERT °
MICHAEL BECKER
BRYAN BELASKY
EDWARD S. BOSEK
MARISSA BOSEK
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
EILEEN CLARKE
THOMAS COMERFORD ††
CHARLES M. FERGUSON
STUART R. FRIEDMAN
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH °*
EDWARD J. HAHN *
CATHERINE HEACOX ††
RENEÉ L. HENDERSON ••
MARIE L. IANNIELLO †°
ERIK JACOBS
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL ••‡
RORY I. LANCMAN
DEBBI LANDAU
ROBERTO LARACUENTE *
DIANNE LE VERRIER
JAMES C. LONG, JR. ••
VICTORIA MANIATIS ††
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW *ø
RICHARD MEADOW ••
WILLIAM J. NUGENT
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
G. RUSSELL RAGLAND °°
ELLEN RELKIN *▲
STEPHEN J. RIEGEL ††
MICHAEL P. ROBERTS
CHRIS ROMANELLI ††
DAVID ROSENBAND
SHELDON SILVER *
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
JOSH VITOW
DOUGLAS D. VON OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ■
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
° Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
•• Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
°° Also admitted in DC and TX
∞ Admitted only in DC, MD, PA and VA
ø Also admitted in DC, VA
■ Admitted only in CO

October 6, 2004

**VIA FACSIMILE**
Honorable Michael J. Davis
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re: Baycol Litigation**
**Certain Weitz & Luxenberg Plaintiffs**

Dear Judge Davis:

Weitz & Luxenberg, P.C. is filing this date an expedited motion seeking a stay of the Order of the Hon. Jonathan Lebedoff dated September 27, 2004, which requires compliance with PTO 81 obligations for over 1,000 plaintiffs on or before October 12, 2004, or those cases will be dismissed with prejudice. In light of the limited time provided by Judge Lebedoff's Order, it is respectfully requested that the Court set the matter down for an immediate hearing.

Respectfully submitted,
**WEITZ & LUXENBERG, P.C.**

By: ______________________
Daniel C. Burke

cc: Susan Weber, Esq. (via facsimile)
Fred T. Magaziner, Esq. (via facsimile)
Charles S. Zimmerman, Esq. (via facsimile)
All Counsel (via Verilaw)

H:\worddocs\PTO 114 Extension Motion\ltr.davis.motion.for.stay.100604.doc



2179-123