E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
**Certain Weitz & Luxenberg's Plaintiffs**

---

**EXPEDITED MOTION FOR A STAY OF THE ORDER OF HON. JONATHAN LEBEDOFF DATED SEPTEMBER 27, 2004.**

---

1. Weitz & Luxenberg is filing this motion seeking a sixty (60) day stay of the Order of the Hon. Jonathan Lebedoff dated September 27, 2004, which directs that certain plaintiffs serve upon defendants completed Plaintiff Fact Sheets, executed authorizations and responsive documents pursuant to PTO 81, no later than October 12, 2004 or their cases will be dismissed with prejudice. A copy of the order and its attached list of plaintiffs subject to it are annexed to the Affirmation in Support of Daniel C. Burke dated October 6, 2004 collectively as Exhibit "A."

2. For the reasons more fully set forth in the annexed affirmation, it is patently unfair and unduly prejudicial to the clients subject to the October 12, 2004 deadline to have their cases dismissed without prejudice for a lack of opportunity to comply.

E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

WHEREFORE, it is respectfully requested that this Court enter an Order staying the Order of the Hon. Jonathan Lebedoff dated September 27, 2004 for a period of sixty (60) days to permit plaintiffs to comply with their obligations pursuant to PTO 81.

Dated: October 6, 2004

New York, New York

Respectfully Submitted,

Perry Weitz, Esq.
Arthur Luxenberg, Esq.
Robert Gordon, Esq.
Paul Pennock, Esq.
Victoria J. Maniatis, Esq.
Daniel C. Burke, Esq.
**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiffs
180 Maiden Lane
New York, NY 10038
(212) 558-5500