E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

# EXHIBIT "A"

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case; the requirements were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still delinquent 105 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice. Pursuant to PTO 81, the parties have submitted a list of Plaintiffs who have not complied with their

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

discovery obligations as of September 21, 2004. These Plaintiffs are listed in Exhibit A to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by October 12, 2004.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by October 12, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: September 27, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

# Exhibit A

## CTO-37 PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Ables, Charles | 04-1962 | Paul Pennock, Esq. |
| 2. | Acebedo, Conrad | 04-2438 | Weitz & Luxenberg, P.C. |
| 3. | Adams, Thomas | 04-2231 | 180 Maiden Lane |
| 4. | Afful, Asida | 04-1966 | New York, New York 10038-4925 |
| 5. | Aivazian, Harry | 04-2326 | P: (212) 558-5500 |
| 6. | Allen, Mattie | 04-1964 | F: (212) 344-5461 |
| 7. | Allen, Thomas | 04-2066 | |
| 8. | Anderson, Bert | 04-2434 | |
| 9. | Anderson, E. | 04-2437 | |
| 10. | Anderson, Geneva | 04-1965 | |
| 11. | Anderson, Helen | 04-2228 | |
| 12. | Anderson, Lola | 04-1979 | |
| 13. | Andress, Gene | 04-2442 | |
| 14. | Andrews, Edward | 04-2046 | |
| 15. | Antaramian, Paul | 04-2213 | |
| 16. | Anthony, Bernice | 04-2390 | |
| 17. | Anthony, Melvin | 04-2377 | |
| 18. | Archibeque, Antonio | 04-1968 | |
| 19. | Arredondo, Daniel | 04-2045 | |
| 20. | Arroyo, Enrico | 04-2439 | |
| 21. | Atkinson, Gordon | 04-2171 | |
| 22. | Avent, Edward | 04-2445 | |
| 23. | Bailey, Brenda Sue | 04-2340 | |
| 24. | Barnes, Willie | 04-1992 | |
| 25. | Barton, Johnny | 04-1985 | |
| 26. | Bateman, George | 04-2070 | |
| 27. | Battle, Benjamin | 04-2333 | |
| 28. | Baugh, Victor | 04-2449 | |
| 29. | Beason, John | 04-2447 | |
| 30. | Bellone, Baptiste | 04-2210 | |
| 31. | Beverly, Doris | 04-2443 | |
| 32. | Bindner, Rose | 04-2000 | |
| 33. | Bintz, Joan | 04-1967 | |
| 34. | Biritz, Joseph | 04-2444 | |
| 35. | Bolz, John | 04-1986 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 36. | Bonner, Helen | 04-2464 | |
| 37. | Boyer, Diane | 04-2466 | |
| 38. | Brackhahn, Dwayne | 04-2214 | |
| 39. | Braun, David | 04-2014 | |
| 40. | Brisson, Glenn | 04-2020 | |
| 41. | Brown, Barbara | 04-1990 | |
| 42. | Brown, Beauford | 04-2035 | |
| 43. | Buckner, Paul | 04-2469 | |
| 44. | Calafiore, Salvatore | 04-2384 | |
| 45. | Campbell, Gloria | 04-2236 | |
| 46. | Campbell, Robert | 04-2473 | |
| 47. | Candelario, William | 04-2458 | |
| 48. | Carle, Pete | 04-2508 | |
| 49. | Carranza, Nicolas | 04-2347 | |
| 50. | Carter, Cecile | 04-2235 | |
| 51. | Casey, Nina | 04-2460 | |
| 52. | Chauhan, Bharat | 04-2399 | |
| 53. | Childers, Faye | 04-2242 | |
| 54. | Childres, Pauline | 04-2234 | |
| 55. | Christensen, Ricarda | 04-2366 | |
| 56. | Clements, Zed | 04-2463 | |
| 57. | Clemmons, Laura | 04-1971 | |
| 58. | Colburn, Bernard | 04-2049 | |
| 59. | Collins, Dolly | 04-2043 | |
| 60. | Collura, Michael | 04-2221 | |
| 61. | Colvin, Shirley | 04-2222 | |
| 62. | Conneely, Coley | 04-1983 | |
| 63. | Connell, Henry | 04-1982 | |
| 64. | Conner, Mary | 04-2467 | |
| 65. | Conom, Iracema | 04-2584 | |
| 66. | Constantinides, Robert | 04-2465 | |
| 67. | Cotner, Judith | 04-1972 | |
| 68. | Cox, Charles | 04-2012 | |
| 69. | Cox, Michael | 04-2506 | |
| 70. | Crawford, Leslie | 04-2028 | |
| 71. | Crews, Mozelle | 04-2451 | |
| 72. | Crigler, Christine | 04-2301 | |
| 73. | Critz, Bonnie | 04-2016 | |
| 74. | Crooks, Pauline | 04-1973 | |
| 75. | Curry, Lois | 04-2037 | |
| 76. | Dagley, Loma | 04-2516 | |
| 77. | Daniels, Hallie | 04-2591 | |
| 78. | Danko, Paul | 04-2518 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 79. | Davis, Berniece | 04-2053 | |
| 80. | Davis, Elijah | 04-2529 | |
| 81. | Daywood, George | 04-2515 | |
| 82. | DeAngelis, Mary | 04-2513 | |
| 83. | Decker, Walter | 04-2062 | |
| 84. | Derec, Mark | 04-2510 | |
| 85. | Dicken, Glen | 04-2519 | |
| 86. | DiNicolantonio, Marcello | 04-2376 | |
| 87. | Dodson, Ella | 04-2546 | |
| 88. | Domnick, David | 04-1790 | |
| 89. | Durham, Mary | 04-1783 | |
| 90. | Ellis, Sherry | 04-2386 | |
| 91. | Engels, Pam | 04-1775 | |
| 92. | Estrada, Frank | 04-2534 | |
| 93. | Evert, Steven | 04-2029 | |
| 94. | Fain, Valerie | 04-2013 | |
| 95. | Farella, Richard | 04-2038 | |
| 96. | Feldman, Alexander | 04-2351 | |
| 97. | Ferguson, Lawrence | 04-2533 | |
| 98. | Fickes, Frances | 04-2170 | |
| 99. | Filosa, Lawrence | 04-2026 | |
| 100. | Finck, Mark | 04-1825 | |
| 101. | Fisher, Sharon | 04-2523 | |
| 102. | Flanery, Judy | 04-1914 | |
| 103. | Flerx, Harvey | 04-2539 | |
| 104. | Foreman, Jimmy | 04-2079 | |
| 105. | Fotos, Estelle | 04-2022 | |
| 106. | Fousek, Norma | 04-1910 | |
| 107. | Fox, Alyce | 04-2524 | |
| 108. | Frazier, Sam | 04-2371 | |
| 109. | Frosh, Aziz | 04-1913 | |
| 110. | Fugett, Wayne | 04-2023 | |
| 111. | Gaiter, Everette | 04-1776 | |
| 112. | Galberth, Hattie | 04-2525 | |
| 113. | Gale, John | 04-1779 | |
| 114. | Garrett, Earl | 04-2047 | |
| 115. | Garza, Thomas | 04-1826 | |
| 116. | General, Warren | 04-1777 | |
| 117. | George, P.V. | 04-2024 | |
| 118. | Glotfelty, Carolyn | 04-2027 | |
| 119. | Gonzales, Luis | 04-2583 | |
| 120. | Goodman, Richard | 04-2031 | |
| 121. | Goss, Robert | 04-2369 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 122. | Grate, Mamie | 04-2585 | |
| 123. | Green, Jerold | 04-2542 | |
| 124. | Griggs, Essie | 04-1778 | |
| 125. | Grosskopf, Connie | 04-2543 | |
| 126. | Hall, Vicki | 04-1902 | |
| 127. | Hand, Gerald | 04-1768 | |
| 128. | Hansen, Mike | 04-2544 | |
| 129. | Harris, Betty | 04-2007 | |
| 130. | Harris, Carolyn | 04-2025 | |
| 131. | Harris, Joseph | 04-2251 | |
| 132. | Hawley, Harold | 04-2019 | |
| 133. | Hay, Thomas | 04-2010 | |
| 134. | Hayes, Herbert | 04-2008 | |
| 135. | Hayes, John | 04-1917 | |
| 136. | Haynes, Ancy | 04-2256 | |
| 137. | Heatherly, Gayle | 04-1782 | |
| 138. | Heilig, Kathryn | 04-2252 | |
| 139. | Henderson, Roger | 04-2380 | |
| 140. | Hernando, Ofelia | 04-2253 | |
| 141. | Hewlett, Jacqueline | 04-1787 | |
| 142. | Hibbert, Evelyn | 04-2261 | |
| 143. | Hickman, Richard | 04-1760 | |
| 144. | Hicks, Joyce | 04-1920 | |
| 145. | Hill, Annie | 04-2264 | |
| 146. | Hines, Margaret | 04-2075 | |
| 147. | Holcomb, Alma | 04-1921 | |
| 148. | Holderby, William | 04-1919 | |
| 149. | Hotaling, Raymond | 04-2005 | |
| 150. | Houser, John | 04-1911 | |
| 151. | Houston, Mary | 04-2368 | |
| 152. | Howell, Robert | 04-2034 | |
| 153. | Huff, Gary | 04-2260 | |
| 154. | Hughes, Phyllis | 04-1788 | |
| 155. | Ille, Roger | 04-2388 | |
| 156. | Inverso, Anthony | 04-2262 | |
| 157. | Jackson, Howard | 04-2270 | |
| 158. | Jahn, Christine | 04-2167 | |
| 159. | Janczyk, Joan | 04-2131 | |
| 160. | Jarvis, Bob | 04-1771 | |
| 161. | Jaurequi, Robert | 04-2370 | |
| 162. | Jimenez, Sanjuana | 04-2132 | |
| 163. | Johnson, Nelson | 04-2266 | |
| 164. | Jones, Robert | 04-1772 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 165. | Jones, Roy | 04-2129 | |
| 166. | Joyce, Dennis | 04-2365 | |
| 167. | Joyner, Mary | 04-1774 | |
| 168. | Kennedy, Jane | 04-2278 | |
| 169. | Kimble, Keith | 04-2048 | |
| 170. | Kimura, Kikau | 04-2143 | |
| 171. | Kinder, Donald | 04-1793 | |
| 172. | Kirsche, Joan | 04-1922 | |
| 173. | Kise, Alan | 04-2124 | |
| 174. | Kiss, Lance | 04-2282 | |
| 175. | Klecker, John | 04-2364 | |
| 176. | Klimek, Glenn | 04-2142 | |
| 177. | Knight, Jaqueline | 04-2511 | |
| 178. | Kogan, Luda | 04-2141 | |
| 179. | Koslow, Rose | 04-2112 | |
| 180. | Kososkie, June | 04-2161 | |
| 181. | Koth, Herbert | 04-2279 | |
| 182. | Kotlarz, Joanna | 04-2281 | |
| 183. | Koziol, Edward | 04-2563 | |
| 184. | Krantz, Judith | 04-1823 | |
| 185. | Kubo, Rose | 04-2553 | |
| 186. | Kuehl, Vicky | 04-1794 | |
| 187. | Kult, Rena | 04-2304 | |
| 188. | Kurtz, William | 04-2555 | |
| 189. | Kurzanski, Joanne | 04-2562 | |
| 190. | Lambert, Jason | 04-2560 | |
| 191. | Lambert, Steven | 04-1894 | |
| 192. | Larson, Donald | 04-1884 | |
| 193. | Laubscher, Lavern | 04-2565 | |
| 194. | Lawson, Wanda | 04-2150 | |
| 195. | Lay, Larry | 04-2291 | |
| 196. | Leady, Ann | 04-1897 | |
| 197. | Ledoux, Frances | 04-2288 | |
| 198. | Lermayer, John | 04-2149 | |
| 199. | Leske, Donald | 04-1891 | |
| 200. | Lett, Jeanette | 04-2287 | |
| 201. | Levesque, Maurice | 04-1865 | |
| 202. | Lewis, Willie | 04-2292 | |
| 203. | Liles, Frances | 04-1885 | |
| 204. | Linhart, Stanley | 04-1893 | |
| 205. | Lomas, Jose | 04-2290 | |
| 206. | Long, Patricia | 04-2283 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 207. | Lord, Alfred | 04-1861 | |
| 208. | Lowman, Willie H. | 04-1969 | |
| 209. | Lujan, Jose | 04-2148 | |
| 210. | Lujan, Jose | 04-2325 | |
| 211. | MacDonald, Bruce | 04-1890 | |
| 212. | Mack, Adelaide | 04-2249 | |
| 213. | Mack, Linda | 04-2567 | |
| 214. | Mackenzie, Thomas | 04-2586 | |
| 215. | MacMurray, Viola | 04-2579 | |
| 216. | Maher, Kathy | 04-1892 | |
| 217. | Malpert, Esther | 04-1822 | |
| 218. | Marchard, Roberta | 04-2337 | |
| 219. | Marik, Lisa | 04-2569 | |
| 220. | Martin, Clifton | 04-2381 | |
| 221. | Martin, Don | 04-1875 | |
| 222. | Martin, Dorothy | 04-1899 | |
| 223. | Martin, Jerry | 04-2566 | |
| 224. | Martinez, Miguel | 04-2577 | |
| 225. | Matthews, Patricia | 04-1880 | |
| 226. | McCain, Carmen | 04-2147 | |
| 227. | McCarthy, Bonnie | 04-2156 | |
| 228. | McClellan, Doug | 04-1867 | |
| 229. | McCluney, Amos | 04-2336 | |
| 230. | McCullen, Ann | 04-2342 | |
| 231. | McGinnis, Kenneth | 04-2570 | |
| 232. | McGirt, Annie | 04-1878 | |
| 233. | McKenna, Gary | 04-2588 | |
| 234. | McNealy, Charles | 04-1871 | |
| 235. | Mead, Mike | 04-2554 | |
| 236. | Meeks, Shirley | 04-1869 | |
| 237. | Mendivil, Alice | 04-2343 | |
| 238. | Miley, Mearl | 04-1872 | |
| 239. | Miller, Daniel | 04-1879 | |
| 240. | Miller, Gregory | 04-1883 | |
| 241. | Miller, Shirley | 04-2435 | |
| 242. | Mills, Vernon | 04-1889 | |
| 243. | Misner, Robert | 04-2159 | |
| 244. | Mitchell, Ramona | 04-1927 | |
| 245. | Mitthu, Ahelia | 04-2556 | |
| 246. | Moore, Dolores | 04-1816 | |
| 247. | Moore, Jeff | 04-2575 | |
| 248. | Moore, Roger | 04-2063 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 249. | Moore, Terri | 04-1874 | |
| 250. | Morehouse, Marylee | 04-1818 | |
| 251. | Morgan, Ingeborg | 04-2557 | |
| 252. | Morrison, Richard | 04-2479 | |
| 253. | Mueller, Loretta | 04-2573 | |
| 254. | Mukherjee, Sankar | 04-1821 | |
| 255. | Murelli, Grace | 04-2488 | |
| 256. | Musselman, Jack | 04-1929 | |
| 257. | Myatt, Bonnie | 04-1797 | |
| 258. | Napieralski, Muriel | 04-2483 | |
| 259. | Nelson, Cloyse | 04-2160 | |
| 260. | Neman, Nancy | 04-2344 | |
| 261. | Nerviano, Jerry | 04-2087 | |
| 262. | Nicholson, Mary | 04-2085 | |
| 263. | Nicholson, William | 04-2490 | |
| 264. | Norris, Tony | 04-1799 | |
| 265. | Novak, Mervin | 04-2091 | |
| 266. | O'Toole, Terrence | 04-1820 | |
| 267. | Obenchain, James | 04-1934 | |
| 268. | Olson, Hector | 04-2494 | |
| 269. | Orphan, Betty | 04-1809 | |
| 270. | Osborne, Fronie | 04-2407 | |
| 271. | Otey, Miriam | 04-2056 | |
| 272. | Ovalle, Janie | 04-2486 | |
| 273. | Overstreet, Dorothy | 04-2092 | |
| 274. | Owens, Dora | 04-2414 | |
| 275. | Painter, Carolyn | 04-2352 | |
| 276. | Pajak, Elenar | 04-2328 | |
| 277. | Paplow, John | 04-2059 | |
| 278. | Parham, Edith | 04-2413 | |
| 279. | Paszkiewiecz, Walter | 04-1798 | |
| 280. | Patuto, Mary | 04-2104 | |
| 281. | Payne, Joel | 04-2101 | |
| 282. | Pedersen, Carl | 04-2412 | |
| 283. | Pellegrino, Ralph | 04-1800 | |
| 284. | Perez, Patricia | 04-1935 | |
| 285. | Perkins, Edith | 04-1815 | |
| 286. | Permaul, Ronald | 04-2495 | |
| 287. | Perry, Henderson | 04-2503 | |
| 288. | Peter, Heinz | 04-2100 | |
| 289. | Peterson, Michael | 04-2335 | |
| 290. | Phelps, Celestine | 04-2097 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 291. | Pick, Bonnie | 04-2411 | |
| 292. | Pierce, Ellen | 04-2493 | |
| 293. | Plemens, Uhl | 04-2423 | |
| 294. | Powell, William | 04-2113 | |
| 295. | Price, Karen | 04-2356 | |
| 296. | Puckett, Cleo | 04-1918 | |
| 297. | Puff, Robert | 04-1939 | |
| 298. | Purification, Nicholas | 04-1941 | |
| 299. | Ramirez, Joseph | 04-2099 | |
| 300. | Redding, Richard | 04-2421 | |
| 301. | Reed, Hubert | 04-2096 | |
| 302. | Reeder, Dinah | 04-2429 | |
| 303. | Reeves, Joan | 04-2123 | |
| 304. | Reid, George | 04-2058 | |
| 305. | Reuss, Denise | 04-1796 | |
| 306. | Reuter, William | 04-1803 | |
| 307. | Rhea, Kurt | 04-2392 | |
| 308. | Rhey, Melvin | 04-2084 | |
| 309. | Rice, Paul | 04-2425 | |
| 310. | Richardson, Frank | 04-2329 | |
| 311. | Ricketts, Josephine | 04-1801 | |
| 312. | Ritchie, Michael | 04-2430 | |
| 313. | Robertson, Sandra | 04-2428 | |
| 314. | Rogers, Valorie | 04-2431 | |
| 315. | Romundson, Ramona | 04-2116 | |
| 316. | Ruff, Dale | 04-2298 | |
| 317. | Salcedo, Brady | 04-2110 | |
| 318. | Saldana, Elias | 04-2300 | |
| 319. | Sanchez, Enriquetta | 04-2122 | |
| 320. | Sanchez, Henry | 04-1833 | |
| 321. | Savage, Brenda | 04-1857 | |
| 322. | Schaffer, Douglas | 04-2306 | |
| 323. | Schmidt, Donald | 04-1860 | |
| 324. | Schneider, Joseph | 04-2307 | |
| 325. | Schuler, Paul | 04-2095 | |
| 326. | Scott, Brazz | 04-2121 | |
| 327. | Seekand, Mohinder | 04-1850 | |
| 328. | Segetti, Michael | 04-2341 | |
| 329. | Shami, Yesmeen | 04-1832 | |
| 330. | Sheffield, Sue | 04-1839 | |
| 331. | Sheleby, Ron | 04-2119 | |
| 332. | Sills, Ernest | 04-2118 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 333. | Silva, Alfredo | 04-2308 | |
| 334. | Silveira, Lisa | 04-2117 | |
| 335. | Simms, Jimmy | 04-2114 | |
| 336. | Sirles, Virginia | 04-2115 | |
| 337. | Skaar, Marjorie | 04-2192 | |
| 338. | Skelding, Katherine | 04-2296 | |
| 339. | Skinner, Finis | 04-2179 | |
| 340. | Smith, Dorothy | 04-2310 | |
| 341. | Smith, Elmer | 04-2311 | |
| 342. | Smith, Kevin | 04-1854 | |
| 343. | Smith, Sylvia | 04-2360 | |
| 344. | Smogonovich, Elizabeth | 04-2076 | |
| 345. | Snyder, Albert | 04-2190 | |
| 346. | Soderbeck, Roger | 04-2080 | |
| 347. | Soto, Gerardo | 04-2175 | |
| 348. | Soublet, Reginald | 04-2191 | |
| 349. | Spearman, Irene | 04-2353 | |
| 350. | Stalbird, William | 04-2312 | |
| 351. | Stark, John | 04-2189 | |
| 352. | Stewart, Bennie | 04-1849 | |
| 353. | Stophel, Lois | 04-2195 | |
| 354. | Stotler, Phil | 04-2422 | |
| 355. | Strange, Margarita | 04-2173 | |
| 356. | Strouse, Louise | 04-2317 | |
| 357. | Suzuki, Thomas | 04-1830 | |
| 358. | Swadner, Marjorie | 04-2188 | |
| 359. | Szilagyi, Alex | 04-2001 | |
| 360. | Tanner, Nolan | 04-1827 | |
| 361. | Taylor, Beatrice | 04-2316 | |
| 362. | Taylor, Joan | 04-2196 | |
| 363. | Tekavee, Fred | 04-1829 | |
| 364. | Tenore, Mario | 04-2200 | |
| 365. | Tharapp, Barbara | 04-2177 | |
| 366. | Thatcher, Lucille | 04-2358 | |
| 367. | Thomas, Calvin | 04-1835 | |
| 368. | Thomas, Clara | 04-2322 | |
| 369. | Thompson, Henry | 04-1840 | |
| 370. | Thompson, Kathleen | 04-2318 | |
| 371. | Thompson, Marcia Anne | 04-2338 | |
| 372. | Thornbrugh, Patricia | 04-2374 | |
| 373. | Tolentino, Leo | 04-2194 | |
| 374. | Toms, Florence | 04-1856 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 375. | Toto, Ruth | 04-2348 | |
| 376. | Townsend, Carolyn | 04-1836 | |
| 377. | Trimm, Elizabeth | 04-2375 | |
| 378. | Trujillo, Joseph | 04-1828 | |
| 379. | Trujillo, Lucy | 04-1886 | |
| 380. | Tunstall, Charles | 04-2501 | |
| 381. | Tunstill, Robert | 04-1852 | |
| 382. | Tyra, Aleta | 04-1842 | |
| 383. | Usis, Joe | 04-1958 | |
| 384. | Van Alstine, Ron | 04-2497 | |
| 385. | Vandenbrock, Herman | 04-1960 | |
| 386. | Vazquez, Nazare | 04-1944 | |
| 387. | Villareal, Mario | 04-1954 | |
| 388. | Villerial, Carmel | 04-1957 | |
| 389. | Visk, Michael | 04-2176 | |
| 390. | Waldner, Melroy | 04-2481 | |
| 391. | Walker, Thomas | 04-2363 | |
| 392. | Wallace, Geneva | 04-2475 | |
| 393. | Washington, Berthena | 04-2294 | |
| 394. | Watson, Norma | 04-2478 | |
| 395. | Wattleton, William | 04-2198 | |
| 396. | Westbrook, Jenny | 04-2480 | |
| 397. | Westbrook, Richard | 04-2485 | |
| 398. | Wester, William | 04-2205 | |
| 399. | Wheeler, Joy | 04-1953 | |
| 400. | White, Sandra | 04-2208 | |
| 401. | Wickizer, Jerry | 04-2204 | |
| 402. | Widner, Frank | 04-2206 | |
| 403. | Wilhelmy, William | 04-2391 | |
| 404. | Williams, David | 04-2207 | |
| 405. | Williams, James | 04-1959 | |
| 406. | Williams, Kathy | 04-2183 | |
| 407. | Williams, Reginald | 04-2184 | |
| 408. | Williams, Simone | 04-2487 | |
| 409. | Wilson, Arthur | 04-2355 | |
| 410. | Wilson, Joella | 04-2403 | |
| 411. | Wilson, Reid | 04-2182 | |
| 412. | Wyatt, Phil | 04-1955 | |
| 413. | Wyum, Linda | 04-2409 | |
| 414. | Yusupov, Edward | 04-2350 | |
| 415. | Zalewski, Randall | 04-2248 | |
| 416. | Zitta, Daniel | 04-2385 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

# CTO-38 & REMAND PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Alcocer, Jose | 04-2873 | Cary B. Bryson, Esq. |
| 2. | Anderson, John | 04-2873 | Bryson Law Firm, L.L.C. |
| 3. | Antoniello, Anthony | 04-2873 | 217 West University Avenue |
| 4. | Arnold, Roberta | 04-2873 | Lafayette, Louisiana 70506 |
| 5. | Arnwine, Leoma | 04-2873 | P: (337) 233-4210 |
| 6. | Ashley, Billie | 04-2873 | F: (337) 233-4213 |
| 7. | Bacon, Mary | 04-2873 | |
| 8. | Bailey, Timothy | 04-2873 | |
| 9. | Baker, Daniel, Sr. | 04-2873 | |
| 10. | Baker, Gloria | 04-2873 | |
| 11. | Barham, Donald | 04-2873 | |
| 12. | Bateman, Danella | 04-2873 | |
| 13. | Bates, Vickie | 04-2873 | |
| 14. | Belt, Polly | 04-2873 | |
| 15. | Boggs, Larry | 04-2873 | |
| 16. | Bowen, Thomas | 04-2873 | |
| 17. | Brandenburg, Kenneth | 04-2873 | |
| 18. | Brooks, Erma | 04-2873 | |
| 19. | Brown, Dorothy | 04-2873 | |
| 20. | Brown, Gary | 04-2873 | |
| 21. | Burch, Lygia | 04-2873 | |
| 22. | Burk, Finis | 04-2873 | |
| 23. | Butts, Carol | 04-2873 | |
| 24. | Byer, John | 04-2873 | |
| 25. | Bynum, Mildred | 04-2873 | |
| 26. | Calder, Jerry | 04-2873 | |
| 27. | Carroll, R.H. | 04-2873 | |
| 28. | Chandler, Billy | 04-2873 | |
| 29. | Cherry, Bennie Paul | 04-2873 | |
| 30. | Clauson, Paul | 04-2873 | |
| 31. | Cleland, Marie | 04-2873 | |
| 32. | Cohen, Nat | 04-2873 | |
| 33. | Coleman, Martricie | 04-2873 | |
| 34. | Conte, Frank | 04-2873 | |
| 35. | Covert, Rita Aloma | 04-2873 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 36. | Crocker, Johnny | 04-2873 | |
| 37. | Dahlgren, Robert | 04-2873 | |
| 38. | Daniels, Calvin | 04-2873 | |
| 39. | Dawson, Alice | 04-2873 | |
| 40. | Dawson, Joann | 04-2873 | |
| 41. | Decker, Ray | 04-2873 | |
| 42. | Diaz, Maria | 04-2873 | |
| 43. | Dickerson, Sigle | 04-2873 | |
| 44. | Drouet, John | 04-2873 | |
| 45. | Dunn, Jo Ann | 04-2873 | |
| 46. | Dyer, Robert | 04-2873 | |
| 47. | Eickel, Ruth | 04-2873 | |
| 48. | Evans, Cissy | 04-2873 | |
| 49. | Faulkner, Linda | 04-2873 | |
| 50. | Fenwick, Richard | 04-2873 | |
| 51. | Filler, Richard | 04-2873 | |
| 52. | Flores, Jesus | 04-2873 | |
| 53. | Foster, Gloria | 04-2873 | |
| 54. | Gatson, Timothy | 04-2873 | |
| 55. | Gillis, Ernestine | 04-2873 | |
| 56. | Gilsdorf, Charles | 04-2873 | |
| 57. | Glasscock, Bill | 04-2873 | |
| 58. | Glendenning, Dorothy | 04-2873 | |
| 59. | Green, Bill | 04-2873 | |
| 60. | Guerra, Gunda | 04-2873 | |
| 61. | Hagler, Wayne | 04-2873 | |
| 62. | Hall, Wayne | 04-2873 | |
| 63. | Halton, Eugene | 04-2873 | |
| 64. | Hartman, Sheila | 04-2873 | |
| 65. | Hayes, Harvey | 04-2873 | |
| 66. | Hill, James | 04-2873 | |
| 67. | HIll, Walter Ray, Jr. | 04-2873 | |
| 68. | Hitt, Jim | 04-2873 | |
| 69. | Holden, Ray | 04-2873 | |
| 70. | Hollins, Dorothy | 04-2873 | |
| 71. | Horn, Russell | 04-2873 | |
| 72. | Howell, Alan | 04-2873 | |
| 73. | Huens, David | 04-2873 | |
| 74. | Hughes, Francis | 04-2873 | |
| 75. | Hunter, Henry | 04-2873 | |
| 76. | Hurd, Marcella | 04-2873 | |
| 77. | Jackson, Dan | 04-2873 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 78. | Jackson, Phillip | 04-2873 | |
| 79. | Jamal, Anawar | 04-2873 | |
| 80. | Jiminez, Hector | 04-2873 | |
| 81. | Johnson, Gladys | 04-2873 | |
| 82. | Johnson, Jonmie Mae | 04-2873 | |
| 83. | Johnson, Percy | 04-2873 | |
| 84. | Johnson, Ronald | 04-2873 | |
| 85. | Jones, Barbara | 04-2873 | |
| 86. | Jones, Lynwood | 04-2873 | |
| 87. | Jones, Rudy | 04-2873 | |
| 88. | Kazdoy, Bernice | 04-2873 | |
| 89. | Koepke, James | 04-2873 | |
| 90. | Lamakul, Cherdkiat | 04-2873 | |
| 91. | Landers, W.H. | 04-2873 | |
| 92. | Lee, Janie | 04-2873 | |
| 93. | Lee, Johnnie | 04-2873 | |
| 94. | Lightfoot, Dierrick | 04-2873 | |
| 95. | Liptiz, Norman | 04-2873 | |
| 96. | Lucas, Bertha | 04-2873 | |
| 97. | Lucuas, Mae | 04-2873 | |
| 98. | Maier, Marilyn | 04-2873 | |
| 99. | Malcik, Dorris | 04-2873 | |
| 100. | Marshall, Betty | 04-2873 | |
| 101. | Martin, Cozadene | 04-2873 | |
| 102. | Mault, Louise | 04-2873 | |
| 103. | McCormick, Helen | 04-2873 | |
| 104. | McDonough, Gloria | 04-2873 | |
| 105. | McIntyre, Helen | 04-2873 | |
| 106. | McMullan, Corine | 04-2873 | |
| 107. | Moore, George | 04-2873 | |
| 108. | Moore, John | 04-2873 | |
| 109. | Morgan, Meryl | 04-2873 | |
| 110. | Morris, Michael | 04-2873 | |
| 111. | Napier, Robert | 04-2873 | |
| 112. | Norman, Margie | 04-2873 | |
| 113. | Orozco, Bartola | 04-2873 | |
| 114. | Orr, James | 04-2873 | |
| 115. | Parker, Frances | 04-2873 | |
| 116. | Patterson, June | 04-2873 | |
| 117. | Petruska, John | 04-2873 | |
| 118. | Phillips, Bruce | 04-2873 | |
| 119. | Pierce, Roy | 04-2873 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 120. | Potter, Louise | 04-2873 | |
| 121. | Price, Fay | 04-2873 | |
| 122. | Raitz, Phyllis | 04-2873 | |
| 123. | Reid, Christopher | 04-2873 | |
| 124. | Rodgers, Mary Ellen | 04-2873 | |
| 125. | Rosales, Betty | 04-2873 | |
| 126. | Ross, Acie, Jr. | 04-2873 | |
| 127. | Rudd, Terry | 04-2873 | |
| 128. | Rushing, Maxine | 04-2873 | |
| 129. | Schiff, George | 04-2873 | |
| 130. | Schwartz, Sandra | 04-2873 | |
| 131. | Scott, Deborah | 04-2873 | |
| 132. | Seale, Ida | 04-2873 | |
| 133. | Seets, Eugenie | 04-2873 | |
| 134. | Session, Wonda | 04-2873 | |
| 135. | Sessions, Shirley | 04-2873 | |
| 136. | Shugart, Captolia | 04-2873 | |
| 137. | Simpsion, Todd | 04-2873 | |
| 138. | Slate, Patricia | 04-2873 | |
| 139. | Smith, Inez | 04-2873 | |
| 140. | Smith, Joan | 04-2873 | |
| 141. | Socol, Marvin | 04-2873 | |
| 142. | Sossaman, Tom | 04-2873 | |
| 143. | Spencer, Craig | 04-2873 | |
| 144. | Stalter, G.C. | 04-2873 | |
| 145. | Starkey, George | 04-2873 | |
| 146. | Stricklin, Margaret | 04-2873 | |
| 147. | Tanner, Ephthalia | 04-2873 | |
| 148. | Terrell, Francis | 04-2873 | |
| 149. | Todres, Michael | 04-2873 | |
| 150. | Truesdale, Billy | 04-2873 | |
| 151. | Vail, James | 04-2873 | |
| 152. | Veal, Katherine | 04-2873 | |
| 153. | Verdugo, Thomas | 04-2873 | |
| 154. | Vickrey, Dixie | 04-2873 | |
| 155. | Wamp, Joe | 04-2873 | |
| 156. | Warren, Donnie | 04-2873 | |
| 157. | Webb, Richard | 04-2873 | |
| 158. | Weems, Lois | 04-2873 | |
| 159. | Welding, Ed | 04-2873 | |
| 160. | Whittenberg, Ira | 04-2873 | |
| 161. | Wicker, Tom | 04-2873 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 162. | Williams, Charles | 04-2873 | |
| 163. | Williams, Mary | 04-2873 | |
| 164. | Williams, Richard | 04-2873 | |
| 165. | Willis, Lois | 04-2873 | |
| 166. | Wilson, Annie | 04-2873 | |
| 167. | Wilson, Gotcher | 04-2873 | |
| 168. | Wood, Franklin | 04-2873 | |
| 169. | Wou, Raymond | 04-2873 | |
| 170. | Wright, Rose Mary | 04-2873 | |
| 171. | Young, Bette | 04-2873 | |
| 172. | Blanchard, Judy | 04-2829 | Daniel E. Becnel, Jr., Esq.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>Post Office Drawer "H"<br>Reserve, LA 70084<br>P: 985/536-1186<br>F: 985/536-6445 |
| 173. | Boutte, Margie | 04-2830 | |
| 174. | Celestin, Gertrude | 04-2829 | |
| 175. | Constant, John Denis | 04-2831 | |
| 176. | Cornelius, Delores | 04-2829 | |
| 177. | Fluker, Bettye J. | 04-2829 | |
| 178. | Jennings, Patricia | 04-2829 | |
| 179. | Magee, Artherine | 04-2830 | |
| 180. | Milton, Gerald | 04-2831 | |
| 181. | Parker, Barbara Ann | 04-2829 | |
| 182. | Pertuit, Michael Joseph | 04-2831 | |
| 183. | Romare, Carolyn M. | 04-2830 | |
| 184. | Scott, Ron | 04-2831 | |
| 185. | Simoneaux, Rosetta Marie | 04-2829 | |
| 186. | Tritt, Claire | 04-2830 | |
| 187. | Williams, Sherryl A. | 04-2829 | |
| 188. | Zanders, Elizabeth | 04-2829 | |
| 189. | Crow, Blanch | 04-2827 | Greg R. Remmenga, Esq.<br>GREG R. REMMENGA, P.C.<br>2478 F. Road Unit 22<br>Grand Junction, CO 81505<br>P: (970) 263-4734<br>F: (970) 241-9476 |
| 190. | Ebertowski, Jeannette | 04-2827 | |
| 191. | Martin, Deborah | 04-2827 | |
| 192. | Thomas, Doris | 04-2827 | |
| 193. | **Farrow, Brenda (as administrator of the Estate of Sallie V. Whatley, deceased)** | 04-2826 | James S. Hubbard, Esq.<br>HUBBARD & KNIGHT<br>P.O. Drawer 1850<br>Anniston, Alabama 36202<br>P: (256) 237-9586<br>F: (256)237-9594 |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 194. | Abegg, Dean | 04-2851 | Paul J. Pennock<br>Victoria J. Maniatis<br>Weitz & Luxenberg<br>180 Maiden Lane, 40th Floor<br>New York, NY 10038<br>P: (212) 558-5500<br>F: (212) 344-5461 |
| 195. | Abraham, Orren | 04-2851 | |
| 196. | Abril, Hector | 04-2851 | |
| 197. | Adair, Delori | 04-2862 | |
| 198. | Adair, Forrest | 04-2855 | |
| 199. | Adams, Adele | 04-2853 | |
| 200. | Adams, Barbara | 04-2863 | |
| 201. | Adcock, Barbara | 04-2853 | |
| 202. | Aiken, Phil | 04-2851 | |
| 203. | Akers, Barry | 04-2862 | |
| 204. | Albright, Arlene | 04-2856 | |
| 205. | Aldous, Lawrence | 04-2860 | |
| 206. | Aldous, Rosalind | 04-2860 | |
| 207. | Aldridge, Mims | 04-2854 | |
| 208. | Alexander, Jim | 04-2859 | |
| 209. | Allen, Jo | 04-2851 | |
| 210. | Allen, Mary | 04-2854 | |
| 211. | Allen, Ramona | 04-2852 | |
| 212. | Allen, Toshiko | 04-2861 | |
| 213. | Almond, Russell | 04-2856 | |
| 214. | Ambrose, Vincent | 04-2854 | |
| 215. | Anastas, Nick | 04-2854 | |
| 216. | Anderson, Arthur | 04-2851 | |
| 217. | Anderson, James | 04-2854 | |
| 218. | Anderson, Marvin | 04-2854 | |
| 219. | Anderson, Phyllis | 04-2858 | |
| 220. | Anderson, Ricky | 04-2853 | |
| 221. | Anderson, Ron | 04-2851 | |
| 222. | Andrews, Juanita | 04-2855 | |
| 223. | Angerman, Katie | 04-2856 | |
| 224. | Arbuckle, Rosalyn | 04-2857 | |
| 225. | Ardner, Robert | 04-2852 | |
| 226. | Armenta, Ralph | 04-2855 | |
| 227. | Arruiza, Rodney | 04-2860 | |
| 228. | Ashley, Alan | 04-2856 | |
| 229. | Aubuchon, Jerry | 04-2859 | |
| 230. | Aune, Colleen | 04-2863 | |
| 231. | Avechuco, Maria | 04-2855 | |
| 232. | Ayyad, Ahmed | 04-2854 | |
| 233. | Bagenstos, Jim | 04-2861 | |
| 234. | Baisden, Carlene | 04-2858 | |
| 235. | Baker, Oliver | 04-2859 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 236. | Balicki, Florence | 04-2851 | |
| 237. | Balla, Robert | 04-2854 | |
| 238. | Barker, Ruth | 04-2862 | |
| 239. | Barker, Wesley | 04-2853 | |
| 240. | Barnes-Hilson, Lillian | 04-2854 | |
| 241. | Barone, Frank | 04-2859 | |
| 242. | Barr, Janie | 04-2859 | |
| 243. | Barraza, Joe | 04-2851 | |
| 244. | Barrow, Mary | 04-2863 | |
| 245. | Bauer, Lois | 04-2859 | |
| 246. | Bear, Dorothy | 04-2861 | |
| 247. | Beaudette, Roseanne | 04-2854 | |
| 248. | Becker, Oneida | 04-2854 | |
| 249. | Beenken, Dick | 04-2861 | |
| 250. | Bell, Crimea | 04-2854 | |
| 251. | Belt, Robert | 04-2857 | |
| 252. | Bencomo, Georgia | 04-2855 | |
| 253. | Benites, Ernestine | 04-2851 | |
| 254. | Bennett, Alba | 04-2853 | |
| 255. | Bennett, Benny | 04-2853 | |
| 256. | Bennett, Janet | 04-2863 | |
| 257. | Bennett, Teodora | 04-2851 | |
| 258. | Benson, Elmira | 04-2853 | |
| 259. | Benson, Manuel, Jr. | 04-2859 | |
| 260. | Bigoni, James | 04-2857 | |
| 261. | Blair, Phyllis | 04-2862 | |
| 262. | Blake, Catherine | 04-2855 | |
| 263. | Blankenship, Edith | 04-2858 | |
| 264. | Blondis, Richard | 04-2855 | |
| 265. | Bobowski, Yenia | 04-2860 | |
| 266. | Boggs, Thomas | 04-2855 | |
| 267. | Bolton, Gladys | 04-2854 | |
| 268. | Bonshoff, Raymond | 04-2851 | |
| 269. | Bourne, Rena | 04-2851 | |
| 270. | Bowen, Gloria | 04-2859 | |
| 271. | Brach, Edward | 04-2859 | |
| 272. | Bradley, Lula | 04-2854 | |
| 273. | Bradley, Marion | 04-2854 | |
| 274. | Brand, Elva | 04-2854 | |
| 275. | Brantley, Mary | 04-2854 | |
| 276. | Bray, James | 04-2851 | |
| 277. | Brenden, Ronald | 04-2856 | |