E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 278. | Brescia, Roland | 04-2851 | |
| 279. | Brewer, Robert | 04-2859 | |
| 280. | Bridge, David | 04-2861 | |
| 281. | Bridges, Dora | 04-2854 | |
| 282. | Briggs, James | 04-2860 | |
| 283. | Bright, Donna | 04-2862 | |
| 284. | Britt, Bill | 04-2861 | |
| 285. | Brockway, Dorothy | 04-2856 | |
| 286. | Brooks, Ronald | 04-2862 | |
| 287. | Broussard, Margret | 04-2855 | |
| 288. | Brown, Florence | 04-2859 | |
| 289. | Brown, Franklin | 04-2859 | |
| 290. | Brown, Johnnie, Jr. | 04-2854 | |
| 291. | Brown, Joyce | 04-2853 | |
| 292. | Brown, Maggie | 04-2854 | |
| 293. | Browning, Chester | 04-2856 | |
| 294. | Buck, Catherine | 04-2857 | |
| 295. | Buckley, Bob | 04-2860 | |
| 296. | Buehler, Jerry | 04-2859 | |
| 297. | Bullick, Carl | 04-2852 | |
| 298. | Bulzomi, Anita | 04-2851 | |
| 299. | Bulzomi, Marion | 04-2851 | |
| 300. | Burge, Jean | 04-2858 | |
| 301. | Burkhalter, Garnett, Sr. | 04-2852 | |
| 302. | Burnham, Lyle | 04-2856 | |
| 303. | Buswell, Joan | 04-2851 | |
| 304. | Butler, Jasper | 04-2863 | |
| 305. | Byford, Donna | 04-2852 | |
| 306. | Byler, Rick | 04-2852 | |
| 307. | Caballero, Esther | 04-2851 | |
| 308. | Cail, Essie | 04-2854 | |
| 309. | Cain, Clarence | 04-2859 | |
| 310. | Caine, Ron | 04-2852 | |
| 311. | Calderon, Carlos | 04-2859 | |
| 312. | Calley, David | 04-2852 | |
| 313. | Campbell, Marilouise | 04-2854 | |
| 314. | Campbell, Nellie | 04-2861 | |
| 315. | Cannon, John, Sr. | 04-2851 | |
| 316. | Cannon, Walter | 04-2857 | |
| 317. | Canton, James | 04-2856 | |
| 318. | Capon, James | 04-2857 | |
| 319. | Carey, Barbara | 04-2861 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 320. | Carl, Sharron | 04-2851 | |
| 321. | Carlson, Susan | 04-2856 | |
| 322. | Cason, James | 04-2855 | |
| 323. | Castillo, Roger | 04-2851 | |
| 324. | Catlett, Arthur, Sr. | 04-2854 | |
| 325. | Cavallo, Frank | 04-2851 | |
| 326. | Caywood, J.W. | 04-2852 | |
| 327. | Center, Walter | 04-2853 | |
| 328. | Chambers, Barbara | 04-2854 | |
| 329. | Cheek, Dorothy | 04-2857 | |
| 330. | Child, Connie | 04-2860 | |
| 331. | Ching, Gerald | 04-2861 | |
| 332. | Chitwood, Louvene | 04-2853 | |
| 333. | Christian, Emil | 04-2861 | |
| 334. | Cinciarelli, Michael | 04-2859 | |
| 335. | Cisneros, Antonio | 04-2851 | |
| 336. | Clark, Betty | 04-2861 | |
| 337. | Clark, Charles, Jr. | 04-2855 | |
| 338. | Clark, Desiree | 04-2851 | |
| 339. | Clark, Franklin | 04-2858 | |
| 340. | Clark, Richard | 04-2858 | |
| 341. | Clark, Thomas, Jr. | 04-2851 | |
| 342. | Clay, Josie | 04-2854 | |
| 343. | Cline, Audrey | 04-2862 | |
| 344. | Cline, Charles G. | 04-2862 | |
| 345. | Cochran, Eugene | 04-2859 | |
| 346. | Cochran, Hattye | 04-2863 | |
| 347. | Cody, Scott | 04-2857 | |
| 348. | Cohen, Alex | 04-2853 | |
| 349. | Cole, Theda | 04-2852 | |
| 350. | Coleman, John | 04-2854 | |
| 351. | Coleman, Lillian | 04-2854 | |
| 352. | Colley, Marjorie | 04-2859 | |
| 353. | Colon, Jesus | 04-2854 | |
| 354. | Colvin, Michael | 04-2853 | |
| 355. | Connelly, Eunice | 04-2861 | |
| 356. | Connor, Chet | 04-2860 | |
| 357. | Cooper, Gerald | 04-2853 | |
| 358. | Corder, Gloria | 04-2853 | |
| 359. | Cornett, Mary | 04-2859 | |
| 360. | Cortez, Manuel | 04-2851 | |
| 361. | Cothran, Albert | 04-2852 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 362. | Cottrell, Larry | 04-2862 | |
| 363. | Coughlin, Claudette | 04-2860 | |
| 364. | Cox, Marvin | 04-2857 | |
| 365. | Crosten, Carol | 04-2862 | |
| 366. | Crouse, Virginia | 04-2851 | |
| 367. | Cruz, Manuel, Sr. | 04-2851 | |
| 368. | Cubillas, Horacio | 04-2851 | |
| 369. | Culver, Hazel | 04-2851 | |
| 370. | Curtis, Mona | 04-2860 | |
| 371. | Dampeer, Steve | 04-2854 | |
| 372. | Daniel, Buel | 04-2851 | |
| 373. | Daniels, Barbara | 04-2862 | |
| 374. | Daniels, Etta | 04-2861 | |
| 375. | Daniels, Jesse | 04-2858 | |
| 376. | Dattner, Kurt | 04-2851 | |
| 377. | Datz, Elzbieta | 04-2856 | |
| 378. | Davenport, Jim | 04-2852 | |
| 379. | David, Joseph | 04-2860 | |
| 380. | David, Mary | 04-2860 | |
| 381. | Davidson, Chris | 04-2851 | |
| 382. | Davidson, Jacqueline | 04-2851 | |
| 383. | Davis, Fred | 04-2857 | |
| 384. | Davis, John | 04-2862 | |
| 385. | Davis, June | 04-2860 | |
| 386. | Davis, Thomas | 04-2851 | |
| 387. | Day, Jon | 04-2860 | |
| 388. | Deal, Emore | 04-2853 | |
| 389. | Dean, Lawrence | 04-2859 | |
| 390. | Deese, Margaret | 04-2854 | |
| 391. | del Valle, Susana | 04-2854 | |
| 392. | Delgado, Bennie | 04-2860 | |
| 393. | Deneault, Charlotte | 04-2859 | |
| 394. | Dennis, Myrga | 04-2851 | |
| 395. | Dewar, Owen | 04-2860 | |
| 396. | Di Diego, Genaro | 04-2859 | |
| 397. | Dillon, Brenda | 04-2863 | |
| 398. | Dillon, Jack | 04-2855 | |
| 399. | DiMatteo, Donna | 04-2863 | |
| 400. | Diombala, Jeanne | 04-2854 | |
| 401. | Dixon, Annie | 04-2853 | |
| 402. | Dixon, E.C. | 04-2851 | |
| 403. | Dowdell, Sharyn | 04-2859 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 404. | Dowell, Frances | 04-2852 | |
| 405. | Doyle, Patrick | 04-2856 | |
| 406. | Drake, Mary | 04-2852 | |
| 407. | Driver, Luther | 04-2854 | |
| 408. | Dudziak, Kathy | 04-2861 | |
| 409. | Duncan, Linda | 04-2855 | |
| 410. | Dunham, Audrey | 04-2851 | |
| 411. | Dupart, Janet | 04-2854 | |
| 412. | Durrett, Bob | 04-2861 | |
| 413. | Dyson, Rozell | 04-2854 | |
| 414. | Earl, Patricia | 04-2856 | |
| 415. | Eason, Craig | 04-2856 | |
| 416. | Eddins, Barbara | 04-2859 | |
| 417. | Edmond, Dorothy | 04-2854 | |
| 418. | Edmonds, Tim | 04-2851 | |
| 419. | Edwards, Betty | 04-2860 | |
| 420. | Edwards, Nancy | 04-2854 | |
| 421. | Eldridge, Brian | 04-2859 | |
| 422. | Elgin, Phyllis | 04-2858 | |
| 423. | Elles, Michael | 04-2860 | |
| 424. | Ely, Thelma | 04-2854 | |
| 425. | Ennis, Dwayen | 04-2854 | |
| 426. | Entwisle, Linda | 04-2856 | |
| 427. | Epps, Oreader | 04-2860 | |
| 428. | Epstein, Edward | 04-2859 | |
| 429. | Escher, Martha | 04-2861 | |
| 430. | Eseke, David | 04-2855 | |
| 431. | Eseke, Janice | 04-2855 | |
| 432. | Espana, Amparo | 04-2856 | |
| 433. | Estrada, Gertrude | 04-2851 | |
| 434. | Evans, Betty | 04-2853 | |
| 435. | Evans, Delores | 04-2854 | |
| 436. | Evans, Ethel | 04-2863 | |
| 437. | Everette, Eurtha | 04-2863 | |
| 438. | Ewaskey, Raymond | 04-2858 | |
| 439. | Eyerly, Don | 04-2856 | |
| 440. | Fabio, Thomas | 04-2860 | |
| 441. | Facemire, Randy | 04-2858 | |
| 442. | Farrell, Armelia | 04-2854 | |
| 443. | Fennell, Natesha | 04-2857 | |
| 444. | Fettig, Gina | 04-2857 | |
| 445. | Few, Shirley | 04-2857 | |

E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 446. | Finch, Barbara | 04-2857 | |
| 447. | Fisher, Robert | 04-2851 | |
| 448. | Fithen, Ralph | 04-2855 | |
| 449. | Flanagan, Wilbur | 04-2854 | |
| 450. | Fleming, Christine | 04-2854 | |
| 451. | Fletcher, Ruth | 04-2860 | |
| 452. | Ford, Jerry | 04-2851 | |
| 453. | Ford, Ronald | 04-2854 | |
| 454. | Ford, Sam | 04-2857 | |
| 455. | Foreman, Lillian | 04-2851 | |
| 456. | Fortier, Stephen | 04-2851 | |
| 457. | Foster, Lessie | 04-2853 | |
| 458. | Fournier, Maria | 04-2861 | |
| 459. | Fowler, Chelcey | 04-2851 | |
| 460. | Fowler, Courtney | 04-2860 | |
| 461. | Francies, Norma | 04-2855 | |
| 462. | Francis, Anna | 04-2863 | |
| 463. | Frank, Henry, III | 04-2858 | |
| 464. | Freed, Evelyn | 04-2851 | |
| 465. | Friend, Bob | 04-2855 | |
| 466. | Fritz, Leonard | 04-2857 | |
| 467. | Fuller, Anneleashen | 04-2854 | |
| 468. | Fuller, William | 04-2851 | |
| 469. | Gadsen, Sam | 04-2854 | |
| 470. | Gaiser, Jean | 04-2856 | |
| 471. | Galasso, Rocco | 04-2851 | |
| 472. | Garcia, Gilberto | 04-2854 | |
| 473. | Garcia, Irene | 04-2851 | |
| 474. | Garcia, Linda | 04-2860 | |
| 475. | Gardner, Emerda | 04-2854 | |
| 476. | Gardner, Robert | 04-2860 | |
| 477. | Garland, Ann | 04-2859 | |
| 478. | Garrison, Gary | 04-2862 | |
| 479. | Gasser, Mary | 04-2852 | |
| 480. | Gaxiola, Maria | 04-2855 | |
| 481. | Gent, Margaret | 04-2851 | |
| 482. | Gialamas, Alice | 04-2854 | |
| 483. | Gibson, Alma | 04-2851 | |
| 484. | Gillmore, Frances | 04-2856 | |
| 485. | Gisclair, Michael | 04-2861 | |
| 486. | Golff, Virginia | 04-2859 | |
| 487. | Goll, Albert | 04-2855 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 488. | Gomez, Julian | 04-2863 | |
| 489. | Gomez, Raven | 04-2859 | |
| 490. | Gonatice, Cirilo | 04-2861 | |
| 491. | Gonzalez, Marion | 04-2854 | |
| 492. | Gonzalez, Nellie | 04-2859 | |
| 493. | Goodwin, Sheryl | 04-2863 | |
| 494. | Goody, Marcella | 04-2856 | |
| 495. | Goorvich, Kima | 04-2851 | |
| 496. | Goorvich, Lev | 04-2851 | |
| 497. | Gora, Nancy | 04-2854 | |
| 498. | Gordon, Frances | 04-2858 | |
| 499. | Gould, Ernestine | 04-2854 | |
| 500. | Gradillas, Alex | 04-2851 | |
| 501. | Graham, Ruby | 04-2853 | |
| 502. | Granham, Versie | 04-2854 | |
| 503. | Granillo, Luis | 04-2855 | |
| 504. | Graves, Effie | 04-2854 | |
| 505. | Gray, George | 04-2861 | |
| 506. | Green, Frankie | 04-2854 | |
| 507. | Green, Patricia | 04-2862 | |
| 508. | Green, Victor | 04-2862 | |
| 509. | Greenlee, Dolores | 04-2854 | |
| 510. | Griggs, Mike | 04-2861 | |
| 511. | Griggs, Ruthie | 04-2854 | |
| 512. | Grissom, Eddie, Sr. | 04-2853 | |
| 513. | Gross, Walter | 04-2851 | |
| 514. | Grube, Virgie | 04-2851 | |
| 515. | Guthrie, Dolores | 04-2856 | |
| 516. | Gutierrez, Isabel | 04-2854 | |
| 517. | Hagen, Wilma | 04-2861 | |
| 518. | Hager, Dottie | 04-2858 | |
| 519. | Hamaker, Keith | 04-2863 | |
| 520. | Hamilton, Gerald | 04-2856 | |
| 521. | Hammond, Bettie | 04-2854 | |
| 522. | Haro, Sal | 04-2855 | |
| 523. | Harper, Belinda | 04-2853 | |
| 524. | Harper, Bonnie | 04-2854 | |
| 525. | Harrigan, Richard | 04-2860 | |
| 526. | Harris, Lottie | 04-2853 | |
| 527. | Harris, Ruby | 04-2854 | |
| 528. | Harrop, Ina | 04-2857 | |
| 529. | Harvey, Carolyn | 04-2854 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 530. | Haskett, Lester | 04-2859 | |
| 531. | Haught, Ronald | 04-2858 | |
| 532. | Hausner, James | 04-2851 | |
| 533. | Hawkins, Betty | 04-2863 | |
| 534. | Hawkins, Judith | 04-2852 | |
| 535. | Haynes, Robert, Jr. | 04-2859 | |
| 536. | Haywood, Daryl | 04-2854 | |
| 537. | Hazen, Jules | 04-2853 | |
| 538. | Hedberg, Velma | 04-2860 | |
| 539. | Heinicke, Bruce | 04-2859 | |
| 540. | Heller, Andrew | 04-2851 | |
| 541. | Henderson, Johnnie | 04-2852 | |
| 542. | Henowski, Anna | 04-2854 | |
| 543. | Hensley, Nancy | 04-2851 | |
| 544. | Herrald, Lahoma | 04-2858 | |
| 545. | Herring, Leyda | 04-2851 | |
| 546. | Heslin, Jean | 04-2853 | |
| 547. | Hicks, Roberta | 04-2852 | |
| 548. | Hill, Earl | 04-2852 | |
| 549. | Hill, John | 04-2858 | |
| 550. | Hill, Larry | 04-2856 | |
| 551. | Hinton, Mary | 04-2854 | |
| 552. | Hoch, Edna | 04-2861 | |
| 553. | Hodgen, Melvin | 04-2854 | |
| 554. | Hofbauer, Sharon | 04-2861 | |
| 555. | Hoffman, Jean | 04-2851 | |
| 556. | Holladay, Linda | 04-2861 | |
| 557. | Holland, Dorothy | 04-2852 | |
| 558. | Holland, John | 04-2859 | |
| 559. | Holland, Verlas | 04-2852 | |
| 560. | Hollatz, Herbert | 04-2851 | |
| 561. | Holtzman, Barry | 04-2859 | |
| 562. | Homer, Calvin | 04-2857 | |
| 563. | Hook, Betty | 04-2857 | |
| 564. | Hopper, Garland | 04-2861 | |
| 565. | Horne, Phyliss | 04-2861 | |
| 566. | Horner, Jodeane | 04-2850 | |
| 567. | Horton, Ozella | 04-2854 | |
| 568. | Hoshida, Elaine | 04-2859 | |
| 569. | Hoth, Gerald | 04-2860 | |
| 570. | Houle, Charles | 04-2856 | |
| 571. | Houvouras, Aphrodite | 04-2854 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 572. | Howard, Edward | 04-2853 | |
| 573. | Howard, Kenneth | 04-2857 | |
| 574. | Huber, Vernon | 04-2857 | |
| 575. | Hudson, James | 04-2858 | |
| 576. | Hudson, Samuel | 04-2854 | |
| 577. | Hulett, Kenneth | 04-2856 | |
| 578. | Humphrey, Ralph | 04-2857 | |
| 579. | Hunter, Elizabeth | 04-2853 | |
| 580. | Hurvitz, Evelyn | 04-2854 | |
| 581. | Hyde, Archie | 04-2853 | |
| 582. | Jackson, Fannie | 04-2854 | |
| 583. | Jacobson, Obed | 04-2850 | |
| 584. | Jagodowski, Richard | 04-2851 | |
| 585. | Jamison, Robert | 04-2855 | |
| 586. | Jarrett, Paul | 04-2851 | |
| 587. | Jennings, General | 04-2853 | |
| 588. | Johnson, Albert | 04-2858 | |
| 589. | Johnson, Ann | 04-2854 | |
| 590. | Johnson, Arthur | 04-2856 | |
| 591. | Johnson, Delores | 04-2863 | |
| 592. | Johnson, Leighton | 04-2855 | |
| 593. | Johnson, Pamela | 04-2854 | |
| 594. | Johnson, Phyllis A. | 04-2858 | |
| 595. | Johnson, Ruth | 04-2862 | |
| 596. | Johnson, Teresa | 04-2851 | |
| 597. | Joiner, Sonja | 04-2860 | |
| 598. | Jones, Billie | 04-2854 | |
| 599. | Jones, Charles | 04-2854 | |
| 600. | Jones, Cordia | 04-2854 | |
| 601. | Jones, Linnis | 04-2857 | |
| 602. | Jones, Robert | 04-2857 | |
| 603. | Jordan, Freddie | 04-2854 | |
| 604. | Jordan, Kenneth | 04-2860 | |
| 605. | Joseph, Dorothy | 04-2856 | |
| 606. | Joyce, Gerald | 04-2850 | |
| 607. | Kallen, Floyd | 04-2861 | |
| 608. | Kane, John | 04-2861 | |
| 609. | Kanehl, Helen | 04-2857 | |
| 610. | Kaonohi, Alexander, Jr. | 04-2861 | |
| 611. | Kappos, Andreas | 04-2854 | |
| 612. | Karst, Wilma | 04-2862 | |
| 613. | Keller, Marvin | 04-2859 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 614. | Kelly, Constance | 04-2858 | |
| 615. | Kelly, Ralph | 04-2853 | |
| 616. | Kemp, Jeff | 04-2851 | |
| 617. | Kempema, Nancy | 04-2854 | |
| 618. | Kennedy, Darrow | 04-2854 | |
| 619. | Kennedy, Joann | 04-2863 | |
| 620. | Key, Rita | 04-2854 | |
| 621. | Khan, Jan | 04-2854 | |
| 622. | Kidwell, Kathleen | 04-2856 | |
| 623. | Kielar, Janine | 04-2851 | |
| 624. | King, Marilyn | 04-2857 | |
| 625. | King, Robert | 04-2852 | |
| 626. | Kinniel, Amanda | 04-2854 | |
| 627. | Kirkman, Willie | 04-2854 | |
| 628. | Klinenberg, Charles | 04-2854 | |
| 629. | Klink, Vauna | 04-2850 | |
| 630. | Knecht, John | 04-2859 | |
| 631. | Knotts, Earnie | 04-2862 | |
| 632. | Korschel, Marsha | 04-2851 | |
| 633. | Kowal, Paul | 04-2861 | |
| 634. | Krier, Raymond | 04-2855 | |
| 635. | Kron, Berthold | 04-2851 | |
| 636. | Kummel, Dorothy | 04-2850 | |
| 637. | Kuykendall, Arlie | 04-2858 | |
| 638. | Labarca, Jose | 04-2859 | |
| 639. | Labelle, Shirley | 04-2855 | |
| 640. | Lambert, Henry | 04-2858 | |
| 641. | Land, Meredith | 04-2859 | |
| 642. | Landry, Marilyn | 04-2851 | |
| 643. | Lane, Lois | 04-2854 | |
| 644. | Langley, James | 04-2851 | |
| 645. | Langreder, Ernest | 04-2851 | |
| 646. | Lanning, Inez | 04-2857 | |
| 647. | Larkins, Etta | 04-2854 | |
| 648. | Larson, Norman | 04-2857 | |
| 649. | Larson, Raymond | 04-2855 | |
| 650. | Lauderman, Dearld | 04-2862 | |
| 651. | Laugsand, Vern | 04-2857 | |
| 652. | Law, Patricia | 04-2862 | |
| 653. | Lawrence, Larry | 04-2855 | |
| 654. | Layne, Jo Ellen | 04-2858 | |
| 655. | Lear, Patricia | 04-2854 | |

E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 656. | Leaton, Ronald | 04-2861 | |
| 657. | LeGrand, Michiru | 04-2859 | |
| 658. | Lehner, Michael | 04-2860 | |
| 659. | Leinwar, Maria | 04-2860 | |
| 660. | Lemmon, Dennis | 04-2851 | |
| 661. | Lemon, Patricia | 04-2860 | |
| 662. | Lenger, David | 04-2853 | |
| 663. | Lenoce, Alton | 04-2863 | |
| 664. | Lessell, Elaine | 04-2850 | |
| 665. | Lestarczyk, John | 04-2859 | |
| 666. | Levy, Robert | 04-2860 | |
| 667. | Lewis, Florine | 04-2854 | |
| 668. | Lewis, Vanna | 04-2852 | |
| 669. | Lightiser, Thomas | 04-2860 | |
| 670. | Little, Margaret | 04-2854 | |
| 671. | Livernois, Roger | 04-2855 | |
| 672. | Lloyd, David | 04-2860 | |
| 673. | Lodge, Sylvia | 04-2862 | |
| 674. | Lofton, Ivory | 04-2854 | |
| 675. | Lombard, Jill | 04-2855 | |
| 676. | Long, Lynda | 04-2852 | |
| 677. | Long, Vaughn | 04-2860 | |
| 678. | Loren, Olav | 04-2853 | |
| 679. | Loudenback, Henry, Sr. | 04-2852 | |
| 680. | Love, Nellie | 04-2856 | |
| 681. | Lucero, John | 04-2855 | |
| 682. | Lucht, Gary | 04-2861 | |
| 683. | Lund, Erick | 04-2852 | |
| 684. | Mace, Anne | 04-2857 | |
| 685. | Madrid, Augustin | 04-2863 | |
| 686. | Mahmood, Hasan | 04-2853 | |
| 687. | Maloy, Edward | 04-2850 | |
| 688. | Mancino, James | 04-2854 | |
| 689. | Mann, Beulah | 04-2863 | |
| 690. | Manzo, Marilyn | 04-2854 | |
| 691. | Marcus, William | 04-2854 | |
| 692. | Maretta, Frank | 04-2854 | |
| 693. | Marez, Grace | 04-2851 | |
| 694. | Markovich, Samuel | 04-2851 | |
| 695. | Marotta, Alfred | 04-2851 | |
| 696. | Marotta, Mary | 04-2851 | |
| 697. | Marquez, Marla | 04-2859 | |

E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 698. | Marshall, Bonnie | 04-2850 | |
| 699. | Marsteller, Muriel | 04-2850 | |
| 700. | Mart, Dorothy | 04-2851 | |
| 701. | Martin, Delbert | 04-2860 | |
| 702. | Martin, Mary | 04-2858 | |
| 703. | Martin, Robert | 04-2859 | |
| 704. | Martin, Ronnie | 04-2858 | |
| 705. | Martinez, Alberto | 04-2854 | |
| 706. | Martinez, Estella | 04-2851 | |
| 707. | Mata, Gonzalo | 04-2851 | |
| 708. | Mates, Barry | 04-2851 | |
| 709. | Matney, Bill | 04-2850 | |
| 710. | Matthes, Harriett | 04-2850 | |
| 711. | Matthews, Jack | 04-2850 | |
| 712. | Maukstad, Winnifred | 04-2855 | |
| 713. | Mauzy, Vernon | 04-2851 | |
| 714. | Maxwell, Benjamin | 04-2854 | |
| 715. | McCamury, Arlene | 04-2854 | |
| 716. | McCann, Marilyn | 04-2860 | |
| 717. | McCaster, Viola | 04-2854 | |
| 718. | McCraley, George | 04-2854 | |
| 719. | McDaniel, Susan | 04-2858 | |
| 720. | McDermott, Bruce | 04-2850 | |
| 721. | McDonald, Angelina | 04-2859 | |
| 722. | McDowell, Billy | 04-2859 | |
| 723. | McElroy, Linda | 04-2857 | |
| 724. | McGuire, Anita | 04-2856 | |
| 725. | McGuire, Marie | 04-2851 | |
| 726. | McKeever, Billy | 04-2851 | |
| 727. | McKenzie, Arlon L., Sr. | 04-2855 | |
| 728. | McKinney, Bob | 04-2856 | |
| 729. | McMachen, Carrie | 04-2859 | |
| 730. | McNabb, Joyce | 04-2860 | |
| 731. | McNally, Therese | 04-2851 | |
| 732. | McNeil, Shirley | 04-2851 | |
| 733. | McNelly, Iris | 04-2850 | |
| 734. | McQueen, Shirley | 04-2851 | |
| 735. | McWilliams, Sharon | 04-2854 | |
| 736. | Mena, Max | 04-2855 | |
| 737. | Menear, Charles | 04-2862 | |
| 738. | Mestas, John | 04-2856 | |
| 739. | Metzger, Teresa | 04-2853 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 740. | Meyer, Herman | 04-2856 | |
| 741. | Meyer, Ronald | 04-2856 | |
| 742. | Mezei, Judith | 04-2859 | |
| 743. | Michael, Nancy | 04-2859 | |
| 744. | Mick, Veronica | 04-2858 | |
| 745. | Miller, Beverly | 04-2862 | |
| 746. | Miller, Delores | 04-2859 | |
| 747. | Miller, Merle | 04-2855 | |
| 748. | Milligan, Kipp | 04-2857 | |
| 749. | Minugh, Marion | 04-2852 | |
| 750. | Miras, John | 04-2861 | |
| 751. | Mireles, Alice | 04-2855 | |
| 752. | Mitchell, Billy | 04-2853 | |
| 753. | Mitchell, James | 04-2861 | |
| 754. | Mitchell, Kenneth | 04-2862 | |
| 755. | Mitchell, Mary | 04-2855 | |
| 756. | Miyagishima, Josephine | 04-2860 | |
| 757. | Mohamed, Mohamed | 04-2854 | |
| 758. | Moles, Johnny | 04-2862 | |
| 759. | Molgaard, Louise | 04-2861 | |
| 760. | Montalbano, James | 04-2854 | |
| 761. | Montano, Frances | 04-2855 | |
| 762. | Moore, Dorothy | 04-2858 | |
| 763. | Moore, Patsy | 04-2861 | |
| 764. | Moore, Richard | 04-2850 | |
| 765. | Mora, Salvador | 04-2855 | |
| 766. | Morales, Ruben | 04-2855 | |
| 767. | Morian, Barbara | 04-2859 | |
| 768. | Morris, Daniel | 04-2853 | |
| 769. | Morris, Virginia | 04-2855 | |
| 770. | Morrow, Johnnie | 04-2854 | |
| 771. | Morvillo, Effie | 04-2860 | |
| 772. | Moser, Opal | 04-2853 | |
| 773. | Moses, Gina | 04-2863 | |
| 774. | Moskwa, Alex | 04-2857 | |
| 775. | Mouw, Freda | 04-2861 | |
| 776. | Mulcahy, Thomas | 04-2854 | |
| 777. | Mumma, Richard | 04-2855 | |
| 778. | Munk, Mari | 04-2859 | |
| 779. | Munoz, Cora | 04-2850 | |
| 780. | Murdock, Ethel | 04-2862 | |
| 781. | Murr, Eugene | 04-2857 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 782. | Murray, Beatrice | 04-2854 | |
| 783. | Murray, Rubena | 04-2853 | |
| 784. | Nagore, Frank | 04-2855 | |
| 785. | Nastasi-Harris, Jan | 04-2859 | |
| 786. | Navigato, Mary Ann | 04-2854 | |
| 787. | Negri, Thomas | 04-2855 | |
| 788. | Nelson, Clyde | 04-2850 | |
| 789. | Nelson, Hattie | 04-2854 | |
| 790. | Nestvold, Lavonne | 04-2859 | |
| 791. | Nettles, Steven | 04-2856 | |
| 792. | Newlin, Connie | 04-2855 | |
| 793. | Newman, William | 04-2855 | |
| 794. | Ney, Adeline | 04-2855 | |
| 795. | Nickerson, Richard | 04-2863 | |
| 796. | Nikolaus, Reva | 04-2855 | |
| 797. | Ninkovic, Vera | 04-2854 | |
| 798. | Nobles, George | 04-2850 | |
| 799. | Norton, Bertha | 04-2855 | |
| 800. | Nottingham, Victoria | 04-2858 | |
| 801. | O'Doan, Jerry | 04-2859 | |
| 802. | O'Neil, Diana | 04-2854 | |
| 803. | Oates, Donald | 04-2853 | |
| 804. | Odom, Juanita | 04-2863 | |
| 805. | Olsen, Linda | 04-2860 | |
| 806. | Ortega, Maria | 04-2854 | |
| 807. | Ortega, Rosa | 04-2855 | |
| 808. | Osburn, Robert | 04-2859 | |
| 809. | Osmolski, Zbigniew | 04-2855 | |
| 810. | Othmer, Virginia | 04-2856 | |
| 811. | Otts, Lee | 04-2855 | |
| 812. | Ouellette, Bob | 04-2855 | |
| 813. | Owen, Dorothy | 04-2850 | |
| 814. | Owin, Estelle | 04-2855 | |
| 815. | Pacheco, Joseph | 04-2861 | |
| 816. | Palacio, Alice | 04-2855 | |
| 817. | Palmer, Lilli | 04-2850 | |
| 818. | Palomino, Carmen | 04-2850 | |
| 819. | Pandula, Francisco | 04-2855 | |
| 820. | Parrish, Lloyd | 04-2850 | |
| 821. | Pasmino, Ramona | 04-2855 | |
| 822. | Patrick, James | 04-2857 | |
| 823. | Patrick, Martin, Sr. | 04-2858 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 824. | Patterson, Doug, Jr. | 04-2861 | |
| 825. | Patterson, Mary | 04-2854 | |
| 826. | Patterson, Robert | 04-2853 | |
| 827. | Patton, Linda | 04-2859 | |
| 828. | Paul, Vernice | 04-2861 | |
| 829. | Paul, William | 04-2860 | |
| 830. | Peace, Amy | 04-2854 | |
| 831. | Pedersen, Wesley | 04-2857 | |
| 832. | Peltier, Lydia | 04-2855 | |
| 833. | Pena, Estella | 04-2860 | |
| 834. | Pennix, Bobbie | 04-2854 | |
| 835. | Peralta, Ray | 04-2855 | |
| 836. | Perez, Arnold | 04-2855 | |
| 837. | Perry, Florence | 04-2854 | |
| 838. | Pete, Calvin | 04-2854 | |
| 839. | Peters, Stephen | 04-2858 | |
| 840. | Peterson, Betty | 04-2860 | |
| 841. | Peterson, Douglas | 04-2857 | |
| 842. | Phenis, Deborah | 04-2862 | |
| 843. | Phillips, Fred | 04-2856 | |
| 844. | Phillips, Samuel | 04-2852 | |
| 845. | Phipps, Kenneth | 04-2852 | |
| 846. | Pierce, Edith | 04-2855 | |
| 847. | Pierce, Joseph | 04-2856 | |
| 848. | Pierson, Paula | 04-2857 | |
| 849. | Pina, Mary | 04-2855 | |
| 850. | Pisklo, Greg | 04-2852 | |
| 851. | Pleasant, Tony | 04-2853 | |
| 852. | Poelman-Lovatt, Leda | 04-2859 | |
| 853. | Pomeroy, Betty | 04-2859 | |
| 854. | Poulin, Geraldine | 04-2855 | |
| 855. | Powers-Torrey, Joan | 04-2859 | |
| 856. | Prahl, Barbara | 04-2857 | |
| 857. | Pratt, Booker | 04-2854 | |
| 858. | Pruitt, Betty | 04-2857 | |
| 859. | Pugh, Audrey | 04-2862 | |
| 860. | Pugh, Lynn | 04-2862 | |
| 861. | Purdie, Pearlie | 04-2855 | |
| 862. | Pye, Harold | 04-2859 | |
| 863. | Qureshi, Siraj | 04-2854 | |
| 864. | Rafferty, Patrick | 04-2860 | |
| 865. | Raggs, Luthicha | 04-2854 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 866. | Rahja, Joretta | 04-2855 | |
| 867. | Randall, Vivine | 04-2852 | |
| 868. | Randolph, Joyce | 04-2854 | |
| 869. | Ray, Olivia | 04-2852 | |
| 870. | Redman, Marilyn | 04-2855 | |
| 871. | Redmond, Josephine | 04-2853 | |
| 872. | Reed, Carlene | 04-2860 | |
| 873. | Reed, Juanita | 04-2859 | |
| 874. | Reed, Levi | 04-2860 | |
| 875. | Reed, Stanley, Jr. | 04-2854 | |
| 876. | Reeves, Delores | 04-2861 | |
| 877. | Reineke, Helen | 04-2862 | |
| 878. | Rey, Irene | 04-2859 | |
| 879. | Riggins, Vicki | 04-2853 | |
| 880. | Ripley, Robert | 04-2855 | |
| 881. | Risley, Betty | 04-2856 | |
| 882. | Rittenhouse, Brenda | 04-2853 | |
| 883. | Ritter, Virginia | 04-2855 | |
| 884. | Robles, Sally | 04-2855 | |
| 885. | Rodriguez, Miguel | 04-2855 | |
| 886. | Rogers, Charles | 04-2859 | |
| 887. | Rogers, Harold | 04-2859 | |
| 888. | Rosol, Avis | 04-2855 | |
| 889. | Ross, S. Burton, Dr. | 04-2855 | |
| 890. | Rothra, Sandra | 04-2851 | |
| 891. | Rowe, Ermaleen | 04-2852 | |
| 892. | Rowell, Edith | 04-2857 | |
| 893. | Rowley, John | 04-2860 | |
| 894. | Ruffino, Peter | 04-2859 | |
| 895. | Runion, James | 04-2858 | |
| 896. | Russo, Mary | 04-2851 | |
| 897. | Rust, Terry | 04-2851 | |
| 898. | Salazar, James | 04-2860 | |
| 899. | Salazar, Socorro | 04-2855 | |
| 900. | Sales, Melba | 04-2852 | |
| 901. | Sampson, Wanda | 04-2860 | |
| 902. | Sanchez, Manuel | 04-2855 | |
| 903. | Sanders, Howard | 04-2852 | |
| 904. | Saunders, Berniece | 04-2855 | |
| 905. | Saunders, Edward | 04-2861 | |
| 906. | Scarlett, Ray | 04-2851 | |
| 907. | Schacht, Gilda | 04-2860 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 908. | Scheckla, Leonard | 04-2856 | |
| 909. | Scheibe, Ruth | 04-2859 | |
| 910. | Schneider, Donald | 04-2851 | |
| 911. | Schneider, Fred | 04-2856 | |
| 912. | Schooley, Betty | 04-2862 | |
| 913. | Schucket, Joachim | 04-2861 | |
| 914. | Scott, Ethel | 04-2859 | |
| 915. | Scott, William | 04-2863 | |
| 916. | Sedig, Susan | 04-2851 | |
| 917. | Selke, George | 04-2857 | |
| 918. | Serrano, Pres | 04-2859 | |
| 919. | Sesler, Buford | 04-2860 | |
| 920. | Shackelford, Alice | 04-2862 | |
| 921. | Shaeffer, Douglas | 04-2851 | |
| 922. | Shaffer, Harvey | 04-2862 | |
| 923. | Shaw, Ruby | 04-2859 | |
| 924. | Shaw-Runions, Mary | 04-2857 | |
| 925. | Shingary, Dora | 04-2859 | |
| 926. | Shipes, Allen | 04-2853 | |
| 927. | Shipley, Greta | 04-2858 | |
| 928. | Sholes, Nanette | 04-2857 | |
| 929. | Shurley, Andy | 04-2853 | |
| 930. | Simm, Della | 04-2855 | |
| 931. | Simmons, Donald | 04-2852 | |
| 932. | Simons, Arthur | 04-2855 | |
| 933. | Singh, Christine | 04-2863 | |
| 934. | Singleton, Ronald | 04-2855 | |
| 935. | Siruno, Demetrio | 04-2860 | |
| 936. | Sita, Michael, Jr. | 04-2855 | |
| 937. | Slack, Charles | 04-2855 | |
| 938. | Slay, Frank | 04-2856 | |
| 939. | Sloan, Bernard | 04-2853 | |
| 940. | Slyter, Margaret | 04-2861 | |
| 941. | Smalley, Doris | 04-2860 | |
| 942. | Smith, Arthur | 04-2855 | |
| 943. | Smith, Bobby | 04-2856 | |
| 944. | Smith, Gay | 04-2856 | |
| 945. | Smith, James | 04-2855 | |
| 946. | Smith, Lenora | 04-2851 | |
| 947. | Smith, Luanne | 04-2863 | |
| 948. | Smith, Michael | 04-2853 | |
| 949. | Smith, Nila | 04-2858 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 950. | Smith, Ricky | 04-2858 | |
| 951. | Smith, Ruby | 04-2851 | |
| 952. | Smith, William | 04-2853 | |
| 953. | Smithee, Janet | 04-2855 | |
| 954. | Smoot, Helen | 04-2857 | |
| 955. | Soto, Jesus | 04-2860 | |
| 956. | Sparks, Edward | 04-2862 | |
| 957. | Speir, Mary | 04-2853 | |
| 958. | Spencer, Hilda | 04-2852 | |
| 959. | Spencer, James, Jr. | 04-2853 | |
| 960. | Sperry, Gladys | 04-2858 | |
| 961. | Spicer, Arthur | 04-2852 | |
| 962. | Sprague, Robert | 04-2855 | |
| 963. | Stallworth, Sweet | 04-2853 | |
| 964. | Stanley, Juanita | 04-2858 | |
| 965. | Stanley, Maurice | 04-2855 | |
| 966. | Stanley, Sherry | 04-2862 | |
| 967. | Stepan, Paul | 04-2856 | |
| 968. | Stevens, Diane | 04-2862 | |
| 969. | Stewart, Billy | 04-2855 | |
| 970. | Sticney, Lafayette, Jr. | 04-2852 | |
| 971. | Stivers, Sharon | 04-2852 | |
| 972. | Stogsdill, Norman | 04-2851 | |
| 973. | Stump, Mary | 04-2855 | |
| 974. | Sullivan, Ardis | 04-2861 | |
| 975. | Summers, Jess | 04-2858 | |
| 976. | Sundell, Earl | 04-2855 | |
| 977. | Sutphin, Mr. | 04-2861 | |
| 978. | Swarer, Dale, Sr. | 04-2852 | |
| 979. | Tave, Lillie | 04-2860 | |
| 980. | Tawney, James | 04-2856 | |
| 981. | Taylor, Dovie | 04-2856 | |
| 982. | Templeton, Randy | 04-2860 | |
| 983. | Terry, Lawrence | 04-2857 | |
| 984. | Thacker, Janet | 04-2862 | |
| 985. | Thomas, Ernest | 04-2853 | |
| 986. | Thomas, Leona | 04-2857 | |
| 987. | Thomasson, Mike | 04-2863 | |
| 988. | Thompson, Alice | 04-2855 | |
| 989. | Thompson, Edward | 04-2859 | |
| 990. | Thompson, Rufus | 04-2859 | |
| 991. | Thornton, Charlene | 04-2853 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 992. | Thorpe, Dennis | 04-2860 | |
| 993. | Thurmond, Jessie | 04-2853 | |
| 994. | Tiffany, Ruth | 04-2855 | |
| 995. | Tilson, Evelyn | 04-2852 | |
| 996. | Timmons, John | 04-2859 | |
| 997. | Tommer, Amy | 04-2859 | |
| 998. | Treat, Stephanie | 04-2855 | |
| 999. | Tucker, Rose | 04-2855 | |
| 1000. | Turner, David | 04-2855 | |
| 1001. | Tuscano, Eutropio | 04-2863 | |
| 1002. | Ungerman, David | 04-2857 | |
| 1003. | Urban, Velma | 04-2852 | |
| 1004. | Valanos, Lucille | 04-2859 | |
| 1005. | Valentine, Carol | 04-2857 | |
| 1006. | Van Arthos, William | 04-2863 | |
| 1007. | van Tomme, Michael | 04-2861 | |
| 1008. | Vann, Lovett | 04-2852 | |
| 1009. | Vann, Sammye | 04-2852 | |
| 1010. | Vawter, Wallace | 04-2851 | |
| 1011. | Villegas, Marcelino | 04-2855 | |
| 1012. | Vivacqua, Barbara | 04-2859 | |
| 1013. | Vocaturo, Ortenzio | 04-2855 | |
| 1014. | Voigt, Edward | 04-2851 | |
| 1015. | Voll, Melvin | 04-2859 | |
| 1016. | Wack, Patricia | 04-2860 | |
| 1017. | Wadleigh, Richard | 04-2856 | |
| 1018. | Waggoner, Carol | 04-2857 | |
| 1019. | Waldron, Deborah | 04-2858 | |
| 1020. | Walker, Harding | 04-2860 | |
| 1021. | Walker, Mildred | 04-2855 | |
| 1022. | Walker, Mildred | 04-2863 | |
| 1023. | Walker, William | 04-2860 | |
| 1024. | Wallace, Marjorie | 04-2852 | |
| 1025. | Walters, Clara | 04-2858 | |
| 1026. | Walton, Patricia | 04-2853 | |
| 1027. | Ware, Dan | 04-2855 | |
| 1028. | Ware, Frances | 04-2852 | |
| 1029. | Warkmeister, Marianne | 04-2859 | |
| 1030. | Watkins, DeWitt | 04-2853 | |
| 1031. | Watkins, Juanita | 04-2852 | |
| 1032. | Watton, Jerry | 04-2861 | |
| 1033. | Webb, Monica | 04-2852 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1034. | Weber, Margaret | 04-2861 | |
| 1035. | Weddle, Thomas | 04-2851 | |
| 1036. | Weddle, Zona | 04-2851 | |
| 1037. | Weeks, Joanna | 04-2855 | |
| 1038. | Weingarten, Dorothy | 04-2851 | |
| 1039. | Welch, Nellie | 04-2855 | |
| 1040. | Welch, William | 04-2855 | |
| 1041. | Werner, Willard | 04-2857 | |
| 1042. | Wert, Maria | 04-2860 | |
| 1043. | Wescott, Janice | 04-2859 | |
| 1044. | Wessels, Laura | 04-2855 | |
| 1045. | West, John | 04-2852 | |
| 1046. | West, Thomas | 04-2852 | |
| 1047. | Whisenant, Lamarylis | 04-2852 | |
| 1048. | Wieners, Joan | 04-2859 | |
| 1049. | Wilcox, Lore | 04-2857 | |
| 1050. | Wilder, Louise | 04-2858 | |
| 1051. | Willhite, Sally | 04-2852 | |
| 1052. | Williams, Donald | 04-2862 | |
| 1053. | Williams, Frank | 04-2859 | |
| 1054. | Williams, Jessie | 04-2855 | |
| 1055. | Williams, Wilma | 04-2852 | |
| 1056. | Williamson, Norman | 04-2853 | |
| 1057. | Williamson, Rozell | 04-2853 | |
| 1058. | Willis, Patricia | 04-2855 | |
| 1059. | Wilson, Henry | 04-2855 | |
| 1060. | Wilson, Reba | 04-2858 | |
| 1061. | Winterbottom, Lilian | 04-2855 | |
| 1062. | Winward, Kenneth | 04-2860 | |
| 1063. | Withrow, Arbutus Mae | 04-2858 | |
| 1064. | Wong, Munn | 04-2855 | |
| 1065. | Woodhouse, Lillian | 04-2855 | |
| 1066. | Worsham, Jintina | 04-2860 | |
| 1067. | Wright, Jimmy | 04-2853 | |
| 1068. | Wright, Meredith | 04-2861 | |
| 1069. | Wright, Russell | 04-2852 | |
| 1070. | Wyatt, Roger | 04-2859 | |
| 1071. | Yamamoto, Karen | 04-2861 | |
| 1072. | Ybarra, Martha | 04-2855 | |
| 1073. | York, David, Sr. | 04-2853 | |
| 1074. | Young, Lance | 04-2860 | |
| 1075. | Young, Paula | 04-2859 | |

E-SERVED 10/06/04 02:06 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1076. | Young, Richard | 04-2856 | |
| 1077. | Yuill, Gregory | 04-2852 | |
| 1078. | Ziegler, Doris | 04-2859 | |
| 1079. | Butler, Vernice | 04-2869 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>2300 Lyric Centre Building<br>440 Louisiana<br>Houston, Texas 77002<br>P: (713) 236-2677<br>F: (713) 223-4870 |
| 1080. | Johnston, Karen | 04-2867 | Don S. Strong, Esq.<br>STRONG, MARTIN & ASSOCIATES<br>120 North Robinson, Suite 2700<br>Oklahoma City, Oklahoma 73102<br>P: (405) 604-7500<br>F: (405) 604-7503 |
| 1081. | Lloyd, Martin | 04-2867 | |
| 1082. | Long, Clark | 04-2867 | |
| 1083. | Pointer, Jack D., Jr. | 04-2867 | |
| 1084. | Knight, Eva | 03-4963 | J. DeWayne Thomas, Esq.<br>P.O. Box 65<br>Jackson, Mississippi 39205-0065<br>P: (601) 355-0654<br>F: (601) 948-3549 |

## MN PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Cousel Name/Address |
|---|---|---|---|
| 1. | Bernander, Norma | 04-1726 | Paul J. Pennock<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038<br>212-558-5500<br>212-344-5461 (fax) |
| 2. | Hanes, Jacob | 04-1721 | |
| 3. | Manning, Billy | 04-1723 | |
| 4. | Pressley, Grace | 04-1724 | |

E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Cousel Name/Address |
|---|---|---|---|
| 5. | Johnson, Charles | 04-1513 | Charles H. Johnson, Esq.<br>Johnson & Associates<br>2599 Mississippi Street<br>New Brighton, MN 55112<br>651-633-5685<br>651-633-4442 (fax) |
| 6. | Layfield, Alice | 04-1514 | |
| 7. | McIntyre, Lonnie | 04-1532 | |