E-SERVED
10/06/04
02:06 PM ET
Baycol MDL 1431

# CERTIFICATE OF SERVICE

I, Daniel C. Burke, certify that a true and correct copy was electronically served to counsel of record via Verilaw on October 6, 2004.

Daniel C. Burke