# INVOLVED COUNSEL LIST(CTO-43)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Stephen John Fearon, Jr.
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

Brian A. Goldstein
Celino & Barnes, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street
Suite 300
Jackson, MS 39205-0650

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Brandon Lee Ogburn
Campbell, Cherry, Harrison, Davis & Dove
P.O. Box 5229
Jackson, MS 39296-5229

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

James D. Shannon
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

Joy R. Simon
Napoli, Kaiser, Bern & Associates, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY 11739

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

SCANNED
OCT 08 2004
DISTRICT COURT MPLS