UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD/JGL)

This Document Relates to:

Certain Weitz & Luxemberg's Plaintiffs

---

This matter is before the Court upon the expedited motion of Weitz & Luxemberg for a stay of Chief Magistrate Judge Lebedoff's Order dated September 27, 2004. Based on the submissions of counsel,

IT IS HEREBY ORDERED that the motion will be granted, in part, and the Order of Chief Magistrate Judge Lebedoff dated September 27, 2004 is stayed for a period of thirty (30) days from the date of this Order.

Date: October 8, 2004

__s/Michael J. Davis___________________
Michael J. Davis
United States District Court