A CERTIFIED TRUE COPY

OCT 13 2004

ATTEST

FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 13 2004

FILED CLERK'S OFFICE

***DOCKET NO. 1431***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Harold Plunk, et al. v. Bayer Corp., et al.*, E.D. Pennsylvania, C.A. No. 2:02-6375

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order ("CTO-42") was filed in this action (*Plunk*) on September 9, 2004. In the absence of any opposition, CTO-42 was finalized with respect to *Plunk* on September 27, 2004. The Panel has now learned, however, that *Plunk* was previously transferred to the District of Minnesota in MDL-1431 pursuant to an earlier conditional transfer order ("CTO-41") filed on August 4, 2004, and finalized on August 20, 2004.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-42" filed on September 9, 2004, is VACATED as redundant insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

SCANNED
OCT 19 2004
U.S. DISTRICT COURT MPLS

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
BY U.S. MAIL
2004 OCT 19 AM 9:58
CLERK, U.S. DIST. COURT
MINNEAPOLIS

October 13, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Harold Plunk, et al. v. Bayer Corp., et al.,* E.D. Pennsylvania, C.A. No. 2:02-6375

Dear Mr. Sletten:

I am enclosing a certified copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Enclosure

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judge: Judge Cynthia M. Rufe
Transferor Clerk: Michael E. Kunz