**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, "Phase I Plaintiffs" were required to serve upon Defendants completed Supplemental Discovery Disclosures by June 7, 2004. Certain Plaintiffs represented by Weitz and Luxenberg were granted 30-day and 60-day extensions but are still at least 24 days delinquent in their discovery obligations as of October 6, 2004. Following an instruction from the Court to omit Plaintiffs subject to the pending motions for withdrawal or voluntary dismissal, the PSC and Defendants have submitted a stipulated list of Phase I Plaintiffs who are

subject to dismissal under PTO 114. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 114 by November 3, 2004, 5:00 p.m., Central Standard Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by November 3, 2004, 5:00 p.m., Central Standard Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: October 20, 2004

_s/ Jonathan Lebedoff_______________
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

# Exhibit A

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Carpenter, John | 02-0747 | Paul Pennock |
| 2. | Tomko, Robert | 02-0747 | |
| 3. | Clay, Howard | 02-1028 | Weitz & Luxenberg, PC |
| 4. | Paden, Donald | 02-1030 | |
| 5. | Williamson, Larry | 02-1031 | 180 Maiden Lane |
| 6. | Trickler, Loretta | 02-1035 | |
| 7. | Trinh, Bao | 02-1037 | New York, New York 10038-4925 |
| 8. | Tucker, Mike | 02-1040 | |
| 9. | Jones, Heather | 02-1041 | 212-558-5500 |
| 10. | Lahr, Eva | 02-1044 | |
| 11. | Sveda, Joan | 02-1047 | 212-344-5461 (fax) |
| 12. | Taylor, Jerry | 02-1047 | |
| 13. | Woltz, Michael | 02-1047 | |
| 14. | Crystal, Richard | 02-1167 | |
| 15. | Abbott, Maude | 02-1168 | |
| 16. | Webb, Deborah V. | 02-1198 | |
| 17. | Berridge, Sharon | 02-1405 | |
| 18. | Ejan, Glen P. | 02-1469 | |
| 19. | Affolter, Victoria | 02-1471 | |
| 20. | Bennerson, Josephine | 02-1474 | |
| 21. | Check, Karin | 02-1476 | |
| 22. | Otey, Beverly | 02-1479 | |
| 23. | Organ, Daniel | 02-1483 | |
| 24. | Quashen'Cirillo, Esta | 02-1488 | |
| 25. | Seutter, Miriam | 02-1503 | |
| 26. | Bauer, Randy | 02-1511 | |
| 27. | Durbin, Timothy | 02-1533 | |
| 28. | Adams, Laurie | 02-1534 | |
| 29. | Benevento, Harry | 02-1550 | |
| 30. | Best, Raymond | 02-1561 | |
| 31. | Cartright, Gerald | 02-1565 | |
| 32. | Borosky, Joanne | 02-1570 | |
| 33. | McIlroy, Patti | 02-1571 | |
| 34. | Johnson, Emma | 02-1580 | |
| 35. | Betley, Robert | 02-1587 | |
| 36. | Vizcaino, Fausto | 02-1603 | |
| 37. | Perkins, Gary | 02-1605 | |
| 38. | Saylor, Delores | 02-1613 | |
| 39. | Sitton, Lee | 02-1626 | |
| 40. | Collister, Vera | 02-1637 | |
| 41. | Shineovich, George | 02-1642 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 42. | Mike, Irene | 02-1646 | |
| 43. | Adams, Alice | 02-1848 | |
| 44. | Adams, Roy | 02-1849 | |
| 45. | Brower, Sue | 02-1857 | |
| 46. | Brown, Gisele | 02-1858 | |
| 47. | Browning, Arthur | 02-1859 | |
| 48. | Arnold, Nancy | 02-1861 | |
| 49. | Bartlett, William | 02-1865 | |
| 50. | Clay, Gloria | 02-1877 | |
| 51. | Cleveland, Carl | 02-1878 | |
| 52. | Coulson, William | 02-1883 | |
| 53. | Cox, Mattie | 02-1884 | |
| 54. | Davenport, Barbara | 02-1893 | |
| 55. | Debrito, Dale | 02-1895 | |
| 56. | Dennis, Pauline | 02-1898 | |
| 57. | Fay, Nancy | 02-1912 | |
| 58. | Fuller, B. | 02-1917 | |
| 59. | Harrold, Everett | 02-1923 | |
| 60. | Harvey, Kenneth | 02-1924 | |
| 61. | Hatch, Gregory | 02-1925 | |
| 62. | Bojoruquez, Jesus | 02-1926 | |
| 63. | Bonilla, Alfred, Sr. | 02-1931 | |
| 64. | Borgschulte, Don | 02-1932 | |
| 65. | Carpenter, Myrtle | 02-1937 | |
| 66. | Carlyle, Craig | 02-1938 | |
| 67. | Calhoun, William | 02-1940 | |
| 68. | Bratton, Willene | 02-1945 | |
| 69. | Rasmussen, Vickie | 02-1956 | |
| 70. | Raum, Ronald | 02-1957 | |
| 71. | Rogers, Jane | 02-1961 | |
| 72. | Gray, Zepherine | 02-1973 | |
| 73. | Keaton, Rufus | 02-1980 | |
| 74. | Vincent, James | 02-1989 | |
| 75. | Ward, Larry | 02-1994 | |
| 76. | White, Dennis | 02-1998 | |
| 77. | Wood, Gary | 02-2004 | |
| 78. | Sarkar, Shovan | 02-2020 | |
| 79. | Shaw, Donald | 02-2025 | |
| 80. | Shinn, Theodore | 02-2028 | |
| 81. | Sirles, Anna | 02-2033 | |
| 82. | Smith, Dorothy | 02-2037 | |
| 83. | Hayman, Robert | 02-2040 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 84. | Henry, Elizabeth | 02-2046 | |
| 85. | Miller, Douglas | 02-2076 | |
| 86. | Michaels, Scott | 02-2078 | |
| 87. | Picola, James | 02-2092 | |
| 88. | Leopold, Willie, Sr. | 02-2096 | |
| 89. | Lieffring, Christi | 02-2100 | |
| 90. | Manz, Kenneth | 02-2106 | |
| 91. | Malone, Carol | 02-2111 | |
| 92. | Koochembere, Tania | 02-2139 | |
| 93. | Lussier, Joseph (II) | 02-2143 | |
| 94. | Hosey, Peggy | 02-2146 | |
| 95. | Heddon, Bernard | 02-2147 | |
| 96. | Havell, Eleanor | 02-2149 | |
| 97. | Guthrie, Oscar | 02-2151 | |
| 98. | Gorman, Murline | 02-2152 | |
| 99. | Kirkland, Donald | 02-2154 | |
| 100. | Mayo, Grace | 02-2161 | |
| 101. | Hudson, Darnell | 02-2163 | |
| 102. | Joyner, Larry | 02-2179 | |
| 103. | Meyers, Sandra | 02-2200 | |
| 104. | Baines, Mary | 02-2206 | |
| 105. | Alexander, Mary | 02-2210 | |
| 106. | Chavira, Rosaura | 02-2213 | |
| 107. | Garcia, Wilberto | 02-2217 | |
| 108. | Dixon, Les | 02-2223 | |
| 109. | Mauck, Jessie | 02-2233 | |
| 110. | Murphy, Alice | 02-2241 | |
| 111. | Trimble, Michael | 02-2244 | |
| 112. | Orsund, Greg | 02-2258 | |
| 113. | Centra, Shirley | 02-2267 | |
| 114. | Brown, Howard | 02-2269 | |
| 115. | Akins, Keith | 02-2281 | |
| 116. | Liebherr, Gunter | 02-2283 | |
| 117. | Ness, Stephen | 02-2291 | |
| 118. | Nitzel, Donna | 02-2292 | |
| 119. | Evans, Ellis | 02-2306 | |
| 120. | Jones, Robert | 02-2310 | |
| 121. | Hughes, Charles, Sr. | 02-2325 | |
| 122. | Perry, Orville | 02-2330 | |
| 123. | Escabi-Pardo, Virginia | 02-2333 | |
| 124. | Milsap, Neva | 02-2352 | |
| 125. | Bowery, Michael | 02-2355 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 126. | Woolfolk, Theresa | 02-2365 | |
| 127. | Cotton, Rufus | 02-2371 | |
| 128. | Gregory, Helen | 02-2373 | |
| 129. | Strebeck, Fred | 02-2383 | |
| 130. | Tester, Linda | 02-2393 | |
| 131. | Thompson, Jim | 02-2395 | |
| 132. | Thompson, Patricia | 02-2396 | |
| 133. | Holmes, Jessye | 02-2400 | |
| 134. | Goodson, Estell | 02-2401 | |
| 135. | Gilbert, Ellis, Sr. | 02-2402 | |
| 136. | Tavano, Joseph | 02-2417 | |
| 137. | Thompson, Donald | 02-2420 | |
| 138. | Tolliver, Catherine | 02-2423 | |
| 139. | Trejo, Maria | 02-2424 | |
| 140. | Katsaros, Kiriaki | 02-2445 | |
| 141. | Miller, Constance | 02-2451 | |
| 142. | Guadarrama, Margarita | 02-2453 | |
| 143. | McClain, Elizabeth | 02-2461 | |
| 144. | Lentine, John | 02-2463 | |
| 145. | Burciaga, Mariano | 02-2473 | |
| 146. | Kellough, Mildred | 02-2477 | |
| 147. | Horton, Carolyn | 02-2486 | |
| 148. | Malkowski, Dorothy | 02-2487 | |
| 149. | Garton, Marjorie | 02-2488 | |
| 150. | Yohai, Shirley | 02-2502 | |
| 151. | Ball, Emelye | 02-2518 | |
| 152. | Cole, Pam | 02-2531 | |
| 153. | Snell, James | 02-2546 | |
| 154. | Smith, Donald | 02-2547 | |
| 155. | Schultz, Christina | 02-2550 | |
| 156. | Scherich, Ronald | 02-2551 | |
| 157. | Mull, Wilma | 02-2560 | |
| 158. | Ross, Willie | 02-2563 | |
| 159. | Rhodes, Australia | 02-2566 | |
| 160. | Hammond, Ruth | 02-2570 | |
| 161. | Smith, Dwelda | 02-2571 | |
| 162. | Layne, Murl | 02-2580 | |
| 163. | Pineau, Alphonse | 02-2612 | |
| 164. | Morgan, Linda | 02-2617 | |
| 165. | Johnson, Lucille | 02-2625 | |
| 166. | Duncan, Becky | 02-2626 | |
| 167. | Hudson, Jefferson | 02-2632 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 168. | James, Lucius | 02-2636 | |
| 169. | Fayman, Selma | 02-2643 | |
| 170. | Pritchett, James | 02-2648 | |
| 171. | Prince, Don | 02-2651 | |
| 172. | Sanders, Terry | 02-2662 | |
| 173. | Seaton, Winella | 02-2670 | |
| 174. | Griffin, Mathew | 02-2699 | |
| 175. | Cherlo, Victor | 02-2701 | |
| 176. | Green, Dorothy | 02-2712 | |
| 177. | Hickman, Dortha | 02-2731 | |
| 178. | Barnes, James, Jr. | 02-2733 | |
| 179. | Schneider, Beverly | 02-2747 | |
| 180. | Bugbee, Bernadine | 02-2750 | |
| 181. | LaPorte, Cyril | 02-2753 | |
| 182. | Thurman, Patricia | 02-2756 | |
| 183. | Washington, Max | 02-2792 | |
| 184. | Hyder, Lavina | 02-2794 | |
| 185. | Dixon, Arthur | 02-2807 | |
| 186. | Glass, Hershel | 02-2810 | |
| 187. | Bradley, Patricia | 02-2812 | |
| 188. | Thames, Alvin | 02-2816 | |
| 189. | Taylor, Lester | 02-2834 | |
| 190. | Newhouse, Jay | 02-2844 | |
| 191. | Randolph, Ruth | 02-2849 | |
| 192. | Beeman, Patricia | 02-2850 | |
| 193. | Carter, Lorine | 02-2852 | |
| 194. | Bentler, Kevin | 02-2853 | |
| 195. | Alfred, Vincent | 02-2854 | |
| 196. | Bohannon, Edward | 02-2857 | |
| 197. | Brandon, Billy, Sr. | 02-2858 | |
| 198. | Gaut, Charles | 02-2860 | |
| 199. | Marrone, Mary | 02-2866 | |
| 200. | Underwood, Charles | 02-2878 | |
| 201. | Bonneau, William | 02-2879 | |
| 202. | Ellis, Estella | 02-2882 | |
| 203. | Woods, Melvin | 02-2884 | |
| 204. | Childress, Darlene | 02-2917 | |
| 205. | Lefevre, Joyce | 02-3018 | |
| 206. | Contreras, Frank | 02-3037 | |
| 207. | Cheatum, Steven, Sr. | 02-3039 | |
| 208. | DeBorse, Joanna | 02-3044 | |
| 209. | Summers, Bessie | 02-3056 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 210. | Foushee, Peggy | 02-3058 | |
| 211. | Webb, Mattie | 02-3063 | |
| 212. | Ramsey, Jean | 02-3076 | |
| 213. | Collins, Emania | 02-3081 | |
| 214. | Gibbs, Kenneth | 02-3083 | |
| 215. | Gomez, Virginia | 02-3084 | |
| 216. | Ross, Lois | 02-3085 | |
| 217. | Paul, William | 02-3087 | |
| 218. | Trice, Geraldine | 02-3088 | |
| 219. | Christensen, David | 02-3098 | |
| 220. | Smith, Charles | 02-3108 | |
| 221. | Sosebee, Joyce | 02-3109 | |
| 222. | Alexander, Edna | 02-3143 | |
| 223. | Ankenbrand, Frank, III | 02-3147 | |
| 224. | Bartlett, George | 02-3153 | |
| 225. | Griffin, Betty | 02-3159 | |
| 226. | Frederick, Jim | 02-3169 | |
| 227. | Cain, Tina | 02-3171 | |
| 228. | Thomas, William | 02-3175 | |
| 229. | Perez, Zenaida | 02-3179 | |
| 230. | Garcia, Guillermina | 02-3194 | |
| 231. | Musial, Gregory | 02-3200 | |
| 232. | Saha, Soumen | 02-3208 | |
| 233. | Thomas, Yancy, Jr. | 02-3209 | |
| 234. | Paul, Delbert | 02-3214 | |
| 235. | Pratt, Wesley | 02-3221 | |
| 236. | Sykes, William | 02-3223 | |
| 237. | Weeks, Lillian | 02-3224 | |
| 238. | Osborne, Earl | 02-3234 | |
| 239. | Fugate, Shirley | 02-3235 | |
| 240. | George, Emma | 02-3240 | |
| 241. | Trento, Raphael | 02-3243 | |
| 242. | Pascuzzi, Raymond | 02-3252 | |
| 243. | Stanitski, Leonard | 02-3253 | |
| 244. | Patterson, Bob | 02-3254 | |
| 245. | Moats, Eileen | 02-3266 | |
| 246. | Gray, Charles | 02-3276 | |
| 247. | Santiago, Juan | 02-3280 | |
| 248. | Stanley, Jean | 02-3298 | |
| 249. | Slack, Ruth | 02-3300 | |
| 250. | Johnson, Anita | 02-3305 | |
| 251. | Scuilli, Julia | 02-3309 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 252. | Webb, Mildred | 02-3324 | |
| 253. | Murphy, Chestine | 02-3334 | |
| 254. | Osborne, Donna | 02-3337 | |
| 255. | Wylie, Cliff | 02-3340 | |
| 256. | Seago, Lucille | 02-3341 | |
| 257. | Stanford, Harold, III | 02-3342 | |
| 258. | Wallach, Herbert | 02-3344 | |
| 259. | Retes, Alice | 02-3355 | |
| 260. | Vasquez, Bernadette | 02-3357 | |
| 261. | Webb, Cordis | 02-3362 | |
| 262. | Lux, Gerald | 02-3370 | |
| 263. | Ivy, Robert | 02-3371 | |
| 264. | Lynn, Charlsie | 02-3386 | |
| 265. | Johnson, Richard | 02-3397 | |
| 266. | Grumback, Robert | 02-3400 | |
| 267. | Henry, Imogene | 02-3408 | |
| 268. | Lamb, Graylon | 02-3410 | |
| 269. | Costa, Robert | 02-3413 | |
| 270. | Jones, Robert | 02-3419 | |
| 271. | Kilcy, Mary | 02-3425 | |
| 272. | Fagan, Karen | 02-3426 | |
| 273. | Skoglund, John | 02-3437 | |
| 274. | Proctor, Clarence | 02-3726 | |
| 275. | Hughes, Charles | 02-3728 | |
| 276. | Rambo, Sylvia | 02-3775 | |
| 277. | Zygiel, Dale | 02-4062 | |
| 278. | Lazar, Calvin | 02-4214 | |
| 279. | Davis, Ruth | 02-4390 | |