E-SERVED 10/21/04 03:30 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case; the requirements were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still delinquent 105 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice. Pursuant to PTO 81, the parties have submitted a list of Plaintiffs who have not complied with their

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

discovery obligations as of September 30, 2004, and these Plaintiffs are listed in Exhibit A to this Order. The District Court denied motions to remand by these Plaintiffs on June 17, 2004. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by November 3, 2004.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by November 3, 2004, 5:00 p.m., Central Standard Time, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: October 20, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

**Exhibit A**

# REMAND DENIED PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Adcock, Gail R. | 03-4968 | John Arthur Eaves, Esq.<br>JOHN ARTHUR EAVES, Law Offices<br>101 North State Street<br>Jackson, Mississippi 39201<br>P: (601) 355-7961<br>F: (601) 355-0530 |
| 2. | Alexander, Sarah J. | 03-4968 | |
| 3. | Allen, Faye | 03-4968 | |
| 4. | Allen, Mary | 03-4968 | |
| 5. | Allen, Miriam | 03-4968 | |
| 6. | Anderson, Felica M. | 03-4968 | |
| 7. | Andrews, James Larry | 03-4968 | |
| 8. | Authorsen, Christa | 03-4968 | |
| 9. | Aven, Aubrey Morris | 03-4968 | |
| 10. | Babb, Marvin B. | 03-4968 | |
| 11. | Bailey, Clyde E. | 03-4968 | |
| 12. | Baker, Charles L. | 03-4968 | |
| 13. | Baldwin, David G. | 03-4968 | |
| 14. | Bankert, Christel | 03-4968 | |
| 15. | Barber, Charles Marvin | 03-4968 | |
| 16. | Barnes, Mildred L. | 03-4968 | |
| 17. | Barnhill, Linda | 03-4968 | |
| 18. | Bass, Ethel | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 19. | Bates, Larry O. | 03-4968 | |
| 20. | Beams, Vernesteen | 03-4968 | |
| 21. | Beard, Francis L. | 03-4968 | |
| 22. | Beck, Marta | 03-4968 | |
| 23. | Bednar, Wilma Joyce | 03-4968 | |
| 24. | Berryhill, John | 03-4968 | |
| 25. | Betts, John T. | 03-4968 | |
| 26. | Billups, Mollie Mae | 03-4968 | |
| 27. | Bishop, Faye | 03-4968 | |
| 28. | Blackburn, Marie | 03-4968 | |
| 29. | Blaylock, Gladys | 03-4968 | |
| 30. | Blissard, Betty Louise | 03-4968 | |
| 31. | Bothwell, Coy Lee | 03-4968 | |
| 32. | Boyd, Agnes | 03-4968 | |
| 33. | Boyd, Rosie | 03-4968 | |
| 34. | Bradberry, Charles | 03-4968 | |
| 35. | Bradley, Melvin | 03-4968 | |
| 36. | Bramlett, Talulah | 03-4968 | |
| 37. | Brandon, Timothy, Jr. | 03-4968 | |
| 38. | Brewer, Sabrina | 03-4968 | |
| 39. | Briggs, Arnie Marton | 03-4968 | |
| 40. | Brown, Ellison E., Jr. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 41. | Brown, Mary | 03-4968 | |
| 42. | Brown, Mary Nell | 03-4968 | |
| 43. | Bryant, James McArthur | 03-4968 | |
| 44. | Bryant, Mildred | 03-4968 | |
| 45. | Bryant, Stella Louisse | 03-4968 | |
| 46. | Bullie, Ira, Jr. | 03-4968 | |
| 47. | Burchfield, Ida Mae | 03-4968 | |
| 48. | Butler, Laura Mae | 03-4968 | |
| 49. | Byrd, Geneva | 03-4968 | |
| 50. | Campbell, Melvin Louis | 03-4968 | |
| 51. | Carson, Geneva | 03-4968 | |
| 52. | Carter, Brenda A. | 03-4968 | |
| 53. | Carter, Cammie | 03-4968 | |
| 54. | Carter, Denise K. | 03-4968 | |
| 55. | Castleberry, Sarah Matthews | 03-4968 | |
| 56. | Chapman, Barrett | 03-4968 | |
| 57. | Cheeks, Durtha | 03-4968 | |
| 58. | Clark, Terry L. | 03-4968 | |
| 59. | Cogburn, Donald Alfred, Jr. | 03-4968 | |
| 60. | Cogliano, Ralph Frank | 03-4968 | |
| 61. | Colbert, Jodie C. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 62. | Connell, Dorothy M. | 03-4968 | |
| 63. | Conner, Frankie C. | 03-4968 | |
| 64. | Cooper, Etheil | 03-4968 | |
| 65. | Copen, Rueben | 03-4968 | |
| 66. | Cox, Ada Louise | 03-4968 | |
| 67. | Cox, Freda | 03-4968 | |
| 68. | Cox, John E. | 03-4968 | |
| 69. | Crowder, Marilyn F. | 03-4968 | |
| 70. | Cummings, Aubrey R. | 03-4968 | |
| 71. | Daniels, Jerry | 03-4968 | |
| 72. | Davis, Annie | 03-4968 | |
| 73. | Davis, Eula Vea | 03-4968 | |
| 74. | Deale, Mary E.A. | 03-4968 | |
| 75. | Deen, Vernon | 03-4968 | |
| 76. | Denison, Sue Ann | 03-4968 | |
| 77. | Dickerson, Jeanette | 03-4968 | |
| 78. | Dill, Stephen | 03-4968 | |
| 79. | Drew, Howard L. | 03-4968 | |
| 80. | Dunn, Frances V. | 03-4968 | |
| 81. | Duty, Jerry W. | 03-4968 | |
| 82. | Echoles, Willie D. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 83. | Ellis, Dorothy G. | 03-4968 | |
| 84. | Erikor, Gomidiclner | 03-4968 | |
| 85. | Ervin, Alice Thigpen | 03-4968 | |
| 86. | Etheridge, Betty Jo | 03-4968 | |
| 87. | Evans, Shirley | 03-4968 | |
| 88. | Fennell, Daisy | 03-4968 | |
| 89. | Ferguson, James | 03-4968 | |
| 90. | Fields, Annie Lee | 03-4968 | |
| 91. | Finley, Gaynel | 03-4968 | |
| 92. | Fooshee, Hilda | 03-4968 | |
| 93. | Foster, Heather | 03-4968 | |
| 94. | Franks, William Delbert | 03-4968 | |
| 95. | Frazier, Lora Inez | 03-4968 | |
| 96. | Fried, Harry H. | 03-4968 | |
| 97. | Futrell, Takila | 03-4968 | |
| 98. | Gardner, K.C. | 03-4968 | |
| 99. | Garner, Octavia | 03-4968 | |
| 100. | Gates, Jessie | 03-4968 | |
| 101. | Geter, Carol | 03-4968 | |
| 102. | Gill, Lorraine M. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 103. | Glidewell, Annie B. | 03-4968 | |
| 104. | Goleman, Ted | 03-4968 | |
| 105. | Gould, Johnnie D. | 03-4968 | |
| 106. | Grant, Shanon | 03-4968 | |
| 107. | Griffin, Kevin L. | 03-4968 | |
| 108. | Grimes, Sarah | 03-4968 | |
| 109. | Hairston, Harland H. | 03-4968 | |
| 110. | Hall, Stella S. | 03-4968 | |
| 111. | Hamilton, Trudy | 03-4968 | |
| 112. | Hamm, Vola A. | 03-4968 | |
| 113. | Hancock, Virginia Lee | 03-4968 | |
| 114. | Harbison, Willie J. | 03-4968 | |
| 115. | Harbison, Willie J. | 03-4968 | |
| 116. | Hardy, Mariah D. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 117. | Harmon, Faye | 03-4968 | |
| 118. | Harmon, Thomas | 03-4968 | |
| 119. | Harper, Orange D. | 03-4968 | |
| 120. | Harris, Madeline J. | 03-4968 | |
| 121. | Harrison, Nathan Bryan | 03-4968 | |
| 122. | Hayes, Ella | 03-4968 | |
| 123. | Hayes, Louise | 03-4968 | |
| 124. | Haynes, Jimmy | 03-4968 | |
| 125. | Hebert, Clifford | 03-4968 | |
| 126. | Henderson, Clyde | 03-4968 | |
| 127. | Herren, Martha C. | 03-4968 | |
| 128. | Hicks, Lisa B. | 03-4968 | |
| 129. | Hodson, Julie Anne | 03-4968 | |
| 130. | Holliday, Joanna | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 131. | Holman, Bill | 03-4968 | |
| 132. | Holmes, Louis L. | 03-4968 | |
| 133. | Horton, Jo Ann | 03-4968 | |
| 134. | Howard, Gladys | 03-4968 | |
| 135. | Hroncich, Nikola | 03-4968 | |
| 136. | Huffman, Arlene | 03-4968 | |
| 137. | Irving, John W. | 03-4968 | |
| 138. | Jackson, Cora E. | 03-4968 | |
| 139. | Jackson, Joann Green | 03-4968 | |
| 140. | James, Myrtis B. | 03-4968 | |
| 141. | Jenkins, Carroll | 03-4968 | |
| 142. | Jenkins, Ola Irene | 03-4968 | |
| 143. | Johnson, Edgar J. | 03-4968 | |
| 144. | Johnson, Hattie N. | 03-4968 | |

E-SERVED 10/21/04 03:30 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 145. | Johnson, James T. | 03-4968 | |
| 146. | Johnson, Mildred Inez | 03-4968 | |
| 147. | Johnson, Ruby | 03-4968 | |
| 148. | Johnson, Zana B. | 03-4968 | |
| 149. | Jones, Andy Q. | 03-4968 | |
| 150. | Jones, Betty J. | 03-4968 | |
| 151. | Jones, Eunice M. | 03-4968 | |
| 152. | Jones, Frances M. | 03-4968 | |
| 153. | Jones, Joan | 03-4968 | |
| 154. | Jones, William Wayne | 03-4968 | |
| 155. | Jordan, Freddie | 03-4968 | |
| 156. | Joyal, Robert N. | 03-4968 | |
| 157. | Kelley, David | 03-4968 | |
| 158. | Kelly, Nancy G. | 03-4968 | |

E-SERVED 10/21/04 03:30 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 159. | Kerr, Ora Mae | 03-4968 | |
| 160. | Kiner, Josie | 03-4968 | |
| 161. | King, Bobby Gene | 03-4968 | |
| 162. | Kirk, Patricia A. | 03-4968 | |
| 163. | Koury, Michael A. | 03-4968 | |
| 164. | Kristich, Lawrence | 03-4968 | |
| 165. | Lawrence, Frances M. | 03-4968 | |
| 166. | Leach, Rosia Curry | 03-4968 | |
| 167. | Lester, Patricia M. | 03-4968 | |
| 168. | Locke, Wallace E. | 03-4968 | |
| 169. | Logan, Billy J. | 03-4968 | |
| 170. | Lollar, Lisa | 03-4968 | |
| 171. | Luyett, Joseph Gilbert | 03-4968 | |
| 172. | Maddox, Josh A. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 173. | Maier, Eddie Ruth | 03-4968 | |
| 174. | Malone, Katherine | 03-4968 | |
| 175. | Marshall, Jeremiah | 03-4968 | |
| 176. | Mason, Marian | 03-4968 | |
| 177. | Mast, Henry Windham | 03-4968 | |
| 178. | Mathis, Joyce | 03-4968 | |
| 179. | May, David L. | 03-4968 | |
| 180. | McBride, Elizabeth L. | 03-4968 | |
| 181. | McCormick, Cecelia | 03-4968 | |
| 182. | McDaniel, Lucille T. | 03-4968 | |
| 183. | McGill, Douglas | 03-4968 | |
| 184. | Messer, Charles | 03-4968 | |
| 185. | Messinger, Sylvia | 03-4968 | |
| 186. | Milan, James Dee | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 187. | Miller, Donald | 03-4968 | |
| 188. | Miller, Jessie Faye | 03-4968 | |
| 189. | Mims, Carol Laverne | 03-4968 | |
| 190. | Minga, Edgar H. | 03-4968 | |
| 191. | Mitchell, Doyle Ray | 03-4968 | |
| 192. | Mitchem, James Alfred | 03-4968 | |
| 193. | Morrow, Peggy | 03-4968 | |
| 194. | Moss, Patty Sue | 03-4968 | |
| 195. | Mothershed, John W. | 03-4968 | |
| 196. | Murphy, Mary F. | 03-4968 | |
| 197. | Nathaniel, Therah L. | 03-4968 | |
| 198. | Newman, Lane V. | 03-4968 | |
| 199. | Newsom, Paul | 03-4968 | |
| 200. | Newton, John O. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 201. | Nichols, Criseida | 03-4968 | |
| 202. | Nichols, William Henry | 03-4968 | |
| 203. | Norman, Gary W. | 03-4968 | |
| 204. | Oakley, Georgia Mae | 03-4968 | |
| 205. | Oaks, Tiny | 03-4968 | |
| 206. | Odom, Johnnie Jo | 03-4968 | |
| 207. | Ouzts, Ralph O., Sr. | 03-4968 | |
| 208. | Owen, Billy Joe | 03-4968 | |
| 209. | Ozley, Norma | 03-4968 | |
| 210. | Parker, Gary Ray | 03-4968 | |
| 211. | Peeples, Betty Joe | 03-4968 | |
| 212. | Peoples, Geraldine | 03-4968 | |
| 213. | Pepper, Bobby | 03-4968 | |
| 214. | Perkins, Joe E. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 215. | Perryman, Ray | 03-4968 | |
| 216. | Pettit, Philip Wayne | 03-4968 | |
| 217. | Phipps, Donna Burns | 03-4968 | |
| 218. | Pieralist, Gus, Jr. | 03-4968 | |
| 219. | Pratt, Dorothy | 03-4968 | |
| 220. | Pugh, Betty J. | 03-4968 | |
| 221. | Pullam, Elizabeth Bruce | 03-4968 | |
| 222. | Pulley, Evelyn E. | 03-4968 | |
| 223. | Pyron, Jeanette | 03-4968 | |
| 224. | Quartana, Jeannie G. | 03-4968 | |
| 225. | Ramey, Inez T. | 03-4968 | |
| 226. | Ramsey, Lorraine | 03-4968 | |
| 227. | Redwine, Wilmer Joyce | 03-4968 | |
| 228. | Reeves, Brenda D. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 229. | Reid, Johnella | 03-4968 | |
| 230. | Ridings, George | 03-4968 | |
| 231. | Rikard, William Thomas | 03-4968 | |
| 232. | Roberts, Michael W. | 03-4968 | |
| 233. | Robinson, Melvin George | 03-4968 | |
| 234. | Rogers, Charles N. | 03-4968 | |
| 235. | Rogers, Dorothy | 03-4968 | |
| 236. | Ross, Clara Bell | 03-4968 | |
| 237. | Rowan, David Lesley | 03-4968 | |
| 238. | Rudi, Lleindienst | 03-4968 | |
| 239. | Russell, Lender F. | 03-4968 | |
| 240. | Sartin, Lonnie | 03-4968 | |
| 241. | Sauer, Lydia | 03-4968 | |
| 242. | Saxby, Jessie Mae | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 243. | Schon, Gunter | 03-4968 | |
| 244. | Scott, Clara Mae | 03-4968 | |
| 245. | Scribner, Minnie R. | 03-4968 | |
| 246. | Scruggs, Ditto Craig | 03-4968 | |
| 247. | Scruggs, Margie B. | 03-4968 | |
| 248. | Seitz, Bertie Sue | 03-4968 | |
| 249. | Shams, Alireza | 03-4968 | |
| 250. | Shelton, Patricia | 03-4968 | |
| 251. | Shook, James | 03-4968 | |
| 252. | Shumpert, Mandy | 03-4968 | |
| 253. | Sims, Kathryn B. | 03-4968 | |
| 254. | Skelton, Roy Lee | 03-4968 | |
| 255. | Smiley, James L. | 03-4968 | |
| 256. | Smith, Donna T. | 03-4968 | |

E-SERVED 10/21/04 03:30 PM ET Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 257. | Smith, Lester | 03-4968 | |
| 258. | Smith, Nannie Mae | 03-4968 | |
| 259. | Smith, Willie H. | 03-4968 | |
| 260. | Smith, Willie P., Sr. | 03-4968 | |
| 261. | Sneed, Ronnie L. | 03-4968 | |
| 262. | Spoon, Tereal | 03-4968 | |
| 263. | Starks, Steve Allen | 03-4968 | |
| 264. | Steele, Betty L. | 03-4968 | |
| 265. | Storey, Curlie B. | 03-4968 | |
| 266. | Stovall, Irene B. | 03-4968 | |
| 267. | Stringer, Kathryn | 03-4968 | |
| 268. | Stubblefield, Paul Herman | 03-4968 | |
| 269. | Swanberg, Pattie Carroll | 03-4968 | |
| 270. | Swords, Vaneta L. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 271. | Sykes, Beryl | 03-4968 | |
| 272. | Tate, Karlos Tigrett | 03-4968 | |
| 273. | Taylor, Doris Faye | 03-4968 | |
| 274. | Thomas, Ceola B. | 03-4968 | |
| 275. | Thompson, Freddie W. | 03-4968 | |
| 276. | Tolliver, Joriet | 03-4968 | |
| 277. | Tompkins, Patricia Ann | 03-4968 | |
| 278. | Tucker, Donald Alan | 03-4968 | |
| 279. | Turntine, Larry J. | 03-4968 | |
| 280. | Upchurch, James E. | 03-4968 | |
| 281. | Van Etten, Lena | 03-4968 | |
| 282. | Vasser, Roger | 03-4968 | |
| 283. | Warner, Willie | 03-4968 | |
| 284. | Watson, Janice L. | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 285. | Webb, Betty L. | 03-4968 | |
| 286. | Webb, W.K. | 03-4968 | |
| 287. | Weed, Katie Maude | 03-4968 | |
| 288. | Weldy, Vera L. | 03-4968 | |
| 289. | White, Sidney Theodore, Jr. | 03-4968 | |
| 290. | Whitehead, M.R. | 03-4968 | |
| 291. | Wiggins, Marzella | 03-4968 | |
| 292. | Williams, Annie M. | 03-4968 | |
| 293. | Williams, Linda Kay | 03-4968 | |
| 294. | Willingham, Laura | 03-4968 | |
| 295. | Wilson, Edward | 03-4968 | |
| 296. | Windham, Joe H. | 03-4968 | |
| 297. | Wroten, Betty | 03-4968 | |
| 298. | Xavier, Victoria | 03-4968 | |

E-SERVED
10/21/04
03:30 PM ET
Baycol MDL 1431