**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE BAYCOL PRODUCTS LITIGATION** | : | **MDL No. 1431 (MJD/JGL)** |
| | : | |
| **This Document Relates to All Actions** | : | **ORDER** |

The Baycol Status Conference currently scheduled for October 25, 2004 at 10:00 a.m. is cancelled.

Dated October 21, 2004.

s/ Michael J. Davis
The Honorable Michael J. Davis
United States District Court