A CERTIFIED TRUE COPY

OCT 22 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2004

FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-44)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,498 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 22 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
OCT 26 2004
U.S. DISTRICT COURT MPLS

# SCHEDULE CTO-44 - TAG ALONG ACTIONS
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 04-2522 | Mavis Weaver, etc. v. Bayer Corp., et al. |
| CONNECTICUT | | | |
| CT | 3 | 04-1493 | Michael Graber v. Bayer AG, et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 04-2519 | Bettye J. Flucker, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-2520 | Michael Joseph Pertuit, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-2521 | Max McDonald, et al. v. Bayer Corp., et al. |
| LAE | 2 | 04-2522 | Lois F. Morici v. Bayer Corp., et al. |
| LAE | 2 | 04-2523 | Carolyn M. Romare, et al. v. Bayer Corp., et al. |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 04-631 | Gregory V. White v. Bayer Corp., et al. |
| LAM | 3 | 04-632 | Patricia Schexnayder, et al. v. Bayer Corp., et al. |
| LAM | 3 | 04-633 | Norma Jumonville v. Bayer Corp., et al. |
| LAM | 3 | 04-634 | Noah J. Richard v. Bayer Corp., et al. |
| LAM | 3 | 04-657 | Dennis Smith v. Bayer Corp., et al. |
| LAM | 3 | 04-658 | Louis Granger v. Bayer Corp., et al. |
| LAM | 3 | 04-659 | Ronnie Pate v. Bayer Corp., et al. |
| LAM | 3 | 04-660 | Charlene Morales v. Bayer Corp., et al. |
| LAM | 3 | 04-661 | Donald Taylor v. Bayer Corp., et al. |
| LAM | 3 | 04-662 | Randy Favron v. Bayer Corp., et al. |
| LAM | 3 | 04-663 | James Garrett v. Bayer Corp., et al. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 04-487 | Sandra Malott, et al. v. Bayer AG, et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 04-605 | Cordia Busby, et al. v. Bayer Corp., et al. |
| MSS | 3 | 04-690 | Shirley Spencer v. Bayer AG, et al. |
| MSS | 4 | 04-170 | Alberta Vaughan v. Bayer Corp., et al. |
| MSS | 4 | 04-171 | Elzenia Dantzler v. Bayer Corp., et al. |
| NORTH CAROLINA EASTERN | | | |
| NCE | 5 | 04-664 | Jessie J. William, et al. v. Bayer AG, et al. |
| NORTH CAROLINA WESTERN | | | |
| NCW | 3 | 04-476 | Jean Bentley v. Bayer AG, et al. |
| NEW HAMPSHIRE | | | |
| NH | 1 | 04-350 | Clayton W. Blanchard v. Bayer Corp., et al. |
| NEW MEXICO | | | |
| NM | 1 | 04-816 | Judy Coulter, et al. v. Bayer Corp. |
| NM | 1 | 04-817 | Robert Green, et al. v. Bayer Corp. |
| NM | 1 | 04-818 | Etta DeBlanc, et al. v. Bayer Corp. |
| NM | 1 | 04-819 | Mary Olguin, et al. v Bayer Corp. |
| NM | 1 | 04-821 | Ted Blaisure, et al. v. Bayer Corp. |

| DISTRICT | DIV. | CIVIL ACTION# | |
|---|---|---|---|
| NM | 1 | 04-822 | Robert Medina, et al. v. Bayer Corp. |
| NM | 1 | 04-823 | Donald Doerrer, et al. v. Bayer Corp. |
| NM | 1 | 04-824 | Anselmo Gutierrez, et. al. v. Bayer Corp. |
| NM | 1 | 04-825 | George McGeorge, et al. v. Bayer Corp. |
| NM | 2 | 04-820 | Alden Williams, et al. v. Bayer Corp. |
| NM | 6 | 04-815 | Ernest Chavez, et al. v. Bayer Corp. |
| SOUTH CAROLINA | | | |
| SC | 3 | 04-22218 | Elizabeth Thomas v. Bayer AG, et al. |
| SC | 5 | 04-22237 | Jeanne Brouthers v. Bayer Corp., et al. |
| SC | 5 | 04-22238 | Hezzie Burke v. Bayer Corp., et al. |
| SC | 5 | 04-22239 | Sara Bouknight v. Bayer Corp., et al. |
| SC | 5 | 04-22240 | Walter Wheeler v. Bayer Corp., et al. |
| SC | 7 | 04-22204 | Mary Ann Porter v. Bayer AG, et al. |
| TEXAS EASTERN | | | |
| TXE | 1 | 03-669 | Marjorie Rodriguez v. Bayer Corp., et al. |
| TEXAS NORTHERN | | | |
| TXN | 1 | 03-109 | Lois Robertson v. Bayer AG, et al. |
| TXN | 5 | 03-152 | Catarina Romo, et al. v. Bayer AG, et al. |
| TXN | 6 | 03-58 | Ernestine Masey v. Bayer AG, et al. |

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

October 22, 2004

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL
OCT 2? 2004
CLERK US DIST COURT
MINNEAPOLIS MN

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule CTO-44)

Dear Mr. Sletten:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on October 6, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachments

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges (See Attached List of Judges)
Transferor Clerk: (See Attached List of Clerks)

SCANNED
OCT 26 2004
U.S. DISTRICT COURT MPLS

**INVOLVED COUNSEL LIST FOR SCHEDULE CTO-44**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Akim Angelo Anastopoulo
Anastopoulo Law Firm
P.O. Box 1525
Charleston, SC 29402

Joseph P.H. Babington
Helmsing, Leach, Herlong, et al.
Laclede Building, Suite 2000
150 Government Street
P.O. Box 2767
Mobile, AL 36652-2767

Kimberly C. Bartels
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108-2613

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd., N.W.
Albuquerque, NM 87104

Lewis H. Chimes
Garrison Levin-Epstein Chimes & Richardson
405 Orange Street
New Haven, CT 65110

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Kevin P. Dean
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT 06510-1832

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH 03105

Richard D. Gamblin
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

James W. Gewin
Bradley Arant Rose & White, LLP
P.O. Box 830709
Birmingham, AL 35283-0709

James D. Gleason
Gleason Law Office
P.O. Box 4300
Henniker, NH 3242

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street
Suite 300
Jackson, MS 39205-0650

Thomas R. Gottshall
Haynsworth Sinkler Boyd
P.O. Box 11889
Columbia, SC 29211-1889

Isaac "Ike" F. Hawkins, III
P.O. Box 87178
Baton Rouge, LA 70879-8178

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Brian P. Johnson
Johnson, Spalding, Doyle, West & Trent
Bank One Center
910 Travis, Suite 1700
Houston, TX 77002

Celeste Tiller Jones
McNair Law Firm
P.O. Box 11390
Columbia, SC 29211

Richard N. Laminack
O'quinn Laminack & Pirtle
440 Louisiana, Suite 2300
Houston, TX 77002

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Dale E. Lovelace
Brooks & Lovelace
Traders Bank Building
1125 Grand, Suite 1100
Kansas City, MO 64106

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Jean Martin
Law Offices of Wallace & Graham
525 North Main Street
Salisbury, NC 28744

Leslie C. O'Toole
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Brandon Lee Ogburn
Campbell, Cherry, Harrison, Davis & Dove
P.O. Box 5229
Jackson, MS 39296-5229

David E. Oglesby
Bouloukos & Oglesby
2017 Second Avenue, North
Birmingham, AL 35203

Gary W. Poliakoff
Spears Poliakoff & Poole
P.O. Box 1571
Spartanburg, SC 29304-1571

Frederick W. Rom
Womble, Carlyle, Sandridge & Rice
P.O. Box 13069
Research Triangle PK, NC 27713

SCANNED
OCT 26 2004
U.S. DISTRICT COURT MPLS

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
Hew Haven, CT 06508-1832

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

James D. Shannon
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

James A. Stewart
Andy Stewart & Associates
225 Avalon Circle
Brandon, MS 39042

Kara T. Stubbs
Baker, Sterchi, Cowden & Rice
2400 Pershing Road, Suite 500
Kansas City, MO 64108

John Francis Sullivan
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Jacqueline Terry
Womble Carlyle Sandridge & Rice
2530 Meridian Pkwy 400
Durham, NC 27713

Joe W. Tomaselli, Jr.
Fulbright & Jaworski
2200 Ross Ave.
Suite 2800
Dallas, TX 75201-2784

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Donald Michael Williams
McNair Law Firm
P.O. Box 1431
140 East Bay Street
Charleston, SC 29402

Gene M. Williams
Mehaffy & Weber, P.C.
2615 Calder, Suite 800
P.O. Box 16
Beaumont, TX 77702

Paul D. Williams
Day Berry & Howard
Cityplace
185 Asylum Street
Hartford, CT 6103 -3499

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-44
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. James O. Browning
United States District Court
780 United States Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
& U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Joseph A. DiClerico, Jr.
U.S. District Judge
400 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

Hon. Christopher F. Droney
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Thad Heartfield
Chief Judge, U.S. District Court
P.O. Box 949
Beaumont, TX 77004-0949

Hon. Judith C. Herrera
U.S. District Judge
P.O. Box 2085
Santa Fe, NM 87504

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Ivan L.R. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. Mary Ann Vial Lemmon
U.S. District Judge
C-406 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130

Hon. Lourdes A. Martinez
U.S Magistrate Judge
United States District Court Federal Bldg.
200 East Griggs Avenue
Las Cruces, NM 88001

Hon. Graham C. Mullen
Chief Judge, U.S. District Court
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. G. Thomas Porteous, Jr.
U.S. District Judge
C-206 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3325

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Richard L. Puglisi
U.S. Magistrate Judge
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. W. Daniel Schneider
U.S Magistrate Judge
720 U.S. States Courthouse
333 Lomas Blvd., N.W.
Albuquerque, NM 87102

Hon. Don J. Svet
U.S. Magistrate Judge
630 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Alan C. Torgerson
U.S Magistrate Judge
670 U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
P.O. Box 447
Columbia, SC 29202-0447

Hon. Martha Vazquez
Chief Judge, U.S. District Court
P.O. Box 2710
Santa Fe, NM 87501-2710

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Jay C. Zainey
U.S. District Judge
C-508 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3367

SCANNED
OCT 26 2004
U.S. DISTRICT COURT MPLS

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-44
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James R. Starr, Clerk
110 Warren B. Rudman U.S. Courthouse
55 Pleasant Street
Concord, NH 03301

Karen S. Mitchell, Clerk
P.O. Box 1218
Abilene, TX 79604-1218

Karen S. Mitchell, Clerk
C-221 Geroge H. Mahn Federal
Building & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401-4002

Karen S. Mitchell, Clerk
202 Federal Building
33 East Twohig Street
San Angelo, TX 76903

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 82920-2328

Lawrence Talamo, Clerk
U.S. District Court
Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Camp Street
New Orleans, LA 70130-3367

Michael D. Brooks, Acting Cler
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert M. March, Clerk
C-309 Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Robert M. March, Clerk
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

SCANNED
OCT 26 2004
U.S. DISTRICT COURT MPLS