UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: ________________________________________ 0#-####

---

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 131**

---

1. My name is: ___________________________________________________________

2. My professional address is: _______________________________________________

_______________________________________________

_______________________________________________

3. My curriculum vitae, including all my publications for the past ten years, is attached as Exhibit 1. I am being compensated at $______/hour, and my charges for my review and this report are $____________.

4. Attached as Exhibit 2 is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

5. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I understand that there may be other records for this

patient beyond those which I have reviewed:

a. ______________________________________________

b. ______________________________________________

c. ______________________________________________

d. ______________________________________________

6. **IF APPLICABLE:** My opinion is also based on my examination of the patient, which consisted of the following:

a. ______________________________________________

b. ______________________________________________

c. ______________________________________________

Any forms completed by me, my staff, or this patient in connection with my examination and the results of any testing performed as part of my examination are attached as Exhibit 3.

7. **IF APPLICABLE:** My opinion is based on an oral or written medical history of the patient provided to me. Any forms completed by me or my staff, or provided to me regarding this patient, documenting this oral or written history are attached as Exhibit 4.

8. It is my understanding that this patient used Baycol at the following dose(s) and time period(s):

a. ______ mg/day from [DATE] to [DATE]

b. ______ mg/day from [DATE] to [DATE]

The prescription, sample, medical records or other information I am relying on for this opinion are attached as Exhibit 5.

9. It is my understanding that the patient was using the following medications, in addition to Baycol, during the period of time set forth in paragraph 8 above:

a. ______________________________

b. ______________________________

c. ______________________________

d. ______________________________

10. It is my expert opinion that Baycol caused the following specific injury or injuries to this patient for the period of time from the onset of the injury (list actual or approximate date) through the [date on which the injury resolved (list actual or approximate date)] or [present as the injury is ongoing]:

a. ______________________________

b. ______________________________

c. ______________________________

The medical records I am relying on for this opinion are attached as Exhibit 6.

11. The following are the case specific bases and reasons for my opinion that Baycol caused the plaintiff to suffer injuries listed in paragraph 10:

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

12. For each of the injuries listed in paragraph 10, I have considered the following possible alternative causes and, as to each, have ruled out those alternative causes for the following reasons:

a. Injury:______________________________________________________________

(i) Possible alternative causes:__________________________________________

______________________________________________________________

______________________________________________________________

(ii) Reasons for excluding each of the possible alternative causes:___________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

b. Injury:______________________________________________________________

(i) Possible alternative causes:__________________________________________

______________________________________________________________________

______________________________________________________________________

(ii) Reasons for excluding each of the possible alternative causes:___________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

c. Injury:______________________________________________________________

(i) Possible alternative causes:_______________________________________

______________________________________________________________________

______________________________________________________________________

(ii) Reasons for excluding each of the possible alternative causes:___________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

[List any additional injuries on a separate page.]

**OPTIONAL FINDING [No. 13 Need not be included]**

13. Prior to using Baycol, the medical history of this patient was significant as follows: (Include any complaints or injuries the same as, or similar to, those listed in Paragraph 10 that pre-existed the use of Baycol)

a. ______________________________

b. ______________________________

c. ______________________________

14. I understand, pursuant to PTO 131, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date:____________________ Signature:______________________________