UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation | MDL No. 1431

This Document Relates to All Cases | Pretrial Order No. 132

---

The next status conference will be held on December 20, 2004 at 10:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: November 8, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court