UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions Pretrial Order No. 134

---

The date and time for the status conference originally scheduled for December 20, 2004 has been changed to December 21, 2004 at 9:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: November 10, 2004

//s//
Michael J. Davis
United States District Court