# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-45
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Albert G. Bixler
Eckert, Seamans, Cherin & Mellott
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Margaret M. Branch
Branch Law Firm
2025 Rio Grande Boulevard, N.W.
Albuquerque, NM 87104

Jonathan W. Cartee
Shelby & Cartee, LLC
2956 Rhodes Circle
Birmingham, AL 35205

Scott Charlton
Clark, Charlton & Martino, P.A.
3407 West Kennedy Blvd.
Tampa, FL 33609-2905

Robert J. Curtis
Civerolo, Gralow, Hill & Curtis
P.O. Drawer 887
Albuquerque, NM 87103-0887

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Charles F. Forer
Eckert, Seamans, Cherin & Mellott
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Richard D. Gamblin
Barfield & Associates
P.O. Drawer 3979
Jackson, MS 39207-3979

Robert G. Germany
Pittman, Germany, Roberts & Welsh
410 South President Street
P.O. Box 22985
Jackson, MS 39225-2985

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street, Suite 300
Jackson, MS 39205-0650

Alfred L. Green, Jr.
Butt, Thornton & Baehr
P.O. Box 3170
Albuquerque, NM 87190

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar
& Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Kristin M. Houser
Schroeter, Goldmark & Bender
810 Third Avenue
500 Central Building
Seattle, WA 98104

Carroll H. Ingram
Ingram & Associates
P.O. Box 15039
Hattiesburg, MS 39404-5039

Joseph C. Langston
Langston Law Firm, P.A.
P.O. Box 787
Booneville, MS 38829-0787

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Kelly Anne Luther
Clarke, Silverglate, Campbell, et al.
799 Brickell Plaza
Suite 900
Miami, FL 33131

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Bert W. Markovich
Schwabe, Williamson & Wyatt
1420 5th Avenue, Suite 3010
Seattle, WA 98101-2339

Edward F. Messett
Civerolo, Gralow, Hill & Curtis
20 First Plaza NW, Suite 500
Albuquerque, NM 87102-6746

Robert W. Moak
402 Monticello Street
P.O. Box 242
Bogue Chitto, MS 39629-0242

Brandon Lee Ogburn
Campbell, Cherry, Harrison, Davis
& Dove
P.O. Box 5229
Jackson, MS 39296-5229

Patrick W. Pendley
Pendley Law Firm
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70764-0071

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Jon Paul Sawyer
Beasley, Allen, Crow, Methvin, Portis
& Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

James D. Shannon
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

Franklin P. Solomon
Weitz & Luxenberg
210 Lake Drive East, Suite 160
Cherry Hill, NJ 08002

Eugene Coursey Tullos
Tullos, Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153-0074

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

SCANNED
NOV 1 5 2004
U.S. DISTRICT COURT MPLS