# INVOLVED JUDGES LIST FOR SCHEDULE CTO-45
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. David C. Bramlette
U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
672 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1290

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Martha Vazquez
Chief Judge, U.S. District Court
P.O. Box 2710
Santa Fe, NM 87501-2710

Hon. Judith C. Herrera
U.S. District Judge
P.O. Box 2085
Santa Fe, NM 87504

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

SCANNED
NOV 1 5 2004
U.S. DISTRICT COURT MPLS