**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, the PSC and Defendants now submit a stipulated list of those Plaintiffs who were transferred to this Court by Conditional Transfer Orders 36 and 38, and of those Plaintiffs who filed directly in the District of Minnesota at approximately the same time, who were at least twenty-four days delinquent in their supplemental discovery obligation as of November 17, 2004, 5:00 p.m., Central Standard Time. These Plaintiffs are listed in Exhibit A attached to this Order.

The purpose of the instant Order is to warn those Plaintiffs that

the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 114 by November , 2004, 5:00 p.m., Central Standard Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by December 7, 2004, 5:00 p.m., Central Standard Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: November 22, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**Exhibit A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for CTO-36 Plaintiffs due 08/16/2004** **As of November 12, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Augurson, Fennie | 04-1621 | Mark Davis, Esq<br>Davis & Feder<br>1712 15th Street, Suite 300<br>Gulfport, MS 39501<br>(228) 863-6000<br>(228) 864-0907 (fax) |
| 2. | Batiste, Wilson | 04-1621 | |
| 3. | Baum, Connie | 04-1621 | |
| 4. | Breaux, Ronald | 04-1621 | |
| 5. | Brown, Ola | 04-1621 | |
| 6. | Carter, Rosie | 04-1621 | |
| 7. | Clay, Mary | 04-1621 | |
| 8. | Clay, Riley | 04-1621 | |
| 9. | Coty, Cherlyn | 04-1621 | |
| 10. | Crouch, James | 04-1621 | |
| 11. | Cubie, Willie Mae | 04-1621 | |
| 12. | Early, Anna | 04-1621 | |
| 13. | Edwards, William | 04-1621 | |
| 14. | Farnum, Stella | 04-1621 | |
| 15. | Fletcher, Louise | 04-1621 | |
| 16. | Gray, Shirley | 04-1621 | |
| 17. | Heston, Theresa | 04-1621 | |
| 18. | Jefferson, Augustine | 04-1621 | |
| 19. | Johnson, Gerad | 04-1621 | |
| 20. | Jordan, Arelia | 04-1621 | |
| 21. | Lewis, Dwayne | 04-1621 | |
| 22. | McCann, Evelyn | 04-1621 | |
| 23. | Miller, Audrey | 04-1621 | |
| 24. | Moroney, Doris | 04-1621 | |
| 25. | Nelson, Jasper | 04-1621 | |
| 26. | Parfait, Antoine | 04-1621 | |
| 27. | Powell, Betty | 04-1621 | |
| 28. | Smith, James | 04-1621 | |
| 29. | Snowden, Juanita | 04-1621 | |
| 30. | Turner, Elise | 04-1621 | |
| 31. | White, Hazel | 04-1621 | |
| 32. | Younce, Thyra | 04-1621 | |
| 33. | Hanlin, Jeanette | 04-1611 | Patrick D. McMurtray, Esq.<br>Frazer Davidson, P.A.<br>500 E. Capitol Street<br>Jackson, MS 39201<br>(601) 969-9999<br>(601) 969-0830 (fax) |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 34. | McKinney, Gabbie | 04-1656 | Ted B. Lyon, Jr., Esq.<br>Town East Tower, Suite 525<br>18601 LBJ Freeway<br>Mesquite, TX 75150<br>(972) 279-6571<br>(972) 279-3021 (fax) |
| 35. | Blaine, Richard | 04-1626 | Bradley S. Mainor, Esq.<br>Mainor Eglet Cottle LLP<br>400 S. Fourth Street, 6th Floor<br>Las Vegas, NV 89101<br>(702) 450-5400 |
| 36. | Britz, Richard | 04-1626 | |
| 37. | Burnell, Roques | 04-1626 | |
| 38. | Castaneda, Pedro | 04-1626 | |
| 39. | D'Amor, Robert | 04-1626 | |
| 40. | Doyle, John | 04-1626 | |
| 41. | Henley, Ernold | 04-1626 | |
| 42. | Immordine, Jacqueline | 04-1626 | |
| 43. | Johnson, Robert | 04-1626 | |
| 44. | Kruckenberg, Jerry | 04-1626 | |
| 45. | Lee, Harry | 04-1626 | |
| 46. | Leonard, Gary | 04-1626 | |
| 47. | Levine, Jack | 04-1626 | |
| 48. | Maddock, Jerry | 04-1626 | |
| 49. | McCollum, Sonya | 04-1626 | |
| 50. | Noble, Rosalie | 04-1626 | |
| 51. | Plink, Henriette | 04-1626 | |
| 52. | Scott, Shirley | 04-1626 | |
| 53. | Sawyer, Jack Holman | 04-1643 | Douglas R. Allen, Esq.<br>Morgan Allen Lyons & Taylor<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159<br>(405) 691-2555 |
| 54. | Violette, Reta Mae | 04-1651 | |
| 55. | Irby, Edna Marie | 04-1652 | |
| 56. | Konen, Francine | 04-1653 | |
| 57. | Williams, James | 04-1654 | |
| 58. | Modica, Edward A., Sr. | 04-1624 | Andrew R. Bronsnick, Esq.<br>Nagel Rice & Mazie LLP<br>301 S. Livingston Ave., Suite 201<br>Livingston, NJ 07039<br>(973) 535-3100 |
| 59. | Rodriguez, Roger | 04-1624 | |

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for CTO-38 Plaintiffs due 10/01/2004** **As of November 12, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Ferguson, Laverne | 04-2873 | Cary B. Bryson, Esq.<br>Bryson Law Firm, LLC<br>217 West University Avenue<br>Lafayette, LA 70506<br>(337) 233-4210<br>(337) 233-4213 (fax) |
| 2. | Gabriel, Betty | 04-2873 | |
| 3. | Hoffman, Anne | 04-2873 | |
| 4. | Hutson, Don | 04-2873 | |
| 5. | Luecke, Kirk | 04-2873 | |
| 6. | Morgan, Richard | 04-2873 | |
| 7. | Nicholson, Leroy | 04-2873 | |
| 8. | Parr, Thomas | 04-2873 | |
| 9. | Pyle, Lewis | 04-2873 | |
| 10. | Reynolds, Brian | 04-2873 | |
| 11. | Rookstool, Leslie W. | 04-2873 | |
| 12. | Sosa, Eddie | 04-2873 | |
| 13. | Warrick, Fred | 04-2873 | |
| 14. | Zervas, Nicholas T. | 04-2833 | Michael R. Perry, Esq.<br>Hanify & King<br>One Beacon St.<br>Boston, MA 02108<br>(617) 423-0400<br>(617) 423-0498 (fax) |
| 15. | Whatley, Sallie V. | | James S. Hubbard, Esq.<br>Hubbard & Knight<br>P.O. Drawer 1850<br>Anniston, AL 36202<br>(256) 237-9586<br>(256) 237-9594 (fax) |
| 16. | Scott, Melvin Lee | 04-2837 | Patrick D. McMurtray, Esq.<br><br>Frazer Davidson, P.A.<br>500 E. Capitol Street<br>Jackson, MS 39201<br>(601) 969-9999<br>(601) 969-0830 (fax) |
| 17. | Townsend, Willie Mae | 04-2838 | |
| 18. | Townsend, James | 04-2839 | |
| 19. | Bell, Martilla | 04-2840 | |
| 20. | Fletcher, Candies G. | 04-2840 | |
| 21. | Neal, Robert, Jr. | 04-2841 | |
| 22. | Atterberry, Jerry D. | 04-2843 | |
| 23. | Pierce, Rosella | 04-2844 | |
| 24. | Rutland, Mary | 04-2844 | |
| 25. | Slay, Everett Linda | 04-2844 | |
| 26. | Rayborn, Selvyn | 04-2845 | |
| 27. | Tiller, Roann | 04-2846 | |
| 28. | Hill, Virginia Leon | 04-2848 | |
| 29. | Carter, Earl | 04-2876 | Richard L. Martens, Esq.<br>Martens-Ragen, PS<br>705 Fifth Ave South, Suite 150<br>Seattle, WA 98104<br>(206) 709-2999<br>(206) 709-2722 (fax) |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 30. | Johnson, Kenneth | 04-2868 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>2300 Lyric Centre Building<br>440 Louisiana<br>Houston, TX 77002<br>(713) 236-2677<br>(713) 223-4870 (fax) |
| 31. | Riley, Frank | 04-2870 | |
| 32. | Johnson, Evelyne | 04-2871 | |
| 33. | Cotten, Eula | 04-2872 | |
| 34. | Baygents, Rufus Russell | 04-2842 | Joe Sam Owen, Esq.<br>Owen & Galloway<br>PO Drawer 420<br>Gulfport, MS 39502<br>(228) 868-2821 |
| 35. | Morgan, Betty | 04-2827 | Greg R. Remmenga, Esq.<br>2478 Patteson Rd #22<br>Grand Junction, CO 81505<br>(970) 263-4734 |
| 36. | Scott, Stanley | 04-2827 | |
| 37. | Smith, James | 04-2827 | |
| 38. | Adams, Dale | 04-2867 | Don S. Strong, Esq.<br>Strong, Martin & Associates<br>120 North Robinson, Suite 2700<br>Oklahoma City, OK 73102<br>(405) 604-7500<br>(405) 604-7503 (fax) |
| 39. | Allen, Pam | 04-2867 | |
| 40. | Apala, Lawana | 04-2867 | |
| 41. | Atchley, Patti | 04-2867 | |
| 42. | Baker, Wanda | 04-2867 | |
| 43. | Baxter, Harry | 04-2867 | |
| 44. | Bernardy, James | 04-2867 | |
| 45. | Bigelow, Louis | 04-2867 | |
| 46. | Bishop, James | 04-2867 | |
| 47. | Bradley, William, Jr. | 04-2867 | |
| 48. | Bridges, Corine | 04-2867 | |
| 49. | Burris, Janet | 04-2867 | |
| 50. | Butler, Harry | 04-2867 | |
| 51. | Cannon, J.C. | 04-2867 | |
| 52. | Chambers, James | 04-2867 | |
| 53. | Cheatham, Doris | 04-2867 | |
| 54. | Clark, Willene | 04-2867 | |
| 55. | Clover, Earl | 04-2867 | |
| 56. | Collis, John | 04-2867 | |
| 57. | Coppenbarger, Ralph D. | 04-2867 | |
| 58. | Coppock, Edna | 04-2867 | |
| 59. | Deguisti, Anthony | 04-2867 | |
| 60. | Duren, Mitchell | 04-2867 | |
| 61. | Edwards, Joan | 04-2867 | |
| 62. | Ehrlich, Glenda | 04-2867 | |
| 63. | Friend, Floyd | 04-2867 | |
| 64. | Givens, Ocelee | 04-2867 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 65. | Grant, Cynthia | 04-2867 | |
| 66. | Haddad, Joseph | 04-2867 | |
| 67. | Hargis, Paul | 04-2867 | |
| 68. | Harmon, Gerald | 04-2867 | |
| 69. | Harris, Betty Jo | 04-2867 | |
| 70. | Hayes, Ben | 04-2867 | |
| 71. | Hutchins, Sally E. | 04-2867 | |
| 72. | Johnson, Larry | 04-2867 | |
| 73. | Johnson, Marlys | 04-2867 | |
| 74. | Jones, Norman | 04-2867 | |
| 75. | Loertcher, Jewell | 04-2867 | |
| 76. | Lucas, Mary | 04-2867 | |
| 77. | Lusk, Leonard | 04-2867 | |
| 78. | Martinez, Merced | 04-2867 | |
| 79. | McClintock, Robert | 04-2867 | |
| 80. | Miller, Don | 04-2867 | |
| 81. | Moates, Duane V. | 04-2867 | |
| 82. | Montgomery, Rosemary | 04-2867 | |
| 83. | Moore, Wilma | 04-2867 | |
| 84. | Morgan, Pauline | 04-2867 | |
| 85. | Owen, Jean | 04-2867 | |
| 86. | Powers, Juanita | 04-2867 | |
| 87. | Robinson, Armetta | 04-2867 | |
| 88. | Snell, Diane | 04-2867 | |
| 89. | Stavrinakis, Michael D. | 04-2867 | |
| 90. | Stiles, Jeff | 04-2867 | |
| 91. | Sullivan, Harold | 04-2867 | |
| 92. | Switzer, Gary | 04-2867 | |
| 93. | Tate, Hobart | 04-2867 | |
| 94. | Terry, Mary | 04-2867 | |
| 95. | Turnmire, Margaret | 04-2867 | |
| 96. | Wallace, Mary | 04-2867 | |
| 97. | Watson, Judy | 04-2867 | |
| 98. | Weins, Wanda | 04-2867 | |
| 99. | Weller, Neva | 04-2867 | |

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for Plaintiffs Filed in D. Minn. due on or before 10/01/2004**

**As of November 12, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Hauf, Erwin | 04-1515 | Charles H. Johnson, Esq.<br>Johnson & Associates<br>2599 Mississippi Street<br>New Brighton, MN 55112<br>651-633-5685<br>651-633-4442 (fax) |
| 2. | Degard, Lawrence | 04-1516 | |
| 3. | Coates, Robert | 04-1519 | |
| 4. | Atkinson, Mary | 04-1527 | |