**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, the parties agreed to grant an extension to Plaintiffs represented by the Law Offices of Daniel E. Becnel, Jr., until September 28, 2004. The PSC and Defendants now submit a stipulated list of those Plaintiffs represented by Mr. Becnel who were at least twenty-four days delinquent in their supplemental discovery obligation as of November 17, 2004, 5:00 p.m., Central Standard Time. These Plaintiffs are listed in Exhibit A attached to this Order.

The purpose of the instant Order is to warn those Plaintiffs that

the District Court will dismiss with prejudice the cases of any Plaintiffs listed

on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 114 by November , 2004, 5:00 p.m., Central Standard Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by December 7, 2004, 5:00 p.m., Central Standard Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: November 22, 2004

_s/ Jonathan Lebedoff______________
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**Exhibit A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for PTO-114 Certain Plaintiffs due 09/28/2004** **As of November 12, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Bergeron, Hedy L. | 02-2992 | Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>Post Office Drawer H<br>Reserve, LA 70084<br>(985) 536-1186<br>(985) 536-6445 (fax) |
| 2. | Blanchard, Frances M. | 02-2992 | |
| 3. | Braud, Delta M. | 02-2992 | |
| 4. | Burkhalter, Ruby N. | 02-2992 | |
| 5. | Coupel, Randy P. | 02-2992 | |
| 6. | Dennis, Joseph | 02-2992 | |
| 7. | Folse, Debra | 02-2992 | |
| 8. | Gilbert, Ava M. | 02-2992 | |
| 9. | Gilfour, Wesley A. | 02-2992 | |
| 10. | Marek, John L. | 02-2992 | |
| 11. | Martin, Helen G. | 02-2992 | |
| 12. | Pereira, Judith | 02-2992 | |
| 13. | Adams, Jerry P., Sr. | 02-2994 | |
| 14. | Bachot, Frank, Jr. | 02-2994 | |
| 15. | Fitch, Ina Claire | 02-2994 | |
| 16. | Saunders, Mary Rita | 02-2994 | |
| 17. | Short, Steven | 02-2994 | |
| 18. | van Leeuwaarde, Charmaine | 02-2994 | |
| 19. | Allen, Dorothy Lee | 02-2996 | |
| 20. | Brashears, Jimmie | 02-2996 | |
| 21. | Jackson, Peggy Jeannette | 02-2996 | |
| 22. | Jones, Willie Lea | 02-2996 | |
| 23. | Ney, Suzanne E. | 02-2996 | |
| 24. | Spriggs, Michael | 02-2996 | |
| 25. | Strain, Lynn | 02-2996 | |
| 26. | Williford, Henry David | 02-2996 | |
| 27. | Beech, Anthony | 02-3489 | |
| 28. | Campbell, Larnell, Jr. | 02-3489 | |
| 29. | Crawford, Lawrence | 02-3489 | |
| 30. | Daleo, Anthony | 02-3489 | |
| 31. | Dede, Gustavia | 02-3489 | |
| 32. | Doughty, Evelyn | 02-3489 | |
| 33. | Durocher, Bradford, Sr. | 02-3489 | |
| 34. | Magee, James M., Jr. | 02-3489 | |
| 35. | Sneeze, Ramona | 02-3489 | |
| 36. | Walker, Imelda | 02-3489 | |
| 37. | Williams, Madeline H. | 02-3489 | |
| 38. | Williams, Vicy | 02-3489 | |
| 39. | Wilson, Jamie | 02-3489 | |
| 40. | Brown, Christine C. | 02-3490 | |
| 41. | Carter, Venetia | 02-3490 | |
| 42. | Collins, Allen | 02-3490 | |
| 43. | Etienne, Nelson | 02-3490 | |
| 44. | Fernandez, Roy E., Jr. | 02-3490 | |

## Delinquency List for Certain Plaintiffs due 09/28/2004 as of 11/12/2004

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 45. | Geddes, Donald, III | 02-3490 | |
| 46. | Heath, Eddie | 02-3490 | |
| 47. | Provetere, John | 02-3490 | |
| 48. | Savoie, Margaret | 02-3490 | |
| 49. | Smith, Beatrice | 02-3490 | |
| 50. | Stillwell, James | 02-3490 | |
| 51. | Tabb, Shiela M. | 02-3490 | |
| 52. | Walker, Annie Lee | 02-3490 | |
| 53. | Williams, Lee Ester | 02-3490 | |
| 54. | Baker, Kathleen L. | 02-3491 | |
| 55. | Brown, Kenneth W. | 02-3491 | |
| 56. | Burgess, Brenda | 02-3491 | |
| 57. | Craft, Jerry Wayne | 02-3491 | |
| 58. | Dixon, Delories | 02-3491 | |
| 59. | Fisher, Loreta Allen | 02-3491 | |
| 60. | Gibson, Verlie P. | 02-3491 | |
| 61. | Glover, Carnell | 02-3491 | |
| 62. | Hickman, Dixie S. | 02-3491 | |
| 63. | Iverstine, Deborah B. | 02-3491 | |
| 64. | Johnson, Vera C. | 02-3491 | |
| 65. | Savoy, Gloria | 02-3491 | |
| 66. | Tate, Elizabeth Z. | 02-3491 | |
| 67. | Leonard, Wilfred, Jr. | 02-2124 | |
| 68. | Schroeder, Samuel J., Jr. | 02-2124 | |
| 69. | Williams, Betty | 02-2124 | |
| 70. | Adams, James Luke | 02-2125 | |
| 71. | Carter, LeRoy, Sr. | 02-2125 | |
| 72. | Johnson, Cassie J. | 02-2125 | |
| 73. | Klahr, Julia W. | 02-2125 | |
| 74. | Molden, Helen Marie | 02-2125 | |