**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**ORDER**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, Part I.B, Plaintiffs with the District of Minnesota case numbers 01-1594 to 02-4433 ("Phase I Plaintiffs") had the option of initially providing letter submissions by June 7, 2004. Those Plaintiffs were then required to serve a case-specific report from a medical expert no later than one-hundred-twenty days after submission of the initial letter and supporting documents. (PTO 114, Part I.B.2.) The PSC and Defendants now submit a stipulated list of Phase I Plaintiffs who were at least twenty-four days delinquent in their supplemental

discovery obligation of providing a case-specific report as of November 17, 2004, 5:00 p.m., Central Standard Time. These Plaintiffs are listed in Exhibit A attached to this Order.

The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 114 by November , 2004, 5:00 p.m., Central Standard Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by December 7, 2004, 5:00 p.m., Central Standard Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: November 22, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**EXHIBIT A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for Phase I Plaintiffs' Option B Reports due 10/05/2004** **As of November 12, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Henson, Gertha Mae | 02-3853 | Alan Aleksander, Esq.<br>225 E. Carillo St. Suite 305<br>Santa Barbara, CA 93101<br>(800) 787-7571<br>(805) 962-2461 (fax) |
| 2. | Byrd, Malaby | 02-3950 | Theodore Berry, Esq.<br>2401 Regency Road, Suite 105<br>Lexington, KY 40503<br>(859) 276-0484<br>(859) 276-0381 (fax) |
| 3. | Childs, George, Jr. | 02-3950 | |
| 4. | Semler, Barbara | 02-3950 | |
| 5. | Strauss, Arnold | 01-2383 | Norman B. Blumenthal, Esq.<br>Blumenthal & Markham<br>2255 Calle Clara<br>La Jolla, CA 92037<br>(858) 551-1223<br>(858) 551-1232 (fax) |
| 6. | Obrart, Rheta | 02-4402 | Max Sauler, Esq.<br>Bob Cohen & Associates<br>16000 Ventura Blvd., Suite 701<br>Encino, CA 91436<br>(818) 986-3332<br>(818) 986-5879 (fax) |
| 7. | Thomas, Gloria | 02-2115 | Johnna Hansen, Esq.<br>Booth & Koskoff<br>18411 S. Crenshaw Blvd.<br>Torrance, CA 90504<br>(310) 515-1361<br>(310) 217-8989 (fax) |
| 8. | Perry, Menson O. | 02-2975 | |
| 9. | Lemmons, Stephen | 02-2991 | Eileen McCarthy Brown, Esq.<br>825 Baronne Street<br>New Orleans, LA 70113<br>(504) 891-4200<br>(504) 891-7290 (fax) |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 10. | Wold, Carleton | 02-2114 | James T. Capretz, Esq.<br>Capretz & Associates<br>5000 Birch Street, Suite 2500<br>Newport Beach, CA 92660<br>(949) 724-3000<br>(949) 757-2635 (fax) |
| 11. | McQuay, Dennis | 02-0540 | Steven A. Owings, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221<br>(501) 312-8500<br>(501) 312-8505 (fax) |
| 12. | D'Agui, Joseph | 02-0745 | |
| 13. | Mallette, William | 02-3452 | |
| 14. | Driver, Edith | 02-4398 | |
| 15. | Johnson, Rachel | 02-4398 | |
| 16. | Kegley, Dale | 02-4398 | |
| 17. | Jasper, Brinda | 02-4399 | |
| 18. | Manda, Jamie E. | 02-0915 | Rebecca A. Cunard, Esq.<br>9214 Interline Avenue<br>Baton Rouge, LA 70809<br>(225) 925-2978<br>(225) 925-8192 (fax) |
| 19. | Simpson, Calvin | 02-2995 | Scott Frugé, Esq.<br>deGravelles Palmintier Holthaus & Frugé, LLP<br>618 Main Street<br>Baton Rouge, LA 70801<br>(225) 344-3735<br>(225) 344-3320 (fax) |
| 20. | Glasheen, William | 02-3915 | Donald F. Hildre, Esq.<br>Dougherty, Hildre, Dudek, & Haklar<br>2550 Fifth Avenue<br>San Diego, CA 92103<br>(619) 232-9131<br>(619) 232-7317 (fax) |
| 21. | McFadden, Wendell | 02-3918 | |
| 22. | Abiton, Victor | 02-3926 | |
| 23. | Brody, Harmon Nathan | 02-0158 | Eric J. O'Bell, Esq.<br>Fayard & Honeycutt<br>1530 LL&E Tower<br>New Orleans, LA 70112<br>(504) 309-5005<br>(504) 309-5006 (fax) |
| 24. | Herbert, Duane | 02-3982 | |
| 25. | Edwards, Robert R. | 02-4011 | |
| 26. | Salley, Barbara L. | 02-4013 | |
| 27. | Powell, Susie M. | 02-0430 | J. Callen Sparrow, Esq.<br>Garrison Scott Gamble & Rosenthal, P.C.<br>2224 First Avenue North<br>Birmingham, AL 35202<br>(205) 326-3336<br>(205) 326-3332 (fax) |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 28. | Smith, Shelby Jean | 02-0539 | Lloyd W. Gathings, Esq.<br>Gathings Law<br>P.O. Box 10545<br>Birmingham, AL 35202<br>(205) 322-1201<br>(205) 322-1202 (fax) |
| 29. | Craig, Chester | 02-4040 | Jeffrey T. Embry, Esq.<br>Hossley & Embry<br>313 E. Charnwood<br>Tyler, TX 75701<br>(903) 526-1772<br>(903) 526-1773 (fax) |
| 30. | Baumann, Donna | 02-1429 | Theodore G. Karavidas, Esq.<br>Karavidas Law Offices<br>2 N. LaSalle Street, Suite 1776<br>Chicago, IL 60602<br>(312) 782-4545<br>(312) 782-4540 (fax) |
| 31. | Pickering, Linda | 02-3485 | Shawn Khorrami, Esq.<br>Law Offices of Shawn Khorrami<br>14550 Haynes Street, Third Floor<br>Van Nuys, CA 91411<br>(818) 947-5111<br>(818) 947-5121 (fax) |
| 32. | Mitz, Thomas | 02-0152 | Clinton A. Krislov, Esq.<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606<br>(312) 606-0500<br>(312) 606-0207 (fax) |
| 33. | Sidwell, Mary | 02-0152 | |
| 34. | Smoker, Elsie | 02-2888 | Shawn M. Raiter, Esq.<br>Deanna Dailey, Esq.<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55102<br>(651) 312-6500<br>(651) 312-6618 (fax) |
| 35. | Jorgensen, Wanda | 02-3879 | |
| 36. | Kick, Cornelia | 02-3881 | |
| 37. | Montalvo, Paul | 02-3884 | |
| 38. | Hammons, James | 02-3890 | |
| 39. | Rush, Linda | 02-3893 | |
| 40. | Johnson, Marguerite | 02-3958 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 41. | Mathern, Alvin | 02-3450 | Yvonne M. Flaherty, Esq.<br>Lockridge, Grindal, Nauen<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>(612) 339-0981 (fax) |
| 42. | Merry, Randall | 02-3450 | |
| 43. | Berger, Wilbur | 02-4405 | |
| 44. | Otey, Audrey L. | 02-4018 | Richard J. Lutzel, Esq.<br>Lutzel Gandy & Associates<br>3420 Toringdon Way, Suite 210<br>Charlotte, NC 28277 |
| 45. | Faldon, Donald Ray | 02-2973 | Joey McCutchen, Esq.<br>1622 North B Street<br>P.O. Box 1971<br>Fort Smith, AR 72902<br>(479) 783-0036<br>(479) 783-5168 (fax) |
| 46. | Albright, Dwinna | 02-0922 | Dottie Murphy, Esq.<br>900 Eighth Street, Suite 1400<br>Wichita Falls, TX 76301<br>(940) 761-1777<br>(940) 761-1779 (fax) |
| 47. | Miller, Geranda | 02-0922 | |
| 48. | Pennington, Howard | 02-0922 | |
| 49. | Splawn, Suzanne | 02-0922 | |
| 50. | Thomas, Nora | 02-0922 | |
| 51. | Whitehead, James | 02-0922 | |
| 52. | Wolf, Deborah | 02-0922 | |
| 53. | Humphrey, Claudie | 02-4042 | |
| 54. | Schulze, Cassie | 02-4042 | |
| 55. | Shinpaugh, Charles | 02-4042 | |
| 56. | Dickhausen, Gretchen | 02-0057 | Garrett Blanchfield, Esq.<br>Reinhardt and Anderson<br>E-1000 1st National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>(651) 227-9990<br>(651) 297-6543 (fax) |
| 57. | Swink, Mary | 01-2382 | Earl P. Underwood, Jr., Esq.<br>Rice, Adams, Underwood & Associates, P.C.<br>1311 Gurnee Avenue<br>Anniston, AL 36201<br>(256) 237-2920<br>(256) 236-4551 (fax) |
| 58. | Gabriel, Robert E. | 02-0124 | |
| 59. | Lowe, Gabriel Horatio | 02-0125 | |

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 60. | Feingold, Charles | 02-1123 | John H. Ruiz, Esq.<br>John H. Ruiz, PA<br>198 N.W. 37th Avenue<br>Miami, FL 33125<br>(305) 649-0020<br>(305) 649-6070 (fax) |
| 61. | Haynes, Della Gross | 02-3952 | Darrell E. Sammons, Esq.<br>237 Second St.<br>P.O. Box 255<br>Pikeville, KY 41502<br>(606) 432-6621 |
| 62. | Luther, Carolyn | 02-0882 | Sandra J. Springs, Esq.<br>Law Offices of Sandra J. Springs<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 800<br>Oakland, CA 94612<br>(510) 466-6090<br>(510) 874-4168 (fax) |
| 63. | Amari, Paul | 02-1351 | James A. Staak, Esq.<br>Staack, Simms & Hernandez, PA<br>900 Drew Street<br>Clearwater, FL 33755<br>(727) 441-2635<br>(727) 461-4836 (fax) |
| 64. | Barnes, Barbara | 02-1351 | |
| 65. | Johnson, Dora Ann | 02-4025 | Ronald Goldser, Esq.<br>Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(612) 341-0844 (fax) |
| 66. | Arbaugh, Jerry | 02-4035 | |
| 67. | Mundy, Sylvia | 02-4035 | |