**Exhibit A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for PTO-81 CTO 39, Certain Remand, and Certain District of Minnesota Plaintiffs Who Have Not Submitted Plaintiff's Fact Sheets or Responsive Documents**

**As of November 18, 2004**

EXHIBIT A

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Bonds, Shirley | 03-5096 | Justin G. Witkin, Esq.<br>Aylstock, Witkin, Sasser, P.L.C.<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>P: (850) 916-7450<br>F: (850) 916-7449 |
| 2. | Estes, Angela | 03-5096 | |
| 3. | Stringer, Arjula | 03-5096 | |
| 4. | Hager, Dennis | 04-3271 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, New Mexico 87104<br>P: (505) 243-3500<br>F: (505) 243-3534 |
| 5. | Benfield, Catherine | 04-3471 | Charles H. Johnson, Esq.<br>Johnson & Associates PA<br>4660 Slater Road, Suite 225<br>Eagan, MN 55122<br>P: (952) 746-8600<br>F: (952) 746-8601 |
| 6. | Benter, Marian | 04-3560 | |
| 7. | Bowers, Lyndall | 04-3558 | |
| 8. | Broadway, Clara | 04-3561 | |
| 9. | Bush, Julia | 04-3505 | |
| 10. | Cole, Annie | 04-3472 | |
| 11. | Cox, Dolores | 04-3545 | |
| 12. | Cross, Stella | 04-3552 | |
| 13. | Dillman, Wilma | 04-3507 | |
| 14. | Graham, Timothy | 04-3508 | |
| 15. | Hollis, William | 04-3465 | |
| 16. | Klindt, Maralee | 04-3549 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 17. | Kruse, Michael | 04-3559 | |
| 18. | Laabs, Lyle | 04-3557 | |
| 19. | Larson, Margie | 04-3546 | |
| 20. | Laubenthal, Lou Ellen | 04-3550 | |
| 21. | Laws, Freddie | 04-3553 | |
| 22. | Leatherwood, Coit | 04-3502 | |
| 23. | Long, Milton | 04-3501 | |
| 24. | Medina, Vicki | 04-3554 | |
| 25. | Meyer, Martha | 04-3542 | |
| 26. | Newton, Patricia | 04-3544 | |
| 27. | Olejnik, Arden | 04-3464 | |
| 28. | Patzner-Schulz, JoAnn | 04-3473 | |
| 29. | Pilgram, Linda | 04-3468 | |
| 30. | Powers, Margaret | 04-3510 | |
| 31. | Prine, Fayrene | 04-3503 | |
| 32. | Rotenberry, Cliff | 04-3467 | |
| 33. | Rowe, Samuel | 04-3504 | |
| 34. | Sawyer, Stephen | 04-3469 | |
| 35. | Shay, Jeanne | 04-3543 | |
| 36. | Tuttle, Donald | 04-3551 | |
| 37. | Vonasek, Darlene | 04-3474 | |
| 38. | Walker, Berdia | 04-3466 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 39. | Walkes, Dorothy | 04-3547 | |
| 40. | Warren, Evelyn | 04-3506 | |
| 41. | Williams, Albert, Jr. | 04-3509 | |
| 42. | Wiseman, Mabel | 04-3556 | |
| 43. | Young, Uleta | 04-3555 | |
| 44. | Mabry, Deborah Ann | 03-4968 | John Arthur Eaves, Esq.<br>JOHN ARTHUR EAVES, Law Offices<br>101 North State Street<br>Jackson, Mississippi 39201<br>P: (601) 355-7961<br>F: (601) 355-0530 |
| 45. | Blake, Danny | 04-3406 | Gregory N. McEwen<br>McEwen Law Firm, Ltd.<br>5850 Blackshire Path<br>Inver Grove Heights, MN 55076<br>P: (651) 224-3833<br>F: (651) 223-5790 |
| 46. | Carter, Hurbert | 04-3407 | |
| 47. | Johnson, Esther | 04-3403 | |
| 48. | McNew, Wanella | 04-3404 | |
| 49. | Arnold, Wanda | 03-4949 | Tim Balducci, Esq.<br>Beverly Butler, Esq.<br>The Langston Law Firm, P.A.<br>P.O. Box 787<br>Booneville, MS 38829<br>P: (662) 728-3138<br>F: (662) 728-1992 |
| 50. | Ausbon, Ona Faye | 03-4949 | |
| 51. | Brents, Linda | 03-4947 | |
| 52. | Chism, Jessie | 03-4949 | |
| 53. | Cockrell, Charlotte | 03-4949 | |
| 54. | Dent, Curtis Lee, Jr. | 03-4947 | |
| 55. | Edwards, Shirley | 03-4947 | |
| 56. | Hall, Mary K. | 03-4949 | |
| 57. | Hardin, Lucy | 03-4949 | |
| 58. | Hopkins, Billie | 03-4949 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 59. | Hubbard, Bonnie J. | 03-4947 | |
| 60. | Lyles, Margaret | 03-4949 | |
| 61. | Maby, Deborah Ann | 03-4949 | |
| 62. | Miller, Carolyn | 03-4949 | |
| 63. | Mott, Charlene | 03-4947 | |
| 64. | Parham, Jimmy | 03-4949 | |
| 65. | Parker, Jerry Lynn | 03-4947 | |
| 66. | Patton, Opal | 03-4949 | |
| 67. | Pope, Elaine | 03-4949 | |
| 68. | Reese, J.C. | 03-4949 | |
| 69. | Sloan, Edward Vernon | 03-4947 | |
| 70. | Spraggins, James | 03-4949 | |
| 71. | Weems, Vercara | 03-4947 | |
| 72. | Ainsworth, Marjorie | 04-3272 | Matthew T. Graff, Esq.<br>Graff & Associates<br>1957 W. Royal Hunte Drive, Suite 200<br>Cedar City, UT 84720<br>P: (435) 586-5115<br>F: (435) 586-5118 |
| 73. | Alder, Cathleen | 04-3272 | |
| 74. | Alger, Cathlene | 04-3272 | |
| 75. | Anderson, Brad | 04-3272 | |
| 76. | Anderson, Dorothy | 04-3272 | |
| 77. | Anduiza, Patricia | 04-3272 | |
| 78. | Anthony, Bruce | 04-3272 | |
| 79. | Apple, Don | 04-3272 | |
| 80. | Aslett, Karleen | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 81. | Austin, Cathleen | 04-3272 | |
| 82. | Baer, James A. | 04-3272 | |
| 83. | Ball, Berla | 04-3272 | |
| 84. | Barney, Marie | 04-3272 | |
| 85. | Bate, Phyllis | 04-3272 | |
| 86. | Bergeson, Cecil | 04-3272 | |
| 87. | Bergeson, Delreed | 04-3272 | |
| 88. | Betts, Lisa | 04-3272 | |
| 89. | Betts, Velma | 04-3272 | |
| 90. | Bies, Betty | 04-3272 | |
| 91. | Blackburn, Adela | 04-3272 | |
| 92. | Blackwood, Dennis | 04-3272 | |
| 93. | Blankenship, Hallie | 04-3272 | |
| 94. | Blessing, Bill | 04-3272 | |
| 95. | Blunk, Angeline | 04-3272 | |
| 96. | Bly, Jesse | 04-3272 | |
| 97. | Boberg, Sandy | 04-3272 | |
| 98. | Bradford, Jim | 04-3272 | |
| 99. | Brenner, Ralph | 04-3272 | |
| 100. | Bringhurst, William | 04-3272 | |
| 101. | Brummond, William | 04-3272 | |
| 102. | Buchta, Charles | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 103. | Buchta, Marlene | 04-3272 | |
| 104. | Burges, James | 04-3272 | |
| 105. | Burgess, Connie | 04-3272 | |
| 106. | Burnett, Edward | 04-3272 | |
| 107. | Burnham, S. Rose | 04-3272 | |
| 108. | Bush, Hyrum | 04-3272 | |
| 109. | Buxton, Jay Farrell | 04-3272 | |
| 110. | Calkins, Jeffrey | 04-3272 | |
| 111. | Call, Peggy | 04-3272 | |
| 112. | Cannon, Eleanor | 04-3272 | |
| 113. | Cardall, Gary | 04-3272 | |
| 114. | Carraseo, Norina | 04-3272 | |
| 115. | Carter, Helen | 04-3272 | |
| 116. | Cellmer, Donald | 04-3272 | |
| 117. | Charles, Donald | 04-3272 | |
| 118. | Christiansen, Trudie | 04-3272 | |
| 119. | Clemens, Jill | 04-3272 | |
| 120. | Conner, Louis L. | 04-3272 | |
| 121. | Cooper, Doug | 04-3272 | |
| 122. | Coy, Sidney | 04-3272 | |
| 123. | Crawford, Grace | 04-3272 | |
| 124. | Crocco, Johnni | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 125. | Crocco, William | 04-3272 | |
| 126. | Cyr, Maurice | 04-3272 | |
| 127. | Dastrup, Colleen | 04-3272 | |
| 128. | Davies, Larry | 04-3272 | |
| 129. | Debates, Ron | 04-3272 | |
| 130. | Decroo, Joan | 04-3272 | |
| 131. | Defosse, Margaret | 04-3272 | |
| 132. | Delafrance, Carolyn | 04-3272 | |
| 133. | Dempster, William A. | 04-3272 | |
| 134. | Doherty, Tom | 04-3272 | |
| 135. | Donaldson, Elsie | 04-3272 | |
| 136. | Driscoll, Lorraine | 04-3272 | |
| 137. | Duenther, James | 04-3272 | |
| 138. | Duffy, Faye | 04-3272 | |
| 139. | Dulley, Carol | 04-3272 | |
| 140. | Durden, John | 04-3272 | |
| 141. | Durnford, Robert | 04-3272 | |
| 142. | Edens, Bonnie | 04-3272 | |
| 143. | Etherington, Dean | 04-3272 | |
| 144. | Evans, Larry | 04-3272 | |
| 145. | Farnsworth, Richard | 04-3272 | |
| 146. | Fauerso, Keith | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 147. | Fehsal, Brenda L. | 04-3272 | |
| 148. | Finch, Edith | 04-3272 | |
| 149. | Flores, Carmen | 04-3272 | |
| 150. | Folk, James L. | 04-3272 | |
| 151. | Folkse, James | 04-3272 | |
| 152. | Forrest, John | 04-3272 | |
| 153. | Fowles, Jeanne | 04-3272 | |
| 154. | Francen, Jay | 04-3272 | |
| 155. | Freeman, Mel | 04-3272 | |
| 156. | Gail, Madalyn | 04-3272 | |
| 157. | Garcia, Joe | 04-3272 | |
| 158. | Garn, Deanne | 04-3272 | |
| 159. | Gay, Joan | 04-3272 | |
| 160. | Geist, Shem | 04-3272 | |
| 161. | Gibbons, Arlene L. | 04-3272 | |
| 162. | Goodman, Irene | 04-3272 | |
| 163. | Gordon, Jim | 04-3272 | |
| 164. | Gratton, Bernette | 04-3272 | |
| 165. | Gray, William | 04-3272 | |
| 166. | Greenfield, Vernon | 04-3272 | |
| 167. | Greenhalgh, Dorel | 04-3272 | |
| 168. | Griffith, Katherine | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 169. | Gruden, Helen | 04-3272 | |
| 170. | Guber, Rolena | 04-3272 | |
| 171. | Gundale, Michael | 04-3272 | |
| 172. | Hafen, Arlo | 04-3272 | |
| 173. | Hamby, Dorothy | 04-3272 | |
| 174. | Hamrick, Judith | 04-3272 | |
| 175. | Hansen, Jerry | 04-3272 | |
| 176. | Hardin, Ben | 04-3272 | |
| 177. | Harper, Charlotte | 04-3272 | |
| 178. | Harris, Johnnie | 04-3272 | |
| 179. | Harris, Marlene J. | 04-3272 | |
| 180. | Harris, Phyllis | 04-3272 | |
| 181. | Harrison, Richard | 04-3272 | |
| 182. | Haslam, Shirley | 04-3272 | |
| 183. | Hatch, Lyle | 04-3272 | |
| 184. | Hatfield, Cyril | 04-3272 | |
| 185. | Hatleberg, Arlyne | 04-3272 | |
| 186. | Hawkins, Kenneth | 04-3272 | |
| 187. | Heath, Charles Brent | 04-3272 | |
| 188. | Heath, Twila | 04-3272 | |
| 189. | Henderson, Helen | 04-3272 | |
| 190. | Hensley, Jeanene | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 191. | Herhei, Larayne | 04-3272 | |
| 192. | Herold, Lucien W. | 04-3272 | |
| 193. | Herold, Rose | 04-3272 | |
| 194. | Hicks, Hazel | 04-3272 | |
| 195. | Hills, Ronald E. | 04-3272 | |
| 196. | Hoffman, Marie | 04-3272 | |
| 197. | Hoffmann, Edward | 04-3272 | |
| 198. | Hoggan, Elaine | 04-3272 | |
| 199. | Holliday, John | 04-3272 | |
| 200. | Holtman, Marty | 04-3272 | |
| 201. | Hoopes, Barry | 04-3272 | |
| 202. | Hopkins, Bryon | 04-3272 | |
| 203. | Hopper, John | 04-3272 | |
| 204. | Hough, Gilbert | 04-3272 | |
| 205. | Hubsmith, Louis L. | 04-3272 | |
| 206. | Huffman, Suzanne | 04-3272 | |
| 207. | Hummel, Ronald | 04-3272 | |
| 208. | Hurley, Tim | 04-3272 | |
| 209. | Jack, R.A. | 04-3272 | |
| 210. | Jacobsen, Ruth | 04-3272 | |
| 211. | Jensen, Brian G. | 04-3272 | |
| 212. | Jestadt, Katherine | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 213. | Johnson, Dolores | 04-3272 | |
| 214. | Johnson, Louise | 04-3272 | |
| 215. | Johnson, M. Juliene | 04-3272 | |
| 216. | Johnson, Mervyn | 04-3272 | |
| 217. | Johnson, Theo | 04-3272 | |
| 218. | Jolley, Dale | 04-3272 | |
| 219. | Jones, Grant | 04-3272 | |
| 220. | Jones, Trudy | 04-3272 | |
| 221. | Jonson, Greg | 04-3272 | |
| 222. | Jordan, June | 04-3272 | |
| 223. | Kaiser, Murriel | 04-3272 | |
| 224. | Kammeyer, Betty | 04-3272 | |
| 225. | Kanark, James | 04-3272 | |
| 226. | Keller, Gerald | 04-3272 | |
| 227. | Kelly, Thom | 04-3272 | |
| 228. | Keps, Karen | 04-3272 | |
| 229. | Kerbein, Arthur J. | 04-3272 | |
| 230. | Kester, Robert | 04-3272 | |
| 231. | Kimm, Fenna | 04-3272 | |
| 232. | King, Richard | 04-3272 | |
| 233. | Kleffner, Shirley | 04-3272 | |
| 234. | Knight, Gayle | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 235. | Kodama, Michael | 04-3272 | |
| 236. | Koerner, Lee R. | 04-3272 | |
| 237. | Kohler, Lila | 04-3272 | |
| 238. | Kooska, Greg | 04-3272 | |
| 239. | Kossan, Donna J. | 04-3272 | |
| 240. | Krommenhoek, Eli | 04-3272 | |
| 241. | Kush, Raymond | 04-3272 | |
| 242. | L'Abbe, Jeannette | 04-3272 | |
| 243. | Lea, Janet | 04-3272 | |
| 244. | Lee, Margaret | 04-3272 | |
| 245. | Lee, Robert | 04-3272 | |
| 246. | Leighton, Beverly | 04-3272 | |
| 247. | Leonard, Arland | 04-3272 | |
| 248. | Lighthiser, Thomas Peter | 04-3272 | |
| 249. | Lindgren, Scott | 04-3272 | |
| 250. | Lindholm, Terri | 04-3272 | |
| 251. | Long, Douglas William | 04-3272 | |
| 252. | Losee, Lane | 04-3272 | |
| 253. | Loucas, Colin | 04-3272 | |
| 254. | Ludlow, Myrt | 04-3272 | |
| 255. | Luke, Doreene | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 256. | Major, Larry | 04-3272 | |
| 257. | Marcle, Ben | 04-3272 | |
| 258. | Marshall, Gerald | 04-3272 | |
| 259. | Martin, Brent | 04-3272 | |
| 260. | Martin, Glen | 04-3272 | |
| 261. | Mary (Virginia) Stephens | 04-3272 | |
| 262. | Mateer, Chester R. | 04-3272 | |
| 263. | Mateer, Mary Jane | 04-3272 | |
| 264. | Mayor, Russell | 04-3272 | |
| 265. | McClurg, Grace | 04-3272 | |
| 266. | McCollum, Lee R. | 04-3272 | |
| 267. | McCormick, Lola | 04-3272 | |
| 268. | McNally, Nancy | 04-3272 | |
| 269. | McPhail, Kaye | 04-3272 | |
| 270. | Meierhoff, Adolf | 04-3272 | |
| 271. | Mendiola, Lydia | 04-3272 | |
| 272. | Merrell, Marilyn | 04-3272 | |
| 273. | Milligan, Leora Ferguson | 04-3272 | |
| 274. | Moffat, Joy | 04-3272 | |
| 275. | Mohr, Dorene Kaye | 04-3272 | |
| 276. | Mohr, Joe | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 277. | Moore, Marilyn | 04-3272 | |
| 278. | Moreland, Marla | 04-3272 | |
| 279. | Morgan, Fay | 04-3272 | |
| 280. | Mullins, Francis | 04-3272 | |
| 281. | Myers, Brenda | 04-3272 | |
| 282. | Narver, Bill | 04-3272 | |
| 283. | Nelsen, Mary | 04-3272 | |
| 284. | Nelson, Dennis G. | 04-3272 | |
| 285. | Nelson, Kent | 04-3272 | |
| 286. | Nelson, Roger | 04-3272 | |
| 287. | Neuer, Linda | 04-3272 | |
| 288. | Nielson, Lori | 04-3272 | |
| 289. | Niemeyer, Chuck | 04-3272 | |
| 290. | Normark, Marlene | 04-3272 | |
| 291. | Nukaya, Fumiko | 04-3272 | |
| 292. | Nuttall, Blaine | 04-3272 | |
| 293. | O'Brien, Pat | 04-3272 | |
| 294. | Ocampo, Dianna | 04-3272 | |
| 295. | Oestreich, Erma | 04-3272 | |
| 296. | Ogden, Stanford | 04-3272 | |
| 297. | Olsen, Norma | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 298. | Orr, Brian | 04-3272 | |
| 299. | Owens, John | 04-3272 | |
| 300. | Page, Mary | 04-3272 | |
| 301. | Pagenkopf, Roy | 04-3272 | |
| 302. | Palmer, Steve | 04-3272 | |
| 303. | Palmer, William | 04-3272 | |
| 304. | Patterson, Janet | 04-3272 | |
| 305. | Pattison, Robert G. | 04-3272 | |
| 306. | Payne, Linda | 04-3272 | |
| 307. | Pearson, Helen | 04-3272 | |
| 308. | Perrenoud, Lois | 04-3272 | |
| 309. | Perry, Paul | 04-3272 | |
| 310. | Petersen, Lillian | 04-3272 | |
| 311. | Pettit, Ann | 04-3272 | |
| 312. | Piazza, Richard | 04-3272 | |
| 313. | Pierce, C. | 04-3272 | |
| 314. | Pincock, George D. | 04-3272 | |
| 315. | Plank, Marjorie | 04-3272 | |
| 316. | Price, Gwen | 04-3272 | |
| 317. | Pullmann, Elaine | 04-3272 | |
| 318. | Purkey, Sue | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 319. | Quinn, Donna | 04-3272 | |
| 320. | Ragan, Maryann | 04-3272 | |
| 321. | Raisl, Jeanette | 04-3272 | |
| 322. | Ramos, John | 04-3272 | |
| 323. | Ratchford, Janet | 04-3272 | |
| 324. | Reading, Victor | 04-3272 | |
| 325. | Richardson, Ron | 04-3272 | |
| 326. | Rigby, S. Henry | 04-3272 | |
| 327. | Rivette, Judy | 04-3272 | |
| 328. | Robertson, Harmon | 04-3272 | |
| 329. | Robey, Melvin | 04-3272 | |
| 330. | Roesler, Patricia A. | 04-3272 | |
| 331. | Rose, Vera | 04-3272 | |
| 332. | Rugheimer, Peter | 04-3272 | |
| 333. | Sabo, Betty | 04-3272 | |
| 334. | Schatz, Robert | 04-3272 | |
| 335. | Schlehuber, Robert | 04-3272 | |
| 336. | Schonder, Timothy Ralph | 04-3272 | |
| 337. | Schubert, Sonja M. | 04-3272 | |
| 338. | Seamons, Danny | 04-3272 | |
| 339. | Sestero, Rose | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 340. | Sfreddo, Shawna | 04-3272 | |
| 341. | Shaffer, Gerald | 04-3272 | |
| 342. | Shanon, Betty | 04-3272 | |
| 343. | Sherburne, Rita | 04-3272 | |
| 344. | Simkins, Mary | 04-3272 | |
| 345. | Simonds, Nancy | 04-3272 | |
| 346. | Smith, Norma | 04-3272 | |
| 347. | Smith, Phyllis | 04-3272 | |
| 348. | Snow, Kathleen | 04-3272 | |
| 349. | Snyder, Paul | 04-3272 | |
| 350. | Spaulding, Jaime | 04-3272 | |
| 351. | Steinmetz, Rex | 04-3272 | |
| 352. | Stevens, Antonia | 04-3272 | |
| 353. | Stewart, Cleo | 04-3272 | |
| 354. | Stiffler, Elynda | 04-3272 | |
| 355. | Stockton, Mary | 04-3272 | |
| 356. | Stout, Dean | 04-3272 | |
| 357. | Strible, Marie | 04-3272 | |
| 358. | Strivalsn, Marie | 04-3272 | |
| 359. | Sutton, Steve | 04-3272 | |
| 360. | Swim, Wanda | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 361. | Tagenkopf, Roy | 04-3272 | |
| 362. | Tallman, Doris | 04-3272 | |
| 363. | Tatum, Carol | 04-3272 | |
| 364. | Tegarden, Wilma | 04-3272 | |
| 365. | Terry, Sandra | 04-3272 | |
| 366. | Terry, Sandy | 04-3272 | |
| 367. | Therrian, Maurice | 04-3272 | |
| 368. | Thompson, Brent | 04-3272 | |
| 369. | Thompson, Curtis | 04-3272 | |
| 370. | Tiedeman, John | 04-3272 | |
| 371. | Tingle, Bernie | 04-3272 | |
| 372. | Tolli, Carol | 04-3272 | |
| 373. | Tonks, Nita | 04-3272 | |
| 374. | Uhl, Evelyn | 04-3272 | |
| 375. | Utterbeck, Robert W. | 04-3272 | |
| 376. | Vanhook, Inez | 04-3272 | |
| 377. | Vicars, Alan W. | 04-3272 | |
| 378. | Walker, Gilbert | 04-3272 | |
| 379. | Walkins, Delma | 04-3272 | |
| 380. | Watkin, C. Howard | 04-3272 | |
| 381. | Waugh, Norm | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 382. | Weber, Loretta | 04-3272 | |
| 383. | Wendell, Arlene | 04-3272 | |
| 384. | West, Curtis | 04-3272 | |
| 385. | Westerberg, Russell | 04-3272 | |
| 386. | Westerguard, Marge | 04-3272 | |
| 387. | Westmoreland, Tom | 04-3272 | |
| 388. | Wheelock, Larry | 04-3272 | |
| 389. | Whitbeck, Judson | 04-3272 | |
| 390. | Whitbeck, Shirley | 04-3272 | |
| 391. | Whitmore, Peggy | 04-3272 | |
| 392. | Whitwell, Ronald J. | 04-3272 | |
| 393. | Wiedemann, Olaf | 04-3272 | |
| 394. | Wilcox, Lauri | 04-3272 | |
| 395. | Willoughry, Bonnie | 04-3272 | |
| 396. | Winkle, Mike | 04-3272 | |
| 397. | Winn, John | 04-3272 | |
| 398. | Wirtanen, Fay | 04-3272 | |
| 399. | Withers, Valene | 04-3272 | |
| 400. | Wixom, Debbie | 04-3272 | |
| 401. | Wolz, Ladeen | 04-3272 | |
| 402. | Wood, Esther | 04-3272 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 403. | Wood, Ronald R. | 04-3272 | |
| 404. | Woody, Joyce | 04-3272 | |
| 405. | Worthington, Virginia | 04-3272 | |
| 406. | Wright, Lorraine | 04-3272 | |
| 407. | Wynne, Doris | 04-3272 | |
| 408. | Yamshairo, Toshi | 04-3272 | |
| 409. | Zetterberg, Patricia | 04-3272 | |
| 410. | Zischke, Robert | 04-3272 | |
| 411. | Maimonis, Constance as trustee ad litem for Gloria Zotos, deceased | 04-3270 | Joseph F. Roda, Esq.<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, Pennsylvania 17601<br>P: (717) 892-3000<br>F: (717) 892-1200 |
| 412. | Joseph, Lowell | 04-2856 | Paul J. Pennock, Esq.<br>Weitz & Luxenberg<br>180 Maiden Lane, 40th Floor<br>New York, NY 10038<br>P: (212) 558-5500<br>F: (212) 344-5461 |
| 413. | Allaway, Mary Anne | 04-3237 | |
| 414. | Barajas, Miriam | 04-3259 | |
| 415. | Benjamin, Minnie | 04-3242 | |
| 416. | Burciaga, Yolanda | 04-3268 | |
| 417. | Crouch, Barbara | 04-3251 | |
| 418. | Dahlgren, Carl | 04-3256 | |
| 419. | Diller, Daniel | 04-3269 | |
| 420. | Earle, Ruthann | 04-3263 | |
| 421. | Espiritu, Stephens | 04-3244 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 422. | Fernandez, Frank | 04-3240 | |
| 423. | Floro, Florita | 04-3245 | |
| 424. | Fowler, Willis | 04-3246 | |
| 425. | Garcia, Emigvo | 04-3264 | |
| 426. | Gibson, Alvera | 04-3238 | |
| 427. | Harris, Ruth | 04-3247 | |
| 428. | Hays, Carol | 04-3248 | |
| 429. | Howze, Arnetta | 04-3239 | |
| 430. | Martinez, Robert | 04-3252 | |
| 431. | Martinez, Robert | 04-3258 | |
| 432. | Miller, Craig | 04-3241 | |
| 433. | Mulder, Arlene | 04-3261 | |
| 434. | Rau, Floyd | 04-3265 | |
| 435. | Raymond, Bob | 04-3243 | |
| 436. | Rodriguez, John | 04-3257 | |
| 437. | Roy, William | 04-3250 | |
| 438. | Royer, George | 04-3255 | |
| 439. | Sasu, Marin | 04-3262 | |
| 440. | Sidhu, Gurcharn | 04-3253 | |
| 441. | Smith, Carolyn | 04-3254 | |
| 442. | Treu, Robert | 04-3260 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 443. | Vance, Thomas | 04-3266 | |
| 444. | Woods, Bobby | 04-3249 | |
| 445. | Hager, Albert | 03-5095 | David L. Strange, Jr., Esq.<br>PORTER & MALOUF, P.A.<br>825 Ridgeland Road<br>Ridgeland, Mississippi 39157<br>P: (601) 957-1173<br>F: (601) 957-7366 |
| 446. | Bapp, Stan | 04-3661 | Shawn M. Raiter, Esq.<br>Deanna D . Dailey, Esq.<br>Larson King<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>P: (651) 312-6500<br>F: (651) 312-6615 |
| 447. | Cavadeas, George | 04-3663 | |
| 448. | Foster, Walter, Jr. | 04-3673 | |
| 449. | Griffioen, Wayne | 04-3675 | |
| 450. | Hanson, Gerald | 04-3677 | |
| 451. | Snyder, Ida | 04-3691 | |
| 452. | Wright, Eileen M. | 04-1233 | W. James Singleton, Esq.<br>SINGLETON LAW FIRM, P.L.C.<br>4050 Linwood Avenue<br>Shreveport, Louisiana 71108<br>P: (318) 631-5200<br>F: (318) 636-7759 |
| 453. | Abbey, Phyllis | 03-4964 | Mitchell H. Tyner, Sr., Esq.<br>TYNER LAW FIRM, PA<br>5750 I-55 North<br>Jackson, Mississippi 39211<br>P: (601) 957-1113<br>F: (601) 957-6554 |
| 454. | Austin, Betty | 03-4964 | |
| 455. | Berry, Willie, Jr. | 03-4964 | |
| 456. | Blaylock, Gladys | 03-4964 | |
| 457. | Boggs, Floyd | 03-4964 | |
| 458. | Bowen, Ernest | 03-4964 | |
| 459. | Boyd, Lille | 03-4964 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 460. | Bramlett, Tallulah | 03-4964 | |
| 461. | Card, Allye | 03-4964 | |
| 462. | Chism, Doyle | 03-4964 | |
| 463. | Covin, Flora | 03-4964 | |
| 464. | Dukes, Vera | 03-4964 | |
| 465. | Fooshee, Hilda | 03-4964 | |
| 466. | Gadd, Anita | 03-4964 | |
| 467. | Hayes, James | 03-4964 | |
| 468. | Haynes, Jimmie | 03-4964 | |
| 469. | Henderson, T.W. | 03-4964 | |
| 470. | Hill, Willie | 03-4964 | |
| 471. | Hollis, James | 03-4964 | |
| 472. | Hudson, Sharon | 03-4964 | |
| 473. | Jones, Alphonsie | 03-4964 | |
| 474. | Jordan, Alice | 03-4964 | |
| 475. | Kimble, Cynthia | 03-4964 | |
| 476. | Lindsay, Charlotte | 03-4964 | |
| 477. | Lucius, Larry | 03-4964 | |
| 478. | Mask, Ruby | 03-4964 | |
| 479. | Mathis, Joyce | 03-4964 | |
| 480. | Merritt, Eva | 03-4964 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 481. | Millsap, Ora | 03-4964 | |
| 482. | Nix, Gerald | 03-4964 | |
| 483. | Pitts, Edwina | 03-4964 | |
| 484. | Prossen, Richard | 03-4964 | |
| 485. | Reid, Charles | 03-4964 | |
| 486. | Rogers, Dorothy | 03-4964 | |
| 487. | Ross, Myrtle | 03-4964 | |
| 488. | Runions, Russell | 03-4964 | |
| 489. | Saxon, Emmett | 03-4964 | |
| 490. | Scales, Johnnie | 03-4964 | |
| 491. | Shedd, Olen | 03-4964 | |
| 492. | Shook, James | 03-4964 | |
| 493. | Smith, Kathryn | 03-4964 | |
| 494. | Smith, Lester | 03-4964 | |
| 495. | Stewart, Dorothy | 03-4964 | |
| 496. | White, Elsie | 03-4964 | |
| 497. | Williams, Janet | 03-4964 | |
| 498. | Williams, Jo | 03-4964 | |
| 499. | Williams, Teresa | 03-4964 | |
| 500. | Womack, Rosemary | 03-4964 | |
| 501. | Young, Vera | 03-4964 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 502. | Aceves, Elpidio | 04-3585 | Ronald Goldser, Esq.<br>Jennifer K. Sustacek, Esq.<br>Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402<br>P: (612) 341-0400<br>F: (612) 341-0844 |
| 503. | Alonzo, Juan | 04-3587 | |
| 504. | Alvarez, Ernestina | 04-3586 | |
| 505. | Anders, Kenneth | 04-3587 | |
| 506. | Anderson, Margaret | 04-3598 | |
| 507. | Ansell, Carol | 04-3598 | |
| 508. | Apodaca, Joseph | 04-3595 | |
| 509. | Aranas, Teodulo | 04-3585 | |
| 510. | Ashton, Burton | 04-3603 | |
| 511. | Austin, Joseph | 04-3587 | |
| 512. | Bacharach, David | 04-3588 | |
| 513. | Banda, Norberta | 04-3586 | |
| 514. | Bangma, Raymond | 04-3589 | |
| 515. | Bare, Phyllis | 04-3618 | |
| 516. | Barnett, Sammie | 04-3587 | |
| 517. | Barr, Bunni | 04-3640 | |
| 518. | Baumann, David | 04-3613 | |
| 519. | Beacom, Jack | 04-3623 | |
| 520. | Beck, Barbara | 04-3593 | |
| 521. | Behnia, Daryoush | 04-3587 | |
| 522. | Benfield, Catherine | 04-3614 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 523. | Bennett, Sandra | 04-3648 | |
| 524. | Bethell, Rheaba | 04-3615 | |
| 525. | Blackmon, Wanda | 04-3593 | |
| 526. | Blanchard, Harold | 04-3606 | |
| 527. | Bleeker, Lola | 04-3586 | |
| 528. | Bly, Margaret | 04-3641 | |
| 529. | Bohanan, Letitia | 04-3615 | |
| 530. | Boyle, Paula | 04-3594 | |
| 531. | Brannon, Milton | 04-3590 | |
| 532. | Brazel, Mary | 04-3612 | |
| 533. | Brazell, Billy | 04-3590 | |
| 534. | Bridges, Virginia | 04-3614 | |
| 535. | Briggs, Robert | 04-3591 | |
| 536. | Brosch, Melba | 04-3592 | |
| 537. | Bryan, Kenneth | 04-3587 | |
| 538. | Buck, Wayne | 04-3623 | |
| 539. | Bull, Ronald | 04-3585 | |
| 540. | Bumgarner, Edith | 04-3593 | |
| 541. | Butler, Claudia | 04-3603 | |
| 542. | Campos, Fernando | 04-3585 | |
| 543. | Carroll, Jimmie | 04-3613 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 544. | Carson, Phillip A. | 04-3642 | |
| 545. | Carter, Samuel | 04-3593 | |
| 546. | Castillo, Javier | 04-3587 | |
| 547. | Castleberry, James | 04-3594 | |
| 548. | Cavallo, Sally | 04-3598 | |
| 549. | Chavis, Katherine | 04-3621 | |
| 550. | Clark, Glennon | 04-3595 | |
| 551. | Cocchia, Deborah | 04-3596 | |
| 552. | Cohen, Paul | 04-3607 | |
| 553. | Coleman, Connie | 04-3592 | |
| 554. | Collins, Stanley | 04-3594 | |
| 555. | Cook, Margie | 04-3592 | |
| 556. | Cooper, Corinth | 04-3602 | |
| 557. | Copeland, Melvin | 04-3616 | |
| 558. | Crawford, John | 04-3587 | |
| 559. | Criscuola, Regina | 04-3598 | |
| 560. | Cummings, Charles | 04-3603 | |
| 561. | Curry, Freda | 04-3605 | |
| 562. | Dadyala, Herbert | 04-3607 | |
| 563. | Daise, Elise | 04-3609 | |
| 564. | Davies, Elizabeth | 04-3607 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 565. | Davis, Michelle | 04-3607 | |
| 566. | Deandrade, Virgilio | 04-3588 | |
| 567. | Denslow, John | 04-3609 | |
| 568. | Diederichs, Shirley | 04-3623 | |
| 569. | Dietrich, Roberta | 04-3623 | |
| 570. | Dimaggio, Elena | 04-3621 | |
| 571. | Dixon, Thomas | 04-3614 | |
| 572. | Draughan, Anna | 04-3622 | |
| 573. | Edwards, Rubye | 04-3590 | |
| 574. | Esquibel, Joe | 04-3599 | |
| 575. | Faessel, John | 04-3609 | |
| 576. | Failor, Paul | 04-3621 | |
| 577. | Fields, Laura | 04-3609 | |
| 578. | Fisher, Donna | 04-3618 | |
| 579. | Flanagan, Juanita | 04-3600 | |
| 580. | Flatley, William | 04-3621 | |
| 581. | Fountain, Teresis | 04-3609 | |
| 582. | Fredericksen, Mary | 04-3623 | |
| 583. | Friedrich, John | 04-3589 | |
| 584. | Garr, Edward | 04-3616 | |
| 585. | Garrigue, Michael | 04-3585 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 586. | Gentile, Dorothy | 04-3598 | |
| 587. | Gentry, Norma | 04-3607 | |
| 588. | Ghosh, Debashish | 04-3609 | |
| 589. | Gibson, Joanne | 04-3586 | |
| 590. | Gibson, Patricia | 04-3623 | |
| 591. | Gimenez, Benjamin | 04-3585 | |
| 592. | Glover, Ruby | 04-3626 | |
| 593. | Goad, Barbara | 04-3603 | |
| 594. | Godfrey, Lloyd | 04-3607 | |
| 595. | Gottwalt, Leander | 04-3601 | |
| 596. | Grieger, David | 04-3594 | |
| 597. | Hackler, Wilma | 04-3617 | |
| 598. | Haines, Monique | 04-3609 | |
| 599. | Hakes, Robert | 04-3609 | |
| 600. | Harrington, Larry | 04-3602 | |
| 601. | Hathcox, Betty | 04-3592 | |
| 602. | Havens, Carol | 04-3626 | |
| 603. | Hayman, Winifred | 04-3598 | |
| 604. | Hernandez, Sandra | 04-3592 | |
| 605. | Hickman, Betty | 04-3603 | |
| 606. | Hill, Maria | 04-3604 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 607. | Hinson, Beatrice | 04-3603 | |
| 608. | Hocamp, William | 04-3602 | |
| 609. | Holman, Hattie | 04-3603 | |
| 610. | Huffman, Rochelle | 04-3592 | |
| 611. | Hurry, Daniel | 04-3598 | |
| 612. | Hutchinson, June | 04-3593 | |
| 613. | Iannacone, Sadie | 04-3586 | |
| 614. | Isaacs, Eula | 04-3605 | |
| 615. | Ivy, Mary | 04-3592 | |
| 616. | Jackson, Danny | 04-3587 | |
| 617. | Jimenez, Estella | 04-3586 | |
| 618. | Johnson, Carla | 04-3609 | |
| 619. | Johnson, Henry | 04-3607 | |
| 620. | Jones, Theresa | 04-3620 | |
| 621. | Jones-Bell, Imogene | 04-3592 | |
| 622. | Jumper, Billy | 04-3591 | |
| 623. | Karren, Olivia | 04-3606 | |
| 624. | Kelch, Margaret | 04-3607 | |
| 625. | Kiefer, Kay | 04-3586 | |
| 626. | Krznaric, Jane | 04-3586 | |
| 627. | Kupner, Larry | 04-3593 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 628. | Kutelski, Agnes | 04-3623 | |
| 629. | Lance, Jackie | 04-3587 | |
| 630. | Lavin, Joan | 04-3637 | |
| 631. | Ledford, Randy | 04-3593 | |
| 632. | Lee, Helen | 04-3488 | |
| 633. | Leighty, Betty | 04-3616 | |
| 634. | Liberatore, June | 04-3598 | |
| 635. | Libranda, Virgilio | 04-3608 | |
| 636. | Long, Glenda | 04-3609 | |
| 637. | Long, Willie | 04-3587 | |
| 638. | Lopez, Tillie | 04-3586 | |
| 639. | Lowry, Charles | 04-3603 | |
| 640. | Ludgate, William | 04-3623 | |
| 641. | Madrigal, Joe | 04-3585 | |
| 642. | Marmie, Vernette | 04-3602 | |
| 643. | Marshall, Diane | 04-3610 | |
| 644. | Mayeaux, Joyce | 04-3611 | |
| 645. | McCandless, Albert | 04-3587 | |
| 646. | McClure, Ella | 03-4722 | |
| 647. | McCray, Carol | 04-3611 | |
| 648. | McDonald, Melba | 04-3612 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
| --- | --- | --- | --- |
| 649. | McDonnell, Vera | 04-3623 | |
| 650. | McIntyre, Ronald | 04-3618 | |
| 651. | Messineo, Frank | 04-3598 | |
| 652. | Metz, Brenda | 04-3616 | |
| 653. | Middleton, Helen | 04-3592 | |
| 654. | Milano, Michael | 04-3623 | |
| 655. | Mitchell, Moses | 04-3613 | |
| 656. | Moncada, Ruben | 04-3623 | |
| 657. | Moore, Bernice | 04-3586 | |
| 658. | Moore, Patricia | 04-3592 | |
| 659. | Morris, Mary Lynne | 04-3589 | |
| 660. | Mullins, Anna | 04-3626 | |
| 661. | Murphy, Byron | 04-3609 | |
| 662. | Murphy, Wanda | 04-3616 | |
| 663. | Nelson, James | 04-3624 | |
| 664. | Nivens, Josie | 04-3607 | |
| 665. | Norton, Wayne | 04-3585 | |
| 666. | Nowack, Shelly | 04-3592 | |
| 667. | Oakley, Olia | 04-3586 | |
| 668. | Ochoa, Ruben | 04-3587 | |
| 669. | Olliver, Billie | 04-3593 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 670. | Olsen, Perla | 04-3588 | |
| 671. | Ostrowski, Carol | 04-3623 | |
| 672. | Pace, Linda | 04-3586 | |
| 673. | Patricia Wack | 04-3627 | |
| 674. | Payne, Patricia | 04-3594 | |
| 675. | Pegram, Antoinette | 04-3593 | |
| 676. | Penn, Doris | 04-3618 | |
| 677. | Perez, Reynaldo | 04-3587 | |
| 678. | Perkins, Roy | 04-3585 | |
| 679. | Phillips, Laura | 04-3626 | |
| 680. | Pietila, Georgia | 04-3586 | |
| 681. | Plumser, Barbara | 04-3609 | |
| 682. | Post, Diana | 04-3607 | |
| 683. | Pylate, James | 04-3614 | |
| 684. | Rash, Emma | 04-3605 | |
| 685. | Reddish, Virgil | 04-3587 | |
| 686. | Reed, Donald | 04-3615 | |
| 687. | Rich, Marilyn | 04-3591 | |
| 688. | Roberts, Melvina | 04-3596 | |
| 689. | Rogers, Robert | 04-3624 | |
| 690. | Roll, Cecilia | 04-3601 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 691. | Romano, Julia | 04-3589 | |
| 692. | Rose, Yvonne | 04-3607 | |
| 693. | Rosson, Sally | 04-3586 | |
| 694. | Ruiz, Danielle | 04-3586 | |
| 695. | Sakakihara, Sharon | 04-3586 | |
| 696. | Sanders, Vicki | 04-3620 | |
| 697. | Saul, Barbara | 04-3616 | |
| 698. | Schlatter, Dorothy | 04-3586 | |
| 699. | Schreiber, Nicole | 04-3586 | |
| 700. | Schubert, Virginia | 04-3593 | |
| 701. | Scoggin, Millicent | 04-3590 | |
| 702. | Selling, Gary | 04-3585 | |
| 703. | Sexton, Mildred | 04-3616 | |
| 704. | Smith, David | 04-3609 | |
| 705. | Smith, Mammie | 04-3592 | |
| 706. | Sorrell, Julianne | 04-3617 | |
| 707. | Spears, Larry | 04-3595 | |
| 708. | Spreiregen, Maurice | 04-3598 | |
| 709. | Spruiell, Betty | 04-3603 | |
| 710. | Stanko, Virginia | 04-3586 | |
| 711. | Stephens, Robert | 04-3618 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 712. | Strand, Davina | 04-3607 | |
| 713. | Straw, Yoshiko | 04-3586 | |
| 714. | Strul, Rick | 04-3609 | |
| 715. | Sutterfield, Donna | 04-3619 | |
| 716. | Sutton, Gary | 04-3603 | |
| 717. | Swann, Lewis | 04-3591 | |
| 718. | Swayne, Earla D. | 04-3085 | |
| 719. | Thomas, Aaron | 04-3607 | |
| 720. | Thomas, Kenneth | 04-3585 | |
| 721. | Thompson, Harold | 04-3623 | |
| 722. | Thompson, Sandy | 04-3595 | |
| 723. | Thompson, Shirley | 04-3609 | |
| 724. | Thornton, Patricia | 04-3586 | |
| 725. | Torres, Ernestina | 04-3592 | |
| 726. | Torres, Nelson | 04-3267 | |
| 727. | Troy, Marlene | 04-3594 | |
| 728. | Tucker, Joseph | 04-3590 | |
| 729. | Turner-Leannais, Marlene | 04-3620 | |
| 730. | Tyson, Mark | 04-3587 | |
| 731. | Urich, Darus | 04-3607 | |
| 732. | Van Dusen, Anne | 04-3621 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 733. | Vaughn, Joanna | 04-3593 | |
| 734. | Veliquette, Max | 04-3620 | |
| 735. | Vernon, Donna | 04-3615 | |
| 736. | Walker, Eddie | 04-3587 | |
| 737. | Wall, Barbara | 04-3592 | |
| 738. | Wall, L.H. | 04-3587 | |
| 739. | Ward, Edgar | 04-3622 | |
| 740. | Weinhold, Ardella | 04-3623 | |
| 741. | Wesley, John | 04-3587 | |
| 742. | Whaley, Norman | 04-3585 | |
| 743. | Wheeler, Martha | 04-3606 | |
| 744. | Whited, Gary | 04-3624 | |
| 745. | Wiggington, Martha | 04-3603 | |
| 746. | Wilcher, Mary | 04-3590 | |
| 747. | Williams, Katherine | 04-3625 | |
| 748. | Williams, Larry | 04-3587 | |
| 749. | Williams, Rosetta | 04-3626 | |
| 750. | Williams, Sadie | 04-3590 | |
| 751. | Wolf, Susan | 04-3621 | |
| 752. | Worsley, Jewel | 04-3591 | |
| 753. | Zeller, Ervan | 04-3627 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 754. | Zihlke, Reinhold | 04-3623 | |
| 755. | Zucca, Madeline | 04-3595 | |
| 756. | Zuniga, Edna | 04-3592 | |