# INVOLVED COUNSEL FOR SCHEDULE CTO-46
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Akim Angelo Anastopoulo
Anastopoulo Law Firm
P.O. Box 1525
Charleston, SC 29402

John H. Anderson
713 Arledge Street
Hattiesburg, MS 39401

Jonathan W. Cartee
Shelby & Cartee, LLC
2956 Rhodes Circle
Birmingham, AL 35205

Richard W. Ellis
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Richard A. Freese
Sweet & Freese, P.L.L.C.
2900 Highway 280
Suite 240
Birmingham, AL 35223

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street
Suite 300
Jackson, MS 39205-0650

Thomas R. Gottshall
Haynsworth Sinkler Boyd
P.O. Box 11889
Columbia, SC 29211-1889

Adam L. Hoeflich
Bartlit, Beck, Herman,
Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Celeste Tiller Jones
McNair Law Firm
P.O. Box 11390
Columbia, SC 29211

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Jean Martin
Law Offices of Wallace & Graham
525 North Main Street
Salisbury, NC 28144

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Robert B. Newkirk, III
Hanzel & Newkirk
19425-G-Liverpool Parkway
Cornelius, NC 28031

Leslie C. O'Toole
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Frederick W. Rom
Womble, Carlyle, Sandridge & Rice
P.O. Box 13069
Research Triangle Park, NC 27709

Arthur Sadin
Provost Umphrey Youngdahl Sadin
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Jacqueline Terry
Womble Carlyle Sandridge & Rice
2530 Meridian Pkwy 400
Durham, NC 27713

Donald Michael Williams
McNair Law Firm
P.O. Box 1431
140 East Bay Street
Charleston, SC 29402

James T. Williams, Jr.
Brooks, Pierce, McLendon, Humphrey
& Leonard
P.O. Box 1800
Raleigh, NC 27602