UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions

_________________________________/

Letter of Request for International Judicial Assistance
Pursuant to the Hague Convention of 18 March 1970 on the Taking
Of Evidence in Civil or Commercial Matters

TO: Ministero Degli Affari Esteri
Direzione Generale Emigrazione
Ufficio IX
00194 Rome, Italy

FROM: The United States District Court
For the District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

PERSON TO WHOM THIS REQUEST FOR EVIDENCE IS DIRECTED:

Dr. Raffaele Guariniello
Torino Public Prosecutor
Procura della Repubblica
presso il Tribunale di Torino
C. so vittorio Emmanuelle 130 – Torino Italy

Please return the evidence directly to the attention of the requesting Judge – unless the information provided is not written in English. In that case, please return the evidence and all correspondence to:

Avv. Frank J. Geffers
Via Lisbona 11 · 00198 Roma
Telephone: +39 06 884 1535
Fax: +39 06 884 2094
E-mail: f.geffers@psglaw.com

SCANNED
DEC 9 2004
U.S. DISTRICT COURT MPLS

## I. Names and Address of the parties and their representatives

Plaintiffs

Plaintiffs' Steering Committee, duly designated by the Court pursuant to Pretrial Order No. 3, dated February 1, 2002

Plaintiffs' Lead Counsel

Charles S. Zimmerman
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Defendants

Bayer AG
Werk Leverkusen
51368 Leverkusen
Germany

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

Lead Counsel for Bayer AG and Bayer Corporation

Philip Beck
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard
Suite 300
Chicago, IL 60610

Glaxosmithkline PLC
Stockley Park West
Uxbridge
Middlesex, UB11 1BT

Smithkline Beecham Corporation
d/b/a Glaxosmithkline
One Franklin Plaza
Philadelphia, PA 19102

Lead Counsel for Glaxosmithkline PLC and Smithkline Beecham d/b/a Glaxosmithkline

Fred T. Magaziner
Hope S. Freiwald
Robert A. Limbacher
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

## II. Summary of the Case

This is a Multidistrict Litigation action which consists of over 10,000 product liability cases currently pending before the United States District Court for the District of Minnesota. These cases involve allegations concerning a medication generically known as Baycol (also known as Lipobay, Cholstat or Cerivastatin). Baycol was commonly prescribed to aid in

lowering cholesterol and triglycerides. It is within a class of drugs referred to as "statins", which are commonly prescribed for high cholesterol and heart disease. The plaintiffs allege that Baycol caused rhabdomyolysis, a disease which results in damage to muscle tissue, kidney failure or other related systemic injuries. Baycol has been linked to over 100 deaths. It was withdrawn from the market in August 2001.

Plaintiffs allege that Defendants Bayer AG, Bayer Corporation, Glaxosmithkline PLC and Smithkline Beecham d/b/a Glaxosmithkline tested, marketed distributed, promoted and sold Baycol/Lipobay.

The Judicial Panel on Multidistrict Litigation determined that the Baycol cases filed, involved common questions of fact, and that centralization of the Baycol cases was appropriate. All Baycol cases were then ordered to be transferred to the District of Minnesota, and assigned to this Court to coordinate discovery and other pretrial matters. Further, see the U.S. District Court, District of Minnesota's Baycol website at www.mnd.uscourts.gov/Baycol_Mdl.

**III. Requested Evidence**

Plaintiffs seek production of documents from Dr. Raffaele Guariniello, Torino Public Prosecutor, which he obtained through his criminal investigation of Bayer AG relating to the withdrawal of Baycol from the worldwide market. The evidence sought consists of approximately 100,000 documents (or pages of documents) obtained by Dr. Raffaele Guariniello from the offices of Bayer AG, Milan, Italy, in or about July 2002. To the best of Plaintiffs' knowledge, the documents are still in the possession and/or control of Dr. Guariniello.

Attorney Charles S. Zimmerman made an informal request of Dr. Raffaele Guariniello for these documents on October 29, 2002. A copy of Mr. Zimmerman's October 29, 2002, letter

to Dr. Guariniello is attached hereto as Exhibit A.

Plaintiffs have retained Italian counsel who will facilitate in the acquisition of these documents and any arrangements for copying, shipping and handling of the documents, in addition to any other matters which may arise regarding this request. Plaintiff's Italian Counsel is Avv. Frank J. Geffers, Via Lisbona 11 · 00198 Roma; telephone: +39 06 884 1535; fax: +39 06 884 2094; e-mail: f.geffers@psglaw.com.

In addition to this request to Dr. Guariniello, Plaintiffs will be seeking to obtain this information from Defendant Bayer through formal Requests For Production of Documents.

Any responses and/or evidence returned to this court will be submitted as evidence at trial. The requested evidence is necessary for the continuance of these proceedings. As allowed by the internal laws of Italy, please have all returned evidence verified and/or certified as to completeness and authenticity.

If any portion of this Request is deemed to be unacceptable under the laws of Italy, please disregard that portion and continue to comply with as much of the Request as is legally permissible.

**IV. Reimbursement for Costs**

This court understands that any fees and costs incurred in the execution of this Request are reimbursable under the second paragraph of Article 14 or under Article 26 of the Hague Evidence Convention.

These fees and costs will be reimbursed by the above-named counsel for the Plaintiff up to $5,000. Avv. Frank J. Geffers, Via Lisbona 11 · 00198 Roma, telephone: +39 06 884 1535;

fax: +39 06 884 2094; e-mail: f.geffers@psglaw.com and Robert R. Hopper, Esq., ZIMMERMAN REED P.L.L.P., telephone: 1.612.341.0400; fax: 612.341.0844; e-mail: rrh@zimmreed.com, should be informed before the costs exceed this amount.

Dated: December 8, 2004

Michael J. Davis

United States District Court Judge Michael J. Davis
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

ZIMMERMAN REED
ATTORNEYS AT LAW

October 29, 2002

CHARLES S. ZIMMERMAN
Admitted in Minnesota
csz@zimmreed.com

REPLY TO MINNEAPOLIS

*Via Federal Express*

Dr. Raffaele Guariniello
Torino Public Prosecutor
Procura della Repubblica
presso il Tribunale di Torino
C. so vittorio Emanuelle 130 - Torino
Italy

*RE:* *In re Baycol Products Litigation* - MDL No. 1431

Dear Dr. Guariniello:

As co-lead counsel of MDL No. 1431, *In re Baycol Products Litigation*, I am writing to make a formal request for you to produce the documents which your office has obtained as a result of your criminal investigation of Bayer AG relating to the withdrawal of Baycol from the worldwide market. On February 1, 2002, myself and Richard Lockridge, of Lockridge Grindal Nauen, P.L.L.P., were appointed by the Honorable Judge Michael Davis, Judge of the United States District Court for the District of Minnesota, as Co-Lead Counsel, as indicated in the attached Pre-trial Order No. 3.

Kenneth B. Moll, of KENNETH B. MOLL & ASSOCIATES, LTD., appointed by Judge Davis to the Plaintiffs' Steering Committee, has informed us of his recent meeting with you in Turino, Italy on October 14-15, 2002 and your generosity and hospitality. He has indicated that your office has managed to gather a significant number of documents from Bayer AG and Bayer Milan through your criminal investigation. We feel that those documents would also be extremely relevant in our legal proceedings in the United States.

At your earliest convenience, please arrange with the undersigned for copies of those documents to be produced. If you have any questions regarding the above, please contact us at any time.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman
CSZ:clk
Enclosure

EXHIBIT
A

cc: Plaintiffs' Steering Committee