E-SERVED
12/20/04
02:30 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates to:

ALL CASES

---

**NOTICE OF MOTION AND MOTION**
**FOR DEFENDANT CASE SPECIFIC EXPERT REPORTS**

**PLEASE TAKE NOTICE THAT,** at a date in January 2005 to be determined by the Court, Plaintiffs will move, pursuant to Federal Rules of Civil Procedure 16 and 26, to require Defendants to serve case-specific expert reports. This motion is based upon the accompanying Memorandum, and upon all files, records, and proceedings herein.

December 20, 2004

By: s/ Signature on File
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
Plaintiffs' Co-Lead Counsel
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South,
Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Charles Zimmerman
Plaintiffs' Co-Lead Counsel
ZIMMERMAN REED, P.L.L.P
Charles Zimmerman
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401
Telephone: (612) 341-0400

E-SERVED
12/20/04
02:30 PM ET
Baycol MDL 1431

Dianne M. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

William Audet
ALEXANDER HAWES & AUDET
152 N. 3rd Street
Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., LPA
Central Trust Tower, Suite 1513
One West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267

Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 3095
Telephone: (662) 834-2376

Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104
Telephone: (505) 243-3500

W. James Singelton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108
Telephone: (318) 631-5200

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1226 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891
Telephone: (216) 621-8484

James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600

Walter Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366
Telephone: (225) 383-4701

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

E-SERVED
12/20/04
02:30 PM ET
Baycol MDL 1431

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 750-3000

Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624
Telephone: (619) 232-9131

Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109
Telephone: (702) 385-6000

Plaintiffs' Steering Committee