**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**This Document Relates to All Actions** — **Pretrial Order No. 135**

---

The status conference scheduled for December 21, 2004 is cancelled.

Date: December 13, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court