A CERTIFIED TRUE COPY
DEC 20 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DEC - 2 2004
FILED CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-49)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,626 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC 20 2004
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
DEC 29 2004
U.S. DISTRICT COURT MPLS

# SCHEDULE CTO-49 - TAG ALONG ACTIONS
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 04-636 | Emma W. Self, et al. v. Bayer Corp., et al. |
| LAM | 3 | 04-677 | Betty J. Harvey v. Bayer AG, et al. |
| LAM | 3 | 04-678 | Anita Simoneaux, et al. v. Bayer AG, et al. |
| LOUISIANA WESTERN | | | |
| LAW | 6 | 04-1849 | Daniel Moreau, et al. v. Bayer Corp., et al. |
| LAW | 6 | 04-1850 | Clara Bernice Bushnell, et al. v. Bayer Corp., et al. |
| LAW | 6 | 04-1851 | Melissa Davis, et al. v. Bayer Corp., et al. |
| LAW | 6 | 04-1852 | Dawn Theriot, et al. v. Bayer Corp., et al. |
| LAW | 6 | 04-1853 | Christopher Ben, et al. v. Bayer Corp., et al. |
| LAW | 6 | 04-1854 | Robert York, et al. v. Bayer Corp., et al. |