UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to All Actions | Pretrial Order No. 137 |

---

Robert R. Hopper, Zimmerman Reed P.L.L.P. for and on behalf of the Plaintiffs' Steering Committee.

Peter W. Sipkins, Dorsey & Whitney LLP for and on behalf of Bayer Corporation.

---

This matter is before the Court upon Defendant Bayer Corporation's objections to the Letter Rogatory issued by this Court on December 8, 2004. The parties have submitted letter briefs to the Court concerning said objections, and based on such briefs, the Court hereby rules as follows:

IT IS HEREBY ORDERED that all copies of the Letters Rogatory issued by this Court on December 8, 2004 shall be returned to the Court by the Plaintiffs' Steering Committee. A new, revised Letter Rogatory shall issue with the following revision: the language "Any responses and/or evidence returned to this court will be submitted as evidence at trial. The requested evidence is necessary for the continuance of these proceedings." will be deleted and replaced by the following language: "Any responses and/or evidence returned to this Court will be reviewed

and considered by the Court for admissibility at trial pursuant to applicable rules of evidence." The Plaintiffs' Steering Committee shall prepare and submit revised Letters Rogatory to the Court for signature.

Date: January 5, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court