JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2004

FILED
CLERK'S OFFICE

*DOCKET NO. 1431*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-51)*

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,636 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

SCANNED
JAN 10 2005
U.S. DISTRICT COURT MPLS

# SCHEDULE CTO-51 - TAG ALONG ACTIONS
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV. | C. A.# | | |
|---|---|---|---|---|
| FLORIDA SOUTHERN | | | | |
| FLS | 0 | 04-61486 | Marie Jackson v. Bayer AG, et al. | |
| FLS | 0 | 04-61487 | Gary Gordon v. Bayer AG, et al. | |
| FLS | 0 | 04-61488 | Thomas Horn v. Bayer AG, et al. | |
| FLS | 0 | 04-61489 | Marlyne S. Kopland, et al. v. Bayer AG, et al. | |
| MISSISSIPPI NORTHERN | | | | |
| MSN | 1 | 04-309 | Cherry Mae Wallace v. Bayer Corp. | |
| MSN | 1 | 04-310 | Janice C. Beard v. Bayer Corp. | |
| ~~MSN~~ | ~~2~~ | ~~04-206~~ | ~~Ruth Adams v. Bayer Corp.~~ | Opposed 1/4/05 |
| ~~MSN~~ | ~~2~~ | ~~04-207~~ | ~~Evo Biagoli v. Bayer Corp.~~ | Opposed 1/4/05 |
| ~~MSN~~ | ~~2~~ | ~~04-208~~ | ~~George Brown v. Bayer Corp.~~ | Opposed 1/4/05 |
| ~~MSN~~ | ~~2~~ | ~~04-209~~ | ~~Debbie McAtee v. Bayer Corp.~~ | Opposed 1/4/05 |
| ~~MSN~~ | ~~4~~ | ~~04-227~~ | ~~Linda Duffin v. Bayer Corp.~~ | Opposed 1/4/05 |
| MISSISSIPPI SOUTHERN | | | | |
| ~~MSS~~ | ~~3~~ | ~~04-606~~ | ~~Burnice Turner v. Bayer Corp.~~ | Opposed 1/4/05 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 03-6191 | Marcelle Hammerschmidt, et al. v. Bayer Corp., et al. | |
| NYS | 1 | 03-6192 | George Eddy, Jr., et al. v. Bayer Corp., et al. | |

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

January 5, 2005

RECEIVED
BY MAIL
JAN 10 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule CTO-51)

Dear Mr. Sletten:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on December 20, 2004. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Attachments

| | | |
|---|---|---|
| cc: | Transferee Judge: | Judge Michael J. Davis |
| | Transferor Judges: | (See Attached Judges List) |
| | Transferor Clerks: | (See Attached Clerks List) |