**INVOLVED COUNSEL FOR SCHEDULE CTO-51**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Levi Boone, III
Boone Law Firm
401 West Sunflower Road
P.O. Box 1772
Cleveland, MS 38732-1772

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib, PA
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

David B. Gordon
Schoeman Updike & Kaufman, LLP
60 East 42nd Street
39th Floor
New York, NY 10165

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Kelly Anne Luther
Clarke, Silverglate, Campbell, et al.
799 Brickell Plaza
Suite 900
Miami, FL 33131

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Victoria J. Maniatis
Weitz & Luxenberg
180 Maiden Ln 40th Fl
New York, NY 10038

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Charles R. Mindlin
Fenstersheib & Blake
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

James C. Patton, Jr.
Crawley Law Office
P.O. Drawer 947
Louisville, MS 39339-0947

Daniel S. Ratner
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
7th Floor
New York, NY 10016

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
JAN 10 2005
U.S. DISTRICT COURT MPLS

**INVOLVED JUDGES LIST FOR SCHEDULE CTO-51**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

~~Hon. Neal B. Biggers, Jr.~~
~~Senior U.S. District Judge~~
~~388 Federal Building & U.S. Courthouse~~
~~911 Jackson Avenue East~~
~~Oxford, MS 38655-3622~~

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Kenneth M. Karas
U.S. District Judge
920 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

~~Hon. Michael P. Mills~~
~~U.S. District Judge~~
~~335 Federal Bldg. & U.S. Courthouse~~
~~911 Jackson Avenue, West~~
~~Oxford, MS 38655~~

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Laura T. Swain
U.S. District Judge
426 United States Courthouse
40 Centre Street
New York, NY 10007

~~Hon. Henry T. Wingate~~
~~Chief Judge, U.S. District Court~~
~~109 James O. Eastland U.S. Courthouse~~
~~245 East Capitol Street~~
~~Jackson, MS 39201~~

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-51
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

~~Arlen B. Coyle, Clerk~~
~~U.S. District Court~~
~~P.O. Box 190~~
~~Greenville, MS 38702-0190~~

~~Arlen B. Coyle, Clerk~~
~~369 Federal Building & U.S. Courthouse~~
~~911 Jackson Avenue East~~
~~Oxford, MS 38655-3622~~

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

~~J.T. Noblin, Clerk~~
~~P.O. Box 23552~~
~~Jackson, MS 39225-3552~~