E-SERVED
01/26/05
04:26 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

ALL CASES

**NOTICE OF MOTION AND RENEWED**
**MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs, by and through their Co-Lead Counsel and the Plaintiffs' Steering Committee, move the Court for an Order certifying the following:

**Class I**:

All persons in the United States and its territories, excluding residents of Oklahoma, who claim rhabdomyolysis from Baycol use.

**Class II**:

All persons in the United States and its territories, excluding residents of Oklahoma and certain Pennsylvania residents who experienced muscle complaints/symptoms and objective evidence of elevated CK, EMG, NCS, elevated liver enzymes, dark urine or muscle biopsy documented during their period of Baycol use.

**Class III**:

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who experienced muscle complaints/symptoms and objective evidence of elevated CK, EMG, NCS, elevated liver enzymes, dark urine or muscle biopsy documented within 30 days following their discontinuation of Baycol use.

E-SERVED
01/26/05
04:26 PM ET
Baycol MDL 1431

**Class IV**:

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who experienced muscle complaints/symptoms but no objective evidence of elevated CK, EMG, NCS, elevated liver enzymes, dark urine or muscle biopsy documented during the period of their Baycol use.

**Class V:**

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who experienced muscle complaints/ symptoms but no objective evidence of elevated CK, EMG, NCS, elevated liver enzymes, dark urine or muscle biopsy documented within 30 days following their discontinuation of Baycol use.

**Class VI**:

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who experienced documented muscle complaints/symptoms not during their period of Baycol use or within 30 days following discontinuation of Baycol use.

**Class VII**:

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who consumed Baycol and experienced undocumented muscle complaints/symptoms.

**Class VIII:**

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who consumed Baycol and experienced laboratory elevations, other than liver enzymes or creatine kinase.

**Class IX:**

All persons in the United States and its territories, excluding residents of Oklahoma and certain residents of Pennsylvania, who consumed Baycol and are not alleging muscle complaints/symptoms.

This motion is based upon the accompanying Memorandum, the Affidavit of Richard A. Lockridge and upon all files, records, and proceedings herein.

E-SERVED
01/26/05
04:26 PM ET
Baycol MDL 1431

January 26, 2005

By: Richard A. Lockridge
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
Plaintiffs' Co-Lead Counsel
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South,
Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Charles Zimmerman
Plaintiffs' Co-Lead Counsel
ZIMMERMAN REED, P.L.L.P
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401
Telephone: (612) 341-0400

Dianne M. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

William Audet
ALEXANDER HAWES & AUDET
152 N. 3rd Street
Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., LPA
Central Trust Tower, Suite 1513
One West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267

Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 3095
Telephone: (662) 834-2376

Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104
Telephone: (505) 243-3500

W. James Singelton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108
Telephone: (318) 631-5200

E-SERVED
01/26/05
04:26 PM ET
Baycol MDL 1431

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1226 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891
Telephone: (216) 621-8484

James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600

Walter Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366
Telephone: (225) 383-4701

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 750-3000

Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624
Telephone: (619) 232-9131

Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109
Telephone: (702) 385-6000

Plaintiffs' Steering Committee