E-SERVED
01/26/05
04:31 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

ALL ACTIONS

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

The undersigned hereby certifies that on the 26th day of January, 2005, she served the following documents which were filed under seal by sending a true and correct copy thereof, in the manner indicated, directed to those individuals listed on the attached list.

1. Plaintiffs' Memorandum of Law in Support of Renewed Motion for Class Certification; and
2. Affidavit of Richard A. Lockridge in Support of Plaintiffs' Renewed Motion for Class Certification.

The undersigned also certifies that on the 26th day of January, 2005 she served the following documents by filing said documents on Verilaw:

1. Notice of Motion and Renewed Motion for Class Certification; and
2. Proposed Pretrial Order Number ____.

Barbara R. Gilles
Barbara R. Gilles

Subscribed and sworn to before me
this 26th day of January, 2005.

Cheryl Treptow Johansen
Notary Public

CHERYL TREPTOW JOHANSEN
NOTARY PUBLIC – MINNESOTA
My Commission Expires 1-31-2007

318896-1

E-SERVED
01/26/05
04:31 PM ET
Baycol MDL 1431

**VIA MESSENGER**
Charles Zimmerman
ZIMMERMAN REED, P.L.L.P
651 Nicollet Mall, Suite 501
Minneapolis, MN 55401

**VIA U.S. MAIL**
Dianne M. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

**VIA U.S. MAIL**
Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**VIA U.S. MAIL**
William Audet
ALEXANDER HAWES & AUDET
152 N. 3rd Street
Suite 600
San Jose, CA 95112

**VIA U.S. MAIL**
Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., LPA
Central Trust Tower, Suite 1513
One West Fourth Street
Cincinnati, OH 45202

**VIA U.S. MAIL**
Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 3095

E-SERVED
01/26/05
04:31 PM ET
Baycol MDL 1431

**VIA U.S. MAIL**
Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084

**VIA U.S. MAIL**
Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104

**VIA U.S. MAIL**
W. James Singelton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108

**VIA U.S. MAIL**
John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
Co., L.P.A.
1226 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891

**VIA U.S. MAIL**
James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002

**VIA U.S. MAIL**
Walter Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366

E-SERVED
01/26/05
04:31 PM ET
Baycol MDL 1431

**VIA U.S. MAIL**
Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022

**VIA U.S. MAIL**
Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432

**VIA U.S. MAIL**
Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624

**VIA U.S. MAIL**
Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109

**VIA FEDERAL EXPRESS**
Fred T. Magaziner
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**VIA MESSENGER**
Tracy J. Van Steenburgh
Halleland Lewis Nilan Sipkins
220 S. Sixth Street, Suite 600
Minneapolis, MN 55402-4501

E-SERVED
01/26/05
04:31 PM ET
Baycol MDL 1431

**VIA FEDERAL EXPRESS**
Philip Beck
Adam L. Hoeflich
Bartlet Beck Herman Palenchart & Scott
54 West Hubbard, Suite 300
Chicago, IL 60610

**VIA MESSENGER**
Peter W. Sipkins
Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55401-1498

**VIA FEDERAL EXPRESS**
Susan A. Weber
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**VIA MESSENGER**
Lewis A. Remele, Esq.
Bassford Remele
33 South Sixth Street, Suite 3550
Minneapolis, MN 55402

**VIA MESSENGER**
Roger S. Haydock, Esquire
William Mitchell College Of Law
875 Summit Avenue
St. Paul, Minnesota 55105

**VIA MESSENGER**
Shawn Raiter
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101