E-SERVED
01/26/05
04:29 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

ALL ACTIONS

**FILED UNDER SEAL**

**AFFIDAVIT OF RICHARD A. LOCKRIDGE IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION COVERED BY A PROTECTIVE ORDER OF THE COURT AND IS SUBMITTED UNDER SEAL PURSUANT TO THAT PROTECTIVE ORDER. THE CONFIDENTIAL CONTENTS OF THIS DOCUMENT MAY NOT BE DISCLOSED WITHOUT EXPRESS ORDER OF THE COURT.

January 26, 2005

By: /s/ Richard A. Lockridge
Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
Plaintiffs' Co-Lead Counsel
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South,
Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Charles Zimmerman
Plaintiffs' Co-Lead Counsel
ZIMMERMAN REED, P.L.L.P
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401
Telephone: (612) 341-0400

Dianne M. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

E-SERVED
01/26/05
04:29 PM ET
Baycol MDL 1431

William Audet
ALEXANDER HAWES & AUDET
152 N. 3rd Street
Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., LPA
Central Trust Tower, Suite 1513
One West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267

Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 3095
Telephone: (662) 834-2376

Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104
Telephone: (505) 243-3500

W. James Singelton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108
Telephone: (318) 631-5200

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
1226 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891
Telephone: (216) 621-8484

James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600

Walter Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366
Telephone: (225) 383-4701

Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman &
Robbins, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 750-3000

Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624
Telephone: (619) 232-9131

E-SERVED
01/26/05
04:29 PM ET
Baycol MDL 1431

Will Kemp
Harrison, Kemp & Jones
3800 Howard Hughes Pkwy, 17th Floor
Las Vegas, NV 89109
Telephone: (702) 385-6000

Plaintiffs' Steering Committee