E-SERVED
01/28/05
12:05 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD) (JGL) |
| This Document Relates to: All CASES | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

The undersigned hereby certifies that on the 28th day of January, 2005, she served the following documents which were filed under seal by sending a true and correct copy thereof, in the manner indicated, directed to those individuals listed on the attached list.

**PLAINTIFF'S OPPOSITION TO BAYER AG'S MOTION FOR A PROTECTIVE ORDER PRECLUDING DEPOSITIONS OF BAYER AG WITNESSES AND EXHIBIT**

The undersigned also certifies that on the 28th day of January, 2005, notice of this filing under seal was provided to all parties to the Baycol Products Litigation, MDL 1431 on Verilaw.

Dated: January 28, 2005

Lisa Ann Gorshe (MN #029522X)
Climaco, Lefkowitz, Peca,
Wilcox & Garofoli Co., L.P.A.

Subscribed and sworn to before me
This 28th day of January, 2005.

Notary Public

JESSICA L. ANDERSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

E-SERVED
01/28/05
12:05 PM ET
Baycol MDL 1431

**VIA FEDERAL EXPRESS**
Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS**
Philip Beck
Adam L. Hoeflich
Barlit Beck
54 West Hubbard, Suite 300
Chicago, IL 60610

**VIA FEDERAL EXPRESS**
Susan A. Weber
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

**VIA MESSENGER**
Charles S. Zimmerman
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 500
Minneapolis, MN 55402

**VIA MESSENGER**
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401

**VIA U.S. MAIL**
Shawn Raiter
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101

**VIA MESSENGER**
Tracy J. VanSteenburgh
Halleland Lewis Nilan Sipkins
220 S Sixth Street, Suite 600
Minneapolis, MN 55402

**VIA MESSENGER**
Peter Sipkins
Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

**VIA MESSENGER**
The Honorable Michael J. Davis
United States District Courthouse
US Courthouse, Suite 14E
300 South Fourth Street
Minneapolis, MN 55415

**VIA MESSENGER**
Lewis A. Remele, Esq.
Bassford Remele
33 South Sixth Street, Suite 3550
Minneapolis, MN 55402

**VIA MESSENGER**
Roger S. Haydock, Esq.
William Mitchell College of Law
875 Summit Avenue
St. Paul, MN 55105

**VIA MESSENGER**
Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

E-SERVED
01/28/05
12:05 PM ET
Baycol MDL 1431

**VIA U.S. MAIL**
Don Barrett
Barrett Law Office, PA
404 Court Square North
P.O. Box 987
Lexington, MS 39095

**VIA U.S. MAIL**
Daniel E. Becnel
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084

**VIA U.S. MAIL**
Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104

**VIA U.S. MAIL**
Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
30th Floor, 275 Battery St.
San Francisco, CA 94111-3339

**VIA U.S. MAIL**
Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., LPA
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

**VIA U.S. MAIL**
John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox &
Garofoli Co., L.P.A.
1226 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891

**VIA U.S. MAIL**
James R. Dugan
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, LA 70002

**VIA U.S. MAIL**
Frederic S. Fox
Kaplan Fox & Kilsheimer LLP
805 3rd Avenue, 22nd Floor
New York, NY 10022

**VIA U.S. MAIL**
Paul J. Geller
Lerach Coughlin Stoia Geller Rudman &
Robbins, LLP
197 South Federal Highway, Suite 200
Boca Raton, FL 33432

**VIA U.S. MAIL**
Don Hildre
Dougherty, Hildre, Dudek & Haklar
2550 Fifth Ave., Suite 600
San Diego, CA 92103-5624

**VIA U.S. MAIL**
Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

**VIA U.S. MAIL**
W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport, LA 71108

**VIA U.S. MAIL**
William M. Audet
Alexander, Hawes & Audet, LLP
300 Montgomery St.
Suite 400
San Francisco, CA 94104