A CERTIFIED TRUE COPY
JAN 25 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JAN 25 2005
FILED
CLERK'S OFFICE

*DOCKET NO. 1431*

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the six Northern and Southern District of Mississippi actions listed on the attached Schedule A on December 20, 2004. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer of these six actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-51" filed on December 20, 2004, is LIFTED insofar as it relates to these six actions, and thus the actions are transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Michael J. Davis.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCANNED
JAN 31 2005
U.S. DISTRICT COURT MPLS

# SCHEDULE A

MDL-1431 — In re Baycol Products Liability Litigation

Northern District of Mississippi

*Ruth Adams v. Bayer Corp.*, C.A. No. 2:04-206
*Evo Biagoli v. Bayer Corp.*, C.A. No. 2:04-207
*George Brown v. Bayer Corp.*, C.A. No. 2:04-208
*Debbie McAtee v. Bayer Corp.*, C.A. No. 2:04-209
*Linda Duffin v. Bayer Corp.*, C.A. No. 4:04-227

Southern District of Mississippi

*Burnice Turner v. Bayer Corp.*, C.A. No. 3:04-606

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED BY MAIL
JAN 31 2005
CLERK US DIST COURT MINNEAPOLIS MN

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

January 25, 2005

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

(See Attached Schedule A of Order)

Dear Mr. Sletten:

A conditional transfer order was filed in the above matter on December 20, 2004. Prior to the expiration of that order's fifteen-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: Judge Neal B. Biggers, Jr., Judge Glen H. Davidson, Judge Michael P. Mills, Judge W. Allen Pepper, Jr., Judge Henry T. Wingate
Transferor Clerks: Arlen B. Coyle, J.T. Noblin

JPML Form 68