# INVOLVED COUNSEL FOR SCHEDULE CTO-52
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Jonathan B. Andry
610 Baronne Street
New Orleans, LA 70113

Jeffrey S. Goldstein
Law Offices of Jeffrey S. Goldstein, PA
10320 Little Patuxent Parkway
Suite 322
Columbia, MD 21044

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Adam James Holland
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Avenue
7th Floor
New York, NY 10016

Beth L. Kaufman
Schoeman, Updike & Kaufman, LLP
60 E. 42nd St., 39th Fl.
New York, NY 10165

Ericka L. Kleiman
Goodell, DeVries, Leech & Dann, LLP
One South Street
Suite 2000
Baltimore, MD 21202

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Kathleen D. Leslie
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Victoria J. Maniatis
Weitz & Luxenberg
180 Maiden Ln 40th Fl
New York, NY 10038

Paul J. Pennock
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Don S. Strong
Strong, Martin & Associates, PLLC
120 North Robinson Avenue
Suite 2700
Oklahoma City, OK 73102

SCANNED
JAN 31 2005
U.S. DISTRICT COURT MPLS

# INVOLVED JUDGES LIST FOR SCHEDULE CTO-52
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. Richard M. Berman
U.S. District Judge
201 U.S. Courthouse
40 Centre Street
New York, NY 10007-1581

Hon. Tim Leonard
U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S.
Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Kimba M. Wood
U.S. District Judge
1610 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

# INVOLVED CLERKS LIST FOR SCHEDULE CTO-52
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083