**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case, which were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 110 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of certain District of Minnesota Plaintiffs and Plaintiffs transferred to this Court by Conditional Transfer Orders 40 and 41 who have not complied with their discovery obligations as of 5:00 p.m. Central Standard Time (“CST”), January 28, 2005. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by February 14, 2005, 5:00 p.m., CST.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by February 14, 2005, 5:00 p.m., CST, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the

District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: February 2, 2005

_s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

**EXHIBIT A**

**CTO-40, CTO-41 & CERTAIN D. MINN PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS**

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Montgomery, Lucille | 04-3957 | Gina M. Cothern, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221<br>P: (501) 312-8500<br>F: (501) 312-8505 |
| 2. | Agan, Marjorie | 04-3758 | Charles H. Johnson, Esq.<br>Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55112<br>P: (651) 633-5685<br>F: (651) 633-4442 |
| 3. | Bantum, Ronnie | 04-4186 | |
| 4. | Bartell, Arthur | 04-4189 | |
| 5. | Bartz, Harlan | 04-3776 | |
| 6. | Battaglia, Jack | 04-4185 | |
| 7. | Bell, William | 04-4184 | |
| 8. | Blackston, Vivian | 04-4063 | |
| 9. | Bowser, Burton | 04-3774 | |
| 10. | Brandt, Virgie | 04-4172 | |
| 11. | Crandall, Hugh | 04-3788 | |
| 12. | Dague, Rodney | 04-3781 | |
| 13. | Foster, Dale | 04-3829 | |
| 14. | Gilkey, Judith | 04-4174 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 15. | Goetz, Tony | 04-3750 | |
| 16. | Goosmann, Joyce | 04-3752 | |
| 17. | Hayes, Daniel | 04-3787 | |
| 18. | Hill, J.B. | 04-4175 | |
| 19. | Homstad, James | 04-3775 | |
| 20. | Johnston, Susan | 04-3780 | |
| 21. | Jones, O.C., Sr. | 04-4176 | |
| 22. | Joseph-Markey, Joann | 04-4065 | |
| 23. | Kohut, Paul | 04-4177 | |
| 24. | Komers, Leonard | 04-4178 | |
| 25. | Langman, Dale | 04-4061 | |
| 26. | Leath, Betty | 04-3789 | |
| 27. | Leo, Doris | 04-3782 | |
| 28. | McCarlson, Paul | 04-3830 | |
| 29. | Mears, Dee | 04-3778 | |
| 30. | Moore, Lena | 04-4183 | |
| 31. | Moss, Mitchell | 04-4179 | |
| 32. | Panaro, Helen | 04-3779 | |
| 33. | Phillips, Valeta | 04-4064 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 34. | Schiller, Marvel | 04-3828 | |
| 35. | Smedley, Delores | 04-4188 | |
| 36. | Smith, Karon | 04-4062 | |
| 37. | Stovall, Lillie | 04-4180 | |
| 38. | Strasburg, Theresa | 04-4182 | |
| 39. | Taylor, Wilbert | 04-3827 | |
| 40. | Valdez, Irma | 04-4191 | |
| 41. | Vangelder, Miriam | 04-3824 | |
| 42. | Wasilewski, Pat | 04-3826 | |
| 43. | Whaples, June | 04-4190 | |
| 44. | White, Jeana | 04-3757 | |
| 45. | Wilfong, Bennie D. | 04-4181 | |
| 46. | Wilhite, Stanley | 04-3821 | |
| 47. | Armstrong, Tom | 04-3871 | Charles S. Zimmerman<br>Ronald S. Goldser |
| 48. | Brewer, James Oliver | 04-3870 | Jennifer K. Sustacek<br>Zimmerman Reed |
| 49. | Carruth, Eunice | 04-3872 | 651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402 |
| 50. | Dallman, Beverly | 04-3871 | P: (612) 341-0400<br>F: (612) 341-0844 |
| 51. | Friend, Rebecca | 04-3871 | |
| 52. | Guerette, Alan | 04-3702 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 53. | Harshman, Dorothy | 04-3871 | |
| 54. | Hart, Arthur | 04-3871 | |
| 55. | Hart, Madeline | 04-3871 | |
| 56. | Hatfield, Phillis | 04-3871 | |
| 57. | Hughes, Phillip | 04-3871 | |
| 58. | Lambert, Winston | 04-3873 | |
| 59. | Miller, Arthur | 04-3871 | |
| 60. | Moffatt, Lois | 04-3702 | |
| 61. | Osias, Baltzar | 04-3871 | |
| 62. | Waldrop, Sheila Ann | 04-3872 | |
| 63. | Wolf, Roger | 04-3701 | |
| 64. | Smith, Preston E., Sr. | 04-3498 | Gilbert T. Adams, Esq.<br>Gilbert T. Adams, P.C.<br>1855 Calder Avenue at Third<br>P.O. Drawer 3688 |
| 65. | Story, Anthony W. | 04-3497 | Beaumont, Texas 77704<br>P: (409) 835-3000<br>F: (409) 832-6162 |
| 66. | Sheedy, Mary Frances | 04-3915 | J. DeWayne Thomas, Esq.<br>P.O. Box 65<br>Jackson, Mississippi 39205-0065<br>P: (601) 355-0654<br>F: (601) 948-3549 |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 67. | Archambault, Frances | 04-3932 | Joy R. Simon, Esq.<br>Napoli Kaiser Bern & Associates<br>3500 Sunrise Highway, Suite T-207<br>Great River, NY 11739<br>P: (631) 224-1133<br>F: (212) 587-0031 |
| 68. | Aviles, Carmelo | 04-3930 | |
| 69. | Bayron-Wright, Clarice | 04-3931 | |
| 70. | Behrens, Charles | 04-3930 | |
| 71. | Berns, Robert | 04-3923 | |
| 72. | Bieri, Lynn | 04-3938 | |
| 73. | Brayboy, Lorene | 04-3930 | |
| 74. | Brito, Zulema | 04-3930 | |
| 75. | Burney, Charles | 04-3933 | |
| 76. | Caniglia, Betty | 04-3934 | |
| 77. | Cernuto, Anthony | 04-3923 | |
| 78. | Chaffee, Debra | 04-3936 | |
| 79. | Charette, Nina | 04-3930 | |
| 80. | Cibenko, Peter | 04-3923 | |
| 81. | Contaxis, Joanne | 04-3925 | |
| 82. | Contente, Lois | 04-3922 | |
| 83. | Curran, Elaine | 04-3942 | |
| 84. | Curry, Frank | 04-3922 | |
| 85. | Decker, Richard | 04-3935 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 86. | Denton, Willie | 04-3924 | |
| 87. | Douglas, Rudolph | 04-3921 | |
| 88. | Ellis, Betty | 04-3924 | |
| 89. | Grasso, Joseph | 04-3931 | |
| 90. | Iavaroni, Vincent | 04-3922 | |
| 91. | Jerome, Jerry | 04-3922 | |
| 92. | Justice, Emily | 04-3922 | |
| 93. | Kendrick, Virgil | 04-3925 | |
| 94. | Kirby, Garland | 04-3941 | |
| 95. | Kubiak, William | 04-3923 | |
| 96. | Lawrence, Joseph | 04-3924 | |
| 97. | Leisner, Eleanor | 04-3930 | |
| 98. | Liou, Nancy | 04-3926 | |
| 99. | Lorincz, Joseph | 04-3921 | |
| 100. | Lowrey, Melvin | 04-3922 | |
| 101. | Mack, Louise | 04-3926 | |
| 102. | Magee, Michele | 04-3925 | |
| 103. | Maisonave, Felix | 04-3926 | |
| 104. | Marcel, Kenneth | 04-3921 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 105. | Middleton, Corrine | 04-3929 | |
| 106. | Neals-Coleman, Florence | 04-3926 | |
| 107. | Ortiz-Diaz, Melody | 04-3945 | |
| 108. | Paolicelli, Vincent | 04-3921 | |
| 109. | Rath, Lorraine | 04-3926 | |
| 110. | Reiner, Edward | 04-3931 | |
| 111. | Richardson, Johnnie | 04-3924 | |
| 112. | Rothman, Irving | 04-3926 | |
| 113. | Sanavitis, Athanasia | 04-3926 | |
| 114. | Simmons, Mary | 04-3924 | |
| 115. | Smalley, Doris | 04-3927 | |
| 116. | Smith, Diana | 04-3923 | |
| 117. | Smith, Jeri | 04-3931 | |
| 118. | Smith, John | 04-3921 | |
| 119. | Spector, Iris | 04-3926 | |
| 120. | Spitzberg, Henya | 04-3945 | |
| 121. | Steinhardt, Robert | 04-3931 | |
| 122. | Szabo, Maria | 04-3931 | |
| 123. | Tadzhili, Dvorya | 04-3920 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 124. | Turoff, Florence | 04-3931 | |
| 125. | Vasta, Settimo | 04-3931 | |
| 126. | Volk, Carolyn | 04-3945 | |
| 127. | Wagner, Marvin | 04-3935 | |
| 128. | Ward, Marlon | 04-3931 | |
| 129. | Weismann, Vincent | 04-3928 | |
| 130. | Wendt, Sally | 04-3938 | |
| 131. | Willis, William | 04-3931 | |
| 132. | Zafonte, Charles | 04-3937 | |
| 133. | Smith, Rex Clifford | 04-3916 | Richard Freese, Esq.<br>Langston, Sweet & Freese<br>Morgan Keegan Center, Suite 240<br>2900 Highway 280<br>Birmingham, AL 35223<br>P: (205) 871-4144<br>F: (205) 871-4104 |
| 134. | Cook, Angelia W. | 04-3918 | Patrick C. Malouf, Esq.<br>Timothy W. Porter, Esq.<br>David L. Strange, Esq.<br>Porter & Malouf<br>825 Ridgewood Road<br>Ridgeland, MS 39157<br>P: (601) 957-1173<br>F: (601) 957-7366 |
| 135. | Greer, Brenda Lee | 04-3918 | |
| 136. | Harvey, Frances L. | 04-3918 | |
| 137. | Murphy, Lucille N. | 04-3918 | |

| No. | Plaintiff Name | MDL No. | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 138. | Bennett, Barbara | 04-3887 | Paul Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038-4925<br>P: (212) 558-5500<br>F: (212) 344-5461 |
| 139. | Plunk, Harold | 04-3946 | |
| 140. | Hudson, William Elias | 04-3911 | William Elias Hudson<br>William Elias Hudson, Pro Se<br>8 Flying Bridge Court<br>Millsboro, DE 19966<br>P: (302) 947-2175 |
| 141. | Neimeyer, Herbert | 04-3496 | Dennis C. Reich, Esq.<br>Reich & Binstock, L.L.P.<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>P: (713) 622-7271<br>F: (713) 623-8724 |
| 142. | Miller, Kenneth A. | CTO-41 | Robert J. Zakroff, Esq.<br>Zakroff & Associates PC<br>4337 Montgomery Avenue<br>Bethesda, MD 20814<br>P: (301) 986-5770<br>F: (301) 986-4119 |
| 143. | Amos, Jesse | 04-3917 | Michael McGartland, Esq.<br>Schmidt & McGartland Firm, PLLC<br>P.O. Box 3588<br>Jackson, MS 39207-3588<br>P: (601) 968-3888<br>F: (601) 968-3886 |
| 144. | Oraha, Hazim | 04-3714 | Shawn M. Raiter, Esq.<br>Deanna D. Dailey, Esq.<br>Larson King, LLP<br>30 East Seventh Street, Suite 2800<br>St. Paul, MN 55101<br>P: (651) 312-6500<br>F: (651) 312-6615 |