E-SERVED
02/03/05
12:05 AM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *ALL CASES* | |
| ***and*** | |
| *Harmon Brody v. Bayer Corp., et al.* | Case No. 02-0158 |
| *Howard Wrigley v. Bayer Corp.* | Case No. 02-0167 |
| *James Haney, et al., v. Bayer Corp., et al.* | Case No. 02-0915 |
| *Thomas Boris, et al., v. Bayer Corp., et al.* | Case No. 02-2137 |
| *Robert Bayerl, et al., v. Bayer Corp., et al.* | Case No. 02-2823 |
| *Armin Gluck, et al., v. Bayer AG, et al.* | Case No. 02-2981 |
| *Caroline Cowart, et al., v. Bayer AG, et al.* | Case No. 02-2983 |
| *Dale Zygiel v. Bayer Corp., et al.* | Case No. 02-3016 |
| *Paul Richardson v. Bayer Corp., et al.* | Case No. 02-3238 |
| *Virginia Boots, et al., v. Bayer AG, et al.* | Case No. 02-3458 |
| *Anne Briner, et al., v. Bayer AG, et al.* | Case No. 02-3863 |
| *Sandy Bombino, et al., v. Bayer AG, et al.* | Case No. 02-3864 |
| *Bob England, et al., v. Bayer AG, et al.* | Case No. 02-3870 |
| *Elaine Bastian v. Bayer AG, et al.* | Case No. 02-3873 |
| *Rita Rowland v. Bayer AG, et al.* | Case No. 02-3876 |
| *Melissa Young v. Bayer AG, et al.* | Case No. 02-3891 |
| *Norma Andersen v. Bayer AG, et al.* | Case No. 02-3895 |
| *Dwight Siu, et al., v. Bayer AG, et al.* | Case No. 02-3897 |
| *Willie Curtis v. Bayer AG, et al.* | Case No. 02-3949 |
| *Duane Herbert v. Bayer AG, et al.* | Case No. 02-3982 |
| *Robert Edwards v. Bayer AG, et al.* | Case No. 02-4011 |
| *Barbara Salley v. Bayer AG, et al.* | Case No. 02-4013 |
| *Mack McGhee v. Bayer AG, et al.* | Case No. 02-4026 |
| *Margarie Wix, et al., v. Bayer Corp., et al.* | Case No. 02-4027 |
| *Chandler Goklaney v. Bayer Corp., et al.* | Case No. 02-4028 |
| *Mary Fields, et al., v. Bayer AG, et al.* | Case No. 02-4030 |
| *Diana Roach v. Bayer AG, et al.* | Case No. 02-4031 |
| *Charles Wolfe v. Bayer AG, et al.* | Case No. 02-4032 |
| *Steven Kordisch, et al., v. Bayer Corp., et al.* | Case No. 02-4034 |
| *Gary Waddey, et al., v. Bayer AG, et al.* | Case No. 02-4035 |
| *Billy W. Hill, Jr., v. Bayer AG, et al.* | Case No. 02-4036 |
| *Carrie Rush v. Bayer AG, et al.* | Case No. 02-4039 |
| *Viola Chavez, et al., v. Bayer AG, et al.* | Case No. 02-4406 |
| *Ed Tucker, et al., v. Bayer AG, et al.* | Case No. 02-4407 |

E-SERVED 02/03/05 12:05 AM ET Baycol MDL 1431

| | |
|---|---|
| *Mildred Calvert v. Bayer AG, et al.* | Case No. 02-4435 |
| *David James v. Bayer AG, et al.* | Case No. 03-3122 |
| *Harry Deffenbaugh v. Bayer AG, et al.* | Case No. 03-3127 |
| *Geneva Jackson v. Bayer Corp., et al.* | Case No. 03-3596 |
| *Jeff Pryor v. Bayer AG, et al.* | Case No. 03-4135 |
| *Harry Taylor v. Bayer AG, et al.* | Case No. 03-4138 |
| *Jack Holloway v. Bayer AG, et al.* | Case No. 03-4145 |
| *Jeff Runyon v. Bayer AG, et al.* | Case No. 03-4146 |
| *Claude Borger v. Bayer AG, et al.* | Case No. 03-4149 |
| *James Ristich v. Bayer AG, et al.* | Case No. 03-4310 |
| *Ray Dawson v. Bayer AG, et al.* | Case No. 03-4449 |
| *Carlos DeLaTrinidad v. Bayer AG, et al.* | Case No. 03-4497 |
| *Walter Gardner v. Bayer AG, et al.* | Case No. 03-5336 |
| *Mary Fowler v. Bayer Corp., et al.* | Case No. 03-5380 |
| *Mary Roden v. Bayer Corp., et al.* | Case No. 03-5402 |
| *Ofilia Torres v. Bayer Corp., et al.* | Case No. 03-5403 |
| *Domingo Garcia v. Bayer Corp., et al.* | Case No. 03-5407 |
| *Esther Hamlin v. Bayer AG, et al.* | Case No. 03-5410 |
| *Thomas Lampa v. Bayer AG, et al.* | Case No. 03-5927 |
| *Marion Peterson v. Bayer AG, et al.* | Case No. 03-5937 |
| *Claude Trutta v. Bayer AG, et al.* | Case No. 03-5960 |
| *Erwin Lucke v. Bayer AG, et al.* | Case No. 03-5978 |
| *Lucinda Martinez v. Bayer AG, et al.* | Case No. 03-5981 |
| *Catherine DeGilarlomo, et al., v. Bayer Corp., et al.* | Case No. 03-6020 |
| *Ray Holden, et al., v. Bayer AG, et al.* | Case No. 04-2873 |
| *Harold Anderson v. Bayer AG, et al.* | Case No. 04-3659 |
| *Ernest Bradley v. Bayer AG, et al.* | Case No. 04-3662 |
| *Billie Christian v. Bayer AG, et al.* | Case No. 04-3664 |
| *Gloria Esposito v. Bayer AG, et al.* | Case No. 04-3669 |
| *Donny Ethridge v. Bayer AG, et al.* | Case No. 04-3670 |
| *Carol Formato v. Bayer AG, et al.* | Case No. 04-3672 |
| *Robert Janovich v. Bayer AG, et al.* | Case No. 04-3678 |
| *Gary Liebl v. Bayer AG, et al.* | Case No. 04-3680 |
| *Jane McDonald v. Bayer AG, et al.* | Case No. 04-3682 |
| *William Quesenberry v. Bayer AG, et al.* | Case No. 04-3686 |
| *Darlene Rasmussen v. Bayer AG, et al.* | Case No. 04-3687 |
| *Louise Shankle v. Bayer AG, et al.* | Case No. 04-3689 |
| *Katherine Sherman v. Bayer AG, et al.* | Case No. 04-3690 |
| *Harry Stich v. Bayer Corp., et al.* | Case No. 04-3692 |
| *Janie Wells v. Bayer Corp., et al.* | Case No. 04-3697 |
| *Ronald Whitman v. Bayer Corp., et al.* | Case No. 04-3698 |
| *Mildred Woods v. Bayer Corp., et al.* | Case No. 04-3699 |
| *Varnetta Gandy v. Bayer AG, et al.* | Case No. 04-3710 |
| *Henry Isopi v. Bayer AG, et al.* | Case No. 04-3718 |
| *Chris Hadley v. Bayer AG, et al.* | Case No. 04-3727 |

E-SERVED
02/03/05
12:05 AM ET
Baycol MDL 1431

**[PROPOSED] ORDER GRANTING MOTION TO (a) VACATE SPECIAL MASTER'S JANUARY 13 RULING AND (b) ORDER PLAINTIFFS TO COMPLY WITH PTO 131**

THIS MATTER having come before the Court on Defendants' Motion to (a) Vacate Special Master Remele's January 13 Ruling and (b) Order Plaintiffs to Comply with PTO 131; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made in support of and in opposition to the motion:

IT IS HEREBY ORDERED THAT Defendants' Motion to (a) Vacate Special Master Remele's January 13 Ruling and (b) Order Plaintiffs to Comply with PTO 131 is granted. Special Master Remele's Ruling of January 13, 2005, is HEREBY vacated. Plaintiffs listed in Exhibit A to this Order must produce to defendants an expert report which complies with PTO 131 within 30 days of the entry of this Order. Plaintiffs listed in Exhibit A who do not comply with this Order will be subject to dismissal with prejudice.

Date:

________________________________
Honorable Michael J. Davis
United States District Court Judge

E-SERVED
02/03/05
12:05 AM ET
Baycol MDL 1431

**Exhibit A**

| Case Name | Case No. | Plaintiff |
|---|---|---|
| Brody, Harmon | 02-0158 | Brody, Harmon Nathan |
| Wrigley, Howard | 02-0167 | Wrigley, Howard |
| Haney, James | 02-0915 | Manda, Jamie E. |
| Boris, Thomas | 02-2137 | Eddy, Mary<br>Kidd, Delores |
| Bayerl, Robert | 02-2823 | Bayerl, Robert |
| Gluck, Armin | 02-2981 | Tantimonaco, Carl |
| Cowart, Caroline | 02-2983 | Cowart, Caroline<br>Rogers, Ann |
| Zygiel, Dale | 02-3016 | Zygiel, Dale |
| Richardson, Paul | 02-3238 | Richardson, Paul |
| Boots, Virginia | 02-3458 | Mathwig, Patricia<br>Vanzo, Susan |
| Briner, Anne | 02-3863 | Coburn, Dora<br>Oestrich, Kenneth |
| Bombino, Sandy | 02-3864 | Indelicato, Shirley<br>Brizula, Ann |
| England, Bob | 02-3870 | Olson, Linda<br>Easter, Archie |
| Bastian, Elaine | 02-3873 | Bastian, Elaine |
| Rowland, Rita | 02-3876 | Rowland, Rita |
| Young, Melissa | 02-3891 | Young, Melissa |
| Andersen, Norma | 02-3895 | Andersen, Norma |
| Siu, Dwight | 02-3897 | Rigmaiden, Evelyn<br>Bullock, Wilda |
| Curtis, Willie | 02-3949 | Curtis, Willie |
| Herbert, Duane | 02-3982 | Herbert, Duane |
| Edwards, Robert | 02-4011 | Edwards, Robert R. |
| Salley, Barbara | 02-4013 | Salley, Barbara L. |
| McGhee, Mack | 02-4026 | McGhee, Mack, Jr. |
| Wix, Margarie | 02-4027 | Wix, Margarie |
| Goklaney, Chandler | 02-4028 | Goklaney, Chandler |
| Fields, Mary | 02-4030 | Hughes, Norman |
| Roach, Diana | 02-4031 | Roach, Diana |
| Wolfe, Charles | 02-4032 | Wolfe, Charles |
| Kordisch, Steven | 02-4034 | Kordisch, Steven |
| Waddey, Gary | 02-4035 | Leonard, John<br>Sterry, Charlene |
| Hill, Billy | 02-4036 | Hill, Billy W., Jr. |
| Rush, Carrie | 02-4039 | Weiss, Carol Lynn<br>Wenzler, Thomas |

E-SERVED
02/03/05
12:05 AM ET
Baycol MDL 1431

| Case Name | Case No. | Plaintiff |
|---|---|---|
| Chavez, Viola | 02-4406 | Mason, Betty |
| Tucker, Ed | 02-4407 | Ogan, Diane |
| Calvert, Mildred | 02-4435 | Calvert, Mildred |
| James, David | 03-3122 | James, David |
| Deffenbaugh, Harry | 03-3127 | Deffenbaugh, Harry |
| Jackson, Geneva | 03-3596 | Jackson, Geneva |
| Pryor, Jeff | 03-4135 | Pryor, Jeff |
| Taylor, Harry | 03-4138 | Taylor, Harry |
| Holloway, Jack | 03-4145 | Holloway, Jack |
| Runyon, Jeff | 03-4146 | Runyon, Jeff |
| Borger, Claude | 03-4149 | Borger, Claude |
| Ristich, James | 03-4310 | Ristich, James |
| Dawson, Ray | 03-4449 | Dawson, Ray |
| DeLaTrinidad, Carlos | 03-4497 | Reynoso, Nancy |
| Gardner, Walter | 03-5336 | Gardner, Walter |
| Fowler, Mary | 03-5380 | Fowler, Mary |
| Roden, Mary | 03-5402 | Roden, Mary |
| Torres, Ofilia | 03-5403 | Torres, Ofilia |
| Garcia, Domingo | 03-5407 | Garcia, Domingo |
| Hamlin, Esther | 03-5410 | Hamlin, Esther |
| Lampa, Thomas | 03-5927 | Lampa, Thomas |
| Peterson, Marion | 03-5937 | Peterson, Marion |
| Trutta, Claude | 03-5960 | Trutta, Claude |
| Lucke, Erwin | 03-5978 | Lucke, Erwin |
| Martinez, Lucinda | 03-5981 | Martinez, Lucinda |
| DeGilarlomo, Catherine | 03-6020 | DeGilarlomo, Catherine |
| Holden, Ray | 04-2873 | Reynolds, Brian<br>Pyle, Lewis<br>Rookstool, Leslie W. |
| Anderson, Harold | 04-3659 | Anderson, Harold |
| Bradley, Ernest | 04-3662 | Bradley, Ernest |
| Christian, Billie | 04-3664 | Christian, Billie |
| Esposito, Gloria | 04-3669 | Esposito, Gloria |
| Ethridge, Donny | 04-3670 | Ethridge, Donny |
| Formato, Carol | 04-3672 | Formato, Carol |
| Janovich, Robert | 04-3678 | Janovich, Robert |
| Liebl, Gary | 04-3680 | Liebl, Gary |
| McDonald, Jane | 04-3682 | McDonald, Jane |
| Quesenberry, William | 04-3686 | Quesenberry, William Earl |
| Rasmussen, Darlene | 04-3687 | Rasmussen, Darlene |
| Shankle, Louise | 04-3689 | Shankle, Louise |
| Sherman, Katherine | 04-3690 | Sherman, Loring |

E-SERVED
02/03/05
12:05 AM ET
Baycol MDL 1431

| Case Name | Case No. | Plaintiff |
|---|---|---|
| Stich, Harry | 04-3692 | Stich, Harry |
| Wells, Janie | 04-3697 | Wells, Janie |
| Whitman, Ronald | 04-3698 | Whitman, Ronald |
| Woods, Mildred | 04-3699 | Woods, Mildred |
| Gandy, Varnetta | 04-3710 | Gandy, Varnetta |
| Isopi, Henry | 04-3718 | Isopi, Henry |
| Hadley, Chris | 04-3727 | Hadley, Nancy |