# INVOLVED COUNSEL LIST (CTO-53)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox & Garofoli
The Halle Building, Suite 900
1228 Euclid Avenue
Cleveland, OH 44115

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
FEB 08 2005
U.S. DISTRICT COURT MPLS