E-SERVED
02/08/05
07:31 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

This Document Relates to:

ALL CASES

---

# MOTION TO STRIKE PSC's "SECOND AMENDED MASTER CLASS ACTION COMPLAINT"

PLEASE TAKE NOTICE that Defendants Bayer Corporation, Bayer AG, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline move the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South 4th Street, Minneapolis, for an order striking the documents filed by the Plaintiffs' Steering Committee titled "Second Amended Master Class Action Complaint" and "Renewed Motion for Class Certification." This motion is supported by the attached Memorandum, and all the files, papers, and proceedings herein.

E-SERVED 02/08/05 07:31 PM ET Baycol MDL 1431

Dated: February 8, 2005

Respectfully submitted,

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

____/s/signature on file_____________
Susan A. Weber
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

____/s/signature on file__________
Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

02/08/05
07:31 PM ET
Baycol MDL 14

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Defendants' Motion to Strike PSC's "Second Amended Master Class Action Complaint," a proposed order, and a supporting memorandum via Verilaw on February 8, 2005.

[signature]