E-SERVED
02/08/05
07:31 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431<br>(MJD/JGL) |

This Document Relates to:

ALL CASES

---

# [PROPOSED] ORDER ON MOTION TO STRIKE PSC's "SECOND AMENDED MASTER CLASS ACTION COMPLAINT"

THIS MATTER having come before the Court on Defendants' Motion to Strike PSC's "Second Amended Master Class Action Complaint," the parties having received due notice and having had the opportunity to be heard, and this Court having considered all submissions made in support of and in opposition to the motion:

IT IS HEREBY ORDERED THAT Defendants' Motion to Strike PSC's "Second Amended Master Class Action Complaint" is granted. The "Second Amended Master Class Action Complaint," Renewed Motion for Class Certification, and Memorandum in Support of Renewed Motion for Class Certification are stricken from the Court's record.

Date:

______________________________
Honorable Michael J. Davis
United States District Court Judge