UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions Pretrial Order No. 138

---

This matter is before the Court on the motion of the Plaintiff's Steering Committee to Stay Enforcement of Pretrial Order Nos. 114, 127 and 131.

Based on the arguments of counsel, the files and proceedings herein,

IT IS HEREBY ORDERED:

1. The Motion to Stay Enforcement of Pretrial Orders No. 114, 127 and 131 [Docket No. 3994] is GRANTED until further Order of the Court.

2. The Parties shall submit simultaneous briefs to the Court on or before March 11, 2005 on the issue of whether it is appropriate to remand all individual cases to the transferor courts at this time.

3. The Court will hold in abeyance current pending motions concerning: Class Certification; the PSC request for case specific discovery from Defendants; to vacate Special Master ruling dated January 13, 2005; and Defendant's motion for a Protective Order.

Date: February 14, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court