# INVOLVED COUNSEL LIST
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Robert G. Germany
Pittman, Germany, Roberts & Welsh
410 South President Street
P.O. Box 22985
Jackson, MS 39225-2985

William F. Goodman, III
Watkins & Eager
P.O. Box 650
400 East Capitol Street
Suite 300
Jackson, MS 39205-0650

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Eugene Coursey Tullos
Tullos, Tullos & Tullos
P.O. Box 74
Raleigh, MS 39153-0074

Joshua J. Wiener
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

SCANNED
FEB 23 2005
U.S. DISTRICT COURT MPLS