# INVOLVED COUNSEL LIST (CTO-54)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Albert G. Bixler
Eckert, Seamans, Cherin & Mellot, L.L.C.
1515 Market Street
9th Floor
Philadelphia, PA 19102

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib, PA
520 West Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, L.L.P.
2800 MN World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flager Drive
West Palm Beach, FL 33401-6198

Kelly Anne Luther
Clarke, Silvergate, Campbell, Williams & Montgomery
799 Brickell Plaza
Suite 900
Miami, FL 33131

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

John F. Olinde
Chaffe, McCall, Phillips, Toler & Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, L.L.P.
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Eulis Simien, Jr.
Simien & Simien, L.L.C.
8923 Bluebonnet Boulevard
Suite 200
Baton Rouge, LA 70810

Marc P. Weingarten
Greitzer & Locks
1500 Walnut Street
20th Floor
Philadelphia, PA 19102

SCANNED
MAR 0 1 2005
U.S. DISTRICT COURT MPLS

**INVOLVED JUDGES LIST (CTO-54)**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Hon. Michael M. Baylson
U.S. District Judge
3810 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Frank J. Polozola
Chief Judge, U.S. District Court
313 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

**INVOLVED CLERKS LIST (CTO-54)**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Lawrence Talamo, Clerk
U.S. District Court
Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796