UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation

This Document Relates to: All Actions Pretrial Order No. 139

---

The next status conference will be held on April 11, 2005 at 10:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: March 15, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court