**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case, which were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 110 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of certain District of Minnesota Plaintiffs and Plaintiffs transferred to this Court by Conditional Transfer Orders 42 ,43, 44, and 45 who have failed to comply with their discovery obligations as of 5:00 p.m. Central Standard Time ("CST"), March 16, 2005. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by March 28, 2005, 5:00 p.m., CST.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by March 28, 2005, 5:00 p.m., CST, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the

District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: March 18, 2005

_s/ Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

# EXHIBIT A

## CTO 42-45 & CERTAIN D. MINN PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Thomas, Elizabeth | 04-4628 | Akim A. Anastopoulo, Esq.<br>Samuel K. Allen, Esq.<br>Anastopoulo & Clore LLC<br>215 East Bay Street, Suite 305<br>Charleston, SC 29401<br>P: (843) 722-8070<br>F: (843) 722-9881 |
| 2. | Spencer, Shirley | 04-4611 | James A. Stewart, Esq.<br>Andy Stewart & Associates<br>225 Avalon Circle<br>Brandon, MS 39042<br>P: (601) 992-3003<br>F: (601) 992-7727 |
| 3. | Berlin, William | 04-4443 | Brian A. Goldstein, Esq.<br>Cellino & Barnes, PC<br>17 Court Street, 7th Floor<br>Buffalo, NY 14202<br>P: (716) 854-2020<br>F: (716) 856-7817 |
| 4. | Berlin, William J. | 04-4349 | |
| 5. | Braun, Josef | 04-4445 | |
| 6. | Braun, Josef A. | 04-4349 | |
| 7. | Dinkuhn, Karl | 04-4349 | |
| 8. | Dinkuhn, Karl | 04-4456 | |
| 9. | McEwen, Kimberly | 04-4464 | |
| 10. | McEwen, Kimberly A. | 04-4349 | |
| 11. | Rizzo, Rosalie | 04-4416 | |
| 12. | Rizzo, Rosalie A. | 04-4349 | |
| 13. | Raney, James | 04-4677 | Charles H. Johnson, Esq.<br>Johnson & Associates, P.A. |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| | | | 2599 Mississippi Street<br>New Brighton, MN 55112<br>P: (651) 633-5685<br>F: (651) 633-4442 |
| 14. | Celestin, Gertrude | 04-4593 | Daniel E. Becnel, Jr., Esq.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>Post Office Drawer "H"<br>Reserve, LA 70084<br>P: (985) 536-1186<br>F: (985) 536-6445 |
| 15. | Cornelius, Delores | 04-4593 | |
| 16. | Jennings, Patricia | 04-4593 | |
| 17. | McDonald, Max | 04-4595 | |
| 18. | Milton, Gerald | 04-4594 | |
| 19. | Parker, Barbara Ann | 04-4593 | |
| 20. | Romare, Carolyn M. | 04-4597 | |
| 21. | Barnes, William | 04-4326 | George H. Niblock, Esq.<br>Raymond L. Niblock, Esq.<br>Niblock Law Firm<br>P.O. Drawer 818<br>Fayetteville, AR 72702<br>P: (501) 521-5510<br>F: (479) 444-7608 |
| 22. | Richardson, Willie | 04-4326 | |
| 23. | Taylor, David | 04-4326 | |
| 24. | Thompson, John | 04-4326 | |
| 25. | Morales, Charlene | 04-4605 | Ike F. Hawkins, III, Esq.<br>Elwood H. Keim, Jr., Esq.<br>13541 Tiger Bend Road<br>P.O. Box 87178<br>Baton Rouge, LA 70879<br>P: (225) 755-0707<br>F: (225) 755-8155 |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 26. | Bentley, Jean S. | 04-4615 | Jean Martin, Esq.<br>Law Offices of Wallace & Graham<br>525 North Main Street<br>Salisbury, NC 28744<br>704-633-5244 |
| 27. | Williams, Jessie J. | 04-4614 | Akim A. Anastopoulo, Esq.<br>Samuel K. Allen, Esq.<br>Anastopoulo & Clore, LLC<br>215 East Bay Street, Suite 305<br>Charleston, South Carolina 29401<br>P: (843) 722-8070<br>(800) 610-2546<br>F: (843) 722-9881 |
| 28. | Barnes, Frances M. | 04-4340 | John Arthur Eaves, Esq.<br>JOHN ARTHUR EAVES, Law Offices<br>101 North State Street<br>Jackson, Mississippi 39201<br>P: (601) 355-7961<br>F: (601) 355-0530 |
| 29. | Bazarnik, Johann | 04-4340 | |
| 30. | Beard, Catherine J. | 04-4340 | |
| 31. | Bramlett, Jean Victoria | 04-4340 | |
| 32. | Brown, Earnest | 04-4340 | |
| 33. | Brucker, Karl-Heinz | 04-4340 | |
| 34. | Buse, Phillip | 04-4340 | |
| 35. | Carpenter, Jacqueline | 04-4340 | |
| 36. | Cook, Virginia Sue | 04-4340 | |
| 37. | Cooper, R.V. | 04-4340 | |
| 38. | Craft, Charles Larry | 04-4340 | |
| 39. | Crosser, Thomas J. | 04-4340 | |
| 40. | Crossno, Marjorie Louise | 04-4340 | |
| 41. | Culpepper, Sam, Jr. | 04-4340 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 42. | Davis, Sheila | 04-4340 | |
| 43. | Day, Robert Allen | 04-4340 | |
| 44. | Edwards, Melody Marie | 04-4340 | |
| 45. | Fulton, Elizabeth | 04-4340 | |
| 46. | Garling, Ulrich | 04-4340 | |
| 47. | Gault, Larry | 04-4340 | |
| 48. | Gilletly, David A. | 04-4340 | |
| 49. | Gramada, Deborah Ann | 04-4340 | |
| 50. | Harris, Shirley | 04-4340 | |
| 51. | Henry, Charles D. | 04-4340 | |
| 52. | Hester, Mary Ellen | 04-4340 | |
| 53. | Hollander, Wallace | 04-4340 | |
| 54. | Hunter, Earl Otto | 04-4340 | |
| 55. | Jones, Johnny | 04-4340 | |
| 56. | Joy, Eddie | 04-4340 | |
| 57. | Koppenaal, James Theodore | 04-4340 | |
| 58. | Kramer, Ilona | 04-4340 | |
| 59. | Lewis, Ralph | 04-4340 | |
| 60. | Lockhart, Mary Rebecca Bunch | 04-4340 | |
| 61. | Lyles, Maxine Smith | 04-4340 | |
| 62. | Massey, Betty | 04-4340 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 63. | Matchett, James S. | 04-4340 | |
| 64. | Murgado, Paz | 04-4340 | |
| 65. | Nelson, Martha | 04-4340 | |
| 66. | Neumann, Hans | 04-4340 | |
| 67. | Noblin, Patricia | 04-4340 | |
| 68. | Polski, Marianne | 04-4340 | |
| 69. | Reed, Jean M. | 04-4340 | |
| 70. | Reed, William | 04-4340 | |
| 71. | Renaldo, Leo | 04-4340 | |
| 72. | Renck, Jae | 04-4340 | |
| 73. | Simmons, Willis | 04-4340 | |
| 74. | Stephenson, Elva | 04-4340 | |
| 75. | Stusinski, Grzegorz Andrezej | 04-4340 | |
| 76. | Tripp, Wanda Jean | 04-4340 | |
| 77. | Warren, Elizabeth Irene | 04-4340 | |
| 78. | West, James Larry | 04-4340 | |
| 79. | Wiggins, Hansell | 04-4340 | |
| 80. | Williams, Janet | 04-4340 | |
| 81. | Wilson, Jannie | 04-4340 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 82. | Buckley, Louise | 04-4800 | Jonathan W. Cartee, Esq.<br>Cartee & Morris, LLC<br>1232 Blue Ridge Blvd.<br>Birmingham, AL 35209<br>P: (205) 263-0333<br>F: (205) 263-0321 |
| 83. | Chisholin, Kay | 04-4800 | |
| 84. | Dearman, Betty | 04-4800 | |
| 85. | Dufresne, Lawrence | 04-4800 | |
| 86. | Fonville, Everlina | 04-4800 | |
| 87. | Gilchrist, Nora | 04-4800 | |
| 88. | Hawk, Billy | 04-4800 | |
| 89. | Kastla, Ralph | 04-4800 | |
| 90. | Knight, George | 04-4800 | |
| 91. | Lewis, Ernestine | 04-4800 | |
| 92. | Linch, Margaret | 04-4800 | |
| 93. | McCray, Marie | 04-4800 | |
| 94. | Moore, Janet | 04-4800 | |
| 95. | Moore, Janice | 04-4800 | |
| 96. | Nelson, Augustus | 04-4800 | |
| 97. | Nipper, John | 04-4800 | |
| 98. | Owens, Arlon | 04-4800 | |
| 99. | Randle, Corean | 04-4800 | |
| 100. | Shelton, Diane | 04-4800 | |
| 101. | Slayton, Jessie | 04-4800 | |
| 102. | Snyder, Darren | 04-4800 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 103. | Swaenepoel, Loraine | 04-4800 | |
| 104. | Thomas, Vernon Dale | 04-4800 | |
| 105. | Vinson, Jessie | 04-4800 | |
| 106. | Walls, Sharmetha | 04-4800 | |
| 107. | White, Mary | 04-4800 | |
| 108. | Whitten, Genvieve | 04-4800 | |
| 109. | Windham, James | 04-4800 | |
| 110. | Doni, Brian | 04-4401 | Joy R. Simon, Esq.<br>Napoli Kaiser Bern & Associates, LLP<br>3500 Sunrise Highway, Suite T-207<br>Great River, NY 11739<br>P: (631) 224-1133<br>F: (212) 587-0031 |
| 111. | Gibbons, Christine | 04-4401 | |
| 112. | McDermott, Ruth | 04-4348 | |
| 113. | Richards, Joseph | 04-3940 | |
| 114. | Tilton, Dorothy | 04-4348 | |
| 115. | Bendokas, Jeffrey | 04-4805 | Kristin Houser, Esq.<br>Schroeter Goldmark & Bender<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>P: (206) 622-8000<br>F: (206) 682-2305 |
| 116. | Graber, Michael | 04-4592 | Lewis H. Chimes, Esq.<br>Joseph D. Garrison, Esq.<br>Garrison Levin-Epstein Chimes &<br>Richardson PC<br>405 Orange Street<br>New Haven, CT 06511<br>P: (203) 777-4425<br>F: (203) 776-3965 |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 117. | Busby, Cordia | CTO-44 | Mark W. Davis, Esq.<br>Davis & Feder<br>1712 15th Street, Suite 300<br>P.O. Drawer 6829<br>Gulfport, MS 39506<br>P: (228) 863-6000<br>F: (228) 864-0907 |
| 118. | Drumgoogle, Thelma | 04-1621 | |
| 119. | Jones, Nettie | CTO-44 | |
| 120. | Roberts, Minnie | CTO-44 | |
| 121. | Terrell, James | CTO-44 | |
| 122. | Schwarz, Heinz | 04-4797 | |
| 123. | Rodriguez, Marjorie | 04-4634 | Richard N. Laminack, Esq.<br>O'Quinn Laminack & Pirtle<br>2300 Lyric Centre Building<br>440 Louisiana<br>Houston, Texas 77002<br>P: (713) 236-2677<br>F: (713) 223-4870 |
| 124. | Senter, Emma Ann | 04-4352 | |
| 125. | Seward, Matilda E. | 04-4353 | |
| 126. | Britton, Carolyn | 04-4346 | Carolyn Britton, pro se<br>Leon Dean, pro se<br>Virginia Dean, pro se<br>P.O. Box 7986<br>Nashua, NH 03060<br>P: (781) 640-5239 |
| 127. | Dean, Leon | 04-4346 | |
| 128. | Dean, Virginia | 04-4346 | |
| 129. | Bozeman, Ernest | 04-4337 | Robert A. Pritchard, Esq.<br>Pritchard Law Firm, PLLC<br>934 Jackson Avenue<br>P.O. Drawer 1707<br>Pascagoula, MS 39538<br>P: (228) 729-2211<br>F: (228) 762-6005 |
| 130. | Maxwell, Magnolia | 04-4337 | |
| 131. | Carpenter, William Lawrence | 04-4338 | Michael McGartland, Esq.<br>The Schmidt & McGartland Firm, PLLC<br>P.O. Box 3588<br>Jackson, MS 39207-3588<br>P: (601) 968-3888<br>F: (601) 968-3886 |
| 132. | Womack, W.C. | 04-4339 | |
| 133. | Bonsignor, Arthur | 04-4402 | Stephen J. Fearon, Jr.<br>Squitieri & Fearon, LLP<br>32 East 57th Street, 12th Floor |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| | | | New York, NY 10022<br>P: (212) 421-6492<br>F: (212) 421-6553 |
| 134. | Allen, J.T. | 04-4636 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, New Mexico 87104<br>P: (505) 243-3500<br>F: (505) 243-3534 |
| 135. | Baca, Chris | 04-4621 | |
| 136. | Barba, Jacob | 04-4623 | |
| 137. | Blaisure, Ted | 04-4621 | |
| 138. | Boyer, Ruth | 04-4622 | |
| 139. | Chavez, Henry | 04-4624 | |
| 140. | Doerrer, Donald | 04-4623 | |
| 141. | Garcia, Gene | 04-4624 | |
| 142. | Garcia, Leo | 04-4622 | |
| 143. | Garcia, Precilla | 04-4620 | |
| 144. | Garcia, Valentin | 04-4617 | |
| 145. | Gibbs, Winifred | 04-4626 | |
| 146. | Gutierrez, Anselmo | 04-4624 | |
| 147. | Gutierrez, Veronica | 04-4624 | |
| 148. | Madrid, Jay | 04-4617 | |
| 149. | Masey, Ernestine | 04-4637 | |
| 150. | McCarty, Hershell | 04-4618 | |
| 151. | Montoya, Gilbert | 04-4619 | |
| 152. | Munoz, Delia | 04-4622 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 153. | Nelson, Doyle | 04-4621 | |
| 154. | Olguin, Mary | 04-4620 | |
| 155. | Paulson, John | 04-4617 | |
| 156. | Perraglio, Jeris | 04-4617 | |
| 157. | Popper, Tony | 04-4617 | |
| 158. | Rhoten, Clifford | 04-4618 | |
| 159. | Robertson, Lois | 04-4635 | |
| 160. | Romo, Catarina | 04-4636 | |
| 161. | Ross, Barbara | 04-4626 | |
| 162. | Simmons, Eara | 04-4620 | |
| 163. | Steele, Gloria | 04-4623 | |
| 164. | Steward, Bessie | 04-4622 | |
| 165. | Watson, Tommy | 04-4624 | |
| 166. | Yost, Fred | 04-4622 | |
| 167. | Collier, Irene | 04-4627 | |
| 168. | Collins, Thomas | 04-4619 | |
| 169. | Hadley, Edward | 04-4804 | Paul Pennock, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>P: (212) 558-5500<br>F: (212) 344-5461 |