RECEIVED
BY MAIL
APR 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN

# INVOLVED COUNSEL LIST (CTO-56)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Joseph P.H. Babington
Helmsing, Leach, Herlong, et al.
Laclede Building, Suite 2000
150 Government Street
P.O. Box 2767
Mobile, AL 36652-2767

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Eric David Bonner
Mann, Cowan & Potter, P.C.
2000-B Southbridge Parkway
Suite 601
Birmingham, AL 35209

Benjamin Max Bowden
Albrittons, Clifton, Alverson & Moody
P.O. Box 880
Andalusia, AL 36420

Fred M. Haston, III
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

William McGowin
Bradley, Arant ,Rose & White, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Eugene A. Seidel
U.S. Attorney's Office
63 S. Royal Street
Room 600
Mobile, AL 36602

David P. York
U.S. Attorney's Office
63 S. Royal Street
Room 600
Mobile, AL 36602

SCANNED
APR 12 2005
U.S. DISTRICT COURT MPLS