**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case, which were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 110 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of certain District of Minnesota Plaintiffs and Plaintiffs transferred to this Court by Conditional Transfer Orders 46 ,47, 48, 49, 50, and 51 who have failed to comply with their discovery obligations as of 5:00 p.m. Central Standard Time ("CST"), April 22, 2005. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by 5:00 p.m., CST, May 10, 2005.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by May 10, 2005, 5:00 p.m., CST, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the

District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: April 26, 2005

_s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

# EXHIBIT A

## CTO 46-51 & CERTAIN D. MINN PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Allison, Cleveland | 04-5094 | Daniel E. Becnel, Jr., Esq.<br>The Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>Post Officer Drawer H<br>Reserve, LA 70084<br>985-536-1186<br>985-536-6445 (fax) |
| 2. | Anderson, Velma | 04-5093 | |
| 3. | Ben, Christopher | 04-5094 | |
| 4. | Bourque, Mark | 04-5095 | |
| 5. | Brown, Oliver | 04-5095 | |
| 6. | Bushnell, Clara Bernice | 04-5091 | |
| 7. | Clark, Frank | 04-5095 | |
| 8. | Comeaux, Alton | 04-5090 | |
| 9. | Comeaux, Vernon | 04-5094 | |
| 10. | Davis, Melissa | 04-5092 | |
| 11. | Fields, Mary Frances | 04-5093 | |
| 12. | Fontenot, Joseph | 04-5090 | |
| 13. | Green, Millie | 04-5091 | |
| 14. | Guidry, Allen | 04-5094 | |
| 15. | Guillory, Regina | 04-5091 | |
| 16. | Hebert, Bryan | 04-5090 | |
| 17. | Kent, Betty M. | 04-5087 | |
| 18. | Labiche, Jeanette | 04-5091 | |

| | | |
|---|---|---|
| 19. | Moreau, Daniel | 04-5090 |
| 20. | Olivier, Leona | 04-5092 |
| 21. | Perdue, Susan | 04-5093 |
| 22. | Perez, Paul | 04-5095 |
| 23. | Popillion, Mary | 04-5092 |
| 24. | Reaux, Mary | 04-5091 |
| 25. | Reeve, Mary Wagley | 04-5091 |
| 26. | Roddy, Brace J. | 04-5014 |
| 27. | Self, Emma W. | 04-5087 |
| 28. | Small, Debbie Ann | 04-5093 |
| 29. | Theriot, Dawn | 04-5093 |
| 30. | Thomas, Delma | 04-5094 |
| 31. | Veillion, Reevel | 04-5094 |
| 32. | Vital, Kathy | 04-5093 |
| 33. | Whitlock, Robert Douglas | 04-5094 |
| 34. | Wiles, Lonnie E. | 04-5014 |
| 35. | Wood, Wanda | 04-5093 |
| 36. | York, Robert | 04-5095 |

| | | | |
|---|---|---|---|
| 37. | Beard, Janice | 05-0060 | James C. Patton, Jr., Esq.<br>The Crawley Law Offices<br>P.O. Drawer 947<br>Louisville, MS 39339<br>662-773-5093<br>662-773-8262 (fax) |
| 38. | Wallace, Cherry Mae | 05-0059 | |
| 39. | Lyles, Martha | 04-4949 | John H. Anderson, Esq.<br>713 Arledge Street<br>Hattiesburg, MS 39401-4349<br>601-544-6077<br>601-582-3997 (fax) |
| 40. | Boyd, Bobbie | 04-4950 | Jonathan W. Cartee, Esq.<br>Cartee & Morris<br>1232 Blue Ridge Blvd.<br>Birmingham, AL 35226<br>205-263-0333<br>205-263-0321 (fax) |
| 41. | Brown, Phyllis | 04-4950 | |
| 42. | Conner, Ricky | 04-4950 | |
| 43. | Fleming, Shirley | 04-4950 | |
| 44. | Gaskins, Terry | 04-4950 | |
| 45. | Haire, Jerry | 04-4947 | |
| 46. | Hancock, Joanne | 04-4947 | |
| 47. | Harpole, Linda | 04-4947 | |
| 48. | Hassell, George | 04-4950 | |
| 49. | Hemby, Ener | 04-4950 | |
| 50. | Higgins, Earl | 04-4947 | |
| 51. | Hobbs, Mildred | 04-4950 | |
| 52. | Hobbs, Thomas | 04-4950 | |
| 53. | Howard, Elvis | 04-4947 | |

| | | |
|---|---|---|
| 54. | Hoyle, Asie | 04-4947 |
| 55. | Jackson, Jimmie Lee | 04-4950 |
| 56. | Knight, Zona | 04-4947 |
| 57. | McCarten, Bernice | 04-4947 |
| 58. | McGraw, Charles | 04-4950 |
| 59. | McMichael, Tommy | 04-4950 |
| 60. | Miller, Cary | 04-4947 |
| 61. | Paige, Bertha Mae | 04-4947 |
| 62. | Pearson, John T. | 04-4947 |
| 63. | Peterson, Robert Lee | 04-4947 |
| 64. | Powell, Martha Joel | 04-4947 |
| 65. | Randolph, Mamie | 04-4947 |
| 66. | Ray, Jean | 04-4947 |
| 67. | Roberson, James Boyd | 04-4947 |
| 68. | Rynders, Jerry | 04-4947 |
| 69. | Seldon, David | 04-4947 |
| 70. | Seldon, Mary | 04-4947 |
| 71. | Shaffer, Albert | 04-4947 |
| 72. | Shepard, Doretha | 04-4947 |
| 73. | Solbrack, Brenda B. | 04-4947 |
| 74. | Spires, Thomas | 04-4950 |

| | | | |
|---|---|---|---|
| 75. | Taylor, Mary | 04-4950 | |
| 76. | Thomas, Eunice | 04-4947 | |
| 77. | Troutman, George | 04-4947 | |
| 78. | West, Ken | 04-4950 | |
| 79. | Williams, Mary Bell | 04-4947 | |
| 80. | Wright, Dorothy | 04-4947 | |
| 81. | Zelasko, Alfred | 04-4950 | |
| 82. | Zelasko, Jacqulin | 04-4950 | |
| 83. | Carbone, Joseph | 04-5015 | Kenneth A. Votre, Esq.<br>Votre & Associates<br>201 Orange Street<br>New Haven, CT 06510<br>203-498-0065<br>203-821-3595 (fax) |
| 84. | Bittrick, Claire | CTO-51 | Paul J. Pennock, Esq.<br>Victoria J. Maniatis, Esq.<br>Weitz & Luxenberg<br>180 Maiden Lane<br>New York, NY 10038<br>212-558-5500<br>212-363-2721 (fax) |
| 85. | Brinson, Flora | CTO-51 | |
| 86. | Eddy, George, Jr. | CTO-51 | |
| 87. | Hammerschmidt, Marcelle | CTO-51 | |
| 88. | Johnson, Dawn | CTO-51 | |
| 89. | Ledbetter, Glynna | CTO-51 | |
| 90. | Moreno, Yolanda | CTO-51 | |
| 91. | Muro, Jesse, Jr. | CTO-51 | |
| 92. | Pokarth, Beverly | CTO-51 | |

| | | | |
|---|---|---|---|
| 93. | Smith, Ivan | CTO-51 | |
| 94. | Stajda, Deborah | CTO-51 | |
| 95. | Torres, Nelson | 04-3267 | |
| 96. | Wreza, Marlene | CTO-51 | |
| 97. | Zamudio, Guadalupe | CTO-51 | |
| 98. | Barnes, Joyce | 04-4967 | Richard A. Freese, Esq.<br>Sweet & Freese PLLC<br>The Morgan Keegan Center<br>2900 Highway 280, Suite 240<br>Birmingham, AL 35223<br>205-871-4144<br>205-871-4104 (fax) |
| 99. | Hawkins, Billy Jean | 04-4967 | |
| 100. | Loveless, James | 04-4967 | |
| 101. | Magee, Johnnie | 04-4967 | |
| 102. | Miller, Mary Ella | 04-4967 | |
| 103. | Pigg, Earl | 04-4967 | |
| 104. | Purvis, Clara | 04-4967 | |
| 105. | Richardson, Jessie | 04-4967 | |
| 106. | Smith, Sheila | 04-4967 | |
| 107. | Thompson, Velma | 04-4967 | |
| 108. | Whitehead, John, Sr. | 04-4967 | |

| | | | |
|---|---|---|---|
| 109. | Wilks, Hilda | 04-4967 | |
| 110. | Williams, Mildred | 04-4967 | |
| 111. | Barlow, Terri | 04-4952 | Robert B. Newkirk, III, Esq.<br>Hanzel & Newkirk<br>19425-G Liverpool Parkway<br>Cornelius, NC 28031<br>704-892-1375<br>704-892-5784 (fax) |
| 112. | Birge, Patricia | 04-4952 | |
| 113. | Davis, Clinzo | 04-4952 | |
| 114. | Falls, Paul S. | 04-4952 | |
| 115. | Hardin, Odessa | 04-4952 | |
| 116. | Holmes, Janet R. | 04-4952 | |
| 117. | Medley, Charlie D., Sr. | 04-4952 | |
| 118. | Rorie, Ann O. | 04-4952 | |
| 119. | Chisholm, Kay | 04-4948 | Robert G. Germany, Esq.<br>Pittman Germany Roberts & Welsh LLP<br>410 South President Street<br>P.O. Box 22985<br>Jackson, MS 39225<br>601-948-6200<br>601-948-6187 (fax) |

| | | | |
|---|---|---|---|
| 120. | Gordon, Gary | 05-0057 | Robert J. Fenstersheib, Esq.<br>Charles R. Mindlin, Esq.<br>Law Offices of Robert J. Fenstersheib, PA<br>520 West Hallandale Beach Blvd.<br>Hallandale, FL 33009<br>954-456-2488<br>954-252-2133 (fax) |
| 121. | Horn, Thomas | 05-0056 | |
| 122. | Jackson, Marie | 05-0055 | |
| 123. | Kopland, Marlyne | 05-0058 | |