RECEIVED
BY MAIL
MAY 06 2005
CLERK US DIST COURT
MINNEAPOLIS MN

# INVOLVED COUNSEL LIST (CTO-57)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Janet Juanita Lennon
123 W. Main Street
Durham, NC 27701

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Leslie C. O'Toole
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Frederick W. Rom
Womble, Carlyle, Sandridge & Rice
P.O. Box 13069
Research Triangle PK, NC 27709

Arthur Sadin
Provost Umphrey
1560 W. Bay Area Blvd.
Suite 355
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
MAY 6 2005
U.S. DISTRICT COURT MPLS

SCANNED
MAY 5 2005
U.S. DISTRICT COURT MPLS