**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case, which were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still

delinquent 110 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of certain District of Minnesota Plaintiffs and Plaintiffs transferred to this Court by Conditional Transfer Order 51 (objectors) and Conditional Transfer Order 52. All listed Plaintiffs have failed to comply with their discovery obligations to submit Plaintiff's Fact Sheets and responsive documents, as of 5:00 p.m. Central Standard Time ("CST"), June 8, 2005. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 by 5:00 p.m., CST, June 28, 2005.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by June 28, 2005, 5:00 p.m., CST, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the

District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: June 13, 2005

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

# Exhibit A

## CTO-51 OBJECTORS, CTO-52 & CERTAIN D. MINN PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Daquino, Alba | 05-0272 | Charles H. Johnson, Esq.<br>Charles H. Johnson & Associates<br>12226 Nicollet Avenue South<br>Burnsville, MN 55337<br>P: (952) 746-8600<br>F: (952) 746-8601 |
| 2. | Olson, Edith | 05-0353 | |
| 3. | Abrusley, Jean M. | 05-0196 | John Andry, Esq.<br>Andry Law Firm, LLC<br>610 Baronne Street<br>New Orleans, LA 70113<br>P: (504) 586-8899<br>F: (504) 586-8933 |
| 4. | Billiot, Linda | 05-0196 | |
| 5. | Byrley, Louise | 05-0196 | |
| 6. | Cook, Patricia | 05-0196 | |
| 7. | Dukes, Jeffrie | 05-0196 | |
| 8. | Fontenot, Atley | 05-0196 | |
| 9. | Lovecchio, VIctoria | 05-0196 | |
| 10. | Navarro, Roland | 05-0196 | |
| 11. | Navarro, Susie | 05-0196 | |
| 12. | Thomas, Eugene | 05-0196 | |
| 13. | Washington, Marie | 05-0196 | |
| 14. | Woods, Delores | 05-0196 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 15. | Adams, Ruth | 05-0202 | Levi Boone, III, Esq.<br>Boone Law Firm, P.A.<br>401 West Sunflower Avenue<br>P.O. Box 1772<br>Cleveland, MS 38732<br>P: (662) 843-7946<br>F: (662) 843-7950 |
| 16. | Biagoli, Evo | 05-0203 | |
| 17. | Brown, George | 05-0204 | |
| 18. | Duffin, Linda | 05-0206 | |
| 19. | McAtee, Debbie | 05-0205 | |
| 20. | Turner, Burnice | 05-0208 | |
| 21. | Adan, Dinora | 05-0198 | Victoria J. Maniatis, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038<br>P: (212) 558-5500<br>F: (212) 363-2721 |
| 22. | Clark, John | 05-0198 | |
| 23. | Macaraeg, Mario | 05-0198 | |
| 24. | Martinez, Jose | 05-0198 | |
| 25. | Palmer, Lorraine | 05-0198 | |
| 26. | Velazquez, Neyda | 05-0198 | |
| 27. | Velazquez, Petra | 05-0198 | |
| 28. | Bryant, Robert, Sr. | 04-4476 | Kelly K. Huang, Esq.<br>Viles & Ellis, P.A.<br>2075 West First Street<br>Fort Myers, Florida 33901<br>P: (239) 334-3933<br>F: (239) 334-7105 |