# INVOLVED COUNSEL LIST (CTO-59)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib, PA
520 West Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
AUG 1 2 2005
U.S. DISTRICT COURT MPLS

**INVOLVED JUDGES LIST (CTO-59)**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. James I. Cohn
U.S. District Judge
203 U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Hon. Marcia G. Cooke
U.S. District Judge
U.S. District Court, Federal
Courthouse Square
301 North Miami Avenue, 6th Floor
Miami, FL 33128

Hon. William P. Dimitrouleas
U.S. District Judge
203 U.S. Courthouse
299 East Broward Boulevard
Ft. Lauderdale, FL 33301

Hon. Donald L. Graham
U.S. District Judge
James Lawrence King Federal Justice
Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. William M. Hoeveler
Senior U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7797

Hon. Paul C. Huck
U.S. District Judge
1067 Federal Justice Bldg.
99 NE 4th Street
Miami, FL 33132

Hon. Daniel T.K. Hurley
U.S. District Judge
352 Paul G. Rogers Federal Building
& U.S Courthouse
701 Clematis Street
W. Palm Beach, FL 33401-5196

Hon. Adalberto Jordan
U.S. District Judge
Federal Courthouse Square
8th Floor
301 North Miami Avenue
Miami, FL 33128

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building
701 Clematis Street
West Palm Beach, FL 33401

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. William J. Zloch
Chief Judge, U.S. District Court
202B United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301