# INVOLVED COUNSEL LIST
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Joseph P.H. Babington
Helmsing, Leach, Herlong, et al.
Laclede Building, Suite 2000
P.O. Box 2767
Mobile, AL 36652-2767

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Benjamin Max Bowden
Albrittons, Clifton, Alverson & Moody
P.O. Box 880
Andalusia, AL 36420

Fred M. Haston, III
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Ted L. Mann
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209

William McGowin
Bradley Arant Rose & White, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Eugene A. Seidel
U.S. Attorney's Office
63 S. Royal Street
Room 600
Mobile, AL 36602

David P. York
U.S. Attorney's Office
63 S. Royal Street
Room 600
Mobile, AL 36602