# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2097

Plaintiffs' Baycol Steering Committee,

Plaintiff,

Kenneth B. Moll; Kenneth B. Moll & Associates, Ltd.,

Appellants,

vs.

Bayer Corporation; Bayer AG; GlaxoSmithKline,

Appellees.

No. 04-2187

Plaintiff's Baycol Steering Committee,

Plaintiff,

K. Amy Lemon,

Appellant,

vs.

Bayer Corporation; Bayer AG; GlaxoSmithKline,

Appellees.

Appeal from the United States District Court for the District of Minnesota

RECEIVED
BY MAIL
SEP 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN

JUDGMENT

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in these causes are affirmed in part,

SCANNED
SEP 14 2005
U.S. DISTRICT COURT MPLS

reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

August 19, 2005

Order Entered in Accordance with Opinion

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans