# INVOLVED COUNSEL LIST (CTO-61)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Catherine V. Barrad
Sidley, Austin, Brown & Wood, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

David N. Bigelow
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

John George DeRussy
830 Union Street
Suite 302
New Orleans, LA 70112

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib, PA
520 West Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Jack Howard Tobias
Law Office of Jack H. Tobias
Factor's Row
822 Perdido Street
Suite 403
New Orleans, LA 70112

SCANNED
SEP 20 2005
U.S. DISTRICT COURT MPLS

# INVOLVED JUDGES LIST (CTO-61)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Hon. Helen G. Berrigan
Chief Judge, U.S. District Court
C-556 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. James I. Cohn
U.S. District Judge
203 U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33301

Hon. Robert G. Klausner
U.S. District Judge
860 Edward R. Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788