6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Lori Simpson

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **CIV** MDL-1431

Time: 9:35 to 12:43 3 hours 8 minutes

In Re Baycol Products

Charles Zimmerman
Richard Lockridge

Phil Beck
Adam Hoeflich
Peter Sipkins

In chambers conference.

Dated: September 7, 2005

s/Debbie Halfman
Deputy Clerk Debbie Halfman