6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Lori Simpson

## UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **MDL - 1431**

Time: 9:30 to 12:30

IN RE BAYCOL,

Plaintiff(s),

vs.

Defendant(s).

Charles Zimmerman, Dick Lockridge
Plaintiff(s) Counsel

Phil Beck, Peter Sipkins, Adam Hoeflich, Fred Magaziner
Defendant(s) Counsel

In chambers meeting

Dated: October 10, 2005

s/Debbie Halfman
Deputy Clerk Debbie Halfman