Thu Oct 13 11:38:20 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 437690
Cashier deborah

Tender Type CHECK

Check Number: 4348

Transaction Type C

Case No./Def No. 0:01-CV-01431 / 1

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 322380 |

Amount $ 50000.00

KENNETH B. MOLL/ 01MDL1431 MJD

SANCTIONS ORDERED BY JUDGE DAVIS ON 10/0
4/05

SCANNED
OCT 13 2005
DISTRICT COURT MPLS

Attorneys at Law
A Limited Liability Partnership

33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

Telephone • 612 • 340 • 8900
Fax • 612 • 340 • 7900
www.riderlaw.com

RIDER BENNETT

**Eric J. Magnuson**
(612) 340-7928
ejmagnuson@riderlaw.com

October 10, 2005

Clerk of Court
United States District Court
for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55402

Re: Kenneth B. Moll, et al vs. Bayer Corporation, et al
Our File No. 20154/R30874
Court File Nos. 04-2097 and 04-2187

Dear Clerk of Court:

Enclosed is a check from my client Kenneth B. Moll in the amount of $50,000 pursuant to the Court's Pre-Trial Order 142.

Very truly yours,

RIDER BENNETT, LLP

By_______________
Eric J. Magnuson

EJM/PDR/men
Enclosure
cc: Charles S. Zimmerman
Richard A. Lockridge
Adam Hoeflich
Peter W. Sipkins