# INVOLVED COUNSEL LIST (CTO-62)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

RECEIVED
BY MAIL
OCT 17 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Leslie C. O'Toole
Ellis & Winters, LLP
P.O. Box 33550
Raleigh, NC 27636

Frederick W. Rom
Womble, Carlyle, Sandridge & Rice, PLLC
P.O. Box 13069
Research Triangle Park, NC 27709

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Benjamin H. Whitley
Whitney, Rodgman & Whitley
P.O. Box 5309
Kinston, NC 28503

SCANNED
OCT 17 2005
U.S. DISTRICT COURT MPLS