# Exhibit A
# Instructions for Filing Baycol Documents

1. All electronic filing for Baycol cases will be accomplished by email. No electronic filing will be accepted through CM/ECF.

2. Documents to be filed should be sent via email in PDF format to: baycolmdl@mnd.uscourts.gov. A motion, supporting memorandum, proposed order, affidavits and related exhibits may be sent in the same email, but each document must be in a separate PDF file. Do not include different, unrelated documents in the same email, even if they are for the same case.

> a. The size limit for documents (including exhibits) is 2MB or 2,097 KB (2 MB may be equivalent to approximately 60 pages of plain, typed text or 30-40 pages of scanned information.) per PDF document.
> b. To check the file size, locate the file in Windows Explorer, right click on the file and choose Properties.
> c. Any document which exceeds 2 MB or 2,097 KB shall be broken down into separate components of 2MB or less.
> d. Scan documents at 200 dpi in black and white whenever possible.
> e. Searchable scanned PDF documents are preferred, but not required.
> f. If you do not have the program that converts a document to PDF, then you may send the document in a word processing file. The Court strongly prefers to receive a PDF file.

3. If you do not have email access, you may also fax the document to 612-664-5044.

4. If you do not have email or fax access you may send a hard copy of the document via overnight mail to:

United States District Court
Attn: Amy Linner, Rm 202
300 South Fourth Street
Minneapolis, MN 55415

5. The email message should include information as follows:

a. Subject: Baycol Case No. Document Type (example- Baycol 01-9999 Memorandum)

b. Body of email:

DESCRIPTION:
Memorandum in Support of Plaintiff's Motion for Extension of Time (Plaintiff Janet Lane)

CASE:
01-9999: Davis v. Bayer Corp. et. al.

LAW FIRM:
Holmes Law Firm

SUBMISSION DATE:
10/14/2005

PDF Document (no more than 2 mb or you must split the document)

SUBMITTED BY:
George Holmes
Holmes Law Firm
111 West Broadway
Anytown, US 00000
111-222-3344

6. Documents to be filed in the Master Docket ("All Cases") should be sent marked for "Baycol, All Cases, 01-md-1431. If your document needs to be filed in your individual case **AND** the 01-1431 (the main case) then you must indicate that in your email to the Court.

7. If the same document is to be filed in more than one case (but not all cases), separate emails must be sent for each case number.

8. If you have any questions, please call Amy Linner at 612-664-5189.