A CERTIFIED TRUE COPY
OCT 31 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OCT 13 2005
FILED CLERK'S OFFICE

RECEIVED BY U.S. MAIL
NOV -4 PM 12:20
U.S. DIST COURT
MINNEAPOLIS, MN

*DOCKET NO. 1431*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

*Tom Bair, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1525 05-2575
*Lonnie Casto, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1526 05-2576
*Elaine Demery, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1527 05-2577
*Betty Asher, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1528 05-2578

***CONDITIONAL TRANSFER ORDER (CTO-64)***

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,739 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
OCT 31 2005
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SCANNED
NOV - 7 2005
U.S. DISTRICT COURT MPLS