# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

October 31, 2005

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Tom Bair, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1525
*Lonnie Casto, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1526
*Elaine Demery, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1527
*Betty Asher, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1528

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 13, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

SCANNED
NOV - 7 2005
U.S. DISTRICT COURT MPLS

Attachment

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: Judge Frederick R. Buckles; Judge Carol E. Jackson; Judge Rodney W. Sippel
Transferor Clerk: James Woodward