# INVOLVED COUNSEL LIST (CTO-64)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

David W. Bauman
David Danis Law Firm, P.C.
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Terry R. Lueckenhoff
Williams, Venker & Sanders, LLC
Ten South Broadway
Suite 1600
St. Louis, MO 63102-2740

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
NOV - 7 2005
U.S. DISTRICT COURT MPLS