UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation | MDL No. 1431

This Document Relates to All Actions | Pretrial Order No. 144

---

The next status conference is scheduled for Monday, December 19, 2005 at 9:30 a.m. in Courtroom 14E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

Date: November 9, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court