**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: Baycol Products Liability Litigation | MDL No. 1431<br>(MJD) (JGL) |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF RELOCATION OF COUNSEL** |

PLEASE TAKE NOTICE that, effective August 5, 2005, attorney Bert Black has relocated to the law firm of Lockridge Grindal Nauen, P.L.L.P., which law firm is substituted for the law firm of Diamond McCarthy Taylor Finley & Lee, L.L.P. Mr. Black was admitted to the Minnesota Bar on September 9, 2005. Please direct all pleadings, orders, papers, and other communications in this matter to the following address and telephone numbers:

Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
Fax: (612) 339-0981

Dated: November 10, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: Original Signature on File with Filing Attorney
Bert Black (Minn. Bar No. 345052)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900

***Attorneys for Plaintiffs***