# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Baycol Products Liability Litigation | MDL No. 1431<br>(MJD) (JGL) |
| This Document Relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I hereby certify that on November 10, 2005, I caused the **Notice of Relocation of Counsel** to be filed with the Clerk of Court through electronic transfer at email address baycolmdl@mnd.uscourts.gov and that ECF will send an e-notice of the electronic filing to the following:

- **Catherine Valerio Barrad**
  cbarrad@sidley.com
- **Philip S Beck**
  bill.balachowski@bartlit-beck.com
- **Deanna D Dailey**
  nmiller@larsonking.com
- **Richard K Dandrea**
  baycol@escm.com
- **Yvonne M Flaherty**
  flaheym@locklaw.com bgilles@locklaw.com
- **Ronald S Goldser**
  tmo@zimmreed.com
- **Adam L Hoeflich**
  rob.aguirre@bartlit-beck.com
- **Robert R Hopper**
  tmo@zimmreed.com
- **Richard A Lockridge**
  leroykj@locklaw.com emmonrm@locklaw.com
- **Fred T Magaziner**
  cheryl.inwek@dechert.com amy.mcnally@dechert.com
- **Douglas R Marvin**
  jmcqueen@wc.com
- **James W Mizgala**
  dbarlett@sidley.com

- **Robert K Shelquist**
  rshelquist@locklaw.com bgilles@locklaw.com
- **Peter W Sipkins**
  sipkins.peter@dorseylaw.com roadfeldt.christi@dorsey.com
- **Scott A Smith**
  cwochnick@halleland.com CWochnick@halleland.com
- **Susan A Weber**
  saweber@sidley.com
- **Elizabeth S Wright**
  wright.elizabeth@dorsey.com kelly.laurie@dorsey.com;garcia.sara@dorsey.com
- **Paul J Zidlicky**
  pzidlicky@sidley.com
- **Charles S Zimmerman**
  tmo@zimmreed.com

I further certify that I caused a copy of Notice **of Relocation of Counsel** to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Michael J Beck**
Room G-255 N Lobby
Clerk of the Panel
Thurgood Marshall Federal Judiciary Bldg
One Columbus Circle NE
Washington, DC 20002-8004

**Roger S Haydock**
Advanced Dispute Resolution
310 Rosedale Twr
1700 Hwy 36 E
Roseville, MN 55113

Dated: November 10, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: Original Signature on File with Filing Attorney
Bert Black (Minn. Bar No. 345052)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900

***Attorneys for Plaintiffs***