A CERTIFIED TRUE COPY
NOV - 7 2005
ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV - 7 2005
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Arthur J. Lachioma v. Bayer Corp., et al.*, N.D. Florida, C.A. No. 4:05-176 05-2619

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Lachioma*) on October 4, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Lachioma* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-63" filed on October 4, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Michael J. Davis.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

SCANNED
NOV 1 5 2005
U.S. DISTRICT COURT MPLS