UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*

MDL No. 1431 (MJD)

This Document Relates to:

*ALL CASES*

NOTICE OF CHANGE OF ADDRESS

Please take notice that the Chicago Office of Sidley Austin Brown & Wood LLP, counsel for Defendant Bayer Corporation, is relocating. Effective November 28, 2005, the mailing address is:

Sidley Austin Brown & Wood LLP
One South Dearborn Street
Chicago, Illinois 60603

All telephone and facsimile numbers, and email addresses remain the same.

Dated: November 23, 2005

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000