TRIBUNALE DISTRETTUALE STATUNITENSE
DISTRETTO DEL MINNESOTA

Oggetto: Contenzioso Prodotti Baycol MDL N.ro 1431

Questo documento riguarda tutte le azioni

_________________________________/

Lettera di richiesta di assistenza giudiziaria internazionale
in virtù della Convenzione dell'Aia del 18 marzo 1970 sull'acquisizione
di prove in materia civile o commerciale

A: Ministero degli Affari Esteri
Direzione Generale Emigrazione
Ufficio IX
00194 Roma, Italia

DA: Il Tribunale Distrettuale Statunitense
Distretto del Minnesota
Palazzo di giustizia statunitense
300 South Fourth Street
Minneapolis, MN 55415

PERSONA ALLA QUALE VIENE INDIRIZZATA QUESTA RICHIESTA DI DOCUMENTAZIONE PROBATORIA:

Dr. Raffaele Guariniello
Pubblico Ministero di Torino
Procura della Repubblica
presso il Tribunale di Torino
C.so Vittorio Emanuele 130 - Torino, Italia

Si prega di restituire la documentazione probatoria direttamente all'attenzione del magistrato richiedente - a meno che le informazioni fornite non siano scritte in inglese. In tal caso, si prega di restituire la documentazione probatoria e tutta la corrispondenza a:

Avv. Frank J. Geffers
Via Lisbona 11 - 00198 Roma
Telefono: +39 06 884 1535
Fax: +39 06 884 2094
E-mail: f.geffers@psglaw.com

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

## I. Nomi e indirizzi delle parti e loro rappresentanti

<u>Attori</u>

Comitato direttivo degli attori, debitamente designato dal tribunale in virtù dell'ordinanza istruttoria N.ro 3, del 1° febbraio 2002

<u>Avvocati degli attori</u>

Charles S. Zimmerman
ZIMMERMAN REED P.L.L.P
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

<u>Convenuti</u>

Bayer AG
Werk Leverkusen
51368 Leverkusen
Germania

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

<u>Avvocati della Bayer AG e Bayer Corporation</u>

Philip Beck
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard
Suite 300
Chicago, IL 60610

Glaxosmithkline PLC
Stockley Park West
Uxbridge
Middlesex, UB11 1BT

Smithkline Beecham Corporation
in commercio come Glaxosmithkline
One Franklin Plaza
Philadelphia, PA 19102

<u>Avvocati della Glaxosmithkline PLC e Smithkline Beecham in commercio come Glaxosmithkline</u>

Fred T. Magaziner
Hope S. Freiwald
Robert A. Limbacher
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

## II. Sommario del caso

La presente è un'azione di contenzioso multidistrettuale che consiste in oltre 10.000 casi di responsabilità del fabbricante attualmente pendenti davanti al tribunale distrettuale statunitense del distretto del Minnesota. Questi casi riguardano un farmaco generalmente noto come Baycol (anche noto come Lipobay, Cholstat o Cerivastatin). Baycol era comunemente prescritto per

aiutare ad ridurre colesterolo e trigliceridi. Tale farmaco rientrava nella categoria di farmaci e veniva indicato come "statins", che sono comunemente prescritti per malattie cardiache e per eccessivo livello di colesterolo. Gli attori sostengono che Baycol causava rabdomiolisi, una malattia che comporta danni al tessuto muscolare, insufficienza renale o altre lesioni sistemiche associate. Baycol è stato collegato ad oltre 100 decessi ed è stato ritirato dal mercato nell'agosto 2001.

Gli attori sostengono che i convenuti Bayer AG, Bayer Corporation, Glaxosmithkline PLC e Smithkline Beecham in commercio come Glaxosmithkline sottoponevano a test, distribuivano, promuovevano e vendevano Baycol/Lipobay.

Il pannello giudiziario sul contenzioso multidistrettuale stabiliva che i casi di Baycol promossi, coinvolgevano questioni di fatto comuni, e che la centralizzazione dei casi di Baycol era appropriata. Si ordinava quindi che tutti i casi di Baycol fossero trasferiti al distretto del Minnesota ed assegnati a questo tribunale per poter coordinare la scoperta documentale e altre fasi istruttorie. Per ulteriori informazioni, consultare il sito web Baycol del tribunale distrettuale statunitense, distretto del Minnesota a www.mnd.uscourts.cov/Baycol_Mdl.

## III. Documentazione probatoria richiesta

Gli attori chiedono la produzione di documenti al Dr. Raffaele Guariniello, Pubblico Ministero di Torino, che questi ha ottenuto nel corso delle indagini penali sulla Bayer AG relative al ritiro del Baycol dal mercato mondiale. Tale documentazione probatoria consiste in circa 100.000 documenti (o pagine di documenti) ottenuti dal Dr. Raffaele Guariniello dagli uffici della Bayer AG, Milano, Italia, nel luglio 2002. Per quanto a conoscenza degli attori, i documenti sono ancora in possesso e/o sotto il controllo del Dr. Guariniello.

Il 29 ottobre 2002, l'avvocato Charles S. Zimmerman ha avanzato una richiesta informale al Dr. Raffaele Guariniello per ottenere questi documenti. Una copia della lettera, datata 29

ottobre 2002 dell'Avv. Zimmerman al Dr. Guariniello è allegata al presente come Allegato A.

Gli attori hanno assunto un avvocato italiano che faciliterà l'acquisizione di questi documenti e qualsiasi accordo per la copia, spedizione e gestione dei documenti, oltre a qualsiasi altra questione che possa derivare da questa richiesta. L'avvocato italiano è Frank J. Geffers, Via Lisbona 11 - 00198 Roma; telefono: +39 06 884 1535; fax: +39 06 884 2094; e-mail: f.geffers@psglaw.com.

Oltre a questa richiesta al Dr. Guariniello, gli attori cercheranno di ottenere queste informazioni dal convenuto Bayer tramite richieste formali per la produzione documentale.

Qualsiasi risposta e/o documentazione probatoria restituita a questo tribunale sarà esaminata e considerata dal tribunale per la sua ammissibilità al processo in virtù delle norme applicabili alla documentazione probatoria. Come stabilito dalle leggi interne italiane, vi preghiamo di legalizzare e/o certificare tutta la documentazione probatoria restituita per completezza ed autenticità.

Se qualsiasi parte di questa richiesta fosse ritenuta inaccettabile secondo le leggi italiane, vi preghiamo di disattendere quella parte continuando ad attenersi a quella parte della richiesta ritenuta legalmente valida.

**IV. Rimborso dei costi**

Questo tribunale sa che qualsiasi onorario e costo sostenuto per l'esecuzione di questa richiesta è rimborsabile in base al secondo paragrafo dell'Articolo 14 o secondo l'Articolo 26 della Convenzione dell'Aia sulla documentazione probatoria.

Questi onorari e costi saranno rimborsati dall'avvocato dell'attore sopra menzionato per l'attore fino a 5.000 dollari. L'avv. Frank J. Geffers, Via Lisbona 11 - 00198 Roma, telefono: +39

06 884 1535; fax: +39 06 884 2094; e-mail: f.geffers@psglaw.com e l'avv. Robert R. Hopper, ZIMMERMAN REED P.L.L.P., telefono: 1.612.341.0400; fax: 612.341.0844; e-mail: rrh@zimmreed.com, devono essere informati prima che i costi eccedano questo importo.

Data: *24 gennaio 2005*

F.to *Michael J. Davis*
Giudice distrettuale statunitense Michael J. Davis
Distretto del Minnesota
300 South Fourth Street
Minneapolis, MN 55415

[logo] ZIMMERMAN REED
AVVOCATI

29 ottobre 2002

*Via Federal Express*

CHARLES S. ZIMMERMAN
Abilitato alla pratica in Minnesota
csz@zimmreed.com

RISPONDERE A MINNEAPOLIS

Dr. Raffaele Guariniello
Pubblico Ministero di Torino
Procura della Repubblica
presso il Tribunale di Torino
C.so Vittorio Emanuele 130 - Torino
Italia

*OGGETTO: Contenzioso Prodotti Baycol* - MDL N.ro 1431

Preg.mo Dr. Guariniello,

quale avvocato dell'attore nel procedimento MDL N.ro 1431, *con oggetto il Contenzioso Prodotti Baycol*, Le scrivo per richiedere formalmente la produzione di documenti ottenuti dal Suo ufficio a seguito dell'indagine penale di Bayer AG relativa al ritiro di Baycol dal mercato mondiale. Il 1° febbraio 2002, Richard Lockridge, della Lockridge Grindal Nauen, P.L.L.P. ed io siamo stati nominati avvocati dall'onorevole giudice Michael Davis, Magistrato distrettuale statunitense per il distretto del Minnesota, come indicato dall'allegata ordinanza istruttoria N.ro 3.

Kenneth B. Moll, della KENNETH B. MOLL & ASSOCIATES, LTD., nominato dal giudice Davis membro del comitato direttivo degli attori, ci ha informato della recente riunione che questi ha avuto con Lei a Torino, Italia, il 14-15 ottobre 2002 e della Sua generosità e ospitalità. Egli ha inoltre indicato che il Suo ufficio ha proceduto a raccogliere un gran numero di documenti della Bayer AG e Bayer Milano nel corso della Sua indagine penale. Riteniamo che quei documenti sarebbero estremamente utili ai nostri procedimenti legali negli Stati Uniti.

Non appena possibile per Lei, La pregheremmo di far pervenire al sottoscritto copie di quei documenti. Ove mai Lei avesse domande riguardo a quanto precede, non esiti a contattarci in qualsiasi momento.

Distinti saluti,

ZIMMERMAN REED, P.L.L.P.

F.to *Charles S. Zimmerman*
Charles S. Zimmerman
CSZ:clh
Allegato

**ALLEGATO**
**A**

cc: Comitato direttivo degli attori

# APS International, Ltd.

## CERTIFICATO DI TRADUZIONE-DICHIARAZIONE DI ACCURATEZZA

Stato della FLORIDA )
) s.s.
Contea di ESCAMBIA )

Io, sottoscritto, dopo aver debitamente giurato, affermo quanto segue:

sono qualificato a tradurre dalla lingua INGLESE nella lingua ITALIANA essendo in possesso di un'ottima padronanza e conoscenza grammaticale di queste lingue.

Ho eseguito accuratamente la traduzione di cui alla pagina allegata (o alle pagine allegate) ed l'ho letta dopo averla completata; e detta traduzione è una versione accurata, veritiera e completa in lingua ITALIANA dell'originale testo INGLESE e, per quanto a mia conoscenza, niente è stato aggiunto od omesso dal medesimo.

Il traduttore
VINCENZO GIORDANO

Sottoscritto e giurato davanti a me questo
3° giorno di GENNAIO 2005.

MONICA KALBE
MY COMMISSION # DD 364391
EXPIRES: October 20, 2008
Bonded Thru Notary Public Underwriters

# APS International, Ltd.

## CERTIFICATE OF TRANSLATION-AFFIDAVIT OF ACCURACY

State of FLORIDA )
) s.s.
County of ESCAMBIA )

I, the undersigned, being duly sworn, depose and state:

I am qualified to translate from the ENGLISH language into the ITALIAN language by virtue of being thoroughly conversant and schooled in these languages.

I have carefully made the translation appearing on the attached page(s) and have read it after it was completed; and the said translation is an accurate, true and complete rendition into the ITALIAN language from its original ENGLISH text, and nothing has been added thereto or omitted therefrom, to the best of my knowledge and belief.

Translator
VINCENZO GIORDANO

Subscribed and sworn before me this
3rd day of January, 2005.

Monica Kalbe

MONICA KALBE
MY COMMISSION # DD 364391
EXPIRES: October 20, 2008
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions

_________________________________/

Letter of Request for International Judicial Assistance
Pursuant to the Hague Convention of 18 March 1970 on the Taking
Of Evidence in Civil or Commercial Matters

TO: Ministero Degli Affari Esteri
Direzione Generale Emigrazione
Ufficio IX
00194 Rome, Italy

FROM: The United States District Court
For the District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

PERSON TO WHOM THIS REQUEST FOR EVIDENCE IS DIRECTED:

Dr. Raffaele Guariniello
Torino Public Prosecutor
Procura della Repubblica
presso il Tribunale di Torino
C. so vittorio Emmanuelle 130 – Torino Italy

Please return the evidence directly to the attention of the requesting Judge – unless the information provided is not written in English. In that case, please return the evidence and all correspondence to:

Avv. Frank J. Geffers
Via Lisbona 11 · 00198 Roma
Telephone: +39 06 884 1535
Fax: +39 06 884 2094
E-mail: f.geffers@psglaw.com

**I. Names and Address of the parties and their representatives**

<u>Plaintiffs</u>

Plaintiffs' Steering Committee, duly designated by the Court pursuant to Pretrial Order No. 3, dated February 1, 2002

<u>Plaintiffs' Lead Counsel</u>

Charles S. Zimmerman
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

<u>Defendants</u>
Bayer AG
Werk Leverkusen
51368 Leverkusen
Germany

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

<u>Lead Counsel for Bayer AG and Bayer Corporation</u>
Philip Beck
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard
Suite 300
Chicago, IL 60610

Glaxosmithkline PLC
Stockley Park West
Uxbridge
Middlesex, UB11 1BT

Smithkline Beecham Corporation
d/b/a Glaxosmithkline
One Franklin Plaza
Philadelphia, PA 19102

<u>Lead Counsel for Glaxosmithkline PLC and Smithkline Beecham d/b/a Glaxosmithkline</u>
Fred T. Magaziner
Hope S. Freiwald
Robert A. Limbacher
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**II. Summary of the Case**

This is a Multidistrict Litigation action which consists of over 10,000 product liability cases currently pending before the United States District Court for the District of Minnesota. These cases involve allegations concerning a medication generically known as Baycol (also known as Lipobay, Cholstat or Cerivastatin). Baycol was commonly prescribed to aid in

lowering cholesterol and triglycerides. It is within a class of drugs referred to as "statins", which are commonly prescribed for high cholesterol and heart disease. The plaintiffs allege that Baycol caused rhabdomyolysis, a disease which results in damage to muscle tissue, kidney failure or other related systemic injuries. Baycol has been linked to over 100 deaths. It was withdrawn from the market in August 2001.

Plaintiffs allege that Defendants Bayer AG, Bayer Corporation, Glaxosmithkline PLC and Smithkline Beecham d/b/a Glaxosmithkline tested, marketed distributed, promoted and sold Baycol/Lipobay.

The Judicial Panel on Multidistrict Litigation determined that the Baycol cases filed, involved common questions of fact, and that centralization of the Baycol cases was appropriate. All Baycol cases were then ordered to be transferred to the District of Minnesota, and assigned to this Court to coordinate discovery and other pretrial matters. Further, see the U.S. District Court, District of Minnesota's Baycol website at www.mnd.uscourts.gov/Baycol_Mdl.

**III. Requested Evidence**

Plaintiffs seek production of documents from Dr. Raffaele Guariniello, Torino Public Prosecutor, which he obtained through his criminal investigation of Bayer AG relating to the withdrawal of Baycol from the worldwide market. The evidence sought consists of approximately 100,000 documents (or pages of documents) obtained by Dr. Raffaele Guariniello from the offices of Bayer AG, Milan, Italy, in or about July 2002. To the best of Plaintiffs' knowledge, the documents are still in the possession and/or control of Dr. Guariniello.

Attorney Charles S. Zimmerman made an informal request of Dr. Raffaele Guariniello for these documents on October 29, 2002. A copy of Mr. Zimmerman's October 29, 2002, letter

to Dr. Guariniello is attached hereto as Exhibit A.

Plaintiffs have retained Italian counsel who will facilitate in the acquisition of these documents and any arrangements for copying, shipping and handling of the documents, in addition to any other matters which may arise regarding this request. Plaintiff's Italian Counsel is Avv. Frank J. Geffers, Via Lisbona 11 · 00198 Roma; telephone: +39 06 884 1535; fax: +39 06 884 2094; e-mail: f.geffers@psglaw.com.

In addition to this request to Dr. Guariniello, Plaintiffs will be seeking to obtain this information from Defendant Bayer through formal Requests For Production of Documents.

Any responses and/or evidence returned to this court will be reviewed and considered by the Court for admissibility at trial pursuant to applicable rules of evidence. As allowed by the internal laws of Italy, please have all returned evidence verified and/or certified as to completeness and authenticity.

If any portion of this Request is deemed to be unacceptable under the laws of Italy, please disregard that portion and continue to comply with as much of the Request as is legally permissible.

**IV. Reimbursement for Costs**

This court understands that any fees and costs incurred in the execution of this Request are reimbursable under the second paragraph of Article 14 or under Article 26 of the Hague Evidence Convention.

These fees and costs will be reimbursed by the above-named counsel for the Plaintiff up to $5,000. Avv. Frank J. Geffers, Via Lisbona 11 · 00198 Roma, telephone: +39 06 884 1535;

fax: +39 06 884 2094; e-mail: f.geffers@psglaw.com and Robert R. Hopper, Esq., ZIMMERMAN REED P.L.L.P., telephone: 1.612.341.0400; fax: 612.341.0844; e-mail: rrh@zimmreed.com, should be informed before the costs exceed this amount.

Dated: JAN. 24, 2005

Michael J. Davis

United States District Court Judge Michael J. Davis
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

ZIMMERMAN REED
ATTORNEYS AT LAW

October 29, 2002

CHARLES S. ZIMMERMAN
Admitted in Minnesota
csz@zimmreed.com

REPLY TO MINNEAPOLIS

*Via Federal Express*

Dr. Raffaele Guariniello
Torino Public Prosecutor
Procura della Repubblica
presso il Tribunale di Torino
C. so vittorio Emanuelle 130 - Torino
Italy

*RE:* *In re Baycol Products Litigation* - MDL No. 1431

Dear Dr. Guariniello:

As co-lead counsel of MDL No. 1431, *In re Baycol Products Litigation*, I am writing to make a formal request for you to produce the documents which your office has obtained as a result of your criminal investigation of Bayer AG relating to the withdrawal of Baycol from the worldwide market. On February 1, 2002, myself and Richard Lockridge, of Lockridge Grindal Nauen, P.L.L.P., were appointed by the Honorable Judge Michael Davis, Judge of the United States District Court for the District of Minnesota, as Co-Lead Counsel, as indicated in the attached Pre-trial Order No. 3.

Kenneth B. Moll, of KENNETH B. MOLL & ASSOCIATES, LTD., appointed by Judge Davis to the Plaintiffs' Steering Committee, has informed us of his recent meeting with you in Turino, Italy on October 14-15, 2002 and your generosity and hospitality. He has indicated that your office has managed to gather a significant number of documents from Bayer AG and Bayer Milan through your criminal investigation. We feel that those documents would also be extremely relevant in our legal proceedings in the United States.

At your earliest convenience, please arrange with the undersigned for copies of those documents to be produced. If you have any questions regarding the above, please contact us at any time.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman
CSZ:clh
Enclosure

EXHIBIT
A

cc: Plaintiffs' Steering Committee