PROF. AVV. MARIO ZANCHETTI
ORDINARIO DI DIRITTO PENALE
NELL'UNIVERSITÀ CARLO CATTANEO DI CASTELLANZA

**CORTE D'APPELLO DI TORINO**
Sezione volontaria giurisdizione

Il sottoscritto avv. prof. Mario Zanchetti, in qualità di sostituto processuale dell'avv. prof. Lucio Monaco e avv. Bernd Schneider,

delega

l'avv. Alessandro Fabrizio Martelli al deposito della memoria nell'interesse di Manfred Schneider, Giovanni Fenu, David Ebsworth e Ernst Weidmann, quali dirigenti di Bayer A.G., in relazione alla richiesta di assistenza giudiziaria formulata dall'U.S. District Court District of Minnesota, nella causa *in re: Baycol Products Litigation, MDL No. 1431*, secondo la Convenzione dell'Aja 18 marzo 1970.

Torino, 22 febbraio 2005.

Con osservanza.

(avv. prof. Mario Zanchetti)

22-02-05

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

20145 MILANO - VIA ALBERTO DA GIUSSANO, 15 - TEL. 02.48.01.34.40 - 02.481.90.66 - TELEFAX 02.48.19.055
m.zanchetti@studiolegalestella.it
COD. FISC. ZNC MRA 62A08 E625C - PART. IVA 13229400158