**LA CORTE D'APPELLO DI TORINO**
**SEZIONE PRIMA CIVILE**

V.G.
90/05

**Riunita in Camera di Consiglio nelle persone dei Sigg. Magistrati :**

| | |
|---|---|
| **Dott. GAMBA Franco** | **Presidente** |
| **Dott. STRAZZUSO Giuseppe** | **Consigliere Relatore** |
| **Dott. MACCHIA Massimo** | **Consigliere** |

**Ha pronunciato il seguente**

**DECRETO**

**Nel procedimento V.G. 90/2005**

**Riguardante Commissione rogatoria in causa civile:COMITATO DIRETTIVO DEGLI ATTORI (Ord.Istrutt. n. 3 del 1/2/2002) /BAYER AG, BAYER CORPORATION, GLAXOSMITHKLINE PLC, SMITHKLINE BEECHAM CORPORATION – proveniente dal Tribunale Distrettuale Statunitense del Distretto del Minnesota in data 17/02/2005 MDL N.ro 1431 –**

oooooooooooooooooooooo

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

La Corte

Vista l'istanza presentata a mezzo rogatoria della U.S. DISTRICT COURT of MINNESOTA;

vista la memoria depositata nell'interesse della parte controinteressata BAYER A.G.;

ritenuta l'opportunità che la parte interessata al provvedimento debba replicare alle osservazioni di controparte;

manda alla parte controinteressata di notificare la memoria depositata in data 22/2/2005 alla parte interessata all'emanazione del provvedimento di cui in rogatoria entro il termine di un mese dalla comunicazione del presente provvedimento e concede al Comitato Direttivo degli Attori ulteriore termine di gg. trenta per eventuale replica.

Così deciso nella camera di consiglio della I Sezione Civile della Corte d'Appello, in Torino l'11/3/2005.

Il Presidente

Dr. Franco GAMBA

Depositato nella Cancelleria della Corte di Appello di Torino

il 14 MAR. 2005

IL CANCELLIERE

CORTE D'APPELLO TORINO

Torino 27 OTT. 2005

Tel. 011-545353

copia decreto 14/3/05

Torino, lì 15/03/2005

per avv. Grosso d.ssa Federica De Bonis




TORINO

Richiesta il 23/3/05

N. 2 copie

Decreto + Memoria

Avv. Grosso

Rilasciate il 29-3-05

8,26 × 2