# Tribunale di Torino
# Volontaria Giurisdizione
# NRG 90/2005

## MANDATO PROFESSIONALE

Il sottoscritto Charles S. Zimmermann della Zimmermann Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, in qualità di rappresentante del comitato degli attori (Plaintiffs' Steering Committe), così come nominato dalla United States District Court, Disctrict of Minnesota, con ordinanza n. 3 del 1.2.2002, con la presente conferisce mandato professionale agli Avvocati Frank J. Geffers e Lorenzo Giandomenico, nominandoli propri difensori di fiducia, perché lo assistano e difendano, congiuntamente o disgiuntamente tra loro, in relazione alla Rogatoria contraddistinta dal numero MDL No. 1431, inviata dal United States District, District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, MN 55415 al Dr. Raffaele Guariniello, Procura della Repubblica presso il Tribunale di Torino, C.so Vittorio Emmanuelle 130, Torino, procedimento pendente presso il Tribunale di Torino, Volontaria Giurisdizione, NRG 90/2005, conferendo agli stessi, allo scopo, ogni più ampio potere di legge, ed elegge domicilio per le comunicazioni e notificazioni in Roma, Via Lisbona 11.

Charles S. Zimmerman

22/11/05
Date

per autentica

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS