pgl STUDIO LEGALE
PUOPOLO GEFFERS LUISE & ASSOCIATI

Roma
Via Lisbona 11
00198 Roma

Milano
Corso di Porta Nuova 18
20121 Milano

tel +39 06 884 1535
fax +39 06 884 2094
info@psglaw.com
www.psglaw.com

member
LG International

Amsterdam
Brussels
Hamburg
London
Madrid
Milan
Monaco
Paris
Rome

# Fax Cover/Copertina Fax

| | | | |
|---|---|---|---|
| date/data | 11,05,05 | | |
| to/a | Corte di Appello di Torino<br>Sezione Prima Civile | tel<br>fax | 011 4329401 |
| from/da | Avv. Frank J. Geffers<br>Rome Office | tel<br>fax<br>email | +39 06 884 1535<br>+39 06 884 2094 |
| re/ogg | Istanza di proroga, proc VG n. 90/2005 | | |
| n. pages including this cover/n° pagine compresa questa copertina: 5 | | | |

**URGENTE**

Ecc.ma Corte d'Apello di Torino,

rimetto in allegato istanza di proroga per il deposito di memorie di replica nel procedimento di volontaria giurisdizione n. 90/05.

Qualora l'ecc.ma Corte adita non ritenga sufficiente la richiesta inoltrata a mezzo fax, provvederò ad inviare l'originale su cortese invito della Corte.

Cordiali saluti.

Avv. Frank j. Geffers

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

Please notify us if all pages not received properly / Contattateci nel caso in cui la ricezione non fosse completa

Via Lisbona 11 • 00198 Roma • Tel: +39 06 884 1535 • Fax: +39 06 884 2094

This fax may contain confidential information subject to attorney-client privilege and is intended for the sole use of the person(s) indicated above. Any use, distribution, or dissemination, including the making of photocopies, by any other individual(s) is strictly prohibited. If you have received this fax in error, please contact us immediately at the above numbers and destroy the original. Questo fax contiene informazioni confidenziali e si intendono per solo uso della(e) persona(e) indicata(e) sopra. Qualsiasi uso, distribuzione o diffusione, inclusa la copia, da parte di soggetti non-autorizzati è severamente proibito. Nel caso in cui questo fax fosse ricevuto per errore, vi preghiamo di contattarci immediatamente ai numeri di cui sopra e distruggere l'originale.

ECC.MA CORTE D'APPELLO DI TORINO

**SEZIONE PRIMA CIVILE**

**PROC. VOLONTARIA GIURISDIZIONE N.90/2005**

**ISTANZA DI PROROGA**

Gli avvocati Frank J. Geffers e Lorenzo Giandomenico del Foro di Roma, ivi elettivamente domiciliati in via Lisbona 11, difensori di fiducia del Comitato Direttivo Degli Attori in persona del Sig. Charles S. Zimmermann , così come nominato dalla United States District Court, District of Minnesota con ordinanza n. 3 del 1.2.2002, (qui di seguito denominato "Comitato Direttivo Degli Attori") come da procura del 9 maggio 2005, che si allega alla presente;

**PREMESSO**

- che l' Autorità Giudiziaria Statunitense denominata U.S. District Court, District of Minnesota, con riferimento al procedimento ivi pendente contraddistinto dal n. MDL N. 1431, presentava, mediante formale rogatoria, Istanza di Assistenza Giudiziaria ai sensi della Convenzione dell'Aja del 18 marzo 1970, al fine di acquisire la documentazione sequestrata alla Bayer AG dal Procuratore Generale presso il Tribunale di Torino, Dr. Raffaelle Guariniello;
- che avverso tale istanza, venivano depositate memorie nell'interesse di Manfred Schneider, Giovanni Fenu, David Ebsworth ed Ernst Weidmann;

- che, con ordinanza depositata in data 14 marzo 2005, la Corte d'Appello di Torino concedeva termine di un mese per la notifica della memoria di cui al punto precedente e concedeva ulteriore termine di gg. trenta al Comitato Direttivo degli Attori per eventuali repliche;

**CONSIDERATO**

- che trattasi di questione complessa che necessita di approfondimenti anche in ordine all'interpretazione del diritto straniero;
- che tali approfondimenti devono pervenire dagli Stati Uniti, non ultima la necessità di un affidavit sul sistema processuale statunitense in relazione al procedimento in corso e alla richiesta di rogatoria ( in particolare sul carattere giurisdizionale della fase nella quale lo stesso procedimento si trova );
- che si renderà necessaria la traduzione degli atti così pervenuti;

Tutto ciò premesso e considerato, gli istanti

**CHIEDONO**

- Di prorogare il termine, concesso al comitato direttivo degli attori, per presentare repliche di almeno 40 giorni;
- Di essere ascoltati.

Roma, lì 11 maggio 2005

Avv. Frank J. Geffers

Avv. Lorenzo Giandomenico

| Tribunal of Turin<br>Probate Jurisdiction<br>NRG 90/2005 | Tribunale di Torino<br>Volontaria Giurisdizione<br>NRG 90/2005 |
|---|---|
| POWER OF ATTORNEY | MANDATO PROFESSIONALE |
| The undersigned Charles S. Zimmermann of Zimmermann Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, in his capacity as representative of the Plaintiffs' Steering Committee, as appointed by the United States District Court, District of Minnesota, with order no. 3 of 1.2.2002, hereby confers upon Frank J. Geffers, Esq. and Lorenzo Giandomenico, Esq. the capacity to represent and defend, jointly or severally, with reference to the Request Rogatory MDL No. 1431, sent by the United States District, District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, MN 55415, to Mr. Raffaele Guariniello, Public Prosecuter's Office at Turin's Tribunal, C.so Vittorio Emanuele 130, Turin, proceedings currently pending at Turin's Tribunal, Probate Jurisdiction, NRG 90/2005, and to this purpose he confers upon the same any power in accordance with the law, and he elects domicile in Rome, Via Lisbona 11, for notices and notifications. | Il sottoscritto Charles S. Zimmermann della Zimmermann Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, in qualità di rappresentante del comitato degli attori (Plaintiffs' Steering Committe), così come nominato dalla United States District Court, Disctrict of Minnesota, con ordinanza n. 3 del 1.2.2002, con la presente conferisce mandato professionale agli Avvocati Frank J. Geffers e Lorenzo Giandomenico, nominandoli propri difensori di fiducia, perché lo assistano e difendano, congiuntamente o disgiuntamente tra loro, in relazione alla Rogatoria contraddistinta dal numero MDL No. 1431, inviata dal United States District, District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, MN 55415 al Dr. Raffaele Guariniello, Procura della Repubblica presso il Tribunale di Torino, C.so Vittorio Emmanuelle 130, Torino, procedimento pendente presso il Tribunale di Torino, Volontaria Giurisdizione, NRG 90/2005, conferendo agli stessi, allo scopo, ogni più ampio potere di legge, ed elegge domicilio per le comunicazioni e notificazioni in Roma, Via Lisbona 11. |
| Charles S. Zimmermann<br>Date: 5.09.05 | Charles S. Zimmermann<br>Date: 5.09.05 |

TINA M. OLSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2008

On this 9th day of May, 2005, before me personally appeared Mr. Charles S. Zimmerman and executed the above document for the purpose therein contained. In witness thereof, I set my hand and seal.

State of Minnesota

# SECRETARY OF STATE

## APOSTILLE

Convention de La Haye du October 5, 1961

1. **Country:** **United States of America**

   **This Public Document: Power of Attorney**

2. **has been signed by: Tina M. Olson**

3. **acting in the capacity of: Notary Public, State of Minnesota**

4. **bears the seal/stamp of: Tina M. Olson, Notary Public, State of Minnesota**

**CERTIFIED**

5. **at: St. Paul, Minnesota** 6. **date: May 9, 2005**

7. **by: Secretary of State, State of Minnesota** 8. **L20050509007**

9. **Seal/Stamp:** 10. **Signature:**

Mary Kiffmeyer

Mary Kiffmeyer
Secretary of State