## ECC.MA CORTE D'APPELLO DI TORINO
## SEZIONE PRIMA CIVILE
## PROC. VOLONTARIA GIURISDIZIONE N.90/2005
## ISTANZA DI PROROGA

Gli avvocati Frank J. Geffers e Lorenzo Giandomenico del Foro di Roma, ivi elettivamente domiciliati in via Lisbona 11, difensori di fiducia del Comitato Direttivo Degli Attori in persona del Sig. Charles S. Zimmermann, così come nominato dalla United States District Court, District of Minnesota con ordinanza n. 3 del 1.2.2002, (qui di seguito denominato "Comitato Direttivo Degli Attori") come da mandato già agli atti;

### PREMESSO

- che l' Autorità Giudiziaria Statunitense denominata U.S. District Court, District of Minnesota, con riferimento al procedimento ivi pendente contraddistinto dal n. MDL N. 1431, presentava, mediante formale rogatoria, Istanza di Assistenza Giudiziaria ai sensi della Convenzione dell'Aja del 18 marzo 1970, al fine di acquisire la documentazione sequestrata alla Bayer AG dal Procuratore Generale presso il Tribunale di Torino, Dr. Raffaelle Guariniello;
- che avverso tale istanza, venivano depositate memorie nell'interesse di Manfred Schneider, Giovanni Fenu, David Ebsworth ed Ernst Weidmann;

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

- che, con ordinanza depositata in data 14 marzo 2005, la Corte d'Appello di Torino concedeva termine di un mese per la notifica della memoria di cui al punto precedente e concedeva ulteriore termine di gg. trenta al Comitato Direttivo degli Attori per eventuali repliche;
- che in data 12.05.2005 nell'interesse del Comitato Direttivo degli Attori veniva presentata Istanza di Proroga di almeno 40 giorni del termine di cui al punto precedente;
- che in medesima data l'ill.ma Corte D'Appello di Torino concedeva proroga di 40 giorni;

CONSIDERATO

- che trattasi di questione complessa che necessita di approfondimenti particolari anche in ordine all'interpretazione del diritto straniero;
- che tali approfondimenti devono pervenire dagli Stati Uniti, non ultima la necessità di un affidavit sul sistema processuale statunitense in relazione al procedimento in corso e alla richiesta di rogatoria;
- che della redazione di tale affidavit è stato incaricato il Prof. Arthur R. Miller, professore ordinario presso l'Università di Harvard;
- che a causa della complessità delle questioni da affrontare non sarà possibile ottenere l' affidavit del Prof. Miller nel termine concesso;

Tutto ciò premesso e considerato, gli istanti

## CHIEDONO

- Di prorogare il termine già concesso in data 12.05.2005 al comitato direttivo degli attori, di ulteriori 40 giorni.

Roma, lì 17 giugno 2005

Avv. Frank J. Geffers

Il presidente

V. l'istanza che precede

Ritenuto che la stessa può essere accolta in considerazione del motivo addotto

Concede la proroga richiesta

Dispone che parte istante notifichi istanza e decreto alla parte controinteressata Bayer AG entro il 4 luglio 2005.

Si comunichi.

Torino, 20/6/2005

IL PRESIDENTE DI SEZIONE
Dott. Franco GAMBA

27 OTT. 2005

3