pgl STUDIO LEGALE
PUOPOLO GEFFERS LUISE & ASSOCIATI

Roma
Via Lisbona
00198 Roma

Milano
Corso di Porta Nuova 18
20121 Milano

tel +39 06 884 1535
fax +39 06 884 2094
info@psglaw.com
www.psglaw.com

member
LC International

Amsterdam
Brussels
Hamburg
London
Madrid
Milan
Monaco
Paris
Rome

# Fax Cover/Copertina Fax

| | | | |
|---|---|---|---|
| date/data | 1 Agosto 2005 | | |
| to/a | Sig.ra Disidio<br>Cancelleria centrale<br>Corte d'Appello di Torino | tel<br>fax | 011 432 94 01 |
| from/da | Avv. Frank J. Geffers<br>Rome Office | tel<br>fax<br>email | +39 06 884 1535<br>+39 06 884 2094 |
| re/ogg | NRG 90/2005<br>Rogatoria USA | | |

n. pages including this cover/n° pagine compresa questa copertina: 5

Gentile Sig.ra Disidio,

per completezza le invio in allegato le cartoline di ritorno degli atti da noi notificati. Come avrà già constatato abbiamo depositato le nostre memorie alcuni giorni fa. Rimango a disposizione della Corte per ogni eventuale chiarimento e le comunico il numero del mio telfono portatile per ogni eventualità che potesse insorgere nel periodo estivo: 335 6117877.

Codiali saluti,

Frank J. Geffers

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

Please notify us if all pages not received properly / Contattateci nel caso in cui la ricezione non fosse completa



This fax may contain confidential information subject to attorney-client privilege and is intended for the sole use of the person(s) indicated above. Any use, distribution, or dissemination, including the making of photocopies, by any other individual(s) is strictly prohibited. If you have received this fax in error, please contact us immediately at the above numbers and destroy the original. Questo fax contiene informazioni confidenziali e si intendono per solo uso della(e) persona(e) indicata(e) sopra. Qualsiasi uso, distribuzione o diffusione, inclusa la copia, da parte di soggetti non-autorizzati è severamente proibito. Nel caso in cui questo fax fosse ricevuto per errore, vi preghiamo di contattarci immediatamente ai numeri di cui sopra e distruggere l'originale.

N. 55857 del repertorio/cronologico

**AVVISO DI RICEVIMENTO** dell'atto giudiziario spedito con raccomandata n. (*vedi retro*) dall'ufficio postale di TO

31 MAG. 2005

diretto al Sig. ERNST WEIDMANN DOMICILIATO STUDIO DELL'AVV LUCIO MONACO E DELL'AVV. BERND SCHNEIDER VIA VANZOLINI N° 5 - 61100 PESARO

**CONSEGNA DEL PLICO A DOMICILIO**

Dichiaro di aver ricevuto la raccomandata sopra indicata il 03/06/05

Sbarrare la casella appropriata e completare:

- [ ] Destinatario persona fisica (anche se dichiarato fallito)
- [ ] Destinatario persona giuridica (1)
- [ ] Curatore fallimentare (2)
- [ ] Domiciliatario (3)
- [ ] Familiare convivente (4)
- [ ] Addetto alla casa (5)
- [X] Al servizio del destinatario (6) Sobillar
- [ ] Portiere dello stabile (7)
- [ ] Delegato del direttore del (8)
- [ ] Delegato del comandante del (corpo o reparto)

Solo Mar

(firma del destinatario o della persona delegata)

- [ ] analfabeta
- [ ] impossibilitato a firmare
- [ ] ritirato il plico firmando il solo registro di consegna

**Ponticiello Valeria**

(data, firma e qualifica del recapito)

3/06/05

**MANCATA CONSEGNA DEL PLICO A DOMICILIO**

Sbarrare la casella appropriata e completare:

**PER RIFIUTO DEL DESTINATARIO**

- [ ] del plico
- [ ] di firmare il registro di consegna (11)

**PER RIFIUTO DELLA PERSONA ABILITATA**

Sig. ....

In qualità di (10) ....

- [ ] del plico
- [ ] di firmare il registro di consegna (11)
- [ ] affisso avviso porta ingresso dello stabile in indirizzo (11)
- [ ] immesso avviso cassetta corrisp. dello stabile in indirizzo (11)

**PER TEMPORANEA ASSENZA DEL DESTINATARIO**

- [ ] mancanza
- [ ] inidoneità delle persone abilitate
- [ ] affisso avviso porta ingresso dello stabile in indirizzo (11)
- [ ] immesso avviso cassetta corrisp. dello stabile in indirizzo (11)
- [ ] **PER IRREPERIBILITÀ DEL DESTINATARIO**
- [ ] **PLICO DEPOSITATO PRESSO L'UFFICIO**

Spedita comunicazione di avvenuto deposito con racc. n. .... del ....

sottoscrizione dell'addetto al recapito data .... firma ....

**RITIRO IN UFFICIO DEL PLICO NON RECAPITATO**

data ....

(firma del destinatario o di un suo delegato)

(controfirma dell'impiegato postale)

Bollo dell'ufficio di distribuzione

(1) Qualità rivestita dal rappresentante legale.
(2) Di società per azioni, in accomandita per azioni, a responsabilità limitata.
(3) Avvocato, procuratore legale, determinata persona, determinato ufficio
(4) Padre, coniuge, nipote ecc.
(5) Domestico, collaboratore familiare, cameriere, cuoco o, per persona che conviva col destinatario "more uxorio", convivente addetto alla casa
(6) Segretario, dipendente, ...
(7) ...
(8) Carcere, istituto, ospedale, casa ricovero, stabilimento, ecc.
(9) Equivale al rifiuto del plico che quindi non verrà consegnato
(10) Vedi precedenti note (4) (5) (6) (7) (8).
(11) L'adempimento è prescritto soltanto nel caso di tentato recapito al primo indirizzo.

FAX 068842000 PSGLAW

N. 58857 AVVISO DI RICEVIMENTO dell'atto giudiziario spedito con raccomandata n. (vedi retro) dall'ufficio postale di TO
del repertorio/cronologico 31 MAG. 2005 diretto al Sig. DAVID EBSWORTH c/o STUDIO LEGALE AVV. GIOVANNI FLORA – VIA CHERUBINI 13 – 50121 FIRENZE

**CONSEGNA DEL PLICO A DOMICILIO**

Dichiaro di aver ricevuto la raccomandata sopra indicata il 07/06/05

Sbarrare la casella appropriata e completare:

- Destinatario persona fisica (anche se dichiarato fallito)
- Destinatario persona giuridica (1)
- Curatore fallimentare (2)
- Domiciliatario (3)
- Familiare convivente (4)
- Addetto alla casa (5)
- Al servizio del destinatario (6)
- [X] Portiere dello stabile (7)
- Delegato del direttore del (8) ... di ...
- Delegato del comandante del (corpo o reparto)

(firma del destinatario o della persona delegata)

- analfabeta
- impossibilitato a firmare
- ritirato il plico firmando il solo registro di consegna

2/6/05

(data e firma dell'addetto al recapito)

**MANCATA CONSEGNA DEL PLICO A DOMICILIO**

Sbarrare la casella appropriata e completare:

**PER RIFIUTO DEL DESTINATARIO**

- del plico
- di firmare il registro di consegna (9)

**PER RIFIUTO DELLA PERSONA ABILITATA**

Sig. ...

in qualità di (10) ...

- del plico
- di firmare il registro di consegna (9)
- affisso avviso porta ingresso dello stabile in indirizzo (11)
- immesso avviso cassetta corrisp. dello stabile in indirizzo (11)

**PER TEMPORANEA ASSENZA DEL DESTINATARIO**

e
- mancanza
- inidoneità delle persone abilitate
- affisso avviso porta ingresso dello stabile in indirizzo (11)
- immesso avviso cassetta corrisp. dello stabile in indirizzo (11)

- **PER IRREPERIBILITÀ DEL DESTINATARIO**

- **PLICO DEPOSITATO PRESSO L'UFFICIO**

Spedita comunicazione di avvenuto deposito con racc. n. ... del ...

sottoscrizione dell'addetto al recapito — data ... firma ...

**RITIRO IN UFFICIO DEL PLICO NON RECAPITATO**

data ...

(firma del destinatario o di un suo delegato)

(controllo dell'impiegato postale)

Bollo dell'ufficio di distribuzione

(1) Qualità rivestita dal rappresentante legale.
(2) Di società già fallite in accomandita per azioni, a responsabilità limitata.
(3) Avvocato, procuratore legale, domiciliatario presso, dove domicilio eletto.
(4) Padre, moglie, nipote ecc.
(5) Domestico, collaboratore familiare, cameriere, cuoco ecc. con persona che convive col destinatario "more uxorio" convivente addetto alla casa.
(6) Segretario, dipendente ...
(7) Vig. ...
(8) Carcere, ospedale, stabilimento ...
(9) Equivale a rifiuto del plico ...
(10) Vedi precedenti note ...
(11) L'adempimento ... recapito ...

131871

N. 58857 AVVISO DI RICEVIMENTO dell'atto giudiziario spedito con raccomandata n. (vedi retro) dall'ufficio postale di TO
del repertorio/cronologico 31 MAG. 2005 diretto al Sig. MANFRED SCHNEIDER, DOMICILIATO c/o STUDIO AVV.TI FEDERICO STELLA E WALTER GRAF – VIA ALBERTO DA GIUSSANO 15 – 20145 MILANO

**CONSEGNA DEL PLICO A DOMICILIO**

Dichiaro di aver ricevuto la raccomandata sopra indicata il 7-6-5

Sbarrare la casella appropriata e completare:

- Destinatario persona fisica (anche se dichiarato fallito)
- Destinatario persona giuridica (1)
- Curatore fallimentare (2)
- Domiciliatario (3)
- Familiare convivente (4)
- Addetto alla casa (5)
- Al servizio del destinatario (6)
- [X] Portiere dello stabile (7)
- Delegato del direttore del (8) ... di ...
- Delegato del comandante del (corpo o reparto)

(firma del destinatario o della persona delegata)

- analfabeta
- impossibilitato a firmare
- ritirato il plico firmando il solo registro di consegna

7.6.5

(data e firma dell'addetto al recapito)

**MANCATA CONSEGNA DEL PLICO A DOMICILIO**

Sbarrare la casella appropriata e completare:

**PER RIFIUTO DEL DESTINATARIO**

- del plico
- di firmare il registro di consegna (9)

**PER RIFIUTO DELLA PERSONA ABILITATA**

Sig. ...

in qualità di (10) ...

- del plico
- di firmare il registro di consegna (9)
- affisso avviso porta ingresso dello stabile in indirizzo (11)
- immesso avviso cassetta corrisp. dello stabile in indirizzo (11)

**PER TEMPORANEA ASSENZA DEL DESTINATARIO**

e
- mancanza
- inidoneità delle persone abilitate
- affisso avviso porta ingresso dello stabile in indirizzo (11)
- immesso avviso cassetta corrisp. dello stabile in indirizzo (11)

- **PER IRREPERIBILITÀ DEL DESTINATARIO**

- **PLICO DEPOSITATO PRESSO L'UFFICIO**

Spedita comunicazione di avvenuto deposito con racc. n. ... del ...

sottoscrizione dell'addetto al recapito — data ... firma ...

**RITIRO IN UFFICIO DEL PLICO NON RECAPITATO**

data ...

(firma del destinatario o di un suo delegato)

(controllo dell'impiegato postale)

Bollo dell'ufficio di distribuzione

(1) Qualità rivestita dal rappresentante legale.
(2) Di società già fallite in accomandita per azioni, a responsabilità limitata.
(3) Avvocato, procuratore legale, domiciliatario presso, dove domicilio eletto.
(4) Padre, moglie, nipote ecc.
(5) Domestico, collaboratore familiare, cameriere, cuoco ecc. con persona che convive col destinatario "more uxorio" convivente addetto alla casa.
(6) Segretario ...
(7) Vig. ...
(8) Carcere, ospedale, stabilimento ...
(9) Equivale a rifiuto ...
(10) Vedi precedenti note ...
(11) L'adempimento ... recapito ...

N 72283 AVVISO DI RICEVIMENTO dell'atto giudiziario spedito con raccomandata n. (vedi retro) dall'ufficio postale di

del repertorio/cronologico

il 2/07/05 diretta al Sig. DAVID EBSWORTH c/o STUDIO FOERE VIA Cherubini 13 - 50121 - FIRENZE

| CONSEGNA DEL PLICO A DOMICILIO | MANCATA CONSEGNA DEL PLICO A DOMICILIO | RITIRO IN UFFICIO DEL PLICO NON RECAPITATO |
|---|---|---|
| Dichiaro di aver ricevuto la raccomandata sopra indicata il 06/07/05<br>Sbarrare la casella appropriata e completare:<br>☐ Destinatario persona fisica (anche se dichiarata fallita)<br>☐ Destinatario persona giuridica (1) ......<br>☐ Curatore fallimentare (2) ......<br>☐ Domiciliatario (3) ......<br>☐ Familiare convivente (4) ......<br>☐ Addetto alla casa (5) ......<br>☐ Al servizio del destinatario (6) ......<br>☒ Portiere dello stabile (7) ......<br>☐ Delegato del direttore del (8) ...... di ......<br>☐ Delegato del comandante del (corpo o reparto) ......<br>(firma del destinatario o della persona delegata)<br>☐ analfabeta ☐ impossibilitato a firmare<br>ritirato il plico firmando il solo registro di consegna<br>06/07/05<br>(data e firma dell'addetto al recapito) | Sbarrare la casella appropriata e completare:<br>PER RIFIUTO DEL DESTINATARIO<br>☐ del plico ☐ di firmare il registro di consegna (9)<br>PER RIFIUTO DELLA PERSONA ABILITATA<br>Sig. ......<br>in qualità di (10) ......<br>☐ del plico ☐ di firmare il registro di consegna (9)<br>☐ affisso avviso porta ingresso dello stabile in indirizzo (11)<br>☐ immesso avviso cassetta corrisp. dello stabile in indirizzo (11)<br>PER TEMPORANEA ASSENZA DEL DESTINATARIO<br>e ☐ mancanza ☐ inidoneità delle persone abilitate<br>☐ affisso avviso porta ingresso dello stabile in indirizzo (11)<br>☐ immesso avviso cassetta corrisp. dello stabile in indirizzo (11)<br>☐ PER IRREPERIBILITÀ DEL DESTINATARIO<br>☐ PLICO DEPOSITATO PRESSO L'UFFICIO<br>Spedita comunicazione di avvenuto deposito con racc. n. ...... del ......<br>sottoscrizione dell'addetto al recapito data ...... firma ...... | data ......<br>(firma del destinatario o di un suo delegato)<br>......<br>(contrasegno dell'impiegato postale)<br>Bollo dell'ufficio di distribuzione<br>(1) Qualsiasi persona del rappresentante legale<br>(2) Curatore per sindaco, in assenza ...<br>(3) Procuratore, procuratore legale, determinato ... ufficio<br>(4) Padre, moglie, nipote ecc.<br>(5) Domestico, collaboratore ... per persona che assiste ... destinatario ...<br>(8) Caserma ... stabilimento, ecc.<br>(9) Esposta ... rifiuto ...<br>(10) Vedi precedenti note (4)-(7)<br>(11) L'avviso ... recapito al ... |

N. 72283 **AVVISO DI RICEVIMENTO** dell'atto giudiziario spedito con raccomandata n. (*vedi retro*) dall'ufficio postale di ...........
del repertorio/cronologico
il 02/07/05 diretta al Sig. ERNST WEIDMANN c/o AVV. MONACO - SCHNEIDER - VIA VANZOLINI N° 5 - 61100 PESARO

| CONSEGNA DEL PLICO A DOMICILIO | MANCATA CONSEGNA DEL PLICO A DOMICILIO | RITIRO IN UFFICIO DEL PLICO NON RECAPITATO |
|---|---|---|
| Dichiaro di aver ricevuto la raccomandata sopra indicata il 6/7/05<br>Sbarrare la casella appropriata e completare:<br>Destinatario persona fisica (anche se dichiarata fallita)<br>Destinatario persona giuridica (1)<br>Curatore fallimentare (2)<br>Domiciliatario (3)<br>Familiare convivente (4)<br>Addetto alla casa (5)<br>X Al servizio del destinatario (6) (impiegata)<br>Portiere dello stabile (7)<br>Delegato del direttore del (8) ... di ...<br>Delegato del comandante del (corpo e reparto)<br>firma del destinatario o della persona abilitata<br>analfabeta / impossibilitato a firmare<br>ritirato il plico firmando il solo registro di consegna<br>6/7/05 | Sbarrare la casella appropriata e completare:<br>**PER RIFIUTO DEL DESTINATARIO**<br>del plico / di firmare il registro di consegna<br>**PER RIFIUTO DELLA PERSONA ABILITATA**<br>Sig. ...<br>in qualità di ...<br>del plico / di firmare il registro di consegna<br>affisso avviso porta ingresso dello stabile in ...<br>immesso avviso cassetta corrisp. dello stabile<br>**PER TEMPORANEA ASSENZA DEL DEST...**<br>mancanza / inidoneità delle person...<br>affisso avviso porta ingresso dello stabile in ...<br>immesso avviso cassetta corrisp. dello stabile in ...<br>**PER IRREPERIBILITÀ DEL DESTINA...**<br>**PLICO DEPOSITATO PRESSO L'UFF...**<br>Spedita comunicazione di avvenuto deposito co... del ...<br>sottoscrizione dell'addetto al recapito — data ... firma ... | data ...<br>firma del destinatario o di un suo delegato<br>(timbro) C.P.O. ...<br>controllo dell'impiegato postale |

N. 72283 **AVVISO DI RICEVIMENTO** dell'atto giudiziario spedito con raccomandata n. (*vedi retro*) dall'ufficio postale di ...........
del repertorio/cronologico
il 02/07/05 diretta al Sig. MANFRED SCHNEIDER - STUDIO STELLA GRAF - VIA ALBERTO DA GIUSSANO 15 - 20145 MILANO

| CONSEGNA DEL PLICO A DOMICILIO | MANCATA CONSEGNA DEL PLICO A DOMICILIO | RITIRO IN UFFICIO DEL PLICO NON RECAPITATO |
|---|---|---|
| Dichiaro di aver ricevuto la raccomandata sopra indicata il 06/07/05<br>Sbarrare la casella appropriata e completare:<br>Destinatario persona fisica (anche se dichiarata fallita)<br>Destinatario persona giuridica (1)<br>Curatore fallimentare (2)<br>Domiciliatario (3)<br>Familiare convivente (4)<br>Addetto alla casa (5)<br>Al servizio del destinatario (6)<br>X Portiere dello stabile (7) (firma)<br>Delegato del direttore del (8) ... di ...<br>Delegato del comandante del (corpo e reparto)<br>firma del destinatario o della persona abilitata<br>analfabeta / impossibilitato a firmare<br>ritirato il plico firmando il solo registro di consegna<br>06/07/05 | Sbarrare la casella appropriata e completare:<br>**PER RIFIUTO DEL DESTINATARIO**<br>del plico / di firmare il registro di consegna<br>**PER RIFIUTO DELLA PERSONA ABILITATA**<br>Sig. ...<br>In qualità di ...<br>del plico / di firmare il registro di consegna<br>affisso avviso porta ingresso dello stabile in indirizzo<br>immesso avviso cassetta corrisp. dello stabile in indirizzo<br>**PER TEMPORANEA ASSENZA DEL DESTINATARIO**<br>mancanza / inidoneità delle persone abilitate<br>affisso avviso porta ingresso dello stabile in indirizzo<br>immesso avviso cassetta corrisp. dello stabile in indirizzo<br>**PER IRREPERIBILITÀ DEL DESTINATARIO**<br>**PLICO DEPOSITATO PRESSO L'UFFICIO**<br>Spedita comunicazione di avvenuto deposito con racc. n. ... del ...<br>sottoscrizione dell'addetto al recapito — data ... firma ... | data ...<br>firma del destinatario o di un suo delegato<br>controllo dell'impiegato postale<br>Bollo dell'ufficio di distribuzione |