State of Minnesota

# SECRETARY OF STATE

**APOSTILLE**
Convention de La Haye du October 5, 1961

1. **Country:** **United States of America**

   **This Public Document: Power of Attorney**

2. **has been signed by: Tina M. Olson**
3. **acting in the capacity of: Notary Public, State of Minnesota**
4. **bears the seal/stamp of: Tina M. Olson, Notary Public, State of Minnesota**

**CERTIFIED**

5. **at: St. Paul, Minnesota** 6. **date: May 9, 2005**
7. **by: Secretary of State, State of Minnesota** 8. **L20050509007**
9. **Seal/Stamp:** 10. **Signature:**

Mary Kiffmeyer

Mary Kiffmeyer
Secretary of State

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

| Tribunal of Turin<br>Probate Jurisdiction<br>NRG 90/2005 | Tribunale di Torino<br>Volontaria Giurisdizione<br>NRG 90/2005 |
|---|---|
| POWER OF ATTORNEY | MANDATO PROFESSIONALE |
| The undersigned Charles S. Zimmermann of Zimmermann Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, in his capacity as representative of the Plaintiffs' Steering Committee, as appointed by the United States District Court, District of Minnesota, with order no. 3 of 1.2.2002, hereby confers upon Frank J. Geffers, Esq. and Lorenzo Giandomenico, Esq. the capacity to represent and defend, jointly or severally, with reference to the Request Rogatory MDL No. 1431, sent by the United States District, District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, MN 55415, to Mr. Raffaele Guariniello, Public Prosecuter's Office at Turin's Tribunal, C.so Vittorio Emanuele 130, Turin, proceedings currently pending at Turin's Tribunal, Probate Jurisdiction, NRG 90/2005, and to this purpose he confers upon the same any power in accordance with the law, and he elects domicile in Rome, Via Lisbona 11, for notices and notifications. | Il sottoscritto Charles S. Zimmermann della Zimmermann Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, in qualità di rappresentante del comitato degli attori (Plaintiffs' Steering Committe), così come nominato dalla United States District Court, Disctrict of Minnesota, con ordinanza n. 3 del 1.2.2002, con la presente conferisce mandato professionale agli Avvocati Frank J. Geffers e Lorenzo Giandomenico, nominandoli propri difensori di fiducia, perché lo assistano e difendano, congiuntamente o disgiuntamente tra loro, in relazione alla Rogatoria contraddistinta dal numero MDL No. 1431, inviata dal United States District, District of Minnesota, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, MN 55415 al Dr. Raffaele Guariniello, Procura della Repubblica presso il Tribunale di Torino, C.so Vittorio Emmanuelle 130, Torino, procedimento pendente presso il Tribunale di Torino, Volontaria Giurisdizione, NRG 90/2005, conferendo agli stessi, allo scopo, ogni più ampio potere di legge, ed elegge domicilio per le comunicazioni e notificazioni in Roma, Via Lisbona 11. |
| Charles S. Zimmermann<br>Date: 5.09.05 | Charles S. Zimmermann<br>Date: 5.09/05 |

Tina M. Olson

TINA M. OLSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

On this 9th day of May, 2005, before me personally appeared Mr. Charles S. Zimmerman and executed the above document for the purpose therein contained. In witness thereof, I set my hand and seal.