STUDIO LEGALE
PROF. AVV. CARLO FEDERICO GROSSO
Ordinario di Diritto Penale - Università di Torino

Via Assarotti 9 - 10122 TORINO
Tel. 011.5626049 - Fax 011.5150889

Lungotevere delle Navi 30 - 00196 ROMA
Tel. 06.3201080 - Fax 06.32654196

E-mail: cfgrosso@inrete.it

Cod. Fisc. GRS CLF 37S14 L219Z
Partita IVA 02276140015

22/4/05

**CORTE D'APPELLO DI TORINO**
**SEZIONE I CIVILE**

**Procedimento V.G. 90/2005**

I sottoscritti avv. prof. Federico Stella, avv. prof Carlo Federico Grosso, avv. prof. Giovanni Flora, avv. prof. Lucio Monaco, avv. prof. Mario Zanchetti (quale sostituto processuale dell'avv. Bernd Schneider), nell'interesse dei loro assistiti Manfred Schneider, Giovanni Fenu, David Ebsworth ed Ernst Weidmann,

premesso

- che dinanzi a codesta Corte d'Appello è pendente il procedimento V.G. 90/2005, riguardante la commissione rogatoria pervenuta, in data 17 febbraio 2005, dal Tribunale distrettuale statunitense del distretto del Minnesota, per l'assistenza giudiziaria secondo le norme della Convenzione dell'Aja del 18 marzo 1970, nella causa civile *In re: Baycol Products Litigation MDL N. 1431*;

- che nell'ambito di siffatto procedimento per la commissione rogatoria, è stata depositata dai sottoscritti difensori, in data 22 febbraio 2005, una memoria nell'interesse dei propri assistiti, tutti dirigenti di Bayer A.G., avverso la richiesta di assistenza giudiziaria;

- che codesta Corte d'Appello, con decreto dell'11 marzo 2005, ha disposto che siffatta memoria fosse notificata al Comitato direttivo degli attori, quale parte interessata all'emanazione del provvedimento di cui in rogatoria, e concesso allo stesso Comitato un termine di giorni 30 per eventuale replica;

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS

- che il Comitato direttivo degli attori, in data 12 maggio 2005, nelle persone degli avvocati Frank J. Geffers e Lorenzo Giandomenico, ha richiesto una prima proroga, della durata di quaranta giorni, del termine concesso, motivando la richiesta con la complessità della vertenza e l'esigenza di redigere un "*affidavit* sul sistema processuale statunitense in relazione al procedimento in corso e alla richiesta di rogatoria";

- che, successivamente, in data 17 giugno 2005, lo stesso Comitato ha richiesto una seconda proroga, anch'essa della durata di quaranta giorni, motivando la richiesta con la complessità delle questioni da affrontare e la impossibilità di ottenere, nel termine, l'*affidavit*, della cui redazione è stato incaricato il prof. Arthur R. Miller, ordinario presso l'Università di Harvard;

- che codesta Corte d'Appello, con provvedimento del 20 giugno 2005, ha accolto l'istanza del Comitato direttivo degli attori e concesso anche la seconda proroga richiesta;

- che è interesse dei sottoscritti difensori poter replicare alla memoria di controparte e, soprattutto, all'*affidavit* che sarà redatto dal prof. Miller, presentando proprie controdeduzioni;

<u>rispettosamente fanno istanza</u>

affinché codesta Corte d'Appello voglia autorizzare sin d'ora i sottoscritti difensori a presentare proprie controdeduzioni alla memoria che sarà depositata dal Comitato direttivo degli attori e all'*affidavit* del prof. Arthur R. Miller.

Con osservanza.

Torino, 22 luglio 2005.

(avv. prof. Federico Stella) (avv. prof. Carlo Federico Grosso)

(anche a nome dei colleghi)

(avv. prof. Giovanni Flora) (avv. prof. Lucio Monaco)

(avv. prof. Mario Zanchetti)

Delego per il deposito l'Avv. Franca Vidotto del Foro di Torino

STUDIO LEGALE
PROF. AVV. CARLO FEDERICO GROSSO
Ordinario di Diritto Penale - Università di Torino

Via Assarotti 9 - 10122 TORINO
Tel. 011.5626049 - Fax 011.5150889

Lungotevere delle Navi 30 - 00196 ROMA
Tel. 06.3201080 - Fax 06.32654196

E-mail: cfgrosso@inrete.it

Cod. Fisc. GRS CLF 37S14 L219Z
Partita IVA 02276140015

V.G. 90/05

**CORTE D'APPELLO DI TORINO**
**SEZIONE I CIVILE**

**Procedimento V.G. 90/2005**

I sottoscritti avv. prof. Federico Stella, avv. prof Carlo Federico Grosso, avv. prof. Giovanni Flora, avv. prof. Lucio Monaco, avv. prof. Mario Zanchetti (quale sostituto processuale dell'avv. Bernd Schneider), nell'interesse dei loro assistiti Manfred Schneider, Giovanni Fenu, David Ebsworth ed Ernst Weidmann,

premesso

- che dinanzi a codesta Corte d'Appello è pendente il procedimento V.G. 90/2005, riguardante la commissione rogatoria pervenuta, in data 17 febbraio 2005, dal Tribunale distrettuale statunitense del distretto del Minnesota, per l'assistenza giudiziaria secondo le norme della Convenzione dell'Aja del 18 marzo 1970, nella causa civile *In re: Baycol Products Litigation MDL N. 1431*;

- che nell'ambito di siffatto procedimento per la commissione rogatoria, è stata depositata dai sottoscritti difensori, in data 22 febbraio 2005, una memoria nell'interesse dei propri assistiti, tutti dirigenti di Bayer A.G., avverso la richiesta di assistenza giudiziaria;

- che codesta Corte d'Appello, con decreto dell'11 marzo 2005, ha disposto che siffatta memoria fosse notificata al Comitato direttivo degli attori, quale parte interessata all'emanazione del provvedimento di cui in rogatoria, e concesso allo stesso Comitato un termine di giorni 30 per eventuale replica;

Depositato nella Cancelleria della Corte di Appello di Torino
il 22 [illegible]
Il C[illegible]

- che il Comitato direttivo degli attori, in data 12 maggio 2005, nelle persone degli avvocati Frank J. Geffers e Lorenzo Giandomenico, ha richiesto una prima proroga, della durata di quaranta giorni, del termine concesso, motivando la richiesta con la complessità della vertenza e l'esigenza di redigere un "*affidavit* sul sistema processuale statunitense in relazione al procedimento in corso e alla richiesta di rogatoria";

- che, successivamente, in data 17 giugno 2005, lo stesso Comitato ha richiesto una seconda proroga, anch'essa della durata di quaranta giorni, motivando la richiesta con la complessità delle questioni da affrontare e la impossibilità di ottenere, nel termine, l'*affidavit*, della cui redazione è stato incaricato il prof. Arthur R. Miller, ordinario presso l'Università di Harvard;

- che codesta Corte d'Appello, con provvedimento del 20 giugno 2005, ha accolto l'istanza del Comitato direttivo degli attori e concesso anche la seconda proroga richiesta;

- che è interesse dei sottoscritti difensori poter replicare alla memoria di controparte e, soprattutto, all'*affidavit* che sarà redatto dal prof. Miller, presentando proprie controdeduzioni;

<u>rispettosamente fanno istanza</u>

affinché codesta Corte d'Appello voglia autorizzare sin d'ora i sottoscritti difensori a presentare proprie controdeduzioni alla memoria che sarà depositata dal Comitato direttivo degli attori e all'*affidavit* del prof. Arthur R. Miller.

Con osservanza.

Torino, 22 luglio 2005.

Carlo Federico Grosso

(avv. prof. Federico Stella) (avv. prof. Carlo Federico Grosso)

(anche a nome dei colleghi)

(avv. prof. Giovanni Flora) (avv. prof. Lucio Monaco)

(avv. prof. Mario Zanchetti)

Delego per il deposito l'Avv. Francesca Vidante del Foro di Torino

Depositato nella Cancelleria della Corte di Appello di Torino

.. .. 2005

Carlo Federico Grosso

# MESSAGGIO DI CONFERMA

07/09/05 12:43
ID 0114329401

| DATA | TEMPO T/R | ID STAZIONE REMOTA | MODO | PAGINE | RISULT. | |
|---|---|---|---|---|---|---|
| 07/09 | 01'33" | 068842094 | | 04 | OK | 0000 |

CORTE D'APPELLO DI TORINO
VOLONTARIA GIURISDIZIONE

RUOLO V.G. N. 90/05

~~D a notificare a~~ :

AVV. JEFFERS FRANK J. dif. COMITATO DIRETTIVO

~~AVV~~ DEGLI ATTORI

# AVVISO DEPOSITO

~~SENTENZA~~

~~ORDINANZA~~

~~DECRETO~~ Provvedimento del 07/09/05

Procedimento rogatoria estera - Trib. Distr. MINNESOTA (USA)

~~CONTRO~~

Dispositivo : V. copia allegata alla presente

Torino, 07/09/2005

IL CANCELLIERE
(Anna DI SIBBIO)

STUDIO LEGALE
PROF. AVV. CARLO FEDERICO GROSSO
Ordinario di Diritto Penale - Università di Torino

Via Assarotti 9 - 10122 TORINO
Tel. 011.5626049 - Fax 011.5150889

Lungotevere delle Navi 30 - 00196 ROMA
Tel. 06.3201080 - Fax 06.32654196

E-mail: cfgrosso@inrete.it

Cod. Fisc. GRS CLF 37S14 L219Z
Partita IVA 02276140015

Depositato nella Cancelleria della Corte di Appello di Torino
22/7/05

**CORTE D'APPELLO DI TORINO**
**SEZIONE I CIVILE**

**<u>Procedimento V.G. 90/2005</u>**

I sottoscritti avv. prof. Federico Stella, avv. prof Carlo Federico Grosso, avv. prof. Giovanni Flora, avv. prof. Lucio Monaco, avv. prof. Mario Zanchetti (quale sostituto processuale dell'avv. Bernd Schneider), nell'interesse dei loro assistiti Manfred Schneider, Giovanni Fenu, David Ebsworth ed Ernst Weidmann,

<u>premesso</u>

- che dinanzi a codesta Corte d'Appello è pendente il procedimento V.G. 90/2005, riguardante la commissione rogatoria pervenuta, in data 17 febbraio 2005, dal Tribunale distrettuale statunitense del distretto del Minnesota, per l'assistenza giudiziaria secondo le norme della Convenzione dell'Aja del 18 marzo 1970, nella causa civile *In re: Baycol Products Litigation MDL N. 1431*;

- che nell'ambito di siffatto procedimento per la commissione rogatoria, è stata depositata dai sottoscritti difensori, in data 22 febbraio 2005, una memoria nell'interesse dei propri assistiti, tutti dirigenti di Bayer A.G., avverso la richiesta di assistenza giudiziaria;

- che codesta Corte d'Appello, con decreto dell'11 marzo 2005, ha disposto che siffatta memoria fosse notificata al Comitato direttivo degli attori, quale parte interessata all'emanazione del provvedimento di cui in rogatoria, e concesso allo stesso Comitato un termine di giorni 30 per eventuale replica;

- che il Comitato direttivo degli attori, in data 12 maggio 2005, nelle persone degli avvocati Frank J. Geffers e Lorenzo Giandomenico, ha richiesto una prima proroga, della durata di quaranta giorni, del termine concesso, motivando la richiesta con la complessità della vertenza e l'esigenza di redigere un "*affidavit* sul sistema processuale statunitense in relazione al procedimento in corso e alla richiesta di rogatoria";

- che, successivamente, in data 17 giugno 2005, lo stesso Comitato ha richiesto una seconda proroga, anch'essa della durata di quaranta giorni, motivando la richiesta con la complessità delle questioni da affrontare e la impossibilità di ottenere, nel termine, l'*affidavit*, della cui redazione è stato incaricato il prof. Arthur R. Miller, ordinario presso l'Università di Harvard;

- che codesta Corte d'Appello, con provvedimento del 20 giugno 2005, ha accolto l'istanza del Comitato direttivo degli attori e concesso anche la seconda proroga richiesta;

- che è interesse dei sottoscritti difensori poter replicare alla memoria di controparte e, soprattutto, all'*affidavit* che sarà redatto dal prof. Miller, presentando proprie controdeduzioni;

<u>rispettosamente fanno istanza</u>

affinché codesta Corte d'Appello voglia autorizzare sin d'ora i sottoscritti difensori a presentare proprie controdeduzioni alla memoria che sarà depositata dal Comitato direttivo degli attori e all'*affidavit* del prof. Arthur R. Miller.

Con osservanza.

Torino, 22 luglio 2005.

Carlo Federico Grosso

(avv. prof. Federico Stella) (avv. prof. Carlo Federico Grosso)

(anche a nome dei colleghi)

(avv. prof. Giovanni Flora) (avv. prof. Lucio Monaco)

(avv. prof. Mario Zanchetti)

Delego per il deposito l'Avv. Franco Vidente del Foro di Torino

Carlo Federico Grosso

CORTE D'APPELLO DI TORINO

Il Presidente

vista l'istanza su estesa;

ritenuta l'opportunità di concedere il termine richiesto, stante la posizione dell'appellante sul diritto processuale statunitense;

fissa

alla parte istante il termine di gg. 30 da oggi per il deposito di memorie.

Dispone che il presente decreto sia comunicato alla parte "Comitato Naz[illegible] degli [illegible]".

Torino, 7/9/05

Il Presidente

dr. Franco Gamba

IL PRESIDENTE DI SEZIONE
Dott. Franco GAMBA

Torino 27 OTT. 2005 IL CANCELLIERE

Visto per presa visione, rilascio copia
Atto e [illegible] conforme
[illegible] originale 2/E Uff. Giud.
Torino, lì 08/09/05