UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
MICHAEL J. DAVIS
DISTRICT JUDGE
UNITED STATES COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5070

November 22, 2005

Randy Hopper
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Peter W. Sipkins
DORSEY & WHITNEY
50 South Sixth Street, Suite 1500
Minneapolis, MN 55401-1498

Re: MDL 1431 Bayer

Gentlemen:

Enclosed for your records is a copy of materials received in chambers on November 21, 2005 in regards to the above entitled matter.

Sincerely,

Susan Schempf
Judicial Asst. to
Judge Michael J. Davis

SCANNED
DEC 01 2005
U.S. DISTRICT COURT MPLS