6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Lori Simpson

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. MDL - 1431

Time: 9:45 to 11:36 1 hour 51 minutes

IN RE BAYCOL PRODUCTS

Plaintiff(s),

vs.

Defendant(s).

Charles Zimmerman; Dick Lockridge; Randy Hopper

Plaintiff(s) Counsel

Phil Beck; Adam Hoeflich; Susan Weber; Peter Sipkins; Fred Magaziner

Defendant(s) Counsel

Monthly Status -

Dated: December 19, 2005

s/Debbie Halfman
Deputy Clerk Debbie Halfman