**CERTAIN D. MINN AND OTHER PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS**

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Able, Clara | 05-1725 | Ronald Goldser, Esq. |
| 2. | Adams, Norma Jean | 05-1728 | Jennifer K. Sustacek, Esq. |
| 3. | Anderson, Kathleen | 05-1733 | Zimmerman Reed P.L.L.P. |
| 4. | Anderson, Thomas | 05-1747 | 651 Nicollet Mall |
| 5. | Arp, Tommy Wayne | 05-1727 | Suite 501 |
| 6. | Baldwin, Elgin, Jr. | 05-1709 | Minneapolis, MN 55402 |
| 7. | Balogh, Gary | 05-1748 | P: (612) 341-0400 |
| 8. | Barela, Anthony | 05-1719 | F: (612) 341-0844 |
| 9. | Barfield, Earlie | 05-1712 | |
| 10. | Barnes, Alexander | 05-1745 | |
| 11. | Beall, Mark | 05-1719 | |
| 12. | Berger, Kenneth | 05-1729 | |
| 13. | Bickenback, Douglas | 05-1709 | |
| 14. | Biekowski, Irene | 05-1720 | |
| 15. | Biemert, Mae | 05-1705 | |
| 16. | Blackwell, Daniel, Jr. | 05-1745 | |
| 17. | Boeselager, Omar | 05-1712 | |
| 18. | Bolting, Margie | 05-1724 | |
| 19. | Bos, Susan | 05-1733 | |
| 20. | Bowman, Leatrice | 05-1733 | |
| 21. | Boyer, Jeffrey | 05-1721 | |
| 22. | Brenkus, Andrew | 05-1706 | |
| 23. | Bright, Geleamon | 05-1717 | |
| 24. | Brown, Marion | 05-1750 | |
| 25. | Bullock, James | 05-1719 | |
| 26. | Butler, Cynthia | 05-1744 | |
| 27. | Butler, Joseph | 05-1704 | |
| 28. | Campbell, Betty | 05-1733 | |
| 29. | Carney, Allen | 05-1729 | |
| 30. | Carrol, Leslie | 05-1705 | |
| 31. | Carter, Margaret | 05-1707 | |
| 32. | Chae, Roger | 05-1709 | |
| 33. | Chatmon, Carolyn | 05-1720 | |
| 34. | Chelette, Cecil | 05-1704 | |
| 35. | Clifton, Gwen | 05-1734 | |
| 36. | Coder, Victoria | 05-1720 | |
| 37. | Cohen, Murray | 05-1709 | |
| 38. | Cole, Gustavia | 05-1752 | |
| 39. | Conner, Charlie | 05-1750 | |

SCANNED
DEC 19 2005
U.S. DISTRICT COURT MPLS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 40. | Cook, David | 05-1709 | |
| 41. | Crofut, Janet | 05-1744 | |
| 42. | Cupps, Linda | 05-1639 | |
| 43. | Dale, Paul | 05-1726 | |
| 44. | Dana, Keith | 05-1719 | |
| 45. | Davidson, Lyda | 05-1752 | |
| 46. | Deditz, Virginia | 05-1722 | |
| 47. | DeLeon, Lupe | 05-1724 | |
| 48. | DeLestry, Joyce | 05-1733 | |
| 49. | Dent, Helen | 05-1697 | |
| 50. | DiFillippo, Patrick | 05-1719 | |
| 51. | Dotson, James | 05-1727 | |
| 52. | Dotter, James | 05-1727 | |
| 53. | Dungan, Martha | 05-1724 | |
| 54. | Durbin, Michael | 05-1736 | |
| 55. | Durham, Edna | 05-1749 | |
| 56. | East, James | 05-1726 | |
| 57. | Espidol, Eusebia | 05-1752 | |
| 58. | Ewy, Lemont | 05-1696 | |
| 59. | Eyoh, Innocent | 05-1738 | |
| 60. | Fields, Paul | 05-1747 | |
| 61. | Filori, James | 05-1719 | |
| 62. | Flores, Cointa | 05-1724 | |
| 63. | Flores, Hortensia | 05-1724 | |
| 64. | Frazier, Jack | 05-1698 | |
| 65. | Freiseis, Anton | 05-1721 | |
| 66. | Fruge, Earl | 05-1704 | |
| 67. | Frye, Mary | 05-1703 | |
| 68. | Garcia, Linda | 05-1724 | |
| 69. | Garza, Oscar, Jr. | 05-1709 | |
| 70. | Gomez, Fernando, Sr. | 05-1709 | |
| 71. | Gonzales, Rosa | 05-1724 | |
| 72. | Gordon, Queen | 05-1724 | |
| 73. | Gregory, Michael, Sr. | 05-1719 | |
| 74. | Gugger, Chad | 05-1719 | |
| 75. | Hake, Mary | 05-1749 | |
| 76. | Hall, Linda | 05-1711 | |
| 77. | Hallfin, Leonard | 05-1721 | |
| 78. | Hambrick, William | 05-1696 | |
| 79. | Hammock, Mickie Little Harris | 05-1717 | |
| 80. | Harberson, Thomas | 05-1719 | |
| 81. | Harper, Stonewall | 05-1715 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 82. | Harris, David | 05-1709 | |
| 83. | Harris, Eva | 05-1702 | |
| 84. | Harris, James, Sr. | 05-1713 | |
| 85. | Harrison, Alice | 05-1744 | |
| 86. | Haynes, Vivian | 05-1728 | |
| 87. | Hays, Hope | 05-1752 | |
| 88. | Heaney, LaVonne | 05-1733 | |
| 89. | Heatherly, Gale | 05-1749 | |
| 90. | Hegg, Patricia | 05-1738 | |
| 91. | Hensley, Harry | 05-1747 | |
| 92. | Hill, Charles | 05-1747 | |
| 93. | Hirsch, Virginia | 05-1728 | |
| 94. | Hoelle, Robert | 05-1706 | |
| 95. | Holmes, Emma | 05-1725 | |
| 96. | Huffman, Juanita | 05-1752 | |
| 97. | Hunt, Dwaine | 05-1726 | |
| 98. | Hunter, Joycie | 05-1724 | |
| 99. | Hussain, Athar | 05-1721 | |
| 100. | Hutchison, Lona | 05-1733 | |
| 101. | Irvin, Marjorie C. | 05-1639 | |
| 102. | Jackson, Annie | 05-1697 | |
| 103. | Jacobson, Shirley | 05-1737 | |
| 104. | James, Minnie | 05-1725 | |
| 105. | Jersak, Lora | 05-1733 | |
| 106. | Johnson, Ezell | 05-1730 | |
| 107. | Johnson, Ferris | 05-1709 | |
| 108. | Johnson, Russell | 05-1721 | |
| 109. | Jones, Elizabeth | 05-1720 | |
| 110. | Jones, Sandy | 05-1749 | |
| 111. | Jordan, Magnolia | 05-1722 | |
| 112. | Jost, Carol | 05-1738 | |
| 113. | Juncewski, Josephine | 05-1738 | |
| 114. | Juntunen, Eunice | 05-1738 | |
| 115. | Kalis, Barbara | 05-1733 | |
| 116. | Kelley, Sean | 05-1739 | |
| 117. | Key, James | 05-1709 | |
| 118. | Keys, Eleanor | 05-1722 | |
| 119. | Killings, Sandra | 05-1694 | |
| 120. | Kirkconnell-Jansen, Waverley | 05-1741 | |
| 121. | Kisser, Diane | 05-1752 | |
| 122. | Klemptner, Martha | 05-1724 | |
| 123. | Kline, Virginia | 05-1742 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 124. | Kritzer, Norma | 05-1752 | |
| 125. | Labance, John, III | 05-1726 | |
| 126. | Lafford, Richard, Sr. | 05-1712 | |
| 127. | Lambert, Maggie | 05-1724 | |
| 128. | Lamere, Art | 05-1696 | |
| 129. | Lamm, LaDonna | 05-1738 | |
| 130. | Lang, John | 05-1699 | |
| 131. | Lee, Eddie | 05-1709 | |
| 132. | Luhman, Myrtle | 05-1738 | |
| 133. | Maillet, Edmond | 05-1730 | |
| 134. | Mandel, Robi | 05-1752 | |
| 135. | Mann, Stephen | 05-1721 | |
| 136. | Markovetz, Virginia | 05-1752 | |
| 137. | Marsalla, Catherine | 05-1738 | |
| 138. | Martinez, Angelita | 05-1724 | |
| 139. | Mattli, Joyce | 05-1744 | |
| 140. | McGue, Richard, Sr. | 05-1726 | |
| 141. | McNamara, Charles | 05-1696 | |
| 142. | McNeill, Katherine | 05-1744 | |
| 143. | McNeven, Steven | 05-1716 | |
| 144. | Milbrandt, Paul | 05-1726 | |
| 145. | Milke, Patricia | 05-1752 | |
| 146. | Miller, Roy | 05-1726 | |
| 147. | Moffett, Bernice | 05-1717 | |
| 148. | Morett, Janaan | 05-1740 | |
| 149. | Nagel, Ophelia | 05-1724 | |
| 150. | Neal, Rosa | 05-1741 | |
| 151. | Nelson, Patricia | 05-1752 | |
| 152. | Newcombe, Jody | 05-1738 | |
| 153. | Newnham, Lou Dawn | 05-1710 | |
| 154. | Nickell, Joseph | 05-1747 | |
| 155. | Niederee, Carol | 05-1707 | |
| 156. | Nolen, Christine | 05-1733 | |
| 157. | Odensos, Linda | 05-1723 | |
| 158. | Orr, Nelson | 05-1752 | |
| 159. | Osansky, Judith | 05-1742 | |
| 160. | Page, Gerald | 05-1727 | |
| 161. | Paige, Charles | 05-1727 | |
| 162. | Parker, Trudy | 05-1724 | |
| 163. | Parliman, Barbara | 05-1701 | |
| 164. | Patrick, Essie | 05-1711 | |
| 165. | Patrick, John | 05-1726 | |
| 166. | Paulmann, James | 05-1712 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 167. | Peeples, Sheila | 05-1724 | |
| 168. | Perkins, Gale | 05-1717 | |
| 169. | Perry, Joseph | 05-1745 | |
| 170. | Pierce, Mary Ellen | 05-1738 | |
| 171. | Pittman, Lorraine | 05-1733 | |
| 172. | Polite, Marjorie | 05-1725 | |
| 173. | Pomo, Jo Ann | 05-1743 | |
| 174. | Povazsay, Shirley | 05-1749 | |
| 175. | Puetz, William, III | 05-1729 | |
| 176. | Quinterro, Sandra | 05-1752 | |
| 177. | Ramirez, Tony, Jr. | 05-1709 | |
| 178. | Randolph, James | 05-1715 | |
| 179. | Rankins, Vanessa | 05-1697 | |
| 180. | Rasmussen, Vern | 05-1721 | |
| 181. | Reynoso, Sally | 05-1744 | |
| 182. | Richardson, D.T. | 05-1747 | |
| 183. | Richnow, John | 05-1727 | |
| 184. | Rivas, Frank | 05-1709 | |
| 185. | Roberson, Charlotte | 05-1714 | |
| 186. | Robinson, Billie Jean | 05-1724 | |
| 187. | Robinson, Ezard | 05-1748 | |
| 188. | Roderick, Jerry | 05-1700 | |
| 189. | Rodriguez, Roberto | 05-1746 | |
| 190. | Rominger, Debbie | 05-1749 | |
| 191. | Roth, Marjorie | 05-1743 | |
| 192. | Rudnicki, Emily | 05-1738 | |
| 193. | Runyon, Rochelle | 05-1714 | |
| 194. | Salas, Ariel | 05-1714 | |
| 195. | Salazar, Carmen | 05-1701 | |
| 196. | Sawyer, Evelyn | 05-1749 | |
| 197. | Saylor, Jim | 05-1726 | |
| 198. | Schmitz, Margaret | 05-1738 | |
| 199. | Schneemeyer, Ethel | 05-1752 | |
| 200. | Schreib, Otto | 05-1729 | |
| 201. | Schuh, Darrell | 05-1696 | |
| 202. | Schultz, Kenneth | 05-1726 | |
| 203. | Scott, Carolyn | 05-1733 | |
| 204. | Seals, Akie | 05-1726 | |
| 205. | Seeling, Elizabeth | 05-1738 | |
| 206. | Seerson, Sandra | 05-1738 | |
| 207. | Shedd, Warren, Jr. | 05-1730 | |
| 208. | Shubert, Mildred | 05-1718 | |
| 209. | Simmons, Dorothy | 05-1708 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 210. | Simmons, Shirley | 05-1731 | |
| 211. | Singleton, Brenda | 05-1724 | |
| 212. | Smith, Calvin | 05-1748 | |
| 213. | Smith, Dora | 05-1702 | |
| 214. | Smith, Jason, Sr. | 05-1732 | |
| 215. | Snelgrove, Delores | 05-1725 | |
| 216. | Sorbe, Jeannetta | 05-1733 | |
| 217. | Sorem, Vernon | 05-1727 | |
| 218. | Sprowls, Della | 05-1714 | |
| 219. | Stallsworth, Marie | 05-1752 | |
| 220. | Stenberg, Brenda | 05-1728 | |
| 221. | Stephens, Diane | 05-1717 | |
| 222. | Stevens, Raymond | 05-1750 | |
| 223. | Striggles, Darlene | 05-1718 | |
| 224. | Sveum, Jeweldeen | 05-1752 | |
| 225. | Swann, Lewis | 05-1727 | |
| 226. | Tahami, Djamal | 05-1748 | |
| 227. | Tauer, Linus | 05-1721 | |
| 228. | Taylor, Reneta | 05-1720 | |
| 229. | Tepper, Paulette | 05-1694 | |
| 230. | Thomas, Marilyn | 05-1724 | |
| 231. | Thomas, Tedra | 05-1702 | |
| 232. | Thompson, Gwendolyn | 05-1724 | |
| 233. | Timmerman, Syble | 05-1740 | |
| 234. | Tomblin, Juanita | 05-1751 | |
| 235. | Tucker, Cloyd Jerome | 05-1750 | |
| 236. | Tucker, Wayne | 05-1727 | |
| 237. | Vela, Rosa | 05-1724 | |
| 238. | Vest, Donna | 05-1737 | |
| 239. | Waddell, Carol | 05-1720 | |
| 240. | Wangen, Richard | 05-1721 | |
| 241. | Wansik, Sylvia | 05-1711 | |
| 242. | Ward, Peggy | 05-1639 | |
| 243. | Warner, Fred | 05-1639 | |
| 244. | Warner, Richard | 05-1709 | |
| 245. | Washington, L.B. | 05-1709 | |
| 246. | Watts, Berneata | 05-1744 | |
| 247. | White, Mary Lee | 05-1728 | |
| 248. | White, Rachel | 05-1752 | |
| 249. | Wilkinson, Alton | 05-1727 | |
| 250. | Williams, Davella | 05-1724 | |
| 251. | Williams, Edward | 05-1745 | |
| 252. | Williams, Leroy | 05-1726 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 253. | Williams, Robert | 05-1721 | |
| 254. | Wills, Stephen | 05-1696 | |
| 255. | Wilson, Eugene | 05-1732 | |
| 256. | Wine, Gulinda | 05-1717 | |
| 257. | Winfrey, Melvin | 05-1730 | |
| 258. | Winn, Edna | 05-1752 | |
| 259. | Witt, Donna | 05-1738 | |
| 260. | Woods, Curtis | 05-1721 | |
| 261. | Woods, Ruth | 05-1738 | |
| 262. | Wright, Michael | 05-1696 | |
| 263. | Yank, Marian | 05-1722 | |
| 264. | Yarbrough, Murl | 05-1727 | |
| 265. | Zicarelli, Juanita | 05-1711 | |
| 266. | Cox, Ada Louise | 02-4441 | Bob R. Wright, Esq.<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson Street, Suite 500<br>Lafayette, LA 70501<br>P: 337-233-3033<br>F: 337-232-8213 |
| 267. | Boykin, Frances | 05-1683 | Daniel Burke, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>P: (212) 558-5500<br>F: (212) 344-5461 |
| 268. | Bustamante, Bertha | 05-1682 | |
| 269. | Cotriche, Laura | 05-1684 | |
| 270. | Fernandez, Rafael | 05-1681 | |
| 271. | Bohling, Joan | 05-1552 | Shawn M. Raiter, Esq.<br>Deanna D. Dailey, Esq.<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>Saint Paul, MN 55101-4922<br>P: (651) 312-6500<br>F: (651) 312-6618 |
| 272. | Guy, Francis | 05-1538 | |
| 273. | Kiefat, Eileen | 05-1545 | |
| 274. | Losinger, Ronnie | 05-1541 | |
| 275. | Mehr, Irene | 05-1557 | |
| 276. | Meyer, Donald | 05-1551 | |
| 277. | Skaar, Melva | 05-1560 | |
| 278. | Stadstad, Rose | 05-1548 | |
| 279. | Wright, Clara | 05-1540 | |

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 280. | Raulston, Jo D. | 03-4976 | Lance L. Stevens, Esq.<br>STEVENS & WARD, P.A.<br>1855 Lakeland Drive<br>Suite P-121<br>Jackson, Mississippi 39216<br>P: (601) 336-7777<br>F: (601) 336-7781<br><br>Stephanie Daughdrill, Esq.<br>Capshaw Goss & Bowers, LLP<br>3031 Allen St Ste 200<br>Dallas, TX 75204<br>P: (214) 761-6610<br>F: (214) 761-6611<br><br>Richard Freese, Esq.<br>Langston, Sweet & Freese<br>Morgan Keegan Center, Suite 240<br>2900 Highway 280<br>Birmingham, AL 35223<br>P: (205) 871-4144<br>F: (205) 871-4104 |
| 281. | Spicer, John | 03-2936 | Richard A. Brown, Esq.<br>Cosmich & Simmons<br>P.O. Box 22626<br>Jackson, MS 39202<br>P: (601) 863.2100<br>F: (601) 863.0078 |
| 282. | Davis, Sue | 03-4976 | Lance L. Stevens, Esq.<br>STEVENS & WARD, P.A.<br>1855 Lakeland Drive<br>Suite P-121<br>Jackson, Mississippi 39216<br>P: (601) 336-7777<br>F: (601) 336-7781 |
| 283. | Wilks, Hilda | 03-4976 | |