UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions Pretrial Order No. 145

---

IT IS HEREBY ORDERED that Pretrial Order No. 138, to the extent that it held in abeyance the PSC's Renewed Motion for Class Certification; the PSC request for case specific discovery from Defendants; Defendants' Motion to vacate Special Master ruling dated January 13, 2005; and Defendant's motion for a Protective Order, is hereby vacated. Briefing of these motions shall resume pursuant to the schedules set forth in Pretrial Order No. 4.

Date: December 19, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court