UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to All Actions Pretrial Order No. 146

IT IS HEREBY ORDERED that a scheduling conference will be held in Chambers, 14E United States Courthouse, Minneapolis, Minnesota, on January 5, 2006 at 10:00 a.m. Peter Sipkins and Richard Lockridge shall attend the conference.

On or before noon on January 4, 2006, each party must submit two hard copies of its proposed discovery plan to the Court. These plans should focus on discovery deadlines (including Daubert issues) and proposed remand schedules. Courtesy copies of proposed discovery plans must be served on opposing counsel via email.

Date: December 28, 2005

s / Michael J. Davis
Michael J. Davis
United States District Court