UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 147

---

Pretrial Order No. 146 is hereby clarified as follows: the requirement to file a proposed discovery plan on or before January 4, 2006 applies only to the PSC and to Defendants.

Date: January 3, 2006

s/ Michael J. Davis
Michael J. Davis
United States District Court