# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 4-2097/2187

| | | |
|---|---|---|
| Kenneth B. Moll, et al.,<br>K. Amy Lemon, | * | |
| Appellants, | * | Appeal from the United States<br>District Court for the<br>District of Minnesota |
| vs. | * | |
| Bayer Corporation, et al., | * | |
| Appellees. | * | |

Appellant K. Amy Lemon shall recover from appellees the sum of $1,902.11 as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

The bills of costs filed by Kenneth B. Moll and by Bayer Corporation are denied.

(5232-010199)

September 13, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit