**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**District Court File No.: MDL 1431 (Baycol Products Litigation)**
**Appellate Court File Nos.: 04-2187 and 04-2097**

I hereby certify that on January 5, 2006, I caused the following:

**Bill of Costs**

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

Charles S. Zimmerman
Richard A. Lockridge
Peter W. Sipkins
Philip S. Beck
Adam L. Hoeflich
Susan A. Weber
Fred T. Magaziner
Richard J. Arsenault
Catherine Valerio Barrad
Philip S. Beck
Deanna D. Dailey
Richard K. Dandrea
Yvonne M. Flaherty
Ronald S. Goldser
Robert R. Hopper
Douglas R. Marvin
James W. Mizgala
Robert K. Shelquist
Scott A. Smith
Elizabeth S. Wright
Paul J. Zidlicky

A copy of the Bill of Costs was served by U.S. Mail on the following:

Michael J. Beck
Room G-255 N Lobby
Clerk of the Panel
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle NE
Washington, DC 20002-8004

Roger S. Haydock
Advanced Dispute Resolution
310 Rosedale Twr.
1700 Hwy 36 E
Roseville, MN 55113

Eric J. Magnuson
Rider Bennett, LLP
33 South Sixth Street, Suite 4900
Minneapolis, MN 55402

Warren Lupel
Weinberg Richmond LLP
333 West Wacker Drive, Suite 1800
Chicago, IL 60606

**s/ Jesse R. Orman**
Minn. Atty. No.: 0301244
Attorney for Appellant K. Amy Lemon
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400