**INVOLVED COUNSEL LIST (CTO-66)**
**DOCKET NO. 1431**
**IN RE BAYCOL PRODUCTS LIABILITY LITIGATION**

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Gary A. Eaton
Eaton & Sparks
1717 East 15th Street
Tulsa, OK 74104

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Larry D. Ottaway
Foliart, Huff, Ottaway & Bottom
The Bank of Oklahoma Plaza, 12th Floor
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

ANNED
JAN 0 9 2006
COUR MPLS