CERTIFICATE OF SERVICE

I, Dorothy Griego, certify that a true and correct copy of the foregoing *Plaintiffs' Motion for Suggestion of Remand to the Judicial Panel of Multi-District Litigation Pursuant to 28 U.S.C.§1407 (A)* was electronically filed and served on January 18th, 2006.

Dorothy Griego