**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2006, I caused the following documents:

**Supplemental Motion by Kenneth B. Moll & Associates, Ltd. for Reimbursements of Fees and Expenses**

**Memorandum in Support of Supplemental Motion by Kenneth B. Moll & Associates, Ltd. for Reimbursements of Fees and Expenses (filed under seal)**

**[Proposed] Order (filed under seal)**

to be filed by mail on the attorney(s) below-named in this action, by mailing each to said attorney thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota directed to the following:

Charles S. Zimmerman, Esq.
Zimmerman & Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Dale Larson, Esq.
Deanna D. Dailey, Esq.
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
Saint Paul, MN 55101

Richard A. Lockridge, Esq.
Lockridge Grindal Nauen, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Dated: 1/25/06

s/ Patrick D. Robben
Patrick D. Robben