UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 148

---

A hearing is scheduled for February 9, 2006 at 9:00 a.m. in 14E United States Courthouse, Minneapolis, Minnesota for the purposes of hearing oral argument as to Defendant's Motion for a Protective Order [Docket No. 3992] and Plaintiff Lucke's Motion for Remand [Civil No. 03-5978, Docket No. 6].

Date: January 30, 2006

s/ Michael J. Davis
Michael J. Davis
United States District Court