**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To: All Actions | )<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

The undersigned hereby certifies that on this 1st day of February, 2006, she served a copy of the **Notice of Withdrawal of Renewed Motion for Class Certification** on all attorneys of record and liaison counsel by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143.

/s/ Barbara R. Gilles
Barbara R. Gilles

Subscribed and sworn to before me
this 1st day of February, 2006.

/s/ Cheryl Treptow Johansen
Notary Public