UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Liability Litigation

MDL No. 1431

This Document Relates to All Actions

Pretrial Order No. 150

---

This matter is before the Court regarding the PSC's letter request to file a motion for reconsideration of PTO No. 149. Based on the parties submissions, the Court finds no basis upon which to reconsider such Order. The request to file a motion for reconsideration is DENIED.

Date: February 14, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court