UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *ALL CASES* | |
| ***and*** | |
| *Harmon Brody v. Bayer Corp., et al.* | Case No. 02-0158 |
| *Howard Wrigley v. Bayer Corp.* | Case No. 02-0167 |
| *James Haney, et al., v. Bayer Corp., et al.* | Case No. 02-0915 |
| *Thomas Boris, et al., v. Bayer Corp., et al.* | Case No. 02-2137 |
| *Robert Bayerl, et al., v. Bayer Corp., et al.* | Case No. 02-2823 |
| *Armin Gluck, et al., v. Bayer AG, et al.* | Case No. 02-2981 |
| *Caroline Cowart, et al., v. Bayer AG, et al.* | Case No. 02-2983 |
| *Dale Zygiel v. Bayer Corp., et al.* | Case No. 02-3016 |
| *Paul Richardson v. Bayer Corp., et al.* | Case No. 02-3238 |
| *Virginia Boots, et al., v. Bayer AG, et al.* | Case No. 02-3458 |
| *Anne Briner, et al., v. Bayer AG, et al.* | Case No. 02-3863 |
| *Sandy Bombino, et al., v. Bayer AG, et al.* | Case No. 02-3864 |
| *Bob England, et al., v. Bayer AG, et al.* | Case No. 02-3870 |
| *Elaine Bastian v. Bayer AG, et al.* | Case No. 02-3873 |
| *Rita Rowland v. Bayer AG, et al.* | Case No. 02-3876 |
| *Melissa Young v. Bayer AG, et al.* | Case No. 02-3891 |
| *Norma Andersen v. Bayer AG, et al.* | Case No. 02-3895 |
| *Dwight Siu, et al., v. Bayer AG, et al.* | Case No. 02-3897 |
| *Willie Curtis v. Bayer AG, et al.* | Case No. 02-3949 |
| *Duane Herbert v. Bayer AG, et al.* | Case No. 02-3982 |
| *Robert Edwards v. Bayer AG, et al.* | Case No. 02-4011 |
| *Barbara Salley v. Bayer AG, et al.* | Case No. 02-4013 |
| *Mack McGhee v. Bayer AG, et al.* | Case No. 02-4026 |
| *Margarie Wix, et al., v. Bayer Corp., et al.* | Case No. 02-4027 |
| *Chandler Goklaney v. Bayer Corp., et al.* | Case No. 02-4028 |
| *Mary Fields, et al., v. Bayer AG, et al.* | Case No. 02-4030 |
| *Diana Roach v. Bayer AG, et al.* | Case No. 02-4031 |
| *Charles Wolfe v. Bayer AG, et al.* | Case No. 02-4032 |
| *Steven Kordisch, et al., v. Bayer Corp., et al.* | Case No. 02-4034 |
| *Gary Waddey, et al., v. Bayer AG, et al.* | Case No. 02-4035 |
| *Billy W. Hill, Jr., v. Bayer AG, et al.* | Case No. 02-4036 |
| *Carrie Rush v. Bayer AG, et al.* | Case No. 02-4039 |
| *Viola Chavez, et al., v. Bayer AG, et al.* | Case No. 02-4406 |
| *Ed Tucker, et al., v. Bayer AG, et al.* | Case No. 02-4407 |
| *Mildred Calvert v. Bayer AG, et al.* | Case No. 02-4435 |

| | |
|---|---|
| *David James v. Bayer AG, et al.* | Case No. 03-3122 |
| *Harry Deffenbaugh v. Bayer AG, et al.* | Case No. 03-3127 |
| *Geneva Jackson v. Bayer Corp., et al.* | Case No. 03-3596 |
| *Jeff Pryor v. Bayer AG, et al.* | Case No. 03-4135 |
| *Harry Taylor v. Bayer AG, et al.* | Case No. 03-4138 |
| *Jack Holloway v. Bayer AG, et al.* | Case No. 03-4145 |
| *Jeff Runyon v. Bayer AG, et al.* | Case No. 03-4146 |
| *Claude Borger v. Bayer AG, et al.* | Case No. 03-4149 |
| *James Ristich v. Bayer AG, et al.* | Case No. 03-4310 |
| *Ray Dawson v. Bayer AG, et al.* | Case No. 03-4449 |
| *Carlos DeLaTrinidad v. Bayer AG, et al.* | Case No. 03-4497 |
| *Walter Gardner v. Bayer AG, et al.* | Case No. 03-5336 |
| *Mary Fowler v. Bayer Corp., et al.* | Case No. 03-5380 |
| *Mary Roden v. Bayer Corp., et al.* | Case No. 03-5402 |
| *Ofilia Torres v. Bayer Corp., et al.* | Case No. 03-5403 |
| *Domingo Garcia v. Bayer Corp., et al.* | Case No. 03-5407 |
| *Esther Hamlin v. Bayer AG, et al.* | Case No. 03-5410 |
| *Thomas Lampa v. Bayer AG, et al.* | Case No. 03-5927 |
| *Marion Peterson v. Bayer AG, et al.* | Case No. 03-5937 |
| *Claude Trutta v. Bayer AG, et al.* | Case No. 03-5960 |
| *Erwin Lucke v. Bayer AG, et al.* | Case No. 03-5978 |
| *Lucinda Martinez v. Bayer AG, et al.* | Case No. 03-5981 |
| *Catherine DeGilarlomo, et al., v. Bayer Corp., et al.* | Case No. 03-6020 |
| *Ray Holden, et al., v. Bayer AG, et al.* | Case No. 04-2873 |
| *Harold Anderson v. Bayer AG, et al.* | Case No. 04-3659 |
| *Ernest Bradley v. Bayer AG, et al.* | Case No. 04-3662 |
| *Billie Christian v. Bayer AG, et al.* | Case No. 04-3664 |
| *Gloria Esposito v. Bayer AG, et al.* | Case No. 04-3669 |
| *Donny Ethridge v. Bayer AG, et al.* | Case No. 04-3670 |
| *Carol Formato v. Bayer AG, et al.* | Case No. 04-3672 |
| *Robert Janovich v. Bayer AG, et al.* | Case No. 04-3678 |
| *Gary Liebl v. Bayer AG, et al.* | Case No. 04-3680 |
| *Jane McDonald v. Bayer AG, et al.* | Case No. 04-3682 |
| *William Quesenberry v. Bayer AG, et al.* | Case No. 04-3686 |
| *Darlene Rasmussen v. Bayer AG, et al.* | Case No. 04-3687 |
| *Louise Shankle v. Bayer AG, et al.* | Case No. 04-3689 |
| *Katherine Sherman v. Bayer AG, et al.* | Case No. 04-3690 |
| *Harry Stich v. Bayer Corp., et al.* | Case No. 04-3692 |
| *Janie Wells v. Bayer Corp., et al.* | Case No. 04-3697 |
| *Ronald Whitman v. Bayer Corp., et al.* | Case No. 04-3698 |
| *Mildred Woods v. Bayer Corp., et al.* | Case No. 04-3699 |
| *Varnetta Gandy v. Bayer AG, et al.* | Case No. 04-3710 |
| *Henry Isopi v. Bayer AG, et al.* | Case No. 04-3718 |
| *Chris Hadley v. Bayer AG, et al.* | Case No. 04-3727 |

## DEFENDANTS' NOTICE WITHDRAWING MOTION

Please take notice that Defendants Bayer Corporation, Bayer AG, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and GlaxoSmithKline plc hereby withdraw their motion to Vacate Special Master's January 13 Ruling and Order Plaintiffs to Comply with PTO 131 filed February 3, 2005, in the above-captioned matters. Consistent with Section I.B.1.c. of PTO 149, Defendants reserve the right to challenge later any of the reports subject to their motion pursuant to the applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and case law.

Dated: February 16, 2006

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

/signature on file/
Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline and GlaxoSmithKline plc*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Defendants' Notice Withdrawing Motion was electronically filed and served on February 16, 2006.

[signature]
______________________________