A CERTIFIED TRUE COPY
FEB 14 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FEB 14 2006
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE BAYCOL PRODUCTS LIABILITY LITIGATION***

***Decoro Nercy v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22458**
***Juana Acosta v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22460**
***Emilia Gomez v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22461**
***Rodobaldo Naranjo v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22463**

***BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL***

***TRANSFER ORDER***

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in four Southern District of Florida actions to vacate the Panel's order conditionally transferring the actions to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendant Bayer Corp. opposes the motions to vacate and urges inclusion of the actions in MDL-1431.

On the basis of the papers filed and hearing session held, the Panel finds that these four actions involve common questions of fact with the actions in this litigation previously transferred to the District of Minnesota, and that transfer of these actions to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. The Panel held that the District of Minnesota was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Baycol. *See In re Baycol Products Liability Litigation*, 180 F.Supp.2d 1378 (J.P.M.L. 2001). Any motions for remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these four actions are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Michael J. Davis for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCANNED
FEB 2006
U.S. DISTRICT COURT MPLS

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

February 14, 2006

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

U.S. DIST. COURT MINNEAPOLIS, MN
2006 FEB 21 AM 9:21

Re: MDL-1431 -- In re Baycol Products Liability Litigation

*Decoro Nercy v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22458
*Juana Acosta v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22460
*Emilia Gomez v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22461
*Rodobaldo Naranjo v. Bayer Corp.*, S.D. Florida, C.A. No. 1:05-22463

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Dana L. Stewart*
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge Michael J. Davis
Transferor Judges: Judge Adalberto Jordan; Judge James Lawrence King; Judge Jose E. Martinez
Transferor Clerk: Clarence Maddox