# INVOLVED COUNSEL LIST (CTO-68)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

Leslie J. Bryan
Doffermyre, Shields, Canfield, Knowles & Devine
1600 The Peachtree
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3269

Scott Charlton
Scott Charlton, PA
730 S. Sterling Avenue
Suite 304
P.O. Box 10963
Tampa, FL 33609

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Barbara B. Litten
Squire, Sanders & Dempsey, LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401-6198

Fred T. Magaziner
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
MAR 14 2006
U.S. DISTRICT COURT MPLS