UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Liability Litigation MDL No. 1431

This Document Relates to:

See Attached Ex. A.

---

This matter is before the Court on Plaintiffs' motion to be moved to Phase IV, pursuant to Pretrial Order No. 149, Section I.D. Defendants do not oppose the motion with respect to those Plaintiffs listed on the Attached Ex. A. Accordingly,

IT IS HEREBY ORDERED that the motion of the Plaintiffs' listed in the attached Exhibit A to be moved to Phase IV pursuant to Pretrial Order No. 149, Section I.D. is GRANTED.

Date: March 14, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court