**Plaintiffs to be Moved to Phase IV**
**Exhibit A**

| Plaintiff | Case No. | Lead Plaintiff |
|---|---|---|
| Abel, Ruby Diane | 02-2994 | Abel, Ruby Diane |
| Adams, Peggy | 02-3489 | Adams, Peggy |
| Alexander, Albertha L. | 02-2994 | Abel, Ruby Diane |
| Babin, James R. | 02-3489 | Adams, Peggy |
| Babin, Louis J. | 02-3489 | Adams, Peggy |
| Baker, Yolanda M. | 02-2994 | Abel, Ruby Diane |
| Bandy, Ronald | 02-3489 | Adams, Peggy |
| Barard, Hazel | 02-2994 | Abel, Ruby Diane |
| Bazanac, Lionel J., Sr. | 02-2994 | Abel, Ruby Diane |
| Becnel, Leonard Joseph | 02-2125 | Adams, James |
| Becnel, Ruth. | 02-3489 | Adams, Peggy |
| Bennett, Shirley Marie | 02-2992 | Ballard, Freddie |
| Bergeron, Mark P. | 02-3489 | Adams, Peggy |
| Blackburn, Joseph, Jr. | 02-2994 | Abel, Ruby Diane |
| Blanchard, Catherine B. | 02-2994 | Abel, Ruby Diane |
| Boothe, Bonnie Jean | 02-2994 | Abel, Ruby Diane |
| Boquet, Verina | 02-2994 | Abel, Ruby Diane |
| Bradford, Lena B. | 02-2994 | Abel, Ruby Diane |
| Branch, Gertrude. | 02-3489 | Adams, Peggy |
| Branch, Ricky Lynn | 02-2125 | Adams, James |
| Breaux, Larry. | 02-2994 | Abel, Ruby |
| Briggs, Mildred | 02-2994 | Abel, Ruby Diane |
| Brown, Emma. | 02-2992 | Ballard, Freddie |
| Brown, Margaret C. | 02-2125 | Adams, James |
| Buras, Susan | 02-3489 | Adams, Peggy |
| Burkhalter, Ruby | 02-2992 | Ballard, Freddie |
| Burnette, Sherry | 02-3489 | Adams, Peggy |
| Calamari, Eris | 02-3489 | Adams, Peggy |
| Callegan, Sterling G., Sr. | 02-2992 | Ballard, Freddie |
| Carter, Charles W. | 02-2994 | Abel, Ruby Diane |
| Carter, Hubert. | 02-3490 | Youngblood, Juanita |
| Carter, Venetia | 02-3490 | Youngblood, Juanita |
| Carter, Wyuonell | 02-2992 | Ballard, Freddie |
| Chaisson, Trina | 02-3489 | Adams, Peggy |
| Charles, Delores | 02-2992 | Ballard, Freddie |
| Clark, Alice M. | 02-2994 | Abel, Ruby Diane |
| Claude, Rodney, Sr. | 02-3489 | Adams, Peggy |
| Clemmons, Allen | 02-2992 | Ballard, Freddie |
| Coleman, Doyle, Jr. | 02-3489 | Adams, Peggy |
| Coleman, Jesse, Jr. | 02-3490 | Youngblood, Juanita |
| Crochet, James Alfred, Jr. | 02-2124 | Ferchaud, Gail |

| Plaintiff | Case No. | Lead Plaintiff |
|---|---|---|
| Daleo, Anthony | 02-3489 | Adams, Peggy |
| Davis, Johnnie R. | 02-2992 | Ballard, Freddie |
| Davis, Jona E. | 02-3489 | Adams, Peggy |
| Davis, Linda F. | 02-3489 | Adams, Peggy |
| Dede, Albertine. | 02-2124 | Ferchaud, Gail |
| Dennis, Joseph | 02-2992 | Ballard, Freddie |
| Diggs, Angell | 02-3489 | Adams, Peggy |
| Dillon, Bernell | 02-2992 | Ballard, Freddie |
| Dukes, Jeffrie L. | 02-3489 | Adams, Peggy |
| Duncan, Sonya | 02-2992 | Ballard, Freddie |
| Dunlap, Raymond | 02-3490 | Youngblood, Juanita |
| Dupre, Alexander J., Jr. | 02-2992 | Ballard, Freddie |
| Dupre, Floyd. | 02-3490 | Youngblood, Juanita |
| Ebbs, Willie, Jr. | 02-2994 | Abel, Ruby Diane |
| Ellis, Charles H., Sr. | 02-2994 | Abel, Ruby Diane |
| Eschete, Melissa Ann Marcel | 02-2124 | Ferchaud, Gail |
| Etienne, Nelson | 02-3490 | Youngblood, Juanita |
| Farley, Isabella Christine | 02-2124 | Ferchaud, Gail |
| Ferchaud, Gail T. Lorio | 02-2124 | Ferchaud, Gail |
| Figueroa, Sandra J. | 02-2992 | Ballard, Freddie |
| Folse, Debra | 02-2992 | Ballard, Freddie |
| Fortner, Adra L. | 02-3490 | Youngblood, Juanita |
| Garrett, Shelby | 02-3490 | Youngblood, Juanita |
| Gauthreaux, Larry J. | 02-2992 | Ballard, Freddie |
| Gilbert, Ava | 02-2992 | Ballard, Freddie |
| Gilfour, Wesley | 02-2992 | Ballard, Freddie |
| Goggins, Yolanda | 02-3490 | Youngblood, Juanita |
| Gray, Linda | 02-2992 | Ballard, Freddie |
| Guidry, Daniel Jude | 02-2124 | Ferchaud, Gail |
| Hadley, Apolonia N. | 02-2994 | Abel, Ruby Diane |
| Harris, Henry J. | 02-2125 | Adams, James |
| Haywood, Viola | 02-3489 | Adams, Peggy |
| Heath, Eddie | 02-3490 | Youngblood, Juanita |
| Hebert, Johnny P. | 02-3490 | Youngblood, Juanita |
| Hebert, Rickie A. | 02-2992 | Ballard, Freddie |
| Holley, Donald W. | 02-2124 | Ferchaud, Gail |
| Holliday, John | 02-2992 | Ballard, Freddie |
| Holmes, Mable L. | 02-2992 | Ballard, Freddie |
| Irvin, Maeola | 02-2124 | Ferchaud, Gail |
| Jackson, Marie. | 02-2992 | Ballard, Freddie |
| Jackson, Shirley. | 02-2992 | Ballard, Freddie |
| Johnson, Lawrence, Sr. | 02-2992 | Ballard, Freddie |
| Jordan, Annie | 02-2994 | Abel, Ruby Diane |
| Keller, Margurite | 02-3489 | Adams, Peggy |

| Plaintiff | Case No. | Lead Plaintiff |
|---|---|---|
| King, Velma J. | 02-2992 | Ballard, Freddie |
| Kramer, Tracey | 02-3490 | Youngblood, Juanita |
| Kyzar, Jimmie, Sr. | 02-3489 | Adams, Peggy |
| Landrieu, Joseph | 02-160 | Landrieu, Joseph |
| Landry, Elaine M. | 02-2992 | Ballard, Freddie |
| Landry, Lisa L. | 02-2992 | Ballard, Freddie |
| Lawson, Karen Ann | 02-3489 | Adams, Peggy |
| LeBlanc, Wanda A. | 02-2992 | Ballard, Freddie |
| LeLeaux, Margaret | 02-3489 | Adams, Peggy |
| Lewis, Alton J. | 02-2124 | Ferchaud, Gail |
| Lewis, Karen | 02-3489 | Adams, Peggy |
| Lirette, Elizabeth | 02-3490 | Youngblood, Juanita |
| Lively, Darryl | 02-2124 | Ferchaud, Gail |
| Louis, Joanne M. | 02-2124 | Ferchaud, Gail |
| Loupe, Kent A. | 02-3490 | Youngblood, Juanita |
| Lumpkin, Joyce | 02-2994 | Abel, Ruby Diane |
| Magner, Donald, Sr. | 02-2124 | Ferchaud, Gail |
| Maher, Patricia A. | 02-2124 | Ferchaud, Gail |
| Mansfield, Janet M. | 02-2992 | Ballard, Freddie |
| Martin, Joseph Dwayne | 02-2124 | Ferchaud, Gail |
| Mathews, Louis. | 02-2992 | Ballard, Freddie |
| Matthews, Anna Belle. | 02-3489 | Adams, Peggy |
| Matthews, Willie Lee | 02-3490 | Youngblood, Juanita |
| McClain, Mary A. | 02-3489 | Adams, Peggy |
| McCray, Thomas, Sr. | 02-2992 | Ballard, Freddie |
| Mitchell, James E. | 02-3490 | Youngblood, Juanita |
| Mitchell, Kerwin V. | 02-2992 | Ballard, Freddie |
| Mitchell, Willie M. | 02-2992 | Ballard, Freddie |
| Molden, Henry Ernest | 02-2125 | Adams, James |
| Montgomery, Hardy H. | 02-2125 | Adams, James |
| Moore, Verlean | 02-3489 | Adams, Peggy |
| Morrison, David | 02-2125 | Adams, James |
| Morvant, Antoinette Marie | 02-2124 | Ferchaud, Gail |
| Myers, Calbert. | 02-2992 | Ballard, Freddie |
| Myers, Mary D. | 02-2125 | Adams, James |
| Oncale, Albert. | 02-3489 | Adams, Peggy |
| Oncale, Arnold. | 02-2994 | Abel, Ruby Diane |
| Phillips, Rosalie | 02-3490 | Youngblood, Juanita |
| Pichon, Irma B. | 02-3490 | Youngblood, Juanita |
| Pierce, Norman L., Jr. | 02-2992 | Ballard, Freddie |
| Provetere, John | 02-3490 | Youngblood, Juanita |
| Reed, Bernard | 02-3489 | Adams, Peggy |
| Reulet, Maxine T. | 02-2992 | Ballard, Freddie |
| Robertson, Ida Mae | 02-2992 | Ballard, Freddie |

| Plaintiff | Case No. | Lead Plaintiff |
|---|---|---|
| Robertson, Lucille | 02-2992 | Ballard, Freddie |
| Rogers, Harold | 02-3490 | Youngblood, Juanita |
| Rogers, Margaret. | 02-3490 | Youngblood, Juanita |
| Rose, Patricia Ann | 02-2994 | Abel, Ruby Diane |
| Rupe, Carrielou Mahler | 02-2125 | Adams, James |
| Ruth, Geneva P. | 02-2994 | Abel, Ruby Diane |
| Sabathier, John | 02-3490 | Youngblood, Juanita |
| Samuel, Riley | 02-2125 | Adams, James |
| Sanders, Merine | 02-3490 | Youngblood, Juanita |
| Saunders, Mary Rita | 02-2994 | Abel, Ruby Diane |
| Saunier, Arthur Everette, Sr. | 02-2125 | Adams, James |
| Savoie, Margaret | 02-3490 | Youngblood, Juanita |
| Scarborough, Carolyn | 02-3490 | Youngblood, Juanita |
| Schaffer, George | 02-3490 | Youngblood, Juanita |
| Schiaro, Carolyn | 02-3490 | Youngblood, Juanita |
| Schexnayder, Linda | 01-2392 | Schexnayder, Linda |
| Schwab, Earl R. | 02-2994 | Abel, Ruby Diane |
| Sharp, Clara | 02-3490 | Youngblood, Juanita |
| Simoneaux, Bernard | 02-2994 | Abel, Ruby Diane |
| Slay, James B. | 02-2994 | Abel, Ruby Diane |
| Smith, Lefey. | 02-3490 | Youngblood, Juanita |
| Smith, Leonard | 02-2994 | Abel, Ruby |
| Smith, Patsy Marie | 02-3490 | Youngblood, Juanita |
| Solomon, Mary Alice | 02-3489 | Adams, Peggy |
| Stillwell, James | 02-3490 | Youngblood, Juanita |
| Stokes, Beuford | 02-3490 | Youngblood, Juanita |
| Swan, Roy, Sr. | 02-3490 | Youngblood, Juanita |
| Tabor, Nathan | 02-3490 | Youngblood, Juanita |
| Tankersley, Ottis Ray | 02-2125 | Adams, James |
| Taylor, Gail B. | 02-2994 | Abel, Ruby Diane |
| Thibodaux, Iva | 02-2994 | Abel, Ruby Diane |
| Thomas, Lionel | 02-2125 | Adams, James |
| Thompson, Adele | 02-3490 | Youngblood, Juanita |
| Toca, Pamela | 02-3490 | Youngblood, Juanita |
| Todaro, Anthony J. | 02-2125 | Adams, James |
| Vaughn, Jacquelynn B. | 02-2994 | Abel, Ruby Diane |
| Vicknair, Sharon | 02-3490 | Youngblood, Juanita |
| Victor, George, Jr. | 02-2994 | Abel, Ruby Diane |
| Victory, Bonnie S. | 02-2994 | Abel, Ruby Diane |
| Vindigni, Katherine N. | 02-3489 | Adams, Peggy |
| Washington, Johnson. | 02-2994 | Abel, Ruby Diane |
| Wendt, Connie A. | 02-2994 | Abel, Ruby Diane |
| Williams, Alexander, Jr. | 02-2994 | Abel, Ruby Diane |
| Williams, Gabriel. | 02-2994 | Abel, Ruby Diane |

| **Plaintiff** | **Case No.** | **Lead Plaintiff** |
|---|---|---|
| Williams, Lee Ester | 02-3490 | Youngblood, Juanita |
| Williams, Leo J., III | 02-2994 | Abel, Ruby Diane |
| Williams, Tangle Benefield | 02-2125 | Adams, James |
| Williams, Thomas, Jr. | 02-3489 | Adams, Peggy |
| Willie, Robert L. | 02-2994 | Abel, Ruby Diane |
| Wilson, Dorothy. | 02-3490 | Youngblood, Juanita |
| Wilson, Jamie | 02-3489 | Adams, Peggy |
| Wilson, Myrtle F. | 02-2994 | Abel, Ruby Diane |
| Youngblood, Juanita | 02-3490 | Youngblood, Juanita |