# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

**EXPERT WITNESS REPORT OF CHARLES E. BOULT, MD, MPH, MBA**

**BACKGROUND AND QUALIFICATIONS**

1. I am a Professor of Public Health at the Johns Hopkins University, where I direct the Lipitz Center for Integrated Health Care and teach a course entitled, "Health Care for Older Populations."

2. I hold joint appointments in the Johns Hopkins University Schools of Nursing and Medicine. Within the Medical School's Division of Geriatric Medicine and Gerontology, I teach clinical geriatrics and direct a program of research in health services for older people.

3. I earned an MD degree from the Wayne State University School of Medicine in 1974, completed residency training in family practice at the University of Vermont in 1978, received a master of public health degree in epidemiology from the University of Minnesota in 1989, completed a fellowship in geriatrics at Brown University in 1990, and received a master of business administration degree from the University of Minnesota in 2000.

4. I am licensed to practice medicine in Maryland, and I am board-certified in family medicine and geriatrics.

5. I have spent the past 25 years caring for patients, teaching, conducting research, and directing medical services. During 1978-1981, I practiced emergency medicine full-time. From 1981 until the present, I have held full-time academic positions that have

EXHIBIT
Boult 4
1-30-04 mv

included patient care in hospitals, nursing homes, rehabilitation facilities, and outpatient settings. Since 1987, I have limited my practice to geriatrics.

6. I have authored or co-authored one book, eleven book chapters, eight reports and monographs, 39 abstracts, and more than 45 peer-reviewed journal articles about the health care of older people.

7. I am the Editor of the "Models and Systems of Geriatric Care" Section of the *Journal of the American Geriatrics Society,* and I serve on that Journal's Editorial Board. Additionally, I review manuscripts about geriatrics for 20 other journals.

8. I review grant proposals for the National Institutes of Health and the Agency for Healthcare Research and Quality, as well as eight foundations.

9. I have been invited to speak about geriatrics to audiences in the United States, Canada, Italy, Switzerland, Britain, and Puerto Rico.

10. I have provided consultation to 28 public and private health care organizations in the U.S. and Canada regarding the care of older people.

11. I am an active member of the American Geriatrics Society, the Gerontologic Society of America, the American Public Health Association, and Academy Health.

12. A copy of my current Curriculum Vitae, including a complete list of my publications, is attached as Exhibit 1.

13. I have been retained by the Plaintiffs Steering Committee in the Baycol Litigation. The terms of my retention, including my compensation, are set forth in a letter dated August 12, 2003 from Robert Hopper. A copy is attached as Exhibit 2.

14. The opinions expressed in this affidavit are based on my training and experience. I have also reviewed the scientific literature. A list of the documents I considered is attached as Exhibit 3.

15. A list of testimony I have given at deposition or trial during the past ten years is attached as Exhibit 4.

## GERONTOLOGY/GERIATRICS

16. Gerontology is a broad field that addresses many aspects of aging: medical, social, economic, etc. Geriatrics is the medical discipline within gerontology that addresses health care for older people.

## OPINIONS

17. Aging, per se, does not cause disease or symptoms.

18. Aging is accompanied by several biologic processes that change the ways the body functions, increase its vulnerability, and impair its response to injury and its potential for recovery. For example:

a. The size of the liver and the kidneys decreases, as does the flow of blood to these organs. As a result, the rate at which some drugs are metabolized ("broken down") and cleared (removed) from the body is reduced, and higher levels of these drugs accumulate in the blood and the tissues. Also with aging, some of the body's tissues become more sensitive to the effects of drugs.

b. The "functional reserve" (youthful extra capacity) of many organs diminishes with age. Muscle tissue shrinks, contracts less powerfully, and is replaced by fat tissue as people age. This is a well-known aging-related condition called "sarcopenia." To compensate for this loss of functional reserve, muscle and other organs, such as the liver, lungs, and kidneys, use all of their remaining capacity to maintain equilibrium and perform their basic functions. As a result, relatively small injuries of these organs cause relatively large losses of functional performance.

c. Many tissues' ability to recover from injury decreases with age. Aging muscle cells, for instance, lose some of their ability to create and connect the new proteins that they would, at younger ages, use to construct new muscle fibers to replace fibers damaged by trauma or toxins.

19. The onset and the rate of progression of these biologic changes are variable. For several reasons, some people remain relatively youthful, while others lose the function of their organs and tissues more rapidly. There are no commonly used clinical measures

of the extent of these common biologic changes, so all older people should be regarded as vulnerable and be treated carefully and conservatively. Prudent rules for prescribing medications to older people include:

a. "Start low, and go slow." (Initiate therapy at a low dose, and increase the dose gradually, if necessary.)

b. "Don't use a new drug, if an old one will do." (This avoids exposing vulnerable older people to the unknown adverse effects of drugs that have been tested mostly on healthy younger people. New products in an established class of drugs are often considered to be as safe as the older products in the class if the available information does not suggest otherwise.)

20. As people age, they often acquire chronic conditions, such as high blood pressure, diabetes and atherosclerotic cardiovascular disease, which further compromise the function of the liver, the kidneys, the nerves, the muscles, and other organs and tissues. Many of the medications used to treat the diseases of older people introduce still greater risk. Thus the precautions about the selection and dosing of medications for older people are particularly relevant to those with chronic conditions. Safe prescription of a drug for older people with chronic conditions requires complete information from the pharmaceutical manufacturer about the effects of age, disease, and other drugs on the prescribed drug's likelihood of causing adverse effects. In the absence of complete information (and in the presence of pharmaceutical marketing), physicians may unknowingly prescribe drugs that are safe for younger, healthier people, but cause adverse effects in chronically ill older people.

21. In some people, cerivastatin causes muscle injury that appears to range across a continuum from mild and transient to severe and fatal, e.g., as seen in rhabdomyolysis. Intermediate between these extremes is moderate-to-severe muscle damage that begins after

cerivastatin is ingested and persists after the ingestion of cerivastatin has ended. This pattern of moderate-to-severe injury causes weakness or pain in the proximal muscles of affected users of cerivastatin, sometimes leading to significant functional limitation, but not to rhabdomyolysis.

22. In some cases, this moderate-to-severe "myopathy" is accompanied by objective findings such as muscle tenderness, abnormal tests of muscle strength, elevated levels of CK in the blood, abnormal EMG tracings, or abnormal biopsy results. In other cases, these objective findings are absent or difficult to confirm: muscle tenderness and strength may not be recorded, elevations in CK levels are often transient; EMG tracings can be misleading; and biopsies can appear normal if the samples examined are not obtained from the areas where the tissue injury occurred.

23. Thus, even without these objective findings, the presence of moderate-to-cerivastatin-induced myopathy can be deduced in persons meeting three clinical criteria:

a. Pain or weakness of proximal muscles severe enough to cause significant functional limitations.

b. Symptoms that began after the statin was ingested.

c. Symptoms that either diminished or persisted (i.e., did not increase) after use of the statin was discontinued.

People who meet these criteria are likely to have moderate-to-severe statin-induced myopathy.

24. The detection of moderate-to-severe myopathy is supported by, but does not require, an objective diagnostic test, such as muscle tenderness, an abnormal test of muscle strength, elevated levels of CK in the blood, characteristic EMG tracings, or histologic evaluation of biopsy material.

25. The prognosis for moderate-to-severe statin-induced myopathy is variable. Articles by scientists in four countries have described patients with statin-induced myopathy in whom symptoms (myalgia and/or weakness) or biopsy abnormalities have persisted for months after the discontinuation of statins, including cerivastatin. Three lines of evidence suggest that the prognosis for recovery from the pain and weakness of this myopathy ranges from good to poor among people who have taken these drugs:

a. The severity of statin-induced muscle injury ranges from mild to severe.

b. The human body's "functional reserve" and ability to repair damage to muscle tissue ranges from good (among healthy younger people) to poor (among older people).

c. Scientific studies report:(i) abnormal muscle biopsies a year after statins were discontinued, and (ii) "patients in whom recovery was very slow and incomplete, and who continued to complain of muscle aches long after the drug was stopped."

26. Thus, based of my training and experience, and on the materials I have considered, I believe with a reasonable degree of medical certainty that people in whom muscle pain or weakness began on cerivastatin and persisted after stopping it suffer from moderate-to-severe cerivastatin-induced myopathy.

**POSSIBLE ADDITIONAL ANALYSES AND AMENDMENT OF REPORT**

If I learn of additional information relevant to my opinions, I will submit an amended and/or supplemental report as appropriate.

Charles E. Boult

Revised 11/25/2003

**EXHIBIT 1**

# CURRICULUM VITAE

Charles E. Boult, M.D., M.P.H., M.B.A.

## ADDRESSES

Home:
1107 Poplar Hill Road
Baltimore, MD 21210

Office:
624 North Broadway, Room 653
Baltimore, MD 21205-1996
cboult@jhsph.edu
voice: (410) 502-6082
FAX: (4102) 955-0470

## EDUCATION AND TRAINING

*Degrees*

| | | |
|---|---|---|
| H.S. | 1966 | Sault Ste. Marie High School (Michigan) |
| B.A. | 1970 | Albion College (Michigan) |
| M.D. | 1974 | Wayne State University School of Medicine (Michigan) |
| M.P.H. | 1989 | University of Minnesota School of Public Health / Epidemiology |
| M.B.A. | 2000 | University of Minnesota Carlson School of Management |

*Postdoctoral Training*

Internship in internal medicine, Grace Hospital, Detroit, MI, 1974-1975
Residency in family practice, University of Vermont, Burlington, VT, 1975-1978
Fellowship in research methods, University of Minnesota, Minneapolis, MN, 1987-1989
Fellowship in clinical geriatrics, Brown University, Providence, RI, 1989-1990
Fellowship in educational methods, Minnesota Area Geriatrics Educational Center (MAGEC), University of Minnesota, Minneapolis, MN, 1988-1989, 1990-1991

*Medical Licensure*

State of Maryland Medicine and Surgery License Number D0057945; expires 09-30-2004

*Medical Board Certification*

Diplomate, American Board of Family Practice, 1979; re-certified 1986, 1993, 2000
Certificate of Additional Qualification in Geriatric Medicine, 1988; re-certified 1998
Eligible, American Board of Preventive Medicine, 1990
Diplomate, American Board of Emergency Medicine, 1982

## PROFESSIONAL EXPERIENCE

*Appointments*

Professor, 2001-present, Department of Health Policy and Management, Bloomberg School of Public Health (with Joint Appointments, Schools of Nursing and Medicine), Johns Hopkins University

Professor, 2000-2001, Departments of Family Practice and Community Health and Medicine, University of Minnesota Medical School
Adjunct Associate Professor, 1996-2001, Institute for Health Services Research, School of Public Health, University of Minnesota
Associate member, faculty, 1996-2001, Division of Epidemiology, School of Public Health, University of Minnesota
Associate Professor, 1995-2000, Department of Family Practice and Community Health, University of Minnesota Medical School
Examining member, 1994-2001, Graduate Minor Program in Gerontology, University of Minnesota Graduate School
Assistant Professor, 1990-2000, Department of Family Practice and Community Health, University of Minnesota Medical School
Assistant Professor, 1985-1987, Department of Community and Family Medicine, University of California San Diego Medical School
Assistant Clinical Professor, 1981-1985, Department of Family Medicine, Case Western Reserve University

*Principal Responsibilities*
Director, Health Services Research, Division of Geriatric Medicine and Gerontology, Department of Medicine, School of Medicine, Johns Hopkins University, 2003 - present
Director, Lipitz Center for Integrated Health Care, Department of Health Policy and Management, Bloomberg School of Public Health, Johns Hopkins University, 2001-present
Director, Aging and Geriatric Medicine program, University of Minnesota Medical School, 2000-2001
Co-director, Office of Primary Care, University of Minnesota Medical School, 1997-1998
Co-director for outreach and training, Research Data Assistance Center (HCFA), University of Minnesota, 1996-1998
Research director, Center on Aging, University of Minnesota, 1995-1998
Medical director, Geriatric Evaluation and Management (GEM) Program, Department of Family Practice and Community Health, University of Minnesota Medical School, 1993-1996
Medical director, geriatric clinic, University of Minnesota Hospital and Clinic and Department of Family Practice and Community Health, University of Minnesota Medical School, 1991-1993
Director, geriatric fellowship, UCSD School of Medicine, 1986-1987
Director, family practice residency and Family Medical Center, UCSD School of Medicine, 1985-1987
Associate director, family practice residency, Case Western Reserve University School of Medicine (Fairview General Hospital), 1982-1985

## PROFESSIONAL ACTIVITIES

*Society Membership and Leadership*
Delta Omega Honorary Society, 2002-

Revised 11/25/2003

American Public Health Association (APHA)
  Gerontological Health Section, Councilor, 1999-
American Geriatrics Society (AGS)
  Health Systems Committee, 1998-1999, 2001-
  Clinical Practice Committee, 1995-1999
  Public Policy Committee, 1988-1991
Gerontological Society of America (GSA)
  Epidemiology Interest Group, 1988-
American College of Physician Executives (ACPE)
Minnesota Medical Association (MMA)
  Minority Affairs Committee, 2001
  Committee on Ethics and Medical-Legal Affairs, 1997-2000
  Public Health Committee, 1996-1997
Ramsey Medical Society (RMS)
  Professionalism and Ethics Council, Chair, 1997-1999
  Board of Directors, 1996-1999
  Community Relations Committee, 1994-1997
Minnesota Gerontological Society
  Research, Education and Practice Committee, 1991-1999
Society of Teachers of Family Medicine (STFM)
  Working Group on Cost-Effectiveness, 1985-1987

*Participation on Advisory Panels*

California Health Care Foundation, development of strategy for funding efforts to improve the health care of older people, 2000-
Geriatric Research, Education and Clinical Center (GRECC), Veterans Administration Medical Center, Minneapolis, MN, strategic planning, 2000-2001
Robert Wood Johnson Foundation, development of initiatives for improving systems of health care for chronically ill people, 1998-1999
Rand Corporation, development of adult global quality assessment tools for managed care, 1997
National Institute on Aging / National Center for Health Statistics, development of the Longitudinal Study of Aging II, 1996
Allina Health System, Minneapolis, MN, development of strategic plan for geriatrics, 1996
Robert Wood Johnson Foundation / American Association of Health Plans, development of technology and guidelines for case management in Medicare HMOs, 1995-1997
Robert Wood Johnson Foundation and the State of Minnesota's Department of Human Services, development of the Minnesota Senior Health Options (formerly Long-Term Care Options) Project to integrate funding and delivery of acute and long-term care, 1994-1996
Agency for Health Care Policy and Research, Special Emphasis Panels, 1994-1995
National Institute on Aging, development of funding priorities to support research on promoting functional independence in older persons, 1994

*Program or Project Development*

Developed (1992) and validated the Pra™, a questionnaire for identifying members of older populations who are at high risk for hospital admission in the future. The Pra™ is widely used by Medicare Plus Choice plans.

Developed (1995) the ElderHealth Answers,™ a software package for managing and scoring data collected using the Pra.™

Developed (1996) the PraPlus Questionnaire and Telephone Survey™, an expanded instrument for identifying members of older populations who are at high risk for hospital admission in the future. More than 250 health care organizations have licensed the PraPlus™ for use in their screening activities.

*Consultations*

United HealthCare, Inc.--to help develop strategies for creating and disseminating innovations in geriatrics

Blue Cross Blue Shield Association of America--to help develop strategies for screening older populations and for providing interventions appropriate to members' level of risk

American Geriatrics Society--to develop programs of geriatrics education for practicing physicians

Institute for Health Care Improvement--to develop and lead a series of seminars (the Breakthrough Series) designed to help health care organizations improve their care of chronically ill older populations

Department of Veterans Affairs Health Services Research and Development Service--to plan to DVA 2003 "State of the Art in Long-Term Care" conference

Social HMO II Project (HCFA)--to assist health plans to develop integrated geriatric systems of health care

Nutritional Screening Initiative--to refine and test an instrument for identifying older persons at risk for poor nutrition

National Association of Directors of Nursing Administration--to develop guidelines for screening residents of nursing homes for osteoporosis

Commonwealth Fund, New York, NY--to develop an initiative to promote programs that integrate acute and long-term care for dually eligible persons

Scripps Clinic, La Jolla, CA--to develop a comprehensive program of care for high-risk older enrollees in managed care plans

State University of New York at Buffalo, Buffalo, NY--to develop a strategy for recruiting a new director of geriatrics

University of Puerto Rico--to advise on development of a program to identify and treat high-risk members of the Puerto Rican older population

Albert Einstein Medical Center, Philadelphia, PA--to advise on development of systems of care for older populations

Independence Blue Cross, Philadelphia, PA--to advise on development of screening and case management services for older populations

Blue Cross of California--to help design and implement a system for screening enrollees in a Medicare risk plan to identify and treat those at high risk for future use of health-related services

Sierra Health Services--to help design and implement a system for screening enrollees in a Medicare risk plan to identify and treat those at high risk for future use of health-related services

Blue Shield of California--to help design and implement a system for screening enrollees in a Medicare risk plan to identify and treat those at high risk for future use of health-related services

Jewish Family and Children's Services, San Francisco, CA--to develop a proposal for collaborative case management of high-risk older enrollees in Medicare HMOs

Metropolitan Jewish Health Care Services, Brooklyn, NY--to integrate managed care for older persons

Metropolitan Health Plan, Minneapolis, MN--to help develop plans for screening an older population and providing intensive health care to its high-risk members

California Pacific Medical Services Organization, San Francisco, CA--to develop a questionnaire that helps to identify high-risk older persons and to evaluate the outcomes of a case management program that treats those persons

Group Health Cooperative of Puget Sound, Seattle, WA--to help develop and implement geriatrics care maps and case management

Hennepin County (Minnesota) Department of Human Services--to help develop a method for screening persons admitted to nursing homes to identify those who are likely to become long-term residents and who may benefit from early intensive services

UCare Minnesota, Minneapolis, MN--to develop care delivery system for a new Medicare HMO

University Affiliated Family Physicians, Minneapolis, MN--to help develop a system for providing integrated health care to older adults

Cigna HealthCare, Oakland, CA--to develop a proposal for improving pharmacologic management of members of Medicare HMOs

Monsanto Company, St. Louis, MO--to advise on the development and implementation of a virtually integrated health management system

Ross Laboratories, Columbus, OH--to increase awareness of the importance of nutrition in older adults

*Testimony*

Minnesota Senate, 2001

Minnesota House of Representatives, 2001

## EDITORIAL ACTIVITIES

*Peer Review Activities*

Review of manuscripts for scientific journals:

Annals of Internal Medicine, 2003-

Critical Reviews in Oncology and Hematology, 2002-

Medical Care, 2001-

International Journal of Aging and Human Development, 2001-

The Journal of Gerontology: Social Sciences, 2001-
The Journal of Health Care for the Poor and Underserved, 2001-
The American Journal of Public Health, 2000-
The Journal of General Internal Medicine, 2000-
The Milbank Quarterly, 1999-
PharmacoEconomics, 1999-
The American Journal of Managed Care, 1999-
Health Services Research, 1997-
The Journal of Gerontology: Medical Sciences, 1997-
The Archives of Family Medicine, 1996-
The Archives of Internal Medicine, 1995-
The Journal of the American Medical Association, 1995-
The Journal of Aging and Health, 1994-
The Journal of the American Geriatrics Society, 1994-
The Gerontologist, 1992-

Review of abstracts for presentations at annual scientific meetings:
American Geriatric Society 1994, 1996
Geriatric Society of America 1997, 1998
American Association of Medical Colleges 1998
American Public Health Association 1999

*Study Sections*

Special Emphasis Panels, The Agency for Health Care Policy and Research, 1994-1995
Health Systems Research Study Section, Agency for Healthcare Research and Quality, 2002-
Special Emphasis Panel, National Institute on Aging, 2003-

*Ad Hoc Review of Proposals*

The Langeloth Foundation, 2003-
The Wellcome Trust, 2000
The UCare Foundation, 2000-2001
The California Health Care Foundation, 1999-2003
The American Federation for Aging Research (AFAR), 1995
The Allegheny-Singer Research Institute, 1994
The Robert Wood Johnson Foundation (RWJF), 1993-1999
The American Academy of Family Physicians Grant Awards Program, 1992-1998

*Editorships*

Editor, "Models and Systems of Geriatric Care" section, Journal of the American Geriatrics Society, 2002-
Editor, "Models of Care" series, Journal of the American Geriatrics Society, 2000-02

*Editorial Boards*

Member, Editorial Board, The Journal of the American Geriatrics Society, 1998-

Revised 11/25/2003

## HONORS AND AWARDS

*Honors*

Valedictorian of high school class, 1966
Phi Beta Kappa, 1970
Magna Cum Laude, Albion College, 1970
Intern of the Year, 1974-75
Phi Kappa Phi (national graduate school honor society), 1989

*Awards*

Excellence in Research award, American Geriatrics Society, 2000

*Named Lectureships*

None

## PUBLICATIONS

*Journal Articles*

1. Pacala JT, Boult C. Effects of an "open-access" care management program on health care costs and satisfaction (presented at annual scientific meeting of the American Geriatric Society, manuscript in preparation).
2. Fillenbaum G, Hanlon J, Dowd B, O'Connor H, Landerman LR, Artz MA, Garrard J, Boult C, Schmader K. Prescription of inappropriate drugs and the use and cost of health services among older people (in review).
3. Goodlin S, Boult C, Bubolz T, Chiang L. Who will need long-term care? Creation and validation of a new screening instrument (in review).
4. Finucane T, Boult C. Drug studies at meetings of professional societies: science or advertising (in review).
5. Young Y, Boult C. Concurrent validity of administering the Functional Independence Measure (FIM) by interview (in review).
6. Boult C, Urdangarin C, Kessler J, Boult L, Yedidia P. Identifying Workers at Risk for High Health Care Expenditures: a Short Questionnaire. Disease Management 2004 (in press).
7. Spiers NA, Matthews RJ, Jagger C, Matthews FE, Boult C, Robinson TG, Brayne C. Diseases and impairments as risk factors for onset of disability in the older population in England and Wales: findings from the MRC cognitive function and ageing study. J Geront 2004 (in press).
8. Pacala JT, Boult C, Urdangarin C, McCaffrey D. Using self-reported data to predict expenditures for the health care of older people. J Am Geriatr Soc 2003; 51(5):609-614.
9. Coleman EA, Boult C. Improving the quality of transitional care for persons with complex care needs. J Am Geriatr Soc 2003;51(4):556-557.
10. Boult C, Coleman EA. Diffusing our innovations. J Am Geriatr Soc 2003;51(1):127-128.
11. Hanlon JT, Fillenbaum GG, Kuchibhatla M, Artz MB, Boult C, Gross CR, Garrard J, Schmader KE. Impact of inappropriate drug use on mortality and decline in functional status in representative community dwelling elders. Med Care 2002;40(2):166-176.
12. Hanlon JT, Schmader KE, Boult C, Gross CR, Fillenbaum GG, Ruby CM, Garrard J. Use of inappropriate prescription drugs by older people. J Am Geriatr Soc 2002;50(1):26-34.

13. Boult C, Boult L, Morishita L, Dowd B, Kane RL, Urdangarin C. Randomized trial of outpatient geriatric evaluation and management. J Am Geriatr Soc 2001;49(4):351-359.
14. Boult, C, Kane RL, Brown R. Managed care of chronically ill older people: the American experience. British Medical Journal 2000;321:1011-1014.
15. Boult C, Rassen J, Rassen A, Moore RJ, Robison S. The effect of case management on the costs of health care for enrollees in Medicare Plus Choice plans: a randomized trial. J Am Geriatr Soc 2000;48(8):996-1001.
16. Weuve J, Boult C, Morishita L. The effects of outpatient geriatric evaluation and management on caregiver burden. Gerontologist 2000;40(4):429-436.
17. Boult C, Kane RL, Pacala JT, Wagner EH. Innovative systems of care for older populations: results of a national survey. American Journal of Managed Care 1999;5(9):1162-1172.
18. Boult C, Flood C, Krinke B, Skarin V. Validity of nutritional status as a marker for future disability and depressive symptoms among high-risk adults. J Am Geriatr Soc 1999;47(8):995-999.
19. Boult C. Long-term care in its infancy. J Am Geriatr Soc 1999;47(2):250-251.
20. Boult C, Pacala JT. Integrating health care for older populations. American Journal of Managed Care 1999;5(1):45-52.
21. Boult C, Pualwan TF, Fox PD, Pacala JT. Identification and assessment of high-risk seniors. American Journal of Managed Care 1998;4(8):1137-1146.
22. Joseph A, Boult C. Managed primary care of nursing home residents. J Am Geriatr Soc 1998;46(9):1152-1156.
23. Morishita L, Boult C, Boult L, Smith S, Pacala JT. Satisfaction with outpatient geriatric evaluation and management (GEM). Gerontologist 1998;38(3):303-308.
24. Boult C, Boult L, Morishita L, Pirie P. Soliciting defined populations to recruit samples of high-risk older adults. J Gerontol 1998;53A(5):M379-M384.
25. Boult C, Boult L, Pacala JT. Systems of care for older populations of the future. J Am Geriatr Soc 1998;46(4):499-505.
26. Aliotta S, Boult C, Butin D et al. Essential processes of geriatric care provided through health maintenance organizations. J Am Geriatr Soc 1998;46(3):303-308.
27. Boult C, Boult L, Morishita L, Smith SL, Kane RL. Outpatient geriatric evaluation and management. J Am Geriatr Soc 1998;46(3):296-302.
28. Boult C, Brummel-Smith K. Post-stroke rehabilitation guidelines. J Am Geriatr Soc 1997;45(7):881-883.
29. Pacala JT, Boult C, Reed RL, Aliberti E. Predictive validity of the Pra instrument in screening older HMO enrollees. J Am Geriatr Soc 1997;45(5):614-617.
30. Boult C, Altmann M, Gilbertson D, Yu C, Kane RL. Disability in the 21st century: future effects of controlling fatal and non-fatal disease. Am J Public Health 1996; 86:1388-1393.
31. Pacala JT, Boult C. Factors influencing the effectiveness of case management in managed care organizations: a qualitative analysis. J Case Management 1996; 2(3):29-35.
32. Pacala JT, Judge JO, Boult C. Factors affecting sample selection in a randomized trial of balance enhancement: the FICSIT study. J Am Geriatric Soc 1996; 44:377-382.
33. Boult C, Pacala JT, Boult L. Targeting elders for geriatric evaluation and management: reliability, predictive validity and practicality of a questionnaire. Aging: Clinical and Experimental Research 1995; 7(3):159-164.

34. Pacala JT, Boult C, Bland C, O'Brien J. The "Aging Game" improves medical students' attitudes toward caring for elders. Gerontol Geriatr Educ 1995; 15(4):45-57.
35. Morishita L, Boult C, Ebbitt B, Rambel M, Fallstrom K, Gooden T. Concurrent validity of administering the geriatric depression scale and the physical functioning dimension of the sickness impact profile by telephone. J Am Geriatr Soc 1995; 43:680-683.
36. Pacala JT, Boult C, Hepburn K, Kane RA, Kane RL, Malone J, Morishita L, Reed R. Case management of older adults enrolled in health maintenance organizations. J Am Geriatr Soc 1995; 43:538-542.
37. Boult L, Boult C. Underuse of physician services by elderly Asian-Americans. J Am Geriatr Soc 1995; 43:408-411.
38. Frederickson TW, Boult C. Federal regulations and the use of antipsychotic medications in nursing homes. Nursing Home Medicine 1995; 3(2):41-44.
39. Pacala JT, Boult C, Boult L. Predictive validity of a questionnaire that identifies elders at risk for hospital admission. J Am Geriatr Soc 1995; 43:374-377.
40. Boult C, Kane RL, Louis TA, Boult L, McCaffrey D. Chronic conditions that lead to functional limitation in the elderly. J Gerontol 1994; 49(1):M28-M36.
41. Boult C, Boult L, Murphy C, Ebbitt B, Luptak M, Kane RL. A controlled trial of outpatient geriatric evaluation and management. J Am Geriatr Soc 1994; 42:465-470.
42. Luptak MK, Boult C. A method for increasing elders' use of advance directives. Gerontologist 1994; 34(3):409-412.
43. Boult L, Boult C, Pirie P, Pacala J. Test-retest reliability of a questionnaire that identifies elders at risk for hospital admission. J Am Geriatr Soc 1994; 42:707-711.
44. Boult C, Dowd B, McCaffrey D, Boult L, Hernandez R, Krulewitch H. Screening elders for risk of hospital admission. J Am Geriatr Soc 1993; 41:811-817.
45. Boult CE, Kane RL, Louis TA, Ibrahim JG. Forecasting the number of future disabled elderly using Markovian and mathematical models. J Clin Epid 1991; 44(9):973-980.
46. Boult CE, Murphy J, Sloane P, Mor V, Drone C. The relation of dizziness to functional decline. J Am Geriatr Soc 1991; 39(9):858-861.
47. Boult CE. The effect of lifestyle on subsequent well-being during old age: a research frontier for family medicine. Fam Pract Res J 1989; 9(1):9-10.

*Books*

1. Calkins E, Boult C, Wagner E, Pacala JT. Innovative Care for Older People: Building Systems Based on Evidence. New York: Springer 1998.

*Monographs*

1. Boult C, Rubenstein LZ, Fitzpatrick L, Sharp-McHenry L, McClung BL. Sharp-McHenry L, Schleue-Warden JC. Guidelines for the prevention of osteoporotic fractures in long-term care facilities. National Association of Directors of Nursing Administration in Long-Term Care. 1998.
2. Boult C. The prospective care of older populations. Proceeding of the 34th Annual Meeting of the Society of Prospective Medicine, pp. 8-18, Newport, RI, October 1998.

3. Aliotta S, Boult C, Butin D et al. Planning care for high-risk Medicare HMO members. Final report of a study conducted with support of the Robert Wood Johnson Foundation and the American Association of Health Plans. 1997.
4. Pacala JT, Boult C. Screening older populations. Manual for identifying high-risk members of older populations. 1996.
5. Boult C, Pacala JT, Bell J et al. PraPlus screening instrument: a guide to identifying Medicare seniors at risk for hospitalization. Blue Cross Blue Shield Association's National Council on Medical Management. 1996.
6. Aliberti E, Aliotta S, Boult C et al. Identifying high-risk Medicare members: a report from the HMO work group on care management. Final report of a study conducted with support of the Robert Wood Johnson Foundation and the American Association of Health Plans. 1996.
7. Boult C, Boult L, Pacala JT. Clinical innovations for older populations of the future. Proceeding of the 1996 Annual Meeting of the Gerontological Society of America, pp.25-33, Washington DC, November 1996.
8. Pacala JT, Boult C, Hepburn K, Kane RA, Kane RL, Malone J, Morishita L, Reed R. Case management of older adults enrolled in health maintenance organizations. Final report of a study conducted under contract with the Robert Wood Johnson Foundation. 1994.

*Articles and Editorials not peer reviewed*

1. Boult C. Cost-effective systems of caring for seniors. Cost and Quality 1998; 4(2):10-16.
2. Boult L, Boult C. Innovations in the second generation of social health maintenance organizations. Geriatric Managed Care 1997: 3(4):3-12.
3. Boult C. Outpatient geriatric evaluation and management. Minnesota Physician 1997; 11(5):30.
4. Boult C. Primary physicians asked to collaborate in aging project. J Ramsey Co Med Soc 1994; 88(2):10-11.
5. Boult C. Family physicians asked to collaborate in aging project. Minnesota Family Physician 1994; 49(3):6.
6. Boult C. Primary physicians collaborate in aging project: the GEM program. Minnesota Physician 1994; 8(7):13.

*Chapters*

1. Boult C. The financing of health care for older people. In: Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, Fifth Edition. New York: American Geriatrics Society 2002.
2. Boult C. Comprehensive geriatric assessment. In: The Merck Manual of Geriatrics, Third Edition. Blue Bell, PA: Merck and Co. 2000.
3. Boult C, Pacala JT. New models of health care for elders at risk. In: Dychtwald, ed. Healthy Aging: Challenges and Solutions. Gaithersburg, MD: Aspen 1999.
4. Boult C. The benefits of screening elderly patients for health risks: commentary. In: Burns J, Northrup L, eds. Guide to Managed Care Strategies. New York: Faulkner and Gray 1999.
5. Boult C, Pacala JT. Care of older people at risk. In: Calkins E, Boult C, Wagner E, Pacala JT, eds. New Ways to Care for Older People: Building Systems Based on Evidence. New York: Springer 1998.

6. Boult C, Pacala JT. Integrating care. In: Calkins E, Boult C, Wagner E, Pacala JT, eds. New Ways to Care for Older People: Building Systems Based on Evidence. New York: Springer 1998.
7. Michalakes C, Naughton B, Calkins E, Boult C. Older patients in the emergency department. In: Calkins E, Boult C, Wagner E, Pacala JT, eds. New Ways to Care for Older People: Building Systems Based on Evidence. New York: Springer 1998.
8. Kane RL, Boult C. Defining the service needs of frail older persons. In: Mor V, ed. Living in the community with disabilities: a cross-group perspective. New York: Springer 1998.
9. Boult C, Boult L, Kane RL. How effective is geriatrics: a review of the evidence? In: Katz PR, Kane RL, Mezey MD, eds. Quality Care in Geriatric Settings: Focus on Ethical Issues. New York: Springer 1995.

*Letters*

1. Leff B, Boult C. Letter to the editor. Annals of Internal Medicine 2003 (in press).
2. Boult C, Boult L, Morishita L, Dowd B, Kane RL, Urdangarin C. Letter to the editor. J Am Geriatr Soc 2002;50(3):591-592.
3. Boult, C. Letter to the editor. Am J Public Health 1998;88(1):133.
4. Pacala JT, Boult C. Letter to the editor. J Fam Pract 1994; 39(5):537.

*Videotapes*

1. Managing Senior Risk Assessment: Improving Patient Outcomes, 1997, Abbott Laboratories, Columbus, Ohio.
2. Living Well: A Guide to Healthy Aging, 1998, Evening Star Productions, Akron, Ohio.

*Abstracts*

1. Boyd C, Darer J, Wu A, Boult C, Fried L. The challenges of following clinical practice guidelines in the care of older patients with multiple comorbid conditions. J Am Geriatr Soc 2003;51(4):S220.
2. Young Y, Fan M, Boult C, Hebel J. Validation of the "Successful Aging" Construct. Gerontologist 2002;42(1):40.
3. Boult C, McCaffrey D. Association between funding and findings: does sponsorship bias results? J Am Geriatr Soc 2002;50(4):S143.
4. Young Y, Fan M, Boult C, Parrish JM. Actively engaging with life: associations with functional independence and quality of life. J Am Geriatr Soc 2002;50(4):S124.
5. Boult C. An epidemiologic tool that improves health care for older people. Gerontologist 2001;41(S1).
6. Fillenbaum GG, Hanlon JT, Dowd B, O'Connor H, Landerman LR, Artz M, Gross C, Boult C, Garrard J, Schmader K. Impact of inappropriate drug use defined by Beers criteria on health service use. Gerontologist 2001;41(S1):52.
7. Hanlon JT, Fillenbaum GG, Dowd, B, Landerman LR, Artz MA, Gross C, O'Connor H, Boult C, Garrard J, Schmader K. Impact of inappropriate drug prescribing defined by DUR criteria on health services utilization in community dwelling elders. Pharmacotherapy 2001; 21:1268.

8. Hanlon JT, Fillenbaum GG, Kuchibhatla M, Ruby C, Gross C, Boult C, Garrard J, Schmader K. Impact of inappropriate drug prescribing on mortality and decline in functional status in community dwelling elders. J Am Geriatr Soc 2001;49(9):S12-13.
9. Pacala JT, Boult C. An alternative method for risk-adjusting capitation rates for Medicare Plus Choice plans. J Am Geriatr Soc 2001;49(9):S1.
10. Pacala JT, Boult C. Effects of a care management program on costs and satisfaction in an open-access health plan. J Am Geriatr Soc 2001;49(9):S148-149.
11. Hanlon JT, Fillenbaum GG, Kuchibhatla M, Boult C, Gross C, Garrard J, Schmader K. Inappropriate drug use, functional status decline and mortality among community dwelling elderly residents. Gerontologist 2000;40(S1):37.
12. Boult C, Rassen J, Rassen A, Moore RJ, Bouquillon S. Does case management save money in Medicare HMOs? J Am Geriatr Soc 2000;48(8):S6.
13. Pacala JT, Boult C, Urdangarin C. Prediction of future Medicare costs based on self-report. J Am Geriatr Soc 2000;48(8):S8.
14. Hanlon JT, Fillenbaum G, Hu W, Gross C, Garrard J, Ruby C, Schmader K, Boult C. Inappropriate drug prescribing for community dwelling elderly. J Am Geriatr Soc 2000;48(8):S10.
15. Boult C, Boult LB, Morishita L. Outpatient geriatric evaluation and management: a randomized clinical trial. J Am Geriatr Soc 1999;47(9):S7.
16. Weuve JL, Boult C, Morishita L. Effects of outpatient geriatric evaluation and management on caregiver burden J Am Geriatr Soc 1999;47(9):S51.
17. Urdangarin C, Boult C, Morishita L. The effects of outpatient geriatric evaluation and management (GEM) on function, affect and mortality. J Am Geriatr Soc 1999;47(9):S24.
18. Goodlin SJ, Boult C, Bubolz TA. Risk of developing a need for long-term care. J Am Geriatr Soc 1998; 46(9):S85.
19. Skarin V, Boult C. Older adults at high nutritional risk. J Am Geriatr Soc 1997; 45(9):S89.
20. Smith S, Morishita L, Boult C. Promoting completion of advance directives in community-dwelling elders. J Am Geriatr Soc 1997; 45(9):S57.
21. Boult L, Boult C, Morishita L, Smith S. The process of outpatient geriatric evaluation and management (GEM). J Am Geriatr Soc 1997; 45(9):S46.
22. Boult C, Boult L, Morishita L, Pirie P. Recruiting high-risk older participants for a randomized clinical trial. J Am Geriatr Soc 1997; 45(9):S48.
23. Pacala JT, Boult C, Reed R, Aliberti E. Predictive validity of the $P_{ra}$ instrument among older recipients of managed care. J Am Geriatr Soc 1997; 45(9):S3.
24. Morishita L, Boult C, Boult L, Smith S, Pacala JT. Satisfaction with outpatient geriatric evaluation and management. J Am Geriatr Soc 1997; 45(9):S34.
25. Boult C, Kane RL. Future human and economic effects of reducing six chronic diseases. J Am Geriatr Soc 1995; 43(9):SA6.
26. Boult C, Altmann M, Gilbertson D, Yu C, Kane RL. Decreasing disability in the 21st century. J Am Geriatr Soc 1997; 45(7):899-900.
27. Pacala JT, Boult C, O'Brien J, Bland C. The "Aging Game" improves medical students' attitudes toward caring for elders. J Am Geriatr Soc 1995; 43(9):SA38.
28. Murphy C, Reuben D, Boult C. Comparison of two screening instruments that identify elders for comprehensive assessment . J Am Geriatr Soc 1995; 43(9):SA52.

29. Pacala JT, Boult C. A typology of case management in large scale HMOs with Medicare TEFRA risk contracts. Gerontologist 1994;34:29.
30. Morishita L, Ebbitt B, Boult C. Telephone reliability of the physical functioning dimension of the sickness impact scale and the geriatric depression scale. Gerontologist 1994;34:265.
31. Boult C, Dowd B, McCaffrey D, Boult L, Hernandez R, Krulewitch H. Risk for repeated hospital admissions in elderly patients. Ann Intern Med 1994; 120 (Suppl. 2, ACP Journal Club):49.
32. Boult C, Gilbertson D. The effects of four diseases on the number of functionally limited elders in the next century. J Am Geriatr Soc 1993; 41(10):SA4.
33. Boult C, Dowd B, McCaffrey D, Boult L. Predictive validity of a questionnaire that identifies elders at risk for hospital admission. J Am Geriatr Soc 1993; 41(10):SA49.
34. Boult L, Boult C, Pirie P. Test-retest reliability of a questionnaire that identifies elders at risk for hospital admission. J Am Geriatr Soc 1993; 41(10):SA48.
35. Murphy C, Boult C, Boult L, Ebbitt B, Luptak M, Kane RL. Targeted outpatient GEM: results of a pilot study. J Am Geriatr Soc 1993; 41(10):SA55.
36. Loret de Mola F, Boult C. Characteristics of elders who underuse health care. J Am Geriatr Soc 1993; 41(10):SA62.
37. Luptak MK, Boult C. Encouraging elders to record advance directives: results of an outpatient pilot program. Gerontologist 1992; 32(2):72-73.
38. Boult C, Boult L, McCaffrey D. Chronic conditions that lead to functional limitation in the elderly. J Am Geriatr Soc 1992; 40(10):SA65.
39. Boult CE, Hernandez R, Dowd B, McCaffrey D, Keenan J. A model that estimates elders' probability of admission to a hospital within two years. Gerontologist 1991;31(2):347.

Revised 11/25/2003

# CURRICULUM VITAE

Charles E. Boult, M.D., M.P.H., M.B.A.

PART II

## TEACHING

*Advisees*

| | |
|---|---|
| Bowman, Ann | PhD |
| Cash, Richard | MD |
| Elson, Robert B | MS |
| Faughnan, John G. | MS |
| Fisher,Pamela | MD |
| Flory, Daniel | MD |
| Fontaine, Burr | MS |
| Frederickson, Thomas | MD |
| Friedman, Bruce | PhD |
| Goettl, Karin | MD |
| Kendra, Caryn | MD, MPH |
| Kirsch, Kristin | MD |
| Koll, Jeffrey | MD |
| Kowal, Paul | MS |
| Loss, Scott | MS |
| McCarthy, Teresa | MS |
| Mitchell, Jay | MD |
| Murphy, Christine | MD |
| Rolando, Matthew | MD |
| Sandman, Michael | MS |
| Urdangarin, Cristina | PhD |
| Weuve, Jennifer | MPH |
| Whitebird, Robin | PhD |

*Preliminary Oral Participation (not applicable for MS candidates)*

| | |
|---|---|
| Bowman, Ann | PhD |
| Friedman, Bruce | PhD |
| Luptak, Marilyn | PhD |
| Urdangarin, Cristina | PhD |
| Whitebird, Robin | PhD |

*Final Oral Participation*

| | |
|---|---|
| Bowman, Ann | PhD |
| Elson, Robert B | MS |

| | |
|---|---|
| Faughnan, John G. | MS |
| Figari, Carlos | MS |
| Fontaine, Burr | MS |
| Friedman, Bruce | PhD |
| Kimura, Shinji | MS |
| Kowal, Paul | MS |
| Lam, Robert | MS |
| McCarthy, Teresa | MS |
| Sandman, Michael | MS |
| Urdangarin, Cristina | PhD |
| Weuve, Jennifer | MPH |
| Whitebird, Robin | PhD |

*Classroom Instruction*
Principles of Geriatrics I
Principles of Geriatrics II, director
Principles of Geriatrics III
Future Health Interventions, director
Interdisciplinary Geriatrics, director
Human Sexuality
Clinical Medicine II
Clinical Medicine IV
Effective Use of Published Information
Policy Evaluation Research

*Other Significant Teaching*
Clinical teaching of medical students, residents and fellows in hospital, nursing home, home care and outpatient clinics, 1981-
Lecturing at residency noon conferences, Grand Rounds, Research Seminars, and Continuing Medical Education conferences, 1981-

## RESEARCH GRANTS

"Development of a Business Plan for Licensing the PraPlus," AY 2001-2002, Johns Hopkins University Technology Transfer, Principal Investigator: C. Boult, $20,000
"Establishment of an Aging Rodent Colony," AY 2000-01, Minnesota Medical Foundation, Principal Investigator: C. Boult, $15,000
"Risk Assessment and Care Advisors for Chronically Ill Older Populations," AY 1996-00, Robert Wood Johnson Foundation, Co-principal investigator: C. Boult, $530,371
"Identifying High-risk Elderly Enrollees in Managed Care Organizations," AY 1995, Group Health Foundation (The Robert Wood Johnson Foundation), Principal Investigator: C. Boult, $29,085