UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---------------------------X

In re: ) MDL No. 1431 (MJD/JGL)

BAYCOL PRODUCTS LITIGATION ) Volume II

---------------------------X

Washington, D.C.

Monday, February 16, 2004

Continued Videotaped Deposition of

CHARLES E. BOULT, M.D.,

a witness, called for further examination by counsel for Bayer, pursuant to notice and agreement of counsel, beginning at approximately 10:28 a.m. at the Law Offices of Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. before Cindy Sebo, RMR, CSR, RPR, Capital Reporting Company, Notary Public in and for the District of Columbia, when present on behalf of the respective parties:

death. It only seems biologically reasonable that there -- that it could cause an intermediate form of damage that would be moderate to severe in intensity and -- and persistent in duration. So there's -- there's that line of evidence as well.

Q That's your hypothesis, correct, Doctor?

A It's not a hypothesis. It's a statement of -- of two clear values of evidence, you know, one being that cerivastatin, like the other statins, causes a mild form of muscle damage -- and pretty unequivocal evidence that cerivastatin also causes severe muscle damage leading to death. That's not a hypothesis; that's -- that's a matter of fact.

Q But that it somehow causes an intermediate form that's progressive or permanent, that's your hypothesis based upon those two facts?

MR. HOPPER: Objection -- objection as to form; mischaracterizes his prior testimony.

THE WITNESS: Yeah, I didn't -- I didn't say anything about permanence. But the --

part without the data, correct, Doctor?
A I'm not so sure what the implication of labeling it pure speculation -- I -- I think it -- it would be just what it is. It would be making an -- an informed estimate based on the information you have.
Q Doctor, your opinion regarding the comparative muscle toxicity of Baycol versus the other statins is based entirely upon the analysis of reporting rates, correct?
A The adverse event drug reports at postmarketing --
Q Is that right?
A Would you please repeat the first part of that question?
Q Your opinion regarding the comparative muscle toxicity of Baycol versus the other statins is based entirely upon reporting rates of adverse events, correct, postmarket?
A Yes.
Q Okay. A reporting rate is calculated by adding up the number of spontaneous adverse

A As long as the way the word "true" is understood the way I just explained, I would not disagree.

Q Okay. And the last sentence, "Comparisons of drugs cannot be made from these data."

Do you have any basis to disagree with that statement?

A Yes.

Q What?

A That if the estimated incidence rate of an adverse reaction is considerably higher for one drug than for another, we can make comparisons about the risk of the two drugs. And we do it all the time.

Q Doctor, have you ever drafted a label for a marketed prescription drug?

A No.

Q Have you ever worked with the FDA to prepare a label for a prescription drug?

A No.

Q You ever consult with a pharmaceutical

company that has approved drugs on the market on the content of their labeling?
A No.
Q Have you ever been in the position to recommend labeling changes to the FDA as an employee of a pharmaceutical company?
A No.
Q Have you ever been in the position to implement a label change or a Dear Doctor letter for a prescription medication?
A No.
Q Ever consulted with a pharmaceutical company about the wording of a labeling change for a prescription medication?
A No.
Q Ever consulted with a pharmaceutical company about whether a labeling change should be made to a prescription medication?
A No.
Q Has the FDA ever called you up and asked you for your opinion or advice on whether it should approve or reject the labeling for any

prescription drug product?
A No.
Q And you're aware the FDA regulates the labeling of new drugs, correct, Doctor?
A I believe so.
Q And it makes the final determination about what language and -- or information should be included in the label?
A I'm really not familiar with the process of how that works exactly, but it sounds logical.
Q Okay. You're not an expert on the FDA regulations that govern the labeling of prescription drug products, correct?
A That's right.
Q And you're not going to offer testimony on that in this litigation, the FDA regulations that cover the labeling of prescription drug products?
A Well, only to -- from the perspective of the clinician who has to use the labels, who has to read them, understand them and interpret them in

the care of their patients. So I would -- if asked, I would certainly volunteer opinions about the adequacy of -- of the labeling as -- as they are distributed to clinicians.

Q But not from an FDA or regulatory perspective?

A I can't --

MR. HOPPER: Asked and answered.

THE WITNESS: -- I can't comment on the processes that they use. I can comment, however, on the result of those processes.

BY MR. MIZGALA:

Q Doctor, are you going to testify that Baycol -- or Bayer violated any of the FDA's regulations with respect to the Baycol labeling?

A No.

Q Doctor, would you agree that skeletal muscle has a large capacity for regeneration?

A It does have a capacity, but that capacity varies among different people at different ages and with different medical profiles.

Q And, Doctor, would you agree that

A Correct, I did not.
Q Okay. Did you ever design a human study involving Baycol?
MR. HOPPER: Objection, asked and answered. He's already told you what he's done with respect to designing clinical trials. It's in his transcript.
BY MR. MIZGALA:
Q A few questions, Doctor. Did you ever design a -- a human study involving Baycol?
A No.
Q Did you ever conduct a controlled clinical trial involving Baycol?
A Not focused on Baycol. There probably were people taking it in clinical trials that I ran for other reasons, but it wasn't the clinical trial of Baycol.
Q Okay. Ever done any research on Baycol?
A No.
Q Ever done any research on statin medications directly?

A Other than reviewing literature, no.

MR. MIZGALA: Exhibit 14.

(Boult Deposition Exhibit No. 14 was marked for identification.)

BY MR. MIZGALA:

Q Okay. Doctor, Exhibit 14 is an article entitled -- entitled, "Lipid-lowering agents and myopathy" by Dr. Robert L. Wortmann, correct?

A That's right.

Q Okay. Out of Current Opinion in Rheumatology 2002?

A Correct.

Q Okay. And this is another one of those articles that was on your list of materials reviewed?

A I believe it was.

Q Okay. Can you turn to Page 646 under the heading "Mechanisms"?

A I see it.

Q The first sentence, "Precisely how the lipid" -- "lipid-lowering drugs cover myopathy

# Exhibit C

# Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors – simvastatin and pravastatin

Muscle disorders, ranging from myalgia to myositis, are well recognised complications of treatment with simvastatin. Up to November 1994 there had been 183 reports to the Australian Registry of Adverse Drug Reactions of muscle disorders attributed to simvastatin including 14 cases of myositis. A florid, acute myositis characterised by diffuse myalgia and elevation in serum creatine kinase (CK) has been reported with simvastatin,[1] pravastatin[2] as well as with lovastatin. Symptoms can develop within a month of starting therapy and most cases develop within three months. Most patients recover clinically after stopping the drug.

Fifteen patients attending a vascular risk clinic developed myalgia while taking either simvastatin 10-20 mg/day or pravastatin 40 mg/day. Symptoms were predominantly stiffness and tenderness of proximal limb muscles and difficulty rising from a low chair. Of the 15 patients, 12 were women over the age of 60 years. There was no major increase in serum CK levels; all values were less than twice the upper limit of normal.

Needle biopsies were taken from deltoid or quadriceps femoris muscles. All showed the light microscopic changes of mitochondrial myopathy, confirmed by low mitochondrial cytochrome C oxidase (CCOX) together with low pyruvate and malate cytochrome C reductase levels. The biopsies from six patients were examined with electron microscopy; all showed the same pattern of sub-sarcolemmal collections of architecturally normal mitochondria with no inclusion bodies (Figure 1). All symptoms and signs resolved on cessation of the drugs and recurred in three out of the three patients rechallenged. In the three patients who consented for a repeat muscle biopsy the microscopic and biochemical mitochondrial abnormalities were still present one year after stopping the drug.



*Figure 1:* Electron micrograph showing a typical sub-sarcolemmal collection of mitochondria in a patient who developed simvastatin myopathy. Scale = 1 micron.

We also studied eight patients on simvastatin who had no muscle symptoms and who gave informed consent for muscle biopsy. These patients all had normal muscle biopsies and normal muscle biochemistry. Muscle biopsies were also taken from three women over the age of 70 taking no drugs and these exhibited normal appearances and CCOX levels at the lower end of our normal laboratory range.

Simvastatin can produce a myopathy in rabbits.[3] Zidovudine can produce a mitochondrial myopathy with ragged red fibres and partial CCOX deficiency,[4] similar to that produced in our patients. 3-hydroxy-3-methylglutaryl coenzyme A (HMG CoA) reductase catalyses the rate-limiting step in cholesterol synthesis. Simvastatin and pravastatin inhibit HMG CoA reductase and this leads to a decrease in the mevalonate available for a side pathway of ubiquinone synthesis. This isoprenyl ubiquinone synthetic pathway is an important component of the respiratory chain in muscle mitochondria. Our report links HMG CoA reductase inhibitor therapy to mitochondrial changes, but does not exclude the possibility that these drugs simply aggravate, and thereby make manifest a latent, perhaps genetically determined, pre-existing mitochondrial myopathy.[5] It is also possible that HMG CoA reductase inhibitors such as simvastatin can accelerate the normal decrease in human muscle mitochondrial respiratory chain activity associated with ageing, or accelerate the rate of mitochondrial DNA deletions in skeletal muscle.[6,7] We advise caution when using simvastatin or pravastatin in the elderly, especially in women who seem more susceptible than men to this particular myopathic complication. Therapy should be stopped if persistent pain, cramps, weakness or stiffness of proximal muscles develops. ■

**Acknowledgements**
Assistance of Ms Feng Yang of the Neurology Department, RPA Hospital, Sydney and of Ms Alexis Viles, Blue Mountains Hospital, Katoomba, NSW, is gratefully acknowledged.

*Reprint requests to:* Dr J. F. England, 3 Woodland Road, Katoomba, NSW 2780.



EXHIBIT
Boult 11
1-30-04 MV

J. D. F. ENGLAND,
Visiting Medical Officer,
Department of Cardiology,
Westmead Hospital,
Sydney, NSW,
J. C. WALSH,
Staff Specialist,
Department of Neurology,
P. STEWART,
Staff Specialist,
Department of Clinical Biochemistry,
Royal Prince Alfred Hospital,
Sydney, NSW,
I. BOYD,
Executive Officer,
A. ROHAN,
Head,
Therapeutic Drugs Administration,
Department of Health, Housing and Community Services,
Canberra, ACT,
G. M. HALMAGYI
Staff Specialist,
Department of Neurology,
Royal Prince Alfred Hospital, Sydney, NSW.

**References**

1. Chariot P, Abadia R, Agnus D, Charpentier C. Simvastatin induced rhabdomyolysis followed by a MELAS syndrome. Am J Med 1993; 94: 109-10.
2. Schalke BB, Schmidt B, Toyka K, Hartung H. Pravastatin associated inflammatory myopathy. N Engl J Med 1992; 327: 649-50.
3. Nakahara K, Kuiyama M, Yoshidome H, Nagata K, Nagado T, Nakagawa M. Experimental simvastatin-induced myopathy in rabbits. J Neurol Sci 1992; 113: 114-7.
4. Chariot P, Monnet I, Gherardi R. Cytochrome C Oxidase Reaction improves histopathological assessment of zidovudine myopathy. Ann Neurol 1993; 34: 561-5.
5. Johnston W, Karpati G, Carpenter S, Arnold D, Shoubridge EA. Late-onset mitochondrial myopathy. Ann Neurol 1995; 37: 16-23.
6. Trounce I, Byrne E, Marzuki S. Decline in skeletal muscle mitochondrial respiratory chain function: possible factor in aging. Lancet 1989; i: 637-9.
7. Rifai Z, Welle S, Kamp C, Thornton CA. Ragged red fibers in normal aging an inflammatory myopathy. Ann Neurol 1995; 37: 24-9.

# Tamoxifen flare – an unusual case of hypercalcaemia and transient rapidly progressive pancytopenia

Initiation of tamoxifen therapy in breast cancer patients, can precipitate a syndrome of hypercalcaemia, increasing pain from skeletal metastases and transient increases in size of other metastatic deposits. This phenomenon typically occurs between seven and 14 days after the commencement of tamoxifen. Its frequency varies from 1.2% to 6.4%.[1-3] Disagreement exists, however, regarding the significance of such a flare and the role of continuing tamoxifen therapy.[2,4]

We report an unusual case of tamoxifen therapy associated with rapidly progressive pancytopenia. A 45-year-old premenopausal female had a left mastectomy in February 1992 for a node positive, hormone receptor negative, infiltrating ductal carcinoma. Adjuvant chemotherapy with cyclophosphamide, methotrexate and fluorouracil was administered, followed by chest wall irradiation. She was subsequently postmenopausal. In December 1993 a right mastectomy was performed for a further node positive, but oestrogen receptor positive, infiltrating ductal carcinoma of breast. Within a few weeks of surgery a right supraclavicular fossa lymph node and left pleural effusion was detected. Diagnostic aspirate of the effusion revealed malignant cells. Bone scan and serum calcium were normal. Tamoxifen therapy was commenced. Full blood count showed a haemoglobin (Hb) of 97 g/L, white cell count (WCC) of $3.0 \times 10^9$/L and platelet count of $302 \times 10^9$/L.

Nine days after the commencement of tamoxifen, the patient was admitted to hospital with a four day history of nausea, thirst, constipation, cough and left subscapular pain. Full blood count on admission showed a Hb of 89 g/L, a WCC of $2.1 \times 10^9$/L and a platelet count of $141 \times 10^9$/L. Over the next 72 hours her WCC fell to $0.8 \times 10^9$/L and she developed a mild thrombocytopenia – $122 \times 10^9$/L. Serum calcium on admission was 3.38 mmol/L and rose to 3.75 mmol/L the next day. 45 mg of pamidronate was administered intravenously. The




*Figure 1:* Progress charts of white cells and platelets following commencement of tamoxifen therapy.

# Exhibit D

EXHIBIT
Bout 9
1-30-04 mv



# Statin-Associated Myopathy with Normal Creatine Kinase Levels

Paul S. Phillips, MD; Richard H. Haas, MD; Sergei Bannykh, MD, PhD; Stephanie Hathaway, RN; Nancy L. Gray, RN; Bruce J. Kimura, MD; Georgirene D. Vladutiu, PhD; John D.F. England, MD; and the Scripps Mercy Clinical Research Center*

Background: **Muscle symptoms in patients who are treated with statins and have normal creatine kinase levels are not well understood.**

Objective: **To report biopsy-confirmed myopathy and normal creatine kinase levels associated with statin use.**

Design: **Case reports from preliminary analysis of an ongoing clinical trial.**

Setting: **Clinical research center in a community hospital.**

Patients: **Four patients with muscle symptoms that developed during statin therapy and reversed during placebo use.**

Measurements: **1) Patients' ability to identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength.**

Results: **All four patients repeatedly distinguished blinded statin therapy from placebo. Strength testing confirmed weakness during statin therapy that reversed during placebo use. Muscle biopsies showed evidence of mitochondrial dysfunction, including abnormally increased lipid stores, fibers that did not stain for cytochrome oxidase activity, and ragged red fibers. These findings reversed in the three patients who had repeated biopsy when they were not receiving statins. Creatine kinase levels were normal in all four patients despite the presence of significant myopathy.**

Conclusion: **Some patients who develop muscle symptoms while receiving statin therapy have demonstrable weakness and histopathologic findings of myopathy despite normal serum creatine kinase levels.**

*Ann Intern Med.* 2002;137:581-585. www.annals.org
*For members of the Scripps Mercy Clinical Research Center, see the Appendix.
For author affiliations, see end of text.
**See editorial comment on pp 617-618.**

3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (statins) are the mainstay of therapy for hypercholesterolemia because of their effectiveness and exceptional safety profile (1–3). Nonetheless, many patients treated with statins have muscle symptoms, and some patients develop severe muscle toxicity. Little is known about the mechanism by which statin therapy leads to muscle toxicity. The recent withdrawal of cerivastatin from the U.S. market has highlighted both our ignorance and the need for postmarketing surveillance of these therapies (4).

There are credible reports of patients who have muscle symptoms and normal serum creatine kinase levels while receiving statins. One of us described 15 patients with muscle stiffness and tenderness who had normal levels of creatine kinase. Muscle biopsies in these patients revealed ragged red fibers consistent with mitochondrial myopathy (5). Other researchers have described patients with reproducible muscle pain during statin therapy despite normal creatine kinase levels (6, 7). Cell cultures and animal models have shown statin toxicity despite normal creatine kinase levels (8, 9). Thus, it appears that muscle symptoms of some patients receiving statin therapy might represent a muscle toxicity below the threshold needed to increase creatine kinase levels. We describe four such patients who had myopathy during statin therapy despite normal creatine kinase levels.

## Methods

Four patients were identified among the first 20 patients randomly assigned in an ongoing, unfunded, double-blinded, crossover clinical trial that had been approved by an investigational review board. The objective of the trial is to determine whether patients with muscle symptoms and normal creatine kinase levels while taking statins could distinguish blinded statin therapy from placebo. We hypothesized that some patients would be able to identify blinded statin therapy and have objective findings. Patients who had muscle symptoms during statin therapy that resolved when they were not receiving statins for 2 weeks were recruited from a clinical research group. Eligible patients had to have normal creatine kinase levels while they were experiencing symptoms. End points were 1) whether patients could accurately identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength. The muscular strength tests during both placebo use and statin therapy included hip abduction and flexion measured by Nicholas Manual Muscle Tester (Lafayette Instrument Co., Lafayette, Indiana) (10).

The 4 patients presented here were identified during a preliminary analysis of the first 21 patients. These 4 patients correctly identified the statin therapy phase because of the reproducible muscle symptoms. Tissue samples from percutaneous muscle biopsies were fresh frozen in liquid nitrogen for metabolic and genetic analysis and were fixed for pathologic analysis according to standard techniques (11). Pathologists reading the muscle biopsy findings were not blinded to the treatment status of the patients, and requisitions read "possible myopathy." Plasma concentrations of HMG-CoA reductase inhibitors were measured by using a validated enzyme inhibition assay (12). The findings of these 4 patients are presented here and summarized in the **Table**.

Some muscle specimens were analyzed for mitochondrial point mutations at an accredited mitochondrial dis-

© 2002 American College of Physicians–American Society of Internal Medicine 

**Context**

Although severe myopathy can occur with statin therapy, some patients receiving statins develop muscle symptoms but have normal serum creatine kinase levels.

**Contribution**

This report documents biopsy-confirmed myopathy in four statin-treated patients with normal creatine kinase levels. When patients were challenged with placebo or statin, symptoms and histologic changes occurred only during statin use.

**Implications**

Normal creatine kinase levels do not rule out statin-associated myopathy in patients with muscle symptoms. The frequency of this disorder is unknown.

*–The Editors*

ease laboratory by using a standard point mutation analysis panel and Southern blotting techniques. Urine specimens were analyzed for organic acids by using standard mass spectrometry techniques.

## RESULTS

### Patient 1

Patient 1 developed muscle aches and decreased exercise tolerance during 4 years of simvastatin therapy. She found it difficult to ascend one flight of stairs without resting to relieve severe leg aching. Symptoms did not change during a brief trial of atorvastatin. After the patient entered the trial, her muscle symptoms markedly resolved during the 2-week washout period and the blinded placebo phase. Muscle aching recurred within 48 hours of initiation of the statin phase. After 2 weeks of statin therapy, the patient again found it difficult to ascend a flight of stairs because of leg pain and weakness. She repeated the protocol and again experienced symptoms while receiving statin; the symptoms again resolved during the placebo phase.

Results of serum and urine biochemical analyses are reported in the **Table**. Muscle biopsy revealed extensive lipid-filled vacuoles distributed within the myofibers (**Figure**), along with cytochrome oxidase–negative myofibers.

The patient's muscle symptoms and hip weakness improved 3 months after she had discontinued statin therapy. At that point, repeated muscle biopsy showed complete resolution of the pathologic abnormalities (**Figure**).

### Patient 2

Patient 2 developed muscle pains and weakness while receiving lovastatin, 40 mg/d. She could not open jars or snap her fingers. Her physician changed her therapy to niacin for 2 years. Each time simvastatin was added to improve her lipid control, the patient developed muscle aches, weakness, and shortness of breath with exertion. She entered the double-blinded trial for two separate evaluations and correctly identified the statin phases because of reproduction of her symptoms. The patient had muscle weakness and normal creatine kinase levels during each statin phase (**Table**).

Muscle biopsy revealed accentuated lipid droplet accumulation and cytochrome oxidase–negative muscle fibers that were consistent with myopathy. Repeated muscle biopsy performed 3 months after discontinuation of statin therapy revealed complete resolution of the abnormal lipid stores.

### Patient 3

Patient 3 developed aching and weakness of the shoulder, hip, and thigh while taking atorvastatin, 20 mg/d, for 2 years. During a 2-week vacation, he forgot his medication and noticed a substantial resolution of his muscle symptoms. He entered the trial for two separate evaluations and correctly identified the statin arm both times after developing weakness; his creatine kinase level was normal at both evaluations (**Table**).

A muscle biopsy performed during atorvastatin therapy revealed increased lipid droplets, ragged red fibers, and cytochrome oxidase–negative muscle fibers, all consistent with lipid myopathy. Repeated biopsy done after the patient had not received statin therapy for 5.5 months showed resolution of the increased lipid droplets.

### Patient 4

Patient 4 began receiving atorvastatin, 10 mg/d, for combined hyperlipidemia, and within 2 weeks he noticed leg aches when climbing stairs. His symptoms resolved 2 weeks after he had stopped taking atorvastatin. Upon enrollment in the trial, he correctly identified the blinded statin therapy and had measurable hip weakness despite a normal creatine kinase level (**Table**).

His muscle biopsy demonstrated cytochrome oxidase–negative fibers. Electron microscopy showed abnormal lipid droplets surrounded by electron-dense membranous debris. The patient did not undergo biopsy after discontinuation of statin therapy.

### Testing

We performed a series of tests to exclude possible causes of mitochondrial dysfunction other than statin therapy. Biochemical testing of these patients during statin therapy did not reveal any evidence of carnitine deficiency or hypothyroidism.

## DISCUSSION

Randomized trials and community surveillance have demonstrated an extremely low incidence of serious muscle toxicity in patients receiving statins: 1 case per 10 000 (13, 14). Despite this low incidence, many patients attribute their muscle symptoms to statin therapy.

The similar clinical, pathologic, and biochemical features of our four patients suggest that the patients have the same type of myopathy. More important, these features are

convincingly related to statin therapy and fulfill the accepted criteria for an adverse drug reaction: 1) Muscle symptoms occurred when the patients were receiving statins in a double-blinded fashion, 2) these symptoms normalized when the patients received placebo, 3) muscle toxicity recurred upon re-exposure to the statin, as it had occurred upon previous exposures, 4) the adverse reaction was confirmed by pathologic and biochemical findings, and 5) the pathologic abnormality reversed upon discontinuation of statin therapy (15).

A limitation of our report is that the pathologists were not blinded to the treatment status of the patients at biopsy. Nonetheless, the histochemical findings in these four patients were surprisingly similar. Unusually prominent accumulations of lipid were present in the type 1 fibers on oil red O stains or electron microscopy in all four patients. Other evidence of myopathy included cytochrome oxidase–negative staining fibers and ragged red fibers. These myopathic findings reversed when three of these patients had repeated biopsy while not receiving statins.

Increased lipid stores, cytochrome oxidase–negative myofibers, and ragged red fibers are features of mitochondrial respiratory chain dysfunction and suggest myopathy due to a metabolic abnormality. Although some of these findings may rarely occur in myofibers because of aging, the pattern of increased lipid is unusual. It has previously been described as a drug reaction (16) and as a consequence of coenzyme $Q_{10}$ deficiency (17).

Mild 3-methylglutaconic aciduria was found in the three patients who were tested while they were receiving

***Figure.*** **Muscle biopsy specimens obtained while patients were receiving and not receiving statin therapy.**




These oil red O stains show lipid as red-staining bodies. All specimens obtained from trial patients 1, 2, and 3 during statin therapy (*parts A, C, and E,* respectively) showed an unusual accumulation of lipid in type 1 fibers. These lipid accumulations had resolved upon repeated biopsy done when the patients were no longer receiving statins (*parts B, D, and F,* respectively). (Oil red O stains; original magnification, ×20).

*Table.* **Patient Characteristics***

| Patient | Age | Lipid Levels | Statin Dosage† | Hip Abduction (Strength) | | Hip Flexion (Strength) | | Statin Level | Creatine Kinase Level during Statin Therapy‡ | 3-Methylglutaconic Acid Level§ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | On Statin | Off Statin | On Statin | Off Statin | | | On Statin | Off Statin |
| | *y* | *mmol/L* | *mg/d* | ← | kg | | → | *ngEq/cm³* | *μkat/L* | *mmol/mol* | |
| 1 | 76 | Total cholesterol, 7.63<br>Triglycerides, 4.22<br>LDLC, 4.71<br>HDLC, 0.98 | Cerivastatin, 0.4<br>Pravastatin, 40<br>Simvastatin, 80<br>Atorvastatin, 20 | 4.1 | 7.8 | 8.9 | 16.8 | 1.4 (Simvastatin)‖ | 0.63 | 21 | 0 |
| 2 | 66 | Total cholesterol, 9.59<br>Triglycerides, 3.87<br>LDLC, 6.47<br>HDLC, 1.34 | Simvastatin, 40<br>Lovastatin, 40 | 11.6 | 12.9 | 9.6 | 10.1 | 16.3 (Simvastatin)‖ | 0.73 | 11 | 0 |
| 3 | 66 | Total cholesterol, 5.95<br>Triglycerides, 2.26<br>LDLC, 3.39<br>HDLC, 1.53 | Atorvastatin, 20 | 6.3 | 9.0 | 14.3 | 16.3 | 10.9 (Atorvastatin)¶ | 2.30 | ND | ND |
| 4 | 62 | Total cholesterol, 5.87<br>Triglycerides, 2.37<br>LDLC, 3.90<br>HDLC, 0.88 | Atorvastatin, 10 | 12.9 | 14.8 | 24.1 | 27.2 | NA | 1.39 | 16 | 3 |

* HDLC = high-density lipoprotein cholesterol; LDLC = low-density lipoprotein cholesterol; NA = not available; ND = not done. To convert lipid values to mg/dL, divide by 0.0259.
† Statin at time of biopsy is listed first, followed by all other statins causing symptoms for that patient. No patient was taking macrolide antibiotics, cyclosporine, fluconazole, or fibrates or was consuming large amounts of grapefruit juice during the study. Thyroid-stimulating hormone levels in both patients with history of L-thyroxine use were normal. No patient was consuming large amounts of alcohol. Electromyography, nerve conduction studies, and magnetic resonance imaging findings were normal in patients 2 and 3.
‡ Normal range, 0–3.26 μkat/L.
§ Normal range, 0–9 mmol/mol creatinine.
‖ Simvastatin level within therapeutic range.
¶ Atorvastatin level within therapeutic range.

statins and was absent when they were not receiving statins. We have tested a series of six other patients who did not have muscle symptoms while receiving long-term statin therapy, and we found no abnormal organic acidurias in them (18). 3-Methylglutaconic aciduria occurs in some patients with respiratory chain dysfunction (19). This finding requires further confirmation.

Our patients had normal statin levels (Table). Thus, these patients do not seem to have become myopathic because of too much drug or inadequate clearance. However, the development of toxicity at normal statin activity levels suggests that the patients might have an underlying metabolic vulnerability.

The creatine kinase level remained normal in these patients every time they became myopathic both before and during the trial. The presence of a normal creatine kinase level has previously been used to argue against myopathy in patients with muscle symptoms during statin therapy. These cases suggest that serum creatine kinase level is an inadequate test for statin-associated myopathy.

Little is known about the mechanism of statin-associated myopathy. These four patients had myopathy related to statin use despite normal creatine kinase levels. Histochemistry suggests a defect in mitochondrial respiratory chain function. Further biochemical and genetic evaluations of this defect may elucidate statin myotoxicity and may identify which patients are most vulnerable to these myopathic reactions.

## APPENDIX: SCRIPPS MERCY CLINICAL RESEARCH CENTER

The Scripps Mercy Clinical Research Center is a collaborative group of investigators, including Darius Amjadi, MD, Richard Blum, MD, Thomas E. Diggs, MD, Stewart Frank, MD, Richard Friedman, MD, Jerrold G. Glassman, MD, Nancy L. Gray, RN, Stephen Gross, MD, Stephanie Hathaway, RN, Bruce J. Kimura, MD, John Mazur, MD, Douglas Mooney, MD, John Morse, MD, Jeffrey Mullvain, MD, Robert Pachorek, PharmD, Paul S. Phillips, MD, Emily Scott, MD, Harminder Sikand, PharmD, Michael Sullivan, MD, David Shaw, MD, Joseph Stein, MD, David Stieber, MD, and Jeffrey Williams, MD.

From Scripps Mercy Hospital and University of California, San Diego, Medical Center, San Diego, California; and State University of New York at Buffalo, Buffalo, New York.

**Acknowledgments:** The authors thank Mr. David Cloutier for assistance with randomization sequencing and statistical analyses and Dr. Beatrice Golomb, Assistant Professor of Medicine, University of California, San Diego, for assistance with the analysis and development of epidemiologic evidence.

**Potential Financial Conflicts of Interest:** *Grants pending:* P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura.

**Requests for Single Reprints:** Paul S. Phillips, MD, Interventional Cardiology, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San

Diego, CA 92103; Web site, impostertrial.com; e-mail, inquire @impostertrial.com.

Current author addresses and author contributions are available at www .annals.org.

## References

1. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. The Long-Term Intervention with Pravastatin in Ischaemic Disease (LIPID) Study Group. N Engl J Med. 1998;339:1349-57. [PMID: 9841303]

2. Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet. 1994;344: 1383-9. [PMID: 7968073]

3. **Sacks FM, Pfeffer MA, Moye LA, Rouleau JL, Rutherford JD, Cole TG, et al.** The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. Cholesterol and Recurrent Events Trial investigators. N Engl J Med. 1996;335:1001-9. [PMID: 8801446]

4. **Farmer JA.** Learning from the cerivastatin experience. Lancet. 2001;358: 1383-5. [PMID: 11705478]

5. **England JD, Walsh JC, Stewart P, Boyd I, Rohan A, Halmagyi GM.** Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors—simvastatin and pravastatin [Letter]. Aust N Z J Med. 1995;25: 374-5. [PMID: 8540887]

6. **Sinzinger H, Schmid P, O'Grady J.** Two different types of exercise-induced muscle pain without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment [Letter]. Atherosclerosis. 1999;143:459-60. [PMID: 10217378]

7. **Ucar M, Mjörndal T, Dahlqvist R.** HMG-CoA reductase inhibitors and myotoxicity. Drug Saf. 2000;22:441-57. [PMID: 10877038]

8. **Masters BA, Palmoski MJ, Flint OP, Gregg RE, Wang-Iverson D, Durham SK.** In vitro myotoxicity of the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors, pravastatin, lovastatin, and simvastatin, using neonatal rat skeletal myocytes. Toxicol Appl Pharmacol. 1995;131:163-74. [PMID: 7878672]

9. **Nakahara K, Kuriyama M, Sonoda Y, Yoshidome H, Nakagawa H, Fujiyama J, et al.** Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol Appl Pharmacol. 1998;152:99-106. [PMID: 9772205]

10. **Marino M, Nicholas JA, Gleim GW, Rosenthal P, Nicholas SJ.** The efficacy of manual assessment of muscle strength using a new device. Am J Sports Med. 1982;10:360-4. [PMID: 7180955]

11. **Dubowitz V.** Muscle Biopsy—A Practical Approach. London: Bailliere Tindall; 1985.

12. **Stubbs RJ, Schwartz MS, Gerson RJ, Thornton TJ, Bayne WF.** Comparison of plasma profiles of lovastatin (mevinolin), simvastatin (epistatin) and pravastatin (epstatin) in the dog. Drug Invest. 1990;2(Suppl 2):18-28.

13. **Gruer PJ, Vega JM, Mercuri MF, Dobrinska MR, Tobert JA.** Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol. 1999;84: 811-5. [PMID: 10513779]

14. **Gaist D, Rodríguez LA, Huerta C, Hallas J, Sindrup SH.** Lipid-lowering drugs and risk of myopathy: a population-based follow-up study. Epidemiology. 2001;12:565-9. [PMID: 11505177]

15. **Lanctôt KL, Naranjo CA.** Comparison of the Bayesian approach and a simple algorithm for assessment of adverse drug events. Clin Pharmacol Ther. 1995;58:692-8. [PMID: 8529335]

16. **Raskind JY, El-Chaar GM.** The role of carnitine supplementation during valproic acid therapy. Ann Pharmacother. 2000;34:630-8. [PMID: 10852092]

17. **Ogasahara S, Engel AG, Frens D, Mack D.** Muscle coenzyme Q deficiency in familial mitochondrial encephalomyopathy. Proc Natl Acad Sci U S A. 1989; 86:2379-82. [PMID: 2928337]

18. **Phillips P, Haas R, Barshop B, Bannykh S, Amjadi D.** Utility of abnormal 3-methylglutaconic aciduria (3MGA) in diagnosing statin associated myopathy. Atheroscler Thromb Vasc Biol (Online Journal). 2002;22:878.

19. **Scaglia F, Sutton VR, Bodamer OA, Vogel H, Shapira SK, Naviaux RK, et al.** Mitochondrial DNA depletion associated with partial complex II and IV deficiencies and 3-methylglutaconic aciduria. J Child Neurol. 2001;16:136-8. [PMID: 11292221]

**Current Author Addresses:** Dr. Phillips: 4060 Fourth Avenue, Suite 205, San Diego, CA 92103.
Dr. Haas: University of California San Diego Medical Center, 9500 Gilman Drive, La Jolla, CA 92093-0935.
Dr. Bannykh: Division of Neuropathology, University of California San Diego Medical Center, 225 West Dickenson Avenue, San Diego, CA 92103.
Ms. Hathaway and Ms. Gray: Cardiology Research, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San Diego, CA 92103.
Dr. Kimura: 230 Prospect Place, Suite 250, Coronado, CA 92118.
Dr. Vladutiu: University at Buffalo, 936 Delaware Avenue, Buffalo, NY 14209.
Dr. England: Blue Mountains Hospital, Great Western Highway, Katoomba, NSW 2780, Australia.

**Author Contributions:** Conception and design: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, B.J. Kimura, J.D.F. England.
Analysis and interpretation of the data: P.S. Phillips, R.H. Haas, S. Bannykh, B.J. Kimura, G.D. Vladutiu, J.D.F. England.
Drafting of the article: P.S. Phillips, R.H. Haas, S. Bannykh, J.D.F. England.
Critical revision of the article for important intellectual content: P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura, G.D. Vladutiu.
Final approval of the article: P.S. Phillips, R.H. Haas, S. Bannykh.
Provision of study materials or patients: R.H. Haas, B.J. Kimura, J.D.F. England.
Obtaining of funding: S. Hathaway, N.L. Gray.
Administrative, technical, or logistic support: S. Hathaway, N.L. Gray.
Collection and assembly of data: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, G.D. Vladutiu.

# Exhibit E

AN OFFICIAL JOURNAL OF THE AMERICAN COLLEGE OF RHEUMATOLOGY

# Arthritis & Rheumatism

VOLUME 48, NUMBER 9 (SUPPLEMENT) SEPTEMBER 2003

## ABSTRACT SUPPLEMENT

## 2003 ANNUAL SCIENTIFIC MEETING

October 23–28, 2003
Orlando, Florida

EXHIBIT
Bourt 10
1-30-04 mv

AMERICAN COLLEGE

WILEY

730

**The Natural Course of Statin-Induced Myopathy.** Julie P. Hildebrand, Jim H. Stein, Patrick E. McBride, Lee C. Vermeulen, Jr., Edwin E. Ferguson, Jr., Karen E. Hansen. University of Wisconsin, Madison, WI

**Purpose:** Myopathy is a known side effect of HMG CoA reductase inhibitor or "statin" therapy. Myalgia may occur in 2-11% of patients and myositis in 0.5%. The purpose of this study is to define the time course, severity, and long term sequelae of patients who have experienced statin-induced myopathy.

**Methods:** After consent from the UW Human Subjects Committee, the Medical Informatics Department provided a list of patients with ICD-9 Codes of myositis, myopathy due to drugs, inflammatory myopathy, progressive or toxic myopathy, and adverse drug reaction to a cholesterol lowering agent. Consent from study subjects was waived, as the study could not practically be carried out without a waiver and the study was of minimal risk. A standardized chart review form was used to collect information on onset and duration of symptoms, inciting drug and dose, presence of muscle weakness, CPK results, therapy, and outcome. Exclusion criteria included elevated CPK due to myocardial infarction or pre-existing muscle disease.

**Results:** The medical records of 217 patients were reviewed. Thirty patients taking a statin medication presented with muscle complaints: 27 (90%) with myalgias and 11 (36.7%) with weakness; 7 with proximal and 3 with diffuse weakness. The mean duration of statin therapy prior to symptoms was 2.7 months (56.75 months/21patients). 15 of 20 (75%) tested had elevated CPK levels. One patient with a peak CPK of >350,000 developed rhabdomyolysis with acute tubular necrosis with complete restoration of renal function prior to hospital discharge, and one patient with pre-existing renal artery stenosis required dialysis during her hospitalization. None of the other 28 patients developed renal insufficiency as a complication of myopathy. No subject developed new liver disease. Discontinuation of the statin occurred in 26/30 patients. Five patients required physical therapy. At 2 months, 11/30 (36.7%) of patients' muscle symptoms had completely resolved, and at 9 months, 16/21 (76 %) had returned to their baseline.

**Conclusions:** In this retrospective study, most subjects with musculoskeletal symptoms attributed to statin therapy experienced resolution of symptoms within six months of therapy cessation. A subset of patients experienced muscle weakness (36.7%) and elevated CPK (50%). Most patients with elevated CPK, even when greater than 10,000, had complete and rapid recovery with supportive care and statin discontinuation. Although previously published case reports suggest significant morbidity with HMG-CoA reductase inhibitor myotoxicity, our findings indicate a benign clinical course with discontinuation of the offending statin and supportive therapy.

Disclosure: J.P. Hildebrand, None; J.H. Stein, None; P.E. McBride, None; L.C. Vermeulen, None; E.B. Ferguson, None; K.E. Hansen, None.

731

**Importance of Age and Renal Function in Patients Treated with Antimalarials.** Enrique Casado, Marta Larrosa, Jordi Gratacós, Elena Fernández, Jordi Real. Hospital of Sabadell, University Institute Parc Tauli (UAB), Sabadell, Spain

**BACKGROUND:** We have recently reported a high prevalence of antimalarial myopathy in patients with some rheumatic diseases in long-term treatment with chloroquine or hydroxychloroquine (Arthritis Rheum 2002; 46 (suppl): 1649) However the factors associated with this complication are not known.

**PURPOSE:** To investigate which factors are associated with the presence of antimalarial myopathy in patients with some rheumatic diseases.

**METHODS:** 119 patients on long-term treatment (more than 6 months) with antimalarials (111 CQ, 8 HCQ) were evaluated. Mean age 57.1±14.1 years. 15 patients had developed an antimalarial myopathy during treatment. The following variables were analysed in all patients: sex, age, duration of treatment, daily dose, accumulated dose, serum creatinine and clearance of creatinine (determined by the standard Cockcroft-Gault formula).

**RESULTS:** The group of patients who had developed an antimalarial myopathy had a clearance of creatinine lower than those who had not developed this complication in our series. However, we didn't find significant differences in age and serum creatinine levels (see Table).

**CONCLUSIONS:** The group of patients who had developed an antimalarial myopathy had a clearance of creatinine lower than those who hadn't developed this complication in our series. However, we didn't find significant differences in age and serum creatinine levels.

Table

| | Patients with myopathy | Patients without myopathy | P |
|---|---|---|---|
| n (%) | 15 (12.6%) | 104 (87.4%) | |
| CQ/HCQ | 13/2 | 98/4 | |
| Age (years) | 62.3±14.2 | 56.4±14 | NS |
| Sex (ratio female/male) | 2.7 | 2.5 | NS |
| Duration of treatment (months) | 47.3±29.4 | 40±31.5 | NS |
| Accumulated dose (g) | 335.5±214 | 299.6±236.2 | NS |
| Creatinine (mg/dl) | 0.99±0.22 | 1.06±0.22 | NS |
| Clearance of creatinine (ml/min) | 61,8±18,8 | 77±21.3 | 0,031 |

Disclosure: E. Casado, None; M. Larrosa, None; J. Gratacós, None; E. Fernández, None; J. Real, None.

732

**Differences are Demonstrated in the Association of Myositis and Malignancy Between Polymyositis and Dermatomyositis.** Hector Chinoy[1], Fiona Salway[2], Wendy Thomson[2], Alan J. Silman[2], William E. R. Ollier[2], Robert G. Cooper[1]. [1]Hope Hospital, Manchester, UK, Manchester, United Kingdom; [2]ARC Epidemiology Unit, University of Manchester, Manchester, United Kingdom

The association between malignancy and dermatomyositis (DM) has been well described. There are, however, other aetiological differences between polymyositis (PM) and DM. Thus, although HLA-DRB1 is associated with myositis, there are substantial differences in the strength of association between HLA-DRB1 between PM and DM.

**AIMS:** 1) To determine if differences exist in the association of malignancy with PM, DM and myositis/overlap disease.

2) To determine whether differences exist in HLA-DRB1 associations between malignancy and non-malignancy associated myositis.

**METHODS:** Data was collected on 267 adult Caucasian patients, with definite myositis, according to the Tanimoto criteria (J Rheumatol 1995, 22:668-674); PM (n=112), DM (n=90), overlap (n=65); who were thoroughly screened for malignancy. DNA was amplified by the polymerase chain reaction (PCR) and HLA-DRB1 genotyping was performed using the Dynal RELI™ SSO test. The frequency of malignancy was compared between the myositis groups. HLA-DRB1 alleles were compared between those with and without malignancy, as well as with a randomly selected, ethnically matched control group (n=537).

**RESULTS:** There was 18 malignancies overall in the myositis patients. This was highest in those with DM (11.8%) compared to PM (1.8%) and overlap disease (6.1%) (odds ratio for DM vs PM = 7.3, 95% CI 1.6-33.3). The female preponderance was less obvious in the malignancy group (F: M 1.25 malignancy vs 2.56 remainder, p=0.14). The average age of onset was lower in the PM associated malignancy, compared to the remainder of PM patients (46.5 years vs 49.2 years), but by contrast, was higher in the DM (53.6 years vs. 44.1 years) and myositis/overlap group (54.3 years vs. 45.5 years). None of these differences were significant. Breast carcinoma (n=6) was the most common malignancy, followed by large bowel (n=2) and bladder (n=2). HLA-DRB1, particularly HLA-DRB1*03 was associated with all myositis patients, but no differences were detected in the frequency of the alleles between the malignancy-associated patients and the remainder.

**CONCLUSIONS:** The increased association of malignancy with DM confirms previous reports in smaller series of subjects, but the size of the increase is greater than previously thought. There is no evidence from the HLA-DRB1 data that there are immunogenetic differences between those with and without malignancy, and other aetiological explanations should be sought.

Disclosure: H. Chinoy, None; F. Salway, None; W. Thomson, None; A.J. Silman, None; W.E.R. Ollier, None; R.G. Cooper, None.

# Exhibit F

# Drug-induced myopathies

Zohar Argov

Two major entities continue to be controversial in the field of clinical myotoxicity: the various myopathies that are induced by the cholesterol-lowering agents and the acute quadriplegic myopathy of intensive care. Both conditions are relatively common, but their pathogenesis is unclear. The problematic issues related to these disorders are presented, with suggested topics for future research. Curr Opin Neurol 13:541-545. © 2000 Lippincott Williams & Wilkins.

Department of Neurology, Hadassah University Hospital and the Hebrew University-Hadassah Medical School, Jerusalem, Israel

Correspondence to Zohar Argov, Department of Neurology, Hadassah University Hospital, Jerusalem 91120, Israel
Tel: +972 2 6776 938; fax: +972 2 6437 782; e-mail: zargov@md2.huji.ac.il

Current Opinion in Neurology 2000, 13:541–545

**Abbreviations**

| | |
|---|---|
| AQM | acute quadriplegic myopathy |
| CK | creatine kinase |
| CLAM | cholesterol lowering agent myopathy |
| NMBA | neuromuscular blocking agent |

© 2000 Lippincott Williams & Wilkins
1350-7540

EXHIBIT
Boult 5
1-30-04 mv

## Introduction

Numerous drugs have been reported to possess myotoxic effects. Some are frequently associated with these complications (e.g. corticosteroids), whereas others rarely exhibit such effects. The present review is not intended to be an up-to-date encyclopaedic list of the recent drugs that are implicated in inducing toxic myopathies; this has been done in the past, from different perspectives, by several authors [1–3]. The review focuses on two main disorders, which continue to be controversial to some degree, and have an unclear pathogenesis: the myopathies of the frequently used cholesterol-lowering agents, and the enigmatic acute quadriplegic myopathy (AQM) of the intensive care unit. The review is based on material published during the past 2 years, and I also express some personal views related to these issues.

## Cholesterol-lowering agent myopathy

Since the introduction of drugs into routine use for lowering serum cholesterol, it has been known that such agents have myotoxic effects that may lead to muscle fibre necrosis. Many thousands of patients are now taking one of the modern drugs, usually from the pharmacological group of the statins. These agents, which inhibit the enzyme $\beta$-hydroxy-$\beta$-methylglutaryl coenzyme A reductase, have proven effect of reducing mortality from coronary heart disease. Myopathic side effects of these drugs are still continuously reported.

### Clinical features of cholesterol-lowering agent myopathy

There are four primary clinical manifestations of cholesterol-lowering agent myopathy (CLAM): elevated serum creatine kinase (CK); generalized myalgia that is unrelated to activity; exercise-induced muscle pain; and rhabdomyolysis.

#### *Elevated serum creatine kinase*

Elevated serum CK may be completely asymptomatic, and is noted only if the CK levels are monitored. Stopping the medication will usually result in return of serum CK to normal levels. It is estimated that 0.1–0.5% of patients taking cholesterol-lowering agents will have drug-induced elevation in serum CK.

#### *Generalized myalgia unrelated to activity*

This manifestation of CLAM usually appears after a short period of treatment (weeks to a few months). This symptom is almost always associated with elevated serum CK. Withdrawal of the drug usually leads to full recovery. However, I have seen several patients in whom

recovery was very slow and incomplete, and who continued to complain of muscle aches long after the drug was stopped. This clinical experience has been reported to me by other neuromuscular experts also, but has not been formally reported.

*Exercise-induced muscle pain*

This new, recently described syndrome that is related to statins is not associated with elevation in serum CK or with weakness [4•]. Five of the seven reported patients were active in competitive sports, and the medications impaired their performance. Stopping the statins resulted in disappearance of the symptoms.

*Rhabdomyolysis*

Rhabdomyolysis usually appears as an acute event, but subacute rapid progression over a few weeks was also reported [5]. Pain, weakness and marked elevation in serum CK are the hallmarks of the syndrome. Although in many patients this side effect is further complicated by secondary renal failure, complete recovery is the rule if proper treatment is commenced promptly. The incidence of this severe side effect is very low, and is estimated at 0.04% [6].

## Unresolved issues in cholesterol-lowering agent myopathy

There are several unresolved issues that relate to CLAM, and these are as follows: is elevated serum CK a risk factor for myotoxicity of the statins?; when should treatment with statins be stopped if the CK is continuously elevated?; and what is the mechanism of the myotoxicity of statins?

*Elevated serum creatine kinase as a risk factor for myotoxicity of statins*

A formal study of this problem has not yet been conducted. Thus, the approaches of treating physicians vary: some would not prescribe these medications if the serum CK is elevated before therapy; whereas others do not routinely check serum CK before treatment. One has to remember that the range of normal values of serum CK is different from that reported by many laboratories. Serum CK levels are not normally distributed in healthy persons, having a skewed distribution with a long tail to the higher levels [7•]. Most laboratories report the upper normal value as 2 standard deviations above the mean normal value as 2 standard deviations above the mean (central 95% of observations) for reference range determination. Such a calculation should not be applied to a non-Gaussian distribution. A more appropriate report of upper normal values would be the 97.5th percentile. This will increase the range of 'normal values' by a factor of two [7•], and eliminate some of the hesitation before commencing statin therapy. The fact that patients who had rhabdomyolysis sustain 'high' serum CK after the episode is not a proof that it was a risk factor to begin with, because it may represent a sustained, subclinical, drug-induced muscle injury.

*When to stop statin treatment if the serum creatine kinase is continuously elevated*

This problem has also not been formally studied. Should the treating physician monitor serum CK during statin therapy, and should any elevation in serum CK above the normal range be an indication to withhold the drug? Such a treatment policy will unnecessarily exclude patients from the protective effects of these drugs. A common practice with antiepileptic drugs, for instance, is to allow an increase in liver enzymes in the serum up to three to five times the normal level without stopping the drug. My personal view is to use a similar approach with the statins, until a proper study is reported. A similar recommendation to allow an elevation in serum CK up to three times the upper normal value, before considering withdrawal of statins, was recently reported by others [8].

*Mechanism of myotoxicity with statins*

There is no direct evidence that drug dosage is a risk factor, because rhabdomyolysis may occur even with relatively low doses. However, the more frequent observation of myotoxicity in patients with renal failure [5] may indicate that drug levels are of some importance in the mechanism of toxicity. Furthermore, combination of cholesterol-lowering agents has been reported to be a probable risk factor in the development of statin-induced rhabdomyolysis. The combination of gemfibrozil with any of the statins has been reported to be associated with rhabdomyolysis in at least 22 patients [5]. Other drugs, including cyclosporine, macrolide antibiotics [5] and antifungal agents of the azole group [9], combined with any of the statins have also been suggested to pose a risk for myotoxicity. There are, however, no formal statistical data to show that such combinations carry more risk for any form of CLAM. Even if certain drug combinations are hazardous, this does not explain the basic pathogenesis. As is the case with other forms of drug-induced rhabdomyolysis, the mechanisms involved are poorly understood. An attempt to produce an animal model for statin-induced myopathy was recently reported [10]. The model did mirror the human clinical observations, but the report did not establish the pathogenesis of this complication.

## Acute quadriplegic myopathy

Acute myopathy that develops during steroid treatment of patients with status asthmaticus, who require mechanical ventilation, was first reported in 1977 [11]. Most of these patients also received nondepolarizing neuromuscular blocking agents (NMBAs). Since then, many similar cases have been observed and reported. The description of selective loss of thick (myosin) filaments

in many muscle fibres helped to establish the concept of AQM.

The clinical picture is that of severe weakness of all voluntary limb muscles, usually more proximal, appearing in the setting of intensive care treatment. Weakness of respiratory muscles is responsible for difficulty in weaning the patients from ventilatory support. If patients are sufficiently cooperative, sensory testing shows no impairment. Elevation of serum CK is observed in only some of these patients. The loss of myosin filaments, which has also been confirmed with biochemical techniques (for example by gel electrophoresis [12]), results in reduced central fibre staining with adenosine triphosphatase and a typical electron microscopic picture with loss of thick filaments and preservation of the Z bands. Other histological features, such as atrophy of both slow and fast muscle fibre types, presence of angulated fibres, fibre size variability and minimal necrosis, are shared by all patients. Electrophysiological findings are very heterogeneous in such patients, and not all may be directly related to AQM. For instance, the presence of spontaneous activity on electromyographic testing is considered part of the AQM picture by some investigators, whereas others consider this to be an indication for the coexistence of a neurogenic disease. Functional recovery is common, but very slow (taking months).

Although the combination of steroids and NMBAs is frequently used in patients with asthma, AQM can occur with other diseases. Major organ transplantation also requires the combined use of these drugs in patients with a complicated course in critical care units. Reports of AQM in as many as 7% of patients after liver transplantation [13] suggested that these patients have a special risk for this complication. Miro *et al.* [14•] prospectively studied 81 patients after liver transplant, and identified only four patients with acute quadriplegia (1.4%). Because they followed the patients prospectively, they reported clinical suspicion after only 3 days in one patient and after less than 2 weeks in the remaining three. Thus, the duration of intensive care hospitalization cannot be regarded as a strong risk factor. Interestingly, three of the quadriplegic patients had facial weakness, a feature that is less common in AQM. Muscle biopsy was, unfortunately, delayed to 11–28 days after the transplantation. Only three of these patients had loss of myosin thick filaments, suggesting that this unique feature may not be present at the onset of the disease and may be a secondary phenomenon. This notion is also strengthened by an earlier study [15] that showed that loss of myosin filaments was more prevalent in late than earlier biopsies.

There are certain problems with the characterization of AQM, including whether AQM is a separate entity and whether it is a drug-induced disorder.

### Is acute quadriplegic myopathy a separate identity?

The issue of delineating the features of AQM is complicated by the description of another neuromuscular disorder in critically ill patients: critical care neuropathy. This disorder, first described in 1984 [16], also manifests as quadriplegia developing in the setting of a patient in an intensive care unit. These patients usually have major complications such as sepsis and multiorgan failure. Gutmann and Gutmann [17•] recently attempted to define discriminating features for both AQM and critical care neuropathy. As they note themselves (and has been the experience of many neurologists trying to evaluate such patients), however, there are many grey areas. The main difference between these disorders appears to be the existence of sensory deficit in the neuropathic disease. However, many of these patients are not in a condition to allow a proper sensory examination. I have attempted to create a modified set of criteria for the two disorders, each of which may represent a different end of a spectrum of overlapping syndromes (Table 1). Such criteria may be used to establish much needed

Table 1. Suggested criteria for the two types of critical care neuromuscular illness

| Neuromuscular illness | Criteria |
|---|---|
| Acute quadriplegic myopathy | Quadriplegia/quadriparesis (flaccid, primarily proximal, possible facial weakness); tendon reflexes diminished or lost<br>No sensory impairment on either clinical or electrophysiological tests (preferably both)<br>Myopathic electromyography (or only loss of units with low compound muscle action potential), without fibrillation potentials; inexcitable muscle on direct stimulation<br>Diffuse, selective loss of myosin thick filaments on electron microscopy of muscle biopsy (done early)<br>Exclusion of prolonged neuromuscular blockade (drug overdose, myasthenia, botulism, pseudocholine esterase deficiency) and rhabdomyolysis |
| Critical care neuropathy | Flaccid weakness with loss of all tendon reflexes<br>Distal sensory loss (may be difficult to confirm in many patients)<br>Severe reduction or loss of both compound muscle action potential and sensory nerve action potential, without marked slowing of conduction velocities<br>Abundant fibrillations with loss of units on maximal effort on electromyography<br>Exclusion of Guillain–Barré syndrome, porphyria |

prospective research into critical illness neuromuscular diseases, and are certainly not the final definitive criteria.

### Is acute quadriplegic myopathy a drug-induced disorder?

The only strong correlation with the prevalence of AQM is with the combined use of steroids and NMBAs [15], although the condition may also occur in patients treated with only one of these agents. Recently, two studies confirmed the existence of AQM without exposure to any of these drugs [12], or minimal exposure to NMBAs only [18]. These patients had all of the clinical features, the typical histology with loss of myosin on biochemical analysis [12], and a clear myopathic electromyographic pattern [18]. In one study [12], however, the patients had fibrillation potentials in several muscles. Thus, exposure to a combination of steroids and NMBAs, or even to one of these agents is not mandatory for the development of AQM. Also, it was noted [14•] that, in some patients after liver transplantation, recovery from AQM occurred even when steroids were not discontinued. It is even possible that the combination of steroids and NMBAs, so commonly used in critical care units, is not directly causing AQM. Another possibility is that these drugs have only a contributory role in the pathogenesis of AQM. The existence of a rat model showing myosin loss and reduced electrical excitability only in a denervated muscle with steroid therapy [19,20] strengthens this notion. Should we view AQM as being iatrogenic (emphasizing the role of the critical care unit), rather than a toxic myopathy?

An electrophysiological prospective study by Coakley *et al.* [21] evaluated the patterns of abnormalities in patients who stayed in intensive care for more than 7 days. Those investigators identified electrophysiological abnormalities in more than 80% of the studied patients. They divided the patients into four groups: those with normal studies; those with low sensory potential only (pure sensory syndrome); those with low compound muscle action potential and normal sensory potentials (pure motor syndrome); and those with both abnormalities ('mixed' syndrome). About half of all these patients had muscle biopsy, and the most common feature was atrophy of both fibre types. Unfortunately, electron microscopy was not performed. Thus, it is not clear whether myosin thick filament loss was present in some of these patients, especially those with a pure motor syndrome. It should be emphasized that there are many patients with a prolonged stay in an intensive care unit, being treated with NMBAs and steroids, who do not develop an acute quadriplegic disorder. Furthermore, there are other causes for the development of severe weakness in an intensive care setting, although AQM is the most frequent condition when the weakness appears after admission to the intensive care unit [22].

## Conclusion

The relatively common iatrogenic disorders CLAM and AQM are both reversible in most patients. They do cause marked morbidity, however, and in both the pathogenesis is unknown. I would like to use this review as a plea for properly conducted prospective studies. There is a need to evaluate the risk factors for myotoxicity of the cholesterol-lowering agents, especially those related to serum CK levels. The existence of a critical care severe neuromuscular disease is not in question. It is still unclear, however, whether this critical care illness is a manifestation of a myopathy, of a neuropathy or a combined disorder, whether the myopathic disorder is due to drugs; whether the loss of myosin filaments is a primary or secondary feature; and whether every patient is at risk for this complication? Further research is also required to identify the mechanisms that are involved in these two conditions.

## References and recommended reading

Papers of particular interest, published within the annual period of review, have been highlighted as:
- • of special interest
- •• of outstanding interest

1 Argov Z, Mastaglia FL. Drug-induced neuromuscular disorders. In: Walton's disorders of voluntary muscle. Walton J, Karpati G, Hilton-Jones D (editors). New York: Churchill-Livingstone; 1994. pp. 989–1029.

2 George KK, Pourmand R. Toxic myopathies. Neurol Clin 1997; 15:710–730.

3 Pascuzzi RM. Drugs and toxins associated with myopathies. Curr Opin Rheumatol 1998; 10:511–520.

4 Sinzinger H, Schmid P, O'Grady J. Two different types of exercise-induced pain
• without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment. J Neurol Sci 1999; 143:459–460.
This study describes a newly recognized type of myopathy that is related to cholesterol-lowering agents, which appears mainly in persons who are engaged in sports.

5 Landesman KA, Stozek M, Freeman NJ. Rhabdomyolysis associated with the combined use of hydroxymethylglutaryl-coenzyme A reductase inhibitors with gemfibrozil and macrolide antibiotics. Connecticut Med 1999; 63:455–457.

6 Tobert JA. Efficacy and long-term adverse effect pattern of lovastatin. Am J Cardiol 1988; 62:28j–34j.

7 Lev EI, Tur-Kaspa I, Ashkenazy I, *et al.* Distribution of serum creatine kinase in
• young healthy persons. Clin Chim Acta 1999; 279:107–115.
This study emphasizes again the non-Gaussian distribution of CK values, which are skewed toward high values. The normal range of CK is different from that reported by most laboratories.

8 Lieoson PR, Amsterdam EA. Prevention of coronary heart disease. Disease A Month 1999; 45:497–572.

9 Gilad R, Lampl Y. Rhabdomyolysis induced by simvastatin and ketoconazole treatment. Clin Neuropharmacol 1999; 22:295–297.

10 Nakahara K, Kuriyama M, Sonoda Y, *et al.* Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol Appl Pharmacol 1998; 152:99–106.

11 MacFarlane IA, Rosenthal FD. Severe myopathy after status asthmaticus. Lancet 1977; ii:615–617.

12 Deconinck N, Van Parijs V, Beckers-Bleukx G, Van den Bergh P. Critical illness myopathy unrelated to corticosteroids or neuromuscular blocking agents. Neuromusc Disord 1998; 8:186–192.

13 Campellone JV, Lacomis D, Kramer DJ, *et al.* Acute myopathy after liver transplantation. Neurology 1998; 50:46–53.

14 Miro O, Salmeron JM, Masanes F. et al. Acute quadriplegic myopathy with • myosin-deficient muscle fibers after liver transplantation. Transplantation 1999; 67:1144–1151.

This is a semiprospective study about the epidemiology of quadriplegic myopathy after liver transplants. It shows a significant prevalence, but does not establish transplantation as a unique risk.

15 Lacomis D, Giuliani MJ, van Cott A, Kramer DL. Acute myopathy of intensive care: clinical, electrophysiologic, and pathologic aspects. Ann Neurol 1996; 40:645–647.

16 Bolton CF, Gilbert JJ, Hahn AF, Sibbald WJ. Polyneuropathy in critically ill patients. J Neurol Neurosurg Psych 1984; 47:1223–1231.

17 Gutmann L, Gutmann L. Critical illness neuropathy and myopathy [editorial]. • Arch Neurol 1999; 56:527–528.

This editorial attempts to define the different diagnostic features of the critical illness types: myopathy versus neuropathy.

18 Hoke A, Rewcastle NB, Zochodne DW. Acute quadriplegic myopathy unrelated to steroids or paralyzing agents: quantitative EMG studies. Can J Neurol 1999; 26:325–329.

19 Massa R, Carpenter S, Holland P, Karpati G. Loss and renewal of thick myofilaments in glucocorticoid-treated rats soleus after denervation and reinnervation. Muscle Nerve 1992; 105:1290–1298.

20 Rich MA, Pinter MJ, Kraner SD, Barchi RL. Loss of electrical excitability in an animal model of acute quadriplegic myopathy. Ann Neurol 1998; 43:171–179.

21 Coakley JH, Nagendran K, Yarwood GD, et al. Patterns of neurophysiological abnormality in prolonged critical illness. Intensive Care Med 1998; 24:801–807.

22 Lacomis D, Petrella T, Giuliani MJ. Causes of neuromuscular weakness in the intensive care unit: a study of ninety-two patients. Muscle Nerve 1998; 21:610–617.

# Exhibit G

# BAYCOL™
## (cerivastatin sodium tablets)

PD500041 9/97

### DESCRIPTION

Cerivastatin sodium is sodium [S-[R*,S*-(E)]]-7-[4-(4-fluorophenyl)-5-methoxymethyl)-2,6bis(1-methylethyl)-3-pyridinyl]-3,5-dihydroxy-6-heptenoate. The empirical formula for cerivastatin sodium is $C_{26}H_{33}FNO_5Na$ and its molecular weight is 481.5. It has the following chemical structure:



Cerivastatin sodium is a white to off-white hygroscopic amorphous powder that is soluble in water, methanol, and ethanol, and very slightly soluble in acetone.

Cerivastatin sodium is an entirely synthetic, enantiomerically pure inhibitor of 3-hydroxy-3-methylglutaryl-coenzyme A (HMG-CoA) reductase. HMG-CoA reductase catalyzes the conversion of HMG-CoA to mevalonate, which is an early and rate-limiting step in the biosynthesis of cholesterol.

BAYCOL™ (cerivastatin sodium tablets) is supplied as tablets containing 0.2 or 0.3 mg of cerivastatin sodium, for oral administration. Active Ingredient: cerivastatin sodium. Inactive Ingredients: mannitol, magnesium stearate, sodium hydroxide, crospovidone, povidone, iron oxide yellow, methylhydroxypropylcellulose, polyethylene glycol, and titanium dioxide.

### CLINICAL PHARMACOLOGY

Cholesterol and triglycerides circulate as part of lipoprotein complexes throughout the bloodstream. These complexes can be separated via ultracentrifugation into high-density lipoprotein (HDL), intermediate-density lipoprotein (IDL), low-density lipoprotein (LDL) and very-low-density lipoprotein (VLDL) fractions. In the liver, cholesterol and triglycerides (TG) are synthesized, incorporated into VLDL, and released into the plasma for delivery to peripheral tissues.

A variety of clinical studies have demonstrated that elevated levels of total cholesterol (total-C), LDL-C, and apolipoprotein B (apo-B, a membrane complex for LDL-C) promote human atherosclerosis. Similarly, decreased levels of HDL-C (and its transport complex, apolipoprotein A) are associated with the development of atherosclerosis. Epidemiologic investigations have established that cardiovascular morbidity and mortality vary directly with the level of total-C and LDL-C and inversely with the level of HDL-C.

In patients with hypercholesterolemia, BAYCOL™ (cerivastatin sodium tablets) has been shown to reduce plasma total cholesterol, LDL-C, and apolipoprotein B. In addition, it also reduces plasma triglycerides and increases plasma HDL-C. The agent has no consistent effect on plasma Lp(a). The effect of BAYCOL™ on cardiovascular morbidity and mortality has not been determined.

**Mechanism of Action:** Cerivastatin is a competitive inhibitor of HMG-CoA reductase, which is responsible for the conversion of 3-hydroxy-3-methyl-glutaryl-coenzyme A (HMG-CoA) to mevalonate, a precursor of sterols, including cholesterol. The inhibition of cholesterol biosynthesis by cerivastatin reduces the level of cholesterol in hepatic cells, which stimulates the synthesis of LDL receptors, thereby

increasing the uptake of cellular LDL particles. The end result of these biochemical processes is a reduction of the plasma cholesterol concentration.

**Pharmacokinetics: Absorption**

BAYCOL™ (cerivastatin sodium tablets) is administered orally in the active form. The mean absolute bioavailability of cerivastatin following a 0.2-mg tablet oral dose is 60% (range 39 - 101%). In general, the coefficient of variation (based on the inter-subject variability) for both systemic exposure (area under the curve, AUC) and $C_{max}$ is in the 20% to 40% range. The bioavailability of cerivastatin sodium tablets is equivalent to that of a solution of cerivastatin sodium. No unchanged cerivastatin is excreted in feces. Cerivastatin exhibits linear kinetics over the dose range of 0.05 to 0.3 mg daily. Mean maximum concentrations ($C_{max}$) following evening cerivastatin tablet doses of 0.05, 0.1, 0.2, and 0.3 mg are 0.6, 1.3, 2.4, and 3.8 µg/L, respectively. AUC values are also dose–proportional over this dose range and the mean time to maximum concentration ($t_{max}$) is approximately 2.5 hours for all dose strengths. Following oral administration, the terminal elimination half-life ($t_{1/2}$) for cerivastatin is 2 to 3 hours. Steady-state plasma concentrations show no evidence of cerivastatin accumulation following administration of up to 0.40 mg daily.

Results from an overnight pharmacokinetic evaluation following single-dose administration of cerivastatin with the evening meal or 4 hours after the evening meal showed that administration of cerivastatin with the evening meal did not significantly alter either AUC or $C_{max}$ compared to dosing the drug 4 hours after the evening meal. In patients given 0.2 mg cerivastatin sodium once daily for 4 weeks, either at mealtime or at bedtime, there were no differences in the lipid-lowering effects of cerivastatin. Both regimens of 0.2 mg once daily were slightly more efficacious than 0.1 mg twice daily.

**Distribution:** The volume of distribution ($VD_{ss}$) is calculated to be 0.3 L/kg. More than 99% of the circulating drug is bound to plasma proteins (80% to albumin). Binding is reversible and independent of drug concentration up to 100 mg/L.

**Metabolism:** Biotransformation pathways for cerivastatin in humans include the following: demethylation of the benzylic methyl ether to form M1 and hydroxylation of the methyl group in the 6'-isopropyl moiety to form M23. The combination of both reactions leads to formation of metabolite M24. The major circulating blood components are cerivastatin and the pharmacologically active M1 and M23 metabolites. The relative potencies of metabolites M1 and M23 are approximately 50% and 80% of the parent compound, respectively. Following a 0.3-mg dose of cerivastatin to 6 healthy volunteers, mean $C_{max}$ values for cerivastatin, M1, and M23 were 3.0, 0.2, and 0.5 µg/L, respectively. Therefore, the cholesterol-lowering effect is due primarily to the parent compound, cerivastatin.

**Excretion:** Cerivastatin itself is not found in either urine or feces; M1 and M23 are the major metabolites excreted by these routes. Following an oral dose of 0.4 mg $^{14}C$-cerivastatin to healthy volunteers, excretion of radioactivity is about 24% in the urine and 70% in the feces. The parent compound, cerivastatin, accounts for less than 2% of the total radioactivity excreted. The plasma clearance for cerivastatin in humans after intravenous dosing is 12 to 13 liters per hour.

SPECIAL POPULATIONS

| | |
|---|---|
| Geriatric: | Plasma concentrations of cerivastatin are similar in healthy elderly male subjects (>65 years) and in young males (<40 years). |
| Gender: | Plasma concentrations of cerivastatin in females are slightly higher than in males (approximately 12% higher for $C_{max}$ and 16% higher for AUC) |
| Pediatric: | Cerivastatin pharmacokinetics have not been studied in pediatric patients. |
| Race: | Cerivastatin pharmacokinetics were compared across studies in Caucasian, Japanese and Black subjects. No significant differences in AUC, $C_{max}$, $t_{max}$ and $t_{1/2}$ were found. |
| Renal: | Steady-state plasma concentrations of cerivastatin are similar in healthy volunteers ($Cl_{cr}$>90 mL/min/1.73m$^2$) and in patients with mild renal impairment ($Cl_{cr}$ 61-90 mL/min/1.73m$^2$). In patients with moderate ($Cl_{cr}$ 31-60 mL/min/1.73m$^2$) or severe ($Cl_{cr}$ ≤30 mL/min/1.73m$^2$) renal impairment, AUC is up to 60% higher, $C_{max}$ up to 23% higher, and $t_{1/2}$ up to 47% longer compared to subjects with normal renal function. |
| Hemodialysis: | While studies have not been conducted in patients with end-stage renal disease, hemodialysis is not expected to significantly enhance clearance of cerivastatin since the drug is extensively bound to plasma proteins. |

Hepatic: Cerivastatin has not been studied in patients with active liver disease (see CONTRAINDICATIONS). Caution should be exercised when BAYCOL™ (cerivastatin sodium tablets) is administered to patients with a history of liver disease or heavy alcohol ingestion (see WARNINGS).

**Clinical Studies:** BAYCOL™ (cerivastatin sodium tablets) has been studied in controlled trials in North America, Europe, Israel, and South Africa and has been shown to be effective in reducing plasma total cholesterol (Total-C) and LDL cholesterol (LDL-C) in heterozygous familial and non-familial forms of hypercholesterolemia and in mixed hyperlipidemia. Over 2,800 patients with Type IIa and IIb hypercholesterolemia were treated in trials of 4 to 104 weeks duration. In a 24-week, randomized, double-blind, placebo-controlled US trial in 934 patients with primary hypercholesterolemia, BAYCOL™ (cerivastatin sodium tablets) 0.05 to 0.3 mg once daily produced dose-related reductions in plasma LDL-C and Total-C. Significant reductions in mean total-C and LDL-C were evident after one week, peaked at four weeks, and were maintained for the duration of the trial. Reductions in plasma triglycerides (TG) and increases in HDL-C were also observed. The results from this study in patients treated with the marketed doses of cerivastatin are summarized in Table 1.

**Table 1**

**Response in Patients with Primary Hypercholesterolemia**
**Mean Percent Change from Baseline after 24 Weeks**

| **Dosage** | **n** | **Total-C** | **LDL-C** | **HDL-C** | **TG** | **Apo-B** |
|---|---|---|---|---|---|---|
| Placebo | 137* | +1.7 | +1.8 | +3.1 | +1.1 | +3.2 |
| BAYCOL™ | | | | | | |
| 0.2 mg qd** | 143† | –17.4 | –25.3 | +10.4 | –10.7 | –18.7 |
| 0.3 mg qd** | 135‡ | –19.4 | –28.2 | +10.3 | –12.7 | –20.5 |

* 137 patients were evaluated for all parameters except LDL-C which had 136 patients

† 143 patients were evaluated for Total-C, HDL-C and TG. For LDL-C and Apo-B there were 140 and 141 patients evaluated, respectively.

‡ 135 patients were evaluated for all parameters except LDL-C which had 134 patients.

** qd = once daily

In a separate dose-scheduling study, BAYCOL™ (cerivastatin sodium tablets) was given as either a 0.2-mg dose once daily with dinner or at bedtime or as a 0.1-mg dose twice daily (morning and evening). Mean LDL-C reduction in response to BAYCOL™ dosed once with dinner or at bedtime was about 4% greater than the mean reduction in response to twice daily (divided) dosing ($p<0.05$).

## INDICATIONS AND USAGE

Therapy with lipid-altering drugs should be a component of multiple risk factor intervention in those patients at significantly high risk for atherosclerotic vascular disease due to hypercholesterolemia. BAYCOL™ (cerivastatin sodium tablets) is indicated as an adjunct to diet for the reduction of elevated total and LDL cholesterol levels in patients with primary hypercholesterolemia and mixed dyslipidemia (Fredrickson Types IIa and IIb) when the response to dietary restriction of saturated fat and cholesterol and other non-pharmacological measures alone has been inadequate.

Before considering therapy with lipid-altering agents, secondary causes of hypercholesterolemia, e.g., poorly controlled diabetes mellitus, hypothyroidism, nephrotic syndrome, dysproteinemias, obstructive liver disease, other drug therapy, alcoholism, should be excluded and a lipid profile performed to measure Total-C, HDL-C, and triglycerides (TG). For patients with TG less than 400 mg/dL, LDL-C can be estimated using the following equation:

$$\text{LDL-C} = [\text{Total-C}] \text{ minus } [\text{HDL-C} + \text{TG}/5]$$

For TG levels > 400 mg/dL, this equation is less accurate and LDL-C concentrations should be directly measured by preparative ultracentrifugation. In many hypertriglyceridemic patients, LDL-C may be low or normal despite elevated Total-C. In such cases, BAYCOL™ (cerivastatin sodium tablets) is not indicated.

Lipid determinations should be performed at intervals of no less than four weeks.

The National Cholesterol Education Program (NCEP) Treatment Guidelines are summarized in Table 2.

**Table 2**
**National Cholesterol Education Program (NCEP) Treatment Guidelines**
**LDL-Cholesterol mg/dL (mmol/L)**

| Definite Atherosclerotic Disease* | Two or More Other Risk Factors** | Initiation Level*** | Goal |
|---|---|---|---|
| NO | NO | ≥ 190 (≥ 4.9) | < 160 (<4.1) |
| NO | YES | ≥ 160 (≥ 4.1) | < 130 (<3.4) |
| YES | YES or NO | ≥ 130 (≥ 3.4) | < 100 (<2.6) |

* Coronary heart disease or peripheral vascular disease (including symptomatic carotid artery disease).

** Other risk factors for coronary heart disease (CHD) include the following: age (males: ≥ 45 years; females: ≥ 55 years or premature menopause without estrogen replacement therapy); family history of premature CHD; current cigarette smoking; hypertension; confirmed HDL-C < 35 mg/dL (< 0.91 mmol/L); and diabetes mellitus. Subtract one risk factor if HDL-C is ≥ 60 mg/dL (≥ 1.6 mmol/L).

*** In CHD patients with LDL-C levels 100-129 mg/dL, the physician should exercise clinical judgement in deciding whether to initiate drug treatment.

At the time of hospitalization for an acute coronary event, consideration can be given to initiating drug therapy at discharge if the LDL-C level is ≥ 130 mg/dL (NCEP-ATP II).

Since the goal of treatment is to lower LDL-C, the NCEP recommends that LDL-C levels be used to initiate and assess treatment response. Only if LDL-C levels are not available, should the Total-C be used to monitor therapy.

Although BAYCOL™ may be useful to reduce elevated LDL-cholesterol levels in patients with combined hypercholesterolemia and hypertriglyceridemia where hypercholesterolemia is the major abnormality (Type IIb hyperlipoproteinemia), it has not been studied in conditions where the major abnormality is elevation of chylomicrons, VLDL, or IDL (i.e., hyperlipoproteinemia types I, III, IV, or V).[1]

## CONTRAINDICATIONS

Active liver disease or unexplained persistent elevations of serum transaminases (see **WARNINGS**).

Pregnancy and lactation: Atherosclerosis is a chronic process, and the discontinuation of lipid-lowering drugs during pregnancy should have little impact on the outcome of long-term therapy of primary hypercholesterolemia. Moreover, cholesterol and other products of the cholesterol biosynthesis pathway are essential components for fetal development, including synthesis of steroids and cell membranes. Since HMG-CoA reductase inhibitors decrease cholesterol synthesis and possibly the synthesis of other biologically active substances derived from cholesterol, they may cause fetal harm when administered to pregnant women. Therefore, HMG-CoA reductase inhibitors are contraindicated during pregnancy and in nursing mothers. **Cerivastatin sodium should be administered to women of child-bearing age only when such patients are highly unlikely to conceive and have been informed of the potential hazards.** If the patient becomes pregnant while taking this drug, cerivastatin sodium should be discontinued and the patient should be apprised of the potential hazard to the fetus.

Hypersensitivity to any component of this medication.

## WARNINGS

***Liver Enzymes:*** HMG-CoA reductase inhibitors have been associated with biochemical abnormalities of liver function. Persistent increases of serum transaminase (ALT, AST) values to more than 3 times the upper limit of normal (occurring on two or more not necessarily sequential occasions) have been reported in less than 1.0% of patients treated with cerivastatin sodium in the US over an average period of 11 months. Most of these abnormalities occurred within the first 6 weeks of treatment, resolved after discontinuation of the drug, and were not associated with cholestasis. In most cases, these biochemical abnormalities were asymptomatic.

**It is recommended that liver function tests be performed before the initiation of treatment, at 6 and 12 weeks after initiation of therapy or elevation in dose, and periodically thereafter, e.g., semiannually.** Patients who develop increased transaminase levels should be monitored with a second liver function evaluation to confirm the finding and be followed thereafter with frequent liver function tests

until the abnormality(ies) return to normal. Should an increase in AST or ALT of three times the upper limit of normal or greater persist, withdrawal of cerivastatin sodium therapy is recommended.

Active liver disease or unexplained transaminase elevations are contraindications to the use of BAYCOL™ (cerivastatin sodium tablets) (see **CONTRAINDICATIONS**). Caution should be exercised when cerivastatin sodium is administered to patients with a history of liver disease or heavy alcohol ingestion (see **CLINICAL PHARMACOLOGY: Pharmacokinetics/Metabolism**). Such patients should be started at the low end of the recommended dosing range and closely monitored.

***Skeletal Muscle:*** **Rare cases of rhabdomyolysis with acute renal failure secondary to myoglobinuria have been reported with other HMG-CoA reductase inhibitors.** Myopathy, defined as muscle aching or muscle weakness, associated with increases in plasma creatine kinase (CK) values to greater than 10 times the upper limit of normal, was rare (<0.2%) in U.S. cerivastatin clinical trials. Myopathy should be considered in any patient with diffuse myalgias, muscle tenderness or weakness, and/or marked elevation of CK. Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. BAYCOL™ (cerivastatin sodium tablets) therapy should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected. **BAYCOL™ (cerivastatin sodium tablets) should be temporarily withheld in any patient experiencing an acute or serious condition predisposing to the development of renal failure secondary to rhabdomyolysis, e.g., sepsis; hypotension; major surgery; trauma; severe metabolic, endocrine or electrolyte disorders; or uncontrolled epilepsy**.

The risk of myopathy during treatment with other HMG-CoA reductase inhibitors is increased with concurrent administration of cyclosporine, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of niacin.

Uncomplicated myalgia has been observed infrequently in patients treated with cerivastatin sodium at rates that could not be distinguished from placebo.

The use of fibrates alone occasionally may be associated with myopathy. The combined use of HMG-CoA inhibitors and fibrates generally should be avoided.

## PRECAUTIONS

**General:** Before instituting therapy with BAYCOL™ (cerivastatin sodium tablets), an attempt should be made to control hypercholesterolemia with appropriate diet, exercise, weight reduction in obese patients, and treatment of underlying medical problems (see INDICATIONS AND USAGE).

Cerivastatin sodium may elevate creatine kinase and transaminase levels (see ADVERSE REACTIONS). This should be considered in the differential diagnosis of chest pain in a patient on therapy with cerivastatin sodium.

**Homozygous Familial Hypercholesterolemia:** Cerivastatin sodium has not been evaluated in patients with rare homozygous familial hypercholesterolemia. HMG-CoA reductase inhibitors have been reported to be less effective in these patients because they lack functional LDL receptors.

**Information for Patients:** Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever.

**Drug Interactions: Immunosuppressive Drugs, Fibric Acid Derivatives, Niacin (Nicotinic Acid), Erythromycin, Azole Antifungals:** See WARNINGS: Skeletal Muscle.

**ANTACID** (Magnesium-Aluminum Hydroxide): Cerivastatin plasma concentrations were not affected by co-administration of antacid.

**CIMETIDINE:** Cerivastatin plasma concentrations were not affected by co-administration of cimetidine.

**CHOLESTYRAMINE:** The influence of the bile-acid-sequestering agent cholestyramine on the pharmacokinetics of cerivastatin sodium was evaluated in 12 healthy males in 2 separate randomized crossover studies. In the first study, concomitant administration of 0.2 mg cerivastatin sodium and 12 g cholestyramine resulted in decreases of more than 22% for AUC and 40% for $C_{max}$ when compared to dosing cerivastatin sodium alone. However, in the second study, administration of 12 g cholestyramine 1 hour before the evening meal and 0.3 mg cerivastatin sodium approximately 4 hours after the same evening meal resulted in a decrease in the cerivastatin AUC of less than 8%, and a decrease in $C_{max}$ of about 30% when compared to dosing cerivastatin sodium alone. Therefore, it would be expected that a dosing schedule of cerivastatin sodium given at bedtime and cholestyramine given before the evening meal would not result in a significant decrease in the clinical effect of cerivastatin sodium.

**DIGOXIN:** Plasma digoxin levels and digoxin clearance at steady-state were not affected by co-administration of 0.2 mg cerivastatin sodium. Cerivastatin plasma concentrations were also not affected by co-administration of digoxin.

**WARFARIN:** Co-administration of warfarin and cerivastatin to healthy volunteers did not result in any changes in prothrombin time or clotting factor VII when compared to co-administration of warfarin and placebo. The AUC and $C_{max}$ of both the (R) and (S) isomers of warfarin were unaffected by concurrent dosing of 0.3 mg cerivastatin sodium. Co-administration of warfarin and cerivastatin did not alter the pharmacokinetics of cerivastatin sodium.

**ERYTHROMYCIN:** In hypercholesterolemic patients, steady-state cerivastatin AUC and $C_{max}$ increased approximately 50% and 24% respectively after 10 days with co-administration of erythromycin, a known inhibitor of cytochrome P450 3A4.

**OTHER CONCOMITANT THERAPY**: Although specific interaction studies were not performed, in clinical studies, cerivastatin sodium was used concomitantly with angiotensin-converting enzyme (ACE) inhibitors, beta-blockers, calcium-channel blockers, diuretics, and nonsteroidal anti-inflammatory drugs (NSAIDs) without evidence of clinically significant adverse interactions.

**Endocrine Function:** HMG-CoA reductase inhibitors interfere with cholesterol synthesis and lower cholesterol levels and, as such, might theoretically blunt adrenal or gonadal steroid hormone production.

Clinical studies have shown that cerivastatin sodium has no adverse effect on sperm production and does not reduce basal plasma cortisol concentration, impair adrenal reserve or have an adverse effect on thyroid metabolism as assessed by TSH. Results of clinical trials with drugs in this class have been inconsistent with regard to drug effect on basal and reserve steroid levels. The effects of HMG-CoA reductase inhibitors on male fertility have not been studied in adequate numbers of male patients. The effects, if any, on the pituitary-gonadal axis in pre-menopausal women are unknown.

Patients treated with cerivastatin sodium who develop clinical evidence of endocrine dysfunction should be evaluated appropriately. Caution should be exercised if an HMG-CoA reductase inhibitor or other agent used to lower cholesterol levels is administered to patients also receiving other drugs that may decrease the levels or activity of endogenous steroid hormones, e.g., ketoconazole, spironolactone, or cimetidine.

**CNS and other Toxicities:** Chronic administration of cerivastatin to rodent and non-rodent species demonstrated the principal toxicologic targets and effects observed with other HMG-CoA reductase inhibitors: Hemorrhage and edema in multiple organs and tissues including CNS (dogs); cataracts (dogs); degeneration of muscle fibers (dogs, rats, and mice); hyperkeratosis in the nonglandular stomach (rats and mice, this organ has no human equivalent); liver lesions (dogs, rats, and mice).

CNS lesions were characterized by multifocal bleeding with fibrinoid degeneration of vessel walls in the plexus chorioideus of the brain stem and in the ciliary body of the eye at 0.1 mg/kg/day in the dog. This dose resulted in plasma levels of cerivastatin ($C_{max}$), that were about 23 times higher than the mean values in humans taking 0.3 mg/day. No CNS lesions were observed after chronic treatment with cerivastatin for up to two years in the mouse ($C_{max}$ up to 7 times that of humans at 0.3 mg/day) and rat ($C_{max}$ up to 2 times that of humans).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** A 2-year study was conducted in rats at average daily doses of cerivastatin of 0.007, 0.034, or 0.158 mg/kg. The high dosage level corresponded to plasma drug levels (AUC) of approximately 1 - 2 times the mean human plasma drug concentrations after a 0.3-mg oral dose. Tumor incidences of treated rats were comparable to controls in all treatment groups. In a 2-year carcinogenicity study in mice with average daily doses of cerivastatin of 0.4, 1.8, 9.1, or 55 mg/kg hepatocellular adenomas were significantly increased in male and female mice at ≥9.1 mg/kg and hepatocellular carcinomas were significantly increased in male mice at ≥1.8 mg/kg. These doses were in the range of human exposure (dose of 0.3 mg/day).

No evidence of genotoxicity was observed *in vitro* with or without metabolic activation in the following assays: microbial mutagen tests using mutant strains of *S. typhimurium* or *E. coli*, Chinese Hamster Ovary Forward Mutation Assay, Unscheduled DNA Synthesis in rat primary hepatocytes, chromosome aberrations in Chinese Hamster Ovary cells, and spindle inhibition in human lymphocytes. In addition, there was no evidence of genotoxicity *in vivo* in a mouse Micronucleus Test; there was equivocal evidence of mutagenicity in a mouse Dominant Lethal Test.

In a combined male and female rat fertility study, cerivastatin had no adverse effects on fertility or reproductive performance at doses up to 0.1 mg/kg/day, a dose that produced plasma drug levels ($C_{max}$) about 1 - 2 times higher than mean plasma drug levels for humans receiving 0.3 mg cerivastatin/day. At a dose of 0.3 mg/kg/day (plasma $C_{max}$ 4 - 5 times the human level), the length of gestation was marginally prolonged, stillbirths were increased, and the survival rate up to day 4 postpartum was decreased. In the fetuses (F1), a marginal reduction in fetal weight and delay in bone development was observed. In the mating of the F1 generation, there was a reduced number of female rats that littered.

In the testicles of dogs treated chronically with cerivastatin at a dose of 0.008 mg/kg/day (approximately 2 fold the human exposure at doses of 0.3 mg based on $C_{max}$), atrophy, vacuolization of the germinal epithelium, spermatidic giant cells, and focal oligospermia were observed. In another 1-year study in dogs treated with 0.1 mg/kg/day (approximately 23 fold the human exposure at doses of 0.3 mg based on $C_{max}$), ejaculate volume was small and libido was decreased. Semen analysis revealed an increased number of morphologically altered spermatozoa indicating disturbances of epididymal sperm maturation that was reversible when drug administration was discontinued.

**Pregnancy: Pregnancy Category X: (See CONTRAINDICATIONS):** Cerivastatin caused a significant increase in incomplete ossification of the lumbar center of the vertebrae in rats at an oral dose of 0.72 mg/kg. Cerivastatin did not cause any anomalies or malformations in rabbits at oral doses up to 0.75 mg/kg. These doses resulted in plasma levels ($C_{max}$) 6-7 times the human exposure for rats and 3-4 times the human exposure for rabbits (human dose 0.3 mg). Cerivastatin crossed the placenta and was found in fetal liver, gastrointestinal tract, and kidneys when pregnant rats were given a single oral dose of 2 mg/kg.

Safety in pregnant women has not been established. Cerivastatin should be administered to women of child-bearing potential only when such patients are highly unlikely to conceive and have been informed of the potential hazards. Rare reports of congenital anomalies have been received following intrauterine exposure to other HMG-CoA reductase inhibitors. In a review of approximately 100 prospectively followed pregnancies in women exposed to simvastatin or lovastatin, the incidences of congenital anomalies, spontaneous abortions and fetal deaths/stillbirths did not exceed what would be expected in the general population. The number of cases is adequate only to exclude a three- to four-fold increase in congenital anomalies over the background incidence. In 89% of the prospectively followed pregnancies, drug treatment was initiated prior to pregnancy and was discontinued at some point in the first trimester when pregnancy was identified. As safety in pregnant women has not been established and there is no apparent benefit to therapy with BAYCOL™ during pregnancy (see CONTRAINDICATIONS), treatment should be immediately discontinued as soon as pregnancy is recognized. If a women becomes pregnant while taking cerivastatin, the drug should be discontinued and the patient advised again as to potential hazards to the fetus.

**Nursing Mothers:** Based on preclinical data, cerivastatin is present in breast milk in a 1.3:1 ratio (milk:plasma). Because of the potential for serious adverse reactions in nursing infants, nursing women should not take cerivastatin (see CONTRAINDICATIONS).

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** In clinical pharmacology studies, there were no clinically relevant effects of age on the pharmacokinetics of cerivastatin sodium.

**Renal Insufficiency:** Patients with significant renal impairment ($Cl_{cr} \leq 60$ mL/min/1.73m$^2$) have increased AUC (up to 60%) and $C_{max}$ (up to 23%) and should be administered BAYCOL™ with caution.

**Hepatic Insufficiency:** Safety and effectiveness in hepatically impaired patients have not been established. Cerivastatin should be used with caution in patients who have a history of liver disease and/or consume substantial quantities of alcohol (see Contraindications and Warnings).

## ADVERSE REACTIONS

In the U.S. placebo-controlled clinical studies, discontinuations due to adverse events occurred in 3% of cerivastatin sodium treated patients and in 3% of patients treated with placebo. Adverse reactions have usually been mild and transient. Cerivastatin sodium has been evaluated for adverse events in more than 3,000 patients and is generally well-tolerated.

**Clinical Adverse Experiences:** Adverse experiences occurring with a frequency ≥2% for marketed doses of cerivastatin sodium, regardless of causality assessment, in U.S. placebo-controlled clinical studies, are shown in the Table 3 below:

**Table 3**

**Adverse Experiences Occurring In ≥2% of Patients in U.S. Placebo-Controlled Clinical Studies**

| Adverse Event | BAYCOL™ (n = 552) | Placebo (n = 247) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 11.8% | 12.6% |
| Accidental Injury | 7.1% | 6.9% |
| Flu Syndrome | 6.3% | 8.1% |
| Back Pain | 4.0% | 6.1% |
| Abdominal Pain | 3.4% | 3.6% |
| Asthenia | 3.4% | 2.8% |
| Chest Pain | 2.9% | 2.8% |
| Leg Pain | 2.0% | 1.2% |
| **Cardiovascular** | | |
| Peripheral Edema | 2.0% | 1.2% |
| **Digestive** | | |
| Dyspepsia | 5.6% | 4.9% |
| Diarrhea | 4.0% | 3.6% |
| Flatulence | 3.4% | 3.6% |
| Nausea | 2.7% | 3.2% |
| Constipation | 1.8% | 2.0% |
| Surgery | 1.4% | 3.6% |
| **Musculoskeletal** | | |
| Arthralgia | 6.7% | 4.5% |
| Myalgia | 2.7% | 1.2% |
| **Nervous** | | |
| Dizziness | 2.5% | 3.6% |
| Insomnia | 2.2% | 1.2% |
| **Respiratory** | | |
| Rhinitis | 13.2% | 12.1% |
| Pharyngitis | 12.0% | 17.0% |
| Sinusitis | 6.9% | 5.7% |
| Cough Increased | 2.7% | 2.0% |
| **Skin and Appendages** | | |
| Rash | 3.4% | 5.7% |
| **Urogenital** | | |
| Urinary Tract Infection | 1.6% | 2.4% |

The following effects have been reported with drugs in this class.

*Skeletal:* myopathy, muscle cramps, rhabdomyolysis, arthralgias, myalgia.

*Neurological:* dysfunction of certain cranial nerves (including alteration of taste, impairment of extra-ocular movement, facial paresis), tremor, dizziness, memory loss, vertigo, paresthesia, peripheral neuropathy, peripheral nerve palsy, anxiety, insomnia, depression, psychic disturbances.

*Hypersensitivity Reactions:* An apparent hypersensitivity syndrome has been reported rarely that included one or more of the following features: anaphylaxis, angioedema, lupus erythematosus-like syndrome, polymyalgia rheumatica, dermatomyositis, vasculitis, purpura, thrombocytopenia, leukopenia, hemolytic anemia, positive ANA, ESR increase, eosinophilia, arthritis, arthralgia, urticaria, asthenia, photosensitivity, fever, chills, flushing, malaise, dyspnea, toxic epidermal necrolysis, erythema multiforme, including Stevens-Johnson syndrome.

*Gastrointestinal:* pancreatitis, hepatitis, including chronic active hepatitis, cholestatic jaundice, fatty change in liver, and, rarely, cirrhosis, fulminant hepatic necrosis, and hepatoma; anorexia, vomiting.

*Skin:* alopecia, pruritus. A variety of skin changes, e.g., nodules, discoloration, dryness of skin/mucous membranes, changes to hair/nails, have been reported.

*Reproductive:* gynecomastia, loss of libido, erectile dysfunction.

*Eye:* progression of cataracts (lens opacities), ophthalmoplegia.

*Laboratory Abnormalities:* elevated transaminases, alkaline phosphatase, $\gamma$-glutamyl transpeptidase, and bilirubin; thyroid function abnormalities.

**Concomitant Therapy:** In studies where cerivastatin sodium has been administered concomitantly with cholestyramine, no adverse reactions unique to this combination or in addition to those previously reported for this class of drugs were reported. Myopathy and rhabdomyolysis (with or without acute renal failure) have been reported when another HMG-CoA reductase inhibitor was used in combination with immunosuppressive drugs, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of nicotinic acid. Concomitant therapy with HMG-CoA reductase inhibitors and these agents is generally not recommended (See WARNINGS: *Skeletal Muscle*).

## OVERDOSAGE

The maximum single oral dose of cerivastatin sodium received by healthy volunteers and patients is 0.4 mg.

No specific recommendations concerning the treatment of an overdosage can be made. Should an overdose occur, it should be treated symptomatically and supportive measures should be undertaken as required.

Dialysis of cerivastatin sodium is not expected to significantly enhance clearance since the drug is extensively (99%) bound to plasma proteins.

## DOSAGE AND ADMINISTRATION

The patient should be placed on a standard cholesterol-lowering diet before receiving cerivastatin sodium and should continue on this diet during treatment with cerivastatin sodium. (See NCEP Treatment Guidelines for details on dietary therapy.)

The recommended dose is 0.3 mg once daily in the evening. Cerivastatin sodium may be taken with or without food. The recommended starting dose in patients with significant renal impairment (creatinine clearance $\leq$60 mL/min/1.73m$^2$) is 0.2 mg once daily in the evening.

Since the maximal effect of cerivastatin sodium is seen within 4 weeks, lipid determinations should be performed at this time.

**Concomitant Therapy:** The lipid-lowering effects on LDL-C and Total-C are additive when cerivastatin sodium is combined with a bile-acid-binding resin. When co-administering cerivastatin sodium and a bile-acid-exchange resin, e.g., cholestyramine, cerivastatin sodium should be given at least 2 hours after the resin (*See also* ADVERSE REACTIONS: *Concomitant Therapy*).

**Dosage in Patients with Renal Insufficiency:** No dose adjustment is necessary for patients with mild renal dysfunction ($Cl_{cr}$ 61-90 mL/min/1.73m$^2$). For patients with moderate or severe renal dysfunction, a starting dose of 0.2 mg is recommended (see CLINICAL PHARMACOLOGY - Special Populations - Renal).

## HOW SUPPLIED

**BAYCOL™ (cerivastatin sodium tablets)** is supplied as 0.2-mg and 0.3-mg tablets. The different tablet strengths can be identified as follows:

| Strength | Color | Markings | |
|---|---|---|---|
| | | Front | Back |
| 0.2 mg | light yellow | 283 | 200 MCG |
| 0.3 mg | yellow brown | 284 | 300 MCG |

**BAYCOL™ (cerivastatin sodium tablets)** is supplied as follows:

| | | |
|---|---|---|
| Bottles of 100: | 0.2 mg | (NDC 0026-2883-51) |
| | 0.3 mg | (NDC 0026-2884-51) |

The tablets should be protected from moisture and stored below 77°F (25°C). Dispense in tight containers.

**References:**

[1]**Classification of Hyperlipoproteinemias**

| | | Lipid Elevations | |
|---|---|---|---|
| **Type** | **Lipoproteins Elevated** | **major** | **minor** |
| I (rare) | chylomicrons | TG | ↑→C |
| IIa | LDL | C | – |
| IIb | LDL,VLDL | C | TG |
| III (rare) | IDL | C/TG | – |
| IV | VLDL | TG | ↑→C |
| V (rare) | chylomicrons, VLDL | TG | ↑→C |

C=cholesterol, TG=triglycerides, LDL=low-density lipoprotein,
VLDL= very-low-density lipoprotein, IDL=intermediate-density lipoprotein.

Bayer Corporation
Pharmaceutical Division
400 Morgan Lane
West Haven, CT 06516 USA
Made in Germany

**Caution: Federal (USA) Law prohibits dispensing without a prescription.**

PD500041 9/97 © 1997 Bayer Corporation 7575 Printed in USA

# Exhibit H

# BAYCOL®
## (cerivastatin sodium tablets)

PD500148 7/00

### DESCRIPTION

Cerivastatin sodium is sodium [S-[R*,S*-(E)]]-7-[4-(4-fluorophenyl)-5-methoxymethyl)-2,6bis(1-methylethyl)-3-pyridinyl]-3,5-dihydroxy-6-heptenoate. The empirical formula for cerivastatin sodium is $C_{26}H_{33}FNO_5Na$ and its molecular weight is 481.5. It has the following chemical structure:




Cerivastatin sodium is a white to off-white hygroscopic amorphous powder that is soluble in water, methanol, and ethanol, and very slightly soluble in acetone.

Cerivastatin sodium is an entirely synthetic, enantiomerically pure inhibitor of 3-hydroxy-3-methylglutaryl-coenzyme A (HMG-CoA) reductase. HMG-CoA reductase catalyzes the conversion of HMG-CoA to mevalonate, which is an early and rate-limiting step in the biosynthesis of cholesterol.

BAYCOL® (cerivastatin sodium tablets) is supplied as tablets containing 0.2, 0.3, 0.4 or 0.8 mg of cerivastatin sodium, for oral administration. Active Ingredient: cerivastatin sodium. Inactive Ingredients: mannitol, magnesium stearate, sodium hydroxide, crospovidone, povidone, iron oxide yellow, methylhydroxypropylcellulose, polyethylene glycol, and titanium dioxide.

### CLINICAL PHARMACOLOGY

Cholesterol and triglycerides circulate as part of lipoprotein complexes throughout the bloodstream. These complexes can be separated via ultracentrifugation into high-density lipoprotein (HDL), intermediate-density lipoprotein (IDL), low-density lipoprotein (LDL) and very-low-density lipoprotein (VLDL) fractions. In the liver, cholesterol and triglycerides (TG) are synthesized, incorporated into VLDL, and released into the plasma for delivery to peripheral tissues.

A variety of clinical studies have demonstrated that elevated levels of total cholesterol (total-C), LDL-C, and apolipoprotein B (apo-B, a membrane complex for LDL-C) promote human atherosclerosis. Similarly, decreased levels of HDL-C (and its transport complex, apolipoprotein A) are associated with the development of atherosclerosis. Epidemiologic investigations have established that cardiovascular morbidity and mortality vary directly with the level of total-C and LDL-C and inversely with the level of HDL-C.

Like LDL, cholesterol-enriched triglyceride-rich lipoproteins, including VLDL, IDL and remnants, can also promote atherosclerosis. Elevated plasma triglycerides are frequently found in a triad with low HDL-C levels and small LDL particles, as well as in association with nonlipid metabolic risk factors for coronary heart disease. As such, total plasma TG has not consistently been shown to be an independent risk factor for CHD. Furthermore, the independent effect of raising HDL or lowering TG on the risk of coronary and cardiovascular morbidity and mortality has not been determined.

In patients with hypercholesterolemia, BAYCOL® (cerivastatin sodium tablets) has been shown to reduce plasma total cholesterol, LDL-C, and apolipoprotein B. In addition, it also reduces VLDL-C and plasma triglycerides and increases plasma HDL-C and apolipoprotein A-1. The agent has no consistent effect on plasma Lp(a). The effect of BAYCOL® on cardiovascular morbidity and mortality has not been determined.

**Mechanism of Action:** Cerivastatin is a competitive inhibitor of HMG-CoA reductase, which is responsible for the conversion of 3-hydroxy-3-methyl-glutaryl-coenzyme A (HMG-CoA) to mevalonate, a precursor of sterols, including cholesterol. The inhibition of cholesterol biosynthesis by cerivastatin reduces the level of cholesterol in hepatic cells, which stimulates the synthesis of LDL receptors, thereby increasing the uptake of cellular LDL particles. The end result of these biochemical processes is a reduction of the plasma cholesterol concentration.

**Pharmacokinetics:**

**Absorption:** BAYCOL® (cerivastatin sodium tablets) is administered orally in the active form. The mean absolute bioavailability of cerivastatin following a 0.2-mg tablet oral dose is 60% (range 39 - 101%). In general, the coefficient of variation (based on the inter-subject variability) for both systemic exposure (area under the curve, AUC) and $C_{max}$ is in the 20% to 40% range. The bioavailability of cerivastatin sodium tablets is equivalent to that of a solution of cerivastatin sodium. No unchanged cerivastatin is excreted in feces. Cerivastatin exhibits linear kinetics over the dose range of 0.2 to 0.8-mg daily. In male and female patients at steady-state, the mean maximum concentrations ($C_{max}$) following evening cerivastatin tablet doses of 0.2, 0.3, 0.4, and 0.8-mg are 2.8, 5.1, 6.2, and 12.7 µg/L, respectively. AUC values are also dose-proportional over this dose range and the mean time to maximum concentration ($t_{max}$) is approximately 2 hours for all dose strengths. Following oral administration, the terminal elimination half-life ($t_{1/2}$) for cerivastatin is 2 to 4 hours. Steady-state plasma concentrations show no evidence of cerivastatin accumulation following administration of up to 0.8 mg daily.

Results from an overnight pharmacokinetic evaluation following single-dose administration of cerivastatin with the evening meal or 4 hours after the evening meal showed that administration of cerivastatin with the evening meal did not significantly alter either AUC or $C_{max}$ compared to dosing the drug 4 hours after the evening meal. In patients given 0.2 mg cerivastatin sodium once daily for 4 weeks, either at mealtime or at bedtime, there were no differences in the lipid-lowering effects of cerivastatin. Both regimens of 0.2 mg once daily were slightly more efficacious than 0.1 mg twice daily.

**Distribution:** The volume of distribution ($VD_{ss}$) is calculated to be 0.3 L/kg. More than 99% of the circulating drug is bound to plasma proteins (80% to albumin). Binding is reversible and independent of drug concentration up to 100 mg/L.

**Metabolism:** Biotransformation pathways for cerivastatin in humans include the following: demethylation of the pyridilic methyl ether to form M1 and hydroxylation of the methyl group in the 6'-isopropyl moiety to form M23. The combination of both reactions leads to formation of metabolite M24. The major circulating blood components are cerivastatin and the pharmacologically active M1 and M23 metabolites. The relative potencies of metabolites M1 and M23 are comparable to, but do not exceed, the potency of the parent conpound. Following a 0.8-mg dose of cerivastatin to male and female patients, mean steady state $C_{max}$ values for cerivastatin, M1, and M23 were 12.7, 0.55, and 1.4 µg/L, respectively. Therefore, the cholesterol-lowering effect is due primarily to the parent compound, cerivastatin.

**Excretion:** Cerivastatin itself is not found in either urine or feces; M1 and M23 are the major metabolites excreted by these routes. Following an oral dose of 0.4 mg $^{14}$C-cerivastatin to healthy volunteers, excretion of radioactivity is about 24% in the urine and 70% in the feces. The parent compound, cerivastatin, accounts for less than 2% of the total radioactivity excreted. The plasma clearance for cerivastatin in humans after intravenous dosing is 12 to 13 liters per hour.

**Special Populations**

**Geriatric:** Plasma concentrations of cerivastatin are similar in healthy elderly male subjects (>65 years) and in young males (<40 years).

**Gender:** Plasma concentrations of cerivastatin in females are slightly higher than in males (approximately 12% higher for $C_{max}$ and 16% higher for AUC).

**Pediatric:** Cerivastatin pharmacokinetics have not been studied in pediatric patients.

**Race:** Cerivastatin pharmacokinetics were compared across studies in Caucasian, Japanese and Black subjects. No significant differences in AUC, $C_{max}$, $t_{max}$, and $t_{1/2}$ were found.

**Renal:** Steady-state plasma concentrations of cerivastatin are similar in healthy volunteers ($Cl_{cr}$>90 mL/min/1.73m$^2$) and in patients with mild renal impairment ($Cl_{cr}$ 61-90 mL/min/1.73m$^2$). In patients with moderate ($Cl_{cr}$ 31-60 mL/min/1.73m$^2$) or severe ($Cl_{cr} \leq 30$ mL/min/1.73m$^2$) renal impairment, AUC is up to 60% higher, $C_{max}$ up to 23% higher, and $t_{1/2}$ up to 47% longer compared to subjects with normal renal function.

**Hemodialysis:** While studies have not been conducted in patients with end-stage renal disease, hemodialysis is not expected to significantly enhance clearance of cerivastatin since the drug is extensively bound to plasma proteins.

**Hepatic:** Cerivastatin has not been studied in patients with active liver disease (see **CONTRAINDICATIONS**). Caution should be exercised when BAYCOL® (cerivastatin sodium tablets) is administered to patients with a history of liver disease or heavy alcohol ingestion (see **WARNINGS**).

**Clinical Studies:** BAYCOL® (cerivastatin sodium tablets) has been studied in controlled trials in North America, Europe, Israel, and South Africa and has been shown to be effective in reducing plasma Total-C, LDL-C, VLDL-C, apo B, and TG and increasing HDL-C and apo A1 in patients with heterozygous familial and non-familial forms of hypercholesterolemia and in mixed dyslipidemia. Over 5,000 patients with Type IIa and IIb hypercholesterolemia were treated in trials of 4 to 104 weeks duration.

The effectiveness of BAYCOL® in lowering plasma cholesterol has been shown in men and women, in patients with and without elevated triglycerides, and in the elderly. In four large, multicenter, placebo-controlled dose response studies in patients with primary hypercholesterolemia, BAYCOL® given as a single daily dose over 8 weeks, significantly reduced Total-C, LDL-C, apo B, TG, total cholesterol/HDL cholesterol (Total-C/HDL-C) ratio and LDL cholesterol/HDL cholesterol (LDL-C/HDL-C) ratio. Significant increases in HDL-C were also observed. The median (25th and 75th percentile) percent changes from baseline in HDL-C for Baycol 0.2, 0.3, 0.4, and 0.8 mg were +8 (+1, +15), +8 (+1, +14), +7 (0, +14), and +9 (+2, +16), respectively. Significant reductions in mean total-C and LDL-C were evident after one week, peaked at four weeks, and were maintained for the duration of the trial. (Pooled results at week 8 are presented in Table 1).

**Table 1**
**Response in Patients with Primary Hypercholesterolemia**
**Mean Percent Change from Baseline to Week 8**
**Intent-To-Treat Population**

| Dosage | N[1] | Total-C | LDL-C | Apo-B | TG[2] | HDL-C | LDL-C/ HDL-C | Total-C/ HDL-C |
|---|---|---|---|---|---|---|---|---|
| Placebo | 608-620 | +1 | 0 | +1 | 0 | +2 | –1 | 0 |
| **BAYCOL® qd** | | | | | | | | |
| 0.2 mg | 150-151 | –18 | –25 | –19 | –16 | +9 | –31 | –24 |
| 0.3 mg | 494-497 | –22 | –31 | –24 | –16 | +8 | –35 | –27 |
| 0.4 mg | 754-758 | –24 | –34 | –27 | –16 | +7 | –38 | –29 |
| 0.8 mg | 731-735 | –30 | –42 | –33 | –22 | +9 | –46 | –35 |

1 - N given as a range since test results for each lipid variable were not available in every patient
2 - Median percent change from baseline

In a pool of eight studies in patients with hypercholesterolemia and TG levels ranging from 250 mg/dL to 500 mg/dL who were treated for at least eight weeks, the following reductions in TG and increases in HDL-C were observed at Week 8 as shown in Table 2 below:

**Table 2**
**Median Percent Change from Baseline to Week 8**
**in Patients with Baseline TG between 250-500 mg/dL**

| | Placebo | BAYCOL® 0.2 mg | BAYCOL® 0.3 mg | BAYCOL® 0.4 mg | BAYCOL® 0.8 mg |
|---|---|---|---|---|---|
| N1 | 135-138 | 127-129 | 156-157 | 139 | 125 |
| Triglycerides | –3.3 | –22.6 | –22.4 | –26.2 | –30.7 |
| HDL-C | 3.1 | 7.3 | 9.2 | 10.7 | 13.3 |

1 - N given as a range since test results for each lipid variable were not available in every patient

In a large clinical study, the number of patients meeting their National Cholesterol Education Program-Adult Treatment Panel (NCEP-ATP) II target LDL-C levels on BAYCOL® 0.4 and 0.8 mg daily was assessed. The results up to 24 weeks are shown in Table 3 below:

**Table 3**
**Percent of Patients Reaching NCEP-ATP II Goal**
**Up to 24 Weeks of Treatment with BAYCOL® 0.4 mg and 0.8 mg**

| NCEP-ATP II Treatment Guidelines | | | Patients Reaching LDL-C Target Up to 24 Weeks | | | |
|---|---|---|---|---|---|---|
| Risk Factors for CHD | Baseline LDL-C (mg/dL) | Target LDL-C (mg/dL) | BAYCOL® 0.4 mg | | BAYCOL® 0.8 mg | |
| | | | Baseline LDL-C Mean (mg/dL) | Percent To Goal | Baseline LDL-C Mean (mg/dL) | Percent To Goal |
| < 2 risk factors | ≥ 190 | < 160 | 234 (n=33) | 79% | 224 (n=156) | 79% |
| ≥ 2 risk factors | ≥ 160 | < 130 | 204 (n=43) | 65% | 201 (n=186) | 72% |
| CHD | ≥ 130 | ≤ 100 | 188 (n=34) | 24% | 187 (n=99) | 53% |

## INDICATIONS AND USAGE

BAYCOL® (cerivastatin sodium tablets) is indicated as an adjunct to diet to reduce elevated Total-C, LDL-C, apo B, and TG and to increase HDL-C levels in patients with primary hypercholesterolemia and mixed dyslipidemia (Fredrickson Types IIa and IIb) when the response to dietary restriction of saturated fat and cholesterol and other non-pharmacological measures alone has been inadequate. Therapy with lipid-altering drugs should be a component of multiple risk factor intervention in those patients at significantly high risk for atherosclerotic vascular disease due to hypercholesterolemia.

Before considering therapy with lipid-altering agents, secondary causes of hypercholesterolemia, e.g., poorly controlled diabetes mellitus, hypothyroidism, nephrotic syndrome, dysproteinemias, obstructive liver disease, other drug therapy, alcoholism, should be excluded and a lipid profile performed to measure Total-C, HDL-C, and triglycerides (TG). For patients with TG of 400 mg/dL or less, LDL-C can be estimated using the following equation:

LDL-C = [Total-C] minus [HDL-C + TG/5]

For TG levels > 400 mg/dL, this equation is less accurate and LDL-C concentrations should be directly measured by preparative ultracentrifugation. In many hypertriglyceridemic patients, LDL-C may be low or normal despite elevated Total-C. In such cases, BAYCOL® (cerivastatin sodium tablets) is not indicated.

Lipid determinations should be performed at intervals of no less than four weeks.

The National Cholesterol Education Program (NCEP) Treatment Guidelines are summarized in Table 4.

**Table 4**
**National Cholesterol Education Program (NCEP) Treatment Guidelines**
**LDL-Cholesterol mg/dL (mmol/L)**

| Definite Atherosclerotic Disease* | Two or More Other Risk Factors** | Initiation Level*** | Goal |
|---|---|---|---|
| NO | NO | ≥ 190 (≥ 4.9) | < 160 (<4.1) |
| NO | YES | ≥ 160 (≥ 4.1) | < 130 (<3.4) |
| YES | YES or NO | ≥ 130 (≥ 3.4) | ≤ 100 (≤2.6) |

* Coronary heart disease or peripheral vascular disease (including symptomatic carotid artery disease).

** Other risk factors for coronary heart disease (CHD) include the following: age (males: ≥ 45 years; females: ≥ 55 years or premature menopause without estrogen replacement therapy); family history of premature CHD; current cigarette smoking; hypertension; confirmed HDL-C < 35 mg/dL (< 0.91 mmol/L); and diabetes mellitus. Subtract one risk factor if HDL-C is ≥ 60 mg/dL (≥ 1.6 mmol/L).

*** In CHD patients with LDL-C levels 100-129 mg/dL, the physician should exercise clinical judgment in deciding whether to initiate drug treatment.

At the time of hospitalization for an acute coronary event, consideration can be given to initiating drug therapy at discharge if the LDL-C level is ≥ 130 mg/dL (NCEP-ATP II).

Since the goal of treatment is to lower LDL-C, the NCEP recommends that LDL-C levels be used to initiate and assess treatment response. Only if LDL-C levels are not available, should the Total-C be used to monitor therapy.

Although BAYCOL® may be useful to reduce elevated LDL-cholesterol levels in patients with combined hypercholesterolemia and hypertriglyceridemia where hypercholesterolemia is the major abnormality (Type IIb hyperlipoproteinemia), it has not been studied in conditions where the major abnormality is elevation of chylomicrons, VLDL, or IDL (i.e., hyperlipoproteinemia types I, III, IV, or V).[1]

## CONTRAINDICATIONS

Active liver disease or unexplained persistent elevations of serum transaminases (see **WARNINGS**).

**Concurrent treatment with gemfibrozil due to a risk for rhabdomyolysis (see WARNINGS: Skeletal Muscle).**

Pregnancy and lactation: Atherosclerosis is a chronic process, and the discontinuation of lipid-lowering drugs during pregnancy should have little impact on the outcome of long-term therapy of primary hypercholesterolemia. Moreover, cholesterol and other products of the cholesterol biosynthesis pathway are essential components for fetal development, including synthesis of steroids and cell membranes. Since HMG-CoA reductase inhibitors decrease cholesterol synthesis and possibly the synthesis of other biologically active substances derived from cholesterol, they may cause fetal harm when administered to pregnant women. Therefore, HMG-CoA reductase inhibitors are contraindicated during pregnancy and in nursing mothers. **Cerivastatin sodium should be administered to women of child-bearing age only when such patients are highly unlikely to conceive and have been informed of the potential hazards.** If the patient becomes pregnant while taking this drug, cerivastatin sodium should be discontinued and the patient should be apprised of the potential hazard to the fetus.

Hypersensitivity to any component of this medication.

## WARNINGS

***Liver Enzymes:*** HMG-CoA reductase inhibitors have been associated with biochemical abnormalities of liver function. Persistent increases of serum transaminase (ALT, AST) values to more than 3 times the upper limit of normal (occurring on two or more not necessarily sequential

occasions, regardless of baseline status) have been reported in 0.5% of patients treated with cerivastatin sodium in the US over an average period of 11 months. The incidence of these abnormalities was 0.1%, 0.4%, 0.9% and 0.6% for BAYCOL® 0.2, 0.3, 0.4, and 0.8 mg respectively. These abnormalities usually occurred within the first 6 months of treatment, usually resolved after discontinuation of the drug, and were not associated with cholestasis. In most cases, these biochemical abnormalities were asymptomatic.

**It is recommended that liver function tests be performed before the initiation of treatment, at 6 and 12 weeks after initiation of therapy or elevation in dose, and periodically thereafter, e.g., semiannually.** Patients who develop increased transaminase levels should be monitored with a second liver function evaluation to confirm the finding and be followed thereafter with frequent liver function tests until the abnormality(ies) return to normal. Should an increase in AST or ALT of three times the upper limit of normal or greater persist, withdrawal of cerivastatin sodium therapy is recommended.

Active liver disease or unexplained transaminase elevations are contraindications to the use of BAYCOL® (cerivastatin sodium tablets) (see **CONTRAINDICATIONS**). Caution should be exercised when cerivastatin sodium is administered to patients with a history of liver disease or heavy alcohol ingestion (see **CLINICAL PHARMACOLOGY: Pharmacokinetics/Metabolism**). Such patients should be started at the low end of the recommended dosing range and closely monitored.

***Skeletal Muscle:*** **Cases of rhabdomyolysis, some with acute renal failure secondary to myoglobinuria, have been reported with cerivastatin and other drugs in this class.** Myopathy, defined as muscle aching or muscle weakness, associated with increases in plasma creatine kinase (CK) values to greater than 10 times the upper limit of normal, was seen in 0.4% of patients in U.S. cerivastatin clinical trials. In one clinical study using BAYCOL 0.8 mg as the starting dose, women over 65 years of age, especially those with low body weight, were observed to be at an increased risk of myopathy. Myopathy should be considered in any patient with diffuse myalgias, muscle tenderness or weakness, and/or marked elevation of CK. Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. BAYCOL® (cerivastatin sodium tablets) therapy should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected. **BAYCOL® (cerivastatin sodium tablets) should be temporarily withheld in any patient experiencing an acute or serious condition predisposing to the development of renal failure secondary to rhabdomyolysis, e.g., sepsis; hypotension; major surgery; trauma; severe metabolic, endocrine or electrolyte disorders; or uncontrolled epilepsy.**

The risk of myopathy during treatment with HMG-CoA reductase inhibitors is increased with concurrent administration of cyclosporine, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of niacin.

The combined use of HMG-CoA inhibitors and fibrates generally should be avoided. The use of fibrates alone may be associated with myopathy including rhabdomyolysis and associated renal failure. **The combined use of cerivastatin and gemfibrozil is contraindicated due to a risk for rhabdomyolysis (see Contraindications).**

## PRECAUTIONS

**General:** Before instituting therapy with BAYCOL® (cerivastatin sodium tablets), an attempt should be made to control hypercholesterolemia with appropriate diet, exercise, weight reduction in obese patients, and treatment of underlying medical problems (**see INDICATIONS AND USAGE**).

Cerivastatin sodium may elevate creatine kinase and transaminase levels (**see ADVERSE REACTIONS**). This should be considered in the differential diagnosis of chest pain in a patient on therapy with cerivastatin sodium.

**Homozygous Familial Hypercholesterolemia:** Cerivastatin sodium has not been evaluated in patients with rare homozygous familial hypercholesterolemia. HMG-CoA reductase inhibitors have been reported to be less effective in these patients because they lack functional LDL receptors.

**Information for Patients:** Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever.

**DRUG INTERACTIONS:**

**Immunosuppressive Drugs, Fibric Acid Derivatives, Niacin (Nicotinic Acid), Erythromycin, Azole Antifungals:** see **WARNINGS: Skeletal Muscle.**

**ANTACID** (Magnesium-Aluminum Hydroxide): Cerivastatin plasma concentrations were not affected by co-administration of antacid.

**CIMETIDINE:** Cerivastatin plasma concentrations were not affected by co-administration of cimetidine.

**CHOLESTYRAMINE:** The influence of the bile-acid-sequestering agent cholestyramine on the pharmacokinetics of cerivastatin sodium was evaluated in 12 healthy males in 2 separate randomized crossover studies. In the first study, concomitant administration of 0.2 mg cerivastatin sodium and 12 g cholestyramine resulted in decreases of more than 22% for AUC and 40% for $C_{max}$ when compared to dosing cerivastatin sodium alone. However, in the second study, administration of 12 g cholestyramine 1 hour before the evening meal and 0.3 mg cerivastatin sodium approximately 4 hours after the same evening meal resulted in a decrease in the cerivastatin AUC of less than 8%, and a decrease in $C_{max}$ of about 30% when compared to dosing cerivastatin sodium alone. Therefore, it would be expected that a dosing schedule of cerivastatin sodium given at bedtime and cholestyramine given before the evening meal would not result in a significant decrease in the clinical effect of cerivastatin sodium.

**DIGOXIN:** Plasma digoxin levels and digoxin clearance at steady-state were not affected by co-administration of 0.2 mg cerivastatin sodium. Cerivastatin plasma concentrations were also not affected by co-administration of digoxin.

**WARFARIN:** Co-administration of warfarin and cerivastatin to healthy volunteers did not result in any changes in prothrombin time or clotting factor VII when compared to co-administration of warfarin and placebo. The AUC and $C_{max}$ of both the (R) and (S) isomers of warfarin were unaffected by concurrent dosing of 0.3 mg cerivastatin sodium. Co-administration of warfarin and cerivastatin did not alter the pharmacokinetics of cerivastatin sodium.

**ERYTHROMYCIN:** In hypercholesterolemic patients, steady-state cerivastatin AUC and $C_{max}$ increased approximately 50% and 24% respectively after 10 days with co-administration of erythromycin, a known inhibitor of cytochrome P450 3A4.

**ITRACONAZOLE:** In hypercholesterolemic patients, following a 0.3 mg dose of cerivastatin, steady-state cerivastatin AUC and $C_{max}$ increased 38% and 12%, respectively after 10 days with co-administration of 200 mg itraconazole, a potent inhibitor of cytochrome P450 3A4. Cerivastatin half-life was approximately 5 hours (a 64% increase) following co-administration with itraconazole, which would not lead to accumulation of cerivastatin upon multiple dosing. The administration of 0.3 mg of cerivastatin concomitantly with itraconazole has no effect on itraconazole pharmacokinetics.

In a single dose crossover study using 0.8 mg cerivastatin, the AUC and $C_{max}$ of cerivastatin were increased 27% and 25% respectively during concomitant itraconazole treatment.

**Endocrine Function:** HMG-CoA reductase inhibitors interfere with cholesterol synthesis and lower cholesterol levels and, as such, might theoretically blunt adrenal or gonadal steroid hormone production.

Clinical studies have shown that cerivastatin sodium has no adverse effect on sperm production and does not reduce basal plasma cortisol concentration, impair adrenal reserve or have an adverse effect on thyroid metabolism as assessed by TSH. Results of clinical trials with drugs in this class have been inconsistent with regard to drug effect on basal and reserve steroid levels. The effects of HMG-CoA reductase inhibitors on male fertility have not been studied in adequate numbers of male patients. The effects, if any, on the pituitary-gonadal axis in pre-menopausal women are unknown.

Patients treated with cerivastatin sodium who develop clinical evidence of endocrine dysfunction should be evaluated appropriately. Caution should be exercised if an HMG-CoA reductase inhibitor or other agent used to lower cholesterol levels is administered to patients also receiving

other drugs that may decrease the levels or activity of endogenous steroid hormones, e.g., ketoconazole, spironolactone, or cimetidine.

**GEMFIBROZIL:** The potential for clinically relevant interaction between gemfibrozil and cerivastatin has not been assessed in clinical trials. However, during postmarketing surveillance, patients on cerivastatin who experienced rhabdomyolysis and associated renal failure, were in most cases also taking gemfibrozil. (See **CONTRAINDICATIONS** and **WARNINGS: Skeletal Muscle)**

**CNS and other Toxicities:** Chronic administration of cerivastatin to rodent and non-rodent species demonstrated the principal toxicologic targets and effects observed with other HMG-CoA reductase inhibitors: Hemorrhage and edema in multiple organs and tissues including CNS (dogs); cataracts (dogs); degeneration of muscle fibers (dogs, rats, and mice); hyperkeratosis in the non-glandular stomach (rats and mice, this organ has no human equivalent); liver lesions (dogs, rats, and mice).

CNS lesions were characterized by multifocal bleeding with fibrinoid degeneration of vessel walls in the plexus chorioideus of the brain stem and in the ciliary body of the eye at 0.1 mg/kg/day in the dog. This dose resulted in plasma levels of cerivastatin ($C_{max}$, measured as free drug), that were about 17 times higher than the mean values in humans taking 0.8 mg/day. No CNS lesions were observed after chronic treatment with cerivastatin for up to two years in the mouse (up to 6 times human $C_{max}$ free drug levels) and rat (in the range of human $C_{max}$ free drug levels).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** A 2-year study was conducted in rats with dietary administration resulting in average daily doses of cerivastatin of 0.007, 0.034, or 0.158 mg/kg. The high dosage level corresponded to plasma free drug levels (AUC) of approximately 2 times those in humans following a 0.8-mg oral dose. Tumor incidences of treated rats were comparable to controls in all treatment groups. In a 2-year carcinogenicity study conducted in mice with dietary administration resulting in average daily doses of cerivastatin of 0.4, 1.8, 9.1, or 55 mg/kg hepatocellular adenomas were significantly increased in male and female mice at ≥ 9.1 mg/kg ($AUC_{free}$ values about 3 times human at 0.8 mg/day). Hepatocellular carcinomas were significantly increased in male mice at ≥ 1.8 mg/k ($AUC_{free}$ values in the range of human exposure at 0.8 mg/day).

No evidence of genotoxicity was observed *in vitro* with or without metabolic activation in the following assays: microbial mutagen tests using mutant strains of *S. typhimurium* or *E. coli*, Chinese Hamster Ovary Forward Mutation Assay, Unscheduled DNA Synthesis in rat primary hepatocytes, chromosome aberrations in Chinese Hamster Ovary cells, and spindle inhibition in human lymphocytes. In addition, there was no evidence of genotoxicity *in vivo* in a mouse Micronucleus Test; there was equivocal evidence of mutagenicity in a mouse Dominant Lethal Test.

In a combined male and female rat fertility study, cerivastatin had no adverse effects on fertility or reproductive performance at doses up to 0.1 mg/kg/day (in the range of human $C_{max}$ free drug levels). At a dose of 0.3 mg/kg/day (about 3 times human $C_{max}$ free drug levels), the length of gestation was marginally prolonged, stillbirths were increased, and the survival rate up to day 4 postpartum was decreased. In the fetuses (F1), a marginal reduction in fetal weight and delay in bone development was observed. In the mating of the F1 generation, there was a reduced number of female rats that littered.

In the testicles of dogs treated chronically with cerivastatin at a dose of 0.008 mg/kg/day (in the range of human $C_{max\ free}$ drug levels), atrophy, vacuolization of the germinal epithelium, spermatidic giant cells, and focal oligospermia were observed. In another 1-year study in dogs treated with 0.1 mg/kg/day (approximately 17-fold the human exposure at doses of 0.8 mg based on $C_{max\ free}$), ejaculate volume was small and libido was decreased. Semen analysis revealed an increased number of morphologically altered spermatozoa indicating disturbances of epididymal sperm maturation that was reversible when drug administration was discontinued.

**Pregnancy: Pregnancy Category X: (**See **CONTRAINDICATIONS):** Cerivastatin caused a significant increase in incomplete ossification of the lumbar center of the vertebrae in rats at an oral dose of 0.72 mg/kg. Cerivastatin did not cause any anomalies or malformations in rabbits at oral doses up to 0.75 mg/kg. These doses resulted in plasma levels about 6 times the human

exposure ($C_{max\ free}$) for rats and 3 times the human exposure for rabbits ($C_{max\ free}$) at a human dose of 0.8 mg. Cerivastatin crossed the placenta and was found in fetal liver, gastrointestinal tract, and kidneys when pregnant rats were given a single oral dose of 2 mg/kg.

Safety in pregnant women has not been established. Cerivastatin should be administered to women of child-bearing potential only when such patients are highly unlikely to conceive and have been informed of the potential hazards. Rare reports of congenital anomalies have been received following intrauterine exposure to other HMG-CoA reductase inhibitors. In a review of approximately 100 prospectively followed pregnancies in women exposed to simvastatin or lovastatin, the incidences of congenital anomalies, spontaneous abortions and fetal deaths/stillbirths did not exceed what would be expected in the general population. The number of cases is adequate only to exclude a three- to four-fold increase in congenital anomalies over the background incidence. In 89% of the prospectively followed pregnancies, drug treatment was initiated prior to pregnancy and was discontinued at some point in the first trimester when pregnancy was identified. As safety in pregnant women has not been established and there is no apparent benefit to therapy with BAYCOL® during pregnancy (see **CONTRAINDICATIONS**), treatment should be immediately discontinued as soon as pregnancy is recognized. If a women becomes pregnant while taking cerivastatin, the drug should be discontinued and the patient advised again as to potential hazards to the fetus.

**Nursing Mothers:** Based on preclinical data, cerivastatin is present in breast milk in a 1.3:1 ratio (milk:plasma). Because of the potential for serious adverse reactions in nursing infants, nursing women should not take cerivastatin (see **CONTRAINDICATIONS**).

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** In clinical pharmacology studies, there were no clinically relevant effects of age on the pharmacokinetics of cerivastatin sodium. In one clinical study using BAYCOL 0.8 mg as the starting dose, women over 65 years of age, especially those with low body weight, were observed to be at an increased risk of myopathy. Caution should be exercised when titrating such patients to the 0.8 mg dose of BAYCOL.

**Renal Insufficiency:** Patients with significant renal impairment ($Cl_{cr} \leq 60$ mL/min/1.73$m^2$) have increased AUC (up to 60%) and $C_{max}$ (up to 23%) and should be administered BAYCOL® with caution.

**Hepatic Insufficiency:** Safety and effectiveness in hepatically impaired patients have not been established. Cerivastatin should be used with caution in patients who have a history of liver disease and/or consume substantial quantities of alcohol (see **CONTRAINDICATIONS** and **WARNINGS**).

## ADVERSE REACTIONS

Cerivastatin sodium has been evaluated for adverse events in more than 5,000 patients worldwide. In the U.S. placebo-controlled clinical studies, discontinuations due to adverse events occurred in 3.1% of cerivastatin sodium treated patients and in 2.0% of patients treated with placebo. Adverse reactions have usually been mild and transient.

**Clinical Adverse Experiences:** Adverse experiences occurring with a frequency ≥2% for marketed doses of cerivastatin sodium, regardless of causality assessment, in U.S. placebo-controlled clinical studies, are shown in Table 5 below:

**Table 5**

**Adverse Experiences occurring in ≥2% Patients in U.S. Placebo Controlled Clinical Studies**

| **Adverse Event** | **BAYCOL® (n = 2231)** | **Placebo (n = 702)** |
|---|---|---|
| Any event | 63.2% | 63.0% |
| Pharyngitis | 9.6% | 12.1% |
| Headache | 8.5% | 9.5% |
| Rhinitis | 8.3% | 10.1% |
| Sinusitis | 4.7% | 5.0% |
| Accidental injury | 4.4% | 5.6% |
| Arthralgia | 4.3% | 3.4% |
| Dyspepsia | 3.8% | 4.8% |
| Flu syndrome | 3.7% | 6.3% |
| Back pain | 3.4% | 5.0% |
| Asthenia | 3.4% | 2.1% |
| Diarrhea | 3.3% | 3.3% |
| Rash | 3.0% | 4.4% |
| Myalgia | 2.5% | 2.3% |
| Abdominal pain | 2.5% | 3.0% |
| Nausea | 2.4% | 3.1% |
| Leg pain | 2.2% | 1.4% |
| Constipation | 2.2% | 2.0% |
| Dizziness | 2.1% | 2.4% |
| Flatulence | 2.1% | 2.7% |
| Chest pain | 2.0% | 1.8% |
| Bronchitis | 1.3% | 2.1% |

The following effects have been reported with drugs in this class; not all effects listed below have necessarily been associated with cerivastatin therapy.

*Skeletal:* myopathy, muscle cramps, rhabdomyolysis, arthralgias, myalgia.

*Neurological:* dysfunction of certain cranial nerves (including alteration of taste, impairment of extra-ocular movement, facial paresis), tremor, dizziness, memory loss, vertigo, paresthesia, peripheral neuropathy, peripheral nerve palsy, anxiety, insomnia, depression, psychic disturbances.

*Hypersensitivity Reactions:* An apparent hypersensitivity syndrome has been reported that included one or more of the following features: anaphylaxis, angioedema, lupus erythematosus-like syndrome, polymyalgia rheumatica, dermatomyositis, vasculitis, purpura, thrombocytopenia, leukopenia, hemolytic anemia, positive ANA, ESR increase, eosinophilia, arthritis, arthralgia, urticaria, asthenia, photosensitivity, fever, chills, flushing, malaise, dyspnea, toxic epidermal necrolysis, erythema multiforme, including Stevens-Johnson syndrome.

*Gastrointestinal:* pancreatitis, hepatitis, including chronic active hepatitis, cholestatic jaundice, fatty change in liver, cirrhosis, fulminant hepatic necrosis, and hepatoma; anorexia, vomiting.

*Skin:* alopecia, pruritus. A variety of skin changes, (e.g., nodules, discoloration, dryness of skin/mucous membranes, changes to hair/nails), have been reported.

*Reproductive:* gynecomastia, loss of libido, erectile dysfunction.

*Eye:* progression of cataracts (lens opacities), ophthalmoplegia.

*Laboratory Abnormalities:* elevated transaminases, creatine kinase, alkaline phosphatase, γ-glutamyl transpeptidase, and bilirubin; thyroid function abnormalities.

**Post-Marketing Adverse Event Reports:** The following events have been reported since market introduction. While these events were generally associated with the use of BAYCOL®, a casual relationship to the use of BAYCOL® cannot be readily determined due to the spontaneous nature of reporting of medical events, and the lack of controls.

**Body as a Whole:** Asthenia, fever, headache, anorexia, abdominal pain, epistaxis, edema.

**Cardiovascular System:** Hypertension, angina pectoris.

**Digestive System:** Colitis, constipation, diarrhea, duodenal ulcer, dyspepsia, flatulance, gastrointestinal disorder, gastrointestinal hemorrhage, hepatitis, nausea.

**Hemolytic and Lymphatic System:** Anemia, leukopenia.

**Hypersensitivity Reaction**: Allergic reaction, anaphylactoid reaction, angioedema, urticaria.

**Nervous System:** Paralysis, somnolence.

**Musculoskeletal System:** Myalgia, myasthenia, myopathy, myositis, rhabdomyolysis, hypertonia, hyperkinesia.

**Respiratory System:** Cough increase.

**Urogenital System:** Acute renal failure secondary to myoglobinuria.

**Special Senses:** Cataract specified, visual disturbance, blurred vision.

**Laboratory Abnormalities:** Amylase increase, elevated transaminases, laboratory tests abnormal, kidney function abnormal, creatine phosphokinase increase.

**Concomitant Therapy:** In studies where cerivastatin sodium has been administered concomitantly with cholestyramine, no adverse reactions unique to this combination or in addition to those previously reported for this class of drugs were reported. Myopathy and rhabdomyolysis (with or without acute renal failure) have been reported when HMG-CoA reductase inhibitors are used in combination with immunosuppressive drugs, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of nicotinic acid. Concomitant therapy with HMG-CoA reductase inhibitors and these agents is generally not recommended (see **WARNINGS: Skeletal Muscle**). Concurrent treatment with gemfibrozil is contraindicated (see **CONTRAINDICATIONS** and **WARNINGS: Skeletal Muscle**).

## OVERDOSAGE

No specific recommendations concerning the treatment of an overdosage can be made. Should an overdose occur, it should be treated symptomatically and supportive measures should be undertaken as required.

Dialysis of cerivastatin sodium is not expected to significantly enhance clearance since the drug is extensively (>99%) bound to plasma proteins.

## DOSAGE AND ADMINISTRATION

The patient should be placed on a standard cholesterol-lowering diet before receiving cerivastatin sodium and should continue on this diet during treatment with cerivastatin sodium. (See NCEP Treatment Guidelines for details on dietary therapy.)

The recommended starting-dose of BAYCOL® is 0.4 mg once daily in the evening. The dosage range is 0.2 mg to 0.8 mg. Cerivastatin sodium may be taken with or without food. In patients with significant renal impairment (creatinine clearance ≤60 mL/min/1.73m$^2$) the lower doses are recommended.

Since the maximal effect of cerivastatin sodium is seen within 4 weeks, lipid determinations should be performed at this time and dose adjusted as necessary.

**Concomitant Therapy:** The lipid-lowering effects on LDL-C and Total-C are additive when cerivastatin sodium is combined with a bile-acid-binding resin. When co-administering cerivastatin sodium and a bile-acid-exchange resin, e.g., cholestyramine, cerivastatin sodium should be given at least 2 hours after the resin (see also **ADVERSE REACTIONS: Concomitant Therapy**).

**Dosage in Patients with Renal Insufficiency:** No dose adjustment is necessary for patients with mild renal dysfunction ($Cl_{cr}$ 61-90 mL/min/1.73m$^2$). For patients with moderate or severe renal dysfunction, a starting dose of 0.2 mg or 0.3 mg is recommended (see **CLINICAL PHARMACOLOGY - Special Populations - Renal**).

## HOW SUPPLIED

**BAYCOL® (cerivastatin sodium tablets)** is supplied as 0.2-mg, 0.3-mg, 0.4-mg and 0.8-mg tablets. The different tablet strengths can be identified as follows:

| | | Markings | |
|---|---|---|---|
| **Strength** | **Color** | **Front** | **Back** |
| 0.2 mg | light yellow | 283 | 200 MCG |
| 0.3 mg | yellow brown | 284 | 300 MCG |
| 0.4 mg | ocher | 285 | 400 MCG |
| 0.8 mg | brown orange | 286 | 800 MCG |

**BAYCOL® (cerivastatin sodium tablets)** is supplied as follows:

| | | |
|---|---|---|
| Bottles of 30: | 0.4 mg | (NDC 0026-2885-69) |
| | 0.8 mg | (NDC 0026-2886-69) |
| Bottles of 90: | 0.2 mg | (NDC 0026-2883-86) |
| | 0.3 mg | (NDC 0026-2884-86) |
| | 0.4 mg | (NDC 0026-2885-86) |
| | 0.8 mg | (NDC 0026-2886-86) |
| Bottles of 100: | 0.2 mg | (NDC 0026-2883-51) |
| | 0.3 mg | (NDC 0026-2884-51) |
| | 0.4 mg | (NDC 0026-2885-51) |

The tablets should be protected from moisture and stored below 77°F (25°C). Dispense in tight containers.

**References:**

[1]**Classification of Hyperlipoproteinemias**

| | | Lipid Elevations | |
|---|---|---|---|
| **Type** | **Lipoproteins Elevated** | **major** | **minor** |
| I (rare) | chylomicrons | TG | ↑→C |
| IIa | LDL | C | – |
| IIb | LDL,VLDL | C | TG |
| III (rare) | IDL | C/TG | – |
| IV | VLDL | TG | ↑→C |
| V (rare) | chylomicrons, VLDL | TG | ↑→C |

C=cholesterol, TG=triglycerides, LDL=low-density lipoprotein,
VLDL= very-low-density lipoprotein, IDL=intermediate-density lipoprotein.

Bayer

Bayer Corporation
Pharmaceutical Division
400 Morgan Lane
West Haven, CT 06516 USA
Made in Germany

**Rx Only**

PD500148 7/00 © 2000 Bayer Corporation 9787 Printed in USA