# Exhibit A

# EXPERT WITNESS REPORT OF BRUCE M. CARLSON, M.D., Ph.D.

## I. Background and Qualifications.

1. I am a Professor in the Department of Cell and Developmental Biology at the University of Michigan Medical School and am also Research Professor and Director of the Institute of Gerontology at the University of Michigan (since 2000). I joined the University of Michigan in 1966 as an Assistant Professor of Anatomy in the Medical School and served as Chairman of that Department from 1988-2000. In addition, I was appointed a Professor of Biology at the University of Michigan in 1979 and retain that title. A copy of my curriculum vitae is appended to this document.

2. I received a BA degree (summa cum laude) in 1959 from Gustavus Adolphus College in St. Peter, Minnesota, an MS degree in Ichthyology from Cornell University (Ithaca, New York) in 1961, and M.D., Ph.D. degrees (Ph.D. in Anatomy) from the University of Minnesota in 1965.

3. During the course of my career, I have conducted research for extended periods in several countries: USSR in 1965-1966 at the Institute of Developmental Biology in Moscow as an Exchange Scientist between the U.S. and Soviet Academies of Sciences; for extended periods from 1971-1980 in Czechoslovakia as an Interacademy of Sciences Exchange Scientist at the Institute of Physiology in Prague; during 1973-1974 as a Fulbright Fellow at the Hubrecht International Embryological Laboratory in Utrecht, Netherlands; during 1981-1982 at the Department of Pathology of the University of Helsinki in Finland as a Josiah Macy, Jr. Fellow; and during 1999-2000 as a Fogarty Senior International Fellow of the National Institutes of Health at the Department of Anatomy and Structural Biology at the University of Otago in Dunedin, New Zealand.

4. Since 1960, the overall theme of my research has been regeneration of limbs and muscles. During the past 15 years, my research has concentrated on problems of mammalian muscle regeneration and aging, as well as the biology of denervated muscle. This research has been continuously supported by major grants from a variety of governmental and private sources since 1968. I have published roughly 200 articles and



MDL EXHIBIT
Carlson #5
Cmt 02/03/04

chapters on my research. In addition I have written 9 books (2 on regeneration and 7 embryology textbooks) as sole author and have edited 13 other books.

5. Other professional activities include service on the editorial boards of several journals; grant review panels for a variety of U.S and foreign agencies; and various committees for governmental agencies such as the National Institutes of Health, NASA, the Veterans Administration, the Fulbright program, the U.S. National Academy of Sciences, and the National Research Council. From 1999-2003 I was an advisor to a multinational group of European scientists who conduct research on aging muscle.

6. I am a member of a number of professional societies, including the American Association for the Advancement of Science (Fellow, 1994); American Association of Anatomists (President, 1997-99); American Association of Clinical Anatomists; American Association of Ichthyologists and Herpetologists; Association of Anatomy, Cell Biology and Neurobiology Chairpersons (President, 1995); the Gerontological Society of America; International Society of Developmental Biology; and the Society for Developmental Biology.

7. Since 1966, I have taught a variety of courses at the University of Michigan, including microscopic anatomy and embryology for medical and dental students, developmental biology to undergraduate and graduate students, regeneration to graduate students, and elementary anatomy. I have won the Elizabeth Crosby and Kaiser-Permanente teaching awards at the University of Michigan Medical School. From 1994-1996, I was on the National Board of Medical Examiners.

## II. <u>Summary of Opinions</u>.

8. The HMG-CoA reductase inhibitor, cerivastatin (Baycol), whether used in monotherapy or in combination with other drugs, especially gemfibrozil, is responsible for a much higher incidence of muscle pathology (reviewed by Thompson et al., 2003) and a death rate 16-80 times greater than that of the other statin drugs (Staffa et al., 2002). A recent Medline search over the past 10 years turned up at least 68 articles reporting severe adverse myopathic[1] events that were attributable to cerivastatin taken alone or in combination with other drugs.

[1]Myopathy, as defined in Stedman's Medical Dictionary is "any abnormal condition or disease of the muscular tissues."

9. Cerivastatin-associated muscle pathology (referred to henceforth as myopathy) is manifest along a spectrum of severity. At the level of the individual muscle fiber, this spectrum can range from mitochondrial abnormalities and membrane damage to degeneration of the entire muscle fiber and death of satellite cells – the stem cells that are responsible for the repair of damaged muscle. At the level of a whole muscle or of an affected individual, the spectrum of damage extends from the asymptomatic malfunction or destruction of a few muscle fibers to a massive breakdown of muscle fibers (known clinically as rhabdomyolysis) that can lead to renal failure and death. The more muscle fibers that are damaged, the greater is the loss of function and the severity of symptoms. Elevated levels of creatine kinase (CK) in the blood or myoglobin in the urine represent clinical evidence of significant muscle fiber damage. It is important to recognize that the spectrum referred to above includes a large middle region in which the patient has suffered sufficient muscle damage to have caused pain, weakness or some other impairment of function for varying periods of time after exposure to cerivastatin. Because of the timing and nature of release of CK or myoglobin from damaged muscle, clinical determinations of blood and urine levels of these proteins in a given patient may not fall within the range usually associated with severe muscle damage. Similarly a muscle biopsy that misses a large region of damaged muscle fibers can appear to be normal.

10. Many of the individuals who have suffered myopathic effects from the administration of cerivastatin are elderly. As a group, elderly individuals are more susceptible to muscle damage, and they repair muscle damage more slowly and less completely than those in younger age groups.

11. Exercise, especially eccentric (lengthening contractions), is known to cause muscle fiber damage in humans. On the basis of a controlled human trial, Thompson et al. (1997) have concluded "that HMG-CoA reductase inhibitors exacerbate exercise-induced skeletal muscle injury." Use of cerivastatin can result in increased muscle damage after exercise or heavy work.

12. Damaged muscle fibers can repair themselves by regeneration. Satellite cells are the principal source of regenerating muscle. If satellite cells are damaged or destroyed, the effectiveness of regenerative repair of muscle is reduced. In the elderly, the reduced number of satellite cells renders them even more susceptible to the myotoxic effects of cerivastatin.

13. Defective muscle repair is accompanied by fibrosis, which is a particular problem in the repair of muscle in the elderly. Fibrosis interferes with the overall repair and regeneration of skeletal muscle, causing functional limitations.

14. In view of the widespread recognition of the myotoxic effects of other statins for several years before cerivastatin was introduced, it is difficult to understand why Bayer did not conduct or did not publicize results of thorough myotoxicity tests of cerivastatin in preclinical or clinical trials.

15. On the basis of clinical and research data, cerivastatin can cause a spectrum of myopathy from mild to severe. This can be exacerbated by the concomitant use of certain other medications, by exercise or hard work, or even by the fact that a patient is elderly or female. The regenerative repair of damaged muscle can be compromised by factors such as drug-induced damage to satellite cells, fibrosis, damage to associated tissues (e.g. blood vessels or nerves), or advanced age. Based on a reasonable degree of medical certainty, I feel that as a result of these factors some individuals will experience or have experienced prolonged recovery from muscle pathology or suffer(ed) permanent muscle damage as the result of their use of cerivastatin alone or in combination with other agents. The worst case is death due to acute renal failure resulting from the massive release of products of muscle fiber damage into the circulation and their blocking the renal tubular system.

## III. Statin-Associated Myopathy.

16. Clinical Data. A clinical advisory on the use and safety of statins, jointly issued by the American College of Cardiology, the American Heart Association and the National Heart, Lung and Blood Institute of the National Institutes of Health (Pasternak et al., 2002), outlined several clinical varieties of statin-induced myopathy.

These include 1) non-specific muscle aches not associated with increased CK levels; 2) mild to moderate elevations of CK levels without muscle complaints; 3) severe myositis with muscle aches, soreness and weakness along with elevated CK levels; and 4) rhabdomyolysis, myoglobinuria, and acute renal necrosis. Although one might disagree with their method of classifying myopathies, the fact remains that their advisory was prompted by their recognition of a significant clinical problem. The incidence of myopathy in patients taking cerivastatin is dose-related, and in combination with gemfibrozil the incidence of myopathic side effects is considerably increased. Backman et al. (2002) have shown that gemfibrozil taken concomitantly with cerivastatin greatly increases plasma concentrations of cerivastatin. In a series of 11 patients with cerivastatin-induced rhabdomyolysis (Ravnan et al., 2002), 8 reported impaired ambulation (for the other three, no information was available).

17. Statin-Induced Myopathy. Myopathy associated with the use of cerivastatin appears at some interval after the patient has been taking the drug and is often manifested as pain or weakness in the proximal muscles. These symptoms could represent a mitochondrial-based myopathy and/or the actual breakdown of muscle fibers. Upon the discontinuance of cerivastatin therapy, improvement of the muscular symptoms often occurs. If muscular strength returns to normal within three weeks, the principal underlying pathology is likely to have been mitochondrial rather than muscle fiber degeneration followed by regeneration, because a return to functional normality in regenerating muscle would not occur that quickly. A longer course of recovery would not exclude mitochondrial damage, but would more likely involve muscle fiber regeneration, which may be incomplete due to complicating factors, such as fibrosis or associated nerve damage. In large mammals, the time required for functional maturation of regenerating muscle is typically 6 months to more than a year. Particularly in the case of moderate to severe injury short of life-threatening rhabdomyolysis, cerivastatin-induced myopathy will almost certainly involve weakness leading to the limitation of function, which may be accompanied by or preceded by pain. In the event of impaired muscle regeneration, the occurrence of fibrosis could lead to some degree of permanent impairment.

18. Mechanisms of Statin-Induced Damage to Muscle. Our understanding of the mechanisms by which statins produce injury to skeletal muscle fibers is still evolving. There are two predominant clinical hypotheses (Thompson et al., 2003). The first is that the blockage of cholesterol synthesis makes the sarcolemma (muscle fiber membrane) unstable because of reduced cholesterol content in the membrane. The second focuses on the reduced levels of ubiquinone in statin-treated patients. Ubiquinone (coenzyme Q) is involved in electron transport in mitochondria during oxidative phosphorylation. Interferences in energy production render the muscle fiber more susceptible to damage and could be the basis for weakness or fatigue. Because of a polymyositis-like pathology in some patients (Giordano et al., 1997), an immunological component in pathogenesis cannot be ruled out. In reality, regardless of the mechanism, there is clearly muscle fiber damage in affected patients. As will be seen below, associated factors, such as advanced age and exercise, increase the risk of muscle fiber damage to a person undergoing statin therapy. Laboratory research on the effects of other statins (pravastatin, lovastatin, and simvastatin) provides compelling evidence that the mechanism underlying myotoxicity involves the depletion of metabolites of geranylgeranyl pyrophosphate and the interference of prenylation of proteins, possibly in the ras (an oncogene involved in muscle fiber differentiation) pathway, rather than an interference in cholesterol synthesis (Flint et al., 1997 a,b; Matzno et al., 1997). Other evidence suggests that interference with ubiquinone synthesis also does not seem to be the mechanism of myotocixity. "However, substitution of coenzyme Q to the culture medium of the myoblasts did not influence the cytotoxicity of cerivastatin, suggesting that mitochondrial toxicity does not play a major role in the cytotoxicity observed in this model."(from MCA Assessment Report, November 2001, p. 12 [BAYAG00910683]). This conclusion is supported by the finding of Laaksonen et al. (1995) that in humans decreases in serum ubiquinone concentrations do not result in reduced levels in muscle tissue. Nevertheless, despite the above research, the molecular mechanism underlying primary muscle fiber damage remains incompletely defined, although the experimental evidence suggests that interference in the synthesis of some yet

undefined protein(s) is a likely suspect. Many of these disturbances can lead to apoptosis of muscle (Leeuwenburgh, 2003).

19. The Pathology of Statin-Induced Myopathy. The near absence of published research or clinical reports that document the actual nature of cerivastatin-induced myopathy requires one to examine reports on muscle pathology associated with the use of other members of the statin family. It is important to note, however, that it is unlikely that notable differences will be found in specific types of muscle pathology that have been described among the affected users of the various statins. Common pathways of response follow exposure to a wide variety of myotoxic agents (Carlson and Faulkner, 1983). Of the few human studies that have included muscle biopsies, two, involving five patients, provided evidence of mitochondrial involvement (ragged red fibers, reduced oxidative enzymes and lipid accumulation) in muscle fibers in patients with normal or elevated CK levels (Chariot et al., 1993; Phillips et al., 2002). Two others (Giordano et al., 1997; Schalke et al., 1992) presented evidence of myositis-like symptoms, with infiltrates of immune cells and complement deposition on muscle fibers. Yet another two case reports that included biopsy data reported necrosis and lysis of muscle fibers (Deslypere and Vermeulen, 1991; Gilad and Lampl, 1999).

20. Animal Studies. Animal studies conducted in vivo have shown a consistent picture of muscle fiber damage and degeneration after exposure to statins. In rabbits, Nakahara et al. (1992, 1998) produced morphological evidence of hypercontraction, accumulation of microvesicles, and macrophage infiltration of degenerating muscle fibers. Their results pointed toward the muscle fiber membrane as the primary site of damage. In a careful morphological study on rats fed lovastatain, Waclawik et al. (1993) found that over time from 20-50% of the muscle fibers in the gastrocnemius (a fast muscle) became necrotic, whereas those of the soleus (a slow muscle) were spared. Similarly, Smith et al. (1991) found massive damage to fast muscle fibers in rats that had been exposed to one of several statins plus cyclosporine A. This differential response of fast vs. slow muscle fibers to the effects of statins may have relevance with respect to muscle damage in elderly individuals. I am not aware of any studies on the myotoxicity of statins in old laboratory animals. A CPMP Referral

Assessment Report on Cerivastatin (CPMP/926/02), dated 20 March 2002, stated, "Toxicology data confirmed the myotoxicity of cerivastatin. The myotoxic potential of cerivastatin was observed in all tested species except monkeys. This is in contrast to other statins which only exhibited muscular toxicity in one or two species in a dose dependent manner" (p. 10, BAYAG 00910624). In Annex V, p. 4, of the same report (BAYAG 00919496) it is stated that "The abrupt occurrence of myopathy, seen in animal studies, is suggestive of a threshold or cumulative effect on the muscle membrane." According to a Bayer Benefit-Risk Evaluation Report CIOMS IV, dated 13 September, 2001, "Monkeys were the only animal species in which no effects on muscle were observed, but this was probably due to the fact that in monkeys the maximum systemic exposures of cerivastatin were lower than those which were achieved in other species such as dogs." (BAYAG006120021). Appendix 15 of this report indicates that in vivo testing of cerivastatin was done on rats, mice, dogs, minipigs and monkeys. In all cases but monkeys, degeneration of muscle fibers, along with increased CK levels, was reported. From the various data presented, it would appear that myotoxicity studies on dogs most closely mimic the effects of cerivastatin on humans. In dogs, as in humans, there is less efficient first pass extraction of the drug by the liver than in rats (MCA Assessment Report November 2001, p. 10; BAYAG01552054). This results in higher peripheral exposure and higher plasma concentrations of the drug. On the same page, it states, "Marked species differences in the metabolism of cerivastatin have been observed, with the dog being the most similar to man." Interestingly, female dogs were more sensitive than males to the lowering of ubiquinone levels in muscle (Bayer Risk-Benefit Evaluation Report CIOMS IV 13 September 2001, p. 112; BAYAG00612025). In addition, the process of skeletal muscle regeneration in dogs is very similar to that in humans (Studitsky and Ignatieva, 1961; Studitsky, personal communication).

21. In Vitro Studies. In vitro studies have also documented myotoxic effects of statins. Nakahara et al. (1994), Matzno et al. (1997), and Gadbut et al. (1995) investigated the effects of three statins on established muscle cell lines (L6 and C2C12 cells). Each study documented toxic effects on mononuclear myoblastic cells. Gadbut et al. (1995) also let the myoblastic cells fuse to form myotubes, and found

that the cultured myotubes were more resistant to the toxic effects of the statins. In contrast, Masters et al. (1995) produced cultured myotubes from neonatal rat myoblasts and found statin-induced damage to the myotubes, as did Matzno et al. (1997). From the data presented, it was difficult to determine the level of statin toxicity on mononucleated myoblasts in the study of Masters et al. (1995), but Matzno et al. (1997) presented evidence of damage to mononuclear myoblasts, as well as interference in cell fusion and differentiation, processes involving ras proteins. According to Masters et al. (1995, p. 171), "*In vivo*, inhibition of HMG-CoA reductase activity actually may lead to a loss of regulation and cellular function by prenylated proteins resulting in suppression of biosynthetic activity, including satellite cell repair of myotubes damaged either directly by drug or exercise." Later this group (Flint et al., 1997a) postulated "that inhibition of mevalonate synthesis by HMGRI is likely to reduce isoprenylation of regulatory proteins, inducing significant suppression of the biosynthetic activity involved in myotube repair and leading to myotubular toxicity." Such studies are important, because if statins are toxic to satellite cells and myoblasts, the ability of damaged muscle to undergo regenerative repair would be compromised. This is in marked contrast to the myotoxicity of many local anesthetics, which destroy muscle fibers, but spare satellite cells, thus allowing excellent regeneration of the damaged muscle (Foster and Carlson, 1980; Nonaka et al., 1983; Schultz and Lipton, 1978). After the above research had been published, Bayer on August 28, 2001 reported an in-house study on the in vitro toxicity of cerivastatin and other statins and fibrates on myoblasts derived from 3-4 day old rats (Wasinska-Kempka and Ahr, 2001). This study, utilizing biochemical assays, showed that cerivastatin was more myotoxic than five other statins tested. "In all assays (MTT, ATP, TM-rhodamine) cerivastatin affected the rat myoblasts at least 10 fold more intensively than the other five statins" (MCA Assessment Report November, 2001, p. 11; BAYAG00910682). Surprisingly, little morphological verification appears to have been done. Only one figure (Fig. 3) showed a graph indicating very poor cell survival on the basis of a neutral red assay. That same graph showed that addition of coenzyme Q to the medium did not improve cell survival, but that addition of mevalonic acid lactone resulted in very good survival of the

myoblastic cells. In contrast to other similar studies reported in the literature, the Bayer study only cultured the myoblasts for 5 days and did not report or illustrate the proportion of myotubes to myoblasts in the analyzed cultures. Therefore it was very difficult to interpret the significance of much of the presented data.

22. Age and Gender Susceptibility to Statins. According to a study from the Bayer Corporation (Mazzu et al., 1998, p. 715), "Cerivastatin was well tolerated in our elderly male study population." "Collectively, these results suggest that cerivastatin can be given to elderly men without modification of dosage." Yet in a summary of FDA adverse reports on statin-associated rhabdomyolysis (Omar and Wilson, 2002), the mean age of those who experienced rhabdomyolysis while taking cerivastatin was 67.6 years. 44.5% of those affected were men and 55.5% were women. Shek and Ferrill (2001) listed increased age and female gender as factors that predispose patients to myopathy caused by statin-fibrate therapy. Another study involving the Bayer Corporation (Insull et al., 2000) concluded that "the association of increased risk of elevated CPK in females >65 years of age treated by cerivastatin 0.8 mg is not established, and warrants further studies." Similarly, Omar et al. (2001) described advanced age as an increased risk for statin-associated rhabdomyolysis. Sica and Gehr (2002) listed three cautionary notes concerning the use of statins in the elderly – (1) Symptoms commonly seen with statin-related myopathy often differ little from musculoskeletal complaints commonly seen in the elderly. (2) The elderly have a lower level of renal function, which increases the risk of and tolerance for rhabdomyolysis. (3) The number of drugs typically prescribed for an elderly patient increases the chance of a drug interaction with a statin, and thus raises the risk of myopathy.

## IV. **Statin-Associated Neuropathy.**

23. After a report of 7 cases of reversible peripheral neuropathy diagnosed in patients who were on long-term statin therapy (Jeppesen et al., 1999), Gaist et al. (2002) performed a nested case control study in an entire Danish county that included 9% of the Danish population. The reported neuropathies, diagnosed in individuals of both sexes

from 41-68 years of age, involved motor and sensory symptoms, including muscle weakness and paresthesias, and featured axonal degeneration (Donaghy, 2002). The risk for neuropathy was 4-5 times that for myopathy for individuals taking statin drugs, according to the Danish study. This report is of interest and relevance because of the strong dependence on innervation for successful muscle repair. Any peripheral motor neuropathy, whether directly caused by cerivastatin or secondary to other cerivastatin-induced pathology, would have a detrimental effect on muscle repair, especially in the elderly.

## V. The Biology of Aging Skeletal Muscle.

24. General Background. Aging skeletal muscle follows an inexorable pathway of decline, leading to significant losses of muscle mass and strength, starting at about age 30 in humans (Brooks and Faulkner, 1993; Burr, 1997; Larsson, 1982; Lexell, 1995; Porter et al., 1995). Different muscles undergo different patterns of aging changes, but typical decreases between young adult levels and those at age 70 are 25-30% in mass (Grimby and Saltin, 1983) and cross-sectional area (Lexell, 1995), and 35-40% in strength and speed (Brooks and Faulkner, 1993; Metter et al., 1997; Narici et al., 1991). The loss of muscle mass during aging is a reflection of both a reduction in the number of muscle fibers (Lexell, 1995) and the cross-sectional area of the remaining muscle fibers, especially the fast muscle fibers (Porter et al., 1995). (It should be noted here that skeletal muscles contain different structural and functional types of muscle fibers, which for purposes of this report are categorized as fast and slow muscle fibers.) The loss of muscle mass and strength during aging has been termed *sarcopenia,* a term meaning "a deficiency of flesh" (Morley et al., 2001). A number of specific changes in the body and within an aging muscle provide some basis for understanding the nature of sarcopenia. These include decreased physical activity, decreased innervation, decreased anabolic hormones, increased cytokine activity, increased atherosclerosis, and anorexia of aging (Fig. 5 of Morley et al., 2001).

25. Changes in Innervation Patterns during Muscle Aging. One of the striking changes in aging muscle is its nerve supply (Carlson, 2003). An early study on human

muscle aging (Campbell et al., 1973) showed that by age 90 the number of functional motor units (muscle fibers supplied by a single nerve fiber) in one muscle (extensor digitorum brevis) had declined by a factor of ten. A large number of laboratory studies (reviewed by Larsson and Ansved, 1995), have shown that in a typical aging muscle groups of fast muscle fibers lose their innervation either through death of the nerve cell or from retraction of the nerve terminal supplying the muscle. This results in populations of denervated muscle fibers in the muscle. Some of these denervated muscle fibers become reinnervated by sprouts arising from other nerve fibers, usually those supplying slow muscle fibers. Others remain denervated and ultimately undergo atrophy and possible death. The net result of all these changes is a muscle with fewer muscle fibers, relatively more slow muscle fibers, and relatively and absolutely fewer and smaller fast muscle fibers. At a given time as many as 5-6% of the muscle fibers may be denervated. In general, the nerve supply to old muscle is considerably less stable than that to young muscle (Balice-Gordon, 1997). During the course of aging an increased incidence of muscle fiber type grouping is seen (Carlson et al., 2001; Grimby et al., 1982). Type grouping is the aggregation of muscle fibers of a similar fast or slow type, and it is a reflection of denervation followed by reinnervation of muscle fibers.

26. Growth Factors and Aging Muscle. Skeletal muscle is responsive to the actions of several growth-enhancing factors. The use of testosterone and other anabolic steroids by athletes to increase muscle mass and power is a matter of common knowledge, and it is well known that testosterone levels decline with age. Another substance, IGF-1 (insulin-like growth factor I), however, appears to play an even more striking role as an effector of aging changes in skeletal muscle (Borst and Lowenthal, 1997; Grounds, 2002). In a gene therapy experiment on mice, local delivery of IGF-1 to muscles reversed the age-related decline in muscle strength and resulted in a 27% increase in strength compared to uninjected old muscles (Barton-Davis et al., 1998). Mezzogiorno et al. (1993) showed a reduction in the response of old mouse muscles to a variety of growth factors (fibroblast growth factor, platelet-derived growth factor, IGF-II, adrenocorticotrophic factor and leukemia inhibitory factor).

27. Muscle Fibers and Satellite Cells. The functional unit of a muscle consists of the muscle fiber and its associated satellite cells (the stem cells of muscle), both of which

are located beneath a thin membrane, called the basal lamina or basement membrane, which ensheaths the muscle fiber. Satellite cells are located between the muscle fiber and the basal lamina. A muscle fiber is a long multinucleated structure, and it grows by incorporating satellite cells into itself. The nuclei of a muscle fiber (myonuclei) are normally not capable of dividing, so both muscle fiber growth and repair (regeneration) must rely on the associated satellite cells to provide the cellular and molecular materials for growth. The number of satellite cells declines sharply in the period shortly after birth, stays stable throughout much of adulthood, and then declines gradually during old age (reviewed by Carlson, 1995; Schultz and McCormick, 1994; Thornell et al., 2003). Studies of satellite cells in human muscles have shown a similar decline (from 4.17% to 1.44%) with age (Renault et al., 2002). Even during normal aging, some satellite cells become activated and form new muscle fibers in response to the denervation or destruction of muscle fibers (Dedkov et al., 2003).

28. Telomeres and the Proliferative Potential of Human Satellite Cells with Age. It has long been known that *in vitro,* human cells exhibit a fixed ability to produce progeny by mitotic division (Hayflick, 1965). In essence, for a given species, typical normal cells appear to have a limit to the number of times that they can divide. This number is often referred to as the Hayflick limit or replicative senescence. The proposed basis for this limit is the shortening of telomeres, which are non-coding DNA base sequences (5-20 kb [kilobase] in length in humans) located at the ends of the chromosomes. When telomeres become too short, division of the cell is no longer possible. In human satellite cells there is a regular loss of 113 bp (base pairs) per division (Decary et al., 1997; Renault et al., 2002a). As an example of replicative senescence in human satellite cells, Renault et al (2000) reported that cultured satellite cells from 5-day old humans could produce 55-65 generations of cells, whereas satellite cells from octogenarians could double only 15 times. The number of available doublings left to a satellite cell is a determinant of its ability to participate in muscle growth, hypertrophy or regeneration, and these data suggest that the potential for the repair of damage in old muscle is less than that of young muscle.

29. Adipogenic Transformation of Satellite Cells with Aging. Adult satellite cells stimulated to divide in vitro produce myoblasts. However, satellite cells from old

animals appear to be less stable in their differentiative program and are also capable of differentiating into adipocytes (fat cells) or osteocytes (bone cells) (Akasura et al., 2001; Taylor-Jones et al., 2002)

30. Summary of Risk Factors in Aging Muscle That Could Affect Regenerative Repair.

1. Reduced and unstable motor innervation.
2. Shift of fiber types, with possible increased instability of fast fibers.
3. Decreased growth factor (especially IGF-1) support.
4. Reduced number of satellite cells.
5. Reduced proliferation potential of satellite cells.
6. Telomere shortening.
7. Less stability of phenotype of myogenic cells.
8. Possible instability of the microcirculation.
9. Fibrosis.

## VI. The Repair of Damaged Skeletal Muscle.

31. After a long and convoluted history, it has been recognized for a number of years that damaged mammalian skeletal muscle has a good capacity for repair by the regeneration of new muscle fibers (Carlson, 1973; Mauro, 1979). Following several years of often acrimonious discussion, researchers in the field have generally accepted that the satellite cell represents the primary cellular basis for the regeneration of mammalian skeletal muscle (Mauro, 1979), although more recent research opens the possibility of stem cell involvement in muscle repair (Asakura et al., 2002; White and Grounds, 2003).

32. Outline of the Basic Cellular Events in Skeletal Muscle Regeneration. This section is based on a number of general reviews of muscle regeneration (Carlson, 1973; Grounds, 1991; Schultz, 1989), as well as my 40 years of direct research in this field. Skeletal muscle can be damaged through a variety of insults, such as mechanical trauma, extremes of heat or cold, a variety of toxins or drugs, severe ischemia or exercise. Regardless of the means of damage, research data suggest that the repair process follows

a common pathway. The damaged muscle fibers first go through a phase of intrinsic degeneration that is mediated by enzymes, such as calcium-activated proteases. Then within a day or two phagocytic cells, called macrophages, make their way into the damaged muscle fibers and remove the remains of the degenerated cellular material. This phase of muscle regeneration is characterized by pronounced edema, which in humans can lead to the compartment syndrome of increased pressure within a closed compartment that encloses a muscle or group of muscles (Caplan et al., 1988). The increased pressure can lead to nerve injury and ischemic damage, which can damage the muscle still further. During the phase of macrophage-mediated phagocytosis, the satellite cells, which typically remain viable, become activated and begin to divide. Progeny of these satellite cells, called myoblasts, then begin to fuse, forming multinucleated myotubes, an intermediate cellular stage in the regeneration of a muscle fiber. The myotubes produce the contractile proteins that allow the newly regenerating muscle fiber to contract and exert mechanical force, and in typical normal regeneration an individual muscle fiber returns normal size and contractile function. In order to regenerate properly, a muscle fiber must be close to an adequate capillary supply in order to obtain both the macrophages for removal of damage products and the oxygen and nutrients that are required for regeneration to proceed. The regenerating muscle fiber also requires functional contact with a motor nerve fiber or it will undergo a progressive course of atrophy.

33. At the level of an entire muscle, the extent and success of regeneration depends upon higher level factors, as well as those discussed above for the individual muscle fiber. An adequate blood supply to an area of muscle damage is necessary for the initiation of a regenerative process; similarly, after extensive mechanical or other damage, nerve fibers must be able to grow into the region of damage in order to allow the regenerating muscle fibers to undergo functional maturation (Zhenevskaya, 1974). The mechanical environment is important to the success of regenerating muscle (Carlson, 1972; Caplan et al., 1988). In the absence of appropriate tension and other mechanical forces, the success of muscle regeneration is considerably diminished.

34. Muscle Regeneration and Aging. Laboratory studies have demonstrated that severely damaged muscle in old animals regenerates less well than young muscle

(Carlson and Faulkner, 1989; Sadeh, 1988), but more recent research has shown that old muscle has considerable regenerative potential under favorable environmental conditions. For example, if old muscles are transplanted into young individuals, they regenerate as well as young muscles, whereas if young muscles are put into old individuals, they regenerate poorly (Carlson and Faulkner, 1989, 1998; Carlson et al., 2001). Marsh et al. (1998) reported that regenerating muscles in old rats responded less vigorously to high frequency electrical stimulation than did regenerating muscles of younger animals.

35. Some factors that could account for the often poorer regeneration of muscle in old individuals are beginning to be identified. One is innervation. When nerves are damaged, muscle regeneration in old individuals is poorer than that in young (Carlson and Faulkner, 1998, Cederna et al., 2001). This is a reflection of the reduced ability of old nerves to properly recover from trauma or other damage.

36. Reduced availability of growth factors, particularly IGF-1, has been implicated as a major factor determining the lesser level of success of muscle regeneration in aged individuals. Ullman et al, (1989) administered growth hormone to adult rats and then subjected the extensor digitorum longus muscles to ischemic necrosis. They found increased serum levels of IGF-1 and improved muscle regeneration. They concluded "shGH administered to normal adult rats results in growth of normal muscle, increased growth of regenerating skeletal muscle after ischemic necrosis and diminished atrophy of skeletal muscle after denervation (p.537)." Barton-Davis et al. (1998, p. 15606) concluded that muscle regeneration can be improved through the action of IGF-1 secreted from muscle fibers transfected with the IGF-1 gene.

37. <u>Requirements and Risk Factors in Muscle Regeneration</u>.

1. Requirements

a. Source of myogenic cells (satellite cells)

b. Removal of damaged muscle fibers (or parts of them)

c. Good local microvasculature

d. Microscaffolding (old basal laminae) for early muscle regeneration

e. Functional mechanical environment

f. Adequate growth factor support

g. Adequate innervation

2. Risk factors
   a. Damage (toxic) to satellite cells
   b. Inadequate local microcirculation
   c. Reduced supply or function of macrophages
   d. Damaged microscaffolding or gross mechanical trauma
   e. Loss of functional mechanical environment
   f. Inadequate growth factor support
   g. Inadequate innervation

## VII. <u>Exercise and Muscle Damage</u>.

38. Most people are familiar with the phenomenon of muscle soreness a day or two following unaccustomed exercise of a part of the body. This is a symptom of exercise-induced muscle damage.

39. <u>General Background</u>. Considerable laboratory research has shown that delayed muscle soreness, which is indicative of muscle fiber damage, is most prominent after what are called lengthening contractions, such as what occurs when one walks down stairs (Friden et al., 1983; Newham et al., 1983). In humans, delayed muscle soreness is characterized by increased plasma levels of creatine kinase, an enzyme that escapes from damaged muscle fibers (Newham et al., 1983). There are two main phases to exercise induced muscle damage – an acute phase occurring almost immediately and a delayed phase, typically appearing after 2-3 days. The acute phase is characterized by the tearing of selected sarcomeres (intracellular contractile units) within the muscle fibers (Friden et al., 1983; Macpherson et al., 1996). In the delayed phase, muscle fibers actually break down and become infiltrated by macrophages, often resulting in measurable losses in muscle strength (Brooks and Faulkner, 1990). This is followed by satellite cell activation and regeneration.

40. <u>Exercise-Induced Muscle Damage and Aging</u>. In old individuals, exercise-induced muscle damage is more severe (Faulkner et al., 1995) and recovery is less

successful than in young individuals (Brooks and Faulkner, 1990). Yet regenerated muscles in old individuals are less susceptible to contraction-induced injury than are normal muscle fibers (Devor and Faulkner, 1999), suggesting that conditioned muscle in older individuals, which often contains regenerated muscle fibers, is more resistant to deleterious effects of exercise than is non-conditioned muscle.

41. Exercise-Induced Muscle Damage in Individuals on Statin Therapy. A number of clinical case reports suggest that HMG-CoA reductase inhibitors exacerbate exercise-induced muscle injury or pain (Boccuzzi et al., 1991; Chrysanthopolous et al., 1992; Sinzinger et al., 1999; Thompson et al., 1990; Walravens et al., 1989). The Bayer-sponsored clinical trial by Insull et al. (2000) reported two subjects who experienced myopathic symptoms after increased physical activity. In a randomized, double-blind, placebo-controlled study, Thompson et al. (1997) examined the effects of downhill treadmill walking on subjects on lovastatin therapy and concluded that HMG-CoA reductase inhibitors exacerbate exercise-induced skeletal muscle injury. I am aware of no research studies that document the degree of restoration of muscle function after statin-associated injury.

42. Key Points.

1. Muscle fiber damage occurs after exercise (especially eccentric).
2. Conditioning reduces such damage.
3. The elderly are more susceptible to exercise-induced muscle damage.
4. Exercise-induced muscle fiber damage is repaired more poorly in the elderly.
5. HMG-CoA reductase inhibitors can exacerbate exercise-induced skeletal muscle injury.

## VIII. Fibrosis.

43. Fibrosis and Muscle Repair. Fibrosis is the deposition of excessive amounts of collagenous connective tissue within a healing structure. Fibrosis frequently occurs after muscle damage in large animals and humans (Allbrook et al., 1966; Caplan et al., 1988; Studitsky and Ignatieva, 1961), and it interferes with the success of regeneration. Studies on animal models of muscle regeneration in which fibrosis occurs have shown

poorer structural and functional recovery than in models where fibrosis does not occur (Carlson, 1972; Carlson and Gutmann, 1972; Garrett et al., 1984). Fibrosis is commonly encountered in regenerated muscles in old rats (Carlson and Faulkner, 1989).

44. Factors Leading to Fibrosis.

1. Severe mechanical trauma
2. Inadequate blood supply
3. Immobilization
4. Prolonged edema and swelling
5. Inadequate innervation
6. Advanced age

**IX. Rhabdomyolysis.**

45. General Background. Rhabdomyolysis is a potentially life-threatening condition in which massive numbers of skeletal muscle fibers undergo acute degeneration, resulting in the release of many of the cytoplasmic contents of the muscle fibers, such as myoglobin and creatine kinase (CK) into the bloodsteam (Allison and Bedsole, 2003; Verrips et al., 2002; Warren et al., 2002). Creatine kinase is a major enzyme involved in the energy metabolism of muscle and is normally associated with the contractile proteins (specifically the M line) in the muscle fiber. Myoglobin, an oxygen-binding molecule, is a common protein in the muscle fiber and serves a function very much like hemoglobin in the blood. When a muscle fiber breaks down, both creatine kinase and myoglobin, along with many other muscle proteins, are released into the blood. Because they are easy to detect, their concentration in the blood or urine is used as a measure of muscle fiber damage. Elevated levels of serum CK, especially those >10 times over the upper limit of normal, characterize severe cases of rhabdomyolysis (Ucar et al., 2000), although CK levels even 5 times greater than normal indicate significant muscle damage (Gabow et al., 1982). A significant danger for severely affected subjects

is renal shutdown and possible death due to clogging the renal tubules with muscle breakdown products (Bywaters and Beal, 1941).

46. Statin-Induced Rhabdomyolysis. A significant literature, reviewed by Ballantyne et al. (2003), Evans and Rees (2002), Omar et al. (2001), Omar and Wilson (2002), and Ucar et al., (2000), has demonstrated that use of statin drugs and cerivastatin, in particular, can lead to myotoxicity, specifically rhabdomyolysis, and that the incidence of myotoxic effects in users of cerivastatin alone on in combination with other drugs, such as gemfibrozil, is much higher than that seen with the other statin drugs.

47. Mechanisms Underlying Rhabdomyolysis. Rhabdomyolysis is a cellular endpoint of a variety of stimuli, ranging from direct mechanical trauma to drug effects. The common final pathway leading to dissolution of the muscle fiber appears to be an increased concentration of cytoplasmic $Ca^{++}$, which stimulates the activity of calcium-activated proteases, which in turn break down membranes and internal structural elements of the muscle fiber thus allowing the leakage of cytoplasmic contents into the extracellular fluids.

48. The Aftermath of Rhabdomyolysis. There is a notable dearth in the medical literature of follow-up studies on rhabdomyolysis beyond dealing with the acute renal issues. However, several authors have described or illustrated muscle biopsy samples that show muscle fiber necrosis and signs of early muscle fiber regeneration in rhabdomyolytic muscles (Ghatak et al., 1973; Mastaglia and Walton, 1992, p. 360; Sarnat, 1983, p. 101 and Figs. 168-169). Hill and Bilbao (1999) presented a case of rhabdomyolysis secondary to lovastatin and niacin, and another biopsy of necrotizing myopathy in a patient who had received lovastatin and gemfibrozil is illustrated in Brown et al. (2002, p. 1408).

49. Based on laboratory studies on the repair of massive muscle damage, one can propose the following: During the first few days after an acute episode of severe rhabdomyolysis, the patient would experience local edema in the areas of muscle damage. This could lead to a compartment syndrome in certain groups of muscles that are tightly bound by connective tissue sheaths. The compression of the vasculature could lead to ischemic necrosis of the area of muscle damage. Resolving ischemic necrosis in primates results in significant fibrosis of the muscle and is likely to be accompanied by

nerve damage. The time course of any subsequent muscle fiber regeneration is also prolonged.

50. Once the acute phase of swelling and phagocytosis is over, local satellite cells become activated and begin the actual regenerative process. How much regeneration ensues is a function of the number of surviving and activated satellite cells. Laboratory studies on the effects of statins on mononuclear myoblastic cells suggest that they are susceptible to destruction by exposure to statins. Assuming that satellite cells did survive the acute rhabdomyolytic incident, the success of the regenerative response would depend first upon the quality of the local microcirculation and later on the degree of innervation of the regenerating muscle fibers. Depending upon the number of surviving myogenic cells, the local microcirculation, the amount of fibrosis, and the degree of reinnervation, functional repair could range from poor to excellent.

## X. <u>Summary</u>

51. Exposure to cerivastatin can result in massive muscle damage that may result in the clinically defined syndrome of life-threatening rhabdomyolysis. On the other hand many patients exposed to cerivastatin have suffered significant, but not life-threatening muscle injury that has caused them pain and varying degrees of functional deficit that interfere with their normal levels of activity. The duration of the ill effects can be long-lasting. Because of the influence of advanced age on muscle repair, these ill effects can be especially pronounced in elderly patients.

### References Cited in the Text and Materials Relied Upon

Allbrook D, Baker W deC, Kirkaldy-Willis WH: 1966 Muscle regeneration in experimental animals and in man: The cycle of tissue change that follows trauma in the injured limb syndrome. J. Bone Joint Surg., 48B:153-169.

Allison RC, Bedsole DL: 2003 The other medical causes of rhabdomyolysis. Am. J. Med. Sci., 326:79-88.

Asakura A, Komaki M, Rudnicki MA: 2001 Muscle satellite cells are multipotential stem cells that exhibit nyogenic, osteogenic, and adipogenic differentiation. Differentiation, 68:245-253.

Asakura A, Seale P, Girgis-Gabardo A, Rudnicki MA: 2002 Myogenic specificatioin of side population cells in skeletal muscle. J. Cell Biol., 159:123-134.

Backman JT, Kyrklund C, Neuvonen M, Neuvonen PJ: 2002 Gemfibrozil greatly increases plasma concentrations of cerivastatin. Clin. Pharmacol. Ther., 72:685-691.

Balice-Gordon R: 1997 Age-related changes in neuromuscular innervation. Muscle & Nerve, Suppl. 5:S83-S87.

Ballantyne CM, Corsini A, Davidson MH, Holdaas H, Jacobson TA, Leitersdorf E, Maerz W, Reckless JPD, Stein EA: 2003 Risk for myopathy with statin therapy in high risk patients. Arch. Intern. Med., 163:553-564.

Barton-Davis ER, Shoturma DI, Musaro A, Rosenthal N, Sweeney HL: 1998 Viral mediated expression of insulin-like growth factor I blocks the aging-related loss of skeletal muscle function. Proc. Natl. Acad. Sci. USA, 95:15603-15607.

Benefit-Risk Evaluation Report CIOMS IV, 13 September, 2001. BAYAG 006120021and BAYAG 00919496.

Boccuzzi SJ, Bocanegra TS, Walker JF: 1991 Long term safety and efficacy profile of simvastatin. Am. J. Cardiol., 68:1127-1131.

Borst SE, Lowenthal DT: 1997 Role of IGF-1 in muscular atrophy of aging. Endocrine 7:61-63.

Brooks SV, Faulkner JA: 1990 Contraction-induced injury: recovery of skeletal muscles in young and old mice. Am. J. Physiol. 258 (Cell Physiol. 27):C436-442.

Brooks, SV, and Faulkner JF: 1993 Skeletal muscle weakness in old age: underlying mechanisms. Med. Sci. Sports Exerc., 26:432-439.

Brown WF, Bolton CF, Aminoff MJ: 2002 Neuromuscular Function and Disease, vol. 2. W.B. Saunders Co., Philadelphia, pp. 1407-1409.

Burr, DB: 1997 Muscle strength, bone mass, and age-related bone loss. J. Bone Miner. Res., 12:1547-1551.

Bywaters EGL, Beall D: 1941 Crush injuries with impairment of renal function. Brit. Med. J., 1:427-432.

Campbell MJ, McComas AJ, Petito F: 1973 Physiological changes in ageing muscles. J. Neurol. Neurosurg. Psychiatry 36:74-182.

Caplan A, Buckwalter J, Carlson B, Caterson B, Fischman D: 1988 Skeletal muscle. In Injury and Repair of the Musculoskeletal Soft Tissues, eds. Woo S L-Y, Buckwalter JA. Am. Acad. Orthopaedic Surgeons, Park Ridge, Ill., pp. 209-291.

Carlson BM: 1972 The Regeneration of Minced Muscles. Karger, Basel, 128 pp.

Carlson BM: 1973 The regeneration of skeletal muscle – a review. Am. J. Anat., 137:119-150.

Carlson BM: 1995 Factors influencing the repair and adaptation of muscles in aged individuals: Satellite cells and innervation. J. Gerontol., 50:96-100.

Carlson BM: 2003 Denervation and the aging of skeletal muscle. Basic Appl. Myology, submitted.

Carlson BM, Dedkov EI, Borisov AB, Faulkner JA: 2001 Skeletal muscle regeneration in very old rats. J. Gerontol, Biol. Sci., 56A:B224-B233.

Carlson BM, Faulkner JA: 1983 The regeneration of skeletal muscle fibers following injury: a review. Med. Sci. Sports Exerc., 15:187-198.

Carlson BM, Faulkner, JA: 1989 Muscle transplantation between young and old rats: age of host determines functional recovery. Am. J. Physiol 256 (Cell Physiol. 25):C1262-C1266.

Carlson BM, Faulkner JA: 1998 Muscle regeneration in young and old rats: effects of motor nerve transaction with and without Marcaine treatment. J. Gerontol: Biol. Sci., 53A:B52-B57.

Carlson BM, Gutmann E: 1972 Development of contractile properties of minced muscle regenerates in rats. Exp. Neurol., 26:239-249.

Cederna, PS, Asato H, Gu X, vd Meulen J, Kuzon WM, Carlson BM, Faulkner JA: 2001 Motor unit properties of nerve-intact extensor digitorum longus muscle grafts in young and old rats. J. Gerontol., 56A:B254-B258.

Chariot P, Abadia R, Agnus D, Danan C, Charpentier C: 1993 Simvastatin-induced rhabdomyolysis followed by a MELAS syndrome. Am. J. Med., 94:109.

Chrisanthopolous C, Kounis N: 1992 Rhabomyolysis due to combined treatment with lovastatin and cholestyramine. Brit. Med. J., 304:1225.

CPMP Referral Assessment Report on Cerivastatin (COMO/926/02). BAYAG00910624 and BAYAG 00919496.

Decary S, Mouly V, Hamida CB, Sautet A, Barbet JP, Butler-Browne GS: 1997 Replicative potential and telomere length in human skeletal muscle: implications for satellite cell-mediated gene therapy. Human Gene Ther., 8:1429-1538.

Dedkov EI, Borisov AB, Wernig A, Carlson BM: 2003 Aging of skeletal muscle does not affect the response of satellite cells to denervation. J. Histochem. Cytochem., 51:853-863.

Deslypere JP, Vermeulen A: 1991 Rhabdomyolysis and simvastatin. Ann Int. Med., 114:342.

Devor ST, Faulkner JA: 1999 Regeneration of new fibers in muscles of old rats reduces contraction-induced injury. J. Appl. Physiol., 87(2):750-756.

Donaghy M: 2002 Assessing the risk of drug-induced neurologic disorders. Neurology, 58:1321-1322.

Evans M, Rees A: 2002 Effects of HMG-CoA reductase inhibitors on skeletal muscle. Drug Safety, 25:649-663.

Faulkner JA, Brooks SV, Zerba E: 1995 Muscle atrophy and weakness during aging: contraction-induced injury as an underlying mechanism. J. Gerontol. Ser. A, 50A (Special Issue):124-129.

Flint OP, Masters BA, Gregg RE, Durham SK: 1997a Inhibition of cholesterol synthesis by squalene synthase inhibitors does not induce myotoxicity *in vitro*. Toxicol. Appl. Pharmcol., 145:91-98.

Flint OP, Masters BA, Gregg RE, Durham SK: 1997b HMG CoA reductase inhibitor-induced myotoxicity: Pravcastatin and lovastatin inhibit the geranylgeranylation of low-molecular-weight proteins in neonatal rat muscle cell culture. Toxicol. Appl. Pharmacol., 145:99-110.

Foster AH, Carlson BM: 1980 Myotoxicity of local anesthetics and regeneration of damaged muscle fibers. Anesth. Analg., 58:727-736.

Friden F, Sjostrom M, Ekblom B: 1983 Myofibrillar damage following intense eccentric exercise in man. Internat. J. Sports Med., 4:170-176.

Gabow PA, Kaehny WD, Kelleher SP: 1982 The spectrum of rhabdomyolysis. Medicine (Baltimore), 61:141-152.

Gadbut AP, Caruso AP, Galper JB: 1995 Differential sensitivity of C2-C12 striated muscle cells to lovastatin and prevastatin. J. Mol. Cell. Cardiol., 27:2397-2402.

Gaist D, Jeppesen U, Andersen M, Garcia Rodriguez LA, Hallas J, Sindrup SH: 2002 Statins and risk of polyneuropathy. Neurology, 58:1333-1337.

Garrett WE, Seaber AV, Boswick J, Urbaniak JR, Goldner JL: 1984 Recovery of skeletal muscle after laceration and repair. J. Hand Surg., 9A:683-692.

Ghatak NR, Erenberg G, Hirano A, Golden GS: 1973 Idiopathic rhabdolysis in children. J. Neurol. Sci., 20:253-268.

Gilad R, Lampl Y 1999 Rhabdomyolysis induced by simvastatin and ketoconazole treatment. Clin. Neuropharmacol., 22:295-297.

Giordano N, Senesi M, MNattii G, Battisti E, Villanova M, Gennari C: 1997 Polymyositis associated with simvastatin. Lancet, 349:1600-1601.

Grimby G, Saltin B: 1983 The aging muscle. Clin. Physiol., 3:209-213.

Grounds MD: 1991 Towards understanding skeletal muscle regeneration. Path. Res. Pract., 187:1-22.

Grounds MD: 2002 Reasons for the degeneration of ageing skeletal muscle: a central role for IGF-1 signalling. Biogerontology, 3:19-24.

Hayflick L: 1965 The limited in vitro lifetime of human diploid cell strains. Exp. Cell Res., 37:614-636.

Hill MD, Bilbao JM: 1999 Case of the month: February 1999 – 54 year old man with severe muscle weakness. Brain Pathol., 9:607-608.

Insull W, Isaacsohn J, Kwiterovich P, Maq P, Brazg R, Dujovne C, Shan M, Shugrue-Crowley E, Ripa S, Tota R: 2000 Efficacy and safety of cerivastatin 0.8 mg in patients with hypercholesterolaemia: the pivotal placebo-controlled clinical trial. J. Internat. Med. Res., 28:47-68.

Jeppesen U, Gaist D, Smith T, Sindrup SH: 1999 Statins and peripheral neuropathy. Eur. J. Pharmacol., 54:835-838.

Laaksonen R, Jokelainen K, Sahi T, Tikkanen MJ, Himberg J-J: 1995 Decreases in serum ubiquinone concentrations do not result in reduced levels in muscle tissue during short-term simvastatin treatment in humans. Clin. Pharmacol. Therapeut., 57:62-66.

Larsson L: 1982 Aging in mammalian skeletal muscle. In The Aging Motor System, eds. Mortimer JA, Pirozzolo FJ, Maletta GJ. Prager, New York, pp. 60-97.

Larsson L, Ansved T: 1995 Effects of aging on the motor unit. Progr. Neurobiol., 45:397-458.

Leeuwenburgh C: 2003 Role of apoptosis in sarcopenia. J. Gerontol., 58A:999-1001.

Lexell J: 1995 Human aging, muscle mass, and fiber type composition. J. Gerontol., Ser. A, 50A:11-16.

MacPherson PCD, Schork MA, Faulkner JA: 1996 Contraction-induced injury to single fiber segments from fast and slow muscles by single stretches. Am. J. Physiol. 271 (Cell Physiol. 40):C1438-C1446.

Marsh DR, Hinds LLR, Lester WS, Reinking BE, Booth FW: 1998 The force-frequency relationship is altered in regenerating and senescent rat skeletal muscle. Muscle & Nerve 21:1265-1274.

Mastaglia FL, Walton L: 1992 Skeletal Muscle Pathology, 2nd ed. Churchill Livingstone, Edinburgh, p. 360.

Masters BA, Palmoski MJ, Flint OP, Gregg RE, Wang-Iverson D, Durham SK: 1995 In vitro myotixicity of the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors, pravastatin, lovastatin, and simvastatin, using neonatal rat skeletal myocytes. Toxicol. Appl. Pharmacol., 131:163-174.

Matzno S, Yamauchi T, Gohda M, Ishida N, Katsuura K, Hanasaki Y, Tokunaga T, Itoh H, Nakamura N: 1997 Inhibition of cholesterol biosynthesis by squalene epoxidase inhibitor avoids apoptotic cell death in L6t myoblasts. J. Lipid Res., 38:1639-1648.

Mauro A, ed.: 1979 Muscle Regeneration. Raven Press, New York, 560 pp.

Mayer, S.: December 1, 2003 Draft Baycol Expert Opinion Report of Dr. S. Mayer

MCA Assessment Report, November, 2001. BAYAG 00910683 and BAYAG 01552054.

Metter EJ, Conwit R, Tobin J, Fozard JL: 1997 Age-associated loss of power and strength in the upper extremities in women and men. J. Gerontol., Biol. Sci., 52A:B267-B276.

Mezzogiorno A et al: 1993 Paracrine stimulation of senescent satellite cell proliferation by factors released by muscle or myotubes from young mice. Mech. Ageing Devel., 70:35-44.

Morley JE, Baumgartner RN, Roubenoff R, Mayer J, Neir KS: 2001 Sarcopenia. J. Lab. Clin. Med., 137:231-243.

Nakahara K, Kuriyama M, Yoshidome H, Nagata K, Nagado T, Nakagawa M, Arimura K, Higuchi I, Osame M: 1992 Experimental simvastatin-induced myopathy in rabbits. J. Neurol. Sci., 113:114-117.

Nakahara K, Kuriyama M, Sonoda Y, Yoshidome H, Nakagawa H, Fujiyama J, Higuchi I, Osame M: 1998 Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol. Appl. Pharmacol., 152:99-106.

Nakahara K, Yada T, Kuriyama M, Osame M: 1994 Cytosolic $Ca^{2+}$ increase and c ell damage in L6 rat myoblasts by HMG-CoA reductase inhibitors. Biochem. Biophys. Res. Comm., 202:1579-1585.

Narici MV, Bordini M, Cerretelli P: 1991 Effect of aging on human adductor pollicis muscle function. J. Appl. Physiol., 71:1277-1281.

Newham DJ, McPhail G, Jones DA, Edwards RHT: 1983 Large delayed plasma creatine kinase changes after stepping exercise. Muscle & Nerve, 6:380-385.

Nonaka I, Takagi A, Ishiura S, Nakase H, Sugita H: 1983 Pathophysiology of muscle fiber necrosis induced by bupivacaine hydrochloride (Marcaine). Acta Neuropathol., 60:167-174.

Omar MA, Wilson JP: 2002 FDA adverse event reports on statin-associated rhabdomyolysis. Ann. Pharmacother., 36:288-295.

Omar MA, Wilson JP, Cox TS: 2001 Rhabdomyolysis and HMG-CoA reductase inhibitors. Ann Pharmacother., 35:1096-1107.

Phillips PS, Haas RH, Bannykh S, Hathaway S, Gray NL, Kimura BJ, Vladutiu GD, England JDF: 2002 Statin-associated myopathy with normal creatine kinase levels. Ann Intern. Med., 137:581-585.

Porter MM, Vandervoort AA, Lexell J: 1995 Aging of human muscle: structure, function and adaptability. Scand. J. Med. Sci. Sports, 5:129-142.

Ravnan SL, Locke C, Yee WP, Haase K: 2002 Cerivastatin-induced rhabdomyolysis: 11 case reports. Pharmacotherapy, 22:533-537.

Renault V, Piron-Hamelin G, Forestier C, DiDonna S, Decary S, Hentati F, Saillant G, Butler-Browne GS, Mouly V: 2000 Skeletal muscle regeneration and the mitotic clock. Exp. Gerontol., 35:711-719.

Renault V, Thorne L-E, Eriksson P-O, Butler-Browne G, Mouly V: 2002 Regenerative potential of human skeletal muscle during aging. Aging Cell, 1:1332-139.

Renault V, Thornell L-E, Butler-Browne G, Mouly V: 2002a Human skeletal muscle satellite cells: Aging, oxidative stress and the mitotic clock. Exp. Gerontol., 37:1229-1236.

Sadeh M: 1988 Effects of aging on skeletal muscle regeneration. J. Neurol. Sci., 87:67-74.

Sarnat HB: 1983 Muscle Pathology and Histochemistry. Am. Soc. Clin. Pathologists Press, Chicago, p. 101.

Schalke BB, Schmidt B, Toyka K, Hartung H-P: 1992 Prevastatin-associated inflammatory myopathy. New Engl. J. Med., 327:649-650.

Schultz E: 1989 Satellite cell behavior during skeletal muscle growth and regeneration. Med. Sci. Sports Exerc., 21:S181-S186.

Schultz E, Lipton BH: 1978 The effect of Marcaine on muscle and non-muscle cells in vitro. Anat. Rec., 191:351-369.

Schultz E, McCormick KM: 1994 Skeletal muscle satellite cells. Rev. Physiol. Biochem. Pharmacol., 123:214-257.

Shek A, Ferrill MJ: 2001 Statin-fibrate combination therapy. Ann. Pharmacother., 35:908-917.

Sica DA, Gehr TWB: 2002 Rhabdomyolysis and statin therapy: relevance to the elderly. Am. J. Geriatr. Cardiol., 11:48-55.

Sinzinger H, Schmid P, O'Grady J: 1999 Two different types of exercise-induced muscle pain without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment. Atherosclerosis, 143:459-460.

Smith PF, Eydelloth RS, Grossman SJ, Stubbs RJ, Schwartz MS, Germershausen JI, Vyas KP, Kari PH, MacDonald JS: 1991 HMG-CoA reductase inhibitor-induced myopathy in the rat: cyclosporine A interaction and mechanism studies. J. Pharmacol. Exp. Therapeut., 257:1225-1235.

Staffa JA, Chang J, Green L: 2002 Cerivastatin and reports of fatal rhabdomyolysis. New Engl. J. Med., 346:539-540.

Studitsky AN, Ignatieva ZP: 1961 The Restoration of Muscle in Higher Mammals (in Russian). Izdatel. Akad. Nauk SSSR, Moscow, 192 pp.

Taylor-Jones JM, McGehee RE, Rando TA, Lecka-Czernik B, Lipschitz DA, Peterson CA: 2002 Activation of an adipogenic program in adult myoblasts with age. Mech. Aging Devel., 123:649-661.

Thompson PD, Clarkson P, Karas RH: 2003 Statin-associated myopathy. JAMA 289:1681-1690.

Thompson PD, Nugent AM, Herbert PN: 1990 Increases in creatine kinase after exercise in patients treated with HMG-CoA reductase inhibitors. JAMA, 264:2992.

Thompson PD, Zmuda JM, Domalik LJ, Zimet RJ, Staggers J, Guyton JR: 1997 Lovastatin increases exercise-induced skeletal muscle injury. Metabolism, 46:1206-1210.

Thornell L-E, Lindstrom M, Renault V, Mouly V, Butler-Browne GS: 2003 Satellite cells and training in the elderly. Scand. J. Med. Sci. Sports, 13:48-55.

Ucar M, Mjorndal T, Dahlqvist R: 2000 HMG-CoA reductase inhibitors and myotoxicity. Drug Safety, 22:441-457.

Verrips A. Poels PJE, Gabreels FJM: 2002 Rhabdomyolysis and myoglobinuria. In Neuromuscular Disorders in Clinical Practice, eds. Katirji B, Kaminski HJ, Preston DC, Ruff RL, Shapiro BE. Butterworth Heinemann, Boston pp. 1319-1333.

Waclawik AJ, Lindal S, Engel AG: 1993 Experimental lovastatin myopathy. J. Neuropath. Exo. Neurol., 52:542-549.

Walravens PA, Greene C, Frerman FE: 1989 Lovastatin, isoprenes, and myopathy. Lancet, 2:1097-1098.

Warren JD, Blumberg PC, Thompson PD: 2002 Rhabdomyolysis: a review. Muscle & Nerve, 25:332-347.

Wasinska-Kempka G, Ahr HJ: 2001 Toxicity of lipid lowering drugs in primary skeletal muscle cells in vitro. Bayer Report PH 31298, 30 pp.

White JD, Grounds MD: 2003 Harnessing the therapeutic potential of myogenic stem cells. Cytotechnology, in press.

Zhenevskaya RP: 1974 Neurotrophic Regulation of Plastic Activity of Muscular Tissue (in Russian). Izdatel. Nauka, Moscow, 239 pp.

## Possible Additional Analyses and Amendment of Report

If I learn of additional information relevant to my opinions, I shall submit an amended and/or supplemental report as appropriate.

Bruce M. Carlson, M.D., Ph.D.

December 2, 2003