05/02

# CURRICULUM VITAE

Name:     Bruce M. Carlson

Soc. Sec. No.:     ▮▮▮▮▮ 1

Education:

| | |
|---|---|
| 1951-1955 | St. Louis Park High School, St. Louis Park, Minn., |
| 1955-1959 | B.A.,Summa cum laude Gustavus Adolphus College, St. Peter, Minn. (Majors: Biology, Languages and Chemistry) |
| 1959-1960 | M.S., Cornell University, Ithaca, New York (Major: Ichthyology; Minor: Embryology and Histology) |
| 1960-1965 | M.D., Ph.D., University of Minnesota, Minneapolis (Major: Anatomy; Minor: Zoology) |

Graduate and Research Fellowships:

NSF Graduate Fellowship 1959-1960
New York State Museum and Science Service Research Honorarium 1960
USPHS Graduate Fellowship 1962-1965
U.S. National Academy of Sciences Exchange with the USSR(Institute of Developmental Biology, Moscow) 1965-1966, 1978
U.S. National Academy of Sciences Exchange with Czechoslovakia  (Institute of Physiology, Prague) May-Sept., 1971
U.S. National Academy of Sciences Exchange with Czechoslovakia (Institute of Physiology, Prague) Sept.-Oct. 1972
Fulbright Fellow, Hubrecht Laboratory, Utrecht, Netherlands 1973-74
U.S. National Academy of Sciences Exchange with Czechoslovakia  (Institute of Physiology, Prague) June 1974, May 1975, Sept. 1976, Nov. 1977, Sept. 1978, Oct. 1979, Nov. 1980
Josiah Macy, Jr. Fellowship to University of Helsinki, 1981-1982
Fogarty Senior International Fellowship, NIH to University of Otago, New Zealand, 1999-2000

Academic Appointments:

Assistant Professor of Anatomy, University of Michigan, 1966-1970
Associate Professor, 1970-1975
Professor of Anatomy, 1975-
Professor of Biology, 1979-
Chairman of Anatomy and Cell Biology 1988-2000
Research Scientist, Institute of Gerontology 1989-
Director, Institute of Gerontology 2000-

1

MDL
EXHIBIT
Carlson #1
Cmt 02/03/04

Teaching Experience:

Microscopic Anatomy
Medical Embryology
Developmental Anatomy (Graduate)
Embryology (Inteflex)
Regeneration in Vertebrates
Developmental Biology
Analysis of Development
Elementary Anatomy
Numerous research courses and seminars

Consulting Positions: Fetzer Institute, Kalamazoo
                      Fellow 1992-96
                      Trustee 1997-
                      Expert Witness 2000-

Scientific Activities at National, State or Civic Levels:

Co-editor - Monographs in Developmental Biology, S. Karger & Sons
Co-editor - American Journal of Anatomy
Co-editor - Experimental Cell Biology
Co-editor - Ontogenesis
Co-editor - Cell Transplantation
Anatomy Editor - Encyclopedia Americana
Editorial Board – Basic and Applied Myology
Study Commission on Man, Medicine and Theology - Lutheran Church in America, 1969-1972,
   1979-1981
Life Sciences Review Panel - Fulbright-Hayes Program, 1976-1979.  Chairman, 1979
Advisory Committee on USSR & Eastern Europe - U.S. National Academy of Sciences, 1977-1981
American Association of Anatomists, Morphogenesis Club - organizing committee, 1976-1978
Misc. symposium planning committees
V.A. Advisory Committee on Regeneration Research, 1982-, Chairman, 1990
NASA consultant on developmental biology in space, 1984-1985
N.A.S.-N.R.C. Committee on developmental biology in space, 1984-1985
Association of Anatomy Chairmen, Executive Committee, 1990-1992
Association of Anatomy, Cell Biology & Neurobiology Chairpersons, President , 1995
American Association of Anatomists
     Executive Committee, 1993-1997
     President 1997-1999
     Finance Committee, 1999-2001
     Membership Committee, 1999—2001
     Awards Committee, 1999-2001
     Nominating Committee, 2002
American Society of Zoologists, 1966-1990, Chairman of Developmental Biology Division, 1986
National Board of Medical Examiners, 1994-1996
FASEB Summer Research Conferences Board, 1995-1998
Biomedical Caucus, 1994-1995

Anatomical Record Task Force, Chair, 1997-1998
FASEB Publications Committee 1999-
European Union Muscle Aging Research Group, 2000-

Grant reviewing:

    NIH - Misc. Study Sections, ad hoc
    NSF
    National Foundation - March of Dimes
    Medical Research Council of Australia
    Veterans Administration
    NASA
    Hong Kong Research Council
    MRC – England
    Czech Academy of Sciences
    Medical Research Council of New Zealand
    Medical Research Council of Ireland

Honors and Awards:

Sigma Xi, Iota Delta Gamma
First Decade Award for "early achievement", Gustavus Adolphus College, 1969
AAAS Newcomb-Cleveland Prize for 1972
Distinguished Alumni Award, Gustavus Adolphus College, 1978
Fellow, American Association for the Advancement of Science, 1994
Elizabeth Crosby Award for Basic Science Teaching, University of Michigan, 1995
Kaiser-Permanete Teaching Award, University of Michigan, 1997
Listed in Who's Who in America, 1997
Russian Academy of Natural Sciences, 1998
Memorial Medal for 650th Anniversary, Charles University, Prague, 1999

Society Memberships:

American Association for the Advancement of Science
Sigma Xi
American Society of Zoologists
American Association of Clinical Anatomists
American Association of Anatomists
New York Academy of Sciences
American Society of Ichthyologists and Herpetologists
Society for Developmental Biology
International Society of Developmental Biology
FASEB
Gerontological Society of America

Ph.D. Students:

Mikel H. Snow, Ph.D. - 1971
Linda Hsu, Ph.D. - 1971

3

Gene L. Trupin, Ph.D. - 1973
Harry G. Goshgarian, Ph.D. - 1975
Franz S.F. Mong, Ph.D. - 1975
Patrick W. Tank, Ph.D. - 1976

Sherry L. Rogers, Ph.D. - 1981
Mark D. Womble, Ph.D. - 1983
Rachel Must, Ph.D. - 1983
Frederick J. Carey, Ph.D. - 1985
Peter Loubert, Ph.D. - 1986
Kate Stocker, Ph.D. - 1987
Gregg Phillips, Ph.D. - 1987
Lynn Billington, Ph.D. - 1995
Robert Phillips, Ph.D. - 1995
Hema Rengen

Postdoctoral Fellows and Visiting Scholars:

Susan D. Hill - 1969
Shahzad H. Mufti - 1974-75, 1980-81
Fay M. Hansen-Smith - 1975-77
David M. Bader - 1978-80
Mary R. Coan - 1978-81
Victor I. Mitashov - 1981, 1987
Danyun Lu - 1983-84
Steinar Okland - 1986-1987
Milos Grim - 1987
Yves Thouveny - 1988
Christine Viguie - 1991-1994
Da-Xing Lu - 1992-93
Andrei Borisov - 1994-
Mohammad Jamali - 1994-1996
Huang Shi-Kai - 1994-1995
Joseph Nnodim - 1996-2000
Eduard Dedkov - 1996-
Tatiana Kostrominova-1998-
Ameed Raoof – 1998

Committee and Administrative Services:

Anatomy Department:
    Committee on Graduate Instruction - Chairman
    Animal Care Committee - Chairman
    Seminar Committee - Chairman
    Graduate Board
    Graduate Review and Promotions Committee - Chairman
    Research Committee - Chairman
    Recruitment Committee
    Promotions Committee

Executive Committee
Space Committee
Internal Review Committee - Chairman
Medical Library consultant
Baker Memorial Lecture Committee - Chairman

Division of Biological Sciences:
Graduate Admissions Committee
Awards Committee
Curriculum Committee
Executive Committee

Medical School:
Faculty Conference on Curriculum
Ad Hoc Committee to Develop Medical Scientist Training Program
Review Committee for Behavioral and Neurosciences Course-Co-chairman
Review Committee for Psychiatry Department
Miscellaneous Inteflex committees
Operating Committee, Medical Scientist Training Program
External Review Committee for Anatomy and Cell Biology Department
Faculty Grievance Panel
Search Committee for Anatomy Chairman
Executive Committee
Academic Program Advisory Committee
Steering Committee and Advisory Committee - Program on Organogenesis
Library Committee

Institute of Gerontology
Director
Executive Committee
Seminar Committee
Shock Center Steering Committee
External Advisory Committee

University:
Ad Hoc Committee on a University Program for Students in the Biomedical Sciences
Divisional Board - Graduate School
Supervising Committee - Program on Medical and Biological Illustration
Miscellaneous search and review committees related to Center for Human Growth and
Development
Dental Research Institute - Scientific Advisory Committee
Neurosciences Review Committee
Theatre Department Review Committee
Developmental Biology Training Program-Director
International Studies Advisory Council
Research Computing Policy Committee
Research Computing Advisory Committee
Nathan Shock Center of Excellence Steering Committee

Rodent Research Resources Committee

<u>Community Services</u>:

Ann Arbor Symphony - 1967-1973
Trinity Lutheran Church - Vestry, 1973-1980; Adult Education Committee, Chairman, 1976-
  1980; Council, 1992-1996; Endowment Board, 1999-
Peace Neighborhood Center - Property Committee, 1976-1981
Loch Alpine Lakes Committee, 1993-
Loch Alpine Board, 1997-2000

<u>Research Support</u>

Carlson, B.M., P.I.  NIH PO1 AG10821-6-10 Muscle Denervation and Regeneration: Influence
of Aging. Project Director.  01/01/98-6/30/03. TC $5,013,279.

Faulkner, J.A., P.I.  NIH P30 AG13283 Nathan Shock Center of Excellence, Biology of Aging.
        Morphology Core Director.  DC: $54,301 for -07 year.
        Research and Development Core Director. DC. $109,824 for -07 year

Carlson, B.M., P.I.  Improving Muscle Power and Mobility of Elderly Men and Women.
Michigan Life Sciences Corridor, 09/15-02 – 09/14/05. TDC: $3,838,082.

Publications

<u>Completed Publications in Scientific Journals</u>:

1961    Carlson, B.M.  A chromatographic analysis of the bound amino acids in lamprey muscle.
J. Exp. Zool., 147: 43-56.

1962    Glass, A.W., W.J. Scidmore and B.M. Carlson.  A probe technique for sexing some
freshwater fishes. Investigational Report No. 250, Minn. Conservation Dept., 10pp.

1966    Carlson, B.M.  Inhibition of limb regeneration in adult <u>Triturus viridescens</u> treated with
actinomycin D (in Russian).  Doklady Akad. Nauk SSSP, 171:229-233.

1967    The histology of inhibition of limb regeneration in the newt, <u>Triturus</u>, by actinomycin D.
J. Morph., 122:249-263.

1967    Carlson, B.M.  Studies on the mechanism of implant-induced supernumerary limb
formation in urodeles.  I. The histology of supernumerary limb formation in the adult
newt.  J. Exp. Zool., 164:227-242.

1967    Carlson, B.M. and C.F. Morgan.  Studies on the mechanism of implant-induced
supernumerary limb formation in urodeles.  The effect of heat treatment, lyophilization
and homogenation on the inductive effects of frog kidney.  J. Exp. Zool., 164:243-249.

1967    Faustov, V.S. and B.M. Carlson.  Changes in the levels of ATP and respiration in
regenerating axolotl extremities (in Russian).  Doklady Akad. Nauk. SSSR, 176:728-730.

1968    Carlson, B.M.  Regeneration of the completely excised gastrocnemius muscle in the frog
and rat from minced muscle fragments.  J. Morph., 125:447-472.

1968    Carlson, B.M.  Ontogenic development and anatomical distribution of a supernumerary
limb-inducing factor. Experientia, 24:1064-1066.

1968    Carlson, B.M.  Regeneration research in the Soviet Union.  Anat. Rec., 160:655-674.

1969    Carlson, B.M.  Inhibition of limb regeneration in the axolotl after treatment of the skin
with actinomycin D.  Anat. Rec., 163:389-402.

1970    Carlson, B.M.  The effect of x-irradiation and beryllium nitrate upon implant-induced
supernumerary limb formation in the newt.  Oncology, 24:31-47.

1970    Carlson, B.M.  The regeneration of a limb muscle in the axolotl from minced fragments.
Anat. Rec., 166:423-436.

1970    Carlson, B.M.  Regeneration of the rat gastrocnemius muscle from sibling and non-
sibling fragments.  Am. J. Anat., 128:21-32.

1970    Carlson, B.M.  Relationship between the tissue and epimorphic regeneration of muscles.
Am. Zool., 10:175-186.

1971    Carlson, B.M.  The distribution of supernumerary limb-inducing capacity in tissues of Rana pipiens. Oncology, 25:365-371.

1972    Carlson, B.M.  Muscle morphogenesis in Urodele limb regenerates following removal of the stump musculature.  Devel. Biol., 28:487-497.

1972    Carlson, B.M. and E. Gutmann.  Development of contractile properties of minced muscle regenerates in rats.  Exp. Neurol., 36:239-249.

1973    Carlson, B.M.  The regeneration of skeletal muscle - a review.  Am. J. Anat., 137:119-150.

1973    Vyskocil, F., B. Carlson and E. Gutmann.  Changes in resting membrane potential and contractility of innervated and denervated skeletal muscle free grafts in the rat.  Pflugers. Arch., 344:181-186.

1974    Carlson, B.M.  Regeneration from short stumps of the rat gastrocnemius muscle. Experientia, 30:275-276.

1974    Carlson, B.M., S.E. Civiletto and H.G. Goshgarian.  Nerve interactions and regenerative processes occurring in newt limbs fused end-to-end.  Devel. Biol., 37:248-262.

1974    Carlson, B.M.  Morphogenetic interactions between rotated skin cuffs and underlying stump tissues in regenerating axolotl forelimbs.  Devel. Biol., 39:263-285.

1974    Grim, M. and B.M. Carlson.  A comparison of morphogenesis of muscles of the forearm and hand during ontogenesis and regeneration in the axolotl (Ambystoma mexicanum).  I. Anatomical description of muscles of the forearm and hand.  Z. Anat. Entwickl.-Gesch., 145:137-148.

1974    Grim, M. and B.M. Carlson.  A comparison of morphogenesis of muscles of the forearm and hand during ontogenesis and regeneration in the axolotl (Ambystoma mexicanum). II. The development of muscular pattern in the embryonic and regenerating limb.  Z. Anat. Entwickl.-Gesch., 145:149-167.

1974    Carlson, B.M. and E. Gutmann.  Transplantation and "cross-transplantation" of free muscle grafts in the rat.  Experientia, 30, 1292-1294.

1975a   Carlson, B.M. and E. Gutmann.  Regeneration in free grafts of normal and denervated muscles in the rat: Morphology and histochemistry.  Anat. Rec., 183:47-61.

1975b   Carlson, B.M. and E. Gutmann.  Regeneration in grafts of normal and denervated rat muscles.  Contractile properties.  Pflügers Arch., 353:215-225.

1975    Gutmann, E. and B.M. Carlson.  Contractile and histochemical properties of regenerating cross-transplanted fast and slow muscles in the rat.  Pflügers Arch., 353:227-239.

1975   Richards, C.M., B.M. Carlson and S.L. Rogers. Regeneration of digits and forelimbs in the Kenyan reed frog *Hyperolius viridiflavus femiquei*. J. Morphol., 146:431-445.

1975   Carlson, B.M. Multiple regeneration from axolotl limb stumps bearing cross-transplanted minced muscle regenerates. Devel. Biol., 45:203-208.

1975   Gutmann, E. and B.M. Carlson. A comparison between the free grafting of sliced and intact muscles in the rat. Experientia, 31:848-849.

1975   Carlson, B.M. The effects of rotation and positional change of stump tissues upon morphogenesis of the regenerating axolotl limb. Devel. Biol., 47:269-291.

1976   Gutmann, E. and B.M. Carlson. Regeneration and transplantation of muscles in old rats and between young and old rats. Life Sciences, 18:109-114.

1976   Carlson, B.M. and E. Gutmann. Contractile and histochemical properties of sliced muscle grafts regenerating in normal and denervated rat limbs. Exp. Neurol., 50:319-329.

1976   Faulkner, J.A., L.C. Maxwell, S.A. Mufti and B.M. Carlson. Skeletal muscle fiber regeneration following heterotopic autotransplantation in cats. Life Sciences, 19:289-296.

1976   Carlson, B.M. A quantitative study of muscle fiber survival and regeneration in normal, predenervated, and Marcaine-treated free muscle grafts in the rat. Exp. Neurol., 52:421-432.

1976   Carlson, B.M. and E. Gutmann. Free grafting of the extensor digitorum longus muscle in the rat after Marcaine pretreatment. Exp. Neurol., 53:82-93.

1976   Carlson, B.M. and S.L. Rogers. Satellite cells in the limb musculature of the axolotl. Folia Morph. (Praha), 24:359-361.

1976   Gutmann, E. and B.M. Carlson. Innervation of free muscle grafts in the rat in the absence of mechanical trauma to surrounding muscles or nerves. Life Sciences, 19:649-656.

1976   Tank, P.W., B.M. Carlson and T.G. Connelly. A staging system for forelimb regeneration in the axolotl, *Ambystoma mexicanum*. J. Morph., 150:117-128.

1977   Carlson, B.M. Inhibition and axial deviation of limb regeneration in the newt by means of a digit implanted into the amputated limb. J. Morph., 154:223-242.

1977   Mufti, S.A., B.M. Carlson, L.C. Maxwell and J.A. Faulkner. The free grafting of entire limb muscles in the cat: morphology. Anat. Rec., 188:417-430.

1977   Richards, C.M., B.M. Carlson, T.G. Connelly, S.L. Rogers and E. Ashcraft. A scanning electron microscopic study of differentiation of the digital pad in regenerating digits of the Kenyan reed frog, *Hyperolius viridiflavus femiquei*. J. Morph., 153:387-396.

1977    Tank, P.W., B.M. Carlson and T.G. Connelly. A scanning electron microscopic comparison of the development of embryonic and regenerating limbs in the axolotl. J. Exp. Zool., 201:417-430.

1977    Wagner, K.R., B.M. Carlson and S.R. Max. Developmental patterns of glycolytic enzymes in regenerating skeletal muscles after autogenous free grafting. J. Neuro. Sci., 34:373-390.

1978    Carlson, B.M. A review of muscle transplantation in mammals. Phys. Bohemoslov., 27:387-400.

1978    Carlson, B.M. A comparison between embryonic development and regeneration of the amphibian limb. In: Proc. XIX Morphol. Congr. 1976 (ed. E. Klika), pp.135-140. Praha, Univ. Karlova.

1978    Grim, M. and B.M. Carlson. Morphogenesis of muscle primordia in aneurogenic limbs of the axolotl (Ambystoma mexicanum). In: Proc. XIX Morphol. Congr. 1976 (ed. E. Klika), pp. 127-134. Praha, Univ. Karlova.

1978    Gutmann, E. and B.M. Carlson. The regeneration of a hormone-sensitive muscle (levator ani) in the rat. Exp. Neurol., 58:535-548.

1978    Gutmann, E. and B.M. Carlson. Transposition of the soleus into the bed of the extensor digitorum longus muscle in the rat. Neurosci. Lett., 9:1-6.

1978    Markley, J.M., J.A. Faulkner and B.M. Carlson. Regeneration of skeletal muscle after grafting in monkeys. Plastic Reconstr. Surg., 62:415-422.

1978    Carlson, B.M. Types of morphogenetic phenomena in vertebrate regenerating systems. Am. Zool., 18:869-882.

1979    Carlson, B.M., K.R. Wagner and S.R. Max. Reinnervation of rat extensor digitorum longus muscles after free grafting. Muscle & Nerve, 2:304-307.

1979    Grim, M. and B.M. Carlson. The formation of muscles in regenerating limbs of the newt after denervation of the blastema. J. Embryol. Exp. Morph., 54:99-111.

1979    Hansen-Smith, F.M. and B.M. Carlson. Cellular responses to free grafting of the extensor digitorum longus muscle of the rat. J. Neuro. Sci., 41:149-173.

1979    Carlson, B.M., A. Herbrychova and E. Gutmann. Retention of hormonal sensitivity in free grafts of the levator ani muscle. Exp. Neurol., 63:94-107.

1980    Basson, M.D. and B.M. Carlson. Myotoxicity of single and repeated injections of mepivacaine (Carbocaine) in the rat. Anesth. Analg., 59:275-282.

1980    Hansen-Smith, F.M., B.M. Carlson and K.L. Irwin. Revascularization of the freely grafted extensor digitorum longus muscle in the rat. Am. J. Anat., 158:65-82.

1980   Foster, A.H., and B.M. Carlson.  Myotoxicity of local anesthetics and regeneration of the damaged muscle fibers. Anesth. Analg., 58:727-736.

1981   Rogers, S.L. and B.M. Carlson.  A quantitative assessment of muscle spindle formation in reinnervated and non-reinnervated grafts of the rat extensor digitorum longus muscle. Neuroscience, 6:87-94.

1981   Magon, D.K., M.D. Basson and B.M. Carlson.  Histochemical patterns of dehydrogenase activity in the development of free muscle grafts in the rat. Anat. Rec., 199:341-347.

1981   Carlson, B.M.  Denervation, reinnervation and regeneration of skeletal muscle. Otolaryngol. Head Neck Surg., 89:192-196.

1981   Max, S.R., S. Mufti and B.M. Carlson.  Cytosolic androgen receptor in regenerating rat levator ani  muscle.  Biochem. J., 200:77-82.

1981   Carlson, B.M.  The development of facial muscles and nerves in relation to the Mobius syndrome.  Otolaryngol. Head Neck Surg., 89:903-906.

1981   Carlson, B.M., P. Hník, S. Tucek, R. Vejsada, D.M. Bader and J.A. Faulkner. Comparison between grafts with intact nerves and standard free grafts of the rat extensor digitorum longus muscle. Physiol. Bohemoslovaca, 30:505-513.

1982   Carlson, B.M. The regeneration of axolotl limbs covered by frog skin. Devel. Biol., 90:435-440.

1982   Carlson, B.M. Morphogenesis of the regenerating amphibian limb (in Russian). Ontogenez, 13:339-359.

1983   Carlson, B.M., A.H. Foster, D.M. Bader, P. Hník and R. Vejsada. Restoration of full mass in nerve-intact muscle grafts after delayed reinnervation.  Experientia, 39:171-172.

1983 ·  Carlson, B.M. and J.A. Faulkner.  The regeneration of skeletal muscle fibers following injury.  Med. and Sci. in Sports and Exercise, 15:187-198.

1984   Carlson, B.M.  The formation of supernumerary structures after grafting anterior quail wing bud mesoderm of various ages into chick wing buds.  Devel. Biol., 101:97-105.

1984   Carlson, B.M.  The preservation of the ability of cultured quail wing bud mesoderm to elicit a position-related differentiative response. Devel. Biol., 101:106-115.

1985   Faulkner, J.A., and B.M. Carlson.  Contractile properties of standard and nerve-intact muscle grafts in the rat.  Muscle and Nerve, 8:413-418.

1985   Rainin, E.A., and B.M. Carlson.  Postoperative diplopia and ptosis: A clinical hypothesis based on the myotoxicity of local anesthetics.  Arch. Ophthalmol., 103: 1337-1339.

1985   Carlson, B.M., and E.A. Rainin  Rat extraocular muscle regeneration: Repair of local anesthetic-induced damage.  Arch. Ophthalmol., 103: 1373-1377.

11

1986    Carlson, B.M., B.K. Simandl, K.M. Stocker, T.G. Connelly and John F. Fallon 1986. A method for combined gross skeletal staining and Feulgen staining of embryonic chick tissues. Stain Technol., 61:27-31.

1986    Brodsky, V. Ya., B.M. Carlson and A.M. Arefieva Polyploidization of cardiac myocytes as a programmed event of ontogenesis (in Russian). Ontogeny, 17(2):I38-145.

1986    Faulkner, J.A., and B.M. Carlson.   Skeletal muscle regeneration: A historical perspective. Fed. Proc., 45:1454-1455.

1986    Schwartz, J., J. Wiesen, B. Carlson, L. Yamasaki, M. Moore and M. Womble.  Increased phenylalanine incorporation in regenerating skeletal muscle grafts. Canad. J. Physiol. Pharmacol., 64:199-205.

1986    Carlson, B.M.   Regeneration of entire skeletal muscles. Fed. Proc., 45:1456-1480.

1986    Mrázková, O., M. Grim and B.M. Carlson   Enzymatic heterogeneity of the capillary bed of rat skeletal muscles. Am. J. Anat., 177:141-148.

1986    Grim, M., O. Mrázková and B.M. Carlson   Enzymatic differentiation of arterial and venous segments of the capillary level during the development of free muscle grafts in the rat. Am. J. Anat., 177:149-159.

1987    Burton, H.W., B.M. Carlson and J.A. Faulkner  Microcirculatory adaptation to skeletal muscle transplantation. Ann. Rev. Physiol., 49:439-452.

1987    Griffin, K.J.P., D.M. Fekete and B.M. Carlson  A monoclonal antibody stains myogenic cells in regenerating newt muscle. Development, 101:267-278.

1987    Phillips, G.D., D. Lu, V.I. Mitashov and B.M. Carlson  Survival of myogenic cells in freely grafted rat rectus femoris and extensor digitorum longus muscles. Am. J. Anat., 180:365-372.

1988    Stocker, K.M. and Carlson, B.M.  Preservation of the ability of dissociated quail wing-bud mesoderm to elicit a position-related differentiative response. Amer. J. Anat., 182:84-95.

1988    Carlson, Bruce M.  A test of positional properties of avian wing-bud mesoderm. Am. J. Anat., 182:96-105.

1988    Operpriller, J.O., J.C. Operpriller, A.M. Arefyeva, V.I. Mitashov and B.M. Carlson Nuclear characteristics of cardiac myocytes following the proliferative response to mincing of the myocardium of the adult newt. Cell and Tiss. Res., 253:619-624.

1988    Carlson, B.M., and J.A. Faulkner.  Reinnervation of long-term denervated rat muscle freely grafted into an innervated limb. Exp. Neurol., 102, 50-56.

1988    Grim, M., L. Rerábková and B.M. Carlson.  A test for muscle lesions and their regeneration following intramuscular drug application. Toxicol. Pathol., 16 (4),432-442.

1988    Brodsky, V. Ya, Carlson, B.M., Arefieva, A.M. and Vacilieva, I.A.  Polyploidization of transplanted cardiac myocytes.  Cell Different., 25, 177-184.

1989    Borovikov, Y.S., B. Carlson, N.B. Axenova and P. Loubert.  Effect of innervation on the structured state of F-actin in fast muscles of rats. (Russian). Tsitologiya, 31:80-84.

1989    Òkland, S., T.E. Komorowski, and B.M. Carlson. Ultrastructure of mepivacine-induced damage and regeneration in rat extraocular muscle. Invest. Ophthalmol. & Vis. Sci., 30:1643-1651.

1989    Carlson, B.M. and Faulkner, J.A.  Muscle transplantation between young and old rats: Age of host determines functional recovery.  Am. J. Physiol., 256 (Cell Physiol. 25):C1262-1266.

1990    Stocker, K. and B.M. Carlson  Hensen's node possesses ZPA activity in the avian embryo. Roux' Arch., 198:371-381.

1990    Komorowski, T., Shepard, B., Òkland, S. and Carlson, B.M.  An electron microscopic study of local anesthetic-induced skeletal muscle fiber degeneration and regeneration in the monkey. J. Orthoped. Res., 8:495-503.

1990    Carlson, B.M., B. Shepard, and T.E. Komorowski.  A histological study of local anesthetic-induced muscle degeneration and regeneration in the monkey.  J. Orthoped. Res., 8:485-494.

1990    Brodsky, V. Ya., Carlson, B. and Arefieva, A.M.  Similarities and differences of growth of the heart in situ and in transplants.  (In Russian).  Ontogenesis, 21:89-95.

1990    Carlson, B.M. Limb muscle regeneration in peripheral nerve autografts-discussion. Plastic Reconstr. Surg., 85:935-936.

1990    Grim, M., and B.M. Carlson. Alkaline phosphatase and dipeptidylpeptidase IV staining of tissue components of skeletal muscle - a comparative study.  J. Histochem. Cytochem., 38:1907-1912.

1991    Blaivas, M., and B.M. Carlson  Muscle fiber branching - difference between grafts in old and young rats.  Mech. Aging & Devel., 60:43-53.

1991    Messina, L.M. and B.M. Carlson. Rapid and complete recovery of responsiveness to adenosine and norepinephrine by regenerating arterioles of the tibialis anterior of the hamster after in situ grafting.  Circ. Res., 68:1600-1609.

1991    Carlson, E.C., and B.M. Carlson.  A method for preparing skeletal muscle fiber basal laminae.  Anat. Rec., 230:325-331.

1991    Goldman, D., B.M. Carlson and J. Staple.  Induction of adult-type in AChR gene-expression in non-innervated regenerating muscles.  Neuron, 7:649-658.

1991    Thouveny, Y.R., T.E. Komorowski and B.M. Carlson. Early innervation of skeletal muscle during tail regeneration in amphibians. J. Exp. Zool., 260:354-370.

1992    Carlson, B.M., S. Emerick, T.E. Komorowski, E.A. Rainin and B.M. Shepard. Extraocular muscle regeneration in primates: Local anesthetic-induced lesions. Ophthalmology, 99:582-589.

1992    Toyofuku, T., J.R. Hoffman, R. Zak and B.M. Carlson. Expression of a-cardiac and a-skeletal actin mRNAs in relation to innervation in regeneration and non-regenerating rat skeletal muscles. Devel. Dynam., 193:332-339.

1992    Guelinckx, P.J., B.M. Carlson and J.A. Faulkner. Morphological characteristics of muscles grafted in rabbits with neurovascular repair. J. Reconstruc. Microsurg., 8:481-483.

1992    Arsanto, J.-P., T.E. Komorowski, F. Dupin, X. Canbit, M. Diano, J. Geraudie, B.M. Carlson and Y. Thouveny. Peripheral nervous system formation during tail regeneration in urodele amphibians: Ultrastructural and immunohistochemical studies of the origin of the cells. J. Exp. Zool., 264:273-292.

1992    Carlson, Bruce M. Strategies for health and the yoke of excellence. Advances, 8:60-62.

1993    Goldman, D., B.M. Carlson, J. Staple. Induction of adult-type in AChR gene-expression in non-innervated regenerating muscle. Neuron, 7:649-658.

1994    Faulkner, J.A., B.M. Carlson, and V.A. Kadhiresan. Review: Whole skeletal muscle transplantation: Mechanisms responsible for functional deficits. Biotech. Bioeng. 43:757-763.

1995    Adams, L., B.M. Carlson, L. Henderson, and D. Goldman. Adaptation of nicotinic acetylcholine receptor, myogenin, and MRF4 gene expression to long-term muscle denervation. J. Cell Biol., 131:1341-1349.

1995    Carlson, B.M. Factors influencing the repair and adaptation of muscles in aged individuals: Satellite cells and innervation. J. Geront., 50:96-100.

1996    Carlson, B.M., and J.A. Faulkner. The regeneration of noninnervated muscle grafts and Marcaine-treated muscles in young and old rats. J. Geront., 51:B43-B49.

1996    Carlson, B.M., L. Billington, and J.A. Faulkner. Studies on the regenerative recovery of long-term denervated muscle in rats. Restor. Neurol. and Neurosci., 10:77-84.

1996    Billington, L. and B.M. Carlson. The recovery of denervated rat extensor digitorum longus muscles after Marcaine treatment and grafting. J. Neurol. Sci., 144:147-155.

1997    Lu, D.-X., S.-K. Huang, and B.M. Carlson. An electron microscopic study of long-term denervated rat skeletal muscle. Anat. Rec., 248:355-365.

1997    Viguie, C.A., D.-X. Lu, S.-K. Huang, and B.M. Carlson. A quantitative study of the effects of long-term denervation on the extensor digitorum longus muscle of the rat. Anat. Rec., 248:346-354.

1997    Jackson, T.H., C.E. Chrisp, R.C. Dysko, and B.M. Carlson. Spontaneous hypertrophic osteopathy associated with multiple intrathoracic lesions in a Wistar rat. Contemp. Topics. 36:68-70.

1997    Jejurikar, S.S., T.H. Welling, J.A. Zelenock, D. Gordon, W.E. Burkel, B.M. Carlson and L.M. Messina. Induction of angiogenesis by lidocaine and basic fibroblast growth factor: A model for in vivo retroviral-mediated gene therapy. J. Surg. Res., 67: 137-146.

1997    Carlson, B.M.: Skeletal muscle regeneration during aging and after long-term denervation. Tsitologia, 39:965-968.

1997    Gu, X., B.M. Carlson and J.A. Faulkner. Power measurement of denervated isografts with nerve-repair and nerve-implantation in rats. Chinese J. Stomatol.32: 131-135

1998    Carlson, B.M., and J.A. Faulkner. Muscle regeneration in young and old rats: Effects of Motor Nerve Transection with and without Marcaine treatment. J. Gerontol., 53A:B52-B57.

1998    Carlson, B.M. Stimulation of regeneration in mammals: pipe dream or realistic goal? Wound Repair Regen. 6:425-433.

1999    Carlson, B.M. Stem cells and cloning – What's the difference and why the fuss? (New Anatomist) Anat Rec., 257:1-2.c

1999    Carlson, B.M. The changing face of anatomy in the United States. Acta Anat. Nipponica, 74:497-502.

1999    Khalyfa, A., B.M. Carlson, J.A. Carlson and E Wang. Toxin injury-dependent switched expression between EF-1□ and its sister, S1, in rat skeletal muscle. Dev. Dyn. 216:267-273.

2000    Borisov, A.B. and B.M. Carlson. Cell death in denervated skeletal muscle is distinct from classical apoptosis. Anat. Rec. 258:305-318.

2000    Borisov, A.B., S.K. Huang and B.M. Carlson. Remodeling of the vascular bed and progressive loss of capillaries in denervated skeletal muscle. Anat. Rec. 258:292-304.

2000    Kostrominova, T.Y., P.C.D. Macpherson, B.M. Carlson and D. Goldman. Regulation of myogenin protein expression in denervated muscles from young and old rats. Am. J. Physiol. Regulatory Integrative Comp. Physiol. 279:R179-R188.

2001    Carlson, B.M., E.I. Dedkov, A.B. Borisov and J.A. Faulkner. Skeletal muscle regeneration in very old rats. J. Gerontol. 56A:B1-B10.

2001    Dedkov, E.I., A.B. Borisov, T.Y. Kostrominova and B.M. Carlson. Reparative myogenesis in long-term denervated skeletal muscles of adult rats results in a reduction of the satellite cell population. Anat Rec. 263:139-154.

2001    Cederna, P.S., H. Asoto, X. Gu, J. v.d.Meulen, W.M. Kuzon, B.M. Carlson and J.A. Faulkner. Motor unit properties of nerve-intact extensor digitorum longus muscle grafts in young and old rats. J. Gerontol. 56A:B254-B258.

2001    Borisov, A.B., E.I. Dedkov, S.-K. Huang and B.M. Carlson. Interrelations of myogenic response, progressive atrophy of muscle fibers and cell death in denervated skeletal muscle. Anat. Rec. 264:203-218.

2001    Ryan, M., B.M. Carlson and K. Ohlendieck. Oligomeric status of the dihydropyridine receptor in aged skeletal muscle. Mol. Cell Biol. Res4:224-229.

2002    Dedkov, E.I., T.Y. Kostrominova, A.B. Borisov and B.M. Carlson. Resistance vessel remodeling and reparative angiogenesis in a microcirculatory bed of long-term denervated skeletal muscles. Microvasc. Res., 63:96-114.

2002    Dedkov, E.I., T.Y. Kostrominova, A.B. Borisov and B.M. Carlson. Long-term survival of Schwann cells within the intramuscular nerve sheaths of chronically denervated skeletal muscle. Acta Neuropathol., 103:565-574.

2002    Carlson, B.M. Embryology in the medical curriculum. Anat. Rec. (New Anatomist), 269:89-98.

2002    Carlson, B.M., A.B. Borisov, E. I. Dedkov, A. Khalyfa, T. Y. Kostrominova, P.C.D. Macpherson, E. Wang and J.A. Faulkner Effects of long-term denervation on skeletal muscle in old rats. J. Gerontol: Biol. Sci., 57A:B366-B734.

2002    Carlson, B.M., A. Borisov, E. Dedkov, T. Kostrominova  Parallels between denervated and aging skeletal muscle. Proc. Georgian Acad. Sci., Biol. Series A, Suppl. 28:S51-S55.

2003    Dedkov, E.I., T.Y. Kostrominova, A.B. Borisov and B.M. Carlson MyoD and myogenin protein expression in skeletal muscles of senile rats. Cell Tiss. Res., 311:401-416.

2003    Carlson, B.M., A.B. Borisov, E.I. Dedkov, D. Dow and T.Y. Kostrominova The biology and restorative capacity of long-term denervated skeletal muscle. Basic Appl. Myol., 12:247-254.

2003    Carlson, B.M.  Muscle regeneration in amphibians and mammals: Passing the torch. Devel. Dyn., 226:167-181.

2003    Dedkov E. I., A. B. Borisov, A. Wernig and B.M. Carlson Aging of skeletal muscle does not affect the response of satellite cells to denervation. J. Histochem. Cytochem., 51:853-863.

2003    Khalyfa, A., B.M. Carlson, E.I. Dedkov and E. Wang Changes in protein levels of elongation factors, eEF1A-1 and eEF1A-2/S1, in long-term denervated rat muscle. Restor. Neurol. Neurosci., 21:47-53.

2003   Carlson, B.M., J. A. Carlson, E. I. Dedkov and I. McLennan  Concentration of caveolin-3 at the neuromuscular junction in young and old rat skeletal muscle fibers. J. Histochem. Cytochem., 51:1113-1118.

Abstracts and Papers Presented at Meetings:

1963   Carlson, B.M.  Effects of boiling and of lyophilization upon the ability of frog kidney implants to form accessory limbs in urodeles. The Physiologist, 6:154.

1964   Carlson, B.M.  The effects of x-irradiation upon induction of supernumerary limbs in the newt. Anat. Rec., 148:268.

1964   Carlson, B.M. and C.F. Morgan.  Induction of supernumerary limbs in newts by homogenates of frog kidney. Anat. Rec., 148:364.

1965   Carlson, B.M.  Inhibition of limb regeneration in adult Triturus viridescens treated with actinomycin D. Anat. Rec., 151:331.

1966   Carlson, B.M.  The effects of actinomycin upon limb regeneration in the newt (in Russian). Paper No. 5 of the All-Union Symposium on the problem of "Conditions of Regeneration of Organs and Tissues in Animals" (in Russian).

1967   Carlson, B.M.  An investigation into a method for the stimulation of regeneration of skeletal muscle. Anat. Rec., 157:225.

1967   Carlson, B.M.  The effect of actinomycin D upon epidermal-mesodermal interactions in limb regeneration. Am. Zool., 7:762.

1968   Carlson, B.M.  Regeneration of the completely removed rat gastrocnemius muscle from transplanted fragments. Anat. Rec., 160:327.

1969   Carlson, B.M.  The regeneration of a limb muscle in the axolotl from minced fragments. Anat. Rec., 163:164.

1969   Carlson, B.M.  The regeneration of muscles in mammals. Am. Zool., 9:597.

1969   Carlson, B.M.  A comparison between the tissue regeneration and the epimorphic regeneration of limb muscles. Symposium on Regeneration Process Regulatory Mechanisms, IX International Congress of Anatomists.

1970   Carlson, B.M.  The role of function in minced muscle regeneration. Anat. Rec., 166:288.

1971   Carlson, B.M.  Muscle morphogenesis in limb regenerates following removal of the stump musculature. Anat. Rec., 169-289.

1972   Carlson, B.M. and E. Gutmann.  Contractile properties of minced gastrocnemius muscle regenerates in the rat. Fed. Proc., 31:324.

1972    Carlson, B.M. Inhibition of limb regeneration in the newt by means of digit implanted into the amputated limb. Anat. Rec., 172:284.

1972    Carlson, B.M. The role of skin in morphogenesis during limb regeneration. Abstracts of reports for XV Morphological Congress, Brno, Czechoslovakia, p.28.

1972    Carlson, B.M. Morphogenetic interactions between skin and underlying tissues during limb regeneration. Am. Zool., 12:703.

1973    Grim, M. and B.M. Carlson. Vyvoj svalu predlokti a ruky v ontogenese a pri regeneraci u axolotla (Ambystoma mexicanum). XVI Sjezd Ceskoslovenskych morfologu. Hradec Kralove, p. 15.

1973    Carlson, B.M. and E. Gutmann. Regeneration in freely transplanted intact muscles of the rat. Anat. Rec., 175:284.

1973    Carlson, B.M. The functional morphology of regenerating and transplanted mammalian muscles. J. Physiol. (London), 231:57P-58P.

1974    Carlson, B.M., S.E. Civiletto and H.G. Goshgarian. Nerve interactions and regenerative processes occurring in newt limbs fused end to end. Anat. Rec., 178:321.

1974    Grim, M. and B.M. Carlson. Development of the musculature of the forearm and hand in ontogenesis and during regeneration in the axolotl. (Czech.) Folia Morph. (Praha).

1974    Carlson B.M. Morphogenetic effects of cross-transplanted muscles upon an epimorphic regenerative process. III International Congress on Muscle Diseases, International Congress Series No. 334, Excerpta Medica, p. 117.

1975    Tank, P.W., T.G. Connelly and B.M. Carlson. A staging system for forelimb regeneration in the axolotl. Abstract, Midwest Anatomists' Meeting.

1975    Carlson, B.M. The effects of rotation and positional change of stump tissues upon morphogenesis of the regenerating axolotl limb. Anat. Rec., 181:325-326.

1976    Carlson, B.M. Morphogenesis of the regenerating limb. In Abstracts of Lectures Presented at Symposium on Polarity and Morphogenetic Fields, Hubrecht Laboratory, Utrecht, The Netherlands.

1976    Carlson, B.M. and E. Gutmann. Regeneration in free grafts of Marcaine-treated rat muscles. Anat. Rec., 184:371.

1976    Connelly, T.G. and C.M. Richards, B.M. Carlson, S.L. Rogers and E.K. Ashcraft. Scanning electron microscopy of digital and forelimb regeneration in the Kenyan reed frog, Hyperolius viridiflavis ferniquei. Am. Zool. 16:247.

1976    Carlson, B.M. A comparison between the embryonic development and regeneration of the amphibian limb. Proc. of XIX Morphological Congress, Prague, p. 19.

1976    Grim, M. and B.M. Carlson. Morphogenesis of muscle primordia in aneurogenic forelimbs in the axolotl (Ambystoma mexicanum). Proc. XIX Morphological congress, Prague, p. 20.

1976    Carlson, B.M., C.M. Richards and T.G. Connelly. Regeneration of digits and limbs in the Kenyan reed frog, Hyperolius. (Abstr.) Proc. XIX Morphological Congress, Prague, p. 21.

1976    Wagner, K.P., B.M. Carlson and S.R. Max. Developmental patterns of glycolytic enzymes in regenerating rat skeletal muscle. Neuroscience Abstr. Vol. II, p. 205.

1977    Gutmann, E. and B.M. Carlson. The regeneration of hormone-sensitive muscle in rats. Anat. Rec., 187:596.

1978    Carlson, B.M. and E. Gutmann. Retention of hormonal sensitivity in free grafts of the levator ani muscle. Anat. Rec., 190:357.

1978    Wagner, K.R., B.M. Carlson and S.R. Max. Reinnervation of rat extensor digitorum longus muscles after autogenous free grafting. Neurosci. Abstr.

1978    Grim, M. and B.M. Carlson. Vyvoj svalovych zakladu v denervovane regenerujici koncentine mloka (Triturus viridescens). Abstr. of 21st Czechoslovak Anat. Congress.

1979    Carlson, B.M., P. Hník, S. Tucek, R. Vejsada and D. Bader. Comparison between standard free muscle grafts and grafts with intact nerves in the rat EDL muscle. Anat. Rec.

1979    Carlson, B.M. Regeneration of vertebrate muscle. Canad. Soc. Zool.

1979    Carlson, B.M. Regeneration of axolotl limbs covered by frog skin. Am. Zool., 19:924.

1980    Carlson, B.M. and A.H. Foster, P. Hník and R. Vejsada. Restoration of full mass in nerve-intact muscle grafts after delayed reinnervation. Anat. Rec., 196:27A.


1981    Grim, M., B.M. Carlson, O. Sibliková and L. Rerábková. Degeneration and regeneration of muscle fibers after I.M. administration of local anaesthetics. Abstr. of April, 1981 meeting of Soc. Histo. - et Cytochemica Bohemoslovaca.

1981    Grim, M., B.M. Carlson and O. Sibliková. Poskozeni svalu lokalnimi anestetiky. Cas. Lek. ces., 120:974.

1981    Max, S.R., S. Mufti and B.M. Carlson. Androgen receptor in rat levator ani muscle. Neurosci. Abstr.

1981    Mrázková, O., M. Grim and B.M. Carlson. A histochemical study of the revascularization of freely autografted externa digitorum longus muscles in the rat. Soc. Histo., - et Cytochemica Bohemoslovaca Communications.

1982    Carlson, B.M.  Positional memory in avian wing development.  Abstr. of Finnish Society of Zoologists, meeting of April, 1982.

1982    Schwartz, J., M. Coan, M.D. Womble and B.M. Carlson. Time course of protein synthesis in regenerating skeletal muscle of the rat.  J. Cell Biol., 95:376a.

1983    Carlson, B.M.  The preservation of positional memory in cultured avian wing bud mesoderm.  Anat. Rec., 205:30A-31A.

1983    Schwartz, J., B. Carlson, M. Moore and L. Yamasaki.  Anabolic hormones and protein synthesis in regenerating rat skeletal muscle.  The Physiologist.

1983    Schwartz, J., M. Moore, L. Yamasaki and B. Carlson.  Comparison of in vivo and in vitro effects of anabolic hormones on protein synthesis in regenerating skeletal muscle of the rat.  J. Cell Biol.

1985    Mrázková, O., M. Grim and B.M. Carlson.  Enzymatic heterogeneity of the capillary bed of rat skeletal muscles.  In Verhanglungen 80- der Deutsche Anatomishan Gesellschaft Prog.

1985    Carlson, B.M., O. Mrázková and M. Grim  Enzymatic differentiation of arterial and venous segments of the capillary bed during the development of free muscle grafts of the rat.  Anat. Rec., 211:34A.

1985    Stocker, K.M., and B.M. Carlson  Preservation of positional memory in dissociated quail wing bud cells. Anat. Rec., 211:186A.

1986    Carlson, B.M.  A test of positional properties of avian wing-bud mesoderm.  Anat. Rec., 214:19A.

1986    Stocker, K.M., and B.M. Carlson  Hensen's node, but not other biological signals can polarize the developing chick wing bud.  Am. Zool., 26:12A.

1986    Carlson, B.  The reinnervation of regenerating mammalian skeletal muscle.  Control of Cell Proliferation and Differentiation during Regeneration (Abstracts), Cologne, p. 27.

1986    Carlson, B., and K. Stocker.  Positional memory in limb development and regeneration.  Control of Cell Proliferation and Differentiation during Regeneration (Abstracts), Cologne, p. 38.

1987    Carlson, B.M., and J.A. Faulkner  Age of the host is an important factor in determining the sources of skeletal muscle grafts between young and old animals.  Anat. Rec., 218:20A.

1987    Okland, S., and B.M. Carlson.  Ultrastructures of local anesthetic-induced damage and regulation in rat extraocular muscle.  Anat. Rec.,18:101A.

1987    Operpriller, J.O., J.C. Oberpriller, A.M. Arefysva, V.I. Mitashov and B.M. Carlson. 1987 Nuclear characteristics of cardiac myocytes following the proliferative response to mincing of the myocardium of the adult newt. (Abstract #774) Am. Zool., 27 (4), 143A.

1993    Carlson, B.M., and J.A. Faulkner. The restorative potential of long-term denervated rat muscles after transplantation into an innervated site. Anat. Rec. Abstr. p. 42.

1993    Billington, L., H. Rengen, B.M. Carlson. An in vivo culture system for skeletal muscle regeneration. Anat. Rec. Abstr. p. 37.


Books Written

1972    Carlson, B.M. The Regeneration of Minced Muscles. Monographs in Developmental Biology, Vol. 4. S. Karger AG, Basel, 130 pp.

1974    Patten, B.M. and B.M. Carlson. Foundations of Embryology 3rd ed., McGraw-Hill, New York, 650 pp.

1981    Carlson, B.M. Patten's Foundations of Embryology, 4th ed. McGraw-Hill Book Co., New York, 674 pp.

1983    Carlson, B. Osnovi Embriologii (Russian) Vols. 1 & 2, Izdatel. Mir., Moscow, 746 pp.

1986    Carlson, B.M. 1986 Regeneration (In Russian). Izdatel, Nauka, Moscow, 298 pp.

1988    Carlson, B.M. Patten's Foundations of Embryology, 5th ed. McGraw-Hill, New York, 750 pp.

1994    Carlson, B.M. Medical Embryology and Developmental Biology. Mosby-Year Book, Inc., 447 pp.

1996    Carlson, B.M. Patten's Foundations of Embryology, 6th ed., McGraw-Hill, New York, 750 pp.

1999    Carlson, B.M.:Human Embryology and Developmental Biology, 2nd ed. Mosby, St. Louis., 494 pp.


Books Edited

1972    Carlson, B.M. Translation editor and preface for monograph, The Loss and Restoration of Regenerative Capacity of Tissues and Organs in Animals (from Russian), by L.V. Polezhaev. Translation published by Harvard University Press.

1974    Carlson, B.M. Translation editor and forward for monograph, Organ Regeneration (from Russian) by L.D. Liozner. Translation published by Consultants Bureau, 330 pp.

1977    Carlson, B.M.  Translation editor, "The Evolution of Living Organisms" (from French) by P. P. Grasse. Academic Press, New York, 297 pp.

1977    Carlson, B.M.  Preface and translation editor, "Postnatal Growth and Regeneration of Internal Organs in Vertebrates" (from Russian) by V.F. Sidorova.  Scripta Technica, New York.

1979    Mauro, A., B.M. Carlson and B. Lipton, eds.  Muscle Regeneration, Raven Press, New York, 560 pp.

1981    Connelly, T.G., L.L. Brinkley and B.M. Carlson, eds. Morphogenesis and Pattern Formation.  Raven Press, New York, 302 pp.

1981    Freilinger, G., J. Holle and B.M. Carlson, eds. Muscle Transplantation.  Springer-Verlag, Vienna, 3ll pp.

1987    Seil, F.J., E. Herbert and B.M. Carlson, eds.  Neural Regeneration.  Progr. Brain Res., Vol. 71.  Elsevier, Amsterdam, 498 pp.

1987    Easter, S.S., Barald, K.F., and Carlson, B.M.  From Message to Mind, Sinauer, 367 pp.

1988    Carlson, B.M., Translation editor and introduction to The Transplantation of Muscles in Animals, by A.N. Studitsky, 211 pp.

1990    Carlson, B.M., Translation editor and Introduction to Regeneration and Transplantation, vols. I and II (from German), by E. Korschelt, Amerind, 2021 pp.

1991    Carlson, B.M.  Translation editor of Konyukhov, B.V.  Developmental Genetics of Vertebrates (Russian).  Amerind Publ. Co.

1991    Carlson, B.M.  Translation editor and Preface to P.P. Rumyantsev, Cardiomyocytes in Processes of Reproduction, Differentiation and Regeneration (from Russian).  Gordon and Breach, London.


Book Chapters and Symposium Papers:

1970    Carlson, B.M.  The regeneration of entire muscles from minced fragments.  In: Regeneration of Striated Muscle and Myogenesis, Eds. A. Mauro, S.A. Shafiq and A.T. Milhorat, Excerpta Medica, Amsterdam, pp. 25-37.

1970    Carlson, B. M.  Histological observations on the regeneration of mammalian and amphibian muscle.  In: Regeneration of Striated Muscle and Myogenesis, Eds. A. Mauro, S.A. Shafiq and A.T. Milhorat, Excerpta Medica, Amsterdam.

1970    Carlson, B.M. and A. Siirala.  Replacement Therapy. Studies in Man, Medicine and Theology, Board of Social Ministry, Lutheran Church in America, 40 pp.

22

1972    Carlson, B.M.  Organizational aspects of muscle regeneration.  In:  Research Concepts in Muscle Development and the Muscle Spindle, Eds. B. Banker, R. Przybylski, J. Van Der Meulen and M. Victor.  Excerpta Medica, Amsterdam,  pp. 3-17.

1972    Carlson, B.M.  Cell and tissue interactions in regenerating muscles.  In: Muscle Biology, Vol. I, Ed. R.G. Cassens, Marcel Dekker, N.Y., pp. 13-45.

1973    Carlson, B.M.  A comparison between the tissue and the epimorphic regeneration of muscles (in Russian).  In: Regulatory Mechanisms in Regeneration (Russian).  Ed. L.D. Liozner, Izdatel. Meditsina, Moscow, pp. 51-58.

1974    Carlson, B.M.  Factors controlling the initiation and cessation of early events in the regenerative process. In: Neoplasia and Cell Differentiation, Ed. G.V. Sherbet, S. Karger AG, Basel, pp. 60-105.

1978    Carlson, B.M.  The regeneration of mammalian limbs and limb tissues.  In: Methods in Mammalian Reproduction, ed. J.C. Daniel, Academic Press, New York, pp. 377-401.

1979    Carlson, B.M.  The relationship between the tissue and epimorphic regeneration of muscle.  In:  Muscle Regeneration, ed. A. Mauro, Raven Press, New York, pp. 57-71.

1979    Carlson B.M., F.M. Hansen-Smith and D.K. Magon.  The life history of a free muscle graft.  In:  Muscle Regeneration, ed. A. Mauro, Raven Press, New York, pp. 493-507.

1981    Carlson, B.M.  Introduction to symposium.  In: Morphogenesis and Pattern Formation. Raven Press, New York, pp. 1-4.

1981    Carlson, B.M.  Summary of Symposium.  In: Morphogenesis and Pattern Formation. Raven Press, New York, pp. 289-293.

1981    Carlson, B.M.  The biology of muscle transplantation.  In: Muscle Transplantation. Springer-Verlag, Vienna, pp. 3-18.

1981    Carlson, B.M.  The regeneration and transplantation of entire skeletal muscles in mammals.  In: Mechanisms of Growth Control. ed., R.O. Becker, C.C. Thomas Co., Springfield, Ill., pp. 27-53.

1982    Carlson, B.M.  Development of a free muscle graft.  In: Disorders of the Facial Nerve, eds. M.D. Graham and W.F. House.  Raven Press, New York, pp. 487-497.

1983    Carlson, B.M.  Positional memory in vertebrate limb development and regeneration.  In: Limb Development and Regeneration, eds. J.F. Fallon and A.I. Kaplan. Alan R. Liss, Inc., N.Y., pp. 433-443.

1983    Carlson, B.M.  The regeneration and transplantation of skeletal muscle.  In: Nerve, Tissue and Organ Regeneration: Research Perspectives. ed., F.J. Seil. Academic Press, N.Y., pp. 431-454.

1984    Carlson, B.M.  Regeneration.  Encyclopedia Americana, pp. 339-341.

1984    Carlson, B.M.  Nose.  Encyclopedia Americana, pp. 482-483.

1984    Carlson, B.M.  The Pelvis, Encyclopedia Americana.

1985    Carlson, B.M.   The pineal gland.  The Encyclopedia Americana, pp.

1986    Carlson, B.M.  Skeletal muscle - Denervation, reinnervation and regeneration.  In The Facial Nerve, ed. M. May.  Thieme-Stratton, N.Y., pp. 85-98.

1986    Carlson, B.M.   Reintegration of free muscle grafts in rats.  In Proceedings of the 2nd Vienna Muscle Symposium, eds. M. Frey and G. Freilinger. Facultas Universitatsverlag, Vienna, pp. 48-53.

1987    Carlson, B.M.  The cell.  Encyclopedia Americana, Grolier,  Inc.

1987    Carlson, B.M.  Discussion of paper by Brian Hall on craniofacial development.  In Craniofacial Development, ed. J. McNamara and D.S. Carlson, UM Craniofacial Publications, pp. 23-25.

1988    Caplan, A., Carlson, B., Faulkner, J., Fischman, D., Garrett, W. Jr. 1988.  Chapter 6. Skeletal Muscle.  In Injury and Repair of the Musculoskeletal Soft Tissues, Woo, S.L.-Y., and Buckwalter, J., (eds.).  Amer. Acad. of Orthopedic Surgeons, Park Ridge, Ill., pp. 213-291.

1988    Carlson, B.M. Nerve-muscle interrelationships in mammalian skeletal muscle regeneration.  In Proceedings of Cologne Regeneration Symposium,  Control of Cell Proliferation and Differentiation During Regeneration, ed. H.J. Anton, S. Karger, Basal, pp. 47-56.

1988    Carlson, B.M.  Histology Section.  In: The Musculoskeletal System, Vol. 8 of The Ciba Collection of Medical Illustrations, ed., A. Brass.

1988    Carlson, B.M.  Neuromuscular regeneration in mammals. In Neural Regeneration Research for the Clinician, ed. F.J. Seil, A.R. Liss, N.Y., pp. 21.

1989    Carlson, B.M.  Some aspects of regeneration in skeletal and cardiac muscle. In Recent Trends in Regeneration Research, eds. V. Kiortsis, S. Koursoulakis and H. Wallace, Plenum Press, N.Y., pp. 147-157.

1989    Carlson, B.M.  Gene expression in regeneration - commentary. In Recent Trends in Regeneration Research, eds. V. Kiortsis, S. Koursoulakis and H. Wallace, Plenum Press, N.Y., pp. 51-54.

1989    Carlson, B.M.  Muscle regeneration - commentary.  In Recent Trends in Regeneration Research, eds. V. Kiortsis, S. Koursoulakis and H. Wallace, Plenum Press, N.Y., pp. 175-176.

1989    Carlson, B.M., and J.A. Faulkner  Skeletal muscle regeneration and aging.  In Functional Surgery of the Head and Neck, ed. H. Kärcher, Graz, pp. 131-134.

1989   Carlson, B.M.  Cellular adaptations in regenerating skeletal muscle.  In <u>Neuromuscular Use and Disuse</u>, Chapman and Hall, London, pp. 121-128.

1990   Carlson, B.M.  Skeletal muscle regeneration.  In <u>The Development and Regenerative Potential of Cardiac Muscle</u>, eds. J. and J. Oberpriller, Harwood Publ., V. 4, 439-454.

1990   Carlson, B.M., and J.A. Faulkner  Free muscle grafts - Laboratory studies.  In <u>The Paralyzed Face</u>, ed. L.R. Rubin, Mosby & Co., St. Louis, pp. 40-44.

1992   Carlson, B.M. and J.A. Faulkner. Regenerating of denervated and aging muscles.  Proc. III Muscle Transplantation Symposium, ed. G. Freilinger and M. Deutinger. Blackwell-MZV, Vienna, pp. 68-70.

1992   Carlson, B.M.  Muscle regeneration and aging.  In <u>Keys for Regeneration</u>: <u>Proceedings of Geneva Regeneration Conference</u>, C. Taban and B. Boilly (eds.), Monogr. Dev. Biol., S. Karger, Basel, vol. 23, pp. 189-195.

1992   Carlson, B.M. and J.A. Faulkner. Regeneration of denervated and aging muscles.  Proc. III Muscle Transplantation Symposium, Vienna, Blackwell pp. 68-70.

1993   Thouveny, Y., Arsanto, J-P., Caubit, X., Coulon, J., Komorowski, T.E., Carlson, B., Geraudie, J. An immunohistochemical study of the reconstruction of the peripheral nervous system during the newt tail regeneration. In: <u>Limb Development and Regeneration</u>, Wiley-Liss, Inc., pp. 233-242.

1995   Carlson, B.M.  Myogenic potential and the restoration of denervated muscle.  In Proceedings of 4th International Muscle Symposium, eds. M. Frey and P. Giovanoli, Universitätspital, Zurich, pp. 59-62.

1995   Asato, H., B.M. Carlson, W.M. Kuzon and J.A. Faulkner.  Motor unit properties of nerve-intact muscle grafts in old rats.  In Proceedings of 4th International Muscle Symposium, eds. M. Frey and P. Giovanoli, Universitätspital, Zurich, pp. 82-84.

1995   Carlson, B.M. The satellite cell and muscle regeneration:  The degeneration and regeneration cycle.  S.L. Gordon, S.J. Clair and L.J. Fine, (eds). Repetitive Motion Injuries of the Upper Extremity.  Am Acad Orthpaed Surg, Rosemont, IL, pp 313-322.

1996   Carlson, B.M.  Skeletal Muscle Transplantation.  In 1996 Yearbook of Cell and Tissue Transplantation, eds. R.P. Lanza and W.L. Chick.  Kluwer Academic Publ., pp.61-67.

1998   Carlson, B.M.  Limb development and regeneration.  In: <u>Cellular and Molecular Basis of Regeneration</u>, P. Ferretti and J. Geraudie, (eds).  Wiley, pp. 45-62.

1998   Carlson, B.M.:  Principles of tissue generation and regeneration:  The life history of a muscle.  In "Distraction Osteogenesis and Tissue Engineering."  C.A. Trotman, eds. Craniofacial Growth Series 34, Center for Human growth and Development, Univ. of Michigan, Ann Arbor, pp 177-197.

1998    Carlson, B.M., Markwald, R.R. Welcome to The New Anatomist (editorial). Anat. Rec. (New Anat.) 253:1.

1998    Carlson, B.M.: Interconnectedness of Anatomy (editorial). Anat. Rec. (New Anat.) 253:33.

1999    Carlson, B.M., and R. Palmer: Histological and other morphological methods. In G.A. Brazeau and P. Gupta, eds. "Pain, Irritation and Muscle Damage with Injectable Products." Inter Pharm Press, pp. 177-192.

2000    Carlson, B.M., A.B. Borisov, J.A. Carlson, E. Dedkov, J.A. Faulkner, and T.Y. Kostrominova. Muscle Regeneration and aging. In Proc. 5th Internat. Muscle Symp., ed. M. Frey and R. Koller, Vienna, pp. 93-95.

2000    Carlson, B.M. Regeneration of muscle. In Encyclopedia of Life Sciences, Macmillan Ref. Ltd., London, on line.

2000    Carlson, B.M. Skeletal muscle: Denervation reinnervation and muscle transplantation. In: The Facial Nerve, 2nd ed., M. May and B.M. Schaitkin (eds.), Thieme, N.Y., pp. 81-94.

2002    Carlson, B.M. Development. In: Encyclopedia of Evolution, ed. M. Pagel. Oxford Univ. Press., New York.

2003    Carlson, B.M. Developmental mechanisms: Animal. In: Keywords & Concepts in Evolutionary Developmental Biology, eds. B.K. Hall and W.M. Olson, Harvard Univ. Press, Cambridge, Mass., pp. 74-83.

## Fishing Articles

1985    Carlson, B.M. The cisco connection for consistent walleye fishing. The In-Fisherman, Book No. 61:88-100.

1986    Carlson, B.M., and D. Stange 1986 Frogs and waterdogs - The "right stuff" for big bass, pike and walleyes. The In-Fisherman, 67:43-62.

1987    Carlson, B.M. In search of perch to catch walleyes. Predator, Prey and Presentation. In-Fisherman, 72:178-198.

1988    Carlson, B.M. Perch-walleye relationships. In-Fisherman Walleye Guide (Feb.).

1989    Carlson, B.M. Sound and vibration - a key to attracting fish. In-Fisherman, April.

1991    Carlson, B.M. Flats - The Home of Walleyes. In-Fisherman Walleye Guide, pp. 59-68.

1992    Carlson, B.M. The depth factor for walleyes. In Fisherman Walleye Guide, pp. 70-82.

1994    Quinn, S. and B. Carlson. The role of electricity in fishing. In-Fisherman, 19(2):39-50.

1995    Carlson, B.M.  Those wandering walleyes.  In-Fisherman, March, pp. 79-86.

1996    Carlson, B.M.  Tracking those wandering walleyes.  In-Fisherman, Dec.-Jan.; pp. 106-112.

1996    Carlson, B.M.  A final tale of three walleyes.  In-Fisherman, 21:146-152.

1996    Carlson, B.M.  Stress injury in fishing.  Part 1 - The elbow.  In-Fisherman, 21(7):34-38.

1997    Carlson, B.M.  Stress injury in fishing - The back.  In-Fisherman, 22(1):44-53.

1997    Carlson, B.M.  Kidney damage and fishing.  In-Fisherman, 22(2):155.

1997    Carlson, B.M.  Summer whitefish on artificials.  In-Fisherman, 22(4):36-49.

1998    Carlson, B.M.  Shortline trolling for the nighttime walleyes.  Walleye Insider, 9:37-39.

1998    Carlson, B.M.  Bait Size: What turns big fish on? In-fisherman 23(4): 130-134.

1998    Carlson, B.M.  Summer Whitefish, In-Fisherman 23 (5):14.

2000    Carlson, B.M.  A fish's eye view of a lake. In-Fisherman 25(2):38-49.

2001    Carlson, B.M.  The dead fish float. In-Fisherman 26(2):13.

2001    Carlson, B.M.  Foraging for walleyes. In-Fisherman 26(4):54-61.

2001    Carlson, B.M.  Fish stomachs. In-Fisherman 26(4):16.

2001    Carlson, B.M.  Think like a fish.  In-Fisherman, 26(5):14.

2001    Carlson, B.M.  Fish communication.  In-Fisherman, 26(7):12.

2002    Carlson, B.M.  Prey localization equals effective lure presentation.  In-Fisherman, 26(8):12.

2002    Carlson, B.M.  Moon madness.  In-Fisherman, 27(4):19.

2002    Carlson, B.M.  Nontraditional thinking for coldwater bass.  In-Fisherman, 27(3):26-28.

2002    Carlson, B.M.  Crankbait strategies for midsummer pike.  In-Fisherman, 27(6):50-54.

2002    Carlson, B.M.  Muskie feeding behavior.  In-Fisherman 27(5):14.

2003    Carlson, B.M.  Fish trails. In-Fisherman 28(2):15.

Dissertations from my Laboratory:

1971  Snow, M.H.  Metabolic changes during regeneration of minced skeletal muscle in the rat.
Ph.D. Dissertation, University of Michigan, Ann Arbor.

1971  Hsu, L.  The role of nerves in the regeneration of minced muscle in adult anurans.  Ph.D.
Dissertation, University of Michigan, Ann Arbor.

1973  Trupin, G.L.  Ultrastructural studies on minced muscle regeneration in the frog.  Ph.D.
Dissertation, University of Michigan, Ann Arbor.

1975  Goshgarian, H.G.  Interaction of nerves of opposite regenerating polarity in fused newt
forelimbs.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1975  Mong, F.S.-F.  Histological and histochemical studies on the nervous influence on
minced muscle regeneration of triceps surae of the rat.  Ph.D. Dissertation, University of
Michigan, Ann Arbor.

1976  Tank, P.W.  The timing of morphogenetic events in the regenerating forelimb of the
axolotl, Ambystoma mexicanum. Ph.D. Dissertation, University of Michigan,  Ann
Arbor.

1981  Rogers, S.L.  Muscle spindle formation and differentiation in regenerating rat extensor
digitorum longus muscles.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1983  Womble, M.D.  The clustering of acetylcholine receptors and formation of neuromuscular
junctions in regenerating rat skeletal muscle.  Ph.D. Dissertation, University of Michigan,
Ann Arbor.

1984  Must, R.E.  Reinnervation of muscle transplants. Ph.D. dissertation, University of
Michigan, Ann Arbor.

1985  Carey, F.J.  The development and organization of special motoneurons in model
amphibians.  Ph.D. dissertation, University of Michigan, Ann Arbor.

1986  Loubert, P.V.  Morphological and physiological aspects of length adaptations of the
soleus muscle in spinalized rats.  Ph.D. Dissertation, University of Michigan, Ann Arbor.

1987  Phillips, G.D.  Limiting factors in the successful regeneration of skeletal muscle:
Myogenic cell survival, myogenic cell migration and revascularization.  Ph.D.
Dissertation, University of Michigan, Ann Arbor.

1987  Stocker, K.M.  Anteroposterior patterning in avian wing bud development.  Positional
signaling and positional memory.  Ph.D. Dissertation, University of Michigan, Ann
Arbor.

1995  Billington, L.  Reinnervation and regeneration of denervated rat skeletal muscles.  Ph.D.
Dissertation, University of Michigan, Ann Arbor.

Book Reviews:

1971    Carlson, B.M.  Review of <u>Regeneration</u> by S.M. Rose. Science, 174:398-399.

1973    Carlson, B.M.  Review of <u>Organ Regeneration in Animals</u> by L.V. Polezhaev (in Russian).  Ontogenesis, 4(4):435-436.

1978    Carlson, B.M.  Review of <u>Animal Asymmetry</u> by A.C. Neville, Quart. Rev. Biol., 53:184.

1978    Carlson, B.M.  Review of <u>Molecular Biology of Developmental Processes</u> by A.A. Neyfakh and M. Ya. Timofeeva, (in Russian), Gen'l Embryol. Info. Service 18(1):235.

1979    Carlson, B.M.  Review of <u>Informational Macromolecules in Early Development of Animals</u> (in Russian) by K.A Kafiani and A. A Kostomanova, Gen'l Embryol. Info. Service, 18(1):235.

1981    Carlson, B.M. Review of <u>Vertebrate Limb Regeneration</u> by H. Wallace, Nature, 293:685-6.

1982    Carlson, B.M.  Review of <u>Development and Specialization of Skeletal Muscle</u>, ed. by D.F. Goldspink, Muscle & Nerve,


<u>In press</u>:

2003    Carlson B.M.  Medical Embryology and Developmental Biology, 3/e, Elsevier.

2004    Carlson, B.M.  Can walleyes see color at night?  In-Fisherman, in press.

2004    Carlson, B.M.  Taking advantage of walleye/prey interactions in your fishing.  In-Fisherman, in press.

2004    Carlson, B.M.  Denervation and the aging of skeletal muscle.  Basic Appl. Myology, in press.

2004    Rudež, M, Carlson, B. M., Sajko, Š., Kubínová, L., Wernig, A., and I. Erzen  Satellite cell frequency in cross-age transplanted rat extensor digitorum longus muscles.  Basic Appl. Myology, in press

<u>Submitted</u>:

Borisov, A.B., E.I. Dedkov and B.M. Carlson. Elimination of individual subsynaptic and extrasynaptic nuclei in denervated and aging muscle fibers: Remodeling of nuclear domains following its loss of neuromuscular functions. Anat. Rec., submitted

Borisov, A.B., E.I. Dedkov and B.M. Carlson  Abortive myogenesis in denervated skeletal muscle: Differentiative properties of satellite cells.  Anat. Embryol., submitted.

Borisov, A.B., E.I. Dedkov and B.M. Carlson  Differentiation of activated satellite cells in denervated muscle following single fusions in vivo and in vitro.  Anat. Rec., submitted.

30

*Full Titles of Journal Abbreviations in Bibliography:*
AAOS - American Association of Orthopaedic Surgery
Am. J. Anat. - American Journal of Anatomy
Am. Rev. Physiol. - Annual Review of Physiology
Am. Zool. - American Zoologist
Anat. Rec. - Anatomical Record
Anesth. Analg. - Anesthesia and Analgesia
Arch. Ophthalmol. - Archives of Ophthalmology
Biochem. J. - Biochemical Journal
Devel. Biol. - Developmental Biology
Dev. Dyn. -
Doklady Akad. Nauk SSSR - Doklady Akademii Nauk SSSR
Exp. Neurol. - Experimental Neurology
Fed. Proc. - Federation Proceedings
Folia Morph. - Folia Morphologica
J. Embryol. Exp. Morph. - Journal of Embryology and Experimental Morphology
J. Exp. Zool. - Journal of Experimental Zoology
J. Gerontol. – Journal of Gerontology
J. Morph. - Journal of Morphology
J. Neuro. Sci. - Journal of Neurological Sciences
Med. and Sci. in Sports and Exercise - Medicine and Science in Sports and Medicine
Microcircul. Res. - Microcirculatory Research
Mol. Cell. Biol. Res. – Molecular Cell Biology Research
Neurosci. Lett. - Neuroscience Letters
Otolaryngol. Head Neck Surg. - Otolaryngology, Head and Neck Surgery
Pflügers Arch. - Pflügers Archiv
Phys. Bohemoslov - Physiologica Bohemoslovaca
Plast. Reconstr. Surg. - Plastic and Reconstructive Surgery
Stain Technol. - Stain Technology
Z. Anat. Entwickl.-Gesch. - Zeitschrift für Anatomie und Entwicklungsgeschichte