# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) MDL No. 1431 (MJD/JGL) |
| | ) |
| | ) |
| | ) |
| This Document Relates To All Actions | ) |

## SUPPLEMENTAL EXPERT WITNESS REPORT OF BRUCE M. CARLSON, M.D., PH.D

1. This document is a supplement to the expert witness report that I had submitted on December 2, 2003. It contains relevant information that was not included in the original report, as well as a minor correction to a statement that I gave during my deposition on February 3, 2004.

2. As was indicated in paragraph 19 of my December 2, 2003 report, chronic exposure to statin drugs, including cerivastatin, has been shown in <u>in vivo</u> animal tests to produce a consistent pattern of muscle fiber damage and degeneration. It is important to recognize that under conditions of chronic administration of cerivastatin the muscle fibers are not exposed to a single toxic stimulus, but rather, they are exposed to a toxic stimulus over extended periods of time. Consequently, muscle fiber damage, instead of occurring as a single event in time, can occur over the course of months or even years. Since muscle degeneration and repair occur at the single muscle fiber level, this temporal pattern of breakdown and repair can have a significant impact on the clinical signs and symptoms of patients who are experiencing muscle-related side effects of cerivastatin.

3. Exposure to some agents, such as mechanical trauma, myotoxic local anesthetics or snake myotoxins, can result in massive damage to muscle fibers over a very short period of time, typically measured in minutes. Such exposures are followed by nearly synchronous phases of muscle fiber degeneration and repair. Under

EXHIBIT
MDL Carlson #13
Cmt 08/18/04

these circumstances, for example, creatine kinase (or other intracellular marker molecules) levels in the blood would rise sharply to very high levels and decline in a regular progression according to a classically shaped concentration curve. Following the traumatic event, the regeneration of new muscle fibers would begin within days and would be highly synchronous if the microvasculature had not been compromised. If local capillary damage accompanied muscle fiber damage, new blood vessels would have to grow into the region of damage before muscle fiber regeneration could begin.

4. Exposure to statins, such as cerivastatin, occurs over extended periods of time. Under these circumstances, muscle fiber damage would be much less likely to occur as a single synchronous event than in small increments over longer periods of time (although one cannot rule out a drug-induced metabolic "perfect storm" as a stimulus precipitating the rare instances of clinical rhabdomyolysis). Extrinsic factors, such as exercise effects, could result in increased amounts of muscle fiber damage at specific times. At a given time, a person's muscles could show evidence of concomitant muscle fiber degeneration, early regeneration, late regeneration and stable regenerated muscle fibers. All of these phases in the degeneration/regeneration process can be visualized by the examination of microscopic slides made from biopsied muscle. I am not aware of any other means of verifying the concomitant presence of different stages in the muscle fiber degeneration/regeneration process. Importantly, such a sequence of events (small incremental muscle fiber damage over extended periods of time) would not necessarily result in large increases in plasma creatine kinase (CK) levels, because at any one time only a relatively small number of muscle fibers would be degenerating and releasing their cytoplasmic contents into the bloodstream. The biology of aging muscle provides an interesting parallel to this. It is well known that during the aging process, the motor innervation of skeletal muscle fibers becomes substantially reduced - by as much as 90%. Yet, when one examines aged muscle at a single point in time only a small percentage of the muscle fibers show signs of denervation.

5. Regardless of the temporal sequence of muscle fiber damage, degeneration of a muscle fiber is normally followed by regeneration from satellite cells (myogenic cells) that are normally located alongside the muscle fibers. From in vitro studies it is known that statins can produce myotoxic effects on myoblastic cells (activated satellite cells) and myotubes, as well as mature muscle fibers (see paragraph #21 of my December 2, 2003 report). The single report on cerivastatin-induced myotoxicity in vitro that I have seen (Wasinska-Kempka and Ahr, 2001, Bayer Reports PH 31298, 30 pp.) provides evidence of damage to skeletal myoblasts, but apparently the study was not continued long enough to produce myotubes, so the issue of toxicity of cerivastatin to regenerating myotubes remains an open one. Not only can statins directly damage myotubes, but "inhibition of mevalonate synthesis by HMGRI is likely to reduce isoprenylation of regulatory proteins, inducing significant suppression of the biosynthetic activity involved in myotube repair and leading to myotubular toxicity" (Flint et al., 1997 Inhibition of cholesterol synthesis by squalene synthase inhibitors does not induce myotoxicity in vitro. Toxicol. Appl. Pharmacol., 145:91-98). Therefore, exposure to statins could either directly kill or retard the development of the cells involved in early muscle regeneration.

6. At the level of the individual patient, ongoing muscle fiber damage plus damage or death of the cells involved in muscle fiber regeneration could result in prolonged pain and weakness in the absence of massively elevated CK levels in the blood. (Creatine kinase is associated with the M-bands in muscle, and until the bundles of well ordered contractile filaments are assembled in the late myotube stage of regeneration, intrinsic creatine kinase levels would be low. Therefore, destruction of myoblasts would not result in increased levels of CK in the blood.)

7. Significant destruction of satellite cells or cells in the early stages of muscle regeneration would result in the absence of regenerative activity within the empty

basal laminae of the destroyed muscle fibers. In one experimental case in which regeneration was prevented, collagen deposition was seen in the empty basal laminae of the original muscle fibers (Carlson E, and B. Carlson 1991 A method for preparing skeletal muscle fiber basal laminae. Anat. Rec., 230:325-331). This led to fibrosis, although it is important to note that there are other causes of fibrosis, as well.

8. An oft-quoted test of drug-induced toxicity is to remove the subject from exposure to a given drug, and according to textbook examples, the toxic symptoms would typically resolve. With respect to muscle fiber damage severe enough to cause degeneration, it is important to note that even if the drug was cleared from the system and further damage to muscle fibers ceased, it would be weeks or months before muscle fiber regeneration could restore the functional deficit caused by the initial muscle damage. If fibrosis had occurred in the meantime, the effects the muscle damage might never be fully restored.

9. A correction to my testimony in the deposition of February 3, 2004. In my testimony I stated my belief that in the study of Phillips et al. (2002 Statin-associated myopathy with normal creatine kinase levels. Ann Intern. Med., 137:581-585) none of the subjects had been exposed to cerivastatin. This was incorrect. In the Table of that publication (p. 584) it is stated that patient #1 had at some time taken 0.4 mg doses of cerivastatin.

10. I reserve the right to amend my opinions and submit additional reports should pertinent information become available through ongoing discovery or other sources.

[signature]

Bruce M. Carlson, M.D., Ph.D.

February 11, 2004

Date

# Exhibit D

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug.

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (i.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
|---|
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

Definitions of the FOI Report

| | |
|---|---|
| Date | Date the report was received by the FDA. |
| ISR Number | Unique number for identifying an AERS report. |
| Report Type | The type of ISR received. Expedited (15-day) and periodic reports are from manufacturers; "direct" reports are voluntarily submitted to the FDA by non-manufacturers. |

| Report Type | Description |
|---|---|
| Expedited (15-day) | Mandatory reports received from the manufacturer informing the FDA of adverse events that are both serious and unexpected. By law, these reports must be delivered to the FDA, within 15 calendar days of the initial receipt by the manufacturer. |
| Periodic | These are mandatory reports that do not fall into the expedited category. These reports are delivered quarterly to the FDA. |
| Direct | These reports are from health professionals, private individuals or sources other than manufacturers. |

| | |
|---|---|
| Company Report Number | Manufacturer's unique report identifier. |
| Age | Numeric value of patient's age at event. |
| Gender | The gender of the patient (male, female, unknown, or Not specified). |
| Outcome | The results of the adverse event as. The following events are potential choices. |

| Outcome | DESCRIPTION |
|---|---|
| DE | Death |
| LT | Life-Threatening |
| HO | Hospitalization – Initial or Prolonged |
| DS | Disability |
| CA | Congenital Anomaly |
| RI | Required Intervention to prevent permanent impairment/damage |
| OT | Other |

| | |
|---|---|
| PT (Preferred Term) | The reported reaction, in medical terminology, describing the event. This is coded using the Medical Dictionary for Regulatory Activities (MedDRA). |
| Report Source | Identifies the initial source of the report. (I.e., Health Professional, Consumer, etc..) |
| Product | Name of drug. |
| Role | S = Suspect<br>C = Concomitant<br>PS = Primary Suspect<br>SS = Secondary Suspect |
| *Suspect Drug | The drug that the initial reporter deemed most likely to be associated with the reactions. |
| Concomitant Drug | A list of any drugs taken at the same time as the suspect medication, but not suspected of causing the adverse event. |
| Manufacturer | The company that manufacturers the drug. |
| Route | Route of administration of the drug. |
| Dose | Quantity of drug administered in a 24-hour period. |
| Units | Modifies the dose with units of measurements (e.g., mg, IU, ml, etc.). |
| Duration | Number of days the drug was used. |

# Exhibit E

# FDA Adverse Event Reports on Statin-Associated Rhabdomyolysis

Mohamed A Omar and James P Wilson

**OBJECTIVE:** To determine the number of cases of statin-associated rhabdomyolysis reported to the Food and Drug Administration for 6 statins and to profile the cases.

**METHODS:** A retrospective analysis of all domestic and foreign reports of statin-associated rhabdomyolysis between November 1997 and March 2000 was conducted. Outcome measures included the total number of reports (initial plus follow-up), the number of unique cases, age, gender, percentages of report codes and role codes, and frequencies of concomitant interacting drugs that may have precipitated rhabdomyolysis, outcomes codes, and report source codes.

**RESULTS:** There were 871 reports of statin-associated rhabdomyolysis in the 29-month time frame examined, representing 601 cases. The following number of cases were associated with each of the individual statins: simvastatin, 215 (35.8%); cerivastatin, 192 (31.9%); atorvastatin, 73 (12.2%); pravastatin, 71 (11.8%); lovastatin, 40 (6.7%); and fluvastatin, 10 (1.7%). Drugs that may have interacted with the statins were present in the following number of cases: mibefradil (n = 99), fibrates (n = 80), cyclosporine (n = 51), macrolide antibiotics (n = 42), warfarin (n = 33), digoxin (n = 26), and azole antifungals (n = 12). The reports of 62.1% of cases were classified as expedited. Statins were designated as the primary suspect in 72.0% of the cases. Death was listed as the outcome in 38 cases. The majority of reports (n = 556) were from health professionals.

**CONCLUSIONS:** Compared with the other statins, simvastatin and cerivastatin were implicated in a relatively higher number of reports. Because of the various limitations of a spontaneous reporting-system database, caution is urged when interpreting the relative number of cases reported.

**KEY WORDS:** adverse events, drug interactions, HMG-CoA reductase inhibitors, hyperlipidemia, myopathy, rhabdomyolysis, spontaneous reporting, statins.

*Ann Pharmacother* 2002;36:288-95.

This article presents the results of an exploratory study to evaluate the strengths and limitations of using the Adverse Event Reporting System (AERS) of the Food and Drug Administration (FDA) for researching information on adverse events, using statin-associated rhabdomyolysis as an example. It should be noted that, although the FDA's database was used for this analysis, the opinions expressed in this article are solely those of the authors and not the FDA.

One of the limitations of the premarketing phase of drug development is that rare adverse events go undetected, primarily due to the small sample size involved, the short duration of the studies, and the controlled setting of the trials.[1] For example, to detect an adverse event that occurs in 1 out of 1000 patients with a 95% confidence level, 3000 patients need to receive the drug, which is approximately the number of patients exposed to a drug in the premarketing phase. Therefore, only adverse events with a higher incidence may be detected.[2] Similarly, most patients in the premarketing phase are generally exposed to a drug for a chronic condition for <1 year, unlike when the drug enters general clinical use. Thus, postmarketing surveillance (which begins when the drug enters the general market) of drug-related adverse events plays a valuable role in early identification and signaling of rare but serious adverse events associated with drug therapy. This monitoring forms the foundation for such tools as revisions in product labeling,[3] "Dear Health Professional" letters, Safety Alerts, and product withdrawals from the market. These measures are in place to promote safe drug therapy, and therefore protect the health of the public. It is important to realize,

Author information provided at the end of the text.

however, that safety is not an absolute concept,[4] since no drug is completely without adverse effects and also, as discussed earlier, many rare events may not be detected until the postmarketing phase. In fact, 5 important drugs have been withdrawn from the market because of preventable drug–drug interactions. These include mibefradil,[5] terfenadine,[6] astemizole,[7] cisapride,[8] and most recently, cerivastatin.[9]

In the US, the FDA has the responsibility for monitoring the safety of marketed drug products. One way that the FDA does this is by collecting and maintaining reports of adverse events. These reports are sent by health professionals and patients directly to the FDA on a voluntary basis, and by pharmaceutical manufacturers, packers, and distributors as part of mandatory reporting. Reports of adverse events that are based on observations made during postmarketing clinical studies and the clinical literature are now also part of the database. Those reports of serious adverse events that are not in the current product labeling are given special attention by qualified FDA safety evaluators.

The FDA's first organized process for monitoring adverse events originated in 1961 and was called the Spontaneous Reporting System (SRS). The goals of this system were to "collect, automate, evaluate, and generate signals from case reports and to provide new information on drug safety issues to the health industry."[3] Because this system relies substantially on reporting of adverse events by health professionals, the FDA established the voluntary MedWatch program in 1993. This initiative was implemented for 4 main reasons: to promote the clinician awareness about the importance of reporting serious adverse events of drugs or problems with products, to clarify what should be reported, to simplify reporting procedures to the FDA, and to disseminate information about new safety issues to health professionals.[3] As part of a major initiative in the harmonization of adverse event reporting among various countries around the world, the SRS was replaced in October 1997 by an internationally compatible system, the AERS. This sophisticated system improves the overall efficiency, effectiveness, and quality control of the process of handling adverse events; improves access of information to all users; and provides safety evaluators with an enhanced system for signal generation of adverse events. The AERS database can be purchased from the National Technical Information Service of the Department of Health and Human Services, FDA, by accessing the following Web site: http://www.ntis.gov/fcpc/cpn8762.htm.

The hydroxymethylglutaryl-coenzyme A reductase inhibitors (statins) play a vital role today in the management of dyslipidemia. Evidence from research trials[10-14] has shown that these agents significantly improve the lipid profiles and, consequently, the health outcomes in patients with or at risk of coronary artery disease. There are 5 statins currently marketed in the US: lovastatin, simvastatin, fluvastatin, pravastatin, and atorvastatin. Cerivastatin was recently voluntarily withdrawn from marketing by the manufacturer due to a relatively high number of deaths due to rhabdomyolysis.[9]

The statins are usually well tolerated[15,16]; the main adverse effects include dyspepsia, gastrointestinal disturbances, headaches, myalgia, central nervous system disturbances, and sleep disorders.[17,18] The more clinically significant adverse events that deserve attention include hepatotoxicity[19] and skeletal muscle abnormalities.[20] Transient increases in hepatic enzymes and creatine kinase[21,22] rarely result in cessation of therapy.

When statins are prescribed as monotherapy, dose-related myopathy (defined as a 10-fold elevation in the creatine kinase concentration) occurs in approximately 0.1–0.5% of the population.[23,24] The incidence of myopathy increases up to tenfold when statins are administered with other agents that are metabolized via common biochemical pathways. Without clinical intervention, myopathy may progress to potentially life-threatening rhabdomyolysis in approximately 0.04–0.2% of the population.[25] Rhabdomyolysis is a condition characterized by necrosis of muscle cells and subsequent release of skeletal muscle contents into the circulation.[26,27] This may lead to complications such as acute renal failure secondary to myoglobinuria, cardiac arrest or arrhythmias due to hyperkalemia and hypocalcemia, and compartment syndrome that results from muscle swelling and subsequent compression of nerves and blood vessels.[26] Even though rhabdomyolysis is a rare adverse event of statin therapy, the widespread use of this class of drugs today[28] makes it clinically important. For a more comprehensive review of rhabdomyolysis and the role of statin therapy in precipitating this condition, see recent articles by Omar et al.[29] and Shek and Ferrill.[30]

Since the first marketing of lovastatin in September 1987 in the US, the FDA has received numerous reports of rhabdomyolysis in patients receiving statin therapy. Pierce et al.[31] first used the FDA's SRS database to describe the clinical features of 12 cases of myopathy or rhabdomyolysis reported to the FDA that were associated with lovastatin–gemfibrozil combination therapy. To our knowledge, an analysis of reports of statin-associated rhabdomyolysis to the FDA has not been documented in the literature since then. Therefore, the primary purpose of this study is to use the AERS database to determine and compare the frequency of reports to the FDA of statin-associated rhabdomyolysis for the 6 statins during a specific time frame, and to profile these reports by assorted variables that are present in the database.

## Methods

The AERS database was used for this analysis. The database is composed of 6 data files in ASCII format that contain variables on patient demographics (Demographic File), drug therapies (Drug File), reaction(s) experienced (Reaction File), patient outcomes (Outcome File), the source of the report (Report Source File), and the drug therapy start and end dates (Therapy File). A unique "ISR" number identifies each unique report; this is the primary link field between the 6 files present in the database. Each case may have an initial report plus any follow-up information. A follow-up report has the same case number as the initial report. Each report is designated as expedited (all serious unlabeled adverse events, whether foreign or domestic, reported by the manufacturer within 15 calendar days of receipt), periodic (all domestic, serious, and

nonserious labeled adverse events reported quarterly for the first 3 years after a drug's approval and annually thereafter), or direct (nonmanufacturer) reports. The drug associated with the adverse event is designated as the primary suspect, secondary suspect, concomitant drug, or interacting drug associated with the event.

All records that appeared in the AERS database between November 1997 and March 2000 (a total of 29 mo) were included in the analysis. A series of queries were conducted to extract the records from the Drug File that contained the brand or generic names for each of the 6 statins, and then these were further limited to matching records that had the term "rhabdomyolysis" in the Reaction File. These records were then linked using additional queries with matching records from the Demographic, Therapy, Outcome, and Report Source Files to obtain the relevant information. The data were managed using UltraEdit Plus and Microsoft Visual FoxPro and subsequently imported into SPSS for analysis.

In addition to the generic names of the statins, the *Martindale Product Index*[32] was used to select the brand names that are used for marketing in various countries. Misspellings of drug names or of the adverse event terms were not considered in the analysis. Since the interactions of other agents with the statins play a major role in precipitating rhabdomyolysis, all the role codes of the statins (i.e., primary suspect, secondary suspect, concomitant drug, interacting drug) were included in this analysis. If only primary suspect drugs had been considered, cases of statin-associated rhabdomyolysis where the statin was not classified as the primary suspect would have been missed.

For reports that had the term "rhabdomyolysis" listed as a reaction (and thus classified in this study as "definite" rhabdomyolysis), the following analyses were conducted for each of the 6 statins: (1) The mean age of the unique cases. (2) The percentage of each gender of the unique cases. (3) The mean daily dose of the statin. (4) The number of unique cases. (5) The total number of reports (initial and follow-up). (6) The frequency of potentially interacting drugs that may have precipitated the rhabdomyolysis. The drugs were selected based on a compilation of case reports of rhabdomyolysis.[29] A report may have one or more potentially interacting drugs. Each unique potentially interacting drug was counted only once per case. (7) The frequency of the outcomes codes for all reports (initial and follow-up). The codes include death, life-threatening, hospitalization, disability, congenital anomaly, required intervention to prevent permanent impairment or damage, and other. A report may have 1 or more outcomes. Each unique outcome code was counted only once per case. (8) The frequency of the report source codes for all reports (initial and follow-up). The codes include foreign, study, literature, consumer, health professional, user facility, company representative, distributor, and other. A report may have had 1 or more codes for the report source. Each unique report source code was counted only once per case. (9) The percentage of report codes (expedited, periodic, or direct) for the unique cases. (10) The percentage of role codes (primary suspect, secondary suspect, concomitant drug, or interacting drug) for the unique cases.

A secondary analysis was conducted to determine the number of cases of other muscle-related disorders associated with each of the statins. These reports did not have rhabdomyolysis listed as a reaction experienced. The following terms were used to extract these records: myositis, myopathy, myoglobinuria, myalgia, and creatine kinase.

## Results

There were a total of 458 111 cases of all adverse events that were present in the database between the specified dates. Of these, there were 601 cases of statin-associated rhabdomyolysis. These included cases that were classified as primary suspects as well as secondary suspects and concomitant drugs. Approximately 28% of the rhabdomyolysis cases would have been missed if only primary suspects had been included in the analysis. Table 1 presents a summary of the combined reports of rhabdomyolysis for the 6 statins. There were a total of 38 deaths (representing 6.3% of the unique cases) due to statin-associated rhabdomyolysis. For all the statins, the majority of the reports were expedited (i.e., serious unlabeled events reported within 15 days of receipt by the manufacturer). Statins were the primary suspect in most of the reports. For all the statins, the rhabdomyolysis abated (as indicated by a "positive dechallenge") after the drug was stopped in the majority of cases. There was no information on rechallenge.

Table 2 presents a profile of the definite cases of rhabdomyolysis, broken down by each of the 6 statins. Simvastatin (n = 215) and cerivastatin (n = 192) each represented approximately one-third of the total number of cases, and atorvastatin (n = 73) and pravastatin (n = 71) each repre-

**Table 1.** Combined Summary of Reports of Statin-Associated Rhabdomyolysis

| | |
|---|---|
| Total number of reports | 871 |
| Mean ± SD age of cases (y) | 65.78 ± 11.84 |
| Gender (%) | |
| men | 51.2 |
| women | 46.5 |
| unknown | 2.3 |
| Potentially interacting drugs[a] (n) | |
| mibefradil | 99 |
| fibrates | 80 |
| cyclosporine | 51 |
| macrolide antibiotics | 42 |
| warfarin | 33 |
| digoxin | 26 |
| azole antifungals | 12 |
| niacin | 4 |
| tacrolimus | 1 |
| chlorzoxazone | 2 |
| nefazodone | 4 |
| Outcomes[a] (n) | |
| hospitalization | 459 |
| life-threatening | 120 |
| other | 83 |
| disability | 58 |
| required intervention | 55 |
| death | 38 |
| Report source[a] (n) | |
| health professional | 556 |
| foreign | 245 |
| company representative | 78 |
| other | 66 |
| literature | 39 |
| consumer | 31 |
| study | 5 |
| distributor | 1 |
| Report code (%) | |
| expedited | 62.1 |
| periodic | 19.1 |
| direct | 18.8 |
| Role code (%) | |
| primary suspect | 72.0 |
| secondary suspect | 21.6 |
| concomitant drug | 6.3 |
| interacting drug | 0 |
| Dechallenge (%) | |
| yes | 55.8 |
| no | 11.5 |
| Rechallenge (%) | |
| yes | 0 |
| no | 0 |

[a]Each case may have ≥1 potentially interacting drugs, outcomes, or report sources listed.

www.theannals.com

**Table 2.** Profile of Reports of Rhabdomyolysis Associated with 6 Statins

| Statin (mean daily dose [mg]) | Drug Names Included | Frequency of Reports (initial + follow-up) | Frequency of Unique Cases (%) | Frequency of Potentially Interacting Drugs[a] | Mean Age (y) (% men) | Outcomes[a] (n) (% of cases of deaths) | Report Source[a] (n) | Report Code (%) | Role Code (%) | Dechallenge/ Rechallenge (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Simvastatin (30.2) | Colemin<br>Denan<br>Lipex<br>Liponorm<br>Lodales<br>Medipo<br>Pantok<br>simvastatin<br>Sinvacor<br>Sivastin<br>Zocor<br>Zocord | 321 | 215 (35.77) | mibefradil: 48<br>fibrates: 33<br>cyclosporine: 31<br>warfarin: 12<br>macrolide antibiotics: 10<br>digoxin: 9<br>azole antifungals: 4<br>chlorzoxazone: 2<br>nefazodone: 2<br>niacin: 2<br>tacrolimus: 1<br>fusidic acid: 1 | 65.1 (53.4) | death: 11 (5.1)<br>disability: 35<br>hospitalization: 165<br>life-threatening: 59<br>other: 20<br>required intervention: 29 | company representative: 23<br>consumer: 11<br>foreign: 127<br>health professional: 230<br>literature: 22<br>other: 30<br>study: 3 | expedited: 65.1<br>periodic 18.1<br>direct: 16.7 | PS: 71.2<br>SS: 25.1<br>C: 3.7 | Y: 52.8/0.5<br>N: 7.2/0.5 |
| Cerivastatin (0.34) | Baycol<br>cerivastatin<br>Lipobay | 231 | 192 (31.95) | fibrates: 22<br>digoxin: 7<br>warfarin: 6<br>macrolide antibiotics: 2<br>cyclosporine: 1<br>mibefradil: 1 | 67.6 (44.5) | death: 7 (3.6)<br>disability: 10<br>hospitalization: 140<br>life-threatening: 20<br>other: 30<br>required intervention: 14 | company representative: 30<br>consumer: 7<br>distributor: 1<br>foreign: 20<br>health professional: 135<br>other: 9<br>study: 2 | expedited: 49.5<br>periodic: 22.4<br>direct: 28.1 | PS: 67.1<br>SS: 23.3<br>C: 9.6 | Y: 53.2/0.02<br>N: 17.7/0 |
| Atorvastatin (26.9) | atorvastatin<br>Lipitor<br>Torvast<br>Totalip<br>Xarator | 105 | 73 (12.15) | mibefradil: 45<br>fibrates: 10<br>macrolide antibiotics: 13<br>warfarin: 7<br>cyclosporine: 5<br>digoxin: 5<br>azole antifungals: 2 | 62.9 (62.8) | death: 7 (9.6)<br>disability: 3<br>hospitalization: 53<br>life-threatening: 16<br>other: 16<br>required intervention: 7 | company representative: 18<br>consumer: 5<br>foreign: 20<br>health professional: 55<br>literature: 2<br>other: 7 | expedited: 68.5<br>periodic: 17.8<br>direct: 13.7 | PS: 67.1<br>SS: 23.3<br>C: 9.6 | Y: 53.2/0.02<br>N: 17.7/0 |
| Pravastatin (16.9) | Aplactin<br>Bristacol<br>Elisor<br>Lipemol<br>Liplat<br>Lipostat<br>Liprevil<br>Mevalotin<br>Prareduct<br>Prasterol | 98 | 71 (11.81) | fibrates: 6<br>macrolide antibiotics: 6<br>warfarin: 5<br>cyclosporine: 2<br>digoxin: 2<br>mibefradil: 1<br>niacin: 1 | 67.3 (57.4) | death: 8 (11.3)<br>disability: 5<br>hospitalization: 62<br>life-threatening: 10<br>other: 9<br>required intervention: 7 | company representative: 2<br>consumer: 2<br>foreign: 64<br>health professional: 83<br>literature: 3<br>other: 18 | expedited: 80.3<br>periodic: 11.3<br>direct: 8.5 | PS: 76.1<br>SS: 12.7<br>C: 11.3 | Y: 51.7/1.8<br>N: 15.5/0 |

C = concomitant drug; N = no; PS = primary suspect; SS = secondary suspect; Y = yes.
[a]Each case may have ≥1 potentially interacting drugs, outcomes, or report sources listed.

*(continued on page 292).*

**Table 2.** Profile of Reports of Rhabdomyolysis Associated with 6 Statins (continued)

| Statin (mean daily dose [mg]) | Drug Names Included | Frequency of Reports (initial + follow-up) | Frequency of Unique Cases (%) | Frequency of Potentially Interacting Drugs[a] | Mean Age (y) (% men) | Outcomes[a] (n) (% of cases of deaths) | Report Source[a] (n) | Report Code (%) | Role Code (%) | Dechallenge/ Rechallenge (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pravastatin (continued) | Prava<br>Pravachol<br>Pravacol<br>Pravaselect<br>Pravasin<br>Pravasine<br>pravastatin<br>Sanaprav<br>Selectin<br>Selektine<br>Selipran<br>Vasten | | | | | | | | | |
| Lovastatin (47.5) | Lipivas<br>Lipofren<br>lovastatin<br>Medostatin<br>Mevacor<br>Mevinacor<br>Mevlor<br>Nergadan<br>Reducol<br>Taucor<br>Tecnolip | 51 | 40 (6.65) | cyclosporine: 12<br>macrolide antibiotics: 11<br>azole antifungals: 6<br>fibrates: 5<br>mibefradil: 3<br>digoxin: 2<br>nefazodone: 2<br>niacin: 1<br>warfarin: 1 | 63.2 (58.0) | death: 4 (10)<br>disability: 3<br>hospitalization: 31<br>life-threatening: 10<br>other: 8<br>required intervention: 6 | company representative: 5<br>consumer: 5<br>foreign: 10<br>health professional: 44<br>literature: 12<br>other: 2 | expedited: 60<br>periodic: 27.5<br>direct: 12.5 | PS: 47.5<br>SS: 35.0<br>C: 17.5 | Y: 51.6/0<br>N: 0/6.9 |
| Fluvastatin (32.5) | Canef<br>Cardiol<br>Cranoc<br>fluvastatin<br>Fractal<br>Lescol<br>Lipaxan<br>Lochol<br>Locol<br>Lymetel<br>Primesin<br>Vastin | 11 | 10 (1.66) | fibrates: 4<br>warfarin: 2<br>digoxin: 1<br>mibefradil: 1 | 72.8 (40.0) | death: 1 (10.0)<br>disability: 2<br>hospitalization: 8<br>life-threatening: 5<br>required intervention: 3 | consumer: 1<br>foreign: 4<br>health professional: 9 | expedited: 70.0<br>periodic: 10.0<br>direct: 20.0 | PS: 50.0<br>SS: 20.0<br>C: 30.0 | Y: 14.3/0<br>N: 0/0 |

C = concomitant drug; N = no; PS = primary suspect; SS = secondary suspect; Y = yes.

[a]Each case may have ≥1 potentially interacting drugs, outcomes, or report sources listed.

sented one-eighth of the total number of cases. Lovastatin had 40 cases, and fluvastatin had only 10 cases.

Finally, there were 982 reported cases of other muscle-related disorders with simvastatin, 708 with atorvastatin, 177 with pravastatin, 117 with cerivastatin, 94 with lovastatin, and 71 with fluvastatin.

## Discussion

Rhabdomyolysis is a rare but potentially fatal adverse event associated with statin monotherapy or combination therapy. The true incidence of this condition among the statins when they are prescribed alone or in combination with other agents is not exactly clear. This may be due to the rarity of this condition, the relative lack of experience with some of the newer agents in this class, and because of the inherent problem of underreporting during the postmarketing period of drugs. The FDA's AERS is a tool that enables a general comparison of the number of reports of this condition between the various statins. Since population exposure to the statins (the denominator) cannot be estimated except by employing drug utilization data,[33] it is important to note that this database only yields the number of reports and not incidence rates or actual occurrences. Similarly, the numerator (the number of reported cases) is affected by the extent of underreporting of the condition, as well as the fact that mere suspicion that a product may be related to an event is sufficient reason for submitting a report.

The time frame since the first marketing of a statin may play a role in the relative number of reports of rhabdomyolysis reported. Weber[34] reported that the number of adverse event reports for 7 nonsteroidal antiinflammatory drugs peaked at 2 years since marketing, after which time they decreased substantially despite a lack of decline in actual use or a change in the adverse event rate. Thus, it may be true that one of the reasons that cerivastatin, the last of the statins launched (and now withdrawn), had a high number of reports in this analysis is that cerivastatin was launched in January 1998 and thus was at the peak of its reporting. Simvastatin, however, was released in January 1992, yet it had the highest number of reports of rhabdomyolysis. Fluvastatin was the next statin to be released after simvastatin, in April 1994, and it had only 10 reports of rhabdomyolysis. This may be because fluvastatin undergoes metabolism mainly via the CYP2C9 isoenzyme. Thus, it has a different spectrum of interactions than the other statins that are metabolized via the CYP3A4 system, the metabolic pathway for most drugs available in clinical practice today. Lovastatin (released in September 1987) had 40 cases, pravastatin (released in October 1991) had 71 cases, and atorvastatin (released in December 1996) had 73 cases.

In addition to the potential limitation concerning time frame since the launch of a statin, there are several other limitations of using the AERS database that must be kept in mind when attempting to infer the relative extent of rhabdomyolysis among the 6 statins. These relate to such factors as the reporting environment when each of the statins was launched, the media publicity associated with marketing of the statin, and the time spent detailing each of the statins, as well as the quality of adverse event reports, which in turn may depend on the nature of detailing. Other biases that may confound conclusions about the reporting rates of this condition include the possibilities that cases of rhabdomyolysis that were reported to the FDA may have differed systematically from the nonreported cases for each of the statins, such as time of onset and severity,[35] and also that some cases of rhabdomyolysis may not have been classified as such, and vice versa (i.e., some cases that were not true rhabdomyolysis were classified as rhabdomyolysis). In addition, assessing causality was not possible, since there was no certainty that a statin or its possible interaction with other drugs may have caused the rhabdomyolysis because the event may have occurred due to some other cause. The presence in the database of the patients' medical history and succinct clinical description of the adverse event, as well as pertinent laboratory values such as concentrations of creatine kinase, serum creatinine, urinary myoglobin, and hepatic enzymes, would have been useful to profile the clinical characteristics of cases of statin-associated rhabdomyolysis. Finally, it is possible that there may have been some duplicate reports that were included in the analysis. For example, a practitioner and a patient may have filed separate reports of the same incident. With the current system, it is difficult to eliminate that possibility.

## Summary

There were 871 reports of statin-associated rhabdomyolysis reported to the FDA between November 1997 and March 2000, representing 601 unique cases. The AERS database was deemed to be a useful tool for the comparison of reporting frequencies between the 6 statins and for profiling the cases of rhabdomyolysis reported to the FDA; however, it does not provide information about the relative incidence rate. Despite the inherent limitations of using the AERS database for such analyses, this type of research may have an important role in hypotheses generation.

**Mohamed A Omar** MSc PhD, at time of writing, PhD candidate, Division of Pharmacy Practice and Administration, College of Pharmacy, University of Texas at Austin, Austin, TX; now, Outcomes Research Manager, HealthCare Management, Novartis Pharmaceuticals Corporation, East Hanover, NJ

**James P Wilson** PharmD PhD, Associate Professor, Division of Pharmacy Practice and Administration, College of Pharmacy, University of Texas at Austin

**Reprints:** Mohamed A Omar MSc PhD, HealthCare Management, Novartis Pharmaceuticals Corporation, 59 Route 10, East Hanover, NJ 07936-1080, FAX 973/781-2439, E-mail mohamed.omar@pharma.novartis.com

## References

1. Goldman SA, Kennedy DL, Lieberman R, eds. MedWatch continuing education article. Clinical therapeutics and the recognition of drug-induced disease. Rockville, MD: Food and Drug Administration, June 1995.
2. MedWatch continuing education article. The clinical impact of adverse event reporting. Staff College, Center for Drug Evaluation and Research,

Food and Drug Administration, October 1996. Available from: URL: http://www.fda.gov/medwatch/articles/med.pdf.
3. Burke LB, Kennedy DL, Hunter JR. Spontaneous reporting in the United States. In: Hartzema AG, Porta M, Tilson HH, eds. Pharmacoepidemiology: an introduction. 3rd ed. Cincinnati: Harvey Whitney Books Co., 1998:213-34.
4. Uhl K, Honig, P. Editorial. Risk management of marketed drugs: FDA and the interface with the practice of medicine. Pharmacoepidemiol Drug Saf 2001;10:205-8.
5. FDA talk paper. June 8, 1998. Roche Laboratories announces withdrawal of Posicor from the market [cited 2001 Sep 20]. Available from: URL: http://www.fda.gov/bbs/topics/ANSWERS/ANS00876.html.
6. FDA talk paper. February 27, 1998. Seldane and generic terfenadine withdrawn from market [cited 2001 Sep 20]. Available from: URL: http://www.fda.gov/bbs/topics/ANSWERS/ANS00853.html.
7. FDA talk paper. June 21, 1999. Janssen Pharmaceutica announces the withdrawal of Hismanal from the market [cited 2001 Sep 20]. Available from: URL: http://www.fda.gov/bbs/topics/ANSWERS/ANS00961.html.
8. FDA talk paper. March 23, 2000. Janssen Pharmaceutica stops marketing cisapride in the US [cited 2001 Sep 20]. Available from: URL: http://www.fda.gov/bbs/topics/ANSWERS/ANS01007.html.
9. FDA talk paper. August 8, 2001. Bayer voluntarily withdraws Baycol [cited 2001 Sep 20]. Available from: URL: http://www.fda.gov/bbs/topics/ANSWERS/2001/ANS01095.html.
10. Downs JR, Clearfield M, Weis S, Whitney E, Shapiro DR, Beere PA, et al. Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels: results of AFCAPS/TexCAPS. JAMA 1998;279:1615-22.
11. Herd JA, Ballantyne CM, Farmer JA, Ferguson JJ, Jones PH, West MS, et al. Effects of fluvastatin on coronary atherosclerosis in patients with mild to moderate cholesterol elevations [Lipoprotein and Coronary Atherosclerosis Study (LCAS)]. Am J Cardiol 1997;80:278-86.
12. Long-Term Intervention with Pravastatin in Ischaemic Disease (LIPID) Study group. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. N Engl J Med 1998;339:1349-57.
13. Jukema JW, Bruschke AV, Van Boven AJ, Reiber JH, Bal ET, Zwinderman AH, et al. Effects of lipid lowering by pravastatin on progression and regression of coronary artery disease in symptomatic men with normal to moderately elevated serum cholesterol levels: the Regression Growth Evaluation Statin Study (REGRESS). Circulation 1995;91:2528-40.
14. Scandinavian Simvastatin Survival Study group. Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet 1994;344:1383-9.
15. Illingworth DR, Tobert JA. A review of clinical trials comparing HMG-CoA reductase inhibitors. Clin Ther 1994;16:366-85.
16. Pedersen TR, Tobert JA. Benefits and risks of HMG–CoA reductase inhibitors in the prevention of coronary heart disease: a reappraisal. Drug Saf 1996;1:11-24.
17. Steiner A, Weisser B, Vetter WA. Comparative review of the adverse effects of treatments for hyperlipidemia. Drug Saf 1991;6:118-30.
18. Hsu I, Spinler SA, Johnson NE. Comparative evaluation of the safety and efficacy of HMG–CoA reductase inhibitor monotherapy in the treatment of primary hypercholesterolemia. Ann Pharmacother 1995;29:743-59.
19. Blum CB. Comparison of properties of four inhibitors of 3-hydroxy-3-methylglutaryl–coenzyme A reductase. Am J Cardiol 1994;73:3D-11D.
20. Herman R. Drug interactions and the statins. Can Med Assoc J 1999; 161:1281-6.
21. Stalenhoef AF, Mol MJ, Stuyt PM. Efficacy and tolerability of simvastatin (MK-733). Am J Med 1989;87:39-43.
22. Ziegler O, Drouin P. Safety, tolerability, and efficacy of simvastatin and fenofibrate — a multicenter study. Simvastatin–Fenofibrate Study group. Cardiology 1990;77(suppl):50-7.
23. Maron DJ, Fazio S, Linton MF. Current perspectives on statins. Circulation 2000;101:207-13.
24. Garnett WR. Interactions with hydoxylmethylglutaryl–coenzyme A reductase inhibitors. Am J Health Syst Pharm 1995;52:1639-45.
25. Berland Y, Vacher CH, Durand C, Baz M, Laugier R, Musso JL. Rhabdomyolysis with simvastatin use (letter). Nephron 1991;57:365-6.
26. Poels PJ, Gabreels FJ. Rhabdomyolysis: a review of the literature. Clin Neurol Neurosurg 1993;95:175-92.
27. Dayer-Berenson L. Rhabdomyolysis: a comprehensive guide. ANNA J 1994;21:15-8.
28. Prescription drug expenditures in 2000: the upward trend continues. A report by the National Institute for Health Care Management Research and Educational Foundation. May 2001 [cited 2001 Sep 20]. Available from: URL: http://www.nihcm.org.
29. Omar MA, Wilson JP, Cox TS. Rhabdomyolysis and HMG–CoA reductase inhibitors. Ann Pharmacother 2001;35:1096-107.
30. Shek A, Ferrill MJ. Statin–fibrate combination therapy. Ann Pharmacother 2001;35:908-17.
31. Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin–gemfibrozil combination therapy. JAMA 1990; 264:71-5.
32. Sweetman S, ed. Martindale: the complete drug reference. London: Pharmaceutical Press. Electronic version, MICROMEDEX, Greenwood Village, CO (Healthcare Series 110 expired 12/2001).
33. Serradell J, Bjornson DC, Hartzema AG. Drug utilization study methodologies: national and international perspectives. Drug Intell Clin Pharm 1987;21:994-1001.
34. Weber JCP. Epidemiology of adverse reactions to nonsteroidal antiinflammatory drugs. In: Rainsford KD, Velo GP, eds. Advances in inflammation research. Vol 6. New York: Raven Press, 1984:1-7.
35. Begaud B, Moride Y, Tubert-Bitter P, Chaslerie A, Haramburu F. False-positives in spontaneous reporting: should we worry about them? Br J Clin Pharmacol 1994;38:401-4.

---

EXTRACTO

**OBJETIVO:** Determinar el número de casos de rabdomiólisis asociados al uso de seis estatinas reportados a la Administración de Drogas y Alimentos Federal (FDA) y crear un perfil de dichos casos.

**MÉTODOS:** Se condujo un análisis retrospectivo de todos los reportes, domésticos y extranjeros, sobre la rabdomiólisis inducida por estatinas entre noviembre de 1997 y marzo de 2000. Las medidas de resultados incluyeron el número total de reportes (inicial más seguimiento), número de casos únicos, edad, genero, porcentajes de los códigos de reporte, y frecuencia de medicamentos con potencial de interacción usados concomitantemente y que pudieran inducir rabdomiólisis, entre otros.

**RESULTADOS:** Hubo 871 reportes de rabdomiólisis inducida por estatinas en el periodo estudiado de 29 meses representando 601 casos únicos. Los siguientes números de casos fueron asociados a cada uno de las estatinas individuales: simvastatina: 215 (35.8%); cerivastatina: 192 (31.9%); atorvastatina: 73 (12.2%); pravastatina: 71 (11.8%); lovastatina: 40 (6.7%); y fluvastatina: 10 (1.7%). Los fármacos que pudieron haber interactuado con las estatinas estaban presentes en el siguiente número de casos: mibefradil (n = 99); fibratos (n = 80); cyclosporina (n = 51); antibióticos macrólidos (n = 42); warfarina (n = 33); digoxina (n = 26); y antifungales tipo azoles (n = 12). Las estatinas fueron designadas los agentes más sospechosos en 72.0% de los casos. La muerte fue reportada como resultado en 38 casos. La mayoría de los reportes (n = 556) fueron generados por profesionales de la salud.

**CONCLUSIONES:** Comparado a otras estatinas, la simvastatina y la cerivastatina fueron implicados en la mayoría de los casos. Debido a las limitaciones de los sistemas de reporte espontáneos, se debe tener cuidado al analizar el número relativo de casos reportados.

Mitchell Nazario

RÉSUMÉ

**OBJECTIF:** Déterminer le nombre de cas de rhabdomyolyse associée aux statines déclarés à l'Administration américaine des médicaments et aliments (FDA) et préciser le profil des cas.

**MÉTHODES:** Il a été conduit une analyse rétrospective de toutes les notifications, d'origine nationale ou étrangère, concernant des cas de rhabdomyolyse associée à une statine entre novembre 1997 et mars 2000. Il a été recueilli le nombre total de déclarations (initiales et de suivi), le nombre de cas individuels, l'âge et le genre des patients, la fréquence des associations médicamenteuses susceptibles d'avoir

favorisé la survenue de la rhabdomyolyse, le pourcentage des codifications relatives à l'origine et aux modalités des déclarations, aux effets observés, et au rôle supposé du médicament.

**RÉSULTATS:** Il y a eu 871 notifications de rhabdomyolyse associée à une statine au cours des 29 mois examinés, représentant 601 cas individuels. Le nombre de cas associés à chaque statine prise individuellement a été de: 215 pour la simvastatine (35.8%), 192 pour la cérivastatine (31.9%), 73 pour l'atrovastatine (12.2%), 71 pour la pravastatine (11.8%), 40 pour la lovastatine (6.7%), et 11 pour la fluvastatine (1.7%). Les médicaments susceptibles d'avoir interagi avec les statines étaient: le mibéfradil (n = 99), les fibrates (n = 80), la ciclosporine (n = 51), les macrolides (n = 42), la warfarine (n = 33), la digoxine (n = 26), et les antifongiques azolés (n = 12). Dans 62.1% des cas, les notifications ont été classées comme accélérées (effets indésirables inattendus graves à déclaration immédiate par le fabricant). Le principal suspect était une statine dans 72.0% des cas. Dans 38 cas, un décès a été mentionné. La majorité des notifications (n = 556) venait de professionnels de santé.

**CONCLUSIONS:** Comparées aux autres statines, la simvastatine et la cérivastatine ont été impliquées dans un nombre relativement supérieur de déclarations. Du fait des limites inhérentes à l'exploitation d'une base de données provenant de notifications spontanées, il est nécessaire d'interpréter ces résultats avec prudence.

Bruno Edouard

**Christianity and Pharmacy**

a journal for pharmacy professionals committed to Jesus Christ




**Highlights from past issues:**

- Sexual Assault — Another Mission for the Christian Pharmacist
  by Norma Stava Robinson
- A Missionary Venture to Nepal
  by Christine R. Birnie
- Be a Christian Servant in Your Daily Pharmacy Activities
  by Richard L. Cramer and Stephen P McDonald
- The Practice of Pharmacy in China
  by Rebecca L. Wood
- Serving God in Haiti
  by Tonya Teague

For membership and subscription information, contact:
Christian Pharmacists Fellowship International • PO Box 1717 • Bristol, TN 37621
Phone 423/764-6000 • FAX 423/764-4490

Christian Pharmacists Fellowship International (CPFI) is a worldwide, nondenominational ministry of individuals working in all areas of pharmaceutical service and practice. CPFI's mission is to help pharmacy professionals grow spiritually and to promote fellowship among pharmacists. In fulfillment of these goals, many members serve as missionaries, demonstrating Jesus Christ's love through medical care to the disadvantaged of the world.

# Exhibit F

EXHIBIT
MDL Carlson #8
Cmt 02/03/04




# Statin-Associated Myopathy with Normal Creatine Kinase Levels

Paul S. Phillips, MD; Richard H. Haas, MD; Sergei Bannykh, MD, PhD; Stephanie Hathaway, RN; Nancy L. Gray, RN; Bruce J. Kimura, MD; Georgirene D. Vladutiu, PhD; John D.F. England, MD; and the Scripps Mercy Clinical Research Center*

Background: Muscle symptoms in patients who are treated with statins and have normal creatine kinase levels are not well understood.

Objective: To report biopsy-confirmed myopathy and normal creatine kinase levels associated with statin use.

Design: Case reports from preliminary analysis of an ongoing clinical trial.

Setting: Clinical research center in a community hospital.

Patients: Four patients with muscle symptoms that developed during statin therapy and reversed during placebo use.

Measurements: 1) Patients' ability to identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength.

Results: All four patients repeatedly distinguished blinded statin therapy from placebo. Strength testing confirmed weakness during statin therapy that reversed during placebo use. Muscle biopsies showed evidence of mitochondrial dysfunction, including abnormally increased lipid stores, fibers that did not stain for cytochrome oxidase activity, and ragged red fibers. These findings reversed in the three patients who had repeated biopsy when they were not receiving statins. Creatine kinase levels were normal in all four patients despite the presence of significant myopathy.

Conclusion: Some patients who develop muscle symptoms while receiving statin therapy have demonstrable weakness and histopathologic findings of myopathy despite normal serum creatine kinase levels.

*Ann Intern Med.* 2002;137:581-585. www.annals.org
*For members of the Scripps Mercy Clinical Research Center, see the Appendix.
For author affiliations, see end of text.
See editorial comment on pp 617-618.

3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (statins) are the mainstay of therapy for hypercholesterolemia because of their effectiveness and exceptional safety profile (1–3). Nonetheless, many patients treated with statins have muscle symptoms, and some patients develop severe muscle toxicity. Little is known about the mechanism by which statin therapy leads to muscle toxicity. The recent withdrawal of cerivastatin from the U.S. market has highlighted both our ignorance and the need for postmarketing surveillance of these therapies (4).

There are credible reports of patients who have muscle symptoms and normal serum creatine kinase levels while receiving statins. One of us described 15 patients with muscle stiffness and tenderness who had normal levels of creatine kinase. Muscle biopsies in these patients revealed ragged red fibers consistent with mitochondrial myopathy (5). Other researchers have described patients with reproducible muscle pain during statin therapy despite normal creatine kinase levels (6, 7). Cell cultures and animal models have shown statin toxicity despite normal creatine kinase levels (8, 9). Thus, it appears that muscle symptoms of some patients receiving statin therapy might represent a muscle toxicity below the threshold needed to increase creatine kinase levels. We describe four such patients who had myopathy during statin therapy despite normal creatine kinase levels.

## Methods

Four patients were identified among the first 20 patients randomly assigned in an ongoing, unfunded, double-blinded, crossover clinical trial that had been approved by an investigational review board. The objective of the trial is to determine whether patients with muscle symptoms and normal creatine kinase levels while taking statins could distinguish blinded statin therapy from placebo. We hypothesized that some patients would be able to identify blinded statin therapy and have objective findings. Patients who had muscle symptoms during statin therapy that resolved when they were not receiving statins for 2 weeks were recruited from a clinical research group. Eligible patients had to have normal creatine kinase levels while they were experiencing symptoms. End points were 1) whether patients could accurately identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength. The muscular strength tests during both placebo use and statin therapy included hip abduction and flexion measured by Nicholas Manual Muscle Tester (Lafayette Instrument Co., Lafayette, Indiana) (10).

The 4 patients presented here were identified during a preliminary analysis of the first 21 patients. These 4 patients correctly identified the statin therapy phase because of the reproducible muscle symptoms. Tissue samples from percutaneous muscle biopsies were fresh frozen in liquid nitrogen for metabolic and genetic analysis and were fixed for pathologic analysis according to standard techniques (11). Pathologists reading the muscle biopsy findings were not blinded to the treatment status of the patients, and requisitions read "possible myopathy." Plasma concentrations of HMG-CoA reductase inhibitors were measured by using a validated enzyme inhibition assay (12). The findings of these 4 patients are presented here and summarized in the Table.

Some muscle specimens were analyzed for mitochondrial point mutations at an accredited mitochondrial dis-

© 2002 American College of Physicians–American Society of Internal Medicine 

***Context***

Although severe myopathy can occur with statin therapy, some patients receiving statins develop muscle symptoms but have normal serum creatine kinase levels.

***Contribution***

This report documents biopsy-confirmed myopathy in four statin-treated patients with normal creatine kinase levels. When patients were challenged with placebo or statin, symptoms and histologic changes occurred only during statin use.

***Implications***

Normal creatine kinase levels do not rule out statin-associated myopathy in patients with muscle symptoms. The frequency of this disorder is unknown.

*–The Editors*

ease laboratory by using a standard point mutation analysis panel and Southern blotting techniques. Urine specimens were analyzed for organic acids by using standard mass spectrometry techniques.

## RESULTS

### Patient 1

Patient 1 developed muscle aches and decreased exercise tolerance during 4 years of simvastatin therapy. She found it difficult to ascend one flight of stairs without resting to relieve severe leg aching. Symptoms did not change during a brief trial of atorvastatin. After the patient entered the trial, her muscle symptoms markedly resolved during the 2-week washout period and the blinded placebo phase. Muscle aching recurred within 48 hours of initiation of the statin phase. After 2 weeks of statin therapy, the patient again found it difficult to ascend a flight of stairs because of leg pain and weakness. She repeated the protocol and again experienced symptoms while receiving statin; the symptoms again resolved during the placebo phase.

Results of serum and urine biochemical analyses are reported in the **Table**. Muscle biopsy revealed extensive lipid-filled vacuoles distributed within the myofibers (**Figure**), along with cytochrome oxidase–negative myofibers.

The patient's muscle symptoms and hip weakness improved 3 months after she had discontinued statin therapy. At that point, repeated muscle biopsy showed complete resolution of the pathologic abnormalities (**Figure**).

### Patient 2

Patient 2 developed muscle pains and weakness while receiving lovastatin, 40 mg/d. She could not open jars or snap her fingers. Her physician changed her therapy to niacin for 2 years. Each time simvastatin was added to improve her lipid control, the patient developed muscle aches, weakness, and shortness of breath with exertion. She entered the double-blinded trial for two separate evaluations and correctly identified the statin phases because of reproduction of her symptoms. The patient had muscle weakness and normal creatine kinase levels during each statin phase (**Table**).

Muscle biopsy revealed accentuated lipid droplet accumulation and cytochrome oxidase–negative muscle fibers that were consistent with myopathy. Repeated muscle biopsy performed 3 months after discontinuation of statin therapy revealed complete resolution of the abnormal lipid stores.

### Patient 3

Patient 3 developed aching and weakness of the shoulder, hip, and thigh while taking atorvastatin, 20 mg/d, for 2 years. During a 2-week vacation, he forgot his medication and noticed a substantial resolution of his muscle symptoms. He entered the trial for two separate evaluations and correctly identified the statin arm both times after developing weakness; his creatine kinase level was normal at both evaluations (**Table**).

A muscle biopsy performed during atorvastatin therapy revealed increased lipid droplets, ragged red fibers, and cytochrome oxidase–negative muscle fibers, all consistent with lipid myopathy. Repeated biopsy done after the patient had not received statin therapy for 5.5 months showed resolution of the increased lipid droplets.

### Patient 4

Patient 4 began receiving atorvastatin, 10 mg/d, for combined hyperlipidemia, and within 2 weeks he noticed leg aches when climbing stairs. His symptoms resolved 2 weeks after he had stopped taking atorvastatin. Upon enrollment in the trial, he correctly identified the blinded statin therapy and had measurable hip weakness despite a normal creatine kinase level (**Table**).

His muscle biopsy demonstrated cytochrome oxidase–negative fibers. Electron microscopy showed abnormal lipid droplets surrounded by electron-dense membranous debris. The patient did not undergo biopsy after discontinuation of statin therapy.

### Testing

We performed a series of tests to exclude possible causes of mitochondrial dysfunction other than statin therapy. Biochemical testing of these patients during statin therapy did not reveal any evidence of carnitine deficiency or hypothyroidism.

## DISCUSSION

Randomized trials and community surveillance have demonstrated an extremely low incidence of serious muscle toxicity in patients receiving statins: 1 case per 10 000 (13, 14). Despite this low incidence, many patients attribute their muscle symptoms to statin therapy.

The similar clinical, pathologic, and biochemical features of our four patients suggest that the patients have the same type of myopathy. More important, these features are

convincingly related to statin therapy and fulfill the accepted criteria for an adverse drug reaction: 1) Muscle symptoms occurred when the patients were receiving statins in a double-blinded fashion, 2) these symptoms normalized when the patients received placebo, 3) muscle toxicity recurred upon re-exposure to the statin, as it had occurred upon previous exposures, 4) the adverse reaction was confirmed by pathologic and biochemical findings, and 5) the pathologic abnormality reversed upon discontinuation of statin therapy (15).

A limitation of our report is that the pathologists were not blinded to the treatment status of the patients at biopsy. Nonetheless, the histochemical findings in these four patients were surprisingly similar. Unusually prominent accumulations of lipid were present in the type 1 fibers on oil red O stains or electron microscopy in all four patients. Other evidence of myopathy included cytochrome oxidase–negative staining fibers and ragged red fibers. These myopathic findings reversed when three of these patients had repeated biopsy while not receiving statins.

Increased lipid stores, cytochrome oxidase–negative myofibers, and ragged red fibers are features of mitochondrial respiratory chain dysfunction and suggest myopathy due to a metabolic abnormality. Although some of these findings may rarely occur in myofibers because of aging, the pattern of increased lipid is unusual. It has previously been described as a drug reaction (16) and as a consequence of coenzyme $Q_{10}$ deficiency (17).

Mild 3-methylglutaconic aciduria was found in the three patients who were tested while they were receiving

*Figure.* **Muscle biopsy specimens obtained while patients were receiving and not receiving statin therapy.**




These oil red O stains show lipid as red-staining bodies. All specimens obtained from trial patients 1, 2, and 3 during statin therapy (*parts A, C, and E,* respectively) showed an unusual accumulation of lipid in type 1 fibers. These lipid accumulations had resolved upon repeated biopsy done when the patients were no longer receiving statins (*parts B, D, and F,* respectively). (Oil red O stains; original magnification, ×20).

*Table.* **Patient Characteristics***

| Patient | Age | Lipid Levels | Statin Dosage† | Hip Abduction (Strength) | | Hip Flexion (Strength) | | Statin Level | Creatine Kinase Level during Statin Therapy‡ | 3-Methylglutaconic Acid Level§ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | On Statin | Off Statin | On Statin | Off Statin | | | On Statin | Off Statin |
| | *y* | *mmol/L* | *mg/d* | ←— | — *kg* — | — | —→ | *ngEq/cm³* | *µkat/L* | *mmol/mol* | |
| 1 | 76 | Total cholesterol, 7.63<br>Triglycerides, 4.22<br>LDLC, 4.71<br>HDLC, 0.98 | Cerivastatin, 0.4<br>Pravastatin, 40<br>Simvastatin, 80<br>Atorvastatin, 20 | 4.1 | 7.8 | 8.9 | 16.8 | 1.4 (Simvastatin)‖ | 0.63 | 21 | 0 |
| 2 | 66 | Total cholesterol, 9.59<br>Triglycerides, 3.87<br>LDLC, 6.47<br>HDLC, 1.34 | Simvastatin, 40<br>Lovastatin, 40 | 11.6 | 12.9 | 9.6 | 10.1 | 16.3 (Simvastatin)‖ | 0.73 | 11 | 0 |
| 3 | 66 | Total cholesterol, 5.95<br>Triglycerides, 2.26<br>LDLC, 3.39<br>HDLC, 1.53 | Atorvastatin, 20 | 6.3 | 9.0 | 14.3 | 16.3 | 10.9 (Atorvastatin)¶ | 2.30 | ND | ND |
| 4 | 62 | Total cholesterol, 5.87<br>Triglycerides, 2.37<br>LDLC, 3.90<br>HDLC, 0.88 | Atorvastatin, 10 | 12.9 | 14.8 | 24.1 | 27.2 | NA | 1.39 | 16 | 3 |

* HDLC = high-density lipoprotein cholesterol; LDLC = low-density lipoprotein cholesterol; NA = not available; ND = not done. To convert lipid values to mg/dL, divide by 0.0259.
† Statin at time of biopsy is listed first, followed by all other statins causing symptoms for that patient. No patient was taking macrolide antibiotics, cyclosporine, fluconazole, or fibrates or was consuming large amounts of grapefruit juice during the study. Thyroid-stimulating hormone levels in both patients with history of L-thyroxine use were normal. No patient was consuming large amounts of alcohol. Electromyography, nerve conduction studies, and magnetic resonance imaging findings were normal in patients 2 and 3.
‡ Normal range, 0–3.26 µkat/L.
§ Normal range, 0–9 mmol/mol creatinine.
‖ Simvastatin level within therapeutic range.
¶ Atorvastatin level within therapeutic range.

statins and was absent when they were not receiving statins. We have tested a series of six other patients who did not have muscle symptoms while receiving long-term statin therapy, and we found no abnormal organic acidurias in them (18). 3-Methylglutaconic aciduria occurs in some patients with respiratory chain dysfunction (19). This finding requires further confirmation.

Our patients had normal statin levels (Table). Thus, these patients do not seem to have become myopathic because of too much drug or inadequate clearance. However, the development of toxicity at normal statin activity levels suggests that the patients might have an underlying metabolic vulnerability.

The creatine kinase level remained normal in these patients every time they became myopathic both before and during the trial. The presence of a normal creatine kinase level has previously been used to argue against myopathy in patients with muscle symptoms during statin therapy. These cases suggest that serum creatine kinase level is an inadequate test for statin-associated myopathy.

Little is known about the mechanism of statin-associated myopathy. These four patients had myopathy related to statin use despite normal creatine kinase levels. Histochemistry suggests a defect in mitochondrial respiratory chain function. Further biochemical and genetic evaluations of this defect may elucidate statin myotoxicity and may identify which patients are most vulnerable to these myopathic reactions.

## APPENDIX: SCRIPPS MERCY CLINICAL RESEARCH CENTER

The Scripps Mercy Clinical Research Center is a collaborative group of investigators, including Darius Amjadi, MD, Richard Blum, MD, Thomas E. Diggs, MD, Stewart Frank, MD, Richard Friedman, MD, Jerrold G. Glassman, MD, Nancy L. Gray, RN, Stephen Gross, MD, Stephanie Hathaway, RN, Bruce J. Kimura, MD, John Mazur, MD, Douglas Mooney, MD, John Morse, MD, Jeffrey Mullvain, MD, Robert Pachorek, PharmD, Paul S. Phillips, MD, Emily Scott, MD, Harminder Sikand, PharmD, Michael Sullivan, MD, David Shaw, MD, Joseph Stein, MD, David Stieber, MD, and Jeffrey Williams, MD.

From Scripps Mercy Hospital and University of California, San Diego, Medical Center, San Diego, California; and State University of New York at Buffalo, Buffalo, New York.

**Acknowledgments:** The authors thank Mr. David Cloutier for assistance with randomization sequencing and statistical analyses and Dr. Beatrice Golomb, Assistant Professor of Medicine, University of California, San Diego, for assistance with the analysis and development of epidemiologic evidence.

**Potential Financial Conflicts of Interest:** *Grants pending:* P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura.

**Requests for Single Reprints:** Paul S. Phillips, MD, Interventional Cardiology, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San

Diego, CA 92103; Web site, impostertrial.com; e-mail, inquire @impostertrial.com.

Current author addresses and author contributions are available at www.annals.org.

## References


1. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. The Long-Term Intervention with Pravastatin in Ischaemic Disease (LIPID) Study Group. N Engl J Med. 1998;339:1349-57. [PMID: 9841303]

2. Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet. 1994;344:1383-9. [PMID: 7968073]

3. **Sacks FM, Pfeffer MA, Moye LA, Rouleau JL, Rutherford JD, Cole TG, et al.** The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. Cholesterol and Recurrent Events Trial investigators. N Engl J Med. 1996;335:1001-9. [PMID: 8801446]

4. **Farmer JA.** Learning from the cerivastatin experience. Lancet. 2001;358:1383-5. [PMID: 11705478]

5. **England JD, Walsh JC, Stewart P, Boyd I, Rohan A, Halmagyi GM.** Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors—simvastatin and pravastatin [Letter]. Aust N Z J Med. 1995;25:374-5. [PMID: 8540887]

6. **Sinzinger H, Schmid P, O'Grady J.** Two different types of exercise-induced muscle pain without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment [Letter]. Atherosclerosis. 1999;143:459-60. [PMID: 10217378]

7. **Ucar M, Mjörndal T, Dahlqvist R.** HMG-CoA reductase inhibitors and myotoxicity. Drug Saf. 2000;22:441-57. [PMID: 10877038]

8. **Masters BA, Palmoski MJ, Flint OP, Gregg RE, Wang-Iverson D, Durham SK.** In vitro myotoxicity of the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors, pravastatin, lovastatin, and simvastatin, using neonatal rat skeletal myocytes. Toxicol Appl Pharmacol. 1995;131:163-74. [PMID: 7878672]

9. **Nakahara K, Kuriyama M, Sonoda Y, Yoshidome H, Nakagawa H, Fujiyama J, et al.** Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol Appl Pharmacol. 1998;152:99-106. [PMID: 9772205]

10. **Marino M, Nicholas JA, Gleim GW, Rosenthal P, Nicholas SJ.** The efficacy of manual assessment of muscle strength using a new device. Am J Sports Med. 1982;10:360-4. [PMID: 7180955]

11. **Dubowitz V.** Muscle Biopsy—A Practical Approach. London: Bailliere Tindall; 1985.

12. **Stubbs RJ, Schwartz MS, Gerson RJ, Thornton TJ, Bayne WF.** Comparison of plasma profiles of lovastatin (mevinolin), simvastatin (epistatin) and pravastatin (epstatin) in the dog. Drug Invest. 1990;2(Suppl 2):18-28.

13. **Gruer PJ, Vega JM, Mercuri MF, Dobrinska MR, Tobert JA.** Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol. 1999;84:811-5. [PMID: 10513779]

14. **Gaist D, Rodríguez LA, Huerta C, Hallas J, Sindrup SH.** Lipid-lowering drugs and risk of myopathy: a population-based follow-up study. Epidemiology. 2001;12:565-9. [PMID: 11505177]

15. **Lanctôt KL, Naranjo CA.** Comparison of the Bayesian approach and a simple algorithm for assessment of adverse drug events. Clin Pharmacol Ther. 1995;58:692-8. [PMID: 8529335]

16. **Raskind JY, El-Chaar GM.** The role of carnitine supplementation during valproic acid therapy. Ann Pharmacother. 2000;34:630-8. [PMID: 10852092]

17. **Ogasahara S, Engel AG, Frens D, Mack D.** Muscle coenzyme Q deficiency in familial mitochondrial encephalomyopathy. Proc Natl Acad Sci U S A. 1989;86:2379-82. [PMID: 2928337]

18. **Phillips P, Haas R, Barshop B, Bannykh S, Amjadi D.** Utility of abnormal 3-methylglutaconic aciduria (3MGA) in diagnosing statin associated myopathy. Atheroscler Thromb Vasc Biol (Online Journal). 2002;22:878.

19. **Scaglia F, Sutton VR, Bodamer OA, Vogel H, Shapira SK, Naviaux RK, et al.** Mitochondrial DNA depletion associated with partial complex II and IV deficiencies and 3-methylglutaconic aciduria. J Child Neurol. 2001;16:136-8. [PMID: 11292221]

**Current Author Addresses:** Dr. Phillips: 4060 Fourth Avenue, Suite 205, San Diego, CA 92103.
Dr. Haas: University of California San Diego Medical Center, 9500 Gilman Drive, La Jolla, CA 92093-0935.
Dr. Bannykh: Division of Neuropathology, University of California San Diego Medical Center, 225 West Dickenson Avenue, San Diego, CA 92103.
Ms. Hathaway and Ms. Gray: Cardiology Research, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San Diego, CA 92103.
Dr. Kimura: 230 Prospect Place, Suite 250, Coronado, CA 92118.
Dr. Vladutiu: University at Buffalo, 936 Delaware Avenue, Buffalo, NY 14209.
Dr. England: Blue Mountains Hospital, Great Western Highway, Katoomba, NSW 2780, Australia.

**Author Contributions:** Conception and design: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, B.J. Kimura, J.D.F. England.
Analysis and interpretation of the data: P.S. Phillips, R.H. Haas, S. Bannykh, B.J. Kimura, G.D. Vladutiu, J.D.F. England.
Drafting of the article: P.S. Phillips, R.H. Haas, S. Bannykh, J.D.F. England.
Critical revision of the article for important intellectual content: P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura, G.D. Vladutiu.
Final approval of the article: P.S. Phillips, R.H. Haas, S. Bannykh.
Provision of study materials or patients: R.H. Haas, B.J. Kimura, J.D.F. England.
Obtaining of funding: S. Hathaway, N.L. Gray.
Administrative, technical, or logistic support: S. Hathaway, N.L. Gray.
Collection and assembly of data: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, G.D. Vladutiu.

# Exhibit G

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases

COPY

- - -

CONFIDENTIAL

- - -

February 10, 2004

- - -

Videotape deposition of THOMAS M. ZIZIC, M.D., held in the offices of Lieff Cabraser Heimann & Bernstein, 48th Floor, 780 Third Avenue, New York, New York, commencing at 9:56 a.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103

MS. PASSARETTI: Rachel Passaretti from Skadden Arps for Pfizer.

THE VIDEOTAPE TECHNICIAN: Folks on the phone, please.

MS. MEADERS: This is Kim Meaders for pharmacies.

THE VIDEOTAPE TECHNICIAN: Anyone else?

MR. FILIPOVITCH: Stephan Filipovitch for various Texas doctors.

THE VIDEOTAPE TECHNICIAN: Will the court reporter please administer the oath.

\- - -

THOMAS M. ZIZIC, M.D.,

after having been duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. MIZGALA:

Q. Good morning, Dr. Zizic.

A. Correct.
Q. Okay.
And "4) the adverse reaction was confirmed by pathologic and biochemical findings." So, they actually had objective evidence of pathologic and biochemical findings in these four cases; correct?
A. Correct.
Q. Okay.
And "5) the pathologic abnormality reversed upon discontinuation of statin therapy," again, a successful dechallenge; right?
A. Correct.
Q. Do you agree that these are accepted criteria for an adverse drug reaction?
A. Not the only, but certainly they would fulfill what many people would accept as criteria for an adverse drug reaction.
Q. And just below that, were you aware that the pathologists who

reviewed this material were not blinded?

A. I was.

Q. What significance is that of to you?

A. Well, that adds a potential bias into the process. On the other hand, these are fairly specific findings under the microscope that are depicted here in the figure, so that it's a little less concern, but it is a concern. There's always a potential bias when the pathologist knows what he should be looking for.

Q. Do you have any other concerns with this article, the Phillips article?

A. Yes.

Q. What are those?

A. Well, it's a -- obviously, you would like to see a larger number of patients in order for this to be totally accepted. I mean, it is very suggestive, and as the editorial by Scott Grundy, one of Bayer's consultants that was in this

same journal says, it's very provocative and very important.

MR. MIZGALA: Move to strike as nonresponsive.

BY MR. MIZGALA:

Q. Doctor, does the fact that there's no control group play any -- does that have any consideration to you?

A. Surely.

Q. Why?

A. Well, you'd like to see patients of the same age, particularly that have gotten biopsies, to be certain that this wasn't a situation where you had the ragged red fibers that can occur with the aging process. You're less concerned about it because they rebiopsied and showed that the changes went away. So, it's unlikely that it'd be due -- the changes that were initially there, if they were due to age, shouldn't have gone away. So, it's less likely that there's a compounding problem there. But any time you don't have controls,

there's always that potential.

Q. Doctor, just a minute ago you mentioned Scott Grundy is a consultant for Bayer. Why did you mention that?

A. Well, you were mentioning the criticisms of the article, and Dr. Grundy wrote an editorial about this article in this journal at the time it was written.

Q. Did you read Dr. Grundy's editorial?

A. Yes. I have it right here.

Q. Did you generally agree with the substance of it?

\- - -

(Whereupon, Deposition Exhibit Zizic-7, "Can Statins Cause Chronic Low-Grade Myopathy?" (Grundy, 10-02), was marked for identification.)

\- - -

THE WITNESS: (Witness reviewing

right?

A. Yes.

MS. FLEISHMAN: Objection.

BY MR. MIZGALA:

Q. I mean, it's what the reader reads into it, whether or not they think it's a conflict of interest, right, Doctor?

A. Correct.

Q. Now, if you look at Dr. Phillips' article, the second to last page, 58 -- well, no, it is not the second to the last. Look at Page 584 where they talk about "Potential Financial Conflicts of Interest." Did Dr. Phillips anywhere state that he had been retained as an expert witness by plaintiffs in the Baycol litigation?

A. No.

Q. Could that be a potential conflict of interest that one could perceive in reading this article?

MS. FLEISHMAN: Objection.

THE WITNESS: I'm sorry.

MS. FLEISHMAN: I said objection.

THE WITNESS: Possibly.

BY MR. MIZGALA:

Q. Did you know that the -- are you aware that the Annals of Internal Medicine require that sort of disclosure as --

A. Well, I think you're making some assumptions that are certainly not at all substantiated and probably are incorrect, in that I would bet in October of 2002, when this article was published, it was probably submitted nine months to a year before that. I would bet he was not a consultant for Baycol/Bayer, but I think you ought to determine that before you go and say that this is the case, because I don't think it is, frankly, sir.

Q. Do you know when he was retained by plaintiffs in this litigation?

A. I do not know, but I would