# Exhibit A

Michael D. Corbett, Ph.D.
*Consulting Toxicologist*
616 South 159th Avenue
Omaha, Nebraska 68118
Phone: (402) 778 0152

July 28, 2003

# EXPERT REPORT OF MICHAEL D. CORBETT, PH.D. CONCERNING THE TOXICOLOGY OF BAYCOL

<u>A Report Prepared for the Law Firm of</u>

Weitz & Luxenberg
180 Maiden Lane
New York, N.Y. 10038

DEFENDANT'S
DEPOSITION
EXHIBIT
Corbett 1A
12/11/03

**EXPERT REPORT OF MICHAEL D. CORBETT, PH.D.**
**CONCERNING THE**
**TOXICOLOGY OF BAYCOL**

**July 28, 2003**

# Table of Contents


**I. OPINIONS AND THEIR BASES** 1

**A. Purpose and Approach** 1

**B. Facts and Considerations** 1

**1. Introduction** 2

**2. Bayer's Studies of the Human Metabolism of Cerivastatin** 3

***In vitro studies*** 3

***In vivo studies*** 5

**3. Bayer's Study of Cerivastatin Metabolism in Dogs** 8

**4. Bayer's New Drug Application to the FDA** 9

**5. Bayer's Scientific Publications on Cerivastatin , 1997 - 2001** 10

**6. Bayer's Failure to Monitor for Lactone Metabolites** 15

**7. The Fallacy of Bayer's Paradigm** 17

**8. Bayer's Failure to Investigate the Drug Interaction with Gemfibrozil** 18

**9. Dr. Mueck's Rationalization** 19

**10. Research from the University of Helsinki Group** 21

**11. Glucuronidation in the Metabolism of Cerivastatin** 24

**12. Current Understanding of Cerivastain Metabolism** 27

**13. Lactones, Lipophilicity, Penetrability and Plasma Protein Binding** 28

| | |
|---|---|
| **C. Statement of Major Opinions** | **30** |
| ***Signature*** | **31** |
| **Figure 1** | **32** |
| **Figure 2** | **33** |
| **Figure 3** | **34** |
| **II. DOCUMENTS AND SCIENTIFIC LITERATURE EXAMINED** | **35** |
| **A. Literature and Documents Cited in Section I of Report** | **35** |
| **B. Additional Scientific Publications That Were Examined** | **39** |
| **C. List of Defendant's Documents That Were Examined** | **44** |
| **III. STATEMENT OF EXPERT QUALIFICATIONS** | **51** |
| ***Curriculum vitae*** | Exhibit 1 |
| **IV. RATE OF PROFESSIONAL COMPENSATION** | **51** |
| **V. LISTING OF TESTIMONY AS AN EXPERT WITNESS** | **51** |
| **Exhibit 1: Curriculum Vitae** | **53** |

**EXPERT REPORT OF MICHAEL D. CORBETT, PH.D.**
**CONCERNING THE**
**TOXICOLOGY OF BAYCOL**

**July 28, 2003**

## I. OPINIONS AND THEIR BASES

### A. Purpose and Approach

This report is the result of my analysis of numerous documents relating to the toxicology of Baycol®, in light of the latest scientific/medical knowledge on the subject. Baycol® is the proprietary drug of the Bayer Corporation, and is known generically as cerivastatin. It is a member of the group of drugs known as *HMGCoA reductase inhibitors*, or "statins". Because of my particular background and expertise, I was primarily interested in the biochemical and biopharmaceutical aspects of cerivastatin toxicology.

✓ The logic that I employed in my analysis of this case is virtually identical to that involved in reviewing a manuscript submitted for publication to a scientific journal. It was necessary for me to examine all the scientific and medical literature for prior and current knowledge on the subject of 'statins'. The data and experimental procedures that I found necessary to examine were presented to me in the forms of "confidential" documents, that collectively described the research that was conducted by several research divisions within the Bayer Corporation, in support of the development and monitoring of their drug product. The standards that I applied in reviewing the 'science' presented by the Bayer Corporation in support of cerivastatin were:

1. Whether the experiments were sufficient to address the questions.
2. Whether the experiments were sufficiently designed, and if the experiments were conducted with appropriate 'controls'.
3. Whether the 'conclusions' logically flow from the 'results'.
4. Whether the conclusions are consistent with current knowledge.

I approached my analysis on the premiss that the ultimate question of Bayer's research responsibility was to determine what happens to cerivastatin following its oral ingestion by a human, within reasonable scientific expectations.

### B. Facts and Considerations

I have organized this section of my report according to concepts relevant to a consideration of what research Bayer conducted, and when it was conducted. In this context, I have presented the results of research that was conducted by scientists not associated with the Bayer Corporation, but whose research relates very significantly to that conducted by the scientists at Bayer.

## 1. Introduction

1. The scientific specialty of drug metabolism has long recognized that the liver's ability to get rid of 'foreign chemicals', which includes drugs, typically depends upon certain enzymes present within individual hepatocytes (liver cells). Probably the most important of such enzymes is a complex group known as "cytochrome P-450 dependent oxidases", which is commonly abbreviated as CYP. In the past 30 years, considerable knowledge has been gained concerning the nature of the individual enzymes that comprise this large family, and it is known that any given chemical is likely to be metabolized by only one or several of the members of this family of enzymes. Another way to state this phenomenon is that each specific type of CYP enzyme has a preference for certain chemicals, in which case the chemical(s) is(are) called a 'substrate(s)' for that particular CYP. Specific enzymes have been classified into various sub-groups, to which names have been assigned by addition of several numbers and letters. For example, it is now known that cerivastatin is a substrate for CYP3A4 and CYP2C8, but it is important to realize that many other chemicals (drugs) are also substrates for these same specific enzymes, which are often referred to as 'isozymes' or 'isoforms' of CYP. It is important to know which CYP isoforms are necessary for the metabolism of a given drug or chemical, because such knowledge can be used to 'predict' what other drugs or chemicals might compete for the isoform, and thus 'interact' at the level of metabolism. Such knowledge could also be used to identify certain sub-groups of the human population that might be deficient in certain CYP isoforms (most often of genetic origin), and thus unable to metabolize a particular drug. The term 'microsomal' refers to the physical form of CYP enzymes, along with many other liver enzymes, that have been isolated or concentrated from liver tissue. A microsomal preparation is an exceedingly complex mixture of enzymes, of which the CYP family is an important component. Also present in microsomal preparations is a group of enzymes known as 'glucuronic-acid transferases' (a.k.a. glucuronosyltransferases), which are also involved in the metabolism of many drugs and chemicals.

2. The biochemical processes involved in drug metabolism are classified as phase I or phase II processes, but these classifications have nothing to do with the similar terms applied to the description of clinical drug trials. Phase I metabolism refers to introducing an oxygen atom into a drug, a process which is most often accomplished by a member of the CYP family. Phase II metabolism refers to attaching one of several possible 'things' to the drug, and is often called 'conjugation'. The 'things' include substances like glucose or the closely related chemical, glucuronic acid, glutathione and sulfate. The 'grand design' of both phase I and phase II metabolism is to increase the water solubility of the drug, so that it can more readily be excreted from the body. Some drugs require both processes in order to be efficiently excreted, in which case the phase I process occurs before the phase II process (in the vast majority of cases). Other drugs might require only a phase I or a phase II process to enable efficient excretion, and a very few drugs are able to be excreted without the need for any metabolism.

3. It has been the collective opinion of Bayer scientists that cerivastatin requires only phase I metabolism in humans. It is my opinion that phase II processes, in particular glucuronic acid conjugation (a.k.a. glucuronidation), are also required for the efficient elimination of this drug.

The remainder of this report is my analysis of the overall metabolism research program on cerivastatin at Bayer, which I concluded to be inadequate, and which led to erroneous conclusions on the part of the Bayer Corporation. It did not accomplish the goal of metabolism studies, which was succinctly stated by Soars et al. (2001):

> "An understanding of the enzymology of the metabolic clearance of a drug, whether by phase I or phase II mechanisms, is pivotal to new drug development."

## 2. Bayer's Studies of the Human Metabolism of Cerivastatin

4. The investigations of human metabolism conducted by Bayer scientists were not sufficient to enable them to identify certain important metabolites of cerivastatin. The results of more recent research also established that Bayer's studies did not identify all major metabolic pathways. Because of this, Bayer scientists remained unaware of all the metabolic pathways of cerivastatin that are necessary in humans, until several non-Bayer groups of researchers finally revealed what Bayer scientists had overlooked. Thus, much of the pharmacokinetic results generated by Bayer scientists are of questionable value. This is particularly true for their studies of various drug-drug interactions, and in special patient groups, such as diabetics and renal disease patients. The lack of a sufficient understanding of cerivastatin metabolism was probably the major reason that Bayer scientists failed to routinely monitor the patients in their clinical trials for the lactone metabolites. Bayer scientists actually considered the lactone forms of cerivastatin and its metabolites to be 'artifacts' of their work-up (purification) procedures, and therefore did not routinely measure their concentrations in blood. Furthermore, their failure to recognize the importance of glucuronidation for the clearance of cerivastatin is the likely basis for their failure to understand the adverse drug interaction with gemfibrozil.

5. Metabolism studies are conducted by in vitro and in vivo methods; and since both methods have unique advantages, they are complementary in any effort to understand the metabolic disposition of a drug. Bayer scientists utilized both methods in their study of the metabolism of cerivastatin in humans. Unfortunately, neither method was conducted in a satisfactory manner in the Bayer studies..

### *In vitro studies*

6. Bayer scientists conducted at least three studies of the in vitro metabolism of cerivastatin, as evidenced by reports (Bayer 24571, Bayer 25276, and Bayer 27187) during the period 1995 - 1998. The purpose of each study was to identify the specific types of human microsomal enzymes that catalyzed either of two oxidative reactions. These two oxidative reactions are responsible for producing two quite distinct metabolites of cerivastatin, which are referred to as M-1 and M-23. M-1 is often called the 'demethylation' metabolite, while M-23 is called the 'hydroxylation' metabolite. The chemical structures of cerivastatin and its major oxidation products are shown in both Figures 2 and 3 of this report (p. 33-34).

7. The studies, Bayer 24571 and Bayer 25276, were carried out with 'batches' of liver microsomes obtained from four human liver samples, and with microsomes obtained from 11 different human cell culture lines, each of which only produces a single CYP isoform. Each microsomal preparation was incubated under fairly standard conditions with cerivastatin for up to several hours [BAYCORP00314478-9], then each such incubate was analyzed by HPLC (high performance liquid chromatography) for the presence of either of the two possible metabolites, M-1 and M-23, and also for a third less-common metabolite, M-24, which is the result of both oxidative reactions having occurred on the same cerivastatin molecule. From these experiments, it was determined that CYP3A4 was the major isozyme responsible for formation of the metabolite M-1. They also determined that 10 of the 11 different isoforms did not metabolize cerivastatin to a detectable extent [BAYCORP00314441]. Of the isoforms this study 'eliminated', one (CYP2C8) was later found by Bayer scientists to actually be the isoform most responsible for the production of M-23. The erroneous conclusion of this study concerning CYP2C8 was likely due to an experimental error of some sort. This faulty observation was also reported in the scientific literature (Boberg et al., 1997).

8. The third in vitro study reported in 1998 [Bayer 27187] was conducted about two years after the first two studies, and resulted in considerably different results. In stark contrast to their earlier studies, Bayer scientists discovered that CYP2C8 was involved in cerivastatin metabolism, and was responsible for the formation of M-23, which is a cerivastatin metabolite produced only by the human species. I was unable to find any written comments by Bayer scientists that dealt with the question as to why they had failed to detect this important biotransformation in their earlier studies. The author of this study, Dr. Radtke, summarized the study as follows:

> "Summarizing these results, cerivastatin shows high affinity to CYP 2C8, which catalyzes the formation of M-1 and M-23 almost to the same extent. Affinity towards CYP 3A4 is considerably lower, CYP 3A4 only forms M-1." [BAYCORP00403317].

Dr. Radtke concluded his report with what was, or soon became, a paradigm at the Bayer Corporation. It also became a marketing tool for the Bayer company to promote their product as being inherently safer than other statins on the market at the time. Recent research results have confirmed that it was a faulty conclusion. Dr. Radtke's conclusion was:

> "Summarizing the *in vitro* data presented here two CYP isozymes are involved in cerivastatin metabolism to approximately the same extent. CYP 2C8 catalyzes the formation of M-1 and M-23, whereas CYP 3A4 forms only M-1. This dual metabolic pathway mediated by different CYP isozymes suggests drug-drug interactions to be of less probability and severity. This prediction was confirmed *in vivo* by investigations using potent CYP 3A4 inhibitors. Concomitant administration of cerivastatin and the macrolide antibacterial agent, erythromycin to healthy subjects revealed only a 1.2 fold increase in systemic cerivastatin exposure [20]. If the pathway mediated by CYP 3A4 is blocked in part, cerivastatin is metabolized by the alternate metabolic route."

9. At no time during these three in vitro studies with human liver microsomes was an attempt made to determine if the microsomes might also catalyze certain phase II processes, such as

glucuronidation. Such an experiment is easily done by simply adding the co-substrate UDPGA (uridine diphosphoglucuronic acid) to the microsomal incubations. Such modifications are common, and for example, were described in detail for the drug propofol in 1995 (Le Guellec et al., 1995). This publication also describes the use of microsomes to study the potential for drug-drug interactions that might arise at the level of glucuronide formation.

10. At no time during these three in vitro studies was an attempt made to determine if the lactone form of cerivastatin might be more readily metabolized by CYP enzymes than cerivastatin itself. There was compelling reason at the time these studies were conducted to suggest that the lactone forms of all the statins are the actual substrates for CYP metabolism (Duggan and Vickers, 1990).

*In vivo studies*

11. Two studies (Bayer PH-24824 and Bayer PH-25040) were conducted with $^{14}C$-radiolabeled cerivastatin in four human volunteers during the period March,1995 to March, 1996. Only the second study included an attempt to identify the individual metabolites present in feces. The use of such radiolabeled drug greatly facilitates the identification of metabolites, because the label enables one to 'sort out' all chemicals (metabolites) originating from the drug, irregardless of their specific chemical structures. This ability is especially valuable in drug metabolism studies because oftentimes the metabolites are present as trace amounts in extremely complex mixtures, particularly physiological substances such as bile and feces. For this reason, these were pivotal studies in the development of cerivastatin as a human drug, since the design of all further pharmacokinetic investigations depended upon these studies to identify important metabolites for monitoring in certain clinical study populations. The results of these studies have not been published in the scientific literature.

The objective of these studies was [BAYCORP00353145]:

> "The metabolite profile of Bay w 6228 in plasma, urine, and faeces will be determined qualitatively and quantitatively by analytical chromatography."

12. The results of the first study showed that they were only able to account for less than half of the total cerivastatin metabolites excreted into urine, even after enzymatic hydrolysis with glucuronidase. From the data in their Tables V and VI (p. 33-34), I calculated that the total 'amounts excreted in urine', $Ae_{ur}$, for M-1 and M-23 totaled only 12.7, 10.3, 10.1 and 13.2% for 4 volunteers, yet the total radioactivity excreted in the urine of these volunteers was 27.3, 23.0, 19.7 and 24.5 % of the total C-14 administered, respectively (Table III on p.32.). In their Table VIII they included data for M-24 ("free + conjugated"), which slightly increased the accountability of radiation for the 4 volunteers to 13.5, 11.2, 10.7 and 13.9 %, respectively. This is a poor material balance (< ~50%), which suggests to me that their methods were inadequate.

13. The data for their analyses of urine were expressed as "free + conjugates", and they made no attempt in this study, or their second study, to differentiate quantitatively between 'free metabolites' and 'conjugated metabolites'. {See for example, their Table 2 on p. 10

[BAYCORP00353087] in which their results for $Ae_{ur}$ lists the amounts of M-1, M-23 and M-24 as "free + conj."} It was claimed that they compared the metabolite pattern in urine before and after such hydrolysis of urine; however, no presentation of data, in particular, actual HPLC chromatograms was made. It appears that on the basis of the limited results of these two studies, that the scientists at Bayer concluded that conjugated forms of cerivastatin and its metabolites, including glucuronide conjugates, are not present in urine.

14. The results of the second study showed improved accountability for the composition of total radiation in urine, in that they could account for ~ 66% of the total metabolites [BAYCORP00373415]. However, most cerivastatin metabolites are excreted in the feces, which is summarized on p.13-14 of their report [BAYCORP00373424 - 25]:

> "66.8 - 72.7 % of the orally administered [C-14]Bay w 6628 was excreted via feces. The metabolite profiles of feces extracts are similar to those in urine. The main metabolite M1 accounted for 21.2 % and the corresponding lactone M22 for 6.8% of the dose, respectively. Further main metabolites were M23 and its demethylated analogue M24, accounting for 13.9 and 5.9 % of the dose, respectively."

15. A comparison of figures 3 [BAYCORP00373457] and 5 [BAYCORP00373459], which are 'chromatograms' for urine and feces extracts, respectively, reveals significant differences in the patterns of metabolites. Most conspicuous from the comparison is the fact that the vertical axis ($^{14}$C-radiation) for the chromatogram of the feces extract was only about 1/7 of that for the chromatogram of the urine extract. If similar amounts of total $^{14}$C-radiation had been examined for direct comparison of metabolite patterns, then it is likely that differences between the components of the two samples would be more obvious.

16. I have observed that most study reports from the Bayer Corporation include extensive details, if not attempts to present all data that are generated during various studies; however, in their second report on in vivo human metabolism of cerivastatin, certain details were conspicuously absent. Of particular note was the fact that this report contained the HPLC chromatogram of the feces from only one of the four human volunteers [BAYCORP00373459]. This particular chromatogram possessed a distinct 'rapidly eluting' peak that the investigators in this study chose not to include in their analysis of fecal metabolites. Since this Bayer report did not include the HPLC chromatograms from the other 3 volunteers, it is impossible to determine whether or not a similar peak was present in those samples; nor is it possible to determine if any other 'peaks' may have been ignored without explanation. They did summarize the HPLC data in Tables 12 - 16 [BAYCORP00373444 - 8] ; however, these tables report values only for the 16 peaks that they 'selected', and not for any other peaks, such as the rapidly eluting peak present in the single HPLC chromatogram that was chosen for presentation in their report.

17. The authors did not present a comparison of the metabolite pattern present in urine before glucuronidase/glucosidase hydrolysis with the metabolite pattern present after such enzymatic hydrolysis. In the absence of having done such a comparison, it is impossible to assess whether one or more glucuronide metabolites of cerivastatin may be normally present in urine. A good example to illustrate a proper procedure for metabolite profiling was published in the case of

lovastatin (Halpin et al., 1993). Furthermore, it is not documented as to whether a positive control was employed in Bayer's enzymatic hydrolysis experiments. A failure to have employed a positive control, such as phenolphthalein-glucuronide, would be contrary to accepted experimental procedure. Examples to illustrate the proper use of positive controls are from studies of the human metabolism of pravastatin (Everett et al., 1991) and lovastatin (Halpin et al., 1993).which are known to be converted in part to glucuronide metabolites. In my opinion, these defects in Bayer's approach to 'metabolite profiling' are very serious

18. Another serious defect in this study is that the method used for the analysis of fecal metabolites was not designed to enable the detection, and especially the quantitative determination of glucuronide conjugates of cerivastatin and its metabolites. Many glucuronide metabolites are unstable and/or highly susceptible to enzymatic hydrolysis; thus, special efforts must be taken to ensure that such metabolites survive purification procedures. The appearance of the 'rapidly-eluting' peak, which the authors ignored in their analyses of the feces samples, is strongly suggestive of a conjugated metabolite of cerivastatin, such as a glucuronide. Such an observation would have prompted most competent drug-metabolism chemists to reinvestigate such an occurrence under a more rigorous experimental design. I would have modified the experimentation to include procedures that would minimize sample degradation, which is often a problem with fecal samples due to their abundant microbial content. The fecal samples should have been processed rapidly at low temperature, and with reagents present that would stop essentially all microbial degradation, such as sodium azide. Instead the authors simply mixed them with an equal amount of water. In addition, their work-up technique which employed acidic reagents and solid-phase adsorption should have been varied to at least have included using a weaker acid (pH 6 instead of pH 5) and liquid-liquid extraction methods.

19. Their first study made no attempt to identify any individual metabolites present in feces, while the second study was a superficial investigation of fecal metabolites, but without a controlled approach to quantitate any conjugated metabolite. The authors of the second study concluded the following [BAYCORP00373425]:

> "In dogs [7] demethylation as phase I and glucuronidation and glucosidation of the drug and M1 as phase II reaction are predominating. Glucuronidase and glucosidase cleavage of urine samples obtained from volunteers, did not change the metabolic pattern markedly. Therefore formation of conjugates must be of minor importance in humans." (Emphasis added).

20. At about the identical time that the second report was issued (May, 1966), another Bayer study group reported on their analyses of 'stored' plasma samples from an earlier study in 1993, and concluded that the lactone of cerivastatin was a metabolite, which they placed in their own scheme to depict the metabolic fate of cerivastatin [BAYCORP00387982]. Their scheme did not include the lactones of M1 and M23 as metabolites.

21. My analysis of Bayer's in vivo studies revealed that the desired goals, as noted above in paragraph 11, were not achieved. The major failure of these studies was that they didn't even accomplish the qualitative identification of all major metabolites, let alone an acceptable

quantitative balance. Furthermore, recent research results from other laboratories have also shown that the Bayer studies failed to achieve their stated goals. Thus, the Bayer scientists relied upon the faulty results from the human metabolism studies to design their subsequent clinical studies with humans. Their reliance on faulty results caused the scientists at Bayer to overlook two fundamental aspects of cerivastatin metabolism in humans, which are 1) the conversion of cerivastatin to its acyl glucuronide, and 2) that the lactone forms of cerivastatin and its metabolites are true metabolites, and not 'artifacts'. As the result of these errors, Bayer's studies of the pharmacokinetics of cerivastatin in humans were not correctly designed. Thus, they failed to include in their studies the measurement of several important parameters, which were 1) the amount of glucuronidation that occurred, and 2) the quantitative amounts of 3 important lactone metabolites. The value of such measurements is that they would likely have provided sentinel data for the identification of those situations in which cerivastatin treatment of patients could be risky, and the identification of patient subgroups that could be 'at risk' for the adverse actions of cerivastatin.

## 3. Bayer's Study of Cerivastatin Metabolism in Dogs

22. The rather superficial investigations of the in vivo metabolism of cerivastatin in humans conducted by Bayer scientists contrast markedly with a study reported nearly 4 years earlier [Bayer 22025], in which the results of the metabolism of $^{14}$C-radiolabeled cerivastatin in dogs were presented. The research groups at Bayer that conducted these studies were nearly the same, with the exception of Dr. Boberg, who was the senior scientist for the dog study, but was not listed as a participant in the human studies. During the course of research on the metabolism of cerivastatin in dogs, extensive effort was made to identify all possible metabolites, including conjugated metabolites. Not only were all the glucuronides of cerivastatin and its M-1 metabolite identified, this scientific study also revealed some of the important chemical properties for certain key metabolites. The knowledge gained as the result of the dog studies was available to those conducting the human experimentation; however, in my opinion there is little indication that the scientists conducting the human studies utilized such knowledge to their advantage, such as to develop better experiments. Bayer scientists had access to considerable information regarding the chromatographic behaviors of all the glucuronides of cerivastatin and its M-1 metabolite, yet they made no attempts to specifically identify any of them in human urine or feces. The dog study did have an experimental advantage over human studies, in that 'bile duct canulation' allowed for the collection of bile, which is an easier biological matrix with which to work than is fecal material. Nevertheless, given the extensive information available to them concerning the properties of the glucuronide conjugates, the scientific design and conduct of the human studies should have been much better than what they were. It is noteworthy that many of the results from the dog study were reported in a subsequent scientific publication in 1998; however, Bayer's in vivo human metabolism study results were never published.

23. Some of the valuable information that resulted from the studies of cerivastatin metabolism in dogs includes the following:

i) the characterization of metabolite M-2 as the 'acyl glucuronide' conjugate of cerivastatin; and that, it is a relatively unstable (chemically reactive) substance, in contrast

to the '<u>ether glucuronide</u>' metabolites M-3 and M-6, which were also identified as biliary metabolites in the dog [BAYCORP00604023 - 026].

ii) tentative identification of an 'hydroxylated' metabolite (M-13), which could be identical to the metabolite (M-23), which was discovered in subsequent studies, and which has always been claimed to be a metabolite unique to the human species [BAYCORP00604034 - 5].

iii) identification of the methyl ester of M-1 (the demethylated metabolite of cerivastatin) as M-14; however, it was thought by the investigators to be an 'artifact' resulting from the solvolysis of M-1-lactone (a.k.a. M-22) by methanol during workup [BAYCORP00604035 - 6].

24. I noted a trend in certain data presented in the Bayer report on dog metabolism, but for which the authors of that study did not comment upon. In Table 1 of the report [BAYCORP00604048] there is an increase with time (over a period of 2 hours following administration of cerivastatin) of the amount of cerivastatin-lactone (a.k.a. M-8) present in plasma samples. In the 2-hour period, the <u>ratio</u> of lactone/acid forms of cerivastatin doubled from 0.07 to 0.14. This observation is suggestive that <u>lactone formation</u> is a 'real' metabolic reaction, and not just an artifact of sample workup.

**<u>4. Bayer's New Drug Application to the FDA</u>**

25. From the "Non-clinical Pharmacology and Toxicology Summary" (Section 2.5 authored by Wood et al.) of Bayer's June 1996 New Drug Application to the U.S. FDA at page 60 [BAYCORP00945263] it was claimed:

> "After oral dosing, cerivastatin is largely extracted and selectively taken up by the liver, the main site of pharmacological action, thus minimizing the systemic burden. The pharmacokinetic properties of cerivastatin very closely meet the criteria defined by Duggan and Vickers (73) for the ideal HMG-CoA reductase inhibitor: it is well absorbed, reaches the liver unchanged, it is largely extracted by the liver, and is excreted almost entirely via the hepatobilliary system undergoing enterohepatic circulation."
>
> "Cerivastatin is considered a safe compound from the nonclinical pharmacokinetic point of view."

26. <u>On the other hand</u>, the article by Duggan and Vickers (1990) actually described the characteristics of the <u>*ideal statin*</u> to be as follows (from p. 336):

> "Thus, an ideal HCARI would be one which: (1) is well absorbed; (2) reaches the liver unchanged, and (3) is <u>completely extracted</u> by it, precluding unnecessary systemic exposure. Finally, (4) its elimination, if in the form of active inhibitor(s), would be *via* direct excretion in bile; if in the form of enzymatically inactive products, the routes of excretion should be immaterial."

I underlined a portion of the quotation from Duggan and Vickers because it is important to consider the extent to which the Bayer scientists chose to modify the original criteria. Instead of being "completely extracted" by the liver, they decided that "largely extracted" fell within the criteria of Duggan and Vickers.

27. It is notable that, even after having 'relaxed' the criterion that the ideal statin should be 'completely extracted' to that of 'largely extracted', cerivastatin doesn't even meet their new criteria. Only 40 % of cerivastatin is extracted by the liver during first pass, which is the lowest of all the statins, and in my opinion such a level of extraction does not even fall into the category of being "largely extracted".

28. It is also notable that Bayer claimed that cerivastatin was "excreted almost entirely via the hepatobilliary system". However, on p. 50 of their NDA [BAYCORP00945255] it is stated: "A significant amount of radioactivity was excreted in urine (24% of dose)." Furthermore, the criteria of Duggan and Vickers clearly state that if a statin drug is excreted as active inhibitors of HMG-CoA reductase, then only hepatobilliary excretion should occur. Since the 24% of cerivastatin excreted via the kidneys (urine) was as active inhibitors, I find it difficult to comprehend Bayer's claim that cerivastatin excretion was consistent with the criteria for an ideal statin.

29. It is my opinion that Bayer's distortions of the Duggan and Vickers' criteria were an egregious violation of scientific conduct. In their NDA, Bayer's scientists misrepresented the original criteria, then claimed that Baycol's properties came close to meeting the 'industry standards' for an ideal statin.

30. Bayer also added the very strange phrase that cerivastatin undergoes "enterohepatic circulation". I am unaware of any results from Bayer's studies that led to this conclusion, at least from human studies. They did report on this phenomenon in rats, and should have conducted similar studies in the dog.

## 5. Bayer's Scientific Publications on Cerivastatin , 1997 - 2001

31. Based largely on the internal study reports discussed above, scientists at Bayer published numerous papers in the scientific/medical literature during the period 1997 -2001. Many of these publications were of a 'review' type, were highly redundant, and promoted Bayer's claims that cerivastatin was likely to be the safest statin on the market. There were several claims concerning cerivastatin, which in my opinion, should not have been presented in these publications, particularly with the degree of certainty that Bayer ascribed to them. These claims were that:

(1) Since cerivastatin is metabolized by two different CYP isozymes (CYP3A4 and CYP2C8), it is less susceptible to drug-drug interactions arising from pharmacokinetic mechanisms. This is because if one of the CYP pathways is inhibited by a coadministered drug, then the other CYP pathway will still be able to metabolize cerivastatin, and thus prevent a clinically-significant increase in systemic exposure of the patient to cerivastatin. It appears frequently in Bayer publications and internal documents, generally being referred to by the phrase 'dual metabolic pathways'. I refer to this claim as Bayer's paradigm since it dominated

the design and execution of research on cerivastatin by Bayer's scientists.

(2) Bayer distorted the accepted definition of an 'ideal statin' in order to create the belief or appearance that cerivastatin was one, or very close to being one.

(3) Bayer commonly referred to cerivastatin as having an 'uncomplicated biopharmaceutical profile'

32. There is no doubt that this false information became entrenched within the community of practicing physicians, and probably had a very positive effect upon the acceptance and use of cerivastatin by the medical community. An example that illustrates this acceptance of Bayer's claims is the brief report of a case history of severe rhabdomyolysis due to combined use of gemfibrozil with cerivastatin (Pogson et al., 1999). In this report the authors restated the 'dual metabolic pathways' paradigm, then followed with a statement that essentially revealed the effect of Bayer's advertisement upon their clinical decision:

"As a result, cerivastatin has been believed to be less subject to drug-drug interactions (13). Presumably, this safety factor could extend to gemfibrozil as well."

Following their description of the adverse interaction, they concluded as follows:

"We believe this is the first report of rhabdomyolysis in a patient taking a combination of cerivastatin and gemfibrozil. The apparent interaction in this case is instructive for 3 reasons. First, this interaction occurred at the proper starting dose of the drug for patients with normal renal function. Second, the patient had normal baseline renal function. Third, the dual pathways of cerivastatin metabolism did not make the drug safer in combination with gemfibrozil in this patient." [emphasis added]

33. This brief report prompted a reply from another group of physicians who objected to Pogson.'s discrediting of Bayer's claims (Guyton et al., 1999), as evidenced by their statements:

"Pogson et al. report a case .....Their discussion suggests a lack of potential benefit for the dual pathway of cytochrome P450 (CYP) metabolism of cerivastatin. However, since gemfibrozil is not known to be an inhibitor of cytochrome P450 3A4, this case has no implications regarding the dual metabolic pathway of cerivastatin (1). The risk of statin-fibrate combination therapy is probably unrelated to CYP activity and statin pharmacokinetics."

"The dual pathway of cerivastatin metabolism by hepatic CYP 3A4 and 2C8 reduces the likelihood of significant alteration in its pharmacokinetics if CYP 3A4 activity alone is inhibited." [emphasis added]

The underlined phrase was never part of Bayer's paradigm. Bayer's 'dual metabolic pathway' paradigm clearly includes the notion that if something inhibits CYP 2C8, then CYP 3A4 will make up the difference.

34. The Bayer publications that extolled the virtue of their 'dual metabolic pathways' paradigm include the following:

(1) In Mück (2000a) it was stated on p. 109

"A detailed assessment of the potential for drug-drug interactions with cerivastatin has been performed, and the rationale and results have recently been discussed.[45]"

p. 112: "Cerivastatin is also an uncomplicated drug with respect to its biopharmaceutical profile. [24]"

p. 113-4: "Cerivastatin seems to be relatively unsusceptible to metabolic drug-drug interactions, mainly because of its dual metabolic pathway involving more than one CYP isoform, which offers alternate biotransformation routes, and its low affinity for all of the relevant CYP subclasses. [45,72]."

"The favourable clinical pharmacokinetic characteristics of cerivastatin should contribute to the therapeutic success and effective and safe use of this drug."

(2) In Mück (1998) on p. 17-18:

"*Metabolism/elimination*: cerivastatin undergoes moderate first-pass metabolism (approximately 40%), and clearance is exclusively via CYP-mediated (CYP 2C8 and CYP 3A4) biotransformation, with biliary/renal excretion of the metabolites." [emphasis added].

On p. 20: "The evidence reviewed in sections 2.3.1 and 2.3.2 indicates that inhibitors of CYP do not significantly affect cerivastatin pharmacokinetics."

This statement is incorrect in that i) no such inhibitor studies of CYP2C8 had been conducted by Bayer, and ii) it is a false statement, in that subsequent studies by non-Bayer scientists have shown that inhibitors of CYP2C8, including gemfibrozil, do have a pronounced affect on cerivastatin pharmacokinetics.

On p. 21: "In summary, the favourable interaction profile of cerivastatin is based on 3 key features:

> Cerivastatin is an uncomplicated drug with respect to bioavailability and biopharmaceutics.
> Cerivastatin is eliminated via a dual metabolic pathway as known metabolites. Because more than one CYP isozyme is involved (CYP 2C8 and CYP 3A4), cerivastatin evades accumulation when one or the other of these pathways is inhibited by coadministered drugs. Furthermore, cerivastatin possesses no CYP enzyme inhibitory or inducing activity.
> The lack of any apparent clinically relevant interaction between cerivastatin and many common drugs (including digoxin, warfarin, antacids, cimetidine, nifedipine, omeprazole, erythromycin and itraconazole) renders cerivastatin a logical choice when an HMG-CoA reductase inhibitor is required for the treatment of patients

with hypercholesterolaemia, and particularly those taking multiple comedication."

(3) Bischoff and Heller (1998) on p. 18J:

"Cerivastatin has an uncomplicated pharmacokinetic profile; it can be administered to both young and elderly patients, male and female, without the need for dosage adjustments. Because no clinically significant pharmacokinetic drug interactions occur with cerivastatin, it may be the preferred HMG-CoA reductase inhibitor for patients on multiple-drug therapy including warfarin and digoxin." [emphasis added]

"Cerivastatin has a distinct structure that contributes to its high liver selectivity, low systemic exposure, and, as a consequence, a very good safety profile and a lower propensity for interactions with concomitant medications." [emphasis added]

(4) Bischoff et al.(1998) on p. S12:

"The preclinical results demonstrate cerivastatin to be the most active HMGCoA reductase inhibitor that offers an ultra-low dose therapy in the microgram-range. One rationale for drug treatment with ultra low-doses is based on the substance metabolism by the liver. The use of an ultra-low dose has the general potential in avoiding or minimizing drug-drug interactions, which is of particular importance for patients on a multiple drug therapy."

The concept to which they allude is only one side of the complete picture. While it is reasonable to arrive at the proposal that since cerivastatin is present in such low concentrations, it is less likely to compete for CYP metabolism, and thus unlikely to block the metabolism of other drugs presumably present in much higher concentration; the reverse is much less likely. Other chemicals present in high concentrations relative to that of cerivastatin will very effectively inhibit the metabolism of cerivastatin, if their inhibitory potency (Ki) for the CYP isoform in question (i.e. CYP3A4, CYP2C8, or other as yet unidentified metabolizing enzymes or transporters) is less than their concentration. In my opinion, this statement by these authors is misleading. On the other hand, many, if not most physicians, are unlikely to recognize the deceptiveness of this statement.

(5) Muck et al. (1997) on p. 259:

"In 1990, Duggan and Vickers defined the pharmacokinetic criteria for an ideal HMG-CoA reductase inhibitor, as a drug 'which: (1) is well absorbed, (2) reaches the liver unchanged, (3) is completely extracted by it, precluding unnecessary systemic exposure. Finally, (4) its elimination, if in the form of active inhibitor(s), would be via direct excretion in bile' [Duggan and Vickers 1990]. Cerivastatin with its absorption and bioavailability characteristics described herein and its metabolic and elimination properties, reported elsewhere [Radtke et al. 1997], approaches this ideal fairly well." [emphasis added]

The use (or mis-use) of the criteria of Duggan and Vickers was repeated once again. However, in this case, the authors came closer to accurately quoting Duggan and Vickers. The reasoning of the authors that allowed them to arrive at their conclusion - "approaches this ideal fairly well" - still defies comprehension.

(6) Mück et al. (1999a) on p. 111:

"Cerivastatin is a non-complicated drug with respect to its biopharmaceutical profile and bioavailability."

(7) Bischoff et al. (1997) on p. 129:

"One rationale for drug treatment with ultra low-doses is based on the substance metabolism by the liver. The use of an ultra-low dose has the general potential in avoiding or minimizing drug-drug interactions, which is of particular importance for patients on a multiple drug therapy."

(8) von Keutz and Schluter (1998) on p. 11J:

"The efficacy of cerivastatin at ultra-low doses, coupled with its high hepatic selectivity, means there is very low systemic exposure to the drug, thus decreasing the potential for toxicity.(13)"

The cited reference is to a 1994 paper by Bayer scientists. This is a deceptive statement in that it is accurate only if one considers the total mass of the drug that reaches the systemic circulation. The important determinant for possible toxicity is the fraction of total dose that reaches the systemic circulation. Since cerivastatin is roughly 100-fold more potent than the other statins, a comparison of potential toxicity of the statins on the basis of 'ng per ml' is ludicrous. Such comparisons must be done on a basis of HMG-CoA reductase inhibitory potential.

(9) Mueck et al. (1998a) on p. 472:

"The existence of two parallel biotransformation pathways furnished with different CYP isozyme activities, is now strongly supported by the attenuated pharmacokinetic drug-drug interaction between erythromycin and cerivastatin observed in this study. Furthermore, currently ongoing detailed in vitro investigations have already confirmed the pronounced involvement of CYP2C8 in cerivastatin biotransformation, especially for the hydroxylation reaction (M. Radtke et al., unpublished data on file at Bayer AG)." [emphasis added]

On p. 473 they concluded: "In the 'class of statins', cerivastatin distinguishes itself by a straightforward dual metabolic pathway with several CYP isozymes involved to different extents, making cerivastatin rather unsusceptible to become involved in metabolic drug-drug interactions."

(10) In Mueck et al.(2000) on p. 302:

"This study again confirms the uncomplicated biopharmaceutical profile of cerivastatin [Muck et al., 1999], clearly demonstrating lack of influence of food and time of dosing on its pharmacokinetics and bioavailability."

(11) In publications by Mueck et al.(1999b), Vormfelde et al.(1999) and Mueck et al.(1998b) no claim for the 'dual pathway' paradigm or claim of uncomplicated pharmacokinetic profile was made.

## 6. Bayer's Failure to Monitor for Lactone Metabolites

35. In 1999, a research group from the University of Helsinki published their research on the "effect of itraconazole on cerivastatin pharmacokinetics" (Kantola et al., 1999). The conclusion they reached was that itraconazole had a modest interaction effect on the pharmacokinetics of cerivastatin; however, of even greater significance was their discovery of a pronounced increase in the pharmacokinetic parameters for cerivastatin lactone. On the other hand, Bayer scientists seldom, if ever, reported on the quantitative formation of cerivastatin lactone during the conduct of their pharmacokinetic studies of cerivastain. It was their opinion that this lactone, and the lactones of the metabolites M-1 and M-23 were nothing more than 'artifacts' that arose during 'workup' of samples. On p.853, the Helsinki group stated:

> "The effect of itraconazole on the $AUC_{(0 \text{ to } 24h)}$, $C_{max}$, $t_{max}$ and $t_{1/2}$ of cerivastatin was not statistically significant. However, the $AUC_{(0 \text{ to } \infty)}$ of cerivastatin was increased by 15% compared with placebo. The mean $C_{max}$ and $AUC_{(0 \text{ to } 24h)}$ of cerivastatin lactone were increased 1.8-fold and 2.6-fold, respectively; and the mean $t_{1/2}$ 3.2-fold by itraconazole."

All these variables of cerivastatin lactone were increased in each of the ten subjects, the increase ranging from 1.1-fold to 2.4-fold for $C_{max}$, from 2.0-fold to 3.6-fold for $AUC_{(0 \text{ to } 24h)}$ and from 1.8-fold to 5.2-fold for $t_{1/2}$. The $t_{max}$ of cerivastatin lactone was significantly later for the itraconazole phase than for the placebo phase (4 h vs 2.5 h, $P < 0.05$).

36. One year later, a Bayer study on the potential for itraconazole to interact with cerivastatin was published (Mazzu et al., 2000). This Bayer publication totally ignored any consideration of cerivastatin-lactone, *in spite of being aware of the paper by Kantola* (i.e., their citation no. 20). They did observe that itraconazole caused a very large increase in atorvastatin pharmacokinetic parameters (~ 2.5-fold in AUCs and ~ 1.4-fold in $C_{max}$); however, they did not notice, or chose not to comment on the fact that their data actually show a disproportionate increase in the ratios of atorvastatin-lactone/atorvastatin. I calculated the ratios of $C_{max}$ for lactone/open acid with and without itraconazole treatment to be 0.52 and 0.78, respectively; and also the ratios of $AUC_{(0 \text{ to } \infty)}$ to be 0.62 and 0.89 without and with itraconazole treatment, respectively.

37. This discrepancy was considered in the scientific literature by the exchange of "letters to the editor" in the journal, *British Journal of Clinical Pharmacology*. [The initial letter was: Mueck, W. "Metabolic interactions between mibefradil and HMG-CoA reductase inhibitors: linking in vitro with in vivo information." British J.Clinical Pharmacology 49: 87-89 (2000); followed by the response of a research group at the Merck Research Laboratories in the United States: Prueksaritanont, T., J.H. Lin and T.A. Baillie, "Reply". British J.Clinical Pharmacology 49: 89-90 (2000).]. In his letter to the editor, Dr. Mueck misrepresented the results and conclusions published by Kantola et al. (1999) concerning their observation of a very important effect of itraconazole on the pharmacokinetics of cerivastatin, as evidenced in his statements on p. 87:

"...., as lack of interaction has now also been reported between cerivastatin and itraconazole, another azole antifungal and potent CYP3A4 inhibitor [14]."

"Cerivastatin is a low-clearance drug with an oral bioavailability of 60% and a half-life of 2-3 h [15]. Hence, it may be generally assumed to be less susceptible to inhibitory interactions on first-pass metabolism and hepatic clearance with markedly increased exposure and accumulation than high-clearance statins with oral bioavailabilities of 10% or less."

The reply from Drs. Prueksaritanont, Lin and Baillie included the following points:

(1) Concerning Dr. Mueck's erroneous interpretation of Kantola et al.:

"Where we disagree with Dr. Muck is in his interpretation of the results of the clinical drug interaction studies with cerivastatin. In contrast to the claim made by Dr. Muck that itraconazole, a potent inhibitor of CYP3A4, did not interact with cerivastatin in healthy volunteers, Kantola et al. reported that itraconazole given orally at 200 mg four times daily for 4 consecutive days, had an appreciable effect on the pharmacokinetics of a single oral dose of 0.3 mg cerivastatin [12]. Thus, itraconazole caused statistically significant elevations in the serum levels of cerivastatin, cerivastatin lactone and a pharmacologically active metabolite ('M23'), while concentrations of a second active metabolite ('M1') were decreased; these changes were attributed to itraconazole-mediated inhibition of the CYP3A4-dependent pathway of cerivastatin metabolism (which leads to 'M1', but not to 'M23' [13]). In addition, itraconazole treatment prolonged the elimination half-life of cerivastatin lactone 3.2-fold and increased active HMG-CoA reductase inhibitory activity in serum by 27% [12]." [emphasis added]

(2) In reference to Dr.Muck's data concerning an interaction between mibefradil and cerivastatin they commented as follows:

"However, the results of these clinical mibefradil-cerivastatin interaction studies appear to be based on data obtained by bioassay, since it is stated that mibefradil did not alter the *summed* AUC of parent drug and active metabolites. Since inhibition of CYP3A by mibefradil theoretically should result in a decrease in the formation of the active metabolite M1, but an increase in circulating levels of cerivastatin, summation of M1 and cerivastatin (as measured by biological activity) would be expected to attenuate, if not mask completely, any true pharmacokinetic interaction between these two drugs. In addition, since cerivastatin and its active metabolites exist in chemical equilibrium with their inactive lactone forms [12, 13], measurement of only the open acid species will not provide a complete picture of any drug interaction. Consequently, it is not possible to evaluate the data presented by Dr. Muck in terms of the presence or absence of a pharmacokinetic drug interaction between mibefradil and cerivastatin." [underlining added by me, the italics were present in the original article]

38. The significance of these results is not so much that Bayer 'missed' a potential drug interaction (since the overall effect of itraconazole would probably not greatly increase cerivastatin exposure, but rather that it demonstrates that Bayer's indifferent attitude towards the lactone has raised doubt as to the validity of all of their pharmacokinetic studies, particularly in the case of

drug interactions. It clearly shows that the lactone is an important metabolite in the overall disposition of cerivastatin in humans.

39. On p. 88 of his 'letter', Dr. Mueck stated:

> "In conclusion, a thorough assessment of the drug-drug interaction potential of a new drug candidate before entering the market requires a sequential strategy, moving from in vitro investigations and exploratory studies - via hypothesis generation based on its pharmacokinetic profile - to more mechanism-based in vivo approaches and, finally, confirmatory clinico-pharmacological designs [7]."

Dr. Mueck's reference no. 7 is to the FDA guidelines on how to do drug metabolism and interaction studies. [FDA Guidance for Industry. *Drug Meatbolism /Drug Interaction Studies in the Drug Development* Process: Studies in vitro, Rockville, 1997.]. It is my opinion that Bayer research efforts failed to conduct their investigations to the extent necessary to accomplish the 'thorough assessment' to which Dr. Mueck referred to in the above quotation.

## 7. The Fallacy of Bayer's Paradigm

40. Bayer's paradigm about 'dual metabolic pathways' was a reasonable working hypothesis; however, Bayer did not prove it to be valid. Furthermore, they did not conduct experiments sufficient in design to test the hypothesis. It is now known to be fallacious. It is my opinion that Bayer scientists embraced this paradigm as the result of their findings that inhibitors of CYP3A4 did not significantly increase systemic blood concentrations of cerivastatin, and only caused a 'shift' in the relative amounts of the metabolites M-1 and M-23. The critical research that Bayer should have done was to determine whether inhibition of CYP2C8 would also result in a compensatory shift of the metabolites M-1 and M-23 with no overall increase in systemic exposure to cerivastatin. In spite of not having sufficiently tested or proven their hypothesis, the Bayer Corporation publically claimed it to be true, which in my opinion was 'false advertising'.

41. The mistake that Bayer scientists made in formulating their 'dual metabolic pathway' was their failure to study whether or not CYP3A4 would be able to make up for any loss of CYP2C8 activity arising from a drug-drug interaction. This aspect of their 'dual metabolic pathway' was even more important to examine than the CYP3A4 aspect, because of the acknowledged degree of involvement of CYP2C8 in cerivastatin metabolism. As it turned out, CYP3A4 was not able to substitute for depressed CYP2C8 activity, and several very serious drug interactions went undiscovered, including that with gemfibrozil.

42. The inadequate knowledge that Bayer scientists possessed, even years after they first claimed their 'dual metabolic pathways' paradigm, is evident from a consideration of Bayer internal documents, including:

(1) In the February 28, 2000 'Minutes' of the JDC (joint development team) [BAYCORP01767758 - 802], it was stated [BAYCORP01767772]:

"The idea of an interaction study between Cerivastatin vs. Avandia was raised. We are the only statin with 2C8 in our mechanism and Avandia (Rosiglitazone) is a 2C8 inhibitor. It is unclear what happens to Baycol (increased or decreased effects) if it blocks the 2C8 effect."

(2) The 'draft minutes' of September 29, 2000 for the September 14 meeting of the JDC [BAYCORP01960801 - 09] on p. 6 [BAYCORP01960806] state:

"As we begin to target the diabetic population for treatment of hyperlipidemia, we will likely be asked to study potential co-prescribed drugs for drug-drug interactions. Additionally, Avandia and Actos have the potential to **inhibit CYP2C8 in humans**. Bayer has **no** information on what degree of interaction, if any, there would be between cerivastatin and these drugs (CYP2C8 inhibitors). There is also a potential safety issue here if it turned out the interaction were significant (>50%)." (Emphasis present in original).

43. In a recent review, Williams and Feely (2002) stated on p. 351:

"It has been previously suggested that the dual compensatory metabolic pathway for cerivastatin, involving several CYP isoenzymes to different extents, may make cerivastatin less susceptible to becoming involved in metabolic drug-drug interactions, [74] but this has not been borne out in practice." [emphasis added]

## 8. Bayer's Failure to Investigate the Drug Interaction with Gemfibrozil

44. The Bayer scientists had known for some years of the potential for a drug-drug interaction between gemfibrozil and cerivastatin; nevertheless, they made no attempt to investigate the question as to whether the effect is due to a pharmacokinetic mechanism or a pharmacodynamic mechanism, until pressured to do so as the result of certain research results from a non-Bayer research group. This dominant view on the subject at Bayer had been espoused for about 5 years, and was formulated and promulgated primarily by Dr. Mueck, as demonstrated in his statement on p.111 of his recent review article (Mueck, 2000a):

"The potential for a clinically relevant interaction between fibrates and cerivastatin has not been assessed. However, during postmarketing surveillance, patients receiving cerivastatin who experienced rhabdomyolysis and associated renal failure were, in most cases, also taking gemfibrozil [17, 54]. The underlying mechanism for this seroious interaction affecting statins in general is still unknown; [42, 48] the likelihood of a pharmacokinetic interaction being the mechanistic explanation seems to be low for cerivastatin. [55]" [emphasis added]

45. The reference he cited to support his view (i.e. no. 55) is to a 1-page note from 3 physicians. This publication (Guyton et al., 1999) has been cited elsewhere in my report. In my opinion, the Guyton et al. note is devoid of any such support of Dr. Mueck's claim; rather it is simply a restatement of the Bayer paradigm. On the other hand, it is further illustration of the effect of Bayer's public claims for their paradigm on the medical community.

46. That Bayer refused to conduct a study on the possibility that gemfibrozil might cause a change in the pharmacokinetic behavior of cerivastatin is clearly demonstrated in numerous internal memos and other confidential documents from the Bayer Corporation, and from the deposition of Dr. Mueck in this matter on March 24-25, 2003. It also appears that this decision was based primarily on the opinion of Dr. Mueck. It was Dr. Mueck's belief that the adverse drug-drug interaction of gemfibrozil and cerivastatin was the result of a pharmacodynamic interaction, not a pharmacokinetic interaction. It appears that the decision to finally do the study was prompted by a publication from a University of Helsinki research group that appeared in 2000 (Backman et al., 2000), which is discussed below. This is evidenced in Bayer Report PH-31005/2 at p.17 [BAYCORP00485967]:

> "However, based on the recent publication on simvastatin/gemfibrozil reporting a 2-3 fold increase in simvastatin acid exposure at concomitant gemfibrozil co-treatment (Backman et al. 2000), a pharmacokinetic interaction between cerivastatin and gemfibrozil cannot be ruled out any longer. Therefore, this study amied to clarify any mutual pharmacokinetic interaction potential between cerivastatin and gemfibrozil." [emphasis added]

## 9. Dr. Mueck's Rationalization

47. During the course of his deposition in March 2003, Dr. Mueck stated that precedent literature concerning the adverse drug-drug interaction between gemfibrozil and other statins supported his opinion that the interaction was of pharmacodynamic origin, rather than pharmacokinetic. My analysis of some of the publications that Dr. Mueck cited, revealed that they did not support his opinion.

48. Mueck Exhibit 61 is a 1990 article by Pierce et al. (1990) dealing with the subject of rhabdomyolysis from combined gemfibrozil and lovastatin. On p. 74 [BAYCORP00133598] the results on which Dr. Mueck relied were from "an informal study" of 6 patients who were treated with the combination; however, plasma drug levels were not measured. Instead it was indicated that "blood levels of HMG-CoA reductase activity" were measured. The data were obtained by Pierce et al. via a communication from Dr. Turner at MS&D research laboratories. I was surprised that Dr. Mueck placed any significance on such an 'infornal study', particularly since it is doubtful that Dr.Mueck ever had access to the original study description and data.

49. Mueck Exhibit 63 is a 1995 article by Spence et al.(1995) dealing with the absence of a significant pharmacokinetic interaction between gemfibrozil and fluvastatin. Since fluvastatin is known to be metabolized by a CYP isozyme (2C9) that is not utilized by any other statin, including cerivastatin, the results of the study should not have carried much weight in a consideration as to whether all statin-gemfibrozil interactions are of a pharmacodynamic origin.

50. Mueck Exhibit 62 is a 1991 review by Pan of the clinical pharmacology of pravastatin. It states [BAYAG00570921] that: "The coadministration of gemfibrozil or probucol also resulted in no significant changes in the bioavailability of pravastatin." [emphasis added]. My analysis of this publication showed that the results to which the author alludes are not identified, either as a citation to another publication (including internal documents of the Squibb Corporation), or as

new data presented in Pan's publication. Such results must be viewed with skepticism. On the other hand, another publication that appeared in 1994 (Quion and Jones, 1994) made a very different claim on p. 100:

> "In studies undertaken in normal volunteers, the bioavailability of pravastatin was not affected by the coadministration of aspirin, nicotinic acid, gemfibrozil, probucol or warfarin (dosages not specified) [51]. The results of a crossover study of concomitant administration of gemfibrozil and pravastatin have shown that a significant increase in AUC, Cmax and t-max for SQ-31906 occurs in patients receiving the combination compared with those receiving pravastatin alone [28]. It is possible that the increased serum concentrations of the SQ-31906 metabolite are responsible for the increased risk of myopathy in patients receiving combination therapy. However, further research is needed in this area."[emphasis added]

It would appear that Dr. Mueck did not know of this publication, or that he did not like its content.

51. A 1993 publication reported that pravastatin and gemfibrozil in combination appeared to be well tolerated, and did not report that any cases of rhabdomyolysis had ever been documented from its combined use (Wiklund et al., 1993).

52. It is not reasonable to hold the view that a physician/author of a 'case report' concerning rhabdomyolysis arising from coadministration of any statin and gemfibrozil is likely to propose a pharmacokinetic interaction as being the mechanism; thus, it is not surprising that no physician has ever done so. The reason is because it is difficult to imagine being able to obtain from such an afflicted patient, a measurement of the statin drug level that could be employed to do the necessary pharmacokinetic calculation. Such an event would only reasonably occur during clinical trials. Nevertheless, Dr. Mueck used the fact, that no clinical report on the gemfibrozil/cerivastatin interaction had ever suggested that it was pharmacokinetic in mechanism, to support his rationalization, as shown in his memo to Dr. Mazzu dated March 8, 2000 [BAYCORP02706157]:

> "Furthermore, I'm sure you also know that in several PK studies with gemfibrocil and other fibrates together with various statins (atorva, fluva, lova) and in all published case reports on fibrate/statin rhabdomyolysis cases a PK interaction has never been detected nor has been hypothesized as explanation." [emphasis added]

53. In this same Bayer exhibit, Dr. Mazzu stated in his March 17, 2000 memo to Paul MacCarthy that:

> "Here is the answer I got from W. Mueck relating to my suggestion of an interaction study between cerivastatin and gemfibrozil. Wolfgang is not viewing it the same way John Lettieri and I do."

54. It is my opinion that some of Bayer's senior scientists wanted to have a study conducted concerning the effect of gemfibrozil on the pharmacokinetics of cerivastatin, but that Dr. Mueck

vetoed those requests. It is my opinion that Dr. Mueck made a serious mistake in delaying the Bayer study for some years.

## 10. Research from the Univiversity of Helsinki Group

55. In 2000, Dr. Mueck's dominating opinion concerning gemfibrozil within the Bayer organization was shown to be totally incorrect. This was accomplished in a series of publications from academic scientists at the University of Helsinki, who were unaffiliated with the Bayer Corporation.

56. The publication of Backman et al.(2000) was notable for its conclusion (p. 122):

> "Gemfibrozil increases plasma concentrations of simvastatin and, in particular, its active form, simvastatin acid, suggesting that the increased risk of myopathy in combination treatment is, at least partially, of a pharmacokinetic origin. Because gemfibrozil does not inhibit CYP3A4 in vitro, the mechanism of the pharmacokinetic interaction is probably inhibition of non-CYP3A4-mediated metabolsim of simvastatin acid." [emphasis added]

57. The Helsinki group published another paper on the effect of gemfibrozil on lovastatin in 2001 (Kyrklund et al., 2001). The results of that study paralleled those of their study on simvastatin, and led them to conclude (p. 340) that:

> "The increased risk of myopathy observed during concomitant treatment with statins and fibrates may be partially of a pharmacokinetic origin."

58. The response of certain Bayer scientists to the results published by the Helsinki group is evident in a March 9, 2001 memo from Dr. Mazzu to Lawrence Posner regarding "Bay w 6228 / 10497" [BAYCORP01962512 - 3]. In my opinion it demonstrates that Bayer scientists were essentially clueless as to how gemfibrozil might affect the pharmacokinetics of cerivastatin:

> "....The surprise to Wolfgang Mueck and I is, that after watching for years for any information which might indicate the involvement of CYP 3A4 (and even 2C8) and gemfibrozil, we have not found any support for this mechanism of metabolism of gemfibrozil. See the latest abstract below from Backman et al. (CP & T, Aug. 2000). At this point, a potential mechanism for this interaction could involve P-glycoprotein. We have in vitro evidence that cerivastatin is a good substrate for P-glycoprotein (lab of L. Benet, UCSF). We may want to have fenofibrate and gemfibrozil evaluated for their ability to alter the activity of P-glycoprotein. We also know from the Bayer study 10048 that fenofibrate does not alter the PK of cerivastatin (and vice-versa). There obviously must be a major difference between fenofibrate and gemfibrozil."

Dr. Posner's response was, in part:

> "Thank you very much for sharing these results with me. You may be surprised by these data. I am not! (Wolfgang, remember our discussion!)...."