59. As a follow-up to their 2001 in vivo study that had revealed to them that gemfibrozil did indeed have a strong effect on the pharmacokinetics of cerivastatin, Bayer did an in vitro study in early 2001 of the effects of gemfibrozil and fenofibrate on the microsomal metabolism of cerivastatin (Bayer PH-31169). They discovered that gemfibrozil at ~ 50 μM was a good inhibitor of CYP2C8, but not of CYP3A4. On the other hand, Bayer had completed a nearly identical study three years earlier (Bayer PH 27187), in which they had investigated potential drug-drug interactions at the in vitro level by use of human microsomal preparations. For unknown reasons, gemfibrozil had not been included in the earlier study, as evidenced on BAYCORP00403322. This oversight was not only unfortunate, it was surprising to me since gemfibrozil had been selected for earlier in vitro studies of potential pharmacokinetic interactions at the level of plasma protein binding.

60. In 2002, the Helsinki group published their observation that cerivastatin is even more susceptible to the interaction with gemfibrozil than are any of the other statins (Backman et al., 2002). They found that gemfibrozil caused a pronounced increase in the serum concentrations of cerivastatin that averaged 5.6 fold in $AUC_{(0\ to\ \infty)}$, but with one individual displaying a nearly 10-fold increase in AUC. The maximal plasma concentration, $C_{max}$, was increased on average 3-fold, and 8-fold in one subject. Metabolite M-1 AUC was increased on average of 4.3-fold (range 2.2-8.0), while metabolite M-23 was found to be greatly depressed to about 0.22 (range 0.1-0.7). Unlike the study done by Bayer noted above, this group also quantitated cerivastatin lactone, and found that its concentrations also increased (AUC on average of 4.4-fold; range 0.9-6.0-fold), but not quite to the extent as that for cerivastatin.

On p. 690, the authors noted:

"Therefore, when we consider the fact that gemfibrozil seems to have the greatest effect on cerivastatin concentrations, it appears that the main mechanism of statin-fibrate interactions may be pharmacokinetic rather than pharmacodynamic."

On p. 689, the authors alluded to recent studies from the Merck research group:

"It is interesting that in vitro studies published during the final preparation of this article suggested that both uridine diphosphate glucuronyltransferases and CYP enzymes participate in the metabolsim of cerivastatin (acid), simvastatin acid, and atorvastatin acid and that gemfibrozil can inhibit the glucuronidation of these statin acids and the formation of M-23 from cerivastatin."

61. On p.1352 of another publication from the Helsinki group (Wang et al. 2002), the authors cited the basis for their current study:

"The in vitro study of Boberg et al. (1997) suggested that CYP3A4 plays a major role in the metabolism of cerivastatin. However, in vivo investigations have revealed that potent CYP3A4- inhibitors, such as erythromycin and itraconazole increase only slightly plasma concentrations of cerivastatin (Muck et al., 1998b; Kantola et al., 1999). In contrast, gemfibrozil markedly increases the plasma concentrations of cerivastatin and M-1 acid and reduces the concentrations of M-23 acid (Backman et al., 2002)."

62. The results of this study (Wang et al. 2002) showed that gemfibrozil inhibition of M-23 formation by recombinant CYP2C8 occurred with an $IC_{50}$ of 68 µM; while the $IC_{50}$ for inhibition of M-1 formation by CYP2C8 was 78 µM. Gemfibrozil had no significant effect on the formation of M-1 by recombinant CYP3A4. They noted that Wen (2001) had reported the $IC_{50}$ for gemfibrozil inhibition of CYP2C8 to be 69 µM, which is nearly identical to their results for the inhibition of M-23 formation. This in vitro study is one that Bayer scientists *should have conducted* some years earlier, because only cerivastatin was known to be metabolized by CYP2C8. In a summation of their findings, the Helsinki group noted on p. 1355:

> "The current results suggest that the metabolic activity of CYP2C8 in the liver can be inhibited markedly by administration of therapeutic doses of gemfibrozil. Thus, significant drug-drug interactions can be expected when gemfibrozil is coadministered with substrates of CYP2C8, in particular, if the substrates have narrow therapeutic ranges."

63. On p. 1355 (Wang et al. 2002), they also summarized what had become obvious concerning the mechanism for the formation of lactone metabolites, which the Bayer group had always ignored as 'artifacts' :

> "Lactonization is another important metabolic pathway of cerivastatin in humans, as evidenced by the approximate plasma levels of cerivastatin lactone and those of the M-1 and M-23 acid in vivo in humans (Kantola et al., 1999). However, lactonization of parent cerivastatin acid, M-1, and M-23 was negligible in the current in vitro conditions. Quite recently, during the final preparation of this manuscript, formation of the acyl glucuronide of cerivastatin was reported to be a significant metabolic pathway for cerivastatin in vitro (Prueksaritanont et al., 2002a,b). It was therefore assumed that cerivastatin glucuronide, and some other metabolic intermediates of cerivastatin [e.g., acyl-CoA thioester intermediates (Boberg et al., 1998)] may contribute to the formation of cerivastatin lactone in vivo (Prueksaritanont et al., 2002a)."

64. They also proposed on p.1355 (Wang et al. 2002) that:

> "Coadministration of gemfibrozil and cerivastatin acid in vivo may inhibit not only the oxidative metabolism of cerivastatin acid but also the formation of cerivastatin glucuronide or the further metabolism of cerivastatin lactone. This may result in a more prominent inhibition of cerivastatin acid metabolism in vivo than that seen in the in vitro incubations." [emphasis added].

65. The most recent publication from the Helsinki group (Kyrklund et al., 2003) summarized the relative susceptibilities to interaction with gemfibrozil of the three statins they studied to be as follows:

> "Gemfibrozil increases the mean area under the plasma concentration-time curve (AUC) values of cerivastatin, lovastatin acid, and simvastatin acid by 460%, 180%, and 150%, respectively, and considerably greater increases occur in some individuals."

## 11. Glucuronidation in the Metabolism of Cerivastatin

66. In addition to these important contributions of the Helsinki group concerning the interaction of gemfibrozil with statins, and cerivastatin in particular, research on the gemfibrozil interaction with cerivastatin led to the realization that glucuronidation is an important pathway of metabolite formation for some statins, particularly cerivastatin. I have summarized the principle papers that revealed the importance of glucuronidation, not only as a pathway to excretable metabolites, but also as a major pathway for the metabolic production of statin lactones. Contrary to the long-held belief by Bayer scientists, cerivastatin lactone (M-8) is an important metabolite.

67. In 2002, the Merck research group published 3 major articles on the effect of gemfibrozil on the glucuronidation of statins, and that glucuronidation is a major mechanism for the metabolic formation of statin lactones.

68. In Prueksaritanont et al. (2002a), the Merck group noted that recent research from the Helsinki group (Backman, 2000 and Kyrklund, 2001) had demonstrated that gemfibrozil had a strong affect on the pharmacokinetics of both simvastatin and lovastatin. Of particular note, was that the effect was to increase serum levels (both AUC and $C_{max}$) of the open acid forms by ~ 2-4 fold for simvastatin and lovastatin, respectively, but only a minimal affect on the serum concentrations of the parent lactone drugs. Those reports concluded that the gemfibrozil effect was not due to inhibition of CYP3A4 metabolism. Furthermore, the previous publications noted that in those cases when CYP3A4 was strongly inhibited, the change in pattern of exposure to simvastatin and lovastatin was one of increased levels of the prodrugs, which are lactones in the cases of simvastatin and lovastatin, rather than increases in the open acid forms. Such observations are suggestive of the possibility that the gemfibrozil pharmacokinetic interaction with these statins is due to a diminished ability to clear the open acids either by inhibition of transport mechanisms and/or subsequent metabolism of the open acid forms of statins.

69. The authors of the present paper (Prueksaritanont et al. 2002a) also cited their recent observation that simvastatin-acid undergoes glucuronidation in human liver preparations in vitro, and in animals in vitro and in vivo. They hypothesized on p. 1043 that:

> "Therefore, the possibility exists that GFZ, which itself undergoes extensive glucuronidation, might serve as a competitive inhibitor of UDP-glucuronyltransferases (UGT) isoforms and thereby increase the plasma AUC of the active hydroxy acid forms of statins."

Their present paper demonstrated this to be the case. They found that gemfibrozil markedly inhibited the glucuronidation *and* microsomal oxidation of cerivastatin, and that this occurred to a greater extent than the same processes for both simvastatin and atorvastatin. The $IC_{50}$ for the inhibition of cerivastatin glucuronidation was 82 µM, while those for simvastatin and atorvastatin were > 300 µM. The $IC_{50}$ values for gemfibrozil-inhibition of cerivastatin oxidations were 87 µM for M-23 and 220 µM for M-1.

70. On p.1049 (Prueksaritanont et al. 2002a) they stated:

"Interestingly, the oxidation of CVA, which has been shown to be mediated by both CYP3A4 and CYP2C8 (Boberg et al., 1997; Muck, 2000) was found to be markedly inhibited by GFZ in the present human liver microsomal study."

"Because GFZ is not an inhibitor of CYP3A4, the marked inhibition on CVA oxidative metabolism observed in human liver microsomes probably is due to inhibition of CYP2C8 activity by GFZ. In view of the fact that glucuronidation and oxidation are two major metabolic pathways for CVA metabolism in humans, and because CVA undergoes extensive metabolism in humans, the present in vitro metabolism data suggest that CVA would be more prone to metabolic interactions with GFZ in humans than either SVA or AVA. In this regard, it is noteworthy that the incidence of reported cases of severe rhabdomyolysis after combination use of GFZ with CVA, which prompted a recent worldwide withdrawal of CVA from the market, is greater than that for the first-generation statins SV and LV (Farmer, 2001)." [emphasis added]

71. These authors (Prueksaritanont et al. 2002a) also reported that the process of glucuronidation is a major mechanism by which statin open acids are converted to their lactone forms, as evident on p. 1048:

"Considering that SVA glucuronide is converted readily to SV by spontaneous cyclization in vitro at physiological pH, the decrease in SV levels in both dog plasma and bile also is consistent with an inhibition of SVA glucuronidation by GFZ."

72. The Merck group also studied the glucuronidation of several statins by microsomal preparations (Prueksaritanont et al., 2000b), which is also a study that the Bayer group should have done much sooner, particularly since it appears that glucuronidation is probably more important in the case of cerivastatin than it is for the other statins.

73. In the introduction to this paper (Prueksaritanont et al. 2002b), the authors noted that glucuronide conjugates of statins were first reported as animal metabolites by Boberg in 1998 for the specific case of cerivastatin, and that no other statin had been reported to be converted to glucuronides in any lab animal or human, until Merck's very recent studies, including those described in the present paper. They go on to explain that their studies revealed that simvastatin-acid was metabolized in dogs to give rather high levels of simvastatin-lactone in dog bile, with a lesser amount of simvastatin-glucuronide. On p. 506 they stated:

"Based on these observations, we speculated that acyl glucuronidation might be a common metabolic pathway for statins and that spontaneous cyclization of the resulting conjugate may contribute to the lactonization observed for all statins."

74. The results of their study (Prueksaritanont et al. 2002b) showed that simvastatin and atorvastatin were also metabolized to glucuronides by dog and human liver microsome preparations, when fortified with UDPGA; but that the rates of formation of these statin-

glucuronides were significantly slower than was the same conversion of cerivastatin. In essence, glucuronidation seems to be more important for cerivastatin than for other statins.

75. Bayer scientists knew of the glucuronidation pathway many years ago, even though they didn't publish it until 1998, yet they failed to follow-up on this knowledge. In my opinion, if Bayer scientists had pursued the subject, which most scientists would have done (myself included), then they would have realized the possibility for drug-drug interactions based on competition for the glucuronidating enzymes. It is highly probable that they would have discovered the dangerous, interaction with gemfibrozil before it was discovered following the introduction of their product.

76. Using the more sophisticated in vitro method of hepatocyte cell culture, the Merck group then investigated the metabolism of three statins, including cerivastatin, and also the effects of several fibrates upon the metabolism of the statins (Prueksaritanont et al., 2002c). Their major finding was stated on p.1287:

> "In fact, the finding that both the lactonization and oxidation of CVA, while only the lactonization of SVA and AVA was markedly inhibited by GFZ, agrees well with the enhanced susceptibility of CVA, compared to SVA or AVA, to interactions with GFZ (Farmer, 2001)."

The reason the adverse interaction of gemfibrozil is worse for cerivastatin compared to other statins, is because gemfibrozil is an effective inhibitor of both CYP2C8 and glucuronidation. Of all the recently marketed statins, only cerivastatin relies upon CYP2C8 for oxidative metabolsim.

77. Although drug-drug interactions of a pharmacokinetic nature arise most often because of a competition between two drugs for the same CYP isozyme, it is also well known that competition for the glucuronidating enzymes (uridine diphosphoglucuronyl transferases), often referred to as UGT, can result in drug interactions. This has been extensively reviewed by Lin and Wong (2002), in which they stated on p. 635 of their review:

> "The inhibition and induction of CYP enzymes are the main causes of documented drug interactions, and the CYP-mediated drug interactions continue to be a major concern for clinicians and pharmaceutical industry [139]. However, there is increasing evidence to suggest that drug interactions may involve altered clearance by glucuronidation. Based on the underlying mechanisms, UGT-mediated drug interactions can be classified into the following four types. There are (1) direct inhibition of the UGT enzymes by competition with the substrate, (2) induction of UGT enzymes, (3) alterations of the availability of UDPGA, and (4) inhibition of the excretion of glucuronides, with subsequent hydrolysis of the glucuronides to parent substrate aglycone [140]."

78. Literature precedence existed at the time of Bayer's preclinical investigations on cerivastatin metabolism to suggest this possibility, and Bayer knew that glucuronidation occurred with cerivastatin in humans. In spite of this, Bayer scientists made no attempts to check for this possibility, even though simple experimental methods to do so existed at the time,

including the use of either microsomes (Le Guellec et al., 1995; Soars et al., 2001) or hepatocyte cell culture methods (Lin and Wong, 2002).

79. A recent review article on 'acyl glucuronides' (Sallustio et al., 2000) discussed some aspects of such glucuronides that are of importance to a consideration of the pharmacokinetics of statins, including their interaction with gemfibrozil. They noted that glucuronidation of carboxylic acids tends to favor biliary excretion. In the case of gemfibrozil, it appears that gemfibrozil itself is not excreted into bile, but its glucuronide is. Large molecular weight carboxylic acid-derived drugs tend to show biliary excretion of both the aglycone and the acyl glucuronide; however, in general, the conjugate greatly predominates. That glucuronides might compete for the same 'transporters' provides a potential mechanism for drug-drug interactions. Thus, gemfibrozil may not only compete for the enzymes (glucuronyl transferases) that are necessary for the formation of glucuronide metabolites, its own glucuronide (i.e. gemfibrozil glucuronide) may also compete for the hepatic drug 'transporters' that are required for efficient biliary excretion of other drug-glucuronides, such as those of the statins, and cerivastatin in particular.

## 12. Current Understanding of Cerivastain Metabolism

80. In light of the contributions made by the Helsinki and Merck research groups, a generalized scheme that depicts the metabolic pathways of the currently- known statins is presented in **Figure 1.** The degree to which the various pathways operate is dependant upon the particular statin. The various statins differ considerably with respect to which CYP isozyme is most responsible for phase I oxidative reactions, and there also is considerable variation in the extent to which they undergo glucuronidation. Cerivastatin is known to be metabolized by both CYP3A4 and CYP2C8; however, it now appears that the latter isozyme is of greater importance than CYP3A4. On the other hand, no other statin is known to be significantly metabolized by CYP2C8. It also appears that cerivastatin undergoes glucuronidation more readily than other statins.

81. A very important feature of statin metabolism is that the 'acyl glucuronide' is inherently chemically-reactive, and 'cyclization' to form the corresponding 'lactone' is an expected reaction, as depicted in Figure 1. The 'acyl glucuronide' of cerivastatin (M-8) is also thought to undergo 'rearrangement', which leads to the formation of the much more stable 'ether glucuronides'. These could be important end-products of cerivastatin metabolism that are more readily eliminated as biliary metabolites than are the less water soluble metabolites, M-1 and M-23. In the absence of a normal ability to produce such conjugates, such as might arise due to inhibition by gemfibrozil or other drug that inhibits or competes for the glucuronyl-transferase enzymes, it is likely that the elimination of the drug and its CYP-derived metabolites will be prolonged. It is also possible that genetic variability in the types and amounts of glucuronyl-transferase enzymes (Lin and Wong 2002) could predispose some individuals to being subjected to higher plasma concentrations of cerivastatin relative to the human norm. I was unable to find any information to suggest that Bayer scientists ever considered such possibilities during the development of cerivastatin as a drug.

82. A 'first' consideration of lactone-formation as the result of glucuronidation (Figure 1) might appear to be trivial since other enzymes, and even chemical hydrolysis, can convert the lactone back to the open-acid. However, a major question arises that has not yet been resolved, which is

that the lactone forms of the statins are better substrates for CYP metabolism than are the open-acid forms (Jacobsen et al., 2000). It is not unreasonable to propose that most of the CYP-catalyzed oxidative metabolism in the liver actually occurs with the lactone form of each statin, not the open-acid. If such were true, then it is likely that anything that reduces the concentration of the lactone, *such as inhibition of glucuronidation*, would slow down the clearance of 'total drug' from the body. In turn, this would cause an increase in the plasma concentration of the drug, along with an increased risk of toxicity due to excessive amounts of HMGCoA reductase inhibitors.

## 13. Lactones, Lipophilicity, Penetrability and Plasma Protein Binding

83. Statins are classifiable in one of two groups, on the basis of whether the active ingredient in the pill or capsule is in the 'open acid' or 'lactone' form of the molecule. Those statins that are/were marketed as 'open acid' types are actually formulated as a 'salt' form; and include *cerivastatin* (as its sodium salt), *fluvastatin* (sodium salt), *pravastatin* (sodium salt) and *atrovastatin* (calcium salt). Lactone based products are *simvastatin* and *lovastatin*. These two lactone-based drugs are sometimes referred to as 'prodrugs' because it is necessary for them to be converted to their open acid forms, in order to be able to inhibit the enzyme, HMGCoA reductase. This occurs readily following uptake into the body, particularly in the liver. On the other hand, the open acid based statins can be converted to lactones following uptake into the body.

84. As illustrated in Figure 1, these interconversions between lactone and open-acid forms continue for as long as any amount of the 'drug' remains in the body. They are said to 'be in equilibrium' or 'they equilibrate'. Strictly speaking, such 'equilibration' is not a true chemical equilibrium, because the interconversions are driven primarily by energy-demanding processes present within the various cells of a living organism. The extent to which the equilibrium is established (i.e. which form predominates) is a function of the particular chemical structure of the statin under consideration, and especially upon the biochemical processes that are available to catalyze each change. The existence of such 'equilibrium' processes can become problematic to attempts to study the pharmacokinetics of any drug that possesses such a characteristic. In my opinion, the term 'uncomplicated biopharmaceutical behavior' or similar such terms are not appropriate descriptors in such cases. I believe my opinion is supported by the conclusion of Cheng and Jusko (1993) on p. 750:

> "Moreover, the occurrence of reversible metabolism complicates the traditional meaning of clearance, volume of distribution, bioavailability, and residence times. Thus, studies of a drug undergoing reversible metabolism should include, if possible, separate administration of the drug and its reversible metabolite, and should use an analytical method which permits quantification of both the drug and its reversible metabolite." [emphasis added].

85. The importance of such additional research is even more compelling when the two 'reversible metabolites' possess markedly different physicochemical properties, which is the case for the statins in general. I am unaware of any research conducted by Bayer scientists in which they investigated the pharmacokinetics of cerivastatin-lactone in humans or a suitable animal model. Some examples of missing information, and an explanation as to why this information is important include:

(1) The potential exists for an increased exposure of muscle cells to cerivastatin as the result of an increased ratio of lactone/open-acid relative to the norm, such as might arise in situations in which the drug interaction results in increased concentrations of the lactone form, as was reported for the interaction of itraconazole with cerivastatin. The lactone form has a much higher lipid solubility than does the open-acid; therefore, it likely has enhanced 'penetrability' relative to the open-acid, and be more capable of entering peripheral sites. Data that are missing from Bayer's studies, that I have reviewed, include values for 'volumes of distribution' under conditions of 'altered' metabolism, such as occur during drug interactions, genetic deficiencies, and certain diseases.

(2). The effects of an increased ratio of lactone/open-acid on plasma protein-binding could be significant, in that exposure of peripheral tissues to cerivastatin is expected to increase as plasma protein-binding decreases. I was unable to find any data, among the Bayer documents that I examined, concerning the plasma protein binding of the lactone form of cerivastatin. I did find from a literature examination, that the lactone form of lovastatin has only about one-half the degree of protein binding as its open-acid form (Duggan et al., 1989). This suggests that the lactone form of cerivastatin might also be less protein-bound than the open-acid, and thus more available for penetration into peripheral tissues.

(3). The effect of processes that decrease the ratio of lactone/free acid upon hepatic clearance of cerivastatin are not known. However, on the basis of precedent literature, it is likely that they will decrease the rate of hepatic oxidation of cerivastatin. An example is the study of Jacobson et al., (2000) which investigated the kinetics of metabolism of both atorvastatin and atorvastatin-lactone with human liver cytochrome enzymes. They found that while both were metabolized by CYP3A4, the lactone form was metabolized 83-times and 20-times faster to the para and ortho hydroxy metabolites, respectively, than was atorvastatin.

86. In an internal memo of the former Miles Corporation dated August 10, 1992, Dr. George Krol expressed his opinion concerning cerivastatin [BAYCORP01485731]:

"In view of the concern about animal toxicology results and possible formulation problems that were mentioned during the last (July 22, 1992) project meeting, I have suggested during this meeting that it may be appropriate to consider the lactone of Bay w 6228 as a prodrug alternative to Bay w 6228. The lactone prodrug may have similar efficacy but lower peripheral toxicity."

"Since the potential toxic effect of Bay w 6228 may be attributed to its relatively high bioavailability, longer hepatic residence time and lower bioavailability of Bay w 6228 lactone will yield considerably lower concentration of Bay w 6228 in peripheral systemic circulation and thus reduce the potential for toxic effects. Furthermore, longer residence time of Bay w 6228 in the liver is desirable because liver is the site of action. These may be the reasons that prompted M.S.D. to select the lactone form of lovastatin and simvastatin for the market products."

87. Dr. Krol's last sentence is certainly in line with what Merck (a.k.a. M.S.D.) scientists had noted earlier in the scientific literature, as evidenced on p.144 of Vickers et al.(1990):

"Thus, treatment with SV is more selective than SVA with respect to inhibition of hepatic vs. extrahepatic HMG-CoA reductase."

And on p. 336 of Duggan and Vickers (1990):

"The administration of the lactones SV and LV results in plasma concentrations (AUCs) that are about one order of magnitude less than those achieved by administration of the open forms SVA and LVA."

88. While I agree with Dr. Krol's opinion that Bayer should have investigated the lactone form of cerivastatin as the base drug for their new product, I find greater fault in the fact that Bayer scientists essentially ignored this lactone as being a real metabolite of cerivastatin. It is, in my opinion, a major fault in Bayer's research program on cerivastatin.

89. For a period of about one year, Bayer scientists actually referred to several of the possible lactones of cerivastatin's CYP-metabolites as being 'metabolites', as evidenced in the "Investigator's Brochure Version No. 8" (Ziegler, 1996). My examination of such "brochures" (Nos. 4 through 12) revealed that the lactones (M-22 and M-31) of M-1 and M-23, respectively, were depicted as metabolites in figure 2: ["Metabolic Pathways of Cerivastatin (Bay w 6228) in Man"] of Version No. 8 [BAYCORP00261201], but were absent from subsequent Versions 9-12. My **Figure 2** contains a reproduction of the metabolic pathways for cerivastatin in 1996, and for comparison, **Figure 3** contains a reproduction of the metabolic pathways for cerivastatin as claimed by Bayer in subsequent years, at least until February, 2001.

90. In the *Clinical Pharmacology and Biopharmaceutics Review* of Bayer's NDA for Baycol, Dr.Carolyn Jones noted in the 'synopsis' on p. 2:

"....Cerivastatin has been shown to be metabolized by CYP3A4; however, other pathways have not been ruled out. The metabolic pathways for the metabolites were not elucidated."

Even though my copy of this document had been heavily edited, I concluded and hold the opinion that the "metabolic pathways" as presented in my Figure 2 is what Bayer presented to the FDA in their NDA. I was not able to determine if Bayer ever advised the FDA that they had 'revised' their metabolic scheme (to that depicted in my Figure 3), about one year after their NDA submission.

## C. Statement of Major Opinions

1. It is my opinion that the Bayer Corporation made false claims concerning the safety of their product Baycol® (cerivastatin sodium).

A. They claimed that cerivastatin was almost an 'ideal' statin according to accepted criteria, when in fact they distorted any reasonable interpretation of the criteria.

B. They claimed that cerivastatin was inherently safer than other statins because its metabolic disposition involved 'dual metabolic pathways'.

C. They claimed that cerivastatin had an 'uncomplicated biopharmaceutical profile'.

2. It is my opinion that the scientific research conducted by Bayer scientists concerning the pharmacokinetic properties of cerivastatin was defective in design and execution.

A. They failed to recognize that the lactone forms of cerivastatin were metabolites of cerivastatin.

B. They failed to recognize that the formation of glucuronide metabolites of cerivastatin was an important metabolic pathway.

C. They failed to recognize that the metabolic formation of the 'acyl glucuronides' of cerivastatin and its phase I metabolites was a major process that resulted in the formation of the lactones.

D. They failed to conduct appropriate research to determine if inhibitors of CYP2C8 might result in drug-drug interactions with cerivastatin.

E. They failed to investigate the possibility that drug-drug interactions might occur at the level of glucuronidation

F. They failed to investigate the possibility that the drug-drug interaction between gemfibrozil and cerivastatin was a pharmacokinetic interaction.

3. It is my opinion that much of the pharmacokinetic data generated during, and in support of, Bayer's preclinical investigations was defective because Bayer scientists failed to quantitatively measure the lactone metabolites of cerivastatin.

4. It is my opinion that Dr. Krol's recommendation in 1992, that Bayer pursue development of the lactone form of cerivastatin as the dosage form of their new product, was based on 'sound science'.

I hold these opinions to a reasonable degree of scientific certainty. I reserve the right to amend and/or expand upon my opinions in the event that additional relevant information becomes available.

Michael D. Corbett

Michael D. Corbett, Ph.D.
Consulting Toxicologist
July 28, 2003

**Figure 1**




FIG. 9. *Proposed metabolic pathways of statins.*

Reproduced from
Prueksaritanont et al., Drug Metab. Disp., 30: 505-512, (2002)

Note that both the 'Statin lactone' and the 'Statin open acid' are shown to be metabolized by 'P450s', which are CYP enzymes, such as CYP3A4 and CYP2C8 in the case of cerivastatin. Note also that no 'reverse' to these *Oxidation* pathways is shown for either the 'metabolite lactones' or the 'metabolite open acids'. This is because CYP-catalyzed reactions are irreversible. The same is true for the *spontaneous* conversion of the 'Statin glucuronide' to 'statin lactone'. The conversions that are shown to go 'both' directions can be problematic to a consideration of the pharmacokinetics of some drugs (Cheng and Jusko, 1993).

**Figure 2**




*Metabolic pathways of Cerivastatin (BAY w 6228) in man*

Reproduced from
Investigator's Brochure Version 8
July, 1996
[BAYCORP00261201]

**Figure 3**




*Metabolic pathways of cerivastatin in man*

Reproduced from
Investigator's Brochure Version 12
February 20, 2001
[BAYCORP01509251]

## II. DOCUMENTS AND SCIENTIFIC LITERATURE EXAMINED

### A. Literature and Documents Cited in Section I of Report

**Backman**, J.T., C. Kyrklund, K.T. Kivisto, J-S. Wang and P.J. Neuvonen, "Plasma concentrations of active simvastatin acid are increased by gemfibrozil", Clinical Pharmacology Therapeutics 68: 122-129 (2000).

**Backman**, J.T., C. Kyrklund, M. Neuvonen and P.J. Neuvonen, Gemfibrozil greatly increases plasma concnetrations of cerivastatin. Clinical Pharmacology Therapeutics 72: 685-691 (2002).

**Bayer** Corporation, New Drug Application No. 20-740, March 6, 1997. "Clinical Pharmacology and Biopharmaceutics Review(s)". [Note: document was extensively 'edited', and considerable details had been obviously removed from the text of the document.]

**Bayer** Corporation, New Drug Application No. 020740, June 26, 1996. "Pharmacology Reviews". [Note: document was extensively 'edited', and considerable details had been obviously removed from the text of the document.]

**Bayer** Report No. PH-24824. "Elucidation of the metabolism, determination of the excretion pattern and the excretion balance after a single oral administration of [$^{14}$C]- BAY w 6228. Non-blinded, non-controlled study.", Wingender, Muck, Unger, Goller, Radtke, Rohde and Kuhlmann, ISRN: BAY w 6228/0151, February 22, 1996.

**Bayer** Report No. PH 25040. "[$^{14}$C]BAY w 6228: Biotransformation in humans." Radtke, Kanhai and Karl, ISRN: (none listed), May 8, 1996. [BAYCORP00373412 - 483]

**Bayer** Report No. PH 25087. "Investigation of BAY w 6228 Metabolites in Plasma and Urine. Supplement to the medical research reports on Phase I studies of BAY w 6228:
-Single oral administration of BAY w 6228 300 µg under fasting condition in healthy volunteers in an open, non-randomized study/ Study 5 (#0134). -Multiple dosing of BAY w 6228 300 µg for 7 days in healthy volunteers in an open, non-randomized study/ Study 6 (#0135)".Kawano, Kondo, Okumura, Terashima, Shiraiwa and Matsuki, ISRN: BAY w 6228/0134.0135 (suppl.), May 13, 1996.

**Bayer** Report No. PH 22025 (P). "[C-14]Bay w 6228 - Biotransformation in Beagle Dogs.", Boberg, Karl and Radtke, December 10, 1992 [BAYCORP00604013 - 130].

**Bayer** Report No. PH 24571. "[$^{14}$C]BAY 2 6228: Biotransformation in human liver microsomes *in vitro*. Characterization of primary metabolic pathways and of cytochrome P450 isozymes involved.." Boberg, Angerbauer, Kanhai, Karl, Kern and Radtke, ISRN: (none listed), October 27, 1995.

**Bayer** Report No. PH 25276. "Metabolism of Cerivastatin by Human Liver Microsomes *In Vitro*. Characterization of Primary Metabolic Pathways and of Cytochrome P450 Isozymes involved.", Boberg, Angerbauer, Fey, Kanhai, Karl, Kern, Ploschke and Radtke, July 19, 1996.

**Bayer** Report No. PH 27187. "Cytochrome P450 isozymes involved in the metabolism of cerivastatin in humans.", Radtke, March 3, 1998.

**Bayer** Report No. PH 31005. "...to investigate the influence of a 3-day pre- and co-treatment of gemfibrozil p.o. 66mg bid on the safety, tolerability and pharmacokinetics of BAY w 6228...", Frey, Boix and Muck, May 14, 2001.

**Bayer** Report No. PH 31169. "Inhibitory effect of gemfibrozil and fenofibrate on cerivastatin metabolsim in vitro." Radtke, July 11, 2001.

**Bischoff**, H., Angerbauer, R., Bender, J., Bischoff, E., Faggiotto, A., Petzinna, D., Pfitzner, J., Porter, M. C., Schmidt, D., and Thomas, G., "Cerivastatin: pharmacology of a novel synthetic and highly active HMG-CoA reductase inhibitor". Atherosclerosis 135, 119-130 (1997).

**Bischoff**, H. and A.H. Heller, "Preclinical and clinical pharmacology of cerivastatin" American J. Cardiology 82, 18J-25J (1998).

**Bischoff**, H., Angerbauer, R., Boberg, M., Petzinna, D., Schmidt, D., Steinke, W., and Thomas, G. "Preclinical review of cerivastatin sodium--a step forward in HMG-CoA reductase inhibition". Atherosclerosis 139 Suppl 1:S7-13., S7-13. (1998).

**Boberg**, M., M., R. Angerbauer, P. Fey, W.K. Kanhai, W. Karl, A. Kern, J. Ploschke and M. Radtke, "Metabolism of Cerivastatin by human liver microsomes in vitro. Characterization of primary metabolic pathways and of cytochrome P450 isozymes involved.", Drug Metabolism Disposition, 25: 321-331 (1997).

**Boberg**, M., R. Angerbauer, W.K. Kanhai, W. Karl, A. Kern, M. Radtke and W. Steinke, "Biotransofrmation of Cerivastatin in mice, rats and dogs in vivo.", Drug Metabolism Disposition 26: 640-652 (1998).

**Cheng**, H. and W.J. Jusko, Pharmacokinetics of reversible metabolic systems. Biopharmaceutics Drug Disposition, 14: 721-766 (1993).

**Duggan**, D.E., I.W.Chen, W.F. Bayne, R.A. Halpin, C.A. Duncan, M.S. Schwartz, R.J. Stubbs and S. Vickers, The physiological disposition of lovastatin. Drug Metabolism Disposition 17: 166-173 (1989).

**Duggan**, D.E. and S. Vickers, Physiological disposition of HMG-CoA-reductase inhibitors", Drug Metabolism Reviews 22: 333-362 (1990).

**Everett**, D.W., T.J. Chando, G.C. Didonato, S.M. Singhvi, H.Y. Pan and S.H. Weinstein, "Biotransformation of pravastatin sodium in humans.", Drug Metabolism Disposition 19: 740-748 (1991).

**Food and Drug Administration**, FDA Guidance for Industry. *Drug Meatbolism /Drug Interaction Studies in the Drug Development* Process: Studies in vitro, Rockville, 1997.

**Food and Drug Administration**, FDA Guidance for Industry. *In Vivo Drug Metabolism/Drug Interaction Studies - Study Design, Data Analysis, and Recommendations for Dosing and Labelling*, Rockville, 1998.

**Guyton**, J.R., C.A.Dujovne and D.R. Illingworth, "Dual hepatic metabolism - clarifications.", American J. Cardiology 84: 497 (1999).

**Halpin**, R.A., E.H. Ulm, A.E. Till, P.H. Kari, K.P.Vyas, D.B. Hunninghake, and D.E. Duggan, "Biotransformation of lovastatin V. Species differences in *in vivo* metabolite profiles of mouse, rat, dog and human." Drug Metabolism Disposition 21: 1003-1011 (1993).

**Isaacsohn**, J., Zinny, M., Mazzu, A., Lettieri, J., and Heller, A. H., "Influence of gender on the pharmacokinetics, safety, and tolerability of cerivastatin in healthy adults". European J.Clinical Pharmacology 56, 897-903 (2001).

**Jacobson**, W., B. Kuhn, A. Soldner, G. Kirchner, K.-F. Sewing, P.A. Kollman, L.Z. Benet and U. Christians, "Lactonization is the critical first step in the disposition of the 3-hydroxy-3-methylglutaryl-CoA reductase inhibitor Atorvastatin.", Drug Metabolism Disposition 28: 1369-1378 (2000).

**Kantola**, T., K.T. Kivisto and P.J. Neuvonen, "Effect of itraconazole on cerivastatin pharmacokinetics." European J. Clinical Pharmacology 54: 851-855 (1999).

**Kyrklund**, C., J.T. Backman, K.T. Kivisto, M. Neuvonen, J. Laitila and P.J. Neuvonen, "Plasma concentrations of active lovastatin acid are markedly increased by gemfibrozil but not by benzafibrate." Clinical Pharmacology Therapeutics 69: 340-345 (2001).

**Kyrklund**, C., J.T. Backman, M. Neuvonen and P.J. Neuvonen, "Gemfibrozil increases plasma pravastatin concentrations and reduces pravastatin renal clearance", Clinical Pharmacology Therapeutics 73: 538-544 (2003).

**Le Guellec**, C., B. Lacarelle, P-H. Villard, H. Point, J. Catalin and A. Durand, "Glucuronidation of propofol in microsomal fractions from various tissues and species including humans: Effect of different drugs.", Anesthesia Analgesia 81: 855-861 (1995).

**Lin**, J.H. and B.K. Wong, "Complexities of glucuronidation affecting *in vitro-in vivo* extrapolation.", Current Drug Metabolism 3: 623-646 (2002).

**Mazzu**, A., Lettieri, J., Kaiser, L., Mullican, W., and Heller, A. H., "Influence of age on the safety, tolerability, and pharmacokinetics of the novel HMG-CoA reductase inhibitor cerivastatin in healthy male volunteers", J.Clinical Pharmacology 38, 715-719 (1998).

**Mazzu**, A. L., Lasseter, K. C., Shamblen, E. C., Agarwal, V., Lettieri, J., and Sundaresen, P., "Itraconazole alters the pharmacokinetics of atorvastatin to a greater extent than either cerivastatin or pravastatin", Clinical Pharmacology Therapeutics 68: 391-400 (2000).

**Muck**, W., Ritter, W., Ochmann, K., Unger, S., Ahr, G., Wingender, W., and Kuhlmann, J., "Absolute and relative bioavailability of the HMG-CoA reductase inhibitor cerivastatin", International J.Clinical Pharmacology Therapeutics 35: 255-260 (1997).

**Mück**, W., "Rational assessment of the interaction profile of Cerivastatin supports its low propensity for drug interaction.", Drugs, 56 Suppl.: 15-23 (1998).

**Muck**, W., Ochmann, K., Rohde, G., Unger, S., and Kuhlmann, J., "Influence of erythromycin pre- and co-treatment on single-dose pharmacokinetics of the HMG-CoA reductase inhibitor cerivastatin.", European J.Clinical Pharmacology 53, 469-473 (1998).

**Muck**, W., Unger, S., Kawano, K., and Ahr, G., " Inter-ethnic comparisons of the pharmacokinetics of the HMG-CoA reductase inhibitor cerivastatin.", British J.Clinical Pharmacology 45, 583-590 (1998).

**Mück**, W., K. Ochmann, A. Mazzu and J. Lettieri, "Biopharmaceutical profile of Cerivastatin: a novel HMG-CoA reductase inhibitor.", J. Int. Med. Research 27: 107-114 (1999).

**Muck**, W., Mai, I., Fritsche, L., Ochmann, K., Rohde, G., Unger, S., Johne, A., Bauer, S., Budde, K., Roots, I., Neumayer, H. H., and Kuhlmann, J., "Increase in cerivastatin systemic exposure after single and multiple dosing in cyclosporine-treated kidney transplant recipients.", Clinical Pharmacology Therapeutics 65, 251-261 (1999).

**Mück**, W., "Clinical pharmacokinetics of Cerivastatin.", Clinical Pharmacokinetics, 39: 99-116 (2000a).

**Muck**, W. "Metabolic interactions between mibefradil and HMG-CoA reductase inhibitors: linking in vitro with in vivo information.", British J. Clinical Pharmacology 49: 87-89 (2000b).

**Muck**, W., Frey, R., Unger, S., and Voith, B. (2000). "Pharmacokinetics of cerivastatin when administered under fasted and fed conditions in the morning or evening", International J.Clinical Pharmacology Therapeutics 38, 298-303 (2000).

**Pogson**, G.W., L.H. Kindred and G.G. Carper, "Rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy.", American J. Cardiology 83: 1146 (1999).

**Prueksaritanont**, T., J.H. Lin and T.A. Baillie, "Reply", British J. Clinical Pharmacology 49: 89-90 (2000).

**Prueksaritanont**, T., J.J. Zhao, B. Ma, B.A. Roadcap, C. Tang, Y. Qiu, L. Liu, J.H. Lin, P.G. Pearson and T.A. Baillie, "Mechanistic studies on metabolic interactions between Gemfibrozil and statins", J. Pharmacology Experimental Therapeutics, 301: 1042-1051 (2002a).

**Prueksaritanont**, T., R. Subramanian, X. Fang, B. Ma, Y. Qiu, J.H. Lin, P.G. Pearson and T.A. Baillie, "Glucuronidation of statins in animals and humans: a novel mechanism of statin lactonization.", Drug Metabolism Disposition 30: 505-512 (2002b).

**Prueksaritanont**, T., C. Tang, Y. Qiu, L. Mu, R. Subramanian and J.H. Lin, "Effects of fibrates on metabolism of statins in human hepatocytes.", Drug Metabolism Disposition 30: 1280-1287 (2002c).

**Quion**, J.A.V. and P.H. Jones, "Clinical pharmacokinetics of pravastatin.", Clinical Pharmacokinetics 27: 94-103 (1994).

**Sallustio**, B.C., L. Sabordo, A.M. Evans and R.L. Nation, "Hepatic disposition of electrophilic acyl glucuronide conjugates.", Current Drug Metabolism, 1: 163-180 (2000).

**Soars**, M.G., R.J. Riley, K.A. Findlay, M.J. Coffey and B. Burchell, "Evidence for significant differences in microsomal drug glucuronidation by canine and human liver and kidney.", Drug Metabolism Disposition 29: 121-126 (2001).

**Stein**, E., Isaacsohn, J., Stoltz, R., Mazzu, A., Liu, M. C., Lane, C., and Heller, A. H., "Pharmacodynamics, safety, tolerability, and pharmacokinetics of the 0.8-mg dose of cerivastatin in patients with primary hypercholesterolemia", American J.Cardiology 83, 1433-1436 (1999).

**Vickers**, S., C.A. Duncan, I.W. Chen, A. Rosegay and D.E. Duggan, "Metabolic disposition of simvastatin, a cholesterol-lowering prodrug.", Drug Metabolism Disposition 18: 138-145 (1990).

**von Keutz**, E., and Schluter, G., "Preclinical safety evaluation of cerivastatin, a novel HMG-CoA reductase inhibitor", American J. Cardiology 82: 11J-17J (1998).

**Vormfelde**, S.V., W. Mück, S.M. Freudenthaler, P. Heyen, N. Schmage, J. Kuhlmann, G.A. Müller, U.M. Gundert-Remy and C.H. Gleiter, "Pharmacokinetics of Cerivastatin in renal impairment are predicted by low serum albumin concentration rather than by low creatinine clearance.", J. Clinical Pharmacology 39: 147-154 (1999).

**Wang**, J.-S., M. Neuvonen, X. Wen, J.T. Backman and P.J. Neuvonen, "Gemfibrozil inhibits CYP2C8-mediated Cerivastatin metabolism in human liver microsomes.", Drug Metabolism Disposition, 30: 1352-1356 (2002).

**Wiklund**, O., B. Angelin, M. Bergman, L. Berglund, G. Bondjers et al., "Pravastatin and gemfibrozil alone and in combination for the treatment of hypercholestrolemia.", American J. Medicine 94: 13-20 (1993).

**Williams**, D. and J. Feely, "Pharmacokinetic-pharmacodynamic drug interactions with HMG-CoA reductase inhibitors.", Clinical Pharmacokinetics 41: 343-370 (2002).

**Ziegler**, R., Investigator's Brochure, Version No. 8, "Cerivastatin (Bay w 6228), Hypercholesterolaemia", Bayer, July, 1996.

**B. Additional Scientific Publications That Were Examined**

Billecke, S. D.Draganov, R.Counsell, P.Stetson, C.Watson, C.Hsu and B.N.La Du, "Human

serum paraoxonase (PON1) isozymes Q and R hydrolyze lactones and cyclic carbonate esters", Drug Metabolism Disposition 28:1335-1342 (2000).

Black, A.E., R.N. Hayes, B.D. Roth, P. Woo and T.F. Woolf, "Metabolism and excretion of atorvastatin in rats and dogs", Drug Metabolism Disposition 27: 916-923 (1999).

Bocan, T.M., E.Ferguson, W.McNally, P.D.Uhlendorf, M.S.Bak, P.Dehart, D.R.Sliskovic, B.D.Roth, B.R.Krause, R.S.Newton, "Hepatic and nonhepatic sterol synthesis and tissue distribution following administration of a liver selective HMG-CoA reductase inhibitor, CI-981: comparison with selected HMG-CoA reductase inhibitors", Biochimica Biophysica Acta 1123: 133-144 (1992).

Chong, P.H., J.D.Seeger, C.Franklin, "Clinically relevant differences between the statins: implications for therapeutic selection", American J. Medicine 111: 390-400 (2001).

Christians, U., W.Jacobsen, L.Z.Benet, A.Lampen, "Mechanisms of clinically relevant drug interactions associated with tacrolimus", Clinical Pharmacokinetics 41: 813-851 (2002).

Christians, U., W.Jacobsen, L.C.Floren, "Metabolism and drug interactions of 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors in transplant patients: are the statins mechanistically similar?", Pharmacology Therapeutics 80: 1-34 (1998).

Cohen, L.H., R.E.van Leeuwen, G.C.van Thiel, J.F.van Pelt, S.H.Yap, "Equally potent inhibitors of cholesterol synthesis in human hepatocytes have distinguishable effects on different cytochrome P450 enzymes", Biopharm. Drug Disposition 21: 353-364 (2000).

Corsini, A., S.Bellosta, R.Baetta, R.Fumagalli, R.Paoletti, F.Bernini, "New insights into the pharmacodynamic and pharmacokinetic properties of statins", Pharmacology Therapeutics 84: 413-428 (1999).

Cummins, C.L., W.Jacobsen, L.Z.Benet, "Unmasking the dynamic interplay between intestinal P-glycoprotein and CYP3A4", J. Pharmacology Experimental Therapeutics 300: 1036-1045 (2002).

Dain, J.G., E.Fu, J.Gorski, J.Nicoletti, T.J.Scallen, "Biotransformation of fluvastatin sodium in humans", Drug Metabolism Disposition 21: 567-572 (1993).

Desager, J.P. Y.Horsmans, "Clinical pharmacokinetics of 3-hydroxy-3-methylglutaryl-coenzyme A reductase inhibitors", Clinical Pharmacokinetics 31: 348-371 (1996).

Endo, A., "The discovery and development of HMG-CoA reductase inhibitors", J. Lipid Research 33: 1569-1582 (1992).

Evans, W.E.and H.L.McLeod, "Pharmacogenomics--drug disposition, drug targets, and side effects", New England J. Medicine 348: 538-549 (2003).

Farmer, J.A., "Learning from the cerivastatin experience", Lancet 358: 1383-1385 (2001).

Germershausen, J. I., Hunt, V. M., Bostedor, R. G., Bailey, P. J., Karkas, J. D., and Alberts, A. W., "Tissue selectivity of the cholesterol-lowering agents lovastatin, simvastatin and pravastatin in rats in vivo.", Biochemical Biophysical Research Communications 158, 667-675 (1989).

Greenspan, M. D., Yudkovitz, J. B., Alberts, A. W., Argenbright, L. S., Arison, B.H.,and Smith,J. L., "Metabolism of lovastatin by rat and human liver microsomes in vitro." Drug Metabolism Disposition 16: 678-682 (1988).

Guengerich, F.P., "Cytochrome P-450 3A4: regulation and role in drug metabolism", Annual Reviews Pharmacology Toxicology 39:1-17 (1999).

Guengerich, F.P., "Update information on human P450s", Drug Metabolism Reviews 34: 7-15 (2002).

Hamelin, B.A. and J.Turgeon, "Hydrophilicity/lipophilicity: relevance for the pharmacology and clinical effects of HMG-CoA reductase inhibitors", Trends Pharmacological Science 19: 26-37 (1998).

Igel, M., T.Sudhop, K.von Bergmann, "Metabolism and drug interactions of 3-hydroxy-3-methylglutaryl coenzyme A-reductase inhibitors (statins)", European J. Clinical Pharmacology 57: 357-364 (2001).

Illingworth, D.R. and J.A. Tobert, "A review of clinical trials comparing HMG-CoA reductase inhibitors.", Clinical Therapeutics 16: 366-385 (1994).

Illingworth, D.R. and J.A. Tobert, "HMG-CoA reductase inhibitors", Advances Protein Chemistry 56: 77-114 (2001).

Ishida, F., A.Sato, Y.Iizuka and T.Kamei, "Inhibition of acyl coenzyme A: cholesterol acyltransferase by 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors", Chemical Pharmaceutical Bulletin (Tokyo) 37: 1635-1636 (1989).

Istvan, E.S., "Structural mechanism for statin inhibition of 3-hydroxy-3-methylglutaryl coenzyme A reductase", American Heart J. 144: S27-S32 (2002).

Jacobsen, W., G.Kirchner, K.Hallensleben, L.Mancinelli, M.Deters, I.Hackbarth, K.Baner, L.Z.Benet, K.F.Sewing, U.Christians, "Small intestinal metabolism of the 3-hydroxy-3-methylglutaryl-coenzyme A reductase inhibitor lovastatin and comparison with pravastatin", J. Pharmacology Experimental Therapeutics 291: 131-139 (1999).

Jemal, M. S.Rao, I.Salahudeen, B.C.Chen, R.Kates, "Quantitation of cerivastatin and its seven acid and lactone biotransformation products in human serum by liquid chromatography-electrospray tandem mass spectrometry", J.Chromatogr.B Biomed.Sci.Appl., 736: 19-41 (1999).

Kantola, T., K.T.Kivisto, P.J.Neuvonen, "Erythromycin and verapamil considerably increase

serum simvastatin and simvastatin acid concentrations.", Clinical Pharmacology Therapeutics 64: 177-182 (1998).

Kearney A.S., L.F.Crawford, S.C.Mehta and G.W.Radebaugh, "The interconversion kinetics, equilibrium, and solubilities of the lactone and hydroxyacid forms of the HMG-CoA reductase inhibitor, CI-981", Pharmaceutical Research 10:1461-1465 (1993).

Kim, R.B., "Drugs as P-glycoprotein substrates, inhibitors, and inducers", Drug Metabolism Reviews 34: 47-54 (2002).

Kim, R.B., "Transporters and xenobiotic disposition", Toxicology 181-182: 291-297 (2002).

Kim, R.B., C.Wandel, B.Leake, M.Cvetkovic, M.F.Fromm, P.J.Dempsey, M.M.Roden, F.Belas, A.K.Chaudhary, D.M.Roden, A.J.Wood, G.R.Wilkinson, "Interrelationship between substrates and inhibitors of human CYP3A and P-glycoprotein", Pharm. Research 16: 408-414 (1999).

Koga, T., K.Fukuda, Y.Shimada, M.Fukami, H.Koike, Y.Tsujita, "Tissue selectivity of pravastatin sodium, lovastatin and simvastatin. The relationship between inhibition of de novo sterol synthesis and active drug concentrations in the liver, spleen and testis in rat", European J. Biochemistry 209: 315-319 (1992).

Krol, G.J.,G.W.Beck, W.Ritter, J.T.Lettieri, "LC separation and induced fluorometric detection of rivastatin in blood plasma", J.Pharm.Biomed.Analysis 11: 1269-1275 (1993).

Lennernas, H. and G.Fager, "Pharmacodynamics and pharmacokinetics of the HMG-CoA reductase inhibitors. Similarities and differences", Clinical Pharmacokinetics 32: 403-425 (1997).

McClellan, K.J., L.R.Wiseman, D.McTavish, "Cerivastatin", Drugs 55: 415-420 (1998).

Meyer, U.A., "Pharmacogenetics and adverse drug reactions", Lancet, 356:1667-1671 (2000).

Miller, D.B. and J.D. Spence, "Clinical pharmacokinetics of fibric acid derivatives", Clinical Pharmacokinetics 34: 155-162 (1998).

Okerholm, R.A., F.J. Keeley, F.E. Peterson and A.J. Glazko, "The metabolism of gemfibrozil", Proceedings Royal Society Medicine 69(S2): 11-14 (1976)

Ong, C.E., S.Coulter, D.J.Birkett, C.R.Bhasker, J.O.Miners, "The xenobiotic inhibitor profile of cytochrome P4502C8", British J. Clinical Pharmacology 50: 573-580 (2000).

Pan, H.Y., A.R.DeVault, D.Wang-Iverson, E.Ivashkiv, B.N.Swanson, A.A.Sugerman, "Comparative pharmacokinetics and pharmacodynamics of pravastatin and lovastatin", J. Clinical Pharmacology 30: 1128-1135 (1990).

Paoletti, A., A.Corsini, S.Bellosta, "Pharmacological interactions of statins", Atherosclerosis 3(S): 35-40 (2002).

Pentikainen, P.J., M.Saraheimo, J.I.Schwartz, R.D.Amin, M.S.Schwartz, F.Brunner-Ferber, J.D.Rogers, "Comparative pharmacokinetics of lovastatin, simvastatin and pravastatin in humans", J.Clinical Pharmacology 32: 136-140 (1992).

Plosker, G.L., C.I.Dunn, D.P.Figgitt, "Cerivastatin: a review of its pharmacological properties and therapeutic efficacy in the management of hypercholesterolaemia", Drugs 60: 1179-1206 (2000).

Prueksaritanont, T., B.Ma, C.Tang, Y.Meng, C.Assang, P.Lu, P.J.Reider, J.H.Lin, T.A.Baillie. "Metabolic interactions between mibefradil and HMG-CoA reductase inhibitors: an in vitro investigation with human liver preparations", British J. Clinical Pharmacology 47: 291-298 (1999).

Prueksaritanont, T., B.Ma, X.Fang, R.Subramanian, J.Yu, J.H.Lin. beta-Oxidation of simvastatin in mouse liver preparations, Drug Metabolism Disposition 29:1251-1255 (2001).

Sabordo, L., B.C. Sallustio, A.M. Evans and R.L. Nation, "Hepatic disposition of the acyl glucuronide 1-O-gemfibrozil-beta-D-glucuronide: Effects of clofibric acid, acetaminophen and acetaminophen glucuronide", J. Pharmacology Experimental Therapeutics 295: 44-50 (2000).

Sallustio, B.C., B.A.Fairchild, and P.R.Pannall, "Interaction of human serum albumin with the electrophilic metabolite 1-O-gemfibrozil-beta-D-glucuronide", Drug Metabolism Disposition 25: 55-60 (1997).

Shek, A. and M.J.Ferrill, "Statin-fibrate combination therapy", Annals Pharmacotherapy 35: 908-917 (2001).

Sinzinger, H., F.Chehne, G.Lupattelli, "Oxidation injury in patients receiving HMG-CoA reductase inhibitors: occurrence in patients without enzyme elevation or myopathy", Drug Safety 25: 877-883 (2002).

Sirtori, C.R., "Tissue selectivity of hydroxymethylglutaryl coenzyme A (HMG CoA) reductase inhibitors", Pharmacology Therapeutics 60: 431-459 (1993).

Subramanian, R., X.Fang, and T.Prueksaritanont, "Structural characterization of in vivo rat glutathione adducts and a hydroxylated metabolite of simvastatin hydroxy acid", Drug Metab Disposition 30: 225-230 (2002).

Thompson, P.D., P. Clarkson and R.H. Karas, "Statin-associated myopahthy", J. American Medical Association 289: 1681-1690 (2003).

Tucker, G.T., "The rational selection of drug interaction studies: implications of recent advances in drug metabolism", Int.J.Clinical Pharmacology Ther. Toxicology 30: 550-553 (1992).

van Vliet, A.K., G.C.van Thiel, R.H.Huisman, H.Moshage, S.H.Yap, L.H.Cohen, "Different effects of 3-hydroxy-3-methylglutaryl-coenzyme A reductase inhibitors on sterol synthesis in

various human cell types", Biochim.Biophys.Acta 1254: 105-111 (1995).

Vu, T.H., M.Hirano, S.DiMauro, "Mitochondrial diseases", Neurology.Clinics 20: 809-839 (2002).

Wandel, C., R.B.Kim, F.P.Guengerich and A.J.Wood, "Mibefradil is a P-glycoprotein substrate and a potent inhibitor of both P-glycoprotein and CYP3A in vitro", Drug Metabolism Disposition 28: 895-898 (2000).

Vickers, S., C.A. Duncan,K.P. Vyas, H. Kari, B. Arison, S.R. Prakash, H.G. Ramjit, S.M. Pitzenberger, G. Stokker and D.E. Duggan, "In vitro and in vivo biotransformation of simvastatin, an inhibitor of HMG CoA reductase.", Drug Metabolism Disposition 18: 476-483 (1990).

Wang, R.W., P.H.Kari, A.Y.Lu, P.E.Thomas, F.P.Guengerich, K.P.Vyas, "Biotransformation of lovastatin. IV. Identification of cytochrome P450 3A proteins as the major enzymes responsible for the oxidative metabolism of lovastatin in rat and human liver microsomes", Archives Biochemistry Biophysics 290: 355-361 (1991).

Wils, P., A. Warnery, V. Phung-ba, S. Legrain and D. Scherman, "High lipophilicity decreases drug transport across intestinal epithelial cells.", J. Pharmacology Experimental Therapeutics 269: 654-658 (1994).

Worz, C.R. and M.Bottorff, "The role of cytochrome P450-mediated drug-drug interactions in determining the safety of statins", Expert Opinion Pharmacotherapy 2: 1119-1127 (2001).

**C. List of Defendant's Documents That Were Examined**

**Bayer** AG, "Expert Statement Clinical Pharmacology: Cerivastatin Sodium", Mueck and Ahr, February 10, 2000.
[BAYAG00608598]

**Bayer** Corporation New Drug Application No. 20-740 (various dates), Sections on "Clinical Pharmacology and Biopharmaceutics Reviews" and "Pharmacology Reviews".

**Bayer** Report No. PH 24355. "[$^{14}$C]BAY w6228. Pharmacokinetics of total radioactivity in female beagle dogs." Steineke, Ahr, Goller and Siefert, ISRN: (none listed). June 10, 1995.
[BAYCORP00301050]

**Bayer** Pharma Report No. 21776 (P). "[$^{14}$C]BAY w 6228. Study of the enterohepatic circulation in male rats." Ahr, Radtke and Steinke, ISRN: (none listed). July 15, 1992.
[BAYCORP00602895]

**Bayer** Report No. R-7929. "Studies on the Metabolism of BAY w 6228 in Rhesus Monkeys. Study No.: SBL96-33." Amano, ISRN: (none listed), January 22, 2001. [BAYCORP00503048]

**Bayer** Report No. 22025 (P). "[$^{14}$C]BAY w 6228 - Biotransformation in Beagle dogs."Boberg,

Karl and Radtke, ISRN: (none listed), December 12, 1992. [BAYCORP00604013]

**Bayer** Report No. PH 254499. "[$^{14}$C]BAY w 6228: Biotransformation in rats." Radtke, Angerbauer, Boberg and Karl, ISRN: (none listed), April 4, 1995. [BAYCORP00313128]

**Bayer** Report No. PH 25010. [$^{14}$C]BAY w 6228: Biotransformation in mice (B6C3F1)." Radtke, Kanhai, Karl and Kern, ISRN: (none listed), April 25, 1996. [BAYCORP00370948]

**Bayer** Report No. 22913. [$_{14}$C]BAY w 6229: Stereochemical Purity of the Drug in Rat and Dog Bile." Boberg, ISRN: (none listed), February 10, 1994.[BAYCORP00605995]

**Bayer** Report No. 20067 (P). "[$^{14}$C]BAY w 6228: Plasma protein binding and erythrocyte/plasma partitioning in vitro in rat, dog and man." Ahr, ISRN: (none listed), March 6, 1991. [BAYCORP00599465]

**Bayer** Report No. R-7999. BAY 2 6228 (Cerivastatin: Method Validation for the Determination of the Metabolite BAY 2 5679 in Plasma of Rats, Dogs and Humans." Fischer, ISRN: (none listed), July 17, 2001. [BAYCORP00503120]

**Bayer** Report No. PH 24791. "Bioanalytical methods for the determination of BAY w 6228 and its metabolites BAY w 5679, BAY 17-5111 and BAY 19-3103 in human plasma and urine." Rohde, ISRN: (none listed), February 15, 1996. [BAYCORP00351970]

**Bayer** Report No. PH-29129. "Cerivastatin" Investigation on the Stability of the Human Metabolite M23 (BAY 17-5111) in Plasma and Binding to Plasma Proteins in Humans, Rats and Dogs *in Vitro*." Steinke, Beckermann and Witt-Laido, ISRN: (none listed), September 8, 1999. [BAYCORP00630513]

**Bayer** Report No. PH-24619. Synthesis of M 23 (BAY 17-5111) - main human metabolite of BAY-W6228." Angerbauer, Fey and Ploschke, ISRN: (none listed), November 21, 1995. [BAYCORP00615456]

**Bayer** Report No. 94-R010. "Investigation on Manufacturing Method of Bay w 6228 Tablets for Clinical Sample Manufacture in Shiga (Technology Transfer of Bay w 6228 Tablets No. 3). Otsuki and Maegata, ISRN: (none listed), June 7, 1994. [BAYCORP00299222]

**Bayer** Report No. PH-31169. "Inhibitory effect of gemfibrozil and fenofibrate on cerivastatin metabolism in vitro." Radtke, ISRN: (none listed), July 11, 2001. [BAYCORP00496686]

**Bayer** Report No. PH-29927/1. "A single-center, randomized, non-blind, controlled three-way crossover interaction study to investigate the mutual influence of concomitantly administered single oral doses of 200 mg fenofibrate (micronized, Lipidil®) and 0,8 mg BAY w 6228 (cerivastatin sodium Lipobay®) on the pharmacokinetics, safety and tolerability of each drug in 24 healthy male volunteers." Adelmann, Boix and Mueck, ISRN: BAY-W6228-010048, May 25, 2000. BAYCORP00452439]

**Bayer** Report No. PH-29927/2. "A single-center, randomized, non-blind, controlled three-way crossover interaction study to investigate the mutual influence of concomitantly administered single oral doses of 200 mg fenofibrate (micronized, Lipidil®) and 0,8 mg BAY w 6228 (cerivastatin sodium, Lipobya®) on the pharmacokinetics, safety and tolerability of each drug in 24 healthy male volunteers." Adelmann, Boix and Mueck, ISRN: BAY-W6228-010048, May 25, 2000. [BAYCORP00452453]

**Bayer** Report No. R-7061. "Investigation of the pharmacokinetic interaction between mibefradil and cerivastatin in healthy subjects." Van Giersbergen, Hovens and Bullingham, ISRN: M 30141 (CPR 97-9227), March 6, 1998. [BAYCORP00674231]

**Bayer** Report No. R-8055. "Studies of $^{14}$C-cerivastatin in vitro to investigate the potential for drug-drug interactions in man." Cooke, ISRN: (none listed), October 9, 2001. BAYCORP00503201]

**Bayer** Report No. PH-31049. "Single-centre, randomised, double-blind parallel group study investigating the effect of cerivastatin sodium 0.4 mg vs. placebo on factors potentially involved in the pathogenesis of the metabolic syndrome and phenotype of blood monocytes in hyperlipidaemic patients with impaired glucose metabolism." Park and Westermeier, ISRN: BAY-W6228-000081, May 25, 2001. [BAYCORP00644342]

**Bayer** Report No. PH-26938. "Clinical Evaluation of BAY w 6228, a New HMG-CoA Reductase Inhibitor, in the Long-Term Treatment of Hyperlipidemia: Effect on Serum Lipids and Steroid Hormones." Matsuzawa, Katsuki and Ziegler, ISRN: BAY-W6228-0141, December 15, 1997. [BAYCORP00624824]

**Bayer** Report No. PH-26934. "Effects of BAY w 6228 on Biliary Lipid Metabolism in Patients with Hyperlipidermia." Tazuma, Katsuki and Ziegler, ISRN: BAY-W6228-0130, December 12, 1997. [BAYCORP00624579]

**Bayer** Report No. MMRR-1377. "A Placebo-controlled, Double-blind Parallel Group 6-Month Study of the Effect of BAY w 6228 300μg or Lovastatin 40mg Once Daily on Semen Production and Adrenal and Reproductive Hormone Function in Male Patients with Hypercholesterolemia." Ripa, Altavilla, Kelly and Whalen, ISRN: BAY w6228-0152, December 20, 1996. [BAYCORP00558092]

**Bayer** Report No. R 6235. "A controlled double-blind, parallel group, multiple-dose study of the safety, tolerability and pharmacokinetics of the HMG-CoA reductase inhibitor BAY w 6228 in young vs elderly volunteers." Mazzu, Lettieri, Heller, Collins, Kaiser, Birkett and Hogan, ISRN: BAY w 6228/0114 (D91-025-01), February 2, 1994. [BAYCORP00670715]

**Bayer** Report No. MMRR1215. "A Double-Blind Placebo-Controlled Dose Scheduling Study of BAY w 6228 in Doses of 100μg Twice Daily with Breakfast and Dinner Compared to 200μg Once Daily with Dinner or at Bedtime in Patients with Hypercholesterolemia." Allenby, Perrelli and Whalen, IARN: BAYw6228/0111, February 7, 1995. [BAYCORP00503283]

**Bayer** Report No. 1319. "A Study to Evaluate the Bioequivalence of a 100µg BAY w 6228 Tablet )Lyophilized Drug Substance/US) vs. a 100µg BAY w 6228 Tablet (Lyophilized Drug Substance/Germany) vs. a 100µg BAY w 6228 Tablet (Lactose Derived/Germany)." Mazzu, Lettieri and Cole, ISRN: BAY w 6228/0152, January 15,1996. [BAYCORP00550104]

**Bayer** Report No. 1334. "A Study to Evaluate the Dose Proportionality of 100µg, 200µg, and 300µg BAY w 6228 Tablets." Mazzu, Lettieri and Fiebach, ISRN: BAY w 6228/0154, May 6, 1996. [BAYCORP0055768]

**Bayer** Report No. 1344. "A Study to evaluate the Dose Proportionality of 50 µg and 100 µg BAY w 6228 Tablets and the Dose Strength Equivalence of One 100µg versus Two 5-µg BAY w 6228 Tablets." Mazzu, Lettieri and Cole, ISRN: 0155, May 10 1996. [BAYCORP00679604]

**Bayer** Report No. PH-26767. "Investigation of the dose proportionality of 200µg and 400µg tablets and of the dose equivalence of two 200µg tablets and one 400µg tablets BAY w 6228 in a randomised, non-blind threefold crossover study with single administration in 24 healthy male volunteers." Ochmann, Unger and Mueck, ISRN: BAY-W6228-0159, October 28, 1997. [BAYCORP00623901]

**Bayer** Report No. PH-26939. "Long-term Trial of a New HMG-CoA Reductase Inhibitor, BAY W 6228, in Patients with Heterozygous Familial Hypercholesterolemia (long-term extension of study 0131)." Morisaki, Katsuki and Ziegler, ISRN: BAY-W6228-0140, December 15, 1997. BAYCORP00624909]

**Bayer** Report No. PH-26940. "The Clinical Effect of Novel HMG-Co-A Reductase Inhibitor, BAY w 6228, on Hyperlipidemia in Diabetic Patients." Amano, Katsuki and Ziegler, ISRN: BAY-W6228-0144, December 15, 1997. [BAYCORP00624970]

**Bayer** Report No. PH-26941. "Clinical Study of BAY w 6228, a New HMG-CoA Reductase Inhibitor, in the Long-term Treatment of Hyperlipidemia: Comparison between the Elderly and Younger Subjects (No. 1)." Nakaya, Katsuki and Ziegler, ISRN: BAY-W6228-0147, December 15, 1997. [BAYCORP00625005]

**Bayer** Report No. PH-26933. "Clinical Study of BAY w 6228, a New HMG-CoA Reductase Inhibitor, in the Long-term Treatment of Hyperlipidemia: Comparison between the Elderly and Younger Subjects (No. 2)." Nakaya, Katsuki and Ziegler, ISRN: BAY-W6228-0147, December 12, 1997. [BAYCORP00624518]

**Bayer** Report No. PH-27695/1. "Randomized, non-blind, three-way crossover study to investigate the dose proportionality of 400 µg and 800 µg tablets of BAY w 6228 (Cerivastatin) as well as the bioequivalence of 2 x 400 µg tablet and 800 µg tablet of BAY w 6228 (Cerivastatin) after single, oral administration in 24 healthy volunteers." Schuehly, Unger, Mueck and Wingender, ISRN: BAY-w6228-0183, July 21, 1998. [BAYCORP00628105]

**Bayer** Report No. PH-27695/2. "Randomized, non-blind, three-way crossover study to investigate the dose proportionality of 400 µg and 800 µg tablets of BAY w 6228 (Cerivastatin)

as well as the bioequivalence of 2 x 400 µg tablet and 800 µg tablet of BAY w 6228 (Cerivastatin) after single, oral administration in 24 healthy volunteers." Schuehly, Unger, Mueck and Wingender, ISRN: BAY-w6228-0183, July 21, 1998. [BAYCORP00628119]

**Bayer** Report No. MMRR-1536/1. "Module 1: A Randomized, Double-Blind, Parallel Group Evaluation of Cerivastatin 0.8mg Compared to Cerivastatin 0.4mg and Placebo Once Daily in Patients with Hypertriglyceridemia." Tota, Altavilla, Sorensen and Shan, ISRN: BAY-W6228-100180, September 18, 2000. [BAYCORP00868257]

**Bayer** Report No. MMRR-1536/2. "Module 2: A Randomized, Double-Blind, Parallel Group Evaluation of Cerivastatin 0.8mg Compared to Cerivastatin 0.4mg and Placebo Once Daily in Patients with Hypertriglyceridemia." Tota, Altavilla, Sorensen and Shan, ISRN: BAY-W6228-100180, September 18, 2000. [BAYCORP00868270]

**Bayer** Report No. MMRR-1536/4. "Module 4: A Randomized, Double-Blind, Parallel Group Evaluation of Cerivastatin 0.8mg Compared to Cerivastatin 0.4mg and Placebo Once Daily in Patients with Hypertriglyceridemia." Tota, Altavilla, Sorensen and Shan, ISRN: BAY-W6228-100180, September 18, 2000. [BAYCORP00871642]

**Bayer** Report No. MMRR-1576/3. "Module 3: An Open-Label Study to Evaluate the Single-and Multiple-Dose Pharmacokinetics of 0.4 Cerivastatin in Children and Adolescents with Heterozygous Familial Hypercholesterolemia." Rajagopalan, Mazzu, Sundaresan and Xia, ISRN: BAY-W6228-100194, June 11, 2001. [BAYCORP00891437]

**Bayer** Report No. MMRR-1576/2. "Module 2: An Open-Label Study to Evaluate the Single-and Multiple-Dose Pharmacokinetics of 0.4 Cerivastatin in Children and Adolescents with Heterozygous Familial Hypercholesterolemia." Rajagopalan, Mazzu, Sundaresan and Xia, ISRN: BAY-W6228-100194, June 11, 2001. [BAYCORP00890786]

**Bayer** Report No. PH-25987. "A multinational, multicentre, randomised, double blind study of BAY w 6228 at doses of 100 µg, 200 µg and 300 µg once daily, compared with gemfibrozil 600 mg twice daily, and with placebo, in the treatment of primary and mixed hyperlipidaemia." Megnien, Manigault and Oberkampf, ISRN: BAY-W6228-0132, February 17, 1997. [BAYCORP00388181]

**Bayer** Report No. PH-31394. "BAY w 6228 (Cerivastatin) Phase III Dose Response Study in Hyperlipidemic patients." Tajiri, Koshimizu and Nakajima, ISRN: BAY-W6228-300031, October 10, 2001. [BAYCORP00644602]

**Bayer** Report No. PH-31352. "A pooled evaluation of the overall efficacy and safety profile of cerivastatin in the dose range of 100 µg to 800 µg." Schmage, Catagay, Petrowitsch and Weber-Sperschneider, ISRN: (not listed), Septermber 12, 2001. [BAYCORP00499066]

**Bayer** Report No. 23081. "[$^{14}$C]BAY w 6228. Estimation of the expected radiation exposure in a study in man according to §41 of the German Radiation Protection Ordinance." ISRN: (none listed), May 30, 1994. [BAYCORP00606425]

**Bayer** Report No. PH 23081 A. "[$^{14}$C]BAY w 6228. Estimation of the expected radiation exposure in a study in man according to § 41 of the German Radiation Protection Regulation Amendment: Retrospective Estimation (Study BAY w 6228/0151)." Ahr and Goller, ISRN: (not listed), July 17, 1995. [BAYCORP00299889]

**Bayer** Report No. PH 25062. "A randomised, double-blind, parallel group comparison study to compare the efficacy of BAY w 6228 to placebo in the treatment of patients with familial hypercholesterolaemia (Period A and B)." Anderson, Fuller, Marais, Norenberg and Sprenger, ISRN: BAY w 6228/0139, May 10, 1996. [BAYCORP00381784]

**Bayer** Report No. PH 31298. "Toxicity of lipid lowering drugs in primary skeletal muscle cells in vitro." Wasinska-Kempka and Ahr, ISRN: (not listed), August 28, 2001. [BAYCORP00644571]

**Bayer** Report No. MMRR-1516/1. "A Randomized, Three-Way Crossover Study of the Pharmacokinetic Interaction Between Itraconazole and 0.8 mg Cerivastatin, and 20 mg Atorvastatin, and 40 mg Pravastatin." Mazzu, Emir, Sundaresan and MacCarthy, ISRN: BAY-W6228-100192, January 26, 1000. [BAYCORP00863543]

**Bayer** Report No. MRC-00973. "A Randomized, Three-way Crossover Study of the Pharmacokinetic Interaction between Itraconazole and 0.8 mg Cerivastatin, and 20 mg Atorvastatin, and 40 mg Pravastatin." Mazzu, Lettieri and Sundaresan, ISRN: BAY-W6228-100192, September 14, 1999. [BAYCORP00891962]

**Bayer** Report No. MRC-00969. "Summary of Pharmacokinetics From Study 100192: Cerivastatin-Itraconazole/Pravastatin-Intraconazole Interaction." Mazzu, Lettieri and Sundaresan, ISRN: (not listed), August 13, 1999. [BAYCORP00891624]

**Bayer** Report No. MMRR-1445/1. "A Study to Evaluate the Potential Reciprocal Interaction Between Cerivastatin and Itraconazole in Hypercholesterolemic Patients." Mazzu, Lettieri, Balser, Liu and Sundaresan, ISRN: BAU-W6228-0181, March 2, 1998. [BAYCORP00564793]

**Bayer** Report No. PH-31169. "Inhibitory effect of gemfibrozil and fenofibrate on cerivastatin metabolism in vitro." Radtke, ISRN: (not listed), July 11, 2001. [BAYCORP00496686]

**Bayer** Report No. PH-31005/1. "Module 1: Randomized, non-blinded, non-placebo-controlled, 2-fold cross-over study to investigate the influence of a 3-day pre- and co-treatment of gemfibrozil p.o. 600mg bid on the safety, tolerability and pharmacokinetics of BAY w 6228 (Cerivastatin sodium) after a single oral dose of 0.2mg BAY w 6228 in comparison to a single oral dose of 0.2mg BAY w 6228 alone in healthy male subjects." Frey, Boix and Muck, ISRN: BAY-W6228-010497, May 14, 2001. [BAYCORP00485930]

**Bayer** Report No. PH-31005/2. "Module 2: Randomized, non-blinded, non-placebo-controlled, 2-fold cross-over study to investigate the influence of a 3-day pre- and co-treatment of gemfibrozil p.o. 600mg bid on the safety, tolerability and pharmacokinetics of BAY w 6228 (Cerivastatin sodium) after a single oral dose of 0.2mg BAY w 6228 in comparison to a single oral dose of 0.2mg BAY w 6228 alone in healthy male subjects." Frey, Boix and Muck, ISRN:

BAY-W6228-010497, May 14, 2001. [BAYCORP00485948]

Bayer Report No. PH-31005/3. "Module 3. Randomized, non-blinded, non-placebo-controlled, 2-fold cross-over study to investigate the influence of a 3-day pre- and co-treatment of gemfibrozil p.o. 600mg bid on the safety, tolerability and pharmacokinetics of BAY w 6228 (Cerivastatin sodium) after a single oral dose of 0.2mg BAY w 6228 in comparison to a single oral dose of 0.2mg BAY w 6228 alone in healthy male subjects." Frey, Boix and Muck, ISRN: BAY-W6228-010497, May 14, 2001. [BAYCORP00486631]

**Benefit-Risk Evaluation** Report. CIOMS IV. "Cerivastatin Sodium." Weidmann and Sprenger, ISRN: (not listed), September 13, 2001. [BAYAG00611914]

**Investigator's Brochure** Version No. 4 (Miles). "BAY w 6228 Hypercholesterolaemia." Ziegler, ed., May, 1993. [BAYCORP00212942]

**Investigator's Brochure** Version No. 6 (Bayer/Miles). "Cerivastatin (BAY w 6228) Hypercholesterolaemia." Ziegler, ed., January, 1995. [BAYCORP00261290]

**Investigator's Brochure** Version No. 8 (Bayer). "Cerivastatin (BAY w 6228) Hypercholesterolaemia." Ziegler, ed., July, 1996. [BAYCORP00261155]

**Investigator's Brochure** Version No. 12 (Bayer). "Cerivastatin BAY w 6228 HMG-CoA Reductase Inhibitor." Schmied, ed., February 20, 2001. [BAYCORP01509228]

**Investigator's Brochure** Version No. 11 (Bayer). "Cerivastatin BAY w 6228 HMG-CoA Reductase Inhibitor." Bornemann, ed., January 19, 2000. [BAYCORP01384982]

**Investigator's Brochure** Version No. 7 (Bayer). "Cerivastatin (BAY w 6228)." [BAYCORP00261079]

**Investigator's Brochure** Version No. 10 (Bayer). "Cerivastatin Sodium (BAY w 6228) Hypercholesterolaemia." Schopen, et al., ed., November, 1998. [BAYCORP01358291]

**Investigator's Brochure** Version No. 9 (Bayer). "Cerivastatin (BAY w 6228) Hypercholesterolaemia." Ziegler, ed., June, 1997. [BAYCORP01344460]

**Mazzu**, A., "Exhibits" (07/09/03).

**Mueck**, W., "Deposition" and "Exhibits" Vols. 1 (03/24/03) and 2 (03/25/03).

**Periodic Safety Update** Report, "Cerivastatin Tablet", March 1, 1999 to August 31, 1999 [BAYCORP01056193]

**Periodic Safety Update** Report, "Cerivastatin", September 1, 2000 to February 28, 2001. [BAYCORP01454903]

**Periodic Safety Update** Report, "Cerivastatin", March 1, 2000 to August 31, 2000. [BAYCORP01442636]

**Periodic Safety Update** Report, "Cerivastatin Tablet", March 1, 1998 to August 31, 1998 [BAYCORP01435778]

**Physician's Desk Reference**, "Baycol®", Monographs for the years 1998 to 2001.

**Rodricks**, J.V., "Expert Witness Report", April 29, 2003.

**Tackett**, R.L., "Expert Witness Report".

## III. STATEMENT OF EXPERT QUALIFICATIONS

I received the degree of Doctor of Philosophy in Medicinal Chemistry from the University of Kansas in 1970. Medicinal chemistry is an interdisciplinary science dealing with the design and development of therapeutic agents. It is a discipline that utilizes the basic sciences of organic chemistry, biochemistry, and pharmacology. The drug development aspect of medicinal chemistry is especially involved in the subdiscipline of pharmacology known as pharmacokinetics. Pharmacokinetics involves the investigation of the absorption, distribution, metabolism and excretion of drugs and other chemicals in a living organism, the human species in particular. These principles of pharmacokinetics are commonly referred to as ADME, for absorption, distribution, metabolism and excretion. These principles are fundamental to a consideration of the toxicology of cerivastatin.

Since 1970, I have served on the faculties of four major universities for a total of 26 years. I have published 67 *peer-reviewed* scientific articles, primarily dealing with certain mechanistic aspects of drug and chemical metabolism. Over a period of 20 years, I was awarded ~ $1.2 million (direct costs) in investigator-initiated research grants from the National Institutes of Health. I have been a full member of the Society of Toxicology since 1988. Since 1998, I have been a *Consultant in Chemical Toxicology*.

My 'Curriculum Vitae' is attached as "Exhibit A".

## IV. Rate of Professional Compensation

My current fee for normal services is $100 per hour for all clients; and $250 per hour for the presentation of testimony, both in deposition and trial.

## V. Listing of Testimony as an Expert Witness

1. Richard Seaborn vs. R.J. Reynolds Tobacco Company et al, Case No. CV-96-0215 in the Circuit Court of Barbour County, Alabama, Clayton Division. The testimony was given by deposition on September 12, 2000 at the offices of Jones, Day, Reavis & Pogue, 901 Lakeside Avenue, Cleveland, Ohio. I was retained by the firm of Womble, Carlyle, Sandridge & Rice of