Winston-Salem, NC on behalf of the Defendant. (Mr. Richard G. Stuhan and Mr. P. Terrence Gaffney were defendant's attorneys of record). Case pending.

2. W. Dean Rolls and Neva Rolls vs. Garvey Elevators, Inc., Case No. 4:99CV3249 in U.S District Court, District of Nebraska. The testimony was given by deposition on February 5, 2001 in Omaha, NE on behalf of the plaintiffs. (Mrs. Pamela Dahlquist was attorney for plaitiffs). Case settled out of court.

3. John T. Hurley, M.D. and Genevieve Knortz vs. George Okrent, D.O., The Highland Hospital of Rochester, and The Upjohn Company, Case No. 9904/94 in the Superior Court of the State of New York, County of Monroe. The testimony was presented in jury trial on June 4, 2001. I was retained by the firm of Faraci & Lange, LLP of Rochester, NY on behalf of the plaintiffs. (Mr. Joseph A. Regan was the plaintiff's attorney).

4. Anne Meader, et al. vs. Kimberly-Clark Company, et al., Case No. CV-00-018 in the Superior Court of Maine, Somerset, Maine. The testimony was given by deposition on June 20-21, 2001 in Omaha, NE. I was retained by the firm of Baron & Budd, P.C. of Dallas, Texas on behalf of the plaintiffs. (Mr. Thomas Sims in appearance for the plaintiffs). Case pending.

5. Amber Lowry vs. Marquee, Inc., et al., Case No. LACV 020601 in the Iowa District Court for Dickinson County. The testimony was presented by deposition on July 2, 2002 in Omaha, Nebraska. I was retained by the firm of Chozen & Saunders of Spirit Lake, Iowa on behalf of the plaintiffs. (Mr. Michael Chozen was the attorney). Case settled out of court.

6. Gregory Scott et al. vs. Basis Petroleum, Inc., Cause No. 96CV0895 in the District Court of Galveston County, Texas, 56th Judicial District. The testimony was presented by deposition on July 9, 2002 in Galveston, Texas. I was retained by the law firm of Ezequiel Reyna, Jr., L.L.P. of Weslaco, Texas. (Ms. San Juanita R. Campos is plaintiff's attorney). Case pending.

7. Cherlyn K. Sudbeck vs. Terra International, Inc. and Cleo Karnes, Case No. in the District Court of Cedar County, Nebraska. The testimony was presented by deposition on February 13, 2003 in Omaha, Nebraska. I was retained by the firm Domina Law, PC on behalf of the plaintiffs. (Mr. James F. Cann was the attorney). Case settled out of court.

8. Thomas A. Votipka vs. Garnett Foods and Liberty Mutual Insurance. Doc. 202, No. 1711 in the Nebraska Workers' Compensation Court. The testimony was presented in hearing on June 20, 2003 in Hebron, Thayer County, Nebraska. Mr. David C. Huston of the law firm, Huston & Higgins, Grand Island, Nebraska was plaintiff's attorney. Case pending.

# *CURRICULUM VITAE*

**MICHAEL D. CORBETT, Ph.D.**
616 South 159th Avenue
Omaha, Nebraska 68118

Phone/Fax (402) 778-0152
e-mail: mdcorbett@tconl.com
Website: http://www.tconl.com/~corbett
July 30, 2003

## VITAL STATISTICS

Date of Birth: February, 1944
Place of Birth: Great Bend, Kansas

## EDUCATION

Undergraduate: The University of Kansas
Lawrence, Kansas
Bachelor of Science in Chemistry
June, 1966

Graduate: The University of Kansas
Doctor of Philosophy in Medicinal Chemistry
November, 1970 (conferred May, 1971)

## EMPLOYMENT HISTORY (reverse chronological)

Independent Consultant in Chemical Toxicology
October, 1998 to *Present*

Professor of Chemical Toxicology and Carcinogenesis
Eppley Institute for Cancer Research
University of Nebraska Medical Center
Omaha, Nebraska 68105
*And*
Water Sciences Center of The University of Nebraska at Lincoln
January, 1993 to September, 1998

Professor of Biochemical Toxicology
Pesticide Research Laboratory
Institute of Food and Agricultural Sciences
*And*
Adjunct Professor of Pharmacology
School of Medicine
The University of Florida
Gainesville, Florida 32611
September, 1981 to December, 1992

Associate Professor/ Professor of Environmental Chemistry
School of Marine and Atmospheric Sciences
The University of Miami
Miami, Florida 33149
August, 1976 to September, 1981 (Tenured June, 1979)

Senior Analytical Chemist
Midwest Research Institute
Kansas City, Missouri 64110
January, 1975 to July, 1976

Assistant/Associate Professor of Natural Products Chemistry & Pharmacognosy
School of Pharmacy, University of Mississippi
November, 1970 to December, 1974 (Tenured June, 1974)

PROFESSIONAL, HONORARY and SERVICE ORGANIZATIONS

Society of Toxicology
American Chemical Society
American Association for the Advancement of Science
International Society for the Study of Xenobiotics
Board of Advisors, American Council on Science and Health
The Advancement of Sound Science Coalition
Editorial Advisory Board (1990-93) for *Chemical Research in Toxicology*
Sigma Xi Scientific Research Society
Phi Lambda Upsilon Honorary Chemistry Fraternity
Rho Chi Honorary Pharmaceutical Society
Biographical Listing in *American Men and Women in Science*

AREAS OF RESEARCH EXPERTISE and MAJOR SCIENTIFIC CONTRIBUTIONS

**Basic Contributions to Organic Chemistry and Biochemistry**

The discovery and mechanistic elucidation of two new chemical reactions. These new reactions were discovered during the course of experimentation designed to further understand how chemicals of the arylamine and nitroaromatic classes of organic chemicals might cause disease. These reactions are now known as:

1. **The Nitroso-Shunt Pathway**
Subject matter in Publication Nos. 5, 7, 8, 11, 14, 17, 27, 30, 33, 35, 39, 46 and 51.
Reviewed in Publication Nos. 70, 71 and 75

2. **The Nitroso-Glyoxylate Reaction**
Subject matter in Publication Nos. 28, 32, 36, 42, 58, 66 and 73.
Reviewed in Publication Nos. 69, 71 and 75.

**Contributions to the Science of Organic Chemical Toxicology:**

- **Mechanistic aspects of covalent adduction of chemicals to biomolecules**
- **DNA binding and genotoxicity**
- **Protein binding and enzyme inactivation**

**In Particular:**

- Development of the HL-60 Leukemic cell line as a model for the'respiratory burst'-dependent bioactivation of organic chemicals by human granulocytic cells. Publication Nos. 63, 65 and 67.
- Neutrophilic activation of arylamine type chemicals - An alternative pathway for carcinogenic activation of this major chemical class. Publication Nos. 59, 60, 73 and 74.
- Discovery of neutrophil-mediated binding of acetaminophen (Tylenol) to DNA: An implication for potential genotoxicity in humans. Publication Nos. 60, 65 and 74.
- Elucidation of the N-oxygenase action of chloroperoxidase: A model for the peroxidative bioactivation of aniline-type chemicals, and valuable method for the microscale syntheses of nitrosoarenes Publication Nos. 15, 16, 19, 26, 40, 50 and 64.
- The role of hemopoietic DNA binding by chloramphenicol metabolites in drug-induced causation of aplastic anemia and leukemia. Publication Nos. 29 and 73.

**Methods Development in Analytical Organic Chemistry and Biochemistry**

- The "Desferal" method for the high pressure liquid chromatography (HPLC) of hydroxamic acids in biological mixtures - A major contribution to the analytical toxicology of aniline chemicals. Publication Nos. 20, 32, 35, 55, 58 and 61.
- The purification and structure elucidation of *Urushiol*, the toxic constituent of Poison Ivy and Poison Oak. Publication Nos. 6 and 9. Work cited in *The Merck Index*, 11th - 13th Eds.

ACADEMIC EXPERIENCE

**Principal Assignments at the University of Mississippi**

*Undergraduate:*

Pharmacognosy 425: Four semester hour course for fourth year pharmacy students on the chemistry, pharmacological actions and clinical uses of alkaloids and glycosides.

Pharmacognosy 426: Four semester hour course on the chemistry, biological actions and clinical uses of antibiotics. Also principles of immunology and the use of immunizing biologicals.

*Graduate:*

Pharmacognosy 631: Three semester hour course on modern isolation and analytical techniques applied to organic chemistry and biochemistry. Emphasis on the theory and practice of chromatography, including ion exchange, gel permeation and affinity methods.

Pharmacognosy 632: Three semester hour course on structure elucidation by instrumental methods. Emphasis on the application of infrared, nuclear magnetic resonance and mass spectroscopy to natural products.

Pharmacognosy 620: Special topics including Bioorganic Reaction Mechanisms; Chemical Toxicology and Metabolism; Marine Natural Products.

**Principal Assignments at the University of Miami**

*Graduate:*

Marine Organic Chemistry: Three semester hour course on the chemistry and biosynthesis of marine natural products; Chemical ecology; Organic chemical pollution of marine environments with emphasis on natural processes that effect the degradation of organic chemicals in the environment.

**Principal Assignments at the University of Florida**

*Graduate:*

FSHN 6236 (Biochemical Toxicology): Three semester hour course on the application of chemistry and biochemistry to the field of toxicology. Emphasis on the mechanistic aspects of bioactivation and detoxification of genotoxic and necrotizing organic chemicals. Xenobiotic metabolism and covalent binding of reactive species to cellular nucleic acids and protein. The role of oxygen metabolism in pathology and in xenobiotic metabolism and toxicity. Current theories in chemical carcinogenesis.

**Lecture Assignments at the University of Nebraska Medical Center**

*Graduate*

PHSC 688/888 (Concepts in Toxicology): Lectures in the areas of peroxidation/oxygen pathology and bioactivation mechanisms of xenobiotics.

PHSC 950 (Advanced Toxicology): Lectures on reactive oxygen species as related to toxicology.

PHSC 875 (Chemical Carcinogenesis): Lectures in the area of arylamine carcinogenesis

BIOC 880 (Methods in Cancer Research): The role of metabolism in chemical carcinogenesis.

RECORD OF FUNDED GRANTS

1. Principal Investigator, "To Prepare and Purify Urushiol from Poison Oak and Poison Ivy". June, 1972 to March, 1973, Contract No. NIH-DBS-72-2118; $36,400.

2. Principal Investigator, "Thiamine Mediated Formation of Hydroxamic Acids", May, 1974 thru April, 1978, NIH Grant No. RO1 CA (National Cancer Institute) 21668; $58,300 (direct costs).

3. Principal Investigator, "Biosynthetic Preparation of Diethylstilbestrol Monoglucuronide-(Glucuronyl-U-14C)", September, 1975 to April, 1976; DHEW National Center for Toxicological Research P.O. No. PIN-1375-76; $7,000.

4. Principal Investigator, "Development of a Selective Method for the Trace Analysis of Hydroxamic Acids", January thru July, 1976 (Unsolicited contract awarding $26,169 in additional funds to existing National Cancer Institute Contract No. NO1-CP-23270).

5. Co-Principal Investigator (Consortium Grant with Dr. T.L. Pazdernik, The University of Kansas, Department of Pharmacology), "Aplastic Anemia and Chloramphenicol Metabolites", June, 1976 thru May, 1978; NIH Grant No. RO1 CA (National Cancer Institute) 21667; $64,000 (direct costs).

6. Principal Investigator, "Hydroxamic Acid Production by Marine Organisms", August,1977 thru July, 1983; NIH Grant No. RO1 CA (National Cancer Institute) 21992 $318,578 (direct costs).

7. Research Career Development Award, "Formation and Fate of Hydroxamates in the Environment", June 1, 1978 to May 31, 1983; NIH Award No. ES (National Institute of Environmental Health Sciences) 00120; $158,700 (direct costs).

8. Principal Investigator, "Hydroxamic Acid Production in Microbial Ecosystems", September, 1978 thru August, 1984; NIH Grant No. RO1 CA (National Cancer Institute) 23492; $325,240 (direct costs).

9. Principal Investigator, "Production and Fate of Hydroxamic Acids in Hepatocytes", August, 1984 thru July, 1987; NIH Grant No. RO1 OH (National Institute of Occupational Safety and Health) 02027; $151,097 (direct costs).

10. Principal Investigator, "Metabolic Activation of Arylamines in Leukocytes". June, 1985 thru May, 1992; NIH Grant No. RO1 ES (National Institute of Environmental Health Sciences) 03631; $459,761 (direct costs).

11. Principal Investigator, "Nitroso-Glyoxylate Reaction in Peroxisomes, April 1, 1993 thru March, 1994; American Cancer Society Special Institutional Grant for Cancer Research; $6,640 (direct costs).

12. Principal Investigator, "The Role of Thiamine-Enzymes in HCA Carcinogenesis". July, 1994 thru June, 1995; State of Nebraska Grant No. 95-15; $30,000 (direct costs).

PUBLICATIONS
*(Peer Reviewed)*

1. E.E. Smissman, M.D. **Corbett**, N.A. Jenny and O. Kristiansen, "Mechanism of the transformation of 2,4-dihydroxy-1,4-benzoxazin-3-ones and 2-hydroxy-2-methyl-4-methoxy-1,4-benzoxazin-3-one to 2-benzoxazolinone", J. Organic Chemistry., **37**: 1700-1704 (1972).

2. E.E. Smissman and M.D. **Corbett**, "The synthesis of 4-acylamido-1,4-benzoxazine-2,3-diones and 4-(p-toluenesulfonamido)-1,4-benzoxazine- 2,3-dione", J. Organic Chemistry, **37**: 1704-1707 (1972).

3. E.E. Smissman and M.D. **Corbett**, "A facile method for N-acylation of ring activated phenylhydroxylamines", J. Organic Chemistry, **37**: 1847-1849 (1972).

4. E.E. Smissman, M.D. **Corbett**, S. El-Antably and K.C. Kroboth, "Anomalous ether formation in attempts to transesterify oxalate esters with phenoxides", J. Organic Chemistry, **37**: 3944-3945 (1972).

5. M.D. **Corbett**, "Hydroxamic acids from the reaction of active acetaldehyde with aromatic nitroso compounds", Bioorganic Chemistry, **3**: 361-365 (1974).

6. M.D. **Corbett** and S. Billets, "Characterization of poison oak urushiol", J. Pharmaceutical Sciences, **64**: 1715-1718 (1975).

7. M.D. **Corbett**, J.E. Cahoy and B.R. Chipko, "Conversion of nitrosobenzene to N-phenylacetohydroxamic acid by yeast pyruvate decarboxylase", J. National Cancer Institute, **55**: 1247-1248 (1975).

8. M.D. **Corbett** and B.R. Chipko, "N-Phenylglycolhydroxamate production by the action of transketolase on nitrosobenzene", Biochemical J., **165**: 263-267 (1977).

9. S. Billets, J.C. Craig, M.D. **Corbett** and J.F. Vickery, "Component analysis of the urushiol content of poison ivy (*T. radicans*) and poison oak (*T. diversilobum*)", Phytochemistry, **15**: 533-535 (1976).

10. M.D. **Corbett**, W.P. Duncan, B.R. Chipko and J.E. Cahoy, "Biosynthetic preparation of diethylstilbestrol monoglucuronide-(glucuronyl-U-14C), J. Labelled Compounds Radiopharmaceuticals, **14**: 169-174 (1978).

11. M.D. **Corbett**, B.R. Chipko and J.H. Paul, "The production of hydroxamic acid metabolites of nitrosobenzene by *Chlorella pyren.*", J. Environmental Pathology Toxicology, **1**: 259-266 (1978).

12. M.D. **Corbett** and B.R. Chipko, "Purification of hydroxamic acids by the use of ferric SP Sephadex J. Chromatography, **151**: 379-383 (1978).

13. M.D. **Corbett** and B.R. Chipko, "Synthesis and antibiotic properties of chloramphenicol reduction products", Antimicrobial Agents Chemotherapy, **13**: 193-198 (1978).

14. M.D. **Corbett** and B.R. Chipko, "Synthesis of N-aryl-N-glycolhydroxamic acids: non-microsomal metabolites of nitroso aromatics", Experientia, **34**: 1125-1126 (1978).

15. M.D. **Corbett**, B.R. Chipko and D.G. Baden, "Chloroperoxidase-catalyzed oxidation of 4-chloroaniline to 4-chloronitrosobenzene", Biochemical J., **175**: 353-360 (1978).

16. M.D. **Corbett**, D.G. Baden and B.R. Chipko, "Arylamine oxidation by chloroperoxidase", Bioorganic Chemistry, **8**: 91-95 (1979).

17. M.D. **Corbett**, D.G. Baden and B.R. Chipko, "The non-microsomal production of N-(4-chlorophenyl)glycolhydroxamic acid from 4-chloronitrosobenzene by rat liver homogenates", Bioorganic Chemistry, **8**: 227-235 (1979).

18. M.D. **Corbett** and B.R. Chipko, "Peroxidase activity in the sponge, *Iotrochota birotulata*", Experientia, **35**: 718-719 (1979).

19. M.D. **Corbett** and B.R. Chipko, "Chloroperoxidase-catalyzed oxidation of N-methyl-4-chloroaniline", Experientia, **35**: 1150-1151 (1979).

20. M.D. **Corbett** and B.R. Chipko, "Quantitative determination of N-arylaceto and N-arylglycol-hydroxamic acids in biochemical reaction mixtures", Analytical Biochemistry, **98**: 169-177 (1979).

21. M.D. **Corbett** and B.R. Chipko, "Peroxide oxidation of indole to oxindole by chloroperoxidase catalysis", Biochemical J., **183**: 269-276 (1979).

22. D.G. Baden and M.D. **Corbett**, "Peroxidases produced by the marine sponge, *Iotrochota birotulata*", Comparative Biochemistry Physiology, **64**: 279-284 (1979).

23. T.L. Pazdernik and M.D. **Corbett**, "Role of chloramphenicol reduction products on hemopoietic precursor cells in vitro", Pharmacology, **19**: 191-195 (1979).

24. T.L. Pazdernik and M.D. **Corbett**, "Role of chloramphenicol reduction products in aplastic anemia", Pharmacology, **20**: 87-94 (1980).

25. D.G. Baden and M.D. **Corbett**, "Bromoperoxidases from *Penicillus capatatus, P. lamourouxii* and *Rhipocephalus phoenix*, Biochemical J., **187**: 205-211 (1980).

26. M.D. **Corbett**, B.R. Chipko and A.O. Batchelor, "The action of chloride peroxidase on 4-chloro-aniline: N-oxidation and halogenation", Biochemical J., **187**: 893-903 (1980).

27. D.G. Baden, M.D. **Corbett** and B.R. Chipko, "Competition by 4-chloronitrosobenzene for the active glycolaldehyde intermediate of transketolase", Bioorganic Chemistry, **9**: 231-237 (1980).

28. M.D. **Corbett** and B.R. Corbett, "The reaction of nitroso aromatics with glyoxylic acid: a new path to hydroxamic acids", J. Organic Chemistry, **45**: 2834-2838 (1980).

29. A.A. Yunis, A.M. Miller, Z. Salem, M.D. **Corbett** and G.K. Arimura, "Nitroso-chloramphenicol: possible mediator in chloramphenicol-induced aplastic anemia", J. Laboratory Clinical Medicine, **96**: 36-46 (1980).

30. M.D. **Corbett** and B.R. Chipko, "Comparative aspects of hydroxamic acid production by thiamine-dependent enzymes", Bioorganic Chemistry, **9**: 273-287 (1980).

31. M.D. **Corbett** and B.R. Corbett, "Metabolism of 4-chloronitrobenzene by the yeast *Rhodosporidium* sp.", Applied Environmental Microbiology, **41**: 942-949 (1981).

32. M.D. **Corbett** and B.R. Corbett, "Reductive formylation of N,N-dimethyl-p-nitrosoaniline by glyoxylic acid. Evidence for a hydroxamic acid intermediate", J. Organic Chemistry, **46**: 466-468 (1981).

33. M.D. **Corbett**, B.R. Corbett and D.R. Doerge, "Hydroxamic acid production and active-site induced Bamberger Rearrangement from the action of α-ketoglutarate dehydrogenase on 4-chloronitrosobenzene", J. Chemical Society Perkin Transactions I, 345-350 (1982).

34. J.K. Baker, L.A. Cates, M.D. **Corbett**, J.W. Huber and D.L. Lattin, "Laboratory to laboratory reproducibility of high performance liquid chromatographic retention indicies", J. Liquid Chromatography, **5**: 829-839 (1982).

35. M.D. **Corbett** and B.R. Corbett, "Enzymic generation of N-[4-dimethylamino)phenyl]-(acetohydroxamic acid by the action of pyruvate decarboxylase on 4-(dimethylamino)-nitrosobenzene", Bioorganic Chemistry, **11**: 328-337 (1982).

36. M.D. **Corbett** and B.R. Corbett, "The generality of the nitroso-glyoxylate reaction: Conversion of p-nitronitrosobenzene to the hydroxamic acid", Experientia, **38**: 1310-1311 (1982).

37. D.R. Doerge and M.D. **Corbett**, "Unsaturated fatty acid-dependent oxidation of epinephrine in homogenates of the gorgonian, *Pseudoplexaura porosa*", Chemico-Biological Interactions, **42**: 117-126 (1982).

38. D.R. Doerge and M.D. **Corbett**, "An arachidonic acid-specific lipoxygenase from the gorgonian coral *Pseudoplexaura porosa*", Experientia, **38**: 901-902 (1982).

39. M.D. **Corbett**, D.R. Doerge and B.R. Corbett, "Hydroxamic acid production by α-ketoglutarate dehydrogenase. II. Evidence for an electrophilic reaction intermediate at the enzyme active site", J. Chemical Society Perkin Transactions I, 765-769 (1983).

40. M.D. **Corbett** and B.R. Corbett, "Enzymatic preparation of [U-14C]-4-chloronitrosobenzene", Experientia, **39**: 487-488 (1983).

41. M.D. **Corbett** and B.R. Corbett, "Arylamine N-oxidation by the microsomal fraction of germinated pea seeds, *Pisum sativum*", J. Agriculture Food Chemistry, **31**: 1276-1282 (1983).

42. M.D. **Corbett**, C.I. Wei, S. Fernando and B.R. Corbett, "The synthesis and mutagenicity of the N-formyl analog of N-hydroxyphenacetin", Carcinogenesis, **4**: 1615-1617 (1983).

43. D.R. Doerge and M.D. **Corbett**, "Oxidation of organosulfur compounds by the microsomal fraction of germinating pea seeds (*Pisum sativum*)", Biochemical Biophysical Research Communications, **121**: 1001-1005 (1984).

44. D.R. Doerge and M.D. **Corbett**, " Hydroperoxyflavin-mediated oxidations of organosulfur compounds: Model studies for the flavin monooxygenase", Molecular Pharmacology., **26**: 348-352 (1984).

45. D.R. Doerge and M.D. **Corbett**, "Primary arylamine oxidation by a flavinhydroperoxide. A study of the basis for the substrate specificity of the flavoprotein monooxygenase", Biochemical Pharmacology, **33**: 3615-3619 (1984).

46. D.R. Doerge and M.D. **Corbett**, "The action of α-ketoglutarate dehydrogenase on 4-chloronitrosobenzene: evidence for species-dependent differences in active site properties", Comparative Biochemistry Physiology, **80C**: 161-165 (1985).

47. J.J. Johnston and M.D. **Corbett**, "The effects of temperature, salinity, and a simulated tidal cycle on the toxicity of fenitrothion to *Callinectes sapidus*", Comparative Biochemistry Physiology, **80C**: 145-149 (1985).

48. C.I. Wei, M.D. Cohen, D.D. Swartz, S.Y. Fernando and M.D. **Corbett**, "Mutagenicity of some monoaromatic hydroxamic acids", Toxicology Letters, **24**: 111-116 (1985).

49. M.D. **Corbett**, C. Wei and B.R. Corbett, "Nitroreductase-dependent mutagenicity of p-nitrophenylhydroxylamine and its N-acetyl and N-formyl hydroxamic acids", Carcinogenesis, **6**: 727-732 (1985).

50. M.D. **Corbett** and B.R. Corbett, "Enzymatic N-oxidation of 4-nitroaniline", Biochemical Archives, **1**: 115-120 (1985).

51. M.D. **Corbett** and B.R. Corbett, "Effect of ring substituents on the transketolase-catalyzed conversion of nitroso aromatics to hydroxamic acids", Biochemical Pharmacology, **35**: 3613-3621 (1986).

52. J.J. Johnston and M.D. **Corbett**, "The uptake and in vivo metabolism of the organophosphate insecticide, fenitrothion, by the blue crab, *Callinectes sapidus*", Toxicology Applied Pharmacology, **85**: 181-188 (1986).

53. J.J. Johnston and M.D. **Corbett**, "The effects of salinity and temperature on the in vitro metabolism of the organophosphorus insecticide, fenitrothion, by the blue crab, *Callinectes sapidus*", Pesticide Biochemistry Physiology, **26**: 193-201 (1986).

54. M.D. **Corbett**, C.I. Wei, J.J. Johnston, P.F. Chang and B.R. Corbett, "Mutagenicity of the C-nitroso analog of fenitrothion", Toxicology Letters, **35**: 201-207 (1987).

55. M.D. **Corbett** and B.R. Corbett, "HRP-Catalyzed bioactivation of carcinogenic hydroxamic acids. The greater reactivity of glycolyl versus acetyl derived hydroxamic acids", Chemico-Biological Interactions, **63**: 249-264 (1987).

56. L.O. Lim, B.R. Corbett and M.D. **Corbett**, "Irreversible inhibition of the cytosolic metabolism of N-hydroxy-2-acetylaminofluorene by its glycolyl analog", Cancer Letters, **37**: 205-211 (1987).

57. M.D. **Corbett**, L.O. Lim, B.R. Corbett, J.J. Johnston and P. Wiebkin, "Covalent binding of N-hydroxy-2-acetylaminofluorene and N-hydroxy-2-glycolylaminofluorene to rat hepatocyte DNA: In vitro and cell-suspension studies", Chemical Research Toxicology, **1**: 41-46 (1988).

58. M.D. **Corbett** and B.R. Corbett, "N-Glycolyl hydroxamic acids: an improved synthetic method and the in-situ generation and intramolecular rearrangement of N-acetoxy-N-glycolylamino-fluorene", Chemical Research Toxicology, **1**: 222-227, (1988).

59. M.D. **Corbett** and B.R. Corbett, "Nucleic acid binding of arylamines during the respiratory burst of human granulocytes", Chemical Research Toxicology, **1**: 356-363 (1988).

60. M.D. **Corbett**, B.R. Corbett, M.-H. Hannothiaux and S.J. Quintana, "The metabolic activation and nucleic acid binding of acetaminophen and related arylamine substrates by the respiratory burst of human granulocytes", Chemical Research Toxicology, **2**: 260-266 (1989).

61. M.D. **Corbett**, B.R. Corbett, S.J. Quintana, M.-H. Hannothiaux and C.I. Wei, "Microsomal N-hydroxylation of the glycolamide, 2-(glycolamino)fluorene to give the glycolylhydroxamic acid. A new xenobiotic reaction", Chemical Research Toxicology, **3**: 296-300 (1990).

62. P. Kovacic, M.A. Kassel, B.A. Feinberg, M.D. **Corbett** and R.A. McClelland, "Reduction potentials in relation to physiological activities of benzenoid and heterocyclic nitroso compounds: comparison with the nitro precursors", Bioorganic Chemistry, **18**: 265-275 (1990).

63. M.D. **Corbett**, M.-H. Hannothiaux and B.R. Corbett, "A comparison of the HL-60 cell line and human granulocytes to effect the bioactivation of arylamines and related xenobiotics. The binding of 2-aminofluorene to nucleic acids as the result of the respiratory burst", Chemico-Biological Interactions, **78**: 33-54 (1991).

64. D.R. Doerge and M.D. **Corbett**, "Peroxygenation mechanism for chloroperoxidase-catalyzed N-oxidation of arylamines", Chemical Research Toxicology, **4**: 556-560 (1991).

65. M.D. **Corbett**, B.R. Corbett, M.-H. Hannothiaux and S.J. Quintana, "The covalent binding of acetaminophen to cellular nucleic acids as the result of the respiratory burst of neutrophils derived from the HL-60 cell line", Toxicology Applied Pharmacology, **113**: 80-86 (1992).

66. M.D. **Corbett** and B.R. Corbett, "Studies on the nitroso-glyoxylate reaction. Relative hydroxamic acid production by glyoxylate, pyruvate and formaldehyde in reactions with 4-nitrosobiphenyl", Chemical Research Toxicology, **6**: 82-90 (1993).

67. M.D. **Corbett** and B.R. Corbett, "Human granulocyte mediated activation of aromatic amines", Polycyclic Aromatic Compounds, **7**: 51-58 (1994).

OTHER PUBLICATIONS (Reviews, Book Chapters and Full Proceedings)

68. A.A. Yunis, A.M. Miller, M.D. **Corbett** and Z. Salem, "On the mechanism of aplastic anemia from chloramphenicol", Proceedings from the Conference on Aplastic Anemia: Stem Cell Disease, NIH Publication No. NIH-81-1008, 1981, pp. 237-253.

69. M.D. **Corbett** and B.R. Corbett, "Reaction of nitroso aromatics with glyoxylic acid", In: (H. Kehl, Ed.)*Chemistry and Biology of Hydroxamic Acids*. Karger, New York, 1982, pp. 37-42.

70. M.D. **Corbett** and B.R. Corbett, "Hydroxamic acid production mediated by thiamine-dependent enzymes", In: (H. Kehl, Ed.) *Chemistry and Biology of Hydroxamic Acids.* Karger, New York, 1982, pp. 160-164.

71. M.D. **Corbett** and B.R. Corbett, "The reactions of C-nitroso aromatics with α-Oxo acids", In: (J.W. Gorrod and L.A. Damani, Eds.) *Biological Oxidation of Nitrogen in Organic Molecules.* Ellis Horwood, Ltd. Chichester, 1985 pp. 400-408.

72. D. R. Doerge and M.D. **Corbett**, "Oxygenation of primary arylamines by a hydroperoxyflavin: Model studies for the flavoprotein monooxygenase", In: (J.W. Gorrod and L.A. Damani, Eds.) *Biological Oxidation of Nitrogen in Organic Molecules.* Ellis Horwood, Ltd., Chichester, 1985, pp. 107-114.

73. M.D. **Corbett** and B.R. Corbett, "Biochemical studies on the putative nitroso metabolite of chloramphenicol: A new model for the cause of aplastic anemia". In: (P.C. Howard, S.S. Hecht and F.A. Beland, Eds.) *Nitroarenes: Occurrence, Metabolism and Biological Impact.* Plenum Press, New York, 1990, pp. 245-255.

74. M.D. **Corbett** and B.R. Corbett, "Bioactivation of xenobiotics by the respiratory burst of human granulocytes", In: (M.T. Moslen and C.V. Smith, Eds.) *Free Radical Mechanisms of Tissue Injury*, CRC Press, Boca Raton, 1992, pp. 143-151.

75. M.D. **Corbett** and B.R. Corbett, "Bioorganic chemistry of the arylhydroxylamine and nitrosoarene functional groups", In: (J.C. Spain, Ed.) *Biodegradation of Nitroaromatic Compounds.* Plenum Press, New York ,1995, pp. 151-182.

76. M.D. **Corbett**, "A toxicologist's perspective on Baycol" In: *Columns*, Harris Martin Publishing, West Chester, PA, April, 2002.


---

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re BAYCOL PRODUCTS LITIGATION ) MDL No. 1431
)
This Document Relates to: )
)
ALL CASES )
)

VIDEOTAPED DEPOSITION OF MICHAEL D. CORBETT, Ph.D., 616 South 159th Avenue, Omaha, Nebraska 68118, taken at 11:10 a.m. on February 12, 2004, by Deanna L. Garin, CSR, RPR, and General Notary Public in and for the State of Nebraska, at the Marriott, 10220 Regency Circle, Omaha, Nebraska.

COPY

(Deposition Exhibit Number 1 was marked for identification.)

THE VIDEOGRAPHER: We're on the record.

MICHAEL D. CORBETT, Ph.D.

Of lawful age, being first duly cautioned and solemnly sworn as hereinafter certified, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. MIZGALA:

Q. Good morning, Dr. Corbett.

A. Good morning.

Q. Could you please state your full name for the record.

A. Michael D. Corbett.

Q. And your business address, sir?

A. 616 South 159th Avenue, Omaha, Nebraska.

Q. And your social security number, sir?

A. 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.

Q. Okay. Now, Dr. Corbett, we're here today in the Baycol MDL litigation, and you've been deposed once before in a Baycol case; correct?

A. Yes.

Q. That was the Elmore and Janet Frank

Q. Okay. And, Doctor, have you supplemented or amended this expert report in any way?

A. No, I haven't.

Q. Okay. Do you intend on doing that in the near future?

A. If I'm asked to.

Q. Okay. But you don't have any intentions otherwise?

A. No, I have no reason to modify my opinions as of this time.

Q. Okay. Doctor, can we turn to paragraph 40, that's on page 17.

A. Okay.

Q. Do you see that?

A. Yes.

Q. Okay. Doctor, the beginning of that paragraph starts, "Bayer's paradigm about 'dual metabolic pathways' was a reasonable working hypothesis;" is that correct?

A. Yes.

Q. Okay. What -- first of all, could you define what you mean by "Bayer's paradigm about 'dual metabolic pathways'"?

A. Yes. To me a paradigm is kind of a

fundamental working concept or principles that one in any field, but, in, you know, this particular area it's referring to how I interpreted Bayer's philosophy towards their product, you know, during the research.

Q. Okay. And it was a philosophy, and what, what are you referring to when you use -- when you say "about 'dual metabolic pathways'"?

A. Well, Bayer had -- it's actually a term that Bayer has used in many of their publications, and also in some of their reports to the -- included in their New Drug Application, the NDA. They had used this term dual metapolic -- "dual metabolic pathways" in referring to the fact that there are two different cytochrome P450 systems that are responsible for metabolizing cerivastatin.

Q. And that is accurate, there are two different cytochrome P450 pathways --

A. Yes.

Q. -- responsible for metabolizing cerivastatin?

A. Yes.

Q. Okay. One's the -- and can we say CYP, C-Y-P, capital C-Y-P?

A. Yes.

Q. One's the CYP3A4, 3, capital A, 4 and the other is the 2, capital C, 8; correct?

A. Yes.

Q. Okay. And you don't disagree that those two pathways metabolized cerivastatin in the human being?

A. No, I don't.

Q. Okay. And then you say that that paradigm was a "reasonable working hypothesis". What do you mean by a "reasonable working hypothesis"?

A. Well, according to the research they had done at that time, they had clearly demonstrated that CYP3A4 was a major, at the initial time, the major pathway. And they also suspected that there was a second pathway, and shortly after they raised the suspicion, they identified it as CYP2C8.

Q. Okay. Okay. And when you say -- Okay. So they identified that, but what do you mean by "reasonable working hypothesis"?

A. They proposed that because there are two different cytochrome P450 pathways that are responsible for the metabolism, that if one of the

pathways were to be inhibited by some drug or any other factor, the other pathway would pick up the slack and ensure that overall the cerivastatin was metabolized.

Q. Okay. And that -- when these were first identified, that seemed reasonable, according to you?

A. Yes, uh-huh.

Q. Okay. Dr. Corbett, you are not a medical doctor; correct?

A. No.

Q. Okay. You've never been to medical school?

A. No.

Q. Okay. And you don't have a medical degree?

A. No.

Q. And you do not teach patients; correct -- treat patients; correct?

A. No.

Q. Okay. Do you prescribe medicines?

A. No.

Q. Okay. And I take it then you've never prescribed a statin?

A. No.

Q. Okay. And you've never prescribed Baycol?
A. No.
Q. Okay. And, of course, you've never treated a patient for hyperlipidemia; correct?
A. No.
Q. Okay.
A. That was correct. I have not.
Q. Okay. But, Doctor, you know there are -- you do know that in the United States a large number of physicians prescribed Baycol during the period of 1998 through 2001; correct?
A. Yes.
Q. Okay. Doctor, have you ever seen -- in the materials that you've reviewed, do they contain or is there contained any survey of why physicians chose to prescribe Baycol?
A. I have seen opinions raised. I'm not sure I've ever seen a survey. I've seen opinions expressed in various writings in the medical literature, but I've not seen a survey.
Q. And when you say "opinions", are those generally the opinion of one person?
A. Yes, uh-huh.
Q. Okay. But you've never seen a

published survey of why physicians chose to prescribe Baycol?

A. No.

Q. Okay. Have you ever done a survey of physicians to see why they chose to prescribe Baycol?

A. No.

Q. Okay. Do you know anyone who ever prescribed Baycol?

A. I would have to say I don't know personally whether any physician has. I can't even say that for my own physician, whether he's ever prescribed it for some of his patients. I don't know of any.

Q. Okay. So you've never, never discussed with any prescribing physician why or why -- why they chose to prescribe Baycol?

A. No.

Q. Okay. Can we turn to page 32 of your report, Doctor? Not page 32, paragraph 32, I'm sorry.

A. Scared me. My report ended at 30. I'm sorry, I'm going the wrong way here. Okay.

Q. Okay. Doctor, in the beginning of paragraph 32 you say -- you begin by saying, "There

is no doubt that this false information became entrenched within the community of practicing physicians"; correct?

A. Yes.

Q. Okay. Doctor, we just established that you really don't know what the basis was that any of these prescribing physicians were prescribing Baycol; correct?

A. I said that, yes.

Q. Okay. So, Doctor, this first clause of paragraph 32 is basically your guess?

MR. BROADDUS: Objection. Form. You may answer.

A. No. Actually I -- in my report, and particularly in the extended report that I submitted d ring my last deposition, I've actually cited very numerous medical publications, generally of t e review type, and also some actual clinical reports where it's obvious that the physician who wrote the report had interpreted the -- what I call the paradigm of the dual metabolic pathway and were using it and they actually cited it as a reason that they had actually used Baycol in treating patients.

Q. Well, I understand that, Doctor, but

this talks about "the community of practicing physicians". This doesn't talk about individual reports. So how can you -- are you saying you're extrapolating from what you've read in individual articles to the community of practicing physicians?

A. Yes.

Q. Okay. And that since you've not seen any surveys or you've not done any surveys yourself and not even talked to any doctors about why they didn't -- why they did prescribe Baycol, that's speculation on your part?

MR. BROADDUS: Objection. Form and foundation. You may answer.

A. Perhaps I need to expand upon my definition of "survey". I guess to the extent that I went through the medical literature and found these articles where the physicians had actually reported the basis for their using Baycol in a way is a survey. I guess I misunderstood your use of the term "survey" earlier, because I have never performed a survey of individual physicians. My survey simply consisted of looking at the medical literature.

Q. A few opinions from articles of individuals in the medical literature, published

medical literature; right?

A. Yes.

Q. Okay. And you believe those are representative of the entire community of practicing physicians?

A. Well, they are available to all of the entire field of practicing physicians.

Q. Do you believe they are representative of the entire community of practicing physicians?

A. Not the entire community, no.

Q. Okay. Doctor, have you reviewed the labeling for Baycol?

A. Yes. It was some months ago, but I have.

Q. Okay. Do you have any specific criticisms about Baycol's labeling?

A. I believe that the labeling they use also implied the -- well, not implied, but actually used the term "multiple pathways" or "dual pathways of metabolism", if my memory serves me right.

Q. Do you know that -- do you believe that was in the label from the start?

A. I'm sorry, I'd have to go back and actually look at them.

Q. Okay. But whether the labels contain

Duggan and Vickers criteria is what I was referring to.

Q. Okay.

A. You're totally right, they didn't --

Q. Okay.

A. Doesn't include dual metabolic pathways.

Q. Okay. And that -- so that -- the allegedly false claim about being an almost ideal statin, I went back and looked at paragraphs 25 through 30 of your report on pages nine and ten.

A. Okay.

Q. That all has to do with some statements that were made in documents that were submitted to the FDA; correct?

A. Yes, and the open literature.

Q. Where was it made in the open literature?

A. I believe in a little bit further -- it gets into my section five that begins on page ten, "Bayer's Scientific Publications".

Q. Okay. None of that's about -- that's all about the dual metabolic pathway, that's not about being an ideal statin; right?

A. I'm sorry, I thought this is where I

put in there materials on -- maybe I pulled out the wrong section for you. Let me back up to -- what was that page -- paragraph you....

Q. Where we either --

A. That last paragraph you referred to me, which one was that, 20?

Q. Well, where I see it starting is on paragraph 25 when you're talking about --

A. Okay. I'm sorry.

Q. -- the issue of being an ideal statin.

A. Right. This is --

MR. BROADDUS: Paragraph 25 through 30, page nine and ten.

A. Right. This whole section, section four, deals with the ideal statin, according to the Duggan and Vickers principles.

Q. Okay. And in -- you take issue with that that Bayer made this allegedly false claim in a document that they submitted as part of the NDA; correct? That's what paragraph 25 says?

A. Yes, uh-huh.

Q. Okay. And there's, there's -- I didn't see anywhere else, Doctor, in your report where you talk about the issue of an ideal statin being disseminated to any other individual or

organization besides the FDA; is that correct?
A. It was published in the scientific literature.
Q. That it was an almost ideal statin?
A. Yes, I believe so.
Q. Can you show me where? I see many references to an uncomplicated biopharmaceutical pathway and dual metabolic pathways, but I don't see anything about being an ideal statin.
A. I'll have to reverse my answer and say you're correct. I cannot recall a scientific publication in the open literature where they actually use that terminology.
Q. Okay. And, Doctor, we've already established that the FDA had some familiarity with statins before they started reviewing the Baycol NDA; correct?
A. Yes.
Q. Five other statins at that point?
A. Yes.
Q. Okay. So, Doctor, wouldn't you think that the FDA would have some notion of what an ideal statin is or isn't?
MR. BROADDUS: Objection to form. You may answer.

A. I would hope so, but unfortunately, in my examination of the documents that were submitted to the FDA, I saw no evidence.

Q. Well, Bayer actually cites Duggan and Vickers as part of the statement you say is allegedly false. Duggan and Vickers would have been available to the FDA; correct?

A. As consultants? Certainly, yes.

Q. No, the article, it was in the public domain?

A. Sure.

Q. Okay. And do you believe the FDA would not have been familiar with the Duggan and Vickers criteria for an ideal statin?

A. They certainly had the opportunity to be that way. Now, whether they considered -- you know, went through their NDA and said does this fulfill the criteria of Duggan and Vickers, I have no idea.

Q. They, they never commented on what Baycol said -- or Bayer said regarding Baycol being -- fulfilling the criteria of Duggan and Vickers, did they?

A. No, I never saw that.

Q. And so, Doctor, the only place -- or

the only organization that you consider that Bayer made a false claim regarding the ideal -- about Baycol being an ideal statin was the FDA; correct?

A. Yes, that's correct.

Q. Okay. And you said you reviewed the labeling, there was nothing about Baycol being an ideal statin in any of Baycol's labeling, was there?

A. No.

Q. Okay. Nothing in any of the marketing materials you reviewed? Did you review any marketing materials?

A. Not, not extensively. I've seen perhaps a few brochures that came out, but I can't say I've seen all the marketing materials.

Q. Okay. In what you've seen, was there anything about Baycol being an ideal statin?

A. I can't recall, I really can't.

Q. Okay. And, Doctor, if it wasn't in the marketing materials and it wasn't in the labeling and it wasn't in the published literature, then doctors certainly couldn't -- or the prescribing community certainly couldn't rely on that when they chose to prescribe Baycol; correct?

MR. BROADDUS: Objection to form.

You may answer.

A. Well, actually the term "ideal" really wasn't tossed around in the literature, or it really wasn't used. The ideal statin concept, referring back to the Duggan and Vickers documents, you know, were just occasionally used very early on by Bayer.

Q. In submissions to the FDA?

A. Yes.

Q. So it wasn't in the labeling, it wasn't in the marketing materials, and it wasn't in the public domain, prescribing physicians, the community of prescribing physicians, couldn't rely on that when they chose to prescribe Baycol; right?

A. Using of the term "ideal"?

Q. Yeah.

A. That's correct.

Q. Or comparison with the Duggan and Vickers criteria; right?

A. Now, the physicians and researchers, anybody interested in the area, could have taken Duggan and Vickers' definition of the ideal statin and compared them to what Dr. Muck and various other principal scientists at Bayer used, and they could have seen the differences, which is really

what I did.

Q. Right. But that would be an active exercise, it wouldn't be Bayer saying, that would be the doctors looking and comparing and saying, oh, look, I'm comparing it against Duggan and Vickers, it's not any positive representation made by Bayer; right?

A. They did not -- Bayer did not list or quote Duggan and Vickers' definition of an ideal statin and then explain why theirs is, that is true, because I don't believe they ever reproduced the characteristics of an ideal statin that they came up with.

Q. So that representative was never made to the community of prescribing physicians, of which you're aware?

A. Yeah. That term, especially the use of the term "ideal", I agree.

Q. Okay. Doctor, when was CYP2C8 first isolated?

A. I, I can't give you an accurate date on that or even who really did it or first put the moniker 2C8 on it, but I would say it was probably the early '90s sometime when the term 2C8 was first used.

that you couldn't remember whether or not dual metabolic pathways was actually mentioned in the label or not?

A. That's correct, yeah.

Q. Okay. And do you know whether or not it was ever mentioned in any of the marketing materials?

A. Again, I have seen very little of the marketing materials.

Q. Okay. Can you name any prescribing physician of which you had personal knowledge who used the fact that Baycol had dual metabolic pathways as their basis for prescribing Baycol?

A. Yes. Actually, those are the, the listing, I believe, which is in my paragraph 32 where I've listed the various publications. And, to my knowledge, except for one pharmacist, I believe they were all practicing physicians who actually said that they used this drug because, you know, they felt it was inherently safer based on the fact that it had dual metabolic pathways.

Q. Okay. And these were, these were physicians who made that determination based upon what you called an initially reasonable hypothesis; correct?

A. They were relying upon, again, the publications that Bayer made. You know, Bayer published in various review articles, particularly in the -- towards the end of the '90s of the dual metabolic pathways. And it was, in my assessment of the more clinical literature, that physicians had indeed adapted this as, as, you know -- I hesitate to use the term gospel, because I'm sure you're not going to like that term, but they had assumed that the publications from Bayer using such terminology as "dual metabolic pathways" and inherently less tendency to have drug-drug interactions, and this is why they used the chemical. And in their reports of adverse interactions, they actually cited that, you know, we thought that the dual metabolic pathways would prevent drug interactions. And I believe in all cases it was the gemfibrozil-type papers.

Q. And there was a debate in the medical literature about this issue at one point, right, you cite that, a nature of a debate in your report here --

A. I don't believe --

Q. -- involving the Pogson article?

A. Oh, yeah, there was an exchange of

letters between two different clinical people, Pogson, and Guyton responded, I believe.

Q. So not everybody believed -- not everybody in the medical community believed Baycol was safer than other statins because of its metabolic -- because its metabolic disposition involved dual metabolic pathways?

A. I would have no way of knowing, but I would assume that's probably true.

Q. Okay. Have you -- besides what you saw with respect to specific opinions published, you have no way of knowing what the general consensus was in the community of prescribing physicians; correct?

A. That's correct.

Q. Okay. And that would be true not only for the dual metabolic pathways, but also for whether or not Baycol had an uncomplicated biopharmaceutical profile; correct?

A. Correct.

Q. Okay. Doctor, we talked about the FDA and the IND a little bit and the FDA's role in regulating prescription medicines. I just want to follow up on a few little things in that regard. And, again, I know you've told me you're not an

Q. Okay. And in the case of a new drug, in the existing class of agents, such as Baycol, the FDA experts will be familiar with those other medicines; correct?

A. Yes, they should be.

Q. Okay. And the FDA will, of course, also be familiar with the preclinical testing associated with the other medicines in that class?

A. Yes.

Q. Okay. And I believe you said you've never reviewed the preclinical studies for the other statins?

A. No.

Q. Okay. And you've never done a comprehensive review of the NDAs of every other statin on the U.S. market?

A. No, I haven't.

Q. And the FDA can refuse to allow a company to market a product; correct?

A. Absolutely.

Q. Okay. Does that regularly, doesn't it?

A. It does.

Q. And -- or it can approve a new product; correct?

A. Yes.

Q. Okay. And in approving a new product, the FDA has made the determination that reliable information has been presented to demonstrate that the medicine is safe and effective for use as recommended in the labeling; correct?

MR. BROADDUS: Objection to form. You may answer.

A. Yes.

Q. Okay. And when a company -- we've talked about supplemental NDAs or SNDAs previously. When a company submits a supplemental NDA, the FDA goes through the whole process again of review and analysis in deciding whether or not to approve or reject; correct?

A. Well, I'm not sure they go back and start from the first NDA, but they would consider all the information submitted in, say, supplement one or something like that. I'm not sure they go back and....

Q. Okay. But clearly within the context of the information they already have?

A. Yes, uh-huh.

Q. Okay. The pharmacology reviews that -- the pharmacology reviews that you reviewed,

A. Yes.

Q. Okay. And, Doctor, the results of the studies, the preclinical studies on Baycol, revealed a pattern of toxic effects similar to those seen with other HMGCoA reductase inhibitors; correct?

MR. BROADDUS: Objection. Foundation. You may answer.

A. Yes.

Q. Okay. And, Doctor, you would agree -- would you agree that the FDA had access to and reviewed all of Bayer's preclinical data?

A. I will say yes, simply on the basis that it would be extremely dangerous for Bayer not to give them all the data.

Q. Okay. And after the review of that data, the preclinical data, the FDA approved Baycol's IND -- Bayer's IND application for Baycol?

A. Yes.

Q. Okay. And the FDA never concluded that there was an inadequate safety margin to support the conduct of clinical trials?

MR. BROADDUS: Objection. Form. You may answer.

A. Again, I have not seen all of the IND

or how the FDA responded to it, but I would assume that what you said is true.

Q. Okay.

A. Just because I think had they observed things that they didn't like, they would not have given them the IND.

Q. Okay. Or allowed clinical trials; right?

A. Right.

Q. Okay. And, Doctor, would you agree that when Bayer submitted its new drug application and supplemental NDAs, which included all of the preclinical and clinical results, the FDA reviews indicated no unusual safety problems with cerivastatin doses up to .8 milligrams?

MR. BROADDUS: Object to foundation. You may answer.

A. There were places in, again, some of the NDAs I've read where there was a bit of concern on the part of the FDA, but they referred these back to Bayer for correction.

Q. And Bayer corrected them?

A. Well, I would presume so. I did not see subsequent interactions between, you know, the actual submission that they may have done to

convince the FDA that they did what the FDA asked of them. I had noticed a couple things in the FDA NDAs that the FDA had asked them to do, or how they used it, we think it should be done. Although I think that when the FDA suggests that something be done, they're asking -- or telling you that it's going to be done. And that includes the things on -- I remember reading that FDA was interested in the lactone metabolite of cerivastatin, and they had actually requested that some studies be done. And to my knowledge I never saw what I would consider a follow-up, you know, where the FDA -- or where Bayer actually responded in letter form or some form saying that here's the studies you wanted us to do, and whether the FDA ever responded to those. There was a couple kind of open questions left in my mind as to whether Bayer followed up totally on what -- some of the comments that FDA made.

Q. Well, Doctor, would you agree that if the FDA had any unusual -- concerns about any unusual safety problems with respect to Baycol, they wouldn't approve the specific dose?

MR. BROADDUS: Objection to form. You may answer.

A. If they had any specific concerns, they would not approve it.

Q. Yeah.

A. Yes, I would hope so anyway, that that's the way they would behave, yes.

MR. MIZGALA: Okay. How about we take a few-minute break, let me look through and I think I'm almost done.

MR. BROADDUS: Okay.

THE VIDEOGRAPHER: We're off the record.

(A short recess was taken, and Deposition Exhibit Number 2 was marked for identification.)

THE VIDEOGRAPHER: We're on the record.

BY MR. MIZGALA:

Q. Dr. Corbett, I'm going to hand you what's been marked as Exhibit No. 2. Could you identify that for the record, please?

A. Yes. This is from Jerry Kristal, who was the first --

MR. BROADDUS: I think he's asking --

Q. I mean the whole kind of stack, not

# Exhibit C

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL-TRIAL DIVISION

- - -

JOSEPH GALDI, ) July Term, 2002
Plaintiff )
)
)
)
vs. )
)
)
) NO. 004892
BAYER CORPORATION, )
et al )

- - -

MARCH 12, 2004
Morning Session

- - -

Courtroom 246 - City Hall
Philadelphia, PA

- - -

BEFORE HONORABLE MARK I. BERNSTEIN

- - -

REPORTED BY: CATRINA G. MULLER, RPR, CRR

MR. GOLDMAN: Yes.
THE COURT: That's exactly where I stopped. So hold on. Okay.
MR. GOLDMAN: And the objection --
THE COURT: To where? I'm sorry.
MR. GOLDMAN: Page 468 line 5.
THE COURT: Okay.
MR. GOLDMAN: And what Dr. Furberg is doing here is describing the fact that what he's done is review documents, and his view is that there's a pattern of misrepresentation based on these examples of documents he pulled out, and he says the bottom line is the same, I am troubled, troubled by the way Bayer behaved.
THE COURT: Right.
MR. GOLDMAN: And the basis is Dr. Furberg's personal opinion about whether or not he is troubled about Bayer's behavior is not appropriate.
THE COURT: He is not going to testify to that, is he?
MR. LEVENSTEN: No, sir.
THE COURT: So I don't even need

an order. If you want an order, I will do
it; but he's not going to testify to what is
bothersome to him, and things like that, I
don't think. If he does, we will just stop it
in its tracks.

MR. GOLDMAN: The next area of testimony, Judge, is testimony relating to FDA regulations and disclosure of facts, as he puts it, to the FDA, specifically --

THE COURT: Yeah, where?

MR. GOLDMAN: On page 11 of his report is where he begins his discussion about what he calls dissemination failures.

THE COURT: Okay.

MR. GOLDMAN: And if you look on page 11, paragraph 21 starts "FDA."

THE COURT: Hold on. All right. How much of this do I have to read?

MR. GOLDMAN: Well, you only have to read a couple of the italicized -- let me point you to the first one, "failure to report the first case of rhabdomyolysis and the drug labeling."

THE COURT: Okay.

# Exhibit D

DEPARTMENT OF HEALTH & HUMAN SERVICES Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 20-740/S-002

MAY 24 1999

Bayer Corporation
Attention: William E. Maguire
Director, Regulatory Affairs
400 Morgan Lane
West Haven, CT 06516-4175

Dear Mr. Maguire:

Please refer to your supplemental new drug application dated July 16, 1998, received July 17, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Baycol (cerivastatin sodium) tablets.

We acknowledge receipt of your submissions dated July 30, August 3, October 7, November 13, December 7, 21, 1998, January 27, February 9, March 3, 11, April 22 (2), May 6 and 14, 1999.

This supplemental new drug application provides for a new 0.4 mg dosage strength of Baycol (cerivastatin sodium) tablets.

We have completed the review of this supplemental application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon labeling text. Accordingly, the supplemental application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the submitted draft labeling (package insert submitted May 14, 1999, immediate container and carton labels submitted July 16, 1998).

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved supplement NDA 20-740/S-002." Approval of this submission by FDA is not required before the labeling is used.

If a letter communicating important information about this drug product (i.e., a "Dear Health Care Practitioner" letter) is issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

MEDWATCH, HF-2
FDA
5600 Fishers Lane
Rockville, MD 20857

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until December 2, 2000. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate.

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov.cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" in addition to your plans for pediatric drug development described above. If you do not submit a Proposed Pediatric Study Request within 120 days from the date of this letter, we will presume that you are not interested in obtaining pediatric exclusivity [NOTE: You should still submit a pediatric drug development plan.] and will notify you of the pediatric studies that are required under section 21 CFR 314.55. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, contact Margaret Simoneau, R.Ph., Regulatory Management Officer, at (301) 827-6418.

Sincerely,

Solomon Sobel, M.D.
Director
Division of Metabolic and Endocrine Drug Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research