# Exhibit E

# ESTABLISHMENT INSPECTION REPORT (EIR)

DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
Rockville, MD 20857

PH-PDM
Head
Global Drug Safety
Eing. 0 9. SEP. 2002
Dr. Dr. E. Weidmann

August, 26, 2002

Mr. Ernst Weidmann, MD
Head of Global Drug Safety
Bayer AG
Gebaude 470
42096 Wuppertal, Germany

Dear Dr. Weidmann:

We are enclosing a copy of the establishment inspection report (EIR) for the inspection conducted at your premises at Wuppertal, Germany on September 4-6, 2001 by the U.S. Food and Drug Administration (FDA). When the Agency concludes that an inspection is "closed", under 21 C.F.R. 20.64 (d) (3), it will release a copy of the EIR to the inspected establishment. This new procedure is applicable to EIRs for inspections completed on or after April 1, 1997. For those inspections completed prior to the above date, a copy of the EIR may still be made available through the Freedom of Information Act (FOIA).

The Agency is working to make its regulatory process and activities more transparent to the regulated industry. Releasing this EIR to you is part of this effort. The copy being provided to you comprises the narrative portion of the report. It reflects redactions made by the Agency in accordance with the FOIA and 21 CFR. Part 20. This, however, does not preclude you from requesting and, possibly, obtaining any additional information under FOIA.

If there is any question about the released information, feel free to contact me at 301 827-7294 or write to me at the U.S. Food and Drug Administration, 7520 Standish Place, Rockville, MD 20855.

Sincerely,

Denis Mackey

Denis Mackey

## Summary of Findings

This was the initial inspection of this facility. The inspection was made in response to an assignment from HFD-332, Office of Compliance, CDER and covered the firm's compliance with the Postmarketing Adverse Drug Experience (PADE) Reporting Regulations. The inspection was made in accordance with compliance program 7353.001.

In addition to general compliance with the regulations, the inspection assignment requested a review of the following specific products:

Baycol Tablets (cervistatin) NDA 20-304
Cipro Injection (ciprofloxacin) NDA 19-857
Trasylol Injection (aprotinin bovine) NDA ??-???
Cipro Powder for Reconstitution (cirpofloxacin) NDA 20-780
Avelox Tablets (moxifloxacin HCl) NDA 21-985

Several Bayer submitted ADEs were included in the inspection assignment for verification of reported information.

The current inspection found in compliance with the Postmarketing Adverse Drug Experience (PADE) Regulations. Bayer has installed a computer base system (ClinTRACE) for documenting and tracking adverse drug experience reports.

The data contained in several ADEs submitted by Bayer to the FDA was confirmed. A listing of ADEs for the period of June 1, 2000 through August 31, 2001 for the five drugs contained in the inspection request were reviewed during the inspection. From that listing approximately 100 ADEs were reviewed to determine the accuracy of the information and compliance with the ADE reporting requirements. That examination of ADEs found no deficiencies.

No FD-483, Inspectional Observations form, was issued.

## History of Business

Bayer AG has been in business since 1860. Bayer AG operates under the Bayer Group, an international corporation with 350 companies located around the world.

The corporation produces numerous products including polymers, chemicals (basic and fine chemicals), health care products (pharmaceuticals, diagnostics and consumer care products), and agricultural products (crop protection and animal drugs).

The health care products are part of Bayer Pharma. Bayer Global Drug Safety is responsible for receiving, documenting and evaluating all adverse reaction reports associated with Bayer health care products. Global Drug Safety is located in the firm's research campus in Wuppertal, Germany.

It is recommended that FDA personnel visiting Bayer Wuppertal stay at the Hotel Mercure. The hotel is located in the city center approximately 15 minutes drive to the various Bayer sites.

Persons Interviewed and Individual Responsibility

At the start of the inspection credentials were shown to Dr. Ernst Weidmann, MD, Director Global Drug Safety. Dr. Weidmann is the company official at this site who should receive the copy of the establishment inspection report. The report can be sent to his attention at the following address:

Ernst Weidmann, MD
Vice President,
Head Global Drug Safety
Bayer AG
Pharma Forschungszentrum
Produktenwicklung
Global Drug Safety
Gebaude 470
42096 Wuppertal, Germany

Dr. Weidmann provided an overview of the Global Drug Safety organization. He was present at the daily wrap-up sessions.

Dr. Hans-Peter Kraemer, MD, PhD, Head of Systems and Operations was present during the majority of the inspection and provided information regarding the ClinTRACE

computer system used for recording and tracking all adverse drug reactions. Dr. Kraemer provided information regarding the how adverse reactions are received by Bayer, entered into the computer system, evaluated by Bayer medical staff and sent to various Bayer sites worldwide for possible reporting to local health authorities.

Monica Prescher, Global User Responsible, provided various case reports for review during the inspection as well as package inserts and listings of ADEs for specific products.

Roberta Coss, Head Global Study Audit Management Europe and Overseas, provided coordination for the inspectional activities.

Christoph Reiter, MD, provided and explanation of the drug trending performed periodically by Bayer.

All of these individuals participated in the final discussion with management at the conclusion of the inspection. Also participating in the final discussion with management were Dr. Timothy Shannon, MD, Senior Vice President, Head of Global Medical Development, and Dr. Ursula Streicher Saied, Vice President, Head of Global Medical Quality Management.

Dr. Ernst Weidmann is the most responsible individual for the Global Drug Safety Department. Global Drug Safety is part of Bayer's Global Medical Development. Dr. Timothy Shannon is the Head of Global Medical Development. An organizational chart for Global Medical Development is attached as exhibit 1.

Global Medical Development is part of Bayer Pharma Product Development. An organizational chart for Bayer Pharma Product Development is attached as exhibit 2. The organization is headed by Dr. Frank Armstrong. Both Drs. Shannon and Armstrong have their offices located at the Bayer Wuppertal Research campus. Dr. Armstrong reports to the head of Bayer Pharma, Dr. David Ebsworth. Dr. Ebsworth's office is located at Bayer Leverkusen. His office address and phone number is attached as exhibit 3.

Attached as exhibit 4 is an organizational chart for Global Drug Safety. A detail discussion of the Global Drug Safety Organization is included later in this report.

Operations and Inspection Approach

This facility operates as a research center for Bayer AG. In addition, this site is the location for the firm's Global Drug Safety Group. The current inspection covered the organization responsible for evaluating ADEs and the qualifications for pertinent personnel. In addition, the system used by Bayer to record, evaluate and report ADEs was reviewed. Various ADEs included in the inspection assignment were reviewed for accuracy of the reported information. Also numerous ADEs were reviewed for the assigned products.

**Organization and Personnel Qualifications**

The organization chart for Global Drug Safety was previously attached as exhibit 4. Global Drug Safety has the responsibility for receiving and evaluating all adverse drug reaction reports associated with the Bayer's health care products.

The organization consists of site drug safety sites, an advsere event management team, several international drug safety managers and the biological team for US biologicals.

Dr. Kraemer explained that the any ADE reported to Bayer from any source (health care provider, consumer, government authority, etc.) is evaluated by either the drug safety site or the AE management team. If the source of the ADE is in one of the countries with a Drug Safety Site (France, Germany, Japan, Nordic, United Kingdom, and USA), a drug safety scientist evaluated the reaction and makes the initial determination if the reaction is serious or non-serious.

If the adverse reaction is reported from a site other than the Drug Safety Site countries, the information is forwarded to the AE management team in Wuppertal where an initial evaluation is made by the AE management team. All individuals making the initial evaluation by Bayer are

physicians. A job description for this position, Drug Safety Scientist, was obtained and attached as exhibit 5.

After the initial evaluation is made, a second evaluation is made by the international drug safety managers. The international drug safety managers are specialists in a specific product or drug group. The seven international drug managers cover the following areas: Antirheumatic drugs, Anti-infective (AI) drugs, Central Nervous System (CNS) drugs, Cardiovascular (CV) drugs, Consumer Care (CC) drugs, Moxifloxacin, and Cerivastatin.

The international drug safety managers are all physicians. A job description for this position was obtained and attached as exhibit 6.

**ADE Procedures and the ClinTRACE System**

SOP GMD-SOP-009 Version 1, entitled Handling of Spontaneous Reports including Published Case Histories, provides the guidance for handling spontaneous adverse reaction reports. A copy of that SOP is attached as exhibit 7. The SOP is signed Dr. Shannon and Dr. Streicher-Saied.

Adverse reaction information reported to Bayer is documented on a Spontaneous Report Form. An example of that form is included in exhibit 7. Requirements in the SOP dictate that Bayer reviewers cannot change the classification of the ADE reported by the health care professional. If the reporting physician reports the ADE as serious, the ADE is listed as serious by Bayer, even if Bayer physicians disagree.

Bayer Drug Safety Technicians take the Spontaneous Report Forms and enter the data in the firm's ClinTRACE computer system. Using ClinTRACE the reports are evaluated by first the Drug Safety Sites/AE Management team and later by the International Drug Safety Managers.

The evaluations made by the Drug Safety Sites and the International Drug Safety Managers are recorded in ClinTRACE. ClinTRACE provides an electronic computer based system for recording ADE data and evaluations made by Bayer physicians. In addition, ClinTRACE has a time function

that highlights ADEs that might have to be reported to regulatory authorities with in specific time frames.

In addition to spontaneous reports, Bayer has a similar SOP for handling ADEs from clinical investigations. SOP GMP-SOP-010 Version 1, entitled Handling of Serious Adverse Events from Clinical Investigations, is attached as exhibit 8. The SOP is also signed by Drs. Shannon and Streicher-Saied. ADEs from clinical investigations are also entered into ClinTRACE.

Finally, a draft SOP for the screening of safety information from literature was provided by Bayer management and is attached as exhibit 9. Although the SOP is in draft form, Bayer has been searching medical literature every two weeks to detect any ADEs reported in the literature regarding the their products. A review of ADEs associated with various products did include reports from the medical literature.

ClinTRACE was brought on line on 11/27/2000. Since that date all information from Spontaneous Report Forms have been entered into ClinTRACE. The data entry can be made at the six drug safety sites. Spontaneous Report Forms from a non-data entry site (Spain, Italy, etc.) are sent to Germany for entry into ClinTRACE.

The cases are assigned by ClinTRACE to a Drug Safety Scientist for the initial evaluation. Those cases originating from a non-data entry site are sent to the AE Management Team in Wuppertal for the initial evaluation by a Bayer Drug Safety Scientist.

The initial evaluation is made into ClinTRACE by the Drug Safety Scientist. ClinTRACE then forwards the case to the International Drug Safety Manager for a second review. Again, the second evaluation is entered directly into ClinTRACE by the International Drug Safety Manager.

If the case is considered serious, the case is distributed by ClinTRACE to the designated international site. The international site has the responsibility for reviewing the ADE against the local, approved labeling to determine if the ADE is listed. For the United States, the serious unlisted ADE will be reported to the FDA.

ClinTRACE has a feature that tracks the ADE from the time it is first reported to Bayer until the time of final disposition. This feature tracks potential reportable ADEs and prompts various Bayer evaluators and filers when reports run the risk of getting delayed.

Prior to ClinTRACE Bayer used multiple computer systems to document and track ADEs. All ADE's in Bayer's older system have been converted into the ClinTRACE data base. The data base contains approximately 88,000 ADEs. Some information, such as whether or not the international sites have submitted the reports to the local governmental authority, cannot be determined from ClinTRACE for the older drugs. Thus, it was not possible at Bayer Wuppertal to determine from ClinTRACE if Bayer West Haven, CT filed a fifteen day report with the FDA for an ADE received in June, 2000 (prior to 11/27/2000).

ClinTRACE is a commercially available database developed for adverse drug reports. To this commercial product, Bayer designed and built ten additional modules to customized ClinTRACE to the company's needs. In all cases Bayer was responsible for validating the computer system.

Dr. Kraemer provided an overview of Bayer's approach to the validation of ClinTRACE. In all cases Bayer created a requirements document, a design document and a test protocol. The various units were tested separately and then together.

The current inspection covered the distribution function of ClinTRACE. The distribution function is included in the commercial ClinTRACE product. A requirements document, design document and test protocol was available for this function and reviewed during the current inspection.

Bayer provided the provided the variables for the distribution matrix contained in ClinTRACE. In the test protocol, several tests were performed with the expected outcomes defined in the test protocol. A review of the testing records confirmed at all tests were successfully performed.

The security for the computer system was reviewed during the inspection. Two passwords are needed to access the computer. The first password provides access to ClinTRACE and the second password provides access to the database. ClinTRACE provides an electronic tracking system which identifies who entered the data into the system and who made any changes to the system and when those changes were made.

The ClinTRACE database is maintained on two servers. One server is located in Wuppertal, Germany and the other server is located in West Haven, CT. The servers up date each other every thirty minutes. Thus they servers have essentially the same data in case of a catastrophic fate to one of the servers. Data between the two servers occurs via a Bayer intranet line.

In most cases ClinTRACE tracks serious ADEs to assure that they are evaluated and reported to the FDA within the 15 day requirements. Any serious ADE that has not been completely evaluated by Bayer physicians automatically is sent to Bayer West Haven for label review. If the serious ADE is not listed in the insert Bayer West Haven has to submit the ADE to FDA as a 15 day alert.

There is one possibility in which a serious ADE might not be reported to the FDA within the 15 day time requirement. This possibility exists when the second review by the International Drug Safety Manager changes a previous evaluated ADE from non-serious to serious. ClinTRACE provides for a 30 day period for a second review of an ADE when the reporting physician and the initial Drug Safety Scientist have classified the ADE as non-serious. However, if the second Bayer review changes that classification, there is the possibility that more than 15 days have elapses from the initial contact.

Bayer management believes that a second opinion from the International Drug Safety Manager provides a greater assurance that serious ADEs will be identified and ultimately reported to the proper governmental authorities. Since November 2000 there have been 39 cases where the initial evaluation was changed from non-serious to serious. Even with these 39 cases, most of them were handled and reported within the 15 day period. During this same

period, Bayer received and evaluated 19,103 ADEs into ClinTRACE.

**Periodic Safety Reports**

According to Dr. Kraemer, Bayer West Have CT has the responsibility for preparing and submitting the periodic safety reports required for approved drugs. Bayer West Haven gets from ClinTRACE all serious ADEs worldwide for those products approved in the United States. In addition, ClinTRACE provides West Have CT all non-serious ADEs for those complaints originating in the United States. These cases are organized and sorted into 15 day reports for immediate submission to the FDA (serious, unlisted reports) and periodic reports (serious listed reports).

Preparation and submission of the Periodic Safety Reports to the FDA is the responsibility of the Bayer Drug Safety Assurance Department, West Haven, CT. The submission of these reports is performed in accordance with SOP 802

**Periodic Safety Update Reports**

Dr Reiter provided an overview of the trending performed by Bayer regarding marketed products. The reports are generated semi-annually or annually depending on approval date. These reports are not sent to the FDA (FDA requires the Periodic Safety Reports) but are required by other governmental authorities.

The Periodic Safety Update Reports (PSUR) include a variety of information for the drug. Most importantly it includes a review of all spontaneous ADEs as well as ADEs from selected clinical trials. In addition, it includes marketing information to determine the rate that ADEs are occurring. Thus the PSURs are evaluating the data for new ADEs as well as an increase in the rate of known ADEs.

A PSUR may result in a recommendation to a Bayer Committee that labeling changes be made to the Product Core Safety Information sheet as well as to the product's package insert. Any changes in the product insert are subject to the approval of the governmental authorities. The Bayer Committee that reviews these recommendations is chaired by

the Global Drug Safety Department with representation from regulatory, legal, marketing and clinical groups.

The Committee meets periodically, but can be conveyed immediately if an urgent issue arises. During the current inspection, a PSUR for Moxifloxican for the period of 22Nov2000 to 31May2001 was reviewed.

**Non-Approved Prescription Drugs**

The current inspection determined that Bayer does not marketed in the United States any non-approved prescription drugs. Attached as exhibit 10 is a listing of Bayer OTC consumer care products marketed in the United States. Attached as exhibit 11 is a listing of Bayer approved drugs and clinical drugs in development. Dr. Kraemer stated that he confirmed with Bayer West Haven Regulatory Affairs that the firm does not market any non-approved prescription drugs.

Assignment ADE Verification

The current inspection included several ADEs reported by Bayer to the FDA for verification of data. Some of these are discussed below in the product specific captions. The review of the remaining ADEs found that all reports to the FDA were accurate summaries of data from the firm's files.

The current inspection reviewed two specific ADEs for Adalat (Nifedipine) tablets that were submitted by Bayer to the FDA. The ADEs were from Japan and Germany and reported to FDA using the CIOMS form. The ADE Bayer case numbers were 199900164BVD and 2199901705DSI.

Case 2199901705DSI was reported from Bayer Germany. The original information regarding the report from the health care physician is maintained at Bayer Germany (Leverkusen). A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

Case 199900164BYL was reported from Bayer Japan. The original information regarding the report from the health care physician is maintained at Bayer Japan. A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

The current inspection reviewed one specific ADE that was submitted by Bayer to the FDA for Glucor (Acarbose) tablets. The ADE was from France and reported to FDA using the CIOMS form. The ADE Bayer case number was 199841886GDS.

Case 199841886GDS was reported from Bayer France. The original information regarding the report from the health care physician is maintained at Bayer France. A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

**Baycol Tablets (cervistatin)**

The current inspection reviewed two specific ADE that were submitted by Bayer to the FDA. Both ADEs were from foreign countries and reported to FDA using the CIOMS form. One ADE was Bayer case number 199900003BYL regarding Baycol. The other ADE was Bayer case 199905853GDS regarding Lipobay. Both cases were received in 1999.

Case 199900003BYL was reported from Bayer Japan. The original information regarding the report from the health care physician is maintained at Bayer Japan. A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event,

description, patient identification information, reporter and related information.

Case 199905853GDS was reported from Bayer Germany. The original information regarding the report from the health care physician is maintained at Bayer Germany (Leverkusen). A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

In addition to confirming the accuracy of data reported to FDA, the current inspection obtained ADV information regarding Baycol (Cervistatin) for the period June 1, 2000 through August 31, 2001. During that period, Bayer received 3561 ADEs associated with cervastatin. From this listing 12 cases were selected. The selection criteria included both serious and non serious reactions. The cases were reviewed to confirm the accuracy of the information, compliance with reporting time frames (if required) and confirmation that all serious unlisted ADEs were reported. For those serious cases not reported to the FDA because they were listed in the insert, insert revisions were reviewed to confirm the listing.

A brief summary of the cases follows:

Case number 200090622GDS: Case received on 19DEC2000 involving worsening of dermatopolymytosis, myalgia and creatine phosphokinase increase. Reporter information was accurately verified in the CIOMS form. The ADE was reported to the FDA on 29DEC2000.

Case number 200090646GDS: Case received 29DEC2000 involving rhabdomyolysis and renal failure. Reporter information was accurately verified in the CIOMS form. The ADEs was not reported to the FDA since the ADEs are listed in the insert.

Case number 200110001BNE: Case received 02JAN2001 involving bilateral early cataracts. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110003BSV: Case received 02JAN2001 involving flu-like symptoms. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200110440BWH: Case received 16FEB2001 involving rhabdomyolysis. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110441BWH: Case received 20FEB2001 involving rhabdomyolysis. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110441BYL: Case received 20AUG2001 involving myalgia and edema. Reporter information was accurately verified in the CIOMS form. These ADEs were not reported to the FDA since they are deemed non serious.

Case number 200112416BWH: Case received on 09AUG2001 involving worsening of leg cramps and cancer. Reporter information was accurately verified in the CIOMS form. The ADE was reported to the FDA on 27AUG2001.

Case number 20011247BWH: Case received 09AUG2001 involving myalgia, leg cramps, cysts and asthenia. Reporter information was accurately verified in the CIOMS form. These ADEs were not reported to the FDA since they are deemed non serious.

Case number 20011248BWH: Case received 09AUG2001 involving cardiovascular disorder. Reporter information was accurately verified in the CIOMS form. This ADE was reported to the FDA 23AUG2001.

Case number 200112418GDS: Case received 27APR2001 involving diarrhea. Reporter information was accurately verified in the CIOMS form. This ADE was not reported to the FDA since it was deemed non serious.

Case number 200114345GDS: Case received 16AUG2001 involving stupor, rhabdomylosis and liver damage. Reporter

information was accurately verified in the CIOMS form. These ADEs were reported to the FDA 28AUG2001.

Due to the market withdrawal of Bayer's cervastatins, no further ADEs were reviewed during the current inspection.

**Cipro Injection (ciprofloxacin)**

The current inspection reviewed one specific ADE that was submitted by Bayer to the FDA. The ADE was from a foreign country and reported to FDA using the CIOMS form. The ADE was Bayer case number 199900277BVD.

Case 199900277BVD was reported from Bayer Germany. The original information regarding the report from the health care physician is maintained at Bayer Germany (Leverkusen). A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

In addition to confirming the accuracy of data reported to FDA, the current inspection obtained ADE information regarding Cirpofloxacin Injection for the period June 1, 2000 through August 31, 2001. During that period, Bayer received 220 ADEs associated with the drug. From this listing 20 cases were selected. The selection criteria included both serious and non-serious reactions. The cases were reviewed to confirm the accuracy of the information, compliance with reporting time frames (if required) and confirmation that all serious unlisted ADEs were reported. For those serious cases not reported to the FDA because they were listed in the insert, insert revisions were reviewed to confirm the listing.

A brief summary of the cases follows:

Case number 200002978BNE: Case received on 02OCT2000 involving worsening of an allergic reaction. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer England. The case was forwarded to the various Bayer sites worldwide including Bayer West

Haven. West Haven had the responsibility for reviewing US labeling and deciding if the report should be sent to the FDA. Due to the time period of the report follow up at Bayer West Haven is needed to determine if the report was sent to the FDA as a 15 day alert.

Case number 200003018BNE: Case received 05OCT2000 involving pancytopenia. Patient died. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer England. Follow up at Bayer West Haven is needed to determine if the report was sent to the FDA.

Case number 200003157BNE: Case received 17OCT2000 involving nausea. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer England. The ADE was not reported to the FDA since the ADE was deemed non-serious.

Case number 200003158BNE: Case received 17OCT2000 involving nausea and malaise. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer England. The ADE was not reported to the FDA since the ADE was evaluated as non-serious.

Case number 200006174GDS: Case received 02JUN2000 involving abnormal liver function tests and chloestatic jaundice. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Italy. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 200006801GDS: Case received 17MAY2000 involving urticaria. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Italy. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 200006986GDS: Case received 21JUN2000 involving pseudomembranous colitis. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Spain. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 20008708GDS: Case received on 28JUL2000 involving cerebellar ataxia, dysarthria and psychosis.

Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Canada. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 200009444GDS: Case received 21AUG2000 involving asthma. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Italy. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 200009454GDS: Case received 18AUG2000 involving cholelithiasis. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Switzerland. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 200051727BVD: Case received 25AUG2000 involving shock, atrial fibrillation, hypotension, hemorrhage, gastrointestinal hemorrhage, pancytopenia and abnormal kidney function. The patient died. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Germany. Follow up at Bayer West Haven is needed to determine if the report was send to the FDA.

Case number 200090470GDS: Case received 18OCT2000 involving diplopia. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Belgium. This ADE was not reported to the FDA since it was deemed non-serious.

Case number 200110013BYL: Case received 16JAN2001 involving hypertonia. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Japan. This ADE were reported to the FDA 18JAN2001.

Case number 200110014BWH: Case received 03JAN2001 involving deafness. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer West Haven. This ADE was not reported to the FDA since it is listed in the insert.

Case number 200110016BYL: Case received 17JAN2001 involving convulsion. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Japan. This ADE was not reported to the FDA since it is listed in the insert.

Case number 200110792BVD: Case received 27APR2001 involving confusion, agitation, hallucinations, tremor, insomnia and diarrhea. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Germany. Thess ADEs were not reported to the FDA since all are listed in the insert.

Case number 200110799BVD: Case received 27APR2001 involving diarrhea. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Japan. This ADE was not reported to the FDA since it is listed in the insert and was non-serious.

Case number 200110811BWH: Case received 23OMAR2001 involving deafness and ataxia. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer West Haven. These ADEs were not reported to the FDA since they are listed in the insert.

Case number 200110817BVD: Case received 02MAY2001 involving diarrhea. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Germany. This ADE was not reported to the FDA since it is listed in the insert and was non-serious.

Case number 200110823BVD: Case received 02MAY2001 involving diarrhea. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Germany. This ADE was not reported to the FDA since it is listed in the insert and was non-serious.

**Trasylol Injection (aprotinin bovine)**

The current inspection reviewed no specific ADE that was submitted by Bayer to the FDA. However, ADE information regarding Trasylol(Aprotinin) for the period June 1, 2000 through August 31, 2001 were reviewed. During that period, Bayer received 35 ADEs associated with Aprotinin. From this listing 15 cases were selected. The selection

criteria included both serious and non serious reactions. The cases were reviewed to confirm the accuracy of the information, compliance with reporting time frames (if required) and confirmation that all serious unlisted ADEs were reported. For those serious cases not reported to the FDA because they were listed in the insert, insert revisions were reviewed to confirm the listing.

A brief summary of the cases follows:

Case number 200110208BVD: Case received on 01FEB2001 involving anaphylactoid reaction where the patient died. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110249BWH: Case received 30JAN2001 involving coagulation disorder where the patient died. Reporter information was accurately verified in the CIOMS form. The ADE was reported to the FDA on 02FEB2001.

Case number 200110259BVD: Case received 12FEB2001 involving anaphylactoid reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110298BVD: Case received 14FEB2001 involving anaphylactoid reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110441BNE: Case received 23MAY2001 involving ventricular fibrillation. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200110550BWH: Case received 05MAR2001 involving acute kidney failure, myocardial infarct and hyperglycemia. Patient died in this case. Reporter information was accurately verified in the CIOMS form. The ADEs were reported to the FDA on 03MAR2001.

Case number 200110551BWH: Case received 05MAR2001 involving acute kidney failure. Reporter information was

accurately verified in the CIOMS form. This ADE was not reported to the FDA since ADE is listed in the insert.

Case number 200110815BWH: Case received on 29MAR2001 involving coagulation disorder where the patient died. Reporter information was accurately verified in the CIOMS form. The ADE was reported to the FDA on 04APR2001.

Case number 200110965GDS: Case received 19FEB2000 from American literature search involving thrombosis and intracranial hemorrhage where the parient died. Reporter information was accurately verified in the CIOMS form. The ADEs was reported to the FDA on 04/25/2001.

Case number 200111098BWH: Case received 27APR2001 involving hypotension, fever and disseminated intravascular coagulation. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE could not be assessed by the firm because of lack of important medical information not given to firm.

Case number 200111141BWH: Case received 30APR2001 involving anaphylactoid reaction and cerebral Hemorrhage where the patient died. Reporter information was accurately verified in the CIOMS form. The ADE was reported to the FDA on 05MAY2001.

Case number 200111285BVD: Case received 04JUL2001 involving anaphylactoid reaction, heart arrest and back pain. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADEs anaphylactoid reaction and heart arrest is listed in the insert and back pain is a non serious ADE.

Case number 200111468BWH: Case received 30MAY2001 involving thrombosis. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200111469BWH: Case received 30MAY2001 involving thrombosis. Reporter information was accurately verified in the CIOMS form. These ADEs were not reported to the FDA since the ADE is listed in the insert.

Case number 20011548GDS: Case received on 23MAR2001 involving arrhythmia and hypotension. Reporter information was accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs are listed in the insert.

**Cipro Powder for Reconstitution (cirpofloxacin)**

The inspection assignment had no specific complaints to review for Cipro Oral Suspension. The current inspection did include one ADE on Ciprobay tablets that was submitted by Bayer to CDER in 1999. That ADE was from foreign country and reported to FDA using the CIOMS form. The case number was 199903238GDS regarding Ciprobay tablets.

Case 199903238GDS was reported from Bayer Germany. The original information regarding the report from the health care physician is maintained at Bayer Germany (Leverkusen). A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

In addition to confirming the accuracy of data reported to FDA, the current inspection obtained ADE information regarding Cirpo (coprofloxacin) Oral Suspension for the period June 1, 2000 through August 31, 2001. During that period, Bayer received 4 ADEs associated with the drug. All four cases were reviewed during the current inspection. A brief summary of the cases follows:

Case number 200002545BWH: Case received on 21SEP2000 involving pharyngitis and glossitis. Reporter information was accurately verified in the CIOMS form. Case reported by Bayer West Haven. The ADE was not reported to the FDA since Bayer viewed the report as non serious.

Case number 200003019BNE: Case received 04OCT2000 involving gastronintestinal disorder. Reporter information was accurately verified in the CIOMS form. Case reported by Bayer England. The ADE wasd reported to the FDA on 01DEC2000.

Case number 200090004BFR: Case received 24NOV2000 involving hepatitis. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer France. The ADE was reported to the FDA on 01DEC2000. A follow up report was sent on 08DEC2000.

Case number 200110369BSV: Case received 12APR2001 involving exposure of the drug during pregancy. Reporter information was accurately verified in the CIOMS form. The case was reported by Bayer Nordic. No report was made to the FDA since there was no ADE.

**Avelox Tablets (moxifloxacin HCl)**

The current inspection reviewed one specific ADE that was submitted by Bayer to the FDA. The ADE was from a foreign country and reported to FDA using the CIOMS form. The ADE was Bayer case number 199900695BVD.

Case 199900695BVD was reported from Bayer Germany. The original information regarding the report from the health care physician is maintained at Bayer Germany (Leverkusen). A copy of the original information was faxed to Bayer Global Drug Safety due to the FDA inspection. A review of this information revealed that the information in the CIOMS form accurately reported the adverse event regarding the date of the event, description, patient identification information, reporter and related information.

In addition to confirming the accuracy of data reported to FDA, the current inspection obtained ADE information regarding Avelox (Moxifloxacin) for the period June 1, 2000 through August 31, 2001. During that period, Bayer received 1278 ADEs associated with Moxifloxacin. From this listing 25 cases were selected. The selection criteria included both serious and non serious reactions. The cases were reviewed to confirm the accuracy of the information, compliance with reporting time frames (if required) and confirmation that all serious unlisted ADEs were reported. For those serious cases not reported to the FDA because they were listed in the insert, insert revisions were reviewed to confirm the listing.

A brief summary of the cases follows:

Case number 200112279GDS: Case received on 23APR2001 involving anaphylactoid reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was listed in the insert.

Case number 20112280GDS: Case received 23APR2001 involving allergic reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200112282GDS: Case received 23APR2001 involving anaphylactoid reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200112295GDS: Case received 20APR2001 involving insomnia, diarrhea, dyspepsia and polyuria. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112301GDS: Case received 20APR2001 involving nausea. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112302GDS: Case received 20APR2001 involving nausea. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 2001123304GDS: Case received 09APR2001 involving allergic reaction. Reporter information was accurately verified in the CIOMS form. These ADE were not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112319GDS: Case received on 20APR2001 involving allergic reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112322GDS: Case received 19APR2001 involving vomiting. Reporter information was accurately verified in the CIOMS form. These ADE were not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112326GDS: Case received 23APR2001 involving rash. Reporter information was accurately verified in the CIOMS form. This ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112329GDS: Case received 27APR2001 involving nervousness and abdominal pain. Reporter information was accurately verified in the CIOMS form. This ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

Case number 200112354GDS: Case received 02MAY2001 involving allergic reaction. Reporter information was accurately verified in the CIOMS form. This ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112368GDS: Case received on 11MAY2001 involving allergic reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112385BWH: Case received 10AUG2001 involving psychosis. Reporter information was accurately verified in the CIOMS form. The ADE was reported to the FDA on 08AUG2001.

Case number 200112402GDS: Case received 11MAY2001 involving depersonalization, nausea, athenia and vomiting. Reporter information was accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

Case number 200112460GDS: Case received 21MAY2001 involving skin reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200112468GDS: Case received on 21MAY2001 involving tachycardia, arthralgia abdominal pain. Reporter information was accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

Case number 200112480GDS: Case received 04MAY2001 involving dry mouth, abdominal pain, gastrointestinal disorder. Reporter information was accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

Case number 200112483GDS: Case received 04MAY2001 involving vomiting, tremors, nervousness, myalgia. Reporter information was accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

Case number 200113943GDS: Case received 27JUL2001 involving anaphylactoid reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200113971GDS: Case received 30JUL2001 involving anaphylactoid reaction. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE is listed in the insert.

Case number 200113975GDS: Case received 30JUL2001 involving arrhythmia, syncope, abnormal vision. Reporter information was accurately verified in the CIOMS form. The ADEs were reported to the FDA on 06AUG01.

Case number 200113985GDS: Case received on 31JUL2001 involving nausea. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200113986GDS: Case received 31JUL2001 involving nausea. Reporter information was accurately verified in the CIOMS form. The ADE was not reported to the FDA since the ADE was evaluated as non serious.

Case number 200114075GDS: Case received 23JUL2001 involving anxiety and dizziness. Reporter information was

accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

## Objectionable Conditions and Discussion with Management

No objectionable conditions or findings were noted during the current inspection. No FD-483, Inspectional Observations Form, was issued. The concluding discussion with management was limited to the inspection approach and scope of the inspection.

## Exhibits

Attached to this report are the following exhibits:

Exh 1 - Organizational chart Global Medical Development
Exh 2 - Organizational chart Pharma Product Development
Exh 3 - Address for David Ebsworth, Head Bayer Pharma
Exh 4 - Organizational chart for Global Drug Safety
Exh 5 - Position description Drug Safety Scientist
Exh 6 - Position description Drug Safety Manager
Exh 7 - SOP for Handling of Spontaneous Reports
Exh 8 - SOP for Handling Serious ADEs from Clinical Trails
Exh 9 - Draft SOP Screening of Safety Information from Literature
Exh 10 - Bayer product list for US consumer care
Exh 11 - Bayer approved product list and IND drugs

James I. Giefer
Investigator
St. Louis Resident Post
Kansas City District

Kevin D. Kallander
Microbiologist
Denver District

GESAMT SEITEN 27

accurately verified in the CIOMS form. The ADEs were not reported to the FDA since the ADEs were evaluated as non serious.

Objectionable Conditions and Discussion with Management

No objectionable conditions or findings were noted during the current inspection. No FD-483, Inspectional Observations Form, was issued. The concluding discussion with management was limited to the inspection approach and scope of the inspection.

Exhibits

Attached to this report are the following exhibits:

✓ Exh 1 - Organizational chart Global Medical Development
✓ Exh 2 - Organizational chart Pharma Product Development
Provided verbally Exh 3 - Address for David Ebsworth, Head Bayer Pharma
✓ Exh 4 - Organizational chart for Global Drug Safety
✓ Exh 5 - Position description Drug Safety Scientist
✓ Exh 6 - Position description Drug Safety Manager
✓ Exh 7 - SOP for Handling of Spontaneous Reports
✓ Exh 8 - SOP for Handling Serious ADEs from Clinical Trails
✓ Exh 9 - Draft SOP Screening of Safety Information from Literature
✓ Exh 10 - Bayer product list for US consumer care
✓ Exh 11 - Bayer approved product list and IND drugs

James I. Giefer
Investigator
St. Louis Resident Post
Kansas City District

Kevin D. Kallander
Microbiologist
Denver District