# GLOBAL MEDICAL DEVELOPMENT



# Pharma - Product Development

**(Status of August 2001)**




| |
|---|
| * in USA |
| ** in UK |
| *** in Japan |

L:\Projkont\Orga\PD Organigramm Status August 2001, 2001-08-01

# GLOBAL MEDICAL DEVELOPMENT

## Global Drug Safety



# Drug Safety Scientist
## Final

**Position** : Drug Safety Scientist

**Department** : Drug Safety Clintrace Data Entry Site / GDS

**Reporting lines** :




Within the Entry the Drug Safety Scientist reports directly to the Local Drug Safety Manager with a dotted line to the Director of Global Drug Safety. In Entry Sites with more then 1 Drug Safety Scientist there will be one DSS acting as Manager of the Drug Safety team.

**General description** : The key process within Drug Safety is the reporting of Adverse Drug Events to Health Authorities. The process can be split in 6 major parts:

1. Receiving and processing information on Adverse Drug Events
2. Triage and data entry
3. Evaluation
4. Global Approval
5. Distribution
6. Reporting

The Drug Safety team handles this process.

As member of a team in an Entry Site or at GDS the Drug Safety Scientist is responsible for the initial assessment of cases of one or more drugs. The Drug Safety Scientist investigates reported adverse events and ensures case related procedures according to SOPs. The Drug Safety Scientist supervises medical data entry following the Global Operational Guide (User Manual), gives medical expert advice, participates in signal handling and assists the International Drug Safety Manager in preparing safety documentation.

The main tasks include:

Supervision of Drug Safety Technician(s) in tasks associated with recording and entering adverse events in database
Determining Drug Safety's opinion of reported term under medical, pharmacological and pharmacokinetic aspects
Contacting reporter (or reporting sites at GDS) for clarification and follow-up

| | |
|---|---|
| General requirements : | Team player, able to work in a hectic paced, time critical environment where an eye for details combined with excellent analytical skills and confidentiality are key assets. |
| Technical requirements: | Medical Doctor degree or a graduate degree or certification in a medical field with 7-10 years relevant experience in pharmaceutical, clinical or medical field. The Drug Safety Scientist must have advanced medical writing skills, advanced clinical diagnostic skills and advanced Adverse Event coding (Costart, MedDRA) skills. The Drug Safety Scientist must have excellent analytical skills. Basic office skills like typing, filing and faxing. Basic understanding of MS-Office and LotusNotes and able to do accurate data entry.<br>Must be fluent, oral and written, in English. |
| Management requirements : | |
| Valued additional skills: | Knowledge of ICH/WHO regulations regarding ADE reporting.<br>Knowledge of Drug Safety Systems.<br>Basic Adverse Event coding knowledge (Costart, Meddra)<br>Knowledge of ethical or biological products or therapeutic expertise. |

28.1.01

# International Drug Safety Manager – GDS
## Final

Position : International Drug Safety Manager

Department : GDS

Reporting lines :




At GDS the International Drug Safety Manager (IDSM) reports directly the Director of Global Drug Safety.

General description : The key process within Drug Safety is the reporting of Adverse Drug Events to Health Authorities. The process can be split in 4 major parts:

1. Receiving and processing information on Adverse Drug Events
2. Triage and data entry
3. Evaluation
4. Global Approval
5. Distribution
6. Reporting

The Drug Safety team handles this process.

The International Drug Safety Manager is the person with the most comprehensive product knowledge working within the Global Drug Safety Structure. An IDSM within GDS will review and approve the local causality assessment on Adverse Drug Events (part 4), ultimately steering distribution and reporting. He/she is responsible for the preparation of Periodic Safety Update Reports (PSUR) and initiates changes to the core label based upon the results of the PSUR.

The main tasks include:

Global approval of single cases of a product or product class
Responsible for the Periodic Safety Update
Approves the response to regulatory requests
Issue / Crisis Management

General requirements : Team player, able to work in a hectic paced, time critical environment where an eye for details, combined with excellent analytical skills and confidentiality, are key assets.

| | |
|---|---|
| Technical requirements: | Medical Doctor degree or a graduate degree or certification in a medical field with 7-10 years relevant experience in pharmaceutical, clinical or medical field. The International Drug Safety Manager must have advanced medical writing skills, advanced clinical diagnostic skills and advanced Adverse Event coding (Costart, Meddra) skills. The Interntional Drug Safety Manager must have excellent analytical skills. Basic office skills like typing, filing and faxing. Basic understanding of MS-Office and LotusNotes and able to do accurate data entry.<br>Must be fluent, oral and written, in English. |
| Management : | The GDS IDSM is responsible for the handling of Issue Management requirements as well as leading the product teams. |
| Valued additional skills: | Knowledge of ICH/WHO regulations regarding ADE reporting.<br>Knowledge of Drug Safety Systems.<br>Basic Adverse Event coding knowledge (Costart, Meddra)<br>Knowledge of ethical or biological products or therapeutic expertise. |

28.1.01

[signature]

# Bayer Pharma
## Global Medical Development

| | |
|---|---|
| **Document Type:** | Global Standard Operating Procedure. |
| **Title:** | **Handling of Spontaneous Reports Including Published Case Histories** |
| **Authorisation Status:** | Final |
| **SOP ID:** | GMD-SOP-009 Version 1 **Effective Date:** 2001-Jun-01 |
| **Conditions of Implementation:** | All spontaneous reports and published case histories received by Bayer since the effective date |

| | |
|---|---|
| **Supersedes:** | • Policy statements<br>  • PD-M P DS 1 dated January 1999<br>  • PD-M P DS 2 dated January 1999<br>  • PD-M-GDS-3 / Version 2 dated 2000-May-01<br>• PD-M-GDS-SOP-13 / Version 5 dated 2000-May-01<br>• PD-M-GDS-SOP-17 / Version 1 dated 2000-May-01<br>• All local SOPs on handling of spontaneous reports and published case histories |
| **Reason for Change:** | Installation of the ClinTrace system and adaption to the new Bayer SOP standard |

| | |
|---|---|
| **Process(es) addressed:** | • Receipt, preparation, documentation, data entry, evaluation, approval, distribution and submission of spontaneous reports and published case histories |
| **Purpose of the SOP:** | To ensure that<br>• data handling and medical evaluation of spontaneous reports and published case histories involving Bayer medicinal products are done on a high quality level<br>• the legal reporting requirements are fulfilled |
| **Applicable to:** | All personnel involved in the handling of spontaneous reports and published case histories within Business Group Pharma including Biological Products and Business Group Consumer Care |

| | Name | Signature | Date |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | [signature] | 2001-May-17 |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | [signature] | 2001-May-16 |

# Bayer Pharma
## Global Medical Development

| | | | |
|---|---|---|---|
| **Document Type:** | Global Standard Operating Procedure | | |
| **Title:** | **Handling of Spontaneous Reports including Published Case Histories** | | |
| **Authorisation Status:** | Final | | |
| **SOP ID:** | GMD-SOP-009 Version 1 | **Effective Date:** | 2001-Jun-01 |
| **Conditions of Implementation:** | All spontaneous reports and published case histories received by Bayer since the effective date | | |

| | |
|---|---|
| **Supersedes:** | • Policy statements<br>  • PD-M P DS 1 dated January 1999<br>  • PD-M P DS 2 dated January 1999<br>  • PD-M-GDS-3 / Version 2 dated 2000-May-01<br>• PD-M-GDS-SOP-13 / Version 5 dated 2000-May-01<br>• PD-M-GDS-SOP-17 / Version 1 dated 2000-May-01<br>• All local SOPs on handling of spontaneous reports and published case histories |
| **Reason for Change:** | Installation of the ClinTrace system and adaption to the new Bayer SOP standard |

| | |
|---|---|
| **Process(es) addressed:** | • Receipt, preparation, documentation, data entry, evaluation, approval, distribution and submission of spontaneous reports and published case histories |
| **Purpose of the SOP:** | To ensure that<br>• data handling and medical evaluation of spontaneous reports and published case histories involving Bayer medicinal products are done on a high quality level<br>• the legal reporting requirements are fulfilled |
| **Applicable to:** | All personnel involved in the handling of spontaneous reports and published case histories within Business Group Pharma including Biological Products and Business Group Consumer Care |

| | **Name** | **Signature** | **Date** |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | ________ | ________ |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | ________ | ________ |

## Table of Contents

**1 Abbreviations**

**2 Definitions**

**3 Description of the Process**
3.1 Applicable Policy Statements
3.2 Description of the Process
3.2.1 Process Overview
3.2.2 RECEIVE Process
3.2.3 PREPARE Process
3.2.4 DOCUMENT Process
3.2.5 ENTER Process
3.2.6 EVALUATE Process
3.2.7 APPROVE Process
3.2.8 DISTRIBUTE Process / Update of Distribution Matrix
3.2.9 SUBMIT Process

**4 Associated Documents**
International Spontaneous Report Form
WHO-Critical Term List
Handling of Spontaneous Reports sent to Bayer Internet Websites
Emergency Service outside Working Hours

## 1 Abbreviations

| | |
|---|---|
| ADR | Adverse Drug Reaction |
| AE | Adverse Event |
| CC | Consumer Care |
| DSS | Drug Safety Scientist |
| DST | Drug Safety Technician |
| EMEA | European Agency for the Evaluation of Medicinal Products |
| GDO | Global Distribution Officer |
| GDS | Global Drug Safety |
| ICH | International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use |
| IDSM | International Drug Safety Manager |
| INN | International Non-proprietary Name |
| LDSM | Local Drug Safety Manager |
| NEUMA | Northern Europe Medical Affairs |
| PTC | Product Technical Complaint |
| RO | Reporting Officer |
| SRF | Spontaneous Report Form |



BAYCORP02034100D

## 2 Definitions

More detailed information on definitions and roles as well as details of the process are described in the operational manuals to this SOP.

***Adverse Drug Reactions (ADR)***
A response to a drug which is noxious and unintended and which occurs at doses normally used in man for prophylaxis, diagnosis, or therapy of disease or for modification of physiological function.

Spontaneous reports from consumers or health care professionals are generally considered to be adverse drug reactions, since the act of reporting a case already includes a judgement of possible causality on the part of the reporter.

***Clock start date***
This date defines the start date for expedited reporting (day 1 of the process). It is also called "first contact date" for initial reports and "last contact date" for follow-up reports.
The clock for expedited reporting starts as soon as any person representing Bayer is initially informed about the case e.g. all sales representatives working for Bayer, medical information, monitor (Bayer or CRO), LDSM, etc.
In case of reports coming from a license company, the report clock starts at the earliest date when the license company was informed about this case. It is not the date when Bayer receives the license case for the first time.

***Global Data Entry Site***
Functional unit within Global Drug Safety.
Responsible for documentation, data entry, evaluation and distribution of reports sent by licence partners and Non-Data Entry Sites as well as published case histories. For this purpose Global Data Entry Sites work with the customized Bayer ClinTrace System.
Global Data Entry Sites are GDS-Ethicals (Wuppertal) and GDS-Biologicals (Berkeley).

The addresses of the Global Data Entry Sites are as follows:

**GDS Ethicals**
**AE-Management Team**
Bayer AG
Pharma Research Center, Building 470
Global Drug Safety (GDS)
D-42113 Wuppertal
Fax-No.: ++49-202-368228
e-mail: GDS AE-MANAGEMENTTEAM@BAYERNOTES
internet: gds.ae-managementteam@bayer-ag.de

**GDS Biologicals**
Bayer Corporation
Pharmaceutical Division
800 Dwight Way
Berkeley, California 94701 / USA
Fax-No.: 001 510 705 4714
e-mail: BRKL GDS-Biologicals@BAYER-US-NOTES
internet: gds.biologicals@bayer.com

***Local Data Entry Site***
Functional unit within Local Drug Safety.
Responsible for receipt, data entry, evaluation and submission of domestic or regional reports. Additionally Local Data Entry Sites are responsible for the submission of non-domestic reports if required by the Health Authority.
For this purpose they work with the customized Bayer ClinTrace System.
Local Data Entry Sites can also be responsible for reports from Non-Data Entry Sites of a special region. Local Data Entry Sites are France, Germany, Japan, Sweden (NEUMA), UK, USA (Berkeley (for Biologicals), West Haven (for Ethicals)).

***Non-Data Entry Site***
Functional unit within Local Drug Safety.
Responsible for receipt, preparation and submission of domestic reports. Additionally Non-Data Entry Sites are responsible for the submission of non-domestic reports.
All other processes are done by the Data Entry Site.
Non-Data Entry Sites are all sites that are not a Local Data Entry Site.

***Published Case History***
Any published case history of an ADR meets the criteria of a spontaneous report.

***Serious***
An AE or ADR is serious if it:
- results in death
- is life-threatening
- requires inpatient hospitalisation or prolongation of existing hospitalisation
- results in persistent or significant disability or incapacity
- is a congenital anomaly or birth defect
- is an important medical event

***Spontaneous Report***
Any unsolicited communication to a company, regulatory authority or other organisation that describes an ADR in a patient given one or more medicinal products, and which is not derived from a study or any organised data collection scheme.

***Submission (submit)***
Means for this SOP: To send an ADR report to regulatory authorities.

***Unlisted***
An AE/ADR is considered unlisted if its nature, severity, specificity and outcome is not consistent with the information included in the Company Core Safety Information (CCSI).
ClinTrace does not differentiate between 'unexpected' and 'unlisted'. Therefore the term 'unlisted' makes reference to both the investigator's brochure and the Company Core Safety Information.

# 3 Description of the Process

## 3.1 Applicable Policy Statements

The following policy statements are applicable to the entire process.

- The process is valid for the handling of adverse drug reactions involving Bayer medicinal products both from spontaneous reports and from published case histories. If the term 'spontaneous report' is mentioned in this SOP published case histories are included.

- Initial as well as follow-up reports must be handled within the same timelines described in this SOP.

- Spontaneous reports are handled within the following timelines (see table 1):
  - Spontaneous reports with the serious criterion 'fatal' or 'life-threatening' qualify for potential submission by day 7 after receipt by Bayer *(7-day report)* if the product is still under clinical development in an ICH-country (European Union, USA, Japan). [1]
  - All other serious spontaneous reports qualify for potential submission by day 15 *(15-day report)*.
  - For non-serious reports submission is not necessary. Non-serious reports must be approved by day 30.

- The submission of reports must follow the timelines of this SOP or the timelines required by national authorities.

- Cases for which a timeline is exceeded must be processed immediately.
  If a case is late ClinTrace calculates for each process step a specific due date appropriate to the remaining time.

- The Local Drug Safety is responsible for the final submission to the national authority and the selection of cases for submission according to their national legal requirements.

**Table 1:**

| | | TIMELINES [2] | | | | | |
|---|---|---|---|---|---|---|---|
| Responsible | Process Step | 7-day report | | 15-day report | | Non-serious report | |
| | | working days | calendar days | working days | calendar days | working days | calendar days |
| LDSM | Prepare | 1 | day 1 | 2 | day 3 | 6 | day 6 |
| DST | Enter | 1 | day 2 | 2 | day 6 | 6 | day 12 |
| DSS | Evaluate | 1 | day 3 | 2 | day 9 | 6 | [illegible] |
| IDSM | Approve/Distribute | [illegible] | day 4 | 2 | day 12 | [illegible] | day 30 |
| LDSM/RO | Submit | [illegible] | day 5 | 2 | day 14 | [illegible] | [illegible] |
| **Due date according to ClinTrace** (time-reserve) | | day 7 (2 days) | | day 15 (1 day) | | [illegible] | |

---

1 A list of those products is provided in the Drug Safety Information System under Lotus Notes.
2 The timelines within this SOP include a reserve. For 7-day reports the reserve is 2 days considering that two days of the process might be non-business days (weekend). For 15-day reports the reserve is 1 day considering that the distribution to countries outside the date-line needs an additional day.

- **Spontaneous reports from consumers**
  The process is also valid for consumer reports.
  The reporting consumer should be contacted to provide the name and address of the health care provider so that the case can be followed up. Written permission should be obtained from the consumer for such an approach to their healthcare provider. If only a verbal permission is available this verbal permission must be carefully documented.
  If no follow-up information can be obtained (e.g. consumer does not permit Bayer to contact health care provider) or if the health care professional does not confirm the events provided by the consumer, the report is considered to be an unsubstantiated report from the consumer.

  Unsubstantiated cases from consumers must be reported to those regulatory authorities who require submission of such reports.

- **Correcting data in spontaneous reports from licence partners**
  As a general rule the data of reports from licence partners are entered in ClinTrace as reported. However, if reports from licence partners contain significant mistakes the licence partner should be contacted and asked for correction.

- **Handling of cases of drug exposure via parent**
  Cases related to an administration of a Bayer medicinal product to the mother during pregnancy or delivery as well as administration of a Bayer medicinal product to the father prior to sexual intercourse with subsequent pregnancy have to be reported and followed-up carefully (see SOP 'Handling of Cases of Drug Exposure via Parent').

## 3.2 Description of the Process

### 3.2.1 Process Overview




* Licence partners for national products send the reports directly to the Local Data Entry Site or the Non-Data Entry Site.
** Published case histories and reports from licence partners may be also directed to the responsible LDSM for approval.

### 3.2.2 RECEIVE Process

This process is relevant to Non-Data Entry Sites and Local Data Entry Sites.
The Local Drug Safety Manager is responsible for the process but she/he can also delegate process steps to trained staff.




**Information:**
Report-sources are e.g. consumer, health professional, regulatory authority.
First recipient at Bayer is e.g. a sales representative or other Bayer representatives.

**Timeline:**
The clock starts as soon as any person representing Bayer has received the report (clock start date = day 1 of the process).
**Forwarding to the LDSM has to be done within 24 hours of awareness.**

**Policy:**
Additionally the LDSM documents the day of receipt on the report. This date may be the clock start date if the LDSM is the first recipient or if the date of first receipt is unknown.

**Policy:**
Minimum criteria for a case should be fulfilled.

**Policy:**
ADRs related to a product technical complaint or ADRs from biologicals:
If the lot number is missing a request must be sent in any case.

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.



BAYCORP02034106D

### 3.2.3 PREPARE Process

This process is relevant to Non-Data Entry Sites only.




**Policy:**

- All information must be entered in English language.
- Medically relevant events from unstructured information must be added as ADRs.
- Describe product technical complaint and document lot number if the ADR is related to a PTC and if available document complaint-no.
- For all concomitant medications the INN must be listed.
- Make sure that the 'Date received by Bayer' is indicated in the form.
- Make sure that follow-up information can be easily distinguished from initial information.
- Any comments from LDSM must be clearly marked as not originating from the reporter.

**Policy:**
If submission to national authorities is required prior to approval, submit the case in advance with the note *"Company causality assessment will be submitted as a follow-up as soon as possible"*.

**Policy:**
Reports should be sent via e-mail.

**Information:**
NEUMA functions as Local Data Entry Site for the Non-Swedish Nordic and Baltic countries (i.e. Denmark, Finland, Iceland, Norway, Estonia, Lithuania, Lativa)

**Timeline:**
*7-day report:*
Send report within 1 working day (usually day 1).
*15-day report/non-serious report:*
Send report within 2 working days (usually day 3).



BAYCORP02034107D

### 3.2.4 DOCUMENT Process

This process is relevant to Global and Local Data Entry Sites.
Local Data Entry Sites have covered some steps of the process already in the 'RECEIVE' process.




**Timeline:**
For reports from licence partners the clock starts with the date the licence partner has received the information (clock start date = day 1 of the process).

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.

**Policy:**
Reports must be sorted according to their different time-lines into
- fatal/life-threatening
- all other serious ADRs
- non-serious ADRs

Late reports require prioritized processing.

### 3.2.5 ENTER Process

This process is relevant to Global and Local Data Entry Sites.




**Policy:**
Cases have to be prioritized according to seriousness, alert terms and elapsed time:
1. fatal/life-threatening
2. serious including non-serious alert terms
3. non-serious

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.
Co-ordinate your request with the DSS if possible.

**Timeline:**
*7-day report:*
Data entry must be completed within 1 working day (usually day 2).
*15-day report:*
Data entry must be completed within 2 working days (usually day 6).
*Non-serious report:*
Data entry must be completed within 6 working days (usually day 12).



BAYCORP02034109D

### 3.2.6 EVALUATE Process

This process is relevant to <u>Global and Local Data Entry Sites.</u>




**<u>Information:</u>**
The DSS workflow report includes all cases for which final evaluation is still pending (e.g. cases from the DST after completed data entry, cases from the IDSM after disapproval).

**<u>Policy:</u>**
Disapproved non-serious cases require special attention, because the IDSM may have demand an upgrade of the case to serious which qualifies the case for potential submission by day 15.

**<u>Policy:</u>**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.
Co-ordinate your request with the DST if possible.

**<u>Policy:</u>**
The DSS is responsible for the correct COSTART/MEDRA code assignment.
He must review the 'Coding report user attention needed' and respond to the coding expert in Biometry at least once a week.
In addition he must review the 'Coding report of overwritten codes' at least once a week and check whether the listedness assessment is still appropriate.

**<u>Timeline:</u>**
*7-day report:*
Evaluation must be completed within 1 working day (usually day 3).
*15-day report:*
Evaluation must be completed within 2 working days (usually day 9).
*Non-serious report:*
Evaluation must be completed within 6 working days (usually day 21).

### 3.2.7 APPROVE Process

This process is relevant to Global Data Entry Sites including the IDSM.
For specific non-strategic products it is also relevant to the LDSM who takes over the role of the IDSM.




**Information:**
The IDSM workflow report includes all cases for which approval is still pending (e.g. cases from the DSS after completed evaluation, disapproved cases after modification by the DSS).

**Timeline:**
*7-day report:*
Approval must be completed within 1 working day (usually day 4).
*15-day report:*
Approval must be completed within 2 working days (usually day 12).
*Non-serious report:*
Approval must be completed within 7 working days (usually day 30).

Non-serious cases are auto-approved by the system if they are not approved by day 30.

### 3.2.8 DISTRIBUTE Process / Update of Distribution Matrix

The Distribution Process is a virtual process which is done by the ClinTrace system.
It is controlled by a distribution-matrix. The update process of the distribution matrix is also described in the following.
This process is therefore relevant to all LDSMs as well as the Global Distribution Officer (GDO) at Global Drug Safety Ethicals.



**Policy:**
All relevant licence agreements must be available at Global Drug Safety.

**Policy:**
- The LDSM is responsible for insuring that the local legal requirements are covered by the distribution matrix. The LDSM must inform the Global Distribution Officer of any change of relevant local guidelines and laws as well as any new registered or marketed products.
- The LDSM must inform the Global Distribution Officer of new products with a centralized approval in the EU.
- The Global Distribution Officer must ensure that the distribution matrix is available to the LDSM in an appropriate format for review.

**Timeline:**
The distribution-cycle runs regularly and guarantees that distribution is done on the same day as the approval.
The auto-distribution module distributes ADRs qualifying for potential submission on day 7 or 15 but not yet approved automatically on day 6 or 13 respectively.
The case remains in the 'approval pending status' and company assessment is distributed as follow-up report as soon as the approval is done.

### 3.2.9 SUBMIT Process

This process is relevant to Non-Data Entry Sites that submit reports to authorities and Local Data Entry Sites.

**Process for Non-Data Entry Sites:**




**Policy:**
Each of the Non-Data Entry Sites that needs to submit cases to their national authorities must provide a special e-mail address to which the cases are distributed.

**Policy:**
The LDSM has to document why a case was not submitted.

**Policy:**
Check the printed report to make sure that it is printed properly.

**Timeline:**
*7-day report:*
Submission must be completed within 1 working day (usually day 5).
*15-day report:*
Submission must be completed within 2 working days (usually day 14).

**Policy:**
The LDSM must track the submission dates in order to ensure that submissions are on time. The LDSM must also be able to provide details on submissions if required.

### 3.2.9 SUBMIT Process *(continued)*

**Process for Local Data Entry Sites:**




**Information:**
A dummy report must be generated in ClinTrace to remove cases from the RO workflow report that should not be submitted.

**Policy:**
Check the printed report before submission to make sure that it is printed properly.

**Timeline:**
*7-day report:*
Submission must be completed within 1 working day (usually day 5).
*15-day report:*
Submission must be completed within 2 working days (usually day 14).

**3.2.9 SUBMIT Process** *(continued)*

**Reporting to EMEA:**

For products with a centralized approval in the EU the responsibilities are as follows:

- Only the country of origin must submit the report to its national authority.
- The submission to EMEA is done by the "qualified person" identified for the respective product. This person is included in the ClinTrace distribution-matrix and will be informed automatically by e-mail.

## 4 Associated Documents

| Titles | Mandatory/Optional |
|---|---|
| International Spontaneous Report Form | Mandatory |
| WHO-Critical Term List | Optional |
| Handling of Spontaneous Reports sent to Bayer Internet Websites | Mandatory |
| Emergency Service outside Working Hours | Mandatory |

Global Drug Safety

# SPONTANEOUS REPORT FORM (SRF)

Bayer

| | |
|---|---|
| Local Drug Safety: | page 1 |
| Local case ID: | Date received by Bayer: |
| Global case ID: | Report type: Initial ☐ Follow-up ☐ |

## Patient Identification

| Initials | Gender | Age at onset | Height | Weight | Ethnic origin |
|---|---|---|---|---|---|
| | male ☐ female ☐ | [years] | [cm] ☐ [in] ☐ | [kg] ☐ [lb] ☐ | Asian ☐ Black ☐ Caucasian ☐ Hispanic ☐ Other ☐ |

| | |
|---|---|
| Date of death: Autopsy: Yes ☐ No ☐ | Primary cause of death: |

## Description and Assessment of Adverse Drug Reaction(s)

| Adverse Drug Reaction (verbatim) | 1. | 2. | 3. | 4. |
|---|---|---|---|---|
| Diagnosis ? | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| Serious ? | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| **Reason for seriousness**<br>1. Results in death<br>2. Life-threatening<br>3. Hospitalization or prolongation of existing hospitalization<br>4. Persistent or significant disability/incapacity<br>5. Congenital anomaly/birth defect<br>6. Important medical event | 1 2 3 4 5 6<br>☐☐☐☐☐☐ | 1 2 3 4 5 6<br>☐☐☐☐☐☐ | 1 2 3 4 5 6<br>☐☐☐☐☐☐ | 1 2 3 4 5 6<br>☐☐☐☐☐☐ |
| **Date** (from-to[dd/mm/yy] or duration) | | | | |
| **Outcome**<br>1. Died<br>2. Improved<br>3. Not recovered 4. Recovered<br>5. Recovered with sequelae<br>6. Unknown 7. Worsened | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ |
| **Time first dose to onset** (if not identified by dates) | | | | |
| **Action(s) taken with drug**<br>1. Dose increased 2. Dose reduced<br>3. Drug discontinued and restarted<br>4. Drug withdrawn<br>5. Infusion rate reduced<br>6. None, dose not changed<br>7. Not applicable 8. Unknown | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ |
| **Re-challenge positive**<br>1. Yes 2. No 3. Unknown | 1 2 3<br>☐☐☐ | 1 2 3<br>☐☐☐ | 1 2 3<br>☐☐☐ | 1 2 3<br>☐☐☐ |
| **Relationship to suspected drug (reporter)**<br>1. None 2. Unlikely 3. Possible<br>4. Probable 5. Not assessable | 1 2 3 4 5<br>☐☐☐☐☐ | 1 2 3 4 5<br>☐☐☐☐☐ | 1 2 3 4 5<br>☐☐☐☐☐ | 1 2 3 4 5<br>☐☐☐☐☐ |

## Further Details of Reaction(s) (incl. documentation of relevant tests and lab data, use separate form)

Associated document to SOP ID: GMD-SOP-009 Version 1, Effective Date 2001-Jun-01

# GLOBAL MEDICAL DEVELOPMENT



# Pharma - Product Development

**(Status of August 2001)**




* in USA
** in UK
*** in Japan

L:\Projkont\Orga\PD Organigramm Status August 2001, 2001-08-01

# GLOBAL MEDICAL DEVELOPMENT

## Global Drug Safety



# Drug Safety Scientist
## Final

Position : Drug Safety Scientist

Department : Drug Safety Clintrace Data Entry Site / GDS

Reporting lines :




Within the Entry the Drug Safety Scientist reports directly to the Local Drug Safety Manager with a dotted line to the Director of Global Drug Safety. In Entry Sites with more then 1 Drug Safety Scientist there will be one DSS acting as Manager of the Drug Safety team.

General description : The key process within Drug Safety is the reporting of Adverse Drug Events to Health Authorities. The process can be split in 6 major parts:

1. Receiving and processing information on Adverse Drug Events
2. Triage and data entry
3. Evaluation
4. Global Approval
5. Distribution
6. Reporting

The Drug Safety team handles this process.

As member of a team in an Entry Site or at GDS the Drug Safety Scientist is responsible for the initial assessment of cases of one or more drugs. The Drug Safety Scientist investigates reported adverse events and ensures case related procedures according to SOPs. The Drug Safety Scientist supervises medical data entry following the Global Operational Guide (User Manual), gives medical expert advice, participates in signal handling and assists the International Drug Safety Manager in preparing safety documentation.

The main tasks include:

Supervision of Drug Safety Technician(s) in tasks associated with recording and entering adverse events in database
Determining Drug Safety's opinion of reported term under medical, pharmacological and pharmacokinetic aspects
Contacting reporter (or reporting sites at GDS) for clarification and follow-up

| | |
|---|---|
| General requirements : | Team player, able to work in a hectic paced, time critical environment where an eye for details combined with excellent analytical skills and confidentiality are key assets. |
| Technical requirements: | Medical Doctor degree or a graduate degree or certification in a medical field with 7-10 years relevant experience in pharmaceutical, clinical or medical field. The Drug Safety Scientist must have advanced medical writing skills, advanced clinical diagnostic skills and advanced Adverse Event coding (Costart, MedDRA) skills. The Drug Safety Scientist must have excellent analytical skills. Basic office skills like typing, filing and faxing. Basic understanding of MS-Office and LotusNotes and able to do accurate data entry.<br>Must be fluent, oral and written, in English. |
| Management requirements : | |
| Valued additional skills: | Knowledge of ICH/WHO regulations regarding ADE reporting.<br>Knowledge of Drug Safety Systems.<br>Basic Adverse Event coding knowledge (Costart, Meddra)<br>Knowledge of ethical or biological products or therapeutic expertise. |

28.1.01

## International Drug Safety Manager – GDS
## Final

**Position** : International Drug Safety Manager

**Department** : GDS

**Reporting lines** :




At GDS the International Drug Safety Manager (IDSM) reports directly the Director of Global Drug Safety.

**General description** : The key process within Drug Safety is the reporting of Adverse Drug Events to Health Authorities. The process can be split in 4 major parts:

1. Receiving and processing information on Adverse Drug Events
2. Triage and data entry
3. Evaluation
4. Global Approval
5. Distribution
6. Reporting

The Drug Safety team handles this process.

The International Drug Safety Manager is the person with the most comprehensive product knowledge working within the Global Drug Safety Structure. An IDSM within GDS will review and approve the local causality assessment on Adverse Drug Events (part 4), ultimately steering distribution and reporting. He/she is responsible for the preparation of Periodic Safety Update Reports (PSUR) and initiates changes to the core label based upon the results of the PSUR.

The main tasks include:

Global approval of single cases of a product or product class
Responsible for the Periodic Safety Update
Approves the response to regulatory requests
Issue / Crisis Management

**General requirements** : Team player, able to work in a hectic paced, time critical environment where an eye for details, combined with excellent analytical skills and confidentiality, are key assets.

| | |
|---|---|
| Technical requirements: | Medical Doctor degree or a graduate degree or certification in a medical field with 7-10 years relevant experience in pharmaceutical, clinical or medical field. The International Drug Safety Manager must have advanced medical writing skills, advanced clinical diagnostic skills and advanced Adverse Event coding (Costart, Meddra) skills. The Interntional Drug Safety Manager must have excellent analytical skills. Basic office skills like typing, filing and faxing. Basic understanding of MS-Office and LotusNotes and able to do accurate data entry.<br>Must be fluent, oral and written, in English. |
| Management : | The GDS IDSM is responsible for the handling of Issue Management requirements as well as leading the product teams. |
| Valued additional skills: | Knowledge of ICH/WHO regulations regarding ADE reporting.<br>Knowledge of Drug Safety Systems.<br>Basic Adverse Event coding knowledge (Costart, Meddra)<br>Knowledge of ethical or biological products or therapeutic expertise. |

28.1.01

[signature]

# Bayer Pharma
## Global Medical Development

| | | | |
|---|---|---|---|
| **Document Type:** | Global Standard Operating Procedure. | | |
| **Title:** | **Handling of Spontaneous Reports Including Published Case Histories** | | |
| **Authorisation Status:** | Final | | |
| **SOP ID:** | GMD-SOP-009 Version 1 | **Effective Date:** | 2001-Jun-01 |
| **Conditions of Implementation:** | All spontaneous reports and published case histories received by Bayer since the effective date | | |

| | |
|---|---|
| **Supersedes:** | • Policy statements<br>  • PD-M P DS 1 dated January 1999<br>  • PD-M P DS 2 dated January 1999<br>  • PD-M-GDS-3 / Version 2 dated 2000-May-01<br>• PD-M-GDS-SOP-13 / Version 5 dated 2000-May-01<br>• PD-M-GDS-SOP-17 / Version 1 dated 2000-May-01<br>• All local SOPs on handling of spontaneous reports and published case histories |
| **Reason for Change:** | Installation of the ClinTrace system and adaption to the new Bayer SOP standard |

| | |
|---|---|
| **Process(es) addressed:** | • Receipt, preparation, documentation, data entry, evaluation, approval, distribution and submission of spontaneous reports and published case histories |
| **Purpose of the SOP:** | To ensure that<br>• data handling and medical evaluation of spontaneous reports and published case histories involving Bayer medicinal products are done on a high quality level<br>• the legal reporting requirements are fulfilled |
| **Applicable to:** | All personnel involved in the handling of spontaneous reports and published case histories within Business Group Pharma including Biological Products and Business Group Consumer Care |

| | Name | Signature | Date |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | [signature] | 2001-May-17 |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | U. Streicher-Saied | 2001-May-16 |

# Bayer Pharma
## Global Medical Development

| | |
|---|---|
| **Document Type:** | Global Standard Operating Procedure |
| **Title:** | **Handling of Spontaneous Reports including Published Case Histories** |
| **Authorisation Status:** | Final |
| **SOP ID:** | GMD-SOP-009 Version 1 **Effective Date:** 2001-Jun-01 |
| **Conditions of Implementation:** | All spontaneous reports and published case histories received by Bayer since the effective date |

**Supersedes:**

- Policy statements
  - PD-M P DS 1 dated January 1999
  - PD-M P DS 2 dated January 1999
  - PD-M-GDS-3 / Version 2 dated 2000-May-01
- PD-M-GDS-SOP-13 / Version 5 dated 2000-May-01
- PD-M-GDS-SOP-17 / Version 1 dated 2000-May-01
- All local SOPs on handling of spontaneous reports and published case histories

**Reason for Change:** Installation of the ClinTrace system and adaption to the new Bayer SOP standard

**Process(es) addressed:**

- Receipt, preparation, documentation, data entry, evaluation, approval, distribution and submission of spontaneous reports and published case histories

**Purpose of the SOP:** To ensure that

- data handling and medical evaluation of spontaneous reports and published case histories involving Bayer medicinal products are done on a high quality level
- the legal reporting requirements are fulfilled

**Applicable to:** All personnel involved in the handling of spontaneous reports and published case histories within Business Group Pharma including Biological Products and Business Group Consumer Care

| | Name | Signature | Date |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | ________________ | ____________ |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | ________________ | ____________ |



BAYCORP02034099D

## Table of Contents

**1 Abbreviations**

**2 Definitions**

**3 Description of the Process**
3.1 Applicable Policy Statements
3.2 Description of the Process
3.2.1 Process Overview
3.2.2 RECEIVE Process
3.2.3 PREPARE Process
3.2.4 DOCUMENT Process
3.2.5 ENTER Process
3.2.6 EVALUATE Process
3.2.7 APPROVE Process
3.2.8 DISTRIBUTE Process / Update of Distribution Matrix
3.2.9 SUBMIT Process

**4 Associated Documents**
International Spontaneous Report Form
WHO-Critical Term List
Handling of Spontaneous Reports sent to Bayer Internet Websites
Emergency Service outside Working Hours

## 1 Abbreviations

| | |
|---|---|
| ADR | Adverse Drug Reaction |
| AE | Adverse Event |
| CC | Consumer Care |
| DSS | Drug Safety Scientist |
| DST | Drug Safety Technician |
| EMEA | European Agency for the Evaluation of Medicinal Products |
| GDO | Global Distribution Officer |
| GDS | Global Drug Safety |
| ICH | International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use |
| IDSM | International Drug Safety Manager |
| INN | International Non-proprietary Name |
| LDSM | Local Drug Safety Manager |
| NEUMA | Northern Europe Medical Affairs |
| PTC | Product Technical Complaint |
| RO | Reporting Officer |
| SRF | Spontaneous Report Form |



BAYCORP02034100D

## 2 Definitions

More detailed information on definitions and roles as well as details of the process are described in the operational manuals to this SOP.

***Adverse Drug Reactions (ADR)***
A response to a drug which is noxious and unintended and which occurs at doses normally used in man for prophylaxis, diagnosis, or therapy of disease or for modification of physiological function.

Spontaneous reports from consumers or health care professionals are generally considered to be adverse drug reactions, since the act of reporting a case already includes a judgement of possible causality on the part of the reporter.

***Clock start date***
This date defines the start date for expedited reporting (day 1 of the process). It is also called "first contact date" for initial reports and "last contact date" for follow-up reports.
The clock for expedited reporting starts as soon as any person representing Bayer is initially informed about the case e.g. all sales representatives working for Bayer, medical information, monitor (Bayer or CRO), LDSM, etc.
In case of reports coming from a license company, the report clock starts at the earliest date when the license company was informed about this case. It is not the date when Bayer receives the license case for the first time.

***Global Data Entry Site***
Functional unit within Global Drug Safety.
Responsible for documentation, data entry, evaluation and distribution of reports sent by licence partners and Non-Data Entry Sites as well as published case histories. For this purpose Global Data Entry Sites work with the customized Bayer ClinTrace System.
Global Data Entry Sites are GDS-Ethicals (Wuppertal) and GDS-Biologicals (Berkeley).

The addresses of the Global Data Entry Sites are as follows:

**GDS Ethicals**
**AE-Management Team**
Bayer AG
Pharma Research Center, Building 470
Global Drug Safety (GDS)
D-42113 Wuppertal
Fax-No.: ++49-202-368228
e-mail: GDS AE-MANAGEMENTTEAM@BAYERNOTES
internet: gds.ae-managementteam@bayer-ag.de

**GDS Biologicals**
Bayer Corporation
Pharmaceutical Division
800 Dwight Way
Berkeley, California 94701 / USA
Fax-No.: 001 510 705 4714
e-mail: BRKL GDS-Biologicals@BAYER-US-NOTES
internet: gds.biologicals@bayer.com

***Local Data Entry Site***
Functional unit within Local Drug Safety.
Responsible for receipt, data entry, evaluation and submission of domestic or regional reports. Additionally Local Data Entry Sites are responsible for the submission of non-domestic reports if required by the Health Authority.
For this purpose they work with the customized Bayer ClinTrace System.
Local Data Entry Sites can also be responsible for reports from Non-Data Entry Sites of a special region. Local Data Entry Sites are France, Germany, Japan, Sweden (NEUMA), UK, USA (Berkeley (for Biologicals), West Haven (for Ethicals)).

***Non-Data Entry Site***
Functional unit within Local Drug Safety.
Responsible for receipt, preparation and submission of domestic reports. Additionally Non-Data Entry Sites are responsible for the submission of non-domestic reports.
All other processes are done by the Data Entry Site.
Non-Data Entry Sites are all sites that are not a Local Data Entry Site.

***Published Case History***
Any published case history of an ADR meets the criteria of a spontaneous report.

***Serious***
An AE or ADR is serious if it:
- results in death
- is life-threatening
- requires inpatient hospitalisation or prolongation of existing hospitalisation
- results in persistent or significant disability or incapacity
- is a congenital anomaly or birth defect
- is an important medical event

***Spontaneous Report***
Any unsolicited communication to a company, regulatory authority or other organisation that describes an ADR in a patient given one or more medicinal products, and which is not derived from a study or any organised data collection scheme.

***Submission (submit)***
Means for this SOP: To send an ADR report to regulatory authorities.

***Unlisted***
An AE/ADR is considered unlisted if its nature, severity, specificity and outcome is not consistent with the information included in the Company Core Safety Information (CCSI).
ClinTrace does not differentiate between 'unexpected' and 'unlisted'. Therefore the term 'unlisted' makes reference to both the investigator's brochure and the Company Core Safety Information.

# 3 Description of the Process

## 3.1 Applicable Policy Statements

The following policy statements are applicable to the entire process.

- The process is valid for the handling of adverse drug reactions involving Bayer medicinal products both from spontaneous reports and from published case histories. If the term 'spontaneous report' is mentioned in this SOP published case histories are included.

- Initial as well as follow-up reports must be handled within the same timelines described in this SOP.

- Spontaneous reports are handled within the following timelines (see table 1):
  - Spontaneous reports with the serious criterion 'fatal' or 'life-threatening' qualify for potential submission by day 7 after receipt by Bayer *(7-day report)* if the product is still under clinical development in an ICH-country (European Union, USA, Japan). [1]
  - All other serious spontaneous reports qualify for potential submission by day 15 *(15-day report)*.
  - For non-serious reports submission is not necessary. Non-serious reports must be approved by day 30.

- The submission of reports must follow the timelines of this SOP or the timelines required by national authorities.

- Cases for which a timeline is exceeded must be processed immediately.
  If a case is late ClinTrace calculates for each process step a specific due date appropriate to the remaining time.

- The Local Drug Safety is responsible for the final submission to the national authority and the selection of cases for submission according to their national legal requirements.

**Table 1:**

| | | TIMELINES[2] | | | | | |
|---|---|---|---|---|---|---|---|
| Responsible | Process Step | 7-day report | | 15-day report | | Non-serious report | |
| | | working days | calendar days | working days | calendar days | working days | calendar days |
| LDSM | Prepare | 1 | day 1 | 2 | day 3 | 2 | day 3 |
| DST | Enter | 1 | day 2 | 2 | day 6 | 6 | day 12 |
| DSS | Evaluate | 1 | day 3 | 2 | day 9 | 6 | [illegible] |
| IDSM | Approve/Distribute | [illegible] | day 4 | 2 | day 12 | [illegible] | day 30 |
| LDSM/RO | Submit | [illegible] | day 5 | 2 | day 14 | | |
| **Due date according to ClinTrace** (time-reserve) | | day 7 (2 days) | | day 15 (1 day) | | | |

1 A list of those products is provided in the Drug Safety Information System under Lotus Notes.
2 The timelines within this SOP include a reserve. For 7-day reports the reserve is 2 days considering that two days of the process might be non-business days (weekend). For 15-day reports the reserve is 1 day considering that the distribution to countries outside the date-line needs an additional day.



BAYCORP02034103D

- **Spontaneous reports from consumers**
  The process is also valid for consumer reports.
  The reporting consumer should be contacted to provide the name and address of the health care provider so that the case can be followed up. Written permission should be obtained from the consumer for such an approach to their healthcare provider. If only a verbal permission is available this verbal permission must be carefully documented.
  If no follow-up information can be obtained (e.g. consumer does not permit Bayer to contact health care provider) or if the health care professional does not confirm the events provided by the consumer, the report is considered to be an unsubstantiated report from the consumer.

  Unsubstantiated cases from consumers must be reported to those regulatory authorities who require submission of such reports.

- **Correcting data in spontaneous reports from licence partners**
  As a general rule the data of reports from licence partners are entered in ClinTrace as reported. However, if reports from licence partners contain significant mistakes the licence partner should be contacted and asked for correction.

- **Handling of cases of drug exposure via parent**
  Cases related to an administration of a Bayer medicinal product to the mother during pregnancy or delivery as well as administration of a Bayer medicinal product to the father prior to sexual intercourse with subsequent pregnancy have to be reported and followed-up carefully (see SOP 'Handling of Cases of Drug Exposure via Parent').

### 3.2 Description of the Process

#### 3.2.1 Process Overview




* Licence partners for national products send the reports directly to the Local Data Entry Site or the Non-Data Entry Site.
** Published case histories and reports from licence partners may be also directed to the responsible LDSM for approval.

### 3.2.2 RECEIVE Process

This process is relevant to Non-Data Entry Sites and Local Data Entry Sites.
The Local Drug Safety Manager is responsible for the process but she/he can also delegate process steps to trained staff.




**Information:**
Report-sources are e.g. consumer, health professional, regulatory authority.
First recipient at Bayer is e.g. a sales representative or other Bayer representatives.

**Timeline:**
The clock starts as soon as any person representing Bayer has received the report (clock start date = day 1 of the process).
**Forwarding to the LDSM has to be done within 24 hours of awareness.**

**Policy:**
Additionally the LDSM documents the day of receipt on the report. This date may be the clock start date if the LDSM is the first recipient or if the date of first receipt is unknown.

**Policy:**
Minimum criteria for a case should be fulfilled.

**Policy:**
ADRs related to a product technical complaint or ADRs from biologicals:
If the lot number is missing a request must be sent in any case.

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.

### 3.2.3 PREPARE Process

This process is relevant to Non-Data Entry Sites only.




**Policy:**
- All information must be entered in English language.
- Medically relevant events from unstructured information must be added as ADRs.
- Describe product technical complaint and document lot number if the ADR is related to a PTC and if available document complaint-no.
- For all concomitant medications the INN must be listed.
- Make sure that the 'Date received by Bayer' is indicated in the form.
- Make sure that follow-up information can be easily distinguished from initial information.
- Any comments from LDSM must be clearly marked as not originating from the reporter.

**Policy:**
If submission to national authorities is required prior to approval, submit the case in advance with the note *"Company causality assessment will be submitted as a follow-up as soon as possible"*.

**Policy:**
Reports should be sent via e-mail.

**Information:**
NEUMA functions as Local Data Entry Site for the Non-Swedish Nordic and Baltic countries (i.e. Denmark, Finland, Iceland, Norway, Estonia, Lithuania, Lativa)

**Timeline:**
*7-day report:*
Send report within 1 working day (usually day 1).
*15-day report/non-serious report:*
Send report within 2 working days (usually day 3).

### 3.2.4 DOCUMENT Process

This process is relevant to <u>Global and Local Data Entry Sites.</u>
Local Data Entry Sites have covered some steps of the process already in the 'RECEIVE' process.




**<u>Timeline:</u>**
**For reports from licence partners the clock starts with the date the licence partner has received the information (clock start date = day 1 of the process).**

**<u>Policy:</u>**
**If any follow-up information is requested make sure that the request does not lead to any delay.**
**Continue to process the case even if the information is incomplete.**

**<u>Policy:</u>**
**Reports must be sorted according to their different time-lines into**
- **fatal/life-threatening**
- **all other serious ADRs**
- **non-serious ADRs**

**Late reports require prioritized processing.**

### 3.2.5 ENTER Process

This process is relevant to Global and Local Data Entry Sites.




**Policy:**
Cases have to be prioritized according to seriousness, alert terms and elapsed time:
1. fatal/life-threatening
2. serious including non-serious alert terms
3. non-serious

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.
Co-ordinate your request with the DSS if possible.

**Timeline:**
*7-day report:*
Data entry must be completed within 1 working day (usually day 2).
*15-day report:*
Data entry must be completed within 2 working days (usually day 6).
*Non-serious report:*
Data entry must be completed within 6 working days (usually day 12).

### 3.2.6 EVALUATE Process

This process is relevant to Global and Local Data Entry Sites.




**Information:**
The DSS workflow report includes all cases for which final evaluation is still pending (e.g. cases from the DST after completed data entry, cases from the IDSM after disapproval).

**Policy:**
*Disapproved non-serious cases require* special attention, because the IDSM may have demand an upgrade of the case to serious which qualifies the case for potential submission by day 15.

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.
Co-ordinate your request with the DST if possible.

**Policy:**
The DSS is responsible for the correct COSTART/MEDRA code assignment.
He must review the 'Coding report user attention needed' and respond to the coding expert in Biometry at least once a week.
In addition he must review the 'Coding *report of overwritten codes' at least once a* week and check whether the listedness assessment is still appropriate.

**Timeline:**
*7-day report:*
Evaluation must be completed within 1 working day (usually day 3).
*15-day report:*
Evaluation must be completed within 2 working days (usually day 9).
*Non-serious report:*
Evaluation must be completed within 6 working days (usually day 21).

### 3.2.7 APPROVE Process

This process is relevant to Global Data Entry Sites including the IDSM.
For specific non-strategic products it is also relevant to the LDSM who takes over the role of the IDSM.




**Information:**
The IDSM workflow report includes all cases for which approval is still pending (e.g. cases from the DSS after completed evaluation, disapproved cases after modification by the DSS).

**Timeline:**
*7-day report:*
Approval must be completed within 1 working day (usually day 4).
*15-day report:*
Approval must be completed within 2 working days (usually day 12).
*Non-serious report:*
Approval must be completed within 7 working days (usually day 30).

Non-serious cases are auto-approved by the system if they are not approved by day 30.

### 3.2.8 DISTRIBUTE Process / Update of Distribution Matrix

The Distribution Process is a virtual process which is done by the ClinTrace system.
It is controlled by a distribution-matrix. The update process of the distribution matrix is also described in the following.
This process is therefore relevant to all LDSMs as well as the Global Distribution Officer (GDO) at Global Drug Safety Ethicals.



**Policy:**
All relevant licence agreements must be available at Global Drug Safety.

**Policy:**
- The LDSM is responsible for insuring that the local legal requirements are covered by the distribution matrix. The LDSM must inform the Global Distribution Officer of any change of relevant local guidelines and laws as well as any new registered or marketed products.
- The LDSM must inform the Global Distribution Officer of new products with a centralized approval in the EU.
- The Global Distribution Officer must ensure that the distribution matrix is available to the LDSM in an appropriate format for review.

**Timeline:**
The distribution-cycle runs regularly and guarantees that distribution is done on the same day as the approval.
The auto-distribution module distributes ADRs qualifying for potential submission on day 7 or 15 but not yet approved automatically on day 6 or 13 respectively.
The case remains in the 'approval pending status' and company assessment is distributed as follow-up report as soon as the approval is done.

### 3.2.9 SUBMIT Process

This process is relevant to Non-Data Entry Sites that submit reports to authorities and Local Data Entry Sites.

**Process for Non-Data Entry Sites:**




**Policy:**
Each of the Non-Data Entry Sites that needs to submit cases to their national authorities must provide a special e-mail address to which the cases are distributed.

**Policy:**
The LDSM has to document why a case was not submitted.

**Policy:**
Check the printed report to make sure that it is printed properly.

**Timeline:**
*7-day report:*
Submission must be completed within 1 working day (usually day 5).
*15-day report:*
Submission must be completed within 2 working days (usually day 14).

**Policy:**
The LDSM must track the submission dates in order to ensure that submissions are on time. The LDSM must also be able to provide details on submissions if required.

### 3.2.9 SUBMIT Process *(continued)*

**Process for Local Data Entry Sites:**




**Information:**
A dummy report must be generated in ClinTrace to remove cases from the RO workflow report that should not be submitted.

**Policy:**
Check the printed report before submission to make sure that it is printed properly.

**Timeline:**
*7-day report:*
Submission must be completed within 1 working day (usually day 5).
*15-day report:*
Submission must be completed within 2 working days (usually day 14).

**3.2.9 SUBMIT Process** *(continued)*

**Reporting to EMEA:**

For products with a centralized approval in the EU the responsibilities are as follows:

- Only the country of origin must submit the report to its national authority.
- The submission to EMEA is done by the "qualified person" identified for the respective product. This person is included in the ClinTrace distribution-matrix and will be informed automatically by e-mail.

## 4 Associated Documents

| Titles | Mandatory/Optional |
|---|---|
| International Spontaneous Report Form | Mandatory |
| WHO-Critical Term List | Optional |
| Handling of Spontaneous Reports sent to Bayer Internet Websites | Mandatory |
| Emergency Service outside Working Hours | Mandatory |

Global Drug Safety

# SPONTANEOUS REPORT FORM (SRF)

Bayer

| | |
|---|---|
| **Local Drug Safety:** | page 1 |
| **Local case ID:** | **Date received by Bayer:** |
| **Global case ID:** | **Report type:** Initial ☐ Follow-up ☐ |

## Patient Identification

| Initials | Gender | Age at onset | Height | Weight | Ethnic origin |
|---|---|---|---|---|---|
| | male ☐<br>female ☐ | [years] | [cm] ☐ [in] ☐ | [kg] ☐ [lb] ☐ | Asian ☐ Hispanic ☐<br>Black ☐ Other ☐<br>Caucasian ☐ |

| | |
|---|---|
| **Date of death:**<br>**Autopsy:** Yes ☐ No ☐ | **Primary cause of death:** |

## Description and Assessment of Adverse Drug Reaction(s)

| **Adverse Drug Reaction (verbatim)** | 1. | 2. | 3. | 4. |
|---|---|---|---|---|
| **Diagnosis ?** | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| **Serious ?** | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ | Yes ☐ No ☐ |
| **Reason for seriousness**<br>1. Results in death<br>2. Life-threatening<br>3. Hospitalization or prolongation of existing hospitalization<br>4. Persistent or significant disability/incapacity<br>5. Congenital anomaly/birth defect<br>6. Important medical event | 1 2 3 4 5 6<br>☐☐☐☐☐☐ | 1 2 3 4 5 6<br>☐☐☐☐☐☐ | 1 2 3 4 5 6<br>☐☐☐☐☐☐ | 1 2 3 4 5 6<br>☐☐☐☐☐☐ |
| **Date** (from-to[dd/mm/yy] or duration) | | | | |
| **Outcome**<br>1. Died<br>2. Improved<br>3. Not recovered 4. Recovered<br>5. Recovered with sequelae<br>6. Unknown 7. Worsened | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7<br>☐☐☐☐☐☐☐ |
| **Time first dose to onset**<br>(if not identified by dates) | | | | |
| **Action(s) taken with drug**<br>1. Dose increased 2. Dose reduced<br>3. Drug discontinued and restarted<br>4. Drug withdrawn<br>5. Infusion rate reduced<br>6. None, dose not changed<br>7. Not applicable 8. Unknown | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ | 1 2 3 4 5 6 7 8<br>☐☐☐☐☐☐☐☐ |
| **Re-challenge positive**<br>1. Yes 2. No 3. Unknown | 1 2 3<br>☐☐☐ | 1 2 3<br>☐☐☐ | 1 2 3<br>☐☐☐ | 1 2 3<br>☐☐☐ |
| **Relationship to suspected drug (reporter)**<br>1. None 2. Unlikely 3. Possible<br>4. Probable 5. Not assessable | 1 2 3 4 5<br>☐☐☐☐☐ | 1 2 3 4 5<br>☐☐☐☐☐ | 1 2 3 4 5<br>☐☐☐☐☐ | 1 2 3 4 5<br>☐☐☐☐☐ |

## Further Details of Reaction(S) (for documentation of relevant tests and lab data use separate form)

Associated document to SOP ID: GMD-SOP-009 Version 1, Effective Date 2001-Jun-01

Global Drug Safety

# SPONTANEOUS REPORT FORM (SRF)

Bayer

| Local case ID: | Global case ID: | page 2 |
|---|---|---|

## Relevant History / Risk Factors

| | | | | |
|---|---|---|---|---|
| Smoker | ☐ | Allergies | ☐ | Specify: |
| Alcohol abuse | ☐ | Disturbance of metabolism | ☐ | Specify: |
| Contraceptives (hormonal) | ☐ | Other | ☐ | Specify: |
| Drug abuse | ☐ | Pregnancy | ☐ | Fill in the Pregnancy Monitoring Form. Also when the patient's partner becomes pregnant while the patient is receiving the suspected drug. |

**CONCOMITANT DISEASES(S)**

**REACTION OCCURRED AS CONSEQUENCE OF** (indicate for diagnoses only, not for symptoms)

| Adverse Drug Reaction No.: | 1 2 3 4 | Adverse Drug Reaction No.: | 1 2 3 4 | Adverse Drug Reaction No.: | 1 2 3 4 |
|---|---|---|---|---|---|
| Administration incorrect | ☐☐☐☐ | Drug dependency | ☐☐☐☐ | Overdose | ☐☐☐☐ |
| Aggravation reaction | ☐☐☐☐ | Drug interaction | ☐☐☐☐ | Pre-existing condition | |
| Complication | ☐☐☐☐ | Drug misuse/unapproved use | ☐☐☐☐ | improved | ☐☐☐☐ |
| Drug abuse | ☐☐☐☐ | Lack of drug effect | ☐☐☐☐ | Withdrawal syndrome | ☐☐☐☐ |

## Description of Drug Treatment

| Trade / Generic Name (INN) | Formu-lation | Total daily dose | Dose regimen | Route of applica-tion | Lot number (bio-logicals) | Date from-to or duration | Indication for use |
|---|---|---|---|---|---|---|---|
| **Suspected drug(s)** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Drug(s) to treat adverse drug reaction(s)** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **Concomitant drug(s)** (only those drugs the patient received at onset of the event or up to 3 months prior to the event; exclude those to treat adverse drug reaction) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Report Source

| | | | | | |
|---|---|---|---|---|---|
| Name | | | Specialist | | |
| Address | | | Clinic | | |
| Country | | | Phone | | |
| Physician ☐ | Pharmacist ☐ | Other health professional ☐ | | specify: | |
| Lawyer ☐ | Consumer ☐ | Other non-health professional ☐ | | specify: | |

Associated document to SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01

Global Drug Safety

# SPONTANEOUS REPORT FORM (SRF)

Bayer BAYER

## Relevant Tests and Lab Data

Local case ID: Global case ID: page 3

### Laboratory data

| Lab test | Result | Units | Date | Abnormal | | Normal range | |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | Lower limit | Upper limit |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |
| | | | | ☐ | ☐ | | |

### Other relevant tests (e.g. blood pressure, heart rate, ECG, tomography, etc.)

| Test | Details (result(s), date, additional information) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

# Bayer Pharma

## Global Medical Development

## Global Drug Safety

**Policy:**

The WHO Adverse Reaction Terminology Critical terms list, adapted in COSTART, January 1996 should be used as a guideline for determination of important medical events.

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| WHO Critical Term | COSTART Term | COSTART Body System |
| ABORTION | ABORTION | UROGENITAL |
| ABORTION MISSED | | |
| ACROOSTEOLYSIS | BONE DISORDER | MUSCULOSKELETAL |
| ADAMS STOKES SYNDROME | ADAMS STOKES SYNDROME | CARDIOVASCULAR |
| ADRENAL HAEMORRHAGE | ADRENAL HEMORRHAGE | ENDOCRINE |
| ADRENAL INSUFFICIENCY | ADRENAL CORTEX INSUFFIENCY | ENDOCRINE |
| ADRENOGENITAL SYNDROME CONGENITAL | CONGENITAL ANOMALY | BODY AS A WHOLE |
| ADULT RESPIRATORY STRESS SYNDROME | RESPIRATORY DISTRESS SYNDROME | RESPIRATORY |
| AGRANULOCYTOSIS | AGRANULOCYTOSIS | HEMIC AND LYMPHATIC |
| ALVEOLITIS ALLERGIC | LUNG FIBROSIS | RESPIRATORY |
| ALVEOLITIS FIBROSING | LUNG FIBROSIS | RESPIRATORY |
| AMNESIA | AMNESIA | NERVOUS |
| AMYLOIDOSIS | AMYLOIDOSIS | METABOLIC & NUTRITIONAL |
| ANAEMIA APLASTIC | APLASTIC ANEMIA | HEMIC AND LYMPHATIC |
| ANAEMIA HAEMOLYTIC | HEMOLYTIC ANEMIA | HEMIC AND LYMPHATIC |
| ANAEMIA HYPOPLASTIC | HYPOPLASTIC ANEMIA | HEMIC AND LYMPHATIC |
| ANAEMIA SIDEROBLASTIC | REFRACTORY ANEMIA | HEMIC AND LYMPHATIC |
| ANAEMIA SPHEROCYTIC | HEMOLYTIC ANEMIA | HEMIC AND LYMPHATIC |
| ANAPHYLACTIC SHOCK | ANAPHYLACTOID REACTION | BODY AS A WHOLE |
| ANGINA PECTORIS | ANGINA PECTORIS | CARDIOVASCULAR |
| ANGIOEDEMA | ANGIOEDEMA | SKIN AND APPENDAGES |
| ANURIA | ANURIA | UROGENITAL |
| APLASIA BONE MARROW | APLASTIC ANEMIA | HEMIC AND LYMPHATIC |
| APNOEA | APNEA | RESPIRATORY |
| ARACHNOIDITIS | ARACHNOIDITIS | NERVOUS |
| ARRHYTHMIA | ARRHYTHMIA | CARDIOVASCULAR |
| ARRHYTHMIA ATRIAL | ATRIAL ARRHYTHMIA | CARDIOVASCULAR |
| ARRHYTHMIA NODAL | NODAL ARRHYTHMIA | CARDIOVASCULAR |
| ARRHYTHMIA VENTRICULAR | VENTRICULAR ARRHYTHMIA | CARDIOVASCULAR |
| ARTERITIS | ARTERITIS | CARDIOVASCULAR |
| ASEPTIC NECROSIS BONE | BONE NECROSIS | MUSCULOSKELETAL |
| ASPHYXIA | ASPHYXIA | RESPIRATORY |
| ASTHMA | ASTHMA | RESPIRATORY |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| WHO Critical Term | COSTART Term | COSTART Body System |
| AV BLOCK | AV BLOCK | CARDIOVASCULAR |
| AV BLOCK COMPLETE | AV BLOCK COMPLETE | CARDIOVASCULAR |
| AVASCULAR NECROSIS FEMORAL HEAD | BONE NECROSIS | MUSCULOSKELETAL |
| BIRTH POSTMATURE | POSTMATURE BIRTH | UROGENITAL |
| BIRTH PREMATURE | PREMATURE BIRTH | UROGENITAL |
| BRAIN STEM DISORDER | BRAIN STEM DISORDER | NERVOUS |
| BREAST FIBOADENOSIS | FIBROCYSTIC BREAST | UROGENITAL |
| BREAST NEOPLASM FEMALE | BREAST NEOPLASM | UROGENITAL |
| BREAST NEOPLASM MALE | BREAST NEOPLASM | UROGENITAL |
| BREAST NEOPLASM MALIGNANT FEMALE | BREAST CARCINOMA | UROGENITAL |
| BREAST NEOPLASM MALIGNANT MALE | BREAST CARCINOMA | UROGENITAL |
| BRONCHOSPASM | ASTHMA | RESPIRATORY |
| BRONCHOSPASM PARADOXICAL | ASTHMA | RESPIRATORY |
| CARDIAC ARREST | HEART ARREST | CARDIOVASCULAR |
| CARDIAC FAILURE | HEART FAILURE | CARDIOVASCULAR |
| CARDIOMEGALY | CARDIOMEGALY | CARDIOVASCULAR |
| CARDIOMYOPATHY | CARDIOMYOPATHY | CARDIOVASCULAR |
| CATARACT | CATARACT SPECIFIED | SPECIAL SENSES |
| CATATONIC REACTION | CATATONIC REACTION | NERVOUS |
| CEREBELLAR INFARCTION | CEREBRAL INFARCT | NERVOUS |
| CEREBRAL HAEMORRHAGE | CEREBRAL HEMORRHAGE | NERVOUS |
| CERVICAL SMEAR TEST POSITIVE | PAPANICOLAU SMEAR SUSPICIOUS | UROGENITAL |
| CERVIX CARCINOMA | CERVIX CARCINOMA | UROGENITAL |
| CERVIX CARCINOMA IN SITU | CERVIX CARCINOMA IN SITU | UROGENITAL |
| CHEYNE-STOKES RESPIRATION | HYPOVENTILATION | RESPIRATORY |
| CHOREOATHETOSIS | CHOREOATHETOSIS | NERVOUS |
| CIRCULATORY FAILURE | SHOCK | CARDIOVASCULAR |
| COAGULATION FACTOR DECREASED | COAGULATION DISORDER | HEMIC AND LYMPHATIC |
| COLITIS | COLITIS | DIGESTIVE |
| COLITIS HAEMORRHAGIC | HEMORRHAGIC COLITIS | DIGESTIVE |
| COLITIS PSEUDOMEMBRANOUS | PSEUDOMEMBRANOUS COLITIS | DIGESTIVE |
| COLITIS ULCERATIVE | ULCERATIVE COLITIS | DIGESTIVE |
| COMA | COMA | NERVOUS |
| COMA DIABETIC | DIABETIC COMA | METABOLIC & NUTRITIONAL |
| COMA HEPATIC | HEPATIC COMA | METABOLIC & NUTRITIONAL |
| COMA HYPOGLYCAEMIC | HYPOGLYCEMIC REACTION | METABOLIC & NUTRITIONAL |
| COMA UREMIC | UREMIC COMA | METABOLIC & NUTRITIONAL |
| CONVULSIONS | CONVULSION | NERVOUS |
| CONVULSIONS GRAND MAL | GRAND MAL CONVULSION | NERVOUS |
| COR PULMONALE | COR PULMONALE | RESPIRATORY |
| CORNEAL OPACITY | CORNEAL OPACITY | SPECIAL SENSES |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| **WHO Critical Term** | **COSTART Term** | **COSTART Body System** |
| CORNEAL ULCERATION | CORNEAL ULCER | SPECIAL SENSES |
| CREUTZFELDT-JAKOB DISEASE | DEMENTIA | NERVOUS |
| DEAFNESS | DEAFNESS | SPECIAL SENSES |
| DEATH | DEATH | BODY AS A WHOLE |
| DEATH FOETAL | STILLBIRTH | UROGENITAL |
| DEATH NEONATAL | DEATH | BODY AS A WHOLE |
| DELIRIUM | DELIRIUM | NERVOUS |
| DEMENTIA | DEMENTIA | NERVOUS |
| DERMATITIS EXFOLIATIVE | EXFOLIATIVE DERMATITIS | SKIN AND APPENDAGES |
| DIABETES INSIPIDUS NEPHROGENIC | DIABETES INSIPIDUS | ENDOCRINE |
| DIARRHOEA BLOODY | BLOODY DIARRHEA | DIGESTIVE |
| DISSEM. INTRAVASC. COAGULATION | DISSEMINATED INTRAVASCULAR COAGULATION | HEMIC AND LYMPHATIC |
| DUODENAL ULCER HAEMORRHAGIC | DUODENAL ULCER HEMORRHAGE | DIGESTIVE |
| DUODENAL ULCER HAEMPER | DUODENAL ULCER W/ HEMORRH. & PERFORATION | DIGESTIVE |
| DUODENAL ULCER PERFORATED | DUODENAL ULCER PERFORATION | DIGESTIVE |
| DUODENAL ULCER REACTIVATED | REACTIVATED DUODENAL ULCER | DIGESTIVE |
| DYSKINESIA | DYSKINESIA | NERVOUS |
| DYSKINESIA TARDIVE | TARDIVE DYSKINESIA | NERVOUS |
| DYSTONIA | DYSTONIA | NERVOUS |
| EMBOLISM - BLOOD CLOT | EMBOLUS | CARDIOVASCULAR |
| EMBOLISM ARTERIAL | EMBOLUS | CARDIOVASCULAR |
| EMBOLISM CEREBRAL | CEREBRAL EMBOLISM | NERVOUS |
| EMBOLISM LIMB | EMBOLUS | CARDIOVASCULAR |
| EMBOLISM MESENTERIC | EMBOLUS | CARDIOVASCULAR |
| EMBOLISM PULMONARY | PULMONARY EMBOLUS | RESPIRATORY |
| ENCEPHALOMYELITIS | ENCEPHALITIS | NERVOUS |
| ENCEPHALOPATHY | ENCEPHALOPATHY | NERVOUS |
| ENCEPHALOPATHY NEONATAL | ENCEPHALOPATHY | NERVOUS |
| ENDOMETRIAL NEOPLASM MALIGNANT | ENDOMETRIAL CARCINOMA | UROGENITAL |
| ENTEROCOLITIS | ENTEROCOLITIS | DIGESTIVE |
| EPIDERMAL NECROLYSIS | EPIDERMAL NECROLYSIS | SKIN AND APPENDAGES |
| EPIGLOTTITIS | LARYNGITIS | RESPIRATORY |
| ERYTHEMA EXUDATIVUM | ERYTHEMA MULTIFORME | SKIN AND APPENDAGES |
| ERYTHEMA MULTIFORME | ERYTHEMA MULTIFORME | SKIN AND APPENDAGES |
| EXTRASYSTOLES | EXTRASYSTOLES | CARDIOVASCULAR |
| FIBRILLATION CARDIAC | VENTRICULAR FIBRILLATION | CARDIOVASCULAR |
| FIBRILLATION VENTRICULAR | VENTRICULAR FIBRILLATION | CARDIOVASCULAR |
| FIBROSIS MEDIASTINAL | MEDIASTINAL FIBROSIS | BODY AS A WHOLE |
| FIXED PUPILS | PUPILLARY DISORDER | SPECIAL SENSES |

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| **WHO Critical Term** | **COSTART Term** | **COSTART Body System** |
| FOETAL DISTRESS | FETAL DISORDER | BODY AS A WHOLE |
| GANGRENE | GANGRENE | BODY AS A WHOLE |
| GASTRIC ULCER HAEMORRHAGIC | STOMACH ULCER HEMORRHAGE | DIGESTIVE |
| GASTRIC ULCER HAEMPER | STOMACH ULCER W/ HEMORRHA. & PERFORATION | DIGESTIVE |
| GASTRIC ULCER PERFORATED | PERFORATED STOMACH ULCER | DIGESTIVE |
| GASTRITIS HAEMORRHAGIC | HEMORRHAGIC GASTRITIS | DIGESTIVE |
| GI HAEMORRHAGE | GASTROINTESTINAL HEMORRHAGE | DIGESTIVE |
| GLAUCOMA | GLAUCOMA | SPECIAL SENSES |
| GLOMERULONEPHRITIS | GLOMERULITIS | UROGENITAL |
| GOODPASTURES SYNDROME | GLOMERULITIS | UROGENITAL |
| GRANULOCYTOPENIA | LEUKOPENIA | HEMIC AND LYMPHATIC |
| GUMS BLUE LINE | GUM BLUE LINE | DIGESTIVE |
| HAEMATEMESIS | HEMATEMESIS | DIGESTIVE |
| HAEMOLYSIS | HEMOLYSIS | HEMIC AND LYMPHATIC |
| HAEMOLYTIC-URAEMIC SYNDROME | UREMIA | UROGENITAL |
| HAEMOPERITONEUM | HEMOPERITONEUM | BODY AS A WHOLE |
| HAEMOPTYSIS | HEMOPTYSIS | RESPIRATORY |
| HAEMORRAGE INTRAABDOMINAL | HEMORRHAGE | CARDIOVASCULAR |
| HAEMORRHAGE BRAIN STEM | INTRACRANIAL HEMORRHAGE | NERVOUS |
| HAEMORRHAGE CEREBELLAR | CEREBRAL HEMORRHAGE | NERVOUS |
| HAEMORRHAGE IN PREGNANCY | HEMORRHAGE OF PREGNANCY | UROGENITAL |
| HAEMORRHAGE INTRACRANIAL | INTRACRANIAL HEMORRHAGE | NERVOUS |
| HAEMORRHAGE RECTUM | RECTAL HEMORRHAGE | DIGESTIVE |
| HAEMORRHAGE RETROPERITONEAL | RETROPERITONEAL HEMORRHAGE | BODY AS A WHOLE |
| HALLUCINATION | HALLUCINATIONS | NERVOUS |
| HEART BLOCK | HEART BLOCK | CARDIOVASCULAR |
| HEMIANOPIA | VISUAL FIELD DEFECT | SPECIAL SENSES |
| HEMIPARESIS | HEMIPLEGIA | NERVOUS |
| HEMIPLEGIA | HEMIPLEGIA | NERVOUS |
| HEMOPERICARDIUM | HEMOPERICARDIUM | CARDIOVASCULAR |
| HEMOTHORAX | HEMOTHORAX | BODY AS A WHOLE |
| HEPATIC FAILURE | HEPATIC FAILURE | DIGESTIVE |
| HEPATIC CIRRHOSIS | CIRRHOSIS OF LIVER | DIGESTIVE |
| HEPATIC HAEMORRHAGE | HEMORRHAGE | CARDIOVASCULAR |
| HEPATIC INFARCTION | INFARCT OF LIVER | DIGESTIVE |
| HEPATIC NECROSIS | LIVER NECROSIS | DIGESTIVE |
| HEPATITIS | HEPATITIS | DIGESTIVE |
| HEPATITIS CHOLESTATIC | CHOLESTATIC JAUNDICE | DIGESTIVE |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| **WHO Critical Term** | **COSTART Term** | **COSTART Body System** |
| HEPATOCELLULAR DAMAGE | LIVER DAMAGE | DIGESTIVE |
| HEPATORENAL SYNDROME | HEPATORENAL SYNDROME | DIGESTIVE |
| HYDRAMNIONS | PREGNANCY DISORDER | UROGENITAL |
| HYPERKINESIA | HYPERKINESIA | NERVOUS |
| HYPERPYREXIA MALIGNANT | MALIGNANT HYPERTHERMIA | BODY AS A WHOLE |
| HYPERTENSION INTRACRANIAL | INTRACRANIAL HYPERTENSION | NERVOUS |
| HYPERTENSION PORTAL | HYPERTENSION | CARDIOVASCULAR |
| HYPERTENSION PULMONARY | PULMONARY HYPERTENSION | CARDIOVASCULAR |
| HYPOGLYCEMIA NEONATAL | HYPOGLYCEMIA | METABOLIC & NUTRITIONAL |
| HYPOKINESIA | HYPOKINESIA | NERVOUS |
| HYPOTONIA NEONATAL | HYPOTONIA | NERVOUS |
| ILEUS | ILEUS | DIGESTIVE |
| INTESTINAL GANGRENE | INTESTINAL GANGRENE | DIGESTIVE |
| INTESTINAL ISCHAEMIA | MESENTERIC ARTERIAL OCCLUSION | CARDIOVASCULAR |
| INTESTINAL NECROSIS | INTESTINAL NECROSIS | DIGESTIVE |
| INTESTINAL OBSTRUCTION | INTESTINAL OBSTRUCTION | DIGESTIVE |
| INTESTINAL PERFORATION | INTESTINAL PERFORATION | DIGESTIVE |
| INTESTINAL STENOSIS | INTESTINAL STENOSIS | DIGESTIVE |
| INTESTINAL ULCERATION | INTESTINAL ULCER | DIGESTIVE |
| INTESTINAL ULCERATION PERFORATED | INTESTINAL ULCERATION PERFORATED | DIGESTIVE |
| JAUNDICE NEONATAL | NEONATAL JAUNDICE | HEMIC AND LYMPHATIC |
| KERATITIS | KERATITIS | SPECIAL SENSES |
| KERATOCONJUNCTIVITIS | KERATOCONJUNCTIVITIS | SPECIAL SENSES |
| LABOUR PREMATURE | ABNORMAL LABOR | UROGENITAL |
| LARYNGISMUS | LARYNGISMUS | RESPIRATORY |
| LARYNX OEDEMA | LARYNX EDEMA | RESPIRATORY |
| LE RASH | DISCOID LUPUS ERYTHEMATOSIS | SKIN AND APPENDAGES |
| LE SYNDROME | LE SYNDROME | BODY AS A WHOLE |
| LE TEST ABNORMAL | ABNORMAL LE TEST | HEMIC AND LYMPHATIC |
| LEUCOPENIA | LEUKOPENIA | HEMIC AND LYMPHATIC |
| LEUKAEMIA | LEUKEMIA | HEMIC AND LYMPHATIC |
| LEUKAEMOID REACTION | LEUKEMOID REACTION | HEMIC AND LYMPHATIC |
| LEUKOPLAKIA GENITAL | GENITAL LEUKOPLAKIA | UROGENITAL |
| LOWER MOTOR NEURONE LESION | NEUROPATHY | NERVOUS |
| LYMPHOMA MALIGNANT | LYMPHOMA LIKE REACTION | HEMIC AND LYMPHATIC |
| LYMPHOMA-LIKE DISORDER | LYMPHOMA LIKE REACTION | HEMIC AND LYMPHATIC |
| MACULA LUTEA DEGENERATION | RETINAL DISORDER | SPECIAL SENSES |
| MANIC REACTION | MANIC REACTION | NERVOUS |
| MARROW DEPRESSION | MARROW DEPRESSION | HEMIC AND LYMPHATIC |
| MARROW HYPERPLASIA | MARROW HYPERPLASIA | HEMIC AND LYMPHATIC |
| MEGACOLON ACQUIRED | MEGACOLON | DIGESTIVE |
| MELAENA | MELENA | DIGESTIVE |
| MENINGISM | MENINGISM | NERVOUS |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| **WHO Critical Term** | **COSTART Term** | **COSTART Body System** |
| MENINGITIS | MENINGITIS | NERVOUS |
| MONONEURITIS | NEURITIS | NERVOUS |
| MONOPLEGIA | MONOPLEGIA | NERVOUS |
| MS-LIKE SYNDROME | MULTIPLE SCLEROSIS | NERVOUS |
| MUSCLE ATROPHY | MUSCLE ATROPHY | MUSCULOSKELETAL |
| MUSCLE HAEMORRHAGE | MUSCLE HEMORRHAGE | MUSCULOSKELETAL |
| MYASTHENIA GRAVIS-LIKE SYNDROME | MYASTHENIA | MUSCULOSKELETAL |
| MYELITIS | MYELITIS | NERVOUS |
| MYELOFIBROSIS | MYELOFIBROSIS | HEMIC AND LYMPHATIC |
| MYELOPROLIFERATIVE DISORDER | MYELOPROLIFERATIVE DISORDER | HEMIC AND LYMPHATIC |
| MYOCARDIAL INFARCTION | MYOCARDIAL INFARCT | CARDIOVASCULAR |
| MYOCARDIAL ISCHAEMIA | MYOCARDIAL ISCHEMIA | CARDIOVASCULAR |
| MYOCARDITIS | MYOCARDITIS | CARDIOVASCULAR |
| MYOMETRIAL INCREASE | ENDOMETRIAL DISORDER | UROGENITAL |
| MYOSITIS | MYOSITIS | MUSCULOSKELETAL |
| NECROSIS ISCHAEMIC | NECROSIS | BODY AS A WHOLE |
| NEPHRITIS | NEPHRITIS | UROGENITAL |
| NEPHROPATHY TOXIC | TOXIC NEPHROPATHY | UROGENITAL |
| NEURALGIA | NEURALGIA | NERVOUS |
| NEURITIS | NEURITIS | NERVOUS |
| NEUROLEPTIC MALIGNANT SYNDROME | NEUROLEPTIC MALIGNANT SYNDROME | BODY AS A WHOLE |
| NEUROPATHY | NEUROPATHY | NERVOUS |
| NEUROPATHY PERIPHERAL | PERIPHERAL NEURITIS | NERVOUS |
| NON-HODGKIN'S LYMPHOMA | LYMPHOMA LIKE REACTION | HEMIC AND LYMPHATIC |
| OCULAR HAEMORRHAGE | EYE HEMORRHAGE | SPECIAL SENSES |
| OCULOMOTOR NERVE PARALYSIS | EXTRAOCULAR PALSY | SPECIAL SENSES |
| OEDEMA CEREBRAL | BRAIN EDEMA | NERVOUS |
| OESOPHAGEAL PERFORATION | ESOPHAGEAL ULCER | DIGESTIVE |
| OESOPHAGEAL STRICTURE | ESOPHAGEAL STENOSIS | DIGESTIVE |
| OESOPHAGEAL ULCERATION | ESOPHAGEAL ULCER | DIGESTIVE |
| OESOPHAGEAL VARICES | ESOPHAGEAL HEMORRHAGE | DIGESTIVE |
| OLIGURIA | OLIGURIA | UROGENITAL |
| OPISTHOTONOS | OPISTHOTONOS | NERVOUS |
| OPTIC ATROPHY | OPTIC ATROPHY | SPECIAL SENSES |
| OPTIC NEURITIS | OPTIC NEURITIS | SPECIAL SENSES |
| OVARIAN CYST | CYST | BODY AS A WHOLE |
| OVARIAN CYST MALIGNANT | CARCINOMA | BODY AS A WHOLE |
| PANCREATITIS | PANCREATITIS | DIGESTIVE |
| PANCYTOPENIA | PANCYTOPENIA | HEMIC AND LYMPHATIC |
| PAPILLOEDEMA | PAPILLEDEMA | SPECIAL SENSES |
| PARALYSIS | PARALYSIS | NERVOUS |
| PARANOID REACTION | PARANOID REACTION | NERVOUS |
| PARAPLEGIA | PARAPLEGIA | NERVOUS |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| WHO Critical Term | COSTART Term | COSTART Body System |
| PARESIS | PARALYSIS | NERVOUS |
| PARKINSONISM AGGRAVATED | EXTRAPYRAMIDAL SYNDROME | NERVOUS |
| PEMPHIGOID REACTION | VESICULOBULLOUS RASH | SKIN AND APPENDAGES |
| PEPTIC ULCER AGGRAVATED | PEPTIC ULCER | DIGESTIVE |
| PEPTIC ULCER HAEMORRHAGIC | PEPTIC ULCER HEMORRHAGE | DIGESTIVE |
| PEPTIC ULCER HAEMPER | PEPTIC ULCER W/ HEMOR-RHAGE & PERFORATION | DIGESTIVE |
| PEPTIC ULCER PERFORATED | PERFORATED PEPTIC ULCER | DIGESTIVE |
| PEPTIC ULCER REACTIVATED | REACTIVATED PEPTIC ULCER | DIGESTIVE |
| PERICARDIAL EFFUSION | PERICARDIAL EFFUSION | CARDIOVASCULAR |
| PERICARDITIS | PERICARDITIS | CARDIOVASCULAR |
| PERIPHERAL GANGRENE | PERIPHERAL GANGRENE | CARDIOVASCULAR |
| PERIPHERAL ISCHAEMIA | PERIPHERAL VASCULAR DISORDER | CARDIOVASCULAR |
| PERITONITIS | PERITONITIS | BODY AS A WHOLE |
| PHLEBITIS DEEP | DEEP PHLEBITIS | CARDIOVASCULAR |
| PHOTOSENSITIVITY REACTION | PHOTOSENSITIVITY REACTION | BODY AS A WHOLE |
| PITUITARY INSUFFICIENCY | PITUITARY ACTIVITY DECR. | ENDOCRINE |
| PLEURAL FIBROSIS | PLEURAL DISORDER | RESPIRATORY |
| PLEURISY | PLEURAL DISORDER | RESPIRATORY |
| POLYARTERITIS NODOSA | POLYARTERITIS NODOSA | CARDIOVASCULAR |
| POLYSEROSITIS | POLYSEROSITIS | BODY AS A WHOLE |
| POST-MENOPAUSAL BLEEDING | UTERINE HEMORRHAGE | UROGENITAL |
| PREGNANCY ECTOPIC | PREGNANCY DISORDER | UROGENITAL |
| PROCTITIS ULCERATIVE | ULCERATIVE PROCTITIS | DIGESTIVE |
| PROTHROMBIN DECREASED | PROTHROMBIN DECREASED | HEMIC AND LYMPHATIC |
| PROTHROMBIN INCREASED | PROTHROMBIN INCREASED | HEMIC AND LYMPHATIC |
| PSYCHOSIS | PSYCHOSIS | NERVOUS |
| PSYCHOSIS MANIC-DEPRESSIVE | MANIC DEPRESSIVE REACTION | NERVOUS |
| PTOSIS | PTOSIS | SPECIAL SENSES |
| PULMONARY FIBROSIS | LUNG FIBROSIS | RESPIRATORY |
| PULMONARY HAEMORRHAGE | LUNG HEMORRHAGE | RESPIRATORY |
| PULMONARY INFARCTION | PULMONARY INFARCT | RESPIRATORY |
| PULMONARY OEDEMA | LUNG EDEMA | RESPIRATORY |
| PURPURA | PURPURA | HEMIC AND LYMPHATIC |
| PURPURA THROMBOCYTOPENIC | THROMBOCYTOPENIC PURPURA | HEMIC AND LYMPHATIC |
| PURPURA THROMBOPENIC THROMBOTIC | THROMBOTIC THROMBOCYTOPENIC PURPURA | HEMIC AND LYMPHATIC |
| QT PROLONGED | QT INTERVAL PROLONGED | CARDIOVASCULAR |
| QUADRIPLEGIA | QUADRIPLEGIA | NERVOUS |
| RENAL FAILURE ACUTE | ACUTE KIDNEY FAILURE | UROGENITAL |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1, Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| **WHO Critical Term** | **COSTART Term** | **COSTART Body System** |
| RENAL TUBULAR NECROSIS | KIDNEY TUBULAR NECROSIS | UROGENITAL |
| RESP DISTRESS SYNDROME NEONATAL | PERINATAL DISORDER | BODY AS A WHOLE |
| RESPIRATORY DEPRESSION | HYPOVENTILATION | RESPIRATORY |
| RESPIRATORY INSUFFICIENCY | RESPIRATORY DISORDER | RESPIRATORY |
| RESPIRATORY PARALYSIS | APNEA | RESPIRATORY |
| RESPIRATORY TRACT HAEMORRHAGE | LUNG HEMORRHAGE | RESPIRATORY |
| RETINAL DETACHMENT | RETINAL DETACHMENT | SPECIAL SENSES |
| RETINAL DISORDER | RETINAL DISORDER | SPECIAL SENSES |
| RETINAL HAEMORRHAGE | RETINAL HEMORRHAGE | SPECIAL SENSES |
| RETINITIS | RETINITIS | SPECIAL SENSES |
| RETROBULBAR NEURITIS | RETROBULBAR NEURITIS | SPECIAL SENSES |
| RETROPERITONEAL FIBROSIS | RETROPERITONEAL FIBROSIS | BODY AS A WHOLE |
| REYE'S SYNDROME | ACUTE BRAIN SYNDROME | NERVOUS |
| RHABDOMYOLYSIS | RHABDOMYOLYSIS | MUSCULOSKELETAL |
| SCHIZOPHRENIC REACTION | SCHIZOPHRENIC REACTION | NERVOUS |
| SCOTOMA | VISUAL FIELD DEFECT | SPECIAL SENSES |
| SEROTONIN SYNDROME | ENDOCRINE DISORDER | ENDOCRINE |
| SICK SINUS SYNDROME | SINUS BRADYCARDIA | CARDIOVASCULAR |
| SKIN EXFOLIATION | EXFOLIATIVE DERMATITIS | SKIN AND APPENDAGES |
| SPASM GENERALIZED | GENERALIZED SPASM | MUSCULOSKELETAL |
| STEVENS JOHNSON SYNDROME | STEVENS JOHNSON SYNDROME | SKIN AND APPENDAGES |
| STOMACH PERFORATION | PERFORATED STOMACH ULCER | DIGESTIVE |
| STOMATITIS NECROTIZING | ULCERATIVE STOMATITIS | DIGESTIVE |
| STRIDOR | STRIDOR | RESPIRATORY |
| SUBACUTE MYELOOPTICONEUROPATHY | NEUROPATHY | NERVOUS |
| SUBARACHNOID HAEMORRHAGE | SUBARACHNOID HEMORRHAGE | NERVOUS |
| SUDDEN DEATH | SUDDEN DEATH | BODY AS A WHOLE |
| SUDDEN INFANT DEATH SYNDROME | SUDDEN INFANT DEATH | BODY AS A WHOLE |
| SUICIDE ATTEMPT | SUICIDE ATTEMPT | BODY AS A WHOLE |
| TACHYCARDIA SUPRAVENTRICULAR | SUPRAVENTRICULAR TACHYCARDIA | CARDIOVASCULAR |
| TACHYCARDIA VENTRICULAR | VENTRICULAR TACHYCARDIA | CARDIOVASCULAR |
| TESTIS NEOPLASM MALIGNANT | CARCINOMA | BODY AS A WHOLE |
| TETANY | TETANY | MUSCULOSKELETAL |
| THROMBOCYTOPENIA | THROMBOCYTOPENIA | HEMIC AND LYMPHATIC |
| THROMBOEMBOLISM | EMBOLUS | CARDIOVASCULAR |
| THROMBOPHLEBITIS CEREBRAL VEIN | CEREBRAL VENOUS THROMBOSIS | NERVOUS |

*Associated document: WHO Critical Term List*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

| WHO CRITICAL TERM LIST, adapted in COSTART | | |
|---|---|---|
| **WHO Critical Term** | **COSTART Term** | **COSTART Body System** |
| THROMBOPHLEBITIS DEEP | DEEP THROMBOPHLEBITIS | CARDIOVASCULAR |
| THROMBOPHLEBITIS MESENTERIC VEIN | THROMBOPHLEBITIS | CARDIOVASCULAR |
| THROMBOPHLEBITIS MULTIPLE | THROMBOPHLEBITIS | CARDIOVASCULAR |
| THROMBOPHLEBITIS PELVIC VEIN | THROMBOPHLEBITIS | CARDIOVASCULAR |
| THROMBOPHLEBITIS VENA CAVA | THROMBOPHLEBITIS | CARDIOVASCULAR |
| THROMBOSIS | THROMBOSIS | CARDIOVASCULAR |
| THROMBOSIS ARTERIAL | ARTERIAL THROMBOSIS | CARDIOVASCULAR |
| THROMBOSIS CAROTID | CAROTID THROMBOSIS | CARDIOVASCULAR |
| THROMBOSIS CEREBELLAR ARTERIAL | CEREBRAL ARTERIAL THROMBOSIS | NERVOUS |
| THROMBOSIS CEREBRAL | CEREBRAL THROMBOSIS | NERVOUS |
| THROMBOSIS CORONARY | CORONARY THROMBOSIS | CARDIOVASCULAR |
| THROMBOSIS MESENTERIC VESSEL | MESENTERIC OCCLUSION | CARDIOVASCULAR |
| THROMBOSIS PULMONARY | PULMONARY THROMBOSIS | RESPIRATORY |
| THROMBOSIS RETINAL ARTERY | RETINAL ARTERY OCCLUSION | SPECIAL SENSES |
| TORSADE DE POINTES | TORSADES DE POINTES | CARDIOVASCULAR |
| UPPER MOTOR NEURONE LESION | NEUROPATHY | NERVOUS |
| URAEMIA | UREMIA | UROGENITAL |
| UTERINE CARCINOMA | ENDOMETRIAL CARCINOMA | UROGENITAL |
| UTERINE FIBROID | UTERINE FIBROIDS ENLARGED | UROGENITAL |
| UTERINE HAEMORRHAGE | UTERINE HEMORRHAGE | UROGENITAL |
| UTERINE NEOPLASM | UTERINE NEOPLASM | UROGENITAL |
| UTERINE PERFORATION | RUPTURED UTERUS | UROGENITAL |
| VACCINATION COMPLICATION | POST VACCINATION SYNDROME | BODY AS A WHOLE |
| VAGINAL NEOPLASM BENIGN | NEOPLASM | BODY AS A WHOLE |
| VAGINAL NEOPLASM MALIGNANT | CARCINOMA | BODY AS A WHOLE |
| VASCULITIS | VASCULITIS | CARDIOVASCULAR |
| VASCULITIS ALLERGIC | VASCULITIS | CARDIOVASCULAR |
| VESTIBULAR DISORDER | VESTIBULAR DISORDER | NERVOUS |
| VISUAL FIELD DEFECT | VISUAL FIELD DEFECT | SPECIAL SENSES |
| VITREOUS DETACHMENT | VITREOUS DISORDER | SPECIAL SENSES |
| WITHDRAWAL ARRHYTHMIA | ARRHYTHMIA | CARDIOVASCULAR |
| WITHDRAWAL CONVULSIONS | CONVULSION | NERVOUS |
| WITHDRAWAL SYNDROME NEONATAL | WITHDRAWAL SYNDROME | NERVOUS |