*Associated document: Handling of Spontaneous Reports sent to Bayer Internet Websites*
*SOP ID: GMD-SOP-009 Version 1, Effective Date 2001-Jun-01,*

# Bayer Pharma

## Global Medical Development

## Global Drug Safety

**Handling of Spontaneous Reports sent to Bayer Internet Websites**

### 1. Applicable Policy Statements

- Global Drug Safety is responsible for the identification of relevant global websites and the training of the webmasters.
- The LDSM is responsible for the identification of relevant local websites and the training of the webmasters.
- The webmaster may not include any Drug Safety addresses in the website since a direct reporting line to Drug Safety via Internet is not intended.

*Associated document: Handling of Spontaneous Reports sent to Bayer Internet Websites*
*SOP ID: GMD-SOP-009 Version 1, Effective Date 2001-Jun-01,*

## 2. Description of the Process




**Timeline:**
The clock starts as soon as the webmaster has received the report (clock start date = day 1 of the process).

**Policy:**
E-mails sent to Bayer websites must be screened daily for spontaneous reports.

**Policy:**
Spontaneous reports must be handled by the Local Drug Safety Manager (LDSM ) of the reporter's country.

**Policy:**
The webmaster must forward the information within 24 hrs. after receipt to the LDSM or to Global Drug Safety (GDS) Ethicals.
**e-mail:**
GDS AE-MANAGEMENTTEAM@BAYERNOTES
Internet:
gds.ae-managementteam@bayer-ag.de

**Specify your e-mail to GDS with a standard title and add reporter's country, e.g.: "WEBMASTER REPORT FROM ITALY"**



BAYCORP02034129D

*Associated document: Emergency Service outside Working Hours*
*SOP ID: GMD-SOP-009 Version 1 , Effective Date 2001-Jun-01,*

# Bayer Pharma

## Global Medical Development

## Global Drug Safety

**<u>Emergency Service outside Working Hours</u>**

Global as well as local sites within Global Drug Safety must ensure that requests by phone outside working hours are connected to the appropriate person of Drug Safety without any delay.
<u>Alarm cases must be handled immediately</u>.

The following flow-chart describes the process in Germany. The other countries may organize their processes according to their need but must ensure that the policies are kept.




**<u>Policy:</u>**
It must be determined if the call indicates product risks which are life-threatening or which may endanger or damage health considerably (alarm case).

**<u>Policy:</u>**
Requests to the Drug Event Action Committee (APZ=Aktionsausschuss Pharma Zwischenfall) must be connected to:

- **Dr. Ernst Weidmann**
  (for Adverse Events)
- **Dr. Benno Weber**
  (for Product Technical Complaints)

**<u>Information:</u>**
The function of the on-call GDS officer is filled by the IDSM or a DSS in rotation.

# Bayer Pharma
## Global Medical Development

| | |
|---|---|
| **Document Type:** | Global Standard Operating Procedure |
| **Title:** | **Handling of Serious Adverse Events from Clinical Investigations** |
| **Authorisation Status:** | Final |
| **SOP ID:** | GMD-SOP-010 Version 1 **Effective Date:** 2001-Jun-01 |
| **Conditions of Implementation:** | All Serious Adverse Events received by Bayer since the effective date |

| | |
|---|---|
| **Supersedes:** | • Policy statements<br>• PD-M P DS 1 dated January 1999<br>• PD-M P DS 2 dated January 1999<br>• PD-M-GDS-3 / Version 2 dated 2000-May-01<br>• PD-M-GDS-SOP-12 / Version 5 dated 2000-May-01<br>• PD-M-GDS-SOP-16 / Version 1 dated 2000-May-01<br>• All local SOPs on handling of Serious Adverse Events from clinical investigations |
| **Reason for Change:** | Installation of the ClinTrace system and adaption to the new Bayer SOP standard |

| | |
|---|---|
| **Process(es) addressed:** | • Receipt, documentation, data entry, evaluation, approval, distribution and submission of Serious Adverse Events from<br>• clinical studies phase I - IV with formal protocol<br>• post marketing observational studies (PMOS)<br>• External intensive monitoring<br>• Re-examination studies (e.g. from Japanese marketed studies)<br>• Observational studies<br>• Compassionate use (if not part of a clinical trial)<br>• Non-company sponsored clinical trials with the company product as comparator |
| **Purpose of the SOP:** | To ensure that<br>• data handling and medical evaluation of Serious Adverse Events involving Bayer medicinal products are done on a high quality level<br>• the legal reporting requirements are fulfilled |
| **Applicable to:** | All Bayer personnel, and/or their representative(s), involved in the handling of Serious Adverse Events from clinical investigations within Business Group Pharma including Biological Products and Business Group Consumer Care |

| | Name | Signature | Date |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | [signature] | 2001 MAY 17 |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | [signature] | 2001 - May - 16 |

# Bayer Pharma
## Global Medical Development

| | |
|---|---|
| **Document Type:** | Global Standard Operating Procedure |
| **Title:** | **Handling of Serious Adverse Events from Clinical Investigations** |
| **Authorisation Status:** | Final |
| **SOP ID:** | GMD-SOP-010 Version 1 **Effective Date:** 2001-Jun-01 |
| **Conditions of Implementation:** | All Serious Adverse Events received by Bayer since the effective date |

**Supersedes:**

- Policy statements
  - PD-M P DS 1 dated January1999
  - PD-M P DS 2 dated January1999
  - PD-M-GDS-3 / Version 2 dated 2000-May-01
- PD-M-GDS-SOP-12 / Version 5 dated 2000-May-01
- PD-M-GDS-SOP-16 / Version 1 dated 2000-May-01
- All local SOPs on handling of Serious Adverse Events from clinical investigations

**Reason for Change:** Installation of the ClinTrace system and adaption to the new Bayer SOP standard

**Process(es) addressed:**

- Receipt, documentation, data entry, evaluation, approval, distribution and submission of Serious Adverse Events from
  - Clinical studies phase I - IV with formal protocol
  - Post marketing observational studies (PMOS)
    - External intensive monitoring
    - Re-examination studies (e.g. from Japanese marketed studies)
    - Observational studies
    - Compassionate use (if not part of a clinical trial)
  - Non-company sponsored clinical trials with the company product as comparator

**Purpose of the SOP:** To ensure that

- data handling and medical evaluation of Serious Adverse Events involving Bayer medicinal products are done on a high quality level
- the legal reporting requirements are fulfilled

**Applicable to:** All Bayer personnel, and/or their representative(s), involved in the handling of Serious Adverse Events from clinical investigations within Business Group Pharma including Biological Products and Business Group Consumer Care

| | Name | Signature | Date |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | ________ | ________ |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | ________ | ________ |

## Table of Contents

**1 Abbreviations**

**2 Definitions**

**3 Description of the Process**
3.1 Applicable Policy Statements
3.2 Description of the Process
3.2.1 Process Overview
3.2.2 RECEIVE Process
3.2.3 PREPARE Process
3.2.4 DOCUMENT Process
3.2.5 ENTER Process
3.2.6 EVALUATE Process
3.2.7 APPROVE Process
3.2.8 DISTRIBUTE Process / Update of Distribution Matrix
3.2.9 SUBMIT Process

**4 Associated Documents**
Complementary Page for Serious Adverse Events
Managing Blinded Therapy Cases
Reporting of SAEs in Outsourced Clinical Investigations
Reporting of SAEs in Clinical Investigations performed with RDE

## 1 Abbreviations

| | |
|---|---|
| ADR | Adverse Drug Reaction |
| AE | Adverse Event |
| CC | Consumer Care |
| CRO | Clinical Research Organization |
| DSS | Drug Safety Scientist |
| DST | Drug Safety Technician |
| EMEA | European Agency for the Evaluation of Medicinal Products |
| GDO | Global Distribution Officer |
| GDS | Global Drug Safety |
| ICH | International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use |
| IDSM | International Drug Safety Manager |
| INN | International Non-proprietary Name |
| IRB | International Review Board (= IEC – Independent Ethics Committee) |
| LDSM | Local Drug Safety Manager |
| NEUMA | Northern Europe Medical Affairs |
| RDE | Remote Data Entry |
| RO | Reporting Officer |



BAYCORP02034134D

## 2 Definitions

More detailed information on definitions and roles as well as details of the process are described in the operational manuals to this SOP.

***Adverse Drug Reactions (ADR)***
All noxious and unintended responses to a medicinal product related to any dose should be considered adverse drug reactions.
The phrase "responses to a medicinal product" means in view of the investigator and/or company that a causal relationship between a medicinal product and an adverse event is at least a reasonable possibility and corresponds with the phrase "the adverse event is associated with the use of the drug".

***Adverse Event***
Any untoward medical occurrence in a patient or clinical investigation subject administered a pharmaceutical product, and which does not necessarily have to have a causal relationship (association) with this treatment.

***Clock start date***
This date defines the start date for expedited reporting (day 1 of the process). It is also called "first contact date" for initial reports and "last contact date" for follow-up reports.
The clock for expedited reporting starts as soon as any person representing Bayer is initially informed about the case e.g. all sales representatives working for Bayer, medical information, monitor (Bayer or CRO), LDSM, etc.
In case of reports coming from a license company the report clock starts at the earliest date when the license company was informed about this case. It is not the date when Bayer receives the license case for the first time.

***Global Data Entry Site***
Functional unit within Global Drug Safety.
Responsible for documentation, data entry, evaluation and distribution of reports sent by licence partners and Non-Data Entry Sites as well as published case histories. For this purpose Global Data Entry Sites work with the customized Bayer ClinTrace System.
Global Data Entry Sites are GDS-Ethicals (Wuppertal) and GDS-Biologicals (Berkeley).

The addresses of the Global Data Entry Sites are as follows:

**GDS Ethicals**
**AE-Management Team**
Bayer AG
Pharma Research Center, Building 470
Global Drug Safety (GDS)
D-42113 Wuppertal
Fax-No.: ++49-202-368228
e-mail: GDS AE-MANAGEMENTTEAM@BAYERNOTES
internet: gds.ae-managementteam@bayer-ag.de

**GDS Biologicals**
Bayer Corporation
Pharmaceutical Division
800 Dwight Way
Berkeley, California 94701 / USA
Fax-No.: 001 510 705 4714
e-mail: BRKL GDS-Biologicals@BAYER-US-NOTES
internet: gds.biologicals@bayer.com



BAYCORP02034135D

***Local Data Entry Site***
Functional unit within Local Drug Safety.
Responsible for receipt, data entry, evaluation and submission of domestic and regional reports. Additionally Local Data Entry Sites are responsible for the submission of non-domestic reports if required by the Health Authority.
For this purpose they work with the customized Bayer ClinTrace System.
Local Data Entry Sites can also be responsible for reports from Non-Data Entry Sites of a special region. Local Data Entry Sites are France, Germany, Japan, Sweden (NEUMA), UK, USA (Berkeley (for Biologicals), West Haven (for Ethicals)).

***Non-Data Entry Site***
Functional unit within Local Drug Safety.
Responsible for receipt, preparation and submission of domestic reports. Additionally Non-Data Entry Sites are responsible for the submission of non-domestic reports.
All other processes are done by the Data Entry Site.
Non-Data Entry Sites are all sites that are not Local Data Entry Sites.

***Serious***
An AE or ADR is serious if it:
- results in death
- is life-threatening
- requires inpatient hospitalisation or prolongation of existing hospitalisation
- results in persistent or significant disability or incapacity
- is a congenital anomaly or birth defect
- is an important medical event

***Submission (submit)***
Means for this SOP: To send an ADR report to regulatory authorities.

***Unexpected***
An AE/ADR is considered unexpected if its nature or severity is not consistent with the current Investigator Brochure.
For example, under this definition, hepatic necrosis would be unexpected (by virtue of greater severity) if the investigator brochure only refers to elevated hepatic enzymes or hepatitis. Similarly, cerebral thrombo-embolism and cerebral vasculitis would be unexpected (by virtue of greater specificity) if the investigator brochure mentions cerebral vascular accidents only.
ClinTrace does not differentiate between 'unexpected' and 'unlisted'. Therefore the term 'unlisted' makes reference to both the investigator's brochure and the Company Core Safety Information.

***Unlisted***
An AE/ADR is considered unlisted if its nature, severity, specificity and outcome is not consistent with the information included in the Company Core Safety Information (CCSI).
ClinTrace does not differentiate between 'unexpected' and 'unlisted'. Therefore the term 'unlisted' makes reference to both the investigator's brochure and the Company Core Safety Information.



BAYCORP02034136D

# 3 Description of the Process

## 3.1 Applicable Policy Statements

The following policy statements are applicable to the entire process.

- The process is valid for the handling of serious adverse events from clinical investigations occurring at any time after a patient's formal entry into a study (i.e. signed informed consent) until the end of the follow-up period as defined in the respective study protocol.

- Serious adverse events whose onset starts after the end of the follow-up period are not actively gathered but if such cases are reported by an investigator they are also handled according to this SOP.

- The investigator must send the SAE report directly to the Local Drug Safety Manager. [1]

- If the Study Manager is responsible for the review of the SAE report, the investigator sends the report directly to him. The clock starts when the Study Manager has received the case. The LDSM is responsible that the timeline of the cases received via the Study Manager is kept.

- Initial as well as follow-up reports must be handled within the same timelines described in this SOP.

- Serious adverse events assessed as ADR by either the investigator or by Bayer are handled within the following timelines (see table 1):
  - Adverse drug reactions with the serious criterion 'fatal' or 'life-threatening' qualify for potential submission by day 7 after receipt by Bayer *(7-day report)*.
  - All other serious adverse drug reactions qualify for potential submission by day 15 *(15-day report)*.

- The submission of reports must follow the timelines of this SOP or the timelines required by national authorities.

- Serious adverse events that were not assessed as an ADR by the investigator *('non-ADRs')* also qualify for potential submission because they might be upgraded to an ADR by the IDSM during approval. Therefore they have to be approved within the same timelines as the SAEs indicated as ADR by the investigator.

- For serious adverse events related to study procedure (i.e. events caused by specific circumstances of the protocol, e.g. specific diagnostic procedures during run-in phase) the same timelines are valid as for serious adverse drug reactions.

- Cases for which a timeline is exceeded must be processed immediately.
  If a case is late, ClinTrace calculates for each process step a specific due date appropriate to the remaining time.

- The Local Drug Safety is responsible for the final submission to the national authority and the selection of cases for submission according to their national legal requirements.

- The GCPL is responsible to ensure submission of Serious Unexpected Adverse Drug Reactions to all concerned Investigators and to the Ethics Committees/IRBs according to defined timelines
- The LDSM has to make sure that the patient's name or address is not mentioned in any documentation of the SAE. For identification, initials may be documented only.

---

1 The reporting of SAEs for outsourced clinical investigations and clinical investigations performed with RDE is described separately in a associated document to this SOP.

- **Handling of non-serious adverse events**
  Non-serious adverse events after formal entry into a study need not to be reported to Drug Safety by the investigator. They are only documented in the Case Report Form.
  However, under certain circumstances (e.g. in a special study) the investigator may be asked to report non-serious adverse events for an early detection of safety signals.
  If non-serious adverse events are reported to Drug Safety they are entered in ClinTrace according to the timelines for non-serious spontaneous reports.

- **Handling of cases of drug exposure via parent**
  Pregnancy during a study must be reported and followed-up carefully (see SOP 'Handling of Cases of Drug Exposure via Parent').
  This also applies to an intake of the Bayer drug prior to sexual intercourse with subsequent pregnancy of the patient's partner.

**Table 1:**

| ⊕ TIMELINES[2] ⊕ | | | | | |
|---|---|---|---|---|---|
| Responsible | Process Step | 7-day report | | 15-day report | |
| | | working days | calendar days | working days | calendar days |
| LDSM | Prepare | 1 | day 1 | 2 | day 3 |
| DST | Enter | 1 | day 2 | 4 | day 6 |
| DSS | Evaluate | 1 | day 3 | 2 | day 9 |
| IDSM | Approve/Distribute | 1 | day 4 | 2 | day 12 |
| LDSM/RO | Submit | 1 | day 5 | 2 | day 14 |
| **Due date according to ClinTrace** (time-reserve) | | 2 | day 7 (2 days) | 1 | day 15 (1 day) |

2 The timelines within this SOP include a reserve. For 7-day reports the reserve is 2 days considering that two days of the process might be non-business days (weekend). For 15-day reports the reserve is 1 day considering that the distribution to countries outside the date-line needs an additional day.



BAYCORP02034138D

## 3.2 Description of the Process

### 3.2.1 Process Overview




* Licence partners for national products send the reports directly to the Local Data Entry Site or the Non-Data Entry Site.

### 3.2.2 RECEIVE Process
**(see also associated documents 'Reporting of SAEs in Outsourced Clinical Investigations' and 'Reporting of SAEs in Clinical Investigations performed with RDE)'**

This process is relevant to Non-Data Entry Sites and Local Data Entry Sites.
The Local Drug Safety Manager is responsible for the process but she/he can also delegate process steps to trained staff.
**Cross-functional overlap concerns the investigator and the monitor.**




**Policy:**
For each SAE the investigator must forward a copy of the relevant Adverse Event page in the Case Report Form, the complementary page for SAEs and if necessary an additional page for relevant lab values and other relevant tests. The investigator must ensure legibility.

**Timeline:**
Forwarding to the LDSM by the investigator has to be done within 24 hours of awareness.
The clock starts as soon as any person representing Bayer has received the report (clock start date = day 1 of the process).

**Policy:**
Minimum criteria for a case should be fulfilled.

**Policy:**
If additional SAEs from relevant unstructured information (e.g. hospital report, autopsy report, discharge letter) are identified, ask the investigator for completion and assessment as SAEs.

**Policy:**
To save time the LDSM should contact the investigator directly.
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.

### 3.2.3 PREPARE Process

This process is relevant to Non-Data Entry Sites only.




**Policy:**

- All information must be entered in English language.
- For all concomitant medications the INN must be listed.
- Make sure that the 'Date received by Bayer' is indicated in the form.
- Make sure that for randomized patients the center-no. and random-no. are included.
- Make sure that follow-up information can be easily distinguished from initial information.
- Any comments from LDSM must be clearly marked as not originating from the reporter.

**Policy:**
If submission to national authorities is required prior to approval submit the case in advance with the note *"Company causality assessment will be submitted as a follow-up as soon as possible"*. Besides emergency cases the code is broken by the Global Data Entry Site only.

**Policy:**
Reports should be sent via e-mail.

**Policy:**
NEUMA functions as Local Data Entry Site for the Non-Swedish Nordic and Baltic countries (i.e. Denmark, Finland, Iceland, Norway, Estonia, Lithuania, Lativa). Normally all SAEs from Nordic and Baltic countries are directly sent to NEUMA. If a SAE-report was sent to one of the above mentioned countries the LDSM must forward it to NEUMA.

**Timeline:**
*7-day report (including non-ADRs):*
Send report within 1 working day (usually day 1).
*15-day report (including non-ADRs):*
Send report within 2 working days (usually day 3).

### 3.2.4 DOCUMENT Process

This process is relevant to <u>Global and Local Data Entry Sites.</u>
Local Data Entry Sites have covered some steps of the process already in the 'RECEIVE' process.




**<u>Timeline:</u>**
**For reports from licence partners the clock starts with the date the licence partner has received the information (day 1 of the process).**

**<u>Policy:</u>**
**If any follow-up information is requested make sure that the request does not lead to any delay.**
**Continue to process the case even if the information is incomplete.**

**<u>Policy:</u>**
**Reports must be sorted according to their different time-lines into**
- **fatal/life-threatening ADRs**
- **all other serious ADRs**
- **all other serious SAEs**

**Late reports require prioritized processing.**

### 3.2.5 ENTER Process

This process is relevant to <u>Global and Local Data Entry Sites.</u>




**<u>Policy:</u>**
Cases have to be prioritized according to investigator's drug association (ADR: yes/ no) , seriousness and elapsed time:
1. fatal/life-threatening ADRs
2. serious ADRs
3. all other serious/listed SAEs

**<u>Policy:</u>**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.
Co-ordinate your request with the DSS if possible.

**<u>Timeline:</u>**
*7-day report (including non-ADRs):*
Data entry must be completed within 1 working day (usually day 2).
*15-day report (including non-ADRs):*
Data entry must be completed within 2 working days (usually day 6).



BAYCORP02034143D

### 3.2.6 EVALUATE Process

This process is relevant to Global and Local Data Entry Sites.




**Information:**
The DSS workflow report includes all cases for which final evaluation is still pending (e.g. cases from the DST after completed data entry, cases from the IDSM after disapproval).

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.
Co-ordinate your request with the DST if possible.

**Policy:**
The DSS is responsible for the correct COSTART/MEDRA code assignment.
He must review the 'Coding report user attention needed' and respond to the coding expert in Biometry at least once a week.
In addition she/he must review the 'Coding report of overwritten codes' at least once a week and check whether the listedness assessment is still appropriate.

**Policy:**
For serious/unlisted ADRs the DSS suggests code break to the IDSM.

**Timeline:**
*7-day report (including non-ADRs):*
Evaluation must be completed within 1 working day (usually day 3).
*15-day report (including non-ADRs):*
Evaluation must be completed within 2 working days (usually day 9).

### 3.2.7 APPROVE Process (see also associated document 'Managing Blinded Therapy Cases')

This process is relevant to Global Data Entry Sites including the IDSM.
For specific non-strategic products it is also relevant to the LDSM who takes over the role of the IDSM.




**Information:**
The IDSM workflow report includes all cases for which approval is still pending (e.g. cases from the DSS after completed evaluation, disapproved cases after modification by the DSS).

**Policy:**
If the investigator 's assessment classifying a case as an ADR is unsubstantial, clarify first with the investigator before unblinding the case. Process the case without unblinding if necessary.
No unblinding is performed in case of lack of drug effect.

**Policy:**
For serious listed ADRs the code remains unbroken. The data on treatment are updated at the end of the study after general unblinding and processed as follow-up.

**Timeline:**
*7-day report (including non-ADRs):*
Approval must be completed within 1 working day (usually day 4).
*15-day report (including non-ADRs):*
Approval must be completed within 2 working days (usually day 12).

### 3.2.8 DISTRIBUTE Process / Update of Distribution Matrix

The Distribution Process is a virtual process which is done by the ClinTrace system.
Since it is controlled by a distribution-matrix, the update process of the distribution matrix is also described in the following.
This process is therefore relevant to all LDSMs as well as the Global Distribution Officer at Global Drug Safety Ethicals.
**Cross-functional overlap concerns the GCPL (Global Clinical Project Leader).**



**Policy:**

- The LDSM is responsible for insuring that the local legal requirements are covered by the distribution matrix. The LDSM must inform the Global Distribution Officer if his country is included in the clinical development. of a new drug or if the clinical development is stopped.
- The Global Distribution Officer must ensure that the distribution matrix is available to the LDSM in an appropriate format for review.

**Timeline:**
The distribution-cycle runs regularly and guarantees that distribution is done on the same day as the approval.
The auto-distribution module distributes ADRs qualifying for potential submission on day 7 or 15 but not yet approved automatically on day 6 or 13 respectively. The case remains in the 'approval pending status' and company assessment is distributed as follow-up report as soon as the approval is done.

**Policy:**
SAE-Listings for a special study or product can be produced by each of the Data Entry Sites and can be distributed to the GCPL or other persons involved in the study on request. These listings should not contain any information on code-break results.

**Policy:**
For products that are not managed by an GCPL, Global Clinical Project Management has to nominate another person who is responsible for the transmission to investigators and IRB.

### 3.2.9 SUBMIT Process

This process is relevant to <u>Non-Data Entry Sites</u> that submit reports to authorities and <u>Local Data Entry Sites</u>.

**<u>Process for Non-Data Entry Sites:</u>**




**<u>Policy:</u>**
Each of the Non-Data Entry Sites that needs to submit cases to their national authorities must provide a special e-mail address to which the cases are distributed.

**<u>Policy:</u>**
The LDSM has to document why a case was not submitted.

**<u>Policy:</u>**
Check the printed report to make sure that it is printed properly.

**<u>Timeline:</u>**
*7-day report:*
Submission must be completed within 1 working day (usually day 5).
*15-day report:*
Submission must be completed within 2 working days (usually day 14).

**<u>Policy:</u>**
The LDSM must track the submission dates in order to ensure that submissions are on time. The LDSM must also be able to provide details on submissions if required.

**3.2.9 SUBMIT Process** *(continued)*

**Process for Local Data Entry Sites:**




**Information:**
A dummy report must be generated in ClinTrace to remove cases from the RO workflow report that should not be submitted.

**Policy:**
Check the printed report before submission to make sure that it is printed properly.

**Timeline:**
*7-day report:*
Submission must be completed within 1 working day (usually day 5).
*15-day report:*
Submission must be completed within 2 working days (usually day 14).

**3.2.9 SUBMIT Process** *(continued)*

**Reporting to EMEA:**

For products with a centralized approval in the EU the responsibilities are as follows:

- Only the country of origin must submit the report to its national authority.
- The submission to EMEA is done by the "qualified person" identified for the respective product. This person is included in the ClinTrace distribution-matrix and will be informed automatically by e-mail.

## 4 Associated Documents

| Title | Mandatory/Optional |
|---|---|
| Complementary Page for Serious Adverse Events | Mandatory |
| Managing Blinded Therapy Cases | Mandatory |
| Reporting of SAEs in Outsourced Clinical Investigations | Mandatory |
| Reporting of SAEs in Clinical Investigations performed with RDE | Mandatory |

Global Drug Safety

# Complementary Page for Serious Adverse Events

Bayer

| Local case ID: | Date received by Bayer: | | Page 1 |
|---|---|---|---|
| Global case ID: | Report type: | Initial ☐ Follow-up ☐ | |

| Study No. | Centre No. | Patient No. | Random No. | Initials | Date of birth | Sex | Height* | Weight* | Ethnic origin |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | male ☐ female ☐ | [cm] ☐ [in] ☐ | [kg] ☐ [lb] ☐ | Asian ☐ Black ☐ Caucasian ☐ Hispanic ☐ Other ☐ |

| Serious Adverse Event(s) diagnosis only | a: | b: | c: |
|---|---|---|---|

| Alternative explanation for SAE(s) | | | a b c |
|---|---|---|---|
| Concomitant disease | ☐ | Specify: | ☐☐☐ |
| Concomitant drug | ☐ | Specify: | ☐☐☐ |
| Intercurrent disease | ☐ | Specify: | ☐☐☐ |
| Related to study procedure | ☐ | Specify: | ☐☐☐ |
| Underlying disease | ☐ | Specify: | ☐☐☐ |

**Concomitant Disease(s)**

**Medical History / Risk Factors**

**Comments**

| Date of death [dd / mm / yy] | Primary cause of death: Specify: | Autopsy: Yes ☐ No ☐ |
|---|---|---|

**Study drug(s)**

| Period (for example: screening, treatment, etc.) | Total daily dose | Dose regimen | Route of administration | Lot number (biologicals) | Date From [dd/mm/yy] | Date To [dd/mm/yy] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Concomitant drug(s)**

| Trade name / Generic name (INN) | Total daily dose | Route of administration | Date From [dd/mm/yy] | Date To [dd/mm/yy] | Indication for use |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Drug(s) to treat serious adverse event**

| Trade name / Generic name (INN) | Total daily dose | Route of administration | Date From [dd/mm/yy] | Date To [dd/mm/yy] | Indication for use |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Date : Investigator's name / Reporter's name:

Associated document to SOP ID: GMD-SOP-010 Version 1 , Effective Date 2001-Jun-01

* at onset of the Serious Adverse Event

BAYCORP02034150D

Global Drug Safety

# Complementary Page for Serious Adverse Events

Bayer

| Local case ID: | Date received by Bayer: | | Page 2a |
|---|---|---|---|
| Global case ID: | Report type: | Initial ☐ Follow-up ☐ | |

| Study No. | Centre No. | Patient No. | Random No. | Initials |
|---|---|---|---|---|
| | | | | |

## Relevant Tests and Lab Data

### Laboratory data

| Lab test | Result | Units | Date | Abnormal Yes No | Normal range Lower limit | Normal range Upper limit |
|---|---|---|---|---|---|---|
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |
| | | | | Yes ☐ No ☐ | | |

### Other relevant tests (e.g. blood pressure, heart rate, ECG, tomography etc.)

| Test | Details (result(s), date, additional information) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Associated document to SOP ID: GMD-SOP-010 Version 1 , Effective Date 2001-Jun-01

Global Drug Safety

# Complementary Page for Serious Adverse Events

Bayer

| | | |
|---|---|---|
| **Local case ID:**<br>**Global case ID:** | **Date received by Bayer:**<br>**Report type:** Initial ☐ Follow-up ☐ | **Page 2b** |

| Study No. | Center No. | Patient No. | Random No. | Initials |
|---|---|---|---|---|
| | | | | |

**Concomitant drug(s)** [illegible]

| Trade name / Generic name (INN) | Total daily dose | Route of administration | Date From [dd/mm/yy] | Date To [dd/mm/yy] | Indication for use |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Drug(s) to treat serious adverse event** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Associated document to SOP ID: GMD-SOP-010 Version 1 , Effective Date 2001-Jun-01

# Bayer Pharma

## Global Medical Development

## Global Drug Safety

**Managing Blinded Therapy Cases**

**1. Applicable Policy Statements**

- Only serious unexpected (unlisted) Adverse Drug Reactions (ADRs) are unblinded before submission.

- Unblinding is done centrally at GDS.

- Unblinded cases are regarded as not valid for efficacy analysis.
- Single case reports indicating the treatment are distributed to the Global Clinical Project Leader for transmission to investigators and IRBs.

- SAE-Listings for a special study or product usually do not contain any information on the treatment group. However, GDS can also provide line-listings indicating the treatment of unblinded cases.

- For serious listed ADRs the code remains unbroken during the study. The data on treatment are updated at the end of the study after general unblinding and processed as follow-up.

*Associated document: Managing Blinded Therapy Cases*
*SOP ID: GMD-SOP-010 Version 1 , Effective Date 2001-Jun-01,*

## 2. Description of the Process




**Policy:**
The Global Distribution Officer (GDO) supervises the process, insuring that the data on treatment are updated at the end of the study after general unblinding and that for serious listed ADRs a follow-up is initiated.
This process has to address the following tasks:

- obtain information that a study is finished
- obtain information on treatment assigned
- update treatment of all relevant cases which initiates a follow-up report.

# Bayer Pharma

## Global Medical Development

## Global Drug Safety

**<u>Reporting of SAEs in Outsourced Clinical Investigations</u>**

According to SOP the investigator should send a SAE-report to the LDSM within 24 hours of awareness.

If a Clinical Research Organization (CRO) performs the trial the investigator must send the report to the CRO and the CRO forwards the report to the LDSM.

Forwarding of the report from the CRO to the LDSM must be done within 24 hours after initial receipt.

If the report arrives outside working hours the CRO must forward it immediately on the next working day.




**<u>Timeline:</u>**
The clock starts as soon as the CRO has received the report (clock start date = day 1 of the process).

**<u>Policy:</u>**
Ensure that the SAE-report contains at least the following minimal data:

- patient identification (age/date of birth, sex, random-no., center-no.)
- study number
- investigator's name
- description of SAE
- investigator's causality assessment

If these data are incomplete the CRO must contact the investigator immediately.

If any follow-up information is requested make sure that the request does not lead to any delay.

**<u>Policy:</u>**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.

# Bayer Pharma

## Global Medical Development

## Global Drug Safety

**Reporting of SAEs in Clinical Investigations performed with Remote Data Entry (RDE)**

The RDE-group must insure that the version of the complementary page for SAEs in the RDE application complies with the current version of the SOP.




**Timeline:**
The clock starts as soon as the RDE-group or the LDSM has received the report (clock start date = day 1 of the process).
Forwarding from the investigator to the RDE-group or to the LDSM has to be done within 24 hours of awareness.

**Policy:**
If technical problems with RDE occur or if the regarding system does not provide a tool for electronic data transfer, the investigator must send a hardcopy of the AE page and the complementary page(s) to the LDSM.

**Policy:**
In the e-mail the clock start date must be indicated.

**Policy:**
The RDE-group must forward the SAE-report to the LDSM on the same day or if the report arrives outside working hours immediately on the next working day.

**Policy:**
If any follow-up information is requested make sure that the request does not lead to any delay.
Continue to process the case even if the information is incomplete.

# Bayer Pharma
## Global Medical Development

| | | | |
|---|---|---|---|
| **Document Type:** | Global Standard Operating Procedure | | |
| **Title:** | **Screening of Safety Information from Literature** | | |
| **Authorisation Status:** | Final | | |
| **SOP ID:** | GMD-SOP-xxx Version 1 | **Effective Date:** | 2001-Oct-15 |
| **Conditions of Implementation:** | Screening of literature since the effective date | | |

| | |
|---|---|
| **Supersedes:** | New Process Description |
| **Reason for Change:** | |

**Process(es) addressed:**

- Local and global screening of literature

**Purpose of the SOP:**

To ensure that
- Relevant published case histories are identified for submission to Health Authorities within a continuous screening process
- Published Non-Bayer studies containing new important safety findings are identified for the PSUR within a continuous screening process and for submission if necessary

**Applicable to:**

All personnel involved in the screening of safety information from literature within Business Group Pharma including Biologicals

| | Name | Signature | Date |
|---|---|---|---|
| **Head of Global Medical Development** | Dr T Shannon | ________________ | ______________ |
| **Head of Global Medical Quality Management** | Dr U Streicher-Saied | ________________ | ______________ |
| **Head of Scientific Information and Research Support** | Dr K-E Möller | ________________ | ______________ |

## Table of Contents

**1 Abbreviations**

**2 Definitions**

**3 Description of the Process**
3.1 Applicable Policy Statements
3.2 Description of the Process
3.2.1 LOCAL SCREENING Process
3.2.2 GLOBAL SCREENING Process
3.2.3 REVIEW I Process
3.2.4 REVIEW II Process

## 1 Abbreviations

| | |
|---|---|
| AE | Adverse Event |
| CRO | Clinical Research Organization |
| DST | Drug Safety Technician |
| GDO | Global Distribution Officer |
| GDS | Global Drug Safety |
| IDSM | International Drug Safety Manager |
| INN | International Non-proprietary Name |
| LDSM | Local Drug Safety Manager |
| NEUMA | Medical Affairs Northern Europe |
| PSUR | Periodic Safety Update Report |
| SID | Scientific Information and Research Support (formerly: Scientific Information and Documentation) |

## 2 Definitions

***Adverse Event***
Any untoward medical occurrence in a patient or clinical investigation subject administered a pharmaceutical product, and which does not necessarily have to have a causal relationship (association) with this treatment.

***Mandatory Database***
For the screening of Safety Information from Literature at least EMBASE (Elsevier Science B.V.) and MEDLINE (National Library of Medicine from the National Institutes of Health) must be screened.
These two databases are the 'Mandatory Databases' for the screening process.

***Minimum criteria for a "case"***
The minimum information required for a case are all of the following four items :

- an identifiable patient (e.g. patient initials, sex, age, date of birth, any other identifier such as patient number in the study, etc.)
- the name (INN or trade name) of a suspect medicinal product
- the name of an identifiable reporting source
- a suspect adverse event

However there are situations when sufficient information is not available on an identifiable patient. If this happens in a case that is otherwise reportable, the case should still be added into the database and be reported within the required timeframe. Of course, such a case will be subsequently followed up to obtain patient details and other relevant information but the further processing should not be delayed just because the patient information is not yet available.

***Published Case History***
Publication of Adverse Events in scientific literature.
Published case histories make reference to a single patient and the experienced Adverse Events after intake of a Bayer product or where it can not be excluded that a Bayer product was taken.
One publication may include case histories of several patients. Each case history is entered as a separate case in ClinTrace.
If a published case history refers to Serious Adverse Events (SAEs) in clinical investigations it is processed according to the SOP 'Handling of Serious Adverse Events from Clinical Investigations'.

# 3 Description of the Process

## 3.1 Applicable Policy Statements

The following policy statements are applicable to the entire process.

- At least the mandatory databases must be screened for all Bayer pharmaceutical products at every update of the literature databases.

- The screening of the mandatory databases must be ensured by GDS in Wuppertal in collaboration with SID or a CRO.

- The LDSM is responsible for the continuous literature screening of defined non-local (registered in more than one country) Bayer pharmaceutical products[1] in those local journals that are not quoted in the mandatory databases.[2] This applies to all defined non-local products even if they are not marketed in the respective country.

- The LDSM is also responsible for the continuous literature screening of Bayer pharmaceutical products that are only registered in his/her country (local products)[3]. The screening must be performed according to regulatory requirements but at least monthly.

- SID (or a CRO) and GDS are responsible to define the screening criteria and search strategies. The IDSM must ensure a proper documentation of the selection criteria and strategies.

- Literature that must be selected by the IDSM or LDSM during the review process:
  - any publication of adverse events linked with a Bayer pharmaceutical product
  - any publication of adverse events, linked with a generic name or INN of a drug which is marketed by Bayer in at least one country
  - any publication of serious and unlisted adverse events if the suspected drug is a non-company drug but Bayer has the same chemical compound on the market
  - published Non-Bayer studies containing new important safety findings

- Literature that should not be selected by the IDSM or LDSM during the review process:
  - medical papers which describe group effects only
  - published studies in which the Bayer drug is involved as study drug or comparator, but it is not yet known to which treatment group the patients have been allocated
  - published results of Bayer studies.

- The data entry in ClinTrace is done by the Entry Site where the responsible IDSM or LDSM for the product is located.

- The clock start date for a published case history is the date when *the site responsible for the data entry in ClinTrace* receives an abstract that fulfils the minimum criteria or the original publication in English or in the national language of the Data Entry Site.

- Published case histories must be handled according to the timelines described in SOP 'Handling of Spontaneous Reports including published Case Histories' and for study cases in SOP 'Handling of Serious Adverse Events from Clinical Investigations'.

---

1 A list of these products that must be screened is provided by GDS, Wuppertal.
2 A list of journals that are quoted in the mandatory databases is provided by GDS, Wuppertal.
3 A list of all local products is provided by GDS, Wuppertal.

- Literature that does not make reference to a single patient but contains new important safety findings must be distributed by the GDO to all countries in which the respective drug is registered or under clinical development by day 12. If applicable the LDSM must ensure submission to the national authorities according to national legal requirements.

- Countries that must submit the English translation of the original publication must request this translation from the data entry site of the case.[4]

- If literature screening is outsourced the IDSM or LDSM who is responsible for the product must ensure that the CRO follows this SOP.

---

4 Identifiable by the International Case ID:

| | |
|---|---|
| Canada | BCA |
| Germany | BVD |
| Global Drug Safety Biologicals | BBE |
| Global Drug Safety Ethicals | GDS |
| France | BFR |
| Japan | BYL |
| Schweden (NEUMA) | BSV |
| United Kingdom | BNE |
| USA | BWH |

## 3.2 Description of the Process
### 3.2.1 LOCAL SCREENING Process

The LDSM at a Non-Data Entry Site or a Local Data Entry Site is responsible for the process but he/she can also delegate it to trained personnel or a CRO.




**Policy:**
The LDSM must select local journals not quoted in the mandatory databases for continuous literature screening of defined non-local products. A list of the selected journals must be filed.
The LDSM is also responsible for the literature screening of local products. It is recommended to do this in co-operation with any licence partner if applicable.

**Policy:**
The clock for expedited reporting starts as soon as the site <u>responsible for the data entry in ClinTrace</u> receives
- an abstract that fulfils the minimum criteria
- or the original publication

in English or in the national language of the Data Entry Site.

**Policy:**
The LDSM of a Non-Data Entry Site must ensure that relevant literature is transferred to the responsible Local or Global Data Entry Site preferably by e-mail and not later than 2 working days after receipt.

**Policy:**
The Global Distribution Officer must provide an updated listing of the responsible IDSMs or LDSMs.

### 3.2.2 GLOBAL SCREENING Process

Bayer Scientific Information and Research Support is responsible for the process but the process or parts of it can also be delegated to a CRO.




**Policy:**
At least the mandatory databases must be screened for all Bayer pharmaceutical products at every update of the literature databases.

**Policy:**
GDS and SID must agree on a listing of all Bayer pharmaceutical products that need to be screened by SID.
Bayer pharmaceutical products that are not screened by SID shall be screened by a CRO.
GDS is responsible for the update of this listing.

**Policy:**
SID must ensure that relevant literature is transferred to the responsible IDSM or LDSM without delay.

**Policy:**
The Global Distribution Officer must provide an updated listing of the responsible IDSMs or LDSMs.

### 3.2.3 REVIEW I Process

This process is relevant to the IDSM and to LDSMs that are responsible for a special Bayer pharmaceutical product.




**Policy:**
The clock for expedited reporting starts as soon as the responsible IDSM at the regarding Global Data Entry Site or the responsible LDSM at the Local Data Entry Site receives the

- abstract that fulfils the minimum criteria or
- the original publication

in English or in the national language of the Data Entry Site.

**Policy:**
If the IDSM or the LDSM sends the translation to SID he/she must

- indicate the Pharmline-no. for literature from the global screening process
- add the original publication for literature from the local screening process.

**Policy:**
The IDSM or LDSM must decide during the review whether a case derived from the screening has to be entered in ClinTrace. If a case is not transmitted to data entry the IDSM or LDSM must document the reasons for this decision on the literature and file it.
Cases that are transmitted to data entry must be prepared as follows:

- highlight relevant safety information
- mark adverse events

**Policy:**
The IDSM or LDSM must indicate the clock start date on the literature.

### 3.2.4 REVIEW II Process

This process is relevant to the IDSM and to LDSMs responsible for a special Bayer pharmaceutical product. The process or parts of it can also be outsourced to a CRO.




**Policy:**
**The IDSM or LDSM must assess new important safety findings in non-Bayer studies continuously.**
**The assessment should be done by day 10 (calendar days) after receipt of the original publication in English or in the national language of the Entry Site.**

**Policy:**
**Publications with new important safety findings must be send to the GDO by day 10.**

**Policy:**
**Publications with new important safety findings must be distributed to the LDSM by day 12.**



BAYCORP02034166D

US BCCD Product List 4/1( + Clintrace Bayer Drug Code 

| Product | Active Ingredient(s) | Regulatory status † (US) | Notes | Clintrace Bayer Drug Code |
|---|---|---|---|---|
| **ANALGESICS** | | | | |
| Aleve (tablet, caplet, gelcap) | Naproxen sodium 220 mg | N | * | BAYH6689 |
| Aleve Cold & Sinus (caplet)<br>Aleve Sinus & Headache (caplet) | Naproxen sodium 220 mg<br>Pseudoephedrine HCl 120 mg | N | * | BAYH6689A |
| Aspirin Regimen Bayer Adult Low Strength (tablet) | Aspirin 81 mg (enteric) | M | * | BAYE4465 |
| Aspirin Regimen Bayer Aspirin with Calcium (tablet) | Aspirin 81 mg<br>Calcium 100 mg (as calcium carbonate) | M | * | BAYE4465 |
| Aspirin Regimen Bayer Children's Chewable Aspirin (tablet) | Aspirin 81 mg - flavored (cherry/orange) | M | * | BAYE4465 |
| Aspirin Regimen Bayer Regular (325 mg) Strength (caplet) | Aspirin 325 mg (enteric) | M | * | BAYE4465A |
| Extra Strength Bayer Aspirin Arthritis Pain Regimen (caplet) | Aspirin 500 mg (enteric) | M | * | BAYE4465A |
| Extra Strength Bayer Aspirin (caplet, gelcap) | Aspirin 500 mg (toleraid) | M | * | BAYE4465A |
| Extra Strength Bayer Aspirin PM (caplet) | Aspirin 500 mg<br>Diphenhydramine hydrochloride 25 mg | M | * | WID0009 |
| Extra Strength Bayer Aspirin Plus (caplets) | Aspirin 500 mg (buffered with calcium carbonate) | M | * | GDS0035 |
| 8 Hour Bayer Aspirin (tablet) | Aspirin 650 mg (delayed release) | M | D/c 3/98 | BAYE4465A |
| Midol Maximum Strength Menstrual Formula (caplet, gelcap) | Paracetamol 500 mg<br>Caffeine 60 mg<br>Pyrilamine maleate 15 mg | M | * | WID0063A |
| Midol Maximum Strength PMS Formula (caplet, gelcap) | Paracetamol 500 mg<br>Pamabrom 25 mg<br>Pyrilamine maleate 15 mg | M | | WID0063J |
| Midol Maximum Strength Teen Formula (caplet) | Paracetamol 500 mg<br>Pamabrom 25 mg | M | | WID0063C |
| Midol Maximum Strength Cramp Formula (caplet) | Ibuprofen 200 mg | N | * | BAYP9630 |
| Vanquish (caplet) | Aspirin 227 mg<br>Paracetamol 194 mg<br>Caffeine 33 mg | M | | WID0052A |
| Actron | Ketoprofen 12.5 mg | N | D/c 6/96 | BAYA7790 |
| **ANTACIDS** | | | | |
| Alka-Seltzer Effervescent Tablets - Original | Aspirin 325 mg<br>Sodium bicarbonate 1916 mg | M | * | WID0054 |

† Regulatory Status: N=NDA M=OTC Monograph DS= Dietary Supplement E=EPA C=Cosmetic

* Products currently extracted and entered into Clintrace
D/c= discontinued

C:\TEMP\BCC Products updated 5-16-2001 + Clintrace Bayer Drug Code.doc

**BCCD Product List 4/19/01** 

| Product | Active Ingredient(s) | Regulatory status † (US) | Notes | Clintrace Bayer Drug Code |
|---|---|---|---|---|
| Alka Seltzer Effervescent Tablets - Lemon-Lime, Cherry | Aspirin 325 mg<br>Sodium bicarbonate 1700 mg | M | * | WID0054 |
| Alka Seltzer Effervescent Tablets - Extra Strength | Aspirin 500 mg<br>Sodium bicarbonate 1985 mg | M | * | WID0054 |
| Alka-Seltzer Effervescent Tablets - Gold | Sodium Bicarbonate 958 mg<br>Potassium Bicarbonate 312 mg | M | | GDS0026 |
| Alka-Seltzer Effervescent Tablets - PM | Aspirin 325 mg<br>Sodium 1462 mg<br>Diphenhydramine citrate 38 mg | M | | WID0009 |
| Alka-Seltzer Effervescent Tablets - Heartburn Relief | Sodium bicarbonate 1940 mg | M | | GDS0026A |
| Alka-Seltzer Gas Relief Liquigels (soft gelatin capsules) | Simethicone 125 mg | M | | GDS0023 |
| Alka-Mints Chewable Tablets (various flavors) | Calcium carbonate 850 mg | M | | WID0055 |
| **COUGH AND COLD** | | | | |
| Alka Seltzer Plus Liqui-Gels –Cold | Paracetamol 325 mg<br>Chlorpheniramine maleate 2 mg<br>Pseudoephedrine HCl 30 mg | M | | WID0063H |
| Alka Seltzer Plus Liqui-Gels –Cold & Cough | Paracetamol 325 mg<br>Chlorpheniramine maleate 2 mg<br>Dextromethorphan HCl 10 mg<br>Pseudoephedrine HCl 30 mg | M | | WID0063I |
| Alka-Seltzer Plus Liqui-Gels –Nighttime | Paracetamol 325 mg<br>Dextromethorphan HCl 10 mg<br>Doxylamine succinate 6.25 mg<br>Pseudoephedrine HCl 30 mg | M | | WID0063G |
| Alka Seltzer Plus Liqui-Gels –Cold & Flu | Paracetamol 325 mg<br>Dextromethorphan HCl 10 mg<br>Pseudoephedrine HCl 30 mg | M | | WID0063F |
| Alka Seltzer Plus Liqui-Gels –Cold & Sinus | Paracetamol 325 mg<br>Pseudoephedrine HCl 30 mg | M | | WID0063E |
| Alka-Seltzer Plus All Effervescent Formulations | various | M | TBD | ??? |
| Bronkaid Caplets | Ephedrine sulfate 25 mg<br>Guaifenesin 400 mg | M | | GDS0011 |
| Neo-Synephrine 12-Hr Maximum Spray | Oxymetazoline HCl 0.05% | M | | GDS0021 |

† Regulatory Status: N=NDA M=OTC Monograph DS= Dietary Supplement E=EPA C=Cosmetic

* Products currently extracted and entered into Clintrace
D/c= discontinued

BCCD Product List 4/19/01



| Product | Active Ingredient(s) | Regulatory status † (US) | Notes | Clintrace Bayer Drug Code |
|---|---|---|---|---|
| Neo-Synephrine 12-Hr Extra Moisturizing Spray | Oxymetazoline HCl 0.05% | M | | GDS0021 |
| Neo-Synephrine Mild Formula Spray | Phenylephrine HCl 0.25% | M | | GDS0041 |
| Neo-Synephrine Regular Strength Drops, Spray | Phenylephrine HCl 0.5% | M | | GDS0041 |
| Neo-Synephrine Extra Strength Drops, Spray | Phenylephrine HCl 1.0% | M | | GDS0041 |
| Na-Sal Spray | Sodium chloride 0.65% | M | | WID0376 |
| **LAXATIVES** | | | | |
| Phillips' Milk of Magnesia Liquid (Original, Cherry) | Magnesium hydroxide 400 mg per 5ml | M | | GDS0018 |
| Phillips' Milk of Magnesia Liquid (Mint) | Magnesium hydroxide 400 mg per 5ml | M | | GDS0018 |
| Phillips' Milk of Magnesia Concentrated Liquid (Strawberry) | Magnesium hydroxide 800 mg per 5ml | M | | GDS0018 |
| Phillips' M-O Tablets (Mint) | Magnesium hydroxide 311 mg | M | | GDS0018 |
| Phillips' Liqui-Gels | Docusate Sodium 100 mg | M | | GDS0010 |
| Phillips' Fibercaps | Calcium Polycarbophil 625 mg | M | | WID0055D |
| Philips M-O (Original, Vanilla Crème, Mint) | Magnesium Hydroxide 301 mg per 5 ml<br>Mineral Oil 1.25 ml per 5 ml | M | | GDS0018A |
| **NUTRITIONALS** | | | | |
| Fergon (tablets) | Ferrous Gluconate 240 mg (~ 27mg elemental Fe) | DS | | WID0051 |
| Bugs Bunny Plus Extra C (chewable tablet) | Folic Acid 300 mcg<br>Niacin 13.5 mg<br>Vitamin A 2500 IU<br>Vitamin $B_1$ 1.05mg<br>Vitamin $B_2$ 1.2 mg<br>Vitamin $B_6$ 1.05 mg<br>Vitamin $B_{12}$ 4.5 mcg<br>Vitamin C 250 mg<br>Vitamin D 400 IU<br>Vitamin E 15 IU | DS | | WID0244 |

† Regulatory Status: N=NDA M=OTC Monograph DS= Dietary Supplement E=EPA C=Cosmetic

* Products currently extracted and entered into Clintrace
D/c= discontinued

| Product | Active Ingredient(s) | Regulatory status † (US) | Notes | Clintrace Bayer Drug Code |
|---|---|---|---|---|
| ONE A DAY Specialized Blends-Energy (tablet) | American Ginseng Extract 200 mg<br>Chromium Picolinate 100 mcg<br>Folic Acid 200 mcg<br>Niacin 20 mg<br>Vitamin $B_1$ 2.25 mg<br>Vitamin $B_6$ 3 mg | DS | | GDS0072 |
| ONE A DAY Specialized Blends-Joint (tablet) | Devils Claw 134 mg<br>Glucosamine Sulfate 500 mg<br>Calcium Carbonate 472 mg<br>Manganese 0.75 mg<br>Vitamin C 20 mg<br>Vitamin E 10 IU | DS | | GDS0072 |
| ONE A DAY Specialized Blends- Memory & Concentration (tablet) | Choline Bitartrate 60 mg<br>Ginkgo Biloba Leaf Extract 60 mg<br>Vitamin $B_6$ 1 mg<br>Vitamin $B_{12}$ 3 mcg | DS | | GDS0072 |
| ONE A DAY Specialized Blends- Menopause Health (tablet) | Black Cohosh Extract 10 mg<br>Soy Extract 42 mg<br>Calcium 250 mg<br>Vitamin E 15 IU | DS | | GDS0072 |
| ONE A DAY Prostate Health (tablet) | Pumpkin Seed Oil Extract 80 mg<br>Saw Palmetto 320 mg<br>Zinc Gluconate 15 mg | DS | | GDS0072 |
| ONE A DAY Specialized Blends-Tension & Mood (tablet) | St. John's Wort Extract 225 mg<br>Kava Kava Extract 100 mg<br>Niacin 10 mg<br>Folic Acid 100 mcg<br>Pantothenic acid 5 mg<br>Vitamin $B_1$ 1.125 mg<br>Vitamin C 60 mg | DS | | GDS0072 |
| **SKIN CARE** | | | | |
| Bactine Antiseptic/Anesthetic Liquid (liquid, spray) | Benzalkonium Chloride 0.13%<br>Lidocaine HCl 2.5% | | | WID0232 |
| Campho-Phenique Antiseptic (Cold Sore Gel, Antiseptic Liquid, Antiseptic Gel) | Camphor 10.8%<br>Phenol 4.7% in light mineral oil | M | | GDS0005 |

† Regulatory Status: N=NDA M=OTC Monograph DS= Dietary Supplement E=EPA C=Cosmetic

* Products currently extracted and entered into Clintrace
D/c= discontinued

C:\TEMP\BCC Products updated 5-16-2001 + Clintrace Bayer Drug Code.doc

**BCCD Product List 4/19/01** 

| Product | Active Ingredient(s) | Regulatory status † (US) | Notes | Clintrace Bayer Drug Code |
|---|---|---|---|---|
| Domeboro Powder Packets (for reconstitution) | Aluminum Acetate (resulting from the reaction of calcium acetate 938 mg, and aluminum sulfate 1191 mg). | M | | BAY32-9100 |
| Domeboro Effervescent Tablets (for reconstitution) | Aluminum Acetate (resulting from the reaction of calcium acetate 606 mg, and aluminum sulfate 879 mg). | M | | BAY32-9100 |
| RID Mousse | Piperonyl butoxide 4% Pyrethrum extract 0.33% | N | * | GDS0068 |
| RID Shampoo | Piperonyl butoxide 4% Pyrethrum extract 0.33% | M | | GDS0068 |
| RID Spray | Permethrin 0.50% | E | | GDS0068 |
| RID Egg & Nit Gel | | C | | GDS0068 |
| RID Kit (shampoo and spray) | | M/E | | GDS0068 |
| **RID 1-2-3 System (shampoo, egg & nit gel, spray)** | | **M/C/E** | | **GDS0068** |
| **WOMENS HEALTH** | | | | |
| Femstat 3 | Butoconazole 2% | N | D/c | BAYM8648 |
| Mycelex-3 Vaginal Cream (pre-filled, disposable applicators) | Butoconazole 2% | N | * | BAYM8648 |
| Mycelex-7 Vaginal Cream | Clotrimazole vaginal cream 1% | N | * | BAYB5097B |
| Mycelex-7 Vaginal Inserts | Clotrimazole vaginal inserts 100 mg | N | * | BAYB5097D |
| Mycelex-7 Combination Pack | Clotrimazole topical cream 1%; Clotrimazole vaginal inserts 100 mg | N | D/c | BAYB5097A |
| Mycelex OTC Cream | Clotrimazole topical cream 1% | N | D/c | BAYB5097B |
| Mycelex OTC Solution | Clotrimazole topical solution 1% | N | D/c | BAYB5097C |

† Regulatory Status: N=NDA M=OTC Monograph DS= Dietary Supplement E=EPA C=Cosmetic

* Products currently extracted and entered into Clintrace
D/c= discontinued

| DRUG_CODE_ COMBINED | DRUG_COMPONENTS | APPROVAL TYPE | APPROVAL_ NUMBER | APPROVAL_ COUNTRY |
|---|---|---|---|---|
| ABBOTT DRUG | ABBOTT DRUG | | | |
| ALZA DRUG | ALZA DRUG | | | |
| BAY10-2339 | TRAMADOL | | | |
| BAY10-3356 | ANTI-TNF | | | |
| BAY10-4287 | DOXYCYCLINE | | | |
| BAY10-5230A | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 10% [SD] | IND | 6105 | US |
| BAY10-5230A | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 10% [SD] | IND | 6194 | US |
| BAY10-5230B | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 5% [SD] | | | |
| BAY10-5231 | (FIBRIN GLUE) | | | |
| BAY10-5232 | (ANTI-INHIBITOR RFVIII) CUT 2256 | IND | UNKNOWN | US |
| BAY10-5233 | RECOMBINANT HUMAN ALPHA-1 ANTITRYPSIN | IND | 8341 | US |
| BAY10-6734 | EMBUSARTAN [ANGIOTENSIN II ANTAGONISTS] | | | |
| BAY10-8979 | TALVIRALINE (HBY 097) | | | |
| BAY12-6349 | (ANTICANCER MMP-INHIBITOR) | | | |
| BAY12-7127 | DACARBAZINE | NDA | 17-575 | US |
| BAY12-7293 | CARBOCISTEINE | | | |
| BAY12-8039 | MOXIFLOXACIN | IND | 49,489 | US |
| BAY12-8039 | MOXIFLOXACIN | IND | 52,786 | US |
| BAY12-8039 | MOXIFLOXACIN | NDA | 21-085 | US |
| BAY12-9566 | TANOMASTAT | IND | 49,068 | US |
| BAY12-9566 | TANOMASTAT | IND | 51,201 | US |
| BAY13-7584 | DESONIDE | | | |
| BAY13-9952 | IMPLITAPIDE | IND | 51,706 | US |
| BAY14-2222 | ANTIHEMOPHILIC FACTOR (RECOMBINANT), SUCROSE FORMULATED [KOGENATE FS] | IND | 6795 | US |
| BAY14-2222H | ANTIHEMOPHILIC FACTOR (RECOMBINANT), SUCROSE FORMULATED [HELIXATE FS] | | | |
| BAY1471B | METHYLDOPA + MEFRUSIDE | | | |
| BAY15-2978 | ACICLOVIR | | | |
| BAY15-4275 | PROPANIDID | | | |
| BAY15-7490 | SODIUM CITRATE | | | |
| BAY15-7496 | (METALLOPROTEINASE INHIBITOR (BACK-UP-)STROMELYSINE INHIBITOR (CANCER)) | | | |

| | | | | |
|---|---|---|---|---|
| BAY16-4727 | PROPRANOLOL | | | |
| BAY16-4805 | METHYLDOPA | | | |
| BAY16-6229 | LOPERAMIDE | | | |
| BAY16-9996 | (IL 4 DOUBLE MUTEIN) | IND | 8464 | US |
| BAY17-4528 | PROPICILLIN | | | |
| BAY17-6954 | NIFEDIPINE + LISINOPRIL | | | |
| BAY17-7347 | (APO B ST-BACKUP) | | | |
| BAY17-7632 | PLICAMYCIN | | | |
| BAY17-9216 | PENICILLIN-G-POTASSIUM | | | |
| BAY19-4789 | (CETP-INHIBITOR) | | | |
| BAY19-7999 | (BAYER HALER BECLOMETHASONE) | | | |
| BAY19-8000 | ALBUTEROL [SALBUTAMOL] | | | |
| BAY19-8004 | (PDE IV INHIBITOR,ASTHMA) | IND | 59,112 | US |
| BAY19-8511 | IMMUNE GLOBULIN (HUMAN) [BAYGAM] | | | |
| BAY19-8511A | IMMUNE GLOBULIN (HUMAN) [GAMASTAN] | | | |
| BAY19-8512 | HEPATITIS B IMMUNE GLOBULIN (HUMAN) [BAYHEP B] | | | |
| BAY19-8512A | HEPATITIS B IMMUNE GLOBULIN (HUMAN)[HYPERHEP] | | | |
| BAY19-8513 | RABIES IMMUNE GLOBULIN (HUMAN) [BAYRAB] | IND | 6332 | US |
| BAY19-8513A | RABIES IMMUNE GLOBULIN (HUMAN) [HYPERRAB] | | | |
| BAY19-8514 | RHO(D) IMMUNE GLOBULIN (HUMAN) [BAYRHO-D] | | | |
| BAY19-8514A | RHO(D) IMMUNE GLOBULIN (HUMAN) [HYPERRHO-D] | | | |
| BAY19-8515 | TETANUS IMMUNE GLOBULIN (HUMAN) [BAYTET] | | | |
| BAY19-8515A | TETANUS IMMUNE GLOBULIN (HUMAN) [HYPERTED] | | | |
| BAY19-8757 | (3RD. GEN APROTININ) | | | |
| BAY20-7575 | DIETHYLSTILBESTROL | | | |
| BAY21-4577 | PETHIDINE HYDROCHLORIDE | | | |
| BAY27-8470 | PRIMAQUINE | | | |
| BAY27-9955 | (GLUCAGON RECEPTOR ANTAGONISTS) | IND | 53,951 | US |
| BAY28-5144 | (ANTIVIRAL) | | | |
| BAY28-5555 | (BAYER HALER BUDESONIDE) | | | |
| BAY28-6100 | ANTIHEMOPHILIC FACTOR (HUMAN) [DVI] | IND | 6136 | US |
| BAY28-6100A | FACTOR IX COMPLEX [KONYNE] | | | |
| BAY28-6100B | FACTOR IX COMPLEX [KONYNE-HT] | | | |
| BAY28-6100C | FACTOR IX COMPLEX [KONYNE 80] | | | |
| BAY31-2897 | (GLUCAGON RECEPTOR ANTAGONIST BACKUP) | | | |
| BAY31-5039 | NIFUROXAZID | | | |

| | | | | |
|---|---|---|---|---|
| BAY31-6811 | HYPERICIN (REMOTIV)[ST.JOHN'S WORT EXTRACT + DICALCIUM PHOSPHATE ] | | | |
| BAY32-9100 | ALUMINIUM ACETATE | | | |
| BAY32-9102 | HYDROCORTISONE + LIDOCAINE | | | |
| BAY34-9255A | ALBUMIN (HUMAN) 25% | | | |
| BAY34-9255B | ALBUMIN (HUMAN) 25% LOW ALUMINUM | | | |
| BAY34-9255C | ALBUMIN (HUMAN) 20% | | | |
| BAY34-9255D | ALBUMIN (HUMAN) 20% LOW ALUMINUM | | | |
| BAY34-9255E | ALBUMIN (HUMAN) 5% | | | |
| BAY34-9255F | ALBUMIN (HUMAN) 5% LOW ALUMINUM | | | |
| BAY36-1676 | (ACARBOSE+METFORMIN) | | | |
| BAY36-1677 | INTERLEUKIN-4 SELECTIVE AGONIST | IND | 9007 | US |
| BAY37-2200 | SULTIAME | | | |
| BAY37-3080 | ISONIAZID | | | |
| BAY37-9899 | JOSAMYCINE | | | |
| BAY38-1315 | (CETP-INHIBITOR BACKUP) | | | |
| BAY38-3441 | (TOPOISOMERASE INHIBITOR / CAMPTOTHECIN GLYCOCONJUGATE) | IND | 59,947 | US |
| BAY38-4766 | (ANTI CMV (HUMAN CYTOMEGALOVIRUS) P.O. APPLICATION) | | | |
| BAY38-7271 | (CANNABINOID REC.AGONIST) | | | |
| BAY38-9456 | VARDENAFIL | IND | 57,703 | US |
| BAY38-9502 | (NND 502, TOPICAL ANTIMYCOTICUM (JAPAN)) | | | |
| BAY39-2500 | PLASMA PROTEIN FRACTION (HUMAN) | | | |
| BAY39-3333 | (KG-3) | | | |
| BAY39-6257 | BETAHISTINE | | | |
| BAY39-6329 | KETOTIFEN | | | |
| BAY39-6348 | METOCLOPRAMIDE | | | |
| BAY39-9437 | (BIKUNIN) | IND | TBD | US |
| BAY39-9624 | PROGESTIN RECEPTOR AGONIST | IND | 59,057 | US |
| BAY39-9992 | (BETA-3 RECEPTOR AGONIST) | | | |
| BAY40-1007 | (ANTI CMV (HUMAN CYTOMEGALOVIRUS) (GLYCINE ESTER FOR I.V. APPL. PRODRUG FOR 38-4766)) | | | |
| BAY41-1000A | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) 5% [CHROMATOGRAPHY] | IND | 8071 | US |

| | | | | |
|---|---|---|---|---|
| BAY41-1000B | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) 10% [CHROMATOGRAPHY] | IND | 7722 | US |
| BAY41-1000B | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) 10% [CHROMATOGRAPHY] | IND | 8215 | US |
| BAY41-2272 | (GUANYLATE CYCLASE STIMULATOR) | | | |
| BAY41-4109 | (ANTI HEPATITIS B VIRUS) | | | |
| BAY41-8300 | (ANTITHROMBIN III (NEW PROCESS)) | IND | UNKNOWN | US |
| BAY41-8543 | (GUANYLATE CYCLASE STIMULATOR) | | | |
| BAY41-8544 | (NATRECOR NESIRITIDE) | | | |
| BAY41-9213 | SOTALOL | | | |
| BAY43-9006 | (RAF KINASE INHIBITOR) | IND | 60,453 | US |
| BAY44-2041 | (ADENOSINE REUPTAKE INHIBITOR) | | | |
| BAY44-3428 | (TRYPTASE INHIBITOR P.O.) | | | |
| BAY4405 | ACETYLSALICYLIC ACID + CAFFEINE + CODEIN + PHENACETINE + PHENOBARBITAL | | | |
| BAY4460 | XANTOFYL PALMITATE | | | |
| BAY50-4798 | (IL-2-SELECTIVE AGONIST) | IND | 9174 | US |
| BAY50-5360 | (ERYTHROPOIETIN SENSITIZER) | | | |
| BAY54-6544 | (C-GMP ENHANCER) | | | |
| BAY55-7077 | LEUPROLIDE ACETATE (IMPLANT) | IND | UNKNOWN | US |
| BAY56-6854 | FAROPENEM DALOXATE | IND | 59,784 | US |
| BAY56-6855 | FAROPENEM SODIUM | | | |
| BAY57-1293 | (ANTI HERPES SIMPLEX VIRUS PROJECT) | | | |
| BAY57-3035 | (ISCHEMIA-SELECTIVE ADENOSINE ENHANCER) | | | |
| BAY57-3261 | PANTOPRAZOLE | | | |
| BAY57-7035 | (DIPEPTIDE ANTI[illegible] | | | |
| BAY57-9602 | (PLASMIN) | IND | UNKNOWN | US |
| BAY59-8862 | (TAXANE ANALOGUE (INDENA IDN 5109) | IND | 60,580 | US |
| BAY59-8862 | (TAXANE ANALOGUE (INDENA IDN 5109) | IND | 62,256 | US |
| BAY61-9995 | ALMOTRIPTAN | | | |
| BAYA0020 | DIETHYLTOLUAMIDE | | | |
| BAYA0025 | SODIUM-PERCHLORATE | | | |
| BAYA0128 | APROTININ | IND | 33,145 | US |
| BAYA0128 | APROTININ | NDA | 20-304 | US |
| BAYA0180 | ACETYLSALICYLIC ACID+CODEINPHOSPHATE +CAFFEINE [DOLVIRAN] | | | |

BAYCORP02034177D