| | | | | |
|---|---|---|---|---|
| BAYA0300 | ACETYLSALICYLIC ACID +FLUINDIONE | | | |
| BAYA1040 | NIFEDIPINE (TABL.OR CAPS OR SOLUTION) | NDA | 19-478 | US |
| BAYA1040A | NIFEDIPINE (GITS) | NDA | 19-478 | US |
| BAYA1040B | NIFEDIPINE (RETARD) | NDA | 19-478 | US |
| BAYA1040C | NIFEDIPINE (SL) | | | |
| BAYA1040D | NIFEDIPINE (CC) | IND | 33,059 | US |
| BAYA1040D | NIFEDIPINE (CC) | NDA | 20-198 | US |
| BAYA2502 | NIFURTIMOX | | | |
| BAYA4489 | HEPARINOID BENZYLNICOTINAT [BAYOLIN] | | | |
| BAYA6240 | METFORMIN | | | |
| BAYA7790 | KETOPROFEN | NDA | 20-499 | US |
| BAYA7864 | GLIBENCLAMIDE | | | |
| BAYA9826 | METRIFONATE | IND | 38,365 | US |
| BAYAB1400 | OXACILLINE | | | |
| BAYB4231 | GLISOXEPIDE | | | |
| BAYB5097 | CLOTRIMAZOLE (ORAL) | NDA | 18-713 | US |
| BAYB5097A | CLOTRIMAZOLE CREAM + CLOTRIMAZOLE VAGINAL INSERTS (LOCAL) | NDA | 20-389 | US |
| BAYB5097B | CLOTRIMAZOLE (LOCAL) CREAM or POWDER | NDA | 18-183 | US |
| BAYB5097B | CLOTRIMAZOLE (LOCAL) CREAM or POWDER | NDA | 18-230 | US |
| BAYB5097C | CLOTRIMAZOLE TOPICAL SOLUTION (LOCAL) | NDA | 18-181 | US |
| BAYB5097D | CLOTRIMAZOLE VAGINAL INSERTS (LOCAL) | NDA | 18-182 | US |
| BAYB5339 | SULFAMETOXYDIAZINE | | | |
| BAYB6366 | ASPARAGINASE | | | |
| BAYB7979 | NICO-PADUTIN | | | |
| BAYC4540 | MEFRUSIDE | | | |
| BAYC4540A | MEFRUSID RESERPIN(-INOSITOL) | | | |
| BAYC7098 | PIPERAZINE | | | |
| BAYC7705 | ACEBUTOLOL | | | |
| BAYC8734 | SURAMIN | | | |
| BAYC8990 | SISOMICIN | | | |
| BAYD1107 | ETOFENAMATE | | | |
| BAYD2671 | DAPSONE | | | |
| BAYD6738 | GUAIFENESIN | | | |
| BAYD7687 | KALLIDINOGENASE (KALLIKREIN) | | | |
| BAYE1479 | METRONIDAZOLE (TABLET) | | | |

| | | | | |
|---|---|---|---|---|
| BAYE2246 | PENICILLAMMINE | | | |
| BAYE4465 | ACETYLSALICYLIC ACID(<=100 MG) | | | |
| BAYE4465A | ACETYLSALICYLIC ACID (> 100 MG) | NDA | 16-030 | US |
| BAYE4949 | AZIDOCILLIN | | | |
| BAYE5009 | NITRENDIPINE | | | |
| BAYE6905 | AZLOCILLIN | | | |
| BAYE7127 | AMPICILLIN | | | |
| BAYE7127A | AMPICILLINE-SULBACTAM | | | |
| BAYE9736 | NIMODIPINE | IND | 30,889 | US |
| BAYE9736 | NIMODIPINE | NDA | 18-869 | US |
| BAYE9736A | NIMODIPINE PREMIXT | | | |
| BAYE9736B | NIMODIPINE (IND. DEMENTIA) | IND | 30,998 | US |
| BAYE9747 | PENICILLIN V [PHENOXYMETHYLPENICILLIN] | | | |
| BAYER-1409 | PERICIAZINE | | | |
| BAYER-2353 | NICLOSAMIDE | | | |
| BAYER-4245 | RAPIDOSEPT | | | |
| BAYER-5360 | METRONIDAZOLE (SOLUTION) | | | |
| BAYER-5371 | BENZYLPENICILLINE | | | |
| BAYER-5488 | DICLOXACILLINE | | | |
| BAYF1353 | MEZLOCILLIN | NDA | Miles 62-372 | US |
| BAYF4975 | ACEMETACIN | | | |
| BAYF6637 | TRIMETAZIDIN | | | |
| BAYF7679 | ZOPICLONE | | | |
| BAYG2821 | MUZOLIMINE | | | |
| BAYG4600 | ACETYLSALICYLIC ACID LYSINATE | | | |
| BAYG5421 | ACARBOSE | IND | 17,234 | US |
| BAYG5421 | ACARBOSE | NDA | 20-482 | US |
| BAYG6563 | CLOTIAZEPAM | | | |
| BAYG8440 | PRAZIQUANTEL | NDA | 18-714 | US |
| BAYG9559 | GLICLAZIDE | | | |
| BAYG9921 | DOBUTAMINE | | | |
| BAYH4502 | BIFONAZOLE | | | |
| BAYH5352 | SULPIRID | | | |
| BAYH6689 | NAPROXEN SODIUM | NDA | 20-204 | US |
| BAYH6689A | NAPROXEN SODIUM + PSEUDOEPHEDRINE | NDA | 21-076 | US |
| BAYH6809 | DILTIAZEM | | | |

| | | | | |
|---|---|---|---|---|
| BAYK1423 | TRANEXAMID ACID | | | |
| BAYK3038 | DICLOFENAC | | | |
| BAYK5552 | NISOLDIPINE (IR) | | | |
| BAYK5552A | NISOLDIPINE (CC) | | | |
| BAYL1330 | MEZLOCILLIN + OXACILLIN | | | |
| BAYL1902 | PIROXICAM | | | |
| BAYL5240 | NIFEDIPINE + ACEBUTOLOL | | | |
| BAYL5959 | BROMAZEPAM | | | |
| BAYM1099 | MIGLITOL | | | |
| BAYM3100 | CAPTOPRIL | | | |
| BAYM7380 | ACEBUTOLOL + MEFRUSIDE | | | |
| BAYM8261 | METHYLPHENOBARBITAL | | | |
| BAYM8648 | BUTOCONAZOLE | NDA | 20-421 | US |
| BAYM9248 | BEZAFIBRATE | | | |
| BAYN3890 | TAMOXIFEN | | | |
| BAYN4079 | ECONAZOLE | | | |
| BAYN5800 | CLOTRIMAZOLE + HYDROCORTISONE | | | |
| BAYN7255 | RANITIDINE | | | |
| BAYN7256 | CIMETIDINE | | | |
| BAYN7420 | ALLOPURINOL | | | |
| BAYO1248 | (EMIGLIATE) | | | |
| BAYO2595 | DROPROPIZINE | | | |
| BAYO3211 | AMITRIPTYLINE | | | |
| BAYO3247 | CITALOPRAM | | | |
| BAYO5269 | DEXAMETHASONE | | | |
| BAYO5328 | PHENOBARBITAL | | | |
| BAYO5364 | NORTRIPTYLINE | | | |
| BAYO5448 | CEPHALEXIN | | | |
| BAYO5768 | BENPERIDOL | | | |
| BAYO5769 | FLUPENTIXOL-DIHYDROCHLORID | | | |
| BAYO5972 | AMOXICILLINE | | | |
| BAYO8063 | NIFEDIPINE + MEFRUSIDE | | | |
| BAYO9549 | FLUPENTIXOL-DECANOATE | | | |
| BAYO9550 | BUPHENINE | | | |
| BAYO9867 | CIPROFLOXACIN MONOHYDROCHLORIDE (TABLET) | IND | 21,804 | US |
| BAYO9867 | CIPROFLOXACIN MONOHYDROCHLORIDE (TABLET) | IND | 54,040 | US |

| | | | | |
|---|---|---|---|---|
| BAYO9867 | CIPROFLOXACIN MONOHYDROCHLORIDE (TABLET) | NDA | 19-537 | US |
| BAYO9867A | CIPROFLOXACIN + HYDROCORTISONE (OTIC DROPS) | | | |
| BAYO9867B | CIPROFLOXACIN (EYE DROPS) | | | |
| BAYP1809 | PARACETAMOL | | | |
| BAYP1840 | TIAPROFENIC ACID | | | |
| BAYP1870 | CHLORPROTHIXENE | | | |
| BAYP1891 | LIDOCAINE | | | |
| BAYP2465 | CLOPENTHIXOL-DIHYDROCHLORID | | | |
| BAYP2466B | ZUCLOPENTHIXOL-DIHYDROCHLORID | | | |
| BAYP3229 | CINNARIZINE | | | |
| BAYP4019 | VERAPAMIL | | | |
| BAYP4410 | MEBHYDROLIN | | | |
| BAYP8124 | ETOFENAMATE-BENZYLNICOTINATE | | | |
| BAYP8149 | LEVOMEPROMAZINE | | | |
| BAYP8167 | HYDROCORTISONE + SODIUM PHOSPHATE | | | |
| BAYP8182 | TOCOPHEROL [VITAMINE E] | | | |
| BAYP8185 | PROMETHAZINE | | | |
| BAYP9435 | TROPODERM | | | |
| BAYP9630 | IBUPROFEN | NDA | not known | US |
| BAYQ3939 | CIPROFLOXACIN BETAIN (IV) | IND | 25,173 | US |
| BAYQ3939 | CIPROFLOXACIN BETAIN (IV) | NDA | 19-847 | US |
| BAYQ3939 | CIPROFLOXACIN BETAIN (IV) | NDA | 19-857 | US |
| BAYQ3939 | CIPROFLOXACIN BETAIN (IV) | NDA | 19-858 | US |
| BAYQ3939A | CIPROFLOXACIN BETAIN (ORAL SUSPENSION) | IND | 43,007 | US |
| BAYQ3939A | CIPROFLOXACIN BETAIN (ORAL SUSPENSION) | IND | 58,672 | US |
| BAYQ3939A | CIPROFLOXACIN BETAIN (ORAL SUSPENSION) | IND | 61,331 | US |
| BAYQ3939A | CIPROFLOXACIN BETAIN (ORAL SUSPENSION) | NDA | 20-780 | US |
| BAYQ3939ER | CIPROFLOXACIN (EXTENDED RELEASE RANBAXY) | IND | UNKNOWN | US |
| BAYQ4308 | ATENOLOL | | | |
| BAYQ4370 | METOPROLOL | | | |
| BAYQ6493 | ZUCLOPENTHIXOL-DECANOATE | | | |
| BAYQ6720 | EPINEPHRINE | NDA | 16-803 | US |
| BAYQ7821 | IPSAPIRONE | | | |
| BAYR1999 | NIFEDIPINE + ATENOLOL | | | |
| BAYR7875 | ENALAPRIL | | | |
| BAYS3941 | AMBROXOL | | | |

| | | | | |
|---|---|---|---|---|
| BAYS4364 | PENTOXIFYLLINE | | | |
| BAYS8185 | THEOPHYLLINE | | | |
| BAYS8191 | CILAZAPRIL | | | |
| BAYT4219 | ISOSORBIDE MONONITRATE | | | |
| BAYT6981 | ISOSORBID DINITRATE | | | |
| BAYU2097 | ZUCLOPENTHIXOL-ACETATE | | | |
| BAYU3405 | RAMATROBAN | | | |
| BAYU8780 | HYALURONIC ACID [HYALURONATE] | | | |
| BAYV6898 | CEFACLOR | | | |
| BAYV6899 | CHLORPROMAZINE | | | |
| BAYV6915 | PROCAINE | | | |
| BAYV6928 | SPIRONOLACTON | | | |
| BAYV6928A | SPIRONOLACTON / ALTIZID | | | |
| BAYV7471 | FUROSEMIDE | | | |
| BAYVK2900 | AMPICILLIN+DICLOXACILLINE+OXACILLINE | | | |
| BAYW6228 | CERIVASTATIN | IND | 36,521 | US |
| BAYW6228 | CERIVASTATIN | NDA | 20-740 | US |
| BAYW6240 | ANTIHEMOPHILIC FACTOR (RECOMBINANT) [KOGENATE] | | | |
| BAYW6240H | ANTIHEMOPHILIC FACTOR (RECOMBINANT) [HELIXATE] | | | |
| BAYW6580 | ANTITHROMBIN III (HUMAN) | IND | 5530 | US |
| BAYW6580 | ANTITHROMBIN III (HUMAN) | IND | 6174 | US |
| BAYW6580 | ANTITHROMBIN III (HUMAN) | IND | 7114 | US |
| BAYW8909 | CHLORAMPHENICOL | | | |
| BAYW8914 | ERYTHROMYCIN | | | |
| BAYW9798 | (LEUCOCYTE ADHESION INHIBITOR) | | | |
| BAYX1005 | LEUKOTRIENE SYNTHESIS INHIBITORS, LIPOXYGENASE INHIBITORS,ASTHMA | | | |
| BAYX2265 | CHLOROQUINE | | | |
| BAYX2833 | HYDROTALCITE | | | |
| BAYX3702 | (5 HT1A AGONIST STROKE,REPINOTAN) | IND | 46,628 | US |
| BAYX3702 | (5 HT1A AGONIST STROKE,REPINOTAN) | IND | 62,585 | US |
| BAYX3702A | REPINOTAN TEST DEVICE | IND | NONE | US |
| BAYX5742 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 5% [Non SD] | | | |
| BAYX5743 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 10% [Non SD] | IND | 3060 | US |

| | | | | |
|---|---|---|---|---|
| BAYX5743 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), 10% [Non SD] | IND | 5199 | US |
| BAYX5746 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) [CMV SD] | | | |
| BAYX5746A | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) [CMV NON- SD] | IND | 7722 | US |
| BAYX5746A | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) [CMV NON- SD] | IND | 8215 | US |
| BAYX5747 | ALPHA1-PROTEINASE INHIBITOR (HUMAN) | IND | 2028 | US |
| BAYX5747 | ALPHA1-PROTEINASE INHIBITOR (HUMAN) | IND | 4796 | US |
| BAYX5747 | ALPHA1-PROTEINASE INHIBITOR (HUMAN) | IND | 6949 | US |
| BAYX7195 | (LEUKOTRIENANTAGONIST,ANTIASTHMATIC) | | | |
| BAYX9209A | ANTIHEMOPHILIC FACTOR (HUMAN) | | | |
| BAYX9209B | ANTIHEMOPHILIC FACTOR (HUMAN) [HS] | | | |
| BAYX9209C | ANTIHEMOPHILIC FACTOR (HUMAN) [HT] | | | |
| BAYX9209D | ANTIHEMOPHILIC FACTOR (HUMAN) [HP] | | | |
| BAYY3118 | (ANTIBIOTIC) | | | |
| BAYY5959 | (CORONARY HEART FAILURE) | | | |
| BAYY7432 | ECADOTRIL | | | |
| BAYZ5591 | SELEGILINE | | | |
| BAYZ9700 | (ICAM) | | | |
| GDS0003 | ALPHA-AMYLASE | | | |
| GDS0005 | CAMPHOR + PHENOL | | | |
| GDS0007 | DEXTROMETHORPHAN + PHENYLPROPANOLAMINE BITARTRATE + CHLORPHENIRAMINE | | | |
| GDS0008 | DICALCIUM PHOSPHATE + TOCOPHERYL ACETATE | | | |
| GDS0010 | DOCUSATE SODIUM | | | |
| GDS0011 | EPHEDRINE SULFATE + GUAIFENESIN + CROSCARMELLOSE SODIUM | | | |
| GDS0014 | FLUTAMID | | | |
| GDS0015 | GARLIC OIL | | | |
| GDS0018 | MAGNESIUM HYDROXIDE | | | |
| GDS0018A | MAGNESIUM HYDROXIDE + MINERAL OIL | | | |
| GDS0021 | OXYMETAZOLIN HYDROCHLORIDE + BENZALKONIUM CHLORIDE | | | |
| GDS0022 | SAW PAMETTO BERRY EXTRACT + PUMPKIN SEED OIL | | | |
| GDS0023 | SIMETHICONE | | | |
| GDS0024 | BENZALKONIUM CHLORIDE + SODIUMCHLORIDE | | | |
| GDS0026 | SODIUMBICARBONATE + POTASSIUMBICARBONATE | | | |
| GDS0026A | SODIUM BICARBONATE | | | |

| | | | | |
|---|---|---|---|---|
| GDS0029 | TRANDOLAPRIL | | | |
| GDS0030 | TRIMEBUTIN | | | |
| GDS0033 | VITAMIN C + ZINC GLUCONATE + ECHINACEA EXTRACT | | | |
| GDS0034 | WATER FOR INJECTIONS | | | |
| GDS0035 | ACETYLSALICYLIC ACID+ CALCIUMCARBONATE | | | |
| GDS0036 | POTASSIUM PERCHLORAT | | | |
| GDS0037 | PIPERIDINCARBOXYLAT | | | |
| GDS0038 | CITRIC ACID + NA HYDROGENCARBONATE + NA CITRATE DIHYDRATE + NA CARBONATE | | | |
| GDS0039 | ACETIC ACID | NDA | 84-476 | US |
| GDS0040 | CHLORHEXIDIN GLUCONATE + PHENOL | | | |
| GDS0041 | PHENYLEPHRINE HYDROCHLORIDE + BENZALKONIUM CHLORIDE + THIMEROSAL | | | |
| GDS0046 | CEFADROXIL | | | |
| GDS0047 | CETIRIZINE | | | |
| GDS0048 | PLAGUE VACCINE | | | |
| GDS0049 | CEFTRIAXONE | | | |
| GDS0050 | TETRAZEPAM | | | |
| GDS0051 | TIMOLOL | | | |
| GDS0052 | ZOPLICONE | | | |
| GDS0054 | BUFEXAMAC | | | |
| GDS0055 | CROMOGLICINIC ACID | | | |
| GDS0056 | PROPAFENONE | | | |
| GDS0057 | TERBUTALINE | | | |
| GDS0058 | XYLOMETAZOLINE | | | |
| GDS0059 | PANCREATIN + SIMETHICONE | | | |
| GDS0060 | CYNARA | | | |
| GDS0061 | TRICLOSAN + DICHLOROPHEN | | | |
| GDS0062 | CLOBUTINOL | | | |
| GDS0063 | ACETYLSALICYLIC ACID + LIDOCAINE | | | |
| GDS0064 | FOURNIER DRUG | | | |
| GDS0065 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), [PH 5.25] | | | |
| GDS0066 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN), [PH 6.8] | | | |
| GDS0067 | DIOSMINE | | | |
| GDS0068 | PYRETHRINS + PIPERONYL BUTOXIDE | NDA | 21-043 | US |
| GDS0069 | AMIODARONE | | | |

| | |
|---|---|
| GDS0070 | MINOCYCLINE |
| GDS0071 | TERAZOSINE |
| GDS0072 | DIETARY SUPPLEMENTS (HERBAL INGREDIENTS WITH OR WITHOUT VITAMINS AND/OR MINERALS) |
| GDS0073 | COBALAMIN (VITAMIN B12) |
| GDS0074 | ACETYLSALICYLIC ACID + METHOCARBAMOL |
| GDS0075 | PHENOL + ZINC OXIDE [E.G.: OZONOL OINTMENT] |
| GDS0076 | POLYMYXIN + BACITRACIN + LIDOCAINE HYDROCHLORIDE [E.G.: OZONOLANTIBIOTIC PLUS OINTMENT] |
| GDS0998 | OTHER |
| GDS0999 | COMPARATOR |
| GDS1000 | PLACEBO |
| GLAXO DRUG | GLAXO DRUG |
| LILY DRUG | LILY DRUG |
| ORTHO DRUG | ORTHO DRUG |
| PARKE-DAVIS DRUG | PARKE-DAVIS DRUG |
| PFIZER DRUG | PFIZER DRUG |
| SEARLE DRUG | SEARLE DRUG |
| WID0002 | KALLIDINOGENASE (DEPKALLIKREIN) [DEPOT-PATUDIN] |
| WID0007 | FENOFIBRATE |
| WID0008 | BENZALKONIUMCHLORID |
| WID0009 | ACETYLSALICYLIC ACID + DIPHENHYDRAMINE [BAYER-PM] |
| WID0013 | PHENYTOIN-METHYLPHENOBARBITAL [ COMITAL] |
| WID0015 | CYCLOBARBITAL |
| WID0016 | DIHYDROTACHYSTEROL |
| WID0021 | HEPARINOID + HYALURONIDASE |
| WID0024 | PROCAINE + CAFFEINE |
| WID0032 | TILIDINE |
| WID0039 | CARBROMAL + CYCLOBARBITAL + HEXOBARBITAL |
| WID0042 | HEPARINOID |
| WID0043A | ACETYLSALICYLIC ACID + PHENYLPROPANOLAMINE + CHLORPHENAMINE + DEXTROMETHORPHAN |
| WID0043B | ACETYLSALICYLIC ACID + PHENYLPROPANOLAMINE |
| WID0047 | PHENYTOIN |
| WID0050 | REFAGAN |
| WID0051 | FERROUS GLUCONATE (FERGON) |

| | |
|---|---|
| WID0052 | ACETYLSALICYLIC ACID + PARACETAMOL + DEXTROMETHORPHAN + DOXYLAMINE |
| WID0052A | ACETYLSALICYLIC ACID + PARACETAMOL + CAFFEINE (VANQUISH) |
| WID0054 | ACETYLSALICYLIC ACID + SODIUM BICARBONATE + SODIUM CARBONATE (ALKA-SELTZER) |
| WID0054A | ACETYLSALICYLIC ACID+SODIUMBICARBONATE |
| WID0055 | CALCIUM CARBONATE |
| WID0055A | CALCIUM CARBONATE + GINGKO BILOBA + CHOLINE BITARTRATE |
| WID0055B | CALCIUM CARBONATE + GINSENG EXTRACT |
| WID0055C | CALCIUM CARBONATE + MAGNESIUM CARBONATE + VITAMIN D |
| WID0055D | CALCIUM POLYCARBOPHIL |
| WID0055E | CALCIUMCARBONATE + VITAMIN D |
| WID0057 | POVIDONE (POLYVIDONE) |
| WID0060 | TRIETHANOLAMINE SALICYLATE |
| WID0062 | ACETYLSALICYLIC ACID + ASCORBIC ACID (ASPIRIN PLUS C) |
| WID0063A | PARACETAMOL + CAFFEINE + PYRILAMINE MALEATE |
| WID0063B | PARACETAMOL + CHLORPHENIRAMINE MALEATE + DEXTROMETHORPHAN |
| WID0063C | PARACETAMOL + PAMABROM (MIDOL PMS) |
| WID0063D | PARACETAMOL + PHENYLPROPANOLAMINE BITARTRATE + CHLORPHENAMINE + DEXTROMETHORPHAN |
| WID0063E | PARACETAMOL + PSEUDOEPHEDRINE |
| WID0063F | PARACETAMOL + PSEUDOEPHEDRINE + DEXTROMETHORPHAN |
| WID0063G | PARACETAMOL + PSEUDOEPHEDRINE +DEXTROMETHORPHAN + DOXYLAMINE |
| WID0063H | PARACETAMOL + PSEUEPHEDRINE +CHORPHENIRAMINE MALEATE |
| WID0063I | PARACETAMOL + CHLORPHENIRAMINE MALEATE + DEXTROMETHORPHAN + PSEUDOEPHEDRINE |

| | |
|---|---|
| WID0063J | PARACETAMOL + PAMABROM + PYRILAMINE MALEATE |
| WID0086 | ACETYLSALICYLIC ACID + CHLOROQUINE + PREDNISONE |
| WID0092 | LACTULOSE |
| WID0105 | HYALURONIDASE |
| WID0130 | ACETYLSALICYLIC ACID+CAFFEINE |
| WID0154 | PREDNISONE |
| WID0163 | CLOTRIMAZOLE-DEXAMETHASONE (LOCAL) |
| WID0177 | ZINC OXID [DOME-PASTE] |
| WID0177A | ZINC OXIDE + LIDOCAIN |
| WID0177B | ZINC OXIDE + METHYLSALICYLATE + PHENOL |
| WID0202 | AZITHROMYCIN |
| WID0226 | ACETYLSALICYLIC ACID+ PHENYLPROPANOLAMINE + CHLORPHENAMINE (ALKA SELTZER PCM) |
| WID0232 | BENZALKONIUM CHLORIDE + LIDOCAINE HYDROCHLORIDE [BACTINE ] |
| WID0235 | COAL TAR |
| WID0243 | MULTIVITAMIN PREPARATION |
| WID0244 | MULTIVITAMIN PREPARATION [E.G.: BUGS BUNNY PLUS EXTRA C] |
| WID0245 | MULTIVITAMIN PREPARATION + IRON SUPPLEMENT |
| WID0246 | MULTIVITAMIN PREPARATION + MULTIMINERAL SUPPLEMENT |
| WID0249 | NYSTATIN+CHLORHEXIDINE [ NYSTAFORM] |
| WID0250 | NYSTATIN+CHLORHEXIDINE+HYDROCORTISONE [ NYSTAFORM-HC] |
| WID0283 | ALBAY |
| WID0285 | ALLPYRAL |
| WID0287 | CONJUVAC |
| WID0288 | ACETYLSALICYLIC ACID + METOCLOPRAMIDE [MIGRAVESS] |
| WID0297 | VENOMIL |
| WID0315 | ACETYLCYSTEINE |
| WID0335 | MOEXIPRIL |
| WID0335A | MOEXIPRIL-IDROCLOR |

| | |
|---|---|
| WID0336 | BENAZEPRIL |
| WID0337 | HYDROTALCITE + AZULEN + LEVOGLUTAMIDE |
| WID0343 | HYLAN |
| WID0343A | HYLAN G-F 20 |
| WID0358 | BUFLOMEDIL |
| WID0376 | SODIUM CHLORIDE |
| WID0380 | TETRAZEPAM |
| X5745 | IMMUNE GLOBULIN INTRAVENOUS (HUMAN) [PSEUDOMONAS] |

# Exhibit F

FDA

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Food and Drug Administration
New England District

One Montvale Avenue
Stoneham, Massachusetts 02180
(781) 596-7700
FAX: (781) 596-7896

May 14, 2003

Wolfgang Pischke, Ph.D., Exec. Vice President & President of Pharm. Div.
Bayer Pharmaceuticals Corporation
400 Morgan Lane
West Haven, CT 06516

Dear Dr. Pischke:

We are enclosing a copy of the Establishment Inspection Report (EIR) for the inspection conducted at your premises from 4/7/03 to 4/9/03 and 4/11/03 at 400 Morgan Lane, West Haven, CT by the U.S. Food and Drug Administration (FDA).

This report is being provided to you for information purposes. This procedure is applicable to EIRs for inspections completed after April 1, 1997. For those inspections completed prior to the above date, a copy of the EIR may still be made available through the Freedom of Information Act (FOIA).

The Agency is working to make its regulatory process and activities more transparent to the regulated industry. Releasing this EIR to you is part of this effort. The copy being provided to you comprises the narrative portion of the report; it reflects redactions made by the Agency in accordance with the FOIA and 21 CFR Part 20. This, however, does not preclude you from requesting and possibly, obtaining any additional information under FOIA.

If you have any questions about the released information, please feel free to contact Stephen A. Souza, U.S. Food and Drug Administration, 135 High Street, Room 371, Hartford, CT 06103.

Sincerely,

Armenia J. Vengian For

Gail T. Costello
District Director
New England District Office

Enclosure
FMD03-260

| | | |
|---|---|---|
| | FEI: | **1216486** |
| Bayer Pharmaceuticals Corp | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | EI End: | 04/11/2003 |

---

**TABLE OF CONTENTS**


SUMMARY ..... 1
ADMINISTRATIVE DATA ..... 2
HISTORY ..... 3
JURISDICTION ..... 4
RESPONSIBILITY ..... 4
ADE OPERATIONS ..... 5
CIPRO XR (CIPROFLOXACIN), NDA 21-473 ..... 9
AVELOX (MOXIFLOXACIN), NDA's 21-084, 21-334, 21-277 ..... 9
PRECOSE (ACARBOSE), NDA 20-482 ..... 10
BAYCOL (CERIVISTATIN), NDA 20-740 ..... 14
FOLLOW UP TO 7 MEDWATCH FORMS SUPPLIED WITH ASSIGNMENT ..... 16
REFUSALS ..... 19
EXIT DISCUSSION ..... 19
VOLUNTARY CORRECTIONS ..... 20
ATTACHMENTS ..... 21
EXHIBITS AND SAMPLES COLLECTED ..... 21


**SUMMARY**

This was a headquarters-initiated, HFD-332 routine inspection of Enforcement of the Postmarketing Adverse Drug Experience (PADE) Reporting Regulations in assignment memo dated 3/20/03. Assignment requested coverage of Avelox (Moxifloxacin), NDA's 21-084, 21-334, 21-277, Baycol (Cerivistatin), NDA 20-740 (withdrawn from market 8/2001), Cipro XR (Ciprofloxacin) , NDA 21-473, and Precose (Acarbose), NDA 20-482. The inspection was done in accordance with CP7353.001 under FACTS assignment #346226.

The last inspection dated 10/3/02 related to the witnessing of destruction of Trasylol (aprotinin injection), (100ml), (200ml), Lot #'s: ODIA, OEHB, OEFM; Recall #D-013. The firm previously inspected from 2/25-3/5/02 as a Sponsor/Monitor assigned by HFD-46 in a 2/6/02 memorandum. The inspection identified NDA 21-400, Vardenafil HCl as the product to be covered and protocol # 100249 at site # 05, V. Gary Price M.D. Forth Worth, Texas for audit. The inspection was done in accordance with CP # 7348.810.

The primary focus of this inspection was to ensure that the firm is submitting PADE reports to the Agency and that these reports are accurate, complete, and submitted in a timely



BAYCORP04040634D

manner. To determine this, we reviewed the firm's standard operating procedures for receiving, evaluating and submitting adverse drug experience reports to the Agency. The inspection covered seven MedWatch FDA 3500 & 3500A forms that appeared to be outside the 15-day reporting requirement, which were supplied with this assignment. The firm's procedures for determining the correct date in field G4 "Date received by manufacturer" for follow up reports were reviewed. We also reviewed how the firm documents investigations that result from adverse events that involve a decreased or increased efficacy of any product that could be related to a quality issue and if so, how they were reported to FDA.

We obtained contacts and addresses for all domestic and foreign facilities used by the firm for the collection and processing of adverse event data for the firm's products. We reviewed agreements between the firm and any contract research organizations (CROs) or its parent firm to determine if any or all of the PADE reporting responsibilities have been delegated to another party. This was done in regard to an indigent patient assistance program and how ADE's are reported from this program.

We also reviewed how the firm regularly reviews the scientific literature to determine if any articles involve serious and unexpected postmarketing adverse drug experiences pertaining to is NDA's. We also covered how the ADE's found in the literature were evaluated and reported to the Agency. These ADE's focused only on those that were serious and unlabeled.

There was no FDA-483, List of Observations issued at the conclusion of the inspection. An exit discussion was held to review some verbal comments that were made during the conduction of the inspection.

**ADMINISTRATIVE DATA**

| | |
|---|---|
| Inspected firm: | Bayer Pharmaceuticals Corp |
| Location: | 400 Morgan Lane<br>West Haven, CT 06516 |
| Phone: | 203937-2000 |
| FAX: | (203)812-5029 |
| Mailing address: | 400 Morgan Lane<br>West Haven, CT 06516 |
| Dates of inspection: | 4/7/2003, 4/8/2003, 4/9/2003, 4/11/2003 |
| Days in the facility: | 4 |
| Participants: | Anthony C. Warchut, Investigator<br>Mark R. McClain, Investigator |

| | FEI: | 1216486 |
|---|---|---|
| Bayer Pharmaceuticals Corp | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | EI End: | 04/11/2003 |

On 4/7/03, we arrived at the firm in West Haven, CT and asked for Frederich K. Sundermann, who is the Associate Director for Regulatory Affairs and who was authorized to receive the FDA-482, Notice of Inspection. A completed FDA-482 was issued to Mr. Sundermann and Investigator credentials were displayed. We also supplied Mr. Sundermann with a copy of Resources for FDA Regulated Businesses.

We then relocated from building 32 to building 21 which houses the Drug Safety Division for West Haven and met with Ms. Arlene Whalen, RD, Senior Clinical Safety Officer and Dr. Felix Monteagudo, MD, PhD, Vice President of Drug Safety. We then explained the purpose of the visit was to ensure that the firm is submitting PADE reports to the Agency and that these reports are accurate, complete, and submitted within the 15-day time frame required on initial and follow up reports. We then provided the firm with the following four products that were to be covered during this inspection: Avelox (Moxifloxacin), NDA's 21-084, 21-334, 21-277, Baycol (Cerivistatin), NDA 20-740 (withdrawn from market 8/2001), Cipro XR (Ciprofloxacin), NDA 21-473, and Precose (Acarbose), NDA 20-482.

During the inspection we also dealt with Dr. Michael Oliver, PhD, Associate Director Drug Safety Assurance and Ms. Lynne DeBarbieri, Clinical Safety Assurance. Mr. Sundermann acted as scribe until late morning of the first day. Ms. Carol A. Sever, Deputy Director Regulatory Affairs continued on his behalf until the end of the inspection.

During the inspection we were provided with organizational flow charts, SOP's for "Handling of Spontaneous Reports including Published Case Histories", SOP for "Handling of Cases of Drug Exposure via Parent", addresses of Global Hub Sites for ADE reporting, CIOMS II Line listings for Avelox (Moxifloxacin) IV & oral, Cipro (Ciprofloxacin), Suspect Adverse Reaction Reports as CIOMS-I form version 1.18 for 8 reports, Bayer Indigent Patient Program SOP for ADE reporting and a Global SOP for the "Screening of Safety Information from Literature".

At the conclusion of the inspection no FDA-483 was issued however and exit discussion was held with firm management.

**HISTORY**

The site, Bayer Corporation Pharmaceutical Division, continues to operate as a pharmaceutical manufacturer which will stop manufacturing by the end of 2003 and transfer these processes to its parent company, Bayer AG located in Leverkusen, Germany and Shawnee, Kansas. These transfers will begin during the fourth quarter 2002 and continue through the fourth quarter 2003. See Exhibit #3 for the products affected. This campus is and will remain the center of the firm's U.S. research and development functions and the U.S. Regulatory Affairs department. In addition, the site is responsible for processing all Adverse Drug Experience (ADE's) reports originating from the United States and is responsible for reporting applicable ADE's, both foreign and domestic to the U.S. Food and

Drug Administration for products which are marketed in the United States. In addition, there is one laboratory conducting analytical work related to GLP studies performed in Germany.

On 1/1/2003, Bayer Corporation Pharmaceutical Division changed their name to Bayer Pharmaceuticals Corporation. Exhibit #4 is enclosed showing a completed FDA 2656 incorporating this name change.

The Bayer Corporation also maintains its Consumer Care division manufacturing facility located in Myerstown, PA. The Bayer Corporation Consumer Care Division's main offices are located in Morristown, NJ.

The last inspection of this facility done under FACTS assignment #252348, requested the witness of destruction of Trasylol (aprotinin injection), NDC #0026-8196-36 (100ml), NDC # 0026-8196-63 (200ml), Lot #: ODIA, OEHB, OEFM Expiration dates 01/02; NDA #20-304, Recall #D-013. A total quantity of 45,574 vials of Trasylol was manufactured and 2,419 vials were recovered from the recall and sent for incineration. A Certificate of Destruction was obtained. It was concluded that the recall was effective and there were no illnesses or injuries reported from the use of Trasylol.

The firm was previously inspected from 2/25-3/5/02 as a Sponsor/Monitor Inspection was assigned for inspection by HFD-46 in a 2/6/02 memorandum. The inspection identified NDA 21-400, Vardenafil HCl as the product to be covered and protocol # 100249 at site # 05, V. Gary Price M.D. Forth Worth, Texas for audit. The inspection was done in accordance with CP # 7348.810. The inspection covered the following departments: Pharmaceutical Technology, Monitoring and Study Management, Study Audit Management, Remote Data Operations, Biometry, Drug Safety, Medical Sciences, Statistics and Regulatory Affairs. These departments were found to have standard operating procedures in place to operate in compliance with the regulations and guidelines for Good Clinical Practices. There was no FDA-483, List of Inspectional Observations issued at the conclusion of the inspection.

**JURISDICTION**

The firm is reporting the Adverse Drug Experience events to the Agency for products marketed in the U.S. which are subject of an NDA. The package outserts were obtained for the four products covered and are attached as Exhibit #'s 33-36.

**RESPONSIBILITY**

The most responsible person at this site for Drug Safety is Dr. Felix Monteagudo, MD, PhD, Vice President Drug Safety Assurance of the Pharmaceutical Division West Haven, CT

06516. Please see Organizational Chart attached as Exhibit #1. The most responsible person that Dr. Monteagudo reports to from his Drug Safety Entry Site in West Haven, CT is Mr. Ernst Weidmann in Leverkusen, Germany. Please see Organizational Chart attached as Exhibit #2. At this site the most responsible person overall is Dr. Wolfgang Pischke, PhD., Executive Vice President & President of the Pharmaceutical Division West Haven, CT 06516.

The Bayer West Haven Drug Safety Organizational Chart (Exhibit #1) shows the seven Clinical Safety Officers who are responsible for conducting the evaluations of the ADE's. This Organizational Chart also shows the ten Clinical Safety Associates which handle data entry and requesting follow up information for ADE's.

The Drug Safety personnel listed below with whom we met appear in the organizational flow chart as follows:

Ms. Arlene Whalen, Senior Clinical Safety Officer, reports directly to Dr. Monteagudo and provided us with an explanation of how the ClinTrace system works and how the previous ADE reporting system (Q&A) was merged into it in 12/2000. Ms. Whalen was able to show how follow up reports were logged and how various parameters such as reports outside the 15-day reporting requirement are queried.

Dr. Michael Oliver, PhD, Senior Clinical Safety Officer, reports directly to Dr. Monteagudo. Dr. Oliver showed us on screen reports of ADE's' reporting in ClinTrace and how the ADE is evaluated and approved by international drug safety monitors.

Ms. Lynne DeBarbieri, Clinical Safety Assurance Manager reports directly to Dr. Monteagudo and provided us with copies of the various FDA MedWatch 3500A forms for the specific case reports which were reviewed.

Ms. Carol A. Sever, Deputy Director Regulatory Affairs was present for most of the inspection and acted as scribe. Ms. Sever reviewed Exhibits provided to us for confidentiality.

**ADE OPERATIONS**

For ADE reporting, a new software system called "ClinTrace" was instituted on 11/27/2000 to replace the previous system "Q&A". Attached as Exhibit #5 is a copy of Bayer HealthCare Pharma Global Medical Development SOP# PD-SOP-006 Version 1 effective date: 2002-SEP-10, titled "Handling of Spontaneous Reports Including Published Case Histories". The purpose of this SOP is to ensure that data handling and medical evaluation of spontaneous reports in published case histories involving Bayer medicinal products are done to a high quality and meet legal reporting requirements within the appropriate timeframe. This SOP includes flow diagrams depicting how adverse drug events are received, evaluated, approved, distributed and filed to regulatory authorities. Attached as Exhibit #7 is a copy of the 10 Bayer Drug Safety sites which receive and process adverse experience reports. These sites are considered local and have data entry access into

ClinTrace. Sites that do not have access to ClinTrace are Australia, Ireland, Israel, and South Africa. These sites report the ADE's to Global Drug Safety Office located in Wuppertal, Germany entering into ClinTrace. There are seven Local Data Entry Sites which are responsible for reports from Non-Data Entry countries located in Canada, France, Germany, Japan, Sweden, UK, USA (Berkeley for Biologicals, West Haven (for Ethicals including Consumer Care). The Global Data Entry site is located in Wuppertal, Germany and is responsible for documentation, data entry, evaluation and distribution of reports sent by license partners and Non-Data Entry Sites as well as published case histories.

Initial as well as follow-up reports must be handled within the same timeframes. Spontaneous reports with the serious criterion 'fatal' or 'life-threatening' qualify for potential submission to FDA by day 7 after receipt by Bayer if the product is still under clinical development in an ICH-country (European Union, USA, Japan). All other serious spontaneous reports qualify for potential submission by day 15. For foreign non-serious reports submission is not necessary. Spontaneous domestic non-serious and unlabeled ADE's are reported in the firm's annual reports. In the ClinTrace system though, they must be approved by day 30. Spontaneous reports refer to any unsolicited communication to a company, regulatory authority or other organization that describes an ADE in a patient given one or more Bayer medicinal products, and which is not derived from a study or any organized data collection scheme. Reports are submitted to the FDA if they are serious and unlabeled in the U.S.. Unlabeled refers to an AE/ADR (adverse experience/adverse drug reaction) if its nature, severity or incidence/frequency is not defined in the national product information. Unlisted refers to an AE/ADR if its nature, severity and outcome are not consistent with the information included in the Company Core Safety Information (CCSI). Unlisted refers to ADE's that are not contained in the labeling for any country that the product is marketed in. As an example, the CIOMS II listing for Avelox is attached as Exhibit #14 page #2. The areas in column identified "Unl" which stands for unlisted refers to whether or not the ADE is listed in the CCSI.

Cases for which a timeline is exceeded must be processed immediately. The clock starts when the first report is received by any Bayer employee. Within the first 24 hours, the Data Safety Technician (DST) must be notified and then prioritizes cases by severity and inputs the data into ClinTrace. ClinTrace calculates a specific due date for each process step appropriate to the remaining timeframe. See page #8 of Exhibit #5 table 1. The ADE is evaluated by the Clinical Safety Officer (CSO) on behalf of the Local Drug Safety Manager (LDSM) and forwards it to the International Drug Safety Manager (IDSM) for approval. Upon approval, the ADE can be submitted to the appropriate regulatory authority by the LDSM. If the IDSM disapproves, the ADE the IDSM informs the LDSM of the reason for disapproval. The IDSM cannot make any changes in ClinTrace database. Changes to the ClinTrace database can only be made by the LDSM who entered the original ADE.

The local drug safety manager (LDSM) must try to obtain follow-up information if the data as stated in the SOP "are incomplete or implausible and he/she must file any

correspondence done for this purpose. Especially for cases with fatal outcome and cases of special interest the LDSM must make every effort to obtain complete data. The Drug Safety Scientist (DSS) is responsible for the control of the follow-up process including closure of a case." The LDSM must also maintain documentation of any attempts to obtain follow-up information.

For ADE's related to a quality issue, this is termed in the SOP as a "PTC" or Product Technical Complaint. There is a place in the ClinTrace system to report any increased or decreased drug effect. An ADE can be flagged if it relates to a quality issue. The ClinTrace system also has a field for recording a product's lot number so that this report can be submitted by Drug Safety to the Quality Assurance department for investigation.

Drug Safety files ADE reports to FDA independently of Regulatory Affairs. Reports of ADE's from Clinical Trials go through Regulatory Affairs and back to Drug Safety for review and approval. Incoming ADE information is electronically filed into central e-mail mailboxes. The Clinical Safety Associates check for ADE reports continuously in the central mailbox so that incoming reports are prioritized and entered into ClinTrace as soon as possible.

Spontaneous report forms are used for Non-Data Entry Sites which break down the nature of an ADE in terms of serious or non-serious, reason for seriousness having 6 choices such as: 'results in death, life-threatening, hospitalization or prolongation of existing hospitalization, persistent or significant disability/incapacity, congenital anomaly/birth defect, and important medical event'. Other parts of the form have criteria under outcome, action taken with the suspected drug, re-challenge performed (yes/no), re-challenge positive, and relationship to suspected drug. Subsequent pages of this form allow for recording any relevant history or risk factors, other drugs or laboratory information. See Exhibit #5 pages 28-30.

Attached as Exhibit # 6 is a copy of the Bayer Global SOP for Handling of Cases of Drug Exposure via Parent (a description of the initial reporting process is as follows: A reporter (sources such as a consumer, health professional and clinical investigators) informs of pregnancy in association with administration of a Bayer medicinal product. The SOP then requires that a reminder be placed in ClinTrace to obtain follow-up information at the conclusion of the pregnancy. The LDSM then reviews the pregnancy report. Abnormal pregnancy outcomes are followed-up carefully with proper documentation. The LDSM is to inform the relevant health professional or investigator that separate reports are required (spontaneous report for health professional and serious adverse event report for the investigator) if any abnormal pregnancy outcome occurs. If an abortion or any maternal complications occurred, a separate report is needed for the mother. If any fetal or infant complications occurred, separate reports are needed for the mother and infant. Pregnancy reports with an abnormal outcome must be processed together with the relevant Spontaneous Report or SAE-report within 7 days (fatal/life-threatening) or 15 days. For cases of drug exposure via the father also the mother must give her consent for the

collection of the pregnancy data. Any distribution of tabulated data of cases of drug exposure via parent to parties outside of the Bayer Drug Safety Organization has to be done in agreement with the IDSM of the respective Bayer medicinal product.

Attached as Exhibit # 8 is a copy of Bayer's SOP titled "Screening of Safety Information from Literature", GMD-SOP-018. Published case histories are screened from two mandatory databases, EMBASE and MEDLINE. This literature screening is done by Bayer employees and not contracted out. What is considered minimum criteria for a case are all of the following four items: an identifiable patient, the name of a suspect medicinal product, the name of an identifiable reporting source and a suspected adverse drug event. Published case histories make reference to a single patient and the experienced Adverse Events after intake of a Bayer product or where it cannot be excluded that a Bayer product was taken. One publication may include case histories of several patients. Each case history is entered as a separate case in ClinTrace. The LDSM is responsible for the continuous literature screening of defined non-local (registered in more than one country) Bayer pharmaceutical products' in those local journals that are not quoted in the mandatory databases. This applies to all defined non-local products even if they are not marketed in the respective country. The LDSM is also responsible for the continuous literature screening of Bayer pharmaceutical products that are only registered in his/her country (local products). The screening must be performed according to regulatory requirements but at least monthly. Literature that must be selected by the IDSM or LDSM during the review process can be any publication of adverse events linked with a Bayer pharmaceutical product, any publication of adverse events linked with a generic name or international non-proprietary name if a drug which is marketed by Bayer in at least one country, any publication of serious and unlisted adverse events if the suspected drug is a non-company drug but Bayer has the same chemical compound on the market, and literature that is published in non-Bayer studies containing new important safety findings. Literature that is excluded are medical papers which describe group effects only, published studies in which the Bayer drug is involved as a study drug or comparator, but is not yet known to which treatment group the patient have been allocated, and published results of Bayer studies. Published case histories must also be handled according to the timeframes described in the SOP 'Handling of Spontaneous Reports including published Case Histories' (attached as Exhibit #5) and for study cases in SOP 'Handling of Serious Adverse Events from Clinical Investigations'.

We asked if there are any agreements between Bayer and any contract research organizations, other manufacturers, packers, distributors, affiliates, or subsidiaries for the purpose of PADE reporting responsibilities being delegated to other parties. The answer was that there are none and all the ADE reporting is done through the Drug Safety Department. Any ADE data that is reported to representatives marketing the firm's products, by healthcare providers, or by patients to any representative of Bayer is forwarded to the local drug safety office for processing.

For monitoring of the firm's ADE's that may occur in patients receiving products through an Indigent Patient Program, there is a pharmaceutical wholesaler that is associated with HDS that provides an SOP for that lists a reporting number for the Drug Safety Office. Attached as Exhibit #7 is the information instruction sheet for patients applying for this program. It is a Bayer-sponsored program that provides prescription drugs free or at a reduced price to patients. A qualification application is required for enrollment into this program. Any ADE that needs to be reported from patients enrolled in the program goes to HDS and then is reported to the Drug Safety Office. These ADE's are then entered into ClinTrace and handled the same way as other ADE reporting.

**CIPRO XR (CIPROFLOXACIN), NDA 21-473**

Attached is Exhibit #15 is the CIOMS II Line Listing for Ciprofloxacin XR. This listing includes all spontaneous ADE's that Bayer has received globally since the product was launched on 12/13/02 (in the U.S) to the present. This line listing was generated on 4/7/03 as requested and contained a total of seven cases all of which were reviewed. Only one of the seven cases involved an adverse event that was serious. However, this adverse event appeared in the U.S. labeling and was not subject to the 15-day timeframe. We reviewed the CIOMS II Line Listing to ensure that were no serious adverse events that had been reported which were not deemed to be serious by the firm. We did not find any instances of this. We also reviewed the narrative sections of a representative number of these seven cases.

**AVELOX (MOXIFLOXACIN), NDA's 21-084, 21-334, 21-277**

The assignment requested coverage of all three NDA's of Avelox: NDA #21-85, 200mg tablets, launched 12/10/99; NDA #21-334, 400mg tablets, launched 4/27/01 and NDA #21-277, intravenous (I.V.), launched 11/30/01. We requested that the firm query the ClinTrace database for all spontaneous ADE's received since the product was initially launched on 12/10/99 in order to determine how many ADE's were reported. This search yielded a total of 4,131 cases concerning tablets and 51 concerning the I.V. product. We then attempted to query the database to determine how many ADE's were received by the Drug Safety Office in Japan. This was done in order to determine if the firm's corrective action from the last inspection concerning the Drug Safety Office in Japan was effective. The query resulted in no ADE's being reported from the Drug Safety Office in Japan. The firm confirmed that this product is not marketed in Japan. Therefore, we selected the subset of all spontaneous ADE's received on the I.V. product for coverage. Attached as Exhibit #14 is a copy of the CIOMS II Line Listing of all spontaneous ADE's received for Avelox I.V. from launch (11/30/01) to the present. Please note this line listing also includes seven spontaneous ADE's concerning the Avelox tablet that were also filed to this NDA. There were a total of 22 of 58 ADE's that were considered to be serious and unlabeled which were subject to the 15-day reporting timeframe. We reviewed a representative number of

these cases and did not find any instances of the ADE being reported beyond the 15-day timeframe. The CIOMS's spreadsheet contained highlighted areas in gray as Global (international product label) and these were compared to the individual case reports listed above.

During our review of this listing, we asked the firm if the firm's SOP for handling ADE's provided a means for the Drug Safety Department to alert the Bayer Quality Assurance Department of a potential quality issue. The firm explained to us that the ClinTrace system allows the Drug Safety Department to initiate a product technical complaint (PTC). The firm stated that the PTC's are sent to the Bayer Quality Assurance Department for investigation. The next query that was performed for us was for any spontaneous ADE's received in the U.S. from initiation of ClinTrace (11/27/00) to the present for Avelox tablets that had had "lack of drug effect" in the field labeled "consequence". The firm indicated that this search would show any decreased efficacy that was related to an ADE for this product. This query yielded a total of 1,768 cases, 12 of which were noted to have "lack of drug effect". We reviewed the narratives for the following cases: 200310510BWH, 200227265BWH, 200222322BWH, 200214152BWH and 200220886BWH. Review of these cases did not result in finding any PTC's because there had not been any lot numbers reported with these ADE's that had "lack of drug effect". We requested that the firm re-run this query but instead of using the qualifier of "lack of drug effect", use "product technical complaint". This resulted in a total of 6 ADE's out of 1,768 spontaneous ADE's which resulted in the filing of a PTC. It was explained by Ms. Whalen and Dr. Oliver that "there may be more but the information may have been put into the narrative". It was explained to us that prior to 8/2002 there was no specific field in ClinTrace for indicating an associated PTC. We then reviewed the PTC #T02-132 which was associated with Avelox tablets, lot #25001RP, and expiration date 03/03.

**PRECOSE (ACARBOSE), NDA 20-482**

The previous inspection of this firm, done in May of 2000 was a Post Approval Audit for 25 mg. Precose tablets, NDA 20-482, Supplement # 4. Coverage of the ADE's concerning Precose found that 11 spontaneous, serious and unlabeled ADE's in the U.S. originating from Japan were filed beyond the 15-Day timeframe. Since this inspection, the firm instituted a new database, known as ClinTrace, for tracking ADE's. ClinTrace was put on-line 11/27/00, after merging the information in the firm's old database called "Q&A". Therefore coverage of Precose was focused on the time period form 11/00 to the present.

Since the number of ADE's for this product were too voluminous to print out, we asked the firm to access the ClinTrace database and reviewed a specific subset of ADE's which had been received by the firm. We adjourned to the office of Mr. Michael Oliver, one of the firm's Clinical Safety Officers. Mr. Oliver accessed the ClinTrace system with his password and security clearance and he queried the database as we had requested. The query was run on Precose; all spontaneous ADE's which were received by the Bayer Drug Safety

| | | | |
|---|---|---|---|
| | | FEI: | **1216486** |
| Bayer Pharmaceuticals Corp | | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | | EI End: | 04/11/2003 |

office located in Japan from 11/00 to the present. The Japanese site was selected since there had been problems with this site reporting ADE's in a timely fashion during the previous inspection. The query was run for all spontaneous ADE's in order to asses whether there were any ADE's that had been received which should have been serious and were not.

The query yielded a total of 118 Cases. We reviewed an on-line CIOMS II listing of all of the cases. All of the ADE's which we reviewed that were serious had also been evaluated by the firm as serious. We reviewed the specifics for 17 of the 118 ADE's which were serious and concerned events that were unlabeled for the product as sold in the United States. The specific MedWatch cases which we reviewed were as follows:

| | |
|---|---|
| 1199813858(Pre-ClinTrace) | 200110275BYL |
| 200000495BYL | 200110304BYL |
| 200090125BYL | 200110373BYL |
| 200110081BYL | 200110378BYL |
| 200110130BYL | 200210069BYL |
| 200110178BYL | 200210116BYL |
| 200110194BYL | 200310096BYL |
| 200110206BYL | 200210510BYL |
| 200110265BYL | |

Of the 17 cases that were evaluated as serious and unlabeled in the U.S., the following two were beyond the 15 day timeframe:

MedWatch # 1199813858 was an ADE that was actually a Pre-ClinTrace ADE. The numbering convention is somewhat different from the present system. The first digit, a "1" indicates that the ADE is a spontaneous event and the next four digits indicate the year that the ADE was reported, "1998". Attached as Exhibit # 13 is a print screen from the firm's ClinTrace database for this case. This is known as the Requested Reports screen and shows when the ADE reports were due and when they were filed to the agency. Line two shows that the initial report "I" was first reported to the Japanese Drug Safety Office on 10/12/01 (Clock Start Date) and was due on 10/27/01 but was filed on 10/29/01.

PLEASE NOTE: that the "Due Date" on this screen is actually Day # 16 since the default of this off-the-shelf database uses a clock start date of "0" in stead of day "1". During this inspection, the firm recognized this defect and will correct it in the future. However, the firm pointed out that the "Due Dates" that appear of the Clinical Safety Officers' Work Flows use the reporting date as day "1". Dr. Monteagudo stated that Bayer has highly customized their version of ClinTrace and that all of the other screens use the initial contact as a "Clock

Start Date" of day # 1. The firm feels that the due date on the Requested Report screen is not critical to meeting the mandated 15 day timeframe. There were no instances during the course of this inspection that this defect caused an ADE to be filed to the agency late.

Exhibit # 13 also shows that the first follow up report for this case, "F-1" was due 10/27/01 but was filed on 11/2/01. The firm explained that ClinTrace has an "automatic distribution" feature that will automatically file the Medwatch form to the agency when the timeframe is approaching, as long as the firm's evaluation has been completed. In this case the evaluation had not been done on 10/27/01 (the 15 day due date) and was filed on 10/29/01, as soon as the evaluation had been completed in ClinTrace. In addition, the firm showed us that the first follow up report did not contain any new data and was only filed to the agency in order to include Bayer's "Global Comment" concerning this ADE. Therefore this first follow up report was not 15 day reportable.

The firm acknowledged that in this case, the ADE had been filed out of timeframe either #1) because the case had been entered into ClinTrace late (which would have delayed the evaluation) or #2) because the evaluation had been done late. We told the firm that we would continue to review ADE's in order to determine if this was an exception or became a pattern and practice.

Med Watch # 200110178BYL was another ADE received by the Bayer Drug Safety Office in Japan that was also filed late. Attached as Exhibit # 12 is a copy of the ClinTrace Requested Reports Screen for this Med Watch case. The exhibit shows that this was an initial report that was first received by the Japanese office on 4/25/01 (Clock Start Date), was due on 5/10/01 but was filed to the agency on 5/17/01. Our review of this case found that the ADE was actually first reported to the Drug Safety Office in Japan on 4/3/01 and evaluated as being non-serious. Therefore, the case was put on a 30 day evaluation time clock. The case was then sent to Bayer's Global Drug Safety Office in Germany for approval. On 5/15/01 the International Drug Safety Monitor (IDSM) reviewed the case and upgraded the ADE to Serious. The IDSM cannot enter any data into ClinTrace, so the case is remanded back to the local office to up grade the ADE to serious. The ADE was then filed on 5/17/01, two days later. Therefore the reason that this case was considered to be out of timeframe was due to the change in the medical opinion of the ADE by the IDSM who has to approve all cases before distribution for filing with the regulatory agency in the countries where the product is marketed. This case was not an instance of being out of timeframes.

We also used this product to challenge the firm's system on late reporting of serious ADE's associated with events not labeled in the U.S. Attached as Exhibit # 25 are the documents that are associated with the query of the ClinTrace database for Precose. The West Haven Drug Safety Site could not perform the query that we requested because it was a non-standard query. Therefore the West Haven, CT site had to request that the query be

performed by the Global Drug Safety site located in Leverkusen, Germany. Page # 1 of Exhibit # 25 documents the following query; all spontaneous ADE's concerning Precose from all countries which were serious and unlabeled in the U.S. processed since the implementation of ClinTrace on 11/27/00 to the present. We also requested that we wanted to know how many cases, both initial and any follow ups which met that criteria and then query this subset for how many cases were filed beyond the 15 day timeframe to NDA # 20-482.

Page # 2 of Exhibit # 25 is a copy of the E-mail from Bayer's Global Drug Safety office in Germany which included the XL spreadsheet containing the results of this query. There were a total of 76 cases that had a total of 125 reports that were 15 day reportable which includes all initial and follow up reports. Attached as page #'s 3 & 4 of Exhibit # 25 is a listing by case number of all 76 cases which were reportable. Attached as page #'s 5 – 8 is a copy of the spreadsheet which shows the seven cases which were filed beyond the 15 day timeframe printed in red. Our review of these seven cases follows:

Med Watch # 1199813858 received by Japan was a Pre-ClinTrace ADE that was discussed above. This was a one time occurrence where the report was filed three days late due to either #1) the ADE was entered into ClinTrace late which did not make it available for evaluation or #2) the Evaluation was done late. This was the only instance of an ADE was filed late without any reason.

Med Watch # 200110178BYL received by Japan and was also discussed above. The clock start date in ClinTrace was 4/3/01, when the ADE was first received by the Japanese Drug Safety Office and was considered to be non-serious and unlabeled in the US. The ADE appears to be filed late only because the seriousness was upgraded by the International Drug Safety Monitor during their review for approval. The ADE was upgraded to serious on 5/15/01, sent back to the Bayer Drug Safety Office in Japan for editing in ClinTrace and filed on 5/17/01 as a 15 day reportable event. However, the timeframe from the changing of the medical opinion to Serious (5/15/01) to filing (5/17/01) was only three days.

Med Watch # 200115682GDS was actually a duplicate of case # 1199813858. Please see above. When the firm received this ADE through a literature search, the firm could not find that ADE case in the ClinTrace database. Case # 1199813858 was a Pre-ClinTrace ADE. Therefore, when this information came into the Drug Safety site, they entered it as a new case under 20011568GDS. Therefore, the firm deleted this case from ClinTrace since it was a duplicate of the older case.

Med Watch # 200210116BYL was received by the Japanese Drug Safety Office on 3/18/02 and was reported to the agency on 4/1/02, which is on Day # 15. The spreadsheet shows that the first follow up report was filed on 4/4/02 and was considered to be out of timeframes. The ClinTrace database's auto-distribute feature filed the report as soon as the

evaluation was done on 4/1/02 (day # 15). The firm filed a follow up report of 4/4/02. Our review of the narrative found that there was no new information submitted. The firm only filed this follow up report to include the Bayer Global Comment on this ADE. Therefore this follow up report was not 15 day reportable.

Med Watch # 200210249BFR was received by a sales representative on 4/8/02 (Clock Start Date) and was filed to the agency on 4/24/02 which is beyond the 15 day timeframe. Our review of this case found that this ADE was not received by the French Drug Safety Office until 4/23/02. It was then evaluated on 4/24/02 and auto-distributed to the agency on 4/24/02 by ClinTrace. This was the only instance of a Bayer representative being untimely in reporting an ADE to a Bayer Drug Safety Office. Again the follow up report was submitted 9 days late according to the Clock Start Date but since this narrative did not contain only new information except for the Bayer Global Comment, it was not 15 day reportable.

Med Watch # 200210262BFR was received by the French Drug Safety office on 4/18/02 and filed on 5/2/02, which was day # 15. The follow up report was filed on 5/3/02, day # 16 using the initial Clock Start Date of 4/18/02. Again this was a case were the ClinTraco database auto-distributed the ADE which had been evaluated but did not include the Bayer Global Comment. Since the follow up report did not contain any new information except for the Bayer Global Comment, it would not be 15 day reportable.

Med Watch # 200210265BFR was received by the French Drug Safety office on 4/18/02 and filed on 5/2/02, day # 15. The follow up report was filed on 5/3/02, day # 16 using the initial Clock Start Date of 4/18/02. Again this was a case were the ClinTrace database auto-distributed the ADE which had been evaluated but did not include the Bayer Global Comment. Since the follow up report did not contain any new information except for the Bayer Global Comment, it would not be 15 day reportable.

We suggested that the firm include a statement in their narrative of follow up reports to 15 day reportable ADE's that the report does not contain any new information and the report is only being filed to provide the agency with the Bayer Global Comment for this ADE. We pointed out to firm management that anyone reviewing the ADE would be able to determine that it was not out of the 15 day timeframe since there was no new information being submitted.

**BAYCOL (CERIVISTATIN), NDA 20-740**

The firm stated that this product was removed from the market on August 8, 2001. Since this action, the firm has received a large number of ADE's, most of which have been associated with lawsuits. The firm has contracted the services of CT Systems located in Philadelphia, PA to receive all of the lawsuits that are associated with the use of Baycol. CT

systems has a 24 hour timeframe to report the lawsuit and associated ADE's to Bayer's Legal Department. Bayer's Legal Department has a 24 hour timeframe to report the ADE's to Bayer's Drug Safety Department. The Clock Start date for the ADE's that are reported as part of a lawsuit received is the date that CT Systems receives the lawsuit/ADE.

The firm pointed out that they can receive a large number of ADE's in a single lawsuit from a single law firm or attorney. The firm stated that the largest number of patients who had at least one ADE and were taking Baycol which were received as part of one lawsuit was in the neighborhood of 1,800. Therefore Bayer contacted FDA in order to inform them that they would have trouble meeting the mandatory 15 day timeframe for serious, unlabeled ADE's concerning Baycol.

The firm supplied us with documentation of two separate contacts with FDA concerning the large number of ADE's concerning Baycol. Attached as Exhibit # 10 is a copy of a letter dated 9/6/01 from Mary E. Taylor, Director, Regulatory Affairs to Peter K. Honig, MD Director of the Office of Drug Risk Assessment (HFD-400). The correspondence discusses the firm's attempt to train employees and informs the agency that they will not always make the 15 day timeframe for Baycol ADE's. Exhibit # 11 is a copy of a Bayer Government Agency Contact Report dated 1/11/02 between Mary E. Taylor, Director, Regulatory Affairs and Peter K. Honig, MD Director of the Office of Drug Risk Assessment (HFD-400). This document discusses Bayer notifying the agency that although they had dedicated additional resources to the Baycol situation, they were still having trouble meeting the 15 day timeframe. The agency wanted to know if there had been any reports of patients who were still on Baycol, since this was the agency's biggest public health concern. The firm responded that they didn't remember any such cases but would check this inquiry.

The firm explained to us that, the firm received the largest number for ADE's for Baycol during the initial period after the withdrawal of Baycol, from August 2001 to October of 2001. The firm estimated that they reported approximately 8,000 serious, unlabeled ADE's with their August 2002 Annual Report to the Baycol NDA # 20-482.

In light of this, we focused our challenge of the firm's ADE's system using Cipro XR (NDA 21-473), Avelox (NDA 21-085, NDA 21-334 & NDA 21-277) and Precose (NDA # 20-482) as indicated in the inspection assignment. We reviewed the details of the Baycol ADE's that were included with the inspectional assignment. In general we found that the ADE's that were filed for Baycol were filed late due to three main reasons; 1) very limited information submitted to the firm with the accompanying lawsuit 2) high volume of ADE's being received in that time period and 3) the firm awaiting more information from the attorney representing the patients or from the patients.

**FOLLOW UP TO 7 MEDWATCH FORMS SUPPLIED WITH ASSIGNMENT**

Med Watch forms were provided by Bayer that were submitted to FDA and were compared to the seven forms that were attached to the assignment received by FDA. These were reviewed to note the reporting dates and why they appeared as late submissions. Two case reports were for Baycol, one for Cipro, three were for Avelox and one for Precose.

Case report #200216327BWH (Exhibit #26) for Baycol that was received by the West Haven, CT site, concerned a fatal event reported 10/10/01. This ADE was part of a Baycol lawsuit that was filed by an attorney with CT Systems, Philadelphia, PA. Please see the Baycol section of this report. The ADE was reported through Bayer's legal department to the Bayer West Haven Drug Safety Department but was not entered into ClinTrace due to 1. Very limited information submitted to the firm with the accompanying lawsuit, 2. High volume of ADE's being received in this time period, and 3. The firms awaiting more information from the attorney representing the patients or former patients. The firms explained to us that in 10/2002, since the firm had not received any further information concerning this ADE, they would enter the ADE into the ClinTrace database with the limited information that was in their possession. The ADE was then filed to the Agency on 6/21/02 which is 8 months late. The firm's withdrawal of Baycol from the market resulted in a large number of ADE's associated with lawsuits. Please see the Baycol section of this report for Bayer's contact with HFD-400 concerning Baycol ADE's filed beyond the 15-day reporting timeframe.

Case report #2001213097BWH (see Exhibit #27) for Baycol that was received by the West Haven, CT site entered into ClinTrace with a report of a patient who "fell" and was initially considered by a Clinical Safety Officer as a non-serious event. The original report was received 8/16/01 which is the Clock Start Date. Since this was a non-serious event, it was not entered into ClinTrace until 10/1/01. This ADE was reviewed by the IDSM (International Drug Safety Monitor) on 6/6/02 in preparation for filing an annual report. At this time the ADE of "fell" was upgraded to 'serious' which now made this ADE reportable within the 15-day timeframe. The ADE was subsequently filed to the Agency 1 day later on 6/7/02. A letter was sent out from Drug Safety requesting more information on the patient on 6/18/02. Although this Med Watch appears to be file late, this was a case where the initial report was considered to be non-serious and subsequently upgraded to serious by the IDSM on 6/6/02. The change in the medical opinion for this ADE made it reportable under the 15-day timeframe. This ADE was filed the day after the IDSM upgraded the ADE to serious.

Case report #200212904GDS for Cipro (see Exhibit #28 page#1 & 2) was received by the Global Drug Safety Office in Leverkusen, Germany. The source of the ADE was from a scientific literature search. The only serious event concerning this ADE was "optic neuritis"

which occurred during the patient's treatment with Cipro during April/May of 1985. This ADE was originally reported in a publication which Bayer became aware of on 7/7/92. Bayer recognized that this was a serious and unlabeled event which was reportable under the 15-day timeframe and was recorded to the Agency on 7/27/92. Please see page numbers 6 & 7 of Exhibit #28 for the cover page and ADE report #B92-093. The firm's current ADE database (ClinTrace) was instituted in 11/00. At this time, the firm merged their older ADE databases with ClinTrace. On 10/1/02, Bayer Global Drug Safety Office became aware of an ADE concerning "optic neuritis" through a literature search. When the Bayer Drug Safety Office attempted to enter this information into ClinTrace, they could not find the original ADE report (B92-093). Therefore, a new ADE case was opened under #200212904GDS and reported to the Agency on 10/2/02. The additional information for this ADE that came from a literature search should have been filed as a follow-up report to the initial ADE #B92-093. Since there was no significant additional information added to this ADE, the follow-up report would have not been 15-day reportable.

We questioned the firm as to how they were sure that the ADE reported under B92-093 was for the same patient as the ADE reported under #200212904GDS. The firm provided us with the first follow-up report submitted to the Agency for ADE #200212904GDS. Please see page numbers 3-5 of Exhibit #28. Page #3 of the follow-up report (page #5 of Exhibit #28) included additional information received by Bayer on 10/3/02. This information is in agreement with the original ADE #B92-093.

Case report #200212214BWH for Avelox (see Exhibit #29) received by the Bayer West Haven site concerning "couldn't hear" was the only unlisted event and none of them were evaluated as being serious. This ADE was originally received by the Bayer West Haven call center on 3/25/02 at noon with a follow-up call at 3P.M.. The ADE was entered into ClinTrace on 3/27/02 along with three associated cases all with the same lot number: 2500175. Since the same physician reported three additional patients with ADE's from this same lot of Avelox: 200212213BWH, 200212212BWH and 200212211BWH, the firm filed a product technical complaint (PTC) #T02-045 which was investigated by the Quality Assurance Department. The investigation included analytical testing of retained samples and returned product. Our review of the firm's analytical results found all samples to be within specification. The results of the PTC were received by the Drug Safety entry site on 9/6/02. Please see page #2 of Exhibit #29 in the narrative section for this ADE. Upon receiving the results from the PTC, the Bayer West Haven Drug Safety site submitted the ADE for approval. The IDSM's review of this ADE resulted in a firm diagnosis of "allergic reaction" with all of the original events as symptoms of the allergic reaction. Since the allergic reaction was considered to be "serious" and the "couldn't hear" was unlisted in the U.S., the ADE was now considered to be 15-day reportable. Therefore, the firm filed this ADE on 9/19/02, 13 days after the firm's medical reassessment.

Case #200000900BWH for Avelox (see Exhibit #30) received by the Bayer West Haven site for the event of "hypertension" for which the patient was hospitalized. This event

reported to Drug Safety by a Bayer sales representative on 4/12/00 was originally considered as serious but labeled. The ADE was entered into the firm's old ADE database (Q & A) on 4/14/00 and evaluated on the same day as serious and labeled. Attached as page #3 of Exhibit #30, is a copy of the Bayer West Haven Drug Safety Triage form for this ADE. This form is used by the Clinical Safety Officers to conduct the medical evaluation of the ADE. The record documents that on 6/7/00 the ADE was discussed with Dr. Felix Monteagudo, VP Drug Safety and upgraded from "hypertension" to "hypertensive crisis" since the patient was hospitalized. This upgrade of the medical opinion meant that the ADE was now considered to be serious and unlabeled which is a 15-day reportable ADE. The firm filed this ADE to the Agency on 6/7/00. The reason that this ADE appears to be file late is due to the initial Clock Start Date of 4/12/00 for an event that was originally considered to be serious but labeled.

Case #200112565BVD for Avalox (see Exhibit #31) received in Germany for the event of "worsening of cardiac insufficiency" on 4/9/01. It was received through a post-marketing surveillance study (# BVD_25003, AX0003) reported to Bayer's contract research organization (CRO). It was originally evaluated as non-serious by the clinical investigator. Attached is page #5 of Exhibit #31 is a copy of the Adverse Event Reporting form from the study listed above. Although this record is all in German, it documents that the clinical investigator considered all three adverse events to be non-serious. Please see second column from the left, marked "Nein". This ADE report was sent to the CRO. The ADE was not forwarded to Bayer Drug Safety since the clinical investigator had determined that the AE's were not serious. In accordance with Bayer procedures at the conclusion of the study (#BVD_25003, AX0003) all ADE's which occurred in the study were reviewed by the German Drug Safety Office in order to ensure that all serious ADE's had been captured and properly reported to the appropriate regulatory authorities. Attached as page #'s 3 & 4 of Exhibit #31 is a copy of the German case report form for the subject who experienced the ADE in the study. Please note on page #3 of Exhibit #31 the date stamp of 12/5/01 of Dr. H. Wroblewski. Dr. Henryk Wroblewski is the head of Drug Safety Office in Germany. Please see Exhibit #2 of the Organizational Chart for Bayer Drug Safety. This record documents the first time that Bayer Drug Safety reviewed this ADE which was generated from a clinical study. On or about 12/5/01, this ADE was upgraded to "serious" by Drug Safety in Germany. This ADE was then filed to the Agency on 12/11/01 which is 5 days after the ADE was received by Drug Safety in Germany. This upgrade of the medical opinion meant that the ADE was then considered to be serious and unlisted event which is 15-day reportable. This ADE appears to be filed late due to the initial Clock Start Date of 4/9/01 for an event that was originally considered to be non-serious by the clinical investigator.

Case #200115682GDS for Precose (see Exhibit #32) received by the Global Drug Safety site from a literature search. It was received on 6/21/01. The information that was received on 6/21/01 was entered into the ClinTrace database as new case #200115682GDS because the Clinical Safety Associate (CSA) entering the case could not find the original

| | | |
|---|---|---|
| | FEI: | **1216486** |
| Bayer Pharmaceuticals Corp | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | EI End: | 04/11/2003 |

case. The original case could not be found due to a discrepancy in the information that was reported. Attached as pages 5-7 of Exhibit #32 are copies of the original spontaneous ADE, reported by a health professional to the Bayer Japanese Drug Safety Office concerning "intestinal obstruction". This ADE was first received by Drug Safety in Japan on 10/1/98 and was properly reported to the Agency on 10/5/98 under case #B98-318(1). On 10/12/01 Drug Safety in Japan received additional information concerning the ADE filed under B98-318 from a literature search. Due to the limited information concerning patient identifiers, this ADE concerning "intestinal obstruction" was entered as a new case #200115682GDS. Please see page #'s 12-15 of Exhibit #32. The narrative for this report (attached as page #11 of Exhibit #32) states, "this case has been identified as a duplicate to case #1199813858. Case #200115682GDS will be deleted from the Global Drug Safety database." Attached as page #'s 8-11 of Exhibit #32 are copies of the first follow-up report filed to ADE #B98-318 on 10/29/01. This is the same information that was received from the literature search. Please note page #9 of Exhibit #32 (which is the first page of the follow-up report to B98-318) block #9 identified as "Mfr report number" contains identification number 1199813858. This is the ClinTrace number from the original ADE #B98-318 that also appears on the record in the upper right hand corner. Therefore, when we asked the firm to verify the 3500A submitted to the Agency for #200115682GDS to their copy, the firm was not readily able to provide their copy of Med Watch #200115682GDS. The reason that Med Watch form #2100115682GDS was not available was because it had been deleted from the ClinTrace database. The firm was able to locate a copy of the deleted ADE after contacting Global Drug Safety Office in Germany. The submission of this ADE is not out of timeframes since 1. it was actually a duplicate of Med Watch #1199813858 which was the new ClinTrace report for the ADE originally reported under B98-318 and 2. that the additional information provided in the literature search did not provide any significant new information.

**REFUSALS**

There were no refusals encountered during this inspection.

**EXIT DISCUSSION**

On 3/11/03, at the conclusion of the inspection, a brief Exit Discussion was held with the following individuals:

Felix Monteagudo, M.D., Ph.D.; Vice President Drug Safety
Arlene Whalen, R.D., Senior Clinical Safety Officer
Lynne M. Drearier, Clinical Safety Associate Manager
Michael Oliver, Clinical Safety Officer
Carol A. Sever, Deputy Director Regulatory Affairs

| | | | |
|---|---|---|---|
| | | FEI: | **1216486** |
| Bayer Pharmaceuticals Corp | | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | | EI End: | 04/11/2003 |

---

We informed firm's representatives that there would not be any FDA-483 issued as a result of this inspection. We explained that although we did find some instances of 15 day reportable ADE's that were filed to the agency late, we did not find any pattern and practice. We did discuss the following two verbal comments that were made during the inspection:

1) The ClinTrace database used to log and track ADE's has an "Auto-Distribute" feature that automatically files ADE's to the agency if they are approaching their timeframe. We found that when the firm files a follow-up report to a 15 day reportable ADE which is being submitted only to include Bayer's Global Comment, it appears to be filed out of timeframe since the follow up report uses the initial clock start date of the original ADE report. We suggested that the narrative of this type of follow up report include the reason that the follow up report is being filed. We suggested that by adding a statement in the narrative that the follow up report is only being submitted to provide the agency with Bayer's Global Comment and does not provide any significant new information will allow anyone reviewing the ADE to know that it was not being filed out of timeframe.

2) The second global issue concerned the ADE reports that appeared to be filed out of tho 15 day reporting timeframe due to a change in the firm's medical opinion. During the processing of the case the LDSM or IDSM may upgrade the severity of the ADE and cause the ADE to now become reportable within the 15 day timeframe. The case is then sent back to the local Drug Safety office which initially entered the ADE into ClinTrace in order to effect the change. The Clock Start Date remains as the date that the ADE was originally received and therefore makes the ADE appear to be filed late. We suggested to the firm that the narrative section of the Med Watch form 3500A include a statement that the ADE was being filed due to a change in the medical evaluation of the ADE, which was done on a specific date to be referenced also. This addition to the narrative section of the ADE will allow anyone reviewing the ADE to determine that the ADE was not filed late as long as it was filed within 15 days of the medical reassessment.

The inspection was concluded at this point by thanking the firm's representatives for their cooperation in completing this inspection in a timely and efficient manner.

## VOLUNTARY CORRECTIONS

To prevent problems involving late submissions or excessive lag time in reporting times related to corrective actions by the firm from the last inspection, Japanese personnel were present for the initial ClinTrace training and ClinTrace training personnel were sent to Japan for additional training.

| | | |
|---|---|---|
| | FEI: | **1216486** |
| Bayer Pharmaceuticals Corp | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | EI End: | 04/11/2003 |

---

**ATTACHMENTS**

1. Inspectional Assignment Memo dated 3/20/03
2. FDA-482 Notice of Inspection

**EXHIBITS AND SAMPLES COLLECTED**

1. Bayer West Haven Drug Safety 2003, Organizational Flow Chart
2. Organizational Chart BHC-PH-PD-GMD GDS (Global Drug Safety)
3. August 21, 2002 letter to Dr. Chiu/FDA/CDER regarding transfer of manufacturing operations from Bayer West Haven, CT
4. Letter to FDA from Bayer regarding Drug Listing – Name Change
5. Bayer Healthcare Pharma Global Medical Development SOP, "Handling of Spontaneous Reports including Published Case Histories (PD-SOP-006 Version 1)
6. Bayer Pharma, Global SOP, "Handling of Cases of Drug Exposure via Parent (GMD-SOP-011) for documentation of pregnancy outcome after drug exposure during pregnancy
7. Listing of Global Hub Sites for ADE reporting with ID codes, contacts, roles, phone numbers and Central Mailbox addresses
8. Bayer Pharma Global Medical Development, "Screening of Safety Information from Literature" (GMD-SOP-018 Version 1)
9. Bayer Indigent Patient Program SOP showing liaison with McKesson/HDS showing contacts for reporting ADE's by patients or providers.
10. Letter to Dr. Honig (9/6/01) with FDA/CDER, Office of Drug Risk Assessment from Ms. Mary Taylor, Director Regulatory Affairs for Bayer Corporation regarding the effort to meet the 15-day reporting requirements despite increased number of post withdrawal adverse events being reported.
11. E-mail correspondence from Ms. Carol Sever to Felix Monteagudo regarding adverse event reporting for Baycol (Cerivistatin)
12. ClinTrace screen printout showing individual case report #2001101788BYL with 15-day FDA 3500A query showing "Clock" start date and report of submission (to FDA) date.
13. ClinTrace screen printout showing individual case report #11998913858BYL showing 15-day report and follow up report and their "Clock" start dates and submission dates to FDA.

14. CIOMS II Line Listing printout from 4/8/03 for Moxifloxacin Oral 400mg tablet focusing on "serious" and "unlabeled" (unexpected from the product package outsert/insert labeling).
15. CIOMS II Line Listing from 4/7/03 for Cipro XR (Ciprofloxacin 500mg extended-release) showing acronym coding.
16. CIOMS Form for case of an ADE for Cipro XR, Bayer Case ID: 200312289BWH, from 4 Feb. 2003 in the United States reported as non-serious and listed (labeled) events. (BWH=Bayer West Haven)
17. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200312780BWH, from 6 Feb. 2003 in the United States reported as non-serious and listed events.
18. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case Id: 200313488BWH, from unknown date in Feb.2003 in the United States reported as a non-serious and listed event.
19. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200313817BWH, from a date not indicated (NI) and a reaction described as "URINARY TRACT INFECTION NOT FEELING BETTER" reported in the United States with no further details.
20. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200314248BWH, from a reaction onset date NI, reaction listed as "PAIN IN THIGH" and reported as non-serious and listed with report date of 4/7/03.
21. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200314300BWH, from a reaction onset NI, reaction listed as "HIVES" and reported as non-serious and listed with a report date of 4/7/03.
22. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200315175BWH, from a reaction onset NI, reaction listed as "PANCREATITIS" and reported as serious and listed with a report date of 4/7/03.
23. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200210344BVD.
24. CIOMS Form for a case of an ADE for Cipro XR, Bayer Case ID: 200211059BCA.
25. ClinTrace query for Precose from 11/27/2000 to present for all serious unlabeled in U.S. ADE's reported beyond the 15-day time frame.
26. FDA 3500A form 200216327BWH supplied with assignment
27. FDA 3500A form 2002113097BWH supplied with assignment
28. FDA 3500A form 200212904GDS supplied with assignment
29. FDA 3500A form 200212214BWH supplied with assignment
30. FDA 3500A form 200000900BWH supplied with assignment
31. FDA 3500A form 200112565BVD supplied with assignment
32. FDA 3500A form 200115682GDS supplied with assignment

| | FEI: | 1216486 |
|---|---|---|
| Bayer Pharmaceuticals Corp | EI Start: | 04/07/2003 |
| West Haven, CT 06516 | EI End: | 04/11/2003 |

33. Package outsert for Cipro XR tablets
34. Package outsert for Avelox tablets/I.V.
35. Package outsert for Precose tablets
36. Package outsert for Baycol tablets

Anthony C. Warchut, Investigator

Mark R. McClain, Investigator