# Exhibit C

EXHIBIT
Mayer 2
1-29-04 mv



# Statin-Associated Myopathy with Normal Creatine Kinase Levels

Paul S. Phillips, MD; Richard H. Haas, MD; Sergei Bannykh, MD, PhD; Stephanie Hathaway, RN; Nancy L. Gray, RN; Bruce J. Kimura, MD; Georgirene D. Vladutiu, PhD; John D.F. England, MD; and the Scripps Mercy Clinical Research Center*

Background: Muscle symptoms in patients who are treated with statins and have normal creatine kinase levels are not well understood.

Objective: To report biopsy-confirmed myopathy and normal creatine kinase levels associated with statin use.

Design: Case reports from preliminary analysis of an ongoing clinical trial.

Setting: Clinical research center in a community hospital.

Patients: Four patients with muscle symptoms that developed during statin therapy and reversed during placebo use.

Measurements: 1) Patients' ability to identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength.

Results: All four patients repeatedly distinguished blinded statin therapy from placebo. Strength testing confirmed weakness during statin therapy that reversed during placebo use. Muscle biopsies showed evidence of mitochondrial dysfunction, including abnormally increased lipid stores, fibers that did not stain for cytochrome oxidase activity, and ragged red fibers. These findings reversed in the three patients who had repeated biopsy when they were not receiving statins. Creatine kinase levels were normal in all four patients despite the presence of significant myopathy.

Conclusion: Some patients who develop muscle symptoms while receiving statin therapy have demonstrable weakness and histopathologic findings of myopathy despite normal serum creatine kinase levels.

*Ann Intern Med.* 2002;137:581-585. www.annals.org
*For members of the Scripps Mercy Clinical Research Center, see the Appendix.
For author affiliations, see end of text.
See editorial comment on pp 617-618.

3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (statins) are the mainstay of therapy for hypercholesterolemia because of their effectiveness and exceptional safety profile (1–3). Nonetheless, many patients treated with statins have muscle symptoms, and some patients develop severe muscle toxicity. Little is known about the mechanism by which statin therapy leads to muscle toxicity. The recent withdrawal of cerivastatin from the U.S. market has highlighted both our ignorance and the need for postmarketing surveillance of these therapies (4).

There are credible reports of patients who have muscle symptoms and normal serum creatine kinase levels while receiving statins. One of us described 15 patients with muscle stiffness and tenderness who had normal levels of creatine kinase. Muscle biopsies in these patients revealed ragged red fibers consistent with mitochondrial myopathy (5). Other researchers have described patients with reproducible muscle pain during statin therapy despite normal creatine kinase levels (6, 7). Cell cultures and animal models have shown statin toxicity despite normal creatine kinase levels (8, 9). Thus, it appears that muscle symptoms of some patients receiving statin therapy might represent a muscle toxicity below the threshold needed to increase creatine kinase levels. We describe four such patients who had myopathy during statin therapy despite normal creatine kinase levels.

## METHODS

Four patients were identified among the first 20 patients randomly assigned in an ongoing, unfunded, double-blinded, crossover clinical trial that had been approved by an investigational review board. The objective of the trial is to determine whether patients with muscle symptoms and normal creatine kinase levels while taking statins could distinguish blinded statin therapy from placebo. We hypothesized that some patients would be able to identify blinded statin therapy and have objective findings. Patients who had muscle symptoms during statin therapy that resolved when they were not receiving statins for 2 weeks were recruited from a clinical research group. Eligible patients had to have normal creatine kinase levels while they were experiencing symptoms. End points were 1) whether patients could accurately identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength. The muscular strength tests during both placebo use and statin therapy included hip abduction and flexion measured by Nicholas Manual Muscle Tester (Lafayette Instrument Co., Lafayette, Indiana) (10).

The 4 patients presented here were identified during a preliminary analysis of the first 21 patients. These 4 patients correctly identified the statin therapy phase because of the reproducible muscle symptoms. Tissue samples from percutaneous muscle biopsies were fresh frozen in liquid nitrogen for metabolic and genetic analysis and were fixed for pathologic analysis according to standard techniques (11). Pathologists reading the muscle biopsy findings were not blinded to the treatment status of the patients, and requisitions read "possible myopathy." Plasma concentrations of HMG-CoA reductase inhibitors were measured by using a validated enzyme inhibition assay (12). The findings of these 4 patients are presented here and summarized in the Table.

Some muscle specimens were analyzed for mitochondrial point mutations at an accredited mitochondrial dis-

© 2002 American College of Physicians–American Society of Internal Medicine 

*Context*

Although severe myopathy can occur with statin therapy, some patients receiving statins develop muscle symptoms but have normal serum creatine kinase levels.

*Contribution*

This report documents biopsy-confirmed myopathy in four statin-treated patients with normal creatine kinase levels. When patients were challenged with placebo or statin, symptoms and histologic changes occurred only during statin use.

*Implications*

Normal creatine kinase levels do not rule out statin-associated myopathy in patients with muscle symptoms. The frequency of this disorder is unknown.

–*The Editors*

ease laboratory by using a standard point mutation analysis panel and Southern blotting techniques. Urine specimens were analyzed for organic acids by using standard mass spectrometry techniques.

## RESULTS

### Patient 1

Patient 1 developed muscle aches and decreased exercise tolerance during 4 years of simvastatin therapy. She found it difficult to ascend one flight of stairs without resting to relieve severe leg aching. Symptoms did not change during a brief trial of atorvastatin. After the patient entered the trial, her muscle symptoms markedly resolved during the 2-week washout period and the blinded placebo phase. Muscle aching recurred within 48 hours of initiation of the statin phase. After 2 weeks of statin therapy, the patient again found it difficult to ascend a flight of stairs because of leg pain and weakness. She repeated the protocol and again experienced symptoms while receiving statin; the symptoms again resolved during the placebo phase.

Results of serum and urine biochemical analyses are reported in the Table. Muscle biopsy revealed extensive lipid-filled vacuoles distributed within the myofibers (Figure), along with cytochrome oxidase–negative myofibers.

The patient's muscle symptoms and hip weakness improved 3 months after she had discontinued statin therapy. At that point, repeated muscle biopsy showed complete resolution of the pathologic abnormalities (Figure).

### Patient 2

Patient 2 developed muscle pains and weakness while receiving lovastatin, 40 mg/d. She could not open jars or snap her fingers. Her physician changed her therapy to niacin for 2 years. Each time simvastatin was added to improve her lipid control, the patient developed muscle aches, weakness, and shortness of breath with exertion. She entered the double-blinded trial for two separate evaluations and correctly identified the statin phases because of reproduction of her symptoms. The patient had muscle weakness and normal creatine kinase levels during each statin phase (Table).

Muscle biopsy revealed accentuated lipid droplet accumulation and cytochrome oxidase–negative muscle fibers that were consistent with myopathy. Repeated muscle biopsy performed 3 months after discontinuation of statin therapy revealed complete resolution of the abnormal lipid stores.

### Patient 3

Patient 3 developed aching and weakness of the shoulder, hip, and thigh while taking atorvastatin, 20 mg/d, for 2 years. During a 2-week vacation, he forgot his medication and noticed a substantial resolution of his muscle symptoms. He entered the trial for two separate evaluations and correctly identified the statin arm both times after developing weakness; his creatine kinase level was normal at both evaluations (Table).

A muscle biopsy performed during atorvastatin therapy revealed increased lipid droplets, ragged red fibers, and cytochrome oxidase–negative muscle fibers, all consistent with lipid myopathy. Repeated biopsy done after the patient had not received statin therapy for 5.5 months showed resolution of the increased lipid droplets.

### Patient 4

Patient 4 began receiving atorvastatin, 10 mg/d, for combined hyperlipidemia, and within 2 weeks he noticed leg aches when climbing stairs. His symptoms resolved 2 weeks after he had stopped taking atorvastatin. Upon enrollment in the trial, he correctly identified the blinded statin therapy and had measurable hip weakness despite a normal creatine kinase level (Table).

His muscle biopsy demonstrated cytochrome oxidase–negative fibers. Electron microscopy showed abnormal lipid droplets surrounded by electron-dense membranous debris. The patient did not undergo biopsy after discontinuation of statin therapy.

### Testing

We performed a series of tests to exclude possible causes of mitochondrial dysfunction other than statin therapy. Biochemical testing of these patients during statin therapy did not reveal any evidence of carnitine deficiency or hypothyroidism.

## DISCUSSION

Randomized trials and community surveillance have demonstrated an extremely low incidence of serious muscle toxicity in patients receiving statins: 1 case per 10 000 (13, 14). Despite this low incidence, many patients attribute their muscle symptoms to statin therapy.

The similar clinical, pathologic, and biochemical features of our four patients suggest that the patients have the same type of myopathy. More important, these features are

convincingly related to statin therapy and fulfill the accepted criteria for an adverse drug reaction: 1) Muscle symptoms occurred when the patients were receiving statins in a double-blinded fashion, 2) these symptoms normalized when the patients received placebo, 3) muscle toxicity recurred upon re-exposure to the statin, as it had occurred upon previous exposures, 4) the adverse reaction was confirmed by pathologic and biochemical findings, and 5) the pathologic abnormality reversed upon discontinuation of statin therapy (15).

A limitation of our report is that the pathologists were not blinded to the treatment status of the patients at biopsy. Nonetheless, the histochemical findings in these four patients were surprisingly similar. Unusually prominent accumulations of lipid were present in the type 1 fibers on oil red O stains or electron microscopy in all four patients. Other evidence of myopathy included cytochrome oxidase–negative staining fibers and ragged red fibers. These myopathic findings reversed when three of these patients had repeated biopsy while not receiving statins.

Increased lipid stores, cytochrome oxidase–negative myofibers, and ragged red fibers are features of mitochondrial respiratory chain dysfunction and suggest myopathy due to a metabolic abnormality. Although some of these findings may rarely occur in myofibers because of aging, the pattern of increased lipid is unusual. It has previously been described as a drug reaction (16) and as a consequence of coenzyme $Q_{10}$ deficiency (17).

Mild 3-methylglutaconic aciduria was found in the three patients who were tested while they were receiving

*Figure.* **Muscle biopsy specimens obtained while patients were receiving and not receiving statin therapy.**




These oil red O stains show lipid as red-staining bodies. All specimens obtained from trial patients 1, 2, and 3 during statin therapy (*parts A, C, and E,* respectively) showed an unusual accumulation of lipid in type 1 fibers. These lipid accumulations had resolved upon repeated biopsy done when the patients were no longer receiving statins (*parts B, D, and F,* respectively). (Oil red O stains; original magnification, ×20).

Case 0:01-md-01431-MJD Document 4103-3 Filed 04/17/2006 Page 5 of 21



*Table.* **Patient Characteristics***

| Patient | Age | Lipid Levels | Statin Dosage† | Hip Abduction (Strength) | | Hip Flexion (Strength) | | Statin Level | Creatine Kinase Level during Statin Therapy‡ | 3-Methylglutaconic Acid Level§ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | On Statin | Off Statin | On Statin | Off Statin | | | On Statin | Off Statin |
| | *y* | *mmol/L* | *mg/d* | ←kg→ | | | | *ngEq/cm³* | *µkat/L* | *mmol/mol* | |
| 1 | 76 | Total cholesterol, 7.63<br>Triglycerides, 4.22<br>LDLC, 4.71<br>HDLC, 0.98 | Cerivastatin, 0.4<br>Pravastatin, 40<br>Simvastatin, 80<br>Atorvastatin, 20 | 4.1 | 7.8 | 8.9 | 16.8 | 1.4 (Simvastatin)‖ | 0.63 | 21 | 0 |
| 2 | 66 | Total cholesterol, 9.59<br>Triglycerides, 3.87<br>LDLC, 6.47<br>HDLC, 1.34 | Simvastatin, 40<br>Lovastatin, 40 | 11.6 | 12.9 | 9.6 | 10.1 | 16.3 (Simvastatin)‖ | 0.73 | 11 | 0 |
| 3 | 66 | Total cholesterol, 5.95<br>Triglycerides, 2.26<br>LDLC, 3.39<br>HDLC, 1.53 | Atorvastatin, 20 | 6.3 | 9.0 | 14.3 | 16.3 | 10.9 (Atorvastatin)¶ | 2.30 | ND | ND |
| 4 | 62 | Total cholesterol, 5.87<br>Triglycerides, 2.37<br>LDLC, 3.90<br>HDLC, 0.88 | Atorvastatin, 10 | 12.9 | 14.8 | 24.1 | 27.2 | NA | 1.39 | 16 | 3 |

* HDLC = high-density lipoprotein cholesterol; LDLC = low-density lipoprotein cholesterol; NA = not available; ND = not done. To convert lipid values to mg/dL, divide by 0.0259.
† Statin at time of biopsy is listed first, followed by all other statins causing symptoms for that patient. No patient was taking macrolide antibiotics, cyclosporine, fluconazole, or fibrates or was consuming large amounts of grapefruit juice during the study. Thyroid-stimulating hormone levels in both patients with history of L-thyroxine use were normal. No patient was consuming large amounts of alcohol. Electromyography, nerve conduction studies, and magnetic resonance imaging findings were normal in patients 2 and 3.
‡ Normal range, 0–3.26 µkat/L.
§ Normal range, 0–9 mmol/mol creatinine.
‖ Simvastatin level within therapeutic range.
¶ Atorvastatin level within therapeutic range.

statins and was absent when they were not receiving statins. We have tested a series of six other patients who did not have muscle symptoms while receiving long-term statin therapy, and we found no abnormal organic acidurias in them (18). 3-Methylglutaconic aciduria occurs in some patients with respiratory chain dysfunction (19). This finding requires further confirmation.

Our patients had normal statin levels (Table). Thus, these patients do not seem to have become myopathic because of too much drug or inadequate clearance. However, the development of toxicity at normal statin activity levels suggests that the patients might have an underlying metabolic vulnerability.

The creatine kinase level remained normal in these patients every time they became myopathic both before and during the trial. The presence of a normal creatine kinase level has previously been used to argue against myopathy in patients with muscle symptoms during statin therapy. These cases suggest that serum creatine kinase level is an inadequate test for statin-associated myopathy.

Little is known about the mechanism of statin-associated myopathy. These four patients had myopathy related to statin use despite normal creatine kinase levels. Histochemistry suggests a defect in mitochondrial respiratory chain function. Further biochemical and genetic evaluations of this defect may elucidate statin myotoxicity and may identify which patients are most vulnerable to these myopathic reactions.

## APPENDIX: SCRIPPS MERCY CLINICAL RESEARCH CENTER

The Scripps Mercy Clinical Research Center is a collaborative group of investigators, including Darius Amjadi, MD, Richard Blum, MD, Thomas E. Diggs, MD, Stewart Frank, MD, Richard Friedman, MD, Jerrold G. Glassman, MD, Nancy L. Gray, RN, Stephen Gross, MD, Stephanie Hathaway, RN, Bruce J. Kimura, MD, John Mazur, MD, Douglas Mooney, MD, John Morse, MD, Jeffrey Mullvain, MD, Robert Pachorek, PharmD, Paul S. Phillips, MD, Emily Scott, MD, Harminder Sikand, PharmD, Michael Sullivan, MD, David Shaw, MD, Joseph Stein, MD, David Stieber, MD, and Jeffrey Williams, MD.

From Scripps Mercy Hospital and University of California, San Diego, Medical Center, San Diego, California; and State University of New York at Buffalo, Buffalo, New York.

**Acknowledgments:** The authors thank Mr. David Cloutier for assistance with randomization sequencing and statistical analyses and Dr. Beatrice Golomb, Assistant Professor of Medicine, University of California, San Diego, for assistance with the analysis and development of epidemiologic evidence.

**Potential Financial Conflicts of Interest:** *Grants pending:* P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura.

**Requests for Single Reprints:** Paul S. Phillips, MD, Interventional Cardiology, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San

Diego, CA 92103; Web site, impostertrial.com; e-mail, inquire @impostertrial.com.

Current author addresses and author contributions are available at www .annals.org.

## References

1. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. The Long-Term Intervention with Pravastatin in Ischaemic Disease (LIPID) Study Group. N Engl J Med. 1998;339:1349-57. [PMID: 9841303]

2. Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet. 1994;344: 1383-9. [PMID: 7968073]

3. Sacks FM, Pfeffer MA, Moye LA, Rouleau JL, Rutherford JD, Cole TG, et al. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. Cholesterol and Recurrent Events Trial investigators. N Engl J Med. 1996;335:1001-9. [PMID: 8801446]

4. Farmer JA. Learning from the cerivastatin experience. Lancet. 2001;358: 1383-5. [PMID: 11705478]

5. England JD, Walsh JC, Stewart P, Boyd I, Rohan A, Halmagyi GM. Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors—simvastatin and pravastatin [Letter]. Aust N Z J Med. 1995;25: 374-5. [PMID: 8540887]

6. Sinzinger H, Schmid P, O'Grady J. Two different types of exercise-induced muscle pain without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment [Letter]. Atherosclerosis. 1999;143:459-60. [PMID: 10217378]

7. Ucar M, Mjörndal T, Dahlqvist R. HMG-CoA reductase inhibitors and myotoxicity. Drug Saf. 2000;22:441-57. [PMID: 10877038]

8. Masters BA, Palmoski MJ, Flint OP, Gregg RE, Wang-Iverson D, Durham SK. In vitro myotoxicity of the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors, pravastatin, lovastatin, and simvastatin, using neonatal rat skeletal myocytes. Toxicol Appl Pharmacol. 1995;131:163-74. [PMID: 7878672]

9. Nakahara K, Kuriyama M, Sonoda Y, Yoshidome H, Nakagawa H, Fujiyama J, et al. Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol Appl Pharmacol. 1998;152:99-106. [PMID: 9772205]

10. Marino M, Nicholas JA, Gleim GW, Rosenthal P, Nicholas SJ. The efficacy of manual assessment of muscle strength using a new device. Am J Sports Med. 1982;10:360-4. [PMID: 7180955]

11. Dubowitz V. Muscle Biopsy—A Practical Approach. London: Bailliere Tindall; 1985.

12. Stubbs RJ, Schwartz MS, Gerson RJ, Thornton TJ, Bayne WF. Comparison of plasma profiles of lovastatin (mevinolin), simvastatin (epistatin) and pravastatin (epstatin) in the dog. Drug Invest. 1990;2(Suppl 2):18-28.

13. Gruer PJ, Vega JM, Mercuri MF, Dobrinska MR, Tobert JA. Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol. 1999;84: 811-5. [PMID: 10513779]

14. Gaist D, Rodríguez LA, Huerta C, Hallas J, Sindrup SH. Lipid-lowering drugs and risk of myopathy: a population-based follow-up study. Epidemiology. 2001;12:565-9. [PMID: 11505177]

15. Lanctôt KL, Naranjo CA. Comparison of the Bayesian approach and a simple algorithm for assessment of adverse drug events. Clin Pharmacol Ther. 1995;58:692-8. [PMID: 8529335]

16. Raskind JY, El-Chaar GM. The role of carnitine supplementation during valproic acid therapy. Ann Pharmacother. 2000;34:630-8. [PMID: 10852092]

17. Ogasahara S, Engel AG, Frens D, Mack D. Muscle coenzyme Q deficiency in familial mitochondrial encephalomyopathy. Proc Natl Acad Sci U S A. 1989; 86:2379-82. [PMID: 2928337]

18. Phillips P, Haas R, Barshop B, Bannykh S, Amjadi D. Utility of abnormal 3-methylglutaconic aciduria (3MGA) in diagnosing statin associated myopathy. Atheroscler Thromb Vasc Biol (Online Journal). 2002;22:878.

19. Scaglia F, Sutton VR, Bodamer OA, Vogel H, Shapira SK, Naviaux RK, et al. Mitochondrial DNA depletion associated with partial complex II and IV deficiencies and 3-methylglutaconic aciduria. J Child Neurol. 2001;16:136-8. [PMID: 11292221]

**Current Author Addresses:** Dr. Phillips: 4060 Fourth Avenue, Suite 205, San Diego, CA 92103.
Dr. Haas: University of California San Diego Medical Center, 9500 Gilman Drive, La Jolla, CA 92093-0935.
Dr. Bannykh: Division of Neuropathology, University of California San Diego Medical Center, 225 West Dickenson Avenue, San Diego, CA 92103.
Ms. Hathaway and Ms. Gray: Cardiology Research, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San Diego, CA 92103.
Dr. Kimura: 230 Prospect Place, Suite 250, Coronado, CA 92118.
Dr. Vladutiu: University at Buffalo, 936 Delaware Avenue, Buffalo, NY 14209.
Dr. England: Blue Mountains Hospital, Great Western Highway, Katoomba, NSW 2780, Australia.

**Author Contributions:** Conception and design: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, B.J. Kimura, J.D.F. England.
Analysis and interpretation of the data: P.S. Phillips, R.H. Haas, S. Bannykh, B.J. Kimura, G.D. Vladutiu, J.D.F. England.
Drafting of the article: P.S. Phillips, R.H. Haas, S. Bannykh, J.D.F. England.
Critical revision of the article for important intellectual content: P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura, G.D. Vladutiu.
Final approval of the article: P.S. Phillips, R.H. Haas, S. Bannykh.
Provision of study materials or patients: R.H. Haas, B.J. Kimura, J.D.F. England.
Obtaining of funding: S. Hathaway, N.L. Gray.
Administrative, technical, or logistic support: S. Hathaway, N.L. Gray.
Collection and assembly of data: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, G.D. Vladutiu.

# Exhibit D

**Lisa Gorshe**

**From:** Stacy K. Hauer [shauer@zimmreed.com] **Sent:** Tue 1/27/2004 3:48 PM
**To:** rmayer2@jhmi.edu; cboult@jhsph.edu; brcarl@umich.edu
**Cc:** Lisa Gorshe; Robert R. Hopper
**Subject:** baycol
**Attachments:** rheumatology abstract.pdf(238KB)

Drs. Boult, Carlson, and Mayer:

Attached you will find the abstract you requested.

Stacy

NOTICE: Information in this e-mail or its attachment(s) may be
CONFIDENTIAL,
legally privileged, or exempt from disclosure under applicable law and
is
intended ONLY for particular clients, parties, or entities involved in

litigation or dealings with the Zimmerman Reed, PLLP law firm. If the

reader of this message is NOT the intended recipient, you have received
this
message in error; be aware that any disclosure, dissemination, copying,

distribution, or use of the contents of this e-mail or its
attachment(s) is
prohibited by law. If you have received this e-mail in error, please
notify
us by telephone (800-755-0098) and by reply e-mail (info@zimmreed.com)

NOTICE: Information in this e-mail or its attachment(s) may be CONFIDENTIAL, legally privileged, or exempt from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If the reader of this message is NOT the intended recipient, you have received this message in error; be aware that any disclosure, dissemination, copying, distribution, or use of the contents of this e-mail or its attachment(s) is prohibited by law. If you have received this e-mail in error, please notify us by telephone (800-755-0098) and by reply e-mail (info@zimmreed.com) immediately and delete ALL copies of the message and its attachment(s).

---

<<rheumatology abstract.pdf>>

EXHIBIT
Mayer 3
1-29-04 MV

AN OFFICIAL JOURNAL OF THE AMERICAN COLLEGE OF RHEUMATOLOGY

# Arthritis & Rheumatism

VOLUME 48, NUMBER 9 (SUPPLEMENT) SEPTEMBER 2003

## ABSTRACT SUPPLEMENT

## 2003 ANNUAL SCIENTIFIC MEETING

October 23–28, 2003
Orlando, Florida

AMERICAN COLLEGE

WILEY

30

The Natural Course of Statin-Induced Myopathy. Julie P. Hildebrand, Jim H. Stein, Patrick E. McBride, Lee C. Vermeulen, Jr., Edwin E. Ferguson, Jr., Karen E. Hansen. University of Wisconsin, Madison, WI

Purpose: Myopathy is a known side effect of HMG CoA reductase inhibitor or "statin" therapy. Myalgia may occur in 2-11% of patients and myositis in 0.5%. The purpose of this study is to define the time course, severity, and long term sequelae of patients who have experienced statin-induced myopathy.

Methods: After consent from the UW Human Subjects Committee, the Medical Informatics Department provided a list of patients with ICD-9 Codes of myositis, myopathy due to drugs, inflammatory myopathy, progressive or toxic myopathy, and adverse drug reaction to a cholesterol lowering agent. Consent from study subjects was waived, as the study could not practically be carried out without a waiver and the study was of minimal risk. A standardized chart review form was used to collect information on onset and duration of symptoms, inciting drug and dose, presence of muscle weakness, CPK results, therapy, and outcome. Exclusion criteria included elevated CPK due to myocardial infarction or pre-existing muscle disease.

Results: The medical records of 217 patients were reviewed. Thirty patients taking a statin medication presented with muscle complaints: 27 (90%) with myalgias and 11 (36.7%) with weakness; 7 with proximal and 3 with diffuse weakness. The mean duration of statin therapy prior to symptoms was 2.7 months (56.75 months/21patients). 15 of 20 (75%) tested had elevated CPK levels. One patient with a peak CPK of >350,000 developed rhabdomyolysis with acute tubular necrosis with complete restoration of renal function prior to hospital discharge, and one patient with pre-existing renal artery stenosis required dialysis during her hospitalization. None of the other 28 patients developed renal insufficiency as a complication of myopathy. No subject developed new liver disease. Discontinuation of the statin occurred in 26/30 patients. Five patients required physical therapy. At 2 months, 11/30 (36.7%) of patients' muscle symptoms had completely resolved, and at 9 months, 16/21 (76 %) had returned to their baseline.

Conclusions: In this retrospective study, most subjects with musculoskeletal symptoms attributed to statin therapy experienced resolution of symptoms within six months of therapy cessation. A subset of patients experienced muscle weakness (36.7%) and elevated CPK (50%). Most patients with elevated CPK, even when greater than 10,000, had complete and rapid recovery with supportive care and statin discontinuation. Although previously published case reports suggest significant morbidity with HMG-CoA reductase inhibitor myotoxicity, our findings indicate a benign clinical course with discontinuation of the offending statin and supportive therapy.

Disclosure: J.P. Hildebrand, None; J.H. Stein, None; P.E. McBride, None; L.C. Vermeulen, None; E.E. Ferguson, None; K.E. Hansen, None.

731

Importance of Age and Renal Function in Patients Treated with Antimalarials. Enrique Casado, Marta Larrosa, Jordi Gratacòs, Elena Fernández, Jordi Real. Hospital of Sabadell, University Institute Parc Tauli (UAB), Sabadell, Spain

BACKGROUND: We have recently reported a high prevalence of antimalarial myopathy in patients with some rheumatic diseases in long-term treatment with chloroquine or hydroxychloroquine (Arthritis Rheum 2002; 46 (suppl): 1649). However the factors associated with this complication are not known.

PURPOSE: To investigate which factors are associated with the presence of antimalarial myopathy in patients with some rheumatic diseases.

METHODS: 119 patients on long-term treatment (more than 6 months) with antimalarials (111 CQ, 8 HCQ) were evaluated. Mean age 57.1±14.1 years. 15 patients had developed an antimalarial myopathy during treatment. The following variables were analysed in all patients: sex, age, duration of treatment, daily dose, accumulated dose, serum creatinine and clearance of creatinine (determined by the standard Cockroft-Gault formula).

RESULTS: The group of patients who had developed an antimalarial myopathy had a clearance of creatinine lower than those who had not developed this complication in our series. However, we didn't find significant differences in age and serum creatinine levels (see Table).

CONCLUSIONS: The group of patients who had developed an antimalarial myopathy had a clearance of creatinine lower than those who hadn't developed this complication in our series. However, we didn't find significant differences in age and serum creatinine levels.

Table

| | Patients with myopathy | Patients without myopathy | p |
|---|---|---|---|
| n (%) | 15 (12.6%) | 104 (87.4%) | |
| CQ/HCQ | 13/2 | 98/4 | |
| Age (years) | 62.3±14.2 | 56.4±14 | NS |
| Sex (ratio female/male) | 2.7 | 2.5 | NS |
| Duration of treatment (months) | 47.3±29.4 | 40±31.5 | NS |
| Accumulated dose (g) | 335.5±214 | 299.6±236.2 | NS |
| Creatinine (mg/dl) | 0.99±0.22 | 1.06±0.22 | NS |
| Clearance of creatinine (ml/min) | 61.8±18.8 | 77±21.3 | 0,031 |

Disclosure: E. Casado, None; M. Larrosa, None; J. Gratacòs, None; E. Fernández, None; J. Real, None.

732

Differences are Demonstrated in the Association of Myositis and Malignancy Between Polymyositis and Dermatomyositis. Hector Chinoy[1], Fiona Salway[2], Wendy Thomson[2], Alan J. Silman[2], William E. R. Ollier[2], Robert G. Cooper[1]. [1]Hope Hospital, Manchester, UK, Manchester, United Kingdom; [2]ARC Epidemiology Unit, University of Manchester, Manchester, United Kingdom

The association between malignancy and dermatomyositis (DM) has been well described. There are, however, other aetiological differences between polymyositis (PM) and DM. Thus, although HLA-DRB1 is associated with myositis, there are substantial differences in the strength of association between HLA-DRB1 between PM and DM.

AIMS: 1) To determine if differences exist in the association of malignancy with PM, DM and myositis/overlap disease.

2) To determine whether differences exist in HLA-DRB1 associations between malignancy and non-malignancy associated myositis.

METHODS: Data was collected on 267 adult Caucasian patients, with definite myositis, according to the Tanimoto criteria (J Rheumatol 1995, 22:668-674); PM (n=112), DM (n=90), overlap (n=65); who were thoroughly screened for malignancy. DNA was amplified by the polymerase chain reaction (PCR) and HLA-DRB1 genotyping was performed using the Dynal RELI™ SSO test. The frequency of malignancy was compared between the myositis groups. HLA-DRB1 alleles were compared between those with and without malignancy, as well as with a randomly selected, ethnically matched control group (n=537).

RESULTS: There was 18 malignancies overall in the myositis patients. This was highest in those with DM (11.8%) compared to PM (1.8%) and overlap disease (6.1%) (odds ratio for DM vs PM = 7.3, 95% CI 1.6-33.3). The female preponderance was less obvious in the malignancy group (F: M 1.25 malignancy vs 2.56 remainder, p=0.14). The average age of onset was lower in the PM associated malignancy, compared to the remainder of PM patients (46.5 years vs 49.2 years), but by contrast, was higher in the DM (53.6 years vs. 44.1 years) and myositis/overlap group (54.3 years vs. 45.5 years). None of these differences were significant. Breast carcinoma (n=6) was the most common malignancy, followed by large bowel (n=2) and bladder (n=2). HLA-DRB1, particularly HLA-DRB1*03 was associated with all myositis patients, but no differences were detected in the frequency of the alleles between the malignancy-associated patients and the remainder.

CONCLUSIONS: The increased association of malignancy with DM confirms previous reports in smaller series of subjects, but the size of the increase is greater than previously thought. There is no evidence from the HLA-DRB1 data that there are immunogenetic differences between those with and without malignancy, and other aetiological explanations should be sought.

Disclosure: H. Chinoy, None; F. Salway, None; W. Thomson, None; A.J. Silman, None; W.E.R. Ollier, None; R.G. Cooper, None.

Sunday, October 26

# Exhibit E

# Prognosis in AZT myopathy

Antonia C. Chalmers, MD; Claudia M. Greco, MD; and Robert G. Miller, MD

**Article abstract**—The myopathy caused by zidovudine (AZT) appears to be common but is incompletely characterized, particularly regarding prognosis. Twenty patients with HIV infection developed a necrotizing myopathy while taking AZT for 9 to 30 months. Ten presented with myalgia and 17 with proximal muscle weakness. Serum CK was elevated in all (two to 11 times normal), and EMG suggested active myopathy in all but two. There were scattered granular degenerating fibers, with scant or no inflammation, in a pattern consistent with a toxic myopathy in all 18 patients biopsied. Three patients with an HIV-related inflammatory myopathy were distinguished by histologic differences. After stopping AZT (n = 15), myalgia promptly resolved (10 of 10). Strength improved more slowly with 12 of 15 regaining normal or nearly normal strength, but three have persistent weakness. CK returned to normal in 12 of 15, and follow-up EMG (n = 11) documented reduced fibrillation density in all 11 patients. These findings underscore the need for early diagnosis of this reversible myopathy.

Aug (8)
NEUROLOGY 1991;41:1181-1184

Treatable primary muscle disorders associated with HIV infection include inflammatory myopathy and AZT myopathy. The clinical and pathologic aspects of the inflammatory myopathy have been described,[1-6] but the clinical and pathologic features of AZT myopathy are incompletely characterized.[6-11] This study was undertaken to determine the diagnostic features of these treatable conditions to facilitate early therapeutic intervention and to evaluate the prognosis of patients with AZT myopathy following cessation of AZT.

**Methods.** Fifty patients with various HIV-related neuromuscular symptoms were referred to Children's Hospital of San Francisco from September 1987 to June 1989. The three with inflammatory myopathy have been previously reported in part.[3,4] Twenty-three patients, aged 28 to 51 years, presented with progressive proximal weakness; four presented with only myalgia. Eighteen had AIDS, and five had ARC. All were homosexual men except for one woman who acquired AIDS from a blood transfusion. All patients except one (patient 12) underwent electrodiagnostic tests that included needle EMG as well as standard motor and sensory nerve conduction studies.[12] EMG was carried out using disposable concentric needle electrodes, sampling at least three proximal muscles as well as the lumbosacral paraspinal muscles. Fibrillation potentials and positive sharp waves were graded from 1 to 4 as follows: 0 = no fibrillation; 1 = persistent single trains in at least two areas, 2 = moderate numbers in three or more areas, 3 = many in all areas, 4 = filling the baseline in all areas. Fibrillation density was calculated as the mean fibrillation grade for the three most abnormal muscles sampled. All patients had a muscle biopsy except patients 10 and 18 who had myalgia with no weakness. Serum CK was determined in all patients. Follow-up examination, CK or EMG were carried out on 19 patients, but follow-up information was incomplete for five of them. Patients taking AZT at the time of presentation were advised to discontinue the drug for a minimum of 3 months if their muscle biopsy showed necrotizing myopathy with no significant inflammation.

In all patients, muscle biopsies were taken from the vastus lateralis. In addition, three who had primarily shoulder girdle weakness also had a biopsy of either biceps brachii or triceps brachii. Muscle biopsies were performed and processed in routine fashion for enzyme histochemistry, morphometric analysis, and electron microscopy. No mitochondrial enzymes or DNA were measured.

**Results.** A total of 23 patients with myopathy are reported herein. Based primarily on the muscle biopsy findings, the patients were divided into two groups: (1) necrotizing (AZT) myopathy and (2) inflammatory myopathy with nemaline rods.

*AZT myopathy.* Clinical features. Eighteen patients were considered to have a necrotizing myopathy on the basis of histologic findings (see below) and two others (patients 10 and 18) on the basis of clinical improvement after stopping AZT. All had AIDS except for two (patients 8 and 20), and all had been taking AZT for many months (mean, 16; range, 9 to 30 months). Most patients were also taking megestrol acetate (Megace), acyclovir, dextran sulfate, and nasal pentamidine. Insidiously progressive muscle weakness was the most common presenting symptom. Myalgia was prominent in 10 and was usually exacerbated by exercise. Four had only myalgia with no objective weakness. Weakness in this group was mild to moderate and involved both the pelvic and shoulder girdles. However, five had only pelvic girdle weakness, and two had only shoulder girdle involvement. All could still ambulate without assistive

From the Departments of Neurology and Pathology, Children's Hospital of San Francisco and the University of California, San Francisco, CA, and the Naval Hospital, San Diego, CA.

Presented in part at the 42nd annual meeting of the American Academy of Neurology, Miami Beach, FL, May 1990.

Received July 16, 1990. Accepted for publication in final form January 11, 1991.

Address correspondence and reprint requests to Dr. Robert G. Miller, Department of Neurology, Children's Hospital of San Francisco, 3700 California Street, San Francisco, CA 94118.

EXHIBIT
Mayer 4
1-29-04 mv



*Figure 1. Typical appearance of muscle biopsy in AZT-related myopathy with scattered atrophic fibers showing granular degeneration (Gomori trichrome, 560× before 52% reduction). Inset: Higher-power view of fibers containing granular reddish material (Gomori trichrome, 1,480× before 52% reduction).*



*Figure 2. Ultrastructural appearance of mitochondrial abnormalities as seen in an atrophic muscle fiber. Double-membrane structure of mitochondria distinguish them from lysosomes. Variably sized mitochondria show tubular and dilated cristae (33,200× before 56% reduction).*

devices. Facial and neck muscles were not involved. Four complained of dysphagia, but this was attributed to oral candidiasis. Five (patients 5, 6, 8, 12, and 15) had recent weight loss (8 to 15 lbs). Eight complained of distal paresthesias with clinical findings of mild distal symmetric polyneuropathy. Nine had muscle cramps that were mainly distal. Two had recovered from a prior episode of inflammatory demyelinating polyradiculoneuropathy—one acute (patient 14) and one chronic (patient 16). Two (patients 12 and 13) had pentamidine-induced, insulin-dependent diabetes.

CK was elevated in all patients (mean, 5; range, 2 to 11 times normal). EMG was abnormal in all but two (patients 13 and 18), with early recruitment of brief, small polyphasic motor unit potentials and mild-to-moderate fibrillation and positive sharp wave activity (mean fibrillation density, 1.4; range, 0 to 3).

Pathology. In this group of patients with necrotizing myopathy, all muscle biopsies were abnormal, even those obtained from clinically uninvolved muscles. Abnormal features on H-E stain consisted of scattered polygonal and angular atrophic fibers with granular-appearing cytoplasm. With Gomori trichrome stain, we observed clumped, red-staining material dispersed throughout the cytoplasm of these fibers (figure 1). Occasionally, clumps of subsarcolemmal material caused an appearance reminiscent of ragged-red fibers; however, classical ragged-red fibers were rare in our study. Necrotic fibers were occasionally seen undergoing phagocytosis. In some patients (11/18), focal endomysial and/or perimysial mononuclear inflammatory infiltrates were identified as a combination of lymphocytes and monocyte-macrophages. Two showed an increase in central nuclei (7% and 15%), and in 14 there were pyknotic nuclear clumps. Regenerating fibers were identified in 16 of 18 patients. There was no evidence of vasculitis or nemaline rod formation in any patient. Cytoplasmic bodies were easily recognized by light or electron microscopy in 13 of 18 patients. No endomysial or perimysial fibrosis was observed. On ATPase stain at pH 9.4, degenerating fibers were commonly type II (11/18), and less commonly of both types (4/18); occasionally, equivocal staining of affected fibers did not allow distinction into fiber types (3/18). By morphometric analysis, one of 18 patients showed type I hypertrophy, eight of 18 showed type I fiber predominance, and in 17 of 18 there was type II fiber atrophy. Six of the patients with type II atrophy also exhibited less severe type I fiber atrophy.

The most consistent ultrastructural feature was subsarcolemmal and intermyofibrillar collections of increased numbers of both normal and abnormal mitochondria (16/18) (figure 2). Mitochondrial alterations, which were only conspicuous in degenerating fibers, included enlargement, loss of cristae with granular matrix, bizarre crystal forms, and, rarely, paracrystalline arrays (1/18). Some fibers with mitochondrial abnormalities showed increased numbers of lipid globules. Tubuloreticular inclusions were easily identifiable in endothelial cells (17/18), where increased numbers of pinocytic vesicles and increased pseudopod formation were also seen. Fibers uninvolved at the light microscopic level appeared normal ultrastructurally.

Response to drug cessation. After stopping AZT, myalgia promptly resolved in all who had this symptom. Fourteen patients had marked improvement with return to normal or nearly normal strength. However, three improved but still have substantial weakness. Improvement in strength did not begin until 4 to 6 weeks after discontinuing AZT and was slow but steady over the next few months. Two (patients 12 and 13) stopped AZT for 3 months with resolution of myalgia and weakness, but with resumption of AZT at one-half dose, myalgia and elevated CK without weakness recurred in both. Three (patients 15, 17, and 18) continued at a quarter dose and remained stable. CK gradually returned to normal in all patients who stopped the drug

FROM: TMO LAKEWOOD LIBRARY 816 404 8286 01/23/2004 11:19 #034 P.014/015

except one (patient 8). Follow-up EMG studies in 11 patients disclosed either disappearance (n = 3) or a significant reduction (n = 7) of fibrillation and positive sharp wave activity. Mean fibrillation index fell from 1.4 to 0.7. Quantitative EMG studies of motor units were not carried out.

*Inflammatory myopathy.* There were three patients in the inflammatory group. All were in the early stages of HIV infection. One had been taking AZT (patient 23) for 12 months when weakness began. All had moderately severe, painless progressive weakness involving both the shoulder and pelvic girdle muscles, with no dysphagia or neck muscle weakness. CK was elevated (three to four times normal) in all three, and EMG disclosed active myopathy. All had inflammation on muscle biopsy with widespread nemaline rod formation on electron microscopy. All three responded well to either prednisone alone or prednisone plus plasma exchange. One relapsed 1 year later while tapering prednisone.

**Discussion.** The major finding in this study was the reversibility of proximal muscle weakness and myalgia upon cessation of AZT therapy in all of 17 patients with the clinical and histologic picture of what we believe to be an AZT-induced myopathy. The clinical features of these patients were (1) progressive proximal muscle weakness, (2) exercise-exacerbated myalgia in thighs and calves, (3) AIDS, (4) full-dose AZT for more than 9 months, (5) elevated CK, (6) myopathic EMG with fibrillations and positive waves in proximal muscles, (7) necrotizing myopathy on muscle biopsy with little inflammation and no nemaline rods, and (8) improvement in myalgia, strength, CK, and EMG within 6 to 12 weeks after discontinuing AZT.

These findings differed in five important respects from the treatable inflammatory myopathy with nemaline rods described herein. With the inflammatory nemaline rod myopathy, (1) patients were often HIV-positive and did not meet diagnostic criteria for AIDS, (2) patients were often not taking AZT, (3) the condition is rare, (4) the biopsy displayed inflammation and widespread nemaline rods, and (5) weakness improved with plasma exchange and prednisone.

The pathologic appearance of the muscle biopsies in AZT myopathy at the light microscopic level was that of a necrotizing myopathy with granular, degenerating fibers corresponding to mitochondrial alterations at the ultrastructural level.

While some fibers showed nonspecific degenerative changes, mitochondrial abnormalities were consistently helpful in distinguishing AZT-induced myopathy. Morphometric studies showed a predominance of type II fiber involvement in the pathologic process in over one-half of our cases, in contrast to the type I involvement reported by others.[11] Fiber-type predilection in toxin-induced myopathies has been described in steroid myopathy,[13] where type II involvement is present. Other drugs have produced a myopathy with a specific fiber-type sensitivity, including epsilon amino caproic acid,[14] which has caused a necrotizing myopathy with a preference for type I fibers, and chloroquine, which has produced a vacuolar myopathy particularly in type I fibers.[15] The significance of occasional inflammatory infiltrates is not clear: these could reflect either a systemic process or a more muscle-specific lymphocytotoxic process. Others have shown by immunochemical stains that the inflammatory infiltrates in both AZT and non-AZT inflammatory myopathy are similar.[11]

Previous reports of muscle histopathology in HIV-positive/AIDS patients have described degeneration and regeneration without significant inflammation,[16,17] inflammatory myopathy,[18,19] nemaline rod myopathy with[1,3] and without[1,4] inflammation, and necrotizing myopathy.[8-10] Several authors, based on isolated cases,[7-9] have suggested that AZT causes a necrotizing myopathy. A recent study provided convincing evidence that AZT produces a mitochondrial myopathy,[11] which is consistent with our data.

Myalgia as an adverse side effect of AZT was reported in 8% of patients in the first large double-blind, placebo-controlled trial of this drug in 1987,[20] and myopathy has been described in 18% of patients more recently.[21] The clinical picture of AZT myopathy is consistent in all reports as described above. Even more significant is the objective evidence of improvement in strength, myalgia, CK, and EMG in all patients in this study who stopped the drug. These observations strongly suggest that AZT causes this myopathy. The speed and completeness of recovery were inversely correlated with the severity of weakness at the time of diagnosis. Myalgia resolved rapidly (often in 1 to 2 weeks), while weakness improved more gradually (6 to 20 weeks). Patients presenting with severe weakness (Medical Research Council grade 3 or below) improved but did not fully recover, again underscoring the need for early diagnosis. Reduction in the dose of AZT produced little improvement. Recovery only began when the drug was stopped, which is consistent with the observation of others.[7,21] After marked improvement, some patients have resumed treatment with a quarter or half dose of AZT with no further worsening clinically, although myalgia recurred in two. Aseptic meningitis after discontinuing AZT has been reported,[7,21] but none of our patients developed this complication, although one (patient 15) died of recurrent opportunistic infection 5 weeks after stopping AZT. A postmortem examination was not performed.

Patients with HIV-related inflammatory myopathy improved with either plasma exchange or prednisone. In this group also, the speed and completeness of recovery were inversely related to the degree of weakness at the time of instituting therapy. The same observation has been noted in inflammatory neuropathies.[22]

Thus, two treatable primary muscle diseases may complicate HIV infection. Both have the same presenting symptom of progressive proximal weakness. The distribution of weakness did not differ in the two groups. Myalgia was a common complaint in the AZT group. AZT myopathy occurred mainly in AIDS patients, while inflammatory myopathy was seen in early HIV infection. In fact, one patient (patient 22) was found to be HIV-positive only after he presented with

myopathy. The CK and the EMG were abnormal and similar in both groups. Pathologic findings were of critical importance in distinguishing these two myopathies. Nemaline rods with variable inflammation were seen only in the inflammatory group, while a mitochondrial myopathy was typical of the AZT group. These findings suggest that early diagnosis is feasible and of great importance to insure an optimal therapeutic response.

## Acknowledgments

The authors wish to thank Sheila Concannon, MA, Virgilita Arenas, BS, and Marilyn York, BS, for their technical expertise, and John McCulloch and Sheila Concannon, MA, for photographic assistance.

## References

1. Simpson DM, Bender AN. Human immunodeficiency virus-associated myopathy: analysis of 11 patients. Ann Neurol 1988;24:79-84.
2. Dalakas MC, Pezeshkpour GH. Neuromuscular diseases associated with human immunodeficiency virus infection. Ann Neurol 1988;23(suppl):S38-S48.
3. Gonzales MF, Olney RK, So YT, et al. Subacute structural myopathy associated with human immunodeficiency virus infection. Arch Neurol 1988;45:585-587.
4. Dalakas MC, Pezeshkpour GH, Flaherty M. Progressive nemaline (rod) myopathy associated with HIV infection [letter]. N Engl J Med 1987;317:1602-1603.
5. Dalakas MC, Pezeshkpour GH, Gravell M, Sever JL. Polymyositis associated with AIDS retrovirus. JAMA 1986;256:2381-2383.
6. Dalakas M, Pezeshkpour GH. AZT-induced destructive inflammatory myopathy with abnormal mitochondria (DIM-Mi): study of seven patients [abstract]. Neurology 1989;39(suppl):152.
7. Helbert M, Fletcher T, Peddle B, et al. Zidovudine-associated myopathy [letter]. Lancet 1988;2:689-690.
8. Gorard DA, Henry K, Guiloff RJ. Necrotizing myopathy and zidovudine [letter]. Lancet 1988;1:1050.
9. Bessen LJ, Greene JB, Louie E, Seitzman P, Weinberg H. Severe polymyositis-like syndrome associated with zidovudine therapy of AIDS and ARC [letter]. N Engl J Med 1988;318:708.
10. Panegyres PK, Tan N, Kakulas BA, Hollingsworth P. Necrotizing myopathy and zidovudine [letter]. Lancet 1988;1:1050-1051.
11. Dalakas MC, Illa I, Pezeshkpour GH, et al. Mitochondrial myopathy caused by long-term zidovudine therapy. N Engl J Med 1990;322:1098-1105.
12. Miller RG, Parry GJ, Pfaeffl W, et al. The spectrum of peripheral neuropathy associated with ARC and AIDS. Muscle Nerve 1988;11:857-863.
13. Mastalgia FL. Adverse effects of drugs on muscle. Drugs 1982;24:304-321.
14. Britt CW, Light RR, Peters BH, Schochet SS. Rhabdomyolysis during treatment with epsilon-aminocaproic acid. Arch Neurol 1980;37:187-188.
15. Estes ML, Ewing-Wilson D, Chou SM, et al. Chloroquine neuromyotoxicity: clinical and pathologic perspective. Am J Med 1987;82:447-455.
16. Lange DJ, Britton CB, Younger DS, Hays AP. The neuromuscular manifestations of human immunodeficiency virus infections. Arch Neurol 1988;45:1084-1088.
17. Stern R, Gold J, Dicarlo EF. Myopathy complicating the acquired immune deficiency syndrome. Muscle Nerve 1987;10:318-322.
18. Nordstrom DM, Petropolis AA, Giorno R, Gates RH, Reddy VB. Inflammatory myopathy and acquired immunodeficiency syndrome. Arthritis Rheum 1988;4:475-479.
19. Bailey RO, Turok DI, Jaufmann BP, Singh JK. Myositis and acquired immunodeficiency syndrome. Hum Pathol 1987;18:749-751.
20. Richman DD, Fischl MA, Grieco MH, et al. The toxicity of azidothymidine (AZT) in the treatment of patients with AIDS and AIDS-related complex: a double-blind placebo-controlled trial. N Engl J Med 1987;317:192-197.
21. Pinching AJ, Helbert M, Peddle B, et al. Clinical experience with zidovudine for patients with acquired immune deficiency syndrome and acquired immune deficiency syndrome-related complex. J Infect 1989;18(suppl 1):33-40.
22. McKhann GM, Griffin JW, Cornblath DR, et al. Plasmapheresis and Guillain-Barré syndrome: analysis of prognostic factors and the effect of plasmapheresis. Ann Neurol 1988;23:347-353.

# Exhibit F

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug.

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (i.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
|---|
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

Definitions of the FOI Report

| | |
|---|---|
| Date | Date the report was received by the FDA. |
| ISR Number | Unique number for identifying an AERS report. |
| Report Type | The type of ISR received. Expedited (15-day) and periodic reports are from manufacturers; "direct" reports are voluntarily submitted to the FDA by non-manufacturers. |

| Report Type | Description |
|---|---|
| Expedited (15-day) | Mandatory reports received from the manufacturer informing the FDA of adverse events that are both serious and unexpected. By law, these reports must be delivered to the FDA, within 15 calendar days of the initial receipt by the manufacturer. |
| Periodic | These are mandatory reports that do not fall into the expedited category. These reports are delivered quarterly to the FDA. |
| Direct | These reports are from health professionals, private individuals or sources other than manufacturers. |

| | |
|---|---|
| Company Report Number | Manufacturer's unique report identifier. |
| Age | Numeric value of patient's age at event. |
| Gender | The gender of the patient (male, female, unknown, or Not specified). |
| Outcome | The results of the adverse event as. The following events are potential choices. |

| Outcome | DESCRIPTION |
|---|---|
| DE | Death |
| LT | Life-Threatening |
| HO | Hospitalization – Initial or Prolonged |
| DS | Disability |
| CA | Congenital Anomaly |
| RI | Required Intervention to prevent permanent impairment/damage |
| OT | Other |

| | |
|---|---|
| PT (Preferred Term) | The reported reaction, in medical terminology, describing the event. This is coded using the Medical Dictionary for Regulatory Activities (MedDRA). |
| Report Source | Identifies the initial source of the report. (I.e., Health Professional, Consumer, etc..) |
| Product | Name of drug. |
| Role | S = Suspect<br>C = Concomitant<br>PS = Primary Suspect<br>SS = Secondary Suspect |
| *Suspect Drug | The drug that the initial reporter deemed most likely to be associated with the reactions. |
| Concomitant Drug | A list of any drugs taken at the same time as the suspect medication, but not suspected of causing the adverse event. |
| Manufacturer | The company that manufacturers the drug. |
| Route | Route of administration of the drug. |
| Dose | Quantity of drug administered in a 24-hour period. |
| Units | Modifies the dose with units of measurements (e.g., mg, IU, ml, etc.). |
| Duration | Number of days the drug was used. |