# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To All Actions | ) MDL No. 1431 (MJD/JGL)<br>)<br>)<br>)<br>) |

# EXPERT WITNESS REPORT OF DAVID RICHMAN, M.D.

## I. BACKGROUND & QUALIFICATIONS

1. I am a Professor in the Department of Neurology at the University of California at Davis School of Medicine in Davis, California. I served as chair of the Department from 1991 to 1997. Between 1976 and 1991, I was a Professor, Associate Professor, and Assistant Professor in the Department of Neurology and the Committee on Immunology and Neurobiology, Division of Biological Sciences and the Pritzker School of Medicine, the University of Chicago, Chicago, Illinois. A true copy of my C.V. is attached as Exhibit A.

2. I have been Board Certified in Neurology since 1976. I received my medical degree from Johns Hopkins University School of Medicine, Baltimore, Maryland, in 1969. I served an internship and residency at the Albert Einstein College of Medicine in New York from 1969 to 1971. From 1971 to 1974, I was Assistant Resident, Resident and Chief Resident, Neurology, Massachusetts General Hospital, Boston, Massachusetts. From 1974 to 1976, I was a Research Fellow in Neurology at the Harvard Medical School, and Clinical and Research Fellow in Neuroimmunology at the Massachusetts General Hospital, Boston, Massachusetts.

3. In 1999, I was a Member of the Special Review Committee of the National Institute of Arthritis, Muscoloskeletal and Skin Diseases. I have also served on numerous other national advisory committees, including several for the National Institutes of Health (NIH). I currently serve on an NIH panel reviewing clinical studies of a drug designed to treat the muscle disease known as inclusion body myositis.

Δ π EXHIBIT 2
Deponent Richman
Date 2/11/04 Rptr. KK
WWW.DEPOBOOK.COM

4. The principal subject of my research is myasthenia gravis, a neuromuscular disorder. Expertise in muscle function and disease is integral to this field. I have devoted a substantial portion of my career to the study of muscle function and disease.

5. I have published 95 peer-reviewed articles and 73 abstracts in scientific journals and textbooks, in subjects relating to neurology and muscle disease. I am a member of numerous professional societies and organizations, including the American Neurological Association, American Academy of Neurology, and the American Association for the Advancement of Science. In my clinical practice, I have treated patients suffering from muscle complaints associated with use of statin drugs.

6. I have been asked to provide opinions concerning the cause and effect relationship between exposure to Baycol (cerivastatin) and muscle disease; methods of diagnosis; and range of clinical outcomes of such injuries. The opinions in this report are expressed to a reasonable degree of medical probability, based upon generally accepted scientific methodology, including review of peer-reviewed literature and clinical records, as well as reliance upon over 30 years of medical training and experience.

## II. SUMMARY OF OPINIONS

7. Baycol is a member of the class of pharmaceuticals known as statins, or HMG-CoA reductase inhibitors, which have been prescribed for the reduction of serum cholesterol levels. There is no doubt that statins as a class, and Baycol in particular, cause a toxic myopathy, or muscle damage resulting from drug exposure. All statins are also capable of causing rhabdomyolysis, a clinical syndrome that results from very severe injury to skeletal muscle cells with the resultant release of cell contents into the plasma. See, e.g., Farmer, "Learning from the Cerivastatin Experience," Lancet 2001; 358:1388-84.

8. On August 8, 2001, Baycol was withdrawn from the market after adverse events of fatal rhabdomyolysis were reported to the FDA at a rate "16 to 80 times as high" among patients using Baycol as the rate among patients using any other statin. Staffa, et al., Cerivastatin and Reports of Fatal Rhabdomyolysis," New England Journal of Medicine 2002; 346:539-540. Adverse events are typically underreported. Id. Therefore, these fatal case reports

are not true incidence data. Nevertheless, there is no reason to expect underreporting to affect data for one drug differently from others. A comparison of safety among the various statins was the apparent reason for publishing the data, which showed that Baycol was associated with a far greater risk of fatal rhabdomyolysis.

9. A leading medical journal has stated that the "tragic rate of rhabdomyolysis with cerivastatin . . . seems to be at least tenfold higher than with first generation statins . . . ." Farmer, "Learning from the Cerivastatin Experience," Lancet 2001; 358:1383-1384.

10. Since the withdrawal of Baycol, I am not aware of any peer-reviewed literature suggesting that Baycol is as safe as other members of the statin class.

11. Muscle damage caused by statins can best be described in terms of a continuum, ranging from mild, temporary conditions to very severe and permanent injuries. While many patients recover from muscle injuries associated with rhabdomyolysis, such muscle damage "may result in prolonged rehabilitation and permanent disability in a minority of patients." Woodrow, et al., "The Clinical and Biochemical Features of Acute Renal Failure Due to Rhabdomyolysis," Renal Failure (1995); 17:467-474, at 473.

12. Methods that can be used to determine whether a patient has suffered an initial or residual muscle injury due to statin exposure include laboratory measure of creatine kinase (CK), clinical history, strength testing, electromyography (EMG), and muscle biopsy.

13. Recovery from muscle damage is less rapid and less complete among the elderly than among younger populations.

14. The basis for these opinions is further described in the following sections of this Report.

## III. BAYCOL AND STATIN DRUGS CAUSE A CONTINUUM OF MUSCLE INJURIES

15. As noted above, Baycol and statins cause a continuum of muscle injury from mild to severe. A recent review of the literature by Thompson et. al ("Statin-Associated Myopathy," JAMA 289 (2003); 13:1681-1690) has documented the wide range of abnormalities

that have been described from muscle aches without weakness or laboratory abnormalities to severe necrosis (rhabdomyolysis) of many muscles with resultant renal failure. The Thompson article also includes a useful discussion of the possible mechanisms by which statins induce myopathy.

16. An article by Phillips, et al., "Statin-Associated Myopathy With Normal Creatine Kinase Levels," Annals of Internal Medicine (2002); 137:581-585, describes the milder end of the continuum of damage. CK is an intracellular muscle protein that is released into the blood as a result of muscle breakdown. It can be measured in the blood serum to roughly quantify the degree of muscle cell destruction caused by toxic or other injury to the muscle cells. CK and other muscle cell contents, such as myoglobin, are released into the bloodstream when muscle cell membranes are ruptured, and higher CK levels indicate a greater degree of muscle cell destruction. Phillips demonstrated that statins cause muscle injury even when CK levels are not elevated beyond the normal range. Phillips' research shows that muscle cells can be damaged before cell membranes are completely ruptured. The damaged but non-ruptured muscle cells can cause the aches, pains and weakness reported by statin patients, including those described in the Phillips study. Moreover, lesser degrees of muscle injury, releasing small amounts of CK, may not be detectable because of the normal rate at which CK is removed from the bloodstream. Phillips also reported upon muscle biopsy samples objectively showing the damage to patients' muscle cells.[1] In these relatively mild cases, patients reported that their muscle complaints stopped after they discontinued statin use.

17. At the opposite end of the continuum, I have reviewed the records of a 78-year-old patient who suffered from severe rhabdomyolysis as a result of statin exposure. Because of the severity of the rhabdomyolysis, the patient developed fibrosis of muscle tissue which is so extensive that it continues to prevent his joints from moving, well over a year after the onset of rhabdomyolysis and cessation of statin use. A biopsy performed approximately four

---

[1] Because muscle biopsies are invasive and painful procedures, they are generally not performed unless the results may be significant for research purposes, or to guide treatment options. Phillips' report of biopsy results in the research setting provides useful confirmation that statins do cause demonstrable damage to muscle tissue (even in the absence of an elevated CK), but such procedures are not necessary to diagnose statin-induced muscle injuries.

months after the acute episode confirmed "focal fibrosis around individual muscle fibers." It appears from the medical records that this patient had been taking another statin drug, along with Lopid, and that he did not suffer from rhabdomyolysis until after Baycol was added. The severity of the injury and its persistence to date support the conclusion that the patient's injury is probably permanent.

18. Between these two extremes, it is likely that patients experience a range of mild to severe initial injuries attributable to statin drugs, with some individuals suffering from persistent aches, pains or weakness as a result of toxic myopathy. Where rhabdomyolysis has occurred, fibrotic tissue can replace healthy muscle, causing residual injury. Even in relatively mild cases where CK levels did not exceed twice the upper limit of normal, myopathies have been confirmed by biopsies showing that "biochemical mitochondrial abnormalities were still present one year after stopping the drug." England, "Mitochondrial Myopathy Developing on Treatment With the HMG-CoA Reductase Inhibitors — Simvastatin and Pravastatin," England Aust NZ J Med 1995; 25:374-375. As noted above, muscle biopsies for research purposes confirm the presence of damaged tissue, but are neither essential, nor typically used, to diagnose statin-induced muscle injuries in clinical practice.

19. The risk of statin-induced myopathy is dose related, and larger doses increase the risk. Blum, "Comparison of Properties of Four Inhibitors of 3-Hydroxy-3 Methylglutaryl-Coenzyme A Reductase" Am J of Cardiology 1994; 73:30-110 at 70.

20. There are numerous reports in the medical literature describing the outcome of rhabdomyolysis among statin users. The muscle injuries caused by the various statins are similar, although the literature suggests that Baycol has a higher attack rate. The following summary of case reports is indicative of the range of disease reported in association with Baycol or other statins. Because of the serious risk of renal failure and death due to rhabdomyolysis, the case reports do not necessarily focus on muscle complaints or residual muscle injuries. Nevertheless, the case reports do provide some useful information on these subjects.

a. Ravnan, et al., published an article entitled "Cerivastatin-Induced Rhabdomyolysis: Eleven Case Reports," Pharmacotherapy 2002; 22:533-537. The authors reported upon 11 patients who were hospitalized and diagnosed with Baycol-induced rhabdomyolysis during a 16-month period. All patients complained of severe leg pain. Rhabdomyolysis was defined as increased CK >5x ULN; all 11 patients had highly elevated CK, with maximum levels ranging from 7768 through 348,000 U/L. Seven of the patients required inpatient hemodialysis. In 6 patients, symptoms resolved after treatment, with no permanent disability; however, the authors do not state how long it took for symptoms to resolve. One patient died, and 4 were lost to follow-up. Of interest, the authors noted that "no patients with rhabdomyolysis secondary to any other statin were admitted" to the three hospitals included in their survey, during the time period when 11 Baycol users were admitted with that condition.

b. A 77 year old woman suffered rhabdomyolysis three weeks after beginning cerivastatin (Baycol) 0.3mg/day, a relatively low dose. The authors state that "rhabdomyolysis was induced by cerivastatin monotherapy." Gemici, et al., "Rhabdomyolysis Due to Cerivastatin Monotherapy," American Journal of Medicine 2001; 110:742. The patient suffered kidney failure and underwent hemodialysis.

c. A 74 year old diabetic woman developed rhabdomyolysis after treatment with cerivastatin (Baycol) .3mg daily and gemfibrozil 600mg twice daily. Alexandridis, Am J. of Medicine 2000; 109:261-262. Bilateral lower extremity myalgia and weakness appeared two weeks after she began taking Baycol; the patient had been on pravastatin for five years without any adverse effect. The patient was treated with aggressive hydration and urine alkalinazation; laboratory abnormalities and symptoms gradually improved. The authors noted that risk factors for statin-induced rhabdomyolysis include older age and female gender.

d. An 82 year old man had taken gemfibrozil for over 7 years without adverse effect. One month after adding cerivastatin 0.4mg daily, the patient was admitted with a diagnosis of rhabdomyolysis secondary to a combination of cerivastatin (Baycol) and gemfibrozil. The authors stated that they reported the case "to illustrate why the manufacturer

chose to withdraw cerivastatin." Bruno-Joyce, et al., "Cerivastatin and Gemfibrozil-associated Rhabdomyolysis," Annals of Pharmacotherapy 2001; 35:1016-1019.

e. A 54 year old man suffered "acute necrotizing myopathy (rhabdomyolysis) secondary to lovastatin and niacin," a combination he had taken for 12 months before diagnosis. He presented to the hospital with a 10 day history of progressive, profound muscle weakness, to the extent that he was unable to walk. A biopsy demonstrated injury to about 40% of myofibers (i.e. muscle cells), indicating a severe toxic effect. CK levels were measured at 121,000 U/L, and myoglobin was found in the patient's urine. The authors stated that "recovery occurred gradually with cessation of medication. The spectrum of cholesterol lowering agents myopathy may include delayed cases of unusual severity." Hill, et al., "Case of the Month: February 1999 – 54 year old man with severe muscle weakness," Brain Pathology 1999; 9:607-608.

f. A 53 year old man took simvastatin for two years, from 1987 to 1989, before developing diffuse myalgia in March 1989. CK levels were significantly elevated in a laboratory result of April 3, 1989, and simvastatin was discontinued on April 5. On April 13, 1989, biopsy of the quadriceps muscle "showed sequelae of an acute myolysis." Although CK levels were normal by April 17, 1989, muscle weakness persisted until autumn 1989, approximately six months after the drug was discontinued. Desylpere, et al., "Rhabdomyolysis and Simvastatin," Annals of Internal Medicine 1991; 114:342.

g. A 65 year old woman suffered acute rhabdomyolysis with secondary acute renal failure (ARF) associated with lovastatin. The authors state, "Muscular symptomatology began to improve in the 3d week; she was able to get out of bed in the 4th week, as enzimes (sic) returned to normal values, and she achieved complete recovery 3 months later. An EMG study on the second day was without anomalies. Ten days later, it showed an acute myositis pattern with myogenic and short polyphasy signs in all explored muscles." Fernandez Zatarain, et al., Nephron 1994; 66:483-484.

h. A 76 year old woman taking lovastatin and clarithromycin was diagnosed with acute rhabdomyolysis. Muscle pain and weakness persisted throughout a 9 day

hospital stay, followed by transfer to an inpatient rehabilitation center for 11 days to recuperate and improve muscle strength. Grunden, et al., "Lovastatin-induced Rhabdomyolysis Possibly Associated With Clarithromycin and Azithromycin," Ann Pharmacother 1997; 31:859-63. The same authors described another patient whose muscle aches resolved within three days after hospitalization.

i. Chariot et al. described a case report of "Simvastatin-Induced Rhabdomyolysis Followed by a MELAS Syndrome" American Journal of Medicine 1993; 94:109. The authors noted that statins, or HMG-CoA inhibitors, induced deficiency of mevalonate, which is required for synthesis of cholesterol and coenzyme Q10 (CoQ10), a central compound of the mitochrondrial respiratory chain. Citing previous research that suggested mitochrondrial dysfunction as the origin of statin-induced muscle disorders, the authors noted that the patient had abnormally low muscle concentration of CoQ10, and that the condition improved with CoQ10 therapy. Before such treatment, motor function improvement had been "incomplete" despite return to normal CK levels. A muscle biopsy performed three months after hospital admission showed mixed myopathic and neurogenic changes as well as abnormal mitochondria. After a three month treatment with CoQ10, the muscle biopsy no longer showed ragged-red fibers, and muscle CoQ10 concentration had returned to normal. Mitochrondial dysfunction through CoQ10 deficiency is a plausible mechanism for statin-induced muscle toxicity.

j. A patient who took simvastatin and ketoconazole suffered drug-induced rhabdomyolysis. EMG showed fibrillations at rest; the muscles examined showed "low duration and amplitude of motor unit potentials, suggesting a myopathic pattern." Biopsy demonstrated "muscle fiber necrosis and fragmentation with no inflammatory infiltration." After three weeks of hospitalization, the patient was improved, but required a cane to walk. Gilad, "Rhabdomyolysis Induced by Simvastatin and Ketoconazole Treatment," Clin Neuropharmacol 1999; 22:295-297, at 296.

k. Rhabdomyolysis due to other causes can also result in residual effects indicating the range of outcomes of this syndrome. For example, in one reported case, a

27 year-old man suffered rhabdomyolysis associated with heroin use. He experienced acute renal failure requiring dialysis, as well as lower leg weakness from which "he had not completely recovered," one year after discharge. Chan, *et al*, "Acute Heroin Intoxication with Complications," *etc.*, Chinese Med. J. 1995; 55:397-400 at 398. This report provides further support for the conclusion that myopathies can cause residual muscle injuries.

## IV. LAB RESULTS, CLINICAL HISTORY, STRENGTH TESTING, EMG AND BIOPSY ARE USED TO DIAGNOSE INITIAL AND RESIDUAL MUSCLE INJURIES

### A. CK Data

21. The diagnostic criteria for toxic myopathy and rhabdomyolysis are not uniformly stated in the scientific literature. Some literature incorrectly states that a diagnosis of myopathy depends upon a finding of CK $\geq$ ten times the upper limit of normal. Rather, if CK is to be used to diagnose myopathy, any finding of CK above the normal range is sufficient to make such a diagnosis. See, e.g., Gaist, et al., "Lipid-Lowering Drugs and Risk of Myopathy: A Population Based Follow-Up Study" Epidemiology 2001; 12:565-569 at 567.

22. The term rhabdomyolysis is commonly used to refer to a clinical syndrome resulting from a more severe subset of myopathies. A well-accepted, peer-reviewed article by Gabow, "The Spectrum of Rhabdomyolysis," Medicine (1982); 61:141-152 "used a five-fold or greater increase in serum CK in patients without apparent cardiac or brain injury as the single diagnostic criterion for rhabdomyolysis." I agree that this is an appropriate definition of rhabdomyolysis. However, the presence of CK following an episode of rhabdomyolysis is transient, and CK levels often return to baseline within 10-14 days. Where there is a delay in testing following the onset of rhabdomyolysis, the CK is "already on the decline," and peak CK level may be estimated "by extrapolation," based on the half-life in serum and the rate of clearance from the body. Mogyorisi, "Rhabdomyolysis and Acute Renal Failure Due to Combination Therapy with Simustatin and Warfarin," Journal of Internal Medicine 1999; 246:599-602, at 601.

B. **Clinical Information**

23. In the event that the CK level is not measured in a timely manner, rhabdomyolysis may be diagnosed retrospectively on the basis of clinical information, including exposure to a statin or other muscle toxin, complaints of muscle pain or weakness, and/or brownish discoloration of urine resulting from the presence of myoglobin released by ruptured muscle cells.

24. Because the rupture of muscle cells results in leakage of myoglobin into the bloodstream, myoglobinuria is also diagnostic of rhabdomyolysis. However, elevations of myoglobin are even more transient than elevations in CK, and thus such measurement is often unavailable to diagnose rhabdomyolysis. Since elevated myoglobin results in brownish discoloration of urine, that condition may lead the patient to seek medical intervention, which can result in laboratory testing of CK level and/or clinical evaluation.

C. **Strength Testing**

25. A principal method to diagnose the presence and severity of muscle injury is strength testing. Phillips, et al. (cited at ¶ 16, above), conducted muscular strength tests of hip abduction and flexion, during both placebo use and statin therapy. Phillips employed a mechanical device that allowed for accurate comparisons of the diminished strength exhibited by patients who suffered from muscle pain and weakness while on statins, including cerivastatin. Other medical literature includes reference to the use of clinical measurement of muscle strength among statin patients with muscle damage. This is a standard method which employs a scale of 1 to 5 to record muscle strength, as interpreted by a physician trained to administer such clinical examinations. See, e.g., Gilad, et al., "Rhabdomyolysis Induced by Simvastatin and Ketoconazole Treatment," Clinical Neuropharmocology 1999; 22:295-297, in which the authors describe the patient's different muscle groups as having strength varying from 2/5 to 4/5 following statin exposure. The authors also employed laboratory testing, EMG and biopsy, which confirmed the "diagnoses of drug-induced rhabdomyolysis." Id. at 296. Strength testing is an accepted method of diagnosing both acute and residual muscle injuries.

**D. EMG**

26. EMG can also be useful in diagnosing the extent and nature of injuries due to statin use. In the example of the patient referenced in paragraph 17, above, an EMG taken several weeks after the acute injury found that "EMG features are quite abnormal in all muscles, showing scattered fibrillation potentials and prominent changes in the morphology of motor units." (Loma Linda University Electrodiagnostic Medical Lab, EMG Report, September 13, 2001.) These findings are consistent with the severe muscle damage suffered by the patient due to Baycol exposure. EMG results have also been referenced in medical literature concerning Baycol injuries. For example, London, et al. reported the case of a 67-year old woman who took Lovastatin and Gemfibrozil for 9 months prior to hospitalization with weakness of the muscles. CK was elevated at 15,360 U/L. "EMG and nerve conduction studies demonstrated wide-spread fibrillation potentials, complex repetitive discharges, myotonic discharges, short-duration polyphasic motor units of decreased amplitude demonstrating 'early recruitments' and full interference pattern with little effort." These EMG findings are consistent with muscle injury caused by statin exposure. The authors reported that CK decreased rapidly and returned to the normal range within 10 days. However, while CK remained normal, "mild muscle weakness and EMG findings of a mild myopathy persist[ed]" over the ensuing months, continuing up to the time when the manuscript was submitted for publication. "Cholesterol-Lowering Agent Myopathy," Neurology 1991; 41:1159-1160.

**E. Biopsy**

27. Biopsy is a procedure involving removal of a small portion of tissue for microscopic examination. Muscle biopsies may be useful in diagnosing damage due to statin exposure; however, because the biopsy is only a sample from a larger tissue, the biopsy can result in a "false negative" if it fails to obtain tissue from a portion of the tissue affected by the disease. Also, since the procedure is painful and invasive, it is not typically used to diagnose statin-induced muscle injury.

28. Phillips (referenced at ¶ 16, above), reported on muscle biopsies that showed evidence of mitochrondrial dysfunction, including abnormally increased lipid stores,

fibers that did not stain for cytochromes oxidase activity, and ragged red fibers, among patients who had muscle complaints but normal levels of CK. Phillips described these patients as having "significant myopathy." The biopsy findings reversed in three patients who had repeat biopsy when they were not receiving statins. Annals of Internal Medicine 2002; 137: 581-585. The reversal of biopsy findings after cessation of drug use is strong evidence that statin exposure caused the injuries in the first instance.

29. The patient referenced at paragraph 17 above underwent muscle biopsy approximately four months after the initial injury. The biopsy samples were described as demonstrating "evidence of muscle fiber injury, with focal fibrosis around individual muscle fibers," which had not reversed despite the passage of time, due to the severity of the initial insult. (Loma Linda University Medical Center, Surgical Pathology Final Reports, November 27, 2001, page 6.) The biopsy finding of fibrosis is highly significant in explaining the residual effects of the patient's statin-induced myopathy.

## V. RHABDOMYOLYSIS PROBABLY HAS MORE SEVERE EFFECTS AMONG THE ELDERLY, DUE TO DIMINISHED REGENERATION OF DAMAGED MUSCLE

30. The effects of rhabdomyolysis are likely to be more severe among elderly patients, as described below. This is significant because of the advanced age of the population that took Baycol. Literature describing the reduced capacity for muscle regeneration among the elderly is summarized below.

31. In a study of rhabdomyolysis among 23 elderly patients, the authors stated, "[A]ging muscle is thought to be more vulnerable to hypoxic injury than muscle of young people. There is decline with age in activity of enzymes involved in the development of energy in muscles, particularly in glycolytic enzymes." Marcus, et al., "Occult Elevation of CK as a Manifestation of Rhabdomyolysis in the Elderly," JAGS 1992; 40:454-456 at 456. The authors defined rhabdomyolysis as a five-fold or greater increase in serum CK. Rhabdomyolysis cases were relatively mild, with peak CK averaging about 11.8 times upper limit of normal. Id. at 455-456.

32. "The regenerative potential for skeletal muscle, and overall muscle mass, decline with age." Cannon, "Intrinsic and Extrinsic Factors in Muscle Aging," Ann. NY Acad. Sci., 1998; 854:72-77 at 72. In old age, neuromuscular contacts are disrupted and instability at the neuromuscular junction increases. Once a muscle fiber is denervated, it can become reinnervated or remain denervated permanently, and can undergo rapid atrophy. Carlson, "Factors Influencing the Repair and Adaptation of Muscles in Aged Individuals: Satellite Cells and Innervation," J. Gerontol. A., 1995; 50A:96-100, at 97-98. The response to injury to muscle, whether by toxic insult or other causes, is degeneration of muscle fibers, followed by regeneration. However, studies have shown that "old muscle regenerates less successfully than young muscle. This is reflected in both the rate of regeneration and the amount of muscle replaced." Id. at 98.

33. Additional factors contribute to the impaired capacity for regeneration of muscles among the elderly. See Brooks, et al., "Skeletal Muscle Weakness in Old Age: Underlying Mechanisms," Med. Sci. Sports Exer., 1994; 26:432-39:

a. Muscle atrophy: By 60-70 years of age, muscle mass of human beings decreases by 25-30%. Such atrophy appears to involve loss of muscle fibers and is not fully reversible with increased activity;

b. Absolute force: Between ages 30 and 80, muscle strength decreases 30-40%, and this decrease in strength correlates well with decrease in muscle mass;

c. Reduced delivery of oxygen by blood flow;

d. Impaired ability for reinnervation, which contributes to decrease in muscle regenerative capacity;

e. Preferential degeneration of faster motor nerves.

34. All of these elements contribute to the difficulties of elderly patients in recuperating from muscle damage caused by Baycol.

## VI. CONCLUSION

35. Baycol causes a range of muscle injuries, from mild, transient pain or weakness, to severe and permanent disability. Some patients fully recover, while others

probably experience residual pain and/or loss of function, as a result of replacement of healthy muscle with fibrotic tissue, or the diminished regeneration of damaged muscle associated with aging, or both.

December 1, 2003
Date

David P. Richman, M.D.

Exhibit A

Curriculum Vitae

**DAVID PAUL RICHMAN, M.D.**

Δ π EXHIBIT 16
Deponent Richman
Date 2/11/04 Rptr. KK
WWW.DEPOBOOK.COM

| | |
|---|---|
| Date and Place of Birth: | June 9, 1943, Boston, Massachusetts |
| Marital Status: | Married, two children |
| Education: | 1965: A.B. Mathematics, Princeton University, Princeton, New Jersey<br>1969: M.D. Johns Hopkins University School of Medicine, Baltimore, Maryland |

Professional and Research Experience:

| | |
|---|---|
| 1969-1970: | Medical Intern, Bronx Municipal Hospital Center - Albert Einstein College of Medicine, New York |
| 1970-1971: | Assistant Resident, Medicine, Bronx Municipal Hospital Center, Albert Einstein College of Medicine, New York |
| 1971-1974: | Assistant Resident and Resident, Neurology, Massachusetts General Hospital, Boston, Massachusetts; Clinical Fellow, Neurology, Harvard Medical School, Boston, Massachusetts |
| 1973-1974: | Chief Resident, Neurology, Massachusetts General Hospital, Boston, Massachusetts |
| 1974-1976: | Clinical and Research Fellow, Neurology (Neuroimmunology) Massachusetts General Hospital, Boston, Massachusetts (Laboratory of Dr. B.G.W. Arnason) |
| 1974-1975: | Research Fellow, Neurology, Harvard Medical School, Boston, Massachusetts |
| 1975-1976: | Instructor in Neurology, Harvard Medical School, Boston, Massachusetts |
| 1976-1980: | Assistant Professor, Department of Neurology and the Committee on Immunology, The Division of the Biological Sciences and the Pritzker School of Medicine, The University of Chicago, Chicago, Illinois |
| 1981-1985: | Associate Professor, Department of Neurology and the Committee on Immunology, The Division of the Biological Sciences and the Pritzker School of Medicine, The University of Chicago, Chicago, Illinois |
| 1985-1991: | Professor, Department of Neurology and the Committees on Immunology and Neurobiology, The Division of the Biological Sciences and the Pritzker School of Medicine, The University of Chicago, Chicago, Illinois |
| 1988-1991: | Marjorie and Robert E. Straus Professor of Neurological Science, Department of Neurology, The Division of the Biological Sciences and the Pritzker School of Medicine, The University of Chicago, Chicago, Illinois |
| 1991-1997 | Chair, Department of Neurology, University of California, Davis, School of Medicine, Davis, California |
| 1991- | Professor, Department of Neurology, University of California, Davis, School of Medicine, Davis, California; Member Graduate Group in Neuroscience and the Center for Neuroscience |

Certifications:

1976: Certification in Neurology, American Board of Psychiatry and Neurology

EXHIBIT A

Societies, Organizations, University Committees:

Phi Beta Kappa
Sigma Xi
American Neurological Association
Scientific Program Committee, 1995-1997
American Academy of Neurology
American Association of Immunologists
American Association for the Advancement of Science
Association of University Professors of Neurology, 1991-
Residency Quality Improvement Committee, 1994-
Clinical Immunology Society
International Society of Neuroimmunologists
Board of Directors, National Myasthenia Gravis Foundation, Inc., 1995-7
Medical Advisory Board of the National Myasthenia Gravis Foundation, Inc.
Chairman, Scientific Program Committee, 1988-1996
Assistant Secretary, 1990-92
Secretary, 1992-93
Chairman Elect, 1994-95
Chairman, 1995-1997
Chairman, Myasthenia Gravis Foundation Medical Advisory Board, Chicago Chapter, 1980-91
Medical Advisory Board, California Chapter, Myasthenia Gravis Foundation, 1991-
Chairman, Scientific Advisory Committee, 1998-
Executive Committee, Medical Staff Organization, Univ. of Chicago Hospitals and Clinics, 1983-1986
Dean's Advisory Committee, Division of Biological Sciences and Pritzker School of Medicine, University of Chicago, 1986-89
Council of the University Senate, University of Chicago, 1989-91
Co-Organizer of the 8th International Conference on Myasthenia Gravis and Related Disorders, Washington, D.C., April 12-15, 1992
Organizer of the 9th International Conference on Myasthenia Gravis and Related Disorders, Los Angeles, CA, May 7-10, 1997
Dean's Advisory Council, School of Medicine, University of California, Davis, 1992-93
Chair, Search Committee for Chair of Department of Psychiatry, University of California, Davis, 1993-94
Member, Search Committee for Chair for Department of Neurological Surgery, University of California, Davis, 1995-97

National Advisory Committees:

Aging Review Committee (Study Section), National Institute on Aging, 1984-85
Immunological Sciences Study Section, Div. of Research Grants, National Institutes of Health, 1986-90
Reviewers Reserve Corps, Division of Research Grants, National Institutes of Health, 1990-
Editorial Board, Autoimmunity Forum - Neurology, 1989-91
Scientific Review Committee B, National Multiple Sclerosis Society, 1991-95
Chair, Experimental Immunology (AHR-M2,S2), Study Section, Division of Research Grants, National Institutes of Health, 1993
Member, Special Review Committee, National Institute of Arthritis, Musculoskeletal and Skin Diseases, 1999-
Member, Performance and Standards Monitoring Board (Tawil), NET, National Institute of Neurological Disorders and Stroke, 1999-

Honors:

University Scholar, Princeton University, 1962-1965
Florida Heart Association Summer Fellowship, 1966
Henry Viets Student Fellowship, Myasthenia Gravis Foundation, 1968
Kermit Osserman Post-Doctoral Fellowship, Myasthenia Gravis Foundation, 1974-1975
Muscular Dystrophy Association, Post-Doctoral Fellowship, 1975-1976

Research Grant Funding

Myasthenia Gravis Foundation, Kermit Osserman Postdoctoral Fellowship, "Experimental Myasthenia", David P. Richman, Principal Investigator, 7/1/74-6/30/75, $10,000 annual direct costs.

Muscular Dystrophy Association, Postdoctoral Research Fellowship, "Immunological Studies of Human and Experimental Myasthenia Gravis and Polymyositis", David P. Richman, Principal Investigator, 7/1/75-6/30/77, $13,000 annual direct costs.

Muscular Dystrophy Association, Research Grant: "Experimental Autoimmune Myasthenia Gravis," David P. Richman, Principal Investigator, 7/1/78-6/30/80, $30,000 annual direct costs.

Muscular Dystrophy Association, Research Grant: "Experimental Myasthenia Induced by Anti-acetylcholine Receptor Monoclonal Antibodies", David P. Richman, Principal Investigator, 1/1/83-12/31/85, $28,912 annual direct costs.

NIH R01 NS15462-17, "AntiIdiotypic Antibodies in Myasthenia Gravis", David P. Richman, Principal Investigator, 4/1/79-3/31/96, $154,167 annual direct costs.

NIH R01 NS19779-12, "Pathogenic Mechanisms in Myasthenia," David P. Richman, Principal Investigator, 7/1/84-3/30/98, $147,675 annual direct costs.

NIH P01 NS21442, "Amyotrophic Lateral Sclerosis, A Program Project," Project 3: "Studies of the Neuromuscular Junction in ALS", David P. Richman, Principal Investigator, 12/1/84-11/30/87, $82,558 annual direct costs.

NIH P01 NS24304, "Structure/Function Analysis of AcAChR Epitopes," David P. Richman, Program Director, 1/1/87-12/31/92, $461,781 annual direct costs.

Core A, "Administrative Core", David P. Richman, Principal Investigator, 1/1/87-12/31/92, $22,040 annual direct costs.

Core B, "Scientific Core", David P. Richman, Principal Investigator, 1/1/87-12/31/92, $85,632 annual direct costs.

Project 1, "Monoclonal Abs: Probes of Acetylcholine Receptor Function," David P. Richman, Principal Investigator, 1/1/87-12/31/92, $54,027 annual direct costs.

Project 4, "In Vivo Effects of Antibodies Blocking AcChR Function," David P. Richman, Principal Investigator, 1/1/87-12/31/92, $51,895 annual direct costs.

NIH R13 NS36137, "9th International Conference on Myasthenia Gravis", David P. Richman, Principal Investigator, 5/1/97-4/30/98, $20,000 annual direct costs.

Sandoz Research Institute and the Muscular Dystrophy Association, "Multicenter Study of the Safety and Efficacy of Cyclosporin in Myasthenia Gravis," David P. Richman, Principal Investigator, 7/1/87-6/30/89, $26,000 annual direct costs.

Sandoz Research Institute, "Multicenter Study of the Efficacy of Cyclosporin in Steroid Dependent Myasthenia Gravis", David P. Richman, Principal Investigator, 1/1/89-12/31/91, $48,000 annual direct costs.

Pharmacia AB, "Multicenter Phase III Trial of Linomide in Multiple Sclerosis", David P. Richman, Co-investigator, 10/1/95-9/30/99, $140,000 annual direct costs.

NIH P01 NS39130, "Nonimmune Disorders of Neuromuscular Transmission," David P. Richman, Program Director, 7/1/00-6/30/05, $811,852 annual direct costs (under revision).

Core A, "Clinical Core: Clinical Analysis of Nonimmune Disorders of Neuromuscular Transmission," David P. Richman, Principal Investigator, 7/1/00-6/30/05, $219,092 annual direct costs.

Project 1, "Structural Analysis of the Neuromuscular Junction in Nonimmune Myasthenias," David P. Richman, Principal Investigator, 7/1/00-6/30/05, $177,916 annual direct costs.

Myasthenia Gravis Foundation of California. "Congenital Myasthenia Gravis," David P. Richman, Principal Investigator, 7/1/98-6/30/00, $25,000 total direct costs.

Myasthenia Gravis Foundation of California. "Recombinant Antibodies: A New Treatment of Myasthenia Gravis," David P. Richman, Principal Investigator, 11/1/99-10/31/01, $50,000 total direct costs.

NIH R01, "Role of Immunity to Alpha-Crystallin in MS and EAE," Mark Agius, Principal Investigator, David P. Richman, Co-Investigator, 7/1/00-6/30/05, $216,335 annual direct costs, (under revision)

National Multiple Sclerosis Society, "Role of Immunity to Alpha-Crystallin in the Pathogenesis of EAE and MS," Mark Agius, Principal Investigator, David P. Richman, Co-Investigator, 4/1/00-3/31/05, $148,792 annual direct costs (under revision)

NIH R01, "Electron Imaging of Acetylcholine Receptor Arrays," Robert H. Fairclough, Principal Investigator, David P. Richman, Co-Investigator, 7/1/00-6/30/05, $143,874 annual direct costs (under revision)

Center of Medicinal Cannabis Research (University of California), "Cannabis for Spasticity/Tremor in MS: Placebo-Controlled Study." Mark Agius, Principal Investigator, David P. Richman, Co-Principal Investigator, 7/1/01-6/30/03, $142,129 annual direct costs (pending)

PUBLICATIONS:


1. 1969 Arnason, B.G.W. and Richman, D.P.: Effect of oral contraceptives on experimental demyelinating disease. Arch. Neurol. 21:103-108.

2. 1969 Arnason, B.G.W. and Richman, D.P.: Effect of estrogen, progestin and combined estrogen-progestin oral contraceptive preparations on experimental allergic encephalomyelitis. Trans. ANA 94:54-58.

3. 1970 Richman, D.P.: Relative frequency of Hurler and Hunter syndromes. N. Eng. J. Med. 283:1466, (Correspondence).

4. 1974 Richman, D.P., Stewart, R.M. and Caviness, V.S., Jr.: Cerebral microgyria in a 27-week fetus: An architectonic and topographic analysis. J. Neuropath. Exp. Neurol. 33:374-384.

5. 1975 Stewart, R.M., Richman, D.P. and Caviness, F.S., Jr.: Lissencephaly and pachygyria: An architectonic and topographic analysis. Acta Neuropath. 31:1-12.

6. 1975 Richman, D.P., Stewart, R.M., Hutchinson, J.W. and Caviness, V.S., Jr.: Mechanical model of brain convolutional development. Science 189:18-21.

7. 1976 Richman, D.P., Patrick, J. and Arnason, B.G.W.: Cellular immunity in myasthenia gravis: Response to purified acetylcholine receptor and autologous thymocytes. N. Eng. J. Med. 294:694-698.

8. 1976 Richman, D.P., Patrick, J. and Arnason, B.G.W.: Lymphocyte stimulation by acetylcholine receptor in myasthenia gravis. N. Eng. J. Med. 295:226 (Correspondence).

9. 1976 Antel, J.P., Richman, D.P., and Arnason, B.G.W.: Immunogenetics in Amyotrophic Lateral Sclerosis. In: Andrews, J., Brazier, M.A.B., and Johnson, R. (Eds.): Amyotrophic Lateral Sclerosis: Recent Trends. Vol.19 (UCLA Forum in Medical Sciences Series). Academic Press: New York, pp.151-171

10. 1978 Antel, J.P., Richman, D.P., Medof, M.E. and Arnason, B.G.W.: Lymphocyte function and the role of regulator cells in multiple sclerosis. Neurology Suppl. 28:106-110.

11. 1978 Richman, D.P., Dropcho, E.J., Antel, J.P. and Arnason, B.G.W.: Contrasting defects of T-lymphocyte mitogenic response in multiple sclerosis and myasthenia gravis. Trans. Amer. Neurol. Assoc. 103:191-193.

12. 1979 Richman, D.P., Antel, J.P., Patrick, J. and Arnason, B.G.W.: Cellular immunity to acetylcholine receptor in myasthenia gravis: Relationship to histocompatibility type and antigenic site. Neurology 29:290-296.

13. 1979 Richman, D.P. and Arnason, B.G.W.: Nicotinic acetylcholine receptor: Functionally distinct receptor present on human lymphocytes. Proc. Natl. Acad. Sci. USA 76:4632-4635.

14. 1979 Burres, S.A., Richman, D.P., Crayton, J.W. and Arnason, B.G.W: Chronic penicillamine treatment in guinea pigs: Development of myasthenic electromyographic responses. Muscle Nerve 2:186-190.

15. 1979 Gomez, C.M., Richman, D.P., Berman, P.W., Burres, S.A., Arnason, B.G.W. and Fitch, F.W.: Monoclonal antibodies against purified nicotinic acetylcholine receptor. Biochem. Biophys. Res. Commun. 88:575-582.

16. 1979 Antel, J.P., Medof, M.E., Richman, D.P. and Arnason, B.G.W.: Immunologic considerations in amyotrophic lateral sclerosis. In Clinical Neuroimmunology F.C. Rose, Ed., Oxford: Blackwell Scientific Publication, pp. 227-244.

17. 1980 Richman, D.P.: Lymphocyte cell cycle analysis by flow cytometry: Evidence for a specific post-mitotic phase prior to return to $G_0$. J. Cell Biol. 85:459-465.

18. 1980 Richman, D.P., Gomez, C.M., Berman, P.W., Burres, S.A., Fitch, F.W. and Arnason, B.G.W.: Monoclonal anti-acetylcholine receptor antibodies can cause experimental myasthenia. Nature 286:738-739.

19. 1980 Antel, J.P., Oger, J.J-F., Dropcho, E., Richman, D.P., Kuo, H.H. and Arnason, B.G.W.: Reduced T lymphocyte cell reactivity as a function of human aging. Cell. Immunol. 54:184-192.

20. 1980 Noronha, A.B., Richman, D.P. and Arnason, B.G.W.: Detection of in-vivo-stimulated cerebrospinal fluid lymphocytes in multiple sclerosis by flow cytometry. N. Engl. J. Med. 303:713-717.

21. 1980 Antel, J.P., Richman, D.P., Oger, J.J-F, Noronha, A.B.C., Medof, M.E. and Arnason, B.G.W.: T cell function in multiple sclerosis and experimental allergic encephalomyelitis. In The Suppression of Experimental Allergic Encephalomyelitis and Multiple Sclerosis, A.N. Davison and M.L. Cugner, Eds. Academic Press: London.

22. 1981 Richman, D.P., Antel, J.P., Burns, J.B. and Arnason, B.G.W: Nicotinic acetylcholine receptor on human lymphocytes. Ann. N.Y. Acad. Sci. 377: 427-435.

23. 1981 Burres, S.A., Kanter, M.A., Richman, D.P. and Arnason, B.G.W.: Studies of chronic D-penicillamine induced myasthenia. Ann. N.Y. Acad. Sci. 377: 640-651.

24. 1981 Gomez, C.M., Richman, D.P., Berman, P.W. and Arnason, B.G.W.: Monoclonal anti-acetylcholine receptor antibody: Antibody specificity and effect of passive transfer. Ann. N.Y. Acad. Sci. 377:97-109.

25. 1981 Burres, S.A., Crayton, J.W., Gomez, C.M. and Richman, D.P.: Myasthenia induced by monoclonal anti-acetylcholine receptor antibodies: Clinical and electrophysiologic aspects. Ann. Neurol. 9:563-568.

26. 1981 Arnason, B.G.W., Roos, R.P., Richman, D.P., Antel, J.P. and Oger, J.J-F.: Autoimmune diseases of brain, nerve and the myoneural junction. In Immunology of the Eye. IRL Press: London, pp. 185-195.

27. 1982 Dropcho, E.J., Richman, D.P., Antel, J.A. and Arnason, B.G.W.: Defective mitogenic responses in myasthenia gravis and multiple sclerosis. Ann. Neurol. 11:456-462.

28. 1982 Yachnin, S. and Richman, D.P.: Mevalonic acid induces human peripheral blood lymphocyte transformation: A biochemical, morphologic, and flow cytometric study. Cell. Immunol. 72:248-262.

29. 1982 Antel, J.P., Richman, D.P., Oger, J.J-F., Noronha, A.B.C., Medof, M.E. and Arnason, B.G.W.: T cell function in multiple sclerosis. In: Progress in Multiple Sclerosis Research, H. Bauer, Ed., Berlin: Springer-Verlag.

30. 1983 Gomez, C.M. and Richman, D.P.: Anti-acetylcholine receptor antibodies directed against the α-bungarotoxin binding site induce a unique form of experimental myasthenia. Proc. Natl. Acad. Sci. USA 80:4089-4093.

31. 1984 Noronha, A.B.C. and Richman, D.P.: Simultaneous cell surface phenotype and cell cycle analysis of lymphocytes by flow cytometry. J. Histochem. Cytochem. 32:821-826.

32. 1984 Gomez, C.M., Wollmann, R.L. and Richman, D.P.: Induction of the morphologic changes of both acute and chronic experimental myasthenia by monoclonal antibody directed against acetylcholine receptor. Acta Neuropathol. 63:131-143.

33. 1984 Mihovilovic, M. and Richman, D.P.: Modification of α-bungarotoxin and cholinergic ligand binding properties of Torpedo acetylcholine receptor by a monoclonal anti-acetylcholine receptor antibody. J. Biol. Chem. 259:15051-15059.

34. 1984 Stefansson, K., Molnar, M.L. Marton, L.S., Molnar, G.K., Mihovilovic, M., Tripathi, R.C. and Richman, D.P.: Myelin associated glycoprotein in human retina. Nature 307:548-550.

35. 1984 Atweh, S.F., Grayhack, J.J. and Richman, D.P.: A cholinergic receptor site on murine lymphocytes with novel binding characteristics. Life Sci. 35:2459-2469.

36. 1984 Donnelly, D., Mihovilovic, M., Gonzalez-Ros, J.M., Ferragut, J.A., Richman, D.P. and Martinez-Carrion, M.: A non-cholinergic site-directed monoclonal antibody can impair agonist-induced ion flux in Torpedo californica acetylcholine receptor. Proc. Natl. Acad. Sci. U.S.A 81: 7999-8003.

37. 1984 Richman, D.P.: Monoclonal antibodies to acetylcholine receptor. In Monoclonal Antibodies and Hybridomas: Progress and Applications, A.N. Kennett, T.J. McKearn and K.B. Bechtol, Eds., Plenum: New York, pp. 17-31.

38. 1984 Arnason, B.G.W., Oger, J.J-F., Antel, J.A., Szuchet, S., Richman, D.P., Roos, R. and Noronha, A.: Lymphocyte function in multiple sclerosis. In Neuroimmunology, P. Behan and F. Spreafico, Eds., Raven Press: New York, pp. 143-156.

39. 1985 Stefansson, K., Dieperink, M., Richman, D.P., Marton, L.S. and Gomez, C.M.: Sharing of antigenic determinants between the nicotinic acetylcholine receptor and proteins in E. coli, P. vulgaris, and K. pneumoniae: Possible role in the pathogenesis of myasthenia gravis. N. Engl. J. Med. 312:221-225.

40. 1985 Gomez, C.M. and Richman, D.P.: Monoclonal anti-acetylcholine receptor antibodies with differing capacities to induce experimental autoimmune myasthenia gravis. J. Immunol. 135:234-241.

41. 1985 Noronha, A.B.C., Richman, D.P. and Arnason, B.G.W.: Multiple sclerosis: Flow cytometric analysis of activated cells in cerebrospinal fluid by simultaneous staining for surface antigen and cell cycle phase. Ann. Neurol. 18:719-721.

42. 1985 Corey, A.L., Richman, D.P., Schuman, C.A., Gomez, C.M. and Arnason, B.G.W.: Use of monoclonal anti-acetylcholine receptor antibodies to investigate the macrophage inflammation

of acute experimental myasthenia gravis: refractoriness to a second episode of acute disease. Neurology 35:1455-1460.

43. 1985 Richman, D.P.: Treatment of myasthenia gravis (editorial). J. Neurol. 232:215-218.

44. 1985 Chiu, H.C., Hsieh, K.H., Hung, T.P., Richman, D.P. and Arnason, B.G.W.: Study of T-cell populations defined by monoclonal antibodies in myasthenia gravis. Asian Pac. J. Allergy Immunol. 3(1):30-36.

45. 1986 Blair, D.A., Richman, D.P., Taves, C.J. and Koethe, S.: Monoclonal antibodies to acetylcholine receptor secreted by human x human hybridomas derived from lymphocytes of a patient with myasthenia gravis. Immunol. Invest. 15:351-364.

46. 1986 Agius, M.A. and Richman, D.P.: Suppression of development of experimental autoimmune myasthenia gravis with synergic monoclonal antiidiotypic antibody. J. Immunol. 137:2195-2198.

47. 1987 Blair, D.A., Mihovilovic, M., Agius, M.A., Fairclough, R.H. and Richman, D.P.: Human x human hybridomas from patients with myasthenia gravis: Possible tools for idiotypic therapy for myasthenia. Ann. N.Y. Acad. Sci. 505:155-167.

48. 1987 Stefansson, K., Dieperink, M.E., Richman, D.P. and Marton, L.S.: Antibodies against epitopes shared by bacteria and the nicotinic acetylcholine receptor: Possible role in the pathogenesis of myasthenia gravis. Ann. N.Y. Acad. Sci. 505:451-460.

49. 1987 Agius, M.A. and Richman, D.P.: Anti-idiotopic modification of the anti-acetylcholine receptor immune response and of experimental autoimmune myasthenia gravis in Lewis rats. Ann. N.Y. Acad. Sci. 505:896-897.

50. 1987 DuPont, B.L. and Richman, D.P.: Complement activation by anti-acetylcholine receptor monoclonal antibody in vivo correlates with potency of EAMG response in vivo. Ann. N.Y. Acad. Sci. 505:725-727.

51. 1987 Mihovilovic, M. and Richman, D.P.: Anti-acetylcholine receptor monoclonal antibodies as probes of the acetylcholine receptor cholinergic binding site. J. Biol. Chem. 262:4978-4986.

52. 1987 Corey, A.L., Richman, D.P., Wollmann, R.L. and Agius, M.A.: Refractoriness to a second episode of experimental myasthenia gravis: Correlation with acetylcholine receptor concentration and morphologic appearance of the post-synaptic membrane. J. Immunol. 138:3269-3275.

53. 1987 Gomez, C.M. and Richman, D.P.: Chronic experimental autoimmune myasthenia gravis induced by monoclonal anti-acetylcholine receptor monoclonal antibodies. J. Immunol. 139:73-76.

54. 1988 Agius, M.A., Geannopoulos, C.J., Fairclough, R.H. and Richman, D.P.: Monoclonal anti-idiotypic antibodies against myasthenia-inducing anti-acetylcholine receptor monoclonal antibodies: Preponderance of nonparatope-directed antibodies affecting antigen binding. J. Immunol. 140:62-68.

55. 1988 Maselli, R., Jow, B., Nelson, D. and Richman, D.: In vitro blockade of neuromuscular transmission by monoclonal anti-acetylcholine receptor antibodies. Ann. N.Y. Acad. Sci. 450:523-524.

56. 1989 Maselli, R.A., Nelson, D.J. and Richman, D.P.: Effects of a monoclonal anti-acetylcholine receptor antibody on the avian end-plate. J. Physiol. (London) 411:271-283.

57. 1989 Chinchetru, M.A., Marquez, J., Garcia-Barron, J.C., Richman, D.P. and Martinez-Carrion, M.: Interaction of nicotinic acetylcholine receptor with two monoclonal antibodies recognizing different epitopes. Biochemistry 28:4222-4229.

58. 1989 Levin, K.H. and Richman, D.P.: Myasthenia gravis. Clin. Aspects Autoimmunity 4:23-31.

59. 1989 Richman, D.P.: Management of myasthenia gravis. Autoimmunity Forum 1:14-15

60. 1990 Richman, D.P., Fairclough, R.H., Xu, Q., and Agius, M.A.: Noninflammatory immune mechanisms in diseases of the nervous system. Assoc. Res. Nerv. Mental Dis. Proc. 68:55-65.

61. 1990 Rogers, K.M., Eldefrawi, M.E. and Richman, D.P.: A nicotinic receptor optical biosensor. In Biosensor Technology: Fundamentals and Applications, R.P. Buck, W.E. Hatfield, M. Umana, and E.F. Bowden, Eds. Marcel Dekker, Inc.:New York, pp. 383-389.

62. 1990 Levin, K.H. and Richman, D.P.: Myasthenia gravis. In Neuromuscular Disease, M. Adachi and J.H. Sher, Eds.Igaku-Shoin: New York, pp. 296-317.

63. 1991 Maselli, R.A., Richman, D.P. and Wollmann, R.L.: Inflammation at the neuromuscular junction in myasthenia gravis. Neurology 41:1407-1504.

64. 1991 Maselli, R.A., Mass, D.P., Distad, B.J. and Richman, D.P.: Anconeus Muscle: A human muscle preparation suitable for in-vitro microelectrode studies. Muscle Nerve. 14:1189-1192.

65. 1991 Freedman, M., Antel, J.A., and Richman, D.P.: Neurological Immunopharmacology. In: Johnston, M.V., MacDonald, R.L. and Young, A.B. (Eds.): Clinical Neuropharmacology. F.A. Davis Company: Philadelphia.

66. 1993 Richman, D.P., Wollmann, R.L., Maselli, R.A., Gomez, C.M., Corey, A.L., Agius, M.A., Xu, Q. and Fairclough, R.H.: Effector mechanisms of myasthenic antibodies. Ann. NY Acad. Sci. 681:264-273.

67. 1993 Agius, M.A., Sanyal, B. and Richman, D.P.: Molecular structure of a monoclonal anti-acetylcholine receptor antibody and of a corresponding monoclonal anti-idiotypic antibody. Ann. NY Acad. Sci. 681:274-275.

68. 1993 Fairclough, R.H., Josephs, R. and Richman, D.P.: Imaging ligand binding sites on Torpedo acetylcholine receptors. Ann. Ny Acad. Sci. 681:113-125.

69. 1993 Xu, Q., Twaddle, G.M., Richman, D.P. and Fairclough, R.H. Characterization of the epitope of an antiacetylcholine receptor antibody that inhibits fifty percent of alpha-bungarotoxin binding. Ann. NY Acad. Sci. 681:175-178.

70. 1993 Xu, Q., Fairclough, R.H. and Richman, D.P.: Effects of D-penicillamine on multiple immunogenic epitopes of the acetylcholine receptor. Ann. NY Acad. Sci. 681:335-338.

71. 1993 Xu, Q., Fairclough, R.H. and Richman, D.P.: Interaction of anti-acetylcholine receptor monoclonal antibodies with the acetylcholine receptor. Ann. NY Acad. Sci. 681:172-174.

72. 1993 Xu, Q., Agius, M.A., Gudipati, A., Fairclough, R.H. and Richman, D.P.: An immunogenic self-peptide for T cells in mice with experimental myasthenia. Ann. N.Y. Acad. Sci. 681:1-4.

73. 1993 Maselli, R.A., Wollmann, R.L., Leung, C., Distad, B. Palombi, S., Richman, D.P., Salazar, E.F., Roos, R.P. Neuromuscular transmission in amyotrophic lateral sclerosis. Muscle Nerve 16:1193-1203.

74. 1993 Penn, A.S., Richman, D.P., Ruff, R.L. and Lennon, V.A., Eds. *Myasthenia Gravis and Related Disorders: Experimental and Clinical Aspects*. New York Academy of Sciences (Annals V. 681), New York.

75. 1994 DeFilippi, V.J., Richman, D.P. and Ferguson, M.K.: Transcervical Thymectomy: Definitive therapy for myasthenia gravis. Ann. Thor. Surg. 57:194-197.

76. 1994 Richman, D.P. and Agius, M.A.: Myasthenia Gravis: Pathogenesis and treatment. Sem.. Neurol. 14:106-110

77. 1994 Richman, D.P. and Agius, M.A.: Acquired Myasthenia Gravis: Immunopathology. Neurol. Clin. 12:273-284.

78. 1994 Mihovilovic, M., Donnelly-Roberts, D., Richman, D.P. and Martinez-Carrion, M. Pathogenesis of hyperacute experimental autoimmune myasthenia gravis. J. Immunol. 152:5997-6002.

79. 1994 Richman, D.P.: A Leading Expert on Myasthenia Gravis Shares Insights on the Disease and Its Treatment. Advances in Neuroimmunology, Vol. 1, number 2, Fall, 1994.

80. 1994 Agius, M.A. and Richman, D. P. Relevance of experimental models of myasthenia to human acquired myasthenia gravis. In Myasthenia Gravis. Neurological disease and therapy series. R. Lisak (Ed.). Marcel Dekker, Inc.: New York.

81. 1997 Bradley, W.G., Daube, J., Mendell, J.R., Posner, J., Richman, D., Troost, B.T. and Swift, T.R.: Quality improvement in neurology residency programs. Neurology 49:1205-1207.

82. 1997 Maselli, R.A., Ellis, W.G., Mandler, R.N., Sheikh, F., Knox, S., Agius, M.A., Salari-Namin, H., Wollman, R.L. and Richman, D.P.: Cluster of wound botulism in Northern California: A clinical, electrophysiologic and pathologic study. Muscle Nerve 20:1284-1295.

83. 1998 Lin, M.Y., Twaddle, G.M., Gudipati, E., Richman, D.P. and Fairclough, R.H.: mAb 383C binds to the α-subunit of the AChR associated with the high affinity tubocurarine site. Ann. N.Y. Acad. Sci. 841:101-103.

84. 1998 Fairclough, R.H., Gudipati, E., Lin, M.Y., Twaddle, G.M., Richman, D.P., Burkwall, D.A. and Josephs, R.: A role for α(187-199) in the conversion of agonist binding energy to the opening of the AChR receptor ion channel. Ann. N.Y. Acad. Sci. 841:87-93.

85. 1998 Kirvan, C.A., Zhu, S., Richman, D.P. and Agius, M.A.: Expression and initial characterization of recombinant/hybrid anti-acetylcholine receptor antibodies in experimental autoimmune myasthenia gravis. Ann. N.Y. Acad. Sci. 841:466-468.

86. 1998 Richman, D.P., Agius, M.A., Kirvan, C.A., Gomez, C.M., Fairclough, R.H., DuPont, B.L. and Maselli, R.A. Antibody effector mechanisms in myasthenia gravis: the complement hypothesis. Ann. N.Y. Acad. Sci. 841:450-465.

87. 1998 Richman, D.P., Ed. *Myasthenia Gravis and Related Diseases: Disorders of the Neuromuscular Junction*. New York Academy of Sciences (Annals V. 841), New York, 838 pp.

88. 1998 Fairclough, R.H., Twaddle, G.M., Gudipati, E., Richman, D.P., Burkwall, D.A., and Josephs R. Mapping the mAb 383C epitope to $\alpha_2$(187-199) of the *Torpedo* acetylcholine receptor on the three dimensional model. J. Mol. Biol. 282:301-315.

89. 1998 Fairclough, R.H., Twaddle, G.M., Gudipati, E., Lin, M.Y. and Richman, D.P. Differential surface accessibility of α(187-199) in the *Torpedo* acetylcholine receptor α subunits. J. Mol. Biol. 282:317-330.

90. 2001 Maselli, R.A., Kong, D., Bowe, C., McDonald, C., Ellis, W., Agius, M.A., Gomez, C.M., Richman, D.P., and Wollmann, R.L. Presynaptic congenital myasthenic syndrome due to quantal release deficiency. Neurology 57: 279-289.

91. 2001 Richman, D.P. Thymectomy in myasthenia gravis: Problems and questions remain. Editorial. Journal Watch Neurology 3: 4.

92. 2001 Roberts, P.F., Venuta, F., Rendina, E., De Giancomo, T., Coloni, G.F., Follette, D.M., Richman, D.P. and Benfield, J.R. Thymectomy in the treatment of ocular myasthenia gravis. J. Thor. Cardiovasc. Surg. 122: 562-8.

93. 2002 Agius, M.A., Richman, D.P., and Vincent, A. Specific antibodies in the diagnosis and management of autoimmune disorders of neuromuscular transmission and related diseases. In *Myasthenia Gravis and Related Disorders*. H.J. Kaminski (Ed.). Humana Press: Totowa, New Jersey, pp.177-196.

94. 2002 Richman, D.P. and Agius, M.A. Induction and maintenance of remission in autoimmune myasthenia gravis. Ann NY Acad Sci (in press).

95. 2002 Agius, M.A. and Richman, D.P. Heterogeneity of epitopes and disease in autoimmune myasthenia gravis. Ann NY Acad Sci (in press).

ABSTRACTS PUBLISHED:

A-1. 1973 Richman, D.P., Stewart, R.M. and Caviness, V.S., Jr.: Microgyria, lissencephaly and neuron migration to the cerebral cortex: An architectonic approach. Neurology 23:413.

A-2. 1976 Richman, D.P., Patrick, J. and Arnason, B.G.W.: Cellular immunity to purified acetylcholine receptor in elderly myasthenics. J. Neuropath. Exp. Neurol. 35:113-114.

A-3. 1977 Richman, D.P., Antel, J.P., Patrick, J.W. and Arnason, B.G.W.: Cellular immunity to acetylcholine receptor in myasthenia: Relationship to histocompatibility type and antigenic site. Neurology 27:365.

A-4. 1977 Richman, D.P., Watts, H.G., Parsons, D., Schmid, D. and Glimcher, M.L.: Familial moyamoya associated with biochemical abnormalities of connective tissue. Neurology 27:382.

A-5. 1978 Dropcho, E.J., Richman, D.P., Antel, J.P. and Arnason, B.G.W.: Mitogenic response of T cells in normals, multiple sclerosis and myasthenia gravis. Fed. Proc. 37:1764.

A-6. 1978 Noronha, A.B., Richman, D.P., Atchley, C.E. and Arnason, B.G.W.: Detection of in-vivo-stimulated cerebrospinal fluid lymphocytes in multiple sclerosis by flow cytofluorometry. J. Neuropath. Exp. Neurol. 37:666.

A-7. 1979 Gomez, C.M., Richman, D.P., Berman, P.W., Burres, S.A., Arnason, B.G.W. and Fitch, F.W.: Monoclonal anti-acetylcholine receptor antibodies: Evidence for multiple pharmacologic specificities. Fed. Proc. 38:1421.

A-8. 1979 Burns, J.B., Antel, J.P., Richman, D.P. and Arnason, B.G.W.: Carbamylcholine-induced human suppressor cells. Fed. Proc. 38:1080.

A-9. 1979 Yu, R.C., Richman, D.P. and Gomez, C.M.: Immunohistochemical localization of acetylcholine receptors on rat myotube surface with monoclonal antibodies. Soc. Neurosci. 5:490.

A-10. 1979 Gomez, C.M., Richman, D.P., Burres, S.A., Berman, P.W. and Arnason, B.G.W.: Passive transfer of EAMG using monoclonal anti-AChR antibodies. Presented at the Annual Scientific Meeting of the Myasthenia Gravis Foundation, December.

A-11. 1979 DeMeester, T.R. and Richman, D.P.: Transcervical thymectomy for myasthenia gravis. Cine Clinics of American College of Surgeons.

A-12. 1980 Gomez, C.M., Richman, D.P., Wollmann, R.L., Berman, P.W. and Arnason, B.G.W.: Passive transfer of experimental autoimmune myasthenia gravis using monoclonal anti-acetylcholine receptor antibodies. Neurology 30:388.

A-13. 1981 Miles, K., Chelmicka-Schorr, E., Quintans, J., Richman, D., Otten, G. and Arnason, B.G.W.: Immune regulation by the sympathetic nervous system.. Neurology 31:A137.

A-14. 1981 Gomez, C.M. and Richman, D.P.: Inability of some anti-AChR monoclonal antibodies to induce myasthenia. J. Neuropathol. Exp. Neurol. 41:300.

A-15. 1981 Yachnin, S. and Richman, D.P.: Mevalonic acid induces human peripheral blood lymphocyte transformation: A biochemical, morphological, and flow-cytometric study. Clin. Res. 29:544A.

A-16. 1981 Larson, R.A., Richman, D.P. and S. Yachnin: Mevalonic acid in conjunction with a helper cell induces DNA synthesis and cell cycling in human peripheral blood lymphocytes. Clin. Res. 29:766A.

A-17. 1982 Gomez, C.M. and Richman, D.P.: Acetylcholine receptor monoclonal antibodies specific for the alpha-bungarotoxin binding site induce acute paralysis. Neurology 32:A221.

A-18. 1982 Gomez, C.M., Wollmann, R.L. and Richman, D.P.: Monoclonal antibody to acetylcholine receptor produces simplified endplate architecture. Neurology 32:A221.

A-19. 1982 Noronha, A.B.C., Otten, G.B. and Richman, D.P.: Multiple sclerosis: Flow cytometric analysis of activated cells in cerebrospinal fluid by simultaneous staining for surface antigen and cell cycle phase. Annal. Neurol. 12:104.

A-20. 1982 Grayhack, J.J., Atweh, S.F. and Richman, D.P.: Binding characteristics of a novel cholinergic receptor site on murine lymphocytes. Soc. Neurosci. Abstr. 8:71.

A-21. 1982 Mihovilovic, M. and Richman, D.P.: Monoclonal antibody (mcab) to the α-bungarotoxin ( BgTx) binding site of Torpedo acetylcholine receptor (T-AcChR) modifies cholinergic ligand binding to solubilized and membrane-bound AcChR. Soc. Neurosci. Abstr. 8:336.

A-22. 1983 Stefansson, K., Molnar, M.L., Marton, L.S., Molnar, G.K., Mihovilovic, M., Tripathi, R.C. and Richman, D.P.: Myelin associated glycoprotein in human retina. Soc. Neurosci. Abstr. 9:1181.

A-23. 1983 Mihovilovic, M. and Richman, D.P.: Monoclonal antibody (mcab) 247G: Example of a functional probe for the acetylcholine receptor (AcChR) molecule. Soc. Neurosci. Abstr. 9:158.

A-24. 1983 Donnelly, D., Farach, M.C., Ferragut, J.A., Mihovilovic, M., Gonzalez-Ros, J.M., Martinez-Carrion, M. and Richman, D.P.: Effect of acetylcholine receptor antibody complexes on receptor function. Biochem. 22:344.

A-25. 1984 Corey, A.L., Richman, D.P., Shuman, C.A., Gomez, C.M. and Arnason, B.G.W.: Refractoriness to a second episode of experimental myasthenia: Relationship to exacerbating/remitting nature of myasthenia gravis. Neurology 34 (Suppl. 1):240-241.

A-26. 1984 Mihovilovic, M. and Richman, D.P.: Anti-acetylcholine receptor monoclonal antibodies as probes of the acetylcholine receptor cholinergic binding site. Fed. Proc. 43:2006.

A-27. 1984 Gomez, G.M., Mihovilovic, M., Donnelly, D.D., Gonzalez-Ros, J.M., Richman, D.P. and Martinez-Carrion, M.: Mechanism of action of monoclonal antibodies that induce hyperacute passively transferred experimental autoimmune myasthenia gravis. Fed. Proc. 43:1994.

A-28. 1984 Donnelly, D., Mihovilovic, M., Gonzalez-Ros, J.M., Ferragut, J.A., Richman, D. and Martinez-Carrion, M.: Probing the ion channel of AcChR using a non-cholinergic site directed monoclonal antibody. Fed. Proc. 43:1651.

A-29. 1984 Stefansson, K., Dieperink, M.E., Richman, D.P. and Marton, L.S.: Antigenic determinants shared by acetylcholine receptor and peptides in bacteria. Soc. Neurosci. Abstr. 10:291.

A-30. 1985 Corey, A.L., Richman, D.P., Wollmann, R.L., Shuman, C.A. and Arnason, B.G.W.: Analysis of the refractoriness to a second episode of acute experimental myasthenia gravis: Relationship to endplate membrane morphology. Neurology 35 (Suppl. 1):100.

A-31. 1985 Agius, M.A., Geannopoulos, C.J. and Richman, D.P.: Monoclonal anti-idiotypic antibodies in experimental autoimmune myasthenia gravis. Neurology 35 (Suppl. 1):101.

A-32. 1985 Blair, D.A., Richman, D.P., Taves, C.J., DuPont, B. and Koethe, S.: Monoclonal antibodies to acetylcholine receptor secreted by human x human hybridomas derived from lymphocytes of a patient with myasthenia gravis. Ann. Neurol. 18:120.

A-33. 1985 Agius, M.A., Geannopoulos, C.G. and Richman, D.P.: Antiidiotopic modification of the immune response in experimental autoimmune myasthenia gravis. Soc. Neurosci. Abstr. 11:139.

A-34. 1985 Blair, D.A. and Richman, D.P.: Human x human hybridomas from lymphocytes of a patient with myasthenia gravis secrete monoclonal antibodies to acetylcholine receptor. Soc. Neurosci. Abstr. 11:139.

A-35. 1986 Corey, A.L., Richman, D.P., Agius, M.A. and Wollmann, R.L.: Relationship of acetylcholine receptor concentration to susceptibility to acute experimental myasthenia gravis. Neurology 36 (Suppl. 1):197.

A-36. 1986 Agius, M.A. and Richman, D.P.: Antiidiotope-induced protection from experimental autoimmune myasthenia gravis. Neurology 36 (Suppl. 1):197.

A-37. 1986 Agius, M.A. and Richman, D.P.: Monoclonal antiidiotope suppresses the production of experimental autoimmune myasthenia gravis. Fed. Proc. 45:729.

A-38. 1986 Blair, D.A., Basel, L. and Richman, D.P.: Binding of human monoclonal antibody to acetylcholine receptor is enhanced by the presence of ligand. Fed. Proc. 45:616.

A-39. 1986 Gomez, C.M., Twaddle, G.M., Fairclough, R.H., Agius, M.A., Corey, A.L. and Richman, D.P.: Monoclonal antibodies in relation to the pathogenesis and treatment of myasthenia gravis. Muscle Nerve 9 (Suppl. 5):62.

A-40. 1986 Agius, M.A. and Richman, D.P.: Suppression of the development of experimental autoimmune myasthenia gravis by an isogeneic monoclonal antibody directed against a cross-reactive idiotope. Muscle Nerve 9 (Suppl. 5):154.

A-41. 1986 Gomez, C.M. and Richman, D.P.: Pathogenetic effects of anti-acetylcholine receptor antibody in myasthenia gravis: Analysis by monoclonal antibody. Ann. Neurol. 20:163.

A-42. 1987 Corey, A.L., Pestronk, A., Richman, D.P. and Drachman, D.B.: Quantitation of acetylcholine receptor per neuromuscular junction in rats with passively induced experimental myasthenia. Neurology 37 (Suppl. 1):303.

A-43. 1987 Maselli, R., Gomez, C., Nelson, D. and Richman, D.: In vitro blockade of neuromuscular transmission by monoclonal anti-acetylcholine receptor antibodies. Neurology 37 (Suppl. 1):214.

A-44. 1987 Maselli, R., Wollmann, R., Ferguson, M., Nelson, D. and Richman, D.: Unusual electrophysiologic and morphologic features in a patient with acquired seronegative myasthenia gravis. Ann. Neurol. 22:164.

A-45. 1987 Agius, M.A., Checinski, M.E., Richman, D.P. and Chelmicka-Schorr, E.: Sympathectomy enhances the severity of experimental autoimmune myasthenia gravis. J. Neuroimmunol. 16:11.

A-46. 1987 Fairclough, R.H. and Richman, D.P.: Mapping functional domains on the acetylcholine receptor using monoclonal antibodies and small angle X-ray diffraction. J. Neuroimmunol. 16:54-55.

A-47. 1987 Fairclough, R.H., Mihovilovic, M., Kezdy, F.J. and Richman, D.P.: Monoclonal antibodies against two peptide sequences of the acetylcholine receptor distinguish between toxin binding and cholinergic ligand binding. J. Neuroimmunol. 16:54.

A-48. 1987 DuPont, B.L., Twaddle, G.M. and Richman, D.P.: Suppression of passive transfer acute experimental myasthenia by F(ab')$^2$ fragments. J. Neuroimmunol. 16:47.

A-49. 1987 Maselli, R., Jow, B., Nelson, D. and Richman, D.P.: In vitro blockade of neuromuscular transmission by monoclonal anti-acetylcholine receptor antibodies. J. Neuroimmunol. 16:116-117.

A-50. 1987 Yuen, E.C., Agius, M.A., Corey, A.L. and Richman, D.P.: Modification of experimental autoimmune myasthenia gravis with anti-idiotypic antibody administered after immunization with antigen. J. Neuroimmunol. 16:191-192.

A-51. 1988 Xu, Q., DuPont, B.L., Fairclough, R.H. and Richman, D.P.: An anti-acetylcholine receptor antibody that blocks agonist binding also modifies antibody binding to the main immunogenic region of the receptor. Neurology 38 (Suppl. 1):135.

A-52. 1988 Maselli, R., Palombi, S., Richman, D. and Nelson, D.: Effect of two potent activators of protein phosphorylation at the presynaptic and postsynaptic region of the frog neuromuscular junction. Neurology 38 (Suppl. 1):135.

A-53. 1988 Xu, Q., DuPont, B.L., Fairclough, R.H. and Richman, D.P.: Interaction between anti-acetylcholine receptor monoclonal antibodies that bind the main immunogenic region and those that block agonist binding. FASEB J. 2:A363.

A-54. 1988 Richman, D.P., Xu, Q. and Fairclough, R.H.: Immune mechanisms in non-inflammatory diseases. Arch. Neurol. 45:1280.

A-55. 1989 Xu, Q., Fairclough, R.H. and Richman, D.P.: Long range effects of anti-AChR mAb binding. Neurology 39 (Suppl. 1):265-266.

A-56. 1989 Xu, Q., Fairclough, R.H. and Richman, D.P.: A torpedo AChR function-affecting monoclonal antibody directed against the main immunogenic region. Neurology 39 (Suppl. 1):307.

A-57. 1989 Xu, Q., Fairclough, R.H. and Richman, D.P.: Penicillamine-induced changes in anti-AChR mAb binding. Neurology 39 (Suppl. 1):266-267.

A-58. 1989 Agius, M.A., Fairclough, R.H. and Richman, D.P.: A regulatory anti-idiotope in experimental autoimmune myasthenia gravis is non-paratope directed. Neurology 39 (Suppl. 1):266.

A-59. 1989 Maselli, R., Wollman, R., Mass, D., Palombi, S., Salazar-Grueso, E., Roos, R., Nelson, D. and Richman, D.: Electrophysiologic and morphologic studies of the neuromuscular junction in patients with amyotrophic lateral sclerosis. Neurology 39 (Suppl. 1):400.

A-60. 1989 Salazar-Grueso, E.F., Routbort, M., Variakojis, R., Dawson, G., Walk, D., Richman, D.P. and Roos, R.P.: Serum anti-ganglioside antibodies (AGA) in patients with motor neuron disease (MND) and MND variants. Neurology 39 (Suppl. 1):402.

A-61. 1989 Xu, Q., Fairclough, R.H. and Richman, D.P.: D-penicillamine modification of AChR. FASEB J. 3:A301.

A-62. 1989 Xu, Q., Fairclough, R.H. and Richman, D.: Antigenicalteration of acetylcholine receptor induced by D-penicillamine. Ann. Neurol. 26:145.

A-63. 1989 Agius, M.A., Fairclough, R.H. and Richman, D.P.: A monoclonal antibody defines a non-paratope regulatory idiotope. Progr. Immunol. 7: 1:1.

A-64. 1989 Agius, M.A., Fairclough, R.H. and Richman, D.P.: Structural characteristics of a regulatory idiotope in experimental myasthenia. Neurology India 37 (Suppl.):214D05.

A-65. 1990 Richman, D., Maselli, R. and Distad, B.: Quantitative analysis of neuromuscular transmission in Lambert-Eaton syndrome. Neurology 40 (Suppl. 1):374.

A-66. 1990 DuPont, B.L. and Richman, D.P.: Susceptibility to EAMG passively transferred with monoclonal anti-acetylcholine receptor antibody is dependent on recipient weight. Ann. Neurol. 28:271.

A-67. 1991 Sanyal, B., Richman, D.P. and Agius, M.A.: Nucleotide sequence of a myasthenogenic monoclonal antibody. Neurology 41 (Suppl. 1):141.

A-68. 1991 Xu, Q., Urban, J., Agius, M.A., Gudipati, E., Fairclough, R. and Richman, D.: An acetylcholine receptor immunogenic self peptide in experimental myasthenia. Neurology 41 (Suppl. 1):356.

A-69. 1991 DuPont, B.L. and Richman, D.P.: Imaging of acetylcholine receptor loss in experimental myasthenia gravis. FASEB J. 5:A1611.

A-70. 1992 Agius, M.A., Sanyal, B., and Richman, D.P.: Nucleotide sequence of a monoclonal anti-acetylcholine receptor antibody and of a corresponding monoclonal anti-idiotopic antibody. 8th International Congress of Immunology, Budapest, Hungary, August.

A-71. 1994 Kirvan C, Richman DP, Agius MA.: Construction of recombinant/hybrid anti-acetylcholine receptor antibodies in experimental autoimmune myasthenia gravis. ANA Satellite Symposium, Myasthenia Gravis Foundation, San Francisco, October.

A-72. 1996 Richman DP, Maselli R, Ellis W, Bowe C.: Cluster of wound botulism in drug abusers in Northern California: Clinical, in vitro microelectrode and histologic characterization of the syndrome. Neurology 46 (Suppl.) A344.

A-73. 2000 Richman DP, Maselli, RA, Zong, DZ, Verity A, Keesey J, Wollmann RL, Charnet P, Staub J, and Gomez CM. Serial ultrastructural and electrophysiological evaluation suggest a structural basis for impaired neuromuscular transmission in a novel form of slow channel syndrome. Neurology 54 (Suppl. 3): A138.

LIMITED DISTRIBUTION:

1. 1968 Richman, D.P., Young, R.R. and Arnason, B.G.W.: Failure to produce myasthenia experimentally in rats immunized with human thymoma. Unpublished, submitted to the Myasthenia Gravis Foundation, 1968.

2. 1981 Richman, D.P.: Recent developments in the understanding of myasthenia gravis. Proc. Hines-Loyola Medical Center Conf. in Neurol.

3. 1982 Richman, D.P.: Cell-mediated immunity in myasthenia gravis. Proceedings of Kroc Foundation Symposium on Thymectomy in Myasthenia Gravis, M.P. McQuillen, Ed.