# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
--oOo—

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION, Plaintiff, vs. This Document Relates to Olander v. Bayer Corporation, et al. Civil No. 03-1086 (MJD/ JGL) Defendant. | MDL No. 1431 (MJD/ JGL) |

**CERTIFIED COPY**

DEPOSITION OF

**DAVID P. RICHMAN, M.D.**

February 11, 2004

REPORTED BY: KATHY KOLLEHNER, RPR, CRR, CSR 4102 JOB 1-684

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
---oOo---

In re: BAYCOL PRODUCTS LITIGATION )
)
Plaintiff, )
)
vs. ) MDL No. 1431
) (MJD/JGL)
This Document Relates to Olander v. )
Bayer Corporation, et al. Civil No. )
03-1086 (MJD/JGL) )
)
Defendants. )
)
_______________________________________)

---oOo---

BE IT REMEMBERED that, pursuant to Notice, and on Wednesday, February 11, 2004, commencing at 9:10 a.m., thereof, at 1333 Research Park Drive, Davis, California, before me, KATHY KOLLEHNER, a Certified Shorthand Reporter, personally appeared

DAVID P. RICHMAN, M.D.,

called as a witness by the Defendant, who, having been first duly sworn, was examined and testified as follows:

---oOo---

DIAMOND McCARTHY, 1201 Elm Street, 34th Floor, Dallas, Texas 75270, represented by BERT

contain all your opinions you intend to offer in this litigation gauges? 09:19:01 09:19:03
A. I think I've formed some additional opinions since I wrote this report. 09:19:13 09:19:18
Q. These additional opinions you just referenced, are these opinions you intend to offer in this litigation? 09:19:24 09:19:26 09:19:30
A. I don't know. My understanding was you ask me questions; I answer. If it relates to something you ask me, then I plan to, yes. 09:19:35 09:19:37 09:19:40
Q. I understand you can't predict everything I'm going to ask you either here or at trial, but are there any additional opinions that you have -- that you intend to offer in the litigation that you are aware of right now? 09:19:43 09:19:46 09:19:48 09:19:52 09:19:56
A. In addition to what's written here (indicating)? 09:19:58 09:19:59
Q. Yes, sir. 09:20:00
A. Yes. 09:20:01
Q. Have you been asked to prepare any supplement expert report? 09:20:02 09:20:06
A. No, I haven't. 09:20:06
Q. These additional opinions you just referenced, have you been asked by counsel to prepare opinions on those subject matters? 09:20:21 09:20:23 09:20:26

A. No. They're for my own initiative. 09:20:30
Q. Have you discussed your new opinions with counsel? 09:20:32 09:20:34
A. Yes, I have. 09:20:35
Q. When did you do that, sir? 09:20:35
A. Monday night and, to some extent, again this morning. 09:20:44 09:20:47
Q. Since, when we get to trial, no one will know what day today is, today is Wednesday, correct? 09:20:47 09:20:50
A. Correct. The 11th. 09:20:55
Q. So, two days ago, you spoke to counsel -- 09:20:56
A. Yeah. 09:21:00
Q. -- about the additional opinions you have formed in this litigation? 09:21:04 09:21:06
A. Yes. 09:21:07
Q. When did you first form these additional opinions? 09:21:08 09:21:11
A. Pretty much through the day on Monday, the 9th. 09:21:11 09:21:15
Q. What caused you to form new opinions two days ago? 09:21:16 09:21:23
A. They were articles that I read. 09:21:24
Q. Were you sent these articles, or did you go looking for them on your own? 09:21:28 09:21:31
A. Well, I -- as I remember it, the sequence 09:21:33

of events is that Mr. Arbitblit sent me an article related to one of your expert's reports, an article by Sinzinger, which I found interesting. 09:21:37 09:21:47 09:21:51

And then I followed through on what was in that article, looking at some of the references in that article, and also doing a literature search myself on those aspects. 09:21:58 09:22:03 09:22:06 09:22:10

Q. What are the new opinions you have formed in addition to what is expressed in Exhibit 2? 09:22:13 09:22:16

A. My opinion is that it relates to the information that's available on the effect of statins on the susceptibility of muscles to being injured during exercise. 09:22:23 09:22:29 09:22:39 09:22:46

Q. Other than the opinion regarding exercise and muscle injuries from statins, have you formed any other opinions other than what is expressed in Exhibit 2? 09:22:59 09:23:02 09:23:04 09:23:07

A. Not that I can remember. 09:23:13

Q. What is your opinion regarding the susceptibility of muscle injury due to statins during exercise? 09:23:14 09:23:18 09:23:22

A. That it's increased compared to people not taking statins. 09:23:25 09:23:30

Q. Just so I'm clear, are you saying, sir, that if you take statins, you are at an increased 09:23:37 09:23:40

risk of muscle injury from exercise compared to the group who are not taking statins? 09:23:46 09:23:50

A. Correct. 09:23:56

Now, that has some implications for me because it suggests that there is a baseline injury to muscle that's present in everyone who takes these drugs, and that, in most instances, this has no clinical significance, but it can be brought out by exercise. 09:23:57 09:23:59 09:24:03 09:24:13 09:24:22 09:24:26

MR. ISMAIL: I'm going to ask that we suspend this discussion until later, when we can get the specific literature, and indeed to the extent it's necessary, we reserve our right to bar Dr. Richman on any opinions newly expressed for the first time today that have not been disclosed to defense counsel prior to his deposition. 09:24:29 09:24:35 09:24:35 09:24:37 09:24:42 09:24:45 09:24:48

MR. ARBITBLIT: I would just comment on that. It's -- as he said, it's an article from one of your expert's bibliographies that we sent him in the ordinary course, and he's entitled to form opinions on things that have been presented by your experts. 09:24:52 09:24:53 09:24:56 09:25:01 09:25:05 09:25:07

In fact, today is the deadline for rebuttal reports, so if you'd like him to prepare what he's just said and attach it to a statement 09:25:08 09:25:10 09:25:14

the muscle cells are still there, and they're -- 09:41:31
well, their core causes are still there. There's 09:41:35
still the injury to the muscle. But all of the CK 09:41:40
has been cleared out of the blood, but they still 09:41:48
have rhabdomyolysis. 09:41:50

Q. How? 09:41:53

A. The muscle is severely injured, and that's 09:42:02
what the rhabdomyolysis is. The CK is just some 09:42:06
indicator of that. 09:42:09

For example, if you did a biopsy, if you 09:42:11
happened to do a biopsy of that muscle, it would be 09:42:14
severely abnormal. 09:42:18

Q. Let's go back to the literature. 09:42:21

Can you name a single article that 09:42:22
suggests a patient diagnosed with CK would be 09:42:24
diagnosed as having rhabdomyolysis? 09:42:33

A. You mean give you the author's name? 09:42:35

Q. Well, I've read everything you've cited -- 09:42:36

A. Uh-huh.

Q. -- and every single one of them defines 09:42:39
rhabdomyolysis as an elevation in CK. 09:42:42

MR. ARBITBLIT: Objection. Misstates what 09:42:47
you've read. There's at least one that says you can 09:42:48
extrapolate backwards when the test is not done
timely. So, if you're going to --

BY MR. ISMAIL: 09:42:51
Q. The patient had elevated CK at the time of 09:42:51
that test. 09:42:54
A. (Reviewing) 09:43:03
The -- the -- I think that there -- that 09:43:04
article is a very good one. That's the article with 09:43:14
the Hungarian name. I'll see if I can come up with 09:43:21
it. 09:43:35
(Reviewing) 09:43:37
MR. ISMAIL: Why don't I just give you the 09:43:49
article and talk about it that way. 09:43:54
(Handing) 09:44:00
Please mark as Exhibit 3 -- 09:44:01
THE WITNESS: "Mogyorisi," I guess, is 09:44:05
the --
(Reporter seeks clarification.)
THE WITNESS: Mogyorisi,
M-o-g-y-o-r-i-s-i. 09:44:09
(WHEREUPON, Richman Exhibit 3 was marked 09:44:32
for identification.) 09:44:32
BY MR. ISMAIL: 09:44:33
Q. Doctor, in paragraph 22 of your expert 09:44:33
report, you make reference to -- well, if you'll 09:44:39
turn to paragraph 22. 09:44:48
Are you there? 09:44:49

So, yes, that was an abnormal CK. 09:48:58
Q. And on page -- on the third --
A. Can I interrupt you for a second? 09:49:02
I'm on the same page. 09:49:04
Q. Yes, sir. 09:49:07
A. If you look at the figure which shows the 09:49:07 levels of CK, the bottom panel -- 09:49:11
Q. Right. 09:49:14
A. -- of time, there are one, two, three -- 09:49:14 four elevated values. And then the fifth one, on 09:49:22 day five, is normal. 09:49:28
Q. Okay. 09:49:29
A. So, if you were to measure the CK only on 09:49:30 that day, on day five, that would be a normal CK in 09:49:33 a patient with rhabdomyolysis. I think that's a 09:49:38 good example of what I'm trying to get across. 09:49:41
Q. Where in this article do the authors 09:49:47 suggest that when the patient had normal CK, the 09:49:50 patient still had rhabdomyolysis? 09:49:54
MR. ARBITBLIT: Objection. 09:50:00
THE WITNESS: I don't know whether that's 09:50:00 relevant or not. We could look through. But, you 09:50:03 know, I feel capable of reviewing these scientific 09:50:07 data and making that conclusion. 09:50:13
BY MR. ISMAIL: 09:50:15

Q. Okay. I asked you earlier to identify a single article in which it is stated that a patient with normal CK can still be diagnosed as having rhabdomyolysis. And you directed me to Exhibit 3. 09:50:15 09:50:18 09:50:23 09:50:26
A. Uh-huh. 09:50:30
Q. Can we agree that -- 09:50:31
A. Figure 1, the lower panel. 09:50:34
Q. Can we agree that nowhere in here do the authors suggest that a patient with normal CK has rhabdomyolysis? 09:50:36 09:50:43 09:50:45
MR. ARBITBLIT: Objection. 09:50:46
THE WITNESS: I don't know whether that's relevant or not. I would have to go through it again to see whether they state that or not. But that's -- this article is communicating that. Whether they state it in English words doesn't really, to me, seem relevant to my opinion. 09:50:46 09:50:48 09:50:50 09:50:55 09:50:57 09:51:02
BY MR. ISMAIL: 09:51:05
Q. Doctor, the point of the normal CK here that the authors talk about is that the patient recovered from the episode of rhabdomyolysis when the CK returned to normal. Isn't that true? 09:51:05 09:51:09 09:51:11 09:51:14
MR. ARBITBLIT: Objection. 09:51:19
THE WITNESS: No, I don't think that's true. 09:51:19 09:51:21

question. 10:18:37
But whether I would call that myalgia, I'm 10:18:40
not sure. I would have to know more detail. 10:18:45
BY MR. ISMAIL: 10:18:50
Q. How do statins cause muscle cell 10:18:50
destruction? If you know. 10:18:53
A. The -- there are a number of things that 10:19:05
are known about how statins affect muscle cell 10:19:07
function or structure. Was that your question? 10:19:15
Q. Let me restate it. 10:19:26
A. Repeat it, yeah. 10:19:27
Q. Would you agree that there is no accepted 10:19:29
mechanism of action regarding how statins cause 10:19:36
muscle cell death? 10:19:42
A. We know a number of effects, pathologic 10:19:47
effects, that statins have on muscle. We know it 10:19:59
affects mitochondrial function, which is crucial to 10:20:05
muscle function; we know it affects a number of 10:20:13
medium-sized molecules in the muscle; we know it 10:20:19
affects the membrane of the muscle -- the statins 10:20:24
do. 10:20:30
And so there clearly are pathologic 10:20:30
effects, toxic effects, on the muscle. But how 10:20:40
these come together to produce the death isn't yet 10:20:46
known. 10:20:52

MR. ISMAIL: Yeah, I thought so. 10:21:58
Q. Do you understand the distinction between rate and mechanism? 10:22:00 10:22:01
A. I don't understand that question at all. The rate of what, mechanism of rate? 10:22:14 10:22:16
Q. Let me rephrase. 10:22:19
I'm trying to ask you questions about the mechanism by which statins cause an injury to muscle, as distinguished from how often that process happens. Do you understand that distinction? 10:22:20 10:22:23 10:22:28 10:22:33
A. (Nods head.) 10:22:36
Q. "Yes"? 10:22:36
A. Yes. 10:22:39
Q. By whatever mechanism statins injure muscle is true for all the statins, correct? 10:22:40 10:22:43
MR. ARBITBLIT: Objection. 10:22:48
THE WITNESS: I can't agree with that statement. I mean, at the very simplest level, for example, the ability of the statins to get into the muscle cell differs, and Baycol being the most effective in getting into the muscle cell. 10:22:48 10:22:53 10:22:57 10:23:01 10:23:12
BY MR. ISMAIL: 10:23:14
Q. Are you suggesting that Baycol caused a different type of muscle injury than the other statins? 10:23:14 10:23:17 10:23:19

A. Yes, in the sense that it is more readily inside the cell. 10:23:24 10:23:32

Q. What is the different injury that Baycol caused that the other statins did not cause? 10:23:32 10:23:33

A. The -- well, I think you -- I think it's very likely that Baycol has more of an effect on the membrane of the muscle cell. And that could explain why there's more rhabdomyolysis with Baycol. 10:23:52 10:23:55 10:24:02 10:24:10

Q. Let me try it this way. 10:24:15

You would agree that all statins can cause the clinical syndrome of myopathy, correct? 10:24:19 10:24:23

A. Yes. 10:24:31

Q. Whatever the mechanism that -- 10:24:31

A. That broad clinical syndrome. 10:24:33

Q. Whatever the mechanism that allows, say, Pravachol to cause myopathy is the same that allows Zocor to cause myopathy, correct? 10:24:36 10:24:39 10:24:44

MR. ARBITBLIT: Objection. 10:24:47

THE WITNESS: I just don't think we can say that one way or the other now. 10:25:00 10:25:02

BY MR. ISMAIL: 10:25:04

Q. Have you seen a single piece of medical literature suggesting that Baycol caused a different type of muscle injury than the rest of the statins? 10:25:04 10:25:07 10:25:10

A. I've certainly seen medical literature 10:25:24

supporting what I said in terms of the ability of Baycol to get through the membrane and be soluble in the membrane. 10:25:27 10:25:34 10:25:40

Q. The literature you're describing is a hypothesis to support some greater propensity for Baycol to cause muscle injury, correct? 10:25:43 10:25:46 10:25:49

MR. ARBITBLIT: Objection. 10:25:52

THE WITNESS: I don't know that that was the point of it. 10:25:56 10:25:58

BY MR. ISMAIL: 10:26:10

Q. Can you describe -- let me go back to my question. 10:26:10 10:26:13

Have you seen a single piece of medical literature suggesting that Baycol caused a different type of muscle injury than the rest of the statins? 10:26:13 10:26:16 10:26:18

A. Yes, I have. 10:26:21

Q. What's the article? 10:26:21

A. The Davidson article. 10:26:25

Q. This is the one that was handed to me this morning? 10:26:27 10:26:29

A. Yes, I think. 10:26:30

Q. Do you have it in front of you? 10:26:33

A. I don't think I do. 10:26:36

MR. ARBITBLIT: I believe that's my only copy, Counsel. I can -- it's about time to take a 10:26:41 10:26:43

break. I'd be happy to make more copies. We've been going for an hour and a quarter. 10:26:47 10:26:52

MR. ISMAIL: Why don't we make copies at the break. Let's go off the record. 10:26:55 10:26:55

THE VIDEOGRAPHER: The time is 10:27. Off the record. 10:26:58

(Recess taken.) 10:27:07

THE VIDEOGRAPHER: The time is 10:38. On the record. 10:38:21 10:38:24

MR. ISMAIL: Dr. Richman, before the break, I'd asked you whether you had seen any articles discussing Baycol having a different type of muscle injury than the rest of the statins. 10:38:25 10:38:27 10:38:32 10:38:35

And you directed me to Dr. Davidson's editorial, which, if you'd give me your copy, sir, we'll just mark that as Exhibit 4. 10:38:39 10:38:43 10:38:45

(WHEREUPON, Richman Exhibit 4 was marked for identification.) 10:39:12 10:39:13

BY MR. ISMAIL: 10:39:13

Q. Dr. Richman, is Exhibit 4 the Davidson editorial you made reference to? 10:39:13 10:39:19

A. Yes. 10:39:20

Q. Now, this was an article that you read for the first time this week; is that correct? 10:39:21 10:39:22

A. That's right. 10:39:25

Q. Where in Exhibit 4 does it state that Baycol causes a different type of muscle injury than the rest of the statins? 10:39:27 10:39:30 10:39:33
A. In the first sentence. 10:39:36
Do you want me to read it? 10:39:39
Q. Sure. 10:39:41
A. "The noted myotoxicity and subsequent withdrawal of cerivastatin from the worldwide market in August 2001 has demonstrated that the safety of statins is not a class effect." 10:39:43 10:39:48 10:39:51 10:39:55
Q. Do you understand Dr. Davidson to be discussing the rate of rhabdomyolysis in that paragraph? 10:39:58 10:40:00 10:40:05
MR. ARBITBLIT: Objection. 10:40:05
THE WITNESS: (Reviewing) 10:40:28
I don't think that's all that he's discussing. 10:40:30 10:40:33
BY MR. ISMAIL: 10:40:33
Q. What muscle injury does Dr. Davidson suggest that Baycol caused that the other statins do not cause? 10:40:33 10:40:36 10:40:40
A. I don't think he's described an injury that Baycol causes that the other does not. 10:40:54 10:40:57
But his conclusion is the mechanisms -- well, maybe the way to say that is that, in many 10:41:05 10:41:10

ways, rhabdomyolysis, muscle cell death, can be 10:41:14
thought of as the endpoint of many toxic myopathic 10:41:19
processes. 10:41:33
And my opinion about this article is that 10:41:35
he's -- he's concluded that the mechanisms by which 10:41:39
they occur are different in Baycol compared to the 10:41:49
other statins. 10:41:53
Q. Where does he suggest that, sir? 10:41:55
A. That's what I read. The statement is not 10:41:57
a class effect. 10:42:01
Q. So, in the statement that "The safety of 10:42:03
statins is not a class effect," you read into that 10:42:10
clause that there must be a different mechanism for 10:42:14
Baycol than the other statins? 10:42:18
A. I think that's the -- first of all, the 10:42:26
logical conclusion. Secondly, his description of 10:42:30
the differences of the characteristics of the 10:42:44
various statins suggests that he's making the point 10:42:50
that I made a few questions ago. 10:42:53
Q. Which was what, sir? 10:42:58
A. That the -- the fact that Baycol is better 10:43:03
able to get into the cell and to affect the membrane 10:43:07
of the cell makes the process somewhat different. 10:43:22
Q. Can we agree that Dr. Davidson does not 10:43:24
describe a muscle injury unique to Baycol? 10:43:29

A. Let me just refresh my memory a bit. 10:43:37
(Reviewing) 10:43:43
Yes, I would agree with that. But I think it -- you still have to keep in consideration the fact that muscle cell death is an endpoint which you can get to through different pathways. 10:44:51 10:44:53 10:44:56 10:45:04
Q. Are you aware of a single article that suggests Baycol caused a muscle injury that the other statins do not cause? 10:45:06 10:45:08 10:45:11
MR. ARBITBLIT: Objection. 10:45:16
THE WITNESS: Only in the sense of the effect on the membrane and the ability of the drug to get into the muscle cell. 10:45:36 10:45:41 10:45:45
BY MR. ISMAIL: 10:45:47
Q. Do all statins have an ability to affect the muscle cell membrane? 10:45:47 10:45:51
A. Yes. I think that's -- that's true, but to different degrees. 10:46:04 10:46:07
Q. Do all statins have the ability to get into the muscle cell? 10:46:09 10:46:18
A. I think there is indirect evidence, that I am aware of, that would suggest that. But I think the -- there's a wide variability from agent to agent. 10:46:34 10:46:37 10:46:42 10:46:46
Q. Are you aware of a single article that 10:46:46

BY MR. ISMAIL: 11:33:13

Q. Why not? 11:33:13

A. I think it goes in the other airection. 11:33:15
If you remove the drug and the symptoms go away, 11:33:19
well, then it's easy. You know that there was a 11:33:23
direct effect. 11:33:26

But if it doesn't go away, you don't know 11:33:28
one way or the other, based on that criterion. 11:33:32

Q. Are you aware, sir, of a single article 11:33:36
describing a patient having normal CK and have 11:33:41
muscle symptoms persist following discontinuation of 11:33:48
a statin? 11:33:50

A. Not that I can come up with right now. 11:34:13
But it doesn't seem as an impossibility. 11:34:15

Q. Are you aware of a single article 11:34:32
describing the possibility that a patient with 11:34:34
normal CK can have muscle pain or weakness persist 11:34:40
following discontinuation of the statin? 11:34:44

MR. ARBITBLIT: Objection. 11:34:46

THE WITNESS: No, I'm not aware of any 11:34:52
article that does that -- that states that. But 11:34:56
I -- but in terms of my own opinion, I could 11:35:02
conceive of circumstances where it would be a very 11:35:11
significant possibility. 11:35:15

BY MR. ISMAIL: 11:35:16

Q. Have you ever treated a patient in your clinical practice who had normal CK and had muscle symptoms persist following discontinuation of the statin? 11:35:16 11:35:19 11:35:26 11:35:29

A. I actually want to go back just one second. I mean, it relates to sort of the very first things we talked about in my testimony, that the CK level depends on the timing, of course, and that's always the proviso that I want to put in there. 11:35:42 11:35:46 11:35:49 11:35:49 11:35:52

But in terms of a patient that I've taken care of that was taking statins, had muscle symptoms, normal CK and then the statin was discontinued and the symptoms continued, no, I haven't treated a patient like that. 11:35:55 11:35:58 11:36:02 11:36:05 11:36:10

Q. Is there a difference to a patient -- withdrawn. 11:36:28 11:36:32

Is there a difference from mitochondrial changes in a muscle cell compared to death of the muscle cell? 11:36:33 11:36:36 11:36:40

MR. ARBITBLIT: Objection. 11:36:43

THE WITNESS: You mean: Are they the same thing? 11:36:45 11:36:47

BY MR. ISMAIL: 11:36:47

Q. Yes. 11:36:47

Q. Have you ever written about such a diagnosis in the literature? 11:58:41 11:58:44
A. No.
Q. Have you ever seen such a diagnosis in the literature?
A. Pain and weakness -- 11:58:47
Q. Normal CK. 11:58:51
A. -- normal CK, stop the statin, and it doesn't go away? 11:58:52 11:58:58
Q. Right. 11:58:59
A. No, I haven't seen that in the literature, but my opinion is it would definitely be possible to make that diagnosis. 11:59:16 11:59:18 11:59:21
Q. What do you base that upon, sir? 11:59:23
A. My understanding of the pathogenic processes that result from statins. 11:59:29 11:59:35
Q. Have you ever written about the pathogenic processes from statins in any article? 11:59:41 11:59:42
A. No. 11:59:50
Q. Do you write about your understanding of pathogenic processes from statins in your expert report? 11:59:50 11:59:53 11:59:57
A. Yes. 11:59:57
Q. Is the first time that you wrote about your understanding of pathogenic processes in your 11:59:58 12:00:00

expert report for the Baycol litigation? 12:00:05
MR. ARBITBLIT: Objection. 12:00:08
THE WITNESS: Yes. 12:00:09
MR. ARBITBLIT: Counsel, if you're switching subjects, it's noon. Do you want to take a lunch break? 12:00:19 12:00:20 12:00:22
MR. ISMAIL: Just give me one second. 12:00:24
MR. ARBITBLIT: If you keep putting red lines through your questions, I'll give you 10 seconds. 12:00:33 12:00:35 12:00:38
MR. ISMAIL: I thought you might. 12:00:38
MR. BLACK: I'll give you another red pen. 12:00:40
MR. ISMAIL: Let's eat. 12:00:53
THE VIDEOGRAPHER: The time is 12:01. Off the record. 12:00:55 12:00:57
(Lunch recess taken.) 12:00:59
THE VIDEOGRAPHER: The time is 1:05. On the record. 13:05:04 13:05:07
BY MR. ISMAIL: 13:05:08
Q. Good afternoon, Dr. Richman. 13:05:08
A. Hello. 13:05:10
Q. If you would pull out your expert report again and turn to paragraph 23. 13:05:11 13:05:14
A. 23? 13:05:17
Q. Yes, sir. 13:05:19

for sure. 13:09:01
BY MR. ISMAIL: 13:09:02
Q. Let me state it the other way. 13:09:02
Are you aware, sir, of a single article or 13:09:04 case report of a patient to have persistent 13:09:09 elevations of CK following discontinuation of a 13:09:14 statin? 13:09:17
A. Let me -- give me just a second to see if 13:09:23 I'm misremembering. 13:09:27
(Reviewing) 13:09:32
I think in the long-lasting cases that I 13:09:33 remember, I'm not aware of whether the CK was 13:09:55 measured later on or not. I don't know of any 13:10:00 report about the CK. 13:10:03
Q. I have to clarify that last answer. 13:10:08
A. (Nods head.) 13:10:11
Q. Are you aware of a single article or case 13:10:12 report of a patient having persistent elevations of 13:10:15 CK following discontinuation of the statin? 13:10:21
A. No, I'm not. 13:10:26
Q. You write in paragraph 23 that, 13:10:31 "Rhabdomyolysis can be diagnosed retrospectively on 13:10:33 the basis of clinical information." 13:10:37
A. Correct. 13:10:39
Q. And then in the balance of that sentence, 13:10:42

retrospective diagnosis of rhabdomyolysis. 13:18:26
MR. ARBITBLIT: Objection. 13:18:28
THE WITNESS: They list the criteria for 13:18:29
diagnosis, and there's no mention made of whether 13:18:34
it's concurrent or retrospective. 13:18:39
BY MR. ISMAIL: 13:18:42
Q. Are you aware of any article that uses the 13:18:42
phrase "retrospective diagnosis" in regards to 13:18:46
rhabdomyolysis? 13:18:50
A. No. 13:18:52
Q. Have you ever written in any article or 13:18:53
piece of medical literature your view regarding the 13:18:58
criteria for retrospective diagnosis of 13:19:01
rhabdomyolysis? 13:19:04
A. No, I have not. 13:19:04
Q. Is the first time that you wrote your view 13:19:05
regarding the criteria for retrospective diagnosis 13:19:07
of rhabdomyolysis in your expert report in this 13:19:10
case? 13:19:15
A. I wouldn't -- I wouldn't say that 13:19:19
necessarily. I think this has been the criteria 13:19:22
that I have used and -- clinically. 13:19:29
And so I'm not sure that it was something 13:19:37
only written at that point in time. But it was 13:19:40
not -- but I've not written anything to be 13:19:43

published. 13:19:46
Q. A moment ago, sir, you told me that you have never retrospectively diagnosed a patient with rhabdomyolysis, correct? 13:19:46 13:19:49 13:19:53
A. Correct. 13:19:54
Q. Okay. Focusing -- 13:19:54
A. I did say that, correct. 13:19:57
Q. Is that still true? 13:19:59
A. I think it's true. 13:20:00
Q. So, is it still correct to say the first time that you wrote down your view regarding the appropriate criteria for retrospective diagnosis of rhabdomyolysis was your expert report in this case? 13:20:02 13:20:05 13:20:07 13:20:10
MR. ARBITBLIT: Objection. 13:20:16
THE WITNESS: I don't think that I, in the past, have made the distinction. 13:20:21 13:20:23
BY MR. ISMAIL: 13:20:27
Q. Now, what criteria did the Warren authors list for diagnosis of rhabdomyolysis? Do you want to direct me to that article and -- 13:20:27 13:20:32 13:20:39
A. The ones that I've listed here (indicating). 13:20:41 13:20:43
Q. Well, you've pulled out that article, in particular. 13:20:43 13:20:47
So, where in that article do the authors 13:20:49

of rhabdomyolysis in the presence of normal CK, correct? 13:23:59 13:24:02

MR. ARBITBLIT: Objection. 13:24:03

THE WITNESS: I don't think you can conclude that. 13:24:06 13:24:10

BY MR. ISMAIL: 13:24:10

Q. Well, they either do, or they don't. 13:24:10

MR. ARBITBLIT: Objection. 13:24:12

THE WITNESS: Well, that's right. But I don't think you can conclude that. 13:24:16 13:24:18

BY MR. ISMAIL: 13:24:20

Q. Okay. Is there any statement in the Warren article that says, "A patient with normal CK can be diagnosed as having rhabdomyolysis if the following factors are present"? 13:24:20 13:24:22 13:24:29 13:24:32

MR. ARBITBLIT: Objection. 13:24:34

THE WITNESS: I don't see that they've given a statement like that. 13:24:40 13:24:43

BY MR. ISMAIL: 13:24:46

Q. Can you go to paragraph 25, please. 13:24:46

MR. ARBITBLIT: By the way, it's item 171 on his disclosure. 13:24:51 13:24:55

MR. ISMAIL: 171? 13:24:56

MR. ARBITBLIT: Exhibit C to his reviewed materials. 13:25:00 13:25:02

BY MR. ISMAIL: 13:26:30
Q. Would you agree that it's relatively 13:26:30
uncommon for a doctor to test a patient's muscle 13:26:34
strength by a mechanical device? 13:26:37
A. Yes. It's fairly uncommon, but not rare. 13:26:40
Q. Are you aware, sir, of any article that 13:26:58
has diagnosed a statin myopathy based solely on 13:27:01
strength testing? 13:27:06
MR. ARBITBLIT: Objection. 13:27:14
THE WITNESS: I'm not aware of it, but I 13:27:28
would see no problem with doing that. 13:27:31
BY MR. ISMAIL: 13:27:32
Q. In your clinical practice, sir, have you 13:27:32
ever diagnosed a patient with having a statin 13:27:35
myopathy based solely upon strength testing? 13:27:37
A. No. 13:27:42
Q. Have you ever heard of that being done? 13:27:42
A. I've not heard of it being done, but I 13:27:57
would -- it seems like a quite good way to do it, 13:28:00
assuming the patient had been taking statins. 13:28:06
Strength testing is one of our best clinical ways of 13:28:15
determining a myopathy. 13:28:20
Q. I'm confused by your last answer. 13:28:28
A. Uh-huh. 13:28:30
Q. Of the millions of patients in this 13:28:32

country who have taken statins, are you aware of a 13:28:37
single time that a patient was diagnosed as having a 13:28:40
statin-induced myopathy based solely upon strength 13:28:44
testing? 13:28:51
MR. ARBITBLIT: Objection. 13:28:51
THE WITNESS: No, I'm not aware. 13:28:56
BY MR. ISMAIL: 13:29:04
Q. On the strength testing that you've just 13:29:04
described, the -- is it a one to five scale or zero 13:29:07
to five scale? 13:29:12
A. Zero to five, yeah. 13:29:13
Q. What does a five out of five mean? 13:29:14
A. Normal strength. 13:29:16
Q. To interpret the results of a strength 13:29:18
test, do you need a baseline to compare it to for 13:29:21
the patient? 13:29:24
A. No. 13:29:26
Q. How do you determine a new onset of muscle 13:29:26
weakness when you are attempting to diagnose the 13:29:32
problem in the patient? 13:29:36
A. That's what I do all the time. That's 13:29:37
what neurologists do. And we have a sense of what 13:29:39
normal muscle power should be, and reduced power is, 13:29:51
in almost all instances, not an issue of significant 13:30:04
uncertainty. 13:30:09

A. I would assume it's a compilation from reporting to individual national regulatory agencies. 13:44:53 13:44:55 13:45:04

Q. Are you aware, sir, that reports of adverse events are made -- can be made to regulatory agencies whether or not causation has been determined in any particular patient? 13:45:13 13:45:18 13:45:26 13:45:30

A. (Reviewing) 13:45:34

Well, my understanding is that, at least in this country, the reporter is asked to give an estimate of how certain they are that the adverse event is related to the drug the patient was taking -- taken. 13:45:37 13:45:43 13:45:51 13:45:55 13:45:57

Q. Are you aware, sir, that reports can be made to the FDA regarding adverse reactions from drugs whether or not causation has been determined? 13:45:59 13:46:02 13:46:06

A. Well, it's -- I think it's a very high standard to say, "Causation has been determined." I'm not sure that's how medicine is practiced in most instances. We want to have substantial evidence, but we may not have absolute proof. 13:46:18 13:46:34 13:46:40 13:46:46 13:46:48

Q. Let's see if we can agree on this. 13:46:54

The Hamilton Craig article does not discuss what criteria was used to diagnose any of the patients in Table 3, correct? 13:46:57 13:47:00 13:47:11

MR. ARBITBLIT: Objection. 13:47:14

THE WITNESS: I -- I mean, I think that would be -- I mean, this is published in a peer-reviewed journal. You know, I'm not the only one who's looked at this and finds it a -- an appropriate article, drawing appropriate conclusions. 13:47:20 13:47:23 13:47:30 13:47:38 13:47:46 13:47:48

It starts out by defining myopathy, and then it provides a table of the incidence of reports of myopathy. The conclusion to draw is that that's what they've defined is what they're supplying in their table. 13:47:50 13:47:53 13:47:58 13:48:07 13:48:12

BY MR. ISMAIL: 13:48:33

Q. Sir, are you an expert in epidemiology? 13:48:33

A. I've had an epidemiology course in medical school. I, as a physician, deal with some issues of epidemiology. So, I think as much as I'm a physician, I'm an expert in epidemiology. It's not an area of my research or my focused effort. 13:48:44 13:48:48 13:48:54 13:48:57 13:49:01

Q. Have you ever made an adverse report using the Med Watch System? 13:49:07 13:49:12

A. I have made adverse event reports in clinical trials. But I don't know if I've used the Med Watch System. 13:49:17 13:49:23 13:49:29

Q. Have you ever made an adverse event 13:49:29

report -- withdrawn. 13:49:34

Have you ever made a spontaneous report of a drug adverse event postmarketing? 13:49:35 13:49:39

A. I think I have one. It was quite a while ago. And I don't remember what the drug or issue was. And I did it by telephone, is what I remember. 13:49:56 13:49:59 13:50:01

Q. It's safe to say that you have diagnosed drug adverse events of more than just one patient, right? 13:50:04 13:50:08 13:50:11

MR. ARBITBLIT: Objection. 13:50:12

The objection is withdrawn. 13:50:30

THE WITNESS: It's not a very common event in my practice. And I think it would -- in general, for me to report an adverse drug reaction would take it being a significant adverse event or an unexpected adverse event. 13:50:35 13:50:38 13:50:49 13:50:55 13:51:05

If it's a common and -- relatively expected, I probably would not. 13:51:10 13:51:15

BY MR. ISMAIL: 13:51:18

Q. Have you ever diagnosed a patient, by whatever criteria, as having a statin myopathy? 13:51:18 13:51:22

A. Yes, on one or two occasions. 13:51:31

Q. Did you consider those patients as having rhabdomyolysis? 13:51:32 13:51:35

A. No. 13:51:36

Q. Did you draw CKs in those patients? 13:51:36
A. Yes. 13:51:39
Q. Were the CKs elevated? 13:51:40
A. Yes. Mildly elevated.
Q. What drugs -- what statins were the patients taking?
A. I don't remember. 13:51:43
Q. But it's safe to say in neither event in which you personally diagnosed a statin myopathy did you report that to either the manufacturer or the FDA. 13:51:47 13:51:51 13:51:55 13:52:00
A. Correct.
Q. Do you consider yourself an expert, sir, in FDA regulations? 13:52:06 13:52:09
A. No, I don't. 13:52:20
Q. Did you review any of the safety studies done on Baycol? 13:52:21 13:52:24
A. No, I have not. 13:52:25
Q. Did you review any of the clinical trial data done on Baycol?
A. No.
Q. Are you an expert in pharmacology? 13:52:25
A. I think I know a fair amount about pharmacology, from my own work -- at least in terms of molecular and cellular pharmacology. 13:52:29 13:52:31 13:52:39

Q. Have you ever researched the molecular pharmacology of statins? 13:52:45 13:52:50
A. Yes, I have. 13:53:00
Q. In what article? 13:53:04
A. We talked about one of the articles, the Davidson article. 13:53:05 13:53:18
Q. Oh, I'm sorry. My question was poorly phrased. Let me ... 13:53:19
Have you done any research on the molecular pharmacology regarding statins? And by that -- 13:53:21 13:53:22
A. You mean laboratory -- 13:53:23
Q. Primarily.
A. -- research, as opposed to reviewing articles? 13:53:26 13:53:28
Q. Correct. 13:53:28
A. In terms of statins, no. 13:53:31
Q. Have you ever written about the molecular or cellular pharmacology of statins? 13:53:31 13:53:34
A. No. 13:53:37
Q. Have you ever been asked to make comparisons between the safety profile of two drugs in a class? 13:53:43 13:53:45 13:53:51
MR. ARBITBLIT: Objection. 13:53:53
THE WITNESS: Only for this report. 13:53:55

Q. What data exists to compare the safety of drugs used to treat myasthenia gravis? 13:55:17 13:55:21
A. They're primarily case series. 13:55:29
Q. What do you mean by a "case series"? 13:55:32
A. Description of a group of patients who were treated with a particular drug. But, freely, without controls. 13:55:38 13:55:46 13:55:52
Q. The case series concept to which you just referred, is that a published review of specific cases? 13:55:53 13:55:57 13:56:03
MR. ARBITBLIT: Objection. 13:56:03
THE WITNESS: Yes. 13:56:03
BY MR. ISMAIL: 13:56:06
Q. Have you ever compared the safety of two drugs in a class using spontaneous adverse event reports made to the FDA? 13:56:06 13:56:08 13:56:16
A. No, I have not. I've read some articles, though. 13:56:19 13:56:32
Q. I'm asking about your own work. 13:56:32
Correct? 13:56:36
A. Correct. 13:56:37
Q. Would you take out your expert report again, sir, and go to paragraph 8. 13:56:55 13:56:58
A. (Reviewing) 13:57:00
Q. First, a couple of times during today's 13:57:11

deposition, you indicated it is your opinion that 13:57:15
Baycol had a higher rate of muscle toxicity than the 13:57:19
rest of the statin class; is that correct? 13:57:23
A. Yes. 13:57:27
Q. Can you tell me everything you're relying 13:57:27
upon to support that opinion. 13:57:31
A. Well, there are a number of articles that 13:57:37
are referenced here and some others that I've 13:57:39
reviewed. Probably the number one article is the 13:57:45
Staffa report in the New England Journal of 13:57:54
Medicine. 13:58:05
Q. And in paragraph eight, you're making 13:58:07
reference to the Staffa letter? 13:58:12
A. Yes. 13:58:15
Q. Do you understand that the 16 to 80 times 13:58:21
reference made by Dr. Staffa is to spontaneous 13:58:27
reports of adverse events? 13:58:31
MR. ARBITBLIT: Objection. 13:58:35
THE WITNESS: I'm working on getting that 13:58:35
for you. 13:58:37
(Reviewing) 13:58:39
Do you think you could repeat the 13:58:40
question? 13:58:51
BY MR. ISMAIL: 13:58:52
Q. All the data that Dr. Staffa cites in her 13:58:52

letter come from spontaneous reports of adverse 13:58:58
events, correct? 13:59:01
MR. ARBITBLIT: Objection. 13:59:03
THE WITNESS: They were reported to the 13:59:17
FDA. She doesn't describe exactly what initiated 13:59:18
them, but -- I mean, maybe we should talk about what 13:59:27
you mean by "spontaneous." 13:59:34
That was the term you used, right? 13:59:37
BY MR. ISMAIL: 13:59:40
Q. It's a term of art in regards to the data 13:59:40
that Dr. Staffa is using. 13:59:44
Have you ever heard of the expression 13:59:47
"spontaneous adverse event"? 13:59:49
A. Not really. 13:59:53
MR. ISMAIL: Don, maybe we can 13:59:57
short-circuit. 13:59:59
Are you going to be offering Dr. Richman 14:00:00
as a comparative safety expert? 14:00:02
MR. ARBITBLIT: Only to the extent that 14:00:04
he's relying on what he perceives to have been 14:00:06
stated in the peer review literature. He's not 14:00:09
going to offer any independent analysis. 14:00:12
BY MR. ISMAIL: 14:00:26
Q. Doctor, you're not an expert in how to use 14:00:26
the FDA's adverse event database to make comparisons 14:00:33

different types of epidemiology studies. I mean, 14:10:44
probably, the classical epidemiology study is to, 14:10:47
for example, measure the prevalence or incidence of 14:10:52
disease in a population so you can -- you could 14:10:56
measure somehow the number of people with diabetes 14:11:03
in the City of San Francisco. 14:11:08

That would -- so, I'm not quite sure 14:11:11
whether you mean that's a defined patient group or a 14:11:13
defined population. 14:11:19

BY MR. ISMAIL: 14:11:20

Q. Have you ever done an epidemiology study? 14:11:20

A. No. 14:11:25

Q. Other than reading Dr. Staffa's letter, 14:11:52
have you done anything else to support your opinion 14:11:55
that Baycol had a higher risk of myotoxicity? 14:11:57

MR. ARBITBLIT: Objection. 14:12:01

THE WITNESS: I've read the articles 14:12:06
referenced in my report, the other articles that 14:12:09
we've listed for you. And it is absolutely the 14:12:12
consensus that Staffa's conclusions are correct. In 14:12:19
fact, I haven't come across in all of that reading 14:12:25
any peer-reviewed article that questions it. 14:12:31

MR. ISMAIL: Nonresponsive. 14:12:36

Q. Can you answer my question, sir? 14:12:38

MR. ARBITBLIT: Objection. 14:12:40

THE WITNESS: Well, I thought I did. Could you ask it again? 14:12:41 14:12:44

BY MR. ISMAIL: 14:12:44

Q. Well, let's do it this way. 14:12:44

What other articles besides Dr. Staffa's letter do you believe supports your opinion that Baycol had a higher risk of myotoxicity? 14:12:47 14:12:50 14:12:54

A. So, a significant -- I mean, do you want me to start listing them? Is that the question? 14:13:04 14:13:06

Q. Sure. 14:13:09

A. Well, there was the Davidson article we talked about; there's a Farmer article in Lancet that I've referenced in paragraph seven; there's the Thompson article that I've referenced in paragraph 15. There's the Ravnan article in paragraph 20(a). There's the Hamilton Craig article that we talked about. 14:13:10 14:13:13 14:13:16 14:13:37 14:13:42 14:14:09 14:15:10

(Reviewing) 14:15:26

I mean, I -- if I spent more time, I could come up with more. But it's quite a number. 14:15:45 14:15:47

Q. Are you aware of any data supporting the conclusion that Baycol had a higher risk of myotoxicity other than spontaneous adverse event data? 14:15:51 14:15:53 14:15:57 14:16:01

MR. ARBITBLIT: Objection. 14:16:08

Q. Have you seen any data comparing the risk of mitochondrial myopathy comparing Baycol to other drugs in the class? 14:46:40 14:46:43 14:46:51

A. No, I have not. 14:46:52

Q. Have you seen any data comparing the risk of normal CK myopathy comparing Baycol to other drugs in the class? 14:46:53 14:46:58 14:47:02

A. Only these data here on myalgia that we talked about. 14:47:07 14:47:10

Q. In the Hamilton Craig article? 14:47:11

A. Right. 14:47:13

Q. Have you seen the clinical trial data regarding the reports of myalgia in the placebo control trials or the statins? 14:47:20 14:47:27 14:47:31

A. No, I haven't. I've read some articles that have made some reference to it. 14:47:34 14:47:38

Q. What is the purpose of a placebo control trial? 14:47:40 14:47:43

MR. ARBITBLIT: Objection. 14:47:44

THE WITNESS: I mean, it can be most anything. I'm not quite sure what you mean. It can ... 14:47:51 14:47:54 14:47:58

BY MR. ISMAIL: 14:47:59

Q. I'll restate it. 14:47:59

A. Yeah. 14:48:00

Yes, I think I do. Yeah. 14:56:34
BY MR. ISMAIL: 14:56:39
Q. How many patients with rhabdo have you 14:56:39
personally treated? 14:56:43
A. Four or five. 14:56:49
Q. In how many years of practice? 14:56:49
A. In how many years as a neurologist? 14:56:55
Thirty or so. 14:57:02
Q. None of those cases involved statins; is 14:57:02
that right? 14:57:05
A. Correct. 14:57:05
Q. Did they involve any other lipid-lowering 14:57:05
drug? 14:57:09
A. No. 14:57:10
Q. In your experience with these four to five 14:57:11
patients, did any recover? 14:57:15
A. I can't answer that because I only treated 14:57:23
them through the acute phase of it and don't know 14:57:26
what the long term result was. 14:57:29
Q. Is it fair to say you don't have any 14:57:35
clinical experience in regards to the long-term 14:57:37
prognosis from rhabdomyolysis? 14:57:40
A. Only my reading in my review of cases. 14:57:50
Q. What cases are you talking about? 14:57:53
A. Well, I'm talking about the Tonin case, 14:57:55

especially. 14:57:57

Q. Okay. Other than your work as a consulting expert in litigation, do you have any firsthand experience with the prognosis from rhabdomyolysis? 14:57:58 14:58:00 14:58:03 14:58:05

A. No, I don't think so. 14:58:09

Q. Have you ever seen any article suggesting that a patient's muscular function can get worse following the acute phase of rhabdomyolysis? 14:58:19 14:58:25 14:58:29

A. I think it's definitely possible. I don't know that I've seen an article demonstrating that. 14:58:36 14:58:39

Q. Have you ever heard of a single patient who has had rhabdomyolysis who's muscular function got worse following the acute phase? 14:58:44 14:58:48 14:58:52

A. Actually, it depends on what you -- what you mean by "worse." Maybe you could explain that in just a little bit more detail. 14:58:53 14:58:56 14:59:01

Q. What do I mean by worse? 14:59:04

A. Yeah. Worse relative to what? 14:59:07

Q. A patient whose muscular condition got worse relative to their condition at the end of the acute phase of rhabdomyolysis. 14:59:13 14:59:23 14:59:28

A. I see. So, they had an acute phase; they were very weak, very severely affected; they started to recover; and then they got worse again? 14:59:29 14:59:34 14:59:37

Q. What condition could be happening in the 15:11:05
muscle that would cause less than complete recovery 15:11:10
in the absence of muscle cell death? 15:11:16
A. Well, it's quite conceivable that 15:11:27
mitochondrial -- the mitochondrial injuries could be 15:11:36
permanent. 15:11:42
Q. What do you mean by "quite conceivable"? 15:11:44
A. Well, we -- I think there is a -- there is 15:11:58
a paper by England, I think, that I reported on, 15:12:02
where they've shown that the mitochondrial 15:12:08
abnormality was there a year after stopping the 15:12:16
drug. So ... 15:12:18
(Reviewing) 15:12:50
I'm sorry. I didn't realize you were 15:12:51
waiting for me. 15:13:55
Q. Well, why don't we -- 15:13:57
A. You have that article. 15:14:03
MR. ISMAIL: Yes, sir. 15:14:03
Let's mark -- what are we on, 6? 15:14:03
THE REPORTER: Yes. 15:14:07
(WHEREUPON, Richman Exhibit 6 was marked 15:14:23
for identification.) 15:14:24
BY MR. ISMAIL: 15:14:35
Q. Is Exhibit 6, sir, the England article to 15:14:35
which you reference? 15:14:38

A. Yes. 15:14:42
Q. And in the -- the England article describes 15 patients taking either Zocor or Pravachol? 15:14:42 15:14:50 15:14:55
A. Correct. 15:15:00
Q. And there were biopsies taken of the 15 patients? 15:15:01 15:15:07
A. Yes. And these were patients who were having muscle symptoms. And the biopsies were taken from all 15. 15:15:18 15:15:21 15:15:26
Q. Okay. And the authors in Exhibit 6 note some microscopic changes in the muscle pathology? 15:15:27 15:15:32
A. Correct. 15:15:36
Q. And then the statin was stopped for all the patients? 15:15:37 15:15:42
A. (Reviewing) 15:16:01
The statin was stopped, yes. 15:16:02
Q. And all symptoms and signs resolved -- 15:16:04
A. Right. 15:16:08
Q. -- for the patients? 15:16:09
A. Right. 15:16:10
Q. Okay. So, in -- one takeaway from the England article is that the muscle symptoms and signs stopped when the patient stopped the statin, correct? 15:16:11 15:16:16 15:16:19 15:16:23

A. Right. 15:16:23
Q. And then they rechallenged three of the 15:16:24
patients? 15:16:28
A. I don't ... 15:16:28
(Reviewing) 15:16:31
I don't think so. 15:16:32
Q. "All symptoms and signs resolved on 15:16:33
cessation of the drugs and recurred in three of the 15:16:36
three patients rechallenged." 15:16:39
A. Oh, yes. Okay. 15:16:42
Q. And then in those three patients who were 15:16:43
rechallenged, they were biopsied again a year later. 15:16:46
A. Correct. 15:16:52
Q. And there were, again, the microscopic 15:16:54
exchanges in the muscle pathology. 15:16:59
A. Right. 15:17:00
Q. So, for the biopsies that were done a year 15:17:01
later, it was in the case of the three patients who 15:17:09
were put back on the statin, correct? 15:17:11
MR. ARBITBLIT: Objection. 15:17:14
THE WITNESS: My reading of that is that 15:17:14
they were rechallenged with the drugs; they had 15:17:20
symptoms. The drug was stopped. And then a year 15:17:24
after stopping the drug a second time, they were 15:17:30
biopsied. 15:17:32

BY MR. ISMAIL: 15:17:32

Q. Would you agree that the article does not -- or for the three patients who were rechallenged, the article does not state that they were removed from their statin after the rechallenge? 15:17:32 15:17:35 15:17:38 15:17:42 15:17:45

MR. ARBITBLIT: Objection. 15:17:47

THE WITNESS: Yeah. It says, "Were still present one year after stopping the drug." 15:17:47 15:17:49

MR. ISMAIL: Oh, yes. Okay. 15:17:54

THE WITNESS: It's pretty clear. 15:17:56

BY MR. ISMAIL: 15:17:57

Q. And in those three patients, was there any clinical manifestation of the microscopic changes? 15:17:57 15:18:05

MR. ARBITBLIT: Objection. 15:18:10

THE WITNESS: They don't comment on that. 15:18:21

BY MR. ISMAIL: 15:18:23

Q. The -- were you done? 15:18:23

A. They -- I mean, they -- that is, after stopping the drug the second time, I don't see that they comment on whether the symptoms cleared the second time they stopped the drug. 15:18:26 15:18:28 15:18:31 15:18:38

Q. All they say is -- the only comment they make either way is the first time. 15:18:39 15:18:42

A. Right. Right. 15:18:44

And the other 50 percent are referred from physicians at UC Davis for muscle and nerve problems of any kind. And, occasionally, I see just, you know, neurologic problems just unrelated to those two areas, from -- mainly, from patients with -- from doctors -- referred by doctors in the UC Davis system. 16:08:46 16:08:51 16:08:58 16:09:05 16:09:08 16:09:14 16:09:18

Q. Do you prescribed statins? 16:09:18

A. No. 16:09:23

Q. Are you known in the area as being one who clinically treats patients with statin-associated myopathies? 16:09:24 16:09:32 16:09:39

A. I would say only in the sense that I'm known in the area as someone who has an interest in muscle diseases. 16:09:42 16:09:44 16:09:47

Q. But you don't have a particular reputation in the area as someone to whom people should send their statin myopathy cases? 16:09:48 16:09:51 16:09:54

A. Correct. 16:09:56

Q. Instead, your expertise and reputation is in myasthenia gravis, correct? 16:09:57 16:10:00

MR. ARBITBLIT: Objection. 16:10:03

THE WITNESS: Right. My major reputation, yeah. 16:10:03 16:10:06

BY MR. ISMAIL: 16:10:06

Q. Sir, is there any research work reflected in your CV relating to rhabdomyolysis? 16:10:06 16:10:13
A. No. 16:10:17
Q. Is there any research work in Exhibit 16 relating to the side effects of statins? 16:10:18 16:10:26
A. No. 16:10:36
Q. Have you -- is there anything in your CV relating to the prognosis of patients who have been diagnosed with rhabdomyolysis? 16:10:37 16:10:39 16:10:48
A. Only in the sense that I'm interested in muscle diseases. 16:11:04 16:11:06
Q. Is there any research or articles in Exhibit 16 that discuss the diagnostic criteria for statin-induced myopathy? 16:11:06 16:11:08 16:11:12
A. No. 16:11:16
Q. Is there any research or articles in Exhibit 16 that relate to the comparative safety of the statin class? 16:11:23 16:11:26 16:11:30
A. No. 16:11:36
MR. ISMAIL: Almost done. 16:12:03
(WHEREUPON, Richman Exhibit 17 was marked for identification.) 16:12:05 16:12:06
BY MR. ISMAIL: 16:12:07
Q. Dr. Richman, Exhibit 17 is a series of handwritten notes that we were provided, and I'm not 16:12:07 16:12:12

It's known that CK can go up with vigorous exercise in normal people, especially normal people who are not in very good shape and then have vigorous exercise. It's usually a very transient elevation. 16:35:32 16:35:38 16:35:43 16:35:47 16:35:58

This article on page 168 talks about two things, patients taking statin who have more problems with exercise. One example they give is playing tennis and developing aching muscles. And this author has observed that and, to a greater degree, in patients taking statins. 16:36:08 16:36:18 16:36:26 16:36:36 16:36:40 16:36:45

And then he talks about what I think is a very useful observation. And that is top athletes very rarely tolerate treatment with statins. And what that suggests to me is that the statins -- well, in conjunction with the second article that I'll talk about, which was an article referenced in this Sinzinger article. 16:36:49 16:36:57 16:37:04 16:37:12 16:37:17 16:37:21 16:37:25

The combination of the article from both of these articles suggests to me that statins have an effect on muscle function in everyone who takes it, all the time. And -- but it's a very mild effect and probably has no clinical significance in the vast majority of people who take it. 16:37:29 16:37:31 16:37:36 16:37:42 16:37:49 16:37:53

But if you are a top athlete, where you 16:37:57

(Recess taken.) 16:42:49
THE VIDEOGRAPHER: Back on the record. 16:46:31
Here marks the beginning of tape number four in the 16:46:42
deposition of David Richman, M.D. The time is 4:47. 16:46:46
BY MR. ISMAIL: 16:46:51
Q. Doctor, you made reference to a new 16:46:51
opinion you have formed since the submission of your 16:46:57
expert report regarding implications of research in 16:47:00
exercise and statins, correct? 16:47:07
A. Correct. 16:47:09
Q. One of the implications of the research 16:47:11
you have discussed is that exercise can be a 16:47:13
variable that affects the propensity to develop 16:47:19
myopathy from a statin? 16:47:23
A. Well, I didn't -- I didn't really conclude 16:47:25
that. I think what I've -- I've looked at it in the 16:47:31
other direction. We know exercise has some effect 16:47:34
on the muscle fibers, leading to some -- in 16:47:39
everyone, but especially in people who are not 16:47:46
conditioned -- leading to some small and not 16:47:49
clinically significant leakage of CK. 16:47:56
But in patients who are taking statins and 16:48:04
have no muscle symptoms, when they exercise, there's 16:48:07
two things, greater leakage of CK and, in people who 16:48:13
really vigorously use their muscles, actual symptoms 16:48:22

of decreased power and more pain in their muscles. 16:48:27

Q. First off, the research that you've described, that's the Sinzinger article and the Thompson article, correct? 16:48:34 16:48:36 16:48:38

A. Correct. 16:48:39

Q. Those articles are not specific to Baycol, correct? 16:48:40 16:48:43

A. Correct. 16:48:43

Q. Those articles do not talk about a prognosis from the myopathy, correct? 16:48:44 16:48:50

A. Correct. 16:48:52

Q. Those articles do not talk about the -- those articles do not change the diagnostic criteria for a myopathy, correct? 16:48:52 16:48:56 16:48:59

A. Well, I think they support the fact that you can have the low end of the scale, that is, muscle symptoms, such as mild weakness and aching with these medications. 16:49:02 16:49:08 16:49:16 16:49:22

Q. Were you done? 16:49:25

A. Yes. 16:49:28

Q. If I understood you correctly, you have suggested, based on the Sinzinger article and the Thompson article, that every patient who takes a statin suffers some injury to the muscle? -16:49:32 16:49:36 16:49:45 16:49:47

A. I wouldn't put it as strongly as "injury." 16:49:53

A. Well, these were just -- these patients were -- who were tested were not selected in any way in terms of whether they had symptoms or CK changes. In fact, they all had normal CK levels. 16:53:46 16:53:47 16:53:52 16:53:55

So, just grabbing a bunch of patients who they had available to them who were taking statins showed this effect. 16:53:57 16:54:02 16:54:06

Q. Right. 16:54:08

But Thompson does not write in his article that every patient who takes a statin suffers a muscle dysfunction, correct? 16:54:09 16:54:12 16:54:15

A. I mean, he writes what I read to you. 16:54:16

Q. Can you agree with my statement? 16:54:20

A. (Reviewing) 16:54:35

I mean, his conclusion is that the drug has this effect. But I agree that he doesn't say, "This effect in every single patient." 16:54:36 16:54:38 16:54:44

Q. But you are prepared to say that based on Thompson and Sinzinger, that every patient who takes a statin suffers some form of muscle dysfunction. 16:54:47 16:54:50 16:54:53

A. Well, I might modify that to a -- the majority of patients. A lot of patients. 16:55:05 16:55:13

Q. We're moving a lot. You went from "all" to "majority" to "a lot." 16:55:23 16:55:27

A. Well, my -- really, what I was getting at 16:55:39

was that these -- that patients who are 16:55:41
asymptomatic, who are just taking the drug, you can 16:55:45
find this effect, and there may be variability 16:55:46
within that group of asymptomatic patients. I don't 16:55:51
think we can say completely from that information. 16:55:56

Q. What is this muscle dysfunction that is 16:55:59
caused in all majority or a lot of statin patients? 16:56:03

A. It's susceptibility to leaking CK at the 16:56:20
simplest level. I mean: What are the mechanisms 16:56:25
that lead to that? 16:56:28

I don't think that that's -- we can get 16:56:35
that information from these articles. 16:56:38

Q. Let's try to cut this short. 16:56:49

Would you agree that your opinion 16:56:52
inferring from the Thompson and Sinzinger article 16:56:56
that a majority of statin patients suffer some form 16:57:01
of muscle dysfunction to be an unproven hypothesis? 16:57:04

A. I wouldn't characterize it by that. I 16:57:11
would -- I think your original statement, a 16:57:16
conclusion inferred from those data, would be a 16:57:20
reasonable description of it. 16:57:23

Q. All right. Have you seen anyone else 16:57:24
besides yourself -- or let me restate that. 16:57:26

Are you aware of anyone else besides you 16:57:32
who is prepared to say that all or a majority of 16:57:35

patients who take a statin suffer a muscle 16:57:40
dysfunction? 16:57:43
A. Well, in my opinion, Sinzinger would be 16:57:49
willing to say that, and probably Thompson. 16:57:55
Q. Well, they may be willing to say it. But 16:57:58
they haven't yet, correct? 16:57:59
A. Correct. 16:58:01
Q. Are you aware of anyone else besides you 16:58:02
who has expressed the opinion that all or a majority 16:58:05
of patients who take a statin suffer a muscle 16:58:09
dysfunction? 16:58:11
A. No, I'm not. 16:58:13
MR. ISMAIL: With that, I have no more 16:58:17
questions. 16:58:18
Anyone else have questions today? 16:58:19
MS. O'GORMAN: No questions. 16:58:21
MR. ISMAIL: Stephen? 16:58:22
MR. FILIPOVITCH: Yeah. I've got two. 16:58:24

EXAMINATION

BY MR. FILIPOVITCH:

Q. Doctor, it's your understanding that 16:58:25
you're being presented as a general expert, correct? 16:58:30
A. I'm not sure how I'm being presented. 16:58:36
Q. Okay. You're not here to tell us what the 16:58:38
standard of care is for a doctor prescribing Baycol? 16:58:40