# Exhibit C

**1.** Reijonen H, Daniels TL, Lernmark A, Nepom GT. GAD65-specific autoantibodies enhance the presentation of an immunodominant T-cell epitope from GAD65. Diabetes 2000;49:1621-6.
**2.** McDevitt H. Closing in on type 1 diabetes. N Engl J Med 2001;345:1060-1.
**3.** Chiu PP, Serreze DV, Danska JS. Development and function of diabetogenic T-cells in B-cell deficient nonobese diabetic mice. Diabetes 2001;50:763-70.
**4.** Bonifacio E, Atkinson M, Eisenbarth G, et al. International Workshop on Lessons from Animal Models for Human Type 1 Diabetes: identification of insulin but not glutamic acid decarboxylase or IA-2 as specific autoantigens of humoral autoimmunity in nonobese diabetic mice. Diabetes 2001;50:2451-8.

## The Acts of Terrorism

*To the Editor:* People all over the world were shocked by the disaster of September 11, 2001. I want to emphasize what the editors wrote about medical insurance in the *Journal*'s editorial on the subject (Oct. 11 issue)[1]: "Victims and their families must receive medical and mental health attention regardless of their ability to pay and whether or not they have medical insurance."

I believe that the international community of physicians should fight for justice in medical treatment. It is noteworthy that 40 million Americans have no medical insurance and billions of people in the Third World do not receive basic medical treatment. Physicians may not be able to save the world, but our united voice must be heard loud and clear. Everybody on this planet deserves medical and mental health care, regardless of his or her ability to pay. Justice in medical care might help to prevent hatred and frustration. Justice in medical care will not solve the problem of terrorism, but it might play a part in preventing it.

ARIEL ROKACH, M.D.
Hadassah University Hospital
Jerusalem 91240, Israel
arielr@hadassah.org.il

**1.** The Editors. September 11, 2001. N Engl J Med 2001;345:1126.

*To the Editor:* The editorials on bioterrorism (July 26 issue[1] and Oct. 11 issue) called for an improved national program of preparedness, including a strengthened public-service infrastructure, improvements in diagnosis, better integration of information, and timely reporting of laboratory results. An important omission in these proposals is the role of the nation's 17,000 nursing homes as a necessary addition to the evolving system of response. There are 1,600,000 nursing home beds, of which approximately 200,000 are unoccupied on any given day.[2] The nursing homes have about twice the total number of beds that hospitals have, are located in every community in the United States, employ skilled nursing staffs and medical directors, and are linked with other medical staffs in the community. They also have established mechanisms for rehabilitation, laboratory testing, radiology, and the transportation of patients. Moreover, family and social-service support are part of the work of nursing homes.

With a small amount of additional effort and planning, the nursing homes can enhance the developing response to natural or man-made emergencies. A beneficial byproduct will be a strengthening of the nursing homes in each community and improvement in their performance of their traditional role. Fear of terrorism is understandable, but fear of the nursing home is not an acceptable reason to overlook this opportunity to enhance our response to these threats to the public.

LESLIE S. LIBOW, M.D.
Jewish Home and Hospital
New York, NY 10025
llibow@jhha.org

**1.** Khan AS, Ashford DA. Ready or not — preparedness for bioterrorism. N Engl J Med 2001;345:287-9.
**2.** Gabrel CS. An overview of nursing home facilities: data from the 1997 National Nursing Home Survey. Advance data from vital and health statistics. No. 311. Hyattsville, Md.: Public Health Service, 2000:1-12.

*To the Editor:* The same species that eradicated smallpox and has very nearly eradicated poliomyelitis has also committed innumerable acts of violence against itself. Will we ever learn that every war is a civil war?

JOHN R. DYKERS, JR., M.D.
P.O. Box 565
Siler City, NC 27344

The editors reply:

The new threats of massive terrorism have developed amid the anger and resentment that have been building in oppressive, failing countries that do not provide for the basic needs of their people. Dr. Rokach's statement is a reminder that any plan to counter the underlying causes of terrorism should include plans to improve the health of those trapped in severe poverty. The health care resources of the economically developed countries are enormous. Some small fraction of those resources could produce substantial improvements for those living in the poorest countries.

In the aftermath of September 11 and the subsequent acts of biologic terrorism, we know that preparedness is now required for responses to acts that once seemed unimaginable. Those responses should draw on all our health care resources, including nursing homes and their personnel, as Dr. Libow points out. As Dr. Libow also suggests, being forced to create such contingency plans could result in the development of a better perspective on some of the problems in the fragmented health care system of the United States.

EDWARD W. CAMPION, M.D.
JEFFREY M. DRAZEN, M.D.

## Cerivastatin and Reports of Fatal Rhabdomyolysis

*To the Editor:* Bayer's voluntary withdrawal of cerivastatin from the U.S. market led to questions regarding the safety of all hydroxymethylglutaryl–coenzyme A reductase inhibitors,

**TABLE 1.** REPORTED CASES OF FATAL RHABDOMYOLYSIS AND NUMBERS OF PRESCRIPTIONS FOR ALL STATINS DISPENSED IN THE UNITED STATES SINCE THESE PRODUCTS WERE LAUNCHED.

| VARIABLE | LOVASTATIN | PRAVASTATIN | SIMVASTATIN | FLUVASTATIN | ATORVASTATIN | CERIVASTATIN | TOTAL |
|---|---|---|---|---|---|---|---|
| Date approved | 8/31/87 | 10/31/91 | 12/23/91 | 12/31/93 | 12/17/96 | 6/26/97 | — |
| Fatal cases of rhabdomyolysis* | 19 | 3 | 14 | 0 | 6 | 31 | 73 |
| No. of prescriptions dispensed since marketing began† | 99,197,000 | 81,364,000 | 116,145,000 | 37,392,000 | 140,360,000 | 9,815,000 | 484,273,000 |
| Reporting rate (per 1 million prescriptions)‡ | 0.19 | 0.04 | 0.12 | 0 | 0.04 | 3.16 | 0.15 |

*U.S. cases reported to the FDA before June 26, 2001, that met the following criteria were included: the report included a clinical diagnosis of rhabdomyolysis, a temporal association between rhabdomyolysis and the use of a statin could be identified from the report, and death resulted either directly or indirectly from rhabdomyolysis.

†Data are through May 2001 and are from the National Prescription Audit Plus, excluding the Long Term Care Channel.

‡The reporting rate is the number of fatal cases divided by the number of prescriptions dispensed and is a crude measure of the number of reports received by the FDA relative to the extent of the use of an agent in the U.S. population. Rigorous comparisons between drugs that are based on these data are not recommended, since many factors can affect reporting and an unknown number of cases may not be attributed to the drug or reported to the FDA. Reporting rates are not incidence rates.

or statins. Myopathy and the rarer severe rhabdomyolysis are considered adverse events of therapy with this class of drugs.[1] Concomitant use of drugs that can increase blood levels of statins can increase the risk of myopathy, as can concomitant use of gemfibrozil.[2] We summarize the U.S. reports of fatal rhabdomyolysis associated with all six drugs in this class: lovastatin, pravastatin, simvastatin, fluvastatin, atorvastatin, and cerivastatin.

We reviewed reports in the Adverse Event Reporting System of the Food and Drug Administration (FDA). We also examined the number of prescriptions dispensed in the United States since the marketing of each drug began, according to the National Prescription Audit Plus (IMS HEALTH, Fairfield, Conn.). This is a nationally projected audit of retail pharmacies and mail-order houses.

Our results show that fatal rhabdomyolysis is a rare event among statin users, with reporting rates much lower than 1 death per million prescriptions in the case of most statins (Table 1). The rate of fatal rhabdomyolysis associated with cerivastatin therapy, however, is 16 to 80 times as high as the rates for any other statin. Some of this difference appears to be related to the known, marked interaction (relative to that of other statins) between cerivastatin and gemfibrozil, which in late 1999 led to the listing on the labels of contraindications against the combined use of these agents. The use of this combination was reported in 12 of the 31 deaths. After the exclusion of the 12 cases in which gemfibrozil was used with cerivastatin and the 7 cases in which it was used with lovastatin, the reporting rate of fatal rhabdomyolysis in association with cerivastatin monotherapy is 1.9 per million prescriptions, 10 to 50 times as high as the rates associated with the other statins. Among the 19 deaths associated with cerivastatin in the absence of gemfibrozil therapy, 12 occurred after use of the 0.8-mg dose (which was approved in the United States in July 2000), 6 occurred after use of the 0.4-mg dose, and the dose was not reported in 1 case. This pattern suggests that there is a relation to the dose.

Because of the underreporting of adverse reactions, the use of reporting rates as proxy measures of risk has limitations. Only about 1 percent of all serious events are directly reported by physicians.[3] There is a secular trend of increased reporting to the FDA over the past decade.[4] However, the rate of reports of fatal rhabdomyolysis associated with the use of atorvastatin (approved for use within six months after the approval of cerivastatin) was far less than for cerivastatin. Thus, the increased reporting associated with the use of cerivastatin appears to be more than an artifact related to an increased awareness of statin-associated rhabdomyolysis or to secular trends in reporting.

On the basis of the finding of a markedly increased reporting rate of fatal rhabdomyolysis in association with cerivastatin, Bayer, with the concurrence of the FDA, moved to withdraw cerivastatin from the U.S. market. Clinicians should be aware of this labeled but rare event associated with the use of all statins and should warn patients to watch for symptoms of myopathy, such as muscle pain or weakness, which should prompt an immediate consultation with their physician.

(The views expressed are those of the authors and do not necessarily represent those of, nor imply endorsement by, the FDA or the U.S. government.)

JUDY A. STAFFA, PH.D., R.PH.
JENNIE CHANG, PHARM.D.
LANH GREEN, R.PH., M.P.H.
Food and Drug Administration
Rockville, MD 20857
staffaj@cder.fda.gov

1. Physicians' desk reference. 55th ed. Oradell, N.J.: Medical Economics, 2001.
2. Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin-gemfibrozil combination therapy. JAMA 1990; 264:71-5.
3. Scott HD, Rosenbaum SE, Waters WJ, et al. Rhode Island physicians' recognition and reporting of adverse drug reactions. R I Med J 1987;70:311-6.
4. Kennedy DL, Goldman SA, Lillie RB. Spontaneous reporting in the United States. In: Strom BL, ed. Pharmacoepidemiology. 3rd ed. New York: John Wiley, 2000:151-74.

Correspondence Copyright © 2002 Massachusetts Medical Society.

# Exhibit D

infection may be the lower rates of seroconversion among adults[11] and the insensitivity of culture methods. Unfortunately current PCR methods for the detection of RSV in nasal secretions are not suitable for routine diagnostic use, and not much effort has been made to develop PCR methods for testing nasal secretions because of a perceived lack of need. However, the increasing role of RSV as an important cause of both upper and lower respiratory-tract disease in adults, the difficulty of diagnosing this infection in this group, and the development of antivirals for RSV make a strong case for the development of standardised methods for the rapid detection of low concentrations of virus in clinical specimens.

*Eric A F Simoes*

University of Colorado School of Medicine, and Section of Infectious Diseases, Children's Hospital, Denver, CO 80218, USA
(e-mail: eric.simoes@uchsc.edu)

1 Neuzil KM, Mellen BG, Wright PF, Mitchel EF Jr, Griffin MR. The effect of influenza on hospitalizations, outpatient visits, and courses of antibiotics in children. *N Engl J Med* 2000; **342:** 225–31.
2 Glezen WP. Emerging infections: pandemic influenza. *Epidemiol Rev* 1996; **18:** 64–76.
3 Treanor J, Falsey A. Respiratory syncytial viral infections in the elderly. *Antiviral Res* 1999; **44:** 79–102.
4 Dowell SF, Anderson LJ, Gary DD, et al. Respiratory syncytial virus is an important cause of community acquired lower respiratory infection among hospitalized adults. *J Infect Dis* 1996; **174:** 456–62.
5 Johnson KM, Bloom HH, Mufson MA, Chanock RM. Natural infection of adults by respiratory syncytial virus: possible relationship to mild upper respiratory disease. *J Infect Dis* 1962; **67:** 68–72.
6 Hall WJ, Hall CB, Speers DM. Respiratory syncytial virus infections in adults: clinical, virologic and serial pulmonary function studies. *Ann Intern Med* 1978; **88:** 203–05.
7 van den Hoogen BG, de Jong JG, Groen J, et al. A newly discovered human penumovirus isolated from young children with respiratory tract disease. *Nat Med* 2001; **7:** 719–24.
8 Piedra PA.Influenza virus pneumonia: pathogenesis, treatment, and prevention. *Semin Respir Infect* 1995; **10:** 216–23.
9 Hall CB, Douglas RG, Gieman JM. Respiratory syncytial virus infection in infants: quantitation and duration of shedding. *J Pediatr* 1976; **131:** 1–5.
10 Glezen WP, Greenberg SB, Atmar RL, et al. Impact of respiratory virus infections on persons with chronic underlying conditions. *JAMA* 2000; **283:** 499–505.
11 Falsey AR, Walsh EE, Looney RJ, et al. Comparison of respiratory syncytial virus humoral immunity and response to infection in young and elderly adults. *J Med Virol* 1999; **59:** 221–26.

## Learning from the cerivastatin experience

Statins have revolutionised the management of lipid disorders. They lower lipid concentrations and seem to be safe. However, cerivastatin was withdrawn from the market in August this year because of its adverse effects on the muscle. As with all therapies, whether pharmacological or not, the risk–benefit relation should be assessed to maximise beneficial clinical outcomes and reduce the potential for adverse effects.

Myotoxicity was one of the first clinically recognised adverse effects of statins. Statin-associated myotoxicity ranges from a mild non-specific myalgia to myositis with raised concentrations of creatine kinase. Myositis can progress to the rare but life-threatening syndrome of acute rhadomyolysis, which can lead to irreversible renal failure. About 25% of individuals with recurrent rhabdomyolysis have enzymatic defects and may be at increased risk of adverse effects of various pharmacological agents, including statins.[1] The precise mechanism underlying statin-induced myotoxicity has not been delineated, although intrinsic pharmacological properties and interactions with other drugs have been implicated.

Statins partly inhibit hydroxy-methylglutaryl coenzyme A (HMG CoA) reductase, the rate-limiting enzyme in cholesterol biosynthesis, and therefore result in a secondary depletion of metabolic intermediates formed during cholesterol synthesis. Intracellular depletion of essential metabolic intermediates has been shown to be related to myotoxicity in laboratory work,[2] and supplementation with intermediate proteins ameliorated statin-associated toxic effects in in-vitro studies.[2] Statins with good lipid solubility have been postulated to have an increased potential for toxicity because of enhanced ability to penetrate the myocyte. In-vitro studies comparing the effects of hydrophilic and lipophilic statins in mouse C2–C12 myoblasts showed that pravastatin, which is relatively hydrophilic, had negligible effects on intracellular cholesterol concentrations, which reflects poor penetration of the myocyte and inhibition of the activity of HMG CoA reductase.[3] Although the role of reduced concentrations of synthetic intermediates has not been extensively studied in human beings, circulating ubiquinone (coenzyme Q), an intermediate metabolite, was significantly reduced in 20 dyslipidaemic people who received simvastatin, and the ratio of coenzyme Q to cholesterol was also lower than in healthy controls.[4] Reduced coenzyme Q concentrations may be related to the myotoxic effect of statin therapy, although this effect has not been proven in clinical trials. In addition, clinically significant myopathy is rare with lipophilic statins. In an analysis of simvastatin megatrials, the overall rate of adverse effects on the muscle was 0·025%.[5] Myotoxicity has been reported with all statins, and there have been no clinical safety trials that compare statins directly.

Myotoxicity with statin therapy may also be due to interaction with the cytochrome P-450 (CYP-450) enzyme system, which is involved in the metabolism of many pharmacological agents and is found predominantly in the hepatocyte.[6] Toxicity may increase considerably when a drug metabolised by a specific CYP-450 isoform is given with an agent that either inhibits or is also metabolised by the same isoform. CYP-450 3A4 is the predominant isoform for metabolism of lovastatin, simvastatin, and atorvastatin. Fluvastatin primarily uses the 2C9 isoform, and cerivastatin is metabolised by both 2C8 and 3A4. Pravastatin is unique among the statins in not being metabolised by CYP-450. The metabolism of the fibric-acid derivatives is complex, and although it is attributed to the CYP-450 3A4 pathway, the precise pathways are controversial.[7] However, rhabdomyolysis is a well-known complication of the combination of statins

**Toxic effects on muscle in major statin trials**

| Trial | Myositis* | | Rhabdomyolysis | |
|---|---|---|---|---|
| | Statin | Control | Statin | Control |
| Pravastatin Pooling Project (CARE, LIPID, WOSCOPS)[9] (n=19592) | 3 | 7 | 0 | 0 |
| 4S[10] (n=4444) | 6 | 1 | 1 | 0 |
| AFCAPS/TEXCAPS[11] (n=6605) | 21 | 21 | 1 | 2 |
| Total (n=30641) | 30 | 29 | 2 | 2 |

*Serum creatine kinase >10× upper limit of normal. n=number of participants.



For personal use. Only reproduce with permission from The Lancet Publishing Group.

and gemfibrozil. How this combination produces rhabdomyolysis is not known, but the mechanism could in part be pharmacokinetic and perhaps mediated by a system other than CYP 3A4.[8] Fibric-acid derivatives with a shorter half-life or statins that have either a dual metabolic pathway or use a non-3A4 isoform have been thought to have a reduced likelihood of causing rhabdomyolysis.

The first-generation statins (lovastatin, pravastatin, simvastatin) are fungal metabolites with similar chemical structures and their efficacy and safety have been assessed in large clinical trials involving more than 29 000 patients (panel). These trials did not reveal increased rates of rhabdomyolysis. In the Prospective Pravastatin Pooling project, which analysed more than 112 000 patient-years of drug exposure from three large placebo-controlled trials of pravastatin, treatment was withdrawn from only three pravastatin and seven placebo patients because of raised creatine-kinase concentrations, and no cases of rhabdomyolysis were reported.[9] In the Scandinavian Simvastatin Survival Study, which compared simvastatin with placebo in 4444 patients with ischaemic heart disease, increases in creatine kinase to more than ten times the upper limit of normal occurred in six patients taking simvastatin but there was no associated muscle pain or weakness, and the creatine kinase was not increased on repeat assessment. The creatine-kinase concentration was also increased in one patient in the placebo group.[10] Rhabdomyolysis occurred in one patient on simvastatin and was reversible with discontinuation of the drug. In the Air Force/Texas Coronary Atherosclerosis Prevention Study, a primary-prevention trial with lovastatin in 6605 patients, the proportions of individuals with creatine-kinase concentrations of more than ten times the upper limit of normal was similar in both treatment groups (0·7%).[11] Safety analysis showed two cases of rhabdomyolysis in the placebo group and one in the lovastatin group (who was off active therapy at the time). Additionally, no cases of adverse effects on the muscle occurred in patients who received lovastatin together with an inhibitor of CYP 450 3A4.[12] Thus, large-scale clinical trials showed that the first-generation statins had a statistically significant benefit on endpoints related to clinical atherosclerosis, and the adverse effects on the muscle were very few and not significantly different from those with placebo.

The second-generation statins (atorvastatin, fluvastatin, cerivastatin) are synthetic and structurally dissimilar. Cerivastatin was developed as a highly potent, lipophilic, pure enantiomeric reductase inhibitor and has been evaluated in clinical efficacy and safety trials since 1993.[13] Its dual mechanism of excretion (CYP 2C8 and CYP 3A4) was thought to impart a safety benefit relative to that of statins exclusively metabolised via the 3A4 pathway. However, despite the dual excretory pathway, clinical studies showed that when cerivastatin was given together with other agents (eg, ciclosporin, erythromycin, and itraconazole) there was a potential for drug interactions because its concentrations were increased by 40–300%. Although premarketing clinical trials of doses up to 0·4 mg/day did not indicate increased risk of rhabdomyolysis, postmarketing surveillance showed increased rates of rhabdomyolysis (especially when it was given with gemfibrozil). Because of this observation the US Food and Drug Administration issued a specific contraindication to the combined use of cerivastatin and gemfibrozil. The product information for cerivastatin was amended in December, 1999, to include this contraindication. Yet cases of rhabdomyolysis continued to accumulate, and after 52 deaths had been recorded worldwide, cerivastatin was withdrawn worldwide. Of the 31 deaths in the USA, 12 were associated with the cerivastatin–gemfibrozil combination. In several of those cases associated with cerivastatin alone, the dose given had been the higher (0·8 mg) dose that had been recently approved for clinical use but not recommended by the manufacturers as initial therapy.

The tragic rate of rhabdomyolysis with cerivastatin, which seems to be at least ten-fold higher than with first-generation statins, indicates weaknesses in postrelease regulation and surveillance of pharmacological agents with the potential for rare but potentially lethal adverse effects. The recent experience with troglitazone underscores problems with recognising adverse clinical outcomes and translating this information to clinicians in a manner that would circumvent or minimise adverse outcomes.[14] Despite increasing reports of acute liver failure and four successive warning letters from the Food and Drug Administration, by the time of its withdrawal from the market troglitazone had been linked to 43 cases of liver failure.

The European Medicines Evaluation Agency is undertaking the first comprehensive safety evaluation of statins since their debut into clinical use almost 15 years ago, to assess whether more stringent labelling, dose restrictions, or more rigorous safety measures are needed. However, appropriate measures to reduce the risk of adverse drug effects should include efforts to delineate the pathophysiological mechanisms by which the toxic effects are produced. Such is needed for statin-associated rhabdomyolysis. In addition, education of physicians on risk–benefit ratios, drug interactions, and dosing issues should be intensified, especially with the potential for the number of people taking statins to increase from 13 to 36 million in the USA if the new recommendations of the Adult Treatment Panel of the National Cholesterol Education Program were implemented.

I have been a consultant to Merck and Pfizer and attended an advisory board meeting for the Bayer Corporation before the release of cerivastatin.

*John A Farmer*

Department of Medicine, Baylor College of Medicine, Houston, TX 77030, USA
(e-mail: jfarmer@ bcm.tmc.edu)

1 Lofberg M, Jankala H, Pautau A, Harkonen M, Somer H. Metabolic causes of recurrent rhabdomyolysis. *Acta Neurol Scand* 1998; **98:** 268–75.
2 Flint O, Masters B, Gregg R, Durham S. HMG Co A reductase inhibitor-induced myotoxicity: pravastatin and lovastatin inhibit the geranylgeranylation of the low molecular weight proteins in neonatal rat muscle cell culture. *Toxicol Appl Pharmacol* 1997; **145:** 99–110.
3 Gadbut A, Caruso A, Galper JB. Differential sensitivity of C2-C12 striated muscles to lovastatin and pravastatin. *J Mol Cell Cardiol* 1995; **27:** 2397–402.
4 Watts GF, Castelluccio C, Rice-Evans C, Taub NA, Baum H, Quinn PJ. Plasma coenzyme Q (ubiquinone) concentrations in patients treated with simvastatin. *J Clin Pathol* 1993; **46:** 1055–57.
5 Gruer PK, Bega JM, Mercuri MS, Dobrinska MR, Tobert JA. Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. *Am J Cardiol* 1999; **84:** 811–15.
6 Davidson MH. Does differing metabolisms like cytochrome P450 have clinical importance? *Curr Atheroscler Rep* 2000; **2:** 14–19.
7 Miller DB, Spence JD. Clinical pharmacokinetics of fibric acid derivatives. *Clin Pharmacokinet* 1998; **34:** 155–62.
8 Backman JT, Kyrklund C, Kivisto KT, Want JS, Neuvonen PJ. Plasma concentrations of active simvastatin acid are increased by gemfibrozil. *Clin Pharmacol Ther* 2000; **68**: 122–29.
9 Pfeffer MA, Keech A, Sacks FM, et al. Safety and tolerability of pravastatin in long-term clinical trials: Pravastatin Pooling Project. *Eur Heart J* 2001; **22** (abstr suppl)**:** 271.



For personal use. Only reproduce with permission from The Lancet Publishing Group.

10 Scandinavian Simvastatin Survival Study Group. Randomised trial of cholesterol lowering in 4,444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). *Lancet* 1994; **344:** 1383–89.
11 Downs JR, Clearfield M, Weis S, et al. Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels. *JAMA* 1998; **279:** 1615–22.
12 Downs JR, Clearfield M, Tyroler HA, et al. Air Force/Texas Coronary Atherosclerosis Prevention Study (AFCAPS/TEXCAPS): additional perspectives on tolerability of long-term treatment with lovastatin. *Am J Cardiol* 2001; **87:** 1074–79.
13 Stein E. Cerivastatin and primary hyperlipidemia: a multicenter analysis of efficacy and safety. *Am J Cardiol* 1998; **82:** 40J–46J.
14 Graham DJ, Drinkard CR, Shatin D, Tsong Y, Burgess MJ. Liver enzyme monitoring in patients treated with troglitazone. *JAMA* 2001; **286:** 831–33.

## Injectable heroin substitution treatment for opioid dependency

*See page 1417*

As the American baseball sage Yogi Berra once observed, "It's déjà vu all over again". It took 50 years for medical practice to change from short-acting injectable opioids (morphine and heroin) to longer-acting oral methadone for maintenance treatment of narcotic addiction.[1,2] And it has taken almost another 50 years to return to medically controlled prescription of injectable heroin for cases of chronic opioid dependency refractory to methadone and other usual treatments. So the wheel turns again.

The Swiss heroin trial, the large scale provision of a heroin-assisted substitution treatment, began in 1994 as part of a national comprehensive treatment and prevention strategy. Over 75% of all Swiss heroin users are enrolled in a drug-treatment programme, whereas in the USA only about 25% are. Given social and public-health imperatives at that time, the Swiss trial did not use a randomised design,[3] unlike studies now underway in the Netherlands[4] and planned for North America.[5] But the Swiss trial is a carefully constructed and closely monitored observational study of an important cohort of patients. In this issue of *The Lancet*, Jürgen Rehm and colleagues report on the feasibility, safety, and efficacy of injectable heroin to treat patients with history of multiple failures on other forms of addiction treatment. These findings are an important addition to the data available about treating this most difficult group.

Rehm and colleagues assessed 1969 patients seen between Jan, 1994, and March, 1995. At 12 months the treatment retention rate in the programme was 70%. And 60% of the patients discharged went on to other treatments, such as the previously spurned methadone (37%) and, surprisingly, 22% went into an abstinence-oriented treatment. This finding should dispel fears that the availability of heroin undermines interest in drug-free treatment. Social behaviour and health were assessed in a subgroup of 237 patients who stayed at least 18 months in the programme: all measures improved within the first year. There was a sharp decline in illicit "addictive behaviour"—for example, daily use of street heroin and cocaine were down from 82% to 6% and 29% to 5–7%, respectively. Not surprisingly, these substantial declines were associated with a decrease in criminal activities, which was confirmed by independent review of judicial records.

Although these findings have by now been presented at many scientific meetings and other data on this cohort have been published in non-English European journals, in book form,[6] and in several detailed and authoritative reports,[7] the principal findings of the Swiss trials are finally in a widely circulated English-language medical journal. But why now—almost 5 years after the end of the study?

One explanation is that the Swiss trials are the modern fulcrum of a great historical debate about substitution (narcotic maintenance) treatment of people dependent on opioids—a debate that has persisted within medicine and public health for over a century. In the UK, the rulings of the 1926 Rolleston Commission allowed general practitioners and psychiatrists to prescribe maintenance opioids as "humane" care for patients who could not shed their addiction. With many changes over the decades, physicians in the UK have continued to prescribe these drugs to a small number of patients—a few hundred at most.[2] By contrast, the early morphine maintenance programmes in the 1920s in the USA (Shreveport LA, Jacksonville FL, and New York, NY)[1] fell victim to the prohibitionary fervour of that age, were publicly reviled, and were widely rejected as valid medical practice by the US Supreme Court. Soon they were shut down and, with the full support of the American Medical Association[1] the care of addicts was consigned to the tender mercies of law enforcement, where, by and large, it remains today.[8]

Something has to give. The effective medical treatment of drug addiction inevitably clashes with its demonisation and—more to the point—with the continued criminalisation of the drug user. The chorus of poorly informed criticism and misinformation[9] that has greeted the Swiss heroin trials in the USA reveals the depth of this old conflict and underscores the importance of this report. As the biological sciences identify the mechanisms of neurotransmission and the specific brain structures that underpin drug actions, the ability to treat addiction (and soon, possibly, to predict and prevent it) will surely improve. As this occurs one would hope for some diminution of the therapeutic nihilism that has characterised the medical treatment of people with drug addictions for so long. The Swiss heroin trials, and the others now underway and in the planning stage, are milestones on this long journey.

*Ernest Drucker*
Department of Epidemiology and Social Medicine, Division of Public Health and Policy Research, Montefiore Medical Center, Albert Einstein College of Medicine, Bronx, NY 10467-2490, USA
(e-mail: drucker@aecom.yu.edu)

1 Musto DF. The American disease: origins of narcotic control. New York: Oxford, 1987.
2 Stimson GV, Oppenhiemer E. Heroin addiction: treatment and control in Britain. Tavistock: London, 1982.
3 Drucker E, Vlahov D. Controlled clinical evaluation of diacetyl morphine for treatment of intractable opiate dependence. *Lancet* 1999; **353:** 1543–44.
4 Van den Brink W, Hendricks VM, van Ree JM. Medical co-prescription of heroin to chronic treatment resisitant methadone patients in the Netherlands. *J Drug Issues* 1999; **29:** 587–608.
5 Kuo I I, Fischer B, Vlahov D. Consideration of a North American heroin-assisted clinical trial for the treatment of opiate-dependent individuals. *Int J Drug Policy* 2000; **11:** 357-70.
6 Uchtenhagen A, Dobler-Mikola A, Steffen T, et al, eds. Prescription of narcotics for heroin addicts: main results of the Swiss National Cohort Study. Basel: Karger Verlag, 1999.
7 Ali R, Auriacombe M, Casas M, et al. Report of the external panel on the evaluation of the Swiss scientific studies of medical prescribed narcotics to drug addicts. *Sucht* 1999; **45:** 160–70.
8 Drucker E. Drug prohibition and public health: 25 years of evidence. *Public Health Rep* 1999; **114:** 14–29.
9 Satel SL, Aeschbach E. The Swiss heroin trials. Scientifically sound? *J Subst Abuse Treat* 1999; **17:** 331–35.



For personal use. Only reproduce with permission from The Lancet Publishing Group.

# Exhibit E

Δ π EXHIBIT 4
Deponent Riuman
Date 2/11/04 Rptr. KK
WWW.DEPOBOOK.COM

Editorial

Expert Opinion

Ashley Publications
www.ashley-pub.com

General

# Controversy surrounding the safety of cerivastatin

Michael H Davidson
*Chicago Center for Clinical Research, 515 North State Street, Suite 2700, Chicago, IL 60610, USA & Rush-Presbyterian-St Luke's Medical Center, Chicago, IL, USA*

The noted myotoxicity and subsequent withdrawal of cerivastatin from the worldwide market in August 2001 has demonstrated that the safety of statins is not a class effect. The total rhabdomyolysis rate for cerivastatin was 16 – 80 times more frequent than with other statins without providing additional efficacy. Cerivastatin has a pharmacokinetic profile (high potency, bioavailability, lipophilicity and renal excretion) that is different from other statins, which may explain the high myotoxicity rate. The cerivastatin experience has also provided insights into high-risk populations (i.e., the elderly, women, those with renal impairment, co-administration of interacting drugs) that are more prone to statin-induced myopathy. Ultimately, the lessons learned from this experience may significantly improve the safety of statin use in the future.

**Keywords:** myopathy, safety, statin

*Expert Opin. Drug Saf.* (2002) 1(3):207-212

In August 2001, cerivastatin was withdrawn from the worldwide markets due to safety concerns. The FDA noted 31 cases of reported fatal rhabdomyolysis with cerivastatin between June 1997 and June 2001 [1]. Based on an estimated 9.8 million prescriptions during that time period for cerivastatin, the FDA determined that the reporting rate per 1 million prescriptions of fatal rhabdomyolysis was 3.16. For all other statins, the estimated reported fatal rhabdomyolysis rate per million prescriptions was 0.19 or less (Table 1). There were approximately 772 cases of rhabdomyolysis associated with statins reported to the FDA during the same time period with > 50% attributed to cerivastatin (Table 2). The total rhabdomyolysis rate for cerivastatin was 16 – 80 times more frequent than with other statins. Subsequently, post withdrawal, more than 100 total fatalities were identified as associated with cerivastatin [2]. There are several important lessons to be learned from the cerivastatin experience that may hopefully avoid similar tragic consequences in the future.

The noted myotoxicity and subsequent withdrawal of cerivastatin from the worldwide market has heightened the awareness of regulatory agencies for the safety of statins and combination therapy. Clearly, the safety of statins is not a class effect. Statins of comparable efficacy may have different safety profiles, whereby the degree of low-density lipoprotein (LDL) lowering and toxicity are not necessarily linked. In the future, statins that have a level of risk that exceeds that of the existing approved statins without significant enhanced efficacy will not receive regulatory clearance. Simvastatin 80 mg, with a myopathy rate of 0.3 – 0.5% [3], and atorvastatin 80 mg, with a liver function abnormality incidence of 2.3% [4], probably represent the thresholds by which lipid-lowering therapies will be judged for approval. A pharmacokinetic evaluation of cerivastatin has identified a number of factors that may explain the greater myotoxicity rate. Cerivastatin is by far the most potent statin per mg of drug. The drug is also the most lipophilic and bioavailable with significant renal clearance. Several factors could lead to higher systemic levels, such as renal impairment or co-administration of an interacting drug, for example gemfibrozil. Therefore, the higher potency and/or lipophilicity of cerivastatin, in conjunction



Material may be protected by copyright law (Title 17, U.S. Code)

**Table 1. Reported cases of fatal rhabdomyolysis for all statins marketed in the US.**

| Variable | Lovastatin | Pravastatin | Simvastatin | Fluvastatin | Atorvastatin | Cerivastatin |
|---|---|---|---|---|---|---|
| Date approved | 8/87 | 10/91 | 12/91 | 12/93 | 12/96 | 6/97 |
| Fatal cases of rhabdomyolysis* | 19 | 3 | 14 | 0 | 6 | 31 |
| Number of prescriptions (millions)‡ | 99.2 | 81.4 | 116 | 37.4 | 140 | 9.8 |
| Reporting rate (per 1 million $R_x$)§ | 0.19 | 0.04 | 0.12 | 0 | 0.04 | 3.16 |

*Cases reported to the FDA Adverse Event Reporting System (AERS) through June 2001.
‡Data are through May 2001 and are from the National Prescription Audit Plus, excluding the Long-Term Care Channel.
§The number of cases divided by the number of prescriptions. Note that the reporting rate is not the incidence rate.
$R_x$: Prescribed medication.
Taken with permission from [1].

**Table 2. Cases of statin-associated rhabdomyolysis: October 1997 – December 2000.**

| Statin | Number of cases | % total | % trx-share | Index | % no-fibrate |
|---|---|---|---|---|---|
| Atorvastatin | 86 | 11.1 | 45 | 191 | 84.9 |
| Cerivastatin | 387 | 50.1 | 3 | 12,900 | 48.3 |
| Fluvastatin | 10 | 1.4 | 7 | 142 | 80 |
| Lovastatin | 32 | 4.2 | 5 | 640 | 94 |
| Pravastatin | 70 | 9.1 | 15 | 466 | 88.6 |
| Simvastatin | 187 | 24.2 | 25 | 748 | 87.7 |

Public Citizen Health Petition 20th August 2001. Letter to Janet Woodcock MD FDA.
trx: Treatment.

**Table 3. Clinical pharmacokinetics of HMG-CoA reductase inhibitors.**

| | Atorvastatin | Cerivastatin | Fluvastatin | Fluvastatin XL | Lovastatin | Pravastatin | Simvastatin |
|---|---|---|---|---|---|---|---|
| $T_{max}$ (h) | 2 – 3 | 2.5 | 0.5 – 1.0 | 4.0 | 2.0 – 4.0 | 0.9 – 1.6 | 1.3 – 2.4 |
| $C_{max}$ (mg/ml) | 27 – 66 | 2 | 448 | 55 | 10 – 20 | 45 – 55 | 10 – 34 |
| Bioavailability (%) | 12 | 60 | 19 – 29 | 6 | 5 | 18 | 5 |
| Lipophilic | Yes | Yes | Yes | Yes | Yes | No | Yes |
| Protein binding (%) | 80 – 90 | > 99 | > 99 | > 99 | > 95 | 43 – 55 | 94 – 98 |
| Clearance (l/h/kg) | 0.25 | 0.20 | 0.49 | 3.8 | 0.26 – 1.10 | 0.81 | 0.45 |
| Primary metabolic pathway | CYP3A4 | CYP3A4 CYP2C8 | CYP2C9 | CYP2C9 | CYP3A4 | NS | CYP3A4 |
| Active metabolites | Yes | Yes | No | No | Yes | No | Yes |
| $t_{½}$ (h) | 15 – 30 | 2.1 – 3.1 | 0.5 – 2.3 | 4.7 | 2.9 | 1.3 – 2.8 | 2 – 3 |
| Urinary/faecal excretion | 2/70 | 30/70 | 6/90 | - | 10/83 | 20/71 | 13/58 |
| Hepatic extraction (%) | > 70 | NA | > 68 | > 68 | > 70 | 44 – 66 | 78 – 87 |

Based on a 40 mg oral dose, with the exception of fluvastatin XL (80 mg) and cerivastatin (0.2 mg).
$C_{max}$: Maximum concentration; HMG-CoA: 3-Hydroxy-3-methylglutaryl-coenzyme A; NA: Not available; NS: Not significant; $t_{½}$: Terminal elimination half-life; $T_{max}$: Time to maximum concentration.
Adapted with permission from [5].



Material may be protected by copyright law (Title 17, U.S. Code)




**Figure 1. Lipophilicity of cerivastatin.**

**Table 4. Factors that may explain high myopathy rate with cerivastatin.**

| | |
|---|---|
| Potency | 10 – 20 times more potent per mg than atorvastatin |
| Bioavailability | 60 vs 12% for atorvastatin |
| Renal excretion | 30 vs 2% for atorvastatin |
| Lipophilicity | At least 2-fold greater than atorvastatin |
| Drug interaction | At least 2-fold increase in blood levels when combined with gemfibrozil |

with high systemic levels, could result in greater muscle toxicity [5] (Tables 3 and 4; Figure 1). Statins, therefore, that are more hydrophilic with fewer drug interactions and lower rates of renal excretion may be less prone to myotoxicity. In the pre-approval database, cerivastatin 0.8 mg had an overall myopathy rate of 1.3% and a 5.7% rate in elderly women [6]. The FDA has acknowledged that this was a signal that cerivastatin was more myotoxic than other statins and that the elderly population, who are often not included in significant numbers in a pre-approval regulatory submission, represent a higher risk for group safety problems. Rosuvastatin is the first statin to seek regulatory approval that included a large number of elderly patients in the New Drug Application. In the future, regulatory agencies are likely to require the inclusion of more elderly patients and pharmacokinetic studies of frequently co-administered drugs to assess safety.

Despite the fact that the co-administration of cerivastatin with gemfibrozil was contraindicated in the package labelling information since December 1999, the two drugs were continued to be prescribed together, resulting in a number of serious and fatal cases of rhabdomyolysis. This experience underscores the inability of package labelling alone to completely prevent serious iatrogenic drug interactions. Many of the cases of cerivastatin–gemfibrozil-induced myopathy were the result of managed care plans advocating the switching of the prescribed statin to cerivastatin for cost considerations. Therefore, regulatory agencies have learned that labelling alone is insufficient to prevent drug interactions and it is incumbent upon them to not approve drugs if frequent serious drug interactions may occur.

The cerivastatin experience has also highlighted the safety concerns of statin–fibrate combination therapy. Most references regarding the safety of statins in combination with fibrates discuss fibrates as a class of drugs that should be avoided or used cautiously with a statin. In the FDA labelling of all statins, caution is advised for combination therapy with a fibrate. However, there is compelling data that fibrates differ in their effects on statin pharmacokinetics and safety. Gemfibrozil has been associated with a high rate of myopathy when combined with a statin, especially cerivastatin, however, the incidence rate with fenofibrate is much less reported. Is fenofibrate a safer fibrate to combine with a statin? Based on the Adverse Event Reporting System (AERS) of the FDA [7], pharmacokinetic studies (Figures 2 and 3) and clinical trial data, although not yet conclusive, it does appear that fenofibrate used in combination with a statin has less risk of myopathy than gemfibrozil.

A combination tablet of lovastatin and extended-release niacin (Advicor®, Kos Pharmaceuticals, Inc.) was approved by the FDA in 2001 and a combination of simvastatin and ezetimibe is in clinical development. This trend in combination tablet approval is likely to continue but there will be increasing demands by regulatory agencies for sponsors to ascertain the safety of these therapies. A potential option for a combination therapy is fenofibrate and a statin in a single tablet. Although the risk of myopathy with fenofibrate and a statin is perhaps lower than gemfibrozil, the difficulty of defining the incidence of risk may be significant. The FDA has acknowledged that assessing the safety of these combinations is very difficult [8]. Since the myopathy rate of statin monotherapy is approximately 1 in 1000, the average patient exposure for a lipid-lowering drug during development (3000 – 4000 patients) will have a ~ 95% likelihood of seeing one case. Therefore, agencies may require a significant number of patients (> 10,000) to be evaluated in clinical development to assess whether there is an increased risk of myopathy with combination therapy over monotherapy.

The cerivastatin experience has resulted in significant repercussions. The growth rate for statin utilisation has slowed since the withdrawal of cerivastatin despite the implementation of the more aggressive National Cholesterol Education Programme Adult Treatment Panel III (NCEP ATP) Report [9] and the release of the Heart Protection Study [10] data which supports the significant benefits and safety of statin therapy. The slowing growth rate is believed to be due to the lingering concerns of both patients and physicians regarding the safety of statin therapy. The cerivastatin experience has also made the regulatory agencies more cautious in the approval of lipid-lowering agents and the burden of demonstrating safety has significantly increased. Most tragic is the approximate 100 fatalities and several hundred cases of rhabdomyolysis associated with



Material may be protected by copyright law (Title 17, U.S. Code)




**Figure 2. Cerivastatin/gemfibrozil pharmacokinetic interaction study.** Cerivastatin plasma-concentration versus time profiles (geo.mean/gSD) of cerivastatin in healthy male subjects (n = 12).
b.i.d.: Twice-daily.




**Figure 3. Cerivastatin/fenofibrate pharmacokinetic interaction study.** Fenofibrate 200 mg and cerivastatin 0.8 mg pharmacokinetic results (geo.mean, n = 23) of confirmatory interaction study.
AUC: Area under the curve. $C_{max}$: Maximum concentration.

cerivastatin treatment. Could this unfortunate experience have been prevented?

Cerivastatin was originally approved for marketing in June 1997 at doses of 0.2 and 0.3 mg per day. Subsequently, 0.4 mg was approved in May 1999 and 0.8 mg in August 2000. Initially, cerivastatin was marketed to physicians as a potentially safer alternative to other statins because the drug could be metabolised by dual cytochrome P450 pathways (CYP3A4 and CYP2C8). There were published reports of less drug interactions when cerivastatin was combined with CYP3A4 inhibitory drugs such as erythromycin or itraconazole [11-13]. This may have led to the utilisation of cerivastatin in high-risk patients. Nevertheless, between 1998 and 2001, there were > 15 [14-30] publications implicating cerivastatin with cases of rhabdomyolysis, despite the fact that cerivastatin represented only ~ 3% of the total statin prescriptions. In early 2000, a warning letter was sent to physicians outlining an absolute contraindication of combining cerivastatin with gemfibrozil. In the clinical trials, the myopathy rate for both cerivastatin 0.4 and 0.8 mg as monotherapy was reported to be 1.3% with a 5.7% incidence



Material may be protected by copyright law (Title 17, U.S. Code)

for elderly postmenopausal women on 0.8 mg [6]. This rate was in comparison to 0.7 – 0.9% with simvastatin 80 mg [3]. Therefore, cerivastatin had an approximate 2-fold increase in myopathy at the 0.4 and 0.8 mg dose compared to the more efficacious 80 mg dose of simvastatin. Therefore, at the time of the approval of the 0.8 mg dose in August 2000, there was clear evidence that cerivastatin was the most myotoxic of the marketed statins, especially in comparison to relative efficacy. According to the AERS of the FDA, the reporting rate of fatal rhabdomyolysis, even after excluding cases in which cerivastatin was administered with gemfibrozil, was 1.9 deaths per million prescriptions, which was 10 – 50 times higher than other statins [2]. The regulatory approval of cerivastatin 0.8 mg in August 2000 was accompanied by labelling that identified the risk of myopathy with monotherapy in the elderly and the contraindication to use with gemfibrozil. The 0.8 mg dose was also heavily marketed to physicians for its enhanced efficacy and cost effectiveness. As the market share for cerivastatin increased to ~ 6% of prescriptions, the reported cases of myopathy also increased significantly. The FDA report noted that > 60% of the fatal cases of cerivastatin were associated with the use of the 0.8 mg dose [2]. In August 2001, with compelling data regarding the myotoxicity of cerivastatin, regulatory agencies sought the withdrawal of the drug from the market.

## Conclusion and expert opinion

Statins are lifesaving and are generally very safe drugs. However, statin therapy appears to carry a small, but definite, risk of myopathy. The cerivastatin experience has highlighted this safety issue and, ultimately, the lessons learned from this experience may significantly improve the safety of statin use in the future.

## Bibliography

Papers of special note have been highlighted as either of interest (•) or of considerable interest (••) to readers.


1. STAFFA JA, CHANG J, GREEN L: Cerivastatin and reports of fatal rhabdomyolysis. *N. Engl. J. Med.* (2002) 346:539-540.
   •• This brief report reviews the FDA's rationale for withdrawing cerivastatin from the US market.
2. PASTERNAK RC, SMITH SC, BAIREY-MERZ CN, GRUNDY SM, CLEEMAN JI, LENFANT C: ACC/AHA/NHLBI clinical advisory on the use and safety of statins. *J. Amer. Coll. Cardiol.* (2002) 40:568-573.
   •• This is a comprehensive review of the adverse effects of statins and provides recommendations for improving safety.
3. PHYSICANS' DESK REFERENCE: Zocor, Merck & Co., p2221.
4. PHYSICIANS' DESK REFERENCE: Lipitor, Pfizer, p2697.
5. CORSINI A, BELLOSTA S, BAETTA R, FUMAGALLI R, PAOLETTI R, BERNINI F: New insights into the pharmacodynamic and pharmacokinetic properties of statins. *Pharmacol. Ther.* (1999) 84:413-428.
   • A comprehensive review of the pharmacokinetics of statins that differentiates the profile of cerivastatin compared to other statins.
6. INSULL W JR, ISAACSOHN J, KWITEROVICH P, MA P, BRAZG R, DUJOVNE C: Efficacy and safety of cerivastatin 0.8 mg in patients with hypercholesterolemia: the pivotal placebo-controlled clinical trial. *J. Int. Med. Res.* (2000) 28:47-68.
   • This study identifies the higher myopathy rate of cerivastatin in elderly women.
7. OMAR MA, WILSON JP, COX TS: Rhabdomyolysis and HMG-CoA reductase inhibitors. *Ann. Pharmacother.* (2001) 35:1096-1107.
   • A comprehensive review of the FDA Adverse Event Report database on statins and highlights the medical myotoxicity of cerivastatin compared to other statins.
8. ISAACSOHN J, BLACK D, TROENDLE A, ORLOFF D: The impact of the National Cholesterol Education Program Adult Treatment Panel III guidelines on drug development. *Am. J. Cardiol.* (2002) 89(Suppl.):45C-49C.
   •• The FDA's position on drug development issues that relate to the safety of combination therapy and the incidence of myopathy.
9. NO AUTHORS LISTED: Executive Summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA* (2001) 285:2486-2497.
10. NO AUTHORS LISTED: MRC/BHF heart protection study of cholesterol lowering with simvastatin in 20,536 high-risk individuals: a randomised placebo-controlled trial. *Lancet* (2002) 360:7-22.
11. MUCK W, OCHMANN K, ROHDE G: Influence of erythromycin pre- and co-treatment on single-dose pharmacokinetics of the HMG-CoA reductase inhibitor cerivastatin. *Eur. J. Clin. Pharmacol.* (1998) 53:469-473.
12. KANTOLA T, KIVISTO KT, NEUVONEN PJ: Effect of itraconazole on cerivastatin pharmacokinetics. *Eur. J. Clin. Pharmacol.* (1999) 54:851-855.
13. MAZZU AL, LASSETER KC, SHAMBLEN C: Itraconazole alters the pharmacokinetics of atorvastatin to a greater extent than either cerivastatin or pravastatin. *Clin. Pharmacol. Ther.* (2000) 68:391-400.
14. ALEXANDRIDIS G, PAPPAS G, ELISAF M: Rhabdomyolysis due to combination therapy with cerivastatin and gemfibrozil. *Am. J. Med.* (2000) 109:261-262.
15. BERMINGHAM RP, WHITSITT TB, SMART ML, NOWAK DP, SCALLEY RD: Rhabdomyolysis in a patient receiving the combination of cerivastatin and gemfibrozil. *Am. J. Health-System Pharm.* (2000) 57:461-464.
16. GARCIA-VALDECASAS-CAMPELO E, GONZALEZ-REIMERS E, LOPEZ-LIROLA A, RODRIGUEZ-RODRIGUEZ E, SANTOLARIO-FERNANDEZ F: Acute rhabdomyolysis associated with cerivastatin therapy. *Arch. Intern. Med.* (2001) 161:893.
17. GEMICI G, TOPRAK A, OKTAY A: Rhabdomyolysis due to cerivastatin monotherapy. *Am. J. Med.* (2001) 110:742.
18. GINER V, MUNOZ R, REDON J: Risperidone and severe cerivastatin induced rhabdomyolysis. *J. Intern. Med.* (2002) 251:177-178.
19. HENDRIKS F, KOOMAN JP, VAN DER SANDE FM: Massive rhabdomyolysis and life threatening hyperkalemia (sic) in a




Material may be protected by copyright law (Title 17, U.S. Code)

patient with the combination of cerivastatin and gemfibrozil. *Nephrol. Dial. Trans.* (2001) 16:2418-2419.

20. LAU TK, LEACHMAN R, LUFSCHANOWSKI R: Severe rhabdomyolysis associated with the cerivastatin-gemfibrozil combination therapy – report of a case. *Tex. Heart Inst. J.* (2001) 28:142-145.
21. MARIGLIANO N, CASTELLANO L: Cerivastatin-induced rhabdomyolysis (sic) in a patient with diabetic neuropathy. *Am. J. Nephrol.* (2001) 21:86.
22. MASTROIANNI CM, D'ETTORRE G, FORCINA G *et al.*: Rhabdomyolysis after cerivastatin-gemfibrozil therapy in an HIV-infected patient with protease inhibitor-related hyperlipidemia. *AIDS* (2001) 15:820-821.
23. MILLIONIS H: Another report of acute rhabdomyolysis following cerivastatin monotherapy. *Arch. Intern. Med.* (2001) 161:2629-2630.
24. MORA C, RODRIGUEZ ML, NAVARRO JF: Cerivastatin-induced rhabdomyolysis in a renal transplant on cyclosporin. *Transplantation* (2001) 72:551.
25. OLDEMEYER JB, LUND RJ, KOCH M, MEARES AJ, DUNLAY R: Rhabdomyolysis and acute renal failure after changing statin-fibrate combinations. *Cardiology* (2000) 94:127-128.
26. OZDEMIR O, BORAN M, GOKCE V, UZUN Y, KOCAK B, KORKMAZ S: A case with severe rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy. *Angiol. J. Vasc. Dis.* (2000) 51:695-697.
27. POGSON GW, KINDRED LH, CARPER BG: Rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy. *Am. J. Cardiol.* (1999) 83:1147.
28. RAVNANM SL, LOCKE C, YEE W, HAASE K: Cerivastatin-induced rhabdomyolysis: 11 case reports. *Pharmacotherapy* (2002) 22:533-537.
29. SIMPSON S: Case reports of rhabdomyolysis associated with cerivastatin therapy. *Arch. Intern. Med.* (2001) 161:2630-2631.
30. TOMLINSON B, LAN IW: Combination therapy with cerivastatin and gemfibrozil causing rhabdomyolysis: is the interaction predictable? *Am. J. Med.* (2001) 110:669-760.

## Affiliation

Michael H Davidson MD
Chicago Center for Clinical Research, 515 North State Street, Suite 2700, Chicago, IL 60610, USA & Rush-Presbyterian-St Luke's Medical Center, Chicago, IL 60612, USA
Tel: +1 312 563 2011; Fax: +1 312 563 4417
E-mail: mdavidson@protocare.com



Material may be protected by copyright law (Title 17, U.S. Code)

# Exhibit F

CLINICAL UPDATE

# Statin-associated myopathy

Shawnee Mission Medical Center
Medical Library
NOTICE: This Material
may be protected by copyright
law. (Title 17 U.S. Code)

Ian Hamilton-Craig

**ABSTRACT**

Myopathy occurs in 0.1%–0.2% of patients receiving statins in clinical trials.

This adverse effect is shared by all statins, but is more common with cerivastatin, especially in combination with gemfibrozil.

The risk of myopathy is increased by:

- the use of high doses of statins,
- concurrent use of fibrates
- concurrent use of hepatic cytochrome P450 inhibitors
- acute viral infections, major trauma, surgery, hypothyroidism and other conditions.

Statin-associated myopathy should be suspected when a statin-treated patient complains of unexplained muscle pain, tenderness or weakness.

Statin therapy should be stopped in cases of suspected myopathy, and serum creatine kinase levels should be checked and monitored.

No specific therapies other than statin withdrawal and supportive measures for rhabdomyolysis are currently available.

MJA 2001; 175: 486-489

STATINS ACCOUNT FOR several million prescriptions in Australia annually, and are the fastest-growing segment of all prescribed pharmaceuticals.[1] They have become first-line drugs for control of raised serum levels of low-density lipoprotein (LDL) cholesterol, a major risk factor for coronary heart disease, are used increasingly in patients with combined hyperlipidaemia (increased LDL cholesterol and triglycerides), and have been shown to reduce the incidence of cardiovascular events in several large-scale clinical trials.[2-4] They are generally well tolerated, with the incidence of adverse drug reactions in these trials approximating that of placebo.

The most common adverse drug reactions are constipation, flatulence, dyspepsia, nausea and elevated hepatic transaminase levels,[5] but adverse reactions affecting skeletal muscle (myopathy) have become an important issue, with a US report of 31 deaths from complications of rhabdomyolysis associated with cerivastatin therapy, particularly with high doses or in combination with gemfibrozil.[6] As a result, cerivastatin has been suspended from all world markets.[7]

## Statin myopathy

The term "myopathy" broadly designates any non-inherited disorder of skeletal muscle that classically causes proximal muscle weakness, with difficulty in arising from a chair or raising arms above the head.[8]

Statin-associated myopathy represents a broad clinical spectrum of disorders, from mild muscle aching to severe pain and restriction in mobility, with grossly elevated creatine kinase (CK) levels (see Box 1).[5]

## Incidence and prevalence of myopathy

In large clinical trials, muscular adverse drug reactions have been reported with an incidence of 2%–7% for myalgia and 0.1%–0.2% for myopathy (as defined in Box 1).[5] In the Scandinavian Simvastatin Survival Study, myopathy occurred in six patients treated with simvastatin (0.3%) and in one treated with placebo.[2] In the WOSCOPS study, the incidence of myopathy was 0.09% for pravastatin and 0.03% for placebo.[3] In the LIPID study the incidence was 0.2% for both pravastatin and placebo.[4] From several clinical trials, the incidence of lovastatin-induced rhabdomyolysis was estimated to be 0.15% for monotherapy, 5% for lovastatin–gemfibrozil therapy, 2% with lovastatin–nicotinic acid, and 28% with lovastatin–gemfibrozil–cyclosporin.[9] This indicates that nicotinic acid may be a safer drug to use in combination with statins than gemfibrozil.[10]

**North Adelaide Cardiac Clinic, Adelaide, SA.**
Ian Hamilton-Craig, PhD, FRACP, Senior Visiting Cardiologist, Repatriation General Hospital, Daw Park, SA.
Reprints will not be available from the author. Correspondence: Dr I Hamilton-Craig, North Adelaide Cardiac Clinic, 80 Brougham Place, North Adelaide, SA 5006.
admin@medped-aust.com

## Cerivastatin

Cerivastatin has certain properties that were considered favourable and unique: potent competitive inhibition of HMG-CoA reductase (the rate-limiting enzyme in cholesterol biosynthesis), activity in microgram doses (200–800 μg/day), a highly lipophilic molecular structure, and dual hepatic metabolism by the CYP3A4 and CYP2C8 subclasses of cytochrome P450. This suggested a lower risk of interaction with other drugs that inhibit cytochrome P450 (Box 2), which are metabolised mostly by hepatic CYP3A4. Initial experience with cerivastatin was favourable, with effective LDL cholesterol lowering and high patient acceptance at doses between 0.2–0.4 mg/day.

The first cause for concern with cerivastatin arose early in March 2000, as reports of rhabdomyolysis when cerivastatin was prescribed in combination with gemfibrozil led to a change in the product information for cerivastatin to contraindicate this combination. Nevertheless, reports of rhabdomyolysis with combination therapy continued to appear.[7]

The second cause for concern was increasing evidence in the US of muscle toxicity associated with high doses of cerivastatin, particularly 0.8 mg/day prescribed as initial therapy without up-titrating the dose.[7] As a result, the 0.8 mg

cerivastatin tablet was withdrawn from the US market in July 2001.

Earlier reports of increased muscle toxicity of cerivastatin had appeared in the literature (Box 3a),[5] and were highlighted in Australia by the Adverse Drug Reactions Advisory Committee (ADRAC) bulletin of February 2001,[13] which described the proportion of rhabdomyolysis cases in reported adverse drug reactions to statins (Box 3b).

Box 3 does not provide information on the incidence of adverse effects in relation to numbers of prescriptions or patients treated. Professor A G Olsson, Department of Medicine and Care, University Hospital, Linköping, Sweden, when speaking at the European Society of Cardiology meeting in Stockholm, reported that the rate of rhabdomyolysis in relation to number of prescriptions was 88 per million for cerivastatin and two per million for other statins (personal communication). Rhabdomyolysis is actually very rare in relation to numbers of patients treated with any statin, including cerivastatin.

**1: Classification of skeletal muscle adverse reactions associated with statin therapy[5]**

Myalgia
- Proximal or diffuse muscle pain, tenderness and/or weakness, or both pain and weakness
- Serum creatine kinase (CK) level may be normal or slightly increased.

Myositis
- Muscle weakness
- CK level may be normal or increased
- Biopsy shows variation in fibre size, necrosis and inflammatory cell infiltrate.

Myopathy
- Muscle pain, tenderness and weakness, or both pain and weakness
- Usually proximal muscles, occasionally more generalised
- CK level more than 10 times upper limit of normal
- Electromyography shows myopathic changes with spontaneous action potentials
- Biopsy shows multifocal necrosis, regeneration, variation in fibre size, fragmentation and inflammatory cell infiltrate with activated immunological cells.

Rhabdomyolysis
- Acute, fulminating, potentially fatal
- CK level more than 10 times upper limit of normal
- Myoglobinaemia and myoglobinuria
- Biopsy shows loss of cross-striations and nuclei, fibre regeneration, no inflammatory cell infiltrate
- Complications include hyperkalaemia, hyperuricaemia, disseminated intravascular coagulation, metabolic acidosis, cardiomyopathy, respiratory and renal failure.

**2: Some commonly used drugs that inhibit hepatic cytochrome P450[11]**

- Cyclosporin
- Protease inhibitors
- Erythromycin, clarithromycin
- Azole antifungals (itraconazole, ketoconazole)
- Grapefruit juice*
- Verapamil, diltiazem
- Nefazodole

*Only large amounts of grapefruit juice inhibit hepatic CYP3A4; the usual intake of 1–2 glasses a day inhibits only intestinal CYP3A4.[12]

## Mechanisms

The precise mechanism of statin-induced muscle disorders is unknown. Statins reduce mevalonic acid synthesis, leading to reduced synthesis of cholesterol, dolichol, isoprenoids and ubiquinone. Various mechanisms of muscle injury have been suggested that might flow from this, but none have been confirmed.[5]

Rhabdomyolysis is not specific to statin therapy and may occur with gemfibrozil, bezafibrate and nicotinic acid (for which at least one case has been reported).[5] The risk factors for this reaction include:

- high blood levels of statins as a result of high doses or impaired metabolism;
- low levels of intestinal and hepatic cytochrome P450 (particularly the CYP3A4 subclass), which may increase statin levels and predispose to rhabdomyolysis;[5]
- co-administration of CYP3A4 inhibitors, which may impair the metabolism and increase levels of atorvastatin, simvastatin, lovastatin and cerivastatin. Pravastatin is metabolised by non-P450 pathways, and fluvastatin is

**3: Adverse reactions associated with statin therapy**

*a) Reported to the World Health Organization's International Drug Information System (INTDIS) database[5]*

| | | Percentage of reports | | |
|---|---|---|---|---|
| Statin | Reports | Myalgia | Myopathy | Rhabdomyolysis |
| Lovastatin* | 21 541 | 6.2% | 1.8% | 0.2% |
| Simvastatin* | 15 149 | 8.4% | 0.9% | 0.4% |
| Pravastatin* | 6208 | 6.4% | 1.0% | 0.3% |
| Atorvastatin† | 3188 | 7.6% | 0.1% | 0.5% |
| Fluvastatin* | 2061 | 9.1% | 1.2% | 0.5% |
| Cerivastatin† | 387 | 14.4% | 0.02% | 2.1% |

* To April 1998.
† To March 1999.

*b) Reported to the Australian Adverse Drug Reactions Advisory Committee (ADRAC) to August 2001[14]*

| Statin | Reports | Percentage of reports involving rhadomyolysis |
|---|---|---|
| Simvastatin | 2248 | 1.4% |
| Atorvastatin | 679 | 0.4% |
| Pravastatin | 335 | 0.9% |
| Fluvastatin | 242 | 0.4% |
| Cerivastatin | 148 | 18.2% |

metabolised by the CYP2C9 subclass.[5] Box 2 lists some of the 100 or more drugs which may inhibit CYP3A4 to a variable degree[11]

- co-administration of fibrates or nicotinic acid.[5,10,13]

Many acute disorders can also cause rhabdomyolysis, including severe endocrine, metabolic and electrolyte disturbances (especially hypothyroidism and hyponatraemia), surgery, major trauma, uncontrolled seizures, hypoxia, hypotension, underlying muscular dystrophies, hypothermia and hyperthermia, viral infections (influenza, coxsackie virus, Q fever, Epstein–Barr virus) and drugs of misuse (alcohol, lysergide, amphetamines).[5]

## Differential diagnosis

Because of the broad spectrum of symptoms, it is often difficult to make a diagnosis of statin-associated myopathy with certainty unless there is a clear relationship between symptoms and initiation of therapy or dose titration, CK levels are significantly elevated (more than three times the upper limit of normal), or muscle biopsy is performed. Other conditions simulating statin-induced muscle disease include polymyalgia rheumatica, viral myalgia, exercise-induced myalgia, and fibromyalgia.

A high index of suspicion is often needed to make the diagnosis, especially when CK levels are normal. Many patients taking statin therapy have co-existing, non-specific joint, ligament and muscle disease, as well as specific disorders such as osteoarthrosis and various forms of arthritis, which may contribute independently to muscle aches, pain and tenderness, although the usual pattern of proximal symmetrical weakness of statin-associated myopathy is not observed. In addition, there is considerable variation in symptoms and CK levels with physical activity.[5]

### 4: Management of elevated serum creatine kinase (CK) levels in patients receiving statin therapy*

History and physical examination

- Check symptoms and predisposing factors for myopathy: unaccustomed exercise, heavy alcohol intake, viral illness (consider performing serological tests), any new co-administered drugs
- Check for muscle tenderness, weakness and rash
- Arrange review in 4–10 days, or earlier should symptoms appear or worsen, or urine becomes dark, suggesting myoglobinuria

Investigations (performed within 4–10 days)

- Repeat CK tests
- Serum creatine, thyroid function, urinalysis (including myoglobin and sediment)

If myopathy suspected

- Withdraw statin therapy
- Repeat above as necessary until CK level normal or symptoms resolve
- Re-introduce statin at lower dose, change to an alternative statin, or consider non-statin therapy

* Modified from trial protocol 4522IL/0034 (with permission of AstraZeneca Pty Ltd).

### 5: Prevention of statin myopathy: pointers for practice

Be aware of the spectrum of muscle disorders associated with statin therapy (see Box 1)

Use the lowest effective dose of a particular statin

Avoid combination therapy with gemfibrozil. Omega-3 fatty acid (fish oil) supplements may help to control triglyceride levels, but several capsules daily may be necessary[15]

Suspend statin therapy temporarily if conditions predispose to rhabdomyolysis[16]

Avoid co-administration of cytochrome P450 inhibitors (see Box 2), other than with pravastatin

Advise patients to report symptoms suggesting myopathy promptly

Monitor serum creatine kinase levels for suspected myopathy.

## Management

Box 4 indicates a strategy for management of patients taking statin therapy who have elevated CK levels.

There is as yet no specific therapy for statin myotoxicity other than withdrawal of statin, correction of aggravating factors such as hypothyroidism, and substitution of other drugs for CYP3A4 inhibitors.

Patients with suspected rhabdomyolysis usually require hospitalisation and management of complications, particularly renal impairment.[14]

## The future

Careful postmarketing surveillance to monitor adverse reactions with statin therapy should continue, and may help to identify the circumstances associated with episodes of myopathy. Significant adverse drug reactions should be reported promptly to ADRAC so that any potential issue can be drawn to the attention of authorities and practitioners.

Statins will continue to be first-line drugs for treatment of elevated LDL cholesterol levels and prevention of cardiovascular disease, as they have (with the exception of cerivastatin) a highly favourable ratio of benefits to adverse reactions.

## Competing interests

I have received support for research and educational activities from AstraZeneca Pty Ltd and MSD (Australia).

## References

1. Pharmaceutical Benefits Schedule Item Statistics. Canberra: Health Insurance Commission. 2001. <http://www.hic.gov.au/statistics/dyn_pbs/forms/pbs_tab1.shtml> (accessed 26 September 2001).
2. Pedersen TR, Kjekshus J, Pyorala K, et al. Safety and tolerability of cholesterol lowering with simvastatin during 5 years in the Scandinavian Simvastatin Survival Study. *Arch Intern Med* 1996; 156: 2985-2092.

3. Shepherd J, Cobbe SM, Ford I, et al. Prevention of coronary heart disease with pravastatin in men with hypercholesterolaemia. *N Engl J Med* 1995; 333: 1301-1307.

The Long-term Intervention with Pravastatin in Ischemic Heart Disease (LIPID) Study Group. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. *N Engl J Med* 1998; 339: 1349-1357.

5. Ucar M, Mjorndal T, Dahlqvist R. HMG-CoA reductase inhibitors and myotoxicity. *Drug Safety* 2000; 22: 441-457.
6. Charatan F. Bayer decides to withdraw cholesterol lowering drug. *BMJ* 2001; 323: 359.
7. Address by Dr David Ebsworth, Head of Bayer AG's Pharmaceuticals Business Group (dated 13 August 2001). http://www.bayer.com/News/news.nsf/Id/NT0000E046 (accessed 23 August 2001).
8. Cutler RWP. Diseases of muscle and the neuromuscular junction. *Scientific American Medicine* 1991; 2(11): 1-9.
9. Tobert JA. Efficacy and long term adverse effects pattern of lovastatin. *Am J Cardiol* 1988; 62: 28J-34J.
10. Shek A, Ferrill MJ. Statin–fibrate combination therapy. *Ann Pharmacother* 2001; 35: 908-917.
11. Martin J, Fay M. Cytochrome P450 drug interactions: are they clinically relevant? *Aust Prescriber* 2001; 24: 10-12.
12. Kane GC, Lipsky JJ. Drug-grapefruit interactions. *Mayo Clin Proc* 2000; 75: 933-942.
13. Cerivastatin and rhabdomyolysis – avoid gemfibrozil. *Aust Adverse Drug Reactions Bull* 2001; 20: 3.
14. Hamilton-Craig I, Miller DJ. Medicinal mishaps — statin–fibrate combination therapy. *Aust Prescriber* 2001; 24: 109.
15. Durrington PN, Bhatnagar D, Mackness MI, et al. An omega-3 polyunsaturated fatty acid concentrate administered for one year decreased triglycerides in simvastatin treated patients with coronary heart disease and persisting hypertriglyceridaemia. *Heart* 2001; 85: 544-548.
16. Product information for prescribing statins. MIMS annual, 1999. Sydney: MIMS, 1999: 2-155 – 2-167.


# BOOK REVIEWS

## Top 20 for rural practitioners

**20 common problems. Surgical problems and procedures in primary care.** Dana C Lynge, Barry D Weiss (editors). New York: McGraw-Hill, 2001 (457 pp, $99.95). ISBN 0 07 136002 6.

THE TARGET AUDIENCE of this text is stated to be clinicians engaged in the delivery of primary care and emergency care, particularly in rural areas. I believe that it will find a receptive audience not only among medical practitioners, but also nurse practitioners. The book supplies information that recent (unpublished) surveys of interns in NSW indicate is essential to their competence and performance.

Each chapter uses a general template, with variations according to the content. Of particular interest within the template is the section that many chapters possess under the heading of "Errors". This section describes errors that might occur, for example, in diagnosis or in treatment so that their incidence might in future be minimised. Some chapters also contain diagnostic and/or treatment algorithms in the form of flow-charts: this is a particularly useful method of presentation.

Overall, the text is well referenced and easy to read. It will also be of use to senior medical students as they prepare for their intern year.

Well illustrated and containing eight pages of colour plates, this book represents good value for money.

**Allan D Spigelman**
Professor of Surgery, John Hunter Hospital, NSW

## Expert guide to asthma

**Understanding asthma. A management companion.** Ronald S Walls, Christine R Jenkins (editors). Sydney: MacLennan and Petty, 2000 (334 pp, $77). ISBN 0 86433 142 8.

THE PREVALENCE OF ASTHMA in Australia is among the highest in the world and Australians have developed considerable expertise in most disciplines relevant to this condition. The range of authors contributing to this text reflects that knowledge base. It is aimed at non-specialist health professionals with a particular interest in asthma and is a companion to material such as the *Asthma management handbook*.

The book is concise, practical and easy to read, and provides an excellent, authoritative overview of all aspects of asthma and its management. It covers important and often neglected issues such as adherence, alternative therapy, SCUBA diving, vocal cord dysfunction, food reactions and steroid resistance. The text generally avoids confusion between sensitisers of asthma and triggers of symptoms, often not true of other works in this area. It also places procedures such as bronchial provocation in context.

Individually, there are many good chapters, but some inconsistencies exist. An example of this is the comments on the role of measuring and avoiding aeroallergens and the recognition of cough-variant asthma as an entity. These different comments should be cross-referenced to provide an editorial opinion. Some recommendations, such as allergen avoidance as primary prevention, are put without an adequate evidence base. This could have been balanced with current concepts on immunological maturation and the role of infections and allergens in asthma and atopy. There are some areas that could have been covered in greater depth, such as the debate on early anti-inflammatory treatment, especially in children, and the use of procedures such as induced sputum.

The first chapter was written by the late Ann Woolcock and is a fitting tribute to her major contribution to the understanding and management of asthma worldwide. There are a few minor errors and it is a pity that the Asthma Foundation of Western Australia was omitted from the list of resources. The information provided, from basic concepts to management principles, by such an extensive range of internationally recognised experts is good value at $77.

**Louis I Landau**
Dean of the Faculty of Medicine and Dentistry
University of Western Australia, Perth, WA

# Exhibit G

# Statin-Associated Myopathy

Paul D. Thompson, MD
Priscilla Clarkson, PhD
Richard H. Karas, MD, PhD

**Statins (3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors) are associated with skeletal muscle complaints, including clinically important myositis and rhabdomyolysis, mild serum creatine kinase (CK) elevations, myalgia with and without elevated CK levels, muscle weakness, muscle cramps, and persistent myalgia and CK elevations after statin withdrawal. We performed a literature review to provide a clinical summary of statin-associated myopathy and discuss possible mediating mechanisms. We also update the US Food and Drug Administration (FDA) reports on statin-associated rhabdomyolysis. Articles on statin myopathy were identified via a PubMed search through November 2002 and articles on statin clinical trials, case series, and review articles were identified via a PubMed search through January 2003. Adverse event reports of statin-associated rhabdomyolysis were also collected from the FDA MEDWATCH database. The literature review found that reports of muscle problems during statin clinical trials are extremely rare. The FDA MEDWATCH Reporting System lists 3339 cases of statin-associated rhabdomyolysis reported between January 1, 1990, and March 31, 2002. Cerivastatin was the most commonly implicated statin. Few data are available regarding the frequency of less-serious events such as muscle pain and weakness, which may affect 1% to 5% of patients. The risk of rhabdomyolysis and other adverse effects with statin use can be exacerbated by several factors, including compromised hepatic and renal function, hypothyroidism, diabetes, and concomitant medications. Medications such as the fibrate gemfibrozil alter statin metabolism and increase statin plasma concentration. How statins injure skeletal muscle is not clear, although recent evidence suggests that statins reduce the production of small regulatory proteins that are important for myocyte maintenance.**

*JAMA. 2003;289:1681-1690* www.jama.com

STATINS (3-HYDROXY-3-METHYLglutaryl coenzyme A [HMG-CoA] reductase inhibitors) reduce cholesterol production by reducing the synthesis of mevalonate, a critical intermediary in the cholesterol pathway. The HMG-CoA reductase inhibitors are the most effective medications for managing elevated concentrations of low-density lipoprotein cholesterol (LDL-C). Furthermore, these drugs reduce cardiovascular events in coronary heart disease patients with moderate[1] and mild[2] LDL-C elevations and in previously healthy patients with high[3] and normal[4] baseline LDL-C values.

Statins are well tolerated by most patients but can produce a variety of muscle-related complaints or myopathies. The most serious risk of these drugs is myositis with rhabdomyolysis. This risk has been emphasized by the withdrawal of cerivastatin in August 2001 after the drug was associated with approximately 100 rhabdomyolysis-related deaths.[5] Rhabdomyolysis was also a factor in the withdrawal of the antihypertensive drug mibefradil in June 1998[6] and in the decision by Merck & Co to abandon the development of a 160-mg sustained-release simvastatin formulation in the mid-1990s.[7]

Clinically important rhabdomyolysis with statins is rare, with an overall reported incidence of fatal rhabdomyolysis of 0.15 deaths per 1 million prescriptions.[8] The possibility of statin-related rhabdomyolysis is generally appreciated by the medical community, but these medications are more fre-

**Author Affiliations:** Preventive Cardiology and Cardiovascular Research, Division of Cardiology, Hartford Hospital, Hartford, Conn (Dr Thompson); Department of Medicine, University of Connecticut, Farmington (Dr Thompson); School of Public Health and Health Sciences and Department of Exercise Science, University of Massachusetts, Amherst (Dr Clarkson); and Preventive Cardiology and Department of Medicine, Tufts University School of Medicine, Tufts–New England Medical Center, Boston, Mass (Dr Karas).

**Financial Disclosures:** Dr Thompson has received grants or research support from, has served as a consultant or lecturer for, or owns stock in the following companies, which may have an interest in the content of this article: Merck & Co, Bristol-Myers Squibb, KOS Pharmaceuticals, Abbott Laboratories, Pfizer Pharmaceuticals, AstraZeneca, Schering-Plough, and Bayer Pharmaceuticals. Dr Clarkson serves as a consultant to and will receive future research support from Merck & Co. Dr Karas serves on the speakers bureau for Merck & Co and Pfizer Pharmaceuticals.

**Corresponding Author and Reprints:** Paul D. Thompson, MD, Division of Cardiology, Hartford Hospital, 80 Seymour St, Hartford, CT 06102 (e-mail: pthomps@harthosp.org).

©2003 American Medical Association. All rights reserved.

quently associated with a variety of skeletal muscle complaints including myalgia with or without creatinine kinase (CK) elevations.

This review discusses the skeletal muscle complaints associated with statins as well as the incidence, possible causes, and approach to these skeletal muscle problems. It also presents recent US Food and Drug Administration (FDA) data on the occurrence of statin-associated rhabdomyolysis.

## METHODS

### Literature Review

English-language articles on statin myopathy were identified via a PubMed search through December 2002 and from reference citations in other articles. The PubMed search was performed using the terms *myopathy* or *rhabdomyolysis* and *statin*, or *HMG-CoA reductase inhibitor(s)* and *statin*, or *HMG-CoA reductase inhibitors* and *skeletal muscle*. Abstracts were reviewed by 1 of the authors (either P.D.T. or P.C.) and all articles addressing statin myopathy were examined in detail. Selected articles included clinical trials, reviews, case series, and clinical guidelines. Articles describing possible mechanisms were also examined and included if they had clinical relevance or provided novel information. No attempt was made to include every publication on the biochemistry of statin-associated myopathy. Articles on randomized controlled clinical trials using statins were also identified via a PubMed search through January 2003. This search was performed using the terms *statin* and *clinical trial(s)* or *statin* and *randomized clinical trials*. Abstracts were reviewed by 1 of the authors (P.C.), and all articles presenting the results of randomized controlled clinical trials using statins as the intervention and placebo or usual care as the control condition were included. The PubMed search results were checked for completeness against 2 recent summaries of cardiovascular clinical trials.[9,10]

### Search of FDA Database

Adverse event reports of statin-associated rhabdomyolysis were collected from the Qscan FDA database using Qscan FDA software (QED Solutions, McLean, Va). All reports of rhabdomyolysis reported to the FDA MEDWATCH system in which a statin was listed as either a causative suspect or a concomitant medication from January 1, 1990, through March 31, 2002, were included in this analysis. The percentage of the reports of statin-associated rhabdomyolysis was calculated for each statin. The percentage of adverse events for each statin due to rhabdomyolysis was also calculated. Outcomes categories, including death, significant disability, hospitalization, and life-threatening reaction, were coded as defined by the FDA MEDWATCH system.

## STATIN-RELATED MUSCLE COMPLAINTS

The literature on skeletal muscle complaints with statins is confusing, in part because of a lack of clear definitions. The recent American College of Cardiology/American Heart Association clinical advisory on the use and safety of statins[11] defined 4 syndromes: statin myopathy (any muscle complaints related to these drugs); myalgia (muscle complaints without serum CK elevations); myositis (muscle symptoms with CK elevations); and rhabdomyolysis (markedly elevated CK levels, usually >10 times the upper limit of normal [ULN], with an elevated creatinine level consistent with pigment-induced nephropathy).

These definitions have several limitations. They do not address increased CK levels in the absence of symptoms. Also, some degree of myositis with rhabdomyolysis or skeletal muscle breakdown exists whenever skeletal muscle CK levels exceed normal or pretreatment values. Clinically important myositis or rhabdomyolysis is defined in most studies as muscle pain with CK levels greater than 10 times the ULN.[12] This magnitude of CK elevation may be associated with myoglobinuria, but greater degrees of muscle damage and CK elevations are usually required to cause myoglobin pigment–induced renal dysfunction, and some patients experience great increases in CK levels without renal problems.[13] The occurrence of renal failure with rhabdomyolysis is related to the magnitude of muscle injury, the patient's hydration status, and possibly other factors, such as concomitant medications or genetic predisposition; it is not related to the degree of muscle injury alone. An alternative approach separates statin-associated muscle problems into the following syndromes.

### Clinically Important Myositis and Rhabdomyolysis

This is defined as muscle pain with CK levels greater than 10 times the ULN.[12] Skeletal muscle biopsies in patients with statin-associated myositis demonstrate polymyositis[14] and myolysis.[15] Clinically important rhabdomyolysis can be associated with azotemia as well as multiple metabolic abnormalities, including elevated potassium and phosphate levels due to their release from injured myocytes, as well as low calcium levels produced by calcium precipitation with phosphate.[13] Death can result from hyperkalemia and cardiac arrhythmia, renal failure, and disseminated intravascular coagulation.

### Mild CK Elevations

Statins more frequently produce CK elevations that do not exceed 10 times the ULN. Patients with mild CK elevations may not be symptomatic; CK elevations in asymptomatic patients are detected by routine testing or during the evaluation of other conditions. The incidence of CK elevations that do not exceed 10 times the ULN is not known because this information is rarely reported in clinical studies. Statin-induced CK elevations could be erroneously attributed to myocardial infarction, but the myocardial CK fraction is rarely elevated.[16,17] Statins magnify the increase in CK levels that can occur following exercise,[18] and there are multiple case reports[19-21] of both mild and clinically significant CK elevations after vigorous exertion in patients taking statins.

 ©2003 American Medical Association. All rights reserved.

### Myalgia

Myalgia is defined as muscle pain and affects patients' quality of life and compliance with these medications. Myalgia is a common complaint and significant problem for patients taking statins.[22,23] Review of 2 databases showed that myalgia contributed to 19% to 25%[22] and 6% to 14%[23] of all adverse events associated with statin use. Myalgia was also noted in 45 (8.9%) of 508 patients with familial hypercholesterolemia treated for 2 years with simvastatin, 80 mg/d, and musculoskeletal complaints prompted 9 (1.8%) of these patients to discontinue treatment.[24] In contrast, myalgia was rarely reported in clinical trials and infrequently led to statin discontinuation in these studies. In the Medical Research Council/British Heart Foundation Heart Protection Study,[25] there was no difference in muscle pain or weakness between patients treated with simvastatin, 40 mg/d, or placebo for 5 years, nor were there differences in the number of patients who discontinued treatment for musculoskeletal complaints. Furthermore, labeling information from controlled studies shows rates of myalgia of 1% to 5%[26] (TABLE 1), which is not significantly different from placebo.

Consequently, there is no consensus that statins are responsible for these myalgic complaints, although many clinicians believe that statins can induce myalgia without CK elevations. Patients may respond to statin withdrawal, further implicating these medications. A recent report supports the concept of statin myopathy without CK elevations.[27] Four of 20 patients randomized in a double-blind crossover clinical trial developed muscle complaints during statin therapy that resolved during the placebo phase. Muscle biopsies in 3 of these patients demonstrated evidence of mitochondrial dysfunction, including increased lipid storage and ragged red muscle fibers. Symptoms occurred despite normal serum statin levels in the patients.

### Muscle Weakness

Skeletal muscle weakness is frequent in association with clinically important myositis and rhabdomyolysis but can also occur in patients with no or little CK elevation. The frequency of symptomatic weakness has not been reported, and the only study to examine muscle strength in patients treated with statins reported on only 4 subjects.[27] In that study, hip abduction strength decreased 47%, 10%, 30%, and 13% among the 4 patients when taking statins; hip flexion strength decreased 47%, 5%, 12%, and 11%.[27]

### Muscle Cramps

Muscle cramps are anecdotally related to statin use, although there are few data linking these drugs to this complaint[26] (Table 1).

### Persistent Myalgia/CK Elevations After Statin Withdrawal

There are rare clinical anecdotes that patients complain of persistent muscle discomfort while taking statins, occasionally associated with CK elevations, both of which persist after withdrawal of the medication.[28] Such patients should be evaluated for other conditions, such as polymyalgia rheumatica and temporal arteritis, which may have been unmasked by statin therapy, as well as hypothyroidism, which can elevate CK concentrations.

## INCIDENCE OF CLINICALLY IMPORTANT STATIN-INDUCED MUSCLE INJURY

Historically, rhabdomyolysis was most commonly produced by crushing injuries of the muscle and extreme exertion. Medications were an unusual cause of this syndrome prior to statin therapy. The FDA Adverse Event Reporting System database contains 601 cases of statin-associated rhabdomyolysis from November 1997 through March 2000.[29] The percentage of total cases associated with each drug were as follows: for simvastatin, 36%; cerivastatin, 32%; atorvastatin, 12%; pravastatin, 12%; lovastatin, 7%; and fluvastatin, 2%, demonstrating that rhabdomyolysis had been associated with each of the then-available statins.[29] We identified 3339 cases of statin-associated rhabdomyolysis in our review of the Qscan FDA database from January 1, 1990, through March 31, 2002 (TABLE 2).

**Table 1.** Reported Rates of Statin-Associated Muscle Complaints in Controlled Studies*

| Symptoms | Placebo | Statin |
|---|---|---|
| Lovastatin, 40 mg twice per day | | |
| Sample size | 1663 | 1649 |
| Cramps, % | 0.5 | 1.0 |
| Myalgia, % | 1.7 | 3.0 |
| Pravastatin, dose not specified | | |
| Sample size | 411 | 900 |
| Myalgia, % | 1.0 | 2.7 |
| Simvastatin, 20-40 mg/d | | |
| Sample size | 2223 | 2221 |
| Myalgia, % | 1.3 | 1.2 |
| Fluvastatin, dose not specified | | |
| Sample size | 960 | 2326 |
| Myalgia, % | 4.5 | 5.0 |
| Atorvastatin, 10 mg/d | | |
| Sample size | 270 | 863 |
| Myalgia, % | 1.1 | 3.2 |
| Cerivastatin, dose not specified | | |
| Sample size | 702 | 2231 |
| Myalgia, % | 2.3 | 2.5 |

*Data are adapted from the *Physicians' Desk Reference*.[26]

To ensure comparability with prior searches,[29] we repeated the search from November 1997 through March 2000 and identified 612 cases, suggesting that both search techniques provide comparable data. In our expanded search, cerivastatin (57%) was the most commonly implicated statin, followed by simvastatin (18%) and atorvastatin (12%). Approximately half of the cases occurred in patients 51 to 75 years old, with an additional 17% occurring in patients older than 75 years. The reactions were relatively severe, with a total of 64% of patients either requiring hospitalization or having a life-threatening reaction. Death occurred in 7.8% of patients. These data rely on voluntary physician reporting and do not use a uniform definition of rhabdomyolysis. The effect of these vagaries on the results is unknown, but these data provide some insight into the magnitude of the problem.

The incidence of fatal rhabdomyolysis through May 2001 has been esti-

©2003 American Medical Association. All rights reserved.

**Table 2.** FDA Reports of Rhabdomyolysis, January 1, 1990–March 31, 2002

| Drugs | No. of Reports | Reports of Rhabdomyolysis Due to Drug, % | Adverse Event Reports With Drug Due to Rhabdomyolysis, % | Age, %, y* | | | | Outcomes, %* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | <30 | 31-50 | 51-75 | >75 | Death | Disability | Hospitalization | Life Threatening | Other |
| Cerivastatin | 1899 | 56.9 | 27.7 | 0.3 | 5.5 | 48.4 | 19.9 | 7.2 | 3.4 | 56.7 | 8.2 | 17.3 |
| Simvastatin | 612 | 18.3 | 16.8 | 0.6 | 9.3 | 59.5 | 18.3 | 8.0 | 7.4 | 51.5 | 13.9 | 10.6 |
| Atorvastatin | 383 | 11.5 | 18.0 | 1.0 | 11.7 | 53.0 | 10.4 | 9.5 | 2.6 | 45.1 | 9.7 | 25.9 |
| Pravastatin | 243 | 7.3 | 15.7 | 0.4 | 8.2 | 48.6 | 14.4 | 7.9 | 5.9 | 58.5 | 10.1 | 11.8 |
| Lovastatin | 147 | 4.4 | 20.4 | 1.4 | 6.1 | 61.2 | 6.1 | 10.9 | 7.1 | 50.3 | 14.2 | 8.7 |
| Fluvastatin | 55 | 1.6 | 19.6 | 0 | 1.8 | 54.5 | 20.0 | 4.6 | 6.9 | 49.4 | 13.8 | 13.7 |
| **Total** | **3339** | **100** | | 0.5 | 7.2 | 51.0 | 17.4 | 7.8 | 4.5 | 53.6 | 10.4 | 16.0 |

*Percentages for age distribution and outcomes do not sum to 100% because of unreported data.

mated using databases from the FDA and National Prescription Audit Plus (IMS Health, Fairfield, Conn) and is low at only 0.15 deaths per 1 million prescriptions.[8] The estimated incidence rates (per 1 million prescriptions) for the various statins are as follows: lovastatin, 0.19; pravastatin, 0.04; simvastatin, 0.12; fluvastatin, 0; atorvastatin, 0.04; and cerivastatin, 3.16. The death rate for cerivastatin was 16 to 80 times greater than the other statins, but there were no apparent differences among the other agents.[8] These incidence figures are also likely to underestimate the risk because they are also based on voluntary reporting by health care professionals and use as the denominator the number of prescriptions, not the number of individuals using the medication.

Clinical trial results support a low incidence of severe muscle problems with statin therapy (TABLE 3). A compilation of all randomized controlled statin trials identified by our search revealed that among 83 858 patients randomly assigned to receive either statin treatment or placebo, there were only 49 cases of myositis and 7 cases of rhabdomyolysis in the statin treatment groups vs 44 cases of myositis and 5 cases of rhabdomyolysis among placebo controls (Table 3). The Heart Protection Study randomized 20 536 patients to simvastatin, 40 mg/d, or placebo.[25] Creatine kinase levels were measured in patients with unexplained muscle complaints and in those using a nonstudy statin during the 3 first-year visits. Over the mean 5 years of the study, 32.9% of the simvastatin and 33.2% of the placebo participants complained of unexplained muscle pain or weakness during at least 1 of the 3 first-year or subsequent biannual visits. Nevertheless, only 49 (0.48%) of 10 269 statin patients and 50 (0.49%) of 10 267 control patients discontinued treatment because of muscle symptoms. Rhabdomyolysis, defined as CK values greater than 40 times the ULN, occurred in 5 statin and 3 placebo participants, although 1 of the latter was taking a nonstudy statin. Study drug was stopped when CK levels were greater than 10 times the ULN but continued with lower CK levels and the CK value was remeasured approximately 1 week later. Persistent CK elevations of greater than 4 times the ULN occurred in 7 (0.07%) statin patients and 1 (0.01%) placebo patient ($P = .07$). These controlled study results document the low incidence of important muscle complaints with statin therapy. However, these results in volunteer study participants who were followed by lipid researchers may underestimate the incidence when statins are used in unselected populations followed with less precision.

The risk of rhabdomyolysis with statins increases with serum concentrations of the medications.[58] Factors affecting the volume of distribution, such as body size and sex, as well as factors reducing drug metabolism, such as renal and hepatic function, age, hypothyroidism, debilitation, and diabetes, alter the risk of rhabdomyolysis.[59] Concomitant medications also affect the rhabdomyolysis risk, primarily by altering statin catabolism (BOX). Of the 601 cases of statin-induced rhabdomyolysis submitted to the FDA between November 1997 and March 2000, approximately 55% were associated with drugs affecting statin metabolism, including mibefradil (16%), fibrates (13%), cyclosporine (8%), macrolide antibiotics (7%), warfarin (5%), digoxin (4%), and azole antifungals (2%).[29] In our review of the Qscan FDA database from January 1, 1990, through March 31, 2002, approximately 58% of cases were associated with concomitant medications affecting statin metabolism, including mibefradil (2%), fibrates (38%), cyclosporine (4%), macrolide antibiotics (3%), warfarin (4%), digoxin (5%), and azole antifungals (1%).

Such drug interactions are generally attributed to effects on the cytochrome P-450 (CYP) 3A4 system.[58] Lovastatin, simvastatin, and atorvastatin are primarily metabolized by CYP 3A4,[58] with nearly complete metabolism for lovastatin and simvastatin on the first hepatic pass. Pravastatin has minimal metabolism by CYP 3A4 and is primarily cleared by the kidneys. Fluvastatin is metabolized by CYP 2C9 and cerivastatin is metabolized by both the CYP 3A4 and CYP 2C8 systems.[58] Medications that inhibit CYP 3A4, such as macrolide antibiotics, azole antifungals, and cyclosporine, increase serum concentrations of selected statins and risk of rhabdomyolysis. Individual variation is important because CYP 3A4 activity can vary 10-fold among patients,[60] and this large varia-


©2003 American Medical Association. All rights reserved.

tion may result from genetic polymorphisms of these enzymes.[61]

Mechanisms other than CYP 3A4 inhibition also contribute to drug interactions with statins. There has been considerable marketing emphasis placed on the lipophilicity vs hydrophilicity of the various statins. Passage across the cell membrane requires either a high degree of lipid solubility or active transport. Transmembrane transport for statins is mediated by the organic anion transporter polypeptide 2.[62] This protein is present on hepatic cells but absent on human myocytes.[62] Passage into the muscle cell is therefore dependent on passive diffusion and may increase with the lipophilicity of the statin. Hydrophilic statins such as pravastatin are less likely to enter the muscle, theoretically reducing the risk of muscle injury. However, egress from cells also depends on statin solubility and can affect drug interactions. Hydrophilic agents require transport out of the cell via such proteins as the multidrug resistance protein 2 (MRP2), also known as the cana-

**Table 3.** Myopathy in Randomized Controlled Trials of Statin Therapy

| Studies* | Type of Patients† | Duration, y | Statin Dosage, mg/d | No. of Patients | | No. With Rhabdomyolysis | | No. With Myositis‡ | | % With CK Elevation | | % With Myalgia | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Statin | Control | Statin | Control | Statin | Control | Statin | Control | Statin | Control |
| Lovastatin | | | | | | | | | | | | | |
| AFCAPS/TexCAPS[4] | No CAD | 5.2 (Mean) | 20-40 | 3304 | 3301 | 1 | 2 | 21 | 21 | NR | | NR | |
| FATS[30] | CAD (men) | 2.5 | 20 (×2)§ | 38 | 46 | NR | | NR | | NR | | NR | |
| CCAIT[31] | CAD | 2 | 40-80 | 165 | 166 | NR | | NR | | NR | | NR | |
| Post-CABG[32] | CAD | 4.3 (Mean) | 76 (Mean)§ | 628 | 628 | 0 | 0 | NR | | 0.64 | 0.15 | NR | |
| Pravastatin | | | | | | | | | | | | | |
| CARE[2,37] | CAD | 5 (Median) | 40 | 2078 | 2081 | 0 | 0 | 0 | 4 | 0.57 | 0.33 | NR | |
| WOSCOPS[3] | No CAD (men) | 4.9 (Mean) | 40 | 3302 | 3293 | 0 | 0 | NR | | 0.09 | 0.03 | 3.5 | 3.7 |
| PLAC-I[33] | CAD | 3 | 40 | 206 | 202 | 0 | 0 | 0 | 0 | NR | | NR | |
| PLAC-II[34] | CAD | 3 | 10-40 | 75 | 76 | NR | | NR | | NR | | NR | |
| REGRESS[35,36] | CAD | 2 | 40 | 323 | 330 | 0 | 0 | 0 | 0 | NR | | 0.3 | 0 |
| PREDICT[38] | CAD | 0.5 | 40 | 347 | 348 | NR | | NR | | NR | | NR | |
| LIPID[39] | CAD | 6.1 (Median) | 40 | 4512 | 4502 | 0 | 0 | 8 | 10 | | | NR | |
| L-CAD[40] | CAD | 2 | NR§ | 70 | 56 | NR | | NR | | NR | | NR | |
| GISSI-P[41] | CAD | 0.4 (Median) | 20-40 | 2138 | 2133 | 0 | 0 | NR | | NR | | NR | |
| PRINCE[42] | No CAD | 0.5 | 40 | 666 | 673 | NR | | NR | | NR | | NR | |
| ALLHAT-LLT[43] | Both | 4.8 (Median) | 40 | 5170 | 5185 | NR | | NR | | NR | | NR | |
| PROSPER[44] | Both, aged 70-82 y | 3.2 (Mean) | 40 | 2891 | 2913 | 0 | 0 | 0 | 0 | NR | | 1.2 | 1 |
| FAST[45] | No CAD | 2 | 10 | 83 | 81 | NR | | NR | | NR | | NR | |
| Simvastatin | | | | | | | | | | | | | |
| 4S[1] | CAD | 5.4 (Median) | 10-40 | 2221 | 2223 | 1 | 0 | 6 | 1 | NR | | NR | |
| CIS[46] | CAD | 2.3 (Mean) | 40 | 129 | 125 | NR | | NR | | NR | | NR | |
| Wenke et al[47] | Heart transplantation | 4 | 10 (Mean) | 35 | 37 | 0 | 0 | 0 | 0 | 0 | 0 | NR | |
| Heart Protection Study[25] | Both | 5 (Median) | 40 | 10 269 | 10 267 | 5 | 3 | 11 | 6 | 0.19 | 0.13 | 32.9 | 33.2 |
| Fluvastatin | | | | | | | | | | | | | |
| LCAS[48] | CAD | 2.5 | 20 (×2)§ | 214 | 215 | 0 | 0 | 1 | 2 | NR | | NR | |
| LISA[49] | CAD | 1 | 40-80 | 187 | 178 | 0 | 0 | 0 | 0 | 0 | 0.56 | NR | |
| FLARE[50] | CAD | 0.8 | 40 | 409 | 427 | 0 | 0 | 0 | 0 | NR | | NR | |
| Holdaas et al[51] | Renal transplantation | 0.2 | 40 | 182 | 182 | 0 | 0 | 0 | 0 | 4.9 | 3.8 | NR | |
| Atorvastatin | | | | | | | | | | | | | |
| AVERT[52,53] | CAD | 1.5 | 80 | 164 | 177 | 0 | 0 | 0 | 0 | 0 | 0 | 1.2 | 1.2 |
| MIRACL[54] | CAD | 0.3 | 80 | 1538 | 1548 | 0 | 0 | 0 | 0 | NR | | NR | |
| GAIN[55] | CAD | 1 | 33 (Mean) | 65 | 66 | 0 | 0 | 0 | 0 | NR | | NR | |
| GREACE[56] | CAD | 3 (Median) | 10-80 | 800 | 800 | 0 | 0 | 0 | 0 | NR | | NR | |
| Cerivastatin | | | | | | | | | | | | | |
| ENCORE[57] | CAD | 0.5 | 0.4 | 114 | 119 | NR | | 2 | 0 | 0.61 | 0.58 | NR | |
| **Total** | | | | **42 323** | **41 535** | **7** | **5** | **49** | **44** | | | | |

Abbreviations: CAD, coronary artery disease; CK, creatine kinase; NR, not reported.
*See references for explanations of study abbreviations.
†"Both" indicates both patients with and without CAD.
‡Myositis was defined by study investigators or as a CK elevation of greater than 10 times the upper limit of normal.
§Plus another medication.

©2003 American Medical Association. All rights reserved.

**Box. Concomitant Medications That Increase Risk of Statin-Associated Myopathy***

Fibric acid derivatives, especially gemfibrozil
Niacin
Cyclosporine
Azole antifungals
Macrolide antibiotics
Human immunodeficiency virus protease inhibitors
Nefazodone
Verapamil and diltiazem
Amiodarone
Grapefruit juice, >1 qt/d

*Data are adapted from Pasternak et al.[11]

licular multispecific organic anion transporter.[63] Pravastatin is not metabolized by CYP 3A4, but its serum levels increase with cyclosporine,[64] a CYP 3A4 inhibitor, possibly because cyclosporine also inhibits MRP2 activity[65] and may reduce hepatic excretion. Little is known about egress of statins from skeletal muscle, but MRP is detectable in muscle cells[66] and its inhibition by other agents may contribute to myopathy with the more water-soluble statins.

Gemfibrozil is known to increase the risk of rhabdomyolysis with statin therapy,[59,67] but it does not inhibit the P-450 system and probably affects statin concentrations via the recently described glucuronidation pathway.[68] All statins except simvastatin and lovastatin are administered as their active hydroxy acid forms. Simvastatin and lovastatin are administered as the delta lactone and are converted to the active acid metabolite.[68] The active statin form has previously been thought to undergo metabolism primarily by the P-450 system. Recent in vivo evidence demonstrates that the active acid forms of simvastatin, atorvastatin, and cerivastatin can be metabolized to an unstable glucuronide that rapidly and spontaneously converts to the inactive statin lactone.[68] The glucuronidation pathway thus appears to provide an additional mechanism for eliminating active statin. The glucuronidation process was not previously detected and, therefore, not considered a major pathway of statin clearance because of the instability of the glucuronide. Recent data indicate that gemfibrozil inhibits this glucuronidation of statins, thereby increasing the concentration of the active statin acid forms of simvastatin, atorvastatin, and cerivastatin.[69] This inhibition by gemfibrozil is most marked for cerivastatin, which is also the statin with the greatest risk of muscle injury alone or with gemfibrozil. In contrast, published[70] and preliminary[71] data suggest that fenofibrate has little effect on the glucuronidation of cerivastatin, simvastatin, atorvastatin, and rosuvastatin, a statin not yet available for clinical use.

## MECHANISMS OF STATIN-INDUCED MUSCLE INJURY

Little is known regarding how statins produce muscle injury, but several theories have been proposed based on the biosynthetic pathways inhibited by statins, as discussed elsewhere.[72] One theory maintains that blocking cholesterol synthesis reduces the cholesterol content of skeletal muscle cell membranes, making them unstable. This concept is supported by observations of muscle injury with clofibrate[73,74] and niacin.[12,75] Blocking cholesterol synthesis with squalene synthase inhibitors, however, does not produce myotoxicity in in vitro models, suggesting that other compounds produced by HMG-CoA reductase activity are responsible.[76]

Two other theories maintain that reduced levels of isoprenoids, such as ubiquinone, or regulatory proteins are responsible for the muscle injury. Statins and HMG-CoA reductase inhibition block production of farnesyl pyrophosphate[76] (FIGURE), an intermediary for the production of ubiquinone that is required for the activation of small guanosine triphosphate (GTP)–binding regulatory proteins. Ubiquinone, or coenzyme Q10, is a steroid isoprenoid that participates in electron transport during oxidative phosphorylation in mammalian mitochondria. Ubiquinone is fat soluble, and approximately 50% of the body's ubiquinone is thought to be obtained through fat ingestion, whereas 50% is derived from endogenous synthesis.[77] Serum ubiquinone levels decrease with statin treatment. For example, hypercholesterolemic patients treated with a low-fat diet plus 20 mg/d of simvastatin, pravastatin, or placebo experienced reductions in serum ubiquinone levels of 54%, 50%, and 17%, respectively.[77] Levels of LDL-C decreased 29%, 21%, and 11% with simvastatin, pravastatin, and placebo treatment, respectively,[77] and this probably accounts for some of the decrease in ubiquinone since ubiquinone is transported in the LDL particle. In contrast with serum ubiquinone concentrations, intramuscular levels of ubiquinone are not reduced by statin treatment.[78-80] Such observations make it unlikely that decreases in ubiquinone metabolism cause muscle complaints with statin therapy, but tissue levels were not determined in symptomatic patients.

There is other evidence that supports a role for ubiquinone depletion in producing statin myopathy. The ratio of lactate to pyruvate is higher in statin-treated patients, suggesting a shift toward anaerobic metabolism and possible mitochondrial dysfunction.[81] Mitochondrial dysfunction has recently been demonstrated by biopsy studies of individuals with muscle complaints without CK elevations, but intramuscular ubiquinone levels were not reported.[27] Ubiquinone deficiency has been documented in some forms of congenital mitochondrial encephalopathy, which responded to quinone therapy,[82] and there is at least 1 case report of the mitochondrial encephalopathy, lactic acidosis, and strokelike episodes syndrome induced by statin treatment that responded to ubiquinone replacement.[83] Finally, there are 2 US patents, 1 of which is registered by a Nobel Prize–winning lipid expert, for using ubiquinone to manage statin-induced myopathy.[84,85]

More recent work, however, suggests that a reduction in small GTP-

 ©2003 American Medical Association. All rights reserved.

binding proteins participates in the myotoxicity of statins. Both pravastatin and lovastatin reduce protein synthesis in neonatal rat myocytes.[76] This effect is reversed by adding farnesol and geranylgeraniol to the cultures, whereas reducing cholesterol levels with squalene synthase inhibitors produces only minimal cytotoxicity. Such results suggest that depletion of the mevalonate metabolites (farnesol and geranylgeraniol), not cholesterol, participates in statin-induced myotoxicity.

Farnesyl and geranylgeranyl pyrophosphate activate certain regulatory proteins via prenylation, the addition of a specific carbon structure to a protein.[86] Important regulatory proteins that are activated by prenylation are small GTP-binding proteins, such as Ras, Rac, and Rho, which promote cell maintenance and growth and attenuate apoptosis.[87-89] Blocking production of farnesyl pyrophosphate would prevent the prenylation of the small GTP-binding regulatory proteins, thus inhibiting their action. Apoptosis, or programmed cell death, is a critical mechanism designed to assist in the remodeling and maintenance of tissue structure. When inappropriately activated, however, apoptosis can produce pathological conditions.

Atorvastatin, lovastatin, and simvastatin produce a dose-dependent increase in apoptosis in vascular smooth muscle cells (VSMCs).[90] This effect is reversed by mevalonate, farnesyl pyrophosphate, and geranylgeranyl pyrophosphate, but not by ubiquinone or squalene. Pretreatment of VSMCs treated with statins sensitizes the myocytes to apoptotic agents, an effect that is also prevented by treatment with mevalonate or geranylgeranyl pyrophosphate.[91] These results document that statins enhance apoptosis, at least in VSMCs.

Apoptosis produced by statins could reduce the enlargement of atherosclerotic plaques by reducing VSMC proliferation, but apoptosis in skeletal muscle cells with HMG-CoA reductase inhibitors could produce the muscle damage observed with statins. Simvastatin but not squalene epoxidase inhibitors reduced actin fiber formation in L6 myoblasts and produced apoptotic cell death in differentiated L6 muscle fibers.[92] Nevertheless, additional work is required to demonstrate whether reduced production of GTP-binding proteins and an increase in apoptosis produces the myotoxicity of statin therapy.

That statin-induced skeletal muscle injury involves inhibition of pathways that activate GTP may explain why exercise appears to unmask the negative effects of statins on muscle in some patients. Exercise has been shown to activate signaling pathways, particularly the mitogen-activated protein kinase pathways that are important in the skeletal muscle cellular response to exercise stress.[93,94] These pathways are regulated by the GTP-binding proteins. Thus, statins may impair the muscle's ability to appropriately respond and recover from physical exertion, resulting in skeletal muscle damage.

## MANAGEMENT OF STATIN-RELATED MUSCLE COMPLAINTS

Expert consensus guidelines for the management of statin-related muscle complaints have been presented.[11] Prevention is the best approach to managing statin-related myopathy. This includes using the lowest statin dose required to achieve therapeutic goals and avoiding, when possible, concomitant therapy with drugs known to increase the risk of myopathy.[11] Patients should be instructed on the importance of discontinuing the medication and promptly reporting unexpected muscle pain or weakness or discoloration of urine. Many patients who presented with rhabdomyolysis and renal failure ignored such early signs of myopathy. Health care professionals should also not ignore such complaints, especially if accompanied by increased CK levels. Consideration should be given to discontinuation of statins before events that may exacerbate muscle injury, such as surgical procedures,[95] or prodigious amounts of physical exertion, like marathon running.[18]

**Figure.** Products of the Mevalonate Pathway Possibly Affected by HMG-CoA Reductase Inhibitors (Statins)




3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (statins) prevent the conversion of HMG-CoA to mevalonate.[49]

Much has been made of the risk of myopathy among the statins based on their water solubility or potency in reducing LDL-C. There is no clinical or epidemiological evidence that permits differentiation among the statins as to their myotoxicity potential.[11] For example, the estimated incidence of fatal rhabdomyolysis in the FDA database is low at 0.04 cases per 1 million prescriptions for both pravastatin and atorvastatin,[8] despite that pravastatin is the most hydrophilic and atorvastatin is the most powerful of the available statins. This suggests that factors other than hydrophilicity or potency in reducing LDL-C affect the myopathic process.

There is no absolute contraindication to combining a statin with an agent known to increase the risk of myopa-

©2003 American Medical Association. All rights reserved.

thy if the benefits of combined therapy are likely to outweigh the risks.[11] Such combination therapy with a statin and a fibrate or niacin is often required in patients with high serum levels of both LDL-C and triglycerides. Similarly, transplant recipients and patients with HIV infection frequently develop hyperlipidemia from immunosuppressive[96] or antiviral therapy,[97] respectively. These patients may require statin therapy and even therapy with a statin and a fibrate or niacin, despite the fact that cyclosporine and protease inhibitors increase the risk of rhabdomyolysis.[11] In such cases, the patient must understand the risks of the therapy and be willing to promptly report any untoward reactions. We generally select atorvastatin or pravastatin for such combined therapy because these agents appear to have a low incidence of rhabdomyolysis,[8,29] although the available data do not permit firm conclusions.[8] Also, Merck & Co has recently altered its labeling to state that simvastatin doses should not exceed 10 mg/d when combined with cyclosporine, fibrates, or more than 1 g/d of niacin, or 20 mg/d with concomitant verapamil or amiodarone therapy.[98]

Ezetimibe is a recently approved inhibitor of intestinal cholesterol absorption that can be used in combination with statins without increasing the risk of myopathy. Ezetimibe produces an average additional 14% reduction in LDL-C when combined with simvastatin in various doses.[99]

Management of rare cases of frank rhabdomyolysis requires stopping the drug and initiating appropriate medical maneuvers to support the patient during this crisis. There are reports of restarting a lower dose of the offending statin or switching to a different statin after an episode of rhabdomyolysis,[58] although this should be avoided if at all possible and strong consideration given to using other lipid-lowering agents.

Routine measurement of CK levels in asymptomatic patients before or during statin treatment is not required,[11] although some experts recommend baseline CK measurement to facilitate evaluation of subsequent muscle complaints,[11] and many physicians do monitor CK levels. There is also no need to discontinue statin therapy in asymptomatic patients whose CK levels are elevated but not more than 10 times the ULN.[11] These patients should be warned to stop the drug promptly and to contact their physician if they do become symptomatic or notice dark discoloration of their urine. Thyroid function should be evaluated to exclude hypothyroidism as a contributing factor.[11,23] Even though we do not routinely monitor CK levels, we do initiate CK monitoring in asymptomatic patients if the CK is somehow detected to be more than 5 times the ULN. We also reevaluate the individual's benefits of statin therapy and are more likely to continue these medications in patients with established vascular disease or an estimated cardiovascular risk equivalent to that of patients with established disease.[100] We also stop the statin treatment if CK is elevated to more than 10 times the ULN, although some experts recommend only "strong consideration" to stopping the medication in this instance in asymptomatic patients.[11]

Patients complaining of myalgias without elevated CK levels can continue the medication if their symptoms are tolerable.[11] If the symptoms are not tolerable or are progressive, the offending agent should be stopped. We advise waiting until the patient is totally asymptomatic and then trying another statin, since some patients will not have a recurrence of their complaints with a different drug. However, many patients do redevelop muscle complaints, often considerably earlier with the second drug, suggesting that the statins have depleted some metabolite in skeletal muscle. Additional different statins can be tried,[23] but this is often not well tolerated, and some other class of lipid-lowering medication, such as bile sequestrant resins, niacin, or ezetimibe, should be used instead of a statin.

## CONCLUSION

Statins are the most effective therapeutic agents for reducing LDL-C and have been documented to reduce the incidence of cardiac events in diverse patient groups. The major clinical complication to their use is a variety of muscle complaints ranging from myalgia to rhabdomyolysis. The incidence of fatal rhabdomyolysis with these agents is low, but the frequency of less-severe muscle complaints is not well defined. Impaired hepatic and renal function, hypothyroidism, diabetes, and certain concomitant medications increase the risk of clinically important myositis. The mechanism of statin-induced myopathy has not been determined but may relate to reduced levels of small proteins involved in myocyte maintenance. Prevention and early recognition of statin myopathy is critical to preventing serious sequelae.

**Author Contributions:** *Study concept and design:* Thompson, Clarkson, Karas.
*Acquisition of data:* Thompson, Clarkson, Karas.
*Analysis and interpretation of data:* Thompson, Clarkson, Karas.
*Drafting of the manuscript:* Thompson, Clarkson, Karas.
*Critical revision of the manuscript for important intellectual content:* Thompson, Clarkson, Karas.
*Administrative, technical, or material support:* Thompson, Clarkson, Karas.
**Disclaimer:** Any and all conclusions reached by the authors as written in this article from the use of Qscan FDA are those of the authors alone. QED Solutions Inc makes no warranty nor accepts responsibility or liability with respect to or in connection with the completeness or accuracy of the Qscan FDA data, results obtained from its use, or conclusions reached by its users.
**Funding/Support:** Dr Karas is an Established Investigator of the American Heart Association.

**REFERENCES**

1. Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). *Lancet*. 1994;344:1383-1389.
2. Sacks FM, Pfeffer MA, Moye LA, et al, for the Cholesterol and Recurrent Events Trial investigators. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med.* 1996;335:1001-1009.
3. Shepherd J, Cobbe SM, Ford I, et al, for the West of Scotland Coronary Prevention Study Group. Prevention of coronary heart disease with pravastatin in men with hypercholesterolemia. *N Engl J Med.* 1995;333:1301-1307.
4. Downs JR, Clearfield M, Weis S, et al, for the Air Force/Texas Coronary Atherosclerosis Prevention Study. Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels: results of AFCAPS/TexCAPS. *JAMA*. 1998;279:1615-1622.
5. Fuhrmans V. Bayer discloses higher death toll from Baycol. *Wall Street Journal.* January 21, 2002:A10.
6. SoRelle R. Withdrawal of Posicor from market. *Circulation*. 1998;98:831-832.
7. Davidson MH, Stein EA, Dujovne CA, et al. The efficacy and six-week tolerability of simvastatin 80 and 160 mg/day. *Am J Cardiol.* 1997;79:38-42.

 ©2003 American Medical Association. All rights reserved.

**8.** Staffa JA, Chang J, Green L. Cerivastatin and reports of fatal rhabdomyolysis. *N Engl J Med.* 2002; 346:539-540.
**9.** *Cardiovascular Trials Review*. 6th ed. Greenwich, Conn: LeJacq Communications Inc; 2001.
**10.** *Cardiovascular Trials Review*. 7th ed. Greenwich, Conn: LeJacq Communications Inc; 2002.
**11.** Pasternak RC, Smith SC, Bairey-Merz CN, Grundy SM, Cleeman JI, Lenfant C. ACC/AHA/NHLBI clinical advisory on the use and safety of statins. *J Am Coll Cardiol.* 2002;40:567-572.
**12.** Herman RJ. Drug interactions and the statins. *CMAJ*. 1999;161:1281-1286.
**13.** Knochel JP. Catastrophic medical events with exhaustive exercise: "white collar rhabdomyolysis." *Kidney Int.* 1990;38:709-719.
**14.** Goldman JA, Fishman AB, Lee JE, Johnson RJ. The role of cholesterol-lowering agents in drug-induced rhabdomyolysis and polymyositis. *Arthritis Rheum.* 1989;32:358-359.
**15.** Deslypere JP, Vermeulen A. Rhabdomyolysis and simvastatin. *Ann Intern Med.* 1991;114:342.
**16.** Norman DJ, Illingworth DR, Munson J, Hosenpud J. Myolysis and acute renal failure in a heart-transplant recipient receiving lovastatin. *N Engl J Med.* 1988;318:46-47.
**17.** East C, Alivizatos PA, Grundy SM, Jones PH, Farmer JA. Rhabdomyolysis in patients receiving lovastatin after cardiac transplantation. *N Engl J Med.* 1988;318:47-48.
**18.** Thompson PD, Zmuda JM, Domalik LJ, Zimet RJ, Staggers J, Guyton JR. Lovastatin increases exercise-induced skeletal muscle injury. *Metabolism*. 1997;46: 1206-1210.
**19.** Chrysanthopoulos C, Kounis N. Rhabdomyolysis due to combined treatment with lovastatin and cholestyramine. *BMJ*. 1992;304:1225.
**20.** Thompson PD, Nugent AM, Herbert PN. Increases in creatine kinase after exercise in patients treated with HMG Co-A reductase inhibitors. *JAMA*. 1990;264:2992.
**21.** Boccuzzi SJ, Bocanegra TS, Walker JF, Shapiro DR, Keegan ME. Long-term safety and efficacy profile of simvastatin. *Am J Cardiol.* 1991;68:1127-1131.
**22.** Ucar M, Mjorndal T, Dahlqvist R. HMG-CoA reductase inhibitors and myotoxicity. *Drug Saf.* 2000; 22:441-457.
**23.** Hamilton-Craig I. Statin-associated myopathy. *Med J Aust.* 2001;175:486-489.
**24.** Sauvage Nolting PR, Buirma RJ, Hutten BA, Kastelein JJ. Two-year efficacy and safety of simvastatin 80 mg in familial hypercholesterolemia: the Examination of Probands and Relatives in Statin Studies With Familial Hypercholesterolemia (ExPRESS FH). *Am J Cardiol.* 2002;90:181-184.
**25.** MRC/BHF Heart Protection Study of cholesterol lowering with simvastatin in 20,536 high-risk individuals: a randomised placebo-controlled trial. *Lancet*. 2002;360:7-22.
**26.** *Physicians' Desk Reference.* 56th ed. Montvale, NJ: Medical Economics; 2002.
**27.** Phillips PS, Haas RH, Bannykh S, et al. Statin-associated myopathy with normal creatine kinase levels. *Ann Intern Med.* 2002;137:581-585.
**28.** Walravens PA, Greene C, Frerman FE. Lovastatin, isoprenes, and myopathy. *Lancet*. 1989;2:1097-1098.
**29.** Omar MA, Wilson JP. FDA adverse event reports on statin-associated rhabdomyolysis. *Ann Pharmacother.* 2002;36:288-295.
**30.** Brown G, Albers JJ, Fisher LD, et al. Regression of coronary artery disease as a result of intensive lipid-lowering therapy in men with high levels of apolipoprotein B. *N Engl J Med.* 1990;323:1289-1298.
**31.** Waters D, Higginson L, Gladstone P, et al. Effects of monotherapy with an HMG-CoA reductase inhibitor on the progression of coronary atherosclerosis as assessed by serial quantitative arteriography: the Canadian Coronary Atherosclerosis Intervention Trial. *Circulation*. 1994;89:959-968.
**32.** Post Coronary Artery Bypass Graft Trial Investigators. The effect of aggressive lowering of low-density lipoprotein cholesterol levels and low-dose anticoagulation on obstructive changes in saphenous-vein coronary-artery bypass grafts. *N Engl J Med*. 1997; 336:153-162.
**33.** Pitt B, Mancini GB, Ellis SG, Rosman HS, Park JS, McGovern ME. Pravastatin Limitation of Atherosclerosis in the Coronary Arteries (PLAC I): reduction in atherosclerosis progression and clinical events. *J Am Coll Cardiol*. 1995;26:1133-1139.
**34.** Crouse JR III, Byington RP, Bond MG, et al. Pravastatin, Lipids, and Atherosclerosis in the Carotid Arteries (PLAC-II). *Am J Cardiol.* 1995;75:455-459.
**35.** Jukema JW, Bruschke AV, van Boven AJ, et al. Effects of lipid lowering by pravastatin on progression and regression of coronary artery disease in symptomatic men with normal to moderately elevated serum cholesterol levels: the Regression Growth Evaluation Statin Study (REGRESS). *Circulation*. 1995;91: 2528-2540.
**36.** van Boven AJ, Jukema JW, Zwinderman AH, Crijns HJ, Lie KI, Bruschke AV, for the REGRESS Study Group. Reduction of transient myocardial ischemia with pravastatin in addition to the conventional treatment in patients with angina pectoris. *Circulation*. 1996; 94:1503-1505.
**37.** Sacks FM, Pfeffer MA, Moye L, et al. Rationale and design of a secondary prevention trial of lowering normal plasma cholesterol levels after acute myocardial infarction: the Cholesterol and Recurrent Events trial (CARE). *Am J Cardiol.* 1991;68:1436-1446.
**38.** Bertrand ME, McFadden EP, Fruchart JC, et al, for the PREDICT Trial Investigators. Effect of pravastatin on angiographic restenosis after coronary balloon angioplasty: Prevention of Restenosis by Elisor after Transluminal Coronary Angioplasty. *J Am Coll Cardiol.* 1997; 30:863-869.
**39.** Marschner IC, Colquhoun D, Simes RJ, et al, for the LIPID Study Investigators. Long-term risk stratification for survivors of acute coronary syndromes: results from the Long-term Intervention with Pravastatin in Ischemic Disease (LIPID) Study. *J Am Coll Cardiol.* 2001;38:56-63.
**40.** Arntz HR, Agrawal R, Wunderlich W, et al. Beneficial effects of pravastatin (+/-colestyramine/niacin) initiated immediately after a coronary event (the randomized Lipid-Coronary Artery Disease [L-CAD] Study). *Am J Cardiol*. 2000;86:1293-1298.
**41.** GISSI Prevenzione Investigators. Results of the low-dose (20 mg) pravastatin GISSI Prevenzione trial in 4271 patients with recent myocardial infarction: do stopped trials contribute to overall knowledge (Gruppo Italiano per lo Studio della Sopravvivenza nell'Infarto Miocardico)? *Ital Heart J.* 2000;1:810-820.
**42.** Albert MA, Danielson E, Rifai N, Ridker PM. Effect of statin therapy on C-reactive protein levels: the pravastatin inflammation/CRP evaluation (PRINCE): a randomized trial and cohort study. *JAMA*. 2001;286:64-70.
**43.** Major outcomes in moderately hypercholesterolemic, hypertensive patients randomized to pravastatin vs usual care: the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT-LLT). *JAMA*. 2002;288:2998-3007.
**44.** Shepherd J, Blauw GJ, Murphy MB, et al. Pravastatin in elderly individuals at risk of vascular disease (PROSPER): a randomised controlled trial. *Lancet*. 2002; 360:1623-1630.
**45.** Sawayama Y, Shimizu C, Maeda N, et al. Effects of probucol and pravastatin on common carotid atherosclerosis in patients with asymptomatic hypercholesterolemia: Fukuoka Atherosclerosis Trial (FAST). *J Am Coll Cardiol.* 2002;39:610-616.
**46.** Bestehorn HP, Rensing UF, Roskamm H, et al. The effect of simvastatin on progression of coronary artery disease: the Multicenter Coronary Intervention Study (CIS). *Eur Heart J.* 1997;18:226-234.
**47.** Wenke K, Meiser B, Thiery J, et al. Simvastatin reduces graft vessel disease and mortality after heart transplantation: a four-year randomized trial. *Circulation*. 1997;96:1398-1402.
**48.** Herd JA, Ballantyne CM, Farmer JA, et al. Effects of fluvastatin on coronary atherosclerosis in patients with mild to moderate cholesterol elevations: Lipoprotein and Coronary Atherosclerosis Study (LCAS). *Am J Cardiol.* 1997;80:278-286.
**49.** Riegger G, Abletshauser C, Ludwig M, et al. The effect of fluvastatin on cardiac events in patients with symptomatic coronary artery disease during one year of treatment. *Atherosclerosis*. 1999;144:263-270.
**50.** Serruys PW, Foley DP, Jackson G, et al. A randomized placebo-controlled trial of fluvastatin for prevention of restenosis after successful coronary balloon angioplasty: final results of the Fluvastatin Angiographic Restenosis (FLARE) trial. *Eur Heart J.* 1999;20:58-69.
**51.** Holdaas H, Jardine AG, Wheeler DC, et al. Effect of fluvastatin on acute renal allograft rejection: a randomized multicenter trial. *Kidney Int.* 2001;60:1990-1997.
**52.** Pitt B, Waters D, Brown WV, et al, for the Atorvastatin versus Revascularization Treatment Investigators. Aggressive lipid-lowering therapy compared with angioplasty in stable coronary artery disease. *N Engl J Med.* 1999;341:70-76.
**53.** McCormick LS, Black DM, Waters D, Brown WV, Pitt B. Rationale, design, and baseline characteristics of a trial comparing aggressive lipid lowering with Atorvastatin Versus Revascularization Treatments (AVERT). *Am J Cardiol.* 1997;80:1130-1133.
**54.** Schwartz GG, Olsson AG, Ezekowitz MD, et al. Effects of atorvastatin on early recurrent ischemic events in acute coronary syndromes: the MIRACL study: a randomized controlled trial. *JAMA*. 2001;285:1711-1718.
**55.** Schartl M, Bocksch W, Koschyk DH, et al. Use of intravascular ultrasound to compare effects of different strategies of lipid-lowering therapy on plaque volume and composition in patients with coronary artery disease. *Circulation*. 2001;104:387-392.
**56.** Athyros VG, Papageorgiou AA, Mercouris BR, et al. Treatment with atorvastatin to the National Cholesterol Educational Program goal versus "usual" care in secondary coronary heart disease prevention: the Greek Atorvastatin and Coronary-heart-disease Evaluation (GREACE) study. *Curr Med Res Opin.* 2002;18: 220-228.
**57.** Effect of nifedipine and cerivastatin on coronary endothelial function in patients with coronary artery disease: the ENCORE I Study (Evaluation of Nifedipine and Cerivastatin On Recovery of coronary Endothelial function). *Circulation*. 2003;107:422-428.
**58.** Omar MA, Wilson JP, Cox TS. Rhabdomyolysis and HMG-CoA reductase inhibitors. *Ann Pharmacother.* 2001;35:1096-1107.
**59.** Shek A, Ferrill MJ. Statin-fibrate combination therapy. *Ann Pharmacother.* 2001;35:908-917.
**60.** Bottorff M, Hansten P. Long-term safety of hepatic hydroxymethyl glutaryl coenzyme A reductase inhibitors: the role of metabolism-monograph for physicians. *Arch Intern Med.* 2000;160:2273-2280.
**61.** Bolego C, Baetta R, Bellosta S, Corsini A, Paoletti R. Safety considerations for statins. *Curr Opin Lipidol.* 2002;13:637-644.
**62.** Hsiang B, Zhu Y, Wang Z, et al. A novel human hepatic organic anion transporting polypeptide (OATP2): identification of a liver-specific human organic anion transporting polypeptide and identification of rat and human hydroxymethylglutaryl-CoA reductase inhibitor transporters. *J Biol Chem.* 1999; 274:37161-37168.
**63.** Yamazaki M, Akiyama S, Ni'inuma K, Nishigaki R, Sugiyama Y. Biliary excretion of pravastatin in rats:

©2003 American Medical Association. All rights reserved.

contribution of the excretion pathway mediated by canalicular multispecific organic anion transporter. *Drug Metab Dispos.* 1997;25:1123-1129.
**64.** Olbricht C, Wanner C, Eisenhauer T, et al. Accumulation of lovastatin, but not pravastatin, in the blood of cyclosporine-treated kidney graft patients after multiple doses. *Clin Pharmacol Ther.* 1997;62:311-321.
**65.** Bramow S, Ott P, Thomsen NF, Bangert K, Tygstrup N, Dalhoff K. Cholestasis and regulation of genes related to drug metabolism and biliary transport in rat liver following treatment with cyclosporine A and sirolimus (rapamycin). *Pharmacol Toxicol.* 2001;89:133-139.
**66.** Flens MJ, Zaman GJ, van der Valk P, et al. Tissue distribution of the multidrug resistance protein. *Am J Pathol.* 1996;148:1237-1247.
**67.** Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin-gemfibrozil combination therapy. *JAMA.* 1990;264:71-75.
**68.** Prueksaritanont T, Subramanian R, Fang X, et al. Glucuronidation of statins in animals and humans: a novel mechanism of statin lactonization. *Drug Metab Dispos.* 2002;30:505-512.
**69.** Prueksaritanont T, Zhao JJ, Ma B, et al. Mechanistic studies on metabolic interactions between gemfibrozil and statins. *J Pharmacol Exp Ther.* 2002;301:1042-1051.
**70.** Prueksaritanont T, Tang C, Qiu Y, Mu L, Subramanian R, Lin JH. Effects of fibrates on metabolism of statins in human hepatocytes. *Drug Metab Dispos.* 2002;30:1280-1287.
**71.** Prueksaritanont T, Wright S, Tang C, et al. Metabolic interactions between gemfibrozil and statins in human liver preparations [abstract]. *Circulation.* 2002;106:II185.
**72.** Baker SK, Tarnopolsky MA. Statin myopathies: pathophysiologic and clinical perspectives. *Clin Invest Med.* 2001;24:258-272.
**73.** Langer T, Levy R. Acute muscular syndrome associated with administration of clofibrate. *N Engl J Med.* 1968;279:856-858.
**74.** Smals AG, Beex LV. Clofibrate-induced muscle damage with myoglobinuria and cardiomyopathy. *N Engl J Med.* 1977;296:942.
**75.** Gharavi AG, Diamond JA, Smith DA, Phillips RA. Niacin-induced myopathy. *Am J Cardiol.* 1994;74:841-842.
**76.** Flint OP, Masters BA, Gregg RE, Durham SK. Inhibition of cholesterol synthesis by squalene synthase inhibitors does not induce myotoxicity in vitro. *Toxicol Appl Pharmacol.* 1997;145:91-98.
**77.** Ghirlanda G, Oradei A, Manto A, et al. Evidence of plasma CoQ10-lowering effect by HMG-CoA reductase inhibitors: a double-blind, placebo-controlled study. *J Clin Pharmacol.* 1993;33:226-229.
**78.** Laaksonen R, Ojala JP, Tikkanen MJ, Himberg JJ. Serum ubiquinone concentrations after short- and long-term treatment with HMG-CoA reductase inhibitors. *Eur J Clin Pharmacol.* 1994;46:313-317.
**79.** Laaksonen R, Jokelainen K, Sahi T, Tikkanen MJ, Himberg JJ. Decreases in serum ubiquinone concentrations do not result in reduced levels in muscle tissue during short-term simvastatin treatment in humans. *Clin Pharmacol Ther.* 1995;57:62-66.
**80.** Laaksonen R, Jokelainen K, Laakso J, et al. The effect of simvastatin treatment on natural antioxidants in low-density lipoproteins and high-energy phosphates and ubiquinone in skeletal muscle. *Am J Cardiol.* 1996;77:851-854.
**81.** De Pinieux G, Chariot P, Ammi-Said M, et al. Lipid-lowering drugs and mitochondrial function: effects of HMG-CoA reductase inhibitors on serum ubiquinone and blood lactate/pyruvate ratio. *Br J Clin Pharmacol.* 1996;42:333-337.
**82.** Rotig A, Appelkvist EL, Geromel V, et al. Quinone-responsive multiple respiratory-chain dysfunction due to widespread coenzyme Q10 deficiency. *Lancet.* 2000;356:391-395.
**83.** Chariot P, Abadia R, Agnus D, Danan C, Charpentier C, Gherardi RK. Simvastatin-induced rhabdomyolysis followed by a MELAS syndrome. *Am J Med.* 1993;94:109-110.
**84.** Brown MS, inventor; Merck & Co, assignee. Coenzyme Q10 with HMG-CoA reductase inhibitors. US patent 4933165. June 12, 1990.
**85.** Tobert JA, inventor; Merck & Co, assignee. Coenzyme Q10 with HMG-CoA reductase inhibitors. US patent 4929437. May 29, 1990.
**86.** Zhang FL, Casey PJ. Protein prenylation: molecular mechanisms and functional consequences. *Annu Rev Biochem.* 1996;65:241-269.
**87.** Coleman ML, Olson MF. Rho GTPase signalling pathways in the morphological changes associated with apoptosis. *Cell Death Differ.* 2002;9:493-504.
**88.** Olson MF, Ashworth A, Hall A. An essential role for Rho, Rac, and Cdc42 GTPases in cell cycle progression through G1. *Science.* 1995;269:1270-1272.
**89.** Macaluso M, Russo G, Cinti C, Bazan V, Gebbia N, Russo A. Ras family genes: an interesting link between cell cycle and cancer. *J Cell Physiol.* 2002;192:125-130.
**90.** Guijarro C, Blanco-Colio LM, Ortego M, et al. 3-Hydroxy-3-methylglutaryl coenzyme A reductase and isoprenylation inhibitors induce apoptosis of vascular smooth muscle cells in culture. *Circ Res.* 1998;83:490-500.
**91.** Knapp AC, Huang J, Starling G, Kiener PA. Inhibitors of HMG-CoA reductase sensitize human smooth muscle cells to Fas-ligand and cytokine-induced cell death. *Atherosclerosis.* 2000;152:217-227.
**92.** Matzno S, Yamauchi T, Gohda M, et al. Inhibition of cholesterol biosynthesis by squalene epoxidase inhibitor avoids apoptotic cell death in L6 myoblasts. *J Lipid Res.* 1997;38:1639-1648.
**93.** Wretman C, Lionikas A, Widegren U, Lannergren J, Westerblad H, Henriksson J. Effects of concentric and eccentric contractions on phosphorylation of MAPK (erk1/2) and MAPK(p38) in isolated rat skeletal muscle. *J Physiol.* 2001;535(pt 1):155-164.
**94.** Widegren U, Wretman C, Lionikas A, Hedin G, Henriksson J. Influence of exercise intensity on ERK/MAP kinase signalling in human skeletal muscle. *Pflugers Arch.* 2000;441:317-322.
**95.** Rosenberg AD, Neuwirth MG, Kagen LJ, Singh K, Fischer HD, Bernstein RL. Intraoperative rhabdomyolysis in a patient receiving pravastatin, a 3- hydroxy-3-methylglutaryl coenzyme A (HMG CoA) reductase inhibitor. *Anesth Analg.* 1995;81:1089-1091.
**96.** Ballantyne CM, Podet EJ, Patsch WP, et al. Effects of cyclosporine therapy on plasma lipoprotein levels. *JAMA.* 1989;262:53-56.
**97.** Green ML. Evaluation and management of dyslipidemia in patients with HIV infection. *J Gen Intern Med.* 2002;17:797-810.
**98.** *Physicians' Desk Reference.* Vol 57. Montvale, NJ: Thomson; 2003:2126-2131.
**99.** Davidson MH, McGarry T, Bettis R, et al. Ezetimibe coadministered with simvastatin in patients with primary hypercholesterolemia. *J Am Coll Cardiol.* 2002;40:2125-2134.
**100.** Executive summary of the third report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA.* 2001;285:2486-2497.

 ©2003 American Medical Association. All rights reserved.

# Exhibit H

# Cerivastatin-Induced Rhabdomyolysis: 11 Case Reports

Susan L. Ravnan, Pharm.D., Christy Locke, Pharm.D., William P. Yee, Pharm.D., and Kelli Haase, Pharm.D.

3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors are a frequently prescribed class of drugs that are generally well tolerated by most patients. A rare, yet serious side effect associated with these drugs is rhabdomyolysis. Although all HMG-CoA reductase inhibitors can cause this adverse effect, prevalence may differ among specific agents. Over a 16-month period, in three hospitals, 11 patients experienced cerivastatin-induced rhabdomyolysis, but no cases of rhabdomyolysis associated with any other HMG-CoA reductase inhibitors were reported.

(Pharmacotherapy 2002;22(4):533–537)

Coronary artery disease is associated with 500,000 deaths and over 2 million hospitalizations annually in the United States.[1] Lowering plasma lipid levels has become a major area of emphasis in treatment and prevention of coronary artery disease. 3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (statins) decrease cardiovascular morbidity and mortality.[2–4] Current practices in cardiovascular medicine stress aggressive lipid management, and statins are considered first-line therapy for many lipid disorders.[5] Unfortunately, statin monotherapy may not always achieve both target low-density lipoprotein cholesterol and triglyceride levels in mixed hyperlipidemias. Augmentation with a fibric acid derivative (e.g., gemfibrozil) is often necessary to enhance lipid-lowering activity and reach lipid therapy goals.[6]

Adverse reactions associated with statins include elevations in serum transaminases (> 3 times the upper limit of normal), myalgia, muscle weakness, myopathy, and rhabdomyolysis.[7] Although quite low, the precise percentage of patients who develop myopathy rather than rhabdomyolysis is difficult to establish because of conflicting definitions. Myopathy has been defined as muscle aching or weakness associated with an increase in creatine kinase more than 10 times the upper limit of normal.[8] Rhabdomyolysis, on the other hand, has been defined by smaller increases in creatine kinase (≥ 5 times the upper limit of normal), and severe myopathy and rhabdomyolysis have been defined by a creatine kinase level of more than 10,000 U/L.[9, 10] One difference between myopathy and rhabdomyolysis may be presence of myoglobinuria or dark urine.[11–14] Not all definitions of rhabdomyolysis include myoglobinuria, which suggests that the amount of myoglobin released, glomerular filtration rate, and urine concentration may affect detection of myoglobin.[9]

Initial clinical trials demonstrated that combination statin-fibrate therapy is effective and does not increase the risk of rhabdomyolysis.[15, 16] However, case reports documenting occurrences of rhabdomyolysis in patients receiving combination statin-fibrate therapy suggest that the rate of rhabdomyolysis may be greater than first stated and may be different for specific statin agents.[13, 14, 17–23] One study reported an increased frequency of myopathy or rhabdomyolysis in patients receiving gemfibrozil-lovastatin therapy versus gemfibrozil alone.[10] Although rhabdomyolysis may be associated with gemfibrozil alone, this effect has not been observed in large clinical trials.[24, 25]

Because of the seriousness of rhabdomyolysis and the number of case reports documenting this effect, manufacturers have provided a warning against combination therapy with statins and

From the University of the Pacific Thomas J. Long School of Pharmacy and Health Sciences (Dr. Ravnan), and St. Joseph's Medical Center (Drs. Locke, Yee, and Haase), Stockton, California.

Address reprint requests to Susan L. Ravnan, 3601 Pacific Avenue, Stockton, CA 95211; e-mail: sravnan@chw.edu.

**Table 4. Drug History, Concurrent Therapy, and Scores on Naranjo Adverse Drug Reaction Probability Scale[27]**

| Lipid Management History (before hospital admission) | Concurrent Therapy | Naranjo Score[a] |
|---|---|---|
| Cerivastatin 0.4 mg x 30 days | Captopril, aspirin, felodipine, atenolol chlorthalidone | 7 |
| Niacin 1 g/day (long term), cerivastatin 0.8 mg h.s x 28 days | Naproxen, atenolol | 7 |
| Gemfibrozil 600 mg b.i.d (long term), cerivastatin 0.4 mg h.s. x 1 wk | Enalapril, hydrochlorothiazide-triamterene | 4 |
| Atorvastatin x 3 years, gemfibrozil 600 mg b.i.d. x 1 year, cholestyramine x 33 days, atorvastatin changed to cerivastatin 0.8 mg h.s. x 33 days | Naproxen, propoxyphene, hydrocodone-acetaminophen | 4 |
| Simvastatin x 2 years, changed to cerivastatin 0.4 mg h.s. x 2 mo, gemfibrozil 600 mg b.i.d. x 21 days | Fosinopril, aspirin, amiodarone, furosemide | 4 |
| Pravastatin x 4 mo, changed to cerivastatin 0.4 mg h.s. x 14 mo | Etodolac, aspirin, levothyroxine | 7 |
| Fluvastatin 40 mg h.s., changed to cerivastatin x 24 days, gemfibrozil 600 mg b.i.d. x 28 days | Felodipine, verapamil, aspirin, insulin | 7 |
| Cerivastatin 0.4 mg h.s. x 29 days | Benazepril, clopidogrel, atenolol, aspirin | 7 |
| Fluvastatin (long term), changed to cerivastatin 0.4 mg h.s. x 9 mo | Benazepril, amitriptyline, nitroglycerin, hydrochlorothiazide-triamterene, clopidogrel | 7 |
| Cerivastatin 0.8 mg h.s. + gemfibrozil 600 mg b.i.d | Amlodipine, glyburide, cyclobenzaprine, tramadol | 4 |
| Cerivastatin 0.4 mg h.s. x 30 days, gemfibrozil 600 mg b.i.d. x 14 days | Nifedipine, atenolol, aspirin, glipizide | 4 |

[a]Adverse events are defined as ≥ 9 = definite, 5–8 = probable, 1–4 = possible, and ≤ 0 = doubtful.

All patients had elevated creatine kinase levels, with maximum levels of 7768–348,000 U/L. Six patients had serum albumin levels below 3.5 g/dl (normal range 3.5–5.0 g/dl).

Complete lipid management history, concurrent drugs, and scores on the Naranjo adverse drug reaction probability scale[27] are shown in Table 4. Six of the 11 patients were taking gemfibrozil with cerivastatin for hyperlipidemic management, and one was taking niacin with cerivastatin. Four were taking cerivastatin alone. Four patients whose conditions had been stabilized with another statin developed rhabdomyolysis after conversion to cerivastatin as mandated by their health maintenance organizations.

Management of rhabdomyolysis involved discontinuation of all lipid-management drugs, hydration, and urinary alkalinization; seven patients required inpatient hemodialysis. In six patients, symptoms resolved after treatment, with no permanent disability. One patient died. Four patients still were lost to follow-up.

## Discussion

The mechanism of statin-induced rhabdomyolysis has not been clearly determined. Two theories involving different mechanisms of cell lysis and death exist. One involves decreased production of adenosine triphosphate, leading to reduced production of coenzyme Q and heme A. The second suggests that statins inhibit intracellular cholesterol, leading to alterations in muscle cell membrane formation.[7]

The exact mechanism causing increased skeletal muscle damage with the gemfibrozil-statin combination is uncertain; hypotheses have been made for both pharmacokinetic and pharmacodynamic interactions.[28–31] A study that assessed the pharmacokinetic interaction between simvastatin and gemfibrozil concluded that both maximum concentration and area under the curve for simvastatin acid were increased when gemfibrozil was combined with simvastatin.[28] The authors speculated that the pharmacokinetic interaction involved inhibition of a pathway not mediated by cytochrome P450 3A4. Similarly, a 4-fold increase in systemic exposure and elimination half-life of cerivastatin was observed when combined with gemfibrozil, indicating a pronounced pharmacokinetic interaction.[32]

Several risk factors have been associated with elevated statin concentrations that may increase the risk of rhabdomyolysis. Elevated statin concentrations may occur in women older than 65 years with low body weight, patients with renal or hepatic dysfunction, and patients with low serum albumin levels.[13, 15, 18, 20, 33] In addition,

**Table 1. Patient Demographics**

| Age (yrs)/ Gender | Height (in.) | Weight (kg) | Body Mass Index (kg/m²) |
|---|---|---|---|
| 74/F | 60.5 | 53.8 | 22.2 |
| 74/M | 71.0 | 107.9 | 33.2 |
| 72/M | 59.5 | 97.3 | 31.2 |
| 65/F | 62.0 | 76.9 | 31.0 |
| 63/M | 70.5 | 106.4 | 33.2 |
| 75/F | 57.5 | 49.3 | 23.1 |
| 59/M | 67.0 | 78.0 | 26.9 |
| 68/M | 66.0 | 54.0 | 19.2 |
| 55/F | 63.0 | 61.0 | 23.8 |
| 59/M | 68.0 | 97.0 | 32.5 |
| 75/F | 59.0 | 53.0 | 23.6 |

**Table 2. Concomitant Medical Conditions That Could Increase Risk of Rhabdomyolysis**

| History of Diabetes Mellitus | History of Hepatic Impairment | History of Renal Impairment | Surgery or Trauma < 30 Days Earlier |
|---|---|---|---|
| No | No | No | No |
| No | No | No | No |
| Yes | No | No | No |
| No | No | No | No |
| No | No | No | No |
| No | No | No | No |
| Yes | No | Yes | No |
| Yes | No | Yes | No |
| No | No | Yes | No |
| Yes | No | No | No |
| Yes | No | No | No |

Information obtained from patients' medical records.

**Table 3. Selected Laboratory Test Results**

| Serum Albumin (g/dl)[a] | BUN (g/dl)[a] | Serum Creatinine (mg/dl)[a] | Urine Myoglobin (μg/L) | Change in Urine Color[a] | Maximum Creatine Kinase (U/L) | Maximum AST (U/L) | Maximum ALT (U/L) | Impaired Ambulation |
|---|---|---|---|---|---|---|---|---|
| 3.2 | 75 | 5.3 | 197,000 | NA | 46,923 | 687 | NA | Yes |
| 2.6 | 76 | 8.7 | 5550 | Yes | 95,711 | 1387 | 363 | Yes |
| 3 | 75 | 4.1 | 55,800 | Yes | 65,102 | 1219 | 782 | Yes |
| 3.6 | 99 | 6.2 | NA | Yes | 348,000 | 2183 | 1075 | Yes |
| 3.9 | 18 | 1.3 | NA | Yes | 71,460 | 1696 | 640 | Yes |
| 2.8 | 104 | 5.8 | NA | Yes | 75,600 | NA | NA | Yes |
| 1.9 | 40 | 1.9 | > 150,000 | Yes | 180,160 | 1579 | 777 | NA |
| 3.9 | 81 | 3.5 | NA | Yes | 12,685 | 609 | 638 | NA |
| 3.7 | 129 | 8.3 | NA | NA | 257,373 | 461 | 240 | NA |
| 4 | 17 | 0.7 | 215,000 | NA | 36,606 | 797 | 302 | Yes |
| 2.9 | 14 | 2.3 | NA | NA | 7,768 | 153 | 95 | Yes |

BUN = blood urea nitrogen; AST = aspartate aminotransferase; ALT = alanine aminotransferase; NA = not available.
[a]At admission to hospital.

gemfibrozil. Bayer Pharmaceutical, the manufacturer of cerivastatin, classified the cerivastatin-gemfibrozil combination as a contraindication[8] and subsequently removed cerivastatin from the market because of the many reports of rhabdomyolysis and associated fatalities.[26]

## Methods

During a 16-month period, 11 patients were hospitalized and diagnosed with rhabdomyolysis at our three hospitals (St. Joseph's Medical Center, six patients; Dameron Hospital, one patient; San Joaquin General Hospital, four patients). All cases were reviewed by a pharmacist to confirm the etiology of rhabdomyolysis, and all were assessed using the validated Naranjo adverse drug reaction probability scale.[27]

## Summary of Case Reports

Patient demographics, concomitant medical conditions that could increase the risk of rhabdomyolysis, and selected laboratory results are shown in Tables 1–3, respectively. Admitting physicians diagnosed each of the 11 patients with rhabdomyolysis. All patients complained of severe leg pain; ambulation was impaired in eight patients after cerivastatin therapy was begun. Urine was positive for myoglobin in five patients; three of them also had urine that appeared bloody, burgundy, or dark. In four other patients, whose urine myoglobin levels were not obtained, urine changed color. In two patients, neither color change in urine nor myoglobinuria was reported; therefore, their condition may be classified by some as myopathy rather than rhabdomyolysis.

Mean age of the 11 patients was 67.2 years; 5 were women. Mean body mass index was 25.2 kg/m² (normal range 18.5–24.9 kg/m²). Most patients had no predisposing disease states, although five had a history of diabetes mellitus.

Case 0:01-md-01431-MJD Document 4107-4 Filed 04/17/2006 Page 35 of 44



higher statin dosages or concurrent administration with an interacting drug may increase statin concentrations, predisposing patients to myotoxic reactions.[8, 34–36]

Pharmacokinetic differences among statins may potentiate risk of elevated statin levels and toxicity. Cerivastatin is more than 99% protein bound, which may lead to increased cerivastatin levels in patients with hypoalbuminemia. Atorvastatin, fluvastatin, lovastatin, and simvastatin levels also may be increased in patients with hypoalbuminemia due to their high degree of protein binding. In contrast, pravastatin is roughly 50% protein bound and may not pose the same risk.[8, 37, 38] Coadministration with drugs metabolized by pathways similar to those of the statins may elevate statin concentrations, leading to increased adverse events. In addition, highly lipophilic agents such as cerivastatin, atorvastatin, simvastatin, and lovastatin may be more toxic to muscle cells than hydrophilic statins.[39] Further information on pharmacologic properties of individual statins has been published.[40, 41]

Data from the public citizen petition to the Food and Drug Administration (FDA) reported that from October 1997–December 2000, 772 cases of statin-induced rhabdomyolysis were reported to the FDA adverse event reporting system; cerivastatin accounted for 50.1% of them.[42] Combination therapy with gemfibrozil and cerivastatin accounted for a little over half of those cases. Rhabdomyolysis has been associated with all of the currently marketed statins; however, the frequency was lower than with cerivastatin. In less than 20% of cases involving other statins, combination therapy with gemfibrozil was implicated.

## Conclusion

We observed 11 patients with cerivastatin-associated rhabdomyolysis during a relatively brief time. No patients with rhabdomyolysis secondary to any other statin were admitted to these hospitals during this time. It is unfortunate that many of our cases, like those reported to the FDA adverse event reporting system, involved gemfibrozil, a drug known to have negative effects when combined with cerivastatin. A telephone survey of area pharmacists revealed that many pharmacy computer systems did not recognize the cerivastatin-gemfibrozil contraindication.

In addition to drug interactions with gemfibrozil and niacin, all 11 of the patients had risk factors that could lead to excessive cerivastatin concentrations. One patient was a small, elderly woman. Two patients were taking the maximum dosage of cerivastatin plus either niacin or gemfibrozil; these agents are known to increase the risk of statin-induced myopathy, although the interaction of cerivastatin with niacin needs to be elucidated.[38] Other factors also could lead to increased statin levels. Three patients had a history of renal insufficiency; however, renal insufficiency was not clearly defined. Of the 11 patients, 10 were taking a nonsteroidal anti-inflammatory agent, an angiotensin-converting enzyme inhibitor, or both. This combination could lead to decreased renal function and subsequent accumulation of cerivastatin. Six patients had low albumin levels. This is of interest because low serum albumin may cause transient increases in serum drug concentration, possibly increasing the risk of toxicity.[33] Clinical significance of this effect remains to be determined.

Although cerivastatin has been removed from the market, the risk of rhabdomyolysis associated with other statins remains. It may appear that a higher frequency of rhabdomyolysis was associated with cerivastatin than other statins, but this is difficult to establish. To determine the precise frequency of rhabdomyolysis, the number of adverse events should be compared with the number of patients taking the drug; this information was not readily available. In addition, the distinction between rhabdomyolysis and myopathy must be made. Clearly, one statin is not appropriate for all patients, and individual treatment is necessary. Unfortunately, not all prescribers have the luxury of selecting the most appropriate statin for each of their patients because of the restricted drug formularies of health maintenance organizations and hospitals. To minimize possible development of rhabdomyolysis with the remaining statins, we suggest carefully evaluating each patient's risk of increased statin concentrations and selecting statins individually by focusing on pharmacokinetic and pharmacodynamic differences among all agents.

## Acknowledgments

The authors acknowledge Andrea Hinton, Pharm.D., and David Curtis, Pharm.D., for help with data collection.

## References

1. Anonymous. 1999 Heart and stroke statistical update. Dallas: American Heart Association, 1998. Available from

www.amhrt.org/statistics/about.html.

2. Scandinavian Simvastatin Survival Study Group. Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian simvastatin survival study (4S). Lancet 1994;344:1383–9.
3. Sacks FM, Pfeffer MA, Moye LA, et al. The effects of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. N Engl J Med 1996;335:1001–9.
4. Shepherd J, Cobbe SM, Ford I, et al. Prevention of coronary heart disease with pravastatin in men with hypercholesterolemia. N Engl J Med 1995;333:1301–7.
5. Adult Treatment Panel III. Executive summary of the third report of the national cholesterol education program (NCEP) expert panel of detection, evaluation, and treatment of high blood cholesterol in adults. JAMA 2001;285:2486–97.
6. Murdock DK, Murdock AK, Murdock RW, et al. Long-term safety and efficacy of combination gemfibrozil and HMG-CoA reductase inhibitors for the treatment of mixed lipid disorders. Am Heart J 1999;138:151–5.
7. Ucar M, Mjorndal T, Dahlqvist R. HMG-CoA reductase inhibitors and myotoxicity. Drug Saf 2000;22:441–57.
8. Bayer Pharmaceutical. Baycol (cerivastatin) package insert. West Haven, CT; 2001.
9. Gabow PA, Kaehny WD, Kelleher SP. The spectrum of rhabdomyolysis. Medicine 1982;61:141–52.
10. Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin-gemfibrozil combination therapy. JAMA 1990;264:71–5.
11. Visweswaran P, Guntupalli J. Rhabdomyolysis. Crit Care Clin 1999;15:415–28.
12. Anonymous. Dorland's illustrated medical dictionary, 28th ed. Philadelphia: WB Saunders, 1994:1458.
13. Duell PB, Connor WE, Illingworth DR. Rhabdomyolysis after taking atorvastatin with gemfibrozil. Am J Cardiol 1998;81:368–9.
14. Ozdemir O, Bora M, Gokce V, Uzum Y, Kocak B, Korkmaz S. A case with severe rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy. Angiology 2000;51:695–7.
15. Iliadis EA, Rosenson RS. Long-term safety of pravastatin-gemfibrozil therapy in mixed hyperlipidemia. Clin Cardiol 1999;22:25–8.
16. Athyros VG, Papageorgios AA, Hatzikonstandinou HA, et al. Safety and efficacy of long-term statin-fibrate combinations in patients with refractory familial combined hyperlipidemia. Am J Cardiol 1997;80:608–13.
17. Oldemeyer JB, Lund RJ, Meares AJ, Dunlay R. Rhabdomyolysis and acute renal failure after changing statin-fibrate combinations. Cardiology 2000;94:127–8.
18. Tal A, Rajeshawari M, Isley W. Rhabdomyolysis associated with simvastatin-gemfibrozil therapy. Southern Med J 1997;90:546–7.
19. Morales CE, Bruzzi JF, Chilson TS, Hurley DL. HMG-CoA reductase inhibitors and fibric acid derivatives: a dangerous combination for the treatment of hyperlipidemia [abstr]. J Am Geriatr Soc 1999;47:S81.
20. Pogson GW, Kindred LH, Carper BG. Rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy [letter]. Am J Cardiol 1999;83:1146.
21. Alexandridis G, Pappas GA, Elisaf MS. Rhabdomyolysis due to combination therapy with cerivastatin and gemfibrozil [letter]. Am J Med 2000;109:261–2.
22. Bermingham RP, Whitsitt TB, Smart ML, Nowak DP, Scalley RD. Rhabdomyolysis in a patient receiving the combination of cerivastatin and gemfibrozil. Am J Health-Syst Pharm 2000;57:461–4.
23. Garcia-Valdecasas-Campelo E, Gonzalez-Reimers E, Lopez-Lirola A, Rodriquez-Rodriquez E, Santolaria-Fernandez F. Acute rhabdomyolysis associated with cerivastatin therapy [letter]. Arch Intern Med 2001;161:893.
24. Frick MH, Elo O, Haapa K, et al. Helsinki heart study: Primary-prevention trial with gemfibrozil in middle-aged men with dyslipidemia: safety of treatment, changes in risk factors, and incidence of coronary heart disease. N Engl J Med 1987;317:1237–45.
25. Rubins HB, Robinds SJ, Collins D, et al. Gemfibrozil for the secondary prevention of coronary heart disease in men with low levels of high-density lipoprotein cholesterol. N Engl J Med 1999;341:410–8.
26. Anonymous. MedWatch Baycol withdrawal letter. Available at http://www.fda.gov. Accessed August 8, 2001.
27. Naranjo CA, Busto U, Sellers EM, et al. A method for estimating the probability of adverse drug reactions. Clin Pharmacol Ther 1981;30:239–45.
28. Backman JT, Kyrklund C, Kivisto KT, Wang J, Neuvonen PJ. Plasma concentrations of active simvastatin acid are increased by gemfibrozil. Clin Pharmacol Ther 2000;68:122–9.
29. Gruer PJK, Vega JM, Mercuri MF, Dobrinska MR, Tobert JA. Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol 1999;84:811–15.
30. Aberg F, Appelkvist EL, Broijersen A, et al. Gemfibrozil-induced decrease in serum ubiquinone and alpha- and gamma-tocopherol levels in men with combined hyperlipidaemia. Eur J Clin Invest 1998;28:235–42.
31. Tomlinson B, Lan IW. Combination therapy with cerivastatin and gemfibrozil causing rhabdomyolysis: is the interaction predictable [letter]? Am J Med 2001;110:669–70.
32. Bayer Pharmaceuticals. Data on file. West Haven, CT; December 15, 1999.
33. Winter ME. Basic principles. In: Katcher BS, Koda-Kimble MA, eds. Basic clinical pharmacokinetics. Spokane, WA: Applied Therapeutics Inc, 1989:11–13.
34. Marais GE, Larson KK. Rhabdomyolysis and acute renal failure induced by combination lovastatin and gemfibrozil therapy. Ann Intern Med 1990;112:228–30.
35. Stirling CM, Isles CG. Rhabdomyolysis due to simvastatin in a transplant patient: are some statins safer than others? [letter] Nephrol Dial Transplant 2001;16:873–4.
36. Lee AJ, Maddix DS. Rhabdomyolysis secondary to a drug interaction between simvastatin and clarithromycin. Ann Pharmacother 2001;35:26–31.
37. Bristol-Myers Squibb. Pravachol (pravastatin) package insert. Princeton, NJ; 2000.
38. Burnham TH, ed. Antihyperlipidemic agents. In: Drug facts and comparisons. St. Louis, MO: Facts and Comparisons, 2001:536–42a.
39. Omar MA, Wilson JP, Cox TS. Rhabdomyolysis and HMG-CoA reductase inhibitors. Ann Pharmacother 2001;35:1096–107.
40. White CM. Pharmacological effects of HMG-CoA reductase inhibitors other than lipoprotein modulation. J Clin Pharmacol 1999;39:111–18.
41. Corsini A, Bellosta S, Baetta R, Fumagalli R, Paoletti R, Bernini F. New insights into the pharmacodynamic and pharmacokinetic properties of statins. Pharmacol Ther 1999;84:413–28.
42. Anonymous. Petition to the FDA to issue strong warnings about the potential for certain cholesterol-lowering drugs to cause potentially life-threatening muscle damage (HRG publication no.1588). Available from http://www.citizen.org. Accessed August 20, 2001.

# Exhibit I

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases

COPY

- - -

C O N F I D E N T I A L

- - -

February 10, 2004

- - -

Videotape deposition of THOMAS M. ZIZIC, M.D., held in the offices of Lieff Cabraser Heimann & Bernstein, 48th Floor, 780 Third Avenue, New York, New York, commencing at 9:56 a.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103

MS. PASSARETTI: Rachel Passaretti from Skadden Arps for Pfizer.

THE VIDEOTAPE TECHNICIAN: Folks on the phone, please.

MS. MEADERS: This is Kim Meaders for pharmacies.

THE VIDEOTAPE TECHNICIAN: Anyone else?

MR. FILIPOVITCH: Stephan Filipovitch for various Texas doctors.

THE VIDEOTAPE TECHNICIAN: Will the court reporter please administer the oath.

\- - -

THOMAS M. ZIZIC, M.D., after having been duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. MIZGALA:

Q. Good morning, Dr. Zizic.

Epidemiology is the study of populations, and this is what you're getting from a population of patients.

Q. You would consider the data in Table 3 a) -- in Table 3 of the Ian Hamilton-Craig report to be epidemiologic data?

A. Yes.

Q. Doctor, is there a hierarchy of the reliability of data in the field of epidemiology?

A. Certainly.

Q. What is it?

A. Randomized control studies would be the highest case control studies.

Q. Clinical trial data; correct?

A. Clinical trial is the randomized control studies.

Q. What comes below that?

A. Case control studies.

Q. Below that?

A. Spontaneous adverse drug

reporting systems such as this.

Q. Below that?

A. Isolated case reports.

Q. Doctor, have you reviewed the clinical trials relating to Baycol?

A. I have.

Q. What did the clinical trials suggest about the rate that Baycol causes myalgia relative to placebo?

A. If you do a meta-analysis of all the clinical trials, which Dr. Farquhar has done, you see that Baycol causes more muscle problems than the other statins even when you look at the clinical trials as you combine them all because that's what you're going to have to do for rare events.

Q. I'm just talking about myalgia in the clinical trials, Doctor, not all muscle events. You know myalgia is separately reported in the clinical trials; correct?

A. I don't recall whether that was looked at separately.

# Exhibit J

Δ π EXHIBIT 6
Deponent Richman
Date 2/11/04 Rptr. KK
WWW.DEPOBOOK.COM

# Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors – simvastatin and pravastatin

Muscle disorders, ranging from myalgia to myositis, are well recognised complications of treatment with simvastatin. Up to November 1994 there had been 183 reports to the Australian Registry of Adverse Drug Reactions of muscle disorders attributed to simvastatin including 14 cases of myositis. A florid, acute myositis characterised by diffuse myalgia and elevation in serum creatine kinase (CK) has been reported with simvastatin,[1] pravastatin[2] as well as with lovastatin. Symptoms can develop within a month of starting therapy and most cases develop within three months. Most patients recover clinically after stopping the drug.

Fifteen patients attending a vascular risk clinic developed myalgia while taking either simvastatin 10-20 mg/day or pravastatin 40 mg/day. Symptoms were predominantly stiffness and tenderness of proximal limb muscles and difficulty rising from a low chair. Of the 15 patients, 12 were women over the age of 60 years. There was no major increase in serum CK levels; all values were less than twice the upper limit of normal.

Needle biopsies were taken from deltoid or quadriceps femoris muscles. All showed the light microscopic changes of mitochondrial myopathy, confirmed by low mitochondrial cytochrome C oxidase (CCOX) together with low pyruvate and malate cytochrome C reductase levels. The biopsies from six patients were examined with electron microscopy; all showed the same pattern of sub-sarcolemmal collections of architecturally normal mitochondria with no inclusion bodies (Figure 1). All symptoms and signs resolved on cessation of the drugs and recurred in three out of the three patients rechallenged. In the three patients who consented for a repeat muscle biopsy the microscopic and biochemical mitochondrial abnormalities were still present one year after stopping the drug.

We also studied eight patients on simvastatin who had no muscle symptoms and who gave informed consent for muscle biopsy. These patients all had normal muscle biopsies and normal muscle biochemistry. Muscle biopsies were also taken from three women over the age of 70 taking no drugs and these exhibited normal appearances and CCOX levels at the lower end of our normal laboratory range.

Simvastatin can produce a myopathy in rabbits.[3] Zidovudine can produce a mitochondrial myopathy with ragged red fibres and partial CCOX deficiency,[4] similar to that produced in our patients. 3-hydroxy-3-methylglutaryl coenzyme A (HMG CoA) reductase catalyses the rate-limiting step in cholesterol synthesis. Simvastatin and pravastatin inhibit HMG CoA reductase and this leads to a decrease in the mevalonate available for a side pathway of ubiquinone synthesis. This isoprenyl ubiquinone synthetic pathway is an important component of the respiratory chain in muscle mitochondria. Our report links HMG CoA reductase inhibitor therapy to mitochondrial changes, but does not exclude the possibility that these drugs simply aggravate, and thereby make manifest a latent, perhaps genetically determined, pre-existing mitochondrial myopathy.[5] It is also possible that HMG CoA reductase inhibitors such as simvastatin can accelerate the normal decrease in human muscle mitochondrial respiratory chain activity associated with ageing, or accelerate the rate of mitochondrial DNA deletions in skeletal muscle.[6,7] We advise caution when using simvastatin or pravastatin in the elderly, especially in women who seem more susceptible than men to this particular myopathic complication. Therapy should be stopped if persistent pain, cramps, weakness or stiffness of proximal muscles develops. ■



*Figure 1:* Electron micrograph showing a typical sub-sarcolemmal collection of mitochondria in a patient who developed simvastatin myopathy. Scale = 1 micron.

**Acknowledgements**
Assistance of Ms Feng Yang of the Neurology Department, RPA Hospital, Sydney and of Ms Alexis Viles, Blue Mountains Hospital, Katoomba, NSW, is gratefully acknowledged.

*Reprint requests to:* Dr J. F. England, 3 Woodland Road, Katoomba, NSW 2780.



BAYCORP00292869

J. D. F. ENGLAND,
Visiting Medical Officer,
Department of Cardiology,
Westmead Hospital,
Sydney, NSW,
J. C. WALSH,
Staff Specialist,
Department of Neurology,
P. STEWART,
Staff Specialist,
Department of Clinical Biochemistry,
Royal Prince Alfred Hospital,
Sydney, NSW,
I. BOYD,
Executive Officer,
A. ROHAN,
Head,
Therapeutic Drugs Administration,
Department of Health, Housing and Community Services,
Canberra, ACT,
G. M. HALMAGYI
Staff Specialist,
Department of Neurology,
Royal Prince Alfred Hospital, Sydney, NSW.

**References**

1. Chariot P, Abadia R, Agnus D, Charpentier C. Simvastatin induced rhabdomyolysis followed by a MELAS syndrome. Am J Med 1993; 94: 109-10.
2. Schalke BB, Schmidt B, Toyka K, Hartung H. Pravastatin associated inflammatory myopathy. N Engl J Med 1992; 327: 649-50.
3. Nakahara K, Kuiyama M, Yoshidome H, Nagata K, Nagado T, Nakagawa M. Experimental simvastatin-induced myopathy in rabbits. J Neurol Sci 1992; 113: 114-7.
4. Chariot P, Monnet L, Gherardi R. Cytochrome C Oxidase Reaction improves histopathological assessment of zidovudine myopathy. Ann Neurol 1993; 34: 561-5.
5. Johnston W, Karpati G, Carpenter S, Arnold D, Shoubridge EA. Late-onset mitochondrial myopathy. Ann Neurol 1995; 37: 16-23.
6. Trounce I, Byrne E, Marzuki S. Decline in skeletal muscle mitochondrial respiratory chain function: possible factor in aging. Lancet 1989; i: 637-9.
7. Rifai Z, Welle S, Kamp C, Thornton CA. Ragged red fibers in normal aging an inflammatory myopathy. Ann Neurol 1995; 37: 24-9.

# Tamoxifen flare – an unusual case of hypercalcaemia and transient rapidly progressive pancytopenia

Initiation of tamoxifen therapy in breast cancer patients, can precipitate a syndrome of hypercalcaemia, increasing pain from skeletal metastases and transient increases in size of other metastatic deposits. This phenomenon typically occurs between seven and 14 days after the commencement of tamoxifen. Its frequency varies from 1.2% to 6.4%.[1-3] Disagreement exists, however, regarding the significance of such a flare and the role of continuing tamoxifen therapy.[3,4]

We report an unusual case of tamoxifen therapy associated with rapidly progressive pancytopenia. A 45-year-old premenopausal female had a left mastectomy in February 1992 for a node positive, hormone receptor negative, infiltrating ductal carcinoma. Adjuvant chemotherapy with cyclophosphamide, methotrexate and fluorouracil was administered, followed by chest wall irradiation. She was subsequently postmenopausal. In December 1993 a right mastectomy was performed for a further node positive, but oestrogen receptor positive, infiltrating ductal carcinoma of breast. Within a few weeks of surgery a right supraclavicular fossa lymph node and left pleural effusion was detected. Diagnostic aspirate of the effusion revealed malignant cells. Bone scan and serum calcium were normal. Tamoxifen therapy was commenced. Full blood count showed a haemoglobin (Hb) of 97 g/L, white cell count (WCC) of $3.0 \times 10^9$/L and platelet count of $302 \times 10^9$/L.

Nine days after the commencement of tamoxifen, the patient was admitted to hospital with a four day history of nausea, thirst, constipation, cough and left subscapular pain. Full blood count on admission showed a Hb of 89 g/L, a WCC of $2.1 \times 10^9$/L and a platelet count of $141 \times 10^9$/L. Over the next 72 hours her WCC fell to $0.8 \times 10^9$/L and she developed a mild thrombocytopenia – $122 \times 10^9$/L. Serum calcium on admission was 3.38 mmol/L and rose to 3.75 mmol/L the next day. 45 mg of pamidronate was administered intravenously. The




*Figure 1:* Progress charts of white cells and platelets following commencement of tamoxifen therapy.



BAYCORP00292870