# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

Δ π EXHIBIT 2
Deponent Smith
Date 2/9/04 Rptr. SFB
WWW.DEPOBOOK.COM

**EXPERT WITNESS REPORT OF MARTYN T. SMITH, Ph.D.**

## I. BACKGROUND & QUALIFICATIONS

1. I am a Professor of Toxicology in the Division of Environmental Health Sciences, School of Public Health, University of California at Berkeley. I have held that position since 1992. Previously, I was employed as an Assistant Professor (1982-1987) and Associate Professor (1987-1992) at that institution. Between 1993 and the present, I have served in the rotating position of either Head or Deputy Head of the Division of Environmental Health Sciences. A true copy of my CV is attached as Exhibit A.

2. I received my Bachelor of Science Degree in Biology from Queen Elizabeth College, University of London (1977) and my Ph.D. in Biochemistry from the Medical College of St. Bartholomew's Hospital, London, England (1980). My Ph.D. research involved studies of oxidative drug metabolism using quantitative cytochemical and biochemical methods. I performed post-doctoral research in the Department of Toxicology at the Karolinska Institute, Stockholm, Sweden (1980-1981) under the supervision of perhaps the world's leading toxicologist, Professor Sten Orrenius, returning to the University of London in 1981 to help teach the first combined Bachelor of Science degree course in toxicology and pharmacology offered in the United Kingdom.

3. In 1994, I was elected as a Fellow of the American Association for the Advancement of Science for my outstanding contributions to the field of environmental toxicology. From 2000 to 2003 I served on the "National Advisory Environmental Health Sciences Council" which advises the National Institute of Environmental Health Sciences (NIEHS) of NIH on all decisions and future directions. I have been a full member of the Society

of Toxicology for over 15 years and belong to numerous other professional societies that I am active in. For example, I have served on the Program Committee of the Environmental Mutagen Society for the past 3 years. For the past 16 years I have supervised a Superfund research and training program, referred to as the NIEHS Superfund Basic Research Program, which is a large study of the problems associated with hazardous waste sites. Earlier this year I became the Director of the Environmental Health Sciences Center at Berkeley. I have qualified eight times as a toxicology expert at trial in State and Federal court and my testimony has never been excluded by any court.

4. I have been a member of the editorial boards of peer-reviewed journals, including Biomarkers, Molecular Toxicology, International Journal of Toxicology, Advances in Pharmacology, and Free Radical Research. I have also served as a reviewer for numerous peer reviewed journals, including the Proceedings of the National Academy of Sciences; Toxicological Sciences; Blood; Cancer Research; Chemical Research in Toxicology; Carcinogenesis; Mutation Research; and, Toxicology Letters.

5. Since 1979, I have authored or co-authored over 150 articles in peer reviewed journals in the field of toxicology, 30 book chapters, and approximately 120 abstracts, as well as technical reports for the United States Environmental Protection Agency and the California EPA. I have devoted my professional career to the study of the toxic effects of chemicals and drugs on the human body, with particular emphasis on the mechanisms by which chemicals and their metabolites cause damage at the cellular level and to the human organism as a whole.

## II. SUMMARY OF MAJOR OPINIONS

6. It is my opinion to a reasonable degree of scientific probability that:

a) Baycol is at least 10 times more toxic than other commercially available statins;

b) Baycol has a very narrow safety margin compared to other statins and a very steep dose-response between the first adverse events noted and death. Bayer's own toxicologists repeatedly warned about these key facts;

c) Baycol is the most toxic of the commercially available statins in experimental animals and in cell cultures *in vitro*;

d) Baycol induces the apoptosis (programmed death) of muscle cells at concentrations which are readily achievable in some susceptible patients;

e) HMG-CoA reductase inhibition plays a key role in both the cytotoxic effects of Baycol as well as in its beneficial, cholesterol lowering effects. Exposure of the muscles instead of the liver to high concentrations of Baycol results in muscle cell cytotoxicity potentially leading to rhabdomyolysis and death.

f) Baycol is not an ideal statin in that less than 32% of the drug is extracted on the first pass through the liver in some people, meaning that the muscles and other tissues are exposed to greater than 68% of the administered dose and that the drug is not directly eliminated in the bile. Metabolites appear in the urine as well as the bile. An ideal statin would be completely extracted by the liver and would be eliminated directly into the bile.

g) The metabolism and pharmacokinetics of Baycol are complex. Baycol is not "an uncomplicated drug with regard to its biopharmaceutical profile" as Bayer scientists claimed.

h) Bayer scientists also claimed that Baycol would be "relatively unsusceptible to drug-drug interactions, mainly because of its dual metabolic profile." The opposite is in fact true, because if two metabolic pathways are involved this <u>raises</u> not lowers the possibility of interactions with other drugs and makes the situation less predictable.

i) The most serious interactions between Baycol and other drugs appear to be with gemfibrozil or clopidogrel. Both gemfibrozil and clopidogrel produce dramatic increases in the toxic effects of cerivastatin when they are co-administered. Both drugs more likely than not inhibit the metabolism and clearance of cerivastatin thereby raising plasma concentrations to toxic levels in some patients. This is mainly a pharmacokinetic effect rather than a pharmacodynamic one.

j) The mechanism by which gemfibrozil so markedly elevates the systemic toxicity of Baycol is most likely by inhibiting its CYP2C8-mediated oxidation and by inhibiting

glucuronidation, a key Phase II metabolic pathway which converts Baycol into its inactive lactone form. This inhibition more likely than not raises the concentration of the active hydroxy acid form of cerivastatin in the circulating plasma to toxic levels in some patients.

## III. THE SCIENTIFIC COMMUNITY ACCEPTS THAT BAYCOL IS THE MOST TOXIC STATIN.

7. Baycol (cerivastatin sodium) is a member of the class of pharmaceuticals known as statins, or HMG-CoA (3-hydroxy-3-methylglutaryl-coenzyme A) reductase inhibitors, which have been prescribed for the reduction of cholesterol. (Hereafter, the terms Baycol and cerivastatin are used interchangeably). It is known that statins as a class, and Baycol in particular, cause toxic myopathy, or muscle damage. All statins are also capable of causing rhabdomyolysis, a clinical syndrome that results from severe injury to skeletal muscle cells and the release of cell contents into the plasma. See, e.g., Farmer, "Learning from the Cerivastatin Experience," Lancet 358:1388-84, 2001.

8. On August 8, 2001, Baycol was withdrawn from the market after adverse events of fatal rhabdomyolysis were reported to the FDA at a rate "16 to 80 times as high" among patients using Baycol as the rate among patients using any other statin. Staffa, et al., Cerivastatin and Reports of Fatal Rhabdomyolysis," New England Journal of Medicine 346:539-540, 2002.

9. The scientific community has concluded that Baycol is substantially more toxic than other drugs in the same class, causing far greater numbers of deaths, rhabdomyolysis and myopathies. For example, in a recent review in the Journal of the American Medical Association, Thompson, *et al.* stated: "The death rate for cerivastatin was 16 to 80 times greater than the other statins, but there were no apparent differences among the other agents." (see Thompson, *et al.*, "Statin-Associated Myopathy," JAMA 289:1681-1690, 2003, at 1683). The lead author, Thompson, was a consultant to Bayer and other statin manufacturers.

10. Thompson, *et al.* (ibid.) also note that statins "can produce a variety of muscle-related complaints or myopathies." The term 'myopathy' broadly designates any non-

inherited disorder of skeletal muscle that classically causes muscle weakness, with difficulty in arising from a chair or raising arms above the head (Hamilton-Craig, I. "Statin-associated myopathy, Med J Aust 175: 486-489, 2001). Hamilton-Craig further states that: "Myopathy occurs in 0.1%-0.2% of patients receiving statins in clinical trials. This adverse effect is shared by all statins, but is more common with cerivastatin, especially in combination with gemfibrozil."

## IV. <u>BAYCOL HAS A VERY NARROW SAFETY MARGIN</u>

11. Given the more than 10-fold higher rate of rhabdomyolysis with cerivastatin compared to other statins, the question becomes why is cerivastatin so toxic to muscle cells? Cerivastatin is a highly lipophilic statin and the lipophilic statins have been postulated to be more toxic because of their enhanced penetration into muscle cells, but significant myopathy with other lipophilic statins, such as simvastatin is low suggesting that lipophilicity alone cannot be the answer.

12. Statins do not necessarily have similar chemical structures (Figure 1).

Fig. 1 – Chemical structures of different statins:




When cerivastatin was introduced it was unique among the statins in being an entirely synthetic, enantiomerically pure compound that was a lipophilic inhibitor of HMG-CoA

reductase. It was first described in the scientific literature by Bischoff et al., Atherosclerosis 135, 119-130, Nov 1997 and introduced to the U.S. market in 1998 when five other statins were already commercially available. It was described by Bayer scientists as having "extraordinary pharmacological activity" and was considered by them to be "the most active HMG-CoA reductase inhibitor amongst all vastatins" (Bischoff et al. Atherosclerosis, 139 Suppl.1, S7-13, Sept 1998). Given its high potency and the fact that it was an entirely synthetic statin with a different chemical structure to those already available, it would have been best to critically evaluate its potential toxicity more thoroughly.

13. The toxicology studies performed by Bayer scientists are summarized in the "Benefit-Risk Evaluation Report, CIOMS IV, Cerivastatin Sodium" authored by Dr. E. Weidmann (Head of Global Drug Safety for Bayer) and Prof. K. Sprenger beginning at p. 121. From this it is clear that Bayer scientists were aware that the prolonged administration of high dosage levels of an inhibitor of a key enzyme like HMG-CoA reductase could be associated with a spectrum of adverse effects in a variety of tissues. Their studies in a number of animal species, including rats, mice, dogs and minipigs, showed that "the muscle was a consistent target organ for cerivastatin." Elevations of serum creatine phosphokinase (CPK) were observed which coincided with the degeneration of muscle fibers. The NOEL (No Observed Effect Level) for CPK elevation and muscle degeneration in dogs was 0.025 mg/kg/day, in minipigs 0.030 mg/kg/day and in rats 0.045 mg/kg/day. The equivalent dose to the NOEL in dogs, the most sensitive species, in a typical adult man weighing 70 kg is 1.75 mg/day and in a typical human female weighing 60 kg is 1.5 mg/day. Normally, toxicologists like to apply at least two safety factors to a NOEL to calculate an acceptable daily intake (ADI): the first is factor of 10 for animal to human extrapolation and the second is also a factor of 10 to account for susceptible individuals. Using these criteria an ADI in man for cerivastatin would be 0.015 – 0.0175 mg. If we relaxed the safety criteria because of potential beneficial effects of the drug to only one factor of 10, the ADI would be 0.15 – 0.175 mg. These marginally acceptable doses are exceeded by the usual therapeutic doses of cerivastatin (0.3 – 0.8 mg) by a factor of 2- to 5-fold. This would be alarming to any toxicologist. Comparable calculations for atorvastatin

do not raise as much concern because the NOEL for effects on the muscle in dogs is 10 mg/kg (see Table 3.6.2-2 at p. 124 in the above report from Bayer), meaning that an ADI using a safety factor of 10 is 1 mg/kg or 60 to 70 mg for typical adult men and women. The highest therapeutic dose of atorvastatin used is in this range at 80 mg. Thus, these simple calculations show that atorvastatin is around 5 times safer than cerivastatin and that the highest therapeutic dose of cerivastatin given to human patients provided only a safety factor of 2 from the dose that caused muscle toxicity in dogs.

14. It is clear from internal company documents that Bayer toxicologists were concerned about this narrow safety margin very early on in the development process. For example, in a memo dated February 8, 1991 [BAYAG00153628], Professors Schulter and Kuhlmann and Dr. Ziegler write: "The safety margin for our compound *(then called Bay w 6228 = Baycol)* from the no-effect level to non-tolerable dose is less than 3 whereas for lovastatin it is at least 12-fold. Besides benefit / risk evaluations for our compound are based on 13 week studies whereas the data base for lovastatin is much stronger" (their emphasis). Further, earlier in the memo summarizing a discussion on Bay w 6228 held during Bayer's 1991 international R & D conference, they describe how Bayer's "experts from toxicology – Prof. Schulter / Dr. von Keutz – felt very strong not to allow to step up to higher daily doses because the slope of the dose-response curve of Bay w 6228 is much steeper than that for lovastatin." Schulter and von Keutz repeatedly warn about "the steepness of the dose-response curve for Bay w 6228" (meaning that its' toxicity curve "is very steep between the first adverse events noted and death" [c.f. BAYAG00140415]), and its "narrow therapeutic window" [see for example BAYAG00149909 and BAYCORP00000233]. It appears that these warnings were not appropriately heeded.

## V. BAYCOL IS THE MOST TOXIC STATIN *IN VIVO* AND *IN VITRO*

15. It was possible to compare the toxic potencies of different statins both *in vivo* (in living animals) and *in vitro* (in a petri dish or cell culture) in the 1990s. In an *in vitro* study performed by Bayer scientists, "the direct effects of different statins (cerivastatin, fluvastatin, simvastatin, lovastatin, atorvastatin, pravastatin)" were studied in primary skeletal

myoblasts of rats (ibid. at p. 122). "When comparing the concentrations needed to induce myotoxicity the following ranking (from more to less toxic) was found: cerivastatin > fluvastatin > simvastatin > lovastatin > atorvastatin > pravastatin." Thus Bayer scientists found cerivastatin was the most toxic statin *in vitro*. Further, the no-effect concentration (NOEC) for the cytotoxic effects of cerivastatin on muscle cells was 0.01 micrograms/ ml = 10 micrograms / liter. This is only slightly higher than the plasma concentration of 6 to 9 micrograms / liter achieved after administration of a single 0.8 mg dose in man and is less than the steady state plasma concentration of 13.8 micrograms / liter achieved after daily administration of 0.8 mg doses to 27 human volunteers (see Table 1 in Muck,W. "Clinical pharmacokinetics of cerivastatin", Clin Pharmacokinet 39: 99-116, 2000).

16. Scientists other than those at Bayer also compared the toxicity of different statins. For example, Matsuyama et al. used an assay in rats to evaluate the myopathy risk produced by five different commercial HMG-CoA reductase inhibitors (statins), (pravastatin (PV), simvastatin (SV), cerivastatin (CeV), atorvastatin (AV), and fluvastatin (FV)) (Matsuyama, K. et al. "Evaluation of myopathy risk for HMG-CoA reductase inhibitors by urethane infusion method." Biol Pharm Bull 25: 346-350, 2002). The assay method used relied upon infusion of an anesthetic (urethane, 25%) intravenously at a very low rate using a microinfusion pump after oral administration of the drug whose myotoxic effects was being tested in rats and was first described in 1997. In the assay, blood samples are collected 7 h after drug administration and the risk of myopathy evaluated based on the plasma creatine phosphokinase (CPK) level. Nakai, et al. developed and published this method in 1997 and proposed it as "a simple and speedy screening test for drug-induced myopathy."(Biol Pharm Bull 20: 104-106, January 1997).

17. In the Matsuyama, et al. study, the plasma CPK level was measured as a marker of myopathy in normal rats after oral administration of 5 statins under urethane infusion. Renal tissue specimens were also prepared and the myoglobin remaining in the tissue was visualized by the labeled avidin-biotin technique method. The risk of myopathy evaluated from the plasma CPK level was ranked as follows: CeV>FV>AV>SV>PV. Myoglobin

deposition was observed in the cast of proximal tubules, cytoplasm of distal tubules and collecting ducts of the kidneys isolated from the rats treated with the various statins under urethane infusion. A correlation was found between myopathy risk evaluated by CPK level and drug lipophilicity, except for the case of SV. Histopathological findings for the kidney following statin treatment also reflected the CPK level in rats under urethane infusion. Thus, cerivastatin was the most myotoxic of all the statins tested and caused the release of myoglobin from muscle cells which then accumulated in the kidney.

18. Outside investigators have also confirmed that cerivastatin is the most effective statin at killing muscle cells in culture (*in vitro*). Matzno et al, (J Pharm Pharmacol 55, 795 - 802, 2003) evaluated statin-induced myopathy using differentiating L6 myoblasts. Using phase-contrast microscopy they ranked the cytotoxicity of various statins as follows: "Cerivastatin > fluvastatin > simvastatin > atorvastatin > pravastatin in order of decreasing potency." (at p. 798). They also stained differentiating myoblasts with a fluorescent dye (Hoechst 33342) and showed that each statin caused nuclear fragmentation suggesting that "statin-induced myopathy was caused by cellular apoptosis." Apoptosis, or programmed cell death, is designed to assist in the remodeling and maintenance of tissue structure, but when inappropriately activated it can produce pathological conditions. It more likely than not plays a key role in cerivastatin myotoxicity.

## VI. MECHANISM OF STATIN-INDUCED MYOTOXICITY

19. Several theories have been proposed to explain the myotoxicity of statins based on the biosynthetic pathways that they inhibit. One theory claims that blocking cholesterol synthesis reduces the cholesterol content of skeletal muscle cell membranes, making them unstable. However, Matzno et al. (J. Lipid Research, 38, 1639-1648, 1997) showed that blocking cholesterol synthesis with squalene synthase inhibitors did not produce myotoxicity in their L6 myoblast *in vitro* model. This suggests that depletion of other compounds produced by HMG-CoA reductase activity, and not cholesterol per-se, is responsible for statin-induced cytotoxicity. Supporting this idea, Matzno et al (ibid.) showed that simvastatin-induced apoptosis and myopathy were abolished by supplementation with mevalonate, the product of

HMG-CoA reductase activity (Figure 2). This data also shows that HMG-CoA reductase inhibition plays a key role in both the cytotoxic effects of statins as well as in their beneficial, cholesterol lowering effects, a finding that scientists at Bayer concur with. For example, in the Conclusions to the section on Toxicology in the "Benefit-Risk Evaluation Report, CIOMS IV, Cerivastatin Sodium" authored by Dr. E. Weidmann (Head of Global Drug Safety for Bayer) and Prof. K. Sprenger at p. 127 it states: "The similarity of the toxicological profiles of current HMG-CoA reductase inhibitors suggests that there is a close relationship between toxicity and the inhibition of HMG-CoA reductase." For a statin to be most effective and safe, it is therefore necessary for it to be taken up actively by liver cells, where it can produce beneficial effects by inhibiting the activity of hepatic HMG-CoA reductase, but that it be excluded from muscle where HMG-CoA reductase inhibition will result in cell death and the release of myoglobin into the bloodstream which could subsequently cause rhabdomyolysis and renal failure.

**Figure 2. Cholesterol synthesis pathway** (for full details go to the following web site - http://www.rpi.edu/dept/bcbp/molbiochem/MBWeb/mb2/part1/cholesterol.htm)

*HMG-CoA reductase*
Acetyl-CoA → HMG-CoA -----**X**-----→ Mevalonate → → Isopentenyl-Pyrophosphate (PP)
(*Statin inhibition)*
↓
↓
Geranylated proteins (Rho, Rac, etc.) ← Geranyl- Pyrophosphate
↓
Farnesylated proteins (Ras, lamin B, etc.) ← Farnesyl-PP → Ubiquinone
↓
Squalene
↓
2,3-Oxidosqualene
↓
Cholesterol

20. The cholesterol biosynthesis pathway is shown in Figure 2. Inhibition of HMG-CoA reductase lowers the formation of mevalonate and the subsequent formation of the

isoprenoid metabolites, geranyl and farnesyl pyrophosphate. They are called isoprenoids because of their chemical similarity to isoprene and they play critical roles in maintaining cell viability. They act as precursors to the formation of ubiquinone (Coenzyme Q10) and dolichol and modify proteins in a manner that facilitates their association with membranes. The latter is called isoprenylation. Ubiquinone is a steroid isoprenoid derived from farnesyl pyrophosphate that participates in mitochondrial electron transport during oxidative phosphorylation and, as such, is key to cellular energy production. Fifty percent of the body's ubiquinone is thought to come from fat ingestion, while the other 50% is derived from endogenous synthesis. Serum ubiquinone levels decrease following statin treatment and it has been postulated that ubiquinone depletion plays an important role in statin myotoxicity.

21. The chief alternative to ubiquinone depletion as a plausible mechanism of statin myotoxicity is that depletion of geranyl and farnesyl pyrophosphate via HMG-CoA reductase inhibition prevents the modification by prenylation of small GTP-binding regulatory proteins, thus inhibiting their action. The modified proteins include the proteins Ras, Rac and Rho, which promote cell maintenance and growth and attenuate apoptosis. Inhibition of their activity by statin-induced isoprenoid depletion would therefore lead to cellular decline and apoptosis. In 1994 Perez-Sala and Mollinedo reported that isoprenoid depletion by lovastatin caused DNA fragmentation and apoptosis in HL-60 cells suggesting that isoprenylation of these small GTP-binding proteins is essential for cell survival (Perez-Sala, D. and Mollinedo, F, "Inhibition of isoprenoid biosynthesis induces apoptosis in human promyelocytic HL-60 cells," Biochem Biophys Res Commun 199: 1209-1215, 1994). Subsequent studies by scientists from Bristol-Myers-Squibb showed that treatment with both pravastatin and lovastatin produced cytotoxicity and reduced protein synthesis in neonatal rat myocytes and that this effect was reversed by adding farnesol and geranylgeraniol to the cultures (Masters B.A. et al., Toxicol Appl Pharmacol 131: 163 –174, 1995; Flint O.P. et al., Toxicol Appl Pharmacol 145, 99-110, 1997). These results indicate that statin-induced myotoxicity is most likely related to reduced modification of specific regulatory proteins by geranylgeraniol and that without this modification muscle cells cannot function properly and may die.

22. The same mechanism of apoptosis induction has also been suggested in vascular smooth muscle cells. Atorvastatin, lovastatin, and simvastatin produce a dose-dependent increase in apoptosis in vascular smooth muscle cells. This effect is reversed by mevalonate, farnesyl pyrophosphate, and geranyl pyrophosphate, but not by ubiquinone or squalene. Pretreatment of vascular smooth muscle cells treated with statins sensitizes the myocytes to apoptotic agents, an effect that is also prevented by treatment with mevalonate or geranyl pyrophosphate. These results document that statins enhance apoptosis in vascular smooth muscle cells, as well as in HL-60 cells and myoblasts, via reduced post-translational modification of small GTP-binding proteins suggesting that apoptosis plays a key role in the toxic effects of statins on muscle.

23. While additional work is required to demonstrate definitively whether reduced isoprenylation of GTP-binding proteins causes the myotoxicity of statin therapy, we can say to a reasonable degree of scientific probability that an increase in apoptosis more likely than not plays a critical role. Further, the fact that statin-induced skeletal muscle injury involves inhibition of pathways that activate GTP may explain why exercise appears to unmask the negative effects of statins on muscle in some patients. Exercise has been shown to activate signaling pathways, particularly the mitogen-activated protein kinase pathways that are important in the skeletal muscle cellular response to exercise stress. These pathways are regulated by the GTP-binding proteins. Thus, statins may impair the muscle's ability to appropriately respond and recover from physical exertion, resulting in skeletal muscle damage.

## VII. BAYCOL DOES NOT APPROACH AN 'IDEAL STATIN' AS BAYER CLAIMED

24. Duggan and Vickers in 1990 described the characteristics of an ideal statin as being "one which (1) is well absorbed; (2) reaches the liver unchanged; and (3) is completely extracted by it, precluding unnecessary systemic exposure. Finally, (4) its elimination, if in the form of active inhibitor(s), would be direct elimination in the bile" (Duggan D.E. and Vickers S., "Physiological disposition of HMG-CoA-reductase inhibitors" Drug Metab Rev 22: 333-362, 1990). Cerivastatin is quite remote from being an "ideal statin", which Bayer scientists claimed it approached "very closely". In their New Drug Application to

the U.S. FDA at p.60 [BAYCORP00945263], Bayer claimed that: "After oral dosing, cerivastatin is largely extracted and selectively taken up by the liver, the main site of pharmacological action, thus minimizing the systemic burden. The pharmacokinetic properties of cerivastatin very closely meet the criteria identified by Duggan and Vickers (73) for the ideal HMG-CoA reductase inhibitor: it is well absorbed, reaches the liver unchanged, it is largely extracted by the liver, and is excreted almost entirely via the hepatobiliary system undergoing enterohepatic circulation." It is not true, however, that cerivastatin is "largely extracted" by the liver. Usually substantially less than half is. Further, it is not "almost entirely" excreted via the hepatobiliary system as around a quarter of the administered dose appears in the urine. Human variation in the components that make up the features of an ideal statin and interactions with other drugs more likely than not account for the high toxicity of cerivastatin in some patients. Let us look at each of these factors in turn.

25. Bayer scientists reported that "Cerivastatin was rapidly and almost completely absorbed into the gastrointestinal tract (> 98%), with maximum plasma concentrations (Cmax) reached at 2-3 h post dose." (Muck W. et al., "Biopharmaceutical profile of cerivastatin: a novel HMG-CoA reductase inhibitor", J Int Med Res 27:107-114,1999). Thus, absorption may be highly efficient, but the absolute bioavailability of tablet or oral cerivastatin is 60% (Muck W. et al., "Absolute and relative bioavailability of the HMG-CoA reductase inhibitor cerivastatin", Int J Clin Pharmacol 35: 255-260, 1997) meaning that only 40% is extracted by the liver on first-pass and that, on average, 60% of the absorbed cerivastatin is available for systemic exposure of the muscles and other tissues. Further, this value of 60% is based on data from only 7 young, healthy adults with 90% confidence intervals of 53-68%. Thus, in patients with a compromised ability to take cerivastatin up into their livers, the bioavailability of cerivastatin to the systemic circulation would be much higher, meaning that the muscles would encounter much higher concentrations of the drug. Further, these data show that cerivastatin is far from being "completely extracted" or even "largely extracted" by the liver as Bayer scientists claimed. In fact, less than half is extracted by the liver in most patients, and in around 5% of the healthy adult humans it is predicted that less than 32% will be extracted, meaning that more than 68% of

the absorbed dose could enter the circulating plasma and be taken up by the muscles and other non-hepatic tissues, where it could cause pathological effects.

26. For Baycol to be an ideal statin, its elimination would also be via direct elimination in the bile preventing systemic exposure outside of the liver to the drug or its metabolites. Bayer scientist Dr. Muck stated, "Cerivastatin is exclusively cleared via metabolism. No unchanged drug is excreted. Approximately 70% of the administered dose is excreted as metabolites in the feces, and 30% in the urine." (Muck, W. "Clinical pharmacokinetics of cerivastatin," Clin Pharmacokinet 39:99-116, 2000). Thus, only 70% of cerivastatin is excreted directly in the bile, in the average person. In patients with compromised biliary excretion this value could be far lower.

27. From the above we can see that people who took Baycol were at risk of cytotoxicity because the drug was not well extracted by the liver and was not entirely excreted in the bile, making it highly bioavailable. The plasma level achieved after a single oral administration of cerivastatin increases with increasing dose (see Table 1 in Muck,W. "Clinical pharmacokinetics of cerivastatin", Clin Pharmacokinet 39: 99-116, 2000). In healthy, young adult human volunteers given a single oral dose of 0.3 mg of cerivastatin the average maximum plasma level achieved was 3.55 to 4.22 micrograms/ liter (~ 8 nM) dependent upon the time of day the dose was administered and the fasted state of the study subjects. In those given 0.4 mg this rose to 4.04 to 5.45 micrograms/ liter (~10 nM). At 0.8 mg the average level achieved was 7.1 to 12.2 micrograms/ liter (~20 nM). In subjects given Baycol daily the steady state levels were even higher at 3.7-5.4 micrograms/ liter for 0.3 mg, 6.3 micrograms/ liter for 0.4 mg and 13.8 micrograms/ liter (~29 nM) for 0.8mg doses. In addition to the *in vitro* studies cited earlier which found cytotoxic effects in the 20 nM range, Kaneider et al. reported that 'At concentrations of 10 nM or higher, cerivastatin increased the rate of apoptosis in phagocytes and smooth muscle cells' (Kaneider, N.C. et al., "Induction of apoptosis and inhibition of migration of inflammatory and vascular wall cells by cerivastatin," Atherosclerosis 158, 23-33, 2001). This shows the apoptosis-inducing potential of cerivastatin under normal therapeutic regimens and that cytotoxic concentrations of the drug were readily achievable even in normal healthy

subjects.

28. Differences in absorption, distribution and metabolism of Baycol would undoubtedly mean that even higher cytotoxic concentrations of cerivastatin were likely achieved in the plasma and muscle of susceptible patients. It has been established that the risk of rhabdomyolysis with statins increases with serum concentrations of the drugs (Omar M.A.et al. "Rhabdomyolysis and HMG-CoA reductase inhibitors," Ann Pharmacother 35: 1096-1107, 2001). Factors affecting the volume of distribution, such as body size and sex, as well as factors lowering drug metabolism, such as renal and hepatic function, age, hypothyroidism, debilitation, and diabetes, alter the risk of rhabdomyolysis (Thompson et al., "Statin-Associated Myopathy," JAMA 289:1681-1690, 2003). Concomitant medications also affect the rhabdomyolysis risk, primarily by altering statin metabolism and elimination from the body.

## VIII. THE METABOLISM OF BAYCOL IS COMPLEX, MAKING DRUG-DRUG INTERACTIONS HIGHLY LIKELY

29. Baycol was also touted by Bayer scientists (e.g. Muck, 2000) as being "an uncomplicated drug with regard to its biopharmaceutical profile" and "relatively unsusceptible to drug-drug interactions, mainly because of its dual metabolic profile involving more than one CYP isoform, which offers alternate biotransformation routes." The metabolism and pharmacokinetic (biopharmaceutical) profile of Baycol is, in fact, quite complex and the notion that dual metabolic pathways would decrease susceptibility to drug-drug interactions is flawed, because if two enzymes are involved this raises not lowers the possibility of interactions with other drugs and makes the situation less predictable.

30. Cerivastatin is subject to two main oxidative biotransformation reactions: demethylation of the benzylic methyl ether moiety leading to the metabolite M-1 [catalyzed by cytochrome P450 (CYP) 2C8 and CYP3A4] and stereoselective hydroxylation of one methyl group of the 6-isopropyl substituent leading to the metabolite M-23 (catalyzed by CYP2C8). The product of the combined biotransformation reactions is a secondary minor metabolite, M-24, not detectable in plasma. All 3 metabolites are active inhibitors of HMG-CoA reductase with a similar potency to the parent drug.

31. The "dual metabolic pathway" paradigm was initially proposed by Bayer scientists as a positive thing. For example, Dr. Muck wrote, "Metabolism by 2 distinct CYP isoforms renders cerivastatin relatively resistant to interactions arising from inhibition of CYP. If one of the pathways is blocked, cerivastatin can be effectively metabolised by the alternative route. In addition, on the basis of in vitro investigations, there is no evidence for either cerivastatin or its metabolites having any inducing or inhibitory activity on CYP. The apparent lack of any clinically relevant interactions with a variety of drugs commonly used by patients in the target population supports this favourable drug-drug interaction profile." However, both CYP2C8 and CYP3A4 are equally open to inhibition by other drugs and different ones at that. At least 50 different drugs inhibit either or both of these enzymes. For example, Avandia (Rosiglitazone) and Actos (Pioglitazone) are potent a CYP2C8 inhibitors, as is the now withdrawn drug, Troglitazone (Rezulin) (Sahi J. et al. "Comparative effects of thiazolidinediones on in vitro P450 enzyme induction and inhibition," Drug Metab Dispos 31: 439-446, 2003). These commonly prescribed drugs do not inhibit CYP3A4 (in fact they induce it), but many other drugs and some dietary components, such as grapefruit juice, do inhibit this enzyme. The likelihood of numerous drug-drug interactions is therefore elevated by having two enzymes involved and is less predictable on a population basis as there are more drugs that can inhibit the metabolism. Other CYP2C8 and CYP3A4 inhibitors include, respectively, the commonly prescribed drug tamoxifen and the oral contraceptive ethinylestradiol. Inhibition of the CYP-dependent metabolism of cerivastatin would decrease its detoxification and clearance from the body and raise the circulating plasma concentration to potentially toxic levels.

32. The most serious interactions between Baycol and other drugs appear to be with gemfibrozil or clopidogrel. As documented in the report of Dr. Farquhar in this case and in the scientific literature in general, both gemfibrozil and clopidogrel produce dramatic increases in the toxic effects of cerivastatin when they are co-administered. Both drugs more likely than not inhibit the metabolism and clearance of cerivastatin thereby raising plasma concentrations to toxic levels in some patients. This is mainly a pharmacokinetic effect rather than a pharmacodynamic one.

## IX. GEMFIBROZIL INHIBITS THE GLUCURONIDATION AND CYP2C8-DEPENDENT METABOLISM AND CLEARANCE OF BAYCOL

33. Wang et al (2002) showed that gemfibrozil inhibits CYP2C8 (Wang J.S. et al., "Gemfibrozil inhibits CYP2C8-mediated cerivastatin metabolism in human liver microsomes," Drug Metab Dispos 30: 1352-1356, 2002). They wrote: "To explore the mechanism of the interaction between gemfibrozil and cerivastatin, the enzyme mapping of the oxidative metabolism of cerivastatin and the effect of gemfibrozil on cerivastatin metabolism were studied using human liver microsomes and expressed cytochrome p450 (p450) CYP2C8 and 3A4 isoforms. Based on studies with isoform-selective chemical inhibitors and expressed enzymes, CYP2C8 and CYP3A4 were equally important in the formation of desmethylcerivastatin (M-1), whereas the formation of the quantitatively most important hydroxy metabolite (M-23) was predominantly mediated via CYP2C8; other p450 isoforms played a negligible role. In human liver microsomes, gemfibrozil markedly inhibited M-23 formation, with a K(i) (IC(50)) value of 69 (95) micro M, whereas inhibition of M-1 formation was weaker with a K(i) (IC(50)) value of 273 (>250) micro M. The inhibitory effect of gemfibrozil was attributable to inhibition of CYP2C8 rather than CYP3A4, as evidenced by potent inhibition of the formation of M-23 (IC(50) = 68 micro M) and M-1 (IC(50) = 78 micro M) in recombinant CYP2C8 but not in recombinant CYP3A4. Additionally, gemfibrozil inhibited paclitaxel 6 alpha-hydroxylation [K(i) (IC(50)) = 75 micro M (91 micro M)], a CYP2C8 marker reaction, but did not inhibit testosterone 6 beta-hydroxylation (CYP3A4). <u>The present in vitro findings suggest that inhibition of CYP2C8 activity by gemfibrozil at least partially explains the interaction between gemfibrozil and cerivastatin</u> (emphasis added). The formation of M-23 acid from cerivastatin is mediated mainly by CYP2C8 and thus may be a suitable CYP2C8 probe reaction. Inhibition of CYP2C8-mediated metabolism by gemfibrozil warrants further in vivo exploration."

34. The same Finnish group that published the above findings also reported on a study in 10 healthy volunteers took 600 mg gemfibrozil or placebo twice daily for 3 days (Backman J.T. et al., "Gemfibrozil greatly increases plasma concentrations of cerivastatin," <u>Clin</u>

Pharmacol Ther. 72: 685-91, 2002). On day 3, each subject ingested a single 0.3 mg dose of cerivastatin. Plasma concentrations of cerivastatin, its metabolites, and gemfibrozil were measured up to 24 hours. They found that gemfibrozil greatly increased plasma concentrations of cerivastatin, cerivastatin lactone, and metabolite M-1, whereas the level of metabolite M-23 is markedly reduced by gemfibrozil. They concluded that the "increased exposure to cerivastatin in the presence of gemfibrozil may explain the high incidence of myopathy observed with this combination, although the role of pharmacodynamic interactions between these 2 agents cannot be excluded."

35. In the most recent publication from this Finnish research group (Kyrklund C. et al, "Gemfibrozil increases plasma pravastatin concentrations and reduces pravastatin renal clearance," Clin. Pharm. Ther. 73:538-544, 2003) they summarize their findings on the interaction of gemfibrozil with other statins as follows: "Gemfibrozil increases the mean area under the plasma concentration - time curve (AUC) values of cerivastatin, lovastatin and simvastatin by 460%,180%, and 150%, respectively, and considerably greater increases occur in some individuals." Indeed as Backman et al. had shown earlier during gemfibrozil treatment, the peak concentration of cerivastatin in plasma rises to 307% (138% to 809%; P =.0019) of the corresponding value in the placebo phase. Thus, if the average plasma concentration of cerivastatin in patients given 0.3 – 0.8 mg of Baycol is 8-29 nM as described earlier, this could rise as high as 9.09 x 8 - 29 = 72 - 264 nM when gemfibrozil is co-administered, which is at least 3 to 13 times higher than the concentration at which muscle cell death has been shown to occur *in vitro*. Further, the work of Finnish group clearly shows that cerivastatin is the most susceptible statin to potentially toxic interactions with gemfibrozil.

36. It has now been established that the mechanism by which gemfibrozil so markedly elevates cerivastatin concentrations is not only by inhibiting CYP2C8 as the Finnish group showed, but also by inhibiting glucuronidation, a key Phase II metabolic pathway mediated by liver enzymes called UDP- glucuronyl transferases (UDPGT). Despite having different overall chemical structures, the active forms of all marketed statins share a common dihydroxy heptanoic or heptenoic acid side chain. In 1998, Bayer scientists (Boberg M. et al.,

"Biotransformation of cerivastatin in mice, rats, and dogs in vivo," Drug Metab Dispos 26: 640-652) reported that glucuronide conjugates of cerivastatin were formed in animals, indicating that the heptenoic acid side chain can be subject to glucuronidation forming metabolites M-2, M-3 and M-6. Boberg et al. (ibid.) devoted little if any discussion to this finding and do not appear to have followed it up. In 2002 scientists at Merck Research Laboratories did pursue this further and showed that the hydroxy acid forms of cerivastatin, simvastatin and atorvastatin all formed acyl glucuronide conjugates in rat, dog and human liver preparations (Prueksaritanont T. et al., "Glucuronidation of statins in animals and humans: a novel mechanism of statin lactonization," Drug Metab Dispos 30: 505-512, 2002). They went on to suggest that these acyl glucuronide conjugates were unstable and underwent spontaneous conversion to the corresponding inactive lactone forms of the drugs. It had previously been shown that cerivastatin, simvastatin and atorvastatin all underwent significant lactonization *in vivo* in animals and/or humans (Vickers S. et al., "Metabolic disposition studies on simvastatin, a cholesterol-lowering prodrug," Drug Metab Dispos 18: 138-145,1990; Boberg et al., 1998 ibid.; Kantola T. et al., "Effect of itraconazole on the pharmacokinetics of atorvastatin," Clin Pharmacol Ther 64:58-65,1998), in which the active hydroxy acid side chain of the molecule was rearranged into an inactive lactone. Prior to the Merck groups' work it was thought that this occurred by the cyclization of acyl-CoA thioester intermediates (Boberg et al., 1998, ibid.) and by chemical equilibriation processes (Kantola T. et al., "Effect of itraconazole on cerivastatin pharmacokinetics," Eur J Clin Pharmacol 54, 851-855, 1999). The in vitro and in vivo results presented by Prueksaritanont et al. led them to propose that "the glucuronidation pathway contributes, at least in part, to the formation of statin lactones," because of "the relative ease of spontaneous cyclization of the statin acyl glucuronides" (at p. 510). Prueksaritanont et al. concluded their paper by stating that "in addition to the well known P450-mediated oxidation and beta-oxidation processes, glucuronidation is also a common metabolic pathway for the three statins examined. Additionally, this study provides evidence that glucuronidation may play an important role in mediating the lactonization of statins in vivo, and highlights the complexities of statin metabolism associated with hydroxy acid / lactone interconversion. This interconversion process

clearly will need to be taken into account in assessing mechanistic aspects of drug-drug interactions." Indeed, it is more likely than not that by preventing the glucuronidation of cerivastatin and subsequent conversion to inactive lactone metabolites, gemfibrozil elevates the plasma concentration of the active hydroxy acid form of cerivastatin to toxic levels in some patients.

37. In another paper Prueksaritanont et al. ("Mechanistic studies on metabolic interactions between gemfibrozil and statins," J Pharmacol Exp Ther 301: 1042-1051, 2002) went on to show that for cerivastatin " the glucuronidation as well as the CYP2C8- and CYP3A4-mediated oxidation pathways were much more susceptible to inhibition by gemfibrozil than was observed with simvastatin and atorvastatin." They concluded (at p.1049) that "the present in vitro metabolism data suggest that cerivastatin would be more prone to metabolic interactions with gemfibrozil in humans than either simvastatin and atorvastatin. In this regard it is noteworthy that the incidence of reported cases of severe rhabdomyolysis after combination use of gemfibrozil with cerivastatin, which prompted a worldwide withdrawal of cerivastatin from the market, is greater than that with the first-generation statins simvastatin and lovastatin." In further studies by the same group they showed that gemfibrozil "significantly inhibited ($IC_{50} \sim$ 50 – 60 micro M) the oxidation of cerivastatin" and effectively decreased ($IC_{50} \sim$ 30-60 micro M) its lactonization in human hepatocytes (Prueksaritanont T. et al., "Effects of fibrates on metabolism of statins in human hepatocytes," Drug Metab Dispos 30: 1280-1287, 2002). They concluded (at p.1280) that "the pharmacokinetic interaction observed between gemfibrozil and statins" is mediated by gemfibrozil's effects "on the glucuronidation and non-CYP3A-mediated oxidation of statin hydroxy acids."

## X. CONCLUSION

Based on my review of the data and published literature, Baycol is myotoxic and considerably more toxic than other statins, both in monotherapy and in combination with other drugs. The degree of toxicity is influenced by the dose of Baycol given and by the patient's

capacity to metabolize and clear Baycol via cytochrome P450 and/or glucuronidation. Factors that lower the rate of metabolism and clearance of Baycol include abnormal renal and hepatic function, older age, hypothyroidism, debilitation, and diabetes. All of these factors will increase the risk of rhabdomyolysis associated with Baycol therapy. Concomitant medications which inhibit cytochrome P450 and/or glucuronidation will also lower the metabolism and elimination of Baycol and increase the exposure of the peripheral tissues to potentially toxic levels. Gemfibrozil is an example of a drug that inhibits both the glucuronidation and cytochrome P450-dependent detoxification of Baycol in the liver and slows down its clearance from the body. Gemfibrozil therefore increases the exposure of the peripheral tissues including the muscles to Baycol and enhances its myotoxic effects. The margin for safety of Baycol was so small that even modest reductions in its rate of metabolism and clearance from the body posed a significant risk. This more likely than not explains the higher rate of myotoxicity and deaths associated with Baycol therapy as compared to other statins.

Date

Martyn T. Smith, Ph.D.

# CURRICULUM VITAE

**Martyn Thomas Smith, Ph.D.**
Professor of Toxicology
Division of Environmental Health Sciences
School of Public Health
University of California
140 Earl Warren Hall
Berkeley, California 94720-7360
martynts@uclink4.berkeley.edu
Birthplace: Lincoln, England
Citizenship: American

Δ π EXHIBIT 11
Deponent Smith
Date 2/9/04 Rptr. SFB
WWW.DEPOBOOK.COM

## EDUCATIONAL BACKGROUND:

| | |
|---|---|
| 1977 | BSc (Honors) degree in Biology<br>Queen Elizabeth College, University of London |
| 1980 | PhD in Biochemistry entitled "Studies on Oxidative Drug Metabolism Using Quantitative Cytochemical and Biochemical Methods."<br>Department of Biochemistry and Chemistry,<br>Medical College of St. Bartholomew's Hospital Charterhouse Square, London EC1M 6BQ |

## EMPLOYMENT HISTORY:

| | |
|---|---|
| 1980-1981 | Post-doctoral researcher with Professor Sten Orrenius,<br>Department of Toxicology.<br>Karolinska Institute, Stockholm, Sweden |
| 1981-1982 | Teaching Fellow (Junior Lecturer) Toxicology Unit,<br>Department of Pharmacology, School of Pharmacy,<br>University of London |
| 1981-1982 | Taught the first combined BSc degree course in Toxicology and Pharmacology offered in the UK. |
| 1982-present | Assistant Professor of Toxicology (1982-1987)<br>Associate Professor of Toxicology (1987-1992)<br>Professor of Toxicology (1992 - present)<br>Currently Professor, Step VI.<br>Division of Environmental Health Sciences<br>School of Public Health,<br>University of California, Berkeley |

### Appointments:

| | |
|---|---|
| 1986-present | Associate Director, Health Effects Component of the UC Toxic Substances Program |
| 1987-present | Director, NIEHS Superfund Basic Research Program |
| 1988-2003 | Staff Scientist, Lawrence Berkeley National Laboratory |
| 1993-1994 | Head, Division of Environmental Health Sciences |
| 1994-1997 | Deputy Head, Division of Environmental Health Sciences |
| 1997-1998 | Head, Division of Environmental Health Sciences |
| 1998-2002 | Deputy Head, Division of Environmental Health Sciences |
| 2002- present | Director, NIEHS Center for Environmental Health Sciences |
| Present | Member of the Graduate Groups in Environmental Health Science, Nutrition and Comparative Biochemistry |

**Awards and Honors:**

Fellow of American Association for the Advancement of Science, 1994.
Visiting Professor, Chinese Academy of Preventive Medicine, Beijing, China, 1992.
Boehringer-Mannheim and Burroughs-Wellcome Post-doctoral Fellowships, 1980-81
Past-President, National Association of Superfund Research Program Directors (President 1995-97)

**UNIVERSITY AND PUBLIC SERVICE:**

**Teaching Activities**

**Courses Taught**

Fall Semester : Toxicology 1 – PH170B/ PH270B/ NS110

Spring Semester: Introduction to Environmental Health – PH150B

Summer, 2000 & 2002: Molecular Genetics of Cancer, University of Pisa, Italy,

**Graduate Student Trainees**

*Theses Chaired*

**David Eastmond**, "Free Radical Mechanisms in Benzene Toxicity" Ph.D. 1987. Currently Professor of Toxicology at University of California, Riverside.
**Martha S. Sandy,** "Mechanisms of Paraquat, Diquat and MPTP Cytotoxicity" Ph.D. 1988. Currently Scientist at Cal EPA.
**Celia G. Evans**, "Mechanisms of Resistance to Alkylating Agents in Brain Tumor Cells: Ph.D. 1988. Currently Senior Toxicologist at Exponent, Seattle, WA.
**Moire L. Robertson**, "Induction of Micronuclei by Benzene Metabolites: Studies with Isolated Lymphocytes" Ph.D. 1992. Currently Toxicologist at Variant, Walnut Creek, CA
**Kathleen E. Meyer**, "Application of Antisense Technology in Determining the Role of Myeloperoxidase in Hydroquinone-Induced Genotoxicity: Ph.D. 1993. Currently Toxicologist at Elan Pharmaceuticals.
**Jean A. Grassman**, "Development of an Immunoassay to Detect Benzene Adducts in Hemoglobin" Ph.D. 1993, Assistant Professor, Brooklyn College, City University of New York.
**Lee E. Moore**, "Use of Fluorescent *in situ* Hybridization (FISH) to Measure Radiation- and Arsenic- Induced Aneuploidy and Micronucleus Formation in Human Exfoliated Cells", Ph.D. 1994. Currently at the Division of Cancer Epidemiology and Genetics, National Cancer Institute.
**Sharan Campleman**, "Genotyping of Cytochrome P4502E1 as a Biological Marker of Genetic Susceptibility in Chemical Carcinogenesis: Studies on a Benzene Exposed Cohort", Ph.D. 1995. Currently epidemiologist for Northern California Cancer Program.
**Joseph Wiemels**, "*Ras* Oncogene Involvement in the Leukemic Phenotype and the Development of Mutational Biomarkers of Chemical Leukemogens", Ph.D. 1997. Currently Assistant Professor at UC San Francisco, Department of Epidemiology and Biostatistics
**Caroline Tanner**, "The Relative Contributions of Genetic and Environmental Factors to the Cause of Parkinsons Disease ", Ph.D. 1998. Currently head of clinical research at Parkinson's Institute, San Jose, CA
**Elinor Fanning**, " New Initiatives in Cancer Risk Assessment: Benzene as a Case Study", Ph.D. 1998. Currently with CalEPA.
**Margy S. Lambert**, "Development of a Human Recombinational Mutation Assay and a Mechanistic Model for the Chromosomal Rearrangements in Cancer" - Ph.D. 1999. Lecturer at the University of Wisconsin, Madison
**Laura Gunn**, "Biomarkers of Genetic Damage in Children of the Inner city" - M.S. 1999.
**Christine Skibola**, "Polymorphisms in the Methylenetetrahydrofolate Reductase Gene and Susceptibility to Acute Leukemia in Adults" - M.S. 1999; Ph.D. 2001.
**Laura Gunn**, "The Delivery of The FHIT Tumor Suppressor Protein into Lung Cancer Cells" – Ph.D. 2003.

*Selected Postdoctoral Trainees*

Ann de Peyster, 1983-4, now Professor of Toxicology, San Diego State University, San Diego, CA.
David Ross, 1985-6, now Professor and Chair of Molecular and Environmental Toxicology, University of Colorado, Denver, CO.
Donato DiMonte, 1986-7, now Head of Basic Research, Parkinson's Institute, San Jose, CA.
Gunnila Ekstrom, 1986-7, now Scientist at Astra-Zeneca, Sodertalje, Sweden.
Vangala Subrahmanyam, 1990-93, now Scientist at Purdue-Pharma, New Jersey.
Jenny Quintana, 1990-1, Associate Professor, San Diego State University., San Diego, CA.
Jan Semenza, 1995-6, now Assistant Professor of Molecular Epidemiology, Univ. of California, Irvine.
Michael Jeng, 1997-9, now Assistant Professor of Hematology at St. Jude's Childrens Hospital, Memphis, Tennessee.
Matthew Forrest, 2001-3, Team 67, Sanger Center, Cambridge UK
Patricia Escobar-Stein 2001-3, Scientist at Bioreliance, Rockville, MD

*Current Postdoctoral Trainees*

Chiara Corso – September 2002 – present
Biomarkers of genetic damage

**Recent service as an oral examiner for doctoral students**

Eric Haux, Final exam 6/7/00, Qualifying 10/8/99
Michael Pabarcus, Qualifying exam 3/9/00
Kurt Carlson, Qualifying exam 2/4/00
Heileen Hsu, Qualifying exam 9/26/01
Helen Poynton, Qualifying exam, 12/17/02 and 6/4/03
Jon Sharp, Qualifying exam, 4/11/03
Lorien Fono, Qualifying exam, 4/14/03

**Recent Service on University Committees**

Member, Campus Committee on the Environment, 2002-4
Chair, Faculty Council, School of Public Health, 2003-4
Chair, Strategic Planning Committee, School of Public Health, 2002-3
Member, Senate Committee on Research, Spring 2000
Member, Laboratory Operations and Safety Committee for the Campus, 1997-2000, 2001-3
Member of Faculty Council, School of Public Health, 1999 –2000, 2002-3
Head, Research Committee, School of Public Health, 1998- 99
Member, Hazardous Waste Management Committee for the Campus 1997-99

**Public Service**

President and Board Member, Park Hills Homes Association, a homeowners association representing 210 homes in North Berkeley, 1997 – 2000.