**PROFESSIONAL ACTIVITIES:**

**Recent Invited Lectures**

**2001**

"National Cancer Institute Workshop on Gene-Environment Interactions in the Etiology of Childhood Cancer", Panel 1 – Exposure Assessment – Natcher Center, Bethesda, MD, February 8-9, 2001.

"Using genomics to find the causes of leukemia", Seminar at Syngenta Central Toxicology Laboratory, Alderley Edge, England, February 23, 2001.

"Metabolic enzyme polymorphisms and susceptibility to leukemia", Invited speaker at Annual Meeting of the Leukaemia Research Fund, London, UK, February 28, 2001.

"Using biomarkers to improve the risk assessment of benzene and find the causes of leukemia", Invited seminar at Institute of Toxicology, Univ. of Mainz, Germany, March 2, 2001.

"Biomarkers of carcinogenesis: Past, present and future", Invited speaker at Annual Meeting of the Environmental Mutagen Society, San Diego, CA, March 20, 2001.

"Biomarkers of leukemia", Seminar at Chinese Academy of Preventive Medicine, Beijing, China, May 31, 2001.

"Using biomarkers to find the causes of leukemia and lymphoma", School of Public Health Research Symposium, October 11, 2001

"Using biomarkers to find the causes of leukemia and lymphoma", Invited seminar at Kaiser Permanente, Oakland CA, October 30, 2001

"Causal models of leukemia and lymphoma", Invited talk at International Agency for Reseach on Cancer workshop entitled 'Mechanistic Considerations in the Molecular Epidemiology of Cancer', Lyon, France, November 14, 2001

**2002**

"Biomarkers of carcinogenesis: Past, present and future", Invited seminar at Chinese Academy of Preventive Medicine, Beijing, China, February 25, 2002

"Benzene biomarkers and risk of leukemia", Invited seminar at Sun-Yat Sen University, Guangzhou, China, March 1,2002

"Dietary quinones, NQO1 and childhood leukemia", Invited speaker at NCI workshop on Gene-Environment Interactions in the Etiology of Childhood Cancer, Bethesda MD, March 25,2002

"Molecular epidemiology contributions to testing the population mixing hypothesis", Invited speaker at NCI workshop on Epidemiological Approaches to Testing the Population Mixing Hypothesis for Childhood Leukemia, March 27, 2002.

"Genetic susceptibility to leukemia", Invited speaker and symposium co-chair, Annual meeting of the Environmental Mutagen Society, Anchorage, Alaska, April 29, 2002.

"The promise of new biotechnologies for assessing occupational carcinogens", Plenary talk at NIOSH NORA Cancer Methods Workshop, Washington D.C., May 8, 2002

"Molecular Genetics of Cancer", 5-day workshop in Pisa, Italy, June 3-7, 2002

"Applying New Biotechnologies in Occupational and Environmental Health", Invited seminar at School of Public Health, UCLA.

"Emerging biomarkers of the cancer process in humans", Invited speaker at Superfund Basic Research Program on Transitioning Basic Science to Practical Applications to Meet Environmental and Public Health Challenges, Tucson, AZ, November 3-6, 2002.

"Genetic susceptibility to leukemia and lymphoma", Invited speaker at Symposium and Gene-Environmental Interactions, Riverside, CA, November 15, 2002.

**2003**

"Biomarkers of Early Effect for Hematological Malignancies", Invited speaker and Co-organizer of the AACR-SOT Special conference on 'Molecular and Genetic Epidemiology of Cancer', Hawaii, Jan 21, 2003.

"Using new technologies to develop biomarkers of leukemia and lymphoma", Distinguished lecturer, National Institute of Environmental Health Sciences, RTP, NC. Feb 12, 2003

"Gene-environment interactions in human leukemia", Invited speaker at NIH symposium on 'Genetic Variation and Gene-Environment Interaction in Human Health and Disease', held in celebration of the 50th anniversary of the discovery of the DNA double helix, Bethesda MD, April 16, 2003.

"Molecular epidemiology of childhood leukemia", Invited speaker at Annual meeting of the Environmental Mutagen Society, Miami, FL, May 11, 2003.

"Genetic Susceptibility and Genetic Markers in Childhood Leukemia", Invited speaker at the Annual meeting of the American Association for Cancer Research meeting in Washington D.C., July 11,2003.

"Gene-environment interactions in human leukemia and lymphoma", Invited speaker at 61st Annual NIEHS Center Directors Meeting, Johns Hopkins University, Baltimore MD, October 20, 2003.

**Service to Editorial Boards of Scientific Journals**

*Prior member of Editorial Board of:*

Free Radical Research (1990 –2000)
Biomarkers (1995-2001)
Molecular Toxicology
International Journal of Toxicology
Advances in Pharmacology

*Recent reviewer for the following journals:*

Proceedings of the National Academy of Sciences; BLOOD; Cancer Research; Chemical Research in Toxicology; Toxicology; Biomarkers; Cancer Epidemiology; Biomarkers and Prevention; Cancer Detection and Prevention; Carcinogenesis; Archives of Biochemistry and Biophysics; Mutation Research; Environmental and Molecular Mutagenesis; Environmental Health Perspectives

**Professional Societies and Memberships**

*Local*

Genetic and Environmental Toxicology Association (GETA) of Northern California (President, 1987)
Society of Toxicology, Northern California Chapter (NorCal SOT)
(Founding member and chair of the Nominating Committee, 1986)

*National*

American Association for Cancer Research (AACR)
American Association for the Advancement of Science (AAAS)
American Society of Hematology (ASH)
Environmental Mutagen Society (EMS),
Society of Toxicology (SOT)

**Recent Service to Professional Societies**

Elected member of the Molecular Epidemiology Group of the American Association for Cancer Research, Chair of Communications Committee.
Joint Head of New Technologies Committee for the Environmental Mutagen Society
Member of Program Committee for 2001, Annual Society of Toxicology Meeting in San Francisco, CA
Member of Program Committee for 2001, Short Course Organizer and Invited Symposium Speaker at the 2001 Environmental Mutagen Society meeting in San Diego, California, March 16-21, 2001.
Member of the Program Planning Committees for the 2002 and 2003 Environmental Mutagen Society meetings in Anchorage, Alaska and Miami, FL
Member of the Organizing committee for the AACR-SOT Special Conference on 'Molecular and Genetic Epidemiology of Cancer', Hawaii, January, 2003.
Member of the Program committee for the International Union of Toxicology (IUTOX) satellite meeting in Tampere, Finland July 2004.

**Recent Service to Educational and Government Agencies**

Member of National Environmental Health Advisory Council, January 2000 - December 2003. This committee advises NIEHS, NIH on all actions.

Member of the National Leukemia/Brain Cancer Workshop Steering Committee for the National Cancer Institute.

Member of Committee on National Study of Myelodysplastic Syndromes, Office of Rare Diseases, National Heart, Lung and Blood Institute.

**RESEARCH AND PUBLICATIONS:**

**Current Research Areas**

- The Causes of Leukemia and Lymphoma in Adults and Children
- Metabolism and Toxicity of Benzene
- Biomarkers of Genetic Damage and Susceptibility in Humans
- Studies of Genotoxic Effects of Chemicals in Humans

**Published Research Papers in Peer-Reviewed Journals**


1. **Smith MT**, Darmon J, Wills ED, Dondi PG (1979) Rapid data analysis in quantitative cytochemistry. *Histochem J* 11: 370-371.
2. **Smith MT**, Loveridge N, Wills ED, Chayen J (1979) The distribution of glutathione in the rat liver lobule. *Biochem J* 182: 103-108.
3. **Smith MT**, Wills ED, Drew K, Maxwell C, Daly JR, Reader SCJ, Robertson WR (1980) Applications of an inexpensive, general purpose microcomputer in quantitative cytochemistry. *Histochem J* 68: 321-323.
4. **Smith MT**, Wills ED (1981) Effects of dietary lipid and phenobarbitone on the distribution and concentration of cytochrome P-450 in the liver studied by quantitative cytochemistry. *FEBS Letters* 127: 33-36.
5. **Smith MT**, Wills ED (1981) Effect of dietary lipid and phenobarbitone on the production and utilization of NADPH in the liver. A combined biochemical and quantitative cytochemical study. *Biochem J* 200: 691-699.
6. Henderson B, Loveridge N, Robertson WR, **Smith MT** (1981) The influence of the storage of tissue blocks at -70°C on enzyme activity: a quantitative cytochemical study. *Histochemistry* 72: 545-550.
7. **Smith MT**, Thor H, Orrenius S (1981) Toxic injury to isolated hepatocytes is not dependent on extracellular calcium. *Science* 213: 1257-1259.
8. **Smith MT**, Thor H, Hartzell P, Orrenius S (1982) The measurement of lipid peroxidation in isolated hepatocytes. *Biochem Pharmacol* 31: 19-26.
9. Jewell SA, Bellomo G, Thor H, Orrenius S, **Smith MT** (1982) Bleb formation in hepatocytes during drug metabolism is caused by disturbances in thiol and calcium ion homeostasis. *Science* 217: 1257-1259.

10. Thor H, **Smith MT**, Hartzell P, Bellomo G, Jewell SA, Orrenius S (1982) The metabolism of menadione in isolated hepatocytes. A study of the implications of oxidative stress in intact cells. *J Biol Chem* 257: 12419-12425.
11. **Smith MT**, Thor H, Orrenius S (1983) Role of lipid peroxidation in the toxicity of foreign compounds to liver cells. *Biochem Pharmacol* 32: 763-764.
12. Jones DP, Thor H, **Smith MT**, Jewell SA, Orrenius S (1983) Inhibition of ATP-dependent microsomal $Ca^{2+}$ sequestration during oxidative stress and its prevention by glutathione. *J Biol Chem* 258: 6390-6393.
13. Cohen GM, Wilson GD, Gibby EM, **Smith MT**, Doherty MD, Connors T (1983) 1-Naphthol: A potential anti-cancer agent. *Biochem Pharmacol* 32: 2363-2365.
14. **Smith MT**, Redick JA, Baron J (1983) Quantitative immunocytochemistry: A comparison of microdensitometric measurement of unlabeled antibody peroxidase-antiperoxidase staining and of microfluorometric measurement of indirect fluorescent antibody staining for NADPH-cytochrome (P-450) reductase. *J Histochem Cytochem* 31: 1183-1189.
15. de Peyster A, Quintanilha A, Packer L, **Smith MT** (1984) Oxygen radical formation induced by gossypol in rat liver microsomes and human sperm. *Biochem Biophys Res Commun* 118: 573-579.
16. Doherty MD, Cohen GM, **Smith MT** (1984) Mechanisms of toxic injury to isolated hepatocytes by 1-naphthol. *Biochem Pharmacol* 33: 543-549.
17. Thornalley PJ, Doherty MD, **Smith MT**, Bannister JM, Cohen GM (1984) The formation of active oxygen species following activation of 1-naphthol, 1,2- and 1,4-naphthoquinone by rat liver microsomes. *Chem-Biol Interact* 48: 195-206.
18. Chesis PL, Levin DB, **Smith MT**, Ernster L, Ames BN (1984) Mutagenicity of quinones: pathways of metabolic activation and detoxification. *Proc Natl Acad Sci USA* 81: 1696-1700.
19. **Smith MT**, Evans CG (1984) Inhibitory effect of superoxide generating quinones on superoxide dismutase. *Biochem Pharmacol* 33: 3109-3110.
20. Fluck DS, Rappaport SM, Eastmond DA, **Smith MT** (1984) Conversion of 1-naphthol to naphthoquinone metabolites by rat liver microsomes: Demonstration by high pressure liquid chromatography with electrochemical detection. *Arch Biochem Biophys* 235: 351-358.
21. Bleeke MS, **Smith MT**, Casida JE (1985) Metabolism and toxicity of metribuzin in mouse liver. *Pesticide Biochem Physiol* 23: 123-130.
22. **Smith MT**. (1985) Role of oxygen radicals in the mutagenic, carcinogenic and anticancer properties of quinones. *Life Chemistry Reports* 3: 211-220.
23. **Smith MT**, Fluck DS, Eastmond DA, Rappaport SM (1985) Detection of quinone metabolites by HPLC with reductive electrochemical detection. *Life Chemistry Reports* 3: 250-258.
24. Talcott RE, **Smith MT**, Giannini DD (1985) Inhibition of microsomal lipid peroxidation by naphthoquinones: Structure-activity relationships and possible mechanisms of action. *Arch Biochem Biophys* 241: 88-94.
25. **Smith MT**, Thompson S (1985) Free radical and alcoholics. *Lancet* (October 5): 774-775.
26. **Smith MT**, Sandy MS (1985) Role of extracellular $Ca^{2+}$ in toxic liver injury: comparative studies with the perfused liver and isolated hepatocytes. *Toxicol Appl Pharmacol* 81: 213-219.
27. Thompson S, **Smith MT** (1985) Measurement of a diene conjugated form of linoleic acid in plasma by hplc: A questionable non-invasive assay of free radical activity. *Chem-Biol Interact* 55: 357-367.
28. Ross D, Mehlhorn R, Moldeus PW, **Smith MT** (1985) Metabolism of diethylstilbesterol by horseradish peroxidase and prostaglandin synthase: generation of a free radical intermediate and its interaction with glutathione. *J Biol Chem* 260: 16210 - 16214.
29. **Smith MT** (1985) Quinones as mutagens, carcinogens and anticancer agents: introduction and overview. *J Toxicol Environ Health* 16: 665-672.
30. Berger MS, Talcott RE, Rosenblum ML, Silva M, Ali-Osman F, **Smith MT** (1985) The use of quinones in brain tumor chemotherapy: preliminary results from preclinical investigations. *J Tox Environ Health* 16: 713-719.
31. Di Monte D, Sandy MS, Ekstrom G, **Smith MT** (1986) Comparative studies on the mechanisms of paraquat and 1-methyl-4-phenyl-pyridine (MPP+) cytotoxicity. *Biochem Biophys Res Commun* 137: 303-309.
32. Di Monte D, Jewell SA, Ekstrom G, Sandy MS, **Smith MT** (1986) 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) and 1-methyl-4-phenylpyridine (MPP+) Cause rapid ATP depletion in isolated hepatocytes. *Biochem Biophys Res Commun* 137: 310- 315.
33. Ross D, Thor H, Threadgill MD, Sandy MS, **Smith MT**, Moldeus PW, Orrenius S (1986) The role of oxidative processes in the cytotoxicity of 1,4-naphthoquinones in isolated hepatocytes. *Arch Biochem Biophys* 248: 460-466.

34. Sandy MS, Moldeus PW, Ross D, **Smith MT** (1986) Role of redox cycling and lipid peroxidation in bipyridyl herbicide cytotoxicity: Studies with a compromised isolated hepatocyte model system. *Biochem Pharmacol* 35: 3095-3101.
35. Ross D, Moldeus PW, Sies H, **Smith MT** (1986) Mechanism and relevance of glutathione mutagenicity. *Mutation Research* 175: 127-131.
36. Eastmond D, **Smith MT**, Ruzo LO, Ross D (1986) Metabolic activation of phenol by human myeloperoxidase and horseradish peroxidase. *Molec Pharmacol* 30: 674-679.
37. **Smith MT**, Ekstrom G, Sandy MS, Di Monte D (1987) Studies on the mechanism of 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine cytotoxicity in isolated hepatocytes. *Life Sciences* 40: 741-748.
38. **Smith MT**, Sandy MS, Di Monte D (1987) Free radicals, lipid peroxidation and Parkinson's Disease. *Lancet* I (Jan.3) 38.
39. **Smith MT** (1987) Quantitative risk aspects of the "Woburn Case." *Science* 235: 144-145 (letter).
40. Eastmond DA, French RC, Ross D, **Smith MT** (1987) Metabolic activation of diethylstilbestrol by stimulated human leukocytes. *Cancer Letters* 35: 79-86.
41. Evans CG, Bodell WJ, Tokuda K, Doane-Setzer P, **Smith MT** (1987) Glutathione and related enzymes in rat brain tumor cell resistance to 1,3-bis(2-chloroethyl)-1 -nitrosourea and nitrogen mustard. *Cancer Research* 47: 2525-2530.
42. Ekstrom G, Di Monte D, **Smith MT** (1987) Comparative toxicity and antioxidant activity of l-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP) and its metabolites in isolated hepatocytes and liver microsomes. *Arch Biochem Biophys* 255: 14-18.
43. Di Monte D, Ekstrom G, Shinka T, **Smith MT**, Trevor AJ, Castagnoli Jr N (1987) Role of 1-methyl-4-phenyl-pyridinium ion formation and accumulation in 1-methyl-4-phenyl 1,2,3,6-tetrahydropyridine (MPTP) toxicity to isolated hepatocytes. *Chem-Biol Interact* 62: 105-116.
44. Cotgreave IA, Sandy MS, Berggren M, Moldeus PW, **Smith MT** (1987) N-acetylcysteine and glutathione-dependent protective effect of PZ51 (Ebselen) against diquat-induced cytotoxicity in isolated hepatocytes. *Biochem Pharmacol* 36: 2899-2904.
45. Eastmond DA, **Smith MT**, Irons RD (1987) An interaction of benzene metabolites reproduces the myelotoxicity observed with benzene exposure. *Toxicol Appl Pharm* 91: 85-95.
46. Eastmond DA, French RC, Ross D, **Smith MT** (1987) Metabolic activation of 1-naphthol and phenol by a simple superoxide-generating system and human leukocytes. *Chemico-Biol Interact* 63: 47-62.
47. Di Monte D, Sandy MS, **Smith MT** (1987) Increased efflux rather than oxidation is the mechanism of glutathione depletion by 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP). *Biochem Biophys Res Commun* 148: 153-160.
48. **Smith MT**, Eastmond DA, Di Monte D (1987) The activation and detoxication of quinones by DT-diaphorase. *Chemica Scripta* 27A: 105-107.
49. Sandy MS, Moldeus PW, Ross D, **Smith MT** (1987) Cytotoxicity of the Redox Cycling Compound Diquat in Isolated Hepatocytes: Involvement of Hydrogen Peroxide and Transition Metals. *Arch Biochem Biophys* 259: 29-37.
50. Di Monte D, Shinka T, Sandy MS, Castagnoli N, **Smith MT** (1988) Quantitative analysis of 1-methyl-4-phenyl-1,2,3,6- tetrahydropyridine metabolism in isolated rat hepatocytes. *Drug Metab Dispos* 16: 250-255.
51. Sandy MS, Di Monte D, **Smith MT** (1988) Relationships between intracellular vitamin E, lipid peroxidation and chemical toxicity in hepatocytes. *Toxicol Appl Pharmacol* 93: 288-297.
52. Di Monte D, Sandy MS, Blank L, **Smith MT** (1988) Fructose prevents 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP)-induced ATP depletion and toxicity in isolated hepatocytes. *Biochem Biophys Res Commun* 153: 734-740.
53. Di Monte D, **Smith MT** (1988) Free radicals, lipid peroxidation and 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP)-induced Parkinsonism. *Reviews in the Neurosciences* 2: 67-81.
54. Kehrer JP, Mossman BT, Sevanian A, Trush MA, **Smith MT** (1988) Free radical mechanisms in chemical pathogenesis. *Toxicol Appl Pharmacol* 95: 349-362.
55. Sandy MS, Di Monte D, Cohen P, **Smith MT** (1989) Role of active oxygen in paraquat and 1-methyl-4-phenyl-1,2,3,6 tetrahydropyridine (MPTP) cytotoxicity. *In*: Oxygen Radicals in Biology and Medicine, (Simic MG, Taylor KA, Ward JF, von Sonntag, eds.), Plenum Press, New York, 795-801.
56. **Smith MT**, Evans CG, Doane-Setzer P, Castro V, Tahir MK, Mannervik B (1989) Denitrosation of 1,3-bis(2-chloroethyl)-1-nitrosourea by class mu glutathione transferases and its role in cellular resistance in brain tumor cells. *Cancer Research* 49: 2621-2625.

57. **Smith MT**, Yager JW, Steinmetz KL, Eastmond DA (1989) Peroxidase-dependent metabolism of benzene's phenolic metabolites and its potential role in benzene toxicity and carcinogenicity. *Environ Health Perspect* 82: 23-29.
58. Kawanishi T, Blank L, Harootunian AT, **Smith MT**, Tsien RY (1989) Nature of $Ca^{2+}$ oscillations induced by hormonal stimulation in isolated hepatocytes. *J Biol Chem* 264: 12859-12866.
59. Di Monte D, Wu EY, **Smith MT** (1989) Commentary on 'Biochemical mechanism of action of the dopaminergic neurotoxin 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (MPTP)'. *Toxicology Letters* 48: 117-119.
60. Yager JW, Eastmond DA, Robertson ML, Paradisin WM, **Smith MT** (1990) Characterization of Micronuclei Induced in Human Lymphocytes by Benzene Metabolites. *Cancer Research* 50: 393-399.
61. Ting D, **Smith MT**, Doane-Setzer P, Rappaport SM (1990) Analysis of styrene-oxide-globin adducts based upon reaction with raney nickel. *Carcinogenesis* 11: 755-760.
62. Subrahmanyam VV, Doane-Setzer P, Steinmetz KL, Ross D, **Smith MT** (1990) Phenol-induced stimulation of hydroquinone bioactivation in mouse bone marrow *in vivo:* Possible implications in benzene myelotoxicity. *Toxicology* 62: 107-116.
63. **Smith MT** (1990) Chloral hydrate warning. *Science* 250(4979): 359 (October 19).
64. Wu EY, **Smith MT**, Bellomo G, Di Monte D (1990) Relationships between the mitochondrial transmembrane potential, ATP concentration, and cytotoxicity in isolated rat hepatocytes. *Arch Biochem Biophys* 282: 358-362.
65. Kolachana P, Subrahmanyan VV, Eastmond DA, **Smith MT** (1991) Metabolism of phenylhydroquinone by prostaglandin (H) synthase: possible implications in o-phenylphenol-induced bladder and kidney carcinogenesis. *Carcinogenesis* 12: 145-149.
66. Koller WC, Langston JW, Hubble JP, Irwin I, Zack M, Golbe L, Forno L, Ellenberg J, Kurland L, Ruttenber AJ and **Smith MT** (1991) Does a long preclinical period occur in Parkinson's disease? *Neurology* 41(suppl. 2): 8-13.
67. Bois FY, **Smith MT**, Spear RC (1991) Application of a physiological model of benzene pharmacokinetics and metabolism to hypothesis testing. *Toxicology Letters* 56: 283-298.
68. Subrahmanyam VV, Kolachana P, **Smith MT** (1991) Metabolism of hydroquinone by human myeloperoxidase: mechanisms of stimulation by other phenolic compounds. *Arch Biochem Biophys* 286: 76-84.
69. Ting D, **Smith MT**, Doane-Setzer P, Woodlee J, Rappaport SM (1991) Measurement of styrene-oxide cysteine adducts in hemoglobin by selective catalytic reduction. *Adv Exp Med and Biol* 283: 837-841.
70. Subrahmanyam VV, Kolachana P, **Smith MT** (1991) Effect of phenol and catechol on the kinetics of human myeloperoxidase dependent hydroquinone metabolism. *Adv Exp Med and Biol* 283: 377-381.
71. Robertson ML, Eastmond DA, **Smith MT** (1991) Two benzene metabolites, catechol and hydroquinone produce a synergistic induction of micronuclei and toxicity in human lymphocytes. *Mutation Research* 241: 201-209.
72. Compton PJE, Hooper K, **Smith MT** (1991) Human somatic mutation assays as biomarkers of carcinogenesis. *Env Health Perspect* 94: 135-141.
73. Subrahmanyam VV, Ross D, Eastmond DA, **Smith MT** (1991) Potential role of free radicals in benzene-induced myelotoxicity and leukemia. *Free Rad Biol and Med* 11: 495-515.
74. Subrahmanyam VV, Kolachana P, **Smith MT** (1991) Hydroxylation of phenol to hydroquinone catalyzed by a human myeloperoxidase-superoxide complex: Possible implications in benzene-induced myelotoxicity. *Free Rad Res Comm* 15: 285-296.
75. Mithofer K, Sandy MS, **Smith MT**, Di Monte D (1992) Mitochondrial Poisons Cause Depletion of Reduced Glutathione in Isolated Hepatocytes. *Arch Biochem Biophys* 295: 136.
76. Smith AH, Hopenhayn-Rich C, Bates MN, Goeden HM, HertzPicciotto I, Duggan HM, Wood. R, Kosnett MJ, **Smith MT** (1992) Cancer risks from arsenic in drinking water. *Env Health Perspect* 97: 259-267.
77. **Smith MT**, Wiemels J, Rothman N, Linet MS (1992) Chemical exposure, ras oncogene activation, and acute myeloid leukemia. *J Natl Cancer Inst* 84: 1614-1615.
78. Gutin PH, Levin KJ, McDermott MW, Hooper N, **Smith MT**, Cashman JR, Chan PH, Ross GY, Phillips TL, Levin VA, Davis RL (1992) Lipid peroxidation does not appear to be a factor in late radiation injury of the cervical spinal cord of rats. *Int J Radiat Oncol Biol Phys* 25: 67-72.
79. Sandy MS, **Smith MT**, Langston WJ, Di Monte D (1993) PCR analysis of platelet mtDNA: Lack of specific changes in Parkinson's disease. *Movement Disorders* 8: 74-82.
80. Compton PJE, Jensen RH, Bigbee WL, Langlois RJ, **Smith MT**, Rappaport SM (1993) Workers exposed to styrene studied with the glycophorin-A human mutation assay. *Env Health Persect* 99: 297-302.
81. Zhang L, Robertson ML, Kolachana P, Davison AJ, **Smith MT** (1993) The benzene metabolite, 1,2,4-benzenetriol, induces micronuclei and oxidative DNA damage in human lymphocytes and HL60 cells. *Environ Molec Mutagen* 21: 339-348.

82. Kolachana P, Subrahmanyam VV, Meyer K, Zhang L, **Smith MT** (1993) Benzene and its phenolic metabolites produce oxidative DNA damage in HL60 cells *in vitro* and in the bone marrow *in vivo*. *Cancer Res* 53: 1023-1026.
83. Moore LE, Titenko-Holland N, **Smith MT** (1993) Use of fluorescence *in situ* hybridization to detect chromosome-specific changes in exfoliated human bladder and oral mucosa cells. *Environ Molec Mutagen* 22: 130-137.
84. Moore LE, Titenko-Holland N, Quintana PJE, **Smith MT** (1993) Novel biomarkers of genetic damage in humans: Use of fluorescence *in situ* hybridization to detect aneuploidy and micronuclei in exfoliated cells. *J Toxicol Environ Health* 40: 349-357.
85. Smith AH, Hopenhayn-Rich C, Warner M, Biggs ML, Moore LE, **Smith MT** (1993) Rationale for selecting exfoliated bladder cell micronuclei as potential biomarkers for arsenic genotoxicity. *J Toxicol Environ Health* 40: 223-234.
86. Titenko-Holland N, Moore LE, **Smith MT** (1994) Measurement and characterization of micronuclei in exfoliated cells by fluorescence *in situ* hybridization with a centromeric probe. *Mutation Research* 312: 39-50.
87. Zhang L, Venkatesh P, Robertson ML, **Smith MT** (1994) Detection of 1,2,4-benzenetriol-induced aneuploidy and microtubule disruption by fluorescence *in situ* hybridization and immunocytochemistry. *Mutation Research* 320: 315-327.
88. Schlaifer D, Meyer K, Muller C, Attal M, **Smith MT**, Tamaki S, Pris J, Jaffrezou J-P, Laurent G, Myers C (1994) Antisense inhibition of myeloperoxidase increases the sensitivity of the HL-60 cell line to vincristine. *Leukemia* 8: 289-291.
89. Kolachana P, **Smith MT** (1994) Induction of kinetochore-positive micronuclei in human lymphocytes by the anti-fungal drug griseofulvin. *Mutation Research.* 322: 151-159.
90. **Smith MT**, Suk WA (1994) Application of molecular biomarkers in epidemiology. *Env Health Perspect* 102(suppl 1)229-235.
91. Warner ML, Moore LE, **Smith MT**, Kalman DA, Fanning EW, Smith AH (1994) Increased micronuclei in exfoliated bladder cells of persons who chronically ingest arsenic-contaminated water in Nevada.*Cancer Epidemiology, Biomarkers and Prevention* , 3(7): 583-590.
92. Rothman N, Haas R, Hayes RB, Li GL, Wiemels JL, Campleman SL, Quintana PJE, Xi LJ, Dosemeci M, Titenko-Holland N, Meyer KB, Wei L, Zhang L, Bechtold W, Wang YZ, Kolachana P, Yin SN, Blot W, **Smith MT** (1995) Benzene induces gene-duplicating but not gene-inactivating mutations at the glycophorin A locus in exposed humans. *Proc Natl Acad Sci USA*, 92:4069-4073.
93. **Smith MT**, Lea CS, Buffler PA. (1995) Human population changes caused by hazardous waste. *Central European Journal of Public Health*, 2(3) 77-79.
94. Salmon AG, Kizer KW, Zeise L, Jackson RJ, **Smith MT** (1995) Potential carcinogenicity of chloral hydrate - a review. *J of Toxicology*. Clinical Toxicology, 33(2): 115-121.
95. Moore LE, Smith AH, Hopenhayn-Rich C, Biggs ML, Warner ML, Kalman DA, **Smith MT** (1996) Increased micronuclei found in two populations environmentally exposed to arsenic. *Clinical Chemistry*, 41(12) 1915-1917.
96. Rothman N, Li GL, Dosemeci M, Bechtold W, Marti GE, Wang YZ, Linet M, Xi LQ, Wei L, **Smith MT**, Holland N, Zhang L, Blot W, Yin SN, Hayes RB. (1996) Hematotoxicity among Chinese workers heavily exposed to benzene. *Amer J Indust Med* , 29: 236-246.
97. Moore LE, Warner ML, Smith AH, Kalman DA, **Smith MT** (1996) Use of the fluorescent micronucleus assay to detect the clastogenic effects of radiation and arsenic in human exfoliated epithelial cells. *Environ Molec Mutagenesis*, 27: 176-184.
98. **Smith MT** (1996) Overview of benzene-induced aplastic anemia. *European Journal of Hematology*, 57 (suppl.) :107-110.
99. Hayes RB, Xi LQ, Bechtold WE, Rothman N, Yao M, Henderson R, Zhang L, **Smith MT**, Zhang D, Wiemels JL, Dosemeci M, Yin SN, O'Neill JP. (1996) hprt mutation frequency among workers exposed to 1,3-butadiene in China. *Toxicology,* 113:100-105.
100. **Smith MT** (1996) The Mechanism of Benzene-induced Leukemia: A Hypothesis and Speculations on the Causes of Leukemia. *Environmental Health Persepectives,* 104 (Suppl. 6):1219-1225.
101. Zhang L, Rothman N, Wang Y, Hayes RB, Bechtold W, Venkatesh P, Yin SN, Wang YZ, Dosemeci M, Li GL, Wei L, **Smith MT** (1996) Interphase cytogenetics of workers exposed to benzene. *Environmental Health Perspectives,* 104 (Suppl. 6):1325-1329.
102. Rothman N, Smith MT, Hayes RB, Li GL, Irons RD, Dosemeci M, Haas R, Stillman WS, Linet M, Xi LQ, Bechtold WE, Wiemels JL, Campleman SL, Zhang L, Quintana PJE, Titenko-Holland N, Wang YZ, Wei L, Kolachana P, Meyer KB, Yin SN (1996). An epidemiologic study of early biologic effectsof benzene in Chinese workers. *Environmental Health Perspectives,* 104 (Suppl. 6):1365-1370.

103. Bois FY, Jackson ET, Pekari K, **Smith MT** (1996) Population toxicokinetics of benzene. *Environmental Health Perspectives,* 104 (Suppl. 6):1405-1411.
104. Shao J, Zhang L, Semenza JC, Beach B, **Smith MT** (1996). Tetrasomy 8 detected by interphase cytogenetics in a child with acute lymphocytic leukemia. *Cancer Genet Cytogenet,* 92:135-140.
105. Titenko-Holland N, Levine J, **Smith MT**, Hayes R, Quintana PJE, Suruda A, Schulte P (1996) Quantification of epithelial cell micronuclei by fluorescence in situ hybridization (FISH) in mortuary science students exposed to formaldehyde. *Mutation Research,* 371, 237-248.
106. Moore LE, Smith AH, Hopenhayn-Rich C, Biggs ML, Kalman DA, **Smith MT** (1997) Micronuclei in exfoliated bladder cells among individuals chronically exposed to arsenic in drinking water. *Cancer Epidemiology, Biomarkers and Prevention,* 6:31-36.
107. Titenko-Holland N, Windham G, Kolachana P, Reinisch F, Parvatham S, Osorio AM, **Smith MT** (1997) Genotoxicity of malathion in human lymphocytes assessed using the micronucleus assay *in vitro* and *in vivo*: a study of malathion-exposed workers. *Mutation Research,* 388, 85-95.
108. Rothman N, **Smith MT**, Hayes RB, Traver RD, Hoener BA, Campleman S, Li G-L, Dosemeci M, Linet M, Zhang L, Xi L, Wacholder S, Lu W, Meyer KB, Holland NT, Stewart JT, Yin S, Ross D (1997) Benzene poisoning, a risk factor for hematologic malignancy, is associated with the NQ01 $^{609}$C->T mutation and rapid fractional excretion of chlorzoxazone. *Cancer Res* 57(14):2839-42.
109. **Smith MT**, Fanning EW (1997). Report on the Workshop entitled: Modeling Chemically-Induced Leukemia - Implications for Benzene Risk Assessment. *Leukemia Research,* 21 (5):361-374.
110. Biggs ML, Kalman DA, Moore LE, Hopenhayn-Rich C, **Smith MT**, Smith AH (1997). Relationship of urinary arsenic to intake estimates and a biomarker of effect, bladder cell micronuclei. *Mutation Research,* 386: 185-195.
111. Xi L, Zhang L, Wang Y, and **Smith MT** (1997). Induction of chromosome-specific aneuploidy and micronuclei in human lymphocytes by metabolites of 1,3-butadiene. *Carcinogenesis,* 18 (9):1687-1693.
112. Moore LE, Smith AH, Hopenhayn-Rich C, Biggs ML, Kalman DA, **Smith MT** (1997) Decrease in Bladder Cell Micronucleus Prevalance After Intervention to Lower the Concentration of Arsenic in Drinking Water. *Cancer Epidemiology Biomarkers and Prevention.,* 6:1051 - 1056.
113. Windham GC, Holland, NT, Osorio AM, Gettner S, Reinisch F, Haas R, **Smith MT** (1998) Genetic Monitoring of Malathion-Exposed Agricultural Workers. *American Journal of Industrial Medicine* 33:164-174.
114. Zhang L, Wang L, Shang N, **Smith MT** (1998) Benzene metabolites induce the loss and long arm deletion of chromosomes 5 and 7 in human blood cells. *Leukemia Research* 22:105-113.
115. Titenko-Holland N, Ahlborn T, Lowe X, Shang N, **Smith MT**, Wyrobek AJ (1998) Micronuclei and developmental abnormalities in 4-day mouse embryos after paternal treatment with acrylamide. *Environ. Molec. Mutagenesis* 31:206-217.
116. **Smith MT**, Zhang L, Wang Y, Hayes RB, Li G, Wiemels J, Dosemeci M, Holland NT, Xi L, Kolachana P, Yin S, Rothman N (1998) Increased aneusomy and translocations in Chromosomes 8 and 21 Among Workers Exposed to Benzene. *Cancer Research* 58: 2176-2181.
117. **Smith MT**, Zhang L (1998). Biomarkers of Leukemia Risk: Benzene as a Model. *Environmental Health Perspectives* 106, Suppl.4: 937–946.
118. Yeowell-O'Connell K, Rothman N, **Smith MT**, Hayes RB, Li G, Waidyanatha S, Dosemeci M, Zhang L, Yin S, Holland NT, Rappaport SM (1998) Hemoglobin and albumin adducts of benzene oxide among workers exposed to high levels of benzene. *Carcinogenesis* 19 (9):1565-71.
119. Holland NT, Jacob RA, Shang N, Balaraman A, **Smith MT** (1998) Micronuclei in lymphocytes and exfoliated buccal cells of postmenopausal women with dietary changes in folate. *Mutation Research* 417:101-114.
120. Holland NT, Shao J, Zhang L, Xi L, Ngo H, Shang N, **Smith MT** (1998) Studies on the genotoxicity of molybdenum salts in human cells in vitro and in mice in vivo. *Environmental and Molecular Mutagenesis,* 32(3):251-259.
121. Zhang L, Rothman N, Wang Y, Hayes R.B, Li G, Dosemeci M., Yin S, Kolachana P, Titenko-Holland N, **Smith MT** (1998) Increased aneusomy and long arm deletion of chromosomes 5 and 7 in the lymphocytes of Chinese workers exposed to benzene. *Carcinogenesis* 19(11):1955-1951.
122. Rothman N, Bechtold WE, Yin S-N, Dosemeci M, Li G-L, Wang Y-Z, Griffith WC, **Smith MT,** Hayes RB (1998) Urinary excretion of phenol, hydroquinone, and muconic acid by workers occupationally exposed to benzene. *Occup Environ Med* 55:705-711.
123. Wiemels, J, **Smith, MT** (1999) Enhancement of myeloid cell growth by benzene metabolites via the production of active oxygen species. *Free Radical Research* 30:93-103.

124. Wiemels J, Wiencke JK, Varykoni A , **Smith MT** (1999) Modulation of toxicity and macromolecular binding of benzene metabolites by NAD(P)H quinone oxidoreductase in transfected HL-60 cells. *Chemical Res. Toxicol.* 12(6):467-475.

125. Holland N, Ahlborn T, Turteltaub K, Markee C, Moore II D, Wyrobek A, and **Smith MT** (1999) Acrylamide causes preimplantation abnormalities in embryos and induces chromatin-adducts in male germ cells of mice. *Reproductive Toxicology* 13(3):167-178.

126. **Smith MT** (1999) Benzene, NQO1 and genetic susceptibility to cancer. *Proc Natl Acad Sci U S A.* 96(14):7624-6.

127. Larson R, Wang Y, Banerjee M, Wiemels J, Hartford C, Le Beau MM, **Smith MT** (1999) Prevalence of the inactivating 609C->T polymorphism in the NAD(P)H:quinone oxidoreductase (NQO1) gene in patients with primary and therapy-related myeloid leukemia. *Blood* 94l(2):803-807.

128. Skibola CF, **Smith MT**, Kane E, Roman E, Rollinson S, Cartwright RA, and Morgan G (1999) Polymorphisms in the methylenetetrahydrofolate reductase gene are associated with susceptibility to acute leukemia in adults. *Proc Natl Acad Sci U S* 96(22):12810-5.

129. Ying S, Simpson PC, Scherer, Wexler D, Skibola C, **Smith MT**, Mathies RA (1999) Radial capillary array electrophoresis microplate and scanner for high-performance nucleic acid analysis. *Analytical Chemistry* 7(23):5354-5361.

130. Zhang L, Rothman N, Wang Y, Hayes RB, Yin S, Holland NT, Dosemeci M, Wang Y-Z, Kolachana P, Lu W, Xi L, Li G-L, **Smith MT** (1999) Benzene increases aneuploidy in the lymphocytes of exposed workers: A comparison of data obtained by fluorescence in situ hybridization in interphase and metaphase cells. *Environ Mol Mutagen* 34(4):260-8.

131. Hayes RB, Zhang L, Yin S, Swenberg JA, Xi L, Wiencke J, Bechtold WE, Yao M, Rothman N, Haas R, O'Neill JP, Wiemels J, Dosemeci M, Li G, **Smith MT** (2000) Genotoxic markers among butadiene polymer workers in China. *Carcinogenesis* 21(1):55-62.

132. **Smith MT**, Zhang L, Jeng M, Wang Y, Guo W, Duramad P, Hubbard AE, Hofstadler G and Holland NT (2000) Hydroquinone, a benzene metabolite, increases the level of aneusomy of chromosomes 7 and 8 in human CD34-positive blood progenitor cells. *Carcinogenesis* 21(8):1485-90.

133. Figgs LW, Holland NT, Rothman N, Zahm SH, Tarone RE, Hill R, Vogt RF, **Smith MT**, Boysen CD, Holmes FF, VanDyck K, Blair A (2000) Increased lymphocyte replicative index following 2,4-dichlorophenoxyacetic acid herbicide exposure. *Cancer Causes and Control* 11(4):373-80.

134. Skibola CF, **Smith MT** (2000) Potential health impacts of excessive flavonoid intake *Free Radical Biology & Medicine* 29(3-4):375-83.

135. Hayes RB, Yin S, Rothman N, Dosemeci M, Li G-L, Travis LT, **Smith MT**, and Linet MS (2000) Benzene and lymphohematopoietic malignancies in China. *J. Tox. Environ Health*, Part A, 61:419-432.

136. **Smith MT**, Rothman N (2000) Biomarkers in the molecular epidemiology of benzene-exposed workers, *J. Tox. Environ Health* A 61(5-6):419-32.

137. McDonald TA, Holland NT, Skibola C, Duramad P, **Smith MT** (2001) Hypothesis: Phenol and hydroquinone derived mainly from diet and gastrointestinal flora activity are causal factors in leukemia. *Leukemia* 15(1):10-20.

138. **Smith MT**, Wang Y, Kane E, Rollinson S, Wiemels, J, Roman E, Roddam P, Cartwright R, Morgan G (2001) Low NAD(P)H: quinone oxidoreductase activity is associated with increased risk of acute leukemia in adults. *Blood* 97(5):1422-6.

139. Waidyanatha S, Rothman N, Fustinoni S, **Smith MT**, Hayes RB, Bechtold W, Dosemeci M, Guilan L, Yin S, Rappaport SM (2001) Urinary benzene as a biomarkers of exposure among occupationally exposed and unexposed subjects. *Carcinogenesis* 22(2):279-86.

140. Zheng S, Ma X, Buffler PA, **Smith MT**, Wiencke JK (2001) Whole genome amplification increases the efficiency and validity of buccal cell genotyping in pediatric populations. *Cancer Epidemiology Biomarkers & Prevention* 10(6):697-700.

141. Hayes RB, Zhang L, Swenberg JA, Yin S, Xi L, Wiencke J, Bechtold WE, Yao M, Rothman N, Haas R, O'Neill JP, Wiemels J, Dosemeci M, Li G, **Smith MT** (2001) Markers for carcinogenicity among butadiene-polymer workers in China. *Chem Biol Interact* 135-136:455-64.

142. Yeowell-O'Connell K, Rothman N, Waidyanatha S, **Smith MT**, Hayes RB, Li G, Bechtold WE, Dosemeci M, Zhang L, Yin S, Rappaport SM (2001) Protein adducts of 1,4-benzoquinone and benzene oxide among smokers and nonsmokers exposed to benzene in china. *Cancer Epidemiology Biomarkers & Prevention* 10(8):831-8.

143. Curry JD, Glaser MC, **Smith MT** (2001) Real-Time RT-PCR Detection and Quantification of t(1;19)(*E2A-PBX1*) Fusion Genes Associated with Leukaemia. *British Journal of Haematology* 115(4):826-30.

144. Xiao Z, Greaves MF, Buffler P, **Smith MT,** Segal MR, Dicks BM, Wiencke JK, Wiemels JL (2001) Molecular characterization of genomic AML1-ETO fusions in childhood leukemia. *Leukemia* 15(12):1906-13.

145. Zhang L, Eastmond DA, **Smith MT** (2002) The nature of chromosomal aberrations detected in humans exposed to benzene. *CRC Critical Reviews in Toxicology* 32(1):1-42.
146. Curry JD, McHale C, **Smith MT** (2002) Low Efficiency of the Moloney Murine Leukemia Virus Reverse Transcriptase During Reverse Transcription of Rare t(8;21) Fusion Gene Transcripts. *Biotechniques* 32(4):768, 770, 772, 754-5.
147. Wiemels JL, Xiao Z, Buffler PA, Maia AT, Ma X, Dicks BM, **Smith MT**, Zhang L, Feusner J, Wiencke J,Pritchard-Jones K, Kempski H, Greaves M. (2002) In utero origin of t(8;21) AML1-ETO translocations in childhood acute myeloid leukemia. *Blood* 99(10):3801-3805.
148. Skibola CF, **Smith MT**, Hubbard A, Shane B, Roberts AC, Law GR, Rollinson S, Roman E, Cartwright RA, Morgan GJ (2002) Polymorphisms in the thymidylate synthase and serine hydroxymethyltransferase genes and risk of adult acute lymphocytic leukemia. *Blood* 99(10):3786-3791.
149. Morgan GJ, **Smith MT** (2002) Metabolic Enzyme Polymorphisms and Susceptibility to Acute Leukemia in Adults. *Am J Pharmacogenomics* 2(2):79-92.
150. Ma X, Buffler PA, Gunier RB, Dalh G, **Smith MT**, Reinier K, Reynolds P (2002) Critical windows of exposure to household pesticides and risk of childhood leukemia. *Env Health Perspectives* 110(9):955-960.
151. Rappaport S, Yeowell-O'Connell K, **Smith M**, Dosemeci M, Hayes R, Zhang L, Li G, Yin S, Rothman N (2002) Non-linear production of benzene oxide-albumin adducts with human exposure to benzene. *J Chromatogr B Analyt Technol Biomed Life Sci* 778(1-2):367-74.
152. Wiemels JL, Leonard BC, Wang Y, Segal MR, Hunger SP, **Smith MT**, Crouse V, Ma X, Buffler PA, Pine SR (2002) Site-specific translocation and evidence of postnatal origin of the t(1;19) E2A-PBX1 fusion in childhood acute lymphoblastic leukemia. *Proc Natl Acad Sci USA* 99(23):15101-15106.
153. Holland NT, Duramad P, Rothman N, Figgs LW, Blair A, Hubbard A, **Smith MT** (2002) Micronucleus frequency and proliferation in human lymphocytes after exposure to herbicide 2,4-dichlorophenoxyacetic acid in vitro and in vivo. *Mutat Res* 521(1-2):165-178.
154. **Smith MT**, Wang Y, Skibola CF, Slater DJ, Lo Nigro L, Nowell PC, Lange BJ, Felix CA (2002) Low NAD(P)H:quinone oxidoreductase activity is associated with increased risk of leukemia with MLL translocations in infants and children. *Blood* 100(13):4590-3.
155. Albertini R, Clewell H, Himmelstein MW, Morinello E, Olin S, Preston J, Scarano L, **Smith MT**, Swenberg J, Tice R, Travis C (2003) The use of non-tumor data in cancer risk assessment: reflections on butadiene, vinyl chloride, and benzene. *Regul Toxicol Pharmacol* 37(1):105-32.
156. Bowen DT, Frew ME, Rollinson S, Roddam PL, Dring A, **Smith MT**, Langabeer SE, Morgan GJ (2003) CYP1A1*2B (Val) allele is overrepresented in a subgroup of acute myeloid leukemia patients with poor-risk karyotype associated with NRAS mutation, but not associated with FLT3 internal tandem duplication. *Blood* 101(7):2770-2774.
157. McHale CM, Wiemels JL, Zhang L, Ma X, Buffler PA, Guo W, Loh ML, **Smith MT** (2003) Prenatal origin of TEL-AML1-positive acute lymphoblastic leukemia in children born in California. *Genes Chromosomes Cancer* 37(1):36-43.
158. Curry JD, **Smith MT** (2003) Measurement of SIL-TAL1 fusion gene transcripts associated with human T-cell lymphocytic leukemia by real-time reverse transriptase-PCR. *Leuk Res* 27(7):575-82.
159. McHale CM, Wiemels JL, Zhang L, Ma X, Buffler PA, Feusner J, Matthay K, Dahl G, **Smith MT** (2003) Prenatal origin of childhood acute myeloid leukemias harboring chromosomal rearrangements t(15;17) and inv(16). *Blood* 101(11):4640-1.
160. Holland NT, **Smith MT**, Eskenazi B, Bastaki M (2003) Biological sample collection and processing for molecular epidemiological studies. *Mutat Res* 543(3):217-34.
161. **Smith MT** (2003) Mechanisms of troglitazone hepatotoxicity. *Chem Res Toxicol* 16(6):679-87.
162. Sibley K, Rollinson S, Allan JM, Smith AG, Law GR, Roddam PL, Skibola CF, **Smith MT**, Morgan GJ (2003) Functional FAS promoter polymorphisms are associated with increased risk of acute myeloid leukemia. *Cancer Res* 63(15):4327-30.

**Other Published Work – Book chapters etc.**

1. **Smith MT** (1978) Effects of chronic low doses of l-thyroxine on succinate dehydrogenase activity in the mammalian liver and myocardium. *Biochem Soc Trans* 6: 131-133.
2. **Smith MT**, Wills ED (1980) Studies on the validity of the acid haematein method for the investigation of the fatty acid composition of liver phospholipids. *Proc Roy Micro Soc* 15: 111-112.

3. **Smith MT**, Wills ED (1980) A comparison of biochemical and cytochemical methods for studying the utilization of NADPH in rat liver. *Proc Roy Micro Soc* 15: 114-115.
4. **Smith MT**, Wills ED (1982) Mechanism of phenobarbitone potentiation of centrilobular hepatic necrosis *In*: Biological Reactive Intermediates (Snyder R, Parke DV, Kocsis JJ, Jollow DJ, Gibson GG, Witmer CM, *eds*), Plenum Press, New York, 2: 463-470.
5. **Smith MT**, Thor H, Orrenius S (1982) The formation and inactivation of active oxygen species during metabolism in isolated hepatocytes. *In*: Microsomes, Drug Oxidations and Drug Toxicity (Sato R, Kato R, *eds*), Japan *Sci Soc Press*, Tokyo, pp 605-612.
6. Thor H, **Smith MT**, Hartzell P, Orrenius S (1982) Toxic and nontoxic pathways during metabolism of menadione (2-methyl,4 naphthoquinone) in isolated hepatocytes. *In*: "Cytochrome P-450, Biochemistry, Biophysics and Environmental Implications," (Hietanen E, Laitinen M, Hanninen 0, *eds*) pp 729-732, Elsevier, Amsterdam.
7. **Smith MT**, Doherty MD, Timbrell JA, Cohen GM (1982) Studies on the metabolism and toxicity of 1-naphthol in isolated hepatocytes. *In*: "Cytochrome P-450: Biochemistry, Biophysics and Environmental Implications," (Hietanen E, Laitinen M, Hanninen 0, *eds*) pp 725-728, Elsevier, Amsterdam.
8. Orrenius S, Jewell SA, Thor H, Bellomo G, Eklow L, **Smith MT** (1983) Drug-induced alterations in the surface morphology of isolated hepatocytes, *In*: "Isolation, Characterization and Use of Hepatocytes," (Harris RA, Cornell NW, *eds*) pp 333-340, Elsevier, Amsterdam.
9. Orrenius S, Jewell SA, Bellomo G, Thor H, Jones DP, **Smith MT** (1983) The regulation of calcium compartmentation in the hepatocyte: A critical role of glutathione, *In*: "Glutathione: Biochemical, Physiological, Toxicological and Clinical Aspects," (Larsson A. *et al*, *eds*) Raven Press, pp 261-271, New York.
10. **Smith MT**, Orrenius S (1984) Studies on drug metabolism and drug toxicity in isolated mammalian cells. *In*: "Drug Metabolism and Drug Toxicity," (Horning MD, Mitchell JR, *eds*) pp 71-98, Raven Press, New York.
11. **Smith MT**, Thor H, Orrenius S (1984) Detection and measurement of drug-induced oxygen radical formation. *In*: "Oxygen Radicals in Biological Systems," *Meths. Enzymol.* (Packer L, *ed*), vol 105, pp 505-510, Academic Press, New York.
12. **Smith MT**, Jewell SA, Bellomo G, Thor H, Sandy MS, Orrenius S (1984) Free-radical-induced changes in the surface morphology of isolated hepatocytes. *In* "Free Radicals in Molecular Biology and Aging, and Disease," (Armstrong D *et al, eds*), pp 103-117, Raven Press, New York.
13. Bellomo G, Jewell SA, **Smith MT**, Thor H, Orrenius S (1984) Perturbation of $Ca^{2+}$ homeostasis during hepatocyte injury. *In*: Mechanisms of Hepatocyte Injury and Death (Keppler D, Popper H, Bianchi L, Reutter W, *eds*), p 119-128, MTP Press, Boston.
14. **Smith MT**, Evans CG, Thor H, Orrenius S (1985) Quinone-induced oxidative injury to cells and tissues. *In* "Oxidative Stress," (Sies H, *ed*) pp 91-113, Academic Press, New York.
15. Orrenius S, Thor H, Di Monte D, Bellomo G, Nicotera P, Ross D, **Smith MT** (1985) Mechanisms of oxidative cell injury studied in intact cells *In* "Microsomes and Drug Oxidations," 6th Int. Symp., (Davis DD*et al, eds*) pp 238- 247, Taylor and Francis, U.K.
16. **Smith MT** (1985) Overview of the Ronald E. Talcott Symposium: Quinones as mutagens, carcinogens and anticancer agents. In: "Cancer Prevention - Strategies in the Workplace," (Becker C, Coye MJ, *eds*) pp 143-145, Hemisphere Publishing Corporation.
17. Ross D, Mehlhorn RJ, Moldeus PW, **Smith MT** (1985) Metabolism of diethylstilbesterol by horseradish peroxidase: Evidence for a free radical intermediate. *In*: "Biolological Reactive Intermediates," vol III (Snyder R *et al, eds*). *Adv Exp Med Biol* 197: 323-328.
18. **Smith MT** (1988) Organic Chemicals in Ground Water: What are the Risks and How Safe is Safe? *Proceedings of the Sixteenth Biennial Conference on Ground Water* (De Vries JJ, ed.), Report #66 (ISSN 0575-5968), pp. 139-145, Water Resources Center, University of California, Riverside.
19. **Smith MT** (1988) Role of reactive oxygen species and lipid peroxidation in chemically-induced toxicity and carcinogenesis. In: "Reactive Oxygen Species in Chemistry, Biology and Medicine," (Quintanilha A, ed.), pp. 157-166, Plenum Press, New York.
20. Woodruff JT, Bois FY, Parker JD, Auslander D, Selvin S, **Smith MT**, Spear RC (1989) Design and analysis of a model benzene toxicokinetics in mammals. *11th annual international conference of the IEEE engineering in medicine and biology society*, pp. 254-255.
21. **Smith MT**, Robertson ML, Yager JW, Eastmond DA (1990). Role of metabolism in benzene-induced myelotoxicity and leukemogenesis. *In*: Mutation and the Environment Part B: Metabolism, Testing Methods and Chromosomes, (Mendelsohn ML, Albertini R, eds.) Alan R Liss Inc: New York, pp. 125-136.

22. Eastmond DA, **Smith MT** (1990) Xenobiotic activation by stimulated human polymorphonuclear leukocytes and myeloperoxidase. *In*: "Methods in Enzymology" (Packer L, Glazer AN, *eds*) 186: 579-585, Academic Press, San Diego, CA.
23. **Smith MT**, Compton PJE (1991) Biomarkers of carcinogenesis. *Proc Pacific Basin Conference on Hazardous Waste* 4: 83-92. Campleman SL, Tamaki SJ, Hoener B, **Smith MT** (1994) Cytochrome P4502E1-dependent metabolism as a biomarker for genetic susceptibility to chemically-induced cancers. Proceedings of the 8th International Conference on Cytochrome P450, Biochemistry, Biophysics and Molecular Biology.
24. Zhang L, **Smith MT**, Bandy B, Tamaki SJ, Davison AJ (1994) Role of quinones, active oxygen species and metals in the genotoxicity of 1,2,4-benzenetriol, a metabolite of benzene:. In: *Free radicals in the Environment, and Toxicology.* (Nohl H, Esterbauer H, Rice-Evans C, *eds*), pp 521-562, Richelieu Press, London.
25. **Smith MT** (1996) Mechanistic studies of benzene toxicity: implications for risk assessment. In: Biological Reactive Intermediates V: Basic Mechanistic Research in Toxicology and Human Risk Assessment (Snyder R, Sipes GI, Kalf GF eds). Plenum Publishing, New York pp 259-266.
26. Subrahmanyam VV, **Smith MT** (1997). Free radical mediated hematopoietic toxicity by drugs, environmental pollutants and ionizing radiation. *Free Radical Toxicology*, (Wallace K. B., ed.), pp.249-278, Taylor and Francis.
27. **Smith MT** (1997) Benzene Exposure Clearly Linked with MDS. *The Newsletter of the Myelodysplastic Syndromes Foundation.*
28. **Smith MT**, Rothman N (1998) Biomarkers of leukemia risk from benzene. In: "Medical and Workplace Applications of Biomarkers", (M. L. Mendelsohn, L.C. Mohr and J.P. Peeters, eds.), pp. 365-374, *Joseph Henry Press*, National Academy of Sciences, Washington, D.C.
29. Holland NT, Zhang L, **Smith MT** (2000) Cytogenetic biomarkers and air pollution. In: Relationship between Acute and Chronic Effects of Air Pollution, eds. U.Heinrich&U.Mohr, ILSI Press, Washington, D.C., pp.65-78.
30. **Smith MT** (2001) Chromosome damage from biological reactive intermediates of benzene and 1,3-butadiene in leukemia. In: Biological Reactive Intermediates VI: Chemical and Biological Mechanisms in Susceptibility to and Prevention of Environmental Diseases (Dansette PM, Snyder R et al. eds.) Kluwer Academic / Plenum Publishing, NY, *Adv. Exper.Med. Biol.* 500: 279 – 287.
31. **Smith MT**, Linet MS, Morgan GJ (2002) Causative agents in the etiology of myelodysplastic syndromes and the acute myeloid leukemias, Chapter 3 in "The Myelodysplastic Syndromes: Pathobiology and Clinical Management", Bennett J, ed., Dekker Press.
32. Gunn L, Zhang L, Forrest MS, Holland NT, **Smith MT** (2002) Biomarkers of early effect in the study of cancer risk, in "Biomarkers of Environmentally Associated Disease: Techonologies, Concepts, and Perspectives", Wilson SH and Suk WA, eds., Lewis Publishers.

**Publications In Press**

1. Gunn L, Zhang L, **Smith MT** (2003) Novel biomarkers: New methods for assessing acquired DNA damage in humans without cancer, in "Cancer Risk Assessment" edited by P.G. Shields. In press.

**Recent Published Abstracts**

1. Zhang, L., Rothman N., Wang Y., Hayes R.B., Li G.-L., Titenko-Holland N., Yin S., Shang N. and **Smith MT** (1998) The loss and long arm deletions of chromosomes 5 and 7 in human lymphocytes treated with benzene metabolites and in workers exposed to benzene, *29th Environmental Mutagen Society Annual Meeting*, Anaheim, CA,*Environmental and Molecular Mutagenesis* 31 (Suppl. 29), 72, *abstract* P179.
2. Zhang L., Rothman N, Wang Y, Hayes RB. Yin S, Titenko-Holland N, Dosemeci M., Kolachana P, Xi L., Li G-L, and **Smith M.T.** (1998) A comparison of interphase and metaphase FISH analysis of aneusomy in benzene-exposed workers, *29th Environmental Mutagen Society Annual Meeting*, Anaheim, CA, *Environmental and Molecular Mutagenesis* 31 (Suppl. 29), 72, *abstract* P178.
3. **Smith MT**, Rothman N and Yin S-N (1998) Biomarkers in the molecular epidemiology of benzene exposed workers. Proc. 29th Environmental Mutagen Society Annual Meeting, Anaheim, CA, *Environmental and Molecular Mutagenesis* 31 (Suppl. 29), 24, *abstract* S9.3.
4. Titenko-Holland N, Zhang L, and **Smith MT** (1998) Biomarkers of genetic damage in humans, *Pacific Basin Conference on Hazardous Waste*, Honolulu, HI, pp. 141-143, *abstract* 98-093.

5. **Smith MT** (1998) Genetic Susceptibility and Risk Factors for Leukemia, *Journal of Biomolecular Structure and Dynamics* 16, 149-187 *abstract*. 35 25th Anniversary Conference, National Foundation for Cancer Research, Washington, D.C., September 14-16, 1998.
6. Liu Y, Jeng M, Lubin B, **Smith MT** (1998) Large quantitative variation in V(D)J recombination error among children, Proc. *Amer.Assoc. Cancer Research* 39, 477, *abstract* 3242.
7. Swenberg, JA, Chistova-Gueorguieva NI, Upton PB, Ranasinghe A, Yin SN, Xi LQ, Zhang L, **Smith MT**, Bechtold WE, Rothman N, Dosemeci M and Hayes RB (1999) Molecular epidemiology of N-(2,3,4-trihydroxybutyl) valine in hemoglobin of Chinese butadiene workers. *Carcinogenesis* 40:, Abstract 1064.
8. Zhang L, Wang Y, Shang N, **Smith MT**, (1999) Differential chromosomal sensitivity to aneuploidy induced by benzene and its metabolites. *Carcinogenesis* 40:, *abstract* 3365.
9. Zhang L, Rothman N, Li G, Wang Y, Hayes RB, Guo W, Lu W, Zhang D, Yin S, and **Smith MT** (1999) Molecular Cytogenetics of Humans Exposed to Benzene and 1,3-Butadiene. 1999 HEI Annual Conference, San Diego, California May 9-12, 1999.
10. Skibola CF, **Smith MT**, Kane E, Roman E, Rollinson S, Cartwright R, Morgan G (1999) Polymorphisms in the methylenetetrahydrofolate reductase gene and susceptibility to leukemia. *The Amer Journal of Human Genetics* 65, *abstract* 345.
11. **Smith MT**, Jeng M, Zhang L, Wang Y, Guo W, Duramad P, Holstadler G, Holland NT (1999) Cytogenetic damage in human hematopietic CD34+ progenitor cells. *The Amer Journal of Human Genetics* 65, *abstract* 2021.
12. Waidyanatha S, Rothman N, Fustinoni S, Smith MT, Hayes RB, Bechtold W, Dosemeci M, Li G, Yin S and Rappaport SM (2000) Application of solid phase microextraction to the measurement of urinary benzene in workers exposed to benzene. - March 19-23, 2000. SOT Annual Meeting report, *abstract* 1459.
13. Smith MT, Zhang L, Hayes R, Li GL and Rothman N (2000) Molecular biomarkers of benzene exposure and risk. March 19-23, 2000. SOT Annual Meeting report, *abstract* 598.
14. Skibola CF, **Smith MT**, Shi Y, and Mathies RA (2000) High Speed methylenetetrahydrofolate reductase 677C →T and 1298 A→C polymorphic detection by mutagenically separated PCR and Radical Capillary Array Electrophoresis. *Proc Amer Assoc Cancer Res* 41, *abstract* 223.
15. **Smith MT**, Zhang L, Jeng M, Lubin B, Wang Y, Guo W, Duramad P, Hubbard AE, Hofstadler G, and Holland NT (2000) Hydroquinone, a benzene metabolite, increases the level of aneusomy of chromosomes 7 and 8 in human CD34-positive blood progenitor cells. *Proc Amer Assoc Cancer Res* 41, *abstract* 621.
16. Zhang L, Rothman N, Wang Y, Guo W, Hayes RB, Li G, Yin S, and **Smith MT** (2000) Spectrum of chromosomal changes detected by fluorescence *in situ* hybridization in workers exposed to benzene. *Proc Amer Assoc Cancer Res* 41, *abstract* 2777.
17. Wang Y, Morgan G, Wiemels J, Kane E, Roman E, Rollinson S, Cartwright R, and **Smith MT** (2000) The NAD(P)H:Quinone oxidoreductase (NQO1) inactivating C609T polymorphism is associated with acute leukemia. *Proc Amer Assoc Cancer Res* 41, *abstract* 5123.
18. Smith **MT** (2000) Benzene, NAD(P)H quinone oxidoreductase 1 and genetic susceptibility to leukemia, 13th International Symposium on Microsomes and Drug Oxidations, Page S9-2, Congress Center Stresa - Italy July 10-14, 2000.
19. **Smith MT** (2000) Chromosome damage from biological reactive intermediates in leukemia, Sixth International Symposium on Biological Reactive Intermediates - *Chemical and biological mechanisms in susceptibility to and prevention of environmental diseases*, Page L54 Universite Rene Descartes, Paris July 16-20, 2000.
20. Turakulov RI, Gunn L, Holland NT, Higuchi R, Soren G, and **Smith** MT. "Induction of the BCL-2 translocation (14;18) found in follicular lymphoma by the benzene metabolite, hydroquinone", The 42nd ASH Annual Meeting, San Francisco, CA, December 1-5, 2000.
21. Holland NT, Hubbard A, Schumacher L, Gunn L, Golden D, Duramad P, **Smith MT** (2001) Factors affecting micronucleus frequency in exfoliated buccal and urothelial cells of adults and children. *Environmental Mutagen Society Thirty-Second Annual Meeting*, San Diego, CA, *Environmental and Molecular Mutagenesis* 37 (Suppl. 32), 82, *abstract* P39.
22. **Smith, MT** (2001) Chromosome aberrations, somatic mutations, and cancer risk: past, present and future. *Environmental Mutagen Society Thirty-Second Annual Meeting*, San Diego, CA, *Environmental and Molecular Mutagenesis* 37 (Suppl. 32), 82, *abstract* P39.
23. Lan Q, Li G, Zhang L, Dosemeci M, **Smith MT**, Yin S, Rabkin C, Rappaport SM, Hayes RB, Linet M and Rothman N (2001) Analysis of lymphocyte subsets among workers exposed to benzene in China. *Proc. Am. Assoc. Cancer Res.* 42, Abstr. 818.

24. Turakulov RI, Gunn L, Holland NT, Higuchi R, Germer S and **Smith MT** (2001) Use of real-time PCR to show that the benzene metabolite, hydroquinone induces the BCL-2 translocation (14;18) found in non-Hodgkins lymphoma. *Proc. Am. Assoc. Cancer Res.* 42, Abstr. 1524.
25. Zhang L, Hayes RB, Guo W, Yin S, Wang Y, Xi L, Zhang D, Rothman N, Li G and **Smith MT** (2001) Chromosomal changes in 1,3-butadiene-exposed Chinese workers and matched controls studies using fluorescent *in situ* hybridization. *Proc. Am. Assoc. Cancer Res.* 42, Abstr. 3244.
26. **Smith MT**, Turakulov R, Curry JD, McHale C, Gunn L, Holland NT, Zhang L and Shoskes D (2001) Detection of Leukemia- and Lymphoma-Specific Chromosome Translocations in Human Blood by Real-Time PCR. 8th International Conference on Environmental Mutagens Shizuoka, Japan, *Mutation Res.* 483 (Suppl.1): S141, abstr. O14-3.
27. Guo W, Zhang L, Yang W, **Smith M** (2002) Chromosomal aneuploidy detected at different stages of cervical cancer using interphase cytongenetics. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 3698.
28. Yang W, Zhang L, Hubbard A, Wang Y, **Smith MT** (2002) Non-random chromosome damage may be important in chemical carcinogenesis. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 3451.
29. **Smith MT**, Wang Y, Skibola CF, Slater DJ, Nowell PC, Lange BJ, Felix CA (2002) Low NAD(P)H:quinone oxidoreductase (NQO1) activity is associated with increased risk of leukemia with MLL translocations in infants and children. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 3805.
30. Skibola CF, **Smith MT**, Hubbard A, Shane B, Roberts A, Law G, Rollinson S, Roman E, Cartwright R, Morgan G (2002) Polymorphisms in the thymidylate synthase and serine hydroxymethyltransferase genes increase the risk of adult acute leukemia. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 3807
31. Zhang L, Guo W, Rothman N, Lan Q, Yang W, Lo C, Li G, Turakulov R, Yin S, **Smith MT** (2002) Application of OctoChrome FISH device to detect leukemia and lymphoma specific chromosome aberrations in molecular epidemiology and toxicology. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 3810.
32. Allan JM, Wild CP, Rollinson S, Roddam PL, Dring AM, Dasgupta R, Sibley K, Worrilow L, Willet EV, Law GR, Roman E, Dovey GJ, Cartwright RA, Holowaty E, Kohler B, Wiklund , Pukkala E, **Smith MT**, Travis LB, Morgan GJ (2002) Genetic polymophisms in DNA repair and cell cycle regulatory genes are associated with susceptibility to therapy-related acute myeloid leukemia. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 4213.
33. McHale C, Wiemels JL, Zhang L, Ma X, Buffler PA, **Smith MT** (2002) Prenatal origin of *TEL-AML* positive acute lymphoblastic leukemia in children born in California. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 4566.
34. Wiemels JL, Xiao Z, Buffler P, Maia AT, Ma X, Dicks B, **Smith MT**, Zhang L, Feusner J, Wiencke J, Pritchard-Jones K, Kempski H, Greaves M (2002) *In utero* origin of t(8;21) *AML1-ETO* translocations in childhood acute myeloid leukemia. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 4567.
35. Rollinson S, Allan JM, Law GR, Roddam PL, Smith AG, Higuchi R, Germer S, Roman E, **Smith MT**, Morgan GJ (2002) Polymorphic variants of DNA repair and cell cycle genes associated with acute myeloid leukemia identified by genotyping DNA pools. AACR 93rd Annual Meeting, San Francisco, CA, April 6-10, 2002. *Proc. AACR 33,* Abstr. 5048.
36. Duramad P, Holland NT, Hubbard A, **Smith MT** (2002) Micronucleus frequency and proliferation in human lymphocytes after exposure to herbicide 2,4-dichlorophenoxyacetic acid. *Environ Mol Mutagen.* 39 Suppl 33, Abstr. 46.
37. Zhang L, Yang W, Hubbard A, Wang Y, **Smith MT** (2002) Is chromosomal aneuploidy induced by benzene metabolites random or selective? *Environ Mol Mutagen.* 39 Suppl 33, Abstr. 230.
38. Escobar PA, Zhang L, **Smith MT** (2003) Chemically induced damage to specific regions of DNA detected by comet-fish. *Environ Mol Mut* 41(3):174.
39. **Smith MT**, Wiencke JK, Wiemels JL, Zhang L, Ma X, McHale C, Buffler PA (2003) Molecular epidemiology of childhood leukemia. *Environ Mol Mut* 41(3):206.
40. Zhang L, Zheng S, Ma X, Wiemels JL, Buffler PA, Smith MT, Wiencke JK (2003) Molecular cytogenetic characterization of childhood acute lymphoblastic leukemia and its relation to *FHIT* gene methylation. *Environ Mol Mut* 41(3):215.

41. Sibley K, Rollinson S, Allan JM, Smith AG, Law GR, Roddam PL, Roman E, Skibola CF, **Smith MT**, Morgan GJ (2003) Genetic variation with the FAS (CD95/APO—1) promotor is associated with risk of acute myeloid leukemia. AACR 94th Annual Meeting, Washington D.C., July 11-14, 2003. *Proc. AACR 44,* Abstr. 2113.
42. Zheng S, Ma X, Wiemels J, Zhang L, Gunn L, **Smith MT**, Buffler P, Wiencke J (2003) Hypermethylation of the 5' CpG island of the FHIT gene is associated with hyperdiploid and translocation negative subtypes of pediatric leukemia. AACR 94th Annual Meeting, Washington D.C., July 11-14, 2003. *Proc. AACR 44,* Abstr. 2271.
43. Wiencke JK, Zheng S, **Smith M**, Zhang L, Ma X, Wiemels J, Marsit C, Kelsey K, Buffler P (2003) Methylation of transcribed PTEN psedogene (ψPTEN) in pediatric leukemia is associated with subtypes of common ALL containing t(12;21) translocation. AACR 94th Annual Meeting, Washington D.C., July 11-14, 2003. *Proc. AACR 44,* Abstr. 4121.
44. Lan Q, Li G, Zhang L, Vermeulen R, **Smith M**, Dosemeci M, Rappaport S, Kopp W, Waidyanatha S, Rabkin C, Hayes R, Linet M, Wang L, Mu R, Yin S, Rothman N (2003) Hematoxicity among workers exposed to benzene in China. AACR 94th Annual Meeting, Washington D.C., July 11-14, 2003. *Proc. AACR 44,* Abstr. 6419.
45. Zhang L, Rothman N, Guo W, Yang W, Ying S, Hubbard A, Li G, **Smith MT** (2003) Benzene increases the lymphoma-related translocation t(14;18) in exposed workers, but not translocations involving the MLL gene associated with topoisomerase II inhibition. AACR 94th Annual Meeting, Washington D.C., July 11-14, 2003. *Proc. AACR 44,* Abstr. 6420.
46. Vermeulen R, Lan Q, Gunn L, McGuire M, Li G, Zhang L, Rothman N, **Smith M** (2003) Proteomic analysis of serum from workers exposed to benzene. AACR 94th Annual Meeting, Washington D.C., July 11-14, 2003. *Proc. AACR 44,* Abstr. 6421.
47. Rothman N, Skibola C, Morgan G, Boffetta P, Wacholder S, **Smith M**, Yeager M, Chanock S, Nieters A (2003) Evaluation of genetic susceptibility for non-Hodgkin's lymphoma in the InterLymph consortium. AACR SNPs, Haplotypes, and Cancer Conference, Key Biscayne, Florida, September 13-17, 2003.
48. Skibola C, Holly EA, Forrest MS, Coppedè F, Agana L, Hubbard H, Bracci PM, **Smith MT** (2003) Associations between polymorphisms in folate metabolizing genes and risk of non-Hodgkin's lymphoma. AACR SNPs, Haplotypes, and Cancer, Key Biscayne, Florida, September 13-17, 2003.

**Technical Reports**

1. The genetic toxicity of malathion: results of an epidemiological study in agricultural workers and *in vitro* laboratory studies. California Department of Health Services, November 1996.
2. A population analysis of benzene toxicokinetics and metabolism in Chinese workers and Finnish volunteers. Cal EPA Report.
3. Current understanding in the Mechanism of Benzene-induced Leukemia and Implications for Risk Assessment. U. S. Environmental Protection Agency, Office Of Research And Development, July 1996.
4. The use of biomarker non-tumor data in the cancer risk assessment of benzene. A report prepared for the International Life Sciences Institute with Elinor Fanning, April 1998.

**Book Reviews**

Subrahmanyam VV, **Smith MT,** (1991) Oxygen Radicals: systemic events and disease processes. (Das DK, Essman WB, eds) Harwood Academic Publishers GmbH, United Kingdom. Review In: *Free Rad Res Comms.* 11(6) 349-350.