# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| | : | |
| This Document Relates to All Cases | : | |

ORIGINAL

VIDEOTAPED DEPOSITION OF MARTYN T. SMITH, Ph.D.

San Francisco, California

Monday, February 9, 2004

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 50019

09:14 Cabraser, Heimann & Bernstein, for plaintiffs.

09:14 VIDEO OPERATOR: And the people on the phone,

09:14 if you could please identify yourselves.

09:14 MR. BERGER: This is Roger Berger from Uzick &

09:14 Oncken in Houston for various Texas physicians.

09:14 VIDEO OPERATOR: And would the court reporter

09:14 please swear -- please swear in the witness.

MARTYN T. SMITH, Ph.D.,

having been first duly sworn, was

examined and testified as follows:

09:14 MR. KEENAN: Before we begin, this fan just

09:14 kicked in. It's not going to bother me, but is that

09:15 just the -- is that just the heating and cooling?

09:15 MR. ARBITBLIT: Yes.

09:15 MR. KEENAN: So without that, it's -- it's

09:15 going to be very hard to keep the room cool?

09:15 MR. ARBITBLIT: Right.

09:15 MR. KEENAN: Okay. Fair enough.

09:15 I'm ready to begin.

09:15 VIDEO OPERATOR: Sure.

09:15

09:15 EXAMINATION

09:15 BY MR. KEENAN:

10:16 it, yes.

10:16 Q The mechanism for muscle injury from statins is still not clearly understood, is it?

10:16 A There are a number of theories, but it's not fully known.

10:16 MR. KEENAN: Okay. I'm ready to move on to another topic. It might be a good chance to take a break.

10:16 VIDEO OPERATOR: We're now going off the video record. The time is 10:16 a.m.

10:34 (Recess.)

10:34 VIDEO OPERATOR: We are now back on the video record. The time is 10:34 a.m.

10:34 BY MR. KEENAN:

10:34 Q Okay. I'm going to shift gears now, Doctor, and talk -- I'm going to get to your report here in just a minute, but I want to talk a little bit about toxicology in the context of drug development or developing a therapeutic drug.

10:34 You've nev- -- you've never been involved in taking a drug to market based on preclinical tox work.

10:34 Is that fair to say?

10:34 A I haven't worked for a drug company, no.

10:34 Q Well, that wasn't just my question.

10:34 You haven't -- have you ever been involved in

11:00 A So Baycol is roughly 25 or so times more potent pharmacologically than atorvastatin.

11:00 Q Okay. And indeed, the FDA, in approving the dosing of Baycol, started with very low dosing, .2, .3, .4, recognizing the potency in the pharmaco- -- pharmacokinetic way of that drug in the body?

11:01 MR. ARBITBLIT: Objection.

11:01 THE WITNESS: Well, they recognized that those concentrations would produce potentially beneficial effects.

11:01 BY MR. KEENAN:

11:01 Q Okay. If you talk about -- so when you're doing -- if you're testing in an animal species a class of drugs, do you agree with me that those tests need to account for the variation and differences in potency in order to get results that reflect therapeutic doses to be used in humans?

11:01 A Well, when one is comparing different statins, I think it's very important to compare therapeutically equal doses.

11:01 Q Okay.

11:01 A Equal doses.

11:01 Q Okay. In other words, if -- if -- if agent A is two times more potent than agent B, and you're going to do a test to measure the toxicity of those drugs,

A That is one of the potential side effects, I believe.

Q So they're using --

A At low levels.

Q Well, they're using an anesthetic that is known to cause the very thing that they're studying by this?

A Well, they're using something as an anesthetic that potentially could cause that, but they're obviously controlling for that in the actual study in this peer-reviewed publication.

Q Now, do you know -- do all statins have the potential to interact with urethane?

A I don't know about the interactions with urethane.

Q Well, if statins have the potential to interact with urethane, might that make these results less reliable?

A If they all react within the same way as a class, it wouldn't make any difference, but if specific statins were affected by the urethane more than others, then it would make a difference.

Q Okay. Now, on page 347, they set these rats so that they were not allowed to drink for a day, which made them particularly susceptible to rhabdo. Fair?

A I believe this is a test system that's meant to

11:22 look for rhabdo.
11:22 Q Okay. And the doses that they gave the rats were not adjusted for the therapeutic dose, were they?
11:22 A No. That's correct.
11:22 Q Okay. So -- so they used equal amounts of the statins that they were testing here, and they were not adjusted for the variation in the potencies.
11:23 Fair enough?
11:23 A They were not adjusted for pharmacological potency, correct.
11:23 Q Okay. Now, the initial dose that they gave for each statin was 25 milligrams per kilogram; is that right?
11:23 A They show most of the data, I believe, for a hundred milligrams per kilogram, but they perhaps used 25 initially.
11:23 Q Well, on the chart on page -- figure 2 on page --
11:23 A I see.
11:23 Q -- 348, doesn't that suggest that they had intermediate doses?
11:23 A They have a variety of doses. Looks like 5 and 10 and 25, 50 and 100.
11:23 Q Okay. All right. Cerivastatin, they stop at 100, and the other statins they continue out to, in some

11:24 cases, 500 milligrams per kilogram, right?
11:24 A That's correct.
11:24 Q All right. Let's just -- speaking for a minute about cerivastatin, if you assume that they administered in these rats 25, 50, and 100 milligrams per kilogram, what would be the equivalent dose for a person, say a person that weighs 65 kilograms? How much cerivastatin would that equate to?
11:24 MR. ARBITBLIT: Objection.
11:24 THE WITNESS: 25 milligrams multiplied by 60 or 70 kilos.
11:24 BY MR. KEENAN:
11:24 Q Do the math for me, Doc.
11:24 MR. ARBITBLIT: Objection.
11:24 THE WITNESS: 60 times 25, so that's -- 1,500, or something like that. It's 1,500.
11:24 BY MR. KEENAN:
11:24 Q Okay. 1,500 milligrams?
11:24 A Yes.
11:24 Q In someone that weighs?
11:24 A 60 kilos.
11:24 Q And what's the highest therapeutic dose?
11:24 A .8.
11:24 Q So that's several thousand times higher than the therapeutic dose?

11:25 A Yes. As a single dose.
11:25 Q So this study doesn't account for the differentiation of potencies between the various statins. They're treated essentially as the same?
11:25 A Correct. They're -- they're determining the ranking -- the toxicity ranking on the basis of -- of weight.
11:25 Q So is it any -- is it any surprise, Doctor, that Baycol would be -- deemed to be the most myotoxic under this set of circumstances?
11:25 A Well, surprise, I guess not because it basically supports other data which show that cerivastatin is the most toxic statin in in vitro and in this particular test.
11:26 Q The -- there are, depending on the -- the dosing, several -- based on figure 2, several of the statins have CK elevation that act -- at least one of them that exceeds cerivastatin; is that right?
11:26 A I don't see that. To me there are dose response curves in both A and B. Cerivastatin is the highest and the other drugs are all lower.
11:26 Q No. But at 300 milligrams, at least one of the -- one of the statins --
11:26 A At 300 milligrams or 350 milligrams, fluvastatin, I believe, has essentially the same

Q Doctor, I've now marked as Exhibit No. -- what number is that on the front of yours? Exhibit 19?
A 19.
Q Okay. Another journal article that you cite in your report, and this one is by a number of authors including Matzno.
(Deposition Exhibit 19 was marked by the court reporter.)
BY MR. KEENAN:
Q This is cited in your report as well, is it not?
A It is.
Q Okay. And this is also another study of rat muscles in vitro, correct?
A Yes.
Q And the doses of the statins in this study were not adjusted to take into account cerivastatin's stronger potency inhibiting HMG-CoA reductase, true?
MR. ARBITBLIT: Objection.
THE WITNESS: Correct. I think they added equal amounts of each statin to the cultures.
BY MR. KEENAN:
Q Right. And I think the -- the amount was three -- what is that, uM? What's that, Doc?
A Micromolar.

11:40 is a class effect, do they?
11:40 A Well, I think they in --
11:40 Q Well --
11:40 A They did that by just saying statin.
11:41 Q Right, right. But they don't say -- they don't say that it affects all the statins in the exact same way, does it?
11:41 A No. I don't think they have the data to say that.
11:41 Q Okay. And as we sit here today, we don't know whether cerivastatin has a higher potential for reaction with urethane than lovastatin, do we?
11:41 A We don't know that.
11:41 Q Okay. And I suppose if we knew that information, it might possibly be very critical to the outcome that they reach in this paper, or it could be totally irrelevant. We don't know, right?
11:41 A Well, it could be critical in that it could affect the results in that particular study, but there are actually multiple studies here including those done by Bayer scientists themselves which find the same information basically.
11:41 Q Okay. But this is a study that you cited -- right? -- in your report?
11:41 A I did.

in -- in the Corsini paper and shown in Bayer's own data?

MR. ARBITBLIT: Objection.

THE WITNESS: There are only test tube studies that I have been able to find, even though I've tried searching for this matter, and the test tube studies, because they're in a test tube, are essentially potentially very unreliable as has been shown with other drugs.

BY MR. KEENAN:

Q Okay. My question is, can you point to me anyone in the world that agrees with you in the peer-reviewed literature for that proposition?

MR. ARBITBLIT: Objection.

THE WITNESS: I haven't looked in the peer-reviewed literature to see if anybody does agree with that proposition. But we know from the general science that studies done in a test tube done in an in vitro situation need to be cautiously interpreted when extrapolating to actual living human beings. There are many reports or discussions of that in the peer-reviewed literature.

MR. KEENAN: Move to strike as nonresponsive.

Q So you can't point to me any literature, anyone that agrees with your proposition as you've just stated

12:15 it?

12:15 MR. ARBITBLIT: Objection. Asked and answered.
12:15 Argumentative. Mischaracterizes the testimony.

12:15 THE WITNESS: I haven't looked in the
12:15 peer-reviewed literature to see if anybody agrees with
12:15 the opinions that I've just stated with regard to these
12:15 things, but I know that the general scientific community
12:15 would consider that in vitro test tube studies were
12:16 potentially unreliable and should be interpreted with
12:16 caution in extrapolation to general human beings.

12:16 MR. KEENAN: Move to strike as nonresponsive.

12:16 Q Let's move on to a couple of things in this
12:16 document, Doctor.

12:16 The -- what does Dr. Corsini tell us about how
12:16 rapidly cerivastatin is excreted from the body? You can
12:16 interpret his chart for me on that. In terms of hours.

12:16 A The half-life in the body for cerivastatin is
12:16 two to three hours according to this --

12:16 Q Okay.

12:16 A -- particular chart.

12:16 Q Okay. And how does that compare to the other
12:16 statins roughly?

12:16 A It's pretty similar to the other statins with
12:16 the exception of atorvastatin, which has a longer
12:16 half-life.

13:10 A Agree.
13:10 Q All right. Paragraph 8, you quote from the Judy Staffa letter to the editor, and I've marked it as Exhibit No. 22.
13:10 (Deposition Exhibit 22 was marked by the court reporter.)
13:10 BY MR. KEENAN:
13:10 Q And you are familiar with that?
13:10 A I am familiar.
13:10 Q Okay. Dr. Staffa prepared a summary of information which identified rhabdomyolysis -- fatal rhabdomyolysis of Baycol and other statins available to market at that time, correct?
13:10 A Yes.
13:10 Q Okay. Dr. Staffa's own letter states that her calculations is a crude measure of the number of reports received by the FDA relative to the extent of the use of an agent in the U.S. population and that rigorous comparisons between drugs that are based on this data are not recommended.
13:11 Isn't that right? Do you see where she mentions that, Doctor? In the footnote below the chart?
13:11 A Yes, I see where she says that, yes.
13:11 Q Okay. And you're not in the position to disagree with her admonition?

13:12 proposition:
13:12 "The death rate for cerivastatin
13:12 was 16 to 80 times greater than the
13:12 other statins, but there were no
13:12 apparent differences among the other
13:12 agents."
13:12 Do you see that?
13:12 A Yes.
13:12 Q Okay. And I believe that quotation comes from
13:12 page 1684 of Dr. Thompson's article.
13:12 A I said 1683 in my report.
13:12 Q Well, the copy that I'm showing you is 1684. I
13:12 think I can direct you to it. If -- if you look at
13:12 Exhibit -- 1684, Doctor, in the left-hand column about
13:13 one-third of the way down.
13:13 A Yes. I should have -- I should have put 1684
13:13 rather than 1683.
13:13 Q Okay. But that's the quote that you're
13:13 reciting in your report, right?
13:13 A I believe so, yes.
13:13 Q Okay. And the footnote that Dr. Thompson has
13:13 for that statement is footnote No. 8.
13:13 And what is that authority?
13:13 A Staffa.
13:13 Q Yes. Same -- Exhibit No. 22, right?

pathway -- the CYP3A4 and CYP238 suggests a low risk of interaction with other drugs that inhibit the cytochrome P450, which are metabolized mostly by hepatic CYP3A4.

A Yeah, I think that was really a mistake in thinking by a lot of people, that they knew about CYP3A4 inhibitors and they knew that there was quite a large number of those, and therefore they realized that having a second pathway would actually lower the risk of interaction with those specific drugs. But for some reason, what they seemed to completely have missed is the fact that there is a number of CYP2C8 inhibitors, including things like Rezulin and the glitazones we were talking about earlier today. And that that would open it up actually to more drug-drug interactions with a larger list of drugs than just the individual groups.

So this initially looks like a good idea and make -- and an advantage, but actually, when you think about, it's not.

Q Do you -- is it your view, Doctor, that the fewer enzymatic pathways a drug presents, the better?

MR. ARBITBLIT: Objection.

THE WITNESS: Well, initially I think it was thought that this drug had a relatively simple metabolic profile or metabolism. It turned out to be much more complicated than that. And obviously, if it's

relatively simplistic, you can predict the interactions much better. The more pathways you have, the more possibilities for interactions you have.

BY MR. KEENAN:

Q Okay. So -- so the answer to my question is the fewer pathways, the better?

MR. ARBITBLIT: Objection.

THE WITNESS: If the pathways are well established and well known, the fewer pathways probably the better.

BY MR. KEENAN:

Q Okay. Do you know -- is there any peer-reviewed literature that supports that opinion you just expressed?

A I haven't looked for the peer-reviewed literature to support that opinion.

Q Just a couple of quick questions about this -- this document.

Dr. Ian Hamilton-Craig states on page 487 his opinion at the bottom -- right here. Right here, Doctor.

A Uh-huh.

Q His opinion:

"Rhabdomyolysis is actually very rare in relation to the numbers of

yes?

MR. ARBITBLIT: Objection.

THE WITNESS: Bayer carried out very extensive preclinical toxicology studies which I don't dispute were very comprehensive and substantial. What I dispute and what I'm referring to here is really the interpretation of the data --

BY MR. KEENAN:

Q Okay.

A -- from those particular studies.

Q Okay. All right. The fact that it was an entirely synthetic statin didn't mean that Baycol was any more dangerous than any other -- any other synthetic drug that was on the market at that time?

A Well, it was -- it was a new structure. It has very high potency, so it's very important to critically -- truly critically evaluate the data rather than just look at it in a favorable light. Best to look at the whole picture --

Q Okay.

A -- is the most important thing. That's what I mean by critically evaluate.

Q Well, Doctor, do you have -- can you point to me any examples where Bayer failed to report any adverse toxicologic results that it acquired in the preclinical

process, where it didn't report that to the FDA?
A I -- I have no knowledge of that. I have no knowledge of any hidden information they didn't present or anything.
Q Okay. The -- the -- give me -- give me another example, though. Give me a specific example of -- of where they interpreted the data one way and you believe a different interpretation was justified?
A Well, it's really the basis of my rebuttal report --
Q Okay.
A -- which is really that there was a large amount of data generated, but they really selected from that data in presenting summary findings and comparing cerivastatin to atorvastatin.
Q Okay.
A If you look at the data more thoroughly and use classical toxicological methods as well as other methods based upon pharmacokinetic parameters, you get very different results. You get a large amount of discrepancy between the results. And it's really where that critical evaluation of that discrepancy, I think, is not presented in the CIOMS reports or in other things I have read by the Bayer scientists.
Q Okay. Your rebuttal report has been marked.

trials of cerivastatin. Your emphasis has been on the animal data, correct?

MR. ARBITBLIT: Objection.

THE WITNESS: My emphasis has been on the -- on the published literature than it is really on the clinical trials, to review my -- to get knowledge of that, but my main focus has been upon the animal data and the in vitro test tube studies of the drugs.

BY MR. KEENAN:

Q Okay. Your extrapolation that is done here on the bottom half of paragraph 13, what accounting does this formula take in the blood levels and the protein binding between dogs and man like we were discussing earlier?

A It doesn't take any.

Q And should it?

A No, not in a classical toxicology sense. But what is interesting about this is when you do take those things into account and you select some data, you can get very different results to what the classical toxicology shows. And to any toxicologists, that should be a red flag that there is -- you have to explain this discrepancy between just classical methodology and the data that you've taken from pharmacological or pharmacokinetic interpretation.

A But that -- that's not really what I've been asked to look at. I've been asked to look is the toxicology predictive.

Q No, I understand that. I understand that.

But isn't that information relevant on what effect cerivastatin had at therapeutic levels in human populations as opposed to extrapolating from dogs?

A All in- -- all information is relevant.

Q All right.

A But you still -- you would still remain concerned about the dog data.

Q All right. Let's -- let's -- let's go to paragraph 14, and did you see -- you looked at the data that gave rise to the concerns about the safety margins, right?

A Yes.

Q Okay. And much of that was generated out of concern with cerebral hemorrhaging in dogs.

Do you remember that?

A That's correct.

Q Okay. And these Bayer scientists were speaking candidly in expressing their concerns about that, and you -- you, in fact, quote some of that here?

A Yes.

Q Yes. And that's what good scientists are

13:39 allowed to do at companies, express their reservations
13:39 or hesitations?
13:39 MR. ARBITBLIT: Objection.
13:39 MR. BLACK: Objection.
13:39 BY MR. KEENAN:
13:39 Q And that information was given to the FDA --
13:40 MR. ARBITBLIT: Objection.
13:40 MR. KEENAN: I haven't even finished my
13:40 question yet.
13:40 MR. ARBITBLIT: There was a long enough pause
13:40 that I wasn't sure. The witness might have thought you
13:40 were done.
13:40 BY MR. KEENAN:
13:40 Q The bottom the line with the cerebral
13:40 hemorrhages in dogs was it was determined to be a
13:40 classic fact and posed no significant risk to human
13:40 beings at clinical trials?
13:40 MR. ARBITBLIT: Objection.
13:40 THE WITNESS: It was determined that the
13:40 cerebral hemorrhaging was not likely to pose a
13:40 significant risk in -- in human beings.
13:40 BY MR. KEENAN:
13:40 Q And -- and -- and so when Professor Schulter
13:40 and Kuhlmann and Ziegler are talking about a concern
13:40 about a safety margin, they are referencing the

experience that they had with cerebral hemorrhaging in dogs, were they not?

A They could have been, or they could have been referring to muscle toxicity or various other toxic phenomena as related to the drug.

Q Well, you -- you quote a document here at the bottom of page 14 -- paragraph 14 where they talk about a narrow therapeutic window -- do you see that? -- and you cite BAYAG00149909 as -- as well as BAYCORP00000233, right?

A Yes.

Q Okay. And as a scientist, you told me earlier you keep an open mind and you consider evidence that both supports your hypothesis and doesn't support it, right?

A Yes.

Q Okay. And I have one of those documents with me, and I want to mark it and ask you about it, Exhibit No. 25.

(Deposition Exhibit 25 was marked by the court reporter.)

BY MR. KEENAN:

Q And this it is a document that does, in fact, include the language you quote, "there was a narrow therapeutic window of BAY w 6228," which is

13:43 information on this document that shows that Bayer scientists were attempting to relieve the concerns of other people about the safety margins of Baycol, correct?

13:44 MR. ARBITBLIT: Objection.

13:44 THE WITNESS: Well, I was really only using the argument -- the document here to put forward the argument that it was clear that Bayer toxicologists were concerned. And this is a follow-on from the earlier paragraph where I show that there's a safety factor of only 2 for the dose -- from the dose that caused muscle toxicity in dogs.

13:44 There's clearly a narrow safety margin for this particular compound when you do it by classical toxicological methodology, and I was really just saying that Bayer toxicologists in trying to compliment them in some way, really, that they basically saw the same thing, that there was a narrow safety margin quite early on in this process.

13:44 MR. KEENAN: Move to strike as nonresponsive.

13:44 Q This document does not identify a nar- -- as concerns by Bayer but, rather, concerns by a third party that they were meeting with, the HPB members, right?

13:44 MR. ARBITBLIT: Objection.

13:44 THE WITNESS: Appears that they realized.

13:52 but the induction of apoptosis in skeletal muscle would not provide such a beneficial effect because it would actually decrease muscle mass and potentially release the components such as myoglobin into the plasma, which could then cause rhabdomyolysis.

13:52 Q Well, if -- is -- does apoptosis in the skeletal muscles result in a -- in an elevation of CK levels?

13:52 A I don't think there have been any real studies of that, and that's why the apoptosis theory is still just a theory because there's no direct proof of it in human beings.

13:53 Q Because all of the clinical research in the area of injury to muscles has focused on whether or not there's an elevation of the CK levels? That has traditionally been an indispensable diagnostic criteria to have rhabdomyolysis, correct?

13:53 A Well, that is similar to the liver releasing aminotransferases into the serum, so it's just a classical clinical measure, but it doesn't tell you the mechanism by which the cell death is going on in the muscle.

13:53 Q The -- the recent papers that have looked at this apoptosis haven't -- have been identifying that phenomena with statins other than cerivastatin since

14:09 fluvastatin, and cerivastatin is down there at the bottom three -- last two, actually. Cerivastatin is 70 and simvastatin is 58. So the value is the same as mine of 70 percent going into the feces.

14:09 BY MR. KEENAN:

14:09 Q So your point here is to be an ideal statin its elimination would be entirely through the bile?

14:09 A Well, atorvastatin fits this --

14:09 Q Right.

14:09 A -- a little better.

14:09 Q Okay. But none of the -- none of the other statins in your -- by your definition would be ideal statins, using this definition, correct?

14:10 A None of them are ideal. I mean fluvastatin's better, and so is lovastatin. Cerivastatin is essentially the worst one.

14:10 Q Well, it's not. It's better than pravastatin, isn't it?

14:10 A Well, the simvastatin and the pravastatin data is a little unusual because it doesn't add up to a -- to a hundred percent. It's hard to know where the other material goes unless it stays bound in the animal. So -- or the human. So all of the cerivastatin goes out either in the urine or the feces.

14:10 Q Okay. Okay. Paragraph 27.

14:23 you decide to take the alternate pathway, but on the alternate pathway, you come across a -- a crash which has blocked you going that way, and so it's not forced to make it better, especially when very common drugs such as Tamoxifen, the glitazones, and all contraceptives are metabolized by the alternate pathway.

14:23 So I just -- I just think it's weak thinking, it's just poor thinking that two pathways are better than one. It's just too simplistic.

14:23 BY MR. KEENAN:

14:23 Q But does anybody in the world agree with your view on this?

14:23 A I don't know. I haven't asked them.

14:23 Q But you've taken time to look at the literature.

14:23 Have you seen any literature that -- that -- that supported your view that two pathways is not necessarily better than one?

14:24 MR. BLACK: Objection.

14:24 MR. ARBITBLIT: Objection.

14:24 THE WITNESS: I haven't seen any writings on it at all, really. But I'd be willing to bate -- debate anybody in the world about it.

14:24 BY MR. KEENAN:

14:24 Q Paragraph 32. The most serious interactions

# Exhibit C

Δ π EXHIBIT 4
Deponent Smith
Date 2/9/04 Rptr. SFB
WWW.DEPOBOOK.COM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

## REBUTTAL EXPERT WITNESS REPORT OF MARTYN T. SMITH, Ph.D.

1. This rebuttal report is submitted in response to the report of Joseph V. Rodricks Ph.D. dated October 14th, 2003. In his report Dr. Rodricks claims that " The MOS (Margin of Safety) for muscle effects of cerivastatin is comparable, ..., to that seen for atorvastatin", suggesting "that the two drugs are of comparable safety"(p. 7, para 21, top line). This conclusion is based on the analysis presented in Exhibit 5 to the Rodricks report, which is misleading for a number of reasons (Exhibit 1). A standard dose-based comparison of atorvastatin and cerivastatin toxicity shows that, at therapeutically equivalent levels, atorvastatin is far safer than cerivastatin. This conclusion is borne out by the clinical experience with these drugs and shows that the preclinical toxicity studies were predictive of the greater toxicity of cerivastatin.

2. In my earlier report I described how Baycol has a narrow safety margin and that early in the drug development process Bayer scientists were concerned about this narrow safety margin. For example, Professors Schulter and Kuhlmann and Dr. Ziegler wrote in a memo dated February 8, 1991 [BAYAG00153628]: "The safety margin for our compound *(then called Bay w 6228 = Baycol)* from the no-effect level to non-tolerable dose is less than 3 whereas for lovastatin it is at least 12-fold. Besides benefit / risk

evaluations for our compound are based on 13 week studies whereas the database for lovastatin is much stronger" (their emphasis).

3. Exhibit 5 in the Rodricks report is extracted directly from Table 2 at p.7 in Dr. Eckhard von Keutz's CIOMS IV report entitled "Toxicological Profile of Cerivastatin In Comparison to Other Statins Marketed With Emphasis on Effects on the Muscle" [BAYCORP01646459]. Table 2 in von Keutz's report compares the safety factors dog vs. man for cerivastatin and atorvastatin. Von Keutz uses pharmacokinetic data to compare dog and human data and thereby derive safety factors. This comparison is unjustifiably risky because, as Bayer scientist Dr. Wolfram Steinke writes in his section of the CIOMS IV report: "comparison of the pharmacokinetic-parameters of statins should be done cautiously, because they are highly varying and different analytical methods have been used" (top of p.7, BAYAG00609092). Indeed, as I will show, the comparison made by Dr. von Keutz gives a false sense of safety for Cerivastatin.

4. Exhibit 2 to this report shows the data presented in Table 2 of von Keutz as utilized by Rodricks in his Exhibit 5. von Keutz used two pharmacokinetic parameters for cerivastatin in man and dogs, the maximum concentration reached in the plasma after dosing (Cmax) and the AUC, the area under the plot of plasma concentration of drug against time after drug administration, to compare the toxicity of cerivastatin and atorvastatin. Values are shown for these parameters in dogs and man at the threshold doses for muscle toxicity in dogs and at the highest therapeutic doses in humans (Exhibit 2). These values are then compared to give safety factors (a better term is Margins of

Safety, MOS) on the basis of Cmax and AUC. The Cmax comparison gives a safety factor or MOS for cerivastatin = 22 / 9 = 2.4, and the AUC comparison = 150 / 53 = 2.8. The equivalent values for atorvastatin are only 1.0 and 0.5, so that if such values were reliable atorvastatin would be marginally less safe than cerivastatin by a factor of about 3, or as Dr Rodricks puts it, "the two drugs are of comparable safety".

5. von Keutz and Rodricks' use of these pharmacokinetic parameters and the direct comparison of only these two doses of Baycol and another selected statin unfairly favored Baycol by a factor of approximately 10-fold. First, because 20 mg of atorvastatin has the same therapeutic effect as 0.8mg Baycol, Rodricks and von Keutz's use of the 80mg dose of atorvastatin unfairly favors cerivastatin by a factor of around 5 (the difference is not exactly 4x because the pharmacokinetics are not precisely linear with increasing dose). When equivalent effective doses of cerivastatin and atorvastatin are compared, atorvastatin is predicted to have a 1.5 times higher margin of safety than cerivastatin (Exhibit 3). Second, it is common practice in toxicology to use the LOEL (Lowest Observable Effect Level) as well as the NOEL (No Observable Effect Level) to compare safety factors derived from each. If the values of Cmax and AUC at the LOEL are used instead of those at the NOEL as in Exhibit 4, then atorvastatin is predicted to have an even higher margin of safety than cerivastatin by a factor of 3.25 (Exhibit 4). Thus, von Keutz and Rodricks falsely portray Baycol in a favorable light by failing to show safety factors at therapeutically equivalent doses and by choosing pharmacokinetic data at the NOEL rather than the LOEL in comparing the MOS of cerivastatin and

atorvastatin. Since the LOEL dose is precisely 4x the NOEL dose then there is no reason to favor one over the other in calculating MOS.

6. Choosing the NOEL values unfairly favored Baycol by at least a factor of 2, while using the higher dose of atorvastatin unfairly favored Baycol by a factor of 5, and taken together these choices unfairly favored Baycol by 2 x 5 = 10-fold. Comparisons of safety should be based on conservative methods rather than on selected data that unfairly portray one drug as safer than another. At the very least both favorable and unfavorable comparisons should be presented to avoid the inference that unfavorable data was intentionally omitted. However, an even more significant issue concerns the irreconcilability of the von Keutz / Rodricks' pharmacokinetic analysis and the results of standard toxicological analysis to derive MOS, as discussed below.

7. In light of the difficulties of using highly uncertain pharmacokinetic parameters measured in different studies by differing methods, it is prudent to use a standard toxicology approach of assessing safety by comparing doses of different statins directly on a body weight basis. When this is done, as shown in Exhibit 5 to this rebuttal report, the dose equivalent in mg/kg/day for threshold toxicity in dogs is compared to the highest dose in mg/kg/day in a 60kg man. Dose in man / NOEL (No Observable Effect Level) dose in dog on a per body weight basis gives a margin of safety for cerivastatin of 1.92 and for atorvastatin 7.52 (Exhibit 5 attached). However, since atorvastatin is equivalent to cerivastatin with a 20 mg dose, and not 80mg, giving the same beneficial effect as 0.8 mg of cerivastatin, the MOS at therapeutically equivalent effective doses are compared

(Exhibit 5). For cerivastatin the MOS is 1.92, but for atorvastatin it is 30.1. Thus, at equivalent effective doses atorvastatin is more than 15 times safer than cerivastatin according to the toxicological data (Exhibit 5). The comparison of doses in dogs and man could also be done on a surface area basis using $mg/m^2$ but this would be the same for both drugs and would not change the ratio between them in terms of margin of safety – atorvastatin would still be 15 times safer. There is, therefore, a clear discrepancy between predictions of toxicity based on pharmacokinetic information and that produced by standard dose/body weight (or surface area) comparisons. Thus, it was inappropriate for Bayer scientists to ignore the classical toxicology and rely solely upon pharmacokinetic parameters in claiming that Baycol had comparable safety to atorvastatin. The clinical experience of these two drugs correlates best with classical toxicological methods of comparing dose on a body weight basis in that the data predicts higher muscle toxicity for cerivastatin than atorvastatin.

8. In addition to using selected pharmacokinetic parameters to justify a higher margin of safety for cerivastatin than was really present, von Keutz and other Bayer scientists claimed an additional safety factor of 2.6 on the basis of the lower drug binding to albumin in human blood in a test tube as compared to dog blood (see Deposition of Dr. von Keutz). However, this additional safety factor is highly uncertain. Albumin is a large, abundant protein in blood plasma that binds drugs and other molecules in a non-covalent form. This loose association lowers the free concentration of the drug in the plasma and allows for transport of the albumin-drug complex to all parts of the body. If the drug is lipophilic and readily enters cells, as cerivastatin does, then the albumin releases the drug into tissues down a concentration gradient. Thus, the albumin does not

prevent the drug from entering the cells of the peripheral tissues, such as muscle. Indeed as Dr. Steinke states in his CIOMS IV report: "In rat, dog and human plasma, binding of cerivastatin was fully reversible." [BAYAG00609092].

9. In test tube studies 99.3% of cerivastatin was bound to albumin and other proteins in human plasma and 0.7% was free [ibid.]. In dog plasma 98.2% was bound to blood proteins and 1.8% was free [ibid.]. The additional safety factor used by von Keutz to justify the use of 0.8 mg cerivastatin in man, therefore comes from dividing 1.8% by 0.7% = 2.57. This is a very uncertain safety factor because of the high variation between people in the extent of plasma protein binding of drugs. For example, for the recently withdrawn hepatotoxic drug Rezulin (troglitazone), test tube studies showed that it was 99.7 to 99.8% bound to plasma proteins in human blood with only 0.2% being in the free form (Kawai K. et al. "Disposition and metabolism of the new oral antidiabetic drug troglitazone in rats, mice and dogs", Arzneimittelforschung 47: 356-68, 1997). Yet in 24 subjects enrolled in a pharmacokinetic study, the mean unbound fraction range in the plasma was 0.7-5.1%. Thus, one individual had a 25-fold higher level of unbound drug in their plasma than in the test tube studies, and all subjects had significantly greater amounts of unbound drug in their plasma than that predicted by *in vitro* test tube studies with the average being 13-fold higher (Ott, P et al "Pharmacokinetics of troglitazone, a PPAR-gamma agonist, in patients with hepatic insufficiency", Eur J Clin Pharmacol 54, 567-571, 1998). If the situation were similar in the case of cerivastatin, which is highly likely given that Rezulin was even more highly bound to plasma proteins than cerivastatin in test tube studies, then free fractions of cerivastatin would be more than

0.7% x 25 = 17% in some people, as opposed to 1.8% in inbred pedigree dogs that were genetically identical. The highly variable human population and associated variation in free cerivastatin plasma levels should have been considered in extrapolating the results from pedigree beagle dogs. Adding the additional theoretical safety factor was completely inappropriate, because there was no basis to believe that there would be uniformly low concentrations of free cerivastatin in the plasma of actual patients with varied genetic and metabolic characteristics. Such considerations should have caused Bayer scientists not to push the envelope too hard in claiming that the 0.8 mg dose of cerivastatin was safe based on theoretical considerations that were contradicted by standard toxicology procedures.

10. I reserve the right to amend my opinion and submit additional reports should pertinent information become available through ongoing discovery or other sources.

2/8/04 M T Smith

Date Martyn T. Smith, Ph.D.

# Smith Rebuttal Exhibit 1

## Exhibit 5 of Rodricks Report is Misleading because:

It is not based on therapeutically equivalent doses

It presents selective pharmacokinetic data for the two statins

It does not show the discrepancy between safety factors developed by a standard toxicology approach using dose/body weight and those shown derived from pharmacokinetics

It ignores the classical toxicology and relies solely upon highly uncertain pharmacokinetic parameters

# Smith Rebuttal Exhibit 2

## Exhibit 5 of Rodricks report is extracted from Table 2 at p.7 in von Keutz report [BAYCORP01646459]

| | Cerivastatin | Atorvastatin |
|---|---|---|
| NOEL for effects on Muscle in Dogs (mg/kg) | 0.025 | 10 |
| NOEL (Cmax) dog* | 22 mcg/l | 140 ng/ml |
| NOEL (AUC) dog | 150 mcg*h/l | 480 ng*h/ml |
| Highest therapeutic dose man(mg) | 0.8 | 80 |
| Plasma conc. (Cmax)* | 9 mcg/l | 140 ng/ml |
| Plasma conc. (AUC) | 53 mcg*h/l | 990 ng*h/ml |
| | | |
| Safety factor (Cmax dog/Cmax man)* | 2.4 | 1.0 |
| Safety factor (AUC dog/ AUC man) | 2.8 | 0.5 |
| Average safety factor | 2.6 | 0.75 (Ratio=0.28) |

**Rodricks concludes "the two drugs are of comparable safety"**

*Not shown in Exhibit 5

# Smith Rebuttal Exhibit 3

## Exhibit 5 of Rodricks Report is Misleading

### Comparison based on equivalent doses shows atorvastatin has higher safety margin

| | Cerivastatin | Atorvastatin |
|---|---|---|
| NOEL for effects on Muscle in Dogs (mg/kg) | 0.025 | 10 |
| NOEL (Cmax) dog* | 22 mcg/l | 140 ng/ml |
| NOEL (AUC) dog | 150 mcg*h/l | 480 ng*h/ml |
| Equivalent therapeutic dose man(mg) | 0.8 | 20 |
| Plasma conc. (Cmax)* | 9 mcg/l | 23 ng/ml |
| Plasma conc. (AUC) | 53 mcg*h/l | 250 ng*h/ml |
| | | |
| Safety factor (Cmax dog/Cmax man)* | 2.4 | 6.1 |
| Safety factor (AUC dog/ AUC man) | 2.8 | 1.9 |
| Average safety factor | 2.6 | 4.0 (Ratio=1.54) |

*Not shown in Exhibit 5

# Smith Rebuttal Exhibit 4

# Exhibit 5 of Rodricks Report is Misleading

## Atorvastatin is 3.25x safer than cerivastatin when LOEL doses used

| | Cerivastatin | Atorvastatin |
|---|---|---|
| LOEL=4x NOEL in Dogs (mg/kg) | 0.1 | 40 |
| 4xNOEL (Cmax) dog* | 130 mcg/l | 1900 ng/ml |
| 4xNOEL (AUC) dog | 1114 mcg*h/l | 8200 ng*h/ml |
| | | |
| Equivalent therapeutic dose man(mg) | 0.8 | 20 |
| Plasma conc. (Cmax)* | 9 mcg/l | 23 ng/ml |
| Plasma conc. (AUC) | 53 mcg*h/l | 250 ng*h/ml |
| | | |
| Safety factor (Cmax dog/Cmax man)* | 14.4 | 82.6 |
| Safety factor (AUC dog/ AUC man) | 21.0 | 32.8 |
| Average safety factor | 17.7 | 57.7 (Ratio=3.25) |

# Smith Rebuttal Exhibit 5

# Exhibit 5 of Rodricks Report is Misleading S

**Dose/Body Wt Calculations Predict a Much Higher Margin of Safety for Atorvastatin**

| | Cerivastatin | Atorvastatin |
|---|---|---|
| NOEL for effects on Muscle in Dogs (mg/kg/day) | 0.025 | 10 |
| Highest human therapeutic dose (mg) | 0.8 | 80 |
| Highest dose (mg/kg/day) in 60 kg man | 0.013 | 1.33 |
| Margin of Safety (NOELdog/Human dose) | 1.92 (.025/.013) | 7.52 (10/1.33) |
| Equiv. effective dose in lowering LDL (mg) | 0.8 | 20 |
| Highest dose (mg/kg/day) in 60 kg man | 0.013 | 0.3325 |
| Margin of Safety for Equivalent doses | 1.92 (.025/.013) | 30.1 (10/0.3325) |

***Atorvastatin is more than 15 times safer than cerivastatin at equivalent therapeutic doses on a body weight basis***