16. "A Multicenter, Double-Blind, Placebo-Controlled, Randomized Study to Determine Efficacy in the Relief of Hot Flushes in Women Receiving Transdermal Estradiol." Berlex Laboratories (042)

17. "A Multicenter, Double-Blind, Randomized Study of Continuous Transdermal Estradiol-Levonorgestrel Combinations, Compared to Continuous Transdermal Estradiol, to Examine the Safety and Effect on the Endometrium, Symptoms and Bleeding Patterns in Postmenopausal Women." Berlex Laboratories (043)

18. "A Clinical Protocol for a Multicenter, Double-Blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with SC-58635 400mg BID to that of Diclofenac 75 mg BID in Patients with Osteoarthritis or Rheumatoid Arthritis." Searle & Co. (CLASS II)

19. "A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's during Chronic Treatment with MK-0966 or Naproxen in Patients with Rheumatoid Arthritis." Merck (088)

20. "A Multi-Center, Double-Blind, Placebo-Controlled, Group Comparison Study to Investigate the Efficacy, Tolerability and Safety of BAY 12-9566 as Compared to Placebo, in the Treatment of Patients with Mild to Moderate Osteoarthritis of the Knee, over 3 years." Bayer (100011)

21. "Clinical Protocol for a Multicenter, Double-Blind, Placebo-Controlled, Randomized, Comparison Study of the Efficacy and Safety of Valdecoxib 5 mg and 10 mg QD and Naproxen 500 mg BID in Treating the Signs and Symptoms of Osteoarthritis of the Hip." Searle & Co.

22. "A Multicenter, Active Comparator-And Partially Placebo-Controlled, 15-Month Study of the Effects of MK-0966 VS. Ibuprofen on Biochemical Indices of Bone Turnover and Bone Density in Patients with Osteoarthritis". Merck & Co. (083)

23. "A 1-Year, Randomized, Placebo-and Active-Comparator-Controlled, Parallel-Group, Double-Blind, Two-Part Study to Assess the Safety and Efficacy of MK-0663 Versus Naproxen in Patients with Osteoarthritis." Merck & Co. (018)

24. "A Multicenter, Double-Blind, Randomized, Active-Controlled, Parallel Group Study of Daily vs. Weekly dosing Regimens of Risedronate in the Treatment of Osteoporosis in Postmenopausal Women. (HMR-4003E/3001)

25. "A Placebo Controlled, Parallel Group, 4-Week, Trial Conducted Under Double-Blind Conditions to Assess the Efficacy and Safety of Rofecoxib in Patients with Chronic Low Back Pain." Merck & Co. (121-00)

26. "A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the

Recurrence of Neoplastic Polyps of the Large Bowel in Patients with a History of Colorectal Adenomas." Merck & Co. (122)

27. "A Multicenter, Randomized, Double-Blind Placebo-Controlled Phase III Study of the Human Anti-TNF Monoclonal Antibody D2E7 Administered as Subcutaneous Injections to Patients with Active Rheumatoid Arthritis Currently Receiving Treatment with Methotrexate." Knoll Pharmaceutical (DE019)

28. "A Randomized, Placebo-Controlled, Parallel Group, Double-Blind Study to Evaluate the Safety and Efficacy of Rofecoxib 12.5 mg, Rofecoxib 25 mg, and Celecoxib 200 mg in Patients with Osteoarthritis of the Knee or Hip." (112)

29. "A Double-Blind, Placebo Controlled, Parallel Group, Dose Ranging Comparison of the Efficacy and Safety of Controlled Release Oxymorphone (NUMORPHAN® CR), Controlled Release Oxycodone (OxyContin®) and Placebo in the Treatment of Osteoarthritis of the Knee and/or Hip." Endo Pharmaceuticals, Inc. (ENDO3202)

30. "A Double-Blind, Placebo-and Active-Comparator-Controlled, Parallel-Group Study to Assess the Safety and Efficacy of MK-0663 in Ankylosing Spondylitis." Merck & Co. (032-01)

31. "An Active-Comparator-and Placebo-Controlled, Parallel-Group Study to Assess the Safety and Efficacy of MK-0663 in Rheumatoid Arthritis Patients." Merck & Co. (024)

32. "A Multicenter, Double-Blind, Placebo-Controlled, Randomized Comparison Study of the Efficacy and Safety of Valdecoxib 10 mg, 20 mg, 40 mg QD and Naproxen 500 mg BID in Treating the Signs and Symptoms of Rheumatoid Arthritis." Searle & Co. (N91-99-02-060 and N91-99-02-061)

33. "A Clinical Protocol to Evaluate the Long-Term Safety of VALDECOXIB in Treating the Signs and Symptoms of Rheumatoid Arthritis." Searle & Co. (N91-99-02-067)

34. "A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Ranging, Phase II Study to Assess the clinical Efficacy of Alosetron (GR68755) in Male Subjects with Irritable Bowel Syndrome." Glaxo Wellcome, Inc. (S3B20023)

35. "A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled Study of Alosetron in Female Subjects With Alternating Diarrhea/Constipation Irritable Bowel Syndrome." Glaxo Welcome, Inc. (S3B30013)

36. "Clinical Protocol for a Multi-Center, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Ketotop® (a topical plaster containing ketoprofen) in the Treatment of Osteoarthritis of the Knee." United Therapeutics Corporation (UT-55-2000-03)

37. "Cosamin Study: Evaluation of Cosamin in the Management of Knee Osteoarthritis." Nutramax Laboratories

38. "A Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Study to Evaluate the Efficacy and Safety of MK-0966 12.5 mg vs. Nabumetone 1000 mg in Patients with Osteoarthritis of the Knee." Merck & Co. (085)

39. "Clinical Protocol for a Randomized, Double-Blind, Multi-Center, Parallel Group Study to Compare the Efficacy and Safety of Celecoxib and Naproxen versus Placebo in Patients with Acute Tendinitis and/or Bursitis of the Shoulder." Pharmacia (N49-01-02-201)

40. "A Pilot Study to Evaluate the Safety and Effectiveness of the Magna Bloc device for the Temporary Reduction of Pain due to Osteoarthritis of the Knee." Alticor

41. "Clinical Protocol for a Double-Blind, Randomized Three Arm, Two Period Crossover Study to Compare Celecoxib, Acetaminophen, and Placebo in Patients with Osteoarthritis of the Hip or Knee." Pharmacia (635 IFL 0508-010)

42. "A Prospective Multi-Centre, Randomised, Double-Blind, Active Comparator-Controlled, Parallel-Groups Study Comparing the fully Human Monoclonal Anti-TNF Antibody D2E7 Given Every Second Week with Methotrexate Given Weekly and the Combination of D2E7 and Methotrexate Administered Over Two Years in Patients with Early Rheumatoid Arthritis (PREMIER)" Knoll DE013/DE032

43. "A Randomized, Double-Blind, Active Comparator - Controlled, 7-Day Trial of the Effect of MK-0663 120 mg and Indomethacin 150 mg in the Treatment of Acute Gout." Merck & Co. (049)

44. "A Randomized, Parallel-Group, Double-Blind Study to Evaluate the Safety and Efficacy of Celecoxib 200 mg Acetaminophen 4000 mg, Rofecoxib 12.5 mg and Rofecoxib 25 mg in Patients with Osteoarthritis of the Knee" (150)

45. "A Multicenter, Randomized, Active-Controlled, Single-Blinded, Parallel-Group Comparison of Risedronate 5 mg Flexible-Dosing Instructions to Before-Breakfast-Dosing Instructions in Postmenopausal Women With Osteoporosis." (HMR4003E/3002)

46. "Psychometric Assessment of the Cedars-Sinai Health Related Quality of Life (CSHQ-RA) Instrument in Rheumatoid Arthritis Subjects Receiving Kineret (Anakinra) Therapy." Pharmatech (Amgen 20020103)

47. "An international, multicenter, stratified, randomized, double-blind, double dummy, parallel-group, 52-week gastrointestinal clinical safety study to demonstrate that COX 189 (400 mg od) reduces the risk to develop complicated ulcers as compared to NSAIDS (naproxen 500 mg bid and ibuprofen (800 mg tid), in osteoarthritis patients" (COX 189 0117 Novartis)

48. "A 12 Week Randomized, Double-Blind, Placebo Controlled Multicenter Study of the Analgesic Efficacy of Celecoxib 200 mg QD Compared to Placebo in Patients with Chronic

Low Back Pain." (Pharmacia COXA-0508-245)

49. "Multinational, Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study Assessing the Efficacy of Intravenous Zoledronic Acid in Preventing Subsequent Osteoporotic Fractures after a Hip Fracture." (Novartis CZOL446H2310)

50. "A Randomized, Double-Blind, Active-Comparator-Controlled, Parallel-Group Study to Evaluate the Cardiovascular Safety of Etoricoxib in Patients with Osteoarthritis or Rheumatoid Arthritis." (Merck Arcoxia 066)

51. "A Phase III, Randomized, Multicenter Study Comparing Safety and Efficacy of Oral TMX-67 versus Allopurinol in Subjects with Gout." (TAP Pharmaceuticals C02-010)

52. "Double-Blind, Randomized, Active Comparator Parallel Group Comparison Study of the Safety of Valdecoxib, Rofecoxib, and Ibuprofen in Treated Hypertensive Patients with Osteoarthritis." (Pharmacia 872-IFL-0513-005)

53. "An international, multicenter, stratified, randomized, double-blind, double-dummy, parallel-group, 52-week gastrointestinal clinical safety study to demonstrate that COX189 (400mg od) reduces the risk to develop complicated ulcers as compared to NSAIDS (naproxen 500 mg bid and ibuprofen 800 mg tid), in osteoarthritis patients." Novartis CCOX189A2332

54. "A Multi-center, Double Blind, Randomized, Placebo-Controlled, Parallel Group, 6-Week Study to Evaluate the Efficacy and Safety of Ezetimibe 10mg/day When Added to Ongoing Therapy with a Statin Versus Statin Therapy Alone, in Patients with Hypercholesterolemia Who Have Not Reached National Cholesterol Education Program (NCEP) Adult Treatment Panel (ATP) III Target LDL-Cholesterol Level." Merck EASE 040

55. "A Randomized, Double-Blind, Multicenter Study to Evaluate the Tolerability and Effectiveness of Etoricoxib 90 mg q.d. vs. Diclofenac Sodium 50 mg. t.i.d. in Patients with Osteoarthritis." Merck EDGE 061

56. "Double-Blind, Randomized, Dose-Ranging, Parallel-Group Comparison of the Efficacy and Safety of Extended Release Tramadol Hydrochloride (Tramadol HCL ER 100 mg, 200 mg, 300 mg, and 400 mg) with Placebo in the Treatment of Osteoarthritis of the Knee and/or Hip." Biovale B02

57. "A 12-Week, Randomized, Placebo and Active-Comparator-Controlled, Parallel-Group, Double-Blind Study to Assess the Safety and Efficacy of Etoricoxib 30 mg versus Ibuprofen 2400 mg in Patients with Osteoarthritis." Merck 071

58. "A Multicenter Study of the Safety of Human Anti-TNF Monoclonal Antibody D2E7 in Subjects with Active Rheumatoid Arthritis." Abbott M02-498

59. "A Phase III, Randomized, Multicenter, Allopurinol and Placebo-Controlled Study Assessing the Safety and Efficacy of Oral Febuxostat in Subjects with Gout." TAP C02-009

60. "A Double-Blind, Randomized, Controlled, Parallel-Group, Multicenter Study Evaluating the Safety and Efficacy of Civamide Cream 0.075% as a Treatment in Subjects with Osteoarthritis of the Knee." Winston WL-1001-05-01

61. "A 12-Week Randomized, Double-Blind, Placebo-Controlled Multicenter Study of the Analgesic Efficacy of Celecoxib 200 mg QD and 200 mg BID Compared to Placebo in Patients with Chronic Low Back Pain." Pfizer COXA-0508-269

62. "A Randomized, Placebo-Controlled, Double-Blind, Multi-Center, Parallel Group, Dose-Ranging Study to Assess the Safety and Efficacy of Multiple Doses of HMR 3480A in Subjects with Rheumatoid Arthritis on a Stable Dose of Methotrexate." Aventis Pharmaceuticals HMR 3480A

63. "A Randomized, Double-Blind, Phase 3 Study to Compare the Efficacy and Safety of Lansoprazole 30 mg QD and Naproxen 500 mg BID versus Celecoxib 200 mg QD in Risk Reduction of Non-Steroidal Anti-Inflammatory-Associated Ulcers in Osteoarthritis Subjects Taking Low Dose Aspirin." TAP Pharmaceutical Products LAN-0003-0041

# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases

COPY

- - -

CONFIDENTIAL

- - -

February 10, 2004

- - -

Videotape deposition of THOMAS M. ZIZIC, M.D., held in the offices of Lieff Cabraser Heimann & Bernstein, 48th Floor, 780 Third Avenue, New York, New York, commencing at 9:56 a.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103

MS. PASSARETTI: Rachel Passaretti from Skadden Arps for Pfizer.

THE VIDEOTAPE TECHNICIAN: Folks on the phone, please.

MS. MEADERS: This is Kim Meaders for pharmacies.

THE VIDEOTAPE TECHNICIAN: Anyone else?

MR. FILIPOVITCH: Stephan Filipovitch for various Texas doctors.

THE VIDEOTAPE TECHNICIAN: Will the court reporter please administer the oath.

\- - -

THOMAS M. ZIZIC, M.D.,

after having been duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. MIZGALA:

Q. Good morning, Dr. Zizic.

tissues particularly as it relates to immunologic and inflammatory aspects of those tissues.

Q. It's my understanding that rheumatology, like anything these days, has subspecialties itself; correct?

A. Rheumatology has no recognized subspecialties.

Q. You said there were over 100 diseases that are involved in sort of the rubric of rheumatology. Is that correct?

A. That is correct.

Q. What kind of diseases does your practice focus on?

A. All of them.

Q. Is it true, Doctor, you have a specialized interest in osteonecrosis and osteoporosis and the causation of such conditions by steroids?

A. Amongst many other things which I've studied, researched and published on.

Q. Osteonecrosis has been a principal focus of your research;

correct?
A. That is correct.
Q. Especially avascular necrosis and its relationship to steroids; is that right?
A. That is correct.
Q. Doctor, have you ever done any research in the area of statin-induced myopathies?
A. No, I have not.
Q. Have you ever published in the area of statin-induced myopathies?
A. I have not.
Q. Have you ever lectured in the area of statin-induced myopathies?
A. Only in the course of my lectures of myopathies in general, particularly polymyositis, dermatomyositis.
Q. It wouldn't have been the focus of any lecture?
A. It would have been part of, but not the focus.
Q. Doctor, who first contacted

Q. Did you take any notes during the meeting?

A. I did take some notes. He provided me with a copy of his paper that he was submitting, some of which I've quoted in here, asked me to destroy it until it was published after I read it.

Q. The notes, do you still have those?

A. No. Once I wrote the report, it's all contained in the report. There was nothing else.

Q. So, he gave you a draft of a manuscript he's submitting for publication; is that correct?

A. Yes.

Q. And where is he submitting that draft?

A. I don't know.

Q. And that's -- I notice in your supplemental report in Exhibit 2 you have a couple of places where you cite Dr. Phillips, and you say "Personal Communication," sort of toward the end of

Paragraph 1 and the end of Paragraph 2. What, specifically, when you use that as a cite, "Phillips P.S., Personal Communication," what's your specific reference?

A. Just that. That's the way you use it in scientific reports. It was a personal communication with the author or with the investigator or with the scientist that's involved in that work.

Q. But you said you had this draft manuscript. Is that a reference to the draft manuscript or something that Dr. Phillips told you or both?

A. Both.

MS. FLEISHMAN: Excuse me, James, do you have another copy of the supplemental report that I could just mark?

MR. MIZGALA: (Handing over document.)

MS. FLEISHMAN: Thank you.

THE WITNESS: It was the manuscript, an abstract he was

submitting that will be published
next month, I'm not sure where,
and personal communication. There
were three things.

BY MR. MIZGALA:

Q. Let's look at Paragraph Number 1.

A. Yes.

Q. Toward the end where it talks about respiratory exchange ratios, RER, in some statin patients, and it's a fairly long sentence there, but it ends "all of whom developed muscle symptoms and elevated CPK in association with exposure to statins, including cerivastatin." And it's got "(Phillips, P.S. Personal Communication)."

You identified a manuscript and an abstract, a draft manuscript and a draft abstract. Does this refer to the draft manuscript or the draft abstract?

A. The draft manuscript.

Q. In the second paragraph you refer to a survey of 81 patients, the

last sentence.
A. Yes.
Q. "In a survey of 81 patients with statin-induced rhabdomyolysis, 51% reported never regaining full muscle strength and stamina," and you also refer to Dr. Phillips in a personal communication.
A. That's --
Q. That's the abstract?
A. That is correct.
Q. And you've destroyed both of those; is that correct?
A. I have.
Q. To your knowledge, has he submitted those for publication?
A. I would have no way of knowing.
Q. To your knowledge, have either one been published?
A. To my knowledge, they have not yet.
Q. To your knowledge, have either one been through the peer review

process?

A. I don't know that.

Q. Doctor, I didn't go through the deposition guidelines. We seem to be communicating well, and I'm not going to bother.

If you need a break, just let me know. Okay?

A. Thank you.

Q. Doctor, can you describe -- you said you had a partner in your clinical practice. Can you describe your clinical practice for us?

A. Well, I've taken a sabbatical from my practice about three months ago to become president and CEO of Bionicare Medical Technologies. I have an updated copy of my C.V. I don't know if you've received that, as well.

Q. Yes. I got that late yesterday, too. We'll attach that later.

A. Okay.

Prior to -- that officially occurred February 1st, however, I was

obviously when I came back to Hopkins and stayed there for the rest of my career, I never renewed my license in Wisconsin.

Q. That was some time ago?

A. That was quite some time ago, probably before you were born, sir.

Q. I doubt that, but thank you.

Doctor, you said you had a partner. What's your partner's name?

A. Dr. Peter Holt, H-O-L-T.

Q. Is he going to pick up a new partner now that you're involved in the company full time?

A. He is looking. Rheumatologists are very much in demand at this point in time.

Q. Could you describe the nature of your patient population?

MS. FLEISHMAN: Objection.

BY MR. MIZGALA:

Q. Sort of the general makeup of your patient population.

MS. FLEISHMAN: In the last five years?

MR. MIZGALA: Yes, your clinical practice.

THE WITNESS: I have had primarily patients with referral to rheumatology problems. My patients have come half from outside the state or the states, in fact, internationally. About half come from the state of Maryland. Almost all, either doctors' relatives or referred by a physician. Very little in the way of minor rheumatic disease, generally diagnostic and therapeutic problems, muscle disease, unknown polyarthritis, polyarthritis of unknown etiology, systemic connective tissue diseases such as arteritis and lupus, avascular necrosis of bone. Osteoporosis to a lesser degree in terms of referral or practice. So, a pretty broad range of rheumatology problems, not so much

the minor problems in terms of nonserious disease or nonlife-threatening. I don't get much fibromyalgia referred to me. Not that that's not a serious problem for the person who has it, but it doesn't require my expertise to manage that problem.

BY MR. MIZGALA:

Q. What else do you put in the category besides fibromyalgia of the sort of the nonserious rheumatic disease?

A. I would have relatively little in the way of minor osteoarthritis or rotator cuff problems or mechanical musculoskeletal problems.

Q. Are the patients you get -- the patients that are referred to you, are these people generally that have been suffering from a chronic disease process, or do you have a mixture of chronic and acute presentations?

A. No question. A mixture of chronic, some acute, some acute

A. Right at the moment, none.

Q. None. That's true.

Last year, what statins were you prescribing?

MS. FLEISHMAN: Objection.

THE WITNESS: You know, pravastatin, simvastatin, atorvastatin primarily. I had a few patients that are still on lovastatin that have been doing well for a dozen years on lovastatin, and they are going to stay on it.

BY MR. MIZGALA:

Q. When you prescribe statins to a patient, were you the person who initiated the statin therapy or is it generally you're just continuing to prescribe statin therapy that was already initiated?

A. Both.

Q. Have you ever had a patient experience a statin-induced myopathy?

A. I have.

Q. How many?

A. A few. I couldn't remember how many in the last ten years, but a few have had statin myopathies that have been -- one, severe, that did not go into renal failure, but was headed that direction, we gave a lot of fluids to, and the patient had brown urine, myoglobin in the urine and very high CPKs in the 70 or 80,000 range as I recall.

Q. When you prescribe a statin, what do you tell your patients?

MS. FLEISHMAN: Objection.

BY MR. MIZGALA:

Q. Especially if you're initiating therapy, what do you tell them about the statin?

MS. FLEISHMAN: Objection.

Now, then?

MR. MIZGALA: Last year.

THE WITNESS: Well, I tell the patients that although these are very effective medications in reducing the bad cholesterol, the

years ago I saw a couple of cases.

Q. So, statin myopathy is not a new thing, it's well known in the literature; correct?

MS. FLEISHMAN: Objection.

THE WITNESS: Yes.

BY MR. MIZGALA:

Q. And it's been reported for all the statins; correct?

MS. FLEISHMAN: Objection.

THE WITNESS: It's been reported for all the statins, not as frequently as with Baycol, but it's been reported.

MR. MIZGALA: Move to strike that as nonresponsive.

BY MR. MIZGALA:

Q. Doctor, the myopathy, how did you diagnose that in your patients? How did you diagnose them with a statin-induced myopathy?

MS. FLEISHMAN: Objection.

THE WITNESS: Oh, a statin?

MR. MIZGALA: Yes.

Q. Paragraph 48, was this the first time you ever wrote this definition down, actually put it down in writing?

A. More than likely.

Q. Doctor, you've said you've diagnosed several statin-induced myopathies. Have you ever diagnosed a Baycol-induced myopathy?

A. I have never prescribed Baycol personally, or I don't recall any patients that had a Baycol-induced myopathy.

MS. FLEISHMAN: And you're separating that from the charts that he's reviewed as a part of this litigation?

MR. MIZGALA: Yes, yes.

No, that covers all of those, too.

MS. FLEISHMAN: I just want to make sure.

MR. BERGHOLTZ: Then I should move my train up; right?

MR. MIZGALA: Pretty crafty

progressive myopathy in patients with normal creatine kinase levels." Correct?

A. Correct.

Q. I think you said that he may have been right at the time he wrote this; right?

A. Correct. "To date, no evidence" exists.

Q. At the date -- and he had the Phillips article at this time; correct?

A. Correct.

Q. And he also would have been aware of Argov and Sinzinger; correct?

A. Right.

Q. What's happened since then that could change that?

A. Well, the University of Wisconsin study indicates that 25 percent of patients had normal creatine kinase levels, and 26 -- or 24 percent of the patients had not resolved by nine months. Now, talking to the senior author of that study, it is not -- she is not -- she

does not know whether the patients who had normal creatine kinase, any of the patients who had normal CKs were also patients whose symptoms did not resolve in nine months.

And Dr. Karen Hansen is whom I spoke to. She is the senior rheumatologist. The first author, Dr. Hildebrand is a postdoctoral fellow in rheumatology. And the IRB would not let anybody but one person look at these charts for HIPPA reasons. And so I've got a call in to Dr. Hildebrand, but I have not yet heard back from her, to know whether any of these patients in the Wisconsin study who had normal CKs did not resolve. So, we don't know one way or the other yet.

Q. And so because you don't have the data right now, there's still today no evidence indicating that prolonged statin therapy leads to permanent muscle damage or progressive myopathy in patients with normal creatine

kinase levels; right?

A. Not with absolute certainty, but I would highly suspect that it's unlikely that all the patients who had normal creatine kinases are not in the patients who didn't resolve. That would have to be a very unusual circumstance, that all 25 percent who had normal CKs also were not in the 24 percent who didn't resolve. I mean, it's possible, we'll see. I don't know what the data shows yet.

Q. But of right now, Doctor, because you don't know the data, you'd be speculating either way; right?

A. Correct.

Q. So, again, Hildebrand, because we don't know, provides no evidence that you can have prolonged statin therapy leading to permanent muscle damage or progressive myopathy in patients with normal creatine kinase levels?

MS. FLEISHMAN: Objection.

THE WITNESS: Correct.

BY MR. MIZGALA:

Q. Now, Doctor, I think you agree with Dr. Grundy here that when he says -- when he's talking about Phillips, "However, these highly suggestive results are clearly preliminary. The number of patients was small, and all appropriate controls were not used." Do you agree with that about the Phillips article?

A. Well, particularly if you add the first sentence you omitted: "Despite the study's small size, we cannot dismiss these observations as random variation in muscle structure."

Q. Right.

A. "However, these highly suggestive results are clearly preliminary."

Q. Now, you knew Dr. Grundy was involved -- if you flip to the second page, you saw "Potential Financial Conflicts of Interest," and you can see "Honoraria." Dr. Grundy says that he's

done a lot of work in that. I've just done some work in it.

Q. Are you a trained epidemiologist, sir?

A. No.

Q. So, you're deferring to Dr. Farquhar on the adverse event analysis in this litigation?

A. I don't know -- I certainly have opinions, and they have been expressed in my report, we'll express them at trial, and certainly have some expertise in spontaneous adverse drug reporting, but would I defer to Dr. Farquhar, yes, I would.

Q. What is the basis for your expertise in spontaneous drug adverse reporting?

A. Some years ago I was involved in the spontaneous adverse drug reporting and was called before the FDA with regards to Piroxicam, which I had done a significant amount of research with, and also with regards to

else, a graduate student, a Ph.D., an epidemiologist, tabulate the findings. One still has to then have the responsibility of interpreting those findings, and we do that, quite frankly, frequently in medicine, certainly in the slow active anti-rheumatic drugs in terms of their risk/benefit analysis, in terms of the COX-2 selective inhibitors. These are all things we do all the time.

Q. Have you done any sort of independent calculations -- have you done any calculations of your own involved in your review of the adverse event data regarding the statins?

A. I have done no independent calculations.

Q. So, in terms of calculations, you would be relying on something else someone had done; right?

A. I have been, including the published peer-reviewed literature.

Q. In the report by Dr. Wayne Ray that you allude to in your report,

that's not in the peer-reviewed published literature; correct?

A. No, but Pasternak and Staffa and Charatan all are.

Q. Doctor, you said several times throughout the day today that you believe Baycol was the most myotoxic statin, that it had the highest number of rhabdo fatalities. Those statements, you're basing that on what you've seen, the calculations relating to adverse event data; correct?

A. What I have seen in peer-reviewed literature in well-respected journals from the American Journal of Cardiology to New England Journal of Medicine to British Medical Journal.

Q. Those articles have been reporting on results taken from adverse event reporting data; correct?

A. Correct.

Q. What you haven't seen, Doctor, is true incidence data; correct?

A. No. I take issue with that.

Q. How are they different?

A. Because one has reports which are analyzed and confirmed as either confirmed or suspected and differentiated. And one then looks at the denominator of exposure in terms of either years of patient exposure or the number of prescriptions that were written for that agent. And so it is much more than an isolated case report with no -- with a specific numerator and a specific denominator.

Q. Well, Doctor, I'm just talking about one adverse event report. An adverse event report is essentially a case report; right?

A. Certainly --

Q. Okay.

A. -- if you want to define it as that.

Q. Adverse event reports are not scientifically valid bases for conclusions on medical causation;

correct?

A. If one would stop at and just use an isolated adverse event report, it is not possible to come to that same conclusion. That is correct.

Q. On medical causation; right?

A. On medical causation from an isolated case report.

Q. And that's generally accepted by the medical and scientific community; right?

A. That is correct.

Q. Doctor, you said there were pros and cons to looking at adverse event reporting. What are some of the pros?

A. Well, the pros is that this is the only way one is going to get information on rare events. For example, if you are looking at a controlled clinical trial, to have a 95 percent certainty that you have rhabdomyolysis due to the drug with the rate that it occurs, you need about 3,000 patients. And so to get a difference in rate

than myopathy, but what we were talking about right then was rhabdomyolysis, for example, the PacifiCare. We haven't gotten into that yet.

Q. Have you seen any published data, peer-reviewed published data on anything besides rhabdo?

A. I have seen some Bayer tables on myopathy in general, and I don't remember where I have seen those.

Q. Can you point me to any peer reviewed, published data on anything besides adverse event reporting rates relating to rhabdo?

A. No, I cannot.

Q. Have you seen any data comparing all side effects from statins, not just muscle side effects?

A. In peer-reviewed journals, all side effects?

Q. Anywhere? Have you seen that anywhere, any data comparing all side effects, and not just muscle side effects?

the percentage of those reports that relate to a specific entity, that is relatively important.

Q. Yes, but you can't draw comparisons across the different statins based upon that data; right?

A. Well, I think you can draw comparisons, absolutely you can. You can't draw incidence rates, but you can certainly draw comparisons.

Q. So, this data does not provide incidence rates upon which you could compare the statins in terms of an incidence of myalgia, right, the data in Ian Craig-Hamilton?

A. Well, the absolute incidence rate is not the only way you do comparisons.

Q. So, this is the data you would rely upon to say that Baycol causes muscle aches more frequently than other statins?

A. That's some of the data that you would rely on that demonstrates it

Epidemiology is the study of populations, and this is what you're getting from a population of patients.

Q. You would consider the data in Table 3 a) -- in Table 3 of the Ian Hamilton-Craig report to be epidemiologic data?

A. Yes.

Q. Doctor, is there a hierarchy of the reliability of data in the field of epidemiology?

A. Certainly.

Q. What is it?

A. Randomized control studies would be the highest case control studies.

Q. Clinical trial data; correct?

A. Clinical trial is the randomized control studies.

Q. What comes below that?

A. Case control studies.

Q. Below that?

A. Spontaneous adverse drug

reporting systems such as this.

Q. Below that?

A. Isolated case reports.

Q. Doctor, have you reviewed the clinical trials relating to Baycol?

A. I have.

Q. What did the clinical trials suggest about the rate that Baycol causes myalgia relative to placebo?

A. If you do a meta-analysis of all the clinical trials, which Dr. Farquhar has done, you see that Baycol causes more muscle problems than the other statins even when you look at the clinical trials as you combine them all because that's what you're going to have to do for rare events.

Q. I'm just talking about myalgia in the clinical trials, Doctor, not all muscle events. You know myalgia is separately reported in the clinical trials; correct?

A. I don't recall whether that was looked at separately.

lot of physicians do.

Q. You understand there's a discipline called pharmacology; right?

A. Of course I do.

Q. People who practice in that discipline are called pharmacologists; right?

A. That is correct.

Q. You're not a pharmacologist?

A. That is correct.

Q. You're not a toxicologist; right?

A. That is correct.

Q. Have you ever done any research on the pharmacology or toxicology of statins?

A. No, I have not done any bench research.

Q. Have you published on the pharmacology, published any articles on the pharmacology or toxicology of statins?

A. I have not.

Q. Have you given any lectures

on the pharmacology or toxicology of statins?

A. I have not.

Q. Have you been invited to give any lectures on the pharmacology or toxicology of statins?

A. I have not.

Q. Doctor, I believe the answer is no. Have you ever diagnosed rhabdo in your clinical practice?

A. Rhabdomyolysis in my clinical practice?

Q. Yes.

A. Yes.

Q. Oh, you have.

Statin-induced rhabdomyolysis?

A. I had one case of statin-induced rhabdomyolysis. I had a number of cases rhabdomyolysis with polymyositis.

Q. In the case --

A. Polymyositis/ dermatomyositis.

with some long-term effects.

BY MR. MIZGALA:

Q. So, there's just basically not good data on the rate of recovery versus rate of nonrecovery from statin-induced myopathy? Is that what you're saying?

A. The studies have not been done, that's correct.

Q. Doctor, if a patient reports pain or weakness that gets worse after discontinuing a statin, does that mean that the pain and weakness is caused by something else?

MS. FLEISHMAN: Objection.

THE WITNESS: I think that for the most part, that that would be true, but not necessarily. The fact that it got worse would not necessarily account for that. In other words, you could have some weakness that is caused and, therefore -- by the damage, and, therefore, with continued use, you

Q. Von Keutz?

A. Von Keutz, yes.

Q. Doctor, did you say the Ucar article provided support for the proposition that you don't get complete recovery from rhabdomyolysis?

A. I believe that's correct. Let me just check the article.

MS. FLEISHMAN: We didn't mark the Ucar as an exhibit?

MR. MIZGALA: No.

- - -

(Whereupon, Deposition Exhibit Zizic-12, "HMG-CoA Reductase Inhibitors and Myotoxicity," (Ucar, Acts Int'l Limited, Drug Safety 2000 June, pp 441-457), was marked for identification.)

- - -

THE WITNESS: Page 448: "Nine patients (including 2 with arthralgia) recovered, symptoms persisted in 2 and outcome was

unknown in 1, after the cessation of pravastatin therapy."

Then the next paragraph, simvastatin: "In all cases symptoms disappeared...however, in some patients symptoms did not resolve until almost 2 months thereafter."

So, there is some support for the fact that two patients in the other articles quoting the other study did not resolve with pravastatin.

BY MR. MIZGALA:

Q. Do you know what the CK levels in those patients were?

A. I don't know if the CK levels pertained to the two patients that he's -- the CK was increased in the serum in two cases. I don't know if it's the same two cases or not.

Q. And regarding the simvastatin, some patients, the ones that didn't resolve for two months, do you

MR. MIZGALA: That's right, your Bionicare stuff.

MS. FLEISHMAN: Bionicare stuff and the fact that he's now on sabbatical and some additional materials that he's written and published and such.

BY MR. MIZGALA:

Q. Anything written and published on statins, statin-induced myopathy?

A. No.

Q. Exhibit B to your report is what?

A. Is the letter from Ron Goldser to me and the confidentiality -- I think that's the stipulation and protective order.

Q. Have they been paying you recently?

A. What?

Q. Have they been paying you?

A. Yes.

Q. I noticed some problems with

overall report, which I think is Exhibit 1. So, as I thought that was something pertinent or something that I wanted to include in the overall report, I don't remember what this specifically was, but there's another one here, "Take notes for overall report," it appears several times. So, when I said that, I made some notes. When I dictated the report, I destroyed the notes because it was in the report.

Q. There's also a reference on page Zizic 17 to the "Wortman binder," W-O-R-T-M-A-N. Can you tell me what the Wortmann binder is?

A. Yes. Robert Wortmann is a renowned rheumatologist that specializes in muscle disease, and I put together or I asked for some articles from his Current Opinions in Rheumatology which we put together in a binder. Because the articles came from his -- the references came from his article, they called it the Wortmann binder, or I called it the

Wortmann binder. I don't know who called it the Wortmann binder, but that's basically what it was.

MR. MIZGALA: Speaking of Dr. Wortmann, let's go ahead and mark this.

- - -

(Whereupon, Deposition Exhibit Zizic-17, "Lipid-lowering agents and myopathy," (Wortmann, Current Opinion in Rheumatology, 2002, 14, pp 643-647), was marked for identification.)

- - -

THE WITNESS: Yes, that's the article.

BY MR. MIZGALA:

Q. I want to see if you agree with a couple of statements Dr. Wortmann made in this article. Right in the beginning in the abstract he says, "Each of the lipid-lowering agents available today can cause myopathy." You would agree with that; correct?

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases

ORIGINAL

- - -

CONFIDENTIAL

- - -

February 23, 2004

- - -

Continued videotape deposition of THOMAS M. ZIZIC, M.D., held in the offices of Lieff Cabraser Heimann & Bernstein, 48th Floor, 780 Third Avenue, New York, New York, commencing at 2:06 p.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

A. That is correct.

Q. And that could have been true for Baycol adverse event reports? Someone could have called up, doctor, lawyer, any person, and said, this person was taking Baycol, and they had an adverse event; correct?

MS. FLEISHMAN: Objection. Now you're asking for speculation.

BY MR. MIZGALA:

Q. Well, that's true for any drug with an adverse event report, that could happen for Baycol adverse event reports, too; right?

A. It could.

Q. Doctor, it's commonly accepted that adverse event reports or adverse events that occur while a person is using a drug is not necessarily caused by the drug; correct?

A. That is correct. It's not necessarily caused by the drug.

Q. AERs, all AERs are not verified for accuracy; correct?

MS. FLEISHMAN: Objection.

THE WITNESS: There is an attempt to gather information, and if there are holes in that information, go back to the reporting party, but that's not always possible.

BY MR. MIZGALA:

Q. Who does that, Doctor?

A. The FDA has a division that will go back and check that, and so is the drug company supposed to do that in terms of their gathering of information.

Q. Is it your testimony --

A. That's my understanding.

Q. I'm sorry.

Is it your understanding that the FDA goes back and verifies the data or the completeness of the data with respect to all adverse event reports?

MS. FLEISHMAN: Objection. There's no foundation for this.

THE WITNESS: I don't know that.

certainly have those at our company, but I don't have them at my fingertips.

Q. Doctor, can you name a specific regulation that you believe Bayer violated in December of 1999 with respect to adverse event reporting?

MS. FLEISHMAN: Objection. This was asked and answered.

BY MR. MIZGALA:

Q. Doctor, can you --

A. No, I can't.

Q. Doctor, according to the FDA, adverse event reports are not reliable indicators of comparative risk; correct?

A. No, that is not correct. I think the FDA clearly states that one must be cautious in using spontaneous adverse drug reporting data to compare relative toxicity or safety of various agents. However, in certain situations where risks are not likely to occur in small, relatively smaller numbers of patients in clinical trials, the adverse

event reporting system is the best we have and should be utilized for what it is. And it certainly is an epidemiological analysis that, although not perfect, is the best we have and should be utilized to present -- to preserve the public health and prevent damage from being done to our citizens.

Q. Doctor, are you aware that the FDA has actually published its position on the issue of using adverse event reports in comparing drugs, drug safety?

A. I think I've already stated what my belief the FDA intent is, and that is to, again, have this be used with proper caution and realize that this is not an actual incidence figure, but is a relative reporting rate that, if consistent across multiple data sets, and if it's consistent with the proportional reporting rate, that would tend to negate the effect of such things as most recent drug entry into the market, can be very

valuable, and that's why it's there.

Q. So, Doctor, you would agree that accumulated case reports cannot be used to calculate incident rates -- incidence rates?

MS. FLEISHMAN: Objection.

THE WITNESS: I would agree that --

BY MR. MIZGALA:

Q. Go ahead.

A. I would agree that they can't be used to calculate actual incidence rates. That does not mean that they can't be used in the proper situations for comparative purposes as they are comparative reporting rates.

Q. Doctor, did you say you did or you didn't know whether or not the FDA published its position on these issues relating to the use of adverse event reporting data in comparing drug safety?

MS. FLEISHMAN: Objection. He's already answered this now twice.

MR. MIZGALA: He didn't answer whether or not he knew if they had published their position.

MS. FLEISHMAN: It's stated above that he testified --

MR. MIZGALA: He understood the FDA's position. I want to know if he knows if they published on this.

MS. FLEISHMAN: Objection again.

THE WITNESS: There are various comments that have been made. Whether there's any specific position paper, I don't recall.

BY MR. MIZGALA:

Q. Doctor, would you agree that adverse event reports must be carefully or accumulated -- strike that.

Doctor, would you agree that accumulated case reports must be carefully interpreted as reporting rates and not occurrence or incidence rates?

A. I would agree with that.

Q. Doctor, would you believe that comparisons of drug safety cannot be made from accumulated case report data?

A. I do not agree with that proposition.

Q. Doctor, were you in Miami this last week?

A. I was.

Q. For what?

A. We were instructed to give a video presentation to inform the judge of our views on the medicine and science as regards to our specific specialties in terms of the Baycol litigation.

Q. Who gave you this instruction to give a video presentation?

MS. FLEISHMAN: Objection.

THE WITNESS: I was told by Ms. Fleishman that this was to teach the judge.

BY MR. MIZGALA:

Q. Did you give such a presentation?

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESSOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases:

COPY

-------------------------

C O N F I D E N T I A L

- - -

September 10, 2004

- - -

Continued videotaped deposition of THOMAS M. ZIZIC, M.D, held in the offices of Lieff Cabraser Heimann & Bernstein, 780 Third Avenue, 48th Floor, New York, New York, before Joan Warnock, a Notary Public of the State of New York.

Reported by:
JOAN WARNOCK
JOB NO. 164667

myalgia, myopathy, rhabdomyolysis, that are associated with statin use and Baycol use; correct?

A. I don't know that I defined categories as risks. Adverse effects or...

Q. Okay. Fair enough. But in your practice back when you were a treating physician, you did prescribe statins to certain indicated patients?

A. I do.

Q. And you would agree with me that there are a certain class of patients who, despite the risks of adverse events that are associated with either statins generally or Baycol, that those risks are outweighed by the benefits in certain patients?

MS. FLEISHMAN: Objection.

A. I clearly think that the benefits may outweigh the risk for some statins, but not for all statins, specifically not for Baycol.

Q. Now, my understanding is with respect to Baycol, your opinion and through your deposition, particularly your first

deposition, you cited Pasternak's article and Staffa's article and these literature references that discuss the spontaneous reports that Bayer and the FDA received; correct?

A. Yes.

Q. And is it that information on which you have an opinion about the risk benefit analysis associated with Baycol?

A. Primarily.

Q. And you understand that that information -- well, first of all, you understand that those publications were all published in the medical literature after Baycol was taken off the market?

A. That is correct.

Q. And you understand that that information about the spontaneous adverse event reports was not information that was communicated to prescribing physicians while Baycol was on the market?

A. I assume that's the case.

Q. And I'm laying that groundwork because I understand now you have an opinion

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**SUPPLEMENTAL AFFIDAVIT OF THOMAS M. ZIZIC, M.D.**

1. In paragraph 73 of my Affidavit, I state that: "Persistent myopathy has been reported to exist for several months after discontinuation of statins (Wortman, R.L., Curr Opin Rheum, 14: 643, 2001). About 25% of individuals with recurrent rhabdomyolysis have enzymatic defects and may be at increased risk of adverse effects of various pharmacologic agents, including statins (Lofberg, M. et al., Acta Nuerol. Seand., 48:268, 1998). Histopathology of muscle biopsies in patients suffering statin abnormalities suggest impaired fatty acid oxidation (Phillips, P.S., Haas, R.H., Bannykh, S., Hathaway, S., Gray, N.L., Kimura, B.J., Vladutiv, G.D., England, J.D.F. and The Scripps Mercy Clinical Research Center, "Statin Associated Myopathy with Normal Creatinine Kinase," Ann. Int. Med., 137:581-585, 2002). Urine organic acid analysis in patients with statin-associated muscle toxicity suggests a metabolic defect (Phillips, P. Hass, R.H., Barshat, B. et al., Utility of Abnormal 3-Methylglutaconic Aciduria (3MGA) in "Diagnosing Statin Associated Myopathy," Atheroscler Thromb. Vasc. Biol. Online Journal, 22:878 (2002). The fasting respiratory exchange ratio (RER) can be utilized to determine a person's fuel selection (carbohydrates vs. fatty acid) in various conditions. Normally the ratio after an overnight fast is approximately .75, utilizing breath by breath exhaled gas analysis. The fasting respiratory exchange ratio (RER) has been useful in detecting patients with impaired fatty acid metabolism such as carnitine palmitoyl transferase deficiency (Carroll, J.C., Brooke, M.H.,



Zizic
EXHIBIT NO. 2
2-10-04
L. GOLKOW

DeVivo, D.C., et al., "Biochemical and Physiologic Consequences of Carnitine Palmityltransferase Deficiency," Muscle and Nerves 1:103-110 (1978). The fasting RER in diabetics on and off statin therapy has demonstrated that it becomes elevated on statin therapy (Paolisso, G., Barbagallo, M., Petrella, G., Rugno, E., Barbieri, M., Giordano, M., Varricchio, M., "Effects of Simvastatin and Atorvastatin Administration on Insulin Resistance and Respiratory Quotient in Aged Dyslipidemic Non-Insulin Dependent Patients." Atherosclerosis, 150: 121-127, 2000. Among 128 subjects tested in that study, the mean control RER of 0.78± 0.03 off statins increased 6% to 0.83 on statins. This change could be due to improved glucose utilization in these diabetics taking statins or may indicate reduced utilization of fatty acids in the fasting state. Supporting the latter is recent work in six normal volunteers demonstrating a significant increase in the fasting respiratory exchange ratio (RER) consistent with decreased lipid oxidation while on statins and persistent increased RER off statins in 11 sequential, non-diabetic patients, all of whom developed muscle symptoms and elevated CPK in association with exposure to statins, including cerivastatin (Phillips, P.S., Personal Communication). Most impressively, these patients were studied 2 to 60 months after they had been off statins. All had normal thyroid function. None had a history of myopathy or elevated CK prior to statin exposure which involved a change in dose or brand of statin in 9 of the 11 prior to the development of muscle symptoms.

2. The persistence of the decreased lipid oxidation for 2 months to 5 years off statins is compatible with the persistence of symptoms in patients with statin-induced myopathy reported by Hildebrand and her colleagues at the University of Wisconsin (Hildebrand, J.R, Stein, J.H. McBride, P.E., Vermeulen, L.C., Ferguson, E.E., and Hansen, K.E., The Natural Course of Statin-Induced Myopathy), Arth. Rheum., 48:730, 2003). In this study,

30 patients taking a statin medication presented with muscle complaints: 27 (90%) with myalgias and 11 (36.7%) with weakness. Fifteen of 20 (75%) of patients tested had elevated CPK levels. At 2 months, 11/30 (36.7%) of patients' muscle symptoms had completely resolved, and at 9 months, 16/21 (76%) had returned to their baseline. In a survey of 81 patients with statin-induced rhabdomyolysis, 51% reported never regaining full muscle strength and stamina. (Phillips, P.S., Personal Communication).

Dated: February 9, 2004

Thomas M. Zizic, M.D.

# Exhibit D

EXHIBIT NO. 6
2-10-04
L. GOLKOW



# Statin-Associated Myopathy with Normal Creatine Kinase Levels

Paul S. Phillips, MD; Richard H. Haas, MD; Sergei Bannykh, MD, PhD; Stephanie Hathaway, RN; Nancy L. Gray, RN; Bruce J. Kimura, MD; Georgirene D. Vladutiu, PhD; John D.F. England, MD; and the Scripps Mercy Clinical Research Center*

Background: Muscle symptoms in patients who are treated with statins and have normal creatine kinase levels are not well understood.

Objective: To report biopsy-confirmed myopathy and normal creatine kinase levels associated with statin use.

Design: Case reports from preliminary analysis of an ongoing clinical trial.

Setting: Clinical research center in a community hospital.

Patients: Four patients with muscle symptoms that developed during statin therapy and reversed during placebo use.

Measurements: 1) Patients' ability to identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength.

Results: All four patients repeatedly distinguished blinded statin therapy from placebo. Strength testing confirmed weakness during statin therapy that reversed during placebo use. Muscle biopsies showed evidence of mitochondrial dysfunction, including abnormally increased lipid stores, fibers that did not stain for cytochrome oxidase activity, and ragged red fibers. These findings reversed in the three patients who had repeated biopsy when they were not receiving statins. Creatine kinase levels were normal in all four patients despite the presence of significant myopathy.

Conclusion: Some patients who develop muscle symptoms while receiving statin therapy have demonstrable weakness and histopathologic findings of myopathy despite normal serum creatine kinase levels.

*Ann Intern Med.* 2002;137:581-585. www.annals.org
*For members of the Scripps Mercy Clinical Research Center, see the Appendix.
For author affiliations, see end of text.
See editorial comment on pp 617-618.

3-Hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors (statins) are the mainstay of therapy for hypercholesterolemia because of their effectiveness and exceptional safety profile (1–3). Nonetheless, many patients treated with statins have muscle symptoms, and some patients develop severe muscle toxicity. Little is known about the mechanism by which statin therapy leads to muscle toxicity. The recent withdrawal of cerivastatin from the U.S. market has highlighted both our ignorance and the need for postmarketing surveillance of these therapies (4).

There are credible reports of patients who have muscle symptoms and normal serum creatine kinase levels while receiving statins. One of us described 15 patients with muscle stiffness and tenderness who had normal levels of creatine kinase. Muscle biopsies in these patients revealed ragged red fibers consistent with mitochondrial myopathy (5). Other researchers have described patients with reproducible muscle pain during statin therapy despite normal creatine kinase levels (6, 7). Cell cultures and animal models have shown statin toxicity despite normal creatine kinase levels (8, 9). Thus, it appears that muscle symptoms of some patients receiving statin therapy might represent a muscle toxicity below the threshold needed to increase creatine kinase levels. We describe four such patients who had myopathy during statin therapy despite normal creatine kinase levels.

## METHODS

Four patients were identified among the first 20 patients randomly assigned in an ongoing, unfunded, double-blinded, crossover clinical trial that had been approved by an investigational review board. The objective of the trial is to determine whether patients with muscle symptoms and normal creatine kinase levels while taking statins could distinguish blinded statin therapy from placebo. We hypothesized that some patients would be able to identify blinded statin therapy and have objective findings. Patients who had muscle symptoms during statin therapy that resolved when they were not receiving statins for 2 weeks were recruited from a clinical research group. Eligible patients had to have normal creatine kinase levels while they were experiencing symptoms. End points were 1) whether patients could accurately identify blinded statin therapy and 2) standard measures of functional capacity and muscle strength. The muscular strength tests during both placebo use and statin therapy included hip abduction and flexion measured by Nicholas Manual Muscle Tester (Lafayette Instrument Co., Lafayette, Indiana) (10).

The 4 patients presented here were identified during a preliminary analysis of the first 21 patients. These 4 patients correctly identified the statin therapy phase because of the reproducible muscle symptoms. Tissue samples from percutaneous muscle biopsies were fresh frozen in liquid nitrogen for metabolic and genetic analysis and were fixed for pathologic analysis according to standard techniques (11). Pathologists reading the muscle biopsy findings were not blinded to the treatment status of the patients, and requisitions read "possible myopathy." Plasma concentrations of HMG-CoA reductase inhibitors were measured by using a validated enzyme inhibition assay (12). The findings of these 4 patients are presented here and summarized in the Table.

Some muscle specimens were analyzed for mitochondrial point mutations at an accredited mitochondrial dis-

© 2002 American College of Physicians–American Society of Internal Medicine 

*Context*

Although severe myopathy can occur with statin therapy, some patients receiving statins develop muscle symptoms but have normal serum creatine kinase levels.

*Contribution*

This report documents biopsy-confirmed myopathy in four statin-treated patients with normal creatine kinase levels. When patients were challenged with placebo or statin, symptoms and histologic changes occurred only during statin use.

*Implications*

Normal creatine kinase levels do not rule out statin-associated myopathy in patients with muscle symptoms. The frequency of this disorder is unknown.

*–The Editors*

ease laboratory by using a standard point mutation analysis panel and Southern blotting techniques. Urine specimens were analyzed for organic acids by using standard mass spectrometry techniques.

## RESULTS

### Patient 1

Patient 1 developed muscle aches and decreased exercise tolerance during 4 years of simvastatin therapy. She found it difficult to ascend one flight of stairs without resting to relieve severe leg aching. Symptoms did not change during a brief trial of atorvastatin. After the patient entered the trial, her muscle symptoms markedly resolved during the 2-week washout period and the blinded placebo phase. Muscle aching recurred within 48 hours of initiation of the statin phase. After 2 weeks of statin therapy, the patient again found it difficult to ascend a flight of stairs because of leg pain and weakness. She repeated the protocol and again experienced symptoms while receiving statin; the symptoms again resolved during the placebo phase.

Results of serum and urine biochemical analyses are reported in the **Table**. Muscle biopsy revealed extensive lipid-filled vacuoles distributed within the myofibers (**Figure**), along with cytochrome oxidase–negative myofibers.

The patient's muscle symptoms and hip weakness improved 3 months after she had discontinued statin therapy. At that point, repeated muscle biopsy showed complete resolution of the pathologic abnormalities (**Figure**).

### Patient 2

Patient 2 developed muscle pains and weakness while receiving lovastatin, 40 mg/d. She could not open jars or snap her fingers. Her physician changed her therapy to niacin for 2 years. Each time simvastatin was added to improve her lipid control, the patient developed muscle aches, weakness, and shortness of breath with exertion. She entered the double-blinded trial for two separate evaluations and correctly identified the statin phases because of reproduction of her symptoms. The patient had muscle weakness and normal creatine kinase levels during each statin phase (**Table**).

Muscle biopsy revealed accentuated lipid droplet accumulation and cytochrome oxidase–negative muscle fibers that were consistent with myopathy. Repeated muscle biopsy performed 3 months after discontinuation of statin therapy revealed complete resolution of the abnormal lipid stores.

### Patient 3

Patient 3 developed aching and weakness of the shoulder, hip, and thigh while taking atorvastatin, 20 mg/d, for 2 years. During a 2-week vacation, he forgot his medication and noticed a substantial resolution of his muscle symptoms. He entered the trial for two separate evaluations and correctly identified the statin arm both times after developing weakness; his creatine kinase level was normal at both evaluations (**Table**).

A muscle biopsy performed during atorvastatin therapy revealed increased lipid droplets, ragged red fibers, and cytochrome oxidase–negative muscle fibers, all consistent with lipid myopathy. Repeated biopsy done after the patient had not received statin therapy for 5.5 months showed resolution of the increased lipid droplets.

### Patient 4

Patient 4 began receiving atorvastatin, 10 mg/d, for combined hyperlipidemia, and within 2 weeks he noticed leg aches when climbing stairs. His symptoms resolved 2 weeks after he had stopped taking atorvastatin. Upon enrollment in the trial, he correctly identified the blinded statin therapy and had measurable hip weakness despite a normal creatine kinase level (**Table**).

His muscle biopsy demonstrated cytochrome oxidase–negative fibers. Electron microscopy showed abnormal lipid droplets surrounded by electron-dense membranous debris. The patient did not undergo biopsy after discontinuation of statin therapy.

### Testing

We performed a series of tests to exclude possible causes of mitochondrial dysfunction other than statin therapy. Biochemical testing of these patients during statin therapy did not reveal any evidence of carnitine deficiency or hypothyroidism.

## DISCUSSION

Randomized trials and community surveillance have demonstrated an extremely low incidence of serious muscle toxicity in patients receiving statins: 1 case per 10 000 (13, 14). Despite this low incidence, many patients attribute their muscle symptoms to statin therapy.

The similar clinical, pathologic, and biochemical features of our four patients suggest that the patients have the same type of myopathy. More important, these features are

convincingly related to statin therapy and fulfill the accepted criteria for an adverse drug reaction: 1) Muscle symptoms occurred when the patients were receiving statins in a double-blinded fashion, 2) these symptoms normalized when the patients received placebo, 3) muscle toxicity recurred upon re-exposure to the statin, as it had occurred upon previous exposures, 4) the adverse reaction was confirmed by pathologic and biochemical findings, and 5) the pathologic abnormality reversed upon discontinuation of statin therapy (15).

A limitation of our report is that the pathologists were not blinded to the treatment status of the patients at biopsy. Nonetheless, the histochemical findings in these four patients were surprisingly similar. Unusually prominent accumulations of lipid were present in the type 1 fibers on oil red O stains or electron microscopy in all four patients. Other evidence of myopathy included cytochrome oxidase–negative staining fibers and ragged red fibers. These myopathic findings reversed when three of these patients had repeated biopsy while not receiving statins.

Increased lipid stores, cytochrome oxidase–negative myofibers, and ragged red fibers are features of mitochondrial respiratory chain dysfunction and suggest myopathy due to a metabolic abnormality. Although some of these findings may rarely occur in myofibers because of aging, the pattern of increased lipid is unusual. It has previously been described as a drug reaction (16) and as a consequence of coenzyme $Q_{10}$ deficiency (17).

Mild 3-methylglutaconic aciduria was found in the three patients who were tested while they were receiving

*Figure.* **Muscle biopsy specimens obtained while patients were receiving and not receiving statin therapy.**




These oil red O stains show lipid as red-staining bodies. All specimens obtained from trial patients 1, 2, and 3 during statin therapy (*parts A, C, and E,* respectively) showed an unusual accumulation of lipid in type 1 fibers. These lipid accumulations had resolved upon repeated biopsy done when the patients were no longer receiving statins (*parts B, D, and F,* respectively). (Oil red O stains; original magnification, ×20).

*Table.* Patient Characteristics*

| Patient | Age | Lipid Levels | Statin Dosage† | Hip Abduction (Strength) | | Hip Flexion (Strength) | | Statin Level | Creatine Kinase Level during Statin Therapy‡ | 3-Methylglutaconic Acid Level§ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | On Statin | Off Statin | On Statin | Off Statin | | | On Statin | Off Statin |
| | *y* | *mmol/L* | *mg/d* | ←—— | *kg* | | ——→ | *ngEq/cm³* | *μkat/L* | *mmol/mol* | |
| 1 | 76 | Total cholesterol, 7.63<br>Triglycerides, 4.22<br>LDLC, 4.71<br>HDLC, 0.98 | Cerivastatin, 0.4<br>Pravastatin, 40<br>Simvastatin, 80<br>Atorvastatin, 20 | 4.1 | 7.8 | 8.9 | 16.8 | 1.4 (Simvastatin)‖ | 0.63 | 21 | 0 |
| 2 | 66 | Total cholesterol, 9.59<br>Triglycerides, 3.87<br>LDLC, 6.47<br>HDLC, 1.34 | Simvastatin, 40<br>Lovastatin, 40 | 11.6 | 12.9 | 9.6 | 10.1 | 16.3 (Simvastatin)‖ | 0.73 | 11 | 0 |
| 3 | 66 | Total cholesterol, 5.95<br>Triglycerides, 2.26<br>LDLC, 3.39<br>HDLC, 1.53 | Atorvastatin, 20 | 6.3 | 9.0 | 14.3 | 16.3 | 10.9 (Atorvastatin)¶ | 2.30 | ND | ND |
| 4 | 62 | Total cholesterol, 5.87<br>Triglycerides, 2.37<br>LDLC, 3.90<br>HDLC, 0.88 | Atorvastatin, 10 | 12.9 | 14.8 | 24.1 | 27.2 | NA | 1.39 | 16 | 3 |

* HDLC = high-density lipoprotein cholesterol; LDLC = low-density lipoprotein cholesterol; NA = not available; ND = not done. To convert lipid values to mg/dL, divide by 0.0259.
† Statin at time of biopsy is listed first, followed by all other statins causing symptoms for that patient. No patient was taking macrolide antibiotics, cyclosporine, fluconazole, or fibrates or was consuming large amounts of grapefruit juice during the study. Thyroid-stimulating hormone levels in both patients with history of L-thyroxine use were normal. No patient was consuming large amounts of alcohol. Electromyography, nerve conduction studies, and magnetic resonance imaging findings were normal in patients 2 and 3.
‡ Normal range, 0–3.26 μkat/L.
§ Normal range, 0–9 mmol/mol creatinine.
‖ Simvastatin level within therapeutic range.
¶ Atorvastatin level within therapeutic range.

statins and was absent when they were not receiving statins. We have tested a series of six other patients who did not have muscle symptoms while receiving long-term statin therapy, and we found no abnormal organic acidurias in them (18). 3-Methylglutaconic aciduria occurs in some patients with respiratory chain dysfunction (19). This finding requires further confirmation.

Our patients had normal statin levels (Table). Thus, these patients do not seem to have become myopathic because of too much drug or inadequate clearance. However, the development of toxicity at normal statin activity levels suggests that the patients might have an underlying metabolic vulnerability.

The creatine kinase level remained normal in these patients every time they became myopathic both before and during the trial. The presence of a normal creatine kinase level has previously been used to argue against myopathy in patients with muscle symptoms during statin therapy. These cases suggest that serum creatine kinase level is an inadequate test for statin-associated myopathy.

Little is known about the mechanism of statin-associated myopathy. These four patients had myopathy related to statin use despite normal creatine kinase levels. Histochemistry suggests a defect in mitochondrial respiratory chain function. Further biochemical and genetic evaluations of this defect may elucidate statin myotoxicity and may identify which patients are most vulnerable to these myopathic reactions.

## APPENDIX: SCRIPPS MERCY CLINICAL RESEARCH CENTER

The Scripps Mercy Clinical Research Center is a collaborative group of investigators, including Darius Amjadi, MD, Richard Blum, MD, Thomas E. Diggs, MD, Stewart Frank, MD, Richard Friedman, MD, Jerrold G. Glassman, MD, Nancy L. Gray, RN, Stephen Gross, MD, Stephanie Hathaway, RN, Bruce J. Kimura, MD, John Mazur, MD, Douglas Mooney, MD, John Morse, MD, Jeffrey Mullvain, MD, Robert Pachorek, PharmD, Paul S. Phillips, MD, Emily Scott, MD, Harminder Sikand, PharmD, Michael Sullivan, MD, David Shaw, MD, Joseph Stein, MD, David Stieber, MD, and Jeffrey Williams, MD.

From Scripps Mercy Hospital and University of California, San Diego, Medical Center, San Diego, California; and State University of New York at Buffalo, Buffalo, New York.

**Acknowledgments:** The authors thank Mr. David Cloutier for assistance with randomization sequencing and statistical analyses and Dr. Beatrice Golomb, Assistant Professor of Medicine, University of California, San Diego, for assistance with the analysis and development of epidemiologic evidence.

**Potential Financial Conflicts of Interest:** *Grants pending:* P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura.

**Requests for Single Reprints:** Paul S. Phillips, MD, Interventional Cardiology, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San

Diego, CA 92103; Web site, impostertrial.com; e-mail, inquire @impostertrial.com.

Current author addresses and author contributions are available at www .annals.org.

## References

1. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. The Long-Term Intervention with Pravastatin in Ischaemic Disease (LIPID) Study Group. N Engl J Med. 1998;339:1349-57. [PMID: 9841303]

2. Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet. 1994;344: 1383-9. [PMID: 7968073]

3. Sacks FM, Pfeffer MA, Moye LA, Rouleau JL, Rutherford JD, Cole TG, et al. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. Cholesterol and Recurrent Events Trial investigators. N Engl J Med. 1996;335:1001-9. [PMID: 8801446]

4. Farmer JA. Learning from the cerivastatin experience. Lancet. 2001;358: 1383-5. [PMID: 11705478]

5. England JD, Walsh JC, Stewart P, Boyd I, Rohan A, Halmagyi GM. Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors—simvastatin and pravastatin [Letter]. Aust N Z J Med. 1995;25: 374-5. [PMID: 8540887]

6. Sinzinger H, Schmid P, O'Grady J. Two different types of exercise-induced muscle pain without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment [Letter]. Atherosclerosis. 1999;143:459-60. [PMID: 10217378]

7. Ucar M, Mjörndal T, Dahlqvist R. HMG-CoA reductase inhibitors and myotoxicity. Drug Saf. 2000;22:441-57. [PMID: 10877038]

8. Masters BA, Palmoski MJ, Flint OP, Gregg RE, Wang-Iverson D, Durham SK. In vitro myotoxicity of the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors, pravastatin, lovastatin, and simvastatin, using neonatal rat skeletal myocytes. Toxicol Appl Pharmacol. 1995;131:163-74. [PMID: 7878672]

9. Nakahara K, Kuriyama M, Sonoda Y, Yoshidome H, Nakagawa H, Fujiyama J, et al. Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol Appl Pharmacol. 1998;152:99-106. [PMID: 9772205]

10. Marino M, Nicholas JA, Gleim GW, Rosenthal P, Nicholas SJ. The efficacy of manual assessment of muscle strength using a new device. Am J Sports Med. 1982;10:360-4. [PMID: 7180955]

11. Dubowitz V. Muscle Biopsy—A Practical Approach. London: Bailliere Tindall; 1985.

12. Stubbs RJ, Schwartz MS, Gerson RJ, Thornton TJ, Bayne WF. Comparison of plasma profiles of lovastatin (mevinolin), simvastatin (epistatin) and pravastatin (epstatin) in the dog. Drug Invest. 1990;2(Suppl 2):18-28.

13. Gruer PJ, Vega JM, Mercuri MF, Dobrinska MR, Tobert JA. Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol. 1999;84: 811-5. [PMID: 10513779]

14. Gaist D, Rodriguez LA, Huerta C, Hallas J, Sindrup SH. Lipid-lowering drugs and risk of myopathy: a population-based follow-up study. Epidemiology. 2001;12:565-9. [PMID: 11505177]

15. Lanctôt KL, Naranjo CA. Comparison of the Bayesian approach and a simple algorithm for assessment of adverse drug events. Clin Pharmacol Ther. 1995;58:692-8. [PMID: 8529335]

16. Raskind JY, El-Chaar GM. The role of carnitine supplementation during valproic acid therapy. Ann Pharmacother. 2000;34:630-8. [PMID: 10852092]

17. Ogasahara S, Engel AG, Frens D, Mack D. Muscle coenzyme Q deficiency in familial mitochondrial encephalomyopathy. Proc Natl Acad Sci U S A. 1989; 86:2379-82. [PMID: 2928337]

18. Phillips P, Haas R, Barshop B, Bannykh S, Amjadi D. Utility of abnormal 3-methylglutaconic aciduria (3MGA) in diagnosing statin associated myopathy. Atheroscler Thromb Vasc Biol (Online Journal). 2002;22:878.

19. Scaglia F, Sutton VR, Bodamer OA, Vogel H, Shapira SK, Naviaux RK, et al. Mitochondrial DNA depletion associated with partial complex II and IV deficiencies and 3-methylglutaconic aciduria. J Child Neurol. 2001;16:136-8. [PMID: 11292221]

**Current Author Addresses:** Dr. Phillips: 4060 Fourth Avenue, Suite 205, San Diego, CA 92103.
Dr. Haas: University of California San Diego Medical Center, 9500 Gilman Drive, La Jolla, CA 92093-0935.
Dr. Bannykh: Division of Neuropathology, University of California San Diego Medical Center, 225 West Dickenson Avenue, San Diego, CA 92103.
Ms. Hathaway and Ms. Gray: Cardiology Research, Scripps Mercy Hospital (MER 74), 4077 Fifth Avenue, San Diego, CA 92103.
Dr. Kimura: 230 Prospect Place, Suite 250, Coronado, CA 92118.
Dr. Vladutiu: University at Buffalo, 936 Delaware Avenue, Buffalo, NY 14209.
Dr. England: Blue Mountains Hospital, Great Western Highway, Katoomba, NSW 2780, Australia.

**Author Contributions:** Conception and design: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, B.J. Kimura, J.D.F. England.
Analysis and interpretation of the data: P.S. Phillips, R.H. Haas, S. Bannykh, B.J. Kimura, G.D. Vladutiu, J.D.F. England.
Drafting of the article: P.S. Phillips, R.H. Haas, S. Bannykh, J.D.F. England.
Critical revision of the article for important intellectual content: P.S. Phillips, R.H. Haas, S. Bannykh, S. Hathaway, N.L. Gray, B.J. Kimura, G.D. Vladutiu.
Final approval of the article: P.S. Phillips, R.H. Haas, S. Bannykh.
Provision of study materials or patients: R.H. Haas, B.J. Kimura, J.D.F. England.
Obtaining of funding: S. Hathaway, N.L. Gray.
Administrative, technical, or logistic support: S. Hathaway, N.L. Gray.
Collection and assembly of data: P.S. Phillips, R.H. Haas, S. Hathaway, N.L. Gray, G.D. Vladutiu.

# Exhibit E

JAN-27-2004 TUE 02:22 PM LCH&B FAX NO. 212 355 9592 P. 03/03
01/19/2004 MON 10:11 FAX 410 472 1889 Biomicare 003/003

30

**The Natural Course of Statin-Induced Myopathy.** Julie P. Hildebrand, Jon H. Stein, Patrick E. McBride, Lee C. Vermeulen, Jr., Edwin E. Ferguson, Jr., Karen E. Hansen. University of Wisconsin, Madison, WI

**Purpose:** Myopathy is a known side effect of HMG CoA reductase inhibitor or "statin" therapy. Myalgia may occur in 2-11% of patients and myositis in 0.5%. The purpose of this study is to define the time course, severity, and long term sequelae of patients who have experienced statin-induced myopathy.

**Methods:** After consent from the UW Human Subjects Committee, the Medical Informatics Department provided a list of patients with ICD-9 Codes of myositis, myopathy due to drugs, inflammatory myopathy, progressive or toxic myopathy, and adverse drug reaction to a cholesterol lowering agent. Consent from study subjects was waived, as the study could not practically be carried out without a waiver and the study was of minimal risk. A standardized chart review form was used to collect information on onset and duration of symptoms, inciting drug and dose, presence of muscle weakness, CPK results, therapy, and outcome. Exclusion criteria included elevated CPK due to myocardial infarction or pre-existing muscle disease.

**Results:** The medical records of 217 patients were reviewed. Thirty patients taking a statin medication presented with muscle complaints: 27 (90%) with myalgias and 11 (36.7%) with weakness; 7 with proximal and 3 with diffuse weakness. The mean duration of statin therapy prior to symptoms was 2.7 months (56.75 months/21patients). 15 of 20 (75%) tested had elevated CPK levels. One patient with a peak CPK of >350,000 developed rhabdomyolysis with acute tubular necrosis with complete restoration of renal function prior to hospital discharge, and one patient with pre-existing renal artery stenosis required dialysis during her hospitalization. None of the other 28 patients developed renal insufficiency as a complication of myopathy. No subject developed new liver disease. Discontinuation of the statin occurred in 26/30 patients. Five patients required physical therapy. At 2 months, 11/30 (36.7%) of patients' muscle symptoms had completely resolved, and at 9 months, 16/21 (76 %) had returned to their baseline.

**Conclusions:** In this retrospective study, most subjects with musculoskeletal symptoms attributed to statin therapy experienced resolution of symptoms within six months of therapy cessation. A subset of patients experienced muscle weakness (36.7%) and elevated CPK (50%). Most patients with elevated CPK, even when greater than 10,000, had complete and rapid recovery with supportive care and statin discontinuation. Although previously published case reports suggest significant morbidity with HMG-CoA reductase inhibitor myotoxicity, our findings indicate a benign clinical course with discontinuation of the offending statin and supportive therapy.

Disclosure: J.P. Hildebrand, None; J.H. Stein, None; P.E. McBride, None; L.C. Vermeulen, None; E.B. Ferguson, None; K.E. Hansen, None.

731

**Importance of Age and Renal Function in Patients Treated with Antimalarials.** Enrique Casado, Marta Larrosa, Jordi Gratacós, Elena Fernández, Jordi Real. Hospital of Sabadell. University Institute Parc Tauli (UAB). Sabadell, Spain

BACKGROUND: We have recently reported a high prevalence of antimalarial myopathy in patients with some rheumatic diseases in long-term treatment with chloroquine or hydroxychloroquine (Arthritis Rheum 2002; 46 (suppl): 1649) However the factors associated with this complication are not known.

PURPOSE: To investigate which factors are associated with the presence of antimalarial myopathy in patients with some rheumatic diseases.

METHODS: 119 patients on long-term treatment (more than 6 months) with antimalarials (111 CQ, 8 HCQ) were evaluated. Mean age 57.1±14.1 years. 15 patients had developed an antimalarial myopathy during treatment. The following variables were analysed in all patients: sex, age, duration of treatment, daily dose, accumulated dose, serum creatinine and clearance of creatinine (determined by the standard Cockcroft-Gault formula).

RESULTS: The group of patients who had developed an antimalarial myopathy had a clearance of creatinine lower than those who had not developed this complication in our series. However, we didn't find significant differences in age and serum creatinine levels (see Table).

CONCLUSIONS: The group of patients who had developed an antimalarial myopathy had a clearance of creatinine lower than those who hadn't developed this complication in our series. However, we didn't find significant differences in age and serum creatinine levels.

Table

| | Patients with myopathy | Patients without myopathy | P |
|---|---|---|---|
| n (%) | 15 (12.6%) | 104 (87.4%) | |
| CQ/HCQ | 13/2 | 98/4 | |
| Age (years) | 62.3±14.2 | 56.4±14 | NS |
| Sex (ratio female/male) | 2.7 | 2.5 | NS |
| Duration of treatment (months) | 47.3±29.4 | 40±31.5 | NS |
| Accumulated dose (g) | 335.5±214 | 299.6±236.2 | NS |
| Creatinine (mg/dl) | 0.99±0.22 | 1.06±0.22 | NS |
| Clearance of creatinine (ml/min) | 61.8±18.8 | 77±21.3 | 0,031 |

Disclosure: E. Casado, None; M. Larrosa, None; J. Gratacós, None; E. Fernández, None; J. Real, None.

732

**Differences are Demonstrated in the Association of Myositis and Malignancy Between Polymyositis and Dermatomyositis.** Hector Chinoy[1], Fiona Salway[2], Wendy Thomson[2], Alan J. Silman[2], William E. R. Ollier[2], Robert G. Cooper[1]. [1]Hope Hospital, Manchester, UK, Manchester, United Kingdom; [2]ARC Epidemiology Unit, University of Manchester, Manchester, United Kingdom

The association between malignancy and dermatomyositis (DM) has been well described. There are, however, other aetiological differences between polymyositis (PM) and DM. Thus, although HLA-DRB1 is associated with myositis, there are substantial differences in the strength of association between HLA-DRB1 between PM and DM.

AIMS: 1) To determine if differences exist in the association of malignancy with PM, DM and myositis/overlap disease.

2) To determine whether differences exist in HLA-DRB1 associations between malignancy and non-malignancy associated myositis.

METHODS: Data was collected on 267 adult Caucasian patients, with definite myositis, according to the Tanimoto criteria (J Rheumatol 1995, 22:668-674); PM (n=112), DM (n=90), overlap (n=65); who were thoroughly screened for malignancy. DNA was amplified by the polymerase chain reaction (PCR) and HLA-DRB1 genotyping was performed using the Dynal RELI™ SSO test. The frequency of malignancy was compared between the myositis groups. HLA-DRB1 alleles were compared between those with and without malignancy, as well as with a randomly selected, ethnically matched control group (n=537).

RESULTS: There was 18 malignancies overall in the myositis patients. This was highest in those with DM (11.8%) compared to PM (1.8%) and overlap disease (6.1%) (odds ratio for DM vs PM = 7.3, 95% CI 1.6-33.3). The female preponderance was less obvious in the malignancy group (F: M 1.25 malignancy vs 2.56 remainder, p=0.14). The average age of onset was lower in the PM associated malignancy, compared to the remainder of PM patients (46.5 years vs 49.2 years), but by contrast, was higher in the DM (53.6 years vs. 44.1 years) and myositis/overlap group (54.3 years vs. 45.5 years). None of these differences were significant. Breast carcinoma (n=6) was the most common malignancy, followed by large bowel (n=2) and bladder (n=2). HLA-DRB1, particularly HLA-DRB1*03 was associated with all myositis patients, but no differences were detected in the frequency of the alleles between the malignancy-associated patients and the remainder.

CONCLUSIONS: The increased association of malignancy with DM confirms previous reports in smaller series of subjects, but the size of the increase is greater than previously thought. There is no evidence from the HLA-DRB1 data that there are immunogenetic differences between those with and without malignancy, and other aetiological explanations should be sought.

Disclosure: H. Chinoy, None; F. Salway, None; W. Thomson, None; A.J. Silman, None; W.E.R. Ollier, None; R.G. Cooper, None.

Sunday, October 26

EXHIBIT NO. 11
2-10-04
L. GOLKOW