# Exhibit F

EXHIBIT NO. 7
2-10-04
L. GOLKOW

EDITORIAL

# Can Statins Cause Chronic Low-Grade Myopathy?

Statins (hydroxymethyl glutaryl coenzyme A reductase inhibitors) are highly effective drugs for reducing serum cholesterol and low-density lipoprotein cholesterol levels. Clinical trials have shown that they also reduce risk for coronary heart disease events, coronary procedures, and stroke by about one third (1). Millions of people in the United States and worldwide are being treated with statins. In clinical trials and in clinical practice, statins have proved to be remarkably safe.

The one notable side effect of statin therapy is myopathy. A small fraction of patients who are treated with statins will develop severe myopathy (2). In the worst cases, severe myoglobinuria, acute renal failure, and even death can occur. The incidence of severe myopathy is low, perhaps 1 in 1000 patients (2). Predisposing factors for severe myopathy appear to include advanced age, relatively low body weight, female sex, certain medications, use of multiple medications, multisystem disease, and acute illnesses or major surgery (3). If statins were avoided or used in low doses in these circumstances, it is likely that the incidence of severe myopathy could be greatly reduced.

Less severe forms of myopathy undoubtedly occur. In some patients, fatigue and muscle pain and weakness develop with moderately high serum creatine kinase levels but not acute renal failure. In these cases, the myopathy resolves when statin therapy is discontinued.

Still more patients report various muscle symptoms—fatigue, pain, and muscle weakness—but have normal creatine kinase levels. These symptoms probably are unrelated to statin therapy in many patients. In middle-aged and older people, muscle, joint, and tendon symptoms are very common. Naturally, if a patient takes a medication that is believed to produce muscle problems, symptoms are often attributed to the medication. On the other hand, the major controlled clinical trials have not detected a higher prevalence of muscle symptoms during statin therapy versus placebo (1). This failure of detection has generally led clinical trialists to conclude that statin-associated myopathy with normal creatine kinase levels essentially does not exist or that, if it does exist, it cannot be detected above the "background noise" of muscle symptoms in the general clinical-trial population.

Many physicians in clinical practice nonetheless believe that they can identify a subset of statin-treated patients who have a unique set of statin-related muscle symptoms. Some patients clearly relate the onset of muscle symptoms to initiation of statin therapy. These symptoms may abate after discontinuation of therapy, only to reappear when statin therapy is restarted. The number of such patients is not large, and thus it may have been impossible to identify them in large clinical trials.

In this issue, Phillips and colleagues (4) report on a set of studies in four patients who had muscle symptoms during statin therapy that resolved during placebo use. Quantitatively measured muscle weakness also resolved during placebo use. Muscle biopsies were performed in three patients during statin therapy and then during placebo use. Several pathologic changes were seen on biopsy specimens obtained during statin therapy: increased lipid content of mitochondria, fibers that did not stain for cytochrome oxidase activity, and ragged red fibers. The authors suggest that these patients had statin-associated myopathy with normal serum creatine kinase levels.

Despite the study's small size, we cannot dismiss these observations as random variation in muscle structure. However, these highly suggestive results are clearly preliminary. The number of patients was small, and all appropriate controls were not used. Nonetheless, this study is novel because it used quantitative measures of muscle strength and muscle biopsy to address the question of myopathy with normal creatine kinase levels during statin therapy.

To be confirmed, the current data would have to be extended to many more patients in whom muscle symptoms are closely correlated with statin use. Reproducibility of symptoms during therapy and symptom resolution after discontinuation of statin therapy would be necessary. A definitive study would have to be carefully designed and executed. It would need to be double-blinded and placebo-controlled and include sufficient numbers of patients to provide a valid statistical comparison. In addition, investigators would have to carefully consider the appropriate selection of patients. The development of a registry of candidate patients at multiple sites could facilitate a multicenter study.

Is a carefully controlled, sizable study of this type worth the investment of time and effort? To date, no evidence indicates that prolonged statin therapy leads to permanent muscle damage or progressive myopathy in patients with normal creatine kinase levels. Controlled clinical trials attest to the general safety of statins, and symptomatic side effects appear to be limited to a relatively small proportion of treated patients. In addition, no therapy prevents or treats statin-induced myopathy, short of withholding the drug. On the other hand, statins are being prescribed to millions of people, and are usually continued throughout the patient's lifetime. It is certain that statins cause myopathy in some patients. For these reasons, a valid argument can be made for a more extensive study of low-grade myopathy in patients treated with statins.

In the meantime, physicians should recognize the great benefit of statin therapy in high-risk patients and their documented safety for most patients. For high-risk persons, the proven efficacy for preventing cardiovascular disease outweighs the unlikely possibility of permanent muscle damage. Phillips and colleagues' preliminary results certainly do not provide adequate information on the spec-

trum, scope, or prognosis of myopathy with normal creatine kinase levels during statin therapy. For these reasons, prescription of statins for eligible patients should continue despite the current results. Moreover, before discontinuing therapy, physicians should carefully evaluate any patient receiving statins who reports muscle symptoms. In most cases, the symptoms will be found not to be consistent with chronic myopathy, and often they will not be related temporally to statin treatment. High-risk patients in particular should not be deprived of major cardiovascular risk reduction just because they display symptoms not clearly documented to be closely related to statin therapy.

Despite these comments, the actions of statin on muscle metabolism and structure deserve further investigation to clarify the confusing area of low-grade myopathy apparently associated with statin use in a few patients.

*Scott M. Grundy, MD, PhD*
University of Texas Southwestern Medical Center at Dallas
Dallas, TX 75390-9052

**Current Author Address:** Scott M. Grundy, MD, PhD, Center for Human Nutrition and the Departments of Clinical Nutrition and Internal Medicine, University of Texas Southwestern Medical Center at Dallas, 5323 Harry Hines Boulevard, Y3.206, Dallas, TX 75390-9052.

**Potential Financial Conflicts of Interest:** *Honoraria* (from Merck & Co.; Pfizer, Inc.; Bristol-Myers Squibb; and Bayer); *Grants* (from Merck & Co. and Pfizer, Inc.)

*Ann Intern Med.* 2002;137:617-618.

## References

1. Executive Summary of The Third Report of The National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, And Treatment of High Blood Cholesterol In Adults (Adult Treatment Panel III). JAMA. 2001; 285:2486-97. [PMID: 11368702]

2. Staffa JA, Chang J, Green L. Cerivastatin and reports of fatal rhabdomyolysis [Letter]. N Engl J Med. 2002;346:539-40. [PMID: 11844864]

3. Pasternak RC, Smith SC, Bairey-Merz CN, Grundy SM, Cleeman JI, Lenfant C. ACC/AHA/NHLBI clinical advisory on the use and safety of statins (1) (2). J Am Coll Cardiol. 2002;40:567-72. [PMID: 12142128]

4. Phillips PS, Haas RH, Bannykh S, Hathaway S, Gray NL, Kimura BJ, et al. Statin-associated myopathy with normal creatine kinase levels. The Scripps Mercy Clinical Research Center. Ann Intern Med. 2002;137:581-5.

© 2002 American College of Physicians–American Society of Internal Medicine

# Exhibit G

Zizic
EXHIBIT NO. 27
2-10-04
L. GOLKOW

# Lipid-lowering agents and myopathy

Robert L. Wortmann, MD

Each of the lipid-lowering agents available today can cause myopathy. The severity of the muscle disorder may vary from trivial myalgias or elevations of creatine kinase in asymptomatic individuals to rhabdomyolysis with myoglobinuria, renal failure, and death. Fortunately, significant myopathy occurs at a low rate. However, the large number of individuals taking these medications renders it a significant problem. Although the pathophysiology of the myopathy remains speculative, its occurrence appears to be dose related. Consequently, the total dosage of lipid-lowering drug consumed, the concomitant use of other medications that affect their blood levels, and the individual's specific drug-metabolizing enzyme profile may contribute to this toxicity. Curr Opin Rheumatol 2002, 14:643–647

© 2002 Lippincott Williams & Wilkins, Inc.

Department of Internal Medicine, The University of Oklahoma College of Medicine, Tulsa, Oklahoma, USA

Correspondence to Robert L. Wortmann, MD, Department of Internal Medicine, The University of Oklahoma College of Medicine, Schusterman Center, 4502 East 41st Street, Tulsa, OK 74135-2512, USA; e-mail: robert-wortmann@ouhsc.edu

**Current Opinion in Rheumatology** 2002, 14:643–647

**Abbreviations**

CK creatine kinase
CY cytochrome

ISSN 1040–8711 © 2002 Lippincott Williams & Wilkins, Inc.

The development of effective cholesterol-lowering therapies is arguably one of the most important medical advances of recent times. Several classes of drugs are available for this purpose, with three of them recognized to cause muscle-related side effects. These include nicotinic acid, fibric acid derivatives (fibrates), and 3-hydroxy-3-methylglutaryl-coenzyme A reductase inhibitors (statins) (Table 1). Numerous trials have shown that the use of these agents, alone or in combination, can significantly reduce cardiovascular morbidity and mortality, as well as all-cause mortality in patients at risk of a first or second myocardial infarction [1••]. These reductions are attributed to a variety of factors including reduction of serum lipid levels and modification of endothelial cell function, effects on inflammatory responses, plaque stabilization, and altered thrombogenesis.

It is estimated that more than 102 million Americans have undesirable total cholesterol levels (value greater than 200 mg/dL), of which 41.3 million exhibit profound elevations (greater than 240 mg/dL) [2]. These estimates plus the current epidemic of obesity and the projected age-associated rise in chronic diseases, such as type II diabetes, allow prediction of ever-increasing exposures to these medications. Consequently, even side effects or toxicities of low prevalence will be encountered frequently.

## Clinical features

Myopathy is included among the potential side effects and toxicities associated with the use of nicotinic acid, fibrates, and statins. Symptoms of myopathy are variable and can include any combination of muscle weakness, myalgias, or muscle tenderness. Many patients describe a cramping sensation in their muscles. The distribution of symptoms can be proximal, generalized, or regional. The levels of serum creatine kinase (CK) can be normal or only minimally elevated. For the purpose of most published surveys, myopathy has been arbitrarily defined as myalgia or muscle weakness associated with serum CK levels greater than ten times the upper limit of normal for the given laboratory. Muscle tissue from patients with myopathy from lipid-lowering drug use can be associated with a variety of histopathologic changes (Table 2) (reviewed in [3••].

In the most severe cases, the drug-induced changes progress to rhabdomyolysis with myoglobinuria and can result in renal failure and death. The nephrotoxicity is owing to the toxic effects of myoglobin on renal tubular

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Table 1. Lipid lowering drugs that can cause myopathy**

| |
|---|
| Nicotinic acid |
| Fibric acid derivatives (fibrates) |
| Bezafibrate |
| Ciprofibrate |
| Clofibrate |
| Fenofibrate |
| Gemfibrozil |
| HMG CoA reductase inhibitors (statins) |
| Atorvastatin |
| Cerivastatin |
| Fluvastatin |
| Lovastatin |
| Pravastatin |
| Simvastatin |

cells. Myoglobin contains ferrous iron, which serves as a catalyst from the generation of toxic reactive oxygen species. Possible complications of rhabdomyolysis and the consequent acute tubular necrosis include hyperkalemia, hypocalcemia, metabolic acidosis, hyperuricemia, disseminated intravascular coagulation, and death.

## Epidemiology

The prevalence of myopathy varies for these agents. A population-based cohort study that employed data from general practices in the United Kingdom from 1991 through 1997 provides strong evidence that the use of lipid-lowering drugs is associated with a substantially greater risk of myopathy [4••]. This study compared 17,219 individuals who had received at least one prescription for lipid-lowering drugs during that period with 28,974 patients with hyperlipidemia but who were not prescribed drug therapy and 50,000 individuals with normal serum lipids. The data revealed that the use of fibrates and statins was associated with a 42-fold and eight-fold increased risk of myopathy, respectively. The total absence of myopathy in the untreated hyperlipidemic cohort shows that hyperlipidemia *per se* does not cause myopathy. This large study allows the prediction that myopathy will develop in approximately six cases per 10,000 treated with a fibrate for a year and one case per 10,000 treated with a statin for that period. Thus, the absolute risk of developing a myopathy while taking a lipid-lowering drug is small [4••,5•,6,7]. However, of the large number of patients who will use these agents, the number of patients seeking medical attention will be significant.

Death, of course, is the worst complication of lipid-lowering drug toxicity. Death has been reported with the use of most of these agents but with variable frequency (Table 3) [8•]. The number of deaths related to cerivastatin use resulted in the manufacturer withdrawing that drug from the market [9–11].

## Risk factors

The risk of developing myopathy from a lipid-lowering drug is probably dose-related rather than the result of an allergic reaction. Not only has the prevalence of myopathy increased with higher doses of individual drugs, but factors that increase their half-life or bioavailability also increase toxicity.

Fibrates are cleared through the kidneys, and, not surprisingly, toxicity is greater when they are used in patients with impaired renal function. Probenecid and furosemide (especially when the latter is used in patients with nephrotic syndrome) can increase fibrate concentrations and the risk of myotoxicity [12••].

Rhabdomyolysis and acute renal failure have been reported in patients taking fibrates and undergoing coronary pulmonary bypass surgery. Although rhabdomyolysis and acute renal failure have been reported as complications of coronary pulmonary bypass surgery in the absence of fibrate therapy, they usually are seen when an aortic balloon pump is used or when low cardiac output syndrome develops and is treated with high-dose continuous intravenous epinephrine. These complications were not present in bypass patients taking fibrates who developed rhabdomyolysis, suggesting that the lipid-lowering agents played a role [13]. Preexisting mild renal dysfunction may also have played a role.

**Table 2. Histomorphologic changes in mammalian skeletal muscle after pharmacologic doses of statins (lovastatin 1 mg/g body weight for 30 days)**

| Microscopy | Change |
|---|---|
| Light | Increased variability in fibre diameter |
| | Myofibre splitting |
| | Increased numbers of internal nuclei |
| | Perimysial fibrosis |
| | Coarsening of intermyofibrillar membranous network |
| | Clumping of intermyofibrillar membranous material |
| | Diffuse decrease in NADH dehydrogenase-staining in non-necrotic myofibres |
| | Myofibre necrosis with macrophage invasion |
| | Hypercontracted fibres |
| | Relative sparing of slow-twitch oxidative fibres with earlier involvement of fast-twitch glycolytic fibres |
| Electron | 2 types of mitochondrial alterations: |
| | • fragmented inner mitochondrial membrane (IMM) or absent or effaced mitochondrial cristae ± replacement of cristae with fine granular material; outer mitochondrial membrane (OMM) intact |
| | • spared IMM and matrix; redundant and thickened OMM ± circular loops formed by OMM material |
| | Myeloid figures in degenerating mitochondrial membranes |
| | Dilated cisterns of the sarcoplasmic reticulum normal transverse tubules |
| | Increased presence of vacuoles |
| | Intermyofibrillar and subsarcolemmal accumulations of abnormal mitochondria |
| | Small zones of Z-band streaming |

Biopsies were taken from Lewis rat gastrocnemius muscles on days 5, 10, 12, 14, and 30. Therefore, selected features from the above list were not observed in each animal. Longer treatment was associated with worsening disease.
Reprinted from reference [3].

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**Table 3. Reported cases of fatal rhabdomyolysis and numbers on prescriptions for all statins dispensed in the United States since these products were launched**

| Variable | Lovastatin | Pravastatin | Simvastatin | Fluvastatin | Atorvastatin | Cerivastatin | Total |
|---|---|---|---|---|---|---|---|
| Date approved | 8/31/87 | 10/31/91 | 12/23/91 | 12/31/93 | 12/17/96 | 6/26/97 | – |
| Fatal cases of rhabdomyolysis* | 19 | 3 | 14 | 0 | 6 | 31 | 73 |
| No. of prescriptions dispensed since marketing began† | 99,197,000 | 81,364,000 | 116,145,000 | 37,392,000 | 140,360,000 | 9,815,000 | 448,273,000 |
| Reporting rate (per 1 million prescriptions)* | 0.19 | 0.04 | 0.12 | 0 | 0.04 | 3.16 | 0.15 |

*U.S. cases reported to the FDA before June 26, 2001, that met the following criteria were included: the report included a clinical diagnosis of rhabdomyolysis; a temporal association between rhabdomyolysis and the use of a statin could be identified from the report; and death resulted either directly or indirectly from rhabdomyolysis. †Data are through May 2001 and are from the National Prescription Audit Plus, excluding the Long Term Care Channel. *The reporting rate is the number of fatal cases divided by the number of prescriptions dispensed and is a crude measure of the number of reports received by the FDA relative to the extent of the use of an agent in the U.S. population. Rigorous comparisons between drugs that are based on these data are not recommended, since many factors can affect reporting and an unknown number of cases may not be attributed to the drug or reported to the FDA. Reporting rates are not incidence rates.
Reprinted from reference [8].

Poor renal function may also increase myotoxicity from statins [14,15], but hepatic metabolism is more critical to the bioavailability of these drugs. This metabolism involves the hepatic cytochrome (CY) P-450 systems, a group of enzymes that transform lipophilic drugs, such as the statins, into water-soluble metabolites. Thus, the CYP-450 system facilitates drug excretion, thereby preventing drug accumulation. Coadministration of a statin and another drug that is metabolized the same CYP-450 pathway can lead to a clinically significant drug–drug interaction and increased levels of the statin (Table 4) [16•,17••,18,19•,20••,21–23].

At least 30 different CYP-450 systems are recognized. Atorvastatin, lovastatin, and simvastatin are metabolized by the CYP-3A4 system; cerivastatin is metabolized by both CYP-3A4 and CYP-2CA systems. Agents that are substrates for or inhibitors of these enzymes include cyclosporine, erythromycin, clarithromycin, triaconazole, diltiazem, nefazodone, and grapefruit juice. Fluvastatin is predominantly (as much as 80%) metabolized by CYP-2C9 with lesser activities of CYP-3A4 and CYP-2C8. Accordingly, levels of this statin could be affected by concomitant use of some nonsteroidal anti-inflammatory drugs and some oral hypoglycemic agents. Less than 1% of pravastatin is metabolized by CYP-3A4. Therefore, it exhibits no significant alterations when administered with the above agents.

Genetic polymorphisms for the CYP-450 systems clearly exist. This variable could further explain not only the varied clinical response observed from patient to patient for a specific drug but also influence toxicity [24••].

A combination of lipid-lowering drugs is commonly recommended when lipid profiles cannot be optimized with monotherapy. Unfortunately, significant muscle-related toxicities may be more common when two classes of

**Table 4. Drug–drug interactions resulting from CYP450 systems**

| CYP450 | 3A4 | 2C8 | 2C9 | None |
|---|---|---|---|---|
| Statin | Atorvastatin<br>Cerivastatin<br>Lovastatin<br>Simvastatin | Cerivastatin | Fluvastatin | Pravastatin |
| Other drugs | Cyclosporin<br>Erythromycin<br>Felodipine<br>Lidocaine<br>Mibefradil<br>Midazolam<br>Nifedipine<br>Quinidine<br>Terbinafine<br>Triazolam<br>Verapamil<br>Warfarin<br>Diltiazem<br>Nefazodone<br>Grapefruit juice<br>Itraconazole | Alprenolol<br>Diclofenac<br>Hexobarbital<br>N-desmethyl-diazepam<br>Tolbutamide<br>Warfarin<br>Phenytoin<br>Torsemide<br>Fluconazole<br>Itraconazole<br>Ketoconazole<br>Metronidazole<br>Ritonavir<br>Rifampin | | |

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

agents are taken. Multiple cases of rhabdomyolysis and death have been reported in patients taking a fibrate and a statin. Gemfibrozil is a fibrate most commonly involved in such interactions. Although the mechanism is not understood, the concomitant use of gemfibrozil will increase the area under the curve (a calculation that reflects total drug exposure) for lovastatin [25•], simvastatin, and cerivastatin but not for fluvastatin [22]. In contrast, bezafibrate does not significantly alter the area under the curve for lovastatin [25•]. These interactions do not appear related to CYP-450 systems or pharmacodynamics. The combination of nicotinic acid and a statin has uncommonly been associated with rhabdomyolysis.

## Mechanisms

Precisely how the lipid-lowering drugs cover myopathy is not known, but not all myopathic symptoms in patients taking lipid-lowering drugs are necessarily caused by those agents. Some myalgias and low-grade elevations of CK may be owing to increased muscle use from exercise programs prescribed along with these drugs. Hypothyroidism is believed to be a risk factor for fibrate- or statin-induced myopathy. However, at least one case has been reported in which the muscle symptoms and elevated CK levels were entirely caused by the thyroid disease, not the lipid-lowering drug [26••].

Statins lower serum cholesterol by inhibiting 3-hydroxy-3-methylglutaryl-coenzyme A reductase activity, a rate-limiting enzyme in the cholesterol biosynthetic pathway that catalyzes the conversion of 3-hydroxy-3-methylglutaryl-coenzyme A reductase to mevalonic acid. Mevalonic acid is a pivotal precursor of isoprenoids. Isoprenoids are essential for prenylation, a fundamental element of posttranscriptional lipid modification of proteins and other compounds. Important isoprenoids include isopentyl adenosine, which is required for transfer RNA synthesis, dolichols, which are required for glycoprotein synthesis, and two components of the electron transport chain, heme A and ubiquinone (coenzyme Q10). Thus, it is not surprising that inhibiting mevalonic acid synthesis could have a variety of metabolic consequences.

The effects of statins on muscle physiology were recently reviewed [3••]. Much interest has been focused on coenzyme Q10, which contains ten isoprenoid units. Coenzyme Q10 is found in complexes I and II of the electron transport chain where it goes through sequential electron reductions by flavoproteins, forming first the semiubiquinone radical and then ubiquinol. Ubiquinol reduces cytochromes b and c of complex III and thereby provides the essential parts of the electron carrier system that generates ATP in mitochondria. In addition, coenzyme Q10 serves as an important antioxidant in both mitochondrial and lipid membranes. Thus, statin-induced myopathy could be mediated by disordered mitochondrial energy metabolism or damaged membranes [27] resulting from abnormal or low levels of coenzyme Q10.

Experimentally, coenzyme Q10 inhibits statin-induced apoptosis in cultured myoblasts and decreases oxidative DNA damage in human lymphocytes. More meaningful, however, are the beneficial effects of coenzyme Q10 supplementation in some patients with statin-induced myopathy [28••].

It is highly likely that statin-induced myopathy is the result of an acquired coenzyme Q10 deficiency in some individuals. However, coenzyme Q10 supplementation does not reverse the condition in everyone. There are at least two possible explanations for this. First, the statin could unmask a latent metabolic disorder. This has occurred with other drugs. Fibrates have caused worsening of symptoms and higher CK levels in patients with known postpoliomyelitis syndrome and McArdle disease [29]. Valproate, an antiseizure medication that inhibits mitochondrial fatty acid oxidation, triggered MELAS (mitochondrial encephalomyelopathy, lactic acidosis, and strokelike episodes) syndrome in a 63-year-old woman later found to harbor a mutation known to cause that syndrome. Statins have caused increased CK levels in a patient with minicore myopathy and have triggered myopathy in previously asymptomatic individuals later found to be deficient in carnitine palmitoyltransferase activity and myophosphorylase deficiency (Georgirene Vladutiu, personal communication, July, 2002).

Conversely, another explanation for a lack of response to coenzyme Q10 therapy would be that the myopathy was the result of another toxic effect [3••]. By lowering serum cholesterol levels, statins have many positive effects. However, that lowering can affect membrane fluidity. Statins can also alter membrane electrical properties, $Na^+$-$K^+$ pump density, excitation–contraction mechanisms, and cell-surface receptor signal transduction cascades. Thus, it is highly likely that the pathogenesis of statin-induced myotoxicity is multifactorial.

## Conclusion

Myalgias and cramps are the most common muscle-related side effects reported with lipid-lowering drugs, although the overall frequency is low (approximately 0.1%). The concomitant use of drugs such as cyclosporine or erythromycin with nicotinic acid, fibrates, or statins as well using a combination of lipid-lowering drugs increases the risk of myotoxicity. Patients with uncontrolled hypothyroidism, muscle coenzyme Q10 deficiency, muscle glycogenoses, or mitochondrial cytopathies should not use these medications.

If a patient taking a lipid-lowering drug develops myopathy, the drug should be discontinued. A trial of coen-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

zyme Q10, 60 mg orally twice a day for 2 months, may be considered in patients who were taking a statin. If symptoms persist despite these interventions, a muscle biopsy is probably indicated. The use of a lipid-lowering agent may have unmasked an underlying condition. However, the myopathy might be unrelated to the lipid-lowering drug. The list of conditions and diseases that can cause muscle cramps, weakness, and elevated serum CK levels is lengthy, even in those patients.

## References and recommended reading


Papers of particular interest, published within the annual period of review, have been highlighted as:
- • Of special interest
- •• Of outstanding interest

1 •• Executive summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). JAMA 2001, 285:2486–2497.
Provides guidelines for the management of coronary heart disease.

2 Cholesterol statistics. American Heart Association. Available at http://www.americanheart.org. Accessed June 1, 2002.

3 •• Baker SK, Tarnopolsky MA: Statin myopathies: pathophysiologic and clinical perspectives. Clin Invest Med 2001, 24:2258–2272.
Comprehensive review of current understanding of statin myopathies with emphasis on pathophysiologic features.

4 •• Gaist D, Garcia Rodriguez LA, Huerta C, et al.: Lipid-lowering drugs and risk of myopathy: a population-based follow-up study. Epidemiology 2001, 12:565–569.
A large cohort study provides statistical data concerning the incidence of myopathy in patients taking fibrates and those taking statins.

5 • Davidson MH, Stein EA, Hunninghake DB, et al.: Lipid-altering efficacy and safety of simvastatin 80 mg/day: worldwide long-term experience in patients with hypercholesterolemia. Nutr Metab Cardiovasc Dis 2000, 10:253–263.
Discusses phase II, III, and V trial results for simvastatin.

6 Udawat H, Goyal RK: Lipid-lowering effect of simvastatin in patients of type 2 diabetes mellitus. Indian Heart J 2001, 43:172–176.

7 Bernini F, Poli A, Paoletti R: Safety of HMG-CoA reductase inhibitors: focus on atorvastatin. Cardiovasc Drugs Ther 2001, 14:211–218.

8 • Staffa JA, Chang J, Green L: Cerivastatin and reports of fatal rhabdomyolysis. N Engl J Med 2002, 346:539–540.
Reports the number of reported cases of fatal rhabdomyolysis and the number of prescriptions for all statins dispensed in the United States before June 26, 2001.

9 Gemici G, Toprak A, Oktay A: Rhabdomyolysis due to cerivastatin monotherapy. Excerpta Medica 2001, 724.

10 Garcia-Valdecasas-Campelo E, Gonzalez-Reimers E, Lopez-Lirola A, et al.: Acute rhabdomyolysis associated with cerivastatin therapy. Arch Intern Med 2001, 161:893.

11 Charatan F: Bayer decides to withdraw cholesterol-lowering drug. BMJ 2001, 323:359.

12 •• Jacobson TA: Combination lipid-altering therapy: an emerging treatment paradigm for the 21st century. Curr Atheroscler Rep 2001, 3:373–382.
Review of the current justification and recommendations for using combination lipid-lowering therapy.

13 Sharobeem KM, Madden BP, Millner R, et al.: Acute renal failure after cardiopulmonary bypass: a possible association with drugs of the fibrate group. J Cardiovasc Pharmacol Ther 2000, 5:33–39.

14 Shohaib SA: Simvastatin-induced rhabdomyolysis in a patient with chronic renal failure. Am J Nephrol 2000, 20:212–213.

15 Stirling CM, Isles CG: Rhabdomyolysis due to simvastatin in a transplant patient: are some statins safer than others? Nephrol Dial Transplant 2001, 15:873–874.

16 • Moghadasian MH, John Mancini GB, Fröhlich JJ: Pharmacotherapy of hypercholesterolemia: statins in clinical practice. Exp Opin Pharmacother 2000, 1:683–695.
Overall review of pharmacology and the use of statins.

17 •• Davidson MH: Does differing metabolism by cytochrome P450 have clinical importance? Curr Atheroscler Rep 2000, 1:14–19.
Discussion of drug–drug interactions that occur for all the lipid-lowering drugs.

18 Beaird SL: HMG-CoA reductase inhibitors: assessing differences in drug interactions and safety profiles. J Am Pharm Assoc 2000, 40:637–644.

19 • Worz CR, Bottorff M: The role of cytochrome P450-mediated drug-drug interactions in determining the safety of statins. Exp Opin Pharmacother 2001, 2:1119–1127.
Discussion of the role of CYP-450 in drug–drug interactions.

20 •• Davidson MH: Treatment of the elderly with 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors: focus on drug interactions. J Cardiovasc Pharmacol Ther 2001, 6:219–229.
Clinical review of drug–drug interactions as they pertain to using statins in elderly patients.

21 Igel M, Sudhop T, von Bergmann K: Metabolism and drug interactions of 3-hydroxy-3-methylglutaryl coenzyme A-reductase inhibitors (statins). Eur J Clin Pharmacol 2001, 57:357–364.

22 Böger RH: Drug interactions of the statins and consequences for drug selection. Int J Clin Pharm Ther 2001, 39:369–382.

23 Omar MA, Wilson JP, Cox TS: Rhabdomyolysis and HMG-CoA reductase inhibitors. Ann Pharmacother 2001, 35:1096–1107.

24 •• Tomlinson B, Chan P, Lan W: How well tolerated are lipid-lowering drugs? Drugs Aging 2001, 18:665–683.
Extensive review of lipid-lowering drugs discusses toxicities to muscle and other tissues.

25 • Kyrklund C, Backman JT, Kivistö KT, et al.: Plasma concentrations of active lovastatin acid are markedly increased by gemfibrozil but not by bezafibrate. Clin Pharmacol Ther 2001, 69:340–345.
Different fibrates have different effects on statin blood levels.

26 •• Hung YT, Yeung VTF: Hypothyroidism presenting as hypercholesterolemia and simvastatin-induced myositis. HKMJ 2000, 6:423–424.
Just because a patient taking a statin develops myopathy, it does not mean that it is caused by that drug.

27 Sinzinger H, Lupattelli G, Chehne F: Increased lipid peroxidation in a patient with CK-elevation and muscle pain during statin therapy. Atherosclerosis 2000, 153:255–256.

28 •• Shults CW, Schapira AHV: A cue to queue for CoQ? Neurology 2001, 57:375–376.
Discusses potential therapy for statin-induced myopathy.

29 Leung NM, Ooi TC: Use of statins and fibrates in hyperlipidemic patients with neuromuscular disorders. Ann Intern Med 2000, 132:418–419.


Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

# Exhibit H

Hägg & Spigset

: 1999 Sept 13-17:

.TG) pharmacoki-
ract no. 201]. In:
: drug monitoring
Cairns. Ther Drug

in: placental trans-
f the enantiomers.

ägg, Division of
rsity Hospital,

REVIEW ARTICLE

Drug Safety 2000 Jun; 22 (6): 441-457
0114-5916/00/0006-0441/$20.00/0

© Adis International Limited. All rights reserved.

# HMG-CoA Reductase Inhibitors and Myotoxicity

*Memduh Ucar, Tom Mjörndal* and *Rune Dahlqvist*

Division of Clinical Pharmacology, Norrland University Hospital, Umeå, Sweden

## Contents

Abstract . . . . . . . . . . . . . . . . . . . . . . . . . . . 441
1. HMG-CoA Reductase Inhibitors . . . . . . . . . . . . . . . 443
  1.1 History . . . . . . . . . . . . . . . . . . . . . . . . . 443
  1.2 Physical and Chemical Properties . . . . . . . . . . . 443
  1.3 Pharmacodynamics . . . . . . . . . . . . . . . . . . . 443
  1.4 Pharmacokinetics . . . . . . . . . . . . . . . . . . . 443
  1.5 Clinical Considerations . . . . . . . . . . . . . . . . .
  1.6 Tolerability and Adverse Drug Reactions . . . . . . . 445
  1.7 Drug Interactions . . . . . . . . . . . . . . . . . . . 445
2. Signs of Skeletal Muscle Damage . . . . . . . . . . . . . 446
  2.1 Creatine Kinase . . . . . . . . . . . . . . . . . . . .
  2.2 Myotoxicity . . . . . . . . . . . . . . . . . . . . . . 446
  2.3 Subdivisions and Definitions of Myotoxic Reactions 446
    2.3.1 Myalgia . . . . . . . . . . . . . . . . . . . . . . 446
    2.3.2 Myositis . . . . . . . . . . . . . . . . . . . . . 446
    2.3.3 Myopathy . . . . . . . . . . . . . . . . . . . . . 446
    2.3.4 Rhabdomyolysis . . . . . . . . . . . . . . . . . . 447
3. Data from Spontaneous Reporting Systems 447
  3.1 General Considerations . . . . . . . . . . . . . . . . 447
  3.2 Myalgia, Arthralgia . . . . . . . . . . . . . . . . . . 447
  3.3 Myopathy and Rhabdomyolysis . . . . . . . . . . . .
4. Data from Large Scale Clinical Trials
5. Possible Mechanism . . . . . . . . . . . . . . . . . . . . 450
6. Risk Factors . . . . . . . . . . . . . . . . . . . . . . . 451
  6.1 Myotoxicity is a Class Effect . . . . . . . . . . . . . 451
  6.2 Myotoxicity is Dose-Dependent . . . . . . . . . . . . 451
  6.3 Pharmacokinetics and Drug Interactions . . . . . . . 452
  4.4 Combination with Other Potentially Myotoxic Drugs 452
  6.5 Other Risk Factors . . . . . . . . . . . . . . . . . . 453
7. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . 453

## Abstract

The 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors specifically inhibit HMG-CoA reductase in the liver, thereby inhibiting the biosynthesis of cholesterol. These drugs significantly reduce plasma cholesterol level and long term treatment reduces morbidity and mortality associated with coronary heart disease.

The tolerability of these drugs during long term administration is an important

ty 2000 Jun: 22 (6)

Z, 2 . c
EXHIBIT NO. 12
2-10-04
L. GOLKOW

issue. Adverse reactions involving skeletal muscle are not uncommon, and sometimes serious adverse reactions involving skeletal muscle such as myopathy and rhabdomyolysis may occur, requiring discontinuation of the drug. Occasionally, arthralgia, alone or in association with myalgia. has been reported.

In this article we review scientific data provided via Medline, adverse drug reaction case reports from the Swedish Drug Information System (SWEDIS) and the World Health Organization's International Drug Information System (INTDIS) database, focusing on HMG-CoA reductase inhibitor-related musculoskeletal system events.

Cytochrome P450 (CYP) 3A4 is the main isoenzyme involved in the metabolic transformation of HMG-CoA reductase inhibitors. Individuals with both low hepatic and low gastrointestinal tract levels of CYP3A4 expression may be at in increased risk of myotoxicity due to potentially higher HMG-CoA reductase inhibitor plasma concentrations. The reported incidence of myotoxic reactions in patients treated with this drug class varies from 1 to 7% and varies between different agents. The risk of these serious adverse reactions is dose-dependent and may increase when HMG-CoA reductase inhibitors are prescribed concomitantly with drugs that inhibit their metabolism, such as itraconazole, cyclosporin, erythromycin and nefazodone. Electrolyte disturbances, infections, major trauma, hypoxia as well as drugs of abuse may increase the risk of myotoxicity. It is important that the potentially serious adverse reactions are recognised and correctly diagnosed so that the HMG-CoA reductase inhibitor may at once be withdrawn to prevent further muscular damage.

Oxidative modification of low density lipoprotein (LDL) is important in the aetiology and pathogenesis of atherosclerosis,[1] the latter having been identified as a major risk factor for coronary heart disease.[2-5] High plasma levels of total cholesterol and LDL-cholesterol (LDL-C) are risk factors for coronary heart disease;[6] this correlation has been confirmed by numerous epidemiological studies.[7,8] Reductions in plasma levels of total cholesterol and LDL-C are associated with improved endothelial cell function[9] and reduced risk for coronary heart disease.[8,10,11]

As such, the development of HMG-CoA reductase inhibitors has redefined the management of hypercholesterolaemia. In various clinical trials, HMG-CoA reductase inhibitors reduced total plasma cholesterol (17 to 29%) and LDL-cholesterol (24 to 61%) levels in patients with hypercholesterolaemia[5,12-18] and, as a result, reduced the incidence of coronary heart disease.[11,18-20] In patients with hypercholesterolaemia without evidence of previous myocardial infarction (MI), [21] or post-MI,[18,19] long term treatment with HMG-CoA reductase inhibitors has been shown to significantly reduce mortality and recurrent coronary events; these effects were evident relatively early after commencing treatment. In a secondary prevention trial, treatment with HMG-CoA reductase inhibitors significantly reduced the risk of stroke (32%).[22]

Cholesterol is a" important structural component of biological membranes and modulates their fluidity.[23] It is synthesised from acetyl-CoA with *de novo* biosynthesis occurring in virtually all humans cells; but primarily in liver cells.[24] A unique step in the pathway of cholesterol biosynthesis is the formation of mevalonic acid from HMG-CoA. This step is catalysed by HMG-CoA reductase, an intrinsic membrane protein of the endoplasmic reticulum, and is the rate-limiting step in cholesterol biosynthesis.[25,26] Other products that are formed

© Adis International Limited. All rights reserved.

ı, and some-
/opathy and
ccasionally,

ɟverse drug
VEDIS) and
ystem (IN-
usculoskel-

e metabolic
ooth low he-
ıay be at in
ɟductase in-
reactions in
en different
nt and may
itantly with
in, erythro-
auma, hyp-
ıs important
rectly diag-
it ʼn to

[21] or post-
IMG-CoA re-
› significantly
onary events;
ly early after
ıry prevention
uctase inhibi-
sk of stroke

ral component
ates their flu-
-CoA with de
lly all humans
A unique step
nthesis is the
ı HMG-CoA.
reductase, an
doplasmic re-
in cholesterol
ırmed





from mevalonic acid are ubiquinone, dolichols and isopentanyl adenine (fig. 1).

## 1. HMG-CoA Reductase Inhibitors

### 1.1 History

Atherosclerosis is now generally accepted as the principal cause of the vascular dysfunction that leads to myocardial and cerebral infarction. Indeed, the relation&p between high plasma LDL levels and the occurrence of atherosclerosis is well established. The discovery of LDL receptors, an event awarded the 1995 Nobel prize in medicine, started a new era in the field of lipid research, eventually leading to the development of HMG-CoA reductase inhibitors.

Three generations of HMG-CoA reductase inhibitors, with slight differences between each, are now available. All are selectively targeted to the enzyme HMG-CoA reductase in the liver.

### 1.2 Physical and Chemical Properties

The first generation HMG-CoA reductase inhibitors – lovastatin, simvastatin and pravastatin – share the same hydronaphthalene ring structure (fig. 2). Simvastatin and lovastatin are inactive and are administered as lacton-prodrugs,[27] whereas pravastatin is administered as an active drug.[28] Simvastatin and lovastatin are hydrophobic in nature; pravastatin is hydrophilic.[29]

The first second generation HMG-CoA reductase inhibitor was the entirely synthetic compound fluvastatin.[30] Fluvastatin is a derivative of mevalonolactone but has a fluorophenyl-substituted indole ring;[31] it is active in its parent form. The hydroxy acid side chain renders the drug more hydrophilic than the other HMG-CoA reductase inhibitors.[29]

The third generation of HMG-CoA reductase inhibitors includes the 2 recently marketed drugs atorvastatin and cerivastatin. Both are synthetic and active in their parent form.[16,32,33] Metabolites of these 2 drugs are also have anti-HMG-CoA reductase activity and contribute to the hypocholesterolaemic effect of treatment.[33,34] Cerivastatin is a pure enantiomeric pyridine derivative.[16]




Fig. 1. Products of mevalonic acid and site of action of the 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors.

The common characteristic chemical structure for HMG-CoA reductase inhibitors is a side chain analogous to mevalonic acid, either its acid (active) or lactone (inactive) form. The first generation drugs are of fungal origin,[30] with only small differences between them, while drugs in the second and third generations all carry a nitrogen heteroaromatic ring structure with a mevalonic acid-like side chain and a variety of substituents on the heteroaromatic structure (fig. 2).

### 1.3 Pharmacodynamics

About 50% or more of the total body cholesterol is derived from *de novo* synthesis.[26] The main primary site of endogenous cholesterol biosynthesis is in the liver and it is here that HMG-CoA reductase inhibitors exert their main pharmacological action through a competitive inhibition of HMG-CoA reductase.[35-37] As a result of decreased cholesterol levels in the liver, a compensatory mechanism is activated that increases the synthesis of liver cell LDL-receptors, leading to increased removal of LDL from the circulation.[24]

### 1.4 Pharmacokinetics

There is considerable variation in the pharmacokinetic properties of the various HMG-CoA reductase inhibitors after oral administration.[30] The protein binding varies between compounds and there are extensive differences between them in terms of elimination (table I).

© Adis International Limited. All rights reserved.




**Fig. 2.** Structural formulas of 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors

© Adis International Limited. All rights reserved.

Table I. Pharmacokinetic comparison of HMG-CoA-reductase inhibitors

| Parameter | Atorvastatin | Cerivastatin | Fluvastatin | Lovastatin | Pravastatin | Simvastatin |
|---|---|---|---|---|---|---|
| Protein binding | 80% [21] | >99% [33] | 98% [32] | 95% [32] | 50% [32] | 95% [32] |
| Metabolism | CYP3A4 | CYP3A4/2C8 | CYP2C9 | CYP3A4 | ? | CYP3A4 |
| Hepatic elimination[a] | NA | NA | 95% [32] | 70% [32] | 50% [32] | 70% [32] |

a Hepatic elimination (% of absorbed dose).

CYP = cytochrome P450; NA = no data available; ? = unknown.

The cytochrome P450 (CYP) system is responsible for the metabolism of many drugs. In vitro data indicate that simvastatin is mainly metabolised by the CYP3A subfamily.[38] According to present scarce data, both CYP3A4 and CYP3A5 are thought to be capable of catalysing the metabolism of simvastatin. According to one inconclusive study, active simvastatin metabolite(s) might be metabolised by CYP2D6.[39] Lovastatin,[40] atorvastatin[33,41] and cerivastatin[34] are mainly metabolised by CYP3A4. CYP2C8 is also involved in the metabolism of cerivastatin[42]

In a drug interaction study *in vitro*, it has been demonstrated that lovastatin acid, pravastatin and simvastatin acid display moderate affinity for CYP2D6, CYP2C9 and CYP3A4, whereas fluvastatin showed moderate affinity for CYP2D6 and CYP3A4, but higher affinity for CYP2C9.[36]

### 1.5 Clinical Considerations

First generation HMG-CoA reductase inhibitors have been well studied and their efficacy have been proven in several clinical trials – e.g. Scandinavian Simvastatin Survival Study (4S), Expanded Clinical Evaluation of Lovastatin Study (EXCEL), Cholesterol and Recurrent Events (CARE) trial and West of Scotland Coronary Prevention Study (WOSCOP) – to reduce the incidence of fatal and nonfatal myocardial infarctions by 30 to 35% in targeted populations.[22] Second and third generation agents have not been studied as extensively as drugs in the first generation in terms of clinical outcome.

Simvastatin has been proven cost-effective as treatment for hypercholesterolaemia in patients postmyocardial infarction, or with angina pectoris.[43] Further analysis of primary prevention of cardiovascular disease in patients with hypercholesterolaemia indicates that treatment with pravastatin is of substantial clinical benefit at reasonable cost.[44]

### 1.6 Tolerability and Adverse Drug Reactions

Hypercholesterolaemia is primarily a chronic disease necessitating long term therapy; thus pharmacological treatments with a good tolerability profile are desirable. Various clinical trials have shown that HMA-CoA reductase inhibitors are generally well tolerated in short as well as long term therapy,[12,13,18,45-47] findings that have made this the drug class of choice in for the treatment of hypercholesterolaemia when dietary control and other nonpharmacological interventions have failed to elicit the required level of control.

The adverse event profile of HMG-CoA reductase inhibitors includes constipation, flatulence, dyspepsia, nausea, and gastrointestinal pain; elevated serum transaminase levels may also occur. More serious adverse events include myotoxic adverse reactions including rhabdomyolysis.

### 1.7 Drug Interactions

Concomitant administration of HMG-CoA reductase inhibitors with drugs that inhibit CYP3A4 may result in increased plasma concentrations of HMG-CoA reductase inhibitors. Erythromycin, a potent inhibitor of CYP3A4, has been shown to cause an increase in the plasma concentration of simvastatin[48] or cerivastatin[34] when given concomitantly. Cyclosporin is another substrate and potential competitive inhibitor of CYP3A4;[49] in 1 study the concentration of simvastatin was significantly higher in kidney transplant recipients

© Adis International Limited. All rights reserved.

treated with cyclosporin and simvastatin than in those treated with simvastatin alone.[50] In contrast to lovastatin, pravastatin did not accumulate during concomitant therapy with cyclosporin in stable kidney graft recipients.[51] In a recent study in volunteers, concomitant administration of itraconazole with simvastatin or pravastatin caused a significant increase in the bioavailability of simvastatin, but not pravastatin.[52]

Grapefruit juice is also known to be an inhibitor of CYP3A4 and concomitant ingestion of grapefruitjuice with lovastatin and simvastatin has been reported to increase the bioavailability of these 2 drugs.[53,54]

## 2. Signs of Skeletal Muscle Damage

### 2.1 Creatine Kinase

Creatine kinase (CK) generates adenosine triphosphate (ATP) via phosphorylation of adenosine diphosphate (ADP). The main source of CK is skeletal muscle and myocardium.[55] In many conditions, acute muscle necrosis seems to be related to failure of energy production and possibly depletion of the ATP reserves necessary to maintain the integrity of the sarcolemma.[56] HMG-CoA reductase inhibitors may inhibit mitochondrial production of ATP which will lead to an inadequate synthesis of coenzyme Q and heme A in the inner mitochondrial membrane.[57]

Ubiquinone, synthesised from mevalonic acid, is utilised by mitochondria for electron transport, a mechanism that theoretically might be impaired by HMG-CoA reductase inhibitors. In 1 study, mevastatin treatment caused no decrease of ubiquinone;[58] however, more recent data indicate the opposite. In 1 clinical trial, 38 and 27% decreases in ubiquinone levels occurred in association with atorvastatin and lovastatin treatment, respectively.[59] HMG-CoA reductase catalyses the formation of mevalonate from HMG-CoA. Mevalonate is an important precursor of cholesterol, ubiquinone, dolichols and isopentanyl adenine. All these products are involved in cell replication.[60] Dolichol is required for glycoprotein synthesis and a deficit may cause an instability of the plasma membrane. This may lead to an unstable action potential and disruption of the muscle cell membrane; and leakage of CK to the circulation system may follow.

### 2.2 Myotoxicity

Skeletal muscle constitutes about 45% of total bodyweight.[61] Because of its mechanical function, muscle has a high metabolic rate and a high blood flow. This may explain why skeletal muscle is highly exposed to drugs available in the circulation. Many drugs bind to muscle tissue, with binding rates of 13 to 98% having been reported.[62] The muscular toxicity of a drug may be associated with a high plasma drug concentration that may exert a direct toxic effect on the muscle tissue itself. High serum concentrations of HMG-CoA reductase inhibitors have been reported in several experimental studies during concomitant administration with certain drugs.[34,48,50-52,63] The physicochemical properties of the HMG-CoA reductase inhibitors may also govern the frequency of adverse effects Drugs with hydrophobic (simvastatin, lovastatin) properties may more easily permeate the biological membranes than the hydrophillic drugs (pravastatin, fluvastatin).[29]

### 2.3 Subdivisions and Definitions of Myotoxic Reactions

#### 2.3.1 *Myalgia*

Myalgia is clinically characterised mainly by proximal or diffuse muscular pain, tenderness and/or muscle weakness, or both muscle pain and weakness. CK may be normal or slightly increased in the serum.

#### 2.3.2 *Myositis*

Myositis, with or without CK elevations in the serum, is usually self limiting and is characterised by muscle weakness.[31] Biopsy usually indicates cell damage with variation in fibre size, muscle fibre necrosis with inflammatory cell infiltration.[64,65]

#### 2.3.3 *Myopathy*

Myopathy can be clinically defined as muscle pain, tenderness and muscle weakness, or both

© Adis International Limited. All rights reserved.

muscle pain and weakness, accompanied by abnormal elevations in CK levels (>10 times the upper limit of normal) in the serum.[66] In rabbits, experimentally induced myopathy by HMG-CoA reductase inhibitors is characterised by high serum CK levels, necrotic and degenerating muscle fibres, and electromyographic myotonic discharge.[67]

Drug-induced acute or subacute myopathy is characterised by a syndrome of muscle pain, tenderness and weakness, principally of the proximal limb, but at the times it may also be more generalised.[61] Electromyography reveals myopathic changes with prominent spontaneous potentials. Muscle biopsy is characterised by multifocal muscle-fibre necrosis and regenerative activity may be observed.

Morphologically HMG-CoA reductase inhibitor-induced myopathy is characterised by a variation in fibre size, muscle-fibre necrosis and fragmentation with inflammatory cell infiltration in the perivascular and endomysial areas. In addition, CK levels are increased in the serum.[64,65] Immunohistological examination of muscle specimens may reveal immunological cell activity.[64,65]

#### 2.3.4 *Rhabdomyolysis*

Rhabdomyolysis is an acute, fulminating, potentially fatal condition of skeletal muscle characterised by destruction of skeletal muscle as evidenced by myoglobinaemia and myoglobinuria plus a CK level in the serum of at least 10 times the upper limit of normal. Muscle biopsies from clinically diagnosed cases of rhabdomyolysis associated to HMG-CoA reductase inhibitor therapy reveal changes in muscle cells characterised by loss of Cross-striations and nuclei, with regeneration in part, and no infiltration of inflammatory cells.[68,69] Serious complications that may follow acute rhabdomyolysis include hyperkalaemia, hyperuricaemia, disseminated intravascular coagulation, metabolic acidosis, cardiomyopathy, respiratory and renal failure.[70]

## 3. Data from Spontaneous Reporting Systems

### 3.1 General Consideration

In Sweden, it is compulsory for physicians to report all new suspected adverse reactions related to drug therapy to the Swedish Adverse Drug Reactions Committee (SADRAC). Each reported event is assessed by the committee for causality related to the drug exposure and a probability of certain, probable, possible or unclassifiable is assigned. The report is then registered in the Swedish Drug Information System (SWEDIS) database. In a systematic search of this database up to April 1998, we identified 458 reports of adverse events related to HMG-CoA reductase inhibitors (fluvastatin, pravastatin, simvastatin) therapy. All reports of musculoskeletal adverse reactions with causality assessments certain, probable or possible and classified as myalgia (98 cases), arthralgia (14 cases) and myopathy (6 cases) were collected. No cases of rhabdomyolysis were identified.

### 3.2 Myalgia. Arthralgia

In a survey of HMG-CoA reductase inhibitor-induced myotoxic adverse reactions in the SWEDIS database, 74 reports of simvastatin- (2 classified as certain, 22 probable, 50 possible), 11 reports of pravastatin- (1 classified as certain, 2 probable, 8 possible) and 13 reports of fluvastatin- (7 classified as probable and 6 as possible) associated myalgia were found. Atorvastatin and cerivastatin were recently registered in Sweden and 3 reports of atorvastatin-associated myalgia were found. In 6 cases cholestyramine, and in 2 cases gemfibrozil, was given concomitantly with simvastatin. In 3 reports the patients also had paresthesias (including 1 who received concomitant cholestyramine). 64 reports indicated patients fully recovered after cessation of simvastatin (in 3 cases the patient still had symptoms at the time the report was prepared and the outcome was not reported in 7 cases).

Myalgia is the most frequently occurring muscular adverse reaction in SWEDIS (table II). The described symptoms were mainly proximal or dif-

© Adis International Limited. All rights reserved.

Case 0:01-md-01431-MJD Document 4113-4 Filed 04/17/2006 Page 18 of 27



**Table II.** Number of adverse reactions associated with 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors reported to the Swedish Drug Information System[a]

| Agent | TNR | Arthralgia (%) | Myalgia (%) | Myopathy (%) | PN (%) | Neuropathy (%) | T-MAR (%) |
|---|---|---|---|---|---|---|---|
| Simvastatin | 344 | 11 (3) | 74 (22) | 5 (2) | 2 (-) | 1 (-) | 92 (27) |
| Pravastatin | 62 | 2 (3) | 11 (19) | NA | NA | NA | 14 (23) |
| Fluvastatin | 52 | 1 (2) | 13 (25) | 1 (2) | 1 (2) | NA | 15 (29) |

a Between 1988 and 1997 (simvastatin), 1991 and 1997 (pravastatin), and 1994 and 1997 (fluvastatin).

**NA** = no cases were reported; **PN** = peripheral neuropathy; **T-MAR** = total number of musculoskeletal adverse reactions; **TNR** = total number of reactions; **%** = percentage of all TNR for that drug.

fuse muscle pain, tenderness, muscle weakness or muscle pain and muscle weakness together.

Simvastatin, the most commonly prescribed HMG-CoA reductase inhibitor in Sweden, also had the highest number of reported adverse reactions, followed by pravastatin and fluvastatin (fig. 3). CK levels in the serum were slightly increased in a few cases classified as myalgia. I" most cases, however, symptoms disappeared within days to weeks after withdrawal of the drug.

There have been 13 reports of myalgia with fluvastatin (1 patient received concomitant gemfibrozil and another received erythromycin). In 1 report arthralgia was reported in addition to myalgia. All patients recovered after cessation of fluvastatin therapy. One of 11 patients treated with pravastatin also received gemfibrozil. Arthralgia was reported in 2 cases (classified as possible). Nine patients (including 2 with arthralgia) recovered, symptoms persisted in 2 and outcome was unknown in 1, after the cessation of pravastatin therapy. However, CK was increased in the serum (13.8 and 48.5 µcat/L) in 2 cases.

Arthralgia accounted for 2 to 3% (table II) of reports associated with these 3 drugs (simvastatin, pravastatin, fluvastatin) and was the primary diagnosis in 11 patients (in 5 cases myalgia *as also present, 1 in a patient treated concomitantly with cholestyramine) treated with simvastatin. The main symptom was pain localised to knee, foot, hand and or fingerjoints. In all cases symptoms disappeared after simvastatin cessation, however, in some patients symptoms did not resolve until almost 2 months thereafter.

### 3.3 Myopathy and Rhabdomyolysis

Five (2 classified as probable, 3 possible) cases of myopathy associated with simvastatin treatment were located in SWEDIS. CK levels in the serum were >10 times the upper limit of normal in all cases. The main symptoms recorded were muscle pain, muscle weakness, feeling of numbness in the lower limb and chest pain. Three of the patients were concomitantly treated with cyclosporin (1 after kidney and 2 after cardiac transplantation) and 2 with gemfibrozil.

Data derived from World Health Organization's International Drug Information System (INTDIS) database, which includes reports related to drug adverse reactions from different countries, clearly demonstrate that both HMG-CoA reductase inhibitors (table III) and other (table IV) hypolipidaemic drugs have the ability to induce myotoxic adverse reactions in combination with each other and in monotherapy. Although some of these reports of myotoxic adverse reactions were poorly documented, all were considered suitable for analysis.

Reports of more serious myopathy and rhabdomyolysis also appear in the World Health Organization's INTDIS database (table III). In 7.5 cases of rhabdomyolysis in patients (median age 50 years, range 16 to 84, age not recorded in 5 cases) treated with simvastatin, the median dosage of the drug was 23 mg/day (range 5 to 80mg), dose not specified in 21 cases]. In 40 cases of rhabdomyolysis. simvastatin was the only suspected drug. In addition to rhabdomyolysis, arthralgia were reported in 4 cases. Among 56 reports of rhabdomyolysis, in 30 (median age 61, range 3 1 to 78 years old) lovastatin (median dose 32mg, range: 20 to 80mg) was the

© Adis International Limited. All rights reserved.

hibitors reported to

| (%) | T-MAR (%) |
|---|---|
| | 92 (27) |
| | 14 (23) |
| | 15 (29) |

TNR = total number

olysis

possible) cases
statin treatment
ls in the serum
mal in all cases,
e muscle pain,
ess in the lower
ients were con-
(1 after kidney
n) and 2 with

ization's
stem (INTDIS)
ated to drug ad-
untries, clearly
eductase inhib-
ypolipidaemic
otoxic adverse
h other and in
hese reports of
poorly docu-
le for analysis.
hy and rhabdo-
Health Organi-
). In 75 cases of
n age 50 years,
5 cases) treated
ge of the drug
dose not speci-
abdomyolysis,
drug. In addi-
vere reported in
myolysis, in 30
s old lovastatin
was the





only suspected drug. Three cases of renal failure were reported in association with lovastatin given as monotherapy.

In 19 of 20 cases of rhabdomyolysis associated with pravastatin (median age 61, range 17 to 85 years old, age was not given in 1 report), pravastatin was the only suspected drug. The median dosage was 23 mg/day (range 10 to 40mg) but was only specified in 6 reports. Abnormal renal function was reported in 2 cases. In 2 reports the patient had died because of adverse reactions. Of 12 cases associated with fluvastatin monotherapy, 3 reported abnormal renal function.

In a complementary search up to March 1999, 15 cases of rhabdomyolysis associated with atorvastatin and 8 associated with cerivastatin were found (tables III and V). In 1 report, cross reaction between simvastatin and atorvastatin had occurred.

Non-HMG-CoA reductase inhibitor antihyperlipidemic drugs have been reported to cause muscular adverse effects. There were 125 reports of myopathy and 14 reports of rhabdomyolysis associated with gemfibrozil (2 acute renal failure, 2 abnormal renal function) and 28 reports of myopathy and 26 of rhabdomyolysis (2 with abnormal renal function and 4 with acute renal failure), where bezafibrate was the main suspected drug (table IV). Only 1 report of rhabdomyolysis linked to nicotinic acid was found.

Rhabdomyolysis with myoglobinuria is potentially serious. Symptoms consist mainly of gradually decreased muscle strength, proximal or generalised muscle weakness. These symptoms can develop within days, or may not occur for to up to 2 years after starting therapy. If the condition remains untreated renal failure may occur. The mechanism underlying rhabdomyolysis with myoglobinuria has been defined as impairment of renal vascular flow, tubular obstruction by myoglobin casts or crystals of uric acid and direct toxicity from ferrihemate.[70] At postmortem autopsy in individual patients who died after experiencing drug-induced rhabdomyolysis with renal failure, amorphous sediment consistent with myoglobin casts in the renal tubules have been found.[71]

Neuropathy and peripheral neuropathy as well as myositis have been associated with lipid lowering drugs (tables III and IV). Compared with other myotoxic adverse reactions, neuropathy and peripheral neuropathy are much less common as adverse reactions in patients treated with HMG-CoA reductase inhibitors. Only 3 published case reports




Fig. 3. Use of 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors in Sweden. Defined daily doses of simvastatin, pravastatin and fluvastatin per 1000 inhabitants per day between 1987 and 1997. Data are from the Swedish Drug Information System.

© Adis International Limited. All rights reserved.

of neuropathy and 2 cases of peripheral neuropathy were found in the English literature.[72,73]

HMG-CoA reductase inhibitors were associated with death in 4 reports in patients with rhabdomyolysis. In 2 reports each pravastatin and simvastatin (the latter concomitant with gemfibrozil) were judged to have contributed to the fatal outcome.

## 4. Data from Large-Scale Clinical Trials

HMG-CoA reductase inhibitors have been associated with a low to moderate frequency of muscular adverse effects clinical trials. The incidence of musculoskeletal complaints was repotted to be between 2 and 7% for simvastatin and 3% for atorvastatin.[17,46,74] Approximately 0.1 to 0.2% of lovastatin or pravastatin recipients experienced myopathy.[75,76] The incidence increased to 0.5% when certain other drugs were given concomitantly.[66]

In a trial (n = 2085) with simvastatin (10 to 20 mg/day), musculoskeletal toxicity was reported in 41 (1.3%) patients [myalgia (n = 28), muscle weakness (7), muscle cramp (6), arthralgia (4) and gout (1)].[77] In 2 (0.1%) cases a slight increase in serum CK above the upper normal limit was noted. No cases of myopathy were reported in this study.

Lovastatin-associated myopathy was reported with an incidence of >0.5% (17 of 4000 participants: 5 treated concomitantly with cyclosporin, 6 with gemfibrozil, 2 with niacin, 2 with both cyclosporin and niacin, and 6 with lovastatin only (some participants received more than 1 drug).[66] In the EXCEL study, >8000 patients were randomised to receive placebo or lovastatin 20 to 40 or 40 to 80 mg/day for 48 weeks. One case. of myopathy occurred during the second treatment year among over 4500 patients receiving lovastatin 20 to 40 mg/day. Over the 2 year study 2 new cases occurred in patients receiving lovastatin 40 mg/day and 4 cases (0.3%) in patients receiving 80 mg/day. More than 1500 patients had their lovastatin dosage increased to 80 mg/day.[47]

## 5. Possible Mechanism

Myotoxic adverse reactions resembling rhabdomyolysis have, albeit rarely, been associated with HMG-CoA reductase inhibitors[57,68,69,78] and other hypolipidaemic drugs.[55,79,80] Needle biopsies from 15 patients with myopathy treated with either simvastatin (10 to 20 mg/day) or pravastatin (40 mg/day) and without notable CK increase in the serum, revealed light microscopic changes of mitochondrial myopathy.[81] The mechanism behind this complication is unknown, but different hypotheses have been proposed. These include: decreased hepatic clearance,[24] HMG-CoA reductase inhibitor-induced interruption of glycoprotein synthesis in the normal muscle membrane[82] and deficiency of the chloride channels in the muscle membrane.[83] Immunohistological mechanisms may also be of importance in the HMG-CoA reductase inhibitor-induced myotoxicity.[64,65] Morphologic observations suggest that dividing myoblasts are sensitive to the effect of HMG-CoA reductase inhibitors[37]

**Table III.** Number of adverse reactions associated with 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors reported to the World Health Organization's International Drug Information System (INTDIS) database

| Agent | TNR | Arthralgia (%) | Myalgia (%) | Myopathy (%) | PN (%) | Neuropathy (%) | Rhabdomyolysis (%) | T-MAR (%) |
|---|---|---|---|---|---|---|---|---|
| Atorvastatin[a] | 3188 | 42 (1.3) | 243 (7.6) | 3 (0.1) | 4(0.1) | 4 (0.1) | 16 (0.5) | 312 (10) |
| Cerivastatin[a] | 387 | 12 (3.1) | 56 (14.4) | 1 (0.02) | NA | NA | 8 (2.1) | 20 (14) |
| Fluvastatin[b] | 2061 | 35 (1.6) | 188 (9.1) | 25 (1.2) | 2 (0.0) | 4 (0.1) | 12 (0.5) | 266 (13) |
| Lovastatin[b] | 21541 | 281 (1.3) | 1350 (6.2) | 395 (1.8) | NA | 66 (0.3) | 56 (0.2) | 2148 (10) |
| Pravastatin[b] | 6208 | 91 (1.4) | 403 (6.4) | 63 (1.0) | NA | 14 (0.2) | 20 (0.3) | 591 (10) |
| Simvastatin[b] | 15149 | 261 (1.7) | 1286 (8.4) | 148 (0.9) | 11(0.0) | 48 (0.3) | 75 (0.4) | 1829 (12) |

a Updated search to March 1999.

b Updated search to April 1998.

NA = no cases were reported; PN = peripheral neuropathy; T-MAR = total number of musculoskeletal adverse reactions; TNR = total number of adverse reactions; % = percentage of all TNR.

© Adis International Limited. All rights reserved.

**Table IV.** Number of adverse reactions associated with non 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitor hypolipidemic agents reported to the World Health Organzation's International Drug Information System (INTDIS) database

| Agent | TNR | Arthralgia (%) | Myalgia (%) | Myopathy (%) | PN (%) | Neuropathy (%) | Rhabdomyolysis (%) | T-MAR (%) |
|---|---|---|---|---|---|---|---|---|
| Bezafibrate | 2959 | 27 (0.9) | 217 (7.3) | 28 (1.0, | 5 (0.2) | 9 (03.) | 26 (0.9) | 312 (11) |
| Clofibrate | 1212 | 6 (0.4) | 62 (5.1) | 27 (2.2, | NA | 3 (0.2, | 3 (0.2, | 101 (8.0) |
| Colestipol | 594 | 9 (1.5) | 7 (1.1) | 2 (0.3) | 1 (0.1) | NA | NA | 19 (3.0) |
| Colestyramine | 2850 | 27 (0.9) | 34 (1.1) | 7 (0.2) | 1 (0.0) | 7 (0.2, | 2 (0.0, | 78 (3) |
| Gemfibrozil | 7639 | 18 (1.0) | 304 (3.9, | 125 (1.6, | NA | 14 (0.1, | 33 (0.4) | 494 (7.0) |
| Nicotinic acid | 1419 | 5 (0.3) | 14 (0.9, | NA | NA | 1 (0.0, | 1 (0.0) | 21 (2) |
| Niceritol | 50 | NA | 1 (2.0, | NA | NA | NA | NA | 1 (2.0) |
| Questran | 8 | NA | NA | NA | NA | NA | NA | NA |

NA = no cases were reported; PN = peripheral neuropathy; T-MAR = total number of musculoskeletal adverse reactions; TNR = total number of adverse reactions; % = percentage of all TNR for that drug.

and that myotoxicity may be related to the intracellular $Ca^{2+}$ level elevation induced by these drugs.

Since membrane lipids are in dynamic equilibdam with plasma lipids, a low concentration of cholesterol in the cell may cause a decrease in membrane fluidity[84-86] and a decreased content of mevalonic acid derivatives (isopentenyl-adenine, dolichol, ubiquinone cholesterol).[37,59] A reduction in cholesterol content of 560% has been noted in the cells of patients treated with simvastatin.[84] The lower amount of intracellular cholesterol results in reduced levels of membrane cholesterol, which in turn may cause physical modification of membrane fluidity and a decrease in cell proliferation.[84-86]

Reduced cholesterol levels in erythrocyte and platelet membranes has been observed in patients with hypercholesterolaemia treated with pravastatin.[87] This change was accompanied by a decrease in erythrocyte and platelet $Na^+$ level and increased activity of the $Na^+$-$K^+$ pump. In the long term, such basic changes may cause irreversible cell damage leading to enzyme leakage and dysfunction with cell dispersion.

## 6. Risk Factors

### 6.1 Myotoxicity is a Class Effect

The spectrum of myotoxic adverse reactions related to HMG-CoA reductase inhibitors is quite similar, and cross-reactivity between different drugs in the class should be expected. In 2 SWEDIS case reports, patients treated with simvastatin (10 mg/day) who complained of muscle pain (which resolved on withdrawal of the drug) were subsequently prescribed pravastatin (20 mg/day in 1 case, dosage not reported in the other). In both cases muscle pain recurred within weeks; again resolution occurred on withdrawal of the drug. CK level was normal in both individuals with each drug.

### 6.2 Myotoxicity is Dose-Dependent

The incidence of myotoxic adverse events related to HMG-CoA reductase inhibitor therapy is dose-dependent.[77,88] In rats, dose-dependent skeletal myotoxicity was observed for simvastatin, lovastatin or pravastatin. The effect was potentiated by concomitant cyclosporin administration.[89]

Pravastatin is less myotoxic than lovastatin and simvastatin, a finding most likely related to its relatively poor uptake by muscle cells.[90] The lipophilicity of the HMG-CoA reductase inhibitors may be another important factor for their penetration into muscle tissue.[91]

In a recently published clinical trial (n = 156) with simvastatin (40, 80 and 160 mg/day), 10 patients discontinued treatment because of adverse events, which were considered drug related in 8. Of these, 1 patient was receiving simvastatin 40 mg/day (diffuse body pain), 3 were receiving 80 mg/day (2 myalgia, 1 increased CK level), and 5

© Adis International Limited. All rights reserved.

**Table V.** Cases of rhabdomyolysis reported to the World Health Organization's International Drug Information System (INTDIS) database with 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors during combined treatment with other drugs

| Agent | Itraconazole | Cyclosporin | Warfarin | Erythromycin | Fibrate | Cholestyramine | Niacin | Nefazodone |
|---|---|---|---|---|---|---|---|---|
| Cerivastatin[a] | | | | | 1[c,d] (1) | | | |
| Fluvastatin[b] | | | | | 1[c] | | | |
| Lovastatin[b] | 2 | 1 | 1 | 4 | 7[c] (3) | 3 | 3 | 1 (1) |
| Pravastatin[b] | | 1 | | | 2[c,e] | | | |
| Simvastatin[b] | 2 | 5 (2) | 4 | 4 (1) | 9 (5) | 2 | 1 | |

a Updated search to March 1999.
b Updated search to April 1998.
c Gemfibrozil.
d Bezafibrate.
e Fenofibrate.
( ) = number of cases with renal failure or reduced renal function.

received 160 mg/day (1 case of myopathy, 2 cases of elevated CK levels, 1 with muscle aches).[88] Data from SWEDIS supports this view with case reports documenting good tolerability with 20 mg/day simvastatin and muscular toxicity after the dosage was increased to 30 or 40 mg/day.

### 6.3 Pharmacokinetics and Drug Interactions

CYP3A4 is an important enzyme in the metabolism of HMG-CoA reductase inhibitors.[33,34,38,40,41,92] Concomitant use of certain other drugs (itraconazole, cyclosporin, erythromycin) that inhibit CYP3A4 may lead to an increase in the bioavailability of HMG-CoA reductase inhibitors.[48-50,63,92,93] Data from INTDIS (tables V and VI) confirm this. Two cases of rhabdomyolysis following concomitant therapy with simvastatin and cyclosporin have been described.[92,94] P-glycoprotein in the intestine, which has an important role in the first pass metabolism of cyclosporin together with CYP3A4 in cyclosporin absorption, also has an interindividual variation in expression.[95]

Interindividual pharmacokinetic variability may influence the occurrence of HMG-CoA reductase inhibitors-related adverse effects. CYP3A4 is the main isoenzyme expressed in the adult liver and in some adult individuals can account for as much as 50% of the total CYP proteins.[49] There are large interindividual variations in the concentration and activity of this isoenzyme in the liver,[96] and in the gastrointestinal tract.[95,97] In *ex vivo* analysis of hepatic biopsy tissue from 21 organ donors, a 37-fold variation in the concentrations of CYP3A4 was observed.[98] The clearance of certain HMG-CoA reductase inhibitors (atorvastatin, cerivastatin, lovastatin, simvastatin) is due to a metabolic transformation catalysed mainly by CYP3A4 in the liver; however, CYP3A4 in the gastrointestinal tract will be of significant importance in the first-pass metabolism.[99] Low intestinal expression of CYP3A4 may lead to higher plasma concentration of these HMG-CoA reductase inhibitors, and vice versa. Individuals who have both low hepatic and low gastrointestinal tract levels of CYP3A4 expression could thus be at increased risk of adverse events.

### 6.4 Combination with Other Potentially Myotoxic Drugs

Data from SWEDIS and INTDIS indicate that hypolipidaemic agents (HMG-CoA reductase inhibitors and other classes) have the ability to induce myotoxic adverse reactions (tables II, III, IV). Patients who do not respond to dietary modifications and HMG-CoA reductase inhibitor therapy may require additional treatment with other hypolipidaemic drugs to achieve an appropriate response. This may increase the risk of adverse reactions including myotoxicity. This risk is increased when HMG-CoA reductase inhibitors are adminis-

© Adis International Limited. All rights reserved. 

3) database with

Nefazodone

1 (1)

analysis of
onors, a 37-
of CYP3A4
rtain HMG-
:in, cerivas-
a metabolic
'P3A4 in the
stinal
the first-
xpression of
oncentration
ors, and vice
hepatic and
CYP3A4 ex-
k of adverse

ntially

indicate that
eductase in-
ibility to in-
s II, III, IV).
y modifica-
itor therapy
other hypo-
propriate re-
dverse reac-
is increased
inis-



tered concomitantly with gemfibrozil,[69,100-103] bezafibrate,[104] cyclosporin,[50] erythromycin,[48,105] verapamil,[48] mibefradil,[105] itraconazole[63,78,92,106] and nefazodone.[107] The incidence of myotoxicity associated with lovastatin combined with gemfibrozil has been reported to be 5%, whereas when lovastatin was combined with immunosuppressive drugs, including cyclosporin, the estimated risk was 30%.[82]

Other drugs that have been associated with myotoxicity are corticosteroids, β-blockers,[61,108] diuretics that cause hypokalaemia,[61] cimetidine, theophylline, terbutaline, barbiturates and colchicine.[70]

### 6.5 Other Risk Factors

Other factors that may predispose to the occurrence of myopathy and rhabdomyolysis are electrolyte disturbances,[109] major trauma,[110] defective lipid metabolism,[111] seizures, hypothermia, metabolic acidosis, hypoxia, viral infections (Epstein-Barr, influenza and coxackie virus, Q fever), and drugs of abuse (alcohol, amphetamine, cocaine, ecstasy, lysergide, etc).[70,112]

Patients treated with HMG-CoA reductase inhibitors may experience an increase in plasma CK levels following exercise. This increase may be associated with disruption of the muscle cell membrane.[113] Among 14 men taking lovastatin, CK levels were increased in 2 (by 183 and 242%) 24 hours after exercise.[114]

**Table VI.** Number of cases of rhabdomyolysis reported to the World Health Organization's International Drug Information System (INTDIS) database where 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors had been given in combination with more than one drug

| Concomitant drugs | Lovastatin[a] | Simvastatin[a] | Atorvastatin[b] |
|---|---|---|---|
| Gemfibrozil + cyclosporin | | | 1 |
| Colestyramine + cyclosporin | | 1 | |
| Gemfibrozil + nefazodone | | 1 | |
| Gemfibrozil + warfarin | | 1 | |
| Gemfibrozil + erythromycin | | 2 | |
| Gemfibrozil + nicotinic acid | (1) | | |
| Colestyramine + erythromycin | 1 | | |
| Nicotinic acid + itraconazole | 1 | | |
| Cyclosporin + itraconazole | 1 | | |
| Cyclosporin + warfarin | 2 (1) | | |

a Updated search to April 1998.
b Updated search to March 1999.
() = number of cases with renal failure or reduced renal function.

## 7. Conclusion

HMG-CoA reductase inhibitors have been associated with myopathy and rhabdomyolysis in experimental models as well as in humans. The pathophysiological mechanism for the occurrence of myopathy and rhabdomyolysis is not known. The risk of these potentially serious adverse reactions is dose-dependent and may increase when HMG-CoA reductase inhibitors are prescribed concomitantly with certain other drugs; these include itraconazole, cyclosporin, gemfibrozil and erythromycin. In light of available data, it is evident that myotoxic adverse reactions related to treatment with HMG-CoA reductase inhibitors is a class effect. To identify those groups of patients at particular risk, i.e. those who have had infections or experienced major trauma, is of fundamental importance. The physician should suspect an adverse drug reaction when an abnormal response, such as subacute proximal or diffuse muscle pain, tenderness, muscle weakness with or without elevations in serum CK levels, presents in any patient prescribed HMG-CoA reductase inhibitors. In such cases the drug should be withdrawn. Once myopathy or rhabdomyolysis is suspected the drug should be stopped and CK plasma activity should be monitored until a normal level is established.

## References

1. Natio M, Hayashi T, Iguchi A. New approaches to the prevention of atherosclerosis. Drugs 1995; 50 (3): 440-53
2. Frick MH, Elo O, Haapa K, et al. Helsinki Heart Study: primary-prevention trial with gemfibrozil in middle-aged men with dyslipidemia. Safety of treatment, changes in risk fac-

© Adis International Limited. All rights reserved.

tors, and incidence of coronary heart disease. N Engl J Med 1987; 317 (20): 1237-45
3. Menotti A. Blackburn H. Kromhout D. et al. Changes in population cholesterol levels and coronary heart disease deaths in seven counties. Eur Heart J 1997: 18 (4): 566-71
4. Vogel RA. Coronary risk factors, endotelial function, and atherosclerosis: a review. Clin Cardiol 1997: 20: 426-32
5. Maher V, Sinfuego J, Chao P, et al. Primary prevention of coronary heart disease: what has WOSCOP told us and what questions remain? Drugs 1997; 54 (1): 1-8
6. Hunninghake D. LDL-Cholesterol as a determinant of coronary hear, disease. Clin Ther 1990; 12 (5): 370-5
7. LaRosa JC, Hunninghake D, Bosh D, et al. The cholesterol facts. A summary of the evidence relating dietary fats, serum cholesterol, and coronary heart disease. AHA Medical/Scientific Statement. Circulation 1990; 81 (5): 1721-33
8. The lipid research clinics coronary primary prevention trial results 1. Reduction in incidence of coronary heart disease. JAMA 1984; 251 (3): 351-64
9. Freedman JE, Loscalzo J. Endothelial dysfunction and atherothrombotic occlusive disease. Drugs 1997; 5 Suppl. 3: 41-50
10. The lipid research clinics coronary primary prevention trial results. II. The relationship of reduction in incidence of coronary heart disease to cholesterol lowering. JAMA 1984: 251 (3): 365-74
11. Manninen V, Elo MO. Frick MH, et al. Lipid alterations and decline in the incidence of coronary heart disease in the Helsinki Heart Study. JAMA 1988; 260 (5): 641-51
12. Nawrocki JW, Weiss SR, Davidson MH, et al. Reduction of LDL cholesterol by 25% to 60% in patients with primary hypercholesterolemia by atorvastatin, a new HMG-CoA reductase inhibitor. Arterioscler Thromb Vasc Biol 1995; 15 (5): 678-82
13. The pravastatin multinational study group for cardiac risk patients. Effects of pravastatin in patients with serum total cholesterol levels from 5.2 to 7.8 mmol/liter (200 to 300 mg/dl) plus two additional atherosclerotic risk factors. The pravasatin multinational study group for cardiac risk patients. Am J Cardiol 1993; 72 (14): 1031-7
14. Bradford RH, Shear CL, Chremos AN, et al. Expandedclinical evaluation of lovastatin (EXCEL) study results. I. Efficacy in modifying plasma lipoproteins and adverse event profile in 8245 patients with moderate hypercholesterolemia. Arch Intern Med 1991; 151 (1): 43-9
15. Zavoral JH, Haggerty BJ, Winick AG, et al. Efficacy of fluvastain, a totally synthetic 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitor. FLUENT Study Group. Fluvastatin long-term extension trial. Am J Cardiol 1995: 76 (2): 37-40
16. Stein E, Sprecher D, Allenby KS, et al. Cerivastatin, a new potent synthetic HMG-Co-A reductase inhibitor: effect of 0,2 mg daily in subjects with primary hypercholesterolemia. J Cardiovasc Pharmacol Ther 1997: 2 (1): 7-16
17. Lambrecht LJ, Malini PL. Efficacy and tolerability of simvastatin 20 mg vs pravastatin 20 mg in patients with primary hypercholesterolemia. European study group. Acta Cardiol 1993; 48 (6): 541-54
18. Scandinavian simvastatin survival group. Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian simvastatin survival study (4S). Lancet 1994; 344: 1383-9
19. Sacks FM, Pfeffer MA, Moye LA, et al. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. N Engl J Med 19%: 335 (14): 1001-9
20. Pedersen TR, Kjekshus J, Pyorala K, et al. Effect of simvastatin on ischemic signs and symptoms in the Scandinavian simvastatin survival study (4S). Am J Cardiol 1998; 81 (3): 333.5
21. Shepherd J, Cobbe SM. Ford I, et al. Prevention of coronary heart disease with pravastatin in me" with hypercholesterolemia. West of Scotland coronary prevention study group. N Engl J Med 1995; 333 (20): 1301-7
22. Hebert PR. Gaziano JM, Chan KS, et al. Cholesterol lowering with statin drugs, risk of stroke and total mortality: a" overview of randomized trials. JAMA 1997; 278 (4): 313-21
23. Gordon DJ, Rifkind BM. High density lipoprotein: the clinical implications of recent studies. N Engl J Med 1989: 321 (19): 1311-6
24. Grundy SM. Cholesterol metabolism in man (medical progress). West J Med 1978; 128: 13-25
25. Stubbs RJ, Schwartz M, Bayne WF. Determination of mevinolin and mevinolinic acid in plasma and bile by reversed-phase high-performance liquid chromatography. Philadelphia: Elsevier Science Publishers B.V., 1986; 383: 438-43
26. Alberts AW, Chen J, Kuron G, et al. Mevinolin: a highly potent competetive inhibitor of hydroxymetylglutaryl-coenzym A reductase and a cholesterol-lowering agent. Biochemistry 1980; 77 (7): 3957-61
27. Pentikainen PJ, Saraheimo M, Schwartz JI, et al. Comparative pharmacokinetics of lovastatin, simvastatin and pravastatin in human. J Clin Pharmacol 1992; 32: 136-40
28. Lijnen P, Celis H, Desager JP, et al. Changes in plasma lipids. lipoproteins and apolipoproteins in hypercholesterolaemic patients treated with pravastatin. J Hum Hypertens 1995; 9 (7): 557-M
29. Fukami M, Maeda N, Fukushige J, et al. Effects of HMG-CoA reductase inhibitors on skeletal muscles of rabbits. Res Exp Med Berl 1993; 193 (5): 263-73
30. Garnett WR. A review of current clinical findings with fluvastatin. Am J Cardiol 1996; 78 Suppl. 6A: 20-5
31. Levy RI, Troendle AJ, Fattu JM. A quarter century of drug treatment of dyslipoproteinemia, with a focus on the new HMG-CoA reductase inhibitor fluvastatin. Circulation 1993; 87 Suppl. III: 45-53
32. Gibson DM, Bron NJ, Richens A, et al. Effect of age and gender an pharmacokinetics of atorvastatin in humans. J Clin Pharmacol 1996; 36: 242-6
33. Lea AP, McTavish D. Atorvastatin a review of its pharmacology and therapeutic potential in the management of hyperlipidaemias. Drugs 1997; 53 (5): 828-47
34. Muck W, Ochmann K, Rohde G, et al. Influence of erythromycin pre- and co-treatment on single-dose pharmacokinetics of the HMG-CoA reductase inhibitor cerivastatin. Eur J Clin Pharmacol 1998; 53: 469-73
35. Peters TK, Mehra M, Muratti EN. Efficacy and safety of fluvastain in hypertensiv patients. An analysis of a clincal trial database. Am J Hypertens 1993; 6: 340-5
36. Transon C, Leemann T, Dayer P. In vitro comparative inhibition profiles of major human drug metabolising cytochrome P450 isozymes (CYP2C9, CYP2D6 and CYP3.44) by HMG-CoA reductase inhibitors. Eur J Clin Pharmacol 1996; 50 (3): 209-15

© Adis International Limited. All rights reserved.

ffe... of pravastatin
arction in patients
led 19%: 335 (14):

ffect of simvastatin
andinavian simva-
998; 81 (3): 333.5
ention of coronary
hypercholesterole-
on study group. N

holesterol lowering
mortality: an over-
78 (4): 313-21
rotein: the clinical
ed 1989; 321 (19):

an (medical prog-

iation of mevinolin
by reversed-phase
Philadelphia: El-
; 438-43
lin: a highly potent
lutaryl-coenzym A
ent. Biochemistry

et al. Comparative
astatin in

s in plasma lipids,
holesterolaemic pa-
ertens 1995; 9 (7):

ects of HMG-CoA
of rabbits Res Exp

indings with fluva-
20-5
ntury of drug treat-
on the new HMG-
tion ,993; 87 Suppl.

t of age and gender
mans. J Clin Phar-

of its pharmacology
nent of hyperlipid-

ence of erythromy-
harmacokinetics of
astatin. Eur J Clin

and safety of fluva-
is of a clincal trial

mparative inhibition
g cytochrome P450
A4 HMG-CoA
): 209-15





37. Gadbut AP, Caruso AP, Galper JB. Differential sensitivity of C2-C12 striated muscle cells to lovastatin and pravastatin. J Mol Cell Cardiol 1995; 27 (IO): 2397-402
38. Prueksaritanont T, Gorham LM, Ma B, et a,. In vitro metabolism of simvastatin in humans [SBT] identification of metabolizing enzymes and effect of the drug on hepatic P450s. Drug Metab Dispos 1997; 25 (IO): 1191-9
39. Nordin C, Dahl ML. Eriksson M, et a,. Is the cholesterol-lowering effect of simvastatin influenced by CYP2D6 polymorphism? [letter]. Lancet 1997; 350 (9070): 29-30
40. Zhou LX, Finley DK, Hassell AE, et al. Pharmacokinetic interaction between isradipine and lovastatin in normal. female and male volunteers. J Pharmacol Exp Ther ,995: 273 (1): 121-7
41. Chong PH, Seeger ID. Atorvastatin calcium: an addition to HMG-CoA reductase inhibitors Pharmacotherapy ,997; 17 (6): 1157-77
42. Wolfgan M. Rational assessment of the interaction profile of cerivastatin supports its low propensity for drug interaction. Drugs ,998; 56 Suppl. 1: 15-23
43. Jönsson B, Johansson M, Kjekshus, et al. Cost-effectiveness of cholesterol lowering: result fnm the Scandinavian simvastatin survival study (4S). Eur Heart J ,996; 17: 1001-7
44. Caro J, Klittich W, McGuire A. et at. The west Scotland coronary prevention study: economic benefit analysis of primary prevention with pravastatin. BMJ 1997; 315: 1577-82
45. Steinhagen-Thiessen E. Comparative efficacy and tolerability of 5 and 10 mg simvastatin and 10 mg pravastatin in moderate primary hypercholesterolemia. Simvastatin pravastatin European study group. Cardiology 1994; 85: 244-54
46 Bertolini S, Bon GB, Campbell LM, et al. Efficacy and safety of atorvastatin compared to pravastatin in patients with hypercholesterolemia. Atherosclerosis 1997: 130 (I-2): 191-7
47. Bradford RH, Shear CL, Chremos AN. et a,. Expanded clinical evaluation of lovastatin (EXCEL) study results: two-year efficacy and safety follow-up. Am J Cardio, 1994; 74 (7): 667-73
48. Kantola T, Kivistö KT, Neuvonen PI. Erythromycin and verapamil considerably increase serum simvastatin and simvastatin acid concentrations. Clin Pharmacol Ther ,998; 64 (2): 177-82
49. Pichard L, Domergue J, Fourtanier G, et al. Metabolism of the new immunosuppressor cyclosporin G by human liver cytochromes P450. Biochem Pharmacol 1996; 51 (5): 591-8
50. Arnadottir M, Eriksson LO, Thysell H, et al. Plasma concentration profiles of simvastatin 3-Hydroxy-3-Metyl-glutaryl-Coenzyme A reductase inhibitory activity in kidney transplant recipients with and without ciclosporin. Nephron ,993; 65: 410-3
51. Olbricht C, Wanner C, Eisenhauer T, et al. Accumulation of lovastatin, but not pravastatin, in the blood of cyclosporine-treated kidney graft patients after multiple doses. Clin Pharmacol Ther ,997; 62 (3): 311-21
52. Neuvonen PI, Kantola T, Kivistö KT. Simvastatin but not pravastatin is very susceptible to interaction with the CYP3A4 inhibitor itraconazole. Clin Pharmacol Ther 1998; 63 (3): 332-41
53. Kantola T, Kivistö KT, Neuvonen PJ. Grapefruit juice greatly increases serum concentrations of lovastatin and lovastatin acid. Clin Pharmacol Ther ,998: 63 (4): 397-402
54. Lilja JJ, Kvistö KT, Neuvonen PJ. Grapefruit juice-simvastatin interaction: effect on concentrations of simvastatin, simvastatin acid and HMG-CoA reductase inhibitors. Clin Pharmacol Ther 1998; 64 (5): 477-83
55. Langer T, Levy RI. Acute muscular syndrome associated with administration of clofibrate. N Engl J Med ,968; 279 (16): 856-8
56. Bank WJ, Dimauro S, Bonilla E, et al. A disorder of muscle lipid metabolism and myoglobinuria: absence of carnitine palmityl transferase. N Engl J Med ,975: 292: 443-9
57. Chu PH. Chen WI, Chiang CW, et al. Rhabdomyolysis, acute renal failure and hepatopathy induced by lovastatin mono therapy. JPN Heart J 1996: 38 (4): 541-5
58. Grundy SM. HMG-CoA reductase inhibitors for treatment of hypercholesterolemia. N Engl J Med 1988; 319: 24-32
59. Davidson M, McKenney J, Stein E, et a,. Comparison of one-year efficacy and safety of atorvastatin versus lovastatin in primary hypercholesterolemia. Am J Cardio, 1997; 79; 1475-81
60. Gebhard RL, Ewing SL, Schlasner LA, et a,. Effect of 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibition on human gut mucosa. Lipids 1991; 26 (7): 492-4
61. Lane RJM, Mastaglia FL. Drug induced myopathies in man. Lancet ,978; II (8089): 562-6
62. Fichtl B, Kurz H. Binding of drugs to human muscle. Eur J Clin Pharmacol ,978; 14: 335-40
63. Kantola T, Kvistö KT, Neuvonen PI. Effect of itraconazole on the pharmacokinetics of atorvastatin. Clin Pharmacol Ther 1998: 64: 58-65
64. Giordano N, Senesi M, Mattii G, et a,. Polymyositis associated with simvastatin. Lancet ,997; 349: 1600-1
65. Schalke BB, Schmidt B, Toyka K, et al. Pravastatin-associated inflammatory myopathy. N Engl J Med 1992,327 (9): 649-50
66. Tobert JA. Efficacy and long term adverse effect pattern of lovastatin. Am J Cardio, ,988: 62; 28-34
67. Nakahara K, Kuriyama M, Yoshidome H, et al. Experimental simvastatin-induced myopathy in rabbits. J Neurol Sci ,992, 113 (1): 114-7
68. Hino I, Akama H, Furuya T, et a,. Pravastatin-induced rhabdomyolysis in a patient with mixed connective tissue disease. Arthritis-Rheum 1996: 39 (7); 1259-M)
69. Kogan AD, Orenstein S. Lovastatin-induced acute rhabdomyolysis. Postgrad Med J 1990; 66: 293-6
70. Prendergast BD, George CF. Drug-induced rhabdomyolysis-mechanisms and management. Postgrad Med J 1993; 69 (811): 333-6
71. Hanna JP, Ramundo ML. Rhabdomyolysis and hypoxia associated with prolonged propofol infusion in children. Neurology ,998; 50: 301-3
72. Phan T, McLeod JG, Pollard JD, et a,. Peripheral neuropathy associated with simvastatin. J Neurol, Neurosurg Psychiatry ,995; 58 (5): 625-g
73. Jacobs MB. HMG-CoA reductase inhibitor therapy and peripheral neuropathy. Ann Intern Med ,994 120 (11): 970
74. Dart A. Jerums G, Nicholson G, et at. A multicenter, double-blind. one-year study comparing safety and efficacy of atorvastatin versus simvastatin in patients with hypercholesterolemia. Am J Cardio, ,997: 80 (1): 39-44
75. Jokubaitis LA. Updated clinical safety experience with fluvastatin. Am J Cardio, ,994: 73 (14); 18-24
76. Dujovne CA. Chremos AN. Pool JL, et al. Expanded clinical evaluation of lovastatin (EXCEL) study results: IV. Addi-

© Adis International Limited. All rights reserved.

tional perspectives on the tolerability of lovastatin. Am J Med 1991; 91 (1B): 25-30
77. Miserez AR. Rossi FA, Keller U. Prediction of the therapeutic response to simvastatin by pretreatment lipid concentration in 2082 subjects Eur J Clin Pharmacol 1994; 46 (2): 107-14
78. Chariot P, Abadia R. Agnus D. et al. Simvastatin-induced rhabdomyolysis followed by a MELAS syndrome. Am J Med 1993: 94 (1): 109-10
79. Rimon D, Ludatscher R, Cohen L. Clofibrate-induced muscular syndrome. Case report with ultrastructural findings and review of the literature. Isr J Med Sci 1984; 20 (II): 1082-6
80. Gorriz JL, Sancho A, Lopez-Martin JM, et a,. Rhabdomyolysis and acute renal failure associated with gemfibrozil therapy. Nephron 1996; 74 (2): 437-8
81. Walsh JC, Stewart P, Boyd I, et al. Mitochondrial myopathy developing on treatment with the HMG CoA reductase inhibitors-simvastatin and pravastatin. Aust NZ J Med 1995; 25: 374-5
82. Goldman JA, Fishman AB, Lee JE, et a,. The role of cholesterol-lowering agents in drug induced rhabdomyolysis and polymyositis. Arthritis Rheum 1989; 32: 358-9
83. Sonoda Y, Gotow T, Kuriyama M, et al. Electrical myotonia of rabbit skeletal muscles by HMG-CoA reductase inhibitors. Muscle Nerve 1994; 17 (8): 891-7
84. Morita I, Sato I, Ma L, et al. Enhancement of membrane fluidity in cholesterol-poor endothelial cells pre-treated with simvastatin. Endothelium 1997.5 (2): 107-13
85. Levy Y, Leibowitz R, Aviram M, et al. Reduction of plasma cholesterol by lovastatin normalizes erythrocyte membrane fluidity in patients with severe hypercholesterolaemia. Br J Clin Pharmacol ,992: 34 (5,: 427-30
86. Hochgraf E, Levy Y, Aviram M, et al. Lovastatin decreases plasma and platelet cholesterol levels and normalizes elevated platelet fluidity and aggregation in hypercholesterolemic patients. Metabolism 1994; 43 (I): 11-7
87. Lijnen P, Celis H. Fagard R, et al. Influence of cholesterol lowering on plasma membrane lipids and cationic transport systems. J-Hypertens 1994; 12 (1): 59-64
88. Davidson MH, Stein EA, Duipvne CA, et a,. The efficacy and six-week tolerability of simvastatin 80 and 160 mg/day. Am J Cardiol 1997; 79 (1): 3842
89. Smith PF, Eydelloth RS, Grossman SJ, et al. HMG-CoA reductase inhibitor-induced myopathy in the rat: cyclosporine A interaction and mechanism studies. J Pharmacol Exp Ther 1991; 257 (3): 1225-35
90. Masters BA, Palmoski MJ, Flint OP, et al. In vitro myotoxicity of the 3-hydroxy-3-methylglutaryl coenzyme A reductase inhibitors, pravastatin, lovastatin, and simvastatin, using neonatal rat skeletal myocytes. Toxicol Appl Pharmacol ,995; 131 (1): 163-74
9,. Nakahara K, Yada T, Kuriyama M, et a,. Cytosolic Ca2+ increase and cell damage in L6 rat myoblasts by HMG-CoA reductase inhibitors. Biochem Biophys Res Commun ,994 202 (3): 1579-85
92. Segaert MF, De-Soete C, Vandewiele I, et al. Drug-interaction-induced rhabdomyolysis. Nephrol Dial Transplant 1996; 11 (9): 1846-7
93. Wu CY, Benet LZ, Hebert MF, et a,. Differentiation of absorption and first-pass gut and hepatic metabolism in humans: studies with cyclosporine. Clin Pharmacol Ther ,995; 58 (5): 492-7
94. Meier C. Stey C, Brack T, et al. Rhabdomyolyse bei mit simvastatin und ciclosporin behandelten patienten: rolle der aktivität des cytochrom-P450-Enzymsystems der leber. Schweiz Med Wochenschr 1995; 125: 1342-6
95. Lown KS, Mayo RR, Leichtman AB, et al. Role of intestinal P-glycoprotein (mdr1) in interpatient variation in the oral bioavailability of cyclosporine. Clin Pharmacol Ther 1997; 62 (3): 248-60
96. Shimada T, Yamazaki H, Mimura M, et al. Interindividual variations in human liver cytochrome P-450 enzymes involved in the oxidation of drugs, carcinogens and toxic chemicals: studies with liver microsomes of 30 Japanese and 30 Caucasians, J Pharmacol Exp Ther 1994; 270 (1): 414-23
97. Kivistö K, Bookjans G, Fromm ME et al. Expression of CYP3A4, CYP3A5 and CYP3A7 in human duodenal tissue. Br J Clin Pharmacol ,996; 42: 387-9
98. Thummel KE, She" DD. Podoll TD, et al. Use of midazolam as a human cytochrome P450 3A probe: II. characterization of inter- and intraindividual hepatic CYP3A variability after liver transplantation. J Pharmacol Exp Ther 1994; 271 (1): 557-66
99. Kolars JC, Low" KS, Schmiedlin-Ren P, et al. CYP3A gene expression in human gut epithelium. Pharmacogenetics 1994; 4 (5): 247-59
100. Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin-gemfibrozil combination therapy. JAMA 1990; 264 (I): 71-5
101. Duell PB, Connor WE, Illingworth DR. Rhabdomyolysis after taking atorvastatin with gemfibrozil. Am J Cardiol ,998; 81 (3): 368-9
102. Van Puijenbroek EP, Du Buf-Vereijken PW, Spooren PF, et al. Possible increased risk of rhabdomyolysis during concomitant use of simvastatin and gemfibrozil. J Intern Med 1996; 240 (6): 403-4
103. Tal A, Rajeshawari M, Isley W. Rhabdomyolysis associated with simvastatin-gemfibrozil therapy. South Med J 1997; 90 (5): 546-7
104. Pannucio V, Enia G, Parlongo S, et al. Severe rhabdomyolysis induced by a retard formulation of bezafibrate in a CAPD patient [letter]. Nephron 1996; 73: 736
105. Schmassmann-Suhijar D, Bullingham R, Gasser R, et al. Rhabdomyolysis due to interaction of simvastatin with mibefradil. Lancet ,998; 35,: 1929-30
106. Horn M. Coadministration of itraconazole with hypolipidemic agents may induce Rhabdomyolysis in healthy indiviuals [letter]. Arch Dermatol 1996: 132; 1254
107. Jacobson RH. Wang P, Glueck CJ. Myositis and rhabdomyolysis associated with concurrent use of simvastati" and nefazodone [letter]. JAMA ,991: 277 (4); 296-7
108. Imai Y, Watanabe N, Hashimoto J, et al. Muscle cramps and elevated serum creatine phosphokinase levels induced by Beta-adrenoreceptor blockers. Eur J Clin Pharmacol 1995; 48: 29-34
109. Korzets A, Ori Y, Floro S, eta,. Severe hyponatremia after water intoxication: a potential cause of rhabdomyolysis. Am J Med Sci ,996; 12 (2): 92-4
110. Melberg A, Holme E, Oldfors A, et a,. Rhabdomyolysis in autosomal dominant progressive external ophthalmoplegia. Neurology 1998; 50 (1): 299-300

111. E
112. C
113. H

© Adis International Limited. All rights reserved



© Adis I

oi, bei mit sim-
nten: rolle der ak-
der leber. Schweiz

Role of intestinal
ion in the oral bio-
col Ther 1997; 62

teriodividual vari-
zymes involved in
ic chemicals: stud-
and 30 Caucasians.
23
ession of CYP3A4,
il tissue. Br J Clin

e of midazolam as
characterization of
A variability after
er 1994; 271 (1):

t al. CYP3A gene
acogenetics 1994;

pathy and rhabdo-
rozil combination

lysis after
1998; 81

Spooren PF, et al.
s during concomi-
Intern Med 1996;

yolysis associated
th Med J 1997; 90

re rhabdomyolysis
ibrate in a CAPD

sser R, et a,. Rhab-
in with mibefradil.

/ith hypolipidemic
thy indiviuals [let-

and rhabdomyoly-
simvastatin and
296-7
fuscle cramps and
levels induced by
Pharmacol 1995;

atremia after water
yolysis. Am J Med

domyolysis in as-
oc noplegia.







111. Engel WK, Vick NA, Glueck CJ, et al. A skeletal-muscle disorder associated with intermittent symptoms and possible defect of lipid metabolism. N Engl J Med 1970; 282 (13): 697-704

112. Carrascosa M, Pascual F, Borobio MV, et al. Rhabdomyolysis associated with acute Q fever. Clin Infect Dis 1997; 25 (5): 1243-4

113. Hortobagyi T, Denahan T. Variability in creatine kinase: methodological, exercise, and clinically related factors. Int J Sports Med 1989; 10: 69-80

114. Thompson PD, Gadaleta PA, Yurgalevitch S, et al. Effects of exercise and lovastatin on serum creatine kinase activity. Metabolism 1991: 40 (12): 1333-6


Correspondence and offprints: Dr *Memduh Ucar, Division* of Clinical Pharmacology, Norrland University Hospital, S-901 85 Umeå, Sweden.
E-mail: memduh.ucar@vmo.ltjkpg.se

© Adis International Limited. All rights reserved.