# Exhibit I

VET

# THE LANCET

NOV 16 1989
LIBRARY

No 8671 BOSTON, MASS. AND LONDON · SATURDAY NOVEMBER 4 1989 VOL II FOR 1989

## ORIGINAL ARTICLES


**Pathogenesis of Crohn's Disease: Multifocal Gastrointestinal Infarction** 1057
A. J. Wakefield, FRCS, A. M. Sawyerr, MRCP, A. P. Dhillon, MRC PATH, R. M. Pittilo, PH D, P. M. Rowles, FIMLS, A. A. M. Lewis, FRCS, R. E. Pounder, FRCP

**Association between Susceptibility to Pre-eclampsia within Families and HLA DR4** 1063
D. C. Kilpatrick, MRC PATH, W. A. Liston, FRCOG, Fiona Gibson, PH D, Jean Livingstone, RGN

**Autonomic Dysfunction at Different Ambient Temperatures in Infants at Risk of Sudden Infant Death Syndrome** 1065
G. P. P. Fox, MRCP, T. G. Matthews, FRCPI

**Treatment of Narcolepsy with L-tyrosine: Double-blind Placebo-controlled Trial** 1067
R. D. C. Elwes, MRCP, H. Crewes, M SC, L. P. Chesterman, MRC PSYCH, B. Summers, MRCP, Prof P. Jenner, D SC, C. D. Binnie, MD, J. D. Parkes, FRCP


### PRELIMINARY COMMUNICATIONS


**Rapid Diagnosis of Tuberculosis by Amplification of Mycobacterial DNA in Clinical Samples** 1069
Anne Brisson-Noël, PH D, Brigitte Gicquel, PH D, Denise Lecossier, Veronique Lévy-Frébault, PH D, Xavier Nassif, MD, A. J. Hance, MD

**Treatment of Right-sided *Staphylococcus aureus* Endocarditis in Intravenous Drug Users with Ciprofloxacin and Rifampicin** 1071
R. J. Dworkin, MD, B. L. Lee, PHARM D, Prof M. A. Sande, MD, H. F. Chambers, MD


### REVIEWS


Notices of Books 1073


### EPIDEMIOLOGY


**Early Infant Mortality in West Germany before and after Chernobyl** 1081
Günther Lüning, DIP PHYS, Prof Jens Scheer, PH D, Michael Schmidt, DIP PHYS, Heiko Ziggel, DIP PHYS


### THERAPEUTICS


**Continuous Infusion of Octreotide in Acromegaly** 1083
R. A. James, MRCP, Sudip Chatterjee, MRCP, M. C. White, MRCP, Keith Hall, FRCR, Niels Moller, MD, Prof Pat Kendall-Taylor, FRCP


### COMPUTERS IN MEDICINE


**Telecommunication Discussion Groups for Health Services and Medical Research** 1087
Prof D. F. Parsons, D SC


### CLINICAL SIGN


**Simulation of Cervical Changes in Labour: Reproducibility of Expert Assessment** 1089
D. J. Tuffnell, MRCOG, Fiona Bryce, MRCOG, Nicholas Johnson, MRCOG, Prof R. J. Lilford, MRCOG


### OCCASIONAL BOOK


Bridging Mind and Brain 1091
Z. J. Lipowski, MD


### IN ENGLAND NOW 1939–89


IN ENGLAND NOW 1939–89 1092

**Multidrug Resistance in Cancer** 1075
**Epidural Block for Caesarean Section and Circulatory Changes** 1076
The Selling of Patient's Data 1078
Neurobiology of Incontinence 1078
"Compassionate" Release of DDI 1079
Three-dimensional Computed Tomography 1080


### LETTERS TO THE EDITOR


**Liquid Ventilation of Preterm Baby** 1095
Dr J. S. Greenspan and others
***Clostridium difficile* Infection in Health-care Workers** 1095
Dr Michel Delmée
**Bacteriotherapy for *Clostridium difficile* Colitis** 1096
Dr K. H. Wilson
**Carnitine Supplementation in Pivampicillin Treatment** 1096
Dr Bela Melegh
**Action of Nitroprusside in Multidrug-resistant Hypertension** 1096
Dr D. A. Senses and others
**Brain Damage and Open-heart Surgery** 1096
Dr M. Jackson
**Poor Metabolisers of Debrisoquine Reveal Their True Colours** 1097
Prof J. R. Idle
**Lovastatin, Isoprenes, and Myopathy** 1097
Dr P. A. Walravens and others
**Plasma Mevalonate Response in Lovastatin-related Myopathy** 1098
Dr V. M. G. Maher and others
**Future Glucose Intolerance Possibly Manifest in Youth** 1098
Dr Hilary King and others
**Retinal Vessel Constriction under Hyperbaric Conditions** 1099
Dr P. J. Polkinghorne and others
**Hormone Dependency of Meningiomas** 1099
Dr J. C. Reubi and others
**Rash with Amoxycillin-clavulanate Therapy in HIV-infected Patients** 1100
Dr Manuel Battegay and others
**Intralesional Vinblastine for Oral Kaposi Sarcoma in HIV Infection** 1100
Dr J. B. Epstein, Dr Crispian Scully
***Mycobacterium avium-intracellulare* Serovars in German AIDS Patients** 1101
Dr Bernhard Ruf and others
**Cytomegalovirus Screening in Pregnancy** 1101
Dr P. M. Preece
**Medical Research Council's Plans** 1102
Dr D. A. Rees, FRS
**Heatstroke and the Armed Forces** 1102
Lieut-Col J. G. Dickinson, FRCP
**Computer-assisted Diagnosis in Acute Abdominal Pain** 1102
Dr G. D. Murray; Dr Jeremy Wyatt
**Benzodiazepine Prescribing** 1103
Mr W. B. Rhodes, FRPS; Mr K. D. Ball, B PHARM
**European Campaign against Cancer** 1103
Mr John Drew
**Prenatal Diagnosis** 1104
Ms Alison Davis
**Myopathy as Possible Side-effect of Cyclosporin** 1104
Dr Philipe Chassagne and others
**Age, Vitamin D, and Solar Ultraviolet** 1104
Dr M. F. Holick and others
**Analgesic Abuse and Hypertension** 1105
Dr G. Küster, Prof E. Ritz
**Vigabatrin Therapy in a Patient with Succinic Semialdehyde Dehydrogenase Deficiency** 1105
Dr K. M. Gibson and others
**Animal Use at a Milan Research Institute** 1106
Prof Silvio Garattini and others
**Let Sleeping Giardia Lie** 1106
Dr A. P. Gibb
**Calcium Channel Autoantibodies in Lambert-Eaton Myasthenic Syndrome** 1107
Dr Katherine Leys and others
**Monoclonal Antibody (HML-1) Reactivity of T-cell Lymphomas** 1107
Dr N. Brousse and others
**Detection of Vesico-ureteric Reflux by Indirect Radionuclide Cystography** 1108
Dr I. Gordon, Dr T. M. Barratt
**Cold-induced Injury Reaction** 1108
Dr M. T. Duncan and others
**Prediction of Poor Outcome of Cutaneous Surgery** 1109
Dr A. Rebora and others
**Salicylic Acid and Ultraviolet B for Psoriasis** 1109
Dr Berit Kristensen, Dr Ove Kristensen
**Lower-limb Phlebography in Recent Paraplegia and Tetraplegia** 1110
Dr Alain Yelnik and others
**Greenhouse Effect and Renal Calculi** 1110
Dr J. Curtin, Dr M. Sampson
**Near-death Experiences** 1110
Mr P. F. James, M SC


### ROUND THE WORLD


Lebanon 1093
Turkey 1093
United States 1094


### INTERNATIONAL DIARY


INTERNATIONAL DIARY 1094


### MEDICINE AND THE LAW


Deputising Services 1111


### OBITUARY


Edward Michael Darmady 1111


### NOTES AND NEWS


The Lost Souls of Leros 1112
Mifepristone: Widening the Choice for Women 1112
The Case for a South African National Health Service 1113
Hospital at Home 1113
Community Health Councils in a Changing NHS 1113
Perils of the Flesh 1114
Abortion Act 1967 1114
St Mary's/Imperial Appeal 1114
Abroad Thoughts from Home 1114


NEWSPAPER

Editorial Office: 46 Bedford Square, London WC1B 3SL, England. Tel: 01-436 4981. The Lancet, North American Edition ISSN 0099-5355 published weekly by Little, Brown and Company, 34 Beacon St., Boston, Mass. 02108. Annual individual subscription in U.S. $85.00, in Canada $95.00; resident and intern rate (U.S. and Canada) $48.50; Single copy $7.00. Second class postage paid at Boston, Mass., and at additional mailing offices.
© The Lancet Ltd., 4 November 1989.
Postmaster: Send address changes to The Lancet, 34 Beacon St, Boston, Mass. 02108 (617) 227-0730, ext 516.
THE WHOLE OF THE LITERARY MATTER IN THE LANCET IS COPYRIGHT

0339 0490LI PCF 395230L 153
PCF-KARDEX L
14247 SERIALS COPY 1
PURDUE UNIVERSITY LIBRARY
WEST LAFAYETTE IN 47907

and is especially useful where mean data from groups mask deterioration in the individual. Intellectual deterioration can also be recognised in individuals who are performing at average levels, but whose intellectual potential is estimated to be above average.

On all the tests, including the index of deterioration, post-operative mean scores were better than preoperative scores, and the difference was usually significant. The index of deterioration was small and insignificant before and after surgery. Thus in the group as a whole there was no evidence that open-heart surgery had a deleterious effect on cognitive performance—indeed patients tended to perform a little more efficiently after surgery, though it is difficult to evaluate how far this was because of test-retest effects, rather than true improvement. No important effects on subsequent cognitive performance of age and bypass time were demonstrated.

A more detailed analysis taking into account individual performance showed that more patients (16) than would have been expected (5·7) in a total sample of 57 had indices of deterioration indicative of intellectual deterioration. However, 16 patients showed this deterioration before surgery, and postoperatively there was no evidence that they were more vulnerable to the effects of surgery; 4 improved and 12 showed no further deterioration.

The finding that some patients function below their premorbid optimum level before surgery indicates that intellectual underfunctioning in patients selected for open-heart surgery may be quite common. Our study shows that the risk of permanent cognitive deficits as a result of open-heart surgery is very small. Close examination of the data cited in your editorial shows that the percentage of patients who had deteriorated was low, which suggests that any impairment may have been slight. The absence of deterioration in the great majority of patients—rather than the not well-proven detrimental effects on a very small number—should be emphasised.

Psychology Department,
National Hospital,
London WC1N 3BG
M. JACKSON

1. Shaw PJ, Bates D, Cartlidge NEF, et al. Long-term intellectual dysfunction following coronary artery by-pass graft surgery: a six months follow-up study. *Q J Med* 1987; 62: 259–68.
2. Smith PL, Treasure T, Newman S, et al. Cerebral consequences of cardiopulmonary bypass. *Lancet* 1986; ii: 823–25.
3. Jackson M. The assessment of organic deficits in patients with neurological impairment secondary to heart or kidney disease. PhD thesis, University of London, 1988.
4. Nelson HE, O'Connell A. Dementia: the estimation of premorbid intelligence levels using the new adult reading test. *Cortex* 1978; 14: 234–44.

## POOR METABOLISERS OF DEBRISOQUINE REVEAL THEIR TRUE COLOURS

SIR,—Dr Yue and colleagues (Oct 7, p 870) are one of several groups using a P450IID cDNA probe to illuminate the genetics of the debrisoquine hydroxylation polymorphism. They report the interesting finding in a selected group of Chinese subjects that eight volunteers, none of whom carried the wild-type 29 kb allele, were phenotypically extensive metabolisers of debrisoquine. Six of these were homozygous for the mutant 44 kb allele and two heterozygous for two mutant alleles (44 kb/11·5 kb). Yue et al conclude that the phenotype and genotype are discrepant, but do not say whether they have found the same disassociation in the Swedish population.

Their letter stimulated me to re-examine all the population distribution histograms of metabolic ratio in published studies with which I have been associated. More than a decade of research has produced many hundreds of publications, all depending upon the recognition of poor metabolisers (PM) as distinct from extensive metabolisers (EM) on the basis of the numerical value of the urinary metabolic ratio (MR). I asked the question whether or not an EM/PM anti-mode could be discerned well below the commonly used value of 12·6 and thus accommodate the apparently discrepant findings. 18 distributions of MR in sixteen publications* were analysed (9 for British whites, 2 for a Nigerian and 2 for Ghanaian populations, and 1 each for Egyptian, Saudi, Bulgarian, and Turkish populations). Inspection of the British studies, many of which contain related data, revealed alternative (and lower) anti-modes of MR between 1·8 and 6. Grouping the data gave a consensus value of about 3. A previous estimate of the maximum likelihood value of the EM/PM anti-mode by statistical means yielded a value of 5·4.[1] This never achieved popular use. The studies in Africa, Arabia, and in Asia Minor all contained good evidence for a lower EM/PM anti-mode, uniformally between 1·8 and 3·0.

All the homozygous mutants of Yue et al have MR's of 2 or more. This is presumably the EM/PM anti-mode for the Chinese population studied. Two heterozygotes in this MR range, apparently carrying a *Xba*I 29 kb allele, could also be genotypically PM, since this particular restriction fragment length polymorphism does not distinguish between the true wild-type allele and some small mutations (unpublished). Therefore neither metabolic phenotyping nor the current genotyping procedures can be expected to produce consistent unequivocal results, especially since the P450IID gene loci are highly polymorphic.[2] Different techniques, perhaps using multiple oligonucleotide probes, may produce more definitive answers. Nevertheless, providing we can set aside the arbitrary positioning of the interphenotype anti-mode at 12·6 for all ethnic populations, the data of Yue et al provide excellent evidence for a correspondence between phenotypic and genotypic findings.

Department of Pharmacological Sciences,
Medical School,
University of Newcastle upon Tyne,
Newcastle upon Tyne NE2 4HH
JEFFREY R. IDLE

*A list of these publications is obtainable from *The Lancet*.

1. Price Evans DA, Harmer D, Downham DY, et al. The genetic control of sparteine and debrisoquine metabolism in man with new methods of analysing bimodal distributions. *J Med Genet* 1983; 20: 321–29.
2. Idle JR. Pharmacogenetics: enigmatic variations. *Nature* 1988; 331: 391–92.

## LOVASTATIN, ISOPRENES, AND MYOPATHY

SIR,—Inhibition of 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase with lovastatin is one treatment for hypercholesterolaemia.[1] Transient increases in creatine phosphokinase (CPK) activity are common after onset of treatment but myalgia and muscle weakness accompanied by larger increases in CPK generally affect less than 1% of patients. The cause of this myopathy is unknown and the muscle pain was at first thought of merely as an inconvenience. However, reports of massive, sometimes fatal, rhabdomyolysis have increased concern about lovastatin-induced myopathy, and the manufacturers now advise discontinuing treatment when this happens.[2] This is unfortunate because compliance with lovastatin treatment is easy and the drug does not have the palatability problems of bile acid sequestrants, nor does it change bile acid composition.[1] The following case suggests a cause of and treatment for this myopathy.

A 48-year-old doctor with moderate non-familial hypercholesterolaemia jogged 2–3 miles three times a week with occasional high-altitude cycling. Dietary management led to a 10–15% reduction in total cholesterol to 260–270 mg/dl (6·46–6·98 mmol/l). He started taking 20 mg of lovastatin daily after reviewing the 1988 manufacturer's handbook. 2–3 weeks later exercise became difficult because of quadriceps soreness and fatigue. The soreness was relieved by a few days of rest but recurred when he jogged again. 7 weeks after starting lovastatin he had severe cramps while cycling at 3000 m. His CPK was raised (1400 U/l). His LDL/C had fallen from 4·65 to 3·1 mmol/l while his HDL-C had risen from 1·55 to 1·66 mol/l. Lovastatin was stopped but soreness and weakness persisted and his CPK remained high at 800 units for 6 months.

The doctor speculated on a possible relation between muscular lacticacidosis and inhibition of HMG-CoA reductase. Toxicity of accumulated precursor substrates was improbable since they were not known directly to affect energy metabolism, and attention focused on a deficiency of mevalonic acid. Mevalonate is required for the synthesis of cholesterol and of ubiquinone (coenzyme Q), which participates in mitochondrial electron transfer; lovastatin could theoretically inhibit CoQ synthesis. Mitochondrial ubiquinone is decreased in cell cultures exposed to lovastatin[3] but serum concentrations were unchanged in patients taking HMG-CoA reductase inhibitors.[4]

6 months after stopping lovastatin he began to take 30 mg CoQ10. A few days later exercise no longer induced muscle fatigue, and regular jogging and cycling was feasible again. CPK, measured after exercise, had fallen to 500 U/l, and severe cramps, even with strenuous mountain cycling, did not recur.

After 5 months of CoQ supplements lovastatin was restarted at 10 mg five or six times weekly. His serum total cholesterol fell to 5·30 mmol/l and his CPK increased slightly to 800 U/l but cramping did not recur.

While a one-subject uncontrolled study is not proof the sequence of events does suggest cause-and-effect. If isoprene deficiency occurs and affects mitochondrial ubiquinone, is it related to individual differences in lovastatin metabolism? Some people may be slow metabolisers, as suggested by the identical decrease in total cholesterol induced with the lower dosage of lovastatin. Measurement of ubiquinone content in cells of patients with lovastatin-induced myopathy would be of great interest and the potential of alleviating the myopathy by supplementation with CoQ10 may also be of clinical importance.

Department of Pediatrics,
University of Colorado
Health Sciences Center,
Denver, Colorado 80262, USA

PHILIP A. WALRAVENS
CAROL GREENE
FRANK E. FRERMAN

1. Grundy SM. HMG-CoA reductase inhibitors for treatment of hypercholesterolemia. *N Engl J Med* 1988; **319:** 24–33.
2. Mevacor (lovastatin D): Prescribing information. West Point, Pennsylvania: Merck Sharp & Dohme, 1989.
3. Maltese WA, Aprille JR. Relation of mevalonate synthesis to mitochondrial ubiquinone content and respiratory function in cultured neuroblastoma cells. *Biochem Biophys Res Commun* 1984; **120:** 454–60.
4. Mabuchi H, Haba T, Tatami R, et al. Effects of an inhibitor of 3-hydroxy-3-methylglutaryl coenzyme A reductase on serum lipoproteins and ubiquinone-10 levels in patients with familial hypercholesterolemia. *N Engl J Med* 1981; **305:** 478–82.

## PLASMA MEVALONATE RESPONSE IN LOVASTATIN-RELATED MYOPATHY

SIR,—We have reviewed five years' experience with lovastatin, a 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitor, given on a named patient basis to 55 severely hypercholesterolaemic patients, all but 2 of whom had familial hypercholesterolaemia (FH).[1] In the 30 patients without homozygous FH and not being treated by extracorporeal cholesterol removal, serum cholesterol reduction averaged 25–31% over 5 years. The treatment was well tolerated and the only significant side-effect was reversible myopathy in 3 patients.

A 66-year-old woman on lovastatin 20 mg and cholestyramine 8 g, both twice daily, had a symptom-free rise in serum creatine phosphokinase (CPK) to 340 IU/l. Lovastatin was discontinued for 3 months but 2 weeks after its reinstitution at 10 mg twice daily, she had overt muscle pain and discontinued the drug before we could measure her CPK. A 43-year-old man on lovastatin 10 mg twice daily and cholestyramine 8 g twice daily had muscle stiffness with a rise in CPK to 1200 IU/l after water-skiing. A 36-year-old man on lovastatin 10 mg and twice monthly apheresis had severe muscle stiffness with a CPK of 24 700 IU/l after forty "sit-ups". All of these abnormalities rapidly resolved on discontinuation of lovastatin.

Plasma concentrations of mevalonic acid, the immediate product of HMG-CoA reductase, change in parallel with variations in rates of hepatic cholesterol biosynthesis.[2] Mevalonic acid is involved in the synthesis not only of cholesterol but also of ubiquinone,[3] an important intermediary on the oxidative phosphorylation pathway.[4] The myopathy in our patients may have been due to an increased susceptibility to the effect of lovastatin on HMG-CoA reductase, resulting in intracellular ubiquinone deficiency, and could interfere with normal respiration in muscle cells. To test this hypothesis we measured the effect of a single 80 mg dose of lovastatin, given after a light breakfast (less than 5% fat), on plasma mevalonate levels in the above three patients and in three age and sex matched FH patients who did not have muscle symptoms on lovastatin. No patient had taken lovastatin for 2 weeks before this test. Plasma mevalonate levels[5] fell sharply during the first 2 hours after lovastatin administration (figure) but there was no significant difference in the




**Effect of single dose of lovastatin on plasma mevalonate in FH heterozygotes treated with cholestyramine.**

○——○ = no myopathy (n = 3); ●——● = myopathy (n = 3).

extent of the decrease in the three patients with myopathic symptoms and in the controls. These data make it unlikely that the "myopathic" patients had an unusually strong inhibition of mevalonate formation (and ubiquinone production) after lovastatin therapy. The patient with the biggest increase in CPK on lovastatin had a raised CPK even whilst off this drug (282 IU/l, normal range 0–200). The myopathic syndrome may therefore reflect an individual susceptibility to the drug at the level of the myocyte rather than the hepatocyte. Measurement of respiratory chain enzymes in myocytes may help resolve this question.

MRC Lipoprotein Team,
Hammersmith Hospital,
London W12 0HS;
and Section of Clinical Nutrition
and Lipid Metabolism,
Oregon Health Sciences University,
Portland, Oregon, USA

V. M. G. MAHER
A. PAPPU
D. R. ILLINGWORTH
G. R. THOMPSON

1. Maher VMG, Thompson GR. HMG CoA reductase inhibitors as lipid lowering agents: five years experience with lovastatin and an appraisal of simvastatin and pravastatin. *Quart J Med* (in press).
2. Parker TS, McNamara DJ, Brown C, et al. Mevalonic acid in human plasma: relationship of concentration and circadian rhythm to cholesterol synthesis rates in man. *Proc Natl Acad Sci USA* 1982; **79:** 3037–41.
3. Mabuchi H, Sakai T, Sakai Y, et al. Effects of an inhibitor of 3-hydroxy-3-methylglutaryl coenzyme A reductase on serum lipoproteins and ubiquinone-10 levels in patients with familial hypercholesterolaemia. *N Engl J Med* 1983; **308:** 609–13.
4. Hinkle PC, McCarty RE. How cells make ATP. *Sci Am* 1978; **238:** 104–23.
5. Pappu AS, Illingworth DR, Bacon S. Reduction in plasma low density lipoprotein cholesterol and urinary mevalonic acid by lovastatin in patients with heterozygous familial hypercholesterolaemia. *Metabolism* 1989; **38:** 542–49.

## FUTURE GLUCOSE INTOLERANCE POSSIBLY MANIFEST IN YOUTH

SIR,—In our 1985 diabetes survey in Papua New Guinea,[1] referred to in your Oct 7 editorial (p 839), differences in glucose tolerance were observed between adults in rural and periurban communities which could not be explained by putative environmental and behavioural risk factors. We speculated that determinants to non-insulin-dependent diabetes mellitus (NIDDM, almost entirely an adult disease) might operate at an earlier age.

To assess family resemblance for glucose tolerance[2] everyone aged 10–19 years was also included in this survey and given an oral challenge (with glucose 1·75 g/kg body weight to a maximum of 75 g). Venous blood was drawn exactly 2 h later and plasma glucose was measured on the spot with a Yellow Springs Instrument glucose analyser. Plasma insulin was measured subsequently by radioimmunoassay.

By WHO criteria[3] none of these young people had diabetes mellitus or impaired glucose tolerance. Periurban subjects were slightly older than those in the rural village, but significantly so only

# Exhibit J

Z. Z. C
EXHIBIT NO. 9
2-10-04
L. GOLKOW

# Drug-induced myopathies

Zohar Argov

Two major entities continue to be controversial in the field of clinical myotoxicity: the various myopathies that are induced by the cholesterol-lowering agents and the acute quadriplegic myopathy of intensive care. Both conditions are relatively common, but their pathogenesis is unclear. The problematic issues related to these disorders are presented, with suggested topics for future research. Curr Opin Neurol 13:541–545. © 2000 Lippincott Williams & Wilkins.

Department of Neurology, Hadassah University Hospital and the Hebrew University-Hadassah Medical School, Jerusalem, Israel

Correspondence to Zohar Argov, Department of Neurology, Hadassah University Hospital, Jerusalem 91120, Israel
Tel: +972 2 6776 938; fax: +972 2 6437 782; e-mail: zargov@md2.huji.ac.il

Current Opinion in Neurology 2000, 13:541–545

**Abbreviations**

| | |
|---|---|
| AQM | acute quadriplegic myopathy |
| CK | creatine kinase |
| CLAM | cholesterol lowering agent myopathy |
| NMBA | neuromuscular blocking agent |

© 2000 Lippincott Williams & Wilkins
1350-7540

## Introduction

Numerous drugs have been reported to possess myotoxic effects. Some are frequently associated with these complications (e.g. corticosteroids), whereas others rarely exhibit such effects. The present review is not intended to be an up-to-date encyclopaedic list of the recent drugs that are implicated in inducing toxic myopathies; this has been done in the past, from different perspectives, by several authors [1–3]. The review focuses on two main disorders, which continue to be controversial to some degree, and have an unclear pathogenesis: the myopathies of the frequently used cholesterol-lowering agents, and the enigmatic acute quadriplegic myopathy (AQM) of the intensive care unit. The review is based on material published during the past 2 years, and I also express some personal views related to these issues.

## Cholesterol-lowering agent myopathy

Since the introduction of drugs into routine use for lowering serum cholesterol, it has been known that such agents have myotoxic effects that may lead to muscle fibre necrosis. Many thousands of patients are now taking one of the modern drugs, usually from the pharmacological group of the statins. These agents, which inhibit the enzyme $\beta$-hydroxy-$\beta$-methylglutaryl coenzyme A reductase, have proven effect of reducing mortality from coronary heart disease. Myopathic side effects of these drugs are still continuously reported.

### Clinical features of cholesterol-lowering agent myopathy

There are four primary clinical manifestations of cholesterol-lowering agent myopathy (CLAM): elevated serum creatine kinase (CK); generalized myalgia that is unrelated to activity; exercise-induced muscle pain; and rhabdomyolysis.

#### *Elevated serum creatine kinase*

Elevated serum CK may be completely asymptomatic, and is noted only if the CK levels are monitored. Stopping the medication will usually result in return of serum CK to normal levels. It is estimated that 0.1–0.5% of patients taking cholesterol-lowering agents will have drug-induced elevation in serum CK.

#### *Generalized myalgia unrelated to activity*

This manifestation of CLAM usually appears after a short period of treatment (weeks to a few months). This symptom is almost always associated with elevated serum CK. Withdrawal of the drug usually leads to full recovery. However, I have seen several patients in whom

recovery was very slow and incomplete, and who continued to complain of muscle aches long after the drug was stopped. This clinical experience has been reported to me by other neuromuscular experts also, but has not been formally reported.

*Exercise-induced muscle pain*

This new, recently described syndrome that is related to statins is not associated with elevation in serum CK or with weakness [4*]. Five of the seven reported patients were active in competitive sports, and the medications impaired their performance. Stopping the statins resulted in disappearance of the symptoms.

*Rhabdomyolysis*

Rhabdomyolysis usually appears as an acute event, but subacute rapid progression over a few weeks was also reported [5]. Pain, weakness and marked elevation in serum CK are the hallmarks of the syndrome. Although in many patients this side effect is further complicated by secondary renal failure, complete recovery is the rule if proper treatment is commenced promptly. The incidence of this severe side effect is very low, and is estimated at 0.04% [6].

### Unresolved issues in cholesterol-lowering agent myopathy

There are several unresolved issues that relate to CLAM, and these are as follows: is elevated serum CK a risk factor for myotoxicity of the statins?; when should treatment with statins be stopped if the CK is continuously elevated?; and what is the mechanism of the myotoxicity of statins?

*Elevated serum creatine kinase as a risk factor for myotoxicity of statins*

A formal study of this problem has not yet been conducted. Thus, the approaches of treating physicians vary: some would not prescribe these medications if the serum CK is elevated before therapy; whereas others do not routinely check serum CK before treatment. One has to remember that the range of normal values of serum CK is different from that reported by many laboratories. Serum CK levels are not normally distributed in healthy persons, having a skewed distribution with a long tail to the higher levels [7*]. Most laboratories report the upper normal value as 2 standard deviations above the mean (central 95% of observations) for reference range determination. Such a calculation should not be applied to a non-Gaussian distribution. A more appropriate report of upper normal values would be the 97.5th percentile. This will increase the range of 'normal values' by a factor of two [7*], and eliminate some of the hesitation before commencing statin therapy. The fact that patients who had rhabdomyolysis sustain 'high' serum CK after the episode is not a proof that it was a risk factor to begin with, because it may represent a sustained, subclinical, drug-induced muscle injury.

*When to stop statin treatment if the serum creatine kinase is continuously elevated*

This problem has also not been formally studied. Should the treating physician monitor serum CK during statin therapy, and should any elevation in serum CK above the normal range be an indication to withhold the drug? Such a treatment policy will unnecessarily exclude patients from the protective effects of these drugs. A common practice with antiepileptic drugs, for instance, is to allow an increase in liver enzymes in the serum up to three to five times the normal level without stopping the drug. My personal view is to use a similar approach with the statins, until a proper study is reported. A similar recommendation to allow an elevation in serum CK up to three times the upper normal value, before considering withdrawal of statins, was recently reported by others [8].

*Mechanism of myotoxicity with statins*

There is no direct evidence that drug dosage is a risk factor, because rhabdomyolysis may occur even with relatively low doses. However, the more frequent observation of myotoxicity in patients with renal failure [5] may indicate that drug levels are of some importance in the mechanism of toxicity. Furthermore, combination of cholesterol-lowering agents has been reported to be a probable risk factor in the development of statin-induced rhabdomyolysis. The combination of gemfibrozil with any of the statins has been reported to be associated with rhabdomyolysis in at least 22 patients [5]. Other drugs, including cyclosporine, macrolide antibiotics [5] and antifungal agents of the azole group [9], combined with any of the statins have also been suggested to pose a risk for myotoxicity. There are, however, no formal statistical data to show that such combinations carry more risk for any form of CLAM. Even if certain drug combinations are hazardous, this does not explain the basic pathogenesis. As is the case with other forms of drug-induced rhabdomyolysis, the mechanisms involved are poorly understood. An attempt to produce an animal model for statin-induced myopathy was recently reported [10]. The model did mirror the human clinical observations, but the report did not establish the pathogenesis of this complication.

## Acute quadriplegic myopathy

Acute myopathy that develops during steroid treatment of patients with status asthmaticus, who require mechanical ventilation, was first reported in 1977 [11]. Most of these patients also received nondepolarizing neuromuscular blocking agents (NMBAs). Since then, many similar cases have been observed and reported. The description of selective loss of thick (myosin) filaments

in many muscle fibres helped to establish the concept of AQM.

The clinical picture is that of severe weakness of all voluntary limb muscles, usually more proximal, appearing in the setting of intensive care treatment. Weakness of respiratory muscles is responsible for difficulty in weaning the patients from ventilatory support. If patients are sufficiently cooperative, sensory testing shows no impairment. Elevation of serum CK is observed in only some of these patients. The loss of myosin filaments, which has also been confirmed with biochemical techniques (for example by gel electrophoresis [12]), results in reduced central fibre staining with adenosine triphosphatase and a typical electron microscopic picture with loss of thick filaments and preservation of the Z bands. Other histological features, such as atrophy of both slow and fast muscle fibre types, presence of anguiated fibres, fibre size variability and minimal necrosis, are shared by all patients. Electrophysiological findings are very heterogeneous in such patients, and not all may be directly related to AQM. For instance, the presence of spontaneous activity on electromyographic testing is considered part of the AQM picture by some investigators, whereas others consider this to be an indication for the coexistence of a neurogenic disease. Functional recovery is common, but very slow (taking months).

Although the combination of steroids and NMBAs is frequently used in patients with asthma, AQM can occur with other diseases. Major organ transplantation also requires the combined use of these drugs in patients with a complicated course in critical care units. Reports of AQM in as many as 7% of patients after liver transplantation [13] suggested that these patients have a special risk for this complication. Miro *et al.* [14*] prospectively studied 81 patients after liver transplant, and identified only four patients with acute quadriplegia (1.4%). Because they followed the patients prospectively, they reported clinical suspicion after only 3 days in one patient and after less than 2 weeks in the remaining three. Thus, the duration of intensive care hospitalization cannot be regarded as a strong risk factor. Interestingly, three of the quadriplegic patients had facial weakness, a feature that is less common in AQM. Muscle biopsy was, unfortunately, delayed to 11–28 days after the transplantation. Only three of these patients had loss of myosin thick filaments, suggesting that this unique feature may not be present at the onset of the disease and may be a secondary phenomenon. This notion is also strengthened by an earlier study [15] that showed that loss of myosin filaments was more prevalent in late than earlier biopsies.

There are certain problems with the characterization of AQM, including whether AQM is a separate entity and whether it is a drug-induced disorder.

**Is acute quadriplegic myopathy a separate identity?**

The issue of delineating the features of AQM is complicated by the description of another neuromuscular disorder in critically ill patients: critical care neuropathy. This disorder, first described in 1984 [16], also manifests as quadriplegia developing in the setting of a patient in an intensive care unit. These patients usually have major complications such as sepsis and multiorgan failure. Gutmann and Gutmann [17*] recently attempted to define discriminating features for both AQM and critical care neuropathy. As they note themselves (and has been the experience of many neurologists trying to evaluate such patients), however, there are many grey areas. The main difference between these disorders appears to be the existence of sensory deficit in the neuropathic disease. However, many of these patients are not in a condition to allow a proper sensory examination. I have attempted to create a modified set of criteria for the two disorders, each of which may represent a different end of a spectrum of overlapping syndromes (Table 1). Such criteria may be used to establish much needed

Table 1. Suggested criteria for the two types of critical care neuromuscular illness

| Neuromuscular illness | Criteria |
|---|---|
| Acute quadriplegic myopathy | Quadriplegia/quadriparesis (flaccid, primarily proximal, possible facial weakness); tendon reflexes diminished or lost |
| | No sensory impairment on either clinical or electrophysiological tests (preferably both) |
| | Myopathic electromyography (or only loss of units with low compound muscle action potential), without fibrillation potentials; inexcitable muscle on direct stimulation |
| | Diffuse, selective loss of myosin thick filaments on electron microscopy of muscle biopsy (done early) |
| | Exclusion of prolonged neuromuscular blockade (drug overdose, myasthenia, botulism, pseudocholine esterase deficiency) and rhabdomyolysis |
| Critical care neuropathy | Flaccid weakness with loss of all tendon reflexes |
| | Distal sensory loss (may be difficult to confirm in many patients) |
| | Severe reduction or loss of both compound muscle action potential and sensory nerve action potential, without marked slowing of conduction velocities |
| | Abundant fibrillations with loss of units on maximal effort on electromyography |
| | Exclusion of Guillain–Barré syndrome, porphyria |

prospective research into critical illness neuromuscular diseases, and are certainly not the final definitive criteria.

#### Is acute quadriplegic myopathy a drug-induced disorder?

The only strong correlation with the prevalence of AQM is with the combined use of steroids and NMBAs [15], although the condition may also occur in patients treated with only one of these agents. Recently, two studies confirmed the existence of AQM without exposure to any of these drugs [12], or minimal exposure to NMBAs only [18]. These patients had all of the clinical features, the typical histology with loss of myosin on biochemical analysis [12], and a clear myopathic electromyographic pattern [18]. In one study [12], however, the patients had fibrillation potentials in several muscles. Thus, exposure to a combination of steroids and NMBAs, or even to one of these agents is not mandatory for the development of AQM. Also, it was noted [14*] that, in some patients after liver transplantation, recovery from AQM occurred even when steroids were not discontinued. It is even possible that the combination of steroids and NMBAs, so commonly used in critical care units, is not directly causing AQM. Another possibility is that these drugs have only a contributory role in the pathogenesis of AQM. The existence of a rat model showing myosin loss and reduced electrical excitability only in a denervated muscle with steroid therapy [19,20] strengthens this notion. Should we view AQM as being iatrogenic (emphasizing the role of the critical care unit), rather than a toxic myopathy?

An electrophysiological prospective study by Coakley *et al.* [21] evaluated the patterns of abnormalities in patients who stayed in intensive care for more than 7 days. Those investigators identified electrophysiological abnormalities in more than 80% of the studied patients. They divided the patients into four groups: those with normal studies; those with low sensory potential only (pure sensory syndrome); those with low compound muscle action potential and normal sensory potentials (pure motor syndrome); and those with both abnormalities ('mixed' syndrome). About half of all these patients had muscle biopsy, and the most common feature was atrophy of both fibre types. Unfortunately, electron microscopy was not performed. Thus, it is not clear whether myosin thick filament loss was present in some of these patients, especially those with a pure motor syndrome. It should be emphasized that there are many patients with a prolonged stay in an intensive care unit, being treated with NMBAs and steroids, who do not develop an acute quadriplegic disorder. Furthermore, there are other causes for the development of severe weakness in an intensive care setting, although AQM is the most frequent condition when the weakness appears after admission to the intensive care unit [22].

## Conclusion

The relatively common iatrogenic disorders CLAM and AQM are both reversible in most patients. They do cause marked morbidity, however, and in both the pathogenesis is unknown. I would like to use this review as a plea for properly conducted prospective studies. There is a need to evaluate the risk factors for myotoxicity of the cholesterol-lowering agents, especially those related to serum CK levels. The existence of a critical care severe neuromuscular disease is not in question. It is still unclear, however, whether this critical care illness is a manifestation of a myopathy, of a neuropathy or a combined disorder, whether the myopathic disorder is due to drugs; whether the loss of myosin filaments is a primary or secondary feature; and whether every patient is at risk for this complication? Further research is also required to identify the mechanisms that are involved in these two conditions.

## References and recommended reading

Papers of particular interest, published within the annual period of review, have been highlighted as:

- * of special interest
- ** of outstanding interest


1 Argov Z, Mastaglia FL. Drug-induced neuromuscular disorders. In: Walton's disorders of voluntary muscle. Walton J, Karpati G, Hilton-Jones D (editors). New York: Churchill-Livingstone; 1994. pp. 989–1029.

2 George KK, Pourmand R. Toxic myopathies. Neurol Clin 1997; 15:710–730.

3 Pascuzzi RM. Drugs and toxins associated with myopathies. Curr Opin Rheumatol 1998; 10:511–520.

4 Sinzinger H, Schmid P, O'Grady J. Two different types of exercise-induced pain • without myopathy and CK-elevation during HMG-Co-enzyme-A-reductase inhibitor treatment. J Neurol Sci 1999; 143:459–460.
This study describes a newly recognized type of myopathy that is related to cholesterol-lowering agents, which appears mainly in persons who are engaged in sports.

5 Landesman KA, Stozek M, Freeman NJ. Rhabdomyolysis associated with the combined use of hydroxymethylglutaryl-coenzyme A reductase inhibitors with gemfibrozil and macrolide antibiotics. Connecticut Med 1999; 63:455–457.

6 Tobert JA. Efficacy and long-term adverse effect pattern of lovastatin. Am J Cardiol 1988; 62:28J–34J.

7 Lev EI, Tur-Kaspa I, Ashkenazy I, et al. Distribution of serum creatine kinase in • young healthy persons. Clin Chim Acta 1999; 279:107–115.
This study emphasizes again the non-Gaussian distribution of CK values, which are skewed toward high values. The normal range of CK is different from that reported by most laboratories.

8 Lieoson PR, Amsterdam EA. Prevention of coronary heart disease. Disease A Month 1999; 45:497–572.

9 Gilad R, Lampl Y. Rhabdomyolysis induced by simvastatin and ketoconazole treatment. Clin Neuropharmacol 1999; 22:295–297.

10 Nakahara K, Kuriyama M, Sonoda Y, et al. Myopathy induced by HMG-CoA reductase inhibitors in rabbits: a pathological, electrophysiological, and biochemical study. Toxicol Appl Pharmacol 1998; 152:99–106.

11 MacFarlane IA, Rosenthal FD. Severe myopathy after status asthmaticus. Lancet 1977; ii:615–617.

12 Deconinck N, Van Parijs V, Beckers-Bleukx G, Van den Bergh P. Critical illness myopathy unrelated to corticosteroids or neuromuscular blocking agents. Neuromusc Disord 1998; 8:186–192.

13 Campellone JV, Lacomis D, Kramer DJ, et al. Acute myopathy after liver transplantation. Neurology 1998; 50:46–53.

14 • Miro O, Salmeron JM, Masanes F, et al. Acute quadriplegic myopathy with myosin-deficient muscle fibers after liver transplantation. Transplantation 1999; 67:1144–1151.

This is a semiprospective study about the epidemiology of quadriplegic myopathy after liver transplants. It shows a significant prevalence, but does not establish transplantation as a unique risk.

15 Lacomis D, Giuliani MJ, van Cott A, Kramer DL. Acute myopathy of intensive care: clinical, electrophysiologic, and pathologic aspects. Ann Neurol 1996; 40:645–647.

16 Bolton CF, Gilbert JJ, Hahn AF, Sibbald WJ. Polyneuropathy in critically ill patients. J Neurol Neurosurg Psych 1984; 47:1223–1231.

17 • Gutmann L, Gutmann L. Critical illness neuropathy and myopathy [editorial]. Arch Neurol 1999; 56:527–528.

This editorial attempts to define the different diagnostic features of the critical illness types: myopathy versus neuropathy.

18 Hoke A, Rewcastle NB, Zochodne DW. Acute quadriplegic myopathy unrelated to steroids or paralyzing agents: quantitative EMG studies. Can J Neurol 1999; 26:325–329.

19 Massa R, Carpenter S, Holland P, Karpati G. Loss and renewal of thick myofilaments in glucocorticoid-treated rats soleus after denervation and reinervation. Muscle Nerve 1992; 106:1290–1296.

20 Rich MA, Pinter MJ, Kraner SD, Barchi RL. Loss of electrical excitability in an animal model of acute quadriplegic myopathy. Ann Neurol 1998; 43:171–179.

21 Coakley JH, Nagendran K, Yarwood GD, et al. Patterns of neurophysiological abnormality in prolonged critical illness. Intensive Care Med 1998; 24:801–807.

22 Lacomis D, Petrella T, Giuliani MJ. Causes of neuromuscular weakness in the intensive care unit: a study of ninety-two patients. Muscle Nerve 1998; 21:610–617.