# Exhibit K

U.S. Food and Drug Administration
Center for Drug Evaluation and Research

# Annual Adverse Drug Experience Report: 1996

October 30, 1997

Surveillance and Data Processing Branch
Division of Pharmacovigilance and Epidemiology
Office of Epidemiology and Biostatistics
Center for Drug Evaluation and Research
Food and Drug Administration

## TABLE OF CONTENTS

1. Introduction
2. Figure 1: 3500A MedWatch Mandatory Form
3. Figure 2: 3500A MedWatch Form, back
4. Type of Reports
5. Reporting by Health Professionals and Consumers
6. Geographic Location of Initial Reporter
7. Sex and Age of Patients
8. Serious Outcomes
9. Latency Between Suspect Drug Administration and ADE Onset
10. Classes of Suspect Drugs
11. Suspect Drugs by Entry Name and New Molecular Entity Status
12. Drug Classes Stratified By Health Professionals or Consumers
13. Top-5 Ranked Drug Classes Per Type of Reporter and Report
14. Routes of Suspect Drugs
15. Abatement of Adverse Event
16. Reoccurrence of Adverse Event
17. Body Systems
18. Adverse Events
19. Drug Classes Associated with Body System Adverse Events
20. Annual FOI Report

## INTRODUCTION

This report presents a descriptive overview of the 159,504 evaluable[1], postmarket adverse drug experience (ADE) cases received by the US Food and Drug Administration (FDA) during calendar year 1996[2]. A case consists of the original report of an ADE on a patient plus any follow-up information.

At this time, October, 1997, the SRS has accumulated about 1.4 million cases. The primary purpose for maintaining the database is to serve as an early warning or signaling system for ADEs not detected during premarket testing. The ADE system depends upon detection of an adverse clinical event by a health professional or consumer, attribution of the clinical event to prior administration of a particular drug ("suspect" drug), and reporting of the ADE to the manufacturer of the suspected drug or directly to FDA. Data from these ADE cases are coded and entered into the computerized ADE database. Copies of the ADE cases are stored on microfilm or an imaging

system. Up to five drugs per case may be entered into the computerized ADE database; the five can be a combination of "suspect" and "concomitant" drugs. Up to four adverse events per case and their associated body systems can by coded into the database, using FDA's "Coding Symbols for Thesaurus of Adverse Reaction Terms" (COSTART).

Reporting of postmarket ADEs by health professionals and consumers is voluntary. They may send their reports directly to FDA ("Direct" reports), to the drug manufacturer ("Manufacturer" reports), or both. Drug manufacturers are required by law and regulation to submit to FDA postmarket ADE reports received by any means from health professional or consumers.

It is important to remember certain caveats when using data from FDA's postmarket ADE database:

1. For any given ADE case, there is no certainty that the suspected drug caused the ADE. This is because physicians and consumers are encouraged to report all suspected ADEs, not just those that are already known to be caused by the drug. The adverse event may have been related to an underlying disease for which the drug was given, to other concomitant drugs, or may have occurred by chance at the same time the suspect drug was administered.
2. Accumulated ADE cases may not be used to calculate incidences or estimates of drug risk. Numbers from these data should be carefully interpreted as reporting rates and not occurrence or incidence rates.

Over the next pages, various kinds of data and information are presented on the postmarket ADE cases computerized into the FDA ADE database during calendar year 1996. Due to rounding, the percentages in tables and graphs may not total to 100%. Figures 1 and 2 present copies of the postmarket ADE forms used by manufacturers and health professionals or consumers, respectively.

---

[1] Excludes "React Uneval" unevaluable reactions cases.

[2] The 1996 postmarket ADE Computerized data file used for this report was created October 1997.

Return to Table of Contents

Standard MedWatch Form, front page

MEDWATCH
THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

For use by user-facilities, distributors and manufacturers for MANDATORY reporting

Page ___ of ___

## A. Patient information

1. Patient identifier — In confidence
2. Age at time of event: or Date of birth:
3. Sex: female / male
4. Weight: ___ lbs or ___ kgs

## B. Adverse event or product problem

1. Adverse event and/or Product problem (e.g., defects/malfunctions)
2. Outcomes attributed to adverse event (check all that apply)
- death
- life-threatening
- hospitalization – initial or prolonged
- disability
- congenital anomaly
- required intervention to prevent permanent impairment/damage
- other:

3. Date of event
4. Date of this report
5. Describe event or problem
6. Relevant tests/laboratory data, including dates
7. Other relevant history, including preexisting medical conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known) #1 #2
2. Dose, frequency & route used #1 #2
3. Therapy dates (if unknown, give duration) #1 #2
4. Diagnosis for use (indication) #1 #2
5. Event abated after use stopped or dose reduced — #1 yes / no / doesn't apply; #2 yes / no / doesn't apply
6. Lot # (if known) #1 #2
7. Exp. date (if known) #1 #2
8. Event reappeared after reintroduction — #1 yes / no / doesn't apply; #2 yes / no / doesn't apply
9. NDC # – for product problems only (if known)
10. Concomitant medical products and therapy dates (exclude treatment of event)

## D. Suspect medical device

1. Brand name
2. Type of device
3. Manufacturer name & address
4. Operator of device
- health professional
- lay user/patient
- other:

5. Expiration date
6. model # / catalog # / serial # / lot # / other #
7. If implanted, give date
8. If explanted, give date
9. Device available for evaluation? (Do not send to FDA) yes / no / returned to manufacturer on ___
10. Concomitant medical products and therapy dates (exclude treatment of event)

## E. Initial reporter

1. Name, address & phone # — phone #
2. Health professional? yes / no
3. Occupation
4. Initial reporter also sent report to FDA — yes / no / unk

PLEASE TYPE OR USE BLACK INK

FDA

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

FDA Form 3500A (1/96)

Standard MedWatch Form, back page

**Medication and Device Experience Report**
(continued)
Refer to guidelines for specific instructions

**Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.**

Page ___ of ___

**F. For use by user facility/distributor-devices only**

1. Check one: ☐ user facility ☐ distributor
2. UF/Dist report number
3. User facility or distributor name/address
4. Contact person
5. Phone Number
6. Date user facility or distributor became aware of event
7. Type of report: ☐ initial ☐ follow-up #
8. Date of this report
9. Approximate age of device
10. Event problem codes (refer to coding manual): patient code; device code
11. Report sent to FDA? ☐ yes ☐ no
12. Location where event occurred: ☐ hospital ☐ home ☐ nursing home ☐ outpatient treatment facility ☐ outpatient diagnostic facility ☐ ambulatory surgical facility ☐ other:
13. Report sent to manufacturer? ☐ yes ☐ no
14. Manufacturer name/address

**G. All manufacturers**

1. Contact office – name/address (& mfring site for devices)
2. Phone number
3. Report source (check all that apply): ☐ foreign ☐ study ☐ literature ☐ consumer ☐ health professional ☐ user facility ☐ company representative ☐ distributor ☐ other:
4. Date received by manufacturer
5. (A)NDA # ; IND # ; PLA # ; pre-1938 ☐ yes ; OTC product ☐ yes
6. # IND, protocol #
7. Type of report (check all that apply): ☐ 5-day ☐ 15-day ☐ 10-day ☐ periodic ☐ Initial ☐ follow-up #
8. Adverse event term(s)
9. Mfr. report number

**H. Device manufacturers only**

1. Type of reportable event: ☐ death ☐ serious injury ☐ malfunction (see guidelines) ☐ other:
2. If follow-up, what type? ☐ correction ☐ additional information ☐ response to FDA request ☐ device evaluation
3. Device evaluated by mfr? ☐ not returned to mfr. ☐ yes ☐ evaluation summary attached ☐ no (attach page to explain why not) or provide code:
4. Device manufacture date
5. Labeled for single use? ☐ yes ☐ no
6. Evaluation codes (refer to coding manual): method; results; conclusions
7. If remedial action initiated, check type: ☐ recall ☐ repair ☐ replace ☐ relabeling ☐ other: ☐ notification ☐ inspection ☐ patient monitoring ☐ modification/adjustment
8. Usage of device: ☐ initial use of device ☐ reuse ☐ unknown
9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:
10. ☐ Additional manufacturer narrative and/or 11. ☐ Corrected data

Please do NOT return this form to either of these addresses

FDA Form 3500A - back

Return to Table of Contents

## TYPES OF REPORTS

There are three types of reports in the FDA computerized postmarket ADE database:

1. Manufacturer-reported cases concerning ADEs not in present official FDA labeling with serious outcomes (i.e., death, life-threatening, hospitalization, permanent disability, congenital anomaly, cancer, or overdose). These cases are known in regulatory language as "**15-day Alert Reports**" because the manufacturer has 15

working days to submit this type of report to FDA.
2. All other manufacturer-reported cases. These cases are known in regulatory languages as **"Periodic Reports"** because the manufacturer is required to submit them to FDA on a cyclical basis.
3. Cases sent directly to FDA by health professionals or consumers (**"Direct Reports"**).

As shown in Figure 3, reports submitted to FDA via manufacturers accounted for 91.0%(145,021) of the 159,504 postmarket ADE cases. Only 9.0%(14,483) were submitted directly to FDA. 15-day report were 15.6%(24,815) of the total.

Return to Table of Contents

**Figure 3. Postmarket ADE Reports by Type of Report: 1996**




**N = 159,504**

Return to Table of Contents

**REPORTING BY HEALTH PROFESSIONALS AND CONSUMERS**

As shown in Figure 4, in 1996, there were 157,067 reporters for the 159,504 postmarket ADE cases, 64,752 (41.2%) reporters were consumers, 90,394 (57.6%) reporters were health professionals, and 1,921 (1.2%) were unknown sources. Figure 4 also shows that, over a four-year trend (1993-96), reports from consumers have increased both in absolute numbers and proportionally, whereas those from health professionals have gone up in absolute numbers.

**Figure 4. ADE Reports By Health Professionals and Consumers, 1993-1996**




**Year: 1993 1994 1995 1996**

| N (000s) | | N (000s) | | N (000s) | | N (000s) | |
|---|---|---|---|---|---|---|---|
| C | 32 | C | 35 | C | 48 | C | 64 |
| H | 86 | H | 84 | H | 81 | H | 90 |
| U | 1 | U | 1 | U | 2 | U | 2 |

Return to Table of Contents

## GEOGRAPHIC LOCATION OF INITIAL REPORTER

As shown in Table 1, the initial reporter for 81.2% (129,521) of the 159,504 postmarket ADE cases was located within the US census regions; 9.6% (15,260) of cases were missing location.

There were 9.2% (14,723) of the postmarket ADE cases where the initial report source was foreign. There were four countries which each accounted for >= 9% of the foreign cases: France (31.2%), Japan (14.2%), United Kingdom (12.8%), Germany (9.2%).

**Table 1. Postmarket ADE Reports by Geographic Location of Initial Reporter: 1996**

| | N | % |
|---|---|---|

| | | |
|---|---|---|
| ***All Locations*** | ***159,504*** | ***100*** |
| ***US Census Region:*** | ***129,521*** | ***81.2*** |
| [a] **New England** | 25,149 | 19.4 |
| **East South Central** | 23,355 | 18.0 |
| **Pacific** | 22,289 | 17.2 |
| **Middle West** | 22,207 | 17.2 |
| **West South Central** | 16,804 | 13.0 |
| **Middle Atlantic** | 16,763 | 12.9 |
| **Others** | 2,954 | 2.3 |
| ***Foreign:*** | ***14,723*** | ***9.2*** |
| [b] **France** | 4,593 | 31.2 |
| **Japan** | 2,094 | 14.2 |
| **United Kingdom** | 1,888 | 12.8 |
| **Germany** | 1,355 | 9.2 |
| **Others** | 4,793 | 32.6 |
| ***Unknown*** | ***15,260*** | ***9.6*** |

[a] US Census Regions are percentaged to 129,521
[b] Foreign countries are percentaged to 14,723

**Return to Table of Contents**

## SEX AND AGE OF PATIENTS

As shown in Table 2, the ratio of female-to-male postmarket ADE cases was 1.7:1. For both females and males, the >= 60 year age group accounted for the greatest number of known sex-age cases.

**Table 2. Postmarket ADE Reports by Reports by Sex & Age of Patient: 1996**

| | N | % |
|---|---|---|
| ***ALL SEXES & AGES*** | ***159,504*** | ***100*** |
| ***All Females:*** | ***91,200*** | ***57.2*** |
| **<= 19 yrs** | 5,971 | 3.7 |
| **20 - 39 yrs** | 19,855 | 12.4 |
| **40 - 59 yrs** | 20,980 | 13.2 |
| **>= 60 yrs** | 24,111 | 15.1 |
| **Unknown age** | 20,283 | 12.7 |
| ***All Males:*** | ***53,761*** | ***33.7*** |
| **<= 19 yrs** | 5,069 | 3.2 |
| **20 - 39 yrs** | 8,510 | 5.3 |
| **40 - 59 yrs** | 13,082 | 8.2 |
| **>= 60 yrs** | 17,418 | 10.9 |
| **Unknown age** | 9,682 | 6.1 |
| ***Unknown Sex:*** | ***14,543*** | ***9.1*** |
| **<= 19 yrs** | 439 | 0.3 |
| **20 - 39 yrs** | 163 | 0.1 |
| **40 - 59 yrs** | 242 | 0.2 |
| **>= 60 yrs** | 312 | 0.2 |
| **Unknown age** | 13,387 | 8.4 |

Return to Table of Contents

## SERIOUS OUTCOMES

As shown in Figure 5, hospitalization was the most recorded serious outcome; congenital anomaly, the least. ( One case could have more than one outcome).

**Figure 5. Postmarket ADE Reports by Type of Serious Report: 1996**




**Serious Outcome**

**N = 105,599**

Return to Table of Contents

## LATENCY BETWEEN SUSPECT DRUG ADMINISTRATION AND ADE ONSET

As shown in Figure 6, of the 159,504 postmarket ADE cases, 53.6% (85,517) had both a drug start date and an adverse experience onset date for the first-listed suspect drug and first-listed adverse experience, respectively, and the drug date was computerized as occurring before the adverse experience date. About half of these cases noted that the adverse event occurred within

one week of drug initiation.

**Figure 6. Postmarket ADE Reports by Latency Period: 1996**




**Latency (days)**

**N = 85,517**

Return to Table of Contents

## CLASSES OF SUSPECT DRUGS

Table 3 presents the top-10 ranked drug classes associated with the 174,905 suspect drugs computerized from the 159.504 postmarket ADE cases. The top-ranked drug class, central nervous system agents, accounted for approximately little less than one-quarter of the drug class mentions[3]. Together with the second and third ranked drug classes, anti-infectives, and hormones and synthetic substitutes, these top three ranked drug classes comprised about half of the total drug class mentions.

**Table 3. Postmarket ADE Reports by Top-10 Ranked Classes of Suspect Drugs: 1996**

| | N | % |
|---|---|---|
| | | |
| ***All Suspect Drug Mentions*** | ***174,905*** | ***100*** |
| | | |
| **Central nervous system agents** | 39,541 | 22.6 |
| **Anti-infective agents** | 21,388 | 12.2 |
| **Hormones & synthetic substitutes** | 20,956 | 12.0 |
| **Cardiovascular drugs** | 18,076 | 10.3 |
| **Skin & mucous membrane agents** | 13,927 | 7.9 |
| **Antineoplastic agents** | 12,552 | 7.2 |
| **Gastrointestinal drugs** | 10,580 | 6.0 |
| **Unclassified therapeutic agents** | 10,397 | 5.9 |
| **Autonomic drugs** | 8,189 | 4.7 |
| **Blood formation and coagulation** | 3,707 | 2.1 |

[3] The drug classification used was the American Hospital Formulary Service Pharmacologic - Therapeutic Classification (American Society of Health-System Pharmacists, Bethesda, Maryland, 1997)

**Return to Table of Contents**

**SUSPECT DRUGS BY ENTRY NAME AND NEW MOLECULAR ENTITY STATUS**

Table 4 shows the top-10 ranked suspect drugs as entered on the 159,504 postmarket ADE reporting forms.

New Molecular Entities (NMEs) are defined as new drugs approved within the past three years. For this 1996 report, NMEs are new drugs approved during 1993-96. Of the 174,905 suspect drugs computerized from the 159,504 postmarket ADE cases, 30.2%(29,584) involved NMEs.

**Table 4. Postmarket ADE Reports by Top-10 Ranked Suspect Drugs: 1996**

| | N | % |
|---|---|---|
| | | |

| | | |
|---|---|---|
| ***All Suspect Drug Mentions*** | ***174,905*** | ***100*** |
| | | |
| **Fosamax™** | 6,197 | 3.5 |
| **Norplant™** | 5,957 | 3.4 |
| **Prozac™** | 3,506 | 2.0 |
| **Pepcid AC™** | 3,104 | 1.8 |
| **Estraderm™** | 2,890 | 1.7 |
| **Femstat™** | 2,648 | 1.5 |
| **Rogaine™** | 2,435 | 1.4 |
| **Paragard™ T380A** | 2,172 | 1.2 |
| **Nix™** | 2,077 | 1.2 |
| **Zoloft™** | 2,070 | 1.2 |

**™ - Trademark**

Return to Table of Contents

## DRUG CLASSES STRATIFIED BY HEALTH PROFESSIONALS OR CONSUMERS, TYPE OF REPORT, AND YEAR

Table 5 shows the top-five ranked drug classes[3] associated with suspect drugs, stratified by whether the initial reporter was a health professional or consumer, the type of report, and year the cases was computerized into the FDA postmarket ADE database.

***1996 Data***. In 1996, there were 155,529 drug class mentions where type of initial reporter and type of report were known. For consumers, only two of the top-five ranked drug classes were common to all report types: central nervous system agents and hormones and synthetic substitutes. For health professionals, there were four drug classes of the top-five ranked drug classes common to all report types: central nervous system agents, antineoplastic agents, anti-infective agents, and cardiovascular drugs. The only drug class in the top-five ranked drug classes common to both consumers and health professionals across report types was central nervous system agents.

**Table 5. Top-5 Ranked Drug Classes Per Type of Reporter & Report: 1996**

| Reporter Type | Report Type | Drug Class | N | % |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ***ALL*** | ***ALL*** | ***ALL*** | ***155,529*** | ***100*** |
| | | | | |
| ***Consumer*** | ***All*** | ***All*** | ***64,858*** | ***41.7*** |
| | ***Mfr 15-day*** | ***All*** | ***2,820*** | ***1.8*** |
| | | Central nervous system agents | 689 | 0.4 |
| | | Hormones and synthetic substitutes | 482 | 0.3 |
| | | Anti-infective agents | 309 | 0.2 |
| | | Cardiovascular drugs | 271 | 0.2 |
| | | Autonomic drugs | 233 | 0.1 |
| | | | | |
| | ***Mfr Periodic*** | ***All*** | ***61,225*** | ***39.4*** |
| | | Hormones and synthetic substitutes | 11,709 | 7.5 |
| | | Skin and mucous membrane agents | 10,612 | 6.8 |
| | | Central nervous system agents | 10,073 | 6.5 |
| | | Gastrointestinal drugs | 7,080 | 4.6 |
| | | Cardiovascular drugs | 5,504 | 3.5 |
| | | | | |
| | ***Direct*** | ***All*** | ***813*** | ***0.5*** |
| | | Central nervous system agents | 222 | 0.1 |
| | | Skin and mucous membrane agents | 132 | 0.1 |
| | | Autonomic drugs | 88 | 0.1 |
| | | Anti-infective agents | 87 | 0.1 |
| | | Cardiovascular drugs | 43 | 0.0 |
| | | | | |
| ***Health Professional*** | ***All*** | ***All*** | ***90,671*** | ***58.3*** |
| | ***Mfr 15-day*** | ***All*** | ***20,200*** | ***13.0*** |

| | | | | |
|---|---|---|---|---|
| | | Central nervous system agents | 4,264 | 2.7 |
| | | Anti-infective agents | 3,851 | 2.5 |
| | | Antineoplastic agents | 3,165 | 2.0 |
| | | Cardiovascular drugs | 2,582 | 1.7 |
| | | Hormones and synthetic substitutes | 1,274 | 0.8 |
| | | | | |
| | ***Mfr Periodic*** | ***All*** | ***56,998*** | ***36.6*** |
| | | Central nervous system agents | 15,324 | 9.9 |
| | | Anti-infective agents | 8,061 | 5.2 |
| | | Cardiovascular drugs | 5,953 | 3.8 |
| | | Hormones and synthetic substitutes | 5,434 | 3.5 |
| | | Antineoplastic agents | 3,962 | 2.5 |
| | | | | |
| | ***Direct*** | ***All*** | ***13,473*** | ***8.7*** |
| | | Central nervous system agents | 3,713 | 2.4 |
| | | Anti-infective agents | 2,477 | 1.6 |
| | | Cardiovascular drugs | 1,736 | 1.1 |
| | | Antieoplastic agents | 1,398 | 0.9 |
| | | Blood formation and coagulation | 919 | 0.6 |

Return to Table of Contents

## ROUTES OF SUSPECT DRUGS

Table 6 presents the top-10 ranked routes of administration associated with the suspect drugs. There were 156,759 routes mentioned in conjunction with the 159,504 postmarket ADE cases. About three-fifths of the route mentions noted the oral route of administration.

**Table 6. Postmarket ADE Reports by Top-10 Ranked Routes of Administration of Suspect Drugs: 1996**

| | N | % |
|---|---|---|
| | | |
| *All Routes* | *156,759* | *100* |
| | | |
| **Oral** | 99,421 | 63.4 |
| **Intravenous** | 14,873 | 9.5 |
| **Subcutaneous** | 8,204 | 5.2 |
| **Topical** | 8,181 | 5.2 |
| **Transdermal** | 7,460 | 4.8 |
| **Vaginal** | 3,798 | 2.4 |
| **Inhalation** | 2,739 | 1.7 |
| **Intrauterine** | 2,318 | 1.5 |
| **Ophthalmic** | 2,094 | 1.3 |
| **Intramuscular** | 2,029 | 1.3 |

Return to Table of Contents

## ABATEMENT OF ADVERSE EVENT

For the 174,905 suspect drug mentions, 78.7% (137,632) had an answer to the question of whether the adverse event abated after the suspect drug was stopped or the dose was reduced. Figure 7 shows the distribution of responses. About one-quarter of these 137,632 abate mentions indicated a positive dechallenge ("Yes" response).

**Figure 7. Postmarket ADE Reports by Abate response: 1996**




N = 137,632

Return to Table of Contents

## REOCCURRENCE OF ADVERSE EVENT

For the 174,905 suspect drug mentions, 76.2% (132,296) had an answer to the question of whether the adverse event reappeared after reintroduction of the suspect drug. Figure 8 shows the distribution of responses. Four percent (5,309) of these 132,296 reoccur mentions indicated a positive rechallenge ("Yes" response).

**Figure 8. Postmarket ADE Reports by Reintroduction Response: 1996**




N = 132,296

Return to Table of Contents

## BODY SYSTEMS

There were 159,515 body system mentions associated with the adverse events of the 159,504 postmarket ADE cases. The distribution of these mentions across the 12 body system mentions is presented in Figure 9. Four body systems each had > 10% of the 159,515 body system mentions: body as a whole (systemic adverse events) - 30.5%, skin and appendages system - 13%, nervous system - 11.7%, and digestive system - 11.4%.

**Figure 9. Postmarket ADE Reports by Body System: 1996**




N = 159,515

Return to Table of Contents

## ADVERSE EVENTS

Table 7 shows the top-10 ranked adverse events reported with the 159,504 postmarket ADE cases. The top ranked ADE was " No drug effect: - 10% of the ADE cases reported this event.

**Table 7. Top-10 Ranked Adverse Events: 1996**

| Adverse Event | N | % |
|---|---|---|
| | | |
| ***All Postmarket ADE Reports*** | ***159,504*** | ***100*** |
| | | |
| **No drug effect** | 15,918 | 10.0 |
| **Headache** | 5,133 | 3.2 |
| **Rash** | 4,090 | 2.6 |
| **Application site reaction** | 3,583 | 2.2 |
| **Diarrhea** | 2,445 | 1.5 |
| **Urticaria** | 2,373 | 1.4 |
| **Alopecia** | 2,237 | 1.4 |
| **Aggravation of existing reaction** | 2,236 | 1.4 |
| **Dizziness** | 2,002 | 1.3 |
| **Abdominal pain** | 1,875 | 1.2 |

## DRUG CLASSES ASSOCIATED WITH BODY SYSTEM ADVERSE EVENTS

Table 8 presents the four body systems comprising the most adverse events, each of which has been crosstabulated by its top-five ranked suspect associated drug classes[3]. Three drug classes were in the top-five ranks for all four body systems, central nervous system agents, cardiovascular drugs, and anti-infective agents.

**Table 8. Top-4 Ranked Body Systems with Their Respective Top-5 Ranked Suspect Drug Classes: 1996**

| Body System | Suspect Drug Class | N | % |
|---|---|---|---|
| ***Body as a whole*** | ***All*** | ***53,050*** | ***100*** |
| | | | |

| | | | |
|---|---|---|---|
| | Central nervous system agents | 12,131 | 22.9 |
| | Hormones and synthetic substitutes | 7,216 | 13.6 |
| | Skin and mucous membrane agents | 6,378 | 12.0 |
| | Anti-infective agents | 4,816 | 9.1 |
| | Cardiovascular drugs | 4,566 | 8.6 |
| | | | |
| ***Skin and Appendages*** | ***All*** | ***21,792*** | ***100*** |
| | Hormones and synthetic substitutes | 3,948 | 18.1 |
| | Skin and mucous membrane agents | 3,689 | 16.9 |
| | Anti-infective agents | 3,178 | 14.6 |
| | Central nervous system agents | 2,941 | 13.5 |
| | Cardiovascular drugs | 1,931 | 8.9 |
| | | | |
| ***Nervous System*** | ***All*** | ***20,515*** | ***100*** |
| | Central nervous system agents | 8,265 | 40.3 |
| | Anti-infective agents | 2,209 | 10.8 |
| | Cardiovascular drugs | 1,763 | 8.6 |
| | Hormones and synthetic substitutes | 1,463 | 7.1 |
| | Autonomic drugs | 1,425 | 7.0 |
| | | | |
| ***Digestive System*** | ***All*** | ***20,059*** | ***100*** |
| | Central nervous system agents | 4,105 | 20.5 |
| | Anti-infective agents | 4,081 | 20.3 |
| | Gastrointestinal drugs | 2,355 | 11.7 |
| | Unclassified therapeutic agents | 2,256 | 11.2 |
| | Cardiovascular drugs | 1,900 | 9.5 |

Return to Table of Contents

## ANNUAL FOI REPORT

**1996**

In 1996, the Surveillance and Data Processing Branch (SDPB) received a total of 2,162 Freedom of Information (FOI) requests. These requests were for adverse reaction cases collected by the Food and Drug Administration's Spontaneous Reporting System (SRS). All requests are logged in by the central FOI office and triaged to various responsive divisions throughout the Center for Drugs.

SDPB processed FOI requests utilizing several forms of data accession. Compressed ASCII files were provided to mostly third-party businesses. Microfiche line listings or paper copies were also available depending on the preference of the requester. Case reports from the SRS database were obtained by people wanting a formalized version of the Medwatch form.

Law firms comprised the most FOI requests, with third-party organizations ranking second. Third were the pharmaceutical companies and last were consumers. However, consumers made more inquiries in 1996 than in previous years. This could have been attributed to media reporting and those consumers wanting to establish a more significant role in their drug therapy.

Hal Stepper

Return to Table of Contents

CDER Home Page | Search | Comment | What's New

CDER Home Page | Search | Comment | What's New

*March 08, 2001*
*http://www.fda.gov/cder/dpe/annrep96/index.htm*

# Exhibit L

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug.

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (i.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
|---|
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

Definitions of the FOI Report

| | |
|---|---|
| Date | Date the report was received by the FDA. |
| ISR Number | Unique number for identifying an AERS report. |
| Report Type | The type of ISR received. Expedited (15-day) and periodic reports are from manufacturers; "direct" reports are voluntarily submitted to the FDA by non-manufacturers. |

| Report Type | Description |
|---|---|
| Expedited (15-day) | Mandatory reports received from the manufacturer informing the FDA of adverse events that are both serious and unexpected. By law, these reports must be delivered to the FDA, within 15 calendar days of the initial receipt by the manufacturer. |
| Periodic | These are mandatory reports that do not fall into the expedited category. These reports are delivered quarterly to the FDA. |
| Direct | These reports are from health professionals, private individuals or sources other than manufacturers. |

| | |
|---|---|
| Company Report Number | Manufacturer's unique report identifier. |
| Age | Numeric value of patient's age at event. |
| Gender | The gender of the patient (male, female, unknown, or Not specified). |
| Outcome | The results of the adverse event as. The following events are potential choices. |

| Outcome | DESCRIPTION |
|---|---|
| DE | Death |
| LT | Life-Threatening |
| HO | Hospitalization – Initial or Prolonged |
| DS | Disability |
| CA | Congenital Anomaly |
| RI | Required Intervention to prevent permanent impairment/damage |
| OT | Other |

| | |
|---|---|
| PT (Preferred Term) | The reported reaction, in medical terminology, describing the event. This is coded using the Medical Dictionary for Regulatory Activities (MedDRA). |
| Report Source | Identifies the initial source of the report. (I.e., Health Professional, Consumer, etc..) |
| Product | Name of drug. |
| Role | S = Suspect<br>C = Concomitant<br>PS = Primary Suspect<br>SS = Secondary Suspect |
| *Suspect Drug | The drug that the initial reporter deemed most likely to be associated with the reactions. |
| Concomitant Drug | A list of any drugs taken at the same time as the suspect medication, but not suspected of causing the adverse event. |
| Manufacturer | The company that manufacturers the drug. |
| Route | Route of administration of the drug. |
| Dose | Quantity of drug administered in a 24-hour period. |
| Units | Modifies the dose with units of measurements (e.g., mg, IU, ml, etc.). |
| Duration | Number of days the drug was used. |