**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| *All Actions* | : | |

# BAYER AND GSK's NOTICE OF MOTION AND MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT WITNESSES FROM INVOKING THE TESTIMONY OF OTHER TESTIFYING EXPERTS

Defendants Bayer Corporation, Bayer AG, and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") (collectively, "defendants") submit this motion to exclude plaintiffs' putative expert witnesses from invoking the testimony of other testifying experts. This motion is supported by the attached Memorandum and documents.

Dated: April 17, 2006

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612) 338-1838

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
Rebecca K. Wood
Dan Rabinowitz
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

Catherine Valerio Barrad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Richard K. Dandrea
ECKERT SEAMENS CHERIN
& MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

/signature on file/
Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

Joseph D. Piorkowski, Jr.
THE PIORKOWSKI LAW FIRM, PC
910 17th Street, N.W. Suite 800
Washington, D.C. 20006
(202) 223-5535

*Counsel for Bayer Corporation and Bayer AG*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 |
| | : | (MJD) |
| This Document Relates to: | : | |
| | : | |
| *All Actions* | : | |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE PLAINTIFFS' PUTATIVE EXPERT WITNESS FROM INVOKING THE TESTIMONY OF OTHER TESTIFYING EXPERTS**

I, Susan A. Weber, certify that Defendants' Memorandum in Support of Their Motion to Exclude Putative Expert Witnesses From Invoking the Testimony of Other Testifying Experts complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3,713 words.

Dated: April 17, 2006

Susan A. Weber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Bayer and GSK's Motion to Exclude Plaintiffs' Putative Expert Witnesses Form Invoking the Testimony of Other Testifying Experts, supporting memorandum, proposed order, and exhibits were electronically filed and served on April 17, 2006.

David L. Barlett