UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 |
| | : (MJD) |
| This Document Relates to: | : |
| | : |
| *All Actions* | : |
| | : |

**BAYER AND GSK'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY BASED ON ADVERSE EVENT REPORTS**

Defendants Bayer Corporation, Bayer AG, and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") (collectively, "defendants") submit this motion to exclude expert testimony based upon adverse event reports. This motion is supported by the attached Memorandum and documents.

Dated:  April 17, 2006

Respectfully submitted,

| | |
|---|---|
| Philip S. Beck | Scott A. Smith |
| Adam Hoeflich | Tracy J. Van Steenburgh |
| BARTLIT BECK HERMAN PALENCHAR | HALLELAND LEWIS NILAN |
|   & SCOTT LLP |   SIPKINS & JOHNSON, P.A. |
| 54 West Hubbard Street, Suite 300 | 220 South Sixth Street, Suite 600 |
| Chicago, IL  60610 | Minneapolis, MN  55402 |
| (312) 494-4400 | (612) 338-1838 |
| | |
|     /signature on file/ |     /signature on file/ |
| Susan A. Weber | Fred T. Magaziner |
| James W. Mizgala | DECHERT LLP |
| Sherry A. Knutson | Cira Centre |
| Nathan A. Huey | 2929 Arch Street |
| SIDLEY AUSTIN LLP | Philadelphia, PA  19104 |
| One South Dearborn Street | (215) 994-4000 |
| Chicago, IL  60603 | *Counsel for SmithKline Beecham* |
| (312) 853-7000 | *Corp. d/b/a GlaxoSmithKline* |

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8000

Catherine Valerio Barrad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000

Richard K. Dandrea
ECKERT SEAMENS CHERIN
  & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA  15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

Joseph D. Piorkowski, Jr.
THE PIORKOWSKI LAW FIRM, PC
910 17th Street, N.W. Suite 800
Washington, D.C.  20006
(202) 223-5535

*Counsel for Bayer Corporation and Bayer AG*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 |
| | : (MJD) |
| This Document Relates to: | : |
| | : |
| *All Actions* | : |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY BASED ON ADVERSE EVENT REPORTS**

I, Susan A. Weber, certify that Defendants' Memorandum in Support of Their Motion to Exclude Expert Testimony Based on Adverse Event Reports complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 4,657 words.

Dated: April 17, 2006

*/s/ Susan A. Weber*
Susan A. Weber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG

## CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Bayer and GSK's Motion to Exclude Expert Testimony Based on Adverse Event Reports, supporting memorandum, proposed order, and exhibits were electronically filed and served on April 17, 2006.

_David L. Barlett_