# Exhibit A

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug.

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (i.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
| --- |
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

Definitions of the FOI Report

| | |
|---|---|
| Date | Date the report was received by the FDA. |
| ISR Number | Unique number for identifying an AERS report. |
| Report Type | The type of ISR received. Expedited (15-day) and periodic reports are from manufacturers; "direct" reports are voluntarily submitted to the FDA by non-manufacturers. |

| Report Type | Description |
|---|---|
| Expedited (15-day) | Mandatory reports received from the manufacturer informing the FDA of adverse events that are both serious and unexpected. By law, these reports must be delivered to the FDA, within 15 calendar days of the initial receipt by the manufacturer. |
| Periodic | These are mandatory reports that do not fall into the expedited category. These reports are delivered quarterly to the FDA. |
| Direct | These reports are from health professionals, private individuals or sources other than manufacturers. |

| | |
|---|---|
| Company Report Number | Manufacturer's unique report identifier. |
| Age | Numeric value of patient's age at event. |
| Gender | The gender of the patient (male, female, unknown, or Not specified). |
| Outcome | The results of the adverse event as. The following events are potential choices. |

| Outcome | DESCRIPTION |
|---|---|
| DE | Death |
| LT | Life-Threatening |
| HO | Hospitalization – Initial or Prolonged |
| DS | Disability |
| CA | Congenital Anomaly |
| RI | Required Intervention to prevent permanent impairment/damage |
| OT | Other |

| | |
|---|---|
| PT (Preferred Term) | The reported reaction, in medical terminology, describing the event. This is coded using the Medical Dictionary for Regulatory Activities (MedDRA). |
| Report Source | Identifies the initial source of the report. (I.e., Health Professional, Consumer, etc..) |
| Product | Name of drug. |
| Role | S = Suspect<br>C = Concomitant<br>PS = Primary Suspect<br>SS = Secondary Suspect |
| *Suspect Drug | The drug that the initial reporter deemed most likely to be associated with the reactions. |
| Concomitant Drug | A list of any drugs taken at the same time as the suspect medication, but not suspected of causing the adverse event. |
| Manufacturer | The company that manufacturers the drug. |
| Route | Route of administration of the drug. |
| Dose | Quantity of drug administered in a 24-hour period. |
| Units | Modifies the dose with units of measurements (e.g., mg, IU, ml, etc.). |
| Duration | Number of days the drug was used. |

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates to All Actions | ) | |

DEFENDANT'S EXHIBIT
Austin 2
2.17.04 SAes

# EXPERT WITNESS REPORT OF HARLAND AUSTIN, D.Sc.

## I. INTRODUCTION

### A. Education, Experience & Qualifications

1. I am a Professor of Epidemiology at the Emory University School of Public Health in Atlanta, Georgia. Prior to my current appointment, I was an Associate Professor of Epidemiology at the University of Alabama at Birmingham (UAB) and an Associate Scientist at the Comprehensive Cancer Center, UAB. I have been a faculty member in Epidemiology since 1982. Prior to my formal training as an epidemiologist, I worked as a biostatistician at the American Health Foundation in New York City. My work as a biostatistician involved analyses of multiple epidemiologic studies. Thus, I have been working in the capacity of an epidemiologist/biostatistician for 27 years.

2. I received a Masters degree in Statistics in 1976 from the Department of Applied Mathematics and Statistics at the State University of New York, Stony Brook. I received a Doctorate of Science in Epidemiology in 1983 from the Harvard School of Public Health. I have served on a number of Committees and Working Groups for the National Cancer Institute, the National Institute of Environmental Health Sciences, Oak Ridge Associated Universities, and the Centers for Disease Control and Prevention. I presently serve as a senior advisor in Epidemiology and Biostatistics for the Hematologic Diseases Branch, National Center for Infectious Diseases, National Centers for Disease Control and Prevention (CDC). I am on the Editorial Board of the Journal of Medical Screening, serve as a reviewer for multiple medical and epidemiology journals and am a member of the Society for Epidemiologic Research.

3. I have taught many courses in Epidemiology and Biostatistics throughout my career. I currently teach a course in Epidemiologic Methods at Emory University. I have taught such a course for about 20 years. I have taught courses on Introductory Biostatistics and on Logistic Regression in my capacity as a faculty member at Emory and UAB. I taught a course entitled "Biostatistics for Epidemiologists" in a Summer Program at Tufts University between 1985 and 2001 and a course entitled "Modeling for Epidemiologists" at the same program between 1999 and 2001. I presently teach two

courses at the CDC; one in general Epidemiologic Research Methods and one in Case-Control study methodology. I have taught courses in Epidemiology/Biostatistics in Cali, Colombia; and Jakarta, Indonesia. I taught a course on Case-Control methodology in Sicily, Italy in the Summer of 2003.

4. I am the first author or a co-author on about 70 peer-reviewed publications and Book Chapters. These papers pertain to many aspects of epidemiology including cancer epidemiology, sexually transmitted diseases, genetic studies of venous thrombosis, and epidemiologic and statistical methodology.

5. My *Curriculum Vitae*, including a complete list of my publications, is attached as Exhibit 1.

## B **Terms of Retention & Questions Addressed**

6. I have been retained by the Plaintiffs Steering Committee in the Baycol MDL Litigation. The terms of my retention, including my compensation, are set forth in a letter dated November 7, 2002 from Bert Black. A copy of this letter is attached as Exhibit 2. I also have executed PTO-24, and a copy of the page containing my notarized signature is attached as Exhibit 3.

7. I have been asked to provide opinions on the work done by PacifiCare with regard to the relationship between Baycol (cerivastatin) and myopathies, rhabdomyolysis, and other disorders. I also was asked to review certain data concerning adverse event reports of rhabdomyolysis and myopathies among Baycol users and to conduct on independent analysis of the FDA Adverse Event Reporting System database.

## C. **Prior Trial and Deposition Testimony Over Last Four Years**

8. In the past four years I have not testified either at trial or at a deposition.

## D. **Materials Consider and Bases for Opinions**

9. In preparing this report, I have reviewed a number of tabulations of spontaneous reports of rhabdomyolysis and myopathy occurring among persons using hydroxymethylglutaryl coenzyme A (HMG-CoA) reductase inhibitors. I will often refer to this class of drugs as statins in my report. With the exception of one published report, these tabulations were provided to me by the attorneys representing the MDL plaintiffs. Most of the tabulations are unpublished and were presented at meetings. To the extent they relate to this report, I have provided a citation to each of these documents in the footnote of my Table 1. I have reviewed the Expert Witness Report of Dr. John W. Farquhar. He also has evaluated the spontaneous reports of rhabdomyolysis and myopathy occurring among statin users. However, his analysis includes additional reports with later database lock points. These additional analyses corroborate my analysis of the earlier reports.

10. I also have reviewed a number of documents regarding the design, conduct, and analysis of a study generally referred to as the PacifiCare study. I have seen a number of versions of this study, many of which are referred to as a "Final Report." One such report is entitled "Study #3: The Risk of Myopathy Subsequent to HMG Inhibitor Use in a Managed Care Organization" and is dated February 8, 2002 and is labeled Final Report: Version 3. I have read this report in its entirety. I have also read a report entitled "Study #3: The Risk of Myopathy Subsequent to HMG Inhibitor Use in a Managed Care Organization" dated February 14, 2002 and labeled Final Report: Version 4. Unless otherwise specified, all references to the findings of the Pacificare study pertain to this document (MDL-NP-PACIFIC00000195, which I understand has been renumbered as MDL-NP-PACIFIC00000480). I have also reviewed the handwritten comments of Dr. Makush on a report entitled "Study 1: Incidence of Rhabdomyolysis Subsequent to HMG Use in a Managed Care Organization" dated March 22, 2001 (Exhibit 55, Gerald Faich deposition, BAYCORP00033768). I have also reviewed a document entitled "Study 2: Risk of Myopathy by HMG Use and Market: A Follow-up Study" dated June 18, 2001 (Exhibit 35, Gerald Faich deposition, MDL-NP-PACIFIC00002475, which I understand has been renumbered as MDL-NP-PACIFIC00004016) and a document entitled "Bayer-FDA Meeting Baycol NDA 20-740, July 24, 2001"- BAYCORP01645191. I have read the deposition of Dr. Faich and cite an email from him to Jeff White (email from Gerald Faich to Jeff White, dated May 7, 2001 – MDL-NP-FAISCHGE00000451; Faich deposition). I have reviewed the expert witness report of Dr. Brian L. Strom and that of Dr. John W. Farquhar. I reviewed a report prepared by Dr. Wayne Ray entitled "Cerivastatin and Rhabdomyolysis" dated 30 January 2003.

11. I was provided the FDA Quarterly Data Extracts from the Adverse Event Reporting System (AERS) prepared by the U.S. Department of Commerce, National Technical Information Service. The data were provided in CD-ROM format and cover the period from November 1, 1997 through December 31, 2002. I also reviewed documentation and supporting material for this database. Finally, I rely upon a book entitled Pharmacoepidemiology: 3rd Edition, Edited by Brian L. Strom, John Wiley & Sons, Ltd., 2000 especially on chapter 10 by Dianne L. Kennedy, *et al* "Spontaneous Reporting in the United States" and chapter 11 by Bengt-Erik Wiholm, *et al* "Spontaneous Reporting Systems Outside the US."

12. A complete list of the documents I considered is attached as Exhibit 4.

## II. SUMMARY OF OPINIONS

13. The main purpose of my work for the MDL was to evaluate the design, conduct, and analysis of the PacifiCare study (again, primarily the February 14, 2002 version of Study #3) with respect to epidemiologic and statistical methodology. Since the PacifiCare study was undertaken in response to an excess of spontaneous adverse event reports of rhabdomyolysis occurring among Baycol users, I briefly reviewed data on some of these spontaneous reports. I also conducted an independent analysis of the FDA AERS database. However, the major focus of this report is an evaluation of the PacifiCare study.

14. The PacifiCare study was undertaken as a follow-up to the spontaneous reports. It was intended to evaluate the association between Baycol and myopathy in the context of a formal, well designed, study. However, the PacifiCare study has many limitations, the most serious of which I describe below. The most important limitation is the failure of the investigators to perform the proper statistical analysis. This failure caused them to underestimate the association between monotherapy Baycol use and the risk of myopathy. The second major limitation of the PacifiCare study is the investigators' failure to confirm the diagnosis of myopathy through review of medical charts. Their reliance on only claims data to identify myopathy cases is likely to result in the inclusion of many false positive cases. The inclusion of such false positive cases will mask real differences between the various statins with respect to their association with myopathy. The PacifiCare investigators should have reviewed medical records so that they could identify cases with serious disease. Finally, the spontaneous reports pertain to rhabdomyolysis, a rare, serious muscle disease, while the Pacificare study pertains mostly to myalgia, a vague, less serious disorder.

15. The PacifiCare investigation confirmed the strong interaction between Baycol and gemfibrozil on the risk of myopathy. On the other hand, the PacifiCare investigators concluded that monotherapy Baycol is no different from monotherapy on other statins with respect to myopathy risk. I believe this conclusion is wrong and is the result of the many limitations of the PacifiCare study.

16. In this report, I describe the limitations of the PacifiCare study. I show that its biases would tend to mask an increase in myopathy risk attributable to monotherapy Baycol. I attempt to correct the study findings for these biases. I conclude that, contrary to the conclusions of the PacifiCare investigators, the study is consistent with the spontaneous reports and provides support for the opinion that monotherapy Baycol use increases myopathy risk more so than does monotherapy on other statins. In fact, based on my review of the PacifiCare study, I estimate that compared with Pravachol, monotherapy Baycol use increases myopathy risk about 3-fold. Compared with all other statins combined, monotherapy Baycol use may increase the risk of myopathy about 2-fold.

## III. ADVERSE EVENTS REPORTS

17. I have reviewed one published report and a several unpublished tabulations of spontaneous reports of rhabdomyolysis or myopathy occurring among persons using statins. Citations for these reports are listed in the footnote of Table 1 below. The data in Table 1 pertain to monotherapy statin use and includes the number of spontaneous reports for Baycol (Cerivastatin) and for all other statins combined, the reporting rate ratio (RRR) for Baycol versus all other statins combined, and the 95% confidence interval for the RRR. The data for concurrent use of statins with gemfibrozil are not included. However, it is noteworthy that in these tabulations, the reporting rates of rhabdomyolysis among persons using Baycol and gemfibrozil were substantially higher than were the corresponding reporting rates for persons using gemfibrozil with another statin. For example, the RRR for concurrent Baycol and gemfibrozil compared with gemfibrozil used with all other statins combined is 96 for confirmed rhabdomyolysis (data from footnote 1 in the table below); 42 for confirmed rhabdomyolysis (footnote 12); 505 for unconfirmed rhabdomyolysis and 855 for confirmed rhabdomyolysis for cerivastatin (Baycol) versus atorvastatin (Lipitor) (see footnote 7).

Table 1 – Summary of Spontaneous Reports of Rhabdomyolysis and Myopathy Occurring Among Baycol and All Other Statin Users with the Reporting Rate Ratio and 95% Confidence Intervals
(Without Concomitant Gemfibrozil Therapy)

| Rhabdomyolysis Classification | Baycol | Statin<br>Other Statins | RRR | 95% CI |
|---|---|---|---|---|
| Confirmed USA[1] | 114 | 557 | 11.4 | 9.3, 14.0 |
| Suspected USA[2] | 179 | 2735 | 3.5 | 3.0, 4.1 |
| Confirmed Worldwide[3] | 212 | 840 | 8.6 | 7.4, 10.0 |
| Confirmed (death) Worldwide[4] | 7 | 95 | 2.5 | 1.2, 5.4 |
| Suspected Worldwide[5] | 531 | 4399 | 4.8 | 4.4, 5.2 |
| Confirmed (death) USA[6] | 19 | 35 | 26.2 | 15.0, 45.9 |
| Unconfirmed USA 10/99– /2000[7] | 69 | 101 | ~~8.9~~ | 6.5, 12.0 |
| Confirmed USA 10/99– /2000[7] | 25 | 16 | 20 | 11, 38 |
| Rhabdomyolysis, Spain[8] | 12 | 8 | 25 | 10, 62 |
| Rhabdomyolysis, Australia[9] | 8 | 13 | 65 | 27, 157 |
| Myopathy, Australia[9] | 32 | 503 | 5.6 | 5.3, 5.9 |
| Suspected Rhabdo (death), non-USA[10] | 9 | 73 | 3.4 | 1.7, 6.9 |
| Confirmed Rhabdo (death), non-USA[10] | 6 | 38 | 3.6 | 1.5, 8.6 |
| Suspected Rhabdo non-USA[11] | 179 | 1562 | 3.4 | 2.9, 4.0 |
| Confirmed Rhabdo non-USA[11] | 98 | 283 | 10.2 | 8.1, 12.9 |
| Suspected Rhabdo (death), USA[12] | 9 | 134 | 3.8 | 1.9, 7.5 |
| Confirmed Rhabdo (death), USA[12] | 5 | 59 | 5.8 | 2.3, 14.4 |

1. FDA Spontaneous Reporting System (SRS) and Adverse Event Reporting System (AERS) Data Database Lock Point: 31 December 2000. from Prof. Dr. Kuno Sprenger. BAYCORP00034786.
2. FDA SRS and AERS Data Database Lock Point: 30 September 2000. Lipobay -June 29, 2001, Monte Carlo. BAYCORP01645181.
3. FDA SRS and AERS Data Database Lock Point: 30 September 2000. from Prof. Dr. Kuno Sprenger. BAYCORP00034782.
4. FDA Spontaneous Reporting System (SRS) and Adverse Event Reporting System (AERS) Data Database Lock Point: 30 September 2000. Lipobay - June 29, 2001, Monte Carlo. BAYCORP016455182.
5. FDA SRS and AERS Data Database Lock Point: 30 September 2000. from Prof. Dr. Kuno Sprenger. BAYCORP016455182.
6. New England Journal of Medicine 346: 539-540, 2002.
7. Adverse Event Reporting System (AERS): 1st Oct 1999 – 15 May 2000. BAYCORP00246270; Cerivastatin versus Atorvastatin. BAYCORP00246270.
8. Database Lock Point: 2001-04-30; Lipobay – June 29, 2001, Monte Carlo. BAYCORP01645180.
9. Database Lock Point: 2001-03-31; BAYCORP01645109.
10. FDA SRS and AERS Data Database Lock Point: 31 December 2000. Dr. Kuno Sprenger. BAYCORP00034783.
11. FDA SRS and AERS Data Database Lock Point: 31 December 2000. Dr. Kuno Sprenger, BAYCORP00034784.
12. FDA SRS and AERS Data Database Lock Point: 31 December 2000. Dr. Kuno Sprenger, BAYCORP00034785.

18. Spontaneous reporting rates of rhabdomyolysis and myopathy are appreciably higher for Baycol monotherapy compared with monotherapy for other statins. This is true for suspected and confirmed cases of rhabdomyolysis as well as from deaths from rhabdomyolysis. This is true for USA reports, non-USA reports, and worldwide reports. Chance is not a plausible explanation of the increased RRR for rhabdomyolysis among monotherapy Baycol users compared with the other statins as is evidenced by the lower limit of the 95% confidence intervals.

19. As a general rule, because spontaneous reports are not collected in the context of a formal, controlled study, they must be interpreted cautiously. However, there are circumstances in which spontaneous reports can provide persuasive evidence concerning an association between a drug and disease. Usually it is difficult to determine if the rate of spontaneous reports of some adverse event is high for a particular drug since a referent-reporting rate (rate of the adverse event among those who do not use that drug) is not available. However, in the present situation, a referent reporting rate for rhabdomyolysis and myopathy among Baycol users is available; that is, the reporting rate for the other statins. Reporting rates are low and therefore underestimate incidence rates (rates of occurrence) of disease. However, in the present situation, if the reporting rates are comparable across the statins, then the relative reporting rate for Baycol versus the other statins does provides an estimate of the relative incidence rate of rhabdomyolysis.

20. Confounding is not likely an important problem because persons using various cholesterol lowering drugs are likely to be roughly comparable with respect to the determinants of myopathies. Although there is a secular trend of increased reporting to the FDA and reporting rates tend to be high just after the introduction of a drug (Kennedy DL, et al. Spontaneous reporting in the United States. In Strom BL, ed. Pharmacoepidemiology. 3rd ed. NY: John Wiley, 2000: 151-74), Lipitor was approved for use 6-months before the approval of Baycol and the reporting rates for rhabdomyolysis for Lipitor are appreciably less than are those for Baycol (NEJM 346:539-540, Feb 14, 2002). The observation that the worldwide reporting rate for rhabdomyolysis for monotherapy Baycol 0.8 mg is appreciably higher than is the reporting rate for Baycol monotherapy at less than 0.8 mg (Bayer-FDA Meeting – Baycol NDA 20-740, July 24, 2001, BAYCORP01645203) provides evidence against the notion that the increased reporting rates for Baycol monotherapy are due to adverse publicity.

21. I performed a proportional reporting ratio (PRR) analysis as a check of the validity of the reporting rate ratios (RRR's) displayed in Table 1. A PRR is an alternative measure of association to the RRR for drug use and adverse outcomes. Simply stated, the PRR is a contrast of the proportion of adverse events of interest (e.g. rhabdomyolysis) reported for persons using a drug of interest (say drug X) divided by the corresponding proportion for persons using a referent drug (say drug Y).

Consider the following table:

| | drug X | drug Y |
|---|---|---|
| Event of interest | a | b |
| All other events | c | d |
| Total | a + c | b + d |

The PRR usually is defined as $PRR = \frac{(a/_{a+c})}{(b/_{b+d})}$ and expressed this way is seen easily as the proportion of all events which are of the type of interest for persons using drug X divided by the corresponding proportion for persons using drug Y. The measure can be improved slightly by not counting the event of interest in each of the two denominators. That is, consider the odds of the event of interest for drug X $(a/_c)$ divided by the odds of the event for drug Y $(b/_d)$. The ratio of the two odds is an odds ratio; a measure of association commonly used by epidemiologists. I will use this formulation of a PRR because it can be interpreted in terms of the relative occurrence of the adverse event for users of drug X and Y (see Appendix). Thus, I calculate the proportional reporting ratio as: $PRR = \frac{(a/_c)}{(b/_d)} = \frac{a*d}{b*c}$.

22. I stated above, and demonstrate in an appendix, that the RRR estimates the incidence rate ratio (IRR) if the probability of reporting the event of interest is the same for drugs X and Y. A PRR also can provide an estimate of the IRR, but stronger assumptions are required. It generally is necessary that the rate of all adverse events other than the one of interest is the same for persons using drug X and drug Y. Also, the ratio of the probabilities of reporting the adverse event of interest for drug X to drug Y must equal the ratio of the probabilities of reporting all other events for drugs X to drug Y. On the other hand, a PRR has an advantage compared with a RRR as an estimate of the IRR. Suppose that drug X is new and that the reporting rate for all adverse events is twice that of drug Y. In this situation, the RRR will be 2 for the adverse event of interest, even if the incidence rate of the adverse event is the same for users of drug X and drug Y. The PRR for the adverse event of interest in this situation will be unity (the correct value); as long as the rate of all other adverse events is the same for drug X and drug Y. Another advantage of the PRR compared with the RRR is that it does not require an estimate of the number of prescriptions for the drugs of interest.

23. I was provided by Counsel the FDA Quarterly Data Extracts from the Adverse Event Reporting System (AERS) prepared by the U.S. Department of Commerce, National Technical Information Service. The data were provided in CD-ROM format and cover the period from November 1, 1997 through December 31, 2002. I used PRR methodology to obtain estimates of the incidence rate ratio of rhabdomyolysis for Baycol users compared with users of other statins. These PRR's rely

on strong assumptions described above and in detail in the appendix. Nonetheless, one would anticipate that the PRR's would depart from unity if the rates of rhabdomyolysis were appreciably higher among Baycol users compared with users of other statins. In this regard, the PRR's provide an opportunity to confirm the RRR's.

24. The results of the PRR analysis are displayed in Table 2 below. The analysis is restricted to U.S. reports, although the findings are essentially the same using foreign and domestic reports. The analysis pertains to monotherapy statin use. The AERS database contains multiple reports for each episode of an adverse event. This is so because the database is updated as new information about an episode is obtained. To avoid counting the same event multiple times, I used the only last report because this report would contain the most complete and accurate data. I restricted the analysis to events in which the statin was considered the primary or secondary suspect drug and to those events that were considered serious. I included only reports obtained from manufacturers (about 89% of all reports) to avoid duplication.

Table 2: Distribution of Rhabdomyolysis and Other Adverse Event Reports, the Proportional Reporting Ratio with 95% Confidence Intervals from the FDA Adverse Event Reporting System (AERS) Data Base According to Six HMG Inhibitors.

| | U.S. Reports Only[1] | | | |
|---|---|---|---|---|
| | Rhabdomyolysis | Other Reports | PRR[3] | 95% CI[4] |
| Lipitor | 44 (0.71)[2] | 6,185 | 1.0 | ---- |
| Baycol | 400 (9.75) | 3,701 | 15.2 | 11.1, 20.8 |
| Pravachol | 7 (0.83) | 838 | 1.2 | 0.53, 2.6 |
| Mevacor | 6 (1.42) | 416 | 2.0 | 0.86, 4.8 |
| Zocor | 67 (2.97) | 2,191 | 4.3 | 2.9, 6.3 |
| Lescol | 1 (0.35) | 288 | 0.49 | 0.07, 3.6 |
| Total | 525 (3.71) | 13,619 | | |

1. HMG use without concurrent Gemfibrozil use (monotherapy).
2. Percentage of all reports that are Rhabdomyolysis.
3. Proportional reporting ratio.
4. 95% confidence interval for the Proportional Reporting Ratio.
5. Baycol versus all other statins: PRR = 8.6 $(7.0, 10.5)_{95\%}$.
6. Time period covered November 1, 1997 through December 31, 2002.
7. This analysis is restricted to the last report, it includes reports only from manufacturers, it is restricted to reports in which the statin was the primary or secondary suspect drug, and it includes only events considered serious (e.g., life-threatening or resulting in a hospitalization).

25. As can be seen in the table, rhabdomyolysis comprises about 10% of all adverse events for Baycol monotherapy, a proportion appreciably higher than that for any other statin used without gemfibrozil. Using Lipitor as the referent drug, the PRR for rhabdomyolysis for Baycol users is about 15. Using all other statins as the referent category, the PRR is about 9. These findings almost certainly are not attributable to chance. Thus, this analysis supports the RRR findings described above and again

indicates that Baycol is unique among statins with regard to increasing the occurrence of rhabdomyolysis.

26. Many epidemiologists argue that spontaneous reports can provide only a "signal" of a problem and must be confirmed in a more controlled study. In the present context, the signal that Baycol monotherapy is associated with a higher rate of occurrence of rhabdomyolysis than is monotherapy on other statins is very strong. The signal is apparent both in the RRR analysis and in the PRR analysis. I cannot identify a credible explanation, other than causal, for it. The PacifiCare study was undertaken in the context of this strong signal and it was meant to provide more scientifically sound data. However, because it was conducted poorly, it did not succeed in this regard.

## IV. PACIFICARE STUDY

27. The major objective my statement is to discuss the design, findings, and limitations of the PacifiCare study, in particular the February 14, 2002 version of the study. I first provide a brief description of the PacifiCare study. I then list a number of specific comments about the study. These specific comments follow the presentation in the report and are linked to specific sections of the report. The specific comments are followed by an overall critique of the study. I then discuss in detail some biases that I believe are serious problems and which, I believe, render as untenable the conclusion of the authors that Baycol monotherapy is comparable to monotherapy with other statins with respect to myopathy risk. My major emphasis is on the comparison of Baycol monotherapy with monotherapy with the other HMG inhibitors. Finally, I attempt to correct the Baycol monotherapy finding for these biases.

### A. Description of the Study:

28. The investigators identified adult members of the PacifiCare Health Systems HMO who had a pharmacy claim for a HMG inhibitor between July 1, 1999 and June 30, 2000 and were enrolled continuously in the HMO until June 30, 2000. The first fill of an HMG prescription was marked as the index date. The period one year before the index date was examined for HMG use and selected co-morbid conditions. Subjects were followed for 180 days after the index date and were eligible as a case if they had any medical claim for other myopathies (ICD-9 359.8); toxic myopathy (359.4); polymyositis (710.40); other disorders of muscle, ligament and fascia (728.89); myalgia and myositis, unspecified (729.10); myoglobinuria (791.3); and adverse effects of antilipemic drugs (E942.2). The case definition also required that a subject had discontinued or switched to another HMG within 30 days after the myopathy claim and that there had been no more than a 30-day gap between the end date of the last HMG prescription and the date of the myopathy claim.

29. Exposure was defined as the statin last used by case subjects or the statin used by non-cases at the end of the 6-month follow-up period. Other characteristics of the exposure considered by the investigators were whether or not the statin was used with gemfibrozil and certain other drugs, whether or not the subject had

switched statins, HMG dosage, and the duration of HMG use. Potential confounders of interest were age, gender, the PacifiCare market, an index of co-morbidity, hypertension, coronary heart disease, renal failure, diabetes, and hepatic failure. These co-morbid conditions apparently were identified by use of ICD-9 codes in the one year period before the index date.

30. The major statistical analysis was a contrast of the myopathy rates across the statin categories with and without concurrent gemfibrozil use. The myopathy rate for a particular statin (say Lipitor) was defined as the number of myopathy cases who had been using Lipitor just prior to the medical claim divided by the total number of Lipitor users (the number of case Lipitor users plus the number of non-cases whose last statin was Lipitor). The investigators used logistic regression to adjust for confounding.

31. The authors concluded that the risk of myopathy was increased about 8-fold when Baycol was used with gemfibrozil compared with Baycol monotherapy. They also conclude that there was no increase in the risk of myopathy for Baycol monotherapy compared with monotherapy on the other HMG inhibitors.

**B. Specific Comments on February 14, 2002 Version of PacifiCare Study #3:**

32. Page 9, line18-19: The study population includes more than "patients continuously enrolled in the health plan until the time of death, with a pharmacy claim for a HMG inhibitor – Baycol, Lescol, Lipitor, Mevacor, Pravachol, and Zocor – between July 1, 1999 and June 30, 2000". This statement implies that all study subjects were decedents and this is not so.

33. The last possible 6-month follow-up date was 12/31/2000 (see page 13). Thus, for some subjects, the requirement for continuous enrollment should have been to 12/31/2000. For example, a person identified with an index date of June 29, 2000 would need to be followed through the end of December 2000. Thus, if he or she left PacifiCare in mid-July 2000, most of the 180-day follow-up period would be unobservable. Also, on page 6, the follow-up period is given as from 7/1/2000 through 12/31/2000. I suspect that the earlier date should be 7/1/1999. That is, the earliest index date could have been July 1, 1999 and subjects "were identified and followed for 180 days from the index date" (page 9; lines 20-21). The confusion on this point reflects the fact that, in general, the methodology of the study is not described well.

34. Page 10, 1st full paragraph : The case definition included other myopathies (ICD-9 359.8), toxic myopathy (359.4), polymyositis (710.40), other disorders of muscle, ligament and fascia (728.89), myalgia and myositis, unspecified (729.10), myoglobinuria (791.3), and adverse effects of antilipemic drugs (E942.2). Apparently, an HMO member with a history of some of these conditions (e.g. toxic myopathy) was eligible for inclusion. It is common practice in epidemiology to exclude persons with a history of the diseases of interest from the cohort.

35. Page 10, lines 1-4: The investigators required that a myopathy case had a 30 day or less gap between the date their last HMG prescription would have run out and the date of the myopathy diagnosis. Thus, they excluded cases who were not using an HMG at diagnosis. They could have included such cases and analyzed them separately. More importantly, they required that a "myopathy case" must have discontinued or switched HMG within 30 days of the diagnosis. The investigators note that these two criteria "ensured that myopathy cases were HMG-related and lessened the likelihood of other causes of rhabdomyolysis or myopathy." However, the second criterion is highly unusual and a huge potential source of bias.

36. Disease is a morbid process having characteristics symptoms. Its definition is not based on the behavior patterns of oneself or others following diagnosis. Using the investigators' logic, a smoker who developed lung cancer and continued to smoke in a follow-up study of smoking and lung cancer would not be counted. Although a health practitioner would have made the decision to stop the current statin or switch to another, letting the pre-conceived beliefs and potential biases of health practitioners define the outcome is wrong. Suppose, for example, that a particular statin was generally perceived as safe but, in fact, was related to an increased risk of rhabdomyolysis and other myopathies. Thus, although the agent did induce myopathy, its use would continue because of the erroneous belief that it did not. Such exposed cases would not be included and epidemiologic studies conducted in this framework are guaranteed to perpetuate the false belief that this statin is safe. In the PacifiCare study, the number of such case exclusions may have been substantial. Although the investigators do not report the number of such exclusions in the February 14, 2002 report, another document indicates that the number of such exclusions was large. In Figure 1 of a document entitled "Study 2: Risk of Myopathy by HMG Use and Market: A Follow-up Study" dated June 18, 2001" (Exhibit 35, Gerald Faich deposition) 6,131 myopathy cases are identified of which only 2,359 apparently stopped or switched HMG following the myopathy diagnosis. Excluding cases who did not stop or switch HMG is misguided and renders the findings of this study uninterpretable.

37. Page 13, line 1-4: The analysis is wrong. Assigning subjects who did not develop a myopathy to the statin they last used creates bias. The data should have been analyzed using person-time (referred to by some as patient-months or patient-years). I describe the magnitude and the direction of the resulting bias below.

38. Page 13, Statistical Analysis: Multiple logistic regression using the last statin as an exposure variable is not the correct analysis. The data should have been analyzed using person-time. This approach would record the time of failure (myopathy), the statin used at failure, and the person-months contributed by each subject to each of the statins.

39. Page 15, lines 1-4: The fact that Baycol users had a higher HMG switch rate (presumably this means that 42% of subjects classified as Baycol users previously had used another statin) than did subjects classified to other statins (about 17%) will result in bias without consideration of person-time. The fact that subjects

classified to Baycol had a significantly shorter duration of use than did subjects classified to the other statins underscores the bias. This issue is discussed in detail below.

40. Page 15, line15-16: The cohort should have included 197,940 persons who survived the 6-month follow-up period and 1,887 persons who did not. For reasons unknown to me, the PacifiCare investigators do not include the 1,887 decedents in the main cohort (for example, note that the count in Table 1 includes only the living). All adult persons identified as an HMG user during the enrollment period (after the appropriate exclusions) should have been included in the cohort. Instead, for decedents, the investigators examined "the last medical claim within one year prior to the termination date" (page 12, line 9). Only two decedents had a myopathy-related diagnosis in the last claim. However, what about previous claims? Suppose a cohort member died in the 5th month of follow-up with no myopathy-related claim code, but had earlier claims for myopathy-related disease in the 1st month of follow-up. Apparently, such myopathy claims for decedents were ignored.

41. Page 15, 2nd full paragraph: The mortality analysis is not meaningful because of the manner by which statin use was assigned. Deaths occurred throughout the 6-month follow-up period, probably more or less uniformly, and the statin assignment for a decedent was at the time of death. For the living, the statin is assigned at the end of the 6-month period. Thus, on average the statin assignment is about 3 months later for the living compared with the dead. But, the switching rates indicate that Baycol use increased during the observation period. Thus, it is not surprising that 17.1% of the living and only 14.6% of the dead were classified to Baycol. Simply put, those who died did not have the opportunity to be switched.

42. Page 17, last paragraph (Table 12): As mentioned in the report, the risk of myopathy generally was higher when a statin was used with gemfibrozil. The RR of myopathy for gemfibrozil users versus non-users for each statin are: Lescol: 1.49 $(0.70, 3.2)_{95\%}$ ; Lipitor: 0.94 (0.46, 1.9); Pravachol: 1.47 (0.77, 2.8); Zocor: 3.7 (1.1, 12.3); and Baycol: 9.7 (6.3, 14.7). The excess is statistically significant for Zocor, and especially for Baycol. There is no excess risk of myopathy attributable to gemfibrozil among Lipitor users, i.e., the RR is below unity. Baycol is unique among these statins with respect to the magnitude of its interaction with gemfibrozil.

43. Page 19, Table 15: The odds of a myopathy is reported as higher among subjects with a low ratio of maximum dosage (<= 0.5) compared with subjects with a high ratio of maximum dosage (> 0.5); i.e., the odds ratio is 1.30 and, further, it is almost statistically significant (see Table 15). The interpretation of this odds ratio is that persons using low doses of statins experience a higher risk of myopathy than do those using high doses. Since it is generally acknowledge that statins increase myopathy risk, one would anticipate that high doses increases risk more so than do low doses. Thus, the finding warrants an explanation, but none is provided.

44. Page 21 bottom and Page 22, 1st line: The investigators note that Arizona had a higher unadjusted risk of myopathy than did California. They note that

"These regional differences may be the result of physician practice patterns, myopathy coding and reporting bias, and *drug sampling of Baycol* " (emphasis added). I do not understand why the investigators would believe that regional differences in myopathy rates could be the result of "drug sampling of Baycol." Does "drug sampling" mean that free samples of Baycol were provided to some subjects and, hence, are not recorded in the database? If so, are the investigators suggesting that the nearly 2-fold higher rate of myopathy (without concurrent gemfibrozil; Table 15 of the final report) reported in PCAZ (Arizona) compared with PCCA (California) is due to "drug sampling of Baycol?" The 2-fold higher rates of myopathy in Arizona could be explained by Baycol sampling only if more free Baycol samples were provided in Arizona compared with California *and* Baycol increased myopathy risk more so than did other statins. Such an explanation cannot be reconciled with their conclusion that monotherapy Baycol is no different from monotherapy with other statins with regard to myopathy.

45. Page 22, lines 9-10: I agree that there is a need to perform chart reviews of inpatient cases to validate medication exposures, diagnoses, and clinical outcomes. At the very least, the investigators could have checked the medical records of the 49 inpatient-hospital myopathy cases and the 74 outpatient myopathy cases who later were hospitalized. They should have identified all medical records of any decedent with any myopathy claim. Ideally, they should have reviewed the medical records of all outpatient diagnoses or, at least, a sample of such cases. The inclusion of false positive cases will obscure real differences among the statins with respect to their relation with more serious disease (see below).

46. Page 23, lines 3-4: The high switch rates and shorter Baycol duration of use apparently resulted from the addition of Baycol to the formulary in July 1999. This high switch rate and short duration of Baycol use also results in a bias of Baycol RR's towards the null value (an absence of association).

47. Page 23, 1st full paragraph: The investigators note that Baycol had the highest proportion of liver abnormalities compared with other statins. They state that "the development of of hepatic dysfunction in our population may be the result of concurrent gemfibrozil use, particularly for Baycol,..." However, they do not mention whether or not subjects on Baycol monotherapy had a higher proportion of liver dysfunction than did subjects on other statins.

## C. **Overall Critique of the Study**:

48. The PacifiCare report is not well written and its methods are described poorly. The PacifiCare investigators apparently have little experience in the conduct of an epidemiologic study and in the preparation of a report describing its findings. These limitations make it difficult to understand exactly what the investigators did and to place much confidence in the validity of the study findings.

49. With respect to the outcome, I emphasize that the PacifiCare study provides very little information about the association between statins and

rhabdomyolysis. The study is much too small to provide meaningful information on rhabdomyolysis. It is an investigation of a less specific and less serious disease, "myalgia". Thus, the absence of any association in the study does not provide much assurance that monotherapy Baycol is unrelated to rhabdomyolysis or to other serious forms of myopathy. Further complicating this problem is the failure of the investigators to confirm myopathy diagnoses through medical chart review. The inclusion of "false positive" cases will obscure differences in myopathy rates among the statins. Also, the requirement that cases had to discontinue or switch statins is a very unusual and a potentially huge source of bias.

50. With respect to exposures, the fact that many cohort members were switched to Baycol from other statins is another important source of bias. Most cohort members remained disease free and their statin category was defined as of the end of follow-up (a case was assigned the statin he was using on the diagnosis date). No provision was made for late switching to Baycol. The months of follow-up before switching to Baycol are, of course, relevant and should be assigned to a category other than Baycol. The investigators made no provision for switching statins in their analysis and as a result the findings are biased in favor of Baycol; that is, the study would underestimate the myopathy rate for Baycol.

51. An additional problem with exposure classification is drug sampling. That is, free samples apparently were provided to cohort members, but these samples were not recorded. If more free, unrecorded Baycol samples were provided than were other statins, than relatively more cases induced by Baycol would be wrongly classified to another statin than would cases associated with other statins be classified to Baycol. Again, the misclassification would mask an increased risk attributable to Baycol if, in fact, one existed. If free samples were provided for all statins equally, the affect would be to obscure differences among the statins and bias all odds ratios towards the null value, unity.

52. These problems would tend to obscure real differences in myopathy rates among statins. Because of the high rate of switching to Baycol, the problems would tend to underestimate the myopathy risk for Baycol users. Despite these biases, Baycol has the highest myopathy rates both among subjects who used it with gemfibrozil and among subjects who used it without gemfibrozil. If the correct analysis based on person-time were done, it is very likely that monotherapy Baycol would display a statistically significant higher myopathy rate than any other statin. Thus, the PacifiCare investigators conclusion that monotherapy Baycol use is no different from monotherapy on other statins is unwarranted.

## D. Specific Sources of Bias in PacifiCare Study

### 1. Misclassification of Cases

53. It is important to note that the PacifiCare study is not an investigation of the association between rhabdomyolysis and statin use. The investigators

acknowledge that since there is no code for rhabdomyolysis, they had to use surrogate codes (other myopathies; toxic myopathy; polymyositis; other disorders of muscle, ligament and fascia; myalgia and myositis, unspecified; myoglobinuria; and adverse effects of antilipemic drugs). These ICD-9 codes encompass conditions less serious than rhabdomyolysis, such as general muscle pain, and also could include persons with no form of myopathy at all.

54. Many of the spontaneous reports pertained to rhabdomyolysis, but the PacifiCare study did not. The PacifiCare study has little statistical power to detect a difference between Baycol and the other statins with respect to the risk of rhabdomyolysis. This is so because the rate of rhabdomyolysis is only about $25/10^6$ years (Report of Dr. Wayne Ray, Cerivastatin and Rhabdomyolysis, 30 January 2003). There are 164,131 subjects classified to statins other that Baycol. If this rate is applied to their person-years (164,131 people * ½ year * $25/10^6$ years), the expected number of rhabdomyolysis cases is about 2.1. This expectation must be adjusted downward for periods of non-use of statins. The average duration of use for statins other than Baycol was about 390 days over a 1.5-year period. Thus, the revised expected number of rhabdomyolysis cases is 2.1 * 0.72 = 1.5. The person-years for Baycol are 33,809 people * ½ year = 16,905. This number must be adjusted downward since the average duration of use by Baycol users was 260 days over a 1.5 year period. Thus, the Baycol person-years are 16,905 * 0.48 = 8,114. A standard statistical power calculation shows that only RR's bigger than 20 have more than an 80% chance of being detected in the PacifiCare study. The study is too small to provide a meaningful contrast of Baycol to the other statins with respect to rhabdomyolysis.

55. The PacifiCare study is best considered a study of "myalgia" since 698 of 782 cases are classified in the category. But, even an evaluation of myalgia is limited in the PacifiCare study because the authors used ICD-9 codes from medical claims to identify cases. Medical claims collected for the purpose of reimbursement contain errors and must be verified by review of medical records. However, a medical record review apparently was not conducted, even among decedents and those hospitalized (page 24 of February 14 Report).

56. In a follow-up study (which is what PacifiCare attempted to do), non-differential misclassification of the outcome (disease occurrence) means that the propensity to misclassify disease status is unrelated to exposure. And, a general principle in epidemiology is that non-differential misclassification of either exposure and/or disease will bias effect estimates of the RR towards unity, the absence of an effect (Rothman KJ. Epidemiology: An Introduction Oxford University Press, 2002, New York, Page 100). Suppose Baycol use were related to an increased occurrence of myopathy more so than the other statins, but not to the occurrence of other less serious muscle problems. If so, then the PacifiCare study would have underestimated the Baycol RR for myopathy. This is so because the case series would include "false positive" cases and, to a lesser extent, some myopathy cases may have been missed ("false negative" cases). I am not too concerned about the false negatives because I suspect that few serious myopathy cases would have been missed. Furthermore, the rates of such missing

cases probably would be balanced across the statin categories and, hence, not affect the RR's. However, bias will result from the false positives. I illustrate with an example.

57. Suppose that the rate of a disease is higher among exposed persons (Baycol users) compared with unexposed persons (users of other statins). Suppose further that there is some other condition(s) that mimics the disease and is often mistaken for the disease. Assume that this condition(s) is unrelated to the exposure; that is, its occurrence rate is the same for exposed and unexposed persons (RR = 1). Thus, a case series will include real cases and pseudo cases among the exposed and the unexposed. In Table 4 below, I assume that the RR for the disease for the exposed compared with the unexposed is 2, 3 or 4; conservative estimates given the adverse event reports. I consider various rates for the pseudo disease and express the magnitude of the bias in terms of the percent of cases among the unexposed that are true, not pseudo, cases. For example, the first entry in Table 4 below assumes that the rate of pseudo disease is 5% the rate of the actual disease. If so, 95% of unexposed cases will be true cases. In this circumstance, a very large study will yield a biased RR of 1.95, rather than the correct value of 2. The biased RR must be multiplied by 1.024, the correction factor; that is, we must increase the observed biased RR by about 2%. The bias in this RR is small in this example because the proportion of false positive cases is only about 5%. The last entry in table 4 displays the most bias. The rate of disease and pseudo disease are the same so that 50% of the unexposed cases are false positives. In the population, the exposed have a 4-fold increased rate of disease compared with the unexposed. In this situation, a very large study will yield a RR of 2.5 instead of 4. That is, the biased study estimate must be increased by 60% to correct for the misclassification bias.

Table 4

The Bias in the Observed Rate Ratio and the Required Correction Factor According to the Proportion of True Cases Among All Cases (True and Pseudo)

| Percent True Cases | Biased RR | Correction Factor |
|---|---|---|
| | **True Risk Ratio = 2** | |
| 0.95 | 1.95 | 1.02 |
| 0.67 | 1.67 | 1.2 |
| 0.5 | 1.5 | 1.33 |
| | **True Risk Ratio = 3** | |
| 0.95 | 2.90 | 1.03 |
| 0.67 | 2.33 | 1.29 |
| 0.5 | 2 | 1.5 |
| | **True Risk Ratio = 4** | |
| 0.95 | 3.86 | 1.04 |
| 0.67 | 3 | 1.33 |
| 0.5 | 2.5 | 1.6 |

58. The PacifiCare study is likely to include many false positives because of its reliance upon medical claims without medical chart review. Assuming the RR of myopathy for Baycol users compared with users of other statins is between 2 and 4 and considering a range from 95% true cases to only 50% true cases, I estimate a correction factor of about 1.26 (the average correction factor in the table below). Thus, this method indicates that the RR's should be increased by about 26% to correct for the bias resulting from the failure of the investigators to eliminate false positives by verifying the diagnoses.

59. This potential source of bias can also be evaluated from the data in the Final Report. The PacifiCare study (and the adverse event reports) clearly implicates the combination of Baycol and gemfibrozil as a cause of myopathy. Using the data in Table 12 of the Final Report that includes all myopathy cases, one can estimate that the RR of myopathy for the combination of Baycol and gemfibrozil compared with Pravachol is 16.9 $(11.1, 25.7)_{95\%}$. This RR is based on 191 monotherapy Pravachol cases and 26 Baycol/gemfibrozil cases. However, some of these cases are likely to be false positives. Using the data in Appendix table E that includes only 49 inpatient-hospital myopathy events, the RR of inpatient myopathy for the combination of Baycol and gemfibrozil (number of events = 14) compared with monotherapy Pravachol (number of events = 6) is 285 $(109, 745)_{95\%}$. The inpatient-hospital cases will contain proportionately fewer false positives. The difference in these two estimates is likely due, in part, to the reduction of the bias arising from false positive cases. This comparison indicates an appreciably higher bias factor (correction factor = 16.9) than the analysis in my Table 4. In my correction below I use 30% and emphasize that I believe that this correction factor is quite conservative.

60. On the other hand, among the 32 inpatient-hospital myopathy cases that occurred among subjects not using gemfibrozil, there was no association between Baycol and the risk of myopathy (see Table Appendix E, page 91). There were 6 such cases on Baycol and 26 on the other statins (including Mevacor) for a Baycol RR of 1.10 with 95% CI: 0.45, 2.7. However, this finding suffers the limitation that it is based on sparse data. The interpretation of the upper confidence limit is that the data does not contradict a 2.7-fold increase in risk for monotherapy Baycol compared with monotherapy on the other statins.

61. Dr. Faich recognized the importance of verifying diagnoses in the PacifiCare study and he recommended that the investigators perform a medical record review of the inpatient-hospital cases (email from Gerald Faich to Jeff White, dated May 7, 2001 – MDL-NP-FAISCHGE00000451; Faich deposition).

**2. <u>Misclassification of Exposure</u>:**

62. Non-differential misclassification of statin exposures would obscure a real difference among the statins with regard to their effect on myopathy risk. If the myopathy risk for subjects on monotherapy Baycol were higher than that for other statins, and if statin use were misclassified for some subjects, the result would be to

obscure the higher rate of myopathy among Baycol users. Furthermore, PacifiCare providers apparently were promoting the use of Baycol (February 14 Report, Page 23, lines 3-4) and were providing samples of Baycol (February 14 Report, Page 22, line 1). Such Baycol samples probably would not be recorded in the computerized system. A subject receiving Baycol samples who developed myopathy would be classified to the wrong statin or would be ignored because 30 days had lapsed since his last prescription. The assignment of myopathy cases among persons using Baycol samples to another statin surely would mask a higher myopathy rate attributable to Baycol.

### 3. Bias Arising from the Failure to Use Person-Time in the Analysis

63. A potentially serious limitation of the PacifiCare report is an erroneous analysis by the investigators. In the report, cases were classified according to the last statin they had used prior to a myopathy claim. However, the investigators classified the non-cases according to the statin they were using at the end of follow-up and, thereby, ignored the fact that some of the subjects had switched statins. For example, if a subject had used statin X for the first four months of follow-up, switched to statin Y and developed a myopathy after a month, he would have been counted as a case to statin Y and appeared in the numerator and denominator of the myopathy rate pertaining to Y. The four months on statin X without myopathy are ignored. This practice is not a generally accepted epidemiologic procedure and, in fact, introduced bias. The proper method of analysis in this situation is the use of "person-time" in the analysis. This approach allocates four months of observation to the denominator of the myopathy rate for statin X, one month to statin Y, and would allocate the myopathy case to statin Y. This allocation of observation time to statins X and Y more accurately depicts the exposure and disease experience of this subject.

64. Since many subjects switch statins during the follow-up period, it was important to do a person-time analysis. In the present situation, it is especially problematic because the rates of switching for Baycol were appreciably higher than the rates of switching for other statins. Forty-two percent of subjects classified as Baycol users at the end of the observation period had switched from some other statin. The corresponding average switching rate for the other statins was about 15% (table 12, February 14, 2002 Report,). This difference in the switching rates for Baycol versus the other statins has the attribute that an analysis that ignores person-time will provide underestimates of the relative risk (RR) of myopathy for Baycol users compared to users of other statins. The bias can be estimated from information provided in the report and I do so below. However, I emphasize that the complete person-time analysis can be done only with the benefit of the data.

65. My Table 5 below displays the average duration of use among non-cases and the switching rates for non-cases for each statin. Apparently, these durations of use pertain to the 6-month follow-up period and the one-year period preceding the follow-up period since all averages are greater than 6 months (180 days). However, it is not clear if these mean durations pertain to all HMG's in the 1.5 year

period or only to the last HMG. I am assuming that the durations pertain only to the last HMG because it is hard to construct an explanation for the observation that subjects who ended the follow-up period on Baycol would have an appreciably lower mean duration of use of all HMG's in the preceding 1.5 years. The low mean duration of use of Baycol probably reflects the fact that many subjects switched to Baycol late in the follow-up period. If so, it follows that the person-time of observation for Baycol (the denominator of the myopathy rate) is considerably less than is the person-time of observation for the other statins (the denominator of their myopathy rate).

66. I correct for the bias using the mean duration of use as a surrogate for person-time. The idea is that duration can be used as a surrogate for person-time. For example, suppose *a* denotes the number of Baycol myopathy cases and *b* denotes the number of Pravachol myopathy cases. $N_1$ is the number of persons who last used Baycol and $N_2$ is the number who last used Pravachol. The PacifiCare investigators report as the rate ratio $\hat{RR} = \frac{(a/N_1)}{(b/N_2)}$. The correction is made as: $\hat{RR} = \frac{(a/N_1 * 259.6)}{(b/N_2 * 368.1)} = \hat{RR} * \frac{368.1}{259.6}$.

67. As can be seen in Table 5, the Baycol RR increases by 42% using Pravachol as the referent category. Each of the other RR's decreases since Pravachol had the lowest duration of use. The correction indicates that compared with Pravachol, Baycol users experience a rate of myopathy 2.5 (95% CI: 2.0, 3.1) times higher. The myopathy rate for Baycol is about twice that for all other statins combined (95% CI: 1.7, 2.4). Both findings are highly statistically significant. It also is noteworthy that after the correction for the PacifiCare investigators' failure to account for person-time, the difference in the RR's for Baycol versus Lescol (the statin with the next highest myopathy rate for monotherapy) is highly statistically significant ($P < 0.0001$). The RR's in Table 5 are not adjusted for potential confounders. I apply the correction to the adjusted RR's below.

Table 5

Average Duration of Use, Percent Switching, the Unadjusted RR and the RR Adjusted for Average Duration of HMG Use

| | Duration HMG use[1] | % Switching[2] | Unadj RR[3] | Adj RR[4] |
|---|---|---|---|---|
| Baycol | 259.6 | 42.0 | 1.76 | 2.50 |
| Lescol | 404.3 | 5.32 | 1.64 | 1.49 |
| Lipitor | 407.9 | 33.4 | 1.62 | 1.46 |
| Mevacor | 447.6 | 10.9 | ---- | ---- |
| Pravachol | 368.1 | 10.3 | 1.0 | 1.0 |
| Zocor | 414.8 | 23.6 | 1.31 | 1.16 |
| All | 367.6 | 19.9 | 1.31[5] | 1.97[6] |

1. Mean duration of use in days among non-cases; from Table 11 of Final Report, Page 35.
2. Percent switching among non-cases; from Table 11 of Final Report, Page 35.
3. Unadjusted rate ratio from Table 12 of Final Report, Page 36, no concurrent gemfibrozil.
4. Duration adjusted RR= Unadjusted RR * (368.1/duration HMG).
5. Baycol versus all other statins (including Mevacor).
6. Mean duration of use among non-cases for all statins other than Baycol is 389.8 days.

68. PacifiCare consultants noted the importance of analyzing the PacifiCare data using person-time. For example, in his deposition, Dr. Faich states, "on balance, I think that the right answer and the simplest and most direct answer is to use person-time." He also states that the use of person-time "would shift all of the results by about a third."(Faich deposition, Page 244). When asked if adjustment for patient-years would make Baycol look worse, Dr. Faich states "Somewhat so, yes." (Faich deposition, Page 299), but he qualifies that answer on the grounds of biology. However, the issue is not biology; rather, the relevant issue is the proper use of statistical and epidemiologic technique. Dr. Makuch, who I understand was a consultant to the PacifiCare investigators in biostatistics, wrote a note on the cover page of the March 22, 2001 "Final Report" to Dr. Felix (Monteagudo) of the PacifiCare study that he "would of liked to have seen more use of person-years". He also was concern about the different switching rates for Baycol and the other HMG's. (Exhibit 55, Gerald Faich deposition, BAYCORP00033768).

69. Thus, it was generally acknowledged that the use of person-time is the proper method of analyzing the PacifiCare study. Dr. Faich agrees that Baycol will look worse if such an analysis is done. I agree and made the correction using duration of use as a surrogate for person-time. The adjustment causes Baycol to stand out among the statins as a potential problem, even when used without gemfibrozil.

70. Finally, the bias arising from the failure to use person-time in the analysis can be evaluated from the information in the Final Report. The data in my Table 6 below is obtained from Table 13 of the Final Report. Bias arising from the failure to use person-time would be most evident among those who had switched statins. As can be seen, this is indeed true. The RR for monotherapy Baycol compared with monotherapy Pravachol is 2.15 among those who had not switched statins, a highly statistically significant finding, while among the switchers the RR is 1.00.

Table 6

Risk Ratio for Each Statin Compared with Pravachol among Subjects without Gemfibrozil According to Switching Status[1]

| | Did not Switch | | Switched | |
|---|---|---|---|---|
| | RR | 95% CI | RR | 95% CI |
| Baycol | 2.15 | 1.7, 2.7 | 1.00 | 0.62, 1.6 |
| Lescol | 1.72 | 1.4, 2.1 | 1.04 | 0.47, 2.3 |
| Lipitor | 1.84 | 1.5, 2.3 | 1.00 | 0.62, 1.6 |
| Pravachol | 1.0 | ---- | 1.0 | --- |
| Zocor | 1.43 | 0.91, 2.3 | 0.80 | 0.31, 2.1 |
| All[2] | 1.5 | 1.3, 1.9 | 1.01 | 0.71, 1.4 |

1. from Table 13 of the Final Report.
2. Baycol compared with all others in the table.

### 4. Selection Bias Arising because of HMG Tolerance among Baycol Users

71. The high rate of switching to Baycol compared with the other statins is a potential problem in another regard. Subjects who switched to Baycol had previously used another statin and therefore would have a history of tolerating statin therapy. Such persons may experience a lower risk of myopathy than would new Baycol users. Dr. Faich states in his deposition "I think the clustering of cases, though, tends to be earlier, and under three months is when the majority of cases occurred, certainly in the spontaneous reports." (Gerald Faich deposition, Page 244). Since many subjects apparently switched to Baycol late, it follows that proportionately more Baycol person-time was contributed by subjects with a longer history of HMG use. This bias, too, would mask an adverse Baycol effect.

## E. Estimates Adjusted for Confounding and Biases Described Above

72. The correction I made in Table 5 is not adjusted for potential confounding by the other factors considered by the investigators. They report the RR's for subjects not using gemfibrozil adjusted for age, gender, PacifiCare market, diabetes and coronary heart disease, hypertension, and the ratio of maximum dosage in their Table

15. My own analysis of their data indicates that age and gender are not important confounders, whereas market is a confounder, at least, in their Table 14. I could not evaluate confounding by diabetes, coronary heart disease, and hypertension using the data in the Final Report. I would not adjust the RR's for dosage because almost all Baycol exposures in this study were low dosage (see Table 2, February 14, 2002 Report). I present their adjusted RR's in my Table 7 below.

Table 7

The Crude RR's, Adjusted RR's, Average Duration of HMG Use, and the Adjusted RR's Corrected for Average Duration of HMG Use Among Subjects Without Concurrent Gemfibrozil

| | Crude RR[1] | Adjusted RR[2] | Duration HMG use[3] | Corrected Adjusted RR[4] |
|---|---|---|---|---|
| Baycol | 1.76 | 1.37 | 259.6 | 1.94 |
| Lescol | 1.64 | 1.34 | 404.3 | 1.22 |
| Lipitor | 1.62 | 1.33 | 407.9 | 1.20 |
| Pravachol | 1.0 | 1.0 | 368.1 | 1.0 |
| Zocor | 1.31 | 1.18 | 414.8 | 1.05 |
| All[5] | 1.31 | 1.02[6] | 367.6 | 1.53[7] |

1. Unadjusted RR from Table 13.
2. Adjusted RR from logistic regression model; Final Report, Table 15.
3. Mean duration of use in days among non-cases; from Table 11 of Final Report, Page 35.
4. Duration corrected adjusted RR= Adjusted RR * (368.1/duration HMG).
5. Baycol versus all other statins.
6. Not reported, estimated as $(\frac{1.31}{1.76})*1.37$.
7. Mean duration of use among non-cases for all statins other than Baycol is 389.8 days

73. I applied the same correction for duration of HMG use to the adjusted RR's as I did in my Table 5 above. The results are displayed in the last column of Table 7. The corrected RR for Baycol compared with Pravachol is 1.94 with 95% CI:

$$e^{\ln(1.94)\pm\sqrt{\frac{1}{157}+\frac{1}{191}}} = (1.6, 2.4).$$

For Baycol compared with all other statins, the corrected RR is 1.53 $(1.3, 1.8)_{95\%}$.

74. These RR's are not corrected for the other biases I described. Based upon the considerations above, I inflate the monotherapy Baycol RR by 30% for the failure of the investigators to eliminate false positives by medical record review and by 10% for the combination of non-differential misclassification of exposure, Baycol sampling, and that Baycol switching resulted in proportionately more Baycol person-time being contributed by subjects with a longer history of HMG use than was so for the other statins. The results are shown in Table 8.

Table 8

Final Adjusted Estimates for Baycol versus Pravachol and Baycol versus All Other Statins with RR's, 95% Confidence Limits, and P value
(Without Concurrent Gemfibrozil Use)

| | Myopathy Cases | | | | |
|---|---|---|---|---|---|
| | Baycol | Referent | RR | 95% CI | P value |
| Baycol versus Pravachol | 157 | 191[1] | 2.8 | 2.1, 3.8 | < 0.0001 |
| Baycol versus all other Statins | 157 | 571[2] | 2.2 | 1.7, 2.8 | < 0.0001 |

1. Number of myopathy cases classified to Pravachol.
2. Number of myopathy cases classified to a statin other than Baycol.

75. These corrections are conservative. Furthermore, the most important correction is that pertaining to duration of use and there is little doubt that the PacifiCare investigators failure to analyze the data using person-time is an error. The other important correction factor pertains to errors resulting from the absence of a medical review. The PacifiCare investigators themselves acknowledge this limitation, although they state that the medical record review should be restricted to the inpatient-hospital cases. If these simple corrections are made, it is clear that the PacifiCare study demonstrates that monotherapy Baycol is worse than monotherapy with other statins with respect to myopathy. Thus, despite the PacifiCare investigators conclusions otherwise, the findings of the PacifiCare study agree with the spontaneous reports. Both the PacifiCare study and the spontaneous reports suggest that monotherapy with Baycol increases the risk of myopathy more so that does monotherapy with other statins.

## DR. BRIAN STROM'S OPINIONS

76. (paragraph 5 of Strom's report): I agree with Dr. Strom's statement that "The FDA's Medwatch system was never intended to be used, and cannot be used in a scientifically valid manner, *to determine the incidence rate* (emphasis added) of a particular adverse event in association with use of a particular pharmaceutical product." However, it can under certain conditions, described in my report, provide a scientifically valid estimate of the incidence rate ratio. And, an incidence rate ratio is a valuable tool in establishing causation.

77. (paragraph 6): The Medwatch system can be used to obtain estimates of the incidence rate ratio under the conditions described in my report. The most common type of epidemiologic study is the case-control design and it, too, cannot provide estimates of incidence rates. Yet, it generally is accepted as a valid study design and does provide estimates of relative incidence rates or relative risks. Formal, well controlled studies generally are preferable to passive reporting systems. But, since rhabdomyolysis is rare, clinical trials are not feasible for this outcome.

78. (paragraph 9): The issue is not whether statins cause rhabdomyolysis, but rather, the issue is does Baycol increases risk more so than other statins. Certainly, the joint effect of Baycol and gemfibrozil on myopathy is considerably greater than is the joint effect of other statins and gemfibrozil. And, the fact that statins were well known to be related to myopathy, does not explain the observation in the FDA AERS database that one statin (Baycol) is worse than another (e.g. Lipitor).

79. (paragraph 20): A serious source of bias in the Baycol RR in the PacifiCare study results from the fact that the investigators ignored person-time in their analysis. They under-estimated the denominator of the rates for other statins and therefore these rates are too high. Hence, the rate ratio contrasting Baycol to other statins (the Baycol rate divided by the rate of all other statins) is too low. That is, they underestimated the RR contrasting Baycol to other statins. This bias would persist, even it were true, that most cases of rhabdomyolysis among Baycol users occur with 1-2 months after initiating therapy, as Dr. Strom contends.

80. (paragraph 22): I agree with Dr. Strom that any misclassification of cases in the PacifiCare study is likely to be nondifferential and that this type of misclassification would obscure real differences among the statins with respect to rhabdomyolysis. He points out that nondifferential misclassification was not severe enough to mask the Baycol/gemfibrozil interaction. However, the Baycol/gemfibrozil interaction on the risk of rhabdomyolysis is extremely strong. Differences among the statins with respect to increasing myopathy risk when used without gemfibrozil may not be as large, and hence, are more likely to be missed.

81. (paragraph 23): The use of free, unrecorded statin samples (Baycol or another statin) in the PacifiCare study is an example of exposure misclassification. If, as Dr. Strom suggests, free samples of all statins were provided, the exposure classification is nondifferential and such bias would obscure real differences among the statins with respect to their relation with myopathy.

## V. POSSIBLE ADDITIONAL ANALYSES AND AMENDMENT OF REPORT

82. I understand that discovery is ongoing in the Baycol MDL litigation, and that additional information may become available in the future. If additional information from discovery or other sources does in fact become available, I will amend my opinions, if appropriate, and submit a supplemental report.

Harland Austin, D.Sc.

# APPENDIX

## Relationship between Incidence Rate Ratio and Reporting Rate Ratio

83. Suppose all cases of rhabdomyolysis occurring among users of drug X (say A cases) are identified and the number of prescriptions of drug X (say $N_1$) is available. The incidence rate is defined as the number of cases per unit time. To obtain the incidence rate of rhabdomyolysis, you would obtain A /($N_1$ * $L_1$) where $L_1$ is the average length of a prescription of drug X. Consider B cases of rhabdomyolysis occurring among $N_0$ prescriptions of drug Y. The incidence rate of rhabdomyolysis for drug Y is B/($N_0$ * $L_2$) where $L_2$ is the average length of a prescription of drug Y. If $L_1$ = $L_2$, it follows that the ratio of the two incidence rates, the incidence rate ratio equals $\frac{(\frac{A}{N_1})}{(\frac{B}{N_0})} = IRR$. It is convenient to write this measure as: $IRR = (\frac{A}{B}) * (\frac{N_0}{N_1})$.

84. Incidence rates cannot be estimated using the FDA AERS database since only an unknown fraction of the cases are reported. However, if an estimate of the number of prescriptions of the drug of interest is available, the system can be used to estimate a "reporting rate"; the reported number of cases divided by the number of prescriptions. The reported number of cases is some fraction of all cases. Suppose $\delta_1$ represents the proportion of cases of rhabdomyolysis reported among persons using drug X and $\delta_0$ represents the proportion of rhabdomyolysis cases reported among persons using drug Y. The reporting rate (RR) per prescription for drug X is $\frac{\delta_1 A}{N_1}$ and that for drug Y is $\frac{\delta_0 B}{N_0}$. Assuming that the probability of reporting a rhabdomyolysis case for drugs X and Y is the same ($\delta_1 = \delta_0 = \delta$), the reporting rate ratio equals:
$RRR = \frac{(\delta A / N_1)}{(\delta B / N_0)} = \frac{(A / N_1)}{(B / N_0)} = IRR$. Thus, under these assumptions, the RRR estimates the IRR.

## Relationship between Incidence Rate Ratio and Proportional Reporting Ratio

85. Let $R_1$ denote the rate (per prescription) of all adverse events other than rhabdomyolysis among persons using drug X. Let $R_0$ denote the corresponding rate for drug Y. For drug X, the total number of other adverse event reports will equal $N_1 * R_1 * \theta_1 = c$ and for drug Y the total number of other adverse event reports equals $N_0 * R_0 * \theta_0 = d$. In these expressions, $\theta_1$ is the proportion of all other events reported to

the FDA for drug X and $\theta_0$ is the proportion of all other events reported to the FDA for drug Y. Thus, $(\frac{d}{c})$ estimates $(\frac{N_0}{N_1})*(\frac{R_0}{R_1})*(\frac{\theta_0}{\theta_1})$.

81. For drug X we observe $\delta_1 A$ cases of rhabdomyolysis and for drug Y we observe $\delta_0 B$ cases of rhabdomyolysis. Thus, with the observed data we can obtain: $(\frac{\delta_1 A}{\delta_0 B})*(\frac{d}{c})=(\frac{A}{B})(\frac{N_0}{N_1})*(\frac{\delta_1}{\delta_0})*(\frac{R_0}{R_1})*(\frac{\theta_0}{\theta_1})$. Recall that the $IRR=(\frac{A}{B})*(\frac{N_0}{N_1})$. Thus, the PRR will estimate the IRR if the incidence rates of all other adverse events are equal for drugs X and Y ($R_1=R_0$) and $\frac{\delta_1}{\delta_0}=\frac{\theta_1}{\theta_0}$. The first requirement is that the rate of other adverse events is the same for drugs X and Y. The second requirement is that the ratio of the probability of reporting a rhabdomyolysis event for drug X to drug Y must equal the ratio of the probability of reporting all other events for drugs X and Y. This equality holds if $\delta_1=\delta_0$ and $\theta_1=\theta_0$.

86. A PRR generally is more limited as an estimate of the IRR than is the RRR because it requires more assumptions. We required only that $\delta_1=\delta_0$ for using the RRR as an estimate of the IRR. However, in at least one regard, the PRR has an advantage over the RRR as an estimate of the IRR. Suppose drug X is new and the probability of reporting any adverse event is twice that of drug Y ($\delta_1=2*\delta_0$ and $\theta_1=2*\theta_0$). In this situation, the RRR is two times higher than the IRR, but the PRR is an unbiased estimate of the IRR.

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - -x
In re: :
:
BAYCOL PRODUCTS LITIGATION. : MDL No.
: 1431 (MJD/JGL)
- - - - - - - - - - - - - - - - - - -x

Washington, D.C.
Friday, January 30, 2004

Video Deposition of:

CHARLES E. BOULT, M.D.

a witness, called for examination by counsel for Baycol, pursuant to notice and agreement of counsel, beginning at approximately 9:20 a.m., at Williams & Connolly, 725 Twelfth Street, N.W., Suite 1000, before Monica A. Voorhees, RPR/CSR, Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

P R O C E E D I N G S

Whereupon,

CHARLES E. BOULT, M.D.,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

MR. MIZGALA: I just want to point out, there is someone on the telephone.

Go ahead and introduce yourself.

MR. EARLEY: And I should have jumped in there. Loyd Earley on behalf of some pharmacists.

EXAMINATION BY COUNSEL FOR BAYCOL

BY MR. MIZGALA:

Q. Okay. Dr. Boult, you've been deposed before, correct?

A. Yes.

Q. Okay. Just quickly then, well actually the only time, or the only record I have of you being deposed in the last 10 years was May of 2003 in a case Cardiac Surgery Associates V Mid Atlantic Cardiovascular Associates.

Is that correct?

A. That is.

Q. Well, Doctor, that all statins, all the statins cause muscle damage is one thing.

Providing a basis between the comparative risks of statins is another, correct?

A. I see what you're saying.

Yeah, I think the, I'm not sure which one of these now it came from, but the, well, actually I do know. One, the best summary is the Thompson article, which is on the second page, the fifth from the bottom, this was a review of the whole field of statin-induced myopathy and so it wasn't original data, but it's a summary of all the data that's out there, and that was published in 2003.

And in there they cite the risk of rhabdomyolysis as being something in the range of 15 to 80 times greater with Cerivastatin than the other statins and I believe the original article, or the original reports of that had to do with the reporting of adverse events in the post marketing era after the drug was released.

Q. So that's not, that's not incidence data, those are data related to reporting rates of adverse

MR. HOPPER: I'm sorry, did you ask him if that was his testimony?

MR. MIZGALA: Yeah.

THE WITNESS: No, I didn't --

BY MR. MIZGALA:

Q. Okay.

A. -- testify to that.

Q. Is that your opinion, do you think that Baycol had a higher rate of the mild form of what you defined as your, in your spectrum, the mild myopathy, do you feel that it had a higher rate of myopathy associated with it than the other statins?

A. I don't have information about that.

Q. Okay. How about the intermediate form, do you feel Baycol had a higher rate of the intermediate form of myopathy than the other statins?

A. As far as I know, there's no studies that even tell us that.

Q. Okay.

A. We just know that it had a higher rate of severe and sort of biological inference, if it tends to cause more higher rate or more frequent severe

damage, then it probably has a higher rate of the moderate to severe damage, as well, since it's all on a continuum.

Q. So you're relying on the rhabdo data; is that correct, when you talk about these other rates?

A. More likely to be the moderate to severe, yes. Yes, it's --

Q. There's no direct data on that, correct, comparing the statins?

A. Just the rhabdo data.

Q. Okay. So there is no direct data on the mild or the intermediate; is that correct?

A. There may, there probably is on the mild and I'm just not able to cite it for you right now.

Q. What would the nature of that data be?

A. Well it would be the combination of the data from clinical trials and then the post marketing data.

Q. And when you refer in your continuum, when you're talking about mild, the mild, are we calling this myopathy or muscle injury, what do you want to call it?

A. That's correct.
Q. And there's nothing in there about adverse event reporting, correct?
A. Not directly.
Q. Well is there something indirectly in there?
A. Yeah, the reference we talked about in paragraph 20, about the absence of complete information.
Q. Okay. The one that would apply to all statin labels, correct?
A. But particularly to the Cerivastatin because of its higher rate of adverse effects.
Q. And rate, again, you're referring to adverse event reporting rates, correct?
A. Yes.
Q. Okay. You're not aware of any study?
MR. HOPPER: Objection. That's, that contravenes his prior testimony.
BY MR. MIZGALA:
Q. Doctor, are you aware of any study --
MR. HOPPER: Mischaracterizes it.

on that form of myopathy?
A. Not that I'm aware of.
Q. Okay. But, Doctor, this paragraph doesn't say anything about the comparative rate, it just says that in deducing a severe to -- moderate to severe statin-induced myopathy, you use these three clinical criteria and you would use those whether the statin was Cerivastatin, Simvastatin, Atorvastatin or any other statin, right?
A. Yes, I think that would be true, it's just that it would be much more likely to have this moderate to severe myopathy with Cerivastatin.
Q. And you're basing that as an off-chute of the fatality data from Staffa, correct?
A. Yes.
Q. Okay. Okay, the first thing you say, Doctor, is pain or weakness, pain is a subjective complaint, correct?
A. Yes.
Q. Okay. Why do you say or? You don't need both?
A. That's right, some of the cases have pain,

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---------------------------X

In re: ) MDL No. 1431 (MJD/JGL)

BAYCOL PRODUCTS LITIGATION ) Volume II

---------------------------X

Washington, D.C.

Monday, February 16, 2004

Continued Videotaped Deposition of

CHARLES E. BOULT, M.D.,

a witness, called for further examination by counsel for Bayer, pursuant to notice and agreement of counsel, beginning at approximately 10:28 a.m. at the Law Offices of Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. before Cindy Sebo, RMR, CSR, RPR, Capital Reporting Company, Notary Public in and for the District of Columbia, when present on behalf of the respective parties:

part without the data, correct, Doctor?
A I'm not so sure what the implication of labeling it pure speculation -- I -- I think it -- it would be just what it is. It would be making an -- an informed estimate based on the information you have.
Q Doctor, your opinion regarding the comparative muscle toxicity of Baycol versus the other statins is based entirely upon the analysis of reporting rates, correct?
A The adverse event drug reports at postmarketing --
Q Is that right?
A Would you please repeat the first part of that question?
Q Your opinion regarding the comparative muscle toxicity of Baycol versus the other statins is based entirely upon reporting rates of adverse events, correct, postmarket?
A Yes.
Q Okay. A reporting rate is calculated by adding up the number of spontaneous adverse