# Exhibit L

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
:
This Document Relates :
To: All Cases :

COPY

- - -

C O N F I D E N T I A L

- - -

September 15, 2004

- - -

Videotape deposition of PAUL D. STOLLEY, M.D., held at the Sheraton Columbia, 10207 Wincopin Circle, bia, Maryland, 21044, commencing at 9:30 a.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

hear some people.

\- - -

PAUL D. STOLLEY, M.D., after having been duly sworn, was examined and testified as follows:

\- - -

EXAMINATION

\- - -

BY MR. PIORKOWSKI:

Q. Good morning, Dr. Stolley.
A. Good morning.
Q. Would you state your full name for the record, please.
A. Paul David Stolley.
Q. What's your address?
A. 6424 Brass Knob, Columbia, Maryland 21044-4019.
Q. Is that a home address or business address?
A. That's my home address.
Q. Do you have a current business address?
A. I do.
Q. What is that?

Why don't we say we'll leave Exhibit 7 open, you'll do your best, along with Dr. Stolley, to put together as comprehensive a list as you can of the things that he's reviewed, and we'll make that another exhibit to the deposition.

BY MR. PIORKOWSKI:

Q. Is there anything, as you sit here today, that's in the medical literature that you are specifically relying on as support for your opinions?

A. Well, I would say the document that I'm relying on the most and find the most persuasive is the European medicinal commission review. I think I have the title wrong, but --

Q. CPMP?

A. EMEA.

Q. EMEA?

A. Yes. I would say that document is the one I've relied on the most.

Q. But that is not a document

in the published medical literature; right?

A. I don't know what you'd call it.

Q. Let me back up and rephrase the question so we're on the same page.

A. It is a regulatory document.

Q. It is a regulatory document?

A. Right.

Q. Are there any peer-reviewed articles in the published medical literature that, as you sit here today, you are specifically relying on for some proposition to support your opinions?

A. The Thompson article, which I think was published in JAMA if my memory serves me right, and then there was the ones I mentioned, which are published, but are also reviews, the NIH/Heart Association recommendations.

Q. Is that the Pasternak et al.?

A. I think Pasternak may be the lead author.

reporting system?

MR. BLACK: Objection.

THE WITNESS: I don't know if I was aware of that or not.

BY MR. PIORKOWSKI:

Q. Do you have any reason -- strike that.

Dr. Strom states in Paragraph 10 that: "Numerous factors are recognized as influencing reporting rates of adverse events including, but not limited to, the recency of the pharmaceutical products introduction to the market, publicity and/or communications with the medical community about the product and its potential adverse events, and variability in coding and diagnostic definitions with respect to the adverse event reported." Did I read that correctly?

A. Yes.

Q. Do you agree with that?

A. I do.

Q. How can differences in

fairly unpredictable, and speculation
could take you in various directions.

Q. Let me ask you, from your
experience in the FDA, are most adverse
event reports sent from physicians
directly to the FDA, or do most reports
come in from the physician to the
pharmaceutical company and then get
relayed to the FDA in that manner?

MR. BLACK: Objection.

THE WITNESS: For most
drugs, adverse drug reaction
reports, the majority of them come
from the company. They don't come
necessarily from the doctor to the
company. They may come from the
detail person of the company.

BY MR. PIORKOWSKI:

Q. Right.

A. They may come even from the
patient to the company, the pharmacist.
Almost anybody can report it, but they
tend to more likely report to the company
or the company collect it and then send

A. Yes.

Q. Do you agree with that?

A. No, I don't agree with that. I imagine the difference between Dr. Strom and myself would have to do with what constitutes proof, and I believe that the weight of the evidence from the spontaneous reporting systems and clinical trial data as summarized, I think, best by the European review of when they withdrew it from the market persuades me that monotherapy with Baycol is more dangerous than monotherapy with alternative statins. My guess is that Dr. Strom would find that to be inadequate as proof.

Q. Are you aware of any controlled epidemiologic study that shows an increased risk of rhabdomyolysis for Baycol monotherapy compared to monotherapy with any other statin?

A. No.

Q. Are you aware of any controlled epidemiologic study that shows

there is duplication in the databases?

MR. BLACK: Objection.

THE WITNESS: You don't want double counting in any study.

BY MR. PIORKOWSKI:

Q. Is there anything Dr. Farquhar has said or has done in the way of a study that you are relying on for the purposes of your opinions?

A. I felt his -- I read his summary of the literature on spontaneous reporting and was in general agreement with it, but I don't have to rely on it, because I feel the European summary is adequate for my opinion. I'm not relying on the PacifiCare study or any adjustments or changes to the PacifiCare study in making my opinion.

Q. You're aware that Dr. Farquhar did his own, for lack of a better term, adjustments to the PacifiCare data?

MR. BLACK: Objection.

THE WITNESS: I am aware of

healthy and usually on only one drug and so on. So, I don't like that sentence.

Q. In any event, those statements were taken from an FDA internal memo; is that right?

A. I guess. I mean, you know, it's hard to know what name to even put on this thing.

Q. Now, is one of the biases that can affect an adverse event reporting rate comparison -- well, let me back up.

Is there a recognized concept in pharmacoepidemiology that during the first two years of marketing, drugs have a higher reporting rate than at other periods of time?

A. That's often found. It's not an iron rule. And a lot depends on the drug and other things that are going on in medical practice, particularly medical/legal problems that may be occurring. But as a general rule, it's thought that interest begins to wane in

reporting after the first two years.

Q. The FDA itself has recognized an effect or what they call the Weber effect of increased reporting during the first two years; is that correct?

MR. BLACK: Objection.

THE WITNESS: I've never heard the term "Weber effect," so I don't know what it means, but people do write about the fact that there is increased reporting -- there is increased reporting during the first couple of years that a drug is placed on the market, and everybody is watching it.

BY MR. PIORKOWSKI:

Q. In fact, two great men once said that because defects in adverse event reporting "can vary considerably, even among drugs of the same therapeutic class, e.g. according to how recently the drug was marketed or how aggressive the

manufacturer is in soliciting reports, voluntary systems are of very limited use for comparing the relative effects of different drugs." Do you recognize that language?

A. It's extremely elegantly written. I wonder who wrote it.

Q. Do you recognize that language in an article that you co-authored with Dr. Strom?

A. Uh-huh. Actually, I didn't recognize it.

MR. BLACK: Are you going to use that as an exhibit?

MR. PIORKOWSKI: (Handing over document.)

MR. BLACK: Thank you.

MR. PIORKOWSKI: What's our next Exhibit Number?

THE COURT REPORTER: 16.

MR. BLACK: 16?

MR. PIORKOWSKI: We've got a couple that I've already marked.

- - -

(Whereupon, Deposition Exhibit Stolley-16, "Evaluating and Monitoring the Safety and Efficacy of Drug Therapy and Surgery, 1986, Stolley/Strom, pp 1145-1155, was marked for identification.)

- - -

BY MR. PIORKOWSKI:

Q. Do you recognize, Doctor, the end of the paragraph on Page 1149 that I just -- is that the sentence that I just read?

A. Show me.

Q. Right here. (Indicating.)

A. Yes. I am the co-author of that statement.

Q. Do you still believe that statement to be true today?

A. I would change it to probably -- I would take out the "very" and say "are of limited use."

Q. Other than that, you would still stand by that statement?

A. Yes.
Q. So, whether or not, as you said, it's an ironclad -- you can hold on to that -- whether it's an ironclad rule, and I'm not suggesting that it happens in every single case, but it's certainly a phenomenon that epidemiologists who practice pharmacoepidemiology have recognized that during the first two years of marketing, the volume of adverse event reports increases for a particular drug. Is that a fair statement?
A. Yes, but we have to remember that in the first two years of marketing, the distribution of the drug may be extremely limited. Formularies may not have accepted it, sales are just beginning, and so at the end of 24 months you may get very few reports because you have very little usage, and that would affect that rule.
Q. And that's why you don't look at absolute numbers, you try to look at reporting rates; right?

adverse event data would be false?

MR. PIORKOWSKI: Objection to form. Calls for speculation.

THE WITNESS: I think it's unpredictable of what another study could show. It depends on how well it's done and so on. We have what we have, and what we have is a cohort study that to me is vastly deficient and uninformative because of its deficiencies in power and precision of diagnosis, sample size, validation of the diagnosis and so on. So, we then have to look at the next best data, and the next best data are the occurrence rates from spontaneous reporting, using the numerator and estimated denominators, and there we have a very consistent story from all over the world as summarized best by the European medicines safety commission. That

issue in looking at it. I wouldn't say it invalidates the comparison.

Q. But you'd certainly agree with me that if you're going to raise that issue, you've got to look not just at the Baycol doses and the calendar in which higher doses of Baycol were approved, you have to do the same thing for all the other statins. Is that fair?

A. Yes. But you see, I think that's been done in a sense with the summary of all the experience at the point at which Baycol left the market. These subcomparisons and attempts to correct for biases which can go in various directions are very shaky, and that's why I felt that the European summary of the worldwide data was the most persuasive and why, if I had to summarize my opinion about Baycol and the risk of rhabdomyolysis, it was best summarized by saying I agree with the European document almost in its entirety.

Q. Are you familiar with the

# Exhibit M

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) ) ) ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To All Actions | ) | |

## EXPERT WITNESS AFFIDAVIT OF THOMAS M. ZIZIC, M.D.

## I. BACKGROUND AND QUALIFICATIONS

1. I am and have been an Associate Professor of Medicine at Johns Hopkins University School of Medicine in Baltimore, M.D. for approximately twenty (20) years. I was the Associate Director of the Rheumatic Disease Unit for Johns Hopkins at the Good Samaritan Hospital from approximately 1973 to 1982. I am presently Co-Director of Chesapeake Medical Research in Baltimore, Maryland, and have a private practice in rheumatology.

2. I am a founding fellow of the American College of Rheumatology. I received my medical degree from Johns Hopkins University School of Medicine, Baltimore, Maryland, in 1965. I served an internship and residency at Johns Hopkins University Hospital Center from 1965 to 1967 in internal medicine. From 1967 through 1969, I served as a flight surgeon at the School of Aerospace Medicine at Brooks Airforce Base, San Antonio, Texas. From 1969 to 1971, I was a Post-Doctoral Fellow in Rheumatology at Johns Hopkins in Baltimore. On July 1, 1971, I became an Instructor of Medicine and I have remained on the faculty of Johns Hopkins through the present. For the first seventeen (17) years, I was on the full-time faculty of Johns Hopkins University School of Medicine. For the next fifteen (15) years, I served on the medical school faculty part-time and began a private practice in Rheumatology.

3. I am past President of the Maryland Society of Rheumatic Disease. I was on the National Committees of the Arthritis Foundation and The Lupus Foundation. I am a Co-

Zizic
EXHIBIT NO. 1
2-10-04
L. GOLKOW

Founder of the National Osteonecrosis Foundation. I am also on the Board of Directors of the National Center for Osteonecrosis Research and Education. I was a Co-Founder of the U.S. Osteoporosis Network. I serve on the Regional Mid-Atlantic Osteoporosis Advisory Board.

4. The principal subjects of my research over the years have been osteoporosis, osteonecrosis, the study of connective tissue diseases including such disorders as systemic lupus erythematosus, polymyalgia rheumatica and polymyositis (an inflammatory disease of the muscle) and a variety of other diseases that have muscle signs and/or symptoms. Since muscles as well as bones and joints are predominantly connective tissues, most major rheumatological diseases are directly or indirectly related to muscles and connective tissue.

5. I have published approximately 100 articles and abstracts in peer reviewed journals as well as several dozen chapters in textbooks of medicine. A copy of my C.V. including a list of my publications for at least the last ten years is attached as Exhibit "A".

6. For the last fifteen (15) years in my clinical practice, I have treated patients with statin-associated muscle disorders.

7. I have been retained by the Plaintiffs' Steering Committee pursuant to a letter agreement. The letter agreement sets forth the terms of my engagement as an expert in connection with this matter. I have also executed a Confidentiality Agreement. A copy of both the executed letter agreement and Confidentiality Agreement are attached collectively as Exhibit "B".

8. I have been asked for my opinions with respect to: (a) the cause and effect relationship between exposure to Baycol (cerivastatin) and muscle disease and disorders; (b) how statins act at the cellular level and in particular, how cerivastatin acts at the cellular level; (c) the cause and effect relationship between the concomitant use of statins with fibrates, and in particular, the concomitant use of cerivastatin with gemfibrozil and muscle disorders such as myopathy and rhabdomyolysis; (d) muscle diseases and disorders associated with statin use; (e) methods of diagnosis; (f) the range of clinical outcomes of such injuries including whether cerivastatin can cause permanent residual harm in certain patients; (g) the possible pathogenic

mechanisms for these disorders and diseases; and, (h) the cause and effect relationship of certain co-morbidities and cerivastatin. I also have been asked to render specific opinions as to certain patients' cerivastatin exposure and related injuries and clinical outcomes.

9. The opinions in this report are expressed to a reasonable degree of medical certainty based upon generally accepted medical and scientific reasoning and methodology, including a review of peer-reviewed scientific and medical literature, clinical records and documents specific to this litigation. My analysis is in accord with more than thirty-five (35) years of medical training, experience providing clinical care, and more than fifteen (15) years of full-time academic experience as a clinician, researcher and teacher at the Johns Hopkins University School of Medicine.

10. A complete list of the documents and materials I have reviewed are attached as Exhibit "C". I understand that discovery in this matter is ongoing and to the extent additional information or research becomes available from any source, I will supplement this report if appropriate.

11. I am attaching a list of all of the legal cases in which I was retained to serve as an expert consultant in the last four (4) years. The list was prepared to the best of my recollection and is attached as Exhibit "D".

## II. Summary of Opinions

### A. Introduction.

12. Cerivastatin (Baycol) is a statin drug that was available for less than four years, from February 1998 through August 8, 2001. Of the six (6) statins then available, cerivastatin was clearly the most toxic to muscles both in monotherapy and in combination therapy.

13. The muscle toxicity of cerivastatin resulted in a continuum of myopathies -- ranging from myalgias to severe rhabdomyolysis with acute renal failure and death. It is the purpose of this report to address the reasons for cerivastatin's extreme propensity for causing myopathy, including the most biologically plausible explanations for the cause and effect

relationship between cerivastatin and such disorders. In addition, since it is clear that many patients have muscle symptoms after discontinuation of cerivastatin, this report documents and explains chronic muscle damage subsequent to cerivastatin use.

B. **Overview of Hyperlipidemia and Lipid Lowering Drugs.**

14. The Adult Treatment Panel-III of the National Cholesterol Education Program ("NCEP") guidelines has expanded the population targeted for aggressive therapy to reduce LDL cholesterol (to less than 100 mg/dl). The target population includes patients with diabetes and other coronary heart disease ("CHD") risk equivalents for whom the goal is to lower cholesterol to below this level. The achievement of this stringent optimal target will often require a combination lipid-altering therapies. Adjunctive therapy enables a balanced therapeutic attack on lipid and lipoprotein abnormalities by harnessing the complementary metabolic effects of statins, bile acid resins, niacin and fibrates. Exploiting the synergies inherent in these drug combinations may also have mutual drug-sparing effects, i.e., enabling the use of lower doses, whereas escalating doses of monotherapy offer diminishing returns in efficacy and increase the potential toxicity of the drug. Doubling the dose of a statin typically augments the LDL lowering by only about 6%. Robust evidence suggests that combining the potent LDL-lowering effects of statins with the vigorous HDL-raising (and triglyceride-lowering) effects of nicotinic acid confers broad-spectrum enhancement of the lipoprotein profile in patients with polygenic hyperlipidemia or familial combined hyperlipidemia (FCHL), among other conditions (Jacobson, T.A., Current Atherosclerosis Rep., 3: 373, 2001). The addition of a bile acid sequenstrant resin or nicotinic acid to statin therapy may produce an additional decrease in LDL cholesterol of 20-25% or 15-20%, respectively.

15. A combination of lipid-lowering drugs is commonly recommended when lipid profiles cannot be optimized with monotherapy.

16. Each of the lipid-lowering agents available today can cause myopathy. With statin monotherapy there is a significant risk of myopathy, particularly with cerivastatin. Unfortunately, significant muscle-related toxicities are even more common when two classes of

agents are taken. Multiple cases of severe myopathies, rhabdomyolysis and death have been reported in patients taking a fibrate and cerivastatin. Gemfibrozil is the fibrate most commonly involved in such interactions.

17. Based on adverse event reporting rates, cerivastatin causes a significant incidence of myopathy even with monotherapy. Myopathy is about 5 to 10 times more frequent than with the other statins (Lipobay MCA Meeting, 21, June, 2001). The incidence of rhabdomyolysis with the combination of cerivastatin and gemfibrozil is about 100 times higher than the combination of any other statin and gemfibrozil (Lipobay MCA Meeting, 21, June, 2001). "Because of this observation the U.S. Food and Drug Administration approved a specific contraindication to the combined use of cerivastatin and gemfibrozil. The product information for cerivastatin was amended in December, 1999, to include this contraindication." (Farmer, J. A., Lancet, 358: 1382, 2001). Pharmacologic observations established that the metabolism of cerivastatin was substantially prolonged by gemfibrozil, which makes the observed excess of myopathy cases with combination therapy quite biologically plausible. Gemfibrozil impairs hepatic clearance of statins thereby increasing serum levels and systemic bioavailability. (Pasternak, R.C., et al., J. Am. Coll. Cardiol., 40:567, 2002).

18. Since cerivastatin's withdrawal from the market in August 2001, I have not read nor seen any peer reviewed publication which supports the safety profile of cerivastatin.

## C. Overview of HMG-CoA Reductase Inhibitors

19. Statins are reversible, competitive inhibitors of HMG - CoA reductase, the enzyme that catalyzes the conversion of HMG CoA to mevalonate, a key intermediate step in the body's production of both cholesterol and ubiquinone. Inhibition of mevalonate by statins limits the synthesis of cholesterol in the liver (Bermingham, et al., Am. J. Health Syst. Pharm., 57:461, 2000). As a result of decreased cholesterol levels in the liver, a compensatory mechanism is activated that increases the synthesis of liver cell LDL-receptors, leading to increased removal of LDL from the circulation and a lowering of plasma cholesterol levels (Grundy, S.M., West. J. Med., 128: 13, 1978). No statin is entirely metabolized in the liver, however, and to the extent a

statin is bioavailable in the blood stream, it can inhibit cholesterol formation in the cells of peripheral tissues. In addition to being the site where statins inhibit the creation of HMG-CoA reductase, the liver is also where statins are broken down through metabolism for elimination from the body. No statin is entirely metabolized in the liver, however, and to the extent a statin is bioavailable in the blood stream, it can inhibit cholesterol formation in the cells of peripheral tissues. As a byproduct of this process, there is a depletion of intracellular cholesterol in the peripheral tissues, including the muscles, and a depletion of ubiquinone, which results in reduced energy production by the cells of the affected tissue.

20. Intracellular cholesterol is necessary for synthesis of constituents of the cell membrane, bile acid synthesis, formation of steroid hormones, etc.- which can only be covered by uptake of circulating LDL cholesterol from plasma via the LDL receptor. This is achieved by up regulation of LDL receptors on the cell surface, an effect mediated by sterol responsive element binding proteins. Intracellular cholesterol depletion decreases the up regulation of the transcription of the LDL receptor gene and thereby decreases the synthesis of critical constituents of the cell membrane.

21. Cholesterol biosynthesis involves a number of intermediate metabolites, such as mevalonate and farnesyl pyrophosphate, which are important in the generation of molecules required for the regulation of cell growth and differentiation (Russell, D. W., Cardiovasc. Drugs Ther., 6: 103, 1992; Goldstein, J.L., and Brown, M.S. Nature, 343: 425, 1990).

22. Cholesterol is a major structural component of the cell membrane and plays a functional role in modulating cell osmolarity and pinocytic processes such as ionic pumps and receptors (Soma, M.R., et al., Toxicol. Lett., 64/65: 1, 1992). The inhibition of cholesterol synthesis in the cell membrane of the myocite and the decrease in ubiquinone are major reasons for significant adverse drug effects including myopathy caused by cerivastatin.

23. Since cholesterol is critical to structural cell membranes throughout the body, it is important to find lipid-lowering drugs which are as hepatospecific as possible.

Cerivastatin was one of the least hepatospecific statins on the market. As a result, it was the most available to peripheral tissue, causing the consequent harm to the cell membranes.

24. All statins entail a risk of myopathy and fatal rhabdomyolysis. Usually, the frequency of myopathy is low, but the incidence is significantly increased for cerivastatin as compared to other statins even without concomitant drug therapy.

25. The common characteristic chemical structure for HMG-CoA reductase inhibitors is a side chain analogous to mevalonic acid, either in its acid (active) or lactone (inactive) form. The first generation of statin drugs was of fungal origin (lovastatin, simvastatin and pravastatin), and there are only small differences between them. Atorvastatin, cerivastatin and fluvastatin are synthetic. Cerivastatin carries a nitrogen heteroaromatic ring structure with a mevalonic acid-like side chain and a variety of substitutions on the heteroaromatic structure (Ucar, M., et al., Drug Safety, 22: 441, 2000). The systemic exposure to inhibitory activity, and hence exposure of peripheral tissues is considerably lower after oral dose of lactones compared with B-hydroxy acids. The lactones are more selective than the B-hydroxy acids in minimizing systemic exposure.

26. The following doses have been proposed to be approximately equipotent: 10 mg atorvastatin, 20 mg simvastatin, 40 mg lovastatin, 40 mg pravastatin, 80 mg fluvastatin and 0.4 mg cerivastatin (Igel, et al., Eur. J. Clin. Pharmacol., 57:357, 2001). Dose-response studies for each of these statins revealed a non-linear relationship and most of the effectiveness is preserved at low doses, although higher doses may further reduce LDL cholesterol. As a rule of thumb, a doubling of the dose causes a lowering of cholesterol an additional 5% in total and 7% in LDL cholesterol (Roberts, W.C., Am. J. Cardiol., 80: 106, 1997). Cerivastatin was no more effective than any of the other statins, and perhaps less so.

### D. <u>HMG-CoA Reductase Inhibitors-Pharmacokinetics and Metabolism</u>

27. Statins differ from one another with respect to their affinity to the liver as compared to peripheral tissues. In addition, there are other differences in their pharmacokinetic properties. Cerivastatin is the most unique of the six (Boger, R.H., Int. J. Clin. Pharmac.

Therap., 39: 369, 2001). The differences in their pharmacokinetic profiles, i.e., affinity for metabolising enzymes, constitute the rationale for choosing a specific statin especially for combination therapy (Igel, M., et al., Eur. J. Clin. Pharmacol., 57: 357, 2001). Liver function can be impaired by fibrates resulting in diminished hepatic clearance of statins and consequently, higher plasma levels of statins. Therefore, patients with impaired liver function should not receive combination therapy (Igel, M., et al., Eur. J. Clin. Pharmacol., 57: 357, 2001).

28. One of the most significant reasons for the increased incidence of myopathies with cerivastatin is the high bioavailability of cerivastatin (Boger, R.H., Int. J. Clin. Pharmacol. Therap., 39:369, 2001). Simply put, proportionally more of this drug leaves the liver and reaches peripheral tissues. Once in the peripheral tissues, cerivastatin is very capable of penetrating the cell membrane and causing harm.

29. Metabolism in the liver is most critical to the bioavailability of statins. This metabolism involves the hepatic cytochrome CYP450 system, a group of enzymes that transform lipophilic drugs, such as statins into water-soluble metabolites. Thus, the CYP450 system facilitates drug excretion thereby preventing drug accumulation. The less water soluble a metabolite, the less easily it is excreted through the renal system or the gastrointestinal system, *i.e.*, the gut. Co-administration of a statin and another drug that is metabolized by the same CYP450 pathway can lead to a clinically significant drug-drug interaction and increased levels of the statin in the bloodstream. This is particularly true for cerivastatin because it has the lowest affinity for CYP3A4, thus, it is easily displaced by substrates which use the same isoenzyme. When the microsomal metabolism of cerivastatin by CYP3A4 is blocked, transformation is performed by CYP2C8. It would appear that this latter enzyme is not as good in transforming cerivastatin and therefore the drug's bioavailability may increase. The incidence of myopathy with statins is dose dependent. Interference with statin metabolism of cerivastatin is an important mechanism in increasing plasma concentration and hence the myotoxicity of this particular statin. (See Moghadasian, et al., Exp. Opin. Pharmacother., 1:683, 2000; Davidson, M.H., Curr. Atheroscler. Rep., 1: 14, 2000; Beard, S. L., J. Am. Pharm. Assoc., 40: 637, 2000;

Worz & Bottoriff, Exp. Opin. Pharmacother., 2: 1119, 2002; Davidson, M.H., J. Cardiovasc. Pharm. Thes. 6: 219, 2001).

30. The majority of drugs undergo phase I metabolism (e.g., oxidation, reduction) by CYP450 enzymes. The most common phase I reaction is oxidation, which involves the insertion of an oxygen atom into the compound to form a polar hydroxyl group. Other drugs undergo phase II metabolism and are directly conjugated without CYP450 biotransformation. The cytochrome P450 superfamily of hemoproteins can be divided into families, subfamilies, and single enzymes. The cytochrome P450 enzymes act as a major catalyst for drug oxidation. The cytochrome P450 enzymes are designated by the letter "CYP" (representing "cytochrome P450"), followed by an Arabic numeral denoting the family, a letter representing the subfamily (when two or more exist) and another Arabic numeral designating the individual gene within the subfamily (e.g., CYP3A4). (Nelson, D.R., Pharmacogenetics 6: 1, 1996; Johns, Cupp, M. and Tracy, T. Am. Fam. Phys., 57: 107, 1998). All of these isoforms have characteristic, although partly overlapping spectra of catalytic activity and substrate specificity. These heme-containing enzymes are embedded primarily in the endoplasmic reticulum of the hepatocytes, but are also found in high concentrations in enterocytes of the small intestines. Approximately six CYP enzymes account for the metabolism of nearly all clinically useful medications (CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1, and CYP3A4). Up to 60% of the liver's total CYP is CYP3A4 and nearly 50% of all clinically used medications and endogenous steroids are metabolized by CYP3A4 (Slaughter, R.L. and Edwards, D.J. Ann. Pharmacother., 29: 619, 1995). Lovastatin, simvastatin, atorvastatin and cerivastatin are chiefly metabolized by CYP3A4, whereas fluvastatin is primarily metabolized by CYP2C9 (Worz, C.R. and Bottoeff, M., Exp. Opin. Pharmacother., 2: 1119, 2001). Cerivastatin alone among the statins has a dual enzyme metabolic pathway CYP3A4 and CYP2C8.

31. P-glycoprotein is an ATP-dependent drug transport protein, which also plays a role in the secretion/elimination of certain drugs. P-glycoprotein reduces the oral bioavailability of certain drugs by detecting and expelling the drugs as they enter the intestinal

plasma membrane, thus decreasing their intestinal absorption. There is a coordination between CYP3A4 and P-glycoprotein in the plasma membrane of the intestine. A drug entering the intestinal epithelium may be effluxed (pumped) back into the intestine via P-glycoprotein and/or metabolized by CYP3A4 with residual drug absorbed across the epithelium. As with CYP3A4, the activity of P-glycoprotein is subject to induction and inhibition (Hunter, J., Adv. Drug Del. Rev., 25:129, 1997). It is likely that cerivastatin's high oral bioavailability is in part due to the lack of P-glycoprotein effluxing it back into the intestine.

**E. Cerivastatin**

32. Cerivastatin sodium is a synthetic, enantiometrically pure, pyridine derivative that was intended to reduce serum cholesterol levels at microgram doses. Cerivastatin is readily and completely absorbed from the gastrointestinal tract, with plasma concentrations reaching a peak 2 to 3 hours post-administration followed by a monoexponential decay with an elimination half-life of 2 to 3 hours (Mauck, W., Clin. Pharmacokinet., 39: 99, 2000).

33. Cerivastatin has certain properties that were considered unique: potent competitive inhibition of HMG-CoA reductase (the rate-limiting enzyme in cholesterol biosynthesis), activity in microgram doses (200-800 ug/day), a highly lipophilic molecular structure, and dual hepatic metabolism by the CYP3A4 and CYP2C8 subclasses of cytochrome P450. Approximately 70% of the administered dose of cerivastatin is excreted as metabolites in the faeces, and 30% in the urine (Mauck, W., Clin. Pharmakokinet., 39: 99, 2000).

34. Although it will be covered in more detail in Section H below, it appears that cerivastatin has a greater propensity to damage muscles because of the following features: high oral bioavailability, high lipophilicity, high potency, decreased hepatic metabolism and increased systemic bioavailability, steep dose response curve and an extremely narrow therapeutic window.

**F. Myopathy - Mechanism**

35. There are two major theories regarding the mechanism by which statins cause myopathy. These theories are not mutually exclusive. The first theory includes alteration

of the stability of cell membrane permeability of the muscle cell called a myocyte as a result of decreased cholesterol synthesis (Poels and Gabreels, Clinic. Neuro. and Neurosurg., 97:175, 1997). The second theory proposes decreases in mitochondrial concentrations of ubiquinone, a facilitator of electron transport, thus causing disturbances in cellular energy production and subsequent cell deaths (Omar, M.A., et al., Ann. Pharmacother., 35: 1096, 2001; Christians, U., Pharmacol. Ther., 80: 1, 1998).

36. A reduced amount of intracellular cholesterol results in reduced levels of membrane cholesterol which, in turn, may cause physical modification of membrane fluidity and a decrease in cell proliferation (Morita, I., et al., Endothelium, 5: 107, 1997; Levy, Y., et al., Br. J. Clin. Pharmacol., 34: 427, 1992; Hochgraf, C., et al., Metabolism, 43: 11, 1994). Reduced cholesterol levels in erythrocyte and platelet membranes have been observed in patients with hypercholesterolemia treated with pravastatin. This change was accompanied by a decrease in erythrocyte and platelet positive sodium ($Na^+$) levels and increased activity of the sodium potassium ($Na^+$ - $K^+$) pump. In the long term, such basic changes may cause irreversible cell damage leading to enzyme leakage and dysfunction with cell dispersion (Lijnen, P., et al., J. Hypertens, 12: 59, 1994).

37. The $Na^+$-$K^+$ pump at the plasma membrane regulates the active transport of $Na^+$ out of the cell and $K^+$ into the cell. The activity of this pump appears to be regulated by sodium-potassium-activated adenosine triphosphate ($Na^+$ / $K^+$ - ATP ase) and is dependent on sufficient ATP supply. ATP is part of the electron energy transport process at the intracellular level. Creatinine kinase generates adenosine triphosphate (ATP) via phosphoralation of adenosine diphosphate (ADP). In many conditions, acute muscle necrosis seems to be related to failure of energy production and possible depletion of the ATP reserves necessary to maintain the integrity of the sarcolemma (Bank, W.J., et al., NEJM, 292: 443, 1975). HMG-CoA reductase inhibitors may inhibit mitochondrial production of ATP which will lead to an inadequate synthesis of coenzyme Q10 and heme A in the inner mitochondrial membrane (Chu, P.H., et al., JPN Heart J., 38: 541, 1996). Ubiquinone synthesized from mevalonic acid is

utilized by mitochondria for electron transport, a mechanism that is impaired by HMG-CoA reductase inhibitors (Ucar, M., et al., Drug Safety, 22: 441, 2000).

38. When the $Na^+$ / $K^+$ pump dysfunctions, because of energy depletion or direct injury to the plasma membrane, there will be an influx of sodium chloride and water into the cell. An osmotic swelling then will lead to muscle cell injury. Subsequently, an exchange of sodium for calcium ions via a protein carrier exchange mechanism promotes an influx of calcium ions across the membrane, contributing to further muscle injury (Poels and Gabreels, Clin. Neuro. & Neurosurg., 97: 175, 1993). Mitochondria have an impressive capacity to store excess ionized calcium ($Ca^{++}$); however when that is exceeded, the excess $Ca^{++}$ will be released from mitochondria into the cytosol. The functional and structural damage of the mitochondria and the ensuing lack of energy production will create a vicious cycle as less energy becomes available for pumping calcium out of the cell. The elevated level of intracellular calcium activates phospholipase $A_2$ resulting in the accumulation of lysophospholipids in the muscle cell and raises the activity of neutral proteases, which then become destructive to the muscle cell (Poels and Gabreels, Clin. Neurol. & Neurosurg., 95: 175, 1993).

39. The isopronyl ubiquinone synthetic pathway is an important component of the respiratory chain in muscle mitochondria. The report of England, et al, links HMG-CoA reductase inhibitor therapy to mitochondrial changes at the intracellular level. This does not exclude the possibility that these drugs simply aggravate, and thereby make manifest a latent, perhaps genetically determined, pre-existing mitochondrial myopathy (England, J.D.F., et al., Aust. NZ J. Med., 25: 374, 1995); (Johnston, W., et al., Ann. Neurol., 37: 16, 1995). It is also likely that HMG-CoA reductase inhibitors accelerate the normal decrease in human muscle mitochondrial respiratory chain activity associated with aging, or accelerate the rate of mitochondrial DNA deletions in skeletal muscle (Trounce, I., et al., Lancet I: 637, 1989; Rifai, Z., et al., Ann. Neurol., 37: 24, 1995).

40. It is clear that age is one of the risk factors for the development of statin-induced myopathy. (Mess, G.C., Proc. Soc. Exp. Biol. Med., 224:8, 2000).

41. Sinzinger, et al., have demonstrated that during the symptomatic period of muscle pains with CK-elevation during statin therapy, 8-epi-prostaglandin is severely increased indicating a significant in-vivo oxidation injury. The extent of the increase was clearly associated with the extent of symptoms seen in the patient. There is no information available yet as to whether the individual antioxidant status is relevant for the development of muscular side effects (Sinzinger, H., et al., Atherosclerosis, 153: 255, 2000). It is highly likely that statin-induced myopathy is the result of an acquired coenzyme Q10 deficiency in some individuals, consistent with ubiquinone decreases at the cellular level. Although coenzyme Q10 supplementation is beneficial in some patients with statin-induced myopathy, it does not reverse the condition in everyone (Leung, N.M., et al., Ann. Intern. Med., 132: 418, 2000).

42. Giordano, et al., reported a 42 year old man who within several months of starting simvastatin 20 mg/day developed proximal limb weakness, myalgia, arthralgia, and increased serum CK. A deltoid muscle biopsy demonstrated considerable variation of muscle fiber size, muscle fiber necrosis and fragmentation and abundant inflammatory cell infiltration in perivascular and endomysial areas leading to the diagnosis of polymyositis. Most of the cells were shown to be activated T-cells and macrophages and staining for ATP - ase and enzymes of other metabolic systems were normal. "The rapid remission of the disease after a few days of the start of steroids and the absence of recurrence after stopping 6-methyprednisolone, allow us to strongly suspect simvastatin-induced myositis. This case suggests that simvastatin myopathy is not spontaneously reversible, as more frequently reported, and the histopathological findings suggest that the myopathy is caused not only by an increase in muscle 'membrane fluidity', but also by immunological mechanisms. In particular, a cellular rather than a humoral reaction and complement activation could be important in the pathogenesis of simvastatin myopathy." (Giordano, N., et al., Lancet, 349: 1600, 1997).

43. Schalke, et al., had previously reported a similar case of a 66 year old woman treated for 5 months with pravastatin 10 mg/day, in whom a syndrome resembling dermatomyositis developed over a period of 5 weeks with severe proximal muscle weakness in

the upper limbs and prominent bullous erythematous skin lesions on her face, neck, shoulders, chest and arms. The serum CK level was elevated (>4000 IU/L), a muscle biopsy revealed endomysial and perimysial cellular infiltrates. An electromyogram showed a myopathic pattern with denervation potentials. A skin biopsy did not reveal eosinophilic cell infiltrates providing evidence against an allergic reaction. Extensive immunohistologic studies were performed which demonstrated perimysial and endomysial T lymphocytes predominantly of the CD4 helper-inducer phenotype and large numbers of macrophages. Pravastatin was discontinued, and the patient was given high doses of corticosteroids, which were gradually tapered. This was followed by clinical improvement in her weakness, regression of skin lesions and normalization of the CK levels. No relapse of muscle or skin symptoms occurred for more than seven months (Shalke, et al., NEJM 327: 649, 1992).

G. **Adverse Effects - Myopathy**

44. In general, statins can cause a variety of reported adverse effects ranging from rhinitis and gastrointestinal symptoms to hepatotoxicity and shortness of breath. For the purpose of this report, my focus has been on myopathy. The most myopathic patients have noted increased dyspnea on exertion while on statins.

45. The severity of the muscle disorder may vary from solely myalgias without elevation of creatinine kinase to elevations of creatinine kinase in asymptomatic individuals to rhabdomyolysis with myoglobinuria, renal failure and death (Wortman, R.L., Curr. Opin. Rheum., 14: 643, 2002).

46. As will be covered in more detail in Section M., the reporting rate for rhabdomyolysis deaths for cerivastatin was 1.9 deaths per million prescriptions which was 10 to 50 times as high as that for other statins (Staffa, J.A., et al., NEJM 346: 539, 200). "The Bayer analysis of FDA AERS data showed that combined cerivastatin-fibrate users had a reporting rate for confirmed rhabdomyolysis 855 times greater than that for joint use of atorvastatin and a fibrate (Table 3). There are no other plausible explanations for such an elevated reporting rate other than an adverse effect of the two drugs used concomitantly." (Cerivastatin and

Rhabdomyolysis, Wayne A. Ray, Ph. D., 30, Jan. 2003). The absence of any myopathy cases in a large cohort of patients with hyperlipidemia, who were not treated pharmacologically, indicates that hyperlipidemia per se is not associated with myopathy (Gaist, D., et al., Epidemiology, 12: 565, 2001).

47. The recent American College of Cardiology/American Heart Association Clinical Advisory on the use and safety of statins defined a variety of muscle syndromes (Pasternak, et al., J. Am. Col. Cardiol., 40: 567, 2003; Thompson, et al., JAMA, 289: 1681, 2003):

Statin Myopathy – Any muscle complaint related to these drugs.

Myalgia – Muscle complaints without serum CK elevations. This consists of muscle pain and generally weakness and tenderness on examination.

Rhabdomyolysis – Markedly elevated CK levels usually greater than 5 to 10 times the upper limit of normal, often with myoglobinuria with or without an elevated creatinine level consistent with a pigment-induced nephropathy.

Asymptomatic Patients with Elevated CK Levels – Whenever muscle CK levels exceed normal or pre-treatment values, there is generally increased muscle breakdown.

Persistent Myopathy after Statin Withdrawal – Some patients may have persistent muscle problems following statin withdrawal. (Supra.)

48. Myopathy is often used as a general term referring to any disease of the muscle. For the purpose of this report, myopathy can be clinically defined as muscle pain and weakness, which may be or may not be accompanied by abnormal elevations in CK levels in the serum (Tobert, J.A., Am. J. Cardiol., 62: 28, 1988). In several credible case reports, statin induced myopathy has not been accompanied by elevated CK findings (Ucar, M., et al., Drug Safety, 22: 441, 2000; Phillips, P.S., et al., Ann. Inter. Med., 137: 581, 2002).

49. Rhabdomyolysis literally means "striped muscle dissolution." However, a more useful definition is "skeletal muscle injury, reversible or irreversible, that alters the integrity of the cell membrane sufficiently to allow the escape of cell contents into the extracellular fluid." These cell contents include enzymes such as creatinine kinase, glutamic oxaloacetic transaminase, lactate dehydrogenase, aldolase; the heme pigment, myoglobin; electrolytes such as potassium and phosphate; and purines (Gabow, et al., Medicine, 61: 141, 1982).

50. Rhabdomyolysis is an acute, fulminating, potentially fatal condition of skeletal muscle characterized by destruction of skeletal muscle as evidenced by myoglobinemia and myoglobinuria plus a CK level in the serum of at least 5 times the upper limit of normal. (Ravnan, et al., Pharmacotherapy, 22:533-537, 2002). Muscle biopsies from clinically diagnosed cases of rhabdomyolysis associated with HMG-CoA reductase inhibitor therapy reveal changes in muscle cells characterized by loss of cross-striations and nuclei, with regeneration in part, and no infiltration of inflammatory cells (Hino, I., et al., Arth. Rheum., 39: 1259, 1996; Kogan, A. D., et al., Postgrad. Med. J., 69: 333, 1993). Muscular signs and symptoms include pain, weakness, tenderness and contractures. The muscle groups that are usually involved include the calves and lower back. However, the majority of patients with mild rhabdomyolysis do not present with signs that are referable to muscle. Patients typically experience nonspecific symptoms such as unintentional weight gain, fatigue, malaise, fever, tachycardia, nausea and dark red or "cola"-colored urine that results from the excretion of myoglobin (Grub, D., Curr. Opinion Rheum., 2: 908, 1990; Harner, R., South Med. J., 90: 548, 1997).

51. Sinzinger, et al., described seven patients with familial heterozygous hypercholesterolemia who developed muscular symptoms during or after exercise while on therapy with Lovastatin, Pravastatin or Simvastatin. The symptoms reported can be divided into two different types of appearance and manifestations: (a) muscular-ache like pains occurring during or immediately after exercise; (b) cramp-like symptoms, but without typical contraction seen only hours or days after physical exercise. Interestingly, independent of how long the

symptoms were apparent, in none of the patients was an elevation of CK detected at any time (Sinzinger, S., et al., Atherosclerosis, 143: 459, 1999).

52. Previously, patients receiving statins who have muscle symptoms and a normal serum CPK were thought to have symptoms unrelated to the statin therapy. Muscle biopsies, however, have confirmed myopathy in some patients with symptoms but normal CPK on statins. Phillips, et al., compared the incidence of urine 3-methylglutonic acid (3 MGA) elevation in patients with normal CPK and biopsy-proven statin myopathy with the incidence in patients whose muscle biopsies were normal and with patients on statins without symptoms of myopathy to assess the usefulness of this test in diagnosing statin associated myopathy. Abnormal muscle biopsies were attributed to statin toxicity if they demonstrated pathology consistent with mitochondrial dysfunction such as ragged red fibers, Cox-negative staining fibers, or abnormal accumulations of lipid. 3 MGA levels were considered abnormal if they were >2 standard deviations from the mean. Seven of eight (7/8) patients with myopathy on biopsy had abnormal 3MGA, 0/3 with no myopathy on biopsy and 0/6 on statins without muscle complaints had abnormal 3MGA. Elevation of urine 3MGA appears to be a sensitive and specific test for confirming statin associated myopathy with a normal CK, but requires elegant timing of the test and drug administration (Phillips, et al., Arterio. Thromb. Vasc. Biol., 22: 878, 2002).

53. The spectrum of myotoxic adverse reactions related to HMG-CoA reductase inhibitors is quite similar and cross-reactivity between different drugs in the class should be expected (Ucar, M., et al., Drug Safety, 22:441, 2000). Myopathy and its possible progression to rhabdomyolysis is dose-dependent. Cases of myopathy have been associated with increased concentrations of statins and when statins are administered concomitantly with other drugs that may also be toxic to the myocyte. Where there is an increase in the plasma concentration of a statin drug to a toxic concentration, the likelihood of myopathy increases (Omar, M.A., et al., Ann. Pharmacother., 35:1096, 2001).

54. Generally, elderly patients may be at increased risk for adverse reactions or drug interactions compared to younger patients because of age-related changes in physiology. For example, decreased liver metabolism (i.e., decreased first-pass metabolism and biotransformation of some drugs) can result in accumulation of drugs normally cleared by the liver in younger patients (Davidson, M.H., J. Cardiolvasc. Pharmacol. Therapeut., 6:219, 2001). In addition to age and combination therapy, other risk factors for the development of myopathy include certain co-morbidities such as diabetes and hypothyroidism and concomitant administration of drugs that block the CYP450 enzyme pathway such as channel blockers including, for example, verapamil, cyclosporine, and anti-fungal agents. As mentioned in Section F., Paragraph 41, post-menopausal women are also at greater risk of developing statin-induced myopathy.

## H. Myopathy - Diagnosis

55. Successful management of rhabdomyolysis depends upon early diagnosis and therefore, a low threshold of clinical suspicion (even in the absence of overt muscle signs and symptoms) is appropriate. Indeed, many authors advocate routine testing of serum CK and urinary myoglobin in all instances where rhabdomyolysis is possible (Prendergast & George, Postgrad. Med. J., 69:333, 1993).

56. There are four different methods by which to diagnose myopathies and rhabdomyolysis: (1) clinical examination of the patient; (2) laboratory findings including such things as elevated CPKs, myoglobin in the urine, elevated transaminases; (3) EMG findings; and/or (4) muscle biopsy.

## I. Clinical Signs and Symptoms

57. Rhabdomyolysis may involve all striated muscles diffusely or focus on certain groups of muscles. The clinical signs and symptoms may vary widely from mild myalgia to severe muscle weakness with involvement of other organ systems. Usually, the postural muscles of thighs, calves and lower back are painful, stiff, or weak (Poels and Gabreels, Clin. Neurol. & Neurosurg., 97: 175, 1993). Physical examination may reveal no abnormalities other

than occasional muscle atrophy or weakness, decreased muscle strength, swelling, rarely muscle contractures, dyspnea, generalized weakness and fatigue, and flu-like symptoms.

### J. Laboratory Findings

58. The diagnosis of rhabdomyolysis may be confirmed by an increased level of creatinine kinase ("CK") by at least fivefold and an elevation of the serum and/or urine myoglobin (Poels and Gabreels, Clin. Neuro. & Neurosurg., 97: 175, 1993). The normal level of myoglobin in serum is 3 to 80 mg/L. In rhabdomyolysis, a rise in serum myoglobin precedes an increase in CK. Therefore, determination of myoglobin in serum and urine is helpful for early diagnosis of rhabdomyolysis. The serum myoglobin level allows an estimation of the risk of tubular damage, since myoglobin serum levels above 2000 mg/L may be associated with renal complications (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989; Penn, A.S., Myoglobinuria, in Engel & Banker, (eds), Myology, Vol. II, McGraw-Hill, New York, 1986). Serum levels may fall to normal by the time the patient is hospitalized owing to the clearance of myoglobin in the plasma within 1 to 6 hours by both renal excretion and metabolism to bilirubin (Koskelo, et al., Clin. Chim. Acta., 17: 939, 1967). In contrast to myoglobin, serum CK levels would be likely to remain elevated at the time of initial laboratory testing because of the slower clearance of CK than myoglobin. This relative slow clearance of CK is illustrated by a rate of decline of about 39% per day with an apparent half-life of about 1.5 days (Gabow, K., et al., Medicine, 61: 141, 1982). Very high CPK levels (from 10,000 to 100,000 IU/L) do not need further tests to confirm rhabdomyolysis (Bollaert and Frisoni, Minerva Anesth., 65: 245, 1999).

### K. Electromyography

59. Electromyography ("EMG") is generally of value only in the acute phase of the illness when myopathic findings are present with prominent spontaneous potentials. For example, in a report of rhabdomyolysis associated with cerivastatin-gemfibrozil combination therapy, seven days after discontinuation of therapy, a nerve-conduction study and EMG showed a slight nonspecific reduction in sensory and motor amplitude and in velocity in most of the proximal muscles. A muscle biopsy of the quadriceps was non-revealing (Lau, T.K., et al., Tex.

Heart Inst. J., 28: 142, 2001). In another report, EMG revealed severe muscular damage, which became normal within 8 weeks of discontinuing therapy (Mastroianni, C. M. AIDS, 15: 820, 2001).

L. **Muscle Biopsy**

60. Muscle biopsy is characterized by multifocal muscle fiber necrosis and regenerative activity. Morphologically, HMG-CoA reductase inhibitor myopathy is characterized by a variation in fiber size, muscle fiber necrosis, and fragmentation with inflammatory cell infiltration in the perivascular and endomysial areas. Immunohistological examination of muscle specimens may reveal immunological cell activity (Giordano, N., et al., Lancet, 349: 1600, 1997; Schalke, B.B., et al., NEJM, 327: 649, 1992).

61. In the patients reported by Phillips, et al., the CK level remained normal every time they became myopathic both before and during the trial. These cases suggest that serum CK level is an inadequate test for statin-associated myopathy. Notably, in the Phillips' study, the histochemistry suggests a defect in mitochondrial respiratory chain function (Phillips, P.S., et al., Ann. Intern. Med., 137: 581, 2002). There are credible reports of patients who have muscle symptoms and normal serum levels while receiving statins.

62. For example, fifteen patients developed myalgia while taking simvastatin (10 - 20 mg) or pravastatin 40 mg/day. Symptoms reported were predominantly stiffness and tenderness of proximal limb muscles and difficulty arising from a low chair. Of the fifteen patients, twelve were women over the age of 60 years. There was no major increase in serum CK levels; all values were less than twice the upper limits of normal. Needle biopsies from the deltoid or quadriceps muscles all showed the light microscopic changes of mitochondrial myopathy, confirmed by low mitochondrial cytochrome C oxidase together with low pyruvate and malate cytochrome C reductase levels. The biopsies from six patients were examined with electron microscopy; all showed the same pattern of sub-sarcolemmal collections of architecturally normal mitochondria with no inclusion bodies. All symptoms and signs resolved on cessation of the drugs and recurred in three out of three patients rechallenged. In the three

patients who consented for a repeat muscle biopsy, the microscopic and biochemical mitochondrial abnormalities were still present one year after stopping the drug (England, J.D.F., et al., Aust. NZ. J. Med., 25: 374, 1995).

## M. Myopathies to Rhabdomyolysis - Cerivastatin

63. The FDA conducted an analysis of cases of deaths reported to AERS prior to 26 June 2001. The analysis used as a numerator, cases of fatal rhabdomyolysis reported for each of the 6 statins available in the U.S., beginning at the time of product launch, the denominator consisted of estimated prescriptions dispensed in the same time period. The reporting rate for cerivastatin was 3.16 deaths per million prescriptions, 16 to 80 times as high as the rates reported for other statins. The reporting rate for cerivastatin monotherapy was 1.9 per million, 10 to 50 times as high as that for other statins (Staffa, J.A., et al., NEJM: 346: 539, 2002; Cerivastatin and Rhabdomyolysis, Wayne A. Ray, Ph.D., 30, Jan 2003).

64. Early reports of increased muscle toxicity of cerivastatin were reported to the World Health Organization's International Drug Information System database. Although there were far less reports in absolute numbers, the percentage of reports for myalgia were 14.4% for cerivastatin with a range of 6.2 to 9.1% for the other statins, and 2.1% of reports of rhabdomyolysis with cerivastatin as compared to a range of 0.2% to 0.5% for the other statins (Ucar, et al., Drug Safety, 22: 441, 2000).

65. The rate of fatal rhabdomyolysis associated with cerivastatin therapy is 16 to 80 times as high as the rates for any other statin. Some of this difference appears to be related to the known, marked interaction (relative to other statins) between cerivastatin and gemfibrozil which in late 1999 led to the listing on the label of contraindications of the combined use of these agents. The use of this combination was reported in 12 of the 31 deaths. However, after the exclusion of the 12 cases in which gemfibrozil was used with cerivastatin and the 7 cases in which it was used with lovastatin, the reporting rate of fatal rhabdomyolysis in association with cerivastatin monotherapy is 1.9 per million prescriptions which is 10 to 50 times as high as the rates associated with other statins. There is a secular trend of increased reporting to the FDA

over the past decade. However, the rate of reports of fatal rhabdomyolysis associated with the use of atorvastatin (approved for use within 6 months before the approval of cerivastatin) was far less than for cerivastatin. The analysis performed by Bayer of the AERS database shows that cerivastatin in monotherapy is associated with a 20-fold greater rate of reporting of confirmed cases of rhabdomyolysis than with atorvastatin (Cerivastatin and Rhabdomyolysis, Wayne A. Ray, Ph. D., 30, Jan 2003). Thus, the increased reporting associated with the use of cerivastatin appears to be more than an artifact related to an increased awareness of statin associated rhabdomyolysis or to secular trends in reporting (Staffa, J.A., et al., NEJM, 346: 539, 2002).

66. The risk of developing myopathy from a lipid-lowering drug is dose-related rather than the result of an allergic reaction. Not only has the prevalence of myopathy increased with higher doses of individual drugs, but factors that increase their half-life or bioavailability also increase toxicity (Wortman, R.L., Curr. Opinion Rheum., 14: 643, 2002). Cerivastatin is a synthetic third generation compound with pharmacologic potency 60 to 200 times greater than that of simvastatin, lovastatin or pravastatin (Bischoff & Heller, AM. J. Cardiol., 82:18J, 1998). Because of its high enzyme affinity and the contribution of active metabolites, biochemical and pharmacological studies have shown cerivastatin to be the most potent HMG-CoA reductase inhibitor among all of the reported statins (Bischoff, H., et al., Atherosclerosis, 135: 119, 1997; Bischoff, H., et al., Atherosclerosis, 139: 57, 1998). The oral bioavailability of statins varies considerably, with values between 5% for lovastatin and 60% for cerivastatin. Thus, a many-fold increase in the systemically available amount of cerivastatin in the circulation is present as compared to the other statins (Boger, R.H., Int. J. Clin. Pharmacol. Therap., 39: 369, 2001). Most statins undergo extensive metabolism in the liver, therefore their systemic bioavailability is less than 20% except for cerivastatin and fluvastatin (Tomlinson, B., et al., Drugs and Aging, 18: 665, 2001). One of the reasons that cerivastatin has more myopathy associated with its use is because of the high oral bioavailability which would allow more to bind to muscles rather than being taken up by hepatocytes. The ability of certain drugs such as cyclosporine to affect the statins regardless of their affinity to various CYP isoenzymes occurs

because of the interference with the active transport mechanism by the organic anion transport proteins which is inhibited by cyclosporine. In the case of cerivastatin, it affects the amount of metabolites available in the bile, which is strongly inhibited and the renal elimination of metabolites is increased (Boger, R.H., Int. J. Clin. Pharm. Therap., 39: 369, 2001).

67. It is clear that cerivastatin, of the presently available statins, was the most damaging to muscles. The adverse event data shows this across multiple databases and this finding is reinforced by the biological plausibility of cerivastatin toxicity. The extreme toxicity effects likely occur because of the drug's high potency, high oral bioavailability, decreased hepatic metabolism and increased systemic bioavailability, or a combination of these factors.

**N. <u>Cerivastatin Myopathy - Chronic Sequellae</u>**

68. There is no doubt that some patients develop chronic muscle disorders caused by statins. Many physicians in clinical practice believe that they can identify a subset of statin-treated patients who have a unique set of muscle symptoms. Without doubt, the onset of muscle symptoms may be correlated to the initiation of statin therapy. These symptoms may abate after discontinuation of therapy, only to reappear when statin therapy is restarted (Grundy, S., Ann. Int. Med., 137: 617, 2002).

69. It is clear that some patients with statin-induced muscle disease will continue to have chronic problems despite the discontinuation of the offending agent. Unfortunately, CPK levels may be normal, and diagnosis may be made clinically or invasively with a biopsy and appropriate histochemical analysis. In the course of my work as a clinician, teacher and medical researcher, I often rely upon case reports when certain otherwise newly recognized clinical symptoms are presented.

70. Increased lipid stores, cytochrome oxidative-negative myofibers and ragged red fibers are features of mitochondrial respiratory chain dysfunction and suggest myopathy due to a metabolic abnormality. Although some of these findings occur in myofibers because of aging, the pattern of increased lipid is unusual. It has been previously described as a drug reaction and as a consequence of coenzyme Q10 deficiency (Raskind, J.Y. and El-Chaar,

Ann. Phasrmacother., 34: 630, 2000; Ogasahara, S., et al., Proc. Nastl. Acad. Sci., 86: 2379, 1989). There have been clinical reports describing the efficacy of coenzyme Q10 supplementation in patients with statin myopathy. The first case described a physically active 48 year old physician who experienced fatigue and proximal myalgias and had elevated CK levels (1400 IU/L) 2 to 3 weeks after starting lovastatin (20 mg OD). Despite withdrawal of the drug, his symptoms persisted for 6 months, at which time he began taking a low-dose coenzyme Q10 (30 mg OD). Within a few days, his symptoms abated and he resumed strenuous activities without difficulty (Walravens, P.A., et al., Lancet, 2: 1097, 1989).

71. "It is certain that statins cause myopathy in some patients." For these reasons, a valid argument can be made for a more extensive study of low grade myopathy in patients treated with statins." (Grundy, S.M., Ann. Intern. Med., 137: 617, 2002). Needle biopsies from fifteen patients with myopathy treated with either simvastatin (10 to 20mg/day) or pravastatin (40mg/day) and without notable CK increase in the serum, revealed light microscopic changes of mitochondrial myopathy (Walsh J.C., et al., Aust. NZ. J. Med., 25: 374, 1995). Although nine of eleven patients treated with pravastatin recovered, the symptoms persisted in two after cessation of pravastatin therapy. CK was increased in the serum in two cases (Urac, M., et al., Drug Safety, 22: 441, 2000).

72. Drug induced rhabdomyolysis or its subacute variant drug-induced myopathy may be caused by drug-induced dermatomyositis or polymyositis, a rare type of drug-induced autoimmune disease, which has been observed after chronic administration of penicillamine, levodopa and phenytoin (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989). Drug-induced polymyositis and dermatomyositis are rare syndromes reported to occur only after long-term drug intake. The syndrome is characterized by pain and diffuse swelling of the musculature and an erythema of the skin. A muscle biopsy may help in diagnosis. In general, there is only a moderate rise, or no change in CPK in this type of drug-induced immune disease (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989). "Withdrawal of the drug usually leads to full recovery. However, I have seen several patients in whom recovery was very slow and

incomplete, and who continued to complain of muscle aches long after the drug was stopped." (Argov, Curr. Opinion in Neurology, 13: 541, 2000). In most cases of drug-induced rhabdomyolysis, the light-microscopic finding is necrosis of muscle fibers, which is rather non-specific and of little value in differential diagnosis. This is not true for drug-induced dermatomyositis or polymyositis which is characterised by perivascular lymphocytic infiltrations. (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989).

73. Persistent myopathy has been reported to exist for several months after discontinuation of statins (Wortman, R.L., Curr Opin Rheum, 14: 643, 2001). About 25% of individuals with recurrent rhabdomyolysis have enzymatic defects and may be at increased risk of adverse effects of various pharmacologic agents, including statins (Lofberg, M., et al., Acta. Neurol. Scand., 48: 268, 1998). Thus, regardless of whether statins trigger a latent enzymatic defect or an inflammatory process or whether they produce a de novo chronic myopathy in some patients, it is clear that long-term persistent muscle disease and symptoms of muscle disorders occur in a subset of patients who develop myopathies from exposure to cerivastatin.

74. In conclusion, cerivastatin caused myopathies and rhabdomyolysis in a higher number of patients than any other statin. And further, in a certain subset of those patients who survive the rhabdomyolysis, these symptoms do not entirely resolve.

Dated: December 1, 2003

________________________________

Thomas M. Zizic, M.D.