# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re **Baycol Products Litigation** MDL No. 1431

This Document Relates to:

*All Actions*

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF PAUL DAVID STOLLEY**

I, Susan Weber, certify that Defendant's Memorandum In Support of Their Motion to Exclude Expert Testimony of Paul David Stolley complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 9.0 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,314 words.

Date: April 17, 2006

<u>/Original signature on file with filing atty</u>
Susan Weber
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

ATTORNEY FOR DEFENDANTS