| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to:<br><br>ALL CASES | |

**MOTION OF DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE TO PRECLUDE ERICH F. SCHINAGL, M.D. FROM OFFERING "EXPERT" OPINION TESTIMONY ABOUT GSK**

Pursuant to Federal Rule of Evidence 702, Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") respectfully moves the Court to preclude Erich F. Schinagl, M.D. from offering "expert" opinion testimony about GSK. The grounds for this motion are set forth in the attached memorandum of law.

Respectfully submitted,

Dated: April 17, 2006

/s/ Tracy Van Steenburgh

Tracy J. Van Steenburgh
**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**
220 South Sixth Street
Suite 600
Minneapolis, MN 55402-4501
(612) 338-1838 (phone)

Fred T. Magaziner
Halimah D. DeLaine
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 191034-2828
(215) 994-4000 (phone)
(215) 994-2222 (fax)

**Attorneys for SmithKline Beecham Corporation d/b/a GlaxoSmithKline**