☒☒☐ Disposal of unused supplies/Accountability/Reconcilation (Joint responsibilities)

Central Lab Set-up - SBCL (U.S. - Van Nuys, California/UK)

S B N
☐☐☒ Study Set-up with SBCL
☐☐☒ Lab Data Transfer (Electronic)

Site Monitoring

S B N
☒☐☐ Monitoring/CRF Review Guidelines
☒☒☐ Train Monitors/Site Personnel
☒☒☐ Updated List of CRO Clinical Monitors and sites to be submitted w/CV's
☒☐☐ Schedule of Visits by CRA and site for monthly submission
☒☐☐ __100___% of Source Data Validation

Completed CRF's Disposition *(RDE)*

S B N
☐☐☒ Send to SB
☐☐☒ Send to CRO
☐☐☒ Copies to SB

Status Reports/Reports to SB

S B N
☒☐☐ Monthly Status Report
☒☐☐ Monitoring Reports to SB
__Weekly__Monthly__As Completed__x Batched
☐☒☐ Enrollment Status Reports __x Weekly__Monthly
☐☐☒ CPMS/CPR entered data
☐☐☒ AE Monitoring Reports (Data Dumps)
☐☒☐ Safety Update Reports
☐☐☒ Report of Lab Data __Weekly__Monthly

Medical Monitoring

S B N
☐☒☐ Provide medical supervision to Investigator Site
☒☒☐ Maintain record of telephone contact with Sites

Safety Monitoring

S B N
☐☒☐ ______% of SAE's estimated
☐☐☐ SAE Reconciliation Instructions/Supply of Worksheets
☐☐☒ Ongoing Reconciliation of SAE info between AEGIS and Clinical trials databases per SB SAE Reconciliation Guidelines
☒☐☐ Final Reconciliation (per SB SAE reconciliation Guidelines)

Disposition of DRQ's

S B N
☒☐☐ U.S. Studies, DRQ's go to Investigators



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071259

☐☐☒ European Studies, DRQ's go to CRA's
☐☐☒ Report Listing DRQ issues __Weekly__Monthly

Compliance Auditing
S B N
☒☒☐ Review SOP's (SB/CRO)
☒☒☐☐ Develop Audit Plan
☒☒☐ Schedule On-Site Audits
☒☐☐ SB Compliance Audits
☐☐☐ ______Estimated number of audits to be performed by CRO if required

Clinical Report Phase
S B N
☐☒☐ Medical Narratives for inclusion in Final Report
☐☐☒ 10% RAP Output
☐☐☒ Skeleton Clinical Report
☐☒☐ Draft Clinical Report
☐☒☐ Draft Statistical Report
☐☐☒ RDMS for Report
☐☒☐ Final Report
Bid Proposal is to be based on __________Tables, __________Listings __________Graphs as per RAP dated__________.

Project Meetings
☒☒☐ Number of Project Meetings Estimated__________
_____CRO site_____SB site
☐☐☐ Number of Personnel Attending Estimated__________

Data Management/Biometrics CRO Responsibility List
Study #278817/008

Number of Sites: 60Number of Patients: 1200
Number of Pages/CRF: __________ Total Number of CRF Pages:__________

S = Task to be completed by SB
B = Task to be completed by BAYER
N = Task not applicable

**Database Design/Implementation**

**S B N**
☐☒☐ Preparation of annotated CRF
☐☒☐ Definition of database structure, e.g. Clintrial panel specifications
☐☒☐ Coding specifications and format definition for each data field in the database, including items not explicitly collected in the CRF, e.g. lab normal ranges, data imported from external sources



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071260

☒☐☐ Translation of database design & coding specifications into a working database (includes testing)
OR
☐☐☒ Import BBN Clintrial panels & codelists from SB, load & test
☒☐☐ Design of Data Entry screens
☒☐☐ Installation and testing of Data Entry screens
☒☐☐ Import of Bayer's Dictionaries for coding of adverse events and medications

**Preparation of Data Validation Plan**

**S B N**

☒☐☐ Document list of all checks that will be conducted on data i.e.
☒☐☐ Prepare manual Data Review guidelines
☒☐☐ Prepare edit check specifications
☐☐☐ Take SB data validation code, install and test
OR
☒☐☐ Programming, testing and installation of computerized edit checks for QC of CRF data following data entry
☐☒☐ Specification of lab data flagging routines to flag out of range values, shifts from baseline, levels of clinical significance, etc.
☒☐☐ Write code for lab flagging routines and validations for flagging



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071261

**Electronic Data Tracking**

**S B N**

☒☐☐ Design, set up and testing of any peripheral programs and software, e.g. set up and testing of lab data import procedures, linking of Data Entry screens to tracking systems, set up of any autoencoding software

☐☐☒ Programming for status reports, metrics reports

**Ongoing Technical Support/Database Maintenance**

**S B N**

☒☐☐ Technical and systems support required to maintain the database, tracking and query management systems, e.g. ongoing Database Administration activities

☒☐☐ Review of table space, fragmentation of files

☒☐☐ Data structure changes, resizing

☒☐☐ Set up and administration of back-up systems

☒☐☐ Handling Dictionary updates

☒☐☐ Set up and testing of autoencoding software

**Logging, Photocopying, Tracking and Filing of CRFs, Diaries and Queries**

**S B N**

☒☐☐ Tracking working copies of CRFs and queries through the various stages of processing

☐☐☒ Photocopying of CRFs and queries for data cuts

☐☒☐ Filing of CRFs, queries and study documentation

**Data Management In-house Data Review (+Query Issue and Resolution)**

**S B N**

☒☐☐ Application of validation plan to the study data, i.e.

- Manual review (for errors not detectable via edit checks) of data to identify inconsistencies and potential errors
- Application of edit checks
- Generation of data queries and requeries
- Effecting corrections to the database and CRFs following receipt of response to queries

☒☐☐ Ensuring that all items are coded appropriately (including medical history, adverse events and medications). Includes any manual review and review of no-hits after autoencoding. Includes application of codes to database.

☒☐☐ Serious adverse event reconciliation; ie, comparison of data vs. WW Safety Form

☒☐☐ Entering protocol violator flags into the database

**Data Entry**

**S B N**

☐☐☒ Data entry and verification (double-keyed entry) includes CRFs and Diaries

OR



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071262

Entry, verification, running file compare routines and correcting mismatches
☒☐☐ Import of lab data from Central lab (SBCL)

**Test Data Transfer**

**S B N**

☐☒☐ Generation and validation of programs to extract data into appropriate file format for transfer to Bayer (one-off)
☒☒☐ Preparation and validation of file contents, including re-upload verification

**Subsequent Data Transfers (Including Final Data)**

**S B N**

☒☐☐ Preparation and validation of file contents, including re-upload verification

**Dictionaries**

**S B N**

☐☐☒ Programming, testing and distribution of monthly reports to SB by patient, for review of coding assignments (produced according to SB specified format)

☒☐☐ Programming, testing and distribution of "Unique Terms" reports for each coded dictionary which collapse by unique verbatim terms according to SB specified format. To be distributed to SB for review and approval 2 weeks prior to final tape load.

**Database Audit**

**S B N**

☒☐☐ Documentation of audit plan (may already exist in the form of an SOP)
☒☐☐ Execution of audit plan
☒☐☐ Document results of audit
☒☐☐ Checkpointing i.e. taking a snapshot or copy of the database at the time of interim/final reporting

**Return of Final Documentation**

**S B N**

☐☒☐☐ Collation, checking and packing of all documentation associated with a project e.g. CRFs, queries, correspondence, audit trail documentation, final audit results, signature lists, project team lists, version control documentation, for return to Bayer at the end of the project, or as agreed
☒☐☐ Documentation of contents of boxes
☒☒☐ Archiving (at CRO and between CRO & SB)



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071263

**Biometrics CRO Responsibility List**
**To be done by Innovex in conjunction with Bayer**

**S = Task to be completed by SB**
**B = Task to be completed by BAYER**
**N = Task not applicable**

**RAP Development, Review and Approval**

**S B N**
☐☐☐ RAP development - should be set up as a template of contents for the combined clinical/statistical report. It will contain complete specifications for data handling and statistical analysis. Included in this are mock ups for supporting tables, listings and graphs. Approximate number of Tables,________, Listings__________ and Graphs____________.
☐☐☐ RAP review and approval
☐☐☐ Number of Complete RAP Deliveries (must be specified) ______________

**Programming for Tables, Listings and Statistical Analysis**
**S B N**
☐☐☐ Develop SAS code to produce all tables, listings and graphs as specified in the RAP including appropriate documentation and validation plan
☐☐☐ Develop SAS code to produce statistical analyses as specified in the RAP including appropriate documentation and validation plan for each program. Documentation of decision trail for testing of assumptions, interactions, etc.

**Determination of Protocol Violators**
**S B N**
☐☐☐ Specification of Protocol Violator criteria
☐☐☐ Write programs to identify PVs with appropriate documentation and validation plan; execute PV programs; have output reviewed by Clinical/Medical
☐☐☐ Provide listing of violators on a periodic basis for SB's review

**Generation of Tables, Listings and Statistical Output, Including QC**
**S B N**
☐☐☐ Study unblinding
☐☐☐ Execute programming and statistical analyses code and print output (includes any text to accompany definitions and methodology)



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071264

- ☐☐☐ QC as a minimum will consist of a check of listings to the database and internal consistency of output

**Project Management Task Description**

- ☐ Participation in Kick-off meetings with SB
- ☐ Attendance at any protocol/project specific training delivered by SB
- ☐ Attendance at subsequent meetings re: database design, training, data review, data transfer, etc.
- ☐ Management and supervision of staff and status of the project at the CRO
- ☐ Interactions with SB to resolve issues and questions
- ☐ Preparation and delivery of status reports, including metrics and measures, to SB



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071265

**EXHIBIT B**

CHANGE IN SCOPE FORM

Programme/Study Number:________________
Title:________________

SB
ADDRESS

BAYER Project Director:___________________
Requestor:__________________

SB Project Director:______________________

Date of Request:__________________________

Reason for Request:

Change in Scope of Contract YES / NO

Total Budget Impact_____________________

Cost Breakdown (Include hours and description):

SB Approval_____________________________ Date:___________________

BAYER Approval__________________________ Date:___________________

BAYER Approval__________________________ Date:___________________



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071266

**EXHIBIT C**

**OBLIGATIONS OF SB FOR INVESTIGATIONS CONDUCTED IN THE U.S.A**

## I. MANAGEMENT OF CLINICAL INVESTIGATIONS

### A. Transfer of Obligations

STUDIES UNDER IND

Pursuant to 21 C.F.R. §312.52, BAYER hereby transfers to SB, and SB hereby assumes all obligations of the Sponsor with respect to the Investigation as such obligations relate to the services provided by SB governing such Investigation, as such obligations are set forth in 21 C.F.R. 312, Subpart D, except that BAYER shall retain the obligation to make all required reports to FDA.

### B. Investigation Initiation and Management

1. .SB shall not permit an investigator to begin to enroll patients for the Protocol until SB and Bayerhas received and reviewed for accuracy and completeness the following:

   a. A signed copy of the Principal Investigator's Form (For IND Investigations: Statement of Investigator- Form -FDA-1572), accompanied by a Curriculum Vitae.

   b. Documentation confirming the Protocol and Informed Patient Consent document was reviewed and approved by the appropriate committee. The committee shall be defined as the central or local Institutional Review Board (hereinafter "IRB") or ethical committee (hereinafter "EC"). Prior to the initiation of the Investigation at a particular site, SB shall provide BAYER with the original documents described in (a) and (b) above.

2. Unless otherwise directed by BAYER, BAYER shall submit to the appropriate government and regulatory agencies all documentation and information as necessary to initiate the Investigation at the first Investigator site and as necessary to conduct the ongoing Investigation.

**C. Investigator Brochure**

Before the Investigation begins, BAYER shall provide SB and all Investigators with a current Investigator Brochure for the Investigation compound. Any updates of the investigator brochure during the course of the Investigation will be provided by BAYER to SB and investigators.

**D. Investigator Meetings**

Investigator meetings shall be the sole responsibility of Bayer.

**E. Training of Investigators**

SB shall use its best efforts to verify that all Investigators have personnel who are trained in the completion of Case Report Forms (CRFs), all aspects of the Protocol, BAYER safety reporting requirements, appropriate government and regulatory requirements and regulations regarding clinical investigations and the use of investigational drugs, the shipment of laboratory samples, and the procedures regarding inventory of all Investigation drugs and materials.

**F. Case Report Forms**

Unless otherwise specified by BAYER, BAYER will develop the CRF. If prepared by SB pursuant to BAYER's request, the CRF shall be subject to final approval by BAYER.

**G. Field Monitoring Guidelines**

Unless supplied by BAYER, in consultation with BAYER, SB shall develop Protocol-specific Field Monitoring Guidelines based on BAYER template guidelines to facilitate study monitoring and CRF completion. The Field Monitoring Guidelines shall be subject to final approval by BAYER.

**H. On-Site Monitoring**

1. BAYER hereby acknowledges that all sites were selected by BAYER and were subject to pre-Investigation visits by or on behalf or BAYER before entering into this Agreement.

2. Before the commencement of the Investigation at each site, SB shall conduct an on-site Investigation initiation visit to each Investigator site. During the initiation visit, SB shall use its best efforts to inspect and inventory clinical supplies and review the Protocol and CRF form with site staff to promote understanding and compliance.

3. SB shall conduct on-site monitoring visits to each Investigator site during the course of the Investigation at a frequency to be directed by BAYER for each study, or at intervals no less than once every eight weeks except when patient visit intervals would dictate a 12 week cycle, as per SB proposal, and if not otherwise specified by BAYER. During each such visit, SB shall use its best efforts to confirm, by review of relevant investigator records that the investigator and the investigational site continue to meet the requirements of 21 C.F.R. 312.53(c) and 312.56, as well as the FDA Guidelines for the Monitoring of Clinical Investigations and the established clinical protocol.

4. SB shall conduct an on-site, close-out visit at the conclusion of the Investigation. During the close-out visit, SB shall use its best efforts to confirm that the Investigator has maintained the standards specified in Paragraph 3, above, and, in addition, shall:

   a. Obtain a reconciliation of all drug inventories.

   b. Resolve any final inquiries concerning CRF issues.

   c. Confirm that the Investigator has maintained all required documentation.

5. SB shall prepare and maintain reports of each on-site visit performed pursuant to this sub-Section (On-Site and copy BAYER on Monitoring). The monitoring visit reports shall be in a format mutually agreed upon by the parties.

**I. Supply of Drug**

1. Supply of Drug to Investigators

   BAYER shall be solely responsibilble for supply of drug to Invesitgators.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071269

2. Return of Unused Drug Supplies

SB shall use its best efforts to require that each investigator whose participation in the Investigation has been completed or discontinued shall either

a. Return any unused drug supplies to such independent contractor or BAYER, as directed by BAYER.

b. Dispose of the unused drug supplies as directed by BAYER. SB shall require that each Investigator account for any drug supplies that are missing.

## J. Laboratory Analysis

1. Unless otherwise specified by BAYER, laboratory analyses required under the Protocol shall be performed by Medical Research Laboratories (hereinafter, "Central Laboratory"). BAYER shall pay the costs of such analyses directly to the Central Laboratory.

## K. Safety Reporting

1. SB shall use its best efforts to require that, as soon as possible, but in no event later than one (1) business day after an Investigator receives information about a serious adverse experience, as defined in the Protocol, the Investigator shall report the serious adverse experience by telephone to Bayer.

2. Bayer shall transmit to SB by facsimile a report containing a summary of the pertinent information on a completed BAYER Adverse Experience Worksheet. Upon request by BAYER, SB shall provide BAYER with any supporting documentation (e.g. hospital discharge summaries).

3. Any unreported adverse experience identified by SB during an on-site monitoring visit that is serious, as defined in the Protocol, shall be immediately recorded on an BAYER Adverse Experience Worksheet and transmitted to BAYER as set forth in sub-paragraph 2 of this Section (Safety Reporting). Any medical questions regarding the adverse experience should be directed by SB Medical Advisor to the BAYER Medical Monitor.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071270

4. BAYER shall be responsible for determining whether an adverse experience is reportable under 21 C.F.R. 312.32 or relevant legislation, and for submitting to FDA or relevant authorities and all investigators any required IND safety reports. BAYER shall send a copy of any such correspondence to SB. SB shall promptly provide BAYER with any information (in addition to that provided above) that BAYER reasonably determines necessary to include in any such safety reports.

**L. Maintenance of Records**

Within sixty (60) days after completion of the Investigation SB shall return to BAYER all records pertaining to the management of the Investigation.

**II. DATA MANAGEMENT**

**A. Processing of Patient Data**

1. Review and Processing of CRFs

a. Review and processing of CRFs shall be done in a manner consistent with the established work practices of SB, as agreed between BAYER and SB, and consistent with any monitoring guidelines that BAYER may provide.

b. BAYER shall provide SB with copies of all dictionaries required for coding. SB's manual or auto-encoding procedure shall be used for coding all required verbatim fields. For manual coding or auto-encoding, SB shall adhere to coding guidelines supplied by BAYER as required.

c. From time to time, as directed by BAYER, SB shall provide BAYER, for review and approval, with listings of all coded terms that are not included in the coding dictionaries provided by BAYER. Any coding modifications requested by BAYER shall be returned to SB by BAYER within a mutually agreed time period.

d. SB shall perform an audit on the database in accordance with its customary audit procedure to confirm that the database accurately and completely captures data recorded on the CRFs. SB shall provide BAYER with a copy of the procedure and a report on the results of the audit. The audit shall demonstrate an error rate of not greater than 0.5% (zero point five percent). If an error rate of greater than 0.5% (zero point five percent) is found, errors will be



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071271

corrected to achieve an error rate of not greater than 0.5% (zero point five percent) at no cost to BAYER.

e. SB shall provide BAYER bimonthly (or at such other frequency as agreed between the parties) with a written status report on the progress of the CRF review and data entry. The report shall include, but not be limited to, a current list of all CRFs received, data reviewed, data entered and/or verified, the number of outstanding issues or case report queries, and the number of "clean cases" (i.e., cases presenting no further problems or questions.)

2. <u>BAYER Audit of Database</u>

a. From time to time during data entry, , as requested by BAYER, SB shall provide BAYER with a complete or partial data file or listing of data points for auditing by BAYER. The data shall be transmitted in a format directed by BAYER.

b. BAYER shall notify SB of any errors detected during the BAYER audit and SB shall correct the errors required to achieve an error rate of not greater than 0.5% (zero point five percent) within five to ten (5-10) business days of receipt of the notice, provided that the parties may mutually agree on a longer period of time for correction. All corrections shall be made at the sole expense of SB, and shall be made prior to the date on which SB transfers the final database to BAYER.

c. Notwithstanding the foregoing, an error rate disclosed by the BAYER audit in excess of 0.5% (zero point five percent), shall entitle BAYER to terminate the agreement rather than having the data corrected by SB.

3. <u>Final Transmission of Patient Data to BAYER</u>

a. Following correction of deficiencies raised by audits of the database in accordance with Sections 1 and 2 above, SB shall transmit the data to BAYER in a format directed by BAYER.

b. All transferred data shall be deemed acceptable by BAYER twenty (20) business days after BAYER's receipt of the final database transfer, after which time SB shall have no further obligation to correct any data.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071272

c. Final listings of verbatim terms coded by SB shall be supplied to BAYER for final review at least fifteen (15) business days prior to the transfer of the final database to BAYER.

4. <u>Disposition of CRFs</u>

SB shall provide BAYER with all original and annotated CRFs at a time agreed upon between the parties, or within five (5) business days if not otherwise agreed upon. SB may, subject to the confidentiality requirements set forth in the Section XI. of the Agreement, retain copies of such documents and records as are reasonably necessary for SB's regulatory, legal, insurance and business purposes.

**B. Software**

1. SB shall provide BAYER with an outline listing each software program (including its respective version number and function) and the operating environment used by SB to perform its obligations under this Agreement.

2. All hardware and software to be used by SB in performing its obligations under this Section shall be validated by SB according to SB's validation plans. All such validation shall be documented and in accordance with SB's customary procedures; provided, however, that said procedures are in accordance with BAYER guidelines pertaining to validation procedures.

3. BAYER shall have the right to review and approve on site any software to be used by SB in implementing this Agreement.

**C. Maintenance of Electronic Data**

Within sixty (60) days after completion of the Investigation, SB shall return to BAYER all computer files and originals and copies of computer disks.

## III. STATISTICAL ANALYSES

Statistical analyses will not be performed by SB.

## IV. SB AUDITS

Upon request, SB shall make available to the FDA or any governmental regulatory authority all records required by federal regulations relating to the Investigation.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071273

If any governmental/regulatory authority gives notice to SB of its intention to conduct an inspection at the investigational site(s) or take any other regulatory action with respect to services provided for in this Agreement, then SB will, upon receipt of such notice, promptly give BAYER notice thereof, and BAYER shall have the right to be present at any such inspection or regulatory action. SB will provide BAYER with copies of any documentation issued by the governmental/regulatory authority and its proposed response thereto, which response will be subject to approval by BAYER prior to issuance.

## V. GOVERNING LAW

This Agreement shall be construed, interpreted and enforced under the laws (excluding the laws governing conflicts of laws) of the Commonwealth of Pennsylvania.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00071274