**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| | : | |
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 |
| | : | (MJD) |
| This Document Relates to: | : | |
| | : | |
| *All Actions* | : | |

# SUMMARY OF EXPERT OPINIONS REFERRED TO IN BAYER AND GSK's MOTIONS TO EXCLUDE EXPERT TESTIMONY

For the Court's convenience, the following chart lists the opinions that defendants Bayer Corporation, Bayer AG and Smithkline Beecham d/b/a GlaxoSmithKline seek to exclude through through their concurrently-filed motions regarding expert testimony offered by plaintiffs' generic experts, along with the Memoranda in which the arguments to exclude such opinions are discussed.

| EXPERT | OPINION | BRIEF |
|---|---|---|
| Harland Austin | (1) Opinion that the PacifiCare Study should be recalculated in order to eliminate "biases" in the data. | Austin |
| | (2) Opinion that Baycol caused a higher rate of rhabdomyolysis in monotherapy than did other statins. | AER Experts Austin |
| Charles E. Boult | (1) Opinion that clinical criteria permit the *post hoc* diagnosis of muscle injury caused by Baycol. | Boult |
| | (2) Opinion that muscle pain persisting after cessation of Baycol use was caused by Baycol. | Boult |
| | (3) Opinion that Baycol exposed patients to a higher risk of adverse events than did other statins. | AER Experts Boult |
| | (4) Opinion that Baycol labelling was inadequate. | Boult |
| Bruce Carlson | (1) Opinion that Baycol is less safe than other statins, and causes a higher incidence of myopathy, whether used by itself or in combination with other drugs. | AER Experts Carlson |

| | | |
|---|---|---|
| | (2) Opinion that myopathy induced by Baycol can occur in the absence of any clinical symptoms or corroborating laboratory data. | Carlson |
| | (3) Opinion that Baycol causes long-term or permanent muscle damage even after discontinuation of the drug. | Carlson |
| | (4) Opinion that Bayer should have studied and/or publicized preclinical myotoxicity tests of Baycol. | Carlson |
| Michael D. Corbett | (1) Opinion that Bayer induced physicians to prescribe Baycol by making false claims that Baycol was an ideal statin, that it was safer because it had dual metabolic pathways, and that it had an uncomplicated biopharmaceutical profile. | Corbett<br>Kapit |
| | (2) Opinion that Bayer should have used the lactone form of cerivastatin instead of the free acid form. | Corbett |
| | (3) Opinions regarding Bayer's intent or motive in actions taken by the company and ethical characterizations of its conduct. | Corbett |
| John Farquhar | (1) Opinion that Baycol is more dangerous than other statins and is more likely than other statins to cause myalgia. | AER<br>Farquhar |
| | (2) Opinion that the recalculations of the PacifiCare Study based upon AERs. | AER<br>Farquhar |
| Richard Kapit | (1) Opinion that Baycol had a higher incidence of side effects than other statins. | AER<br>Experts<br>Kapit |
| | (2) Opinions criticizing Bayer's submissions to the FDA and the FDA's determinations about the safety and efficacy of Baycol. | Kapit |
| | (3) Opinions regarding Bayer's intent or motive regarding, and characterizations of, actions taken by the company. | Kapit |
| | (4) Opinions regarding Baycol regulatory actions in countries other than the United States. | Kapit |
| R. Samuel Mayer | (1) Opinion that Baycol causes long-term or permanent muscle injury even after discontinuation of the drug. | Mayer |

| | | |
|---|---|---|
| | (2) Opinion that Baycol is less safe than other statins, and causes muscle damage more frequently and with greater severity than other statins, especially when taken with gemfibrozil or cyclosporin. | AER Experts Mayer |
| Stephen Raskin | (1) Opinion that Bayer failed to disclose the risks of muscle injury related to the use of Baycol to the medical community. | AER Experts Raskin |
| | (2) Opinion that Bayer should have used AER data to change the warnings on the Baycol label to provide a comparison to other statins. | AER Experts Raskin |
| | (3) Opinions regarding Bayer's motives, intent and state of mind, including its ethical obligations. | Raskin |
| | (4) Opinions regarding what other physicians knew about, or would have done with, information about AER data about Baycol. | Raskin |
| David Richman | (1) Opinion that Baycol is the most toxic statin. | AER Experts Richman |
| | (2) Opinion that statins may cause persistent and on-going injury after therapy has stopped and absent clinical indication of such injuries. | Richman |
| | (3) Opinion that rhabdomyolysis can be diagnosed retrospectively, despite the absence of contemporaneous elevated CK levels, and statin-induced myopathy can be diagnosed solely based upon strength testing. | Richman |
| | (4) Opinion that Baycol may affect cell membranes differently than other statins. | Richman |
| Erich Schinagl | (1) In the clinical development of Baycol, Bayer failed to appropriately heed the warning signs produced by their own preclinical experts, indicating that the new drug was substantially different from and potentially more myotoxic than earlier statins. | Schinagl |
| | (2) Throughout the published reports of clinical studies, Bayer minimized negative findings in order to make Baycol appear safer than it really was. | Schinagl |

| | | |
|---|---|---|
| | (3) Given the warning signs from both the preclinical and clinical studies, Bayer did not test the drug in a sufficiently large number of patients to assure its safety. | Schinagl |
| | (4) In developing their initial prescribing information, Bayer claimed that Baycol was safer than other statins, although the evidence pointed in the opposite direction. | Schinagl |
| | (5) In their early post-marketing surveillance, Bayer failed to make timely comparisons to competitor drugs in the same class to determine the relative rate of serious adverse events. | AER<br>Schinagl |
| | (6) The 0.8mg dosage of Baycol was tested, launched and promoted in a reckless manner in an attempt to match the efficacy of competitor statins, without regard to the proper precautions. | Schinagl |
| | (7) The later post-marketing surveillance was considered without a proper understanding of the respective roles of the company and the regulatory authorities. | AER<br>Schinagl |
| | (8) Opinions regarding the conduct of GSK. | Schinagl<br>[GSK motion] |
| Martyn Smith | (1) Opinion that Baycol is the most toxic statin. | AER<br>Experts<br>Smith |
| | (2) Opinion that Baycol was more susceptible than other statins to drug-drug interactions because of its dual-metabolic pathway. | Smith<br>Experts |
| | (3) Opinions regarding the mechanism of statin-induced myopathy. | Smith |
| | (4) Opinions regarding the ethics of Bayer scientists. | Smith |
| | (5) Opinion that Bayer incorrectly characterized Baycol as an "Ideal Statin" to the FDA. | Smith |
| David Stolley | (1) Opinion that monotherapy with Baycol is more dangerous than monotherapy with other statins. | AER<br>Experts<br>Stolley |
| | (2) Opinions regarding how Bayer should have responded to AERs. | Stolley |
| Thomas Zizic | (1) Opinion that Baycol causes persistent or chronic muscle injury even in the absence of elevated CK levels. | Zizic |

| | | |
|---|---|---|
| | (2) Opinion that Baycol was the most toxic of all statins and caused adverse events at a higher rate and of a more serious nature. | AER Experts Zizic |

Dated: April 17, 2006

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400
/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

Catherine Valerio Barrad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612) 338-1838
/signature on file/

Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corp. d/b/a GlaxoSmithKline*

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Joseph D. Piorkowski, Jr.
910 17th Street, N.W. Suite 800
Washington, D.C. 20006
(202) 223-5535

Counsel for Bayer Corporation and Bayer AG

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Summary of Expert Opinions Referred to in Bayer and GSK's Motions to Exclude Expert Testimony was electronically filed and served on April 17, 2006.

_______________________