**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JANET ARROWSMITH-LOWE REGARDING OBLIGATION TO REPORT COMPARATIVE ADVERSE EVENT REPORTING ANALYSES**

Plaintiffs, by and through the Plaintiff Steering Committee, respectfully move this Court for an Order excluding the expert testimony of Dr. Janet Arrowsmith-Lowe regarding Bayer's obligation to report comparative adverse event analyses to the Food and Drug Administration.

This motion is made upon all of the files, records, and proceedings, including the Memorandum of Law included with the filing of this Notice.

Dated: April 17, 2006

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.

s/Bert Black
Richard A. Lockridge
Bert Black
Robert K. Shelquist
Yvonne M. Flaherty
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

ZIMMERMAN REED, P.L.L.P
Charles Zimmerman
Robert R. Hopper
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401
Telephone: (612) 341-0400

*Plaintiffs' Co-Lead Counsel*

RODA & NAST, P.C.
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Wendy R. Fleishman
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

ALEXANDER HAWES & AUDET
William Audet
152 N. 3rd Street
Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776

WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., LPA
Stanley M. Chesley
Central Trust Tower, Suite 1513
One West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267

BRANCH LAW FIRM
Turner W. Branch
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104
Telephone: (505) 243-3500

LAW OFFICES OF DANIEL E. BECNEL, JR.
Daniel E. Becnel
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186

CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., L.P.A.
John R. Climaco
1226 Euclid Avenue, Suite 900
Cleveland, OH 44115-1891
Telephone: (216) 621-8484

SINGLETON LAW FIRM
W. James Singleton
4050 Linwood Ave.
Shreveport, LA 71108
Telephone: (318) 631-5200

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
Paul J. Geller
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 750-3000

KAPLAN, FOX & KILSHEIMER, LLP
Joel B. Strauss
Laurence D. King
805 3rd Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

*Plaintiffs' Steering Committee*