# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
***MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JANET ARROWSMITH-LOWE REGARDING OBLIGATION TO REPORT COMPARATIVE ADVERSE EVENT REPORTING ANALYSES***

*In re: BAYCOL PRODUCTS LITIGATION*

Case Number: MDL No. 1431 (MJD/JGL)

*THIS DOCUMENT RELATES TO:*
*All Actions*

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

***MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. JANET ARROWSMITH-LOWE REGARDING OBLIGATION TO REPORT COMPARATIVE ADVERSE EVENT REPORTING ANALYSES***

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X__ Item Under Seal pursuant to a court order* (Document number of protective order: 5 )

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).