**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of April, 2006, she served the following documents which were filed under seal by sending a true and correct copy thereof, in the manner indicated, directed to those individuals listed on the attached list.

1. Memorandum in Support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Janet Arrowsmith-Lowe Regarding Obligation to Report Comparative Adverse Event Reporting Analyses;
2. Affidavit of Bert Black in Support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Janet Arrowsmith-Lowe Regarding Obligation to Report Comparative Adverse Event Reporting Analyses;

The undersigned also certifies that on this 17th day of April, 2006, she served a copy of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Janet Arrowsmith-Lowe Regarding Obligation to Report Comparative Adverse Event Reporting Analyses on all attorneys of record and liaison counsel by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143.

I further certify that I caused a copy of the Proposed Order, which was separately e-mailed to Judge Michael J. Davis (davis_chambers@mnd.uscourts.gov) pursuant to Section G.2 of the Electronic Case Filing Procedures for this District, to be delivered to all of the parties detailed above via the manner indicated on attached list.

s/Sherry Grossheim
Sherry Grossheim

Subscribed and sworn to before me
this 17th day of April, 2006.

s/Barbara R. Gilles
Notary Public

355982-1

| | |
|---|---|
| **VIA U.S. MAIL**<br>Richard J. Arsenault<br>Neblett, Beard & Arsenault<br>2220 Bonaventure Ct., P.O. Box 1190<br>Alexandria, LA 71301 | **VIA FEDERAL EXPRESS**<br>Philip Beck / Adam Hoeflich<br>Barlet Beck Herman Palenchar & Scott<br>54 West Hubbard, Suite 300<br>Chicago, IL 60610 |
| **VIA U.S. MAIL**<br>Deanna Dailey<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55101 | **VIA FEDERAL EXPRESS**<br>Richard K. Dandrea<br>Eckert Seamans Cherin & Mellott, LLC<br>USX Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 |
| **VIA U.S. MAIL**<br>Charles Zimmerman/Ronald S. Goldser<br>Randy Hopper<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402 | **VIA FEDERAL EXPRESS**<br>Fred T. Magaziner<br>DECHERT<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103 |
| **VIA FEDERAL EXPRESS**<br>Susan Weber/James Mizgala<br>Catherine Valerio Barrad/Paul J. Zidlicky<br>Sidley Austin Brown & Wood<br>One South Dearborn<br>Chicago, IL 60603 | **VIA MESSENGER**<br>Peter W. Sipkins/Elizabeth S. Wright<br>Dorsey & Whitney<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55401-1498 |
| **VIA MESSENGER**<br>Scott A. Smith<br>Halleland Lewis Nilan Sipkins & Johnson P.A.<br>220 South Sixth Street, Suite 600<br>Minneapolis, MN 55402 | **VIA U.S. MAIL**<br>Douglas R. Marvin<br>Williams & Connolly<br>725 12th Street NW<br>Washington, DC 20005 |
| **VIA U.S. MAIL**<br>Robert E. Piper, Jr.<br>Piper & Assoc<br>PO Box 69<br>Shreveport, LA 71161 | |