## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re:  Baycol Products Litigation        File No. MDL 1431 (MJD/JGL)

This Document Relates to:

*All Actions*

**PLACEHOLDER FOR EXHIBITS TO DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN W. FARQUHAR**

This document is a place holder for the following items which are filed in conventional or physical form with the Clerk's Office:

Exhibits to Defendants' Memorandum In Support of Their Motion to Exclude Expert Testimony of John W. Farquhar as follows:

- Exhibit A Part 1
- Exhibit A Part 2
- Exhibit A Part 3
- Exhibit B
- Exhibits C & D Part 1
- Exhibit D Part 2
- Exhibits E to J
- Exhibits K to Q

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason:
   Item Under Seal pursuant to Pretrial Order 24