**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re Baycol Products Litigation

MDL No. 1431 (MJD)

This Document Relates to:

*All Actions*

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN W. FARQUHAR**

I, Susan Weber, certify that Defendant's Memorandum In Support of Their Motion to Exclude Expert Testimony of John W. Farquhar complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 9.0 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 6,067 words.

Date: April 18, 2006

/Original signature on file with filing atty

Susan Weber
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

*COUNSEL FOR BAYER CORPORATION AND BAYER AG*