**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re Baycol Products Litigation : MDL No. 1431 (MJD)

This Document Relates to: : **CERTIFICATE OF SERVICE**

*All Actions* :

I hereby certify that on April 18, 2006, I caused the following documents:

1. **Bayer and GSK's Notice of Motion and Motion to Exclude Expert Testimony of John W. Farquhar;**
2. **Defendants' Memorandum in Support of Their Motion to Exclude Expert Testimony of John W. Farquhar;**
3. **Placeholder for the following exhibits to Defendants' aforementioned Memorandum:**
   **Exhibit A Part 1**
   **Exhibit A Part 2**
   **Exhibit A Part 3**
   **Exhibit B**
   **Exhibits C & D Part 1**
   **Exhibit D Part 2**
   **Exhibits E to J**
   **Exhibits K to Q**
4. **LR 7.1(c) Word Count Compliance Certificate for aforementioned Memorandum;**
5. **Proposed Order; and**
6. **Certificate of Service.**

to be filed electronically with the Clerk of Court, and that the Clerk of Court will return an e-notice of the electronic filing.

I further certify that I caused a copy of the foregoing documents to be e-mailed (without the exhibits) and sent via Federal Express (with the exhibits) to the following:

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Fl.
San Francisco, CA 94111

Dianne M. Nast, Esq.

Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

and delivered by messenger to the following:

Charles S. Zimmerman, Esq.
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Richard A. Lockridge, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Dale I. Larson, Esq.
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Dated: April 18, 2006

s/Peter Sipkins
Peter Sipkins (#101540)
Dorsey & Whitney LLP
50 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-343-7903