**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**PTO-149 Delinquency List for Plaintiffs due 03/03/2006** **as of April 20, 2006**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Geraci, Gerald | 03-0029 | Jeffrey W. Rickard<br>Alexander Hawes & Audet<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>(408) 289-1776<br><br>Yvonne M. Flaherty<br>Lockridge, Grindal, Nauen<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>(612) 339-0981 |
| 2. | Henry, Jane | 03-0029 | |
| 3. | Rosenthal, Louis | 03-0029 | |
| 4. | Abner, Tolbert | 03-1173 | Melissa A. Prickett<br>Beasley Allen Crow Methvin Portis & Miles PC<br>218 Commerce Street<br>Montgomery, AL 36104<br>(334) 269-2343<br>(334) 954-7555 (fax) |
| 5. | Akers, Eugene | 03-1173 | |
| 6. | Aldridge, Shairlet | 03-1173 | |
| 7. | Asbury, Mary | 03-1173 | |
| 8. | Atkinson, Herschel | 03-1173 | |
| 9. | Auvenshine, Carl B. | 03-1173 | |
| 10. | Badon, Shirely | 03-1173 | |
| 11. | Barber, Josie | 03-1173 | |
| 12. | Barnes, Dorothy | 03-1173 | |
| 13. | Beechum, Johnny | 03-1173 | |
| 14. | Belmar, Helen | 03-1173 | |
| 15. | Coward, Geneva | 03-1173 | |
| 16. | Cox, Walter | 03-1173 | |
| 17. | Crowe, Wilma | 03-1173 | |
| 18. | Crump, Betsy | 03-1173 | |
| 19. | Curtsinger, Ida | 03-1173 | |
| 20. | Darnell, Richard | 03-1173 | |
| 21. | Daugherty, Russell | 03-1173 | |
| 22. | Davenport, Judith | 03-1173 | |
| 23. | Davis, Gearline | 03-1173 | |
| 24. | Day, Anne | 03-1173 | |
| 25. | Delatte, Laurie | 03-1173 | |
| 26. | Frago, Darlene | 03-1173 | |
| 27. | Frank, Martha | 03-1173 | |
| 28. | Geasilin, Linda | 03-1173 | |
| 29. | Higginbotham, Gereland | 03-1173 | |
| 30. | Hogan, Don | 03-1173 | |
| 31. | Holbrook, Pat | 03-1173 | |
| 32. | Holman, Ruth | 03-1173 | |
| 33. | Houston, Alexander | 03-1173 | |
| 34. | Lalster-Manning, Betty | 03-1173 | |
| 35. | Lawson, Kelly | 03-1173 | |
| 36. | Lejeune, Etha | 03-1173 | |
| 37. | Lenhart, Marvin | 03-1173 | |
| 38. | Lewaller, Enis | 03-1173 | |
| 39. | Lindsay, Florence | 03-1173 | |

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 40. | McCord, Helen | 03-1173 | |
| 41. | McDonald, Brenda | 03-1173 | |
| 42. | McEachern, Pauline | 03-1173 | |
| 43. | McQuilling, Ronald | 03-1173 | |
| 44. | Morrison, Dortha | 03-1173 | |
| 45. | Muhm, Donald | 03-1173 | |
| 46. | Mullins, Mary | 03-1173 | |
| 47. | Murphy, Joe | 03-1173 | |
| 48. | Murphy, Rebecca | 03-1173 | |
| 49. | Newkirk, Elva | 03-1173 | |
| 50. | Ramirez, Genevie | 03-1173 | |
| 51. | Ratliff, Madeline | 03-1173 | |
| 52. | Ray, Ronnie | 03-1173 | |
| 53. | Redmon, Cynthia | 03-1173 | |
| 54. | Reed, Mable | 03-1173 | |
| 55. | Resendiz, Andres | 03-1173 | |
| 56. | Reynaud, Mary | 03-1173 | |
| 57. | Richards, Darrell | 03-1173 | |
| 58. | Richardson, Jeanette | 03-1173 | |
| 59. | Riddell, Clifford | 03-1173 | |
| 60. | Ridnour, Ernest | 03-1173 | |
| 61. | Simoneaux, Gilbert | 03-1173 | |
| 62. | Stevens, Pamela | 03-1173 | |
| 63. | Stewart, Jeanetta | 03-1173 | |
| 64. | Stone, Sharon | 03-1173 | |
| 65. | Strickland, Rodney | 03-1173 | |
| 66. | Strong, Jacqueline | 03-1173 | |
| 67. | Summer, Betty | 03-1173 | |
| 68. | Sundly, Dan | 03-1173 | |
| 69. | Sutton, Edith | 03-1173 | |
| 70. | Swisher, Paul | 03-1173 | |
| 71. | Tackett, Grayson | 03-1173 | |
| 72. | Turner, John | 03-1173 | |
| 73. | Turner, Lee | 03-1173 | |
| 74. | Turner, Reba | 03-1173 | |
| 75. | Vanzant, Lavarne | 03-1173 | |
| 76. | Vinette, Jernie | 03-1173 | |
| 77. | Vowels, Sherry | 03-1173 | |
| 78. | Wallendal, Diane | 03-1173 | |
| 79. | Ward, William | 03-1173 | |
| 80. | Washington, Verna | 03-1173 | |
| 81. | Allen, Dorothy Lee | 02-2996 | Daniel E. Becnel, Jr.<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>Post Office Drawer "H"<br>Reserve, LA 70084<br>(985) 536-1186<br>(985) 536-6445 (fax) |
| 82. | Jones, Willie Lea | 02-2996 | |
| 83. | Ney, Suzanne E. | 02-2996 | |
| 84. | Spriggs, Michael | 02-2996 | |
| 85. | Strain, Lynn | 02-2996 | |
| 86. | Williford, Henry David | 02-2996 | |
| 87. | Brown, Kenneth W. | 02-3491 | |
| 88. | Craft, Jerry Wayne | 02-3491 | |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 89. | Dixon, Delories | 02-3491 | |
| 90. | Fisher, Loreta Allen | 02-3491 | |
| 91. | Glover, Carnell | 02-3491 | |
| 92. | Williams, Billie | 02-3896 | Robert E. Cartwright, Jr.<br>Cartwright Law Firm<br>222 Front Street, 5th Floor<br>San Francisco, CA 94111<br>(415) 433-0444<br>(415) 433-0449 (fax) |
| 93. | Duda, Paul | 02-3583 | Paul Duda (pro se)<br>4586 Walburn Road<br>Columbus, OH 43232<br>(614) 837-6409 |
| 94. | Parker, Daniel | 02-4695 | Jeffrey Embry<br>Hosley & Embry<br>313 E. Chaenwood Street<br>Tyler, TX 75701<br>(903) 526-1772<br>(903) 526-1773 (fax) |
| 95. | Kofsky, Loren | 02-0141 | Todd Macaluso<br>Stacy Rennebu<br>Macaluso & Associates<br>600 West Broadway, Suite 1200<br>San Diego, CA 92101<br>619-230-0340<br>619-230-8892 (fax)<br><br>Tracy D. Rezvani<br>Finkelstein Thompson & Loughran<br>The Duvall Foundry<br>1050 30th Street, N.W.<br>Washington, DC 20007 |
| 96. | Landry, May | 02-3983 | John F. McKay<br>McKay Law Firm<br>7465 Exchange Place<br>Baton Rouge, LA 70806<br>(225) 924-3641<br>(225) 924-3644 (fax) |
| 97. | Davis, Arthur, Jr. | 02-4000 | |
| 98. | Alexander, Melvin | 02-4001 | |
| 99. | Brown, Phillip, Jr. | 02-4001 | |
| 100. | Conrad, Mary Lucille | 02-4001 | |
| 101. | Ealy, Lillian B. | 02-4001 | |
| 102. | Gatlin, Geraldine | 02-4001 | |
| 103. | Green, Lida | 02-4001 | |
| 104. | Smith, Phomas M. | 02-4001 | |
| 105. | Carlino, Leo | 02-4002 | |
| 106. | Carmena, Ronald | 02-4002 | |
| 107. | Farmer, Rosalie | 02-4002 | |
| 108. | Gaudet, Eunice | 02-4002 | |
| 109. | Holmes, Julia T. | 02-4002 | |
| 110. | Lalumandier, Ronald | 02-4002 | |
| 111. | Matthews, Andre | 02-4002 | |
| 112. | Mouret, Patricia | 02-4002 | |
| 113. | Rabalais, Gabrielle L. | 02-4002 | |
| 114. | Walker, Brenda | 02-4002 | |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 115. | Morales, Ruby Lee | 03-1099 | |
| 116. | Charles, James, Sr. | 03-1100 | |
| 117. | Clements, Emma | 03-1100 | |
| 118. | Courvelle, Irene | 03-1100 | |
| 119. | Jones, Curtis | 03-1100 | |
| 120. | Joubert, Ezekial | 03-1100 | |
| 121. | Martin, Anna | 03-1100 | |
| 122. | Owens, Shirley | 03-1100 | |
| 123. | Pritchard, Benjamin | 03-1100 | |
| 124. | Rougeau, Mae H. | 03-1100 | |
| 125. | Sample, Constance | 03-1100 | |
| 126. | Henry, Anna | 03-1102 | |
| 127. | Soto, Joseph (Joey) | 03-1102 | |
| 128. | Womack, Minnie W. | 03-1102 | |
| 129. | Bonds, Clara | 02-0460 | Curtis Johnson<br>Perkins, Johnson, Settle<br>45 North Third Ste 200<br>Memphis, TN 38103<br>(901) 522-8900<br>(901) 522-8219 (fax) |
| 130. | Conner, Peggy | 02-0460 | |
| 131. | Johnson, Delores | 02-0460 | |
| 132. | Morgan, Wilma H. | 02-0449 | W. James Singleton<br>Singleton Law Firm, P.L.C.<br>4050 Linwood Avenue<br>Shreveport, LA 71108<br>(318) 631-5200<br>(318) 636-7759 (fax) |
| 133. | Hickerson, Patricia | 02-0454 | Stephen J. Fearon, Jr.<br>Squitieri & Fearon LLP<br>32 East 57th Street, 12th Floor<br>New York, NY 10022<br>(212) 421-6492 |
| 134. | Chana, Indu | 02-0747 | Paul Pennock<br>Dan Burke<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 558-5500<br>(212) 344-5461 (fax) |
| 135. | Botello, Juan | 02-0749 | |
| 136. | White, Alex | 02-0749 | |
| 137. | Dufresne, Joan | 02-1030 | |
| 138. | Gladney, Glenn | 02-1039 | |
| 139. | Singleton, Ruby | 02-1039 | |
| 140. | Gaffney, Florence | 02-1158 | |
| 141. | Sirkin, Delores | 02-1393 | |
| 142. | Hugee, Frank | 02-1440 | |
| 143. | Davidson, James | 02-1446 | |
| 144. | Braxton, Wesley | 02-1452 | |
| 145. | DeGuzman, Lydia | 02-1500 | |
| 146. | Richards, Venka | 02-1541 | |
| 147. | Salgado, Joe | 02-1542 | |
| 148. | Roy, Julia | 02-1553 | |
| 149. | Odie, Emma | 02-1555 | |
| 150. | Slater, Randall | 02-1595 | |
| 151. | Thomas, Bonnie | 02-1614 | |
| 152. | Moore, Miraposa | 02-1620 | |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 153. | Wolfe, Coy, Jr. | 02-1627 | |
| 154. | McMurray, (Ms) Bobby | 02-1628 | |
| 155. | Baker, David | 02-1854 | |
| 156. | Currier, Charles | 02-1891 | |
| 157. | Evans, Norma | 02-1910 | |
| 158. | Bottley, Eva | 02-1942 | |
| 159. | Rogers, Jane | 02-1961 | |
| 160. | Gochanour, Robert | 02-1971 | |
| 161. | Gonzales, Domingo | 02-1972 | |
| 162. | Gregory, Floyd | 02-1977 | |
| 163. | Guerrero, Arlene | 02-1978 | |
| 164. | Zamora, Julio | 02-2008 | |
| 165. | Siebert, Carol | 02-2030 | |
| 166. | Silva, Denise | 02-2031 | |
| 167. | Herrera, Carlos | 02-2047 | |
| 168. | Munoz, Robert | 02-2064 | |
| 169. | Medina, Elisa | 02-2083 | |
| 170. | Havell, Eleanor | 02-2149 | |
| 171. | Mills, Mildred | 02-2157 | |
| 172. | Grey, Mary | 02-2158 | |
| 173. | Laeno, Leaonardo | 02-2162 | |
| 174. | Lott, Jeneene | 02-2164 | |
| 175. | Tarver, Ricky | 02-2169 | |
| 176. | Miranda, Hermie | 02-2185 | |
| 177. | Camelbeek, Evelyn | 02-2214 | |
| 178. | Hall, Latonya | 02-2216 | |
| 179. | DeLira, Miguel | 02-2225 | |
| 180. | Patton, Linda | 02-2230 | |
| 181. | Plant, Mary | 02-2232 | |
| 182. | Montoya, Jane | 02-2247 | |
| 183. | Upshaw, Frederick | 02-2251 | |
| 184. | Hickman, Beverly | 02-2256 | |
| 185. | Bishop, Mark | 02-2273 | |
| 186. | Bayliss, Grace | 02-2274 | |
| 187. | Arruti, Alejandro | 02-2278 | |
| 188. | King-Jones, Beverly | 02-2290 | |
| 189. | Vizcarra, Miguel | 02-2301 | |
| 190. | Hussain, Syed | 02-2312 | |
| 191. | Moran, Guillermo | 02-2315 | |
| 192. | Mcrae, Vandewey | 02-2316 | |
| 193. | Walling, Eva | 02-2344 | |
| 194. | Dippre, Jean | 02-2370 | |
| 195. | Sirkin, Jack | 02-2372 | |
| 196. | Hernandez, Michael | 02-2375 | |
| 197. | Sorrell, Raymond | 02-2385 | |
| 198. | Taylor, Margie | 02-2391 | |
| 199. | Thompson, Sharon | 02-2397 | |
| 200. | Snipes, Hubert | 02-2415 | |
| 201. | Easterday, John | 02-2431 | |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 202. | Conway, Sheril | 02-2437 | |
| 203. | Tucker, Rita | 02-2464 | |
| 204. | Bryant, Charles | 02-2469 | |
| 205. | Lockett, Maxwell | 02-2475 | |
| 206. | Garton, Marjorie | 02-2488 | |
| 207. | Word, Keith | 02-2503 | |
| 208. | Eckard, Thelma | 02-2515 | |
| 209. | McCord, James | 02-2526 | |
| 210. | Branton, Johnnie | 02-2532 | |
| 211. | Bailey, O'Dean | 02-2543 | |
| 212. | Simpson, Sharon | 02-2544 | |
| 213. | Smith, Donald | 02-2547 | |
| 214. | Scupin, Frank | 02-2549 | |
| 215. | Sherwood, Roger | 02-2555 | |
| 216. | Rogers, Larry | 02-2564 | |
| 217. | Roberts, Paul | 02-2565 | |
| 218. | Ragan, Vera | 02-2567 | |
| 219. | Hammond, Ruth | 02-2570 | |
| 220. | Morrison, Gloria | 02-2590 | |
| 221. | Myers, Ralph | 02-2591 | |
| 222. | Jones, Pearlie | 02-2631 | |
| 223. | Jamerson, Coreene | 02-2640 | |
| 224. | Marzan, Aurora | 02-2663 | |
| 225. | Johnson, Katie | 02-2693 | |
| 226. | Howard, Margaret | 02-2702 | |
| 227. | Campbell, Willie | 02-2711 | |
| 228. | Todd, Calvin | 02-2719 | |
| 229. | Moultry, Thomas | 02-2730 | |
| 230. | Williams, Trennie | 02-2757 | |
| 231. | Telford, Carrie | 02-2797 | |
| 232. | Glass, Frances | 02-2800 | |
| 233. | Reed, Margie | 02-2841 | |
| 234. | Knight, David | 02-2847 | |
| 235. | Contreras, John | 02-3026 | |
| 236. | Evangelista, Jorge | 02-3046 | |
| 237. | White, Don | 02-3071 | |
| 238. | Hammad, Osama | 02-3073 | |
| 239. | Ramsey, Jean | 02-3076 | |
| 240. | Schwartz, Charles | 02-3093 | |
| 241. | Harris, Richard | 02-3111 | |
| 242. | Maxwell, Roderick | 02-3117 | |
| 243. | Bradfield, Saul | 02-3145 | |
| 244. | Baker, Biff | 02-3146 | |
| 245. | Brown, Gail | 02-3149 | |
| 246. | Filipiak, James | 02-3156 | |
| 247. | Marshall, Irene | 02-3157 | |
| 248. | Banner, Rodney | 02-3170 | |
| 249. | Green, Edgar | 02-3178 | |
| 250. | Perez, Zenaida | 02-3179 | |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 251. | Espinoza, Ray | 02-3183 | |
| 252. | Fellows, Virginia | 02-3186 | |
| 253. | Curtis, John | 02-3191 | |
| 254. | Smith, Katie | 02-3206 | |
| 255. | Reed, David | 02-3213 | |
| 256. | Pike, David | 02-3247 | |
| 257. | Nedelman, Burton | 02-3259 | |
| 258. | Bryan, Anna | 02-3296 | |
| 259. | Miller, Craig B. | 02-3302 | |
| 260. | Harris, Susie | 02-3316 | |
| 261. | Espacio, Orlando | 02-3320 | |
| 262. | Fuller, Lonnie | 02-3327 | |
| 263. | Solorzano, Javier | 02-3332 | |
| 264. | Wilson, Tina | 02-3346 | |
| 265. | Jaquay, Maria | 02-3349 | |
| 266. | Jones, Linda | 02-3377 | |
| 267. | Marushi, William | 02-3381 | |
| 268. | Gonzalez, Armando | 02-3382 | |
| 269. | McKnight, Myra | 02-3417 | |
| 270. | Fortner, Nell | 02-3423 | |
| 271. | Marks, Josephine | 02-3430 | |
| 272. | Beeler, Doris | 02-3433 | |
| 273. | Machala, Janina | 02-3442 | |
| 274. | Landry, Thomas | 02-3534 | |
| 275. | Kish, Robert | 02-3770 | |
| 276. | Cetto, Lillian | 02-3773 | |
| 277. | Collins, Juanita | 02-4389 | |
| 278. | Thompson, Daniel | 02-4473 | |
| 279. | Clipson, Bonnie | 02-4485 | |
| 280. | Bush, Daisy | 02-4489 | |
| 281. | Walsh, Kevin | 02-4514 | |
| 282. | Bailey, Victoria | 02-4548 | |
| 283. | Montanez, Natividad | 02-4570 | |
| 284. | Pineda-Dermody, Miriam | 02-4574 | |
| 285. | Price, Shelby | 02-4612 | |
| 286. | Dolan, Bernard | 02-4618 | |
| 287. | Duran, Elmo | 02-4626 | |
| 288. | Southall, Vernay | 02-4648 | |
| 289. | Clark, Gayle | 02-4667 | |
| 290. | Thierry, Carolyn | 02-4686 | |
| 291. | Thomas, Carina | 02-4846 | |
| 292. | McCurry, Alice | 03-0066 | |
| 293. | Updike, Kathleen | 03-0069 | |
| 294. | Bailey, Mary | 03-0075 | |
| 295. | Hancock, William | 03-0080 | |
| 296. | Springer, Phyllis | 03-0084 | |
| 297. | Englebrecht, Renee | 03-0134 | |
| 298. | DeSouza, Rita | 03-0152 | |
| 299. | Despot, Daniel | 03-0157 | |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 300. | Cox, Ailene | 03-0158 | |
| 301. | Gutierrez, Teresa | 03-0185 | |
| 302. | Heintz, Clara | 03-0190 | |
| 303. | Wadding, Wayne | 03-0212 | |
| 304. | Williams, Howard | 03-0222 | |
| 305. | Wengrofsky, Zelda | 03-0223 | |
| 306. | Truelove, Robert | 03-0249 | |
| 307. | White, John | 03-0255 | |
| 308. | Taylor, Robert | 03-0394 | |
| 309. | McCray, Beatrice | 03-0422 | |
| 310. | Sulme, Alfred | 03-0444 | |
| 311. | Kafteranis, Panos | 03-0455 | |
| 312. | Sharpe, Dave | 03-0456 | |
| 313. | Leeper, Roy | 03-0466 | |
| 314. | Karzen, Clara | 03-0467 | |
| 315. | Melnikovski, Arkadi | 03-0482 | |
| 316. | Rogers, Lydia | 03-0492 | |
| 317. | Hampton, Mary | 03-0553 | |
| 318. | Wiley, William | 03-0576 | |
| 319. | Usler, Celeste | 03-0588 | |
| 320. | Eastridge, Martha | 03-0609 | |
| 321. | Ronberg, Jo Ann | 03-0629 | |
| 322. | Tam, Jonathan | 03-0651 | |
| 323. | Rodriguez, Cairo | 03-0657 | |
| 324. | George, Karen | 03-0681 | |
| 325. | Singh, Pritam | 03-0733 | |
| 326. | Griffith, Leslie | 03-0748 | |
| 327. | Siqueiros, Eva | 03-0753 | |
| 328. | Shinn, Clay | 03-0754 | |
| 329. | McCants, Donald | 03-0756 | |
| 330. | Rosen, Morris | 03-0757 | |
| 331. | Harvey, Sarah | 03-0781 | |
| 332. | Periera, Mary | 03-0789 | |
| 333. | Jimenez, Maria | 03-0804 | |
| 334. | Mendoza, Nolan | 03-0821 | |
| 335. | Valencia, Leo | 03-0957 | |
| 336. | Martinez, Lupe | 02-0877 | Terry W. West<br>West Law Firm<br>124 W. Highland<br>P.O. Box 698<br>Shawnee, OK 74802<br>(405) 275-0040<br>(405) 275-0052 (fax) |

PTO-149 Delinquency List for Plaintiffs due 03/03/2006 as of April 20, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 337. | La Lone, Joanne, for Estate of Juanita Herron | 03-0026 | Ronald Goldser<br>Jennifer K. Sustacek<br>Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(612) 341-0844 (fax) |