**CTO-65, D. MINN & CERTAIN OTHER PLAINTIFFS WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS AND/OR RESPONSIVE DOCUMENTS**

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Britton, Theresa | 05-2722 | D. Michael Noonan, Esq.<br>Shaheen & Gordon PA<br>P.O. Box 977<br>140 Washington Street, Second Floor<br>Dover, NH 03821-0977<br>P: (603) 749-5000<br>F: (603) 749-1838 |
| 2. | Chin, Jeffrey | 05-2722 | |
| 3. | Dunbar, Norman | 05-2722 | |
| 4. | Elias, Patricia | 05-2722 | |
| 5. | Hinton, William | 05-2722 | |
| 6. | Makris, Socrates | 05-2722 | |
| 7. | Simard, Alice | 05-2722 | |
| 8. | Southard, Wilbur | 05-2722 | |
| 9. | Veillon, Joseph | 03-1173 | Melissa A. Prickett, Esq.<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104<br>P: (334) 269-2343<br>F: (334) 954-7555 |
| 10. | Miller, Willie | 03-4968 | John Arthur Eaves, Esq.<br>JOHN ARTHUR EAVES, Law Offices<br>101 North State Street<br>Jackson, Mississippi 39201<br>P: (601) 355-7961<br>F: (601) 355-0530 |
| 11. | Hampton, Mary | 03-0553 | Daniel Burke, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>P: (212) 558-5500<br>F: (212) 344-5461 |
| 12. | Taylor, Robert (S.C. res.) | 03-0394 | |
| 13. | Senger, Philip | 03-4793 | Ronald Goldser, Esq.<br>Jennifer K. Sustacek, Esq.<br>Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402<br>P: (612) 341-0400<br>F: (612) 341-0844 |

SCANNED
APR 25 2006
U.S. DISTRICT COURT MPLS