UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Liability Litigation — MDL No. 1431

This Document Relates to All Cases — Pretrial Order No. 150

---

This matter is before the Court on the parties' request for an extension to the briefing schedule established in Pretrial Order No. 149, Section II.A. Based on this request, the schedule is amended as follows:

| | |
|---|---|
| Motions due | April 17, 2006 |
| Oppositions due | June 23, 2006 |
| Replies due | July 28, 2006 |

Date: May 2, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court