**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: Baycol Products Litigation No. 01-MD-1431 (MJD)

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Costs as shown on Mandate of Court of Appeals | $1,902.11 | $1,902.11 |
| TOTAL: | $1,902.11 | $1,902.11 |

Costs, therefore, are taxed in the sum of One Thousand Nine Hundred Two and 11/100 Dollars ($1,902.11) in favor of Appellant K. Amy Lemon, and against Appellees Bayer Corporation, Bayer AG, and GlaxoSmithKline, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of May 25, 2006.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk