**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MOTION FOR EMERGENCY PRESERVATION ORDER AND DISCOVERY INTO POTENTIALLY SANCTIONABLE CONDUCT**

I, Robert K. Shelquist certify that the Memorandum of Law In Support of PSC's Motion for Emergency Preservation Order and Discovery Into Potentially Sanctionable Conduct complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 4,231words.

Date: June 5, 2006

/s/ Robert K. Shelquist

Robert K. Shelquist, 21310X
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981