UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates to:

ALL ACTIONS

---

**AFFIDAVIT OF ROBERT K. SHELQUIST IN SUPPORT OF MOTION FOR EMERGENCY PRESERVATION ORDER AND DISCOVERY INTO POTENTIALLY SANCTIONABLE CONDUCT**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Robert K. Shelquist, being duly sworn, deposes and says:

1. I am a partner with the law firm of Lockridge Grindal Nauen P.L.L.P. I submit this Affidavit in Support of Plaintiffs' Motion for Emergency Preservation Order and Discovery Into Potentially Sanctionable Conduct.

2. Attached as Exhibit 1 is a true and correct copy of the Second Amended Notice of Deposition of Terry G. Hayes.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Terry G. Hayes, 02-CV-0045 MJD, taken on May 4, 2006.

4. Attached as Exhibit 3 is a true and correct copy of the Notice to Take Amended Videotaped Deposition, dated July 9, 2003.

5. Attached as Exhibit 4 is a true and correct copy of correspondence dated May 26, 2006 from Richard A. Lockridge to defense counsel.

6. Attached as Exhibit 5 is a true and correct copy of *In re Worldcom, Inc. Securities Litig.*, 2003 WL 21872391 (S.D.N.Y. 2003).

7. Attached as Exhibit 6 is a true and correct copy of *In re New Motor Vehicles Canadian Export Antitrust Litig.*, MDL 1532, 2003 WL 22709626 (D. Me. 2003).

8. Attached as Exhibit 7 is a true and correct copy of *Wesley v. Vaughn* 2001 WL 793260 (E.D. Pa. 2001).

9. Attached as Exhibit 8 is a true and correct copy of *Loges v. England*, 1996 WL 631399 (Ohio App. 2 Dist. 1996).

10. Attached as Exhibit 9 is a true and correct copy of *St. Jude Med., Inc.,* No. MDL 1396, 2002 WL 341019 (D. Minn. March 1, 2002).

11. Attached as Exhibit 10 is a true and correct copy of *Bemis v. United States*, No. 96-1546, 1996 WL 550083 (8th Cir. Sept. 20, 1996).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Robert K. Shelquist
Robert K. Shelquist

Sworn to before me this 5th
day of June, 2006.

/s/ Barbara R. Gilles
Notary Public