UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |

This Document Relates to:

ALL ACTIONS

**AFFIDAVIT OF YVONNE M. FLAHERTY IN SUPPORT OF MOTION FOR EMERGENCY PRESERVATION ORDER AND DISCOVERY INTO POTENTIALLY SANCTIONABLE CONDUCT**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Yvonne M. Flaherty, being duly sworn, deposes and says:

1. I am an attorney with the law firm of Lockridge Grindal Nauen P.L.L.P. I submit this Affidavit in Support of Plaintiffs' Motion for Emergency Preservation Order and Discovery Into Potentially Sanctionable Conduct.

2. On May 8, 2006, I telephoned Mr. Hayes in response to a voicemail message he left for the Plaintiff Steering Committee ("PSC").

3. During the course of this telephone conversation, Mr. Hayes informed me that, during his May 4, 2006 deposition, defense counsel had demanded from him copies of several letters, memoranda, and other confidential communications from the PSC and co-lead counsel, the vast majority of which were marked "confidential" and/or "privileged."

4. Mr. Hayes also informed me that he had forwarded the confidential documents in question to defense counsel in Louisville, Kentucky, via facsimile, minutes before our

telephone conversation because local defense counsel threatened to file a motion against Mr. Hayes.

5. In response to Mr. Hayes' recitation of events, the PSC requested and obtained a copy of the May 4, 2006 Hayes deposition transcript to corroborate the information conveyed by Mr. Hayes during the May 8, 2006 telephone conversation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty

Sworn to before me this 5th
day of June, 2006.

/s/ Barbara R. Gilles
Notary Public