**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

The undersigned hereby certifies that on this 5th day of June, 2006, she served a copy of:

1. PSC's Motion For Emergency Preservation Order And Discovery Into Potentially Sanctionable Conduct;
2. Memorandum of Law In Support of PSC's Motion for Emergency Preservation Order and Discovery Into Potentially Sanctionable Conduct;
3. Affidavit Of Robert K. Shelquist In Support Of Motion For Emergency Preservation Order And Discovery Into Potentially Sanctionable Conduct; and
4. Affidavit Of Yvonne M. Flaherty In Support Of Motion For Emergency Preservation Order And Discovery Into Potentially Sanctionable Conduct

on all attorneys of record and liaison counsel by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143.

/s/ Barbara R. Gilles

Subscribed and sworn to before me
this 5th day of June, 2006.

/s/ Kelly J. LeRoy
Notary Public

353184-1