6/04
**MINUTES OF PROCEEDINGS:**

Court Reporter: Lori Simpson and Lorilee Fink

MOTIONS

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **MDL** _1431

Time: 2:01 to 2:43
3:06 to 3:12 48 minutes

IN RE BAYCOL PRODUCTS

Plaintiff(s),

vs.

Defendant(s).

Charles Zimmerman

Plaintiff(s) Counsel

Adam Hoeflich, Susan Weber; Elizabeth Wright; Tracy VanSteengurgh

Defendant(s) Counsel

Motion for emergency preservation order and discovery into potentially sanctionable conduct by plaintiffs steering committee [docket # 4137] was granted in part.

Dated: June 12, 2006

s/Debbie Halfman
Deputy Clerk Debbie Halfman