6/04
**MINUTES OF PROCEEDINGS:**

Court Reporter: Lori Simpson and Lorilee Fink

MOTIONS

## UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **MDL** _ 1431(MJD)

AMENDED

Time: 2:01 to 2:43
3:06 to 3:12 48 minutes

IN RE BAYCOL PRODUCTS

Plaintiff(s),

Charles Zimmerman
Plaintiff(s) Counsel

vs.

Defendant(s).

Adam Hoeflich, Susan Weber Elizabeth Wright; Tracy Van Steenburgh
Defendant(s) Counsel

Motion for emergency preservation order and discovery into potentially sanctionable conduct [docket # 4137] was granted in part.

Dated: June 12, 2006

s/Debbie Halfman
Deputy Clerk Debbie Halfman