**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

# LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PSC's MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF DR. HARLAND AUSTIN

I, Richard A. Lockridge certify that the PSC's Memorandum in Opposition to Motion to Exclude Testimony of Dr. Harland Austin (Filed Under Seal) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3,669 words.

Date: June 19, 2006

s/ Richard A. Lockridge
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981