**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO BAYER AND GSK'S MOTION TO EXCLUDE EXPERT TESTIMONY OF RICHARD KAPIT**

I, Yvonne M. Flaherty certify that the Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Exclude Expert Testimony of Richard Kapit (Filed Under Seal) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3,749 words.

Date: June 21, 2006

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981