**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of June, 2006, she served the following documents which were filed under seal by sending a true and correct copy thereof, in the manner indicated, directed to those individuals listed on the attached list.

1. Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Exclude Expert Testimony of Richard Kapit (Filed Under Seal);
2. Affidavit of Yvonne M. Flaherty in Support of Plaintiffs' Opposition to Bayer and GSK's Motion to Exclude Expert Testimony of Richard Kapit (Filed Under Seal);

The undersigned also certifies that on this 21st day of June, 2006, she served a copy of LR 7.1(c) Word Count Compliance Certificate Regarding Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Exclude Expert Testimony of Richard Kapit on all attorneys of record and liaison counsel by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143.

s/Sherry Grossheim
Sherry Grossheim

Subscribed and sworn to before me
this 21st day of June, 2006.

s/Jeannette G. Valentine
Notary Public

| | |
|---|---|
| **VIA U.S. MAIL**<br>Richard J. Arsenault<br>Neblett, Beard & Arsenault<br>2220 Bonaventure Ct., P.O. Box 1190<br>Alexandria, LA 71301 | **VIA FEDERAL EXPRESS**<br>Philip Beck / Adam Hoeflich<br>Barlet Beck Herman Palenchar & Scott<br>54 West Hubbard, Suite 300<br>Chicago, IL 60610 |
| **VIA U.S. MAIL**<br>Deanna Dailey<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55101 | **VIA FEDERAL EXPRESS**<br>Richard K. Dandrea<br>Eckert Seamans Cherin & Mellott, LLC<br>USX Tower<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 |
| **VIA U.S. MAIL**<br>Charles Zimmerman/Ronald S. Goldser<br>Randy Hopper<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402 | **VIA FEDERAL EXPRESS**<br>Fred T. Magaziner<br>DECHERT<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103 |
| **VIA FEDERAL EXPRESS**<br>Susan Weber/James Mizgala<br>Catherine Valerio Barrad/Paul J. Zidlicky<br>Sidley Austin Brown & Wood<br>One South Dearborn<br>Chicago, IL 60603 | **VIA MESSENGER**<br>Peter W. Sipkins/Elizabeth S. Wright<br>Dorsey & Whitney<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55401-1498 |
| **VIA MESSENGER**<br>Scott A. Smith<br>Halleland Lewis Nilan Sipkins & Johnson P.A.<br>220 South Sixth Street, Suite 600<br>Minneapolis, MN 55402 | **VIA U.S. MAIL**<br>Douglas R. Marvin<br>Williams & Connolly<br>725 12th Street NW<br>Washington, DC 20005 |
| **VIA U.S. MAIL**<br>Robert E. Piper, Jr.<br>Piper & Assoc<br>PO Box 69<br>Shreveport, LA 71161 | |