UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO BAYER AND GSK'S MOTION TO PRECLUDE EXPERT WITNESSES FROM INVOKING THE TESTIMONY OF OTHER TESTIFYING EXPERTS**

I, Richard A. Lockridge certify that the Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Preclude Expert Witnesses From Invoking the Testimony of Other Testifying Experts (Filed Under Seal) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 4,112 words.

Date: June 22, 2006

/s/ Richard A. Lockridge
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981