# EXHIBIT B

ELSEVIER

Atherosclerosis 177 (2004) 183–188

ATHEROSCLEROSIS

www.elsevier.com/locate/atherosclerosis

# Statin myotoxicity is associated with changes in the cardiopulmonary function

P.S. Phillips[a,*], C.T. Phillips[b], M.J. Sullivan[a], R.K. Naviaux[d], R.H. Haas[c]

[a] *Scripps Mercy Clinical Research Center, Scripps Mercy Hospital, Cardiology (Mer 74), Catheterization Laboratories, Scripps Mercy Hospital, 4077 Fifth Avenue, San Diego, CA 92103, USA*
[b] *San Diego Medical Center, University of Washington, Seattle, WA, USA*
[c] *Departments of Neurosciences and Pediatrics, University of California, San Diego Medical Center, San Diego, CA, USA*
[d] *Department of Medicine, University of California, San Diego Medical Center, San Diego, CA, USA*

Received 12 February 2004; received in revised form 16 June 2004; accepted 17 June 2004
Available online 27 August 2004

**Abstract**

The mechanism of the muscle toxicity associated with lipid-lowering therapy remains obscure. Pathological and biochemical findings in patients with statin myotoxicity suggest impaired fatty acid oxidation. Exhaled gas analysis can be used to assess substrate utilization including fatty acid oxidation. In order to determine if muscle toxicity due to lipid-lowering therapy might be related to abnormalities in lipid oxidation, exhaled gas analysis was performed in the fasted state on 11 patients subsequent to statin-associated myositis reactions. Results were compared to those of 16 normal controls who were measured both on and off statin therapy. Post-myositis patients showed a depressed anaerobic threshold (AT) ($P = 0.009$) compared to controls while age-adjusted maximal oxygen consumption ($VO_{2\,max}$) and ventilatory efficiency ($VE/VCO_2$) were not significantly different. The fasting respiratory exchange ratio (RER) of post-myositis patients off statins was abnormally increased ($P = 0.00001$) as was their S1-slope ($P = 0.023$). Controls demonstrated a significant increase in their RER while taking statins consistent with decreased lipid oxidation ($P < 0.00001$). These findings suggest that abnormal lipid oxidation in certain patients may predispose them to the myotoxicity caused by lipid-lowering therapies.
© 2004 Elsevier Ireland Ltd. All rights reserved.

*Keywords:* Statin; Rhabdomyolysis; Fatty acid oxidation; Myositis; Toxicity; Respiratory exchange ratio

## 1. Introduction

Most lipid-lowering agents including statins, fibrates and niacin have been associated with myotoxic reactions. The etiology of these reactions remains unknown [1]. While these reactions are related to the intensity of lipid-lowering within each drug class [2], they are actually more common with fibrates, a weaker agent, than with statins [3]. Myotoxicity is also more common when statins are combined with fibrates. Here a pharmacokinetic interaction has been proposed. We have considered that the tendency to myotoxicity on lipid-lowering therapy might be due to the patient's lipid disorder itself.

Hypertriglyceridemia is unusually common among patients with muscle complaints on statins [4]. Hypertriglyceridemia present prior to treatment with these lipid-lowering agents may be an indicator of abnormal fatty acid oxidation [5]. Patients with hypertriglyceridemia or combined hyperlipidemia are those most likely to receive fibrates or a fibrate–statin combination. Histopathology of muscle biopsies in patients suffering statin myotoxicity demonstrates abnormalities suggesting impaired fatty acid oxidation [6]. Urine organic acid analysis in patients with statin-associated muscle toxicity suggests a metabolic defect [7]. To clarify the relationship between statin-induced muscle toxicity and

* Corresponding author.
*E-mail address:* phillips.paul@scrippshealth.org (P.S. Phillips).

0021-9150/$ – see front matter © 2004 Elsevier Ireland Ltd. All rights reserved.
doi:10.1016/j.atherosclerosis.2004.06.014

changes in fatty acid oxidation, we performed exhaled gas analysis during rest and symptom-limited treadmill exercise on patients with statin-induced myositis and on normal controls.

## 2. Methods

Eleven sequential, non-diabetic patients diagnosed with statin-induced rhabdomyolysis or myositis were studied off statins. In each case, the diagnosis of rhabdomyolysis or myositis was based on the clinical definitions recommended by Pasternak et al. [2]. Rhabdomyolysis was defined as muscle symptoms with CK elevation greater than 10 times the upper limit of normal whereas myositis pertained to muscle symptoms with any increase in CK. Patients having suffered either rhabdomyolysis or myositis in relation to statins are termed the post-myositis group. All post-myositis patients had developed muscle symptoms and elevated creatine kinase (CK) in association with exposure to statins. Nine of 11 developed their symptoms in association with a change in dose or brand of statin. All had normal thyroid function and none had a history of myopathy or elevated CK prior to statin exposure. Six of the 11 underwent genetic screening for carnitine palmitoyl transferase (CPT) deficiency. Sixteen normal volunteers were used to provide control measurements for comparison with the study group. Controls had no evidence of statin-related complaints while on therapy which included atorvastatin in doses of 5–20 mg daily. They had normal serum CK and thyroid function. Controls were tested off statins and then again after taking statins for 6 weeks. All subjects gave informed consent to the study protocol as approved by the institutional review board.

Cardiopulmonary exercise testing with exhaled gas analysis (CPX) was performed after an overnight fast while subjects were on a constant diet and exercise regimen. Caffeine and alcohol were prohibited for 18 h before the test. Breath by breath gas analysis was collected during 30 min of rest and 8 min of ramped treadmill exercise. The Orca® cardiopulmonary exercise testing system with an Oxigraf® laser diode absorption spectroscopy oxygen sensor and a CardioPulmonary Technologies® pulsed non-dispersive infrared spectroscopy $CO_2$ sensor was calibrated with a known gas mixture before each gas collection. For each subject we measured indicators of aerobic function including the maximal oxygen consumption ($VO_{2\,max}$), anaerobic threshold (AT) and the ventilatory efficiency ($VE/VCO_2$). Percent age-predicted $VO_{2\,max}$ was calculated by standard techniques [8]. We also recorded parameters of fuel selection such as the fasting RER, and the initial slope of the curve of oxygen consumption ($VO_2$) versus carbon dioxide production ($VCO_2$), termed the S1-slope. S1-slope has previously been demonstrated to correlate with fuel source during early exercise [9].

Statistical comparisons between post-myositis and control groups were made with a series of analyses of covariance (ANCOVA) with each of the CPX parameters as an outcome, group membership (post-myositis versus control) as the main factor of interest, and age as the controlling covariate. Paired $t$-tests were used for within group comparisons.

## 3. Results

Clinical characteristics of the post-myositis subjects are summarized in Table 1. Seven of the 11 post-myositis patients remained symptomatic 3–62 months after the acute event. The post-myositis patients tended to be older than controls (64 ± 12 years versus 57 ± 10 years old) but not significantly so ($P = 0.054$). Control CPX results are reported in Tables 2 and 3 as a summary statistic.

### *3.1. Comparison of controls to post-myositis patients*

The AT of the post-myositis group was significantly depressed when controlled for age compared with controls ($P = 0.009$). The $VO_{2\,max}$ and ventilatory efficiency were not significantly depressed when age is accounted for. There was no age effect on RER or S1-slope. The resting RER was significantly increased in the post-myositis group ($P < 0.00001$). The S1-slope, which reflects substrate selection during the first part of exercise, was also increased in the post-myositis group ($P = 0.023$). Carnitine palmitoyl transferase deficiency was excluded in all six post-myositis patients who underwent genetic screening for muscle disorders.

### *3.2. Comparison of controls on and off statins*

There was no difference in controls' aerobic function measured by $VO_{2\,max}$, AT and $VE/VCO_2$ on compared to off statin therapy. The S1-slope was not significantly affected by statin use. On the other hand, the fasting RER increased in all of these non-diabetic subjects during statin therapy ($P < 0.00001$).

## 4. Discussion

Previous work has shown no correlation between reduced plasma lipids and aerobic work capacity in asymptomatic subjects both with and without lipid-lowering therapies [10,11]. However, the apolipoprotein E genotype may predict the increase in $VO_{2\,max}$ achieved with exercise training [12]. Since apolipoprotein E mediates triglyceride clearance, this suggests a possible relationship between the regulation of triglyceride clearance and response of $VO_{2\,max}$ to exercise. The effect of statin exposure on exercise-induced CK elevation has been inconsistent. There was no significant difference in CK after exercise in five patients on lovastatin compared to five on placebo in one study [13]. A larger study of 59 subjects similarly divided between lovastatin and placebo demonstrated a significant increase CK after exercise on the statin [14]. Some patients appear to be unusually

Table 1
Clinical characteristics of subjects

| Post-myositis patient # | Age | Sex | Un-treated total cholesterol/triglycerides (mg/dL) | Creatine kinase (peak/current)[a] (IU/L) | Muscle biopsy | Lipid-lowering therapies at time of myositis (mg/day) | Statin related symptoms at time of exercise test (time in months since myositis) |
|---|---|---|---|---|---|---|---|
| 1 | 60 | M | 215/236 | 932/137 | Normal | lovastatin 20, niacin 500 | None (6 months) |
| 2 | 73 | M | 223/337 | 101084/265 | NA | cerivastatin 0.4 | Severe weakness (62 months) |
| 3 | 53 | M | 240/484 | 538/404 | Minor myopathic abnormalities | simvastatin 20, fenofibrate 160 | Cramps (12 months) |
| 4 | 57 | M | 271/213 | 442/317 | Minor myopathic change with Cox negative staining fibers | atorvastatin 20 | Mild myalgias (14 months) |
| 5 | 48 | M | 261/293 | 511/215 | Minor myopathic abnormality with increased sub-sarcolemmal staining | atorvastatin 20 | None (3 months) |
| 6 | 80 | M | 200/264 | 678/446 | Myopathy with ragged red fibers | pravastatin 40, gemfibrozil 600 | None (12 months) |
| 7 | 72 | F | 241/384 | 13000/319 | Myopathy | simvastatin 40, gemfibrozil 600 | Weakness (3 months) |
| 8 | 72 | M | 216/189 | 569/216 | Minor myopathic abnormalities | simvastatin 20 | Weakness (5 months) |
| 9 | 80 | F | 256/109 | 51600/47 | NA | simvastatin 40 | None (21 months) |
| 10 | 73 | M | 201/110 | 1125/516 | Myopathy with Cox negative staining fibers and increased lipid | pravastatin 40 | myalgias, weakness (23 months) |
| 11 | 52 | M | 232/193 | 1965/353 | Multi-focal myonecrosis | simvastatin 40, niacin 1500 | Weak, dysphagia (23 months) |
| Summary statistic ($N$ = 11) mean ± S.D. | 65 ± 12 | | 232 ± 24/256 ± 114 | 15677 ± 32177/294 ± 137 | Eight of nine performed demonstrate abnormality | | Seven of 11 remain symptomatic at time of testing (3–62 months post-myositis) |

[a] Normal creatine kinase < 195 IU/L for both males and females.

Case 0:01-md-01431-MJD Document 4158-3 Filed 06/23/2006 Page 5 of 7



Table 2
Cardiopulmonary exercise test results of post-myositis subjects off statins

| Post-myositis patients | RER off statins | S1-slope | $VO_{2\,max}$ off statins (ml/min/kg) | Percent age-predicted $VO_{2\,max}$[a] (%) | AT off statins (ml/min/kg) | $\Delta VE/\Delta VCO_2$ off statins |
|---|---|---|---|---|---|---|
| 1 | 0.99 | 0.8 | 25.5 | 94 | 14.5 | 31.9 |
| 2 | 0.78 | 0.74 | 9.1 | 46 | 6.9 | 26.1 |
| 3 | 0.98 | 0.78 | 27.8 | 90 | 17.9 | 26.8 |
| 4 | 0.83 | 0.78 | 25.0 | 87 | 17.3 | 30.3 |
| 5 | 0.98 | 0.79 | 35.3 | 105 | 19.8 | 26.6 |
| 6 | 0.97 | 0.78 | 18.0 | 113 | 8.9 | 22.5 |
| 7 | 0.91 | 0.8 | 6.7 | 31 | NA | 43.3 |
| 8 | 0.88 | 0.82 | 10.3 | 50 | 8.0 | 35.1 |
| 9 | 0.94 | 0.72 | 16.2 | 88 | 10.0 | 26.2 |
| 10 | 0.85 | 0.74 | 20.1 | 101 | 14.0 | 33.8 |
| 11 | 0.82 | 1.08 | 33.2 | 106 | 16.2 | 27.9 |
| Normal controls ($N$ = 16) mean ± S.D. | 0.74 ± 0.04† | 0.76 ± 0.05ϕ | 31 ± 11 | 114 ± 42 | 22 ± 7** | 28 ± 5 |
| Post-myositis ($N$ = 11) mean ± S.D. | 0.90 ± 0.07† | 0.80 ± 0.10ϕ | 20.6 ± 9.6 | 83 ± 27 | 13.4 ± 4.6** | 30.0 ± 5.8 |

RER: respiratory exchange ratio; $VO_{2\,max}$: the maximal oxygen consumption; AT: the anaerobic threshold; $\Delta VE/\Delta VCO_2$: the ventilatory efficiency; NA: not applicable.

[a] Percent age-predicted $VO_{2\,max} = 60 - (0.55 \times \text{age})$ for men, percent age-predicted $VO_{2\,max} = 48 - (0.37 \times \text{age})$ for women [8].

† $P < 0.00001$ for RER in normal controls vs. post-myositis off statins.

ϕ $P = 0.046$ for S1-slope in normal controls vs. post-myositis off statins.

** $P = 0.009$ for normal controls vs. post-myositis off statins.

predisposed to post-exercise CK elevations on statins [15]. Those with the high aerobic demands, professional athletes, seem especially sensitive to muscle toxicity on statins [16]. These observations suggest a possible relationship between changes in serum lipid levels and exercise tolerance in certain individuals.

In the current study, the most striking finding is the alteration in substrate utilization in post-myositis patients reflected by changes in both RER and S1-slope compared to controls. RER, which reflects substrate selection at rest, was dramatically increased in the post-myositis group ($P < 0.00001$). The S1-slope, which reflects substrate selection during early exercise, was also increased in the post-myositis group ($P = 0.023$) (Fig. 1). Since the difference in S1-slope is influenced by patient 11 who appears to be an outlier, this finding needs further confirmation.

The changes in aerobic function among statin-toxic patients appear less significant. As a group the post-myositis subjects achieved a lower percent of their age-predicted $VO_{2\,max}$ compared to controls (0.84 ± 0.23 versus 1.07 ± 0.32). Using more rigorous ANCOVA comparisons, AT of the post-myositis group was significantly depressed compared to controls after age was adjusted for ($P = 0.009$) while $VO_{2\,max}$ and ventilatory efficiency were not. Aerobic function was depressed in the post-myositis patients according to their symptomatic status. Patients 1, 5, 6 and 9 who were asymptomatic at the time of CPX testing had normal, age-predicted $VO_{2\,max}$. The remaining symptomatic, post-myositis patients

Table 3
Summary statistics comparing control and post-myositis cardiopulmonary exercise test results

| Subject group | RER | | S1-slope | | $VO_{2\,max}$ | | AT | | $\Delta VE/\Delta VCO_2$ | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Off statins | On statins | Off statins | On statins | Off statins | On statins | Off statins | On statins | Off statins | On statins |
| Controls ($N$ = 16) | 0.74 ± 0.04† | 0.85 ± 0.04† | 0.76 ± 0.05** | 0.76 ± 0.04** | 31 ± 11** | 32.0 ± 11** | 22 ± 7** | 21.3 ± 9** | 28 ± 5** | 27.4 + 4** |
| Post-myositis ($N$ = 11) | 0.90 ± 0.07 | NA | 0.80 ± 0.10 | NA | 20.6 ± 9.6 | NA | 13.4 ± 4.6 | NA | 30.0 ± 5.8 | NA |
| $P$-value comparing controls and post-myositis* | <0.00001 | | 0.023 | | NS | | 0.009 | | NS | |

* $P$-values using ANCOVA with age as the controlling covariate.

† $P < 0.00001$.

** No significant difference between controls on and off statins




Fig. 1. Fuel selection in the fasting state is different between controls and post-myositis patients as reflected by significant shifts in both RER and S1-slope in the latter group. The circle in the S1 plot represents patient 11 who appears to be an outlier.

achieved significantly less than their age-predicted $VO_{2\,max}$ ($P = 0.03$). Abnormal aerobic function correlating with disability in these subjects after statin-induced muscle toxicity is consistent with previous work suggesting that two-thirds of these subjects remain chronically symptomatic subsequent to their index event [17].

The abnormal fasting RER in post-myositis patients compared to controls is striking. The fasting respiratory exchange ratio (RER) has been useful in detecting patients with impaired fatty acid metabolism such as carnitine palmitoyl transferase deficiency [18]. The increased RER in the post-myositis group off statins suggests these subjects have impaired fatty acid oxidation when fasting. It cannot be determined from this study whether the increased RER reflects a persistent, statin-induced defect or a predisposition that preceded statin exposure. The normal fasting RER in controls increased abnormally when they took statins ($P < 0.00001$). This implies that these agents shift fasting fuel selection away from fatty acids even among asymptomatic controls. There was no decrement in $VO_{2\,max}$, AT and $VE/VCO_2$ associated with this change in RER. Seemingly the change in fuel selection indicated by increased RER does not result in impaired aerobic function in asymptomatic controls.

Previous work in diabetics comparing the fasting RER both on and off of statin therapy has also shown an increase on statin therapy [19]. Among 128 subjects tested in that study, the mean control RER of $0.78 \pm 0.03$ increased 6% to 0.83 on statins. This change was attributed to improved glucose utilization in these fasting diabetics when taking statins.

The current work suggests it is more likely that statin-induced increases in RER during fasting indicate reduced mitochondrial utilization of fatty acids. Mitochondrial dysfunction is suggested in statin-induced myotoxicity by other lines of evidence including muscle histopathology and abnormal urine organic acid excretion [6,7]. An underlying impairment in the transfer or utilization of fatty acids in some vulnerable patients might be exacerbated by statin-induced reduction in fatty acid oxidation to account for their susceptibility to these toxic reactions. CPT deficiency, one such predisposition, was excluded in the six post-myositis subjects who were tested.

Many patients whom we have evaluated with statin myotoxicity have elevated triglyceride levels. Nine of the 11 post-myositis patients presented here were hypertriglyceridemic (Table 1). Similarly, evaluation of over a thousand patients with muscle complaints on statin therapy has revealed an unusually elevated average triglyceride level of 341 mg/dL among survey respondents [4]. The incidence of combined hypercholesterolemia and hypertriglyceridemia varies with different populations. Among adults of European descent, it is present in 10% of the general population and in 30% of myocardial infarction survivors [20–22]. The incidence of hypertriglyceridemia in patients with statin-induced muscle toxicity is higher than would be expected if it were unrelated to the muscle toxicity. It is likely that some patients with mitochondrial dysfunction have elevated triglycerides due to impaired beta oxidation [5]. Such patients would be expected to have an elevated fasting RER reflecting the inability to oxidize fatty acids even before exposure to lipid-lowering therapy. Lipid-lowering therapy may exacerbate that mitochondrial dysfunction by reducing fatty acid substrate and potentially impairing fatty acid transfer or by acting directly as a mitochondrial toxin. Such deterioration would potentiate both minor myopathic reactions and, more rarely, myositis and rhabdomyolysis. Patients vulnerable to such toxic reactions might be those with a compensatory elevation of triglycerides and an elevated fasting RER such as those post-myositis subjects presented here.

## 5. Conclusion

CPX testing of patients subsequent to statin-associated myositis suggests changes in aerobic function. AT is reduced significantly in the group as a whole and $VO_{2\,max}$ is reduced in those with persistent complaints of weakness. Post-myositis patients also demonstrate increased fasting RER and S1-slope compatible with impaired fatty acid oxidation. Controls demonstrate a significant increase in their normal fasting RER when placed on statins arguing for a shift in fasting substrate utilization. In controls this minor reduction in fatty acid oxidation is asymptomatic and there is no measurable reduction in aerobic capacity associated with their statin use. These findings suggest the possibility that it is not the lipid-lowering therapy alone but an underlying disorder of muscle fat metabolism in some vulnerable hyperlipidemic patients that predisposes to myotoxicity on such therapies. Further evaluation of this hypothesis is warranted.

## Acknowledgements

We would like to acknowledge the efforts of research nurses Nancy L. Gray and Lynda M. Puhek and techni-

cian Frederich G. McDonald in collecting patient information, Tanya Wolfson for statistical analysis and of Mickey Robinson for citation assistance. This work was funded in part by the Sympson Family Trust. The *Scripps Clinical Research Center* is a voluntary, collaborative clinical research group including: Richard Blum, MD, Thomas E Diggs, MD, Stewart Frank, MD, Richard Friedman, MD, Jerrold G Glassman, MD, Nancy L. Gray, RN, Stephen Gross, MD, Bruce J. Kimura, MD, Christopher Malloch, MD, John Mazur, MD, Douglas Mooney, MD, John Morse, MD, Jeffrey Mullvain, MD, Paul S. Phillips, MD, Lynn M. Puhek, RN, Emily Scott, MD, Harminder Sikand, Pharm D, Michael Sullivan, MD, David Shaw, MD, Joseph Stein, MD, David Stieber, MD, Jeffrey Williams, MD.

## References

[1] Thompson PD, Clarkson P, Karas RH. Statin-associated myopathy. JAMA 2003;289:1681–90.

[2] Pasternak RC, Smith SC, Bairey-Merz CN, et al. ACC/AHA/NHLBI Clinical advisory on the use and safety of statins. J Am Coll Cardiol 2002;40:567–72.

[3] Gaist D, Garcia Rodriguez LA, Huerta C, Hallas J, Sindrup SH. Lipid-lowering drugs and risk of myopathy: a population-based follow-up study. Epidem 2001;12:565–9.

[4] Kordas KC, Phillips PS, Golomb BA. Clinical characteristics of 1053 patients with statin associated muscle complaints [abstract]. Arteriosclero Thromb Vasc Biol 2004;24:e51–136.

[5] Castro Cabezas M, de bruin TWA, de Valk HW, et al. Impaired fatty acid metabolism in familial combined hyperlipidemia—a mechanism associating hepatic apolipoprotein B overproduction and insulin resistance. J Clin Invest 1993;92:160–8.

[6] Phillips PS, Haas RH, Bannykh S, et al., and the Scripps Mercy Clinical Research Center. Statin Associated Myopathy with Normal Creatine Kinase. Ann Int Med 2002;137:581–5.

[7] Phillips PS, Haas RH, Barshop B, et al. Utility of abnormal 3-methylglutaconic aciduria (3MGA) in diagnosing statin associated myopathy. Atheroscler Throm Vasc Biol Online J 2002;22:878.

[8] Jones NL. Clinical Exercise Testing. 4th ed. Appendix D. Philadelphia, PA: WB Saunders Company, 1997.

[9] Cooper CB, Beaver WL, Cooper DM, Wasserman K. Factors affecting the components of the alveolar $CO_2$ output-$O_2$ uptake relationship during incremental exercise in man. Exp Physiol 1992;77:51–64.

[10] De Lorgeril M, Salen P, Bontemps L, et al. Effects of lipid-lowering drugs on left ventricular function and exercise tolerance in dyslipidemic coronary patients. J Cardio Pharm 1999;33:473–8.

[11] Berg A, Halle M, Baumstark M, Keul J, Northoff A. Spontaneously low LDL cholesterol and reaction to exercise-induced stress (letter). Lancet 1996;347:405.

[12] Thompson PD, Tsongalis GJ, Seip RL, Bilbie C, Miles M, Zoeller R, et al. Apolipoprotein E genotype and changes in serum lipids and maximal oxygen uptake with exercise training. Metabolism 2004;53:193–202.

[13] Reust CS, Curry SC, Guidry JR. Lovastatin use and muscle damage in healthy volunteers undergoing eccentric muscle exercise. West J Med 1991;154:198–200.

[14] Thompson PD, Zmuda JM, Domalik LJ, et al. Lovastatin increases exercise-induced skeletal muscle injury. Metabolism 1997;46:1206–10.

[15] Thompson PD, Nugent AM, Herber PN. Increases in creatinine kinase after exercise in patients treated with HMG Co-A reductase inhibitors [letter]. JAMA 1990;264:2992.

[16] Sinzinger H, O'Grady JO. Professional athletes suffering from familial hypercholesterolaemia rarely tolerate statin treatment because of muscular problems. Brit J Clin Pharm 2004;57:525–8.

[17] Phillips PS, Kimura BJ, Kelley R, Thomas RG. Feasibility of using the internet to perform medical research: observations from a statin-myopathy public information web site. Circulation 2003;107:e7001–7039.

[18] Carroll JE, Brooke MH, DeVivo DC, et al. Biochemical and physiologic consequences of carnitine palmityltransferase deficiency. Muscle Nerve 1978;1:103–10.

[19] Paolisso G, Barbagallo M, Petrella G, et al. Effects of simvastatin and atorvastatin adminstration on insulin resistance and respiratory quotient in aged dyslipidemic non-insulin dependent patients. Atherosclerosis 2000;150:121–7.

[20] Durrington P. Hyperlipidaemia. Lancet 2003;362:717–31.

[21] Goldstein JL, Hazzard WR, Schrott AG, Bierman EL, Motulsky AG. Hyperlipidemia in coronary heart disease: lipid levels in 500 survivors of myocardial infarction. J Clin Invest 1973;52:1544–68.

[22] Nikkila EZ, Aro A. Family study of serum lipids and lipoproteins in coronary heart disease. Lancet 1973;1:954–8.