UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: Baycol Products Litigation

MDL No. 1431

**CERTIFICATE OF SERVICE**

This document relates to all actions.

---

I hereby certify that on June 23, 2006, I caused the following documents:

Plaintiff's Steering Committee's Response to Bayer and GSK's Motion to Exclude the Testimony of R. Samuel Mayer, M.D. and

Local Rule 7.1(C) Certificate of Compliance with Word Count Limitations Relating to Plaintiff's Steering Committee's Response to Bayer and GSK's Motion to Exclude the Testimony of R. Samuel Mayer, M.D.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Richard J Arsenault** rarsenault@nbalawfirm.com
- **Catherine Valerio Barrad** cbarrad@sidley.com
- **Philip S Beck** bill.balachowski@bartlit-beck.com
- **Deanna D Dailey** nmiller@larsonking.com
- **Richard K Dandrea** baycol@escm.com
- **Yvonne M Flaherty** flaheym@locklaw.com bgilles@locklaw.com
- **Ronald S Goldser** rsg@zimmreed.com kym@zimmreed.com
- **Adam L Hoeflich** rob.aguirre@bartlit-beck.com
- **Robert R Hopper** rrh@zimmreed.com
- **Richard A Lockridge** lockrra@locklaw.com emmonrm@locklaw.com
- **Fred T Magaziner** cheryl.inwek@dechert.com amy.mcnally@dechert.com
- **Douglas R Marvin** astern@wc.com
- **James W Mizgala** dbarlett@sidley.com
- **Shawn M Raiter** sraiter@larsonking.com lburks@larsonking.com;lselman@larsonking.com
- **Robert K Shelquist** rshelquist@locklaw.com bgilles@locklaw.com
- **Peter W Sipkins** sipkins.peter@dorsey.com roadfeldt.christi@dorsey.com
- **Scott A Smith** SSmith@halleland.com CWochnick@halleland.com
- **Susan A Weber** saweber@sidley.com

- **Elizabeth S Wright** wright.elizabeth@dorsey.com
kelly.laurie@dorsey.com;garcia.sara@dorsey.com
- **Paul J Zidlicky** pzidlicky@sidley.com
- **Charles S Zimmerman** tmo@zimmreed.com

Dated: June 23, 2006

s/Stacy K. Hauer
Stacy K. Hauer - #317093
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
e-mail: skh@zimmreed.com

Attorneys for Plaintiffs