# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

**EXPERT WITNESS REPORT OF CHARLES E. BOULT, MD, MPH, MBA**

**BACKGROUND AND QUALIFICATIONS**

1. I am a Professor of Public Health at the Johns Hopkins University, where I direct the Lipitz Center for Integrated Health Care and teach a course entitled, "Health Care for Older Populations."

2. I hold joint appointments in the Johns Hopkins University Schools of Nursing and Medicine. Within the Medical School's Division of Geriatric Medicine and Gerontology, I teach clinical geriatrics and direct a program of research in health services for older people.

3. I earned an MD degree from the Wayne State University School of Medicine in 1974, completed residency training in family practice at the University of Vermont in 1978, received a master of public health degree in epidemiology from the University of Minnesota in 1989, completed a fellowship in geriatrics at Brown University in 1990, and received a master of business administration degree from the University of Minnesota in 2000.

4. I am licensed to practice medicine in Maryland, and I am board-certified in family medicine and geriatrics.

5. I have spent the past 25 years caring for patients, teaching, conducting research, and directing medical services. During 1978-1981, I practiced emergency medicine full-time. From 1981 until the present, I have held full-time academic positions that have

included patient care in hospitals, nursing homes, rehabilitation facilities, and outpatient settings. Since 1987, I have limited my practice to geriatrics.

6. I have authored or co-authored one book, eleven book chapters, eight reports and monographs, 39 abstracts, and more than 45 peer-reviewed journal articles about the health care of older people.

7. I am the Editor of the "Models and Systems of Geriatric Care" Section of the *Journal of the American Geriatrics Society,* and I serve on that Journal's Editorial Board. Additionally, I review manuscripts about geriatrics for 20 other journals.

8. I review grant proposals for the National Institutes of Health and the Agency for Healthcare Research and Quality, as well as eight foundations.

9. I have been invited to speak about geriatrics to audiences in the United States, Canada, Italy, Switzerland, Britain, and Puerto Rico.

10. I have provided consultation to 28 public and private health care organizations in the U.S. and Canada regarding the care of older people.

11. I am an active member of the American Geriatrics Society, the Gerontologic Society of America, the American Public Health Association, and Academy Health.

12. A copy of my current Curriculum Vitae, including a complete list of my publications, is attached as Exhibit 1.

13. I have been retained by the Plaintiffs Steering Committee in the Baycol Litigation. The terms of my retention, including my compensation, are set forth in a letter dated August 12, 2003 from Robert Hopper. A copy is attached as Exhibit 2.

14. The opinions expressed in this affidavit are based on my training and experience. I have also reviewed the scientific literature. A list of the documents I considered is attached as Exhibit 3.

15. A list of testimony I have given at deposition or trial during the past ten years is attached as Exhibit 4.

## GERONTOLOGY/GERIATRICS

16. Gerontology is a broad field that addresses many aspects of aging: medical, social, economic, etc. Geriatrics is the medical discipline within gerontology that addresses health care for older people.

## OPINIONS

17. Aging, per se, does not cause disease or symptoms.

18. Aging is accompanied by several biologic processes that change the ways the body functions, increase its vulnerability, and impair its response to injury and its potential for recovery. For example:

a. The size of the liver and the kidneys decreases, as does the flow of blood to these organs. As a result, the rate at which some drugs are metabolized ("broken down") and cleared (removed) from the body is reduced, and higher levels of these drugs accumulate in the blood and the tissues. Also with aging, some of the body's tissues become more sensitive to the effects of drugs.

b. The "functional reserve" (youthful extra capacity) of many organs diminishes with age. Muscle tissue shrinks, contracts less powerfully, and is replaced by fat tissue as people age. This is a well-known aging-related condition called "sarcopenia." To compensate for this loss of functional reserve, muscle and other organs, such as the liver, lungs, and kidneys, use all of their remaining capacity to maintain equilibrium and perform their basic functions. As a result, relatively small injuries of these organs cause relatively large losses of functional performance.

c. Many tissues' ability to recover from injury decreases with age. Aging muscle cells, for instance, lose some of their ability to create and connect the new proteins that they would, at younger ages, use to construct new muscle fibers to replace fibers damaged by trauma or toxins.

19. The onset and the rate of progression of these biologic changes are variable. For several reasons, some people remain relatively youthful, while others lose the function of their organs and tissues more rapidly. There are no commonly used clinical measures

of the extent of these common biologic changes, so all older people should be regarded as vulnerable and be treated carefully and conservatively. Prudent rules for prescribing medications to older people include:

a. "Start low, and go slow." (Initiate therapy at a low dose, and increase the dose gradually, if necessary.)

b. "Don't use a new drug, if an old one will do." (This avoids exposing vulnerable older people to the unknown adverse effects of drugs that have been tested mostly on healthy younger people. New products in an established class of drugs are often considered to be as safe as the older products in the class if the available information does not suggest otherwise.)

20. As people age, they often acquire chronic conditions, such as high blood pressure, diabetes and atherosclerotic cardiovascular disease, which further compromise the function of the liver, the kidneys, the nerves, the muscles, and other organs and tissues. Many of the medications used to treat the diseases of older people introduce still greater risk. Thus the precautions about the selection and dosing of medications for older people are particularly relevant to those with chronic conditions. Safe prescription of a drug for older people with chronic conditions requires complete information from the pharmaceutical manufacturer about the effects of age, disease, and other drugs on the prescribed drug's likelihood of causing adverse effects. In the absence of complete information (and in the presence of pharmaceutical marketing), physicians may unknowingly prescribe drugs that are safe for younger, healthier people, but cause adverse effects in chronically ill older people.

21. In some people, cerivastatin causes muscle injury that appears to range across a continuum from mild and transient to severe and fatal, e.g., as seen in rhabdomyolysis. Intermediate between these extremes is moderate-to-severe muscle damage that begins after

cerivastatin is ingested and persists after the ingestion of cerivastatin has ended. This pattern of moderate-to-severe injury causes weakness or pain in the proximal muscles of affected users of cerivastatin, sometimes leading to significant functional limitation, but not to rhabdomyolysis.

22. In some cases, this moderate-to-severe "myopathy" is accompanied by objective findings such as muscle tenderness, abnormal tests of muscle strength, elevated levels of CK in the blood, abnormal EMG tracings, or abnormal biopsy results. In other cases, these objective findings are absent or difficult to confirm: muscle tenderness and strength may not be recorded, elevations in CK levels are often transient; EMG tracings can be misleading; and biopsies can appear normal if the samples examined are not obtained from the areas where the tissue injury occurred.

23. Thus, even without these objective findings, the presence of moderate-to-cerivastatin-induced myopathy can be deduced in persons meeting three clinical criteria:

a. Pain or weakness of proximal muscles severe enough to cause significant functional limitations.

b. Symptoms that began after the statin was ingested.

c. Symptoms that either diminished or persisted (i.e., did not increase) after use of the statin was discontinued.

People who meet these criteria are likely to have moderate-to-severe statin-induced myopathy.

24. The detection of moderate-to-severe myopathy is supported by, but does not require, an objective diagnostic test, such as muscle tenderness, an abnormal test of muscle strength, elevated levels of CK in the blood, characteristic EMG tracings, or histologic evaluation of biopsy material.

25. The prognosis for moderate-to-severe statin-induced myopathy is variable. Articles by scientists in four countries have described patients with statin-induced myopathy in whom symptoms (myalgia and/or weakness) or biopsy abnormalities have persisted for months after the discontinuation of statins, including cerivastatin. Three lines of evidence suggest that the prognosis for recovery from the pain and weakness of this myopathy ranges from good to poor among people who have taken these drugs:

a. The severity of statin-induced muscle injury ranges from mild to severe.

b. The human body's "functional reserve" and ability to repair damage to muscle tissue ranges from good (among healthy younger people) to poor (among older people).

c. Scientific studies report:(i) abnormal muscle biopsies a year after statins were discontinued, and (ii) "patients in whom recovery was very slow and incomplete, and who continued to complain of muscle aches long after the drug was stopped."

26. Thus, based of my training and experience, and on the materials I have considered, I believe with a reasonable degree of medical certainty that people in whom muscle pain or weakness began on cerivastatin and persisted after stopping it suffer from moderate-to-severe cerivastatin-induced myopathy.

**POSSIBLE ADDITIONAL ANALYSES AND AMENDMENT OF REPORT**

If I learn of additional information relevant to my opinions, I will submit an amended and/or supplemental report as appropriate.

Charles E. Boult