UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Baycol Products Litigation | MDL No. 1431 (MJD/SRN) |
| *This document relates to all actions.* | |

**LOCAL RULE 7.1(C) CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATIONS RELATING TO PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO BAYER AND GSK'S MOTION TO EXCLUDE THE TESTIMONY OF CHARLES E. BOULT, M.D.**

The undersigned Plaintiffs' counsel certifies that Plaintiffs' Steering Committee's Response to Bayer and GSK's Motion to Exclude the Testimony of Charles E. Boult, M.D. complies with Local Rule 7.1(c); that the memorandum was prepared in Microsoft Word; that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations; and that the above-referenced Memorandum contains 4,722 words.

Dated: June 23, 2006

ZIMMERMAN REED, PLLP

s/ Stacy K. Hauer

Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Robert R. Hopper, #208760
Stacy K. Hauer, #317093
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844