UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| **In Re: Baycol Products Litigation** | Court File No. MDL No. 1431 |
| This document relates to all actions. | **NOTIFICATION OF CONVENTIONAL FILING OF PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO BAYER AND GSK's MOTION TO EXCLUDE THE TESTIMONY OF BRUCE CARLSON, M.D., Ph.D.** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Plaintiffs' Steering Committee's Response to Bayer and GSK's Motion to Exclude the Testimony of Bruce Carlson, M.D., Ph.D.;

Exhibit A – Deposition Transcript Pages of Bruce Carlson, M.D., Ph.D.;

Exhibit B – *Hammes v. Yamaha Motor Corp U.S.A., Inc.*, 2006 WL 1195907, *3 (D.Minn. 2006);

Exhibit C – Expert Witness Report of Bruce M. Carlson, M.D., Ph.D.;

Exhibit D – Expert Witness Report of John W. Farquhar, M.D.;

Exhibit E – Expert Witness Report of Harland Austin, D.Sc.;

Exhibit F - BAYAG00643432-3454; and

Exhibit G - BAYAG00611519.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: 23)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).