UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

In Re: Baycol Products Litigation

MDL No. 1431

**CERTIFICATE OF SERVICE**

This document relates to all actions.

---

I hereby certify that on June 23, 2006, I caused the following documents:

Local Rule 7.1(C) Certificate of Compliance with Word Count Limitations Relating to Plaintiff's Steering Committee's Response to Bayer and GSK's Motion to Exclude the Testimony of Bruce Carlson, M.D., Ph.D.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Richard J Arsenault** rarsenault@nbalawfirm.com
- **Catherine Valerio Barrad** cbarrad@sidley.com
- **Philip S Beck** bill.balachowski@bartlit-beck.com
- **Deanna D Dailey** nmiller@larsonking.com
- **Richard K Dandrea** baycol@escm.com
- **Yvonne M Flaherty** flaheym@locklaw.com bgilles@locklaw.com
- **Ronald S Goldser** rsg@zimmreed.com kym@zimmreed.com
- **Adam L Hoeflich** rob.aguirre@bartlit-beck.com
- **Robert R Hopper** rrh@zimmreed.com
- **Richard A Lockridge** lockrra@locklaw.com emmonrm@locklaw.com
- **Fred T Magaziner** cheryl.inwek@dechert.com amy.mcnally@dechert.com
- **Douglas R Marvin** astern@wc.com
- **James W Mizgala** dbarlett@sidley.com
- **Shawn M Raiter** sraiter@larsonking.com
lburks@larsonking.com;lselman@larsonking.com
- **Robert K Shelquist** rshelquist@locklaw.com bgilles@locklaw.com
- **Peter W Sipkins** sipkins.peter@dorsey.com roadfeldt.christi@dorsey.com
- **Scott A Smith** SSmith@halleland.com CWochnick@halleland.com
- **Susan A Weber** saweber@sidley.com
- **Elizabeth S Wright** wright.elizabeth@dorsey.com
kelly.laurie@dorsey.com;garcia.sara@dorsey.com
- **Paul J Zidlicky** pzidlicky@sidley.com
- **Charles S Zimmerman** tmo@zimmreed.com

I further certify that I caused a copy of the Plaintiff's Steering Committee's Response to Bayer and GSK's Motion to Exclude the Testimony of Bruce Carlson, M.D., Ph.D. (filed under seal) to be mailed by first class mail, postage paid, to the following participants:

Adam L. Hoeflich
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard
Suite 300
Chicago, IL 60610

Susan A. Weber
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn St.
Chicago, IL 60603

Peter W. Sipkins (Hand Delivered)
Dorsey & Whitney LLP
Suite 1500
50 South Sixth St.
Minneapolis, MN 55402

Fred T. Magaziner
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Tracy J. Van Steenburgh
Scott A. Smith
Halleland Lewis Nilan Sipkins & Johnson, P.A.
220 South Sixth Street
Suite 600
Minneapolis, MN 55402

Dated: June 23, 2006

s/Stacy K. Hauer
Stacy K. Hauer - #317093
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
e-mail: skh@zimmreed.com

Attorneys for Plaintiffs