**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**AFFIDAVIT OF WENDY R. FLEISHMAN, ESQUIRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BAYER AND GSK'S MOTION TO EXCLUDE TWO OPINIONS FROM THE EXPERT TESTIMONY OF THOMAS M. ZIZIC, M.D.**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Wendy R. Fleishman, Esquire, being duly sworn, deposes and says:

1. I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I submit this Declaration in Support of Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Exclude Two Opinions from the Expert Testimony of Thomas M. Zizic, M.D..

2. Attached as Exhibit A is a true and correct copy of the Expert Witness Report of Thomas M. Zizic, M.D.

3. Attached as Exhibit B are true and correct deposition testimony excerpts of Thomas M. Zizic, M.D., taken on February 10, 2004.

4. Attached as Exhibit C is a true and correct copy of Phillips, P.S., et al., "Statin Myotoxicity Is Associated With Changes in the Cardiopulmonary Function.", *Atherosclerosis, 2004; 177:183,188.*

5. Attached as Exhibit D is a true and correct copy of Antons, K.A., et al., "Clinical Perspectives of Statin Induced Rhabdomyolysis" *Am. J. Med.* 2006; 119;400 409.

6. Attached as Exhibit E is a true and correct copy of Hanson, K.E., et al., "Outcomes In 45 Patients with Statin-Associated Myopaty." *Archives Internal Medicine*, 2005; 165; 2671 2676.

7. Attached as Exhibit F is a true and correct copy of Staffa, et al., "Cerivastatin and Reports of Fatal Rhabdomyolysis," *NEJM* 2002; 346:539-40.

8. Attached as Exhibit G is a true and correct copy of *Leathers v. Pfizer, Inc.*, 233 F.R.D. 687, 2006 WL 708571 (N.D. Ga. Mar 10, 2006)

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Wendy R. Fleishman

Sworn to before me this 21st day of June, 2006.

Notary Public

RACHEL GEMAN
Notary Public, State of New York
No. 02GE6064735
Qualified in New York County
Commission Expires ~~September 26, 20~~ Nov. 02, 2009

358507-1