# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

EXPERT WITNESS AFFIDAVIT OF THOMAS M. ZIZIC, M.D.

## I. BACKGROUND AND QUALIFICATIONS

1. I am and have been an Associate Professor of Medicine at Johns Hopkins University School of Medicine in Baltimore, M.D. for approximately twenty (20) years. I was the Associate Director of the Rheumatic Disease Unit for Johns Hopkins at the Good Samaritan Hospital from approximately 1973 to 1982. I am presently Co-Director of Chesapeake Medical Research in Baltimore, Maryland, and have a private practice in rheumatology.

2. I am a founding fellow of the American College of Rheumatology. I received my medical degree from Johns Hopkins University School of Medicine, Baltimore, Maryland, in 1965. I served an internship and residency at Johns Hopkins University Hospital Center from 1965 to 1967 in internal medicine. From 1967 through 1969, I served as a flight surgeon at the School of Aerospace Medicine at Brooks Airforce Base, San Antonio, Texas. From 1969 to 1971, I was a Post-Doctoral Fellow in Rheumatology at Johns Hopkins in Baltimore. On July 1, 1971, I became an Instructor of Medicine and I have remained on the faculty of Johns Hopkins through the present. For the first seventeen (17) years, I was on the full-time faculty of Johns Hopkins University School of Medicine. For the next fifteen (15) years, I served on the medical school faculty part-time and began a private practice in Rheumatology.

3. I am past President of the Maryland Society of Rheumatic Disease. I was on the National Committees of the Arthritis Foundation and The Lupus Foundation. I am a Co-

Zizic
EXHIBIT NO. 1
2-10-04
L. GOLKOW

Founder of the National Osteonecrosis Foundation. I am also on the Board of Directors of the National Center for Osteonecrosis Research and Education. I was a Co-Founder of the U.S. Osteoporosis Network. I serve on the Regional Mid-Atlantic Osteoporosis Advisory Board.

4. The principal subjects of my research over the years have been osteoporosis, osteonecrosis, the study of connective tissue diseases including such disorders as systemic lupus erythematosus, polymyalgia rheumatica and polymyositis (an inflammatory disease of the muscle) and a variety of other diseases that have muscle signs and/or symptoms. Since muscles as well as bones and joints are predominantly connective tissues, most major rheumatological diseases are directly or indirectly related to muscles and connective tissue.

5. I have published approximately 100 articles and abstracts in peer reviewed journals as well as several dozen chapters in textbooks of medicine. A copy of my C.V. including a list of my publications for at least the last ten years is attached as Exhibit "A".

6. For the last fifteen (15) years in my clinical practice, I have treated patients with statin-associated muscle disorders.

7. I have been retained by the Plaintiffs' Steering Committee pursuant to a letter agreement. The letter agreement sets forth the terms of my engagement as an expert in connection with this matter. I have also executed a Confidentiality Agreement. A copy of both the executed letter agreement and Confidentiality Agreement are attached collectively as Exhibit "B".

8. I have been asked for my opinions with respect to: (a) the cause and effect relationship between exposure to Baycol (cerivastatin) and muscle disease and disorders; (b) how statins act at the cellular level and in particular, how cerivastatin acts at the cellular level; (c) the cause and effect relationship between the concomitant use of statins with fibrates, and in particular, the concomitant use of cerivastatin with gemfibrozil and muscle disorders such as myopathy and rhabdomyolysis; (d) muscle diseases and disorders associated with statin use; (e) methods of diagnosis; (f) the range of clinical outcomes of such injuries including whether cerivastatin can cause permanent residual harm in certain patients; (g) the possible pathogenic

mechanisms for these disorders and diseases; and, (h) the cause and effect relationship of certain co-morbidities and cerivastatin. I also have been asked to render specific opinions as to certain patients' cerivastatin exposure and related injuries and clinical outcomes.

9. The opinions in this report are expressed to a reasonable degree of medical certainty based upon generally accepted medical and scientific reasoning and methodology, including a review of peer-reviewed scientific and medical literature, clinical records and documents specific to this litigation. My analysis is in accord with more than thirty-five (35) years of medical training, experience providing clinical care, and more than fifteen (15) years of full-time academic experience as a clinician, researcher and teacher at the Johns Hopkins University School of Medicine.

10. A complete list of the documents and materials I have reviewed are attached as Exhibit "C". I understand that discovery in this matter is ongoing and to the extent additional information or research becomes available from any source, I will supplement this report if appropriate.

11. I am attaching a list of all of the legal cases in which I was retained to serve as an expert consultant in the last four (4) years. The list was prepared to the best of my recollection and is attached as Exhibit "D".

## II. Summary of Opinions

### A. Introduction.

12. Cerivastatin (Baycol) is a statin drug that was available for less than four years, from February 1998 through August 8, 2001. Of the six (6) statins then available, cerivastatin was clearly the most toxic to muscles both in monotherapy and in combination therapy.

13. The muscle toxicity of cerivastatin resulted in a continuum of myopathies -- ranging from myalgias to severe rhabdomyolysis with acute renal failure and death. It is the purpose of this report to address the reasons for cerivastatin's extreme propensity for causing myopathy, including the most biologically plausible explanations for the cause and effect

relationship between cerivastatin and such disorders. In addition, since it is clear that many patients have muscle symptoms after discontinuation of cerivastatin, this report documents and explains chronic muscle damage subsequent to cerivastatin use.

B. **Overview of Hyperlipidemia and Lipid Lowering Drugs.**

14. The Adult Treatment Panel-III of the National Cholesterol Education Program ("NCEP") guidelines has expanded the population targeted for aggressive therapy to reduce LDL cholesterol (to less than 100 mg/dl). The target population includes patients with diabetes and other coronary heart disease ("CHD") risk equivalents for whom the goal is to lower cholesterol to below this level. The achievement of this stringent optimal target will often require a combination lipid-altering therapies. Adjunctive therapy enables a balanced therapeutic attack on lipid and lipoprotein abnormalities by harnessing the complementary metabolic effects of statins, bile acid resins, niacin and fibrates. Exploiting the synergies inherent in these drug combinations may also have mutual drug-sparing effects, i.e., enabling the use of lower doses, whereas escalating doses of monotherapy offer diminishing returns in efficacy and increase the potential toxicity of the drug. Doubling the dose of a statin typically augments the LDL lowering by only about 6%. Robust evidence suggests that combining the potent LDL-lowering effects of statins with the vigorous HDL-raising (and triglyceride-lowering) effects of nicotinic acid confers broad-spectrum enhancement of the lipoprotein profile in patients with polygenic hyperlipidemia or familial combined hyperlipidemia (FCHL), among other conditions (Jacobson, T.A., Current Atherosclerosis Rep., 3: 373, 2001). The addition of a bile acid sequenstrant resin or nicotinic acid to statin therapy may produce an additional decrease in LDL cholesterol of 20-25% or 15-20%, respectively.

15. A combination of lipid-lowering drugs is commonly recommended when lipid profiles cannot be optimized with monotherapy.

16. Each of the lipid-lowering agents available today can cause myopathy. With statin monotherapy there is a significant risk of myopathy, particularly with cerivastatin. Unfortunately, significant muscle-related toxicities are even more common when two classes of

agents are taken. Multiple cases of severe myopathies, rhabdomyolysis and death have been reported in patients taking a fibrate and cerivastatin. Gemfibrozil is the fibrate most commonly involved in such interactions.

17. Based on adverse event reporting rates, cerivastatin causes a significant incidence of myopathy even with monotherapy. Myopathy is about 5 to 10 times more frequent than with the other statins (Lipobay MCA Meeting, 21, June, 2001). The incidence of rhabdomyolysis with the combination of cerivastatin and gemfibrozil is about 100 times higher than the combination of any other statin and gemfibrozil (Lipobay MCA Meeting, 21, June, 2001). "Because of this observation the U.S. Food and Drug Administration approved a specific contraindication to the combined use of cerivastatin and gemfibrozil. The product information for cerivastatin was amended in December, 1999, to include this contraindication." (Farmer, J. A., Lancet, 358: 1382, 2001). Pharmacologic observations established that the metabolism of cerivastatin was substantially prolonged by gemfibrozil, which makes the observed excess of myopathy cases with combination therapy quite biologically plausible. Gemfibrozil impairs hepatic clearance of statins thereby increasing serum levels and systemic bioavailability. (Pasternak, R.C., et al., J. Am. Coll. Cardiol., 40:567, 2002).

18. Since cerivastatin's withdrawal from the market in August 2001, I have not read nor seen any peer reviewed publication which supports the safety profile of cerivastatin.

C. Overview of HMG-CoA Reductase Inhibitors

19. Statins are reversible, competitive inhibitors of HMG - CoA reductase, the enzyme that catalyzes the conversion of HMG CoA to mevalonate, a key intermediate step in the body's production of both cholesterol and ubiquinone. Inhibition of mevalonate by statins limits the synthesis of cholesterol in the liver (Bermingham, et al., Am. J. Health Syst. Pharm., 57:461, 2000). As a result of decreased cholesterol levels in the liver, a compensatory mechanism is activated that increases the synthesis of liver cell LDL-receptors, leading to increased removal of LDL from the circulation and a lowering of plasma cholesterol levels (Grundy, S.M., West. J. Med., 128: 13, 1978). No statin is entirely metabolized in the liver, however, and to the extent a

statin is bioavailable in the blood stream, it can inhibit cholesterol formation in the cells of peripheral tissues. In addition to being the site where statins inhibit the creation of HMG-CoA reductase, the liver is also where statins are broken down through metabolism for elimination from the body. No statin is entirely metabolized in the liver, however, and to the extent a statin is bioavailable in the blood stream, it can inhibit cholesterol formation in the cells of peripheral tissues. As a byproduct of this process, there is a depletion of intracellular cholesterol in the peripheral tissues, including the muscles, and a depletion of ubiquinone, which results in reduced energy production by the cells of the affected tissue.

20. Intracellular cholesterol is necessary for synthesis of constituents of the cell membrane, bile acid synthesis, formation of steroid hormones, etc.- which can only be covered by uptake of circulating LDL cholesterol from plasma via the LDL receptor. This is achieved by up regulation of LDL receptors on the cell surface, an effect mediated by sterol responsive element binding proteins. Intracellular cholesterol depletion decreases the up regulation of the transcription of the LDL receptor gene and thereby decreases the synthesis of critical constituents of the cell membrane.

21. Cholesterol biosynthesis involves a number of intermediate metabolites, such as mevalonate and farnesyl pyrophosphate, which are important in the generation of molecules required for the regulation of cell growth and differentiation (Russell, D. W., Cardiovasc. Drugs Ther., 6: 103, 1992; Goldstein, J.L., and Brown, M.S. Nature, 343: 425, 1990).

22. Cholesterol is a major structural component of the cell membrane and plays a functional role in modulating cell osmolarity and pinocytic processes such as ionic pumps and receptors (Soma, M.R., et al., Toxicol. Lett., 64/65: 1, 1992). The inhibition of cholesterol synthesis in the cell membrane of the myocite and the decrease in ubiquinone are major reasons for significant adverse drug effects including myopathy caused by cerivastatin.

23. Since cholesterol is critical to structural cell membranes throughout the body, it is important to find lipid-lowering drugs which are as hepatospecific as possible.

Cerivastatin was one of the least hepatospecific statins on the market. As a result, it was the most available to peripheral tissue, causing the consequent harm to the cell membranes.

24. All statins entail a risk of myopathy and fatal rhabdomyolysis. Usually, the frequency of myopathy is low, but the incidence is significantly increased for cerivastatin as compared to other statins even without concomitant drug therapy.

25. The common characteristic chemical structure for HMG-CoA reductase inhibitors is a side chain analogous to mevalonic acid, either in its acid (active) or lactone (inactive) form. The first generation of statin drugs was of fungal origin (lovastatin, simvastatin and pravastatin), and there are only small differences between them. Atorvastatin, cerivastatin and fluvastatin are synthetic. Cerivastatin carries a nitrogen heteroaromatic ring structure with a mevalonic acid-like side chain and a variety of substitutions on the heteroaromatic structure (Ucar, M., et al., Drug Safety, 22: 441, 2000). The systemic exposure to inhibitory activity, and hence exposure of peripheral tissues is considerably lower after oral dose of lactones compared with B-hydroxy acids. The lactones are more selective than the B-hydroxy acids in minimizing systemic exposure.

26. The following doses have been proposed to be approximately equipotent: 10 mg atorvastatin, 20 mg simvastatin, 40 mg lovastatin, 40 mg pravastatin, 80 mg fluvastatin and 0.4 mg cerivastatin (Igel, et al., Eur. J. Clin. Pharmacol., 57:357, 2001). Dose-response studies for each of these statins revealed a non-linear relationship and most of the effectiveness is preserved at low doses, although higher doses may further reduce LDL cholesterol. As a rule of thumb, a doubling of the dose causes a lowering of cholesterol an additional 5% in total and 7% in LDL cholesterol (Roberts, W.C., Am. J. Cardiol., 80: 106, 1997). Cerivastatin was no more effective than any of the other statins, and perhaps less so.

D. <u>HMG-CoA Reductase Inhibitors-Pharmacokinetics and Metabolism</u>

27. Statins differ from one another with respect to their affinity to the liver as compared to peripheral tissues. In addition, there are other differences in their pharmacokinetic properties. Cerivastatin is the most unique of the six (Boger, R.H., Int. J. Clin. Pharmac.

Therap., 39: 369, 2001). The differences in their pharmacokinetic profiles, i.e., affinity for metabolising enzymes, constitute the rationale for choosing a specific statin especially for combination therapy (Igel, M., et al., Eur. J. Clin. Pharmacol., 57: 357, 2001). Liver function can be impaired by fibrates resulting in diminished hepatic clearance of statins and consequently, higher plasma levels of statins. Therefore, patients with impaired liver function should not receive combination therapy (Igel, M., et al., Eur. J. Clin. Pharmacol., 57: 357, 2001).

28. One of the most significant reasons for the increased incidence of myopathies with cerivastatin is the high bioavailability of cerivastatin (Boger, R.H., Int. J. Clin. Pharmacol. Therap., 39:369, 2001). Simply put, proportionally more of this drug leaves the liver and reaches peripheral tissues. Once in the peripheral tissues, cerivastatin is very capable of penetrating the cell membrane and causing harm.

29. Metabolism in the liver is most critical to the bioavailability of statins. This metabolism involves the hepatic cytochrome CYP450 system, a group of enzymes that transform lipophilic drugs, such as statins into water-soluble metabolites. Thus, the CYP450 system facilitates drug excretion thereby preventing drug accumulation. The less water soluble a metabolite, the less easily it is excreted through the renal system or the gastrointestinal system, *i.e.*, the gut. Co-administration of a statin and another drug that is metabolized by the same CYP450 pathway can lead to a clinically significant drug-drug interaction and increased levels of the statin in the bloodstream. This is particularly true for cerivastatin because it has the lowest affinity for CYP3A4, thus, it is easily displaced by substrates which use the same isoenzyme. When the microsomal metabolism of cerivastatin by CYP3A4 is blocked, transformation is performed by CYP2C8. It would appear that this latter enzyme is not as good in transforming cerivastatin and therefore the drug's bioavailability may increase. The incidence of myopathy with statins is dose dependent. Interference with statin metabolism of cerivastatin is an important mechanism in increasing plasma concentration and hence the myotoxicity of this particular statin. (<u>See</u> Moghadasian, et al., Exp. Opin. Pharmacother., 1:683, 2000; Davidson, M.H., Curr. Atheroscler. Rep., 1: 14, 2000; Beard, S. L., J. Am. Pharm. Assoc., 40: 637, 2000;

Worz & Bottoriff, Exp. Opin. Pharmacother., 2: 1119, 2002; Davidson, M.H., J. Cardiovasc. Pharm. Thes. 6: 219, 2001).

30. The majority of drugs undergo phase I metabolism (e.g., oxidation, reduction) by CYP450 enzymes. The most common phase I reaction is oxidation, which involves the insertion of an oxygen atom into the compound to form a polar hydroxyl group. Other drugs undergo phase II metabolism and are directly conjugated without CYP450 biotransformation. The cytochrome P450 superfamily of hemoproteins can be divided into families, subfamilies, and single enzymes. The cytochrome P450 enzymes act as a major catalyst for drug oxidation. The cytochrome P450 enzymes are designated by the letter "CYP" (representing "cytochrome P450"), followed by an Arabic numeral denoting the family, a letter representing the subfamily (when two or more exist) and another Arabic numeral designating the individual gene within the subfamily (e.g., CYP3A4). (Nelson, D.R., Pharmacogenetics 6: 1, 1996; Johns, Cupp, M. and Tracy, T. Am. Fam. Phys., 57: 107, 1998). All of these isoforms have characteristic, although partly overlapping spectra of catalytic activity and substrate specificity. These heme-containing enzymes are embedded primarily in the endoplasmic reticulum of the hepatocytes, but are also found in high concentrations in enterocytes of the small intestines. Approximately six CYP enzymes account for the metabolism of nearly all clinically useful medications (CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1, and CYP3A4). Up to 60% of the liver's total CYP is CYP3A4 and nearly 50% of all clinically used medications and endogenous steroids are metabolized by CYP3A4 (Slaughter, R.L. and Edwards, D.J. Ann. Pharmacother., 29: 619, 1995). Lovastatin, simvastatin, atorvastatin and cerivastatin are chiefly metabolized by CYP3A4, whereas fluvastatin is primarily metabolized by CYP2C9 (Worz, C.R. and Bottoeff, M., Exp. Opin. Pharmacother., 2: 1119, 2001). Cerivastatin alone among the statins has a dual enzyme metabolic pathway CYP3A4 and CYP2C8.

31. P-glycoprotein is an ATP-dependent drug transport protein, which also plays a role in the secretion/elimination of certain drugs. P-glycoprotein reduces the oral bioavailability of certain drugs by detecting and expelling the drugs as they enter the intestinal

plasma membrane, thus decreasing their intestinal absorption. There is a coordination between CYP3A4 and P-glycoprotein in the plasma membrane of the intestine. A drug entering the intestinal epithelium may be effluxed (pumped) back into the intestine via P-glycoprotein and/or metabolized by CYP3A4 with residual drug absorbed across the epithelium. As with CYP3A4, the activity of P-glycoprotein is subject to induction and inhibition (Hunter, J., Adv. Drug Del. Rev., 25:129, 1997). It is likely that cerivastatin's high oral bioavailability is in part due to the lack of P-glycoprotein effluxing it back into the intestine.

E. **Cerivastatin**

32. Cerivastatin sodium is a synthetic, enantiometrically pure, pyridine derivative that was intended to reduce serum cholesterol levels at microgram doses. Cerivastatin is readily and completely absorbed from the gastrointestinal tract, with plasma concentrations reaching a peak 2 to 3 hours post-administration followed by a monoexponential decay with an elimination half-life of 2 to 3 hours (Mauck, W., Clin. Pharmacokinet., 39: 99, 2000).

33. Cerivastatin has certain properties that were considered unique: potent competitive inhibition of HMG-CoA reductase (the rate-limiting enzyme in cholesterol biosynthesis), activity in microgram doses (200-800 ug/day), a highly lipophilic molecular structure, and dual hepatic metabolism by the CYP3A4 and CYP2C8 subclasses of cytochrome P450. Approximately 70% of the administered dose of cerivastatin is excreted as metabolites in the faeces, and 30% in the urine (Mauck, W., Clin. Pharmakokinet., 39: 99, 2000).

34. Although it will be covered in more detail in Section H below, it appears that cerivastatin has a greater propensity to damage muscles because of the following features: high oral bioavailability, high lipophilicity, high potency, decreased hepatic metabolism and increased systemic bioavailability, steep dose response curve and an extremely narrow therapeutic window.

F. **Myopathy - Mechanism**

35. There are two major theories regarding the mechanism by which statins cause myopathy. These theories are not mutually exclusive. The first theory includes alteration

of the stability of cell membrane permeability of the muscle cell called a myocyte as a result of decreased cholesterol synthesis (Poels and Gabreels, Clinic. Neuro. and Neurosurg., 97:175, 1997). The second theory proposes decreases in mitochondrial concentrations of ubiquinone, a facilitator of electron transport, thus causing disturbances in cellular energy production and subsequent cell deaths (Omar, M.A., et al., Ann. Pharmacother., 35: 1096, 2001; Christians, U., Pharmacol. Ther., 80: 1, 1998).

36. A reduced amount of intracellular cholesterol results in reduced levels of membrane cholesterol which, in turn, may cause physical modification of membrane fluidity and a decrease in cell proliferation (Morita, I., et al., Endothelium, 5: 107, 1997; Levy, Y., et al., Br. J. Clin. Pharmacol., 34: 427, 1992; Hochgraf, C., et al., Metabolism, 43: 11, 1994). Reduced cholesterol levels in erythrocyte and platelet membranes have been observed in patients with hypercholesterolemia treated with pravastatin. This change was accompanied by a decrease in erythrocyte and platelet positive sodium ($Na^+$) levels and increased activity of the sodium potassium ($Na^+$ - $K^+$) pump. In the long term, such basic changes may cause irreversible cell damage leading to enzyme leakage and dysfunction with cell dispersion (Lijnen, P., et al., J. Hypertens, 12: 59, 1994).

37. The $Na^+$-$K^+$ pump at the plasma membrane regulates the active transport of $Na^+$ out of the cell and $K^+$ into the cell. The activity of this pump appears to be regulated by sodium-potassium-activated adenosine triphosphate ($Na^+$ / $K^+$ - ATP ase) and is dependent on sufficient ATP supply. ATP is part of the electron energy transport process at the intracellular level. Creatinine kinase generates adenosine triphosphate (ATP) via phosphoralation of adenosine diphosphate (ADP). In many conditions, acute muscle necrosis seems to be related to failure of energy production and possible depletion of the ATP reserves necessary to maintain the integrity of the sarcolemma (Bank, W.J., et al., NEJM, 292: 443, 1975). HMG-CoA reductase inhibitors may inhibit mitochondrial production of ATP which will lead to an inadequate synthesis of coenzyme Q10 and heme A in the inner mitochondrial membrane (Chu, P.H., et al., JPN Heart J., 38: 541, 1996). Ubiquinone synthesized from mevalonic acid is

utilized by mitochondria for electron transport, a mechanism that is impaired by HMG-CoA reductase inhibitors (Ucar, M., et al., Drug Safety, 22: 441, 2000).

38. When the $Na^+$ / $K^+$ pump dysfunctions, because of energy depletion or direct injury to the plasma membrane, there will be an influx of sodium chloride and water into. the cell. An osmotic swelling then will lead to muscle cell injury. Subsequently, an exchange of sodium for calcium ions via a protein carrier exchange mechanism promotes an influx of calcium ions across the membrane, contributing to further muscle injury (Poels and Gabreels, Clin. Neuro. & Neurosurg., 97: 175, 1993). Mitochondria have an impressive capacity to store excess ionized calcium ($Ca^{++}$); however when that is exceeded, the excess $Ca^{++}$ will be released from mitochondria into the cytosol. The functional and structural damage of the mitochondria and the ensuing lack of energy production will create a vicious cycle as less energy becomes available for pumping calcium out of the cell. The elevated level of intracellular calcium activates phospholipase $A_2$ resulting in the accumulation of lysophospholipids in the muscle cell and raises the activity of neutral proteases, which then become destructive to the muscle cell (Poels and Gabreels, Clin. Neurol. & Neurosurg., 95: 175, 1993).

39. The isopronyl ubiquinone synthetic pathway is an important component of the respiratory chain in muscle mitochondria. The report of England, et al, links HMG-CoA reductase inhibitor therapy to mitochondrial changes at the intracellular level. This does not exclude the possibility that these drugs simply aggravate, and thereby make manifest a latent, perhaps genetically determined, pre-existing mitochondrial myopathy (England, J.D.F., et al., Aust. NZ J. Med., 25: 374, 1995); (Johnston, W., et al., Ann. Neurol., 37: 16, 1995). It is also likely that HMG-CoA reductase inhibitors accelerate the normal decrease in human muscle mitochondrial respiratory chain activity associated with aging, or accelerate the rate of mitochondrial DNA deletions in skeletal muscle (Trounce, I., et al., Lancet I: 637, 1989; Rifai, Z., et al., Ann. Neurol., 37: 24, 1995).

40. It is clear that age is one of the risk factors for the development of statin-induced myopathy. (Mess, G.C., Proc. Soc. Exp. Biol. Med., 224:8, 2000).

41. Sinzinger, et al., have demonstrated that during the symptomatic period of muscle pains with CK-elevation during statin therapy, 8-epi-prostaglandin is severely increased indicating a significant in-vivo oxidation injury. The extent of the increase was clearly associated with the extent of symptoms seen in the patient. There is no information available yet as to whether the individual antioxidant status is relevant for the development of muscular side effects (Sinzinger, H., et al., Atherosclerosis, 153: 255, 2000). It is highly likely that statin-induced myopathy is the result of an acquired coenzyme Q10 deficiency in some individuals, consistent with ubiquinone decreases at the cellular level. Although coenzyme Q10 supplementation is beneficial in some patients with statin-induced myopathy, it does not reverse the condition in everyone (Leung, N.M., et al., Ann. Intern. Med., 132: 418, 2000).

42. Giordano, et al., reported a 42 year old man who within several months of starting simvastatin 20 mg/day developed proximal limb weakness, myalgia, arthralgia, and increased serum CK. A deltoid muscle biopsy demonstrated considerable variation of muscle fiber size, muscle fiber necrosis and fragmentation and abundant inflammatory cell infiltration in perivascular and endomysial areas leading to the diagnosis of polymyositis. Most of the cells were shown to be activated T-cells and macrophages and staining for ATP - ase and enzymes of other metabolic systems were normal. "The rapid remission of the disease after a few days of the start of steroids and the absence of recurrence after stopping 6-methyprednisolone, allow us to strongly suspect simvastatin-induced myositis. This case suggests that simvastatin myopathy is not spontaneously reversible, as more frequently reported, and the histopathological findings suggest that the myopathy is caused not only by an increase in muscle 'membrane fluidity', but also by immunological mechanisms. In particular, a cellular rather than a humoral reaction and complement activation could be important in the pathogenesis of simvastatin myopathy." (Giordano, N., et al., Lancet, 349: 1600, 1997).

43. Schalke, et al., had previously reported a similar case of a 66 year old woman treated for 5 months with pravastatin 10 mg/day, in whom a syndrome resembling dermatomyositis developed over a period of 5 weeks with severe proximal muscle weakness in

the upper limbs and prominent bullous erythematous skin lesions on her face, neck, shoulders, chest and arms. The serum CK level was elevated (>4000 IU/L), a muscle biopsy revealed endomysial and perimysial cellular infiltrates. An electromyogram showed a myopathic pattern with denervation potentials. A skin biopsy did not reveal eosinophilic cell infiltrates providing evidence against an allergic reaction. Extensive immunohistologic studies were performed which demonstrated perimysial and endomysial T lymphocytes predominantly of the CD4 helper-inducer phenotype and large numbers of macrophages. Pravastatin was discontinued, and the patient was given high doses of corticosteroids, which were gradually tapered. This was followed by clinical improvement in her weakness, regression of skin lesions and normalization of the CK levels. No relapse of muscle or skin symptoms occurred for more than seven months (Shalke, et al., NEJM 327: 649, 1992).

G. Adverse Effects - Myopathy

44. In general, statins can cause a variety of reported adverse effects ranging from rhinitis and gastrointestinal symptoms to hepatotoxicity and shortness of breath. For the purpose of this report, my focus has been on myopathy. The most myopathic patients have noted increased dyspnea on exertion while on statins.

45. The severity of the muscle disorder may vary from solely myalgias without elevation of creatinine kinase to elevations of creatinine kinase in asymptomatic individuals to rhabdomyolysis with myoglobinuria, renal failure and death (Wortman, R.L., Curr. Opin. Rheum., 14: 643, 2002).

46. As will be covered in more detail in Section M., the reporting rate for rhabdomyolysis deaths for cerivastatin was 1.9 deaths per million prescriptions which was 10 to 50 times as high as that for other statins (Staffa, J.A., et al., NEJM 346: 539, 200). "The Bayer analysis of FDA AERS data showed that combined cerivastatin-fibrate users had a reporting rate for confirmed rhabdomyolysis 855 times greater than that for joint use of atorvastatin and a fibrate (Table 3). There are no other plausible explanations for such an elevated reporting rate other than an adverse effect of the two drugs used concomitantly." (Cerivastatin and

Rhabdomyolysis, Wayne A. Ray, Ph. D., 30, Jan. 2003). The absence of any myopathy cases in a large cohort of patients with hyperlipidemia, who were not treated pharmacologically, indicates that hyperlipidemia per se is not associated with myopathy (Gaist, D., et al., Epidemiology, 12: 565, 2001).

47. The recent American College of Cardiology/American Heart Association Clinical Advisory on the use and safety of statins defined a variety of muscle syndromes (Pasternak, et al., J. Am. Col. Cardiol., 40: 567, 2003; Thompson, et al., JAMA, 289: 1681, 2003):

Statin Myopathy – Any muscle complaint related to these drugs.

Myalgia – Muscle complaints without serum CK elevations. This consists of muscle pain and generally weakness and tenderness on examination.

Rhabdomyolysis – Markedly elevated CK levels usually greater than 5 to 10 times the upper limit of normal, often with myoglobinuria with or without an elevated creatinine level consistent with a pigment-induced nephropathy.

Asymptomatic Patients with Elevated CK Levels – Whenever muscle CK levels exceed normal or pre-treatment values, there is generally increased muscle breakdown.

Persistent Myopathy after Statin Withdrawal – Some patients may have persistent muscle problems following statin withdrawal. (Supra.)

48. Myopathy is often used as a general term referring to any disease of the muscle. For the purpose of this report, myopathy can be clinically defined as muscle pain and weakness, which may be or may not be accompanied by abnormal elevations in CK levels in the serum (Tobert, J.A., Am. J. Cardiol., 62: 28, 1988). In several credible case reports, statin induced myopathy has not been accompanied by elevated CK findings (Ucar, M., et al., Drug Safety, 22: 441, 2000; Phillips, P.S., et al., Ann. Inter. Med., 137: 581, 2002).

49. Rhabdomyolysis literally means "striped muscle dissolution." However, a more useful definition is "skeletal muscle injury, reversible or irreversible, that alters the integrity of the cell membrane sufficiently to allow the escape of cell contents into the extracellular fluid." These cell contents include enzymes such as creatinine kinase, glutamic oxaloacetic transaminase, lactate dehydrogenase, aldolase; the heme pigment, myoglobin; electrolytes such as potassium and phosphate; and purines (Gabow, et al., Medicine, 61: 141, 1982).

50. Rhabdomyolysis is an acute, fulminating, potentially fatal condition of skeletal muscle characterized by destruction of skeletal muscle as evidenced by myoglobinemia and myoglobinuria plus a CK level in the serum of at least 5 times the upper limit of normal. (Ravnan, et al., Pharmacotherapy, 22:533-537, 2002). Muscle biopsies from clinically diagnosed cases of rhabdomyolysis associated with HMG-CoA reductase inhibitor therapy reveal changes in muscle cells characterized by loss of cross-striations and nuclei, with regeneration in part, and no infiltration of inflammatory cells (Hino, I., et al., Arth. Rheum., 39: 1259, 1996; Kogan, A. D., et al., Postgrad. Med. J., 69: 333, 1993). Muscular signs and symptoms include pain, weakness, tenderness and contractures. The muscle groups that are usually involved include the calves and lower back. However, the majority of patients with mild rhabdomyolysis do not present with signs that are referable to muscle. Patients typically experience nonspecific symptoms such as unintentional weight gain, fatigue, malaise, fever, tachycardia, nausea and dark red or "cola"-colored urine that results from the excretion of myoglobin (Grub, D., Curr. Opinion Rheum., 2: 908, 1990; Hamer, R., South Med. J., 90: 548, 1997).

51. Sinzinger, et al., described seven patients with familial heterozygous hypercholesterolemia who developed muscular symptoms during or after exercise while on therapy with Lovastatin, Pravastatin or Simvastatin. The symptoms reported can be divided into two different types of appearance and manifestations: (a) muscular-ache like pains occurring during or immediately after exercise; (b) cramp-like symptoms, but without typical contraction seen only hours or days after physical exercise. Interestingly, independent of how long the

symptoms were apparent, in none of the patients was an elevation of CK detected at any time (Sinzinger, S., et al., Atherosclerosis, 143: 459, 1999).

52. Previously, patients receiving statins who have muscle symptoms and a normal serum CPK were thought to have symptoms unrelated to the statin therapy. Muscle biopsies, however, have confirmed myopathy in some patients with symptoms but normal CPK on statins. Phillips, et al., compared the incidence of urine 3-methylglutonic acid (3 MGA) elevation in patients with normal CPK and biopsy-proven statin myopathy with the incidence in patients whose muscle biopsies were normal and with patients on statins without symptoms of myopathy to assess the usefulness of this test in diagnosing statin associated myopathy. Abnormal muscle biopsies were attributed to statin toxicity if they demonstrated pathology consistent with mitochondrial dysfunction such as ragged red fibers, Cox-negative staining fibers, or abnormal accumulations of lipid. 3 MGA levels were considered abnormal if they were >2 standard deviations from the mean. Seven of eight (7/8) patients with myopathy on biopsy had abnormal 3MGA, 0/3 with no myopathy on biopsy and 0/6 on statins without muscle complaints had abnormal 3MGA. Elevation of urine 3MGA appears to be a sensitive and specific test for confirming statin associated myopathy with a normal CK, but requires elegant timing of the test and drug administration (Phillips, et al., Arterio. Thromb. Vasc. Biol., 22: 878, 2002).

53. The spectrum of myotoxic adverse reactions related to HMG-CoA reductase inhibitors is quite similar and cross-reactivity between different drugs in the class should be expected (Ucar, M., et al., Drug Safety, 22:441, 2000). Myopathy and its possible progression to rhabdomyolysis is dose-dependent. Cases of myopathy have been associated with increased concentrations of statins and when statins are administered concomitantly with other drugs that may also be toxic to the myocyte. Where there is an increase in the plasma concentration of a statin drug to a toxic concentration, the likelihood of myopathy increases (Omar, M.A., et al., Ann. Pharmacother., 35:1096, 2001).

54. Generally, elderly patients may be at increased risk for adverse reactions or drug interactions compared to younger patients because of age-related changes in physiology. For example, decreased liver metabolism (i.e., decreased first-pass metabolism and biotransformation of some drugs) can result in accumulation of drugs normally cleared by the liver in younger patients (Davidson, M.H., J. Cardiolvasc. Pharmacol. Therapeut., 6:219, 2001). In addition to age and combination therapy, other risk factors for the development of myopathy include certain co-morbidities such as diabetes and hypothyroidism and concomitant administration of drugs that block the CYP450 enzyme pathway such as channel blockers including, for example, verapamil, cyclosporine, and anti-fungal agents. As mentioned in Section F., Paragraph 41, post-menopausal women are also at greater risk of developing statin-induced myopathy.

H. <u>Myopathy - Diagnosis</u>

55. Successful management of rhabdomyolysis depends upon early diagnosis and therefore, a low threshold of clinical suspicion (even in the absence of overt muscle signs and symptoms) is appropriate. Indeed, many authors advocate routine testing of serum CK and urinary myoglobin in all instances where rhabdomyolysis is possible (Prendergast & George, Postgrad. Med. J., 69:333, 1993).

56. There are four different methods by which to diagnose myopathies and rhabdomyolysis: (1) clinical examination of the patient; (2) laboratory findings including such things as elevated CPKs, myoglobin in the urine, elevated transaminases; (3) EMG findings; and/or (4) muscle biopsy.

I. <u>Clinical Signs and Symptoms</u>

57. Rhabdomyolysis may involve all striated muscles diffusely or focus on certain groups of muscles. The clinical signs and symptoms may vary widely from mild myalgia to severe muscle weakness with involvement of other organ systems. Usually, the postural muscles of thighs, calves and lower back are painful, stiff, or weak (Poels and Gabreels, Clin. Neurol. & Neurosurg., 97: 175, 1993). Physical examination may reveal no abnormalities other

than occasional muscle atrophy or weakness, decreased muscle strength, swelling, rarely muscle contractures, dyspnea, generalized weakness and fatigue, and flu-like symptoms.

J. **Laboratory Findings**

58. The diagnosis of rhabdomyolysis may be confirmed by an increased level of creatinine kinase ("CK") by at least fivefold and an elevation of the serum and/or urine myoglobin (Poels and Gabreels, Clin. Neuro. & Neurosurg., 97: 175, 1993). The normal level of myoglobin in serum is 3 to 80 mg/L. In rhabdomyolysis, a rise in serum myoglobin precedes an increase in CK. Therefore, determination of myoglobin in serum and urine is helpful for early diagnosis of rhabdomyolysis. The serum myoglobin level allows an estimation of the risk of tubular damage, since myoglobin serum levels above 2000 mg/L may be associated with renal complications (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989; Penn, A.S., Myoglobinuria, in Engel & Banker, (eds), Myology, Vol. II, McGraw-Hill, New York, 1986). Serum levels may fall to normal by the time the patient is hospitalized owing to the clearance of myoglobin in the plasma within 1 to 6 hours by both renal excretion and metabolism to bilirubin (Koskelo, et al., Clin. Chim. Acta., 17: 939, 1967). In contrast to myoglobin, serum CK levels would be likely to remain elevated at the time of initial laboratory testing because of the slower clearance of CK than myoglobin. This relative slow clearance of CK is illustrated by a rate of decline of about 39% per day with an apparent half-life of about 1.5 days (Gabow, K., et al., Medicine, 61: 141, 1982). Very high CPK levels (from 10,000 to 100,000 IU/L) do not need further tests to confirm rhabdomyolysis (Bollaert and Frisoni, Minerva Anesth., 65: 245, 1999).

K. **Electromyography**

59. Electromyography ("EMG") is generally of value only in the acute phase of the illness when myopathic findings are present with prominent spontaneous potentials. For example, in a report of rhabdomyolysis associated with cerivastatin-gemfibrozil combination therapy, seven days after discontinuation of therapy, a nerve-conduction study and EMG showed a slight nonspecific reduction in sensory and motor amplitude and in velocity in most of the proximal muscles. A muscle biopsy of the quadriceps was non-revealing (Lau, T.K., et al., Tex.

Heart Inst. J., 28: 142, 2001). In another report, EMG revealed severe muscular damage, which became normal within 8 weeks of discontinuing therapy (Mastroianni, C. M. AIDS, 15: 820, 2001).

L. <u>Muscle Biopsy</u>

60. Muscle biopsy is characterized by multifocal muscle fiber necrosis and regenerative activity. Morphologically, HMG-CoA reductase inhibitor myopathy is characterized by a variation in fiber size, muscle fiber necrosis, and fragmentation with inflammatory cell infiltration in the perivascular and endomysial areas. Immunohistological examination of muscle specimens may reveal immunological cell activity (Giordano, N., et al., Lancet, 349: 1600, 1997; Schalke, B.B., et al., NEJM, 327: 649, 1992).

61. In the patients reported by Phillips, et al., the CK level remained normal every time they became myopathic both before and during the trial. These cases suggest that serum CK level is an inadequate test for statin-associated myopathy. Notably, in the Phillips' study, the histochemistry suggests a defect in mitochondrial respiratory chain function (Phillips, P.S., et al., Ann. Intern. Med., 137: 581, 2002). There are credible reports of patients who have muscle symptoms and normal serum levels while receiving statins.

62. For example, fifteen patients developed myalgia while taking simvastatin (10 - 20 mg) or pravastatin 40 mg/day. Symptoms reported were predominantly stiffness and tenderness of proximal limb muscles and difficulty arising from a low chair. Of the fifteen patients, twelve were women over the age of 60 years. There was no major increase in serum CK levels; all values were less than twice the upper limits of normal. Needle biopsies from the deltoid or quadriceps muscles all showed the light microscopic changes of mitochondrial myopathy, confirmed by low mitochondrial cytochrome C oxidase together with low pyruvate and malate cytochrome C reductase levels. The biopsies from six patients were examined with electron microscopy; all showed the same pattern of sub-sarcolemmal collections of architecturally normal mitochondria with no inclusion bodies. All symptoms and signs resolved on cessation of the drugs and recurred in three out of three patients rechallenged. In the three

patients who consented for a repeat muscle biopsy, the microscopic and biochemical mitochondrial abnormalities were still present one year after stopping the drug (England, J.D.F., et al., Aust. NZ. J. Med., 25: 374, 1995).

M. Myopathies to Rhabdomyolysis - Cerivastatin

63. The FDA conducted an analysis of cases of deaths reported to AERS prior to 26 June 2001. The analysis used as a numerator, cases of fatal rhabdomyolysis reported for each of the 6 statins available in the U.S., beginning at the time of product launch, the denominator consisted of estimated prescriptions dispensed in the same time period. The reporting rate for cerivastatin was 3.16 deaths per million prescriptions, 16 to 80 times as high as the rates reported for other statins. The reporting rate for cerivastatin monotherapy was 1.9 per million, 10 to 50 times as high as that for other statins (Staffa, J.A., et al., NEJM: 346: 539, 2002; Cerivastatin and Rhabdomyolysis, Wayne A. Ray, Ph.D., 30, Jan 2003).

64. Early reports of increased muscle toxicity of cerivastatin were reported to the World Health Organization's International Drug Information System database. Although there were far less reports in absolute numbers, the percentage of reports for myalgia were 14.4% for cerivastatin with a range of 6.2 to 9.1% for the other statins, and 2.1% of reports of rhabdomyolysis with cerivastatin as compared to a range of 0.2% to 0.5% for the other statins (Ucar, et al., Drug Safety, 22: 441, 2000).

65. The rate of fatal rhabdomyolysis associated with cerivastatin therapy is 16 to 80 times as high as the rates for any other statin. Some of this difference appears to be related to the known, marked interaction (relative to other statins) between cerivastatin and gemfibrozil which in late 1999 led to the listing on the label of contraindications of the combined use of these agents. The use of this combination was reported in 12 of the 31 deaths. However, after the exclusion of the 12 cases in which gemfibrozil was used with cerivastatin and the 7 cases in which it was used with lovastatin, the reporting rate of fatal rhabdomyolysis in association with cerivastatin monotherapy is 1.9 per million prescriptions which is 10 to 50 times as high as the rates associated with other statins. There is a secular trend of increased reporting to the FDA

over the past decade. However, the rate of reports of fatal rhabdomyolysis associated with the use of atorvastatin (approved for use within 6 months before the approval of cerivastatin) was far less than for cerivastatin. The analysis performed by Bayer of the AERS database shows that cerivastatin in monotherapy is associated with a 20-fold greater rate of reporting of confirmed cases of rhabdomyolysis than with atorvastatin (Cerivastatin and Rhabdomyolysis, Wayne A. Ray, Ph. D., 30, Jan 2003). Thus, the increased reporting associated with the use of cerivastatin appears to be more than an artifact related to an increased awareness of statin associated rhabdomyolysis or to secular trends in reporting (Staffa, J.A., et al., NEJM, 346: 539, 2002).

66. The risk of developing myopathy from a lipid-lowering drug is dose-related rather than the result of an allergic reaction. Not only has the prevalence of myopathy increased with higher doses of individual drugs, but factors that increase their half-life or bioavailability also increase toxicity (Wortman, R.L., Curr. Opinion Rheum., 14: 643, 2002). Cerivastatin is a synthetic third generation compound with pharmacologic potency 60 to 200 times greater than that of simvastatin, lovastatin or pravastatin (Bischoff & Heller, AM. J. Cardiol., 82:18J, 1998). Because of its high enzyme affinity and the contribution of active metabolites, biochemical and pharmacological studies have shown cerivastatin to be the most potent HMG-CoA reductase inhibitor among all of the reported statins (Bischoff, H., et al., Atherosclerosis, 135: 119, 1997; Bischoff, H., et al., Atherosclerosis, 139: 57, 1998). The oral bioavailability of statins varies considerably, with values between 5% for lovastatin and 60% for cerivastatin. Thus, a many-fold increase in the systemically available amount of cerivastatin in the circulation is present as compared to the other statins (Boger, R.H., Int. J. Clin. Pharmacol. Therap., 39: 369, 2001). Most statins undergo extensive metabolism in the liver, therefore their systemic bioavailability is less than 20% except for cerivastatin and fluvastatin (Tomlinson, B., et al., Drugs and Aging, 18: 665, 2001). One of the reasons that cerivastatin has more myopathy associated with its use is because of the high oral bioavailability which would allow more to bind to muscles rather than being taken up by hepatocytes. The ability of certain drugs such as cyclosporine to affect the statins regardless of their affinity to various CYP isoenzymes occurs

because of the interference with the active transport mechanism by the organic anion transport proteins which is inhibited by cyclosporine. In the case of cerivastatin, it affects the amount of metabolites available in the bile, which is strongly inhibited and the renal elimination of metabolites is increased (Boger, R.H., Int. J. Clin. Pharm. Therap., 39: 369, 2001).

67. It is clear that cerivastatin, of the presently available statins, was the most damaging to muscles. The adverse event data shows this across multiple databases and this finding is reinforced by the biological plausibility of cerivastatin toxicity. The extreme toxicity effects likely occur because of the drug's high potency, high oral bioavailability, decreased hepatic metabolism and increased systemic bioavailability, or a combination of these factors.

N. Cerivastatin Myopathy - Chronic Sequellae

68. There is no doubt that some patients develop chronic muscle disorders caused by statins. Many physicians in clinical practice believe that they can identify a subset of statin-treated patients who have a unique set of muscle symptoms. Without doubt, the onset of muscle symptoms may be correlated to the initiation of statin therapy. These symptoms may abate after discontinuation of therapy, only to reappear when statin therapy is restarted (Grundy, S., Ann. Int. Med., 137: 617, 2002).

69. It is clear that some patients with statin-induced muscle disease will continue to have chronic problems despite the discontinuation of the offending agent. Unfortunately, CPK levels may be normal, and diagnosis may be made clinically or invasively with a biopsy and appropriate histochemical analysis. In the course of my work as a clinician, teacher and medical researcher, I often rely upon case reports when certain otherwise newly recognized clinical symptoms are presented.

70. Increased lipid stores, cytochrome oxidative-negative myofibers and ragged red fibers are features of mitochondrial respiratory chain dysfunction and suggest myopathy due to a metabolic abnormality. Although some of these findings occur in myofibers because of aging, the pattern of increased lipid is unusual. It has been previously described as a drug reaction and as a consequence of coenzyme Q10 deficiency (Raskind, J.Y. and El-Chaar,

Ann. Phasrmacother., 34: 630, 2000; Ogasahara, S., et al., Proc. Nastl. Acad. Sci., 86: 2379, 1989). There have been clinical reports describing the efficacy of coenzyme Q10 supplementation in patients with statin myopathy. The first case described a physically active 48 year old physician who experienced fatigue and proximal myalgias and had elevated CK levels (1400 IU/L) 2 to 3 weeks after starting lovastatin (20 mg OD). Despite withdrawal of the drug, his symptoms persisted for 6 months, at which time he began taking a low-dose coenzyme Q10 (30 mg OD). Within a few days, his symptoms abated and he resumed strenuous activities without difficulty (Walravens, P.A., et al., Lancet, 2: 1097, 1989).

71. "It is certain that statins cause myopathy in some patients." For these reasons, a valid argument can be made for a more extensive study of low grade myopathy in patients treated with statins." (Grundy, S.M., Ann. Intern. Med., 137: 617, 2002). Needle biopsies from fifteen patients with myopathy treated with either simvastatin (10 to 20mg/day) or pravastatin (40mg/day) and without notable CK increase in the serum, revealed light microscopic changes of mitochondrial myopathy (Walsh J.C., et al., Aust. NZ. J. Med., 25: 374, 1995). Although nine of eleven patients treated with pravastatin recovered, the symptoms persisted in two after cessation of pravastatin therapy. CK was increased in the serum in two cases (Urac, M., et al., Drug Safety, 22: 441, 2000).

72. Drug induced rhabdomyolysis or its subacute variant drug-induced myopathy may be caused by drug-induced dermatomyositis or polymyositis, a rare type of drug-induced autoimmune disease, which has been observed after chronic administration of penicillamine, levodopa and phenytoin (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989). Drug-induced polymyositis and dermatomyositis are rare syndromes reported to occur only after long-term drug intake. The syndrome is characterized by pain and diffuse swelling of the musculature and an erythema of the skin. A muscle biopsy may help in diagnosis. In general, there is only a moderate rise, or no change in CPK in this type of drug-induced immune disease (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989). "Withdrawal of the drug usually leads to full recovery. However, I have seen several patients in whom recovery was very slow and

incomplete, and who continued to complain of muscle aches long after the drug was stopped." (Argov, Curr. Opinion in Neurology, 13: 541, 2000). In most cases of drug-induced rhabdomyolysis, the light-microscopic finding is necrosis of muscle fibers, which is rather non-specific and of little value in differential diagnosis. This is not true for drug-induced dermatomyositis or polymyositis which is characterised by perivascular lymphocytic infiltrations. (Koppel, C., Med. Tox. Adv. Drug Exp., 4: 108, 1989).

73. Persistent myopathy has been reported to exist for several months after discontinuation of statins (Wortman, R.L., Curr Opin Rheum, 14: 643, 2001). About 25% of individuals with recurrent rhabdomyolysis have enzymatic defects and may be at increased risk of adverse effects of various pharmacologic agents, including statins (Lofberg, M., et al., Acta. Neurol. Scand., 48: 268, 1998). Thus, regardless of whether statins trigger a latent enzymatic defect or an inflammatory process or whether they produce a de novo chronic myopathy in some patients, it is clear that long-term persistent muscle disease and symptoms of muscle disorders occur in a subset of patients who develop myopathies from exposure to cerivastatin.

74. In conclusion, cerivastatin caused myopathies and rhabdomyolysis in a higher number of patients than any other statin. And further, in a certain subset of those patients who survive the rhabdomyolysis, these symptoms do not entirely resolve.

Dated: December 1, 2003

______________________________

Thomas M. Zizic, M.D.

# THOMAS M. ZIZIC, M.D.

**CURRENT APPOINTMENTS**

| | |
|---|---|
| **HOSPITAL:** | Physician, The Johns Hopkins Hospital<br>Baltimore, Maryland<br><br>Physician, The Good Samaritan Hospital<br>Baltimore, Maryland |
| **UNIVERSITY:** | Associate Professor of Medicine<br>Johns Hopkins University School of Medicine<br>Baltimore, Maryland |
| **OFFICE ADDRESS:** | Chesapeake Medical Research, LLC<br>5601 Loch Raven Blvd.<br>Russell Morgan Bldg., Suite 510<br>Baltimore, Maryland 21239<br>410-532-4872<br><br>Bionicare Medical Technologies, Inc.<br>47 R Loveton Circle<br>Sparks, MD 21152<br>410-472-1888 |
| **HOME ADDRESS:** | 7208 Bellona Avenue<br>Baltimore, Maryland 21212 |
| **DATE OF BIRTH:** | December 9, 1939 |
| **PLACE OF BIRTH:** | Milwaukee, Wisconsin |
| **MARITAL STATUS:** | Married - Martha Ann Ardos<br>San Antonio, Texas 1967 |
| **CHILDREN:** | Lara Ann Zizic, November 22, 1971<br>Kristine Michele Zizic, June 29, 1977 |

Zizic
EXHIBIT NO. 14
2-11-04
L. GOLKOW

**EDUCATION:**

| | |
|---|---|
| 1954 - 1958 | Bay View High School<br>Milwaukee, Wisconsin |
| 1958 - 1961 | University of Wisconsin<br>Madison, Wisconsin |
| 1961 – 1965 | The Johns Hopkins University<br>School of Medicine, M.D.<br>Baltimore, Maryland |
| 1965 – 1966 | The Johns Hopkins Hospital<br>Baltimore, Maryland<br>Intern in Medicine, Marburg Medical Service |
| 1966 – 1967 | The Johns Hopkins Hospital<br>Baltimore, Maryland<br>Assistant Resident, Marburg Medical Service |
| 1967 – 1969 | Military Service<br>San Antonio, Texas<br>School of Aerospace Medicine |
| 1969 – 1971 | The Johns Hopkins University<br>School of Medicine<br>Baltimore, Maryland<br>Fellow in Internal Medicine,<br>Connective Tissue Division |
| 1971 – 1973 | The Arthritis Foundation<br>Post-Doctoral Fellow |
| 1971 – 1973 | The Johns Hopkins University<br>School of Medicine<br>Baltimore, Maryland<br>Instructor in Medicine |
| 1973 – 1981 | The University of Maryland<br>School of Medicine<br>Baltimore, Maryland<br>Assistant Professor of Medicine |

| | |
|---|---|
| 1975 - Present | Associate Professor Medicine<br>The Johns Hopkins University School of Medicine<br>Baltimore, Maryland |
| 1981 - Present | Associate Professor of Medicine<br>The Johns Hopkins University School of Medicine<br>Baltimore, Maryland |

**BOARD CERTIFICATIONS:**

| | |
|---|---|
| 1965 | State of Maryland, Medical Examiners<br>Physicians and Surgeons |
| 1986 | American College of Rheumatologists<br>Certified Fellow ACR |

**HONORS:**

| | |
|---|---|
| 1958 | Phi Eta Sigma |
| 1961 | Phi Kappa Phi |
| 1961 | Phi Beta Kappa |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| | American Rheumatism Association |
| | District of Columbia Rheumatism Association |
| | The Johns Hopkins Hospital Medical Society |
| | Arthritis Foundation (Maryland Chapter) |
| 1976 - 1977 | Vice President |
| 1977 - 1979 | Medical & Scientific Committee |
| 1977 - 1979 | Professional Education Committee |
| 1975 - 1976 | Maryland Society of Rheumatic Diseases, President |
| 1974 - 1976 | Arthritis Alert, State of Maryland, Chairman |
| 1986 - 1992 | State Commission on Arthritis and Related Disease, Chairman |

**CONSULTANT APPOINTMENT:**

| | |
|---|---|
| 1975 - 1978 | Rheumatology Consultant, United States Public Administration Hospital, Baltimore, Maryland |
| 1978 - 1980 | Rheumatology Consultant, United States Public Health Services Hospital, Baltimore, Maryland |

**SELECTED COMMITTEES/ACTIVITIES:**

| | |
|---|---|
| 1971 – 1972 | Library Committee<br>Good Samaritan Hospital |
| 1972 – 1975 | Faculty Steering Committee<br>Johns Hopkins University/Good Samaritan Hospital |
| 1973 – 1975 | Medical Planning and Developmental Committee<br>Johns Hopkins Medical Institutions |
| 1974 – 1976 | Arthritis Alert, State of Maryland<br>Chairman |
| 1974 – 1975 | Pharmacy and Therapeutic Committee<br>Good Samaritan Hospital<br>Chairman |
| 1974 – 1975 | Credentials Committee<br>Good Samaritan Hospital |
| 1975 – 1976 | Admissions Committee<br>Johns Hopkins University<br>School of Medicine |
| 1975 – 1976 | Utilization Review Committee<br>Good Samaritan Hospital |
| 1975 – 1976 | Maryland Society of Rheumatic Disease<br>President |
| 1975 – 1985 | Associate Director<br>Rheumatic Disease Unit<br>Good Samaritan Hospital |
| 1976 – 1977 | Update in Rheumatology I<br>Johns Hopkins University/University of Maryland<br>Course Director |
| 1976 – 1979 | Education Committee<br>Arthritis Foundation, Maryland Chapter<br>Chairman |
| 1977 – 1987 | Board of Directors<br>Courseware, Inc. |

| | |
|---|---|
| 1976 – 1977 | Arthritis Foundation, Maryland Chapter<br>Vice-President |
| 1977 – 1978 | Medical Audit Committee<br>Good Samaritan Hospital |
| 1977 – 1980 | Medical and Scientific Committee<br>Arthritis Foundation, Maryland Chapter |
| 1978 – 1983 | Associate Director<br>NIAMDD Multipurpose Arthritis Center<br>Johns Hopkins University School of Medicine |
| 1978 – 1979 | Board of Directors<br>Maryland Lupus Foundation |
| 1978 –1979 | Medical Executive Committee<br>Good Samaritan Hospital |
| 1978 – 1981 | Medical Records Committee<br>Good Samaritan Hospital<br>Chairman |
| 1979 – 1980 | Update in Rheumatology II<br>Johns Hopkins University/University of Maryland<br>Course Director |
| 1979 – 1980 | National Arthritis Foundation Committee on<br>Health Services Administration |
| 1979 – 1984 | National Arthritis Foundation Committee on<br>Governmental Affairs |
| 1980 – 1981 | Update in Rheumatology III<br>Johns Hopkins University/University of Maryland<br>Course Director |
| 1980 – 1982 | Arthritis Foundation, Maryland Chapter<br>Vice-President |
| 1982 – 1986 | Arthritis Information Clearinghouse<br>Advisory Group |

| | |
|---|---|
| 1985 – 1989 | The Arthritis Society, Toronto, Canada |
| 1991 - 1993 | Southeast Region Council<br>American College of Rheumatology<br>External Reviewer for Research Grant Applications |
| 1991 – 1998 | President<br>Chesapeake Osteoporosis Center, Inc.<br>Baltimore, Maryland |
| 1991 - 1994 | National Medical Advisory Board<br>Protocare, Inc. |
| 1993 – 1996 | Director of Medical Affairs<br>Murray Electronics<br>Hunt Valley, Maryland |
| 1994 - Present | Board of Directors<br>The Center for Osteonecrosis<br>Research and Education<br>Baltimore, Maryland |
| 1994 - Present | Board of Directors<br>The Foundation for Family Health International<br>Research Triangle Park, North Carolina |
| 1995 – 1998 | Vice President<br>Medical Quality Care<br>Physicians Quality Care<br>Waltham, Massachusetts |
| 1996 - 1998 | Medical Director<br>Excalibur Medical Technologies, Inc.<br>San Diego, California |
| 1996 - 1998 | President and Founder<br>United States Osteoporosis Network, Inc.<br>Baltimore, Maryland |
| 1996 - Present | Board of Directors<br>National Osteonecrosis Foundation<br>Baltimore, Maryland |
| 2003 - Present | President / CEO<br>Bionicare Medical Technologies, Inc.<br>Sparks, Maryland |

**ARTICLES:**

1. Zimmerman, E.A., Zizic, T.M. and Caris, T.N.: Hemidiphragmatic paralysis: Aerospace Medicine 41 (1): 92-94, January, 1970.

2. Zizic, T.M., Caris, T.N and Zimmerman, E.A.: Clinical entities Mimicking Vasovagel Syncope. Aerospace Medicine 41 (2): 196-200, February, 1970.

3. Arnett, F.C., Whelton, J.C., Zizic, T.M. and Stevens, M.B.: Methotrexate therapy in polymyositis. Ann. Rheum. Dis. 32: 536-546, 1973.

4. Morris, J. L., Zizic, T.M., and Stevens, M.B.: Proteus polyarthritis complicating systemic lupus erythematosus. John Hopkins Med. J. 133: 262-269, 1973.

5. Morris, J.L., Zizic, T.M. and Stevens, M.B.: Clinical significance of antinuclear antibodies with hypocomplentemia. Johns Hopkins Med J. 133: 321-328, 1973.

6. Zizic, T. M., and Stevens, M.B.: The Arthropathy of Behcet's Disease. Johns Hopkins Med J. 136: 243-250, 1975.

7. Zizic, T.M., Shulman, L.E., and Stevens, M.B.: Colonic performations in Systemic Lupus Erythematosus. Medicine 54: 411, 1975.

8. Klipper, A. R., Stevens, M.B. and Zizic, T.M.: Ischemic Necrosis of Bone in Systemic Lupus Erythematosus. Medicine 55: 251-258, 1976.

9. Zizic, T.M., Czwazka, W.F., Young, N.S., and Stevens, M.B.: Urinary Fibrin Split Products in Lupus Nephritis, J of Rheum. 3: 43-49, March, 1976.

10. Feinglass, E.J., Arnett, F.C., Dorsch, C.A., Zizic, T.M. and Stevens, M.B.: Neuropsychiatric Manifestations in Systemic Lupus Erythematosus. Medicine 55: 323, 1976.

11. Zizic, T.M.,: A Gut Reaction in Lupus. Emergency Medicine, 97, March, 1976.

12. Katz, R.S., Zizic, T.M., Arnold, W.P., and Stevens, M.B.: The Pseudothrombophlebitis Syndrome, Medicine 56: 151, 1977.

13. Hungerford, D.S., and Zizic, T.M.: Alcoholism Associated Ischemic Necrosis of the Femoral Head. Clin. Ortho. 130: 144-153, 1978.

14. Zizic, T.M., Sutton, J.D. and Stevens, M.B.: Piroxicam in the Treatment of Osteoarthritis: A Controlled Study. Proceeding of the Royal Society of Medicine. Royal Society of Medicine International Congress and Symposium Series No. 1, Published: Academic Press, Inc. (London) Ltd. and the Royal Society of Medicine. 71-81, 1978.

15. Foidart, J.M., Martin, G.R., Abe, S., Zizic, T.M., Barnett, E.V., Lawley, T.J., and Katz, S.I.: Antibodies to Type II Collagen and Circulating Immune Complexes in Relapsing Polychondritis. New Eng. J. of Med. 299: 1203-1207, November, 1978.

16. Hungerford, D.S., and Zizic, T.M.: Ischemic Necrosis of Bone in Systemic Lupus Erythematosus: Clinical, Physiological and Histological Factors. Circulation Osseuse. Proceeding in the Second International Symposium on Circulation in Bone. Laboratories Armour Mantaqu, Paris, France. 249-258, 1978.

17. Zizic, T.M., Hungerford, D.S., and Stevens, M.B.: Ischemic Bone Necrosis in Systemic Lupus Erythematosus. The Early Diagnosis of Ischemic Necrosis of Bone. Medicine 59: 134-142, 1980.

18. Hungerford, D.S., and Zizic, T.M.,: Ischemic Bone Necrosis in Systemic Lupus Erythematosus. The Treatment of Ischemic Necrosis of Bone. Medicine 59: 143-148, 1980.

19. Zizic, T.M., Hungerford, D.S., and Stevens, M.B.: Spotting Necrotic Bones in Time. Emergency Medicine 139-140, Jan. 1981.

20. Zizic, T.M., Classen, J.W. and Stevens, M.B.: Acute Abdominal Complications of Systemic Lupus Erythematosus (SLE) and Polyarteritis Nodosa (PA). Am.J. Md. 73: 523-531, 1982.

21. Corbett, A.J., Zizic, T.M., and Stevens, M.B.: Adults Still's Disease Associated with a Severe Restricted Pulmonary Defect, Ann. Rheum. Dis. 42: 452-454, 1983.

22. Jordan, J.M., Zizic, T.M. and Dorsch, C.A.: Possible Pathogenetic Role for Ulcerative Colitis in the Arthritis, Hepatomegaly and Erythyema Nodosum of Acquired Gammaglobulinemia. Johns Hopkins Med. J. 151: 54-58, 1982.

23. Zizic, T.M.: Non-Steroidal Anti-inflammatory Agents in the Treatment of Rheumatoid Arthritis. Maryland State Med. J. 46-51, July 1982.

24. Harvey, J., Lotze, M., Arnett, F.C., Bais, W., Billingsley, L.M., Harvey, E., Hsu, S., Sutton, J.D., Zizic, T.M., and Stevens, M.B.: Rheumatoid Arthritis in the Chippewa Band. II Field Study with Clinical Serologic an HLA-D Correlations. J. of Rheumatology 10: 28-32, 1983.

25. Conklin, J.J., Anderson, P.O., Zizic, T.M., Hungerford, D.S., Dansereau, J.Y., Gober, A., Wagner, H.N.: Comparison of Bone Scan and Radiograph Sensitivity in the Detection of Steroid-Induced Ischemic Necrosis of Bone. Radiology 147: 221-226, 1983.

26. Feldman, D., Hochberg, M.C., Zizic, T.M. and Stevens, M.B.: Cutaneous Vasculitis in Adult Polymyositis/Dermatomyositis. J. of Rheumatology 10: 85-89, 1983.

27. Zizic, T.M., Stevens, M.B., and Sutton, J.D.: Piroxicam in Osteoarthritis: A Controlled Long-Term Study. Postgraduate Medicine, 32-40, May 1983.

28. Zizic, T.M.: Systemic Lupus Erythmatosus X: Corticosteroid Therapy and It's Complications. Maryland State Med. J. 33: 370, 1984.

29. Zizic, T.M.: Complications of Steroid Therapy: Osteopenia and Avascular Necrosis. Mediguide 3: 1-4, 1984.

30. Zizic, T.M.: Medical Management of Osteoarthritis. Maryland State Med. J. 34: 147-151, 1985.

31. Zizic, T.M., Sutton, J.D., and Stevens, M.B.: Long-Term Experience with Piroxicam in Osteoarthritis. Seminars in Arthritis and Rheum. 14: (suppl.1) 14-19, 1985.

32. Zizic, T.M., Marcoux, C., Hungerford, D.S., Danserau, Y.V. and Stevens, M.B.: Corticosteroid Therapy Associated with Ischemic Necrosis of Bone in SLE. Amer.J. Med. 79: 596-604, 1985.

33. Zizic, T.M.: Early Diagnosis and Management of Osteonecrosis. Proceedings of the XVIth International Congress of Rheumatology, Sydney, Australia, 1985. Excerpta Medica 397-401, 1985.

34. Zizic, T.M., Sutton, J.D., and Stevens, M.B.: A Long-Term Evaluation of the Treatment of Osteoarthritis. Am.J. Medicine 81: (5B) 29-35, November, 1986.

35. Zizic, T. M., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: The Early Diagnosis of Ischemic Necrosis of Bone. Arthritis and Rheumatism, Vol. 29, no. 10, October 1986.

36. Zizic, T.M., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: The Early Diagnosis of Ischemic Necrosis of Bone. Arthritis Rheum. 29: 1177-1186.

37. Sanders, M.E., and Zizic, T.M.: Three Cases of Prosthetic Knee Synovitis in Rheumatoid Arthritis, J. of Rheumatology, 14: 639-640, 1987.

38. Zizic, T.M., Lewis, C.G., Marcoux, C. and Hungerford, D.S.: The Predictive Value of Hemodynamic Studies in Preclinical Ischemic Necrosis of Bone. J. Rheumatology, 16: 1559-1564, 1989.

39. Zizic, T.M.: Avascular Necrosis of Bone. Current Opinion in Rheumatology, 2: 1-11, 1990.

40. Iglehart III, I.W., Sutton, J.D., Bender, J.C., Shaw, R.A., Ziminski, C.M., Holt, P.A., Hochberg, M.C., Zizic, T.M., Engle, E.W. and Stevens, M.B.: Intravenous Pulsed Steroids in Rheumatoid Arthritis: A Comparative Dose Study. J. Rheumatology, 17: 159-162, 1990.

41. Zizic, T.M.: Osteonecrosis. Current Opinion in Rheumatology, 3: 481-489, 1991.

42. Zizic, T.M.: Vascular Lesions in SLE. Maryland Medical Journal, Vol. 40 no.10, 887-899, October 1991.
43. Zizic, T.M., Hoffman, K.C., Holt, P.A., Hungerford, D.S., O'Dell, J.R., Jacobs, M.A., Lewis, C.G., Deal, C.L., Caldwell, J.R., Cholewcynski, J.G., and Free, S.M.: The Treatment of Osteoarthritis of the Knee and with Pulsed Electrical Stimulation. J. Rheumatol. 22: 1757-1761, 1995.

44. Altman, R.D., Moskowitz, R., Zizic, T.M., et al. Intra-articular Sodium Hyaluronate (Hyalgan) in the Treatment of Patients with Osteoarthritis of the Knee: A Randomized Clinical Trial. J. Rheumatology, 25: 2203-2212, 1998.

45. Harris, S.T., Watts, N.B., Genant, H.K., McKeever, C.D., Hargartner, T., Keller, M., Chestnut, C.H., Brown, I., Eriksen, E.F., Heseyni, M.S., Axelrod, D.W., Miller, P.D., Zizic, T.M., et al. Effects of Risedronate Treatment on Vertebral and Nonvertebral Fractures in Women with Postmenopausal Osteoporosis. A Randomized Controlled Trial. JAMA, 282: 1344-1352, 1999.

46. Cohen, S., Levy, R.M., Keller, M., Boling, E., Emkey, R.D., Greenwald, M., Zizic, T.M., Wallach, S., Sewell, K.L., Lukert, B.P., Axelrod, D.W., Chines, A.A. Risedronate therapy prevents corticosteroid-induced bone loss. Arthritis & Rheumatism, 1999; 42 (11): 2309-2318.

47. Mont, M.A., Jones, L.C., LaPorte, D.M., Zizic, T.M., et al. Symptomatic Multifocal Osteonecrosis. A Multicenter Study. Clinical Orthopedics and Related Research, 369: 312-326, 1999.

48. Wallach, S., Cohen, S., Reid, D.M., et al. Effects of Risedronate Treatment on Bone Density and Vertebral Fracture in Patients on Corticosteroid Therapy. Calcified Tissue International, 67: 277-285, 2000.

49. Heaney, R.P., Zizic, T.M., Fogelman, I., Olszynski, W.P., Geusens, P., Kasibhatla, C., Alsayed, N., Isaia, G., Davie, M.W., and ChesnutIII, C.H. Risedronate Reduces the Risk of First Vertebral Fracture in Osteoporotic Women. Osteoporosis International 2002: 13: 501-505.

50. Zizic, T.M. The Use of Risedronate to Reduce the Risk of First Vertebral Fracture: Implications for Osteoporotic Women. Journal Plus, pp 2-7, February, 2003.

## ABSTRACTS:

1. Stevens, M.B., Zizic, T.M., and Yound, N.: Urinary fibrinogen fragments in lupus nephritis. Art. Rheum. 13: 352, 1970.

2. Zizic, T.M., Whelton, J.C., Bowerman, J.W., and Stevens, M.B.: Arthrographic Diagnosis of Synovial Pathology. Arth. Rheu. 17: 326, 1974.

3. Stevens, M.B., Arnett, F.C., Dorsch, C.A., Sutton, J.D., Zizic, T.M., Schmidt, M.C., and Pototsky, R.C.: Viral immunization in systemic lupus. Proc XIV International Cong. Rheum., 188, 1979.

4. Zizic, T.M., Hungerford, D.S., and Stevens, M.B.: Diagnosis and Treatment of Ischemic Necrosis of Bone in SLE. Proc IXV International Cong. Rheum., 220, 1977.

5. Zizic, T.M., Sutton, J.D., and Stevens, M.B.: Piroxicam in Osteoarthritis: A Double-Blind Dose-Finding 16 Week Study. Proc. XIV International Cong., 220, 1977.

6. Hungerford, D.S., and Zizic, T.M.: Ischemic Necrosis in Bone in Systemic Lupus Erythematosus: Clinical, Physiological and Histological Factors. Proc. 2nd International Symposium on Circulation in Bone, Toulose, France, Sept. 1987.

7. McCarthy, F., Glusman, S.M., Zizic, T.M., and Dorfman, H.D.: Matrix Vesic Calcification in a Case of Relapsing Polychondritis. Proc. Orthopedic Research Society, 24th Annual Meeting, 183, 1978.

8. Zizic, T.M., Morris, J.L., Brown, E.C., and Stevens, M.B.: An Unusual Reaction to Phenylbutazone. Proc. Southeast Regional ARA Meeting, Atlanta, Georgia, December, 1977.

9. Stevens, M.B., Arnett, F.C., Dorsch, C.A., Sutton, J.D., Zizic, T.M., Schmitt, M.C. and Potosky, R.C.: Viral immunization in systemic lupus. Proc. XIV International Cong. Rheum., 188, 1977.

10. Foidart, J.M., Martin, G.R., Abe, S., Zizic, T.M., Barnett, E.V., Lawley, T.J. and Katz, S.I.: Antibodies to Type II Collagen and Circulation Immune Complexes in Relapsing Polychondritis. American Association for Clinical Research Annual Meeting, May, 1978. Clinical Research 26: 376A, 1978.

11. Zizic, T.M., Stevens, M.B., and Classen, J.N.: Abdominal Syndromes in Systemic Lupus (SLE) and Polyarthritis (PA): Predisposing Factors. Arth. and Rheum.: 21, 606, 1978.

12. Zizic, T.M., Hungerford, D.S., and Stevens, M.B.: Medical Versus Surgical Management of Ischemic Necrosis of Bone in SLE. Arth. & Rheum. 21: 606, 1978.

13. Scarola, J.A., Stevens, M.B. and Zizic, T.M.: The Rheumatoid Nodule: Clinical Significance. Arth & Rheum. 21: 589, 1978.

14. Sutton, J.D., Novak, C.A., Zizic, T.M., and Stevens, M.B.: Nursing Intervention in Degenerative Joint Disease. Presented at American Rheumatism Association Annual Scientific Meeting, New York, June 1978.

15. Stevens, M.B., Zizic, T.M., Arnett, F.C. and Dorsch, C.A.: The Rheumatic Disease Unit: An Experiment in Medical Education. Presented at the America Rheumatism Annual Scientific Meeting, New York, June 1978.

16. Foidart, J.M., Martin, G.R., Abe, S., Zizic, T.M., Barnett, E.V., Lawley, T.M., and Katz, S.I.: Antibodies to Type II Collagen and Circulation Immune Complexes in Relapsing Polychondritis. European Federation Sixth Meeting of Connective Tissue, Paris, France, August, 1978. Biochemistry of Normal and Pathologic Connective Tissue. 1: 318, 1978.

17. Hungerford, D.S., Zizic, T.M., and Moore, R.: Steroid Associated Ischemic Necrosis of the Knee. Arth. & Rheum. 22: 624, 1979.

18. Stevens, M.B., Billingsley, L.M, Hahn, B.H., Arnett, F.C., and Zizic, T.M.: Recent-Onset Polyarthritis: A Prospective Study. Arth. & Rheum. 22: 665,1979.

19. Harvey, J., Lotze, M., Arnett, F.C., Bias, W. B., Billingsley, L.M., and Stevens, M.B.: Rheumatoid Arthritis in a Chippewa Population. Clin Res. 28: 147A, 1980.

20. Billingsley, L.M., Arnett, F.C., Zizic, T.M., and Stevens, M.B.: Sternoclavicular Arthritis. Clin Res. 28: 144A, 1980.

21. Hungerford, D.S., Zizic, T.M., and Moore, J.R.: Steroid-Associated Ischemic Necrosis of Knee. Orth. Diag. 44: Aug/Sept. 1979.

22. Zizic, T.M., Dansereau, J.Y., Hungerford, D.S., and Stevens, M.B.: Occult Ischemic Necrosis of Bone in SLE. Arth. and Rheum. 23: 767, 1980.

23. Conklin, J.J., Dansereau, J.Y., Alderson, P.O., Zizic, T.M., Hungerford, D.S., and Wagner Jr, J.N.: Bone Scan in Steroid Treated Patients in Systemic Lupus Erythematosus. J. Nuc. Med 21: 6, 19, 1980.

24. Zizic, T.M., Conklin, J.J., Hungerford, D.S., Dansereau, J.Y., Alderson, P.O., Gober, A., Wagner, H.N., and Stevens, M.B.: Sensitivity of Quantitative Scintigraphy in the Early Detection of Ischemic Necrosis of Bone. Arth. & Rheum. 24: 4, 62, 1981.

25. Arnett, F.C., Harvey, J., Bias, W.B., Lotze, M., Billingsley, L.M., Sutton, J.D., Zizic, T.M., and Stevens, M.B.: Sacroilitis (SI) and Ankylosing Spondylitis (AS) in the Chippewa Band. Arth. & Rheum. 25: 62, 1982.

26. Feldman, D., Hockberg, M.C., Zizic, T.M., and Stevens, M.B.: The Occurrence of Cutaneous Vasculitis in Adult Poly (dermato) myositis. Arth & Rheum. 25: 50, 1982.

27. Zizic, T.M., Hungerford, D.S., Dansereau, J.Y., and Stevens, M.B.: Corticosteroid Associated Ischemic Necrosis of Bone in SLE. Arth & Rheum. 25: S82, 1982.

28. Zizic, T.M., and Stevens, M.B.: Impact of Rheumatic Disease in the State of Maryland in

1980. Arth. Rheum. 25: S88, 1982.

29. Hochberg, M.C., Feldman, D., Zizic, T.M., and Stevens, M.B.: Survival in Adult Poly (dermato) myositis. Arth. Rheum. 26: S9, 1983.

30. Zizic, T.M., Marcoux, C., Hungerford, D.S., Dansereau, J.Y., Hockberg, M.C., and Stevens, M.B.: Steroids, Raynaud's (RP) and Ischemic Necrosis of Bone (INB) in SLE. Arth Rheum 26: S9, 1983.

31. Zizic, T.M., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: Radiology Scintigraphy and Hemodynamics: Diagnosis of Ischemic Necrosis of (INB) in SLE. Arth Rheum 26: S34, 1983.

32. Zizic, T.M., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: Predictive Value of Hemodynamics Studies in Ischemic Necrosis on Bone (INB). Arth Rheum 26: S38, 1983.

33. Zizic, T.M., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: Core Decompression and the Course of Pre-Radiological Ischemic Necrosis of Bone. Arth Rheum 26: S37, 1983.

34. Zizic, T.M., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: The Treatment of Ischemic Necrosis in Bone (INB) by Core Compression. Arth Rheum 26: S38, 1983.

35. Marcoux, C., Zizic, T.M., Feldman, D., Hochberg, M.C., Hungerford, D.S., and Stevens, M.B.: Ischemic Necrosis of Bone (INB) in Adult Poly (dermato) myositis (PDM). Arth Rheum 26: S47, 1983.

36. Zizic, T.M., Lewis, C., Marcoux, C., Hungerford, D.S., and Stevens, M.B.: Bone Marrow Pressure in Pre-Clinical Ischemic Necrosis of Bone (INB). Arth Rheum 27: S66, 1984.

37. Zizic, T.M., Thomas, S.C., and Hungerford, D.S.: Advanced Ischemic Necrosis of the Hip Treated by Core Decompression. Arth Rheum 27: S31, 1984.

38. Ziminski, C.M., Zizic, T.M., and Stevens, M.B.: Polyarthritis in Polyarthritis Nodosa (PAN). Arth Rheum 28: S86, 1985.

39. Ziminski, C.M., Zizic, T.M., and Stevens, M.B.: The Arthropathy of Polyarthritis Nodosa (PAN). Clin Res 33: 796A, 1985.

40. Inglehart, I.W., Zizic, T.M., Lennox, W., Ebert, C., and Stevens, M.B.: Ischemic Necrosis of Bone (INB) of the Talus: A Series of Fourteen Cases. Arth Rheum 31: (Suppl) S110, 1988.

41. Iglehart, I.W., Zizic, T.M., and Stevens, M.B.: Ischemic Necrosis of Bone (INB) in Rheumatoid Arthritis (RA). Arth Rheum 31: (Suppl) R34, 1988.

42. Iglehart, I.W., Sutton, J.D., Bender, J.C., Shaw, R.A., Ziminski, C.M., Holt, P.A., Hochberg,

M.C., Zizic, T.M., Engle, E. and Stevens, M.B.: Intravenous pulsed steroids in Rheumatoid Arthritis (RA) a comparative-dose study. Arth Rheum 31: (Suppl) S52, 1988.

43. Murrah, L., Ebert, T.M., Lennox, D.W., and Zizic, T.M.: Long Term Results of Core Decompression in Non-Traumatic Osteonecrosis of the Femoral Head. Southern Orthopedic Association: Maui, Hawaii, June 6 - 10, 1990.

44. Zizic, T.M., Hoffman, K.C., Holt, P.A., Hungerford, D.S., O'Dell, J.R., Jacobs, M.A., Lewis, C.G., Deal, C.L., Caldwell, J.R. and Free, S.M.: Treatment of Osteoarthritis of the Knee with Pulsed Electrical Stimulation. Arth Rheum 36: S167, 1993.

45. Caldwell, J.R., O'Dell, J.R., Zizic, T.M., and Hoffman, K.C.: Pulsed Electrical Stimulation in the Treatment of Rheumatoid Arthritis. Arth Rheum 37: S338, 1994.

46. Zizic, T.M., Marlowe, S.M., Bluestone, R., Boling, E.P., Brawer, A.E., Caldwell, J.R., Goldman, A.L., Gordon, G., Harrington, J.T., Holt, P.A., Hungerford, D.S., Keller, M., Lowenstein, M.B., Mass, M.F., Melnicoff, I., Rothschild, B.M., Weitz, M.A., Alatis, L.J., Hofman, K.C., and He, Y.D.: Cost Effectiveness of Pulsed Electrical Stimulation to Treat OA of the Knee. Arth Rheum 38: R25, 1995.

47. Zizic, T.M., Alatis, L.J., Hoffman, K.C., He, Y.D., Bluestone, R., Boling, E.P., Brawer, A.E., Caldwell, J.R., Goldman, A.L., Gordon, G., Harrington, J.T., Holt, P.A., Hungerford, D.S., Keller, M., Lowenstein, M.B., Marlowe, S.M., Mass, M.F., Melnicoff, I., Poppo, M.J., Rothschild, B.M., Sebba, A., Valeriano, J., and Weitz, M.A.: Clinical and Cost Effectiveness of Pulsed Electrical Stimulation Treated Knee Osteoarthritis in Total Knee Replacement Candidates. Arth Rheum 38: S241, 1995.

48. Zizic, T.M., He, Y.D., Hoffman, K.H., Caldwell, J.R., Deal, C., Holt, P.A., Hungerford, D.S., Jacobs, M.A., Klaussen, L.W., Krackow, L., O'Dell, J.R., and Smith, C.: Effectiveness of Treating Rheumatoid Arthritis of the Hand with Pulsed Electrical Stimulation. Arth Rheum 39: S283, 1996.

49. Zizic, T.M., Hoffman, K.C., He, Y.D., Caldwell, J.R., Deal, C., Holt, P.A., Hungerford, D.S., Jacobs, M.A., Klaussen, L.W., Krackow, K., O'Dell, J.R., Smith, C.: The Treatment of Rheumatoid Arthritis of the Hand with Pulsed Electrical Stimulation. Proceedings of the Second World Congress for Electricity and Magnetism in Biology and Medicine. June 8 -13, 1997, Bologna, Italy.

**BOOK CHAPTERS AND SELECTIONS:**

1. Selected Topics on the Eye in Systemic Disease. Edited by Steven J. Ryan, Jr. and Ronald E Smith. Grune & Stratton, N.Y., 1974.
   a. Stevens, M.B. and Zizic, T.M.: Systemic Aspects of Connective Tissue Disorders: Chapter 18, p. 279 - 300.
   b. Zizic, T.M., and Stevens, M.B.: Systemic Aspects of the Arthritides: Chapter 20,

p. 315 -362.

2. Principles and Practices of Medicine. Edited by Harvey, A.M., et al.
   a. Stevens, M.B., and Zizic, T.M.: Ankylosing Spondylitis and Related Disorders, Chapter 118, p. 1417 - 1422.
   b. Stevens, M.B., and Zizic, T.M.: The Problems of Arthritis. Chapter 122, p. 1433 - 1452.

3. The Practice of Medicine, a Self- Assessment Guide. Edited by Margolis, S.M., et al.: Appleton, Century & Croft Publishers, New York, N.Y., 1976.

4. Osler Medical House Staff Laboratory Manual. Edited by Kenneth L. Baughman, 1975. Zizic, T.M.: Section 5, Synovial Fluid Analysis.

5. The Practice of Medicine, a Self-Assessment Guide. Edited by Margolis, S.M., et al, Appleton, Century & Croft Publishers, New York, N.Y., 1980.
   Zizic, T.M., and Stevens, M.B.: Section 14, p. 293 - 315.

6. The Principles and Practices of Medicine. Edited by Harvey, A.M., Johnson, R.J., McKusick, V.A., Owens, A.H. and Ross, R.S. Twentieth Edition. Appleton, Century & Croft Publishers, New York, N.Y., 1980.
   Zizic, T.M.: Rheumatoid Arthritis. Chapter 102, p. 1135 - 1143.

7. Clinical Diagnostic Manual for the House Officer. Edited by Baughman, K.L. and Greene, B.M., Williams and Wilkins, Baltimore, MD, 1981.

8. Current Therapy. Edited by Howard F. Conn, Thirty-fifth edition. W.B. Saunders company, Philadelphia, and London, 1983.
   Zizic, T.M.: Osteoarthritis, p. 795 - 798.

9. Systemic Lupus Erythematosus. Edited by Peter H. Shur. Grune & Stratton, Inc., New York, 1983.
   Zizic, T.M.: Gastrointestinal Manifestations of SLE. Chapter 11, p. 153 - 166.

10. Current Topics in Rheumatology. Edited by Hahn, B.H., Arnett, F.C., Zizic, T.M. and Hochberg, M.C. Waverly Press, Baltimore, MD, 1983.

11. The Hip. Edited by David S. Hungerford, C.V. Mosby Company, St. Louis, 1983.
    Hungerford, D.S. and Zizic, T.M.: Pathogenesis of Ischemic Necrosis of the Femoral Head. Chapter 15, p. 249 - 262.

12. Current Topics in Rheumatology. Edited by Hahn, B.H., Arnett, F.C., Zizic, T.M., Hochberg, M.C., Waverly Press, Baltimore, MD, 1983.
    Zizic, T.M., Marcoux, C., Hungerford, D.S., Dansereau, J.Y., and Stevens, M.B.,: Ischemic Necrosis of Bone in Systemic Lupus Erythematosus. Chapter 14, p. 112 - 129.

13. Current Topics in Rheumatology. Edited by Hahn, B.H., Arnett, F.C., Zizic, T.M., Hochberg, M.C. Waverly Press, Baltimore, MD, 1983.
    Morris, J., Zizic, T.M., Hochberg, M.C., Brown, W., Stevens, M.B.: Phenylbutazone-Induced parotitis. Chapter 15, p. 129 -135.

14. The Principle and Practices of Medicine. Edited by Harvey, A.M., Johns, R.J., McKusick, V.A., Owens, A.H., and Ross, R.S. Twentieth-first edition. Appleton, Century & Croft Publishers, New York, 1984.
    Zizic, T.M.: Rheumatoid Arthritis

15. The Principle and Practices of Medicine. Edited by Harvey, A.M., Johns, R.J., McKusick, V.A., Owens, A.H., and Ross, R.S. Twentieth-first edition. Appleton, Century & Croft Publishers, New York, 1984.
    Zizic, T.M.: Polyarthritis

16. Textbook of Rheumatology. Edited by Kelley, W.N., Harris, E.D., Ruddy, S. and Sledge, C.B. Second edition. W.B. Saunders, Co., Philadelphia, PA, 1985.
    Zizic, T.M., and Hungerford, D.S.: Avascular Necrosis of Bone, Chapter 107, p. 1689 - 1710.

17. Rheumatology - 85. Edited by Brooks, P.M., and York, J.R.: Excerpta Medica, 1985.
    Zizic, T.M.: Early Diagnosis and Management of Osteonecrosis.

18. Primer on the Rheumatic Diseases. Edited Schumacher, H.R. Ninth edition. Appleton-Lange 1988.

19. The Principles and Practices of Medicine. Edited by Harvey dsc (hon), Johns, R.J., McKusick, V.A., Owens, A.H. and Ross, R.S. Twenty-second edition. Appleton-Lange 1988.
    Zizic, T.M.: Rheumatoid Arthritis

20. The Principles and Practices of Medicine. Edited by Harvey dsc (hon), Johns, R.J., McKusick, V.A., Owens, A.H. and Ross, R.S. Twenty-second edition. Appleton-Lange 1988.
    Stevens, M.B. and Zizic, T.M.: Systemic Vasculitis

21. Current Therapy in Dermatology-2. Edited by Provest, T.T., and Farmer, E.R. B.C. Decker, Inc., Philadelphia, PA 1989.
    Zizic, T.M.: Relapsing Polychondritis.

22. Current Management of Inflammatory Bowel Disease. Edited by Bayless, T.N., and Decker, B.C., Inc., Philadelphia, PA 1989.
    Zizic, T.M.: Ischemic Necrosis of Bone

23. Year Book of Rheumatology 1997. Edited by John S. Sergent, E., Carwile LeRoy, R.F., Meeran, Richard Panush, Morris Reichlin.

Zizic, T.M., Hoffman, K.C., Holt, P.A., et al: The Treatment of Osteoarthritis of the Knee with Pulsed Electrical Stimulation. Chapter 5.

24. Advanced Therapy of Inflammatory Bowel Disease, 2001. Edited by Theodore M. Bayless and Stephen B. Hanaver.
    Zizic, T. M. and Holt, P.A.: Ischemic Necrosis of Bone. Chapter 62.

## AUDIO VISUAL PUBLICATIONS

1. Zizic, T.M.: Behcet's Disease. Johns Hopkins University School of Medicine, Postgraduate Course in Internal Medicine. Vol 1, Prog, 7, Presentation 3, October 1975.

2. Zizic, T.M.: The Arthritis of Inflammatory Bowel Disease. Highlights of the Topics of Clinical Medicine in the Spondylitic Group of Rheumatic Disease. June 1976.

3. Zizic, T.M.: Pseudothrombophlebitis Syndrome. Johns Hopkins University School of Medicine, Postgraduate Course in Internal Medicine. Vol. III, Prog 3, Presentation 3, June 1977.

4. Zizic, T.M.: The Role of Non-Steroidal Anti-Inflammatory Agents. AAID Home Study Self-Assessment. American Academy of Family Physicians, 1978.

5. Zizic, T.M., and Stevens, M.B.: Arthritis - Diagnosis and Treatment. American Academy of Family Physicians Home Study Self-Assessment. Second edition, 1978.

6. Zizic, T.M.: Articular and Systemic Manifestations of Rheumatoid Arthritis. NIAMDD Multipurpose Arthritis Center Videotape Series. 1981.

7. Zizic, T.M.: The Spectrum of Systemic Arteritis and Vasculitis. NIAMDD Multipurpose Arthritic Center Videotape Series, 1981.

8. Blechnam, W.J., Ehrlich, G.E., Fries, J.F, Goodwin, J.S., Gordon, G.V., Swezey, R.L.,and Zizic, T.M.: State of Art in Arthritis Patient Care: First-Line Therapy, Pfizer Laboratories, 1984.

9. Zizic, T.M.: Relapsing Polychondritis. Johns Hopkins University School of Medicine, 1985.

10. Zizic, T.M.: Long-Term Treatment of Osteoarthritis with Piroxicam, 1985.

## PRESENTATIONS

1. Katz, R.S., Arnett, F.C., Zizic, T.M. and Stevens, M.B.: Low Synovial Fluid in Rheumatoid Arthritis. American College of Physicians, Maryland Regional Meetings, October 1976.

2. Classen, J.N., Stevens, M.B., and Zizic, T.M.: Surgical Complications of Collagen Vascular

Diseases. Southeastern Surgical Congress. April 1977.

3. Zizic, T.M., Hungerford, D.S., and Stevens, M.B.: Early Diagnosis and Treatment of Bone in SLE. American College of Physicians, Maryland Regional Meeting, October 1977.

4. Dansereau, Y.J., Zizic, T.M., Hungerford, D.S., Anderson, P.O., Cocklin, J.J., and Stevens, M.B.: Quantitative Scintigraphy in Ischemic Necrosis of Bone in SLE. Twelfth Laurentian Conference of Rheumatology, October 1980.

5. Hungerford, D.S., Zizic, T.M., and Moore, J.R.: Steroid Associated Ischemic Necrosis of the Knee. American Academy of Orthopedic Surgery, Atlanta 1980.

6. Feldman, D., Hochberg, M.C., Zizic, T.M., and Stevens, M.B.: Presenca De Vasculite Cutanea Em Poli-Dermatomiosite Do. Adulto XIV Congresso Brasiliero de Rheumatologia. July 1982.

7. "The Relative Importance of Various Risk Factors in Determining Site and Number of Bones Involved with Osteonecrosis." Lennox, D.W., Zizic, T.M., and Ebert, T.: IV International Symposium on Bone Circulation. Toulouse, France, September 1987.

8. "Ischemic Necrosis of Bone (INB) of the Talus: A Series of Fourteen Cases." Iglehart III, I.W., Zizic, T.M., Lennox, D.W., Ebert, C. and Stevens, M.B.: American Rheumatism Association.

9. "Long Term Results of Core Decompression in Non-Traumatic Osteonecrosis of the Femoral Head." Murran, R.L., Ebert, C., Lennox, D.W., and Zizic, T.M. American Academy of Orthopedic Surgeons, Las Vegas, Nevada, February 1989.

## RESEARCH EXPERIENCE:

1. Electrical Stimulation in Treatment of Rheumatic Disease.

2. Hyaluronate Injection in Osteoarthritis (FIDA)

3. Tenidap Treatment in Osteoarthritis (Pfizer)

4. Bone Growth in Porous Hip Replacement. (Howmedica)

5. "A Multi-Centered, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Determine the Efficacy and Safety of Risedronate (NE-58095) in the Treatment of Osteoporosis in Elderly Women." Protocol Number RHN 009193. Proctor and Gamble Pharmaceuticals.

6. "A Randomized, Double –Blind, Placebo-Controlled, Parallel Group Study to Determine the Efficacy and Safety of Risedronate (NE-58095) in the Treatment of Postmenopausal Women

with Established Osteoporosis-Related Vertebral Deformities." Protocol Number RVN-008993. Proctor and Gamble Pharmaceuticals.

7. "A Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel Group Study to Determine the Efficacy and Safety of Risedronate (NE-58095) Plus Estrogen Versus Estrogen only in the Prevention of Bone Loss in Postmenopausal Women." (Protocol Number RPE-002494) Proctor and Gamble Pharmaceuticals.

8. " A Comparison of Raloxifene HCL with Hormone Replacement Therapy in Healthy, Postmenopausal Women: Assessment of Health Economics Endpoints." H3S-MC_GGX) Lilly Research Laboratories.

9. "A Four-Year (Three-Year Core and One Year Partial Crossover), Double-Blind, Multi-Centered, Placebo-Controlled Study of the Effects of Three Different Doses of CALCIMAR Synthetic Salmon Calcitonin, Injectable) on Bone Mineral Density, Stature and Biochemical Markers of Bone Turnover in Women with Established Post Menopausal Osteoporosis." Rhone-Polenc-Rorer.

10. "A Randomized Double-Blind, Placebo-Controlled, Parallel Group Trial to Evaluate the Efficacy and the Dose Response of a New Estradiol Matrix Transdermal Therapeutic System in the Prevention of Postmenopausal Bone Loss." Ciba-Geigy.

11. "An Active Comparator-Controlled, Parallel-Group, 1-Year, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 Versus Diclofenac Sodium in Patients With Osteoarthritis of the Knee or Hip." Merck Research Laboratories (035)

12. "A Multicenter, Randomized, Parallel-Group, Acitve- and Placebo-Controlled, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Determine the Incidence of Gastroduodenal Ulceration After 12 Weeks of Treatment With MK-0966, Ibuprofen, or Placebo With a 12-Week Continution Period." Merck Research Laboratories (044)

13. "An Active Comparator-and Placebo-Controlled, Parallel-Group, 6-Week, Double-Blind Study, Conducted Under In-House Blinding to Assess the Efficacy, Safety and Tolerability of MK-0966 in Patients Aged 80 and Over With Osteoarthritis of the Knee or Hip." Merck Research Laboratories (058)

14. "A Two Part, Double-Blind, Randomized, Multicenter, Parallel-Group, 52-Week Study to Assess the Safety and Tolerability, and the Further Define the Clinically Effective Dose Range of MK-0966 in Patients With Rheumatoid Arthritis." Merck Research Laboratories (068)

15. "A Multicenter, Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Two Doses of Estradiol Given by Continuous Transdermal Administration in the Prevention of Osteoporosis in Postmenopausal Women." Berlex Laboratories (041)

16. "A Multicenter, Double-Blind, Placebo-Controlled, Randomized Study to Determine Efficacy in the Relief of Hot Flushes in Women Receiving Transdermal Estradiol." Berlex Laboratories (042)

17. "A Multicenter, Double-Blind, Randomized Study of Continuous Transdermal Estradiol-Levonorgestrel Combinations, Compared to Continuous Transdermal Estradiol, to Examine the Safety and Effect on the Endometrium, Symptoms and Bleeding Patterns in Postmenopausal Women." Berlex Laboratories (043)

18. "A Clinical Protocol for a Multicenter, Double-Blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated with SC-58635 400mg BID to that of Diclofenac 75 mg BID in Patients with Osteoarthritis or Rheumatoid Arthritis." Searle & Co. (CLASS II)

19. "A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUB's during Chronic Treatment with MK-0966 or Naproxen in Patients with Rheumatoid Arthritis." Merck (088)

20. "A Multi-Center, Double-Blind, Placebo-Controlled, Group Comparison Study to Investigate the Efficacy, Tolerability and Safety of BAY 12-9566 as Compared to Placebo, in the Treatment of Patients with Mild to Moderate Osteoarthritis of the Knee, over 3 years." Bayer (100011)

21. "Clinical Protocol for a Multicenter, Double-Blind, Placebo-Controlled, Randomized, Comparison Study of the Efficacy and Safety of Valdecoxib 5 mg and 10 mg QD and Naproxen 500 mg BID in Treating the Signs and Symptoms of Osteoarthritis of the Hip." Searle & Co.

22. "A Multicenter, Active Comparator-And Partially Placebo-Controlled, 15-Month Study of the Effects of MK-0966 VS. Ibuprofen on Biochemical Indices of Bone Turnover and Bone Density in Patients with Osteoarthritis". Merck & Co. (083)

23. "A 1-Year, Randomized, Placebo-and Active-Comparator-Controlled, Parallel-Group, Double-Blind, Two-Part Study to Assess the Safety and Efficacy of MK-0663 Versus Naproxen in Patients with Osteoarthritis." Merck & Co. (018)

24. "A Multicenter, Double-Blind, Randomized, Active-Controlled, Parallel Group Study of Daily vs. Weekly dosing Regimens of Risedronate in the Treatment of Osteoporosis in Postmenopausal Women. (HMR-4003E/3001)

25. "A Placebo Controlled, Parallel Group, 4-Week, Trial Conducted Under Double-Blind Conditions to Assess the Efficacy and Safety of Rofecoxib in Patients with Chronic Low Back Pain." Merck & Co. (121-00)

26. "A Multicenter, Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the

37. "Cosamin Study: Evaluation of Cosamin in the Management of Knee Osteoarthritis." Nutramax Laboratories

38. "A Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Study to Evaluate the Efficacy and Safety of MK-0966 12.5 mg vs. Nabumetone 1000 mg in Patients with Osteoarthritis of the Knee." Merck & Co. (085)

39. "Clinical Protocol for a Randomized, Double-Blind, Multi-Center, Parallel Group Study to Compare the Efficacy and Safety of Celecoxib and Naproxen versus Placebo in Patients with Acute Tendinitis and/or Bursitis of the Shoulder." Pharmacia (N49-01-02-201)

40. "A Pilot Study to Evaluate the Safety and Effectiveness of the Magna Bloc device for the Temporary Reduction of Pain due to Osteoarthritis of the Knee." Alticor

41. "Clinical Protocol for a Double-Blind, Randomized Three Arm, Two Period Crossover Study to Compare Celecoxib, Acetaminophen, and Placebo in Patients with Osteoarthritis of the Hip or Knee." Pharmacia (635 IFL 0508-010)

42. "A Prospective Multi-Centre, Randomised, Double-Blind, Active Comparator-Controlled, Parallel-Groups Study Comparing the fully Human Monoclonal Anti-TNF Antibody D2E7 Given Every Second Week with Methotrexate Given Weekly and the Combination of D2E7 and Methotrexate Administered Over Two Years in Patients with Early Rheumatoid Arthritis (PREMIER)" Knoll DE013/DE032

43. "A Randomized, Double-Blind, Active Comparator - Controlled, 7-Day Trial of the Effect of MK-0663 120 mg and Indomethacin 150 mg in the Treatment of Acute Gout." Merck & Co. (049)

44. "A Randomized, Parallel-Group, Double-Blind Study to Evaluate the Safety and Efficacy of Celecoxib 200 mg Acetaminophen 4000 mg, Rofecoxib 12.5 mg and Rofecoxib 25 mg in Patients with Osteoarthritis of the Knee" (150)

45. "A Multicenter, Randomized, Active-Controlled, Single-Blinded, Parallel-Group Comparison of Risedronate 5 mg Flexible-Dosing Instructions to Before-Breakfast-Dosing Instructions in Postmenopausal Women With Osteoporosis." (HMR4003E/3002)

46. "Psychometric Assessment of the Cedars-Sinai Health Related Quality of Life (CSHQ-RA) Instrument in Rheumatoid Arthritis Subjects Receiving Kineret (Anakinra) Therapy." Pharmatech (Amgen 20020103)

47. "An international, multicenter, stratified, randomized, double-blind, double dummy, parallel-group, 52-week gastrointestinal clinical safety study to demonstrate that COX 189 (400 mg od) reduces the risk to develop complicated ulcers as compared to NSAIDS (naproxen 500 mg bid and ibuprofen (800 mg tid), in osteoarthritis patients" (COX 189 0117 Novartis)

48. "A 12 Week Randomized, Double-Blind, Placebo Controlled Multicenter Study of the Analgesic Efficacy of Celecoxib 200 mg QD Compared to Placebo in Patients with Chronic

Low Back Pain." (Pharmacia COXA-0508-245)

49. "Multinational, Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study Assessing the Efficacy of Intravenous Zoledronic Acid in Preventing Subsequent Osteoporotic Fractures after a Hip Fracture." (Novartis CZOL446H2310)

50. "A Randomized, Double-Blind, Active-Comparator-Controlled, Parallel-Group Study to Evaluate the Cardiovascular Safety of Etoricoxib in Patients with Osteoarthritis or Rheumatoid Arthritis." (Merck Arcoxia 066)

51. "A Phase III, Randomized, Multicenter Study Comparing Safety and Efficacy of Oral TMX-67 versus Allopurinol in Subjects with Gout." (TAP Pharmaceuticals C02-010)

52. "Double-Blind, Randomized, Active Comparator Parallel Group Comparison Study of the Safety of Valdecoxib, Rofecoxib, and Ibuprofen in Treated Hypertensive Patients with Osteoarthritis." (Pharmacia 872-IFL-0513-005)

53. "An international, multicenter, stratified, randomized, double-blind, double-dummy, parallel-group, 52-week gastrointestinal clinical safety study to demonstrate that COX189 (400mg od) reduces the risk to develop complicated ulcers as compared to NSAIDS (naproxen 500 mg bid and ibuprofen 800 mg tid), in osteoarthritis patients." Novartis CCOX189A2332

54. "A Multi-center, Double Blind, Randomized, Placebo-Controlled, Parallel Group, 6-Week Study to Evaluate the Efficacy and Safety of Ezetimibe 10mg/day When Added to Ongoing Therapy with a Statin Versus Statin Therapy Alone, in Patients with Hypercholesterolemia Who Have Not Reached National Cholesterol Education Program (NCEP) Adult Treatment Panel (ATP) III Target LDL-Cholesterol Level." Merck EASE 040

55. "A Randomized, Double-Blind, Multicenter Study to Evaluate the Tolerability and Effectiveness of Etoricoxib 90 mg q.d. vs. Diclofenac Sodium 50 mg. t.i.d. in Patients with Osteoarthritis." Merck EDGE 061

56. "Double-Blind, Randomized, Dose-Ranging, Parallel-Group Comparison of the Efficacy and Safety of Extended Release Tramadol Hydrochloride (Tramadol HCL ER 100 mg, 200 mg, 300 mg, and 400 mg) with Placebo in the Treatment of Osteoarthritis of the Knee and/or Hip." Biovale B02

57. "A 12-Week, Randomized, Placebo and Active-Comparator-Controlled, Parallel-Group, Double-Blind Study to Assess the Safety and Efficacy of Etoricoxib 30 mg versus Ibuprofen 2400 mg in Patients with Osteoarthritis." Merck 071

58. "A Multicenter Study of the Safety of Human Anti-TNF Monoclonal Antibody D2E7 in Subjects with Active Rheumatoid Arthritis." Abbott M02-498

59. "A Phase III, Randomized, Multicenter, Allopurinol and Placebo-Controlled Study Assessing the Safety and Efficacy of Oral Febuxostat in Subjects with Gout." TAP C02-009

60. "A Double-Blind, Randomized, Controlled, Parallel-Group, Multicenter Study Evaluating the Safety and Efficacy of Civamide Cream 0.075% as a Treatment in Subjects with Osteoarthritis of the Knee." Winston WL-1001-05-01

61. "A 12-Week Randomized, Double-Blind, Placebo-Controlled Multicenter Study of the Analgesic Efficacy of Celecoxib 200 mg QD and 200 mg BID Compared to Placebo in Patients with Chronic Low Back Pain." Pfizer COXA-0508-269

62. "A Randomized, Placebo-Controlled, Double-Blind, Multi-Center, Parallel Group, Dose-Ranging Study to Assess the Safety and Efficacy of Multiple Doses of HMR 3480A in Subjects with Rheumatoid Arthritis on a Stable Dose of Methotrexate." Aventis Pharmaceuticals HMR 3480A

63. "A Randomized, Double-Blind, Phase 3 Study to Compare the Efficacy and Safety of Lansoprazole 30 mg QD and Naproxen 500 mg BID versus Celecoxib 200 mg QD in Risk Reduction of Non-Steroidal Anti-Inflammatory-Associated Ulcers in Osteoarthritis Subjects Taking Low Dose Aspirin." TAP Pharmaceutical Products LAN-0003-0041