**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of June, 2006, she served a copy of:

1. Plaintiffs' Memorandum In Opposition To Motion To Exclude Two Opinions From The Expert Testimony Of Thomas M. Zizic, M.D.; and

2. Declaration of Wendy R. Fleishman, Esquire in Support of Plaintiffs' Opposition to Bayer and GSK's Motion to Exclude Two Opinions From The Expert Testimony of Thomas M. Zizic, M.D.

on all attorneys of record by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143. ECF will send an e-notice of the electronic filing to the following:

- **Richard J Arsenault** rarsenault@nbalawfirm.com
- **Catherine Valerio Barrad** cbarrad@sidley.com
- **Philip S Beck** bill.balachowski@bartlit-beck.com
- **Deanna D Dailey** nmiller@larsonking.com
- **Richard K Dandrea** baycol@escm.com
- **Ronald S Goldser** rsg@zimmreed.com kym@zimmreed.com
- **Adam L Hoeflich** rob.aguirre@bartlit-beck.com
- **Robert R Hopper** rrh@zimmreed.com
- **Richard A Lockridge** lockrra@locklaw.com emmonrm@locklaw.com

- **Fred T Magaziner** cheryl.inwek@dechert.com amy.mcnally@dechert.com
- **Douglas R Marvin** astern@wc.com
- **James W Mizgala** dbarlett@sidley.com
- **Shawn M Raiter** sraiter@larsonking.com lburks@larsonking.com;lselman@larsonking.com
- **Robert K Shelquist** rshelquist@locklaw.com bgilles@locklaw.com
- **Peter W Sipkins** sipkins.peter@dorsey.com roadfeldt.christi@dorsey.com
- **Scott A Smith** SSmith@halleland.com CWochnick@halleland.com
- **Susan A Weber** saweber@sidley.com
- **Elizabeth S Wright** wright.elizabeth@dorsey.com kelly.laurie@dorsey.com;garcia.sara@dorsey.com
- **Paul J Zidlicky** pzidlicky@sidley.com
- **Charles S Zimmerman** tmo@zimmreed.com

/s/ Barbara R. Gilles
Barbara R. Gilles

Subscribed and sworn to before me
this 23rd day of June, 2006.

/s/ Kelly J. LeRoy
Notary Public