# Exhibit A

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| JOSEPH GALDI, Plaintiffs, | COURT OF COMMON PLEAS |
| v. | PHILADELPHIA COUNTY |
| | JULY TERM, 2002 |
| BAYER CORPORATION, ET AL., Defendants. | NO. 004892 |

**ORDER**

AND NOW, this 10th day of March 2004, upon consideration of Plaintiff's Motion *in Limine* No. 6 to Preclude Janet Arrowsmith-Lowe From Testifying to Issues of Ultimate Fact, and the Response thereto, IT IS HEREBY ORDERED that said Motion is DENIED on the basis of Pa. R. Evid. 704, any objectionable opinion must be objected to at trial to preserve any issue for appeal

**BY THE COURT:**

MARK I. BERNSTEIN, J.

MO450077

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)
MAR 10 2004
First Judicial Dist. of Pa.
User I.D.:

DOCKETED
COMPLEX LIT CENTER
MAR 10 2004
J. STEWART

# Exhibit B

STATEMENT OF FACTS

TRIAL COURT CAUSE NO. 02-60165-2

| | | |
|---|---|---|
| HOLLIS N. HALTOM and | ) | IN THE COUNTY COURT |
| ELEANOR R. HALTOM | ) | |
| | ) | |
| vs. | ) | AT LAW NUMBER TWO |
| | ) | |
| BAYER CORPORATION; et | ) | |
| al., | ) | |
| | ) | NUECES COUNTY, TEXAS |

STATEMENT OF FACTS

On the 12th day of March, 2003, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable James Klager, Judge Presiding, held in Corpus Christi, Nueces County, Texas.

Proceedings reported by computerized stenotype machine.

(Daily Copy)

(Copy)

do move for directed verdict as to all complaints against Mr. Curran at this time and as to plaintiffs' allegation that Bayer violated the Elder Abuse Statute.

THE COURT: Properly done, sir.

MR. SCHAERR: And briefs in support of those motions have already been filed with the Court.

THE COURT: I've read them and we will take up and consider your arguments on the respective motions after lunch.

MR. BECK: Your Honor, if we can, just as long as the jury's out, if I could have a few minutes before we start. They are probably lined up for the --

THE COURT: Tell me when, sir. It's your game.

(Recess taken)

(Jury enters courtroom)

THE COURT: Proceed.

MR. BECK: Your Honor, Bayer and Mr. Curran call Dr. Janet Arrowsmith-Lowe.

THE COURT: Good morning.

THE WITNESS: Good morning.

JANET ARROWSMITH-LOWE, M.D.,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. BECK:

Q. Please state your name.

A. Janet Arrowsmith-Lowe.

Q. And do you go by Dr. Arrowsmith-Lowe?

A. Yes, I do, much to many people's consternation.

Q. The -- are you a medical doctor?

A. Yes, I am. I'm an internist.

Q. And are you also a consultant to different members of the pharmaceutical industry?

A. Yes. My husband and I actually have a firm in Ruidoso, New Mexico, and we consult with drug, device and biological manufacturers.

Q. You say that you live with your husband in New Mexico?

A. Yes.

Q. Do you have any children?

A. Two children.

Q. Have you been asked by Bayer to come here and render expert testimony in this case?

A. Yes, I have.

Q. Before we get to your background and qualifications, I want to just visit with you for a few minutes on the subjects that you'll be testifying about. Have you asked to -- have you been asked to give testimony about whether Bayer told the FDA everything it

was supposed to tell them about the safety of Baycol?
A. Yes, I have. I am.
Q. Have you been asked to give testimony about whether Bayer's warnings were adequate and whether they complied with FDA requirements and regulations?
A. Yes.
Q. Have you been asked to testify whether Bayer handled these adverse event reports that we've heard about in the proper manner?
A. Yes.
Q. And have you been asked to testify about whether the FDA acted appropriately when it approved each dose of Baycol and when it decided with each label approval that Baycol was safe and effective when used in accordance with its label?
A. Yes.
Q. All right. Now I'd like to spend a little while talking about the qualifications and your background that enables you to give expert testimony on these subjects. First, could you tell the jury about your educational background, please?
A. I did my undergraduate work at Duke University in North Carolina and then went to medical school at Tulane University in New Orleans, and then after medical school, after I graduated, I did my residency in