**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**AFFIDAVIT OF ANNIKA K. MARTIN, ESQUIRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BAYER AND GSK'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MARTYN T. SMITH PhD.**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN)

Annika K. Martin, Esquire, being duly sworn, deposes and says:

1. I am an associate with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I submit this Declaration in Support of Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Exclude the Expert Testimony of Martyn T. Smith, PhD..

2. Attached as Exhibit A is a true and correct copy of the Expert Witness Report of Martyn T. Smith, PhD.

3. Attached as Exhibit B is a true and correct copy of the deposition testimony of Martyn T. Smith, PhD., taken on February 9, 2004.

4. Attached as Exhibit C is a true and correct copy of Allen Brinker et al., *Spontaneous Reports of Hypertension Leading to Hospitalisation in*

*Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin*, 21(7) Drugs & Aging 479 (2004)

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Annika K. Martin

Sworn to before me this 23rd
day of June, 2006.

Notary Public

RACHEL GEMAN
Notary Public, State of New York
No. 02GE6064735
Qualified in New York County
Commission Expires ~~September 26~~, 20~~_~~09
Nov. 02