# EXHIBIT B

10:13 Q Okay. I -- we'll -- we'll talk about your report, and your report, I suppose, speaks for itself. You talk about the toxicity of this drug. But in terms of -- well, strike that.
10:14 A couple more questions that may be rather obvious, and then we can take a short break.
10:14 You -- since the time that you have gotten involved in this particular set of facts, Baycol and cerivastatin, you've never lectured to any of your colleagues or your students on statin toxicity?
10:14 A No.
10:14 Q Have you lectured to plaintiffs' attorneys or put on forums or addressed -- we've already talked about the telephone conference, but have you put on a forum or had people come where you've given tutorials or explained toxic --
10:14 A No.
10:14 Q Okay. Have you ever advertised your services as an expert witness?

57

10:15 A No.
10:15 Q Your report makes a statement that all statins at some dosage -- at some level of dosage have the potential to be toxic to the muscles.
10:15 That's a true statement, isn't it?
10:15 A Could you say it again?
10:15 Q All statins at some -- at some dosage level have the potential to be toxic to muscles?
10:15 A Yes. That's a true statement.

10:15 Q And there have been reports in the medical
10:15 literature of rhabdomyolysis associated with statin use
10:15 long before Baycol was even introduced in the market.
10:15 Is that fair to say?
10:15 A Yes.
10:15 Q Are you familiar -- you wrote -- you cited the
10:15 journal by an author named Omar. Are you, as we sit
10:15 here today, familiar with Mr. Omar's summary piece of
10:15 rhabdomyolysis literature?
10:15 A I would have to refresh my memory of it.
10:15 Q Okay. We'll talk about that.
10:15 And isn't it also true that -- that before
10:15 Baycol was introduced in the market, there was clear
10:16 evidence of a drug-drug interaction between statins and
10:16 some fibrates?
10:16 A There was knowledge of that, as I understand

58

10:16 it, yes.
10:16 Q The mechanism for muscle injury from statins is
10:16 still not clearly understood, is it?
10:16 A There are a number of theories, but it's not
10:16 fully known.
10:16 MR. KEENAN: Okay. I'm ready to move on to
10:16 another topic. It might be a good chance to take a
10:16 break.
10:16 VIDEO OPERATOR: We're now going off the video
10:16 record. The time is 10:16 a.m.
10:34 (Recess.)
10:34 VIDEO OPERATOR: We are now back on the video

10:34 record. The time is 10:34 a.m.
10:34 BY MR. KEENAN:
10:34 Q Okay. I'm going to shift gears now, Doctor, and talk -- I'm going to get to your report here in just a minute, but I want to talk a little bit about toxicology in the context of drug development or developing a therapeutic drug.
10:34 You've nev- -- you've never been involved in taking a drug to market based on preclinical tox work. Is that fair to say?
10:34 A I haven't worked for a drug company, no.
10:34 Q Well, that wasn't just my question.
10:34 You haven't -- have you ever been involved in



10:34 studying a chemical at the toxicologic level that then has later become a therapeutic drug?
10:34 A No.
10:34 Q Okay. You'd agree with me that one purpose of -- of -- of toxicology in a preclinical environment is to evaluate the safety of that therapeutic agent for -- for use in a later clinical setting?
10:35 A Yes.
10:35 Q Okay. You have spent quite a bit of time looking at the animal toxicology studies that were done by Bayer, correct?
10:35 A I have.
10:35 Q And many of those that you would have reviewed would have been listed on Exhibit No. 9, correct?
10:35 A Correct.

10:35 Q All right. And you had unfettered access to any of the documents that would have been produced in the MDL depository arising out of Bayer's preclinical tox work.
10:35 Fair to say?
10:35 A I have.
10:35 Q Okay. And you've testified about this in previous depositions, but preclinical studies can, in some cases, be very helpful to a researcher in gaining understanding for how a drug might later behave in a

0



10:35 human body.
10:35 Fair to say?
10:35 A Yes.
10:35 Q And yet there are other drugs and some animal models that have limitations in giving you insight as to how a therapeutic agent might behave in a human body.
10:36 Fair to say?
10:36 A Yes.
10:36 Q And there's lots of historical examples, and you've identified those before in previous depositions.
10:36 Can you agree with me that the FDA and its representatives and researchers and scientists are better qualified than you are to articulate the guidelines for companies to follow when doing preclinical testing?
10:36 MR. ARBITBLIT: Objection. Form.
10:36 THE WITNESS: Well, I -- I'm not here to offer opinions on what the FDA should or could do or whether

10:36 they're better than me in making expert recommendations.
10:36 BY MR. KEENAN:
10:36 Q But you agree that, in terms of formulating the
10:36 protocols for preclinical animal testing, the FDA is in
10:37 a better position than you are to dictate what should be
10:37 done and how it should be done with various animal
10:37 models?

□



10:37 MR. ARBITBLIT: Objection.
10:37 THE WITNESS: Well, they're -- they're the
10:37 federal government, so they dictate. People like myself
10:37 in the academic community can make recommendations or
10:37 ask them to consider this or that, but they're the
10:37 people who actually dictate what the regulations are.
10:37 BY MR. KEENAN:
10:37 Q Okay. And you're not here to criticize or
10:37 second-guess or comment on what those FDA regulations
10:37 are, are you?
10:37 MR. ARBITBLIT: Objection.
10:37 THE WITNESS: I'm not.
10:37 BY MR. KEENAN:
10:37 Q Okay. And have you at any time in your career
10:37 made recommendations to the FDA about any changes that
10:37 they should make or you think that they should make in
10:37 terms of how the preclinical toxicologic workup is done
10:37 for therapeutic agents for later use in humans?
10:37 A I only discussed in my article on troglitazone
10:37 the importance of testing in appropriate animal models
10:37 and early clinical trials and appropriate patient

10:37 populations.
10:38 Q Okay. And that was -- that was a document --
10:38 that was an article that you wrote about Rezulin,
10:38 correct?



10:38 A Yes.
10:38 Q That was while you were giving testimony in a
10:38 capacity as an expert witness for plaintiffs, correct?
10:38 A Correct.
10:38 Q And it was identified -- I believe it was
10:38 identified in one of the MDL hearings, correct --
10:38 A Yes.
10:38 Q -- and discussed? Okay.
10:38 Do you understand your role today as an expert
10:38 to be one in which you are to be open-minded and
10:38 consider the science both supportive and not supportive
10:38 of the ultimate opinions that you've reached in this
10:38 case?
10:38 A I always am open-minded.
10:38 Q Okay. And Doctor, do you understand that the
10:38 preclinical toxicologic workup that Bayer did do for
10:38 cerivastatin was a protocol that had already been
10:38 established from other statins that had done preclinical
10:38 workup?
10:38 A Yes.
10:38 Q And as you sit here today, to the best of your
10:38 knowledge, Bayer did follow all of the FDA dictates and
10:38 followed the FDA parameters on doing appropriate
10:39 preclinical toxicologic tests?

10:39 MR. ARBITBLIT: Objection. You've already

□



10:39 established he's not here to talk about the FDA, and now you're going on and asking him to testify about things that you've asked him to admit that he's not going to testify about. So I think that's inappropriate, Counsel.

10:39 BY MR. KEENAN:

10:39 Q You may answer.

10:39 A I'm aware that Bayer conducted a significant number of preclinical toxicology studies in response to FDA requirements.

10:39 Q In your review of the materials, did you look at any of the preclinical toxicologic testing done by any other makers of HMG-CoA reductase inhibitors?

10:39 A I looked at the pharmacology review for atorvastatin.

10:39 THE REPORTER: For --

10:39 THE WITNESS: Atorvastatin, a-t-o-r-v-a-s-t-a-t-i-n.

10:39 BY MR. KEENAN:

10:39 Q Okay. And would that -- that presumably would be identified in the list of materials you reviewed on Exhibit No. 9? It's a long document, but is it -- would it be listed alphabetically?

10:40 A I don't think it is listed because I only received it and reviewed it on Thursday or Friday.

□

10:40 Q Okay. So that -- you don't think that would be listed on Exhibit No. 9?
10:40 A It might not be.
10:40 Q Okay. And did you ask for that? Tell me -- tell me -- elaborate on what it is you got. You said it was the -- the pharmacologic review of atorvastatin?
10:40 A Yes. I asked for that because that was cited in the Rodricks report --
10:40 Q Okay.
10:40 A -- and formed the basis of the numbers in one of von Keutz's tables, and so I specifically asked to -- for them to retrieve that document for me.
10:40 Q Okay. Okay. And you still have that?
10:40 A I do.
10:40 Q Okay. And did that document -- did that shape any of the opinions that you rendered in your supplemental report?
10:41 A Yes, it did.
10:41 Q Okay. And could you identify those for me?
10:41 A Well, the data presented in Exhibit 2 is essentially table 2 from the von Keutz CIOMS 4 report, which Dr. Rodricks extracted for his table 2, which -- sorry, extracted for his Exhibit 5. So I presented that again in this supplemental report.
10:41 Q Okay.

□

65

10:41 A And then I used data from the -- from the pharmacology review for atorvastatin to incorporate into

10:41 Exhibit 3.
10:41 Q Okay.
10:41 A And also in Exhibit 4 specifically on the
10:42 plasma Cmax and area under the curve concentrations for
10:42 atorvastatin that came directly from the pharmacology
10:42 review.
10:42 Q Okay. Okay.
10:42 A So what I'm -- just to expand slightly, in
10:42 Exhibit 2, Rodricks and von Keutz cite the pharmacology
10:42 review for the numbers that they produced for
10:42 80 milligrams atorvastatin, and I used the same
10:42 pharmacology review to present the numbers for
10:42 20 milligrams.
10:42 Q Okay. Do you have -- do you disagree with the
10:42 descriptions of van Keutz and Rodricks of the 80
10:42 milligram?
10:42 A Do I disagree with the numbers presented?
10:42 Q Yes.
10:42 A No.
10:42 Q Okay. You just present the numbers from a
10:42 do- -- lower dose; is that right?
10:42 A That's correct.
10:42 Q Okay. And in your review of the pharmacologic

□



10:43 review -- that -- that's the review done by the FDA,
10:43 correct?
10:43 A Yes.
10:43 Q Okay. In that, did you note where the FDA
10:43 found cerebral hemorrhaging of dogs in the atorvastatin

preclinical studies?
A Yes, and they would not allow the 80-milligram dose.
Q But they also concluded that that was a class effect that was seen in all the preclinical studies of atorvastatin, correct?
A I don't recall that.
MS. SCHAUM: I'm going to object to the nonresponsive portion of the last answer.
MR. BLACK: Did you need to have a copy made or something?
MR. KEENAN: Doctor -- Doctor, I want to just take a slight detour here and hand you what I'm marking as Deposition Exhibit No. 13.
(Deposition Exhibit 13 was marked by the court reporter.)
BY MR. KEENAN:
Q Is that the document that you received last week? Does that appear to be the document that would be the -- the FDA reviewer's comments of the FDA submission

0



that was done on atorvastatin?
A Yes.
Q Okay. And this is a large document, and I'm just going to direct your attention just to page 237.
A Yes.
MR. ARBITBLIT: Do you have an extra copy, Counsel?
MR. KEENAN: That's all we have at the moment.

10:45 I just -- we can get a copy. I just want to -- want to ask a quick question, and then we can make a copy and we'll revisit it later.

10:45 MR. ARBITBLIT: Right. And you're entitled to look at the -- as much of the document as you feel is necessary.

10:45 BY MR. KEENAN:

10:45 Q This is a document that you received last week, and you spent some time looking at it, right?

10:45 A Yes.

10:45 Q Okay. And on page 237 there's a finding by the FDA. The last paragraph, it reads as follows:

10:45 "Hemorrhaging in the brain has been a class finding with the statins (with atorvastatin, gi hemorrhaging was usually the cause of death)."

0

68

10:45 And then he goes on to state that there's some additional description of CNS toxicity that's found with other statins, correct?

10:46 A Yes.

10:46 Q Okay. And the FDA found that to be a class effect in dogs, all statins?

10:46 MR. ARBITBLIT: Objection.

10:46 THE WITNESS: The FDA report that this is a class finding for all statins and similarly to HMG-CoA reductase and muscle toxicity being a class effect for all statins, but at therapeutically equivalent doses,

10:46 cerivastatin is worse than the other statins.
10:46 BY MR. KEENAN:
10:46 Q Where does it say that?
10:46 A It doesn't say that here, but that is the fact.
10:46 Q Well, I'm -- I'm just interested in what the
10:46 document tells us about brain hemorrhaging in dogs.
10:46 Okay? It says is a class effect with all statins,
10:46 right?
10:46 A It says that, yes.
10:47 Q Okay.
10:47 MR. ARBITBLIT: Are you done with this
10:47 document?
10:47 MR. KEENAN: For the moment, I am.
10:47 Q Now, Doctor, in your -- a review of the

0

69

10:47 material, the preclinical toxicology material and
10:47 research, did you see any specific toxicological work
10:47 that Bayer did that was in addition to the work that the
10:47 other statin makers had done preceding Bayer?
10:47 MR. ARBITBLIT: Objection.
10:47 THE WITNESS: I can't think of that as I sit
10:47 here today.
10:47 BY MR. KEENAN:
10:47 Q Do you recall any pharmacokinetic studies that
10:48 Bayer undertook that other statin makers had not
10:48 undertaken to that point?
10:48 A Bayer has undertaken extensive pharmacokinetic
10:48 analysis of the cerivastatin, which I have reviewed.
10:48 Q Okay. Did you prepare a summary of any kind of

10:48 a document that identifies all of the preclinical work
10:48 that Bayer had done?
10:48 A No.
10:48 Q You reviewed the report of Dr. Rodricks,
10:48 correct?
10:48 A Yes.
10:48 Q And Dr. Rodricks' report had attached to it
10:48 Exhibit No. 3, which was a summary of the preclinical
10:48 safety testing of cerivastatin. I've marked it as
10:48 Exhibit 14.
10:48 (Deposition Exhibit 14 was marked by

□



10:49 the court reporter.)
10:49 THE WITNESS: Yes, I think this is taken from
10:49 the CIOMS reports by the company.
10:49 BY MR. KEENAN:
10:49 Q Okay. You believe that to be an accurate
10:49 summary of the preclinical testing done by Bayer?
10:49 A I haven't checked it, but it looks to be
10:49 reasonable.
10:49 Q Okay. I believe Dr. Rodricks' report also
10:49 states that they did 70 separate studies.
10:49 You're not in a position to disagree with that
10:49 number, are you?
10:49 A I'm not going to disagree with that number.
10:49 Q Okay. And you reviewed the -- the documents
10:49 from the FDA where they reviewed the preclinical work
10:49 that was done by Bayer concerning cerivastatin?
10:49 A I saw the pharmacology review, yes.

10:49 Q Okay. And those were individuals who are trained to evaluate the therapeutic agents for possible clinical applications.
10:49 Is that fair to say?
10:50 A Yes.
10:50 Q And they approved Bayer to begin clinical testing based on the preclinical work that they had -- that had been done to that point?



10:50 A That's my understanding, yes.
10:50 Q There's no evidence that the FDA instructed Bayer that their submission was inadequate or lacking or deficient in any way, shape, or form.
10:50 Is that fair to say?
10:50 A I haven't seen anything that would suggest that from the FDA.
10:50 Q And then do you recall what dosage of Baycol was ultimately approved for marketing?
10:50 A .8 milligrams was the highest therapeutic dose.
10:50 Q No, but initially?
10:50 A Oh, initially?
10:50 Q Yes.
10:50 A .4.
10:50 Q Anything lower than .4?
10:50 A Well, .2 and .3 were approved.
10:50 Q Okay. And did you see where the FDA formulated the opinion that based on the preclinical data that they had seen the safety margins for cerivastatin at .2, .3, and .4 was comparable to the other statins on the

10:51 market?

10:51 MR. ARBITBLIT: Objection.

10:51 THE WITNESS: I haven't seen that specific
10:51 statement. I don't recall it.

10:51 BY MR. KEENAN:

□



10:51 Q Okay. Okay. I'll come back to that in a
10:52 minute.

10:52 Are there any other expert reports, Dr. Smith,
10:52 that you reviewed other than that of Dr. Rodricks for
10:52 the defendants?

10:52 A I was sent the report of Walter Bradley, but
10:52 I've not spent any significant time reviewing it.

10:52 Q Okay. All right.

10:52 Let me mark Exhibit No. 15, which I'll
10:52 represent to you is a document from the FDA files dated
10:52 June 4th, 1997, in which Dr. Solomon Sobel states that,
10:52 quote:

10:52 "The safety profile for
10:52 cerivastatin is good and is not
10:52 different from the other statin
10:53 drugs."

10:53 MR. ARBITBLIT: Counsel, can we have a
10:53 continuing objection so we don't have to say objection
10:53 every time you ask a question on a subject that you've
10:53 already elicited a statement that he's not going to
10:53 testify about?

10:53 MR. KEENAN: Sure. I -- I asked if he had seen
10:53 the document. He said he didn't think he'd seen the

10:53 document. So this --
10:53 MR. ARBITBLIT: Yes, I understand. But the

0



10:53 entire subject of what the FDA did or didn't do -- I
10:53 understand is very important to Bayer, but you've
10:53 already had this witness say that he's not here to talk
10:53 about it in response to one of your questions and yet
10:53 you continue to ask him to answer questions about that
10:53 very subject. I find it inappropriate and unnecessary.
10:53 (Deposition Exhibit 15 was marked by
10:53 the court reporter.)
10:53 BY MR. KEENAN:
10:53 Q Okay. Exhibit 15, is that a document that you
10:53 would have reviewed in connection with your review?
10:53 A I don't recall it.
10:53 Q You don't recall it?
10:53 Is it important in the formulation of your
10:53 opinions that the FDA concluded that the safety profile
10:53 for cerivastatin is good and not different from the
10:53 other statin drugs?
10:53 A No. I've been performing an independent
10:53 analysis.
10:53 Q Okay. All right. Let's talk about drug
10:54 potencies, all right?
10:54 In toxicology, someone told me once that the
10:54 dose determines the poison.
10:54 A Paracelsus.
10:54 THE REPORTER: I'm sorry?

10:54 THE WITNESS: Paracelsus, P-a-r-a-c-e-l-s-u-s.
10:54 BY MR. KEENAN:
10:54 Q Doctor, I'm a liberal arts major from Kansas, so I'm going to try to stay at a level that I'm -- I can understand.
10:54 But how, then, does that truism relate to the various potencies of the various drugs in a particular class?
10:54 MR. ARBITBLIT: Okay.
10:54 MR. BLACK: Objection to form.
10:54 THE WITNESS: I'm not sure I understand the question really.
10:54 MR. KEENAN: Okay.
10:54 THE WITNESS: It's too simple.
10:54 BY MR. KEENAN:
10:54 Q See, I'm already showing my limitations.
10:54 The dose determines the poison, correct?
10:54 A Yes. The higher the dose, the more likely you are to produce a toxic effect.
10:54 Q Okay. And anything at some particular dose has a potential to be a poison.
10:54 Fair enough?
10:54 A Correct.
10:54 Q All right. Now, there are some chemicals that
10:55 are highly potent in very small doses, and others it

50019.txt

10:55 takes large quantities.
10:55 Fair to say?
10:55 A Sure.
10:55 Q Recently there was this discovery of this
10:55 poison named Rancin? Am I pronouncing that right, in
10:55 the capital, in Congress?
10:55 A No, it's Ricin.
10:55 Q Ricin.
10:55 A R-i-c-i-n.
10:55 Q Okay. And I believe the media reports said
10:55 it's a highly potent toxic agent?
10:55 A Yes. Less than a pinhead will kill you --
10:55 Q Okay.
10:55 A -- if you breathe it into your lungs.
10:55 Q Okay. Okay. So a chemical like that in a
10:55 very, very small amount has the potential -- toxic
10:55 potential far, far greater than some equivalent chemical
10:55 that in a larger dose could be just as toxic.
10:55 Fair to say?
10:55 A Yes.
10:55 MR. BLACK: Objection.
10:55 THE WITNESS: Yes, there are other chemicals
10:55 that would have similar effects that you'd have to take
10:55 more of.
10:55 BY MR. KEENAN:

0

76

10:55 Q Okay. And -- so the potency of a particular
10:55 agent, then, can determine the dose of that agent, does
10:56 it?

10:56 A The potency simply determines how likely you
10:56 are to see an effect at a particular dose.
10:56 Q Okay. Okay. When you talk about testing
10:56 chemicals, do you agree with me that you have to account
10:56 for the different potencies of those chemicals when
10:56 you're doing animal tests in which you're measuring
10:56 outcome?
10:56 A Well, usually you're doing the test to
10:56 determine how potent they are as toxic chemicals.
10:56 Q Okay. Okay. We know that Baycol,
10:56 cerivastatin, was a more potent statin than the other
10:56 drugs in its class. That's -- that's been known from
10:56 the outset, hasn't it?
10:56 MR. ARBITBLIT: Objection.
10:56 THE WITNESS: Cerivastatin is the most toxic
10:56 statin in its class.
10:56 BY MR. KEENAN:
10:56 Q And I'm not talking toxicity. I'm talking
10:57 about potency.
10:57 A Potency with regard to what? Ability to --
10:57 to --
10:57 Q Reduce cholesterol.



10:57 A Ah, that's different.
10:57 Q Okay.
10:57 A That's efficacy rather than potency.
10:57 Q All right. Let's talk about that, efficacy.
10:57 It's takes less Baycol to reduce cholesterol
10:57 than it does any other statin in the class?

10:57 A Per milligram dose, yes.
10:57 Q And, indeed, the early literature describing Baycol identified it as being a potent drug, more potent than the other statins in its class?
10:57 A Pharmacologically or pharmacodynamically, it's the most potent.
10:57 Q Okay. Now, of the statins that are available on the market today, do you know which is the least potent pharmacokinetically?
10:57 A I haven't -- haven't looked or formed an opinion on that.
10:57 Q Do you agree with me that toxicity at a specifically measured dose is not necessarily a measurement of drug safety?
10:58 MR. ARBITBLIT: Objection.
10:58 THE WITNESS: Well, the measurement of drug safety is the measure between how efficient the drug is, what its efficacy is, versus what its toxic potency is.
10:58 BY MR. KEENAN:



10:58 Q When you talk in terms of therapeutic agents, do you agree with me that when you talk about its toxicity, you have to consider what the therapeutic dose is ultimately to be used in a clinical trial?
10:58 A Yes.
10:58 Q Okay. And do you agree with me that there is a difference between a toxic dose and a therapeutic dose?
10:58 MR. ARBITBLIT: Objection.
10:58 THE WITNESS: Well, in Baycol's case, the

10:58 margin was not very great between those two, but for
10:58 other statins, it was larger.
10:58 BY MR. KEENAN:
10:59 Q Okay. But I'm talking about as a general
10:59 proposition, there is a difference in the world of
10:59 pharmacokinetics between a toxic dose and a therapeutic
10:59 dose?
10:59 MR. ARBITBLIT: Objection.
10:59 THE WITNESS: The better the drug, the greater
10:59 the window between the two, the efficacy and the
10:59 toxicity.
10:59 BY MR. KEENAN:
10:59 Q Okay. Every drug that's on the market today
10:59 that's been approved by the FDA at some dose can be
10:59 toxic?
10:59 A Correct.



10:59 Q. Even the statins that are on the market today
10:59 at some dose have toxic potentials?
10:59 A Sure.
10:59 Q Okay. In your review of the literature and the
10:59 Bayer documents, did you see any charts that compared
10:59 the potency of Bayer vis-a-vis the other statins on the
10:59 market?
10:59 MR. BLACK: Objection. And to clarify,
10:59 Counsel, you said Bayer instead of Baycol.
10:59 THE WITNESS: Are you talking about charts of
10:59 potency from a pharmacodynamic --
10:59 BY MR. KEENAN:

11:00 Q Yes.
11:00 A -- viewpoint?
11:00 Q Yes.
11:00 A I have seen charts relating to the fact that Bayer per milligram -- Baycol. I'm sorry. I'm doing it now -- Baycol is the most potent pharmacodynamic -- pharmacodynamically or pharmacologically statin.
11:00 Q Okay. And do you know how much more potent Bayer was to the next potent?
11:00 A Well, comparisons made here, for example, are that .8 milligrams of cerivastatin, or Baycol, is equivalent to 20 milligrams of atorvastatin.
11:00 Q Okay.

80

11:00 A So Baycol is roughly 25 or so times more potent pharmacologically than atorvastatin.
11:00 Q Okay. And indeed, the FDA, in approving the dosing of Baycol, started with very low dosing, .2, .3, .4, recognizing the potency in the pharmaco- -- pharmacokinetic way of that drug in the body?
11:01 MR. ARBITBLIT: Objection.
11:01 THE WITNESS: Well, they recognized that those concentrations would produce potentially beneficial effects.
11:01 BY MR. KEENAN:
11:01 Q Okay. If you talk about -- so when you're doing -- if you're testing in an animal species a class of drugs, do you agree with me that those tests need to account for the variation and differences in potency in

11:01 order to get results that reflect therapeutic doses to
11:01 be used in humans?
11:01 A Well, when one is comparing different statins,
11:01 I think it's very important to compare therapeutically
11:01 equal doses.
11:01 Q Okay.
11:01 A Equal doses.
11:01 Q Okay. In other words, if -- if -- if agent A
11:01 is two times more potent than agent B, and you're going
11:01 to do a test to measure the toxicity of those drugs,



11:02 would you agree with me that if you use equal doses, the
11:02 more toxic -- the more potent of the two is almost going
11:02 to consistently be revealed in the animal tests?
11:02 A If you -- if you're testing for efficacy,
11:02 obviously the one that is more potent from a
11:02 pharmacological viewpoint, you -- and you use equivalent
11:02 doses, you'll see more effect of that drug.
11:02 Q Did you see where Dr. Rodricks described how
11:02 the potency has to be considered in terms of what the
11:02 actual therapeutic dose was used in humans? Did you see
11:02 that discussion in his report?
11:02 A Yes, and I -- I agree with it.
11:02 Q Okay. You don't have Dr. Rodricks' report
11:03 here, do you?
11:03 A Not in the room here, no.
11:03 Q Okay. Did you bring -- did you bring his --
11:03 did you bring a box of materials up to the office with
11:03 you?

11:05 have about that.
11:05 A He compares there the margin of safety for 80 milligrams of atorvastatin against .8 milligrams of cerivastatin. The pharmacologically equivalent in terms



11:05 of efficacy and potency for those two drugs is 20 milligrams of atorvastatin and .8 milligrams. This is therefore an unfair comparison, biased in favor of cerivastatin.
11:05 Q And -- and your support for -- for your statement that this comparison should be not the 80 milligram but the 20 milligram is -- is from -- based on what?
11:05 A It's based on that being the equal potency of the two drugs.
11:05 Q Show me where you come up with that information?
11:05 A It's listed in numerous places including in Bayer's reports that .8 milligrams is equal to 20 milligrams of atorvastatin.
11:06 Q Well, I've brought a lot of materials here with me today. Where -- where do you think that would be found?
11:06 A I think it's in large numbers of the reports. It's in the Steinke report, for example, on the pharmacokinetics of the two drugs. There's actually a chart showing 5 milligrams equals .2. 10 milligrams equals 20 -- equals 10.
11:06 Q All right. Well, we'll come back to that. I'm

11:06 going to hopefully pull some documents that'll give us



11:06 some insight on that.
11:06 A I don't think it's disputed. I think it's in a
11:06 number of the CIOMS reports, etc.
11:06 THE REPORTER: Which reports? CRS?
11:06 THE WITNESS: CI- -- CIOMS report.
11:07 BY MR. KEENAN:
11:07 Q But Exhibit 16, using Dr. Rodricks'
11:07 calculations, shows a margin of safety of .8 versus
11:07 80 milligrams of 2.8, which would be higher than the
11:07 margin of safety for atorvastatin, correct?
11:07 MR. ARBITBLIT: Objection.
11:07 THE WITNESS: It does, yes.
11:07 BY MR. KEENAN:
11:07 Q Okay. And that would be inconsistent with
11:07 your -- the opinions expressed in your report about the
11:07 margins of safety for cerivastatin, correct?
11:07 A Well, it's inconsistent with the statements
11:07 made in Dr. Rodricks' own report that you should compare
11:07 pharmacologically effectivity doses, pharmacologically
11:07 equivalent doses.
11:07 Q Did you see reports and studies done by Bayer
11:07 where they looked at potency and then adjusted the doses
11:07 to the clinically relevant dosage --
11:07 MR. ARBITBLIT: Objection.
11:07 BY MR. KEENAN:

11:07 Q -- and made comparisons from one class of --
11:08 from Baycol to other classes of statins?
11:08 A I'm not sure what you're referring to exactly.
11:08 Q Okay. Doctor, I'm handing you Exhibit No. 17.
11:08 (Deposition Exhibit 17 was marked by
11:08 the court reporter.)
11:08 BY MR. KEENAN:
11:08 Q I'm handing you Deposition Exhibit No. 17.
11:09 This is a study that you've seen prior to this
11:09 morning, I take it?
11:09 A Yes.
11:09 Q Okay. This is a study that is specifically
11:09 referenced in Dr. Rodricks' report, is it not?
11:09 A Yes, and in von Keutz's CIOMS report.
11:09 Q Okay. Tell me in your own words what this
11:09 study was, how it was done and what was it looking for.
11:09 A Well, they isolated muscle cells, or so-called
11:09 myoblasts, from rats, and then they placed them into
11:09 culture using standard procedures. And they then
11:10 exposed those cells to different statin drugs for
11:10 72 hours or three days. And they looked at the toxic
11:10 effects of the chemicals on the drugs or the statins
11:10 on -- on the -- on these cells by measuring what is
11:10 known as the MTT assay, which is a measure of the
11:10 function of mitochondria in cells and the energy status

□

86

11:10 of the cells so that they could determine whether the
11:10 cells were likely to live or not.

11:10 Q Okay.
11:10 A And when they did that, they found that
11:10 cerivastatin was the most toxic of the statins to the
11:10 cells.
11:10 Q And then did the researchers then determine or
11:11 differentiate the potency to the therapeutic doses and
11:11 compare cerivastatin to the other statins?
11:11 A They then adjusted for potency on the basis of
11:11 how powerful an inhibitor the compound was of HMG-CoA
11:11 reductase in vitro in the same system.
11:11 Q Okay.
11:11 A And they then concluded, having made that
11:11 adjustment for inhibition within the cell culture
11:11 system, that cerivastatin and some other statins were
11:11 quite similar, whereas atorvastatin and pravastatin were
11:11 markedly lower in their ability to kill cells in this in
11:11 vitro model.
11:11 Q Okay. Direct your attention to the chart on
11:11 page 30. That's where they adjusted the potency so that
11:12 there could be a comparison with each statin in terms of
11:12 its same level of potency, right?
11:12 A They adjusted it with regard to its ability to
11:12 inhibit HMG-CoA reductase.

0



11:12 Q Okay. What does the chart on the right, the
11:12 column on the right, the EC50/IC50 times 10 to the third
11:12 power, what does that mean?
11:12 A That's basically a measure of the difference --
11:12 of the ratio between how effective the drug is at

11:12 producing myotoxicity. It really should be a TD50
11:12 rather, or a -- a TC50. And the IC50 is the inhibitory
11:12 concentration for HMG-CoA reductase. So it's a ratio
11:12 between the two.
11:12 Q And the inhibitary -- inhibitory concentration,
11:12 that is an attempt to find out some -- to determine some
11:13 therapeutic level of dose; is that right?
11:13 A Well, it approximates -- because that's the
11:13 mechanism of action of the drug, it approximates to the
11:13 potency of the drug --
11:13 Q Oh.
11:13 A -- therapeutically.
11:13 Q Okay. So when they then made this adjustment
11:13 based on the potency, what was -- what did this research
11:13 paper determine the most myotoxic drug was?
11:13 A Simvastatin.
11:13 Q And what was -- what was the next most myotoxic
11:13 drug?
11:13 A Lovastatin.
11:13 Q And the next?

□

88

11:13 A Cerivastatin.
11:13 Q And the next?
11:13 A Oh, I'm sorry. I made a mistake there. It's
11:13 fluvastatin is No. 3.
11:13 Q Okay.
11:13 A No. 4 is cerivastatin.
11:13 Q Okay.
11:13 A 5 is atorvastatin, and 6 is pravastatin. But

11:13 one has to couch this that this is not equivalent, this
11:14 inhibitory concentration 50, to the effectiveness in a
11:14 human being or in vivo of these particular drugs. It's
11:14 the effectiveness in inhibiting this enzyme in the -- in
11:14 the cell cultures.
11:14 Q Okay. Do you have any criticisms with the way
11:14 this study was conducted?
11:14 MR. ARBITBLIT: Objection.
11:14 THE WITNESS: I have criticisms of this
11:14 comparison in the fact that they're not actually
11:14 comparing therapeutically relevant effects. They're
11:14 comparing inhibitory effects in this particular cell
11:14 culture.
11:14 BY MR. KEENAN:
11:14 Q Well --
11:14 A Obviously, in vivo, what matters is the amount
11:14 of drug that gets to the liver, inhibits the enzyme

□



11:14 within the liver and not elsewhere.
11:14 Q Well, this was a -- this -- this study was no
11:14 different than the other statin manufacturers were doing
11:14 in their preclinical work, was it?
11:14 MR. ARBITBLIT: Objection.
11:14 THE WITNESS: This is a typical in vitro study
11:15 of the effects of the drug. It's whether or not you can
11:15 make this adjustment for potency on the basis only of
11:15 its effects within the muscle cell.
11:15 BY MR. KEENAN:
11:15 Q And by the way, before I forget, have you ever

11:15 performed testing on muscle cells in vitro?
11:15 A Yes, I did do some work on that with
11:15 adriamycin.
11:15 Q And how long ago was that?
11:15 A 20 years ago.
11:15 Q Okay. But this study does conclude with the
11:15 means and the protocols that it employed that Baycol was
11:15 not the most myotoxic drug at least as revealed in this
11:15 study?
11:15 MR. ARBITBLIT: Objection.
11:15 THE WITNESS: No, I don't believe it really
11:15 does shows that. What it actually shows is that
11:16 cerivastatin is the most toxic drug. That is clear.
11:16 What it then shows is that if you do an



11:16 adjustment, which is open to question, the cerivastatin
11:16 then has similar toxicity to other drugs.
11:16 BY MR. KEENAN:
11:16 Q Okay. All right. I want to go back to this
11:16 just for a minute.
11:16 Doctor, I'm just going to revisit this document
11:16 one more time. On page 3, there's a statement made by
11:16 the authors of this paper that reads as follows:
11:17 "In relation to their different
11:17 inhibitory potency for HMG-CoA
11:17 reductase, it became obvious that
11:17 cerivastatin, fluvastatin,
11:17 simvastatin, and lovastatin behave
11:17 quite similar, whereas atorvastatin

11:17 and pravastatin seemed to have a
11:17 markedly lower myotoxic potential in
11:17 this vitro -- in vitro model."
11:17 I read that correctly, right?
11:17 A You read it correctly.
11:17 Q And, in fact, that's what the conclusions
11:17 reached, yes?
11:17 MR. ARBITBLIT: Objection.
11:17 THE WITNESS: That is their conclusions. But
11:17 whether or not -- I doubt that would survive peer review
11:17 because the inhibitory potency comparison is

0

91

11:17 inappropriate because they're discussing the potency of
11:17 the drug with regard to its inability to inhibit the
11:17 enzyme in these muscle cells, which is actually the
11:17 target site for the toxicity, not the target site for
11:17 the therapy -- therapeutic effect of the drug.
11:17 MR. KEENAN: I move to -- move to strike as
11:17 nonresponsive.
11:17 Q Doctor, the research paper that we've
11:17 identified as Exhibit No. 17, in fact, supports the
11:18 conclusions that I just read to you, does it not?
11:18 MR. ARBITBLIT: Objection.
11:18 THE WITNESS: It does not. It does not support
11:18 that conclusion.
11:18 (Discussion off the record.)
11:18 BY MR. KEENAN:
11:18 Q Your report, which I still haven't gotten to,
11:18 but I will, does reference a -- there are two reports,

11:18 published reports in your -- in your report that I want
11:18 to talk about, and they're on page 8 of your report. If
11:18 you want to refer to your report, that's fine.
11:18 And I want to mark the first report as Exhibit
11:19 No. 18, which is Matsuyama.
11:19 (Deposition Exhibit 18 was marked by
11:19 the court reporter.)
11:19 BY MR. KEENAN:

□



11:19 Q Your report on page 8, paragraph 16, cites the
11:19 study for the proposition of cerivastatin having highest
11:19 potential for myotoxicity; is that right?
11:19 A That's what it says in the -- in the abstract.
11:20 Q Okay. Now, describe for me what the nature of
11:20 this study was?
11:20 A Well, as I described in my report, the -- the
11:20 scientists other than those at Bayer compared the
11:20 toxicity of different statins and reached -- reached
11:20 similar conclusions to the Bayer scientists that
11:20 cerivastatin was the most toxic statin.
11:20 Q Okay.
11:20 A They -- in this particular method, what -- what
11:20 they do is they infuse an anesthetic into the -- into
11:20 the animal at a very low rate. They then administer the
11:20 drug orally. Then they assay blood samples and assess
11:20 the risk of myopathy on the basis of creatine
11:20 phosphokinase being increased. So this is a screening
11:20 test in a living animal for the ability of the chemical
11:20 to produce increases in plasma creatine phosphokinase.

11:21 Q Okay. And they infused them with urethane; is that right?
11:21 A That's the anesthetic, yes.
11:21 Q Now, urethane is an anesthetic that's known to cause -- it's know to cause myotoxicity, correct?

0



11:21 A That is one of the potential side effects, I believe.
11:21 Q So they're using --
11:21 A At low levels.
11:21 Q Well, they're using an anesthetic that is known to cause the very thing that they're studying by this?
11:21 A Well, they're using something as an anesthetic that potentially could cause that, but they're obviously controlling for that in the actual study in this peer-reviewed publication.
11:21 Q Now, do you know -- do all statins have the potential to interact with urethane?
11:21 A I don't know about the interactions with urethane.
11:21 Q Well, if statins have the potential to interact with urethane, might that make these results less reliable?
11:22 A If they all react within the same way as a class, it wouldn't make any difference, but if specific statins were affected by the urethane more than others, then it would make a difference.
11:22 Q Okay. Now, on page 347, they set these rats so that they were not allowed to drink for a day, which

made them particularly susceptible to rhabdo. Fair?
A I believe this is a test system that's meant to



look for rhabdo.
Q Okay. And the doses that they gave the rats were not adjusted for the therapeutic dose, were they?
A No. That's correct.
Q Okay. So -- so they used equal amounts of the statins that they were testing here, and they were not adjusted for the variation in the potencies.
Fair enough?
A They were not adjusted for pharmacological potency, correct.
Q Okay. Now, the initial dose that they gave for each statin was 25 milligrams per kilogram; is that right?
A They show most of the data, I believe, for a hundred milligrams per kilogram, but they perhaps used 25 initially.
Q Well, on the chart on page -- figure 2 on page --
A I see.
Q -- 348, doesn't that suggest that they had intermediate doses?
A They have a variety of doses. Looks like 5 and 10 and 25, 50 and 100.
Q Okay. All right. Cerivastatin, they stop at 100, and the other statins they continue out to, in some

11:24 cases, 500 milligrams per kilogram, right?
11:24 A That's correct.
11:24 Q All right. Let's just -- speaking for a minute about cerivastatin, if you assume that they administered in these rats 25, 50, and 100 milligrams per kilogram, what would be the equivalent dose for a person, say a person that weighs 65 kilograms? How much cerivastatin would that equate to?
11:24 MR. ARBITBLIT: Objection.
11:24 THE WITNESS: 25 milligrams multiplied by 60 or 70 kilos.
11:24 BY MR. KEENAN:
11:24 Q Do the math for me, Doc.
11:24 MR. ARBITBLIT: Objection.
11:24 THE WITNESS: 60 times 25, so that's -- 1,500, or something like that. It's 1,500.
11:24 BY MR. KEENAN:
11:24 Q Okay. 1,500 milligrams?
11:24 A Yes.
11:24 Q In someone that weighs?
11:24 A 60 kilos.
11:24 Q And what's the highest therapeutic dose?
11:24 A .8.
11:24 Q So that's several thousand times higher than the therapeutic dose?

11:25 A Yes. As a single dose.
11:25 Q So this study doesn't account for the
11:25 differentiation of potencies between the various
11:25 statins. They're treated essentially as the same?
11:25 A Correct. They're -- they're determining the
11:25 ranking -- the toxicity ranking on the basis of -- of
11:25 weight.
11:25 Q So is it any -- is it any surprise, Doctor,
11:25 that Baycol would be -- deemed to be the most myotoxic
11:25 under this set of circumstances?
11:25 A Well, surprise, I guess not because it
11:25 basically supports other data which show that
11:25 cerivastatin is the most toxic statin in in vitro and in
11:26 this particular test.
11:26 Q The -- there are, depending on the -- the
11:26 dosing, several -- based on figure 2, several of the
11:26 statins have CK elevation that act -- at least one of
11:26 them that exceeds cerivastatin; is that right?
11:26 A I don't see that. To me there are dose
11:26 response curves in both A and B. Cerivastatin is the
11:26 highest and the other drugs are all lower.
11:26 Q No. But at 300 milligrams, at least one of
11:26 the -- one of the statins --
11:26 A At 300 milligrams or 350 milligrams,
11:26 fluvastatin, I believe, has essentially the same

□



11:26 elevations as 100 milligrams of cerivastatin.
11:27 Q Right. And do you know the potency
11:27 differential between fluvastatin and cerivastatin? Do

11:27 you know how much more potent cerivastatin is than fluvastatin?
11:27 A No, I don't know it off the top of my head.
11:27 Q Will that -- might that be useful to determining whether or not there's a relationship there between the CK elevation and the potency of these two drugs?
11:27 A I don't dispute that you would have to take in -- the pharmacological potency into account in this data, but the data simply show that on a weight-per-weight basis, the cerivastatin is the most toxic.
11:28 MR. KEENAN: Okay. Okay. Why don't we change the tapes.
11:28 VIDEO OPERATOR: This is the end of videotape No. 1. We are now going off the video record. The time is 11:28 a.m.
11:38 (Recess.)
11:38 VIDEO OPERATOR: This is the beginning of video tape No. 2. We are now back on the video record. The time is 11:38 a.m.
11:38 BY MR. KEENAN:

98

11:38 Q Doctor, I've now marked as Exhibit No. -- what number is that on the front of yours? Exhibit 19?
11:38 A 19.
11:38 Q Okay. Another journal article that you cite in your report, and this one is by a number of authors including Matzno.

11:38 (Deposition Exhibit 19 was marked by
11:38 the court reporter.)
11:38 BY MR. KEENAN:
11:38 Q This is cited in your report as well, is it
11:38 not?
11:39 A It is.
11:39 Q Okay. And this is also another study of rat
11:39 muscles in vitro, correct?
11:39 A Yes.
11:39 Q And the doses of the statins in this study were
11:39 not adjusted to take into account cerivastatin's
11:39 stronger potency inhibiting HMG-CoA reductase, true?
11:39 MR. ARBITBLIT: Objection.
11:39 THE WITNESS: Correct. I think they added
11:39 equal amounts of each statin to the cultures.
11:39 BY MR. KEENAN:
11:39 Q Right. And I think the -- the amount was
11:39 three -- what is that, uM? What's that, Doc?
11:39 A Micromolar.

□

99

11:39 Q Okay. And these authors note on page 799,
11:40 right-hand column, first full paragraph reads as
11:40 follows:
11:40 "We also previously mentioned
11:40 the drug interaction between statins
11:40 and urethane."
11:40 So that -- that proves up what I suggested
11:40 earlier, that statins and urethane do interact, right?
11:40 MR. ARBITBLIT: Objection.

11:40 MR. BLACK: Objection.
11:40 THE WITNESS: It was something that I also said
11:40 was true.
11:40 BY MR. KEENAN:
11:40 Q Okay. Yes, yes. In fairness to you, yes, you
11:40 did, yes.
11:40 A So I agree.
11:40 Q But if you are using -- doesn't that -- that
11:40 has the potential of confounding the results that they
11:40 obtained in both this study and in the study we've
11:40 already talked about?
11:40 A It has the potential of confounding it if it
11:40 only -- if it particularly favors one particular statin
11:40 over another or it's not a general class effect, which I
11:40 believe it actually is.
11:40 Q Well, they certainly don't state here that it

0



11:40 is a class effect, do they?
11:40 A Well, I think they in --
11:40 Q Well --
11:40 A They did that by just saying statin.
11:41 Q Right, right. But they don't say -- they don't
11:41 say that it affects all the statins in the exact same
11:41 way, does it?
11:41 A No. I don't think they have the data to say
11:41 that.
11:41 Q Okay. And as we sit here today, we don't know
11:41 whether cerivastatin has a higher potential for reaction
11:41 with urethane than lovastatin, do we?

11:41 A We don't know that.
11:41 Q Okay. And I suppose if we knew that information, it might possibly be very critical to the outcome that they reach in this paper, or it could be totally irrelevant. We don't know, right?
11:41 A Well, it could be critical in that it could affect the results in that particular study, but there are actually multiple studies here including those done by Bayer scientists themselves which find the same information basically.
11:41 Q Okay. But this is a study that you cited -- right? -- in your report?
11:41 A I did.

□



11:41 Q Okay. All right. And the authors go on to state in that same sentence, same paragraph:
11:42 "Interestingly, this myopathy was observed specifically under the condition of urethane-induced anesthesia, indicating that statin-induced myopathy is aggravated by urethane."
11:42 So again, urethane contributes to the myopathy that they're studying in these rats?
11:42 A It potentiates it, yes.
11:42 Q Now, these authors note in the discussion on page 799 that a recent in vivo study, Matsuyama, 2002, showed that "cerivastatin caused myopathy most severely, though the present study showed that simvastatin exerted

11:42 the most drastic effect on L6 myoblasts."
11:43 Did I read that correctly?
11:43 A I'm not seeing that.
11:43 Q Okay. Bottom of the page.
11:43 A Oh, the bottom page on the left. I'm sorry.
11:43 Q Now, specifically with respect to their finding
11:43 of simvastatin having the most drastic effect on L6
11:43 myoblasts, what does that mean to you?
11:43 A I'm not quite sure because they actually state
11:43 in the -- in the -- in the actual abstract here that

□



11:43 with statins only, skeletal cytotoxicity was ranked as
11:43 cerivastatin being greater, and simvastatin is actually
11:43 ranked third.
11:43 Q So what does that statement mean to you, just
11:43 standing alone, Doctor?
11:43 MR. BLACK: Objection.
11:43 BY MR. KEENAN:
11:43 Q Simvastatin exhibited the most drastic effect
11:43 on L6 myoblasts.
11:43 A I don't know what effect they're exactly
11:43 talking about there.
11:43 Q Okay.
11:43 A It's rather vague.
11:43 Q Is an L6 myoblast, is that a smooth wall -- is
11:43 that a smooth muscle or skeletal muscle?
11:43 A I think it's derived -- it's a cell line
11:43 derived from a sketal -- skeletal muscle, I believe.
11:44 Q So here they're commenting on a cell that's

11:44 derived from a skeletal muscle having a drastic effect
11:44 on it by simvastatin, not cerivastatin, correct?
11:44 MR. BLACK: Objection.
11:44 THE WITNESS: They are, but they're -- I don't
11:44 know exactly what drastic effect they're actually
11:44 talking about. Cytotoxicity was ranked with
11:44 cerivastatin being the most toxic.

0

103

11:44 BY MR. KEENAN:
11:44 Q And then the next column, last full paragraph,
11:44 "Several investigators have suggested a mechanism for
11:44 statin-induced myopathy." States that in a previous
11:44 study, Matzno, "we reported HMG-CoA reductase inhibitor
11:44 simvastatin caused severe cytotoxicity in
11:44 differentiating L6 myoblasts, accompanied by apoptosis."
11:44 A Correct.
11:44 Q Okay. Did you -- did you look at that Matzno
11:45 study in -- in an effort to find out exactly what that
11:45 study reported?
11:45 A This doesn't have the references to it or the
11:45 last pages, so -- but I believe I have that in my
11:45 collection.
11:45 Q On page 800, right-hand column states that --
11:45 no, strike that.
11:45 Let's go to the bottom of the paragraph on the
11:45 left-hand side. He's describing a mechanism of
11:46 apoptosis affecting smooth -- vascular smooth muscle
11:46 "suggested that the effect on smooth muscle might aid in
11:46 the prevention of strokes."

11:46 Do you see where I read that?
11:46 A Yes.
11:46 Q Okay. You have done some research in this area
11:46 of apoptosis, have you not?

0



11:46 A I have, yes.
11:46 Q And indeed, the literature that has been
11:46 published studying the possible role that statins may
11:46 have with apoptosis, one theory is that apoptosis
11:46 actually has a positive effect in that it prevents the
11:46 accumulation of placque in the arteries and thereby
11:46 prevents the risk of stroke in people that take statins.
11:46 You've seen that literature, haven't you?
11:46 MR. ARBITBLIT: Objection.
11:46 THE WITNESS: I've seen literature which shows
11:46 and I've cited in my report that cerivastatin has and
11:46 other statins have the ability to cause apoptosis in
11:46 skeletal muscle cells, in vascular smooth muscle cells
11:47 and in various cell lines and other cell types. The
11:47 impact, therapeutically or otherwise, on the basis of
11:47 that apoptosis will depend upon which cell type it's
11:47 affecting.
11:47 So in the body, it may actually induce
11:47 apoptosis of skeletal -- muscle cells and actually cause
11:47 muscle damage and myopathy, but it -- it may actually,
11:47 perhaps counterintuitively, kill smooth muscle cells and
11:47 actually prevent the buildup of placques in the -- in
11:47 the bloodstream or in the -- in the blood vessel walls,
11:47 and therefore have a beneficial effect. So apoptosis

11:47 could have both beneficial and negative effects,



11:47 depending upon which type of muscle or cells in the body
11:47 it's affecting.
11:47 BY MR. KEENAN:
11:47 Q And the research that has been done has shown
11:47 this is a class effect that is applicable not just to
11:47 cerivastatin but all the statins; isn't that true?
11:47 A All of the statins tested in cell cultures were
11:47 able to induce apoptosis. Cerivastatin was the most
11:48 potent of all.
11:48 MR. ARBITBLIT: Counsel, the copy we have been
11:48 given of this exhibit does not include anything after
11:48 page 801, which appears to stop in the middle of a
11:48 sentence, suggesting that there might be a page 802.
11:48 Do you have that?
11:48 MR. KEENAN: No, I don't.
11:48 THE WITNESS: There is a page 802.
11:48 BY MR. KEENAN:
11:48 Q Do you have it?
11:48 A No, not here.
11:48 Q Oh, okay. All right.
11:48 A It has the references and the --
11:48 Q Okay.
11:48 A -- acknowledgments at the back.
11:48 Q Well, that's -- that's my fault. I'll blame it
11:48 on Kassam. He had these copied.

Isn't it true, though, that apoptosis is a natural mechanism in the body to prevent some diseases like cancer?

MR. ARBITBLIT: Objection.

THE WITNESS: Apoptosis is programmed cell suicide, which is very important in the development of organs during growth and is also important in just every -- everyday maintenance of tissue organization.

BY MR. KEENAN:

Q All right.

A It's excessive apoptosis that's the issue.

Q The -- so to summarize, then, both the Matzno and the other Japanese paper, Matsuyama, both of them tested statins without regard to the differentiation and potency. They both had equal quantities of statins in these tests. Is that right?

A That's correct.

Q Okay. And both used this urethane, which is a confounder, either -- either across the board with all statins or possibly variations among the statins. We don't know.

A No, no.

MR. ARBITBLIT: Objection.

THE WITNESS: No, only Matsuyama uses urethane. This in vitro study doesn't use --

107

BY MR. KEENAN:

Q Okay.

11:50 A -- urethane.
11:50 Q Okay. All right. I stand corrected. All
11:50 right. All right.
11:50 In your preparation of your report, did you see
11:50 literature and studies by Bayer that have studied to
11:50 what degree there was plasma binding by proteins of
11:50 cerivastatin in the blood of humans?
11:50 A I've seen data referring to test tube studies
11:50 comparing human blood to dog blood to rat blood where
11:51 they take a test tube, put the blood in, add the drug,
11:51 and see how much is bound to the plasma proteins. But
11:51 I've not seen any data, could not find any date on the
11:51 amount of unbound free drug in actual living human
11:51 beings.
11:51 Q Okay. Why is -- when you extrapolate animal
11:51 data to human data, is it important, in your mind, to
11:51 know to what degree there's protein binding of the drug
11:51 in humans, and if so, why?
11:51 A Well, as I state in my rebuttal report, which I
11:51 realize you haven't had the chance to read yet, that --
11:51 that many proteins in the plasma, the most important of
11:51 which is albumin, bind drugs in a fully reversible form.
11:51 So this binding of the drug allows the drug to

0



11:51 be transported throughout the body bound to the plasma
11:51 proteins. The drug or other material bound to these
11:52 plasma proteins can pass into the body's tissues down a
11:52 concentration gradient. And obviously, the tighter the
11:52 thing is bound or the more bound drug there is, the less

free concentration there is in the plasma for entry into these other tissues. So it's an important factor to consider but it's a highly uncertain factor to take into account when doing a safety of margin analysis, as I discuss in my rebuttal report.

Q Okay. Did you see in your -- in your work tables that compare the percent of binding with cerivastatin with the percent binding with other statins?

A Only test tube studies did I see. That was in the -- for example, in the Steinke CIOMS report, the tables in that.

Q Okay. I'm going to mark as Exhibit No. 20 a Bayer internal document and ask if this is one of the documents you would have reviewed in advance of the deposition.

(Deposition Exhibit 20 was marked by the court reporter.)

BY MR. KEENAN:

Q Now, I recognize, Doctor, this is only part of



a much larger document, but there is a chart that I think will be familiar to you. Take -- take a minute and --

A I haven't reviewed this table before.

Q Okay. All right.

A I've seen summaries, I think, of the data within the CIOMS reports.

Q Okay. Well, on Bates number BA- --

11:55 BAYAG00608596, there is a chart prepared by, I believe,
11:55 Dr. Muck.
11:55 And you've read this deposition, have you not?
11:55 A Yes.
11:55 Q Okay. And it does -- it compares the various
11:55 properties of cerivastatin to other statins that are on
11:55 the market at that time, correct?
11:55 A Yes.
11:55 Q All right. And one of the categories here is
11:55 the fraction unbound, and does that correspond to what
11:55 you and I were just discussing, what percentage of the
11:55 cerivastatin is unbound in the human body.
11:55 A It's not in the human body. It's in a test
11:55 tube in -- outside of the human body, which I think is
11:55 shown actually in the case -- Rezulin case to be an
11:55 extremely shaky number.
11:55 Q All right. Well, did you see anything in the

0



11:56 Baycol litigation that -- that questions the reliability
11:56 of that data in test tubes?
11:56 A I haven't seen any measures of unbound drug in
11:56 actual human beings, which I think should have been done
11:56 if there was a desire to use that differential between
11:56 humans and animals in calculating additional safety
11:56 factors --
11:56 Q Well, the -- whatever -- with whatever
11:56 limitation you think they've placed on this, they have a
11:56 number that reflects the unbound amount of cerivastatin
11:56 in the human plasma, correct?

11:56 MR. ARBITBLIT: Objection.
11:56 BY MR. KEENAN:
11:56 Q Did I read that?
11:56 A That's equivalent to .7 percent.
11:56 Q Okay.
11:56 A In the test tube.
11:57 Q Okay. And how does that compare to the other
11:57 statins that are listed here in terms -- is that the --
11:57 does that have the greatest amount of binding?
11:57 A It has the lowest unbound fraction of the
11:57 different statins.
11:57 Q All right. And let's look at the -- above
11:57 that, it has the lipophilicity relative to pravastatin.
11:57 And what does that tell us about whether or

0



11:57 not -- where cerivastatin fell in terms of
11:57 lipophilicity?
11:57 A It means that Cerivastatin was one of the most
11:57 lipophilic statins.
11:57 Q Okay.
11:57 A Meaning that it will readily enter fat and
11:57 enter cells.
11:57 Q And what about the, quote, potent dose? What
11:57 is that?
11:57 A That was essentially what I was referring to
11:57 earlier, that .8 milligrams of cerivastatin is
11:57 equivalent to 10 milligrams of atorvastatin, and that .8
11:58 would then be equivalent to 20, which shows that
11:58 Rodricks, in his report, inappropriately compared the