# EXHIBIT B

11:58 80 milligram atorvastatin dose to the .8.
11:58 Q But the column below that reflects that -- the
11:58 relative potency of cerivastatin to the other statins;
11:58 is that right?
11:58 A In terms of HMG-CoA reductase inhibition, yes.
11:58 Q Okay. And -- so what can we conclude based on
11:58 this chart in terms of how much more potent cerivastatin
11:58 is to, say, for example, atorvastatin?
11:58 A According to this chart, atorvastatin is 25
11:58 times less potent than the cerivastatin at producing
11:58 therapeutic effects on cholesterol.

D



11:58 Q Okay. Okay. You don't have any reason to --
11:59 to question the accuracy of the statistics that are laid
11:59 out in this table? You accept them as what -- as they
11:59 are?
11:59 MR. ARBITBLIT: Objection.
11:59 THE WITNESS: With regard to what we've
11:59 discussed, I accept them as numbers that have been
11:59 presented. I have no way of verifying them from raw
12:00 data, but I accept them, that they're the numbers.
12:00 BY MR. KEENAN:
12:00 Q Well, this data was accumulated from the
12:00 preclinical work that Bayer was doing, right?
12:00 A Correct. And I've based my opinions on these
12:00 numbers.
12:00 Q Okay. All right.
12:00 A So --
12:00 Q Okay. The protein binding, we know, in dogs is

12:00 substantially less than it is in humans, correct?
12:00 MR. ARBITBLIT: Objection.
12:00 THE WITNESS: I wouldn't say substantially
12:00 less. I mean, it's 2.6-fold different, 2.57-fold
12:00 different. In man -- in test tube binding to --
12:01 basically to human blood is 99.3 percent in the studies
12:01 that were done in a test tube. The dog is 98 point
12:01 something. So slightly less binding.



12:01 BY MR. KEENAN:
12:01 Q What do you --
12:01 A But both -- both in dogs and man, the majority
12:01 of the drug is bound to the plasma protein.
12:01 Q And what -- what, in your mind, is the most
12:01 ideal animal model when you're talking about comparing
12:01 toxicity from animals to humans?
12:01 MR. ARBITBLIT: Objection.
12:01 BY MR. KEENAN:
12:01 Q With statins?
12:01 A In the case of cerivastatin, dogs.
12:01 Q Dogs. Okay.
12:01 Handing you Deposition Exhibit No. 21.
12:01 (Deposition Exhibit 21 was marked by
12:01 the court reporter.)
12:02 (Discussion off the record.)
12:02 BY MR. KEENAN:
12:02 Q Let me -- before I get into this, I want to ask
12:02 you another question or two about the Bayer zone
12:02 internal work about binding.

12:02 Do we agree, Doctor, that cerivastatin that's bound with protein is going to be less prone to be taken up by the -- by the muscle cells by virtue of its binding?

12:02 A Well, it's really -- what -- what it does is if



12:02 it's bound to albumin, it's fully reversible. Of course that's shown by Bayer's own documents.

12:02 What will happen is when it comes into contact with the muscle cell is, if there's very little statin in the muscle cell and a lot bound to albumin outside, it will immediately come off the albumin and go into the muscle cell and will drip, if you like, into the muscle cell until the concentrations reach equivalent levels. But it doesn't prevent the material getting into the muscle cell. It --

12:03 Q But unless there's an equilibrium, it -- it will -- it will not enter the muscle cell?

12:03 MR. ARBITBLIT: Objection.

12:03 THE WITNESS: Unless there's --

12:03 MR. ARBITBLIT: He wasn't finished answering. I'm sorry.

12:03 THE WITNESS: Unless -- unless there's a lower level within the muscle cell, it will not enter, but it would equilibrate with the outside concentration.

12:03 BY MR. KEENAN:

12:03 Q Did you see any data in any of the materials you looked at that said that cerivastatin accumulates in the muscle?

12:03 A No.
12:03 Q Direct your attention to the next document I

0



12:03 have -- I've marked as Deposition Exhibit No. 21.
12:04 Are you familiar with Dr. Corsini's work?
12:04 A I know that Corsini and Bernini have written
12:04 quite a number of articles on statins I've seen in the
12:04 literature.
12:04 Q Is this an article that you're familiar with,
12:04 or do you need time to become familiar with it?
12:04 A I'm not very familiar with it. I looked at it
12:04 a long time ago. I didn't rely upon it in forming my
12:04 opinions.
12:04 Q I want to direct your attention to table No. 4,
12:04 page 419.
12:04 MR. ARBITBLIT: 419? We're looking at
12:04 something different.
12:04 THE WITNESS: You're looking at a different --
12:04 MR. ARBITBLIT: Oh, okay. We were given a
12:04 different article by the same author.
12:04 MR. KEENAN: Sorry about that.
12:04 MR. BLACK: And I think we would like to have
12:04 the document in front of us before you begin with your
12:04 questions.
12:05 MR. ARBITBLIT: We can do it very quickly.
12:05 VIDEO OPERATOR: Would you like to go off the
12:05 record?
12:05 THE WITNESS: Off the record for a minute?

12:05 VIDEO OPERATOR: Do you want to go off the
12:05 record? We're still on.
12:05 MR. KEENAN: We can go off.
12:05 VIDEO OPERATOR: We are now going off the video
12:05 record. The time is 12:05 p.m.
12:07 (Recess.)
12:07 VIDEO OPERATOR: We are now back on the video
12:07 record. The time is 12:07 p.m.
12:07 BY MR. KEENAN:
12:07 Q Doctor, directing your attention to Exhibit 21,
12:07 if you would -- I want to be fair to you. If you need a
12:07 little bit more time. I'm just going to direct your
12:07 attention to specific parts of this article, and with
12:07 respect to those parts, if you would like the time to
12:07 read them more thoroughly, that's certainly fine. Okay?
12:07 But in an effort to move things along, I'm just going to
12:07 try to identify specific segments of this and ask if you
12:08 agree or disagree. And if you need more time, I'd be
12:08 happy to give it to you.
12:08 Fair enough?
12:08 A Okay.
12:08 Q Okay. I want to direct your attention to
12:08 page 419 where there's a chart. Some discussion. In
12:08 the right-hand column, first full paragraph under
12:08 distribution, 3.1.2, I'm going to read this and ask if

12:08 you agree. I think you will. It's what we've already
12:08 talked about but --
12:08 "With the exception of
12:08 pravastatin, all statins are highly
12:08 bound to plasma proteins, of which
12:08 albumin is the most important."
12:08 Do you agree with that? You've already
12:08 testified to that.
12:08 A In a test tube, yes.
12:08 Q Yeah.
12:08 "As a result of extensive
12:08 protein binding, the extent of
12:08 systemic exposure to unbound,
12:08 pharmacologically active drug,
12:08 therefore, remains extremely low."
12:08 Do you agree with that?
12:08 MR. ARBITBLIT: Objection.
12:08 THE WITNESS: Could I see where it says that
12:08 again?
12:08 BY MR. KEENAN:
12:08 Q Yes. It's that same paragraph.
12:09 A I would agree with the phrase that the extent
12:09 of systemic exposure to unbound pharmacologic remains
12:09 extremely low, but of course the tissues are exposed to
12:09 bound drug, which is fully reversibly bound and can

□

118

12:09 enter the tissues.
12:09 Q So you disagree with that statement?
12:09 MR. BLACK: Objection.

12:09 THE WITNESS: I don't disagree with the
12:09 statement as it stands. I disagree with the way that
12:09 it's put, which I think is biased towards the fact that
12:09 it doesn't call into account that the bound drug is also
12:09 fully reversible and can enter cells.
12:09 BY MR. KEENAN:
12:09 Q Does the drug have an effect on the target
12:09 organs, target tissue while it is bound to the plasma
12:09 proteins?
12:09 A No, it cannot, but it can easily come off the
12:09 plasma proteins and enter the tissue.
12:10 Q Next thing I want to direct your attention to
12:10 is the chart at the top of that page. This is something
12:10 comparable to what we saw in the Bayer document, where
12:10 they've compared -- they're comparing the comparative
12:10 clinical pharmacokinetics of statins with each another.
12:10 Yes?
12:10 A Yes.
12:10 Q Okay. I know there's a lot of information
12:10 here, and I want to go slow, but let's talk first about
12:10 lipophilicity.
12:10 In this, Dr. Corsini has done his own

0

119

12:10 comparison of lipophilicity, has he not?
12:10 A Yes.
12:10 Q He's used the coefficient of octanol in water,
12:10 and that's a established means of determining
12:10 lipophilicity, is it not?
12:10 A Yes.

Q And here he has -- he concludes simvastatin, lovastatin, fluvastatin, and atorvastatin are all lipo- -- are more lipophilicid -- phili- -- have higher lipophilicity than does cerivastatin, correct?

A That's what he concludes here, yes. The data shows that.

Q Yes. And he also has information about the fraction bound and unbound?

A I assume from the test tube studies, yeah.

Q Okay. The -- well --

A I don't think there is any other data apart from test tube data.

Q Okay. In the world?

A As far as I'm aware, I'm not able to find any.

Q Okay. So all we can -- all we can use is the available data which is test tube data?

MR. ARBITBLIT: Objection.

THE WITNESS: It would be -- if you wish to use this data, it would be nice to know what the-- well, it

0

120

would be not just nice, it would be, I think, essential to know what the free -- free level is in actual human beings rather than just in a test tube. Because as far as I've been able to determine, there is no information on that for cerivastatin. I've not been able to find it in the Bayer documents I've looked at so far.

BY MR. KEENAN:

Q Well, have you been able to find it in the peer-review literature of any of the statins?

12:11 A No.
12:11 Q Okay. And indeed, when you talk about not just
12:12 statins but all drugs, is that information -- isn't test
12:12 tube determinations typically what's done --
12:12 MR. ARBITBLIT: Objection.
12:12 BY MR. KEENAN:
12:12 Q -- when determining protein binding --
12:12 MR. ARBITBLIT: Objection.
12:12 BY MR. KEENAN:
12:12 Q -- of human plasma?
12:12 A It's one of tests that's done. But, for
12:12 example, in the case of Rezulin, the test tube data did
12:12 not predict at all well what the unbound fraction was in
12:12 actual human beings.
12:12 Q Well, do you have any reason to believe --
12:12 strike that.

0

121

12:12 Can you point to me any authority that suggests
12:12 that the plasma data from test tubes is unreliable as it
12:12 relates to the statin pharmacokinetic research that's
12:12 been done?
12:12 A I can show you it for Rezulin, but I -- I don't
12:12 think there is actually -- this comparison has actually
12:12 been made for statins, which should have been done if
12:12 you wish to use the plasma protein binding as an
12:12 additional safety factor.
12:12 Q But my question is, can you point to me any
12:13 literature that suggests that the plasma binding data
12:13 for statins in general is unreliable?

MR. ARBITBLIT: Objection.
MR. BLACK: Objection.
THE WITNESS: It's bound to be unreliable because it's actually just from a test tube rather than from an actual human being.
BY MR. KEENAN:
Q But it's a test tube that includes human plasma, does it not?
MR. ARBITBLIT: Objection.
THE WITNESS: They compare blood from dogs and from humans and from rats, etc., but it's only in a test tube, and that does not take into account the enormous variation in the general population that we find -- that

□

122

we see.
BY MR. KEENAN:
Q In your list of articles that you cite that I've marked as an exhibit, can you point to me any articles that state that the determination for plasma binding is unreliable as it relates to the class of statins?
MR. ARBITBLIT: Objection.
THE WITNESS: I don't think there's anything in the published review literature that I've been able to find that's measurements of the free fraction of the drug in -- in actual human beings. This is not a problem unless you wish to actually claim that the higher binding to plasma proteins actually in some ways allows you to have an additional safety factor for the

12:14 drug. And it's my belief that if you wish to claim
12:14 that, you should have measurements in actual human
12:14 beings of the free level of the drug in comparison to
12:14 other statins.
12:14 BY MR. KEENAN:
12:14 Q Okay. My question I don't think you've
12:14 answered. Can you point to me any literature, either on
12:14 your curriculum vitae or the literature that you cite or
12:14 relied upon that shows that the plasma binding mechanism
12:14 is unreliable for the class of statins that's shown

0



12:14 in -- in the Corsini paper and shown in Bayer's own
12:14 data?
12:14 MR. ARBITBLIT: Objection.
12:14 THE WITNESS: There are only test tube studies
12:14 that I have been able to find, even though I've tried
12:14 searching for this matter, and the test tube studies,
12:14 because they're in a test tube, are essentially
12:14 potentially very unreliable as has been shown with other
12:15 drugs.
12:15 BY MR. KEENAN:
12:15 Q Okay. My question is, can you point to me
12:15 anyone in the world that agrees with you in the
12:15 peer-reviewed literature for that proposition?
12:15 MR. ARBITBLIT: Objection.
12:15 THE WITNESS: I haven't looked in the
12:15 peer-reviewed literature to see if anybody does agree
12:15 with that proposition. But we know from the general
12:15 science that studies done in a test tube done in an

12:15 in vitro situation need to be cautiously interpreted
12:15 when extrapolating to actual living human beings. There
12:15 are many reports or discussions of that in the
12:15 peer-reviewed literature.
12:15 MR. KEENAN: Move to strike as nonresponsive.
12:15 Q So you can't point to me any literature, anyone
12:15 that agrees with your proposition as you've just stated

D



12:15 it?
12:15 MR. ARBITBLIT: Objection. Asked and answered.
12:15 Argumentative. Mischaracterizes the testimony.
12:15 THE WITNESS: I haven't looked in the
12:15 peer-reviewed literature to see if anybody agrees with
12:15 the opinions that I've just stated with regard to these
12:15 things, but I know that the general scientific community
12:15 would consider that in vitro test tube studies were
12:16 potentially unreliable and should be interpreted with
12:16 caution in extrapolation to general human beings.
12:16 MR. KEENAN: Move to strike as nonresponsive.
12:16 Q Let's move on to a couple of things in this
12:16 document, Doctor.
12:16 The -- what does Dr. Corsini tell us about how
12:16 rapidly cerivastatin is excreted from the body? You can
12:16 interpret his chart for me on that. In terms of hours.
12:16 A The half-life in the body for cerivastatin is
12:16 two to three hours according to this --
12:16 Q Okay.
12:16 A -- particular chart.
12:16 Q Okay. And how does that compare to the other

12:16 statins roughly?
12:16 A It's pretty similar to the other statins with
12:16 the exception of atorvastatin, which has a longer
12:16 half-life.

0



12:16 Q Okay. And under the metabolic clearance, .2,
12:16 what does that mean?
12:17 A Where is it? I'm sorry. I'm looking down
12:17 here. Ah, clearance. Here we go.
12:17 That is the rate at which it is cleared from
12:17 the body.
12:17 Q So .2 means?
12:17 A Fairly rapid rate of -- of clearance.
12:17 Q Okay. On the next page, page 420, the bottom
12:17 of the paragraph in the left-hand column, Dr. Corsini
12:17 states as follows. It starts with "similarly."
12:17 Do you see that at the bottom there?
12:17 A Sorry, no. I've not found you yet.
12:18 Whereabouts are you?
12:18 Q It's right down here.
12:18 A Okay. Yeah.
12:18 Q "Similarly, cerivastatin can also
12:18 be biotransformed by CYP2C8. The
12:18 ability of fluvastatin
12:18 and cerivastatin to be metabolized
12:18 by multiple CYP isoenzymes,
12:18 therefore, may avoid drug
12:18 accumulation when one of these
12:18 pathways is inhibited by

50019.txt

12:18 coadministered drugs."



12:18 As a general proposition, do you agree with that statement?

12:18 A I agree with that statement, but it also opens them up to further interac- -- drug interactions because different drugs are metabolized by different CYPs, or CYP.

12:19 Q On page 422, the third full paragraph on the right column, do you agree with this statement where he states:

12:19 "With the exception of atorvastatin, the elimination half-life of all statins is very short (.5 to 3 hours), and no drug accumulates in plasma on repeated administration."

12:20 A Yes.

12:20 MR. KEENAN: It's 12:20. This might be a good time to take a break.

12:20 MR. ARBITBLIT: Okay.

12:20 MR. KEENAN: See where our sandwiches are.

12:20 VIDEO OPERATOR: We're going off the video record. The time is 12:20 p.m.

12:20 (Discussion off the record.)

12:22 VIDEO OPERATOR: We are now back on the video record. The time is 12:22 p.m.

12:22 EXAMINATION
12:22 BY MS. MEADERS:
12:22 Q Dr. Smith, my name is Kim Meaders, and I represent pharmacies in the Baycol litigation.
12:22 Do you understand that?
12:22 A Yes.
12:22 Q You've not been asked to testify regarding the pharmacies in this litigation, have you?
12:22 A No. I have not been asked to do that, as -- as I sit here today.
12:22 Q And you have no opinions about the pharmacies that may have filled prescriptions of Baycol, do you?
12:23 A No.
12:23 Q If you were to create those opinions, you would do us a favor of amending your report and giving us an opportunity to redepose you?
12:23 A Yes, I would. There's no mention of pharmacies and prescriptions in my -- in my two reports.
12:23 MS. MEADERS: That's all I have. Thank you.
12:23 VIDEO OPERATOR: We are now going off the video record. The time is 12:23 p.m.
13:08 (Lunch recess.)
13:08 VIDEO OPERATOR: We are now back on the video record. The time is 1:08 p.m.

□

128

13:08 EXAMINATION (Resumed)

13:08 BY MR. KEENAN:
13:08 Q Okay. Doctor, we've just had a lunch break. Are you ready to proceed?
13:08 A I am.
13:08 Q Okay. I want to direct your attention to your report which I've marked as Exhibit No. 2, and I believe -- there it is.
13:08 Who prepared this report?
13:08 A I did.
13:08 Q Okay. And you typed it yourself?
13:08 A Yes.
13:08 Q Okay. And describe for me how you came about -- did you -- did you -- in the process of preparing it, did you provide a copy to Counsel and solicit input from him on your -- your opinions and --
13:09 A I pre- -- I prepared a draft and gave it to Counsel.
13:09 Q Okay.
13:09 A Revised the draft.
13:09 Q Okay.
13:09 A Revised it as I went along and reviewed new information.
13:09 Q Okay. All right. The -- the summary of your

129

13:09 major opinions, one, paragraph 6 (a) through (j), those opinions are discussed in greater detail in the -- in the paragraphs that follow.
13:09 Is that fair to say?
13:09 A That's correct.

13:09 Q Okay.
13:09 A I summarized my opinions, and then I went in -- in detail into each opinion.
13:09 Q Okay. I want to go into detail of each opinion
13:09 and make certain that, by that way, I cover the summary
13:09 of your opinions.
13:09 Okay? You with me?
13:09 A That's fine.
13:09 Q Okay. Let's talk about Roman Numeral -- Roman
13:09 Numeral number III, paragraph 7, 8, and 9.
13:10 A Okay.
13:10 Q All right. Paragraph 7 summarizes some
13:10 information you and I have already discussed, that
13:10 statins as a class and Baycol in particular can cause
13:10 toxic myopathy or muscle damage.
13:10 Agreed?
13:10 A I agreed.
13:10 Q All right. And that all statins are capable of
13:10 causing rhabdomyolysis.
13:10 Agreed?

□

130

13:10 A Agree.
13:10 Q All right. Paragraph 8, you quote from the
13:10 Judy Staffa letter to the editor, and I've marked it as
13:10 Exhibit No. 22.
13:10 (Deposition Exhibit 22 was marked by
13:10 the court reporter.)
13:10 BY MR. KEENAN:
13:10 Q And you are familiar with that?

13:10 A I am familiar.
13:10 Q Okay. Dr. Staffa prepared a summary of
13:10 information which identified rhabdomyolysis -- fatal
13:10 rhabdomyolysis of Baycol and other statins available to
13:10 market at that time, correct?
13:10 A Yes.
13:10 Q Okay. Dr. Staffa's own letter states that her
13:11 calculations is a crude measure of the number of reports
13:11 received by the FDA relative to the extent of the use of
13:11 an agent in the U.S. population and that rigorous
13:11 comparisons between drugs that are based on this data
13:11 are not recommended.
13:11 Isn't that right? Do you see where she
13:11 mentions that, Doctor? In the footnote below the chart?
13:11 A Yes, I see where she says that, yes.
13:11 Q Okay. And you're not in the position to
13:11 disagree with her admonition?

0



13:11 MR. ARBITBLIT: Objection.
13:11 THE WITNESS: I -- I have no opinion.
13:11 BY MR. KEENAN:
13:11 Q Okay. The -- Dr. Staffa is talking about
13:11 rhabdo and talking about fatal events. She's not
13:11 talking about myalgias and myopathies in this letter, is
13:11 she?
13:11 MR. ARBITBLIT: Objection.
13:11 THE WITNESS: I believe she's talking about
13:11 statin-associated rhabdomyolysis.
13:11 BY MR. KEENAN:

13:11 Q Okay. All right. Okay. On paragraph 9,
13:11 then -- I'm done with this exhibit.
13:12 Paragraph 9, you cite Dr. Thompson's article
13:12 about statin-associated myopathy, and I have a copy of
13:12 that for you.
13:12 And that's been marked as Deposition Exhibit
13:12 No. -- what's the number?
13:12 A 23.
13:12 Q 23. All right.
13:12 (Deposition Exhibit 23 was marked by
13:12 the court reporter.)
13:12 BY MR. KEENAN:
13:12 Q Now, you quote Dr. Staffa -- I'm sorry.
13:12 Dr. Thompson in paragraph 9 for the following



13:12 proposition:
13:12 "The death rate for cerivastatin
13:12 was 16 to 80 times greater than the
13:12 other statins, but there were no
13:12 apparent differences among the other
13:12 agents."
13:12 Do you see that?
13:12 A Yes.
13:12 Q Okay. And I believe that quotation comes from
13:12 page 1684 of Dr. Thompson's article.
13:12 A I said 1683 in my report.
13:12 Q Well, the copy that I'm showing you is 1684. I
13:12 think I can direct you to it. If -- if you look at
13:12 Exhibit -- 1684, Doctor, in the left-hand column about

13:13 one-third of the way down.
13:13 A Yes. I should have -- I should have put 1684
13:13 rather than 1683.
13:13 Q Okay. But that's the quote that you're
13:13 reciting in your report, right?
13:13 A I believe so, yes.
13:13 Q Okay. And the footnote that Dr. Thompson has
13:13 for that statement is footnote No. 8.
13:13 And what is that authority?
13:13 A Staffa.
13:13 Q Yes. Same -- Exhibit No. 22, right?

0

133

13:13 A Yes.
13:13 Q All right. Now, you -- you're familiar with
13:13 Dr. Thompson's paper, right?
13:13 A Yes.
13:13 Q At some other points you borrow heavily from
13:13 some of the language in this report?
13:13 A I do.
13:13 Q Okay. You think this is a good piece of work
13:14 by and large?
13:14 MR. ARBITBLIT: Objection.
13:14 THE WITNESS: It is a JAMA review article which
13:14 typically are well peer reviewed and thoroughly
13:14 prepared.
13:14 BY MR. KEENAN:
13:14 Q Okay. Is this a reliable authoritative
13:14 journal, in your opinion?
13:14 A It would be considered a reliable -- one of the

13:14 leading journals in the field.
13:14 Q Okay. One of the things that Dr. Thompson does
13:14 is he -- he summarizes the clinical trials of all of the
13:14 statins that were on the market at the time that this
13:14 was published, does he not?
13:14 A I didn't focus on that particular part of the
13:14 article, but he -- he may do.
13:14 Q Well, on table 1, page 1683, Doc -- yeah, there

0



13:14 you go. There. Okay.
13:14 That summarizes the reported rates of
13:15 statin-associated muscle complaints in controlled
13:15 studies, correct?
13:15 A That's what it says, yes.
13:15 Q And clinical controlled studies in the
13:15 continuum of epidemiologic studies would be considered
13:15 at the apex of that triangle, the gold standard?
13:15 MR. ARBITBLIT: Objection.
13:15 BY MR. KEENAN:
13:15 Q Generally speaking?
13:15 MR. ARBITBLIT: Objection.
13:15 THE WITNESS: As we've already established, I'm
13:15 not a card-carrying epidemiologist, but controlled
13:15 studies are among the best epidemiologist studies,
13:15 obviously.
13:15 BY MR. KEENAN:
13:15 Q Okay. Okay. Now, I recognize that you have
13:15 not obviously independently gone through the clinical
13:15 studies of these various statins, but let's accept

13:15 Dr. Thompson's summary here as accurate. Okay?
13:15 A Okay.
13:15 Q Based on this, it shows that reported rates of
13:15 statin-associated muscle complaints in the controlled
13:15 studies were not significantly different than the

0



13:15 placebos. Correct?
13:15 A From the data presented in the table, yes.
13:16 Q And two pages later, Doctor, on table 3, he
13:16 breaks out the studies in greater detail, does he not?
13:16 A Yes.
13:16 Q Okay. Dr. Thompson on page 1684 identifies --
13:17 he has a description there on the right hand -- the
13:17 third column on the right hand where he talks about the
13:17 cytochrome metabolic pathways?
13:17 A Yes.
13:17 Q Okay. And he has in the middle of that final
13:17 paragraph on the right-hand corner of page 1684 the
13:17 statement:
13:17 "Medications that inhibit CYP3A4
13:17 such as macrolide antibiotics, azole
13:17 antifungals, and cyclosporine,
13:17 increase serum concentrations of
13:17 selected statins and the risk of
13:17 rhabdomyolysis."
13:17 It's a true statement, is it not?
13:17 A I have no reason to disagree, I don't think.
13:18 Q And on page 1686, Doctor -- I know I'm jumping
13:18 around here, but just to move things along -- on page

13:18 1686 the third column on the right, the bottom -- the
13:18 middle of page he's discussing the theories about



13:18 ubiquinone as playing a role.
13:18 A Yes.
13:18 Q Okay.
13:18 A There is other evidence supporting this -- that
13:18 supports the role, etc. Is that where you're looking?
13:18 Q Yeah. Yeah. He says -- he says -- he
13:18 discusses the possibility that ubiquinone can play a
13:18 role, and he essentially states the opinion he's not
13:18 persuaded that ubiquinone is playing a role.
13:18 A Yeah.
13:18 Q And your -- your -- your report essentially
13:18 says there's a theory -- there's several theories but
13:18 none has been proven to this point, correct?
13:18 A Yeah. I'm not convinced, either.
13:18 Q Okay. Okay. Final -- final excerpt from this
13:18 paper, page 1687, next page, paragraph on the right-hand
13:19 column says:
13:19 "Much has been made of risk of
13:19 myopathy among statins based on
13:19 their water solubility or potency in
13:19 reducing LDL-C. There is no
13:19 clinical or epidemiological evidence
13:19 that permits differentiation amongst
13:19 statins as to their myotoxic
13:19 potential."

13:19 And your -- your report essentially states the same position, that -- that the lipophilicity is not the reason that some statins are more myotoxic than others?
13:19 MR. ARBITBLIT: Objection.
13:19 THE WITNESS: May be one of the factors but it's not the sole -- it cannot be the sole explanation.
13:19 BY MR. KEENAN:
13:19 Q Okay. He states -- he goes on and he says -- he says:
13:19 "Pravastatin is the most hydrophilic and atorvastatin is the most of the powerful of the available statins. This suggests that factors other than hydrophilicity or potency in reducing LDL-C affect the myopathic process."
13:20 Would you agree with that?
13:20 A Yes, on pharmacokinetics and other parameters.
13:20 Q All right. Okay. Next paper. In your report, Doctor, the next paragraph cites Dr. Hamilton-Craig's statin-associated myopathy.
13:20 Do you see that?
13:20 A Yes.
13:20 MR. KEENAN: Okay. I've got that paper. It's

13:20 Exhibit 24.
13:20 (Deposition Exhibit 24 was marked by
13:20 the court reporter.)
13:20 BY MR. KEENAN:
13:20 Q Now, you cite Dr. Hamilton-Craig's paper here
13:20 in the abstract. See that?
13:20 A Yes.
13:20 Q Okay. Just a couple of quick things. The
13:20 myopathy, as he uses this term, he defines it on the
13:20 next page to include -- to mean myopathy -- CK level
13:20 more than ten times upper limit of normal.
13:20 Do you see that?
13:21 A The myopathy, yes, going from myalgia through
13:21 to rhabdomyolysis in that continuum.
13:21 Q Right. Just so I'm clear, is my understanding
13:21 correct, Doctor, that when you quote this paper for the
13:21 proposition that myopathy occurs in .1 to .2 percent of
13:21 patients receiving statins in clinical trials, but that
13:21 this was more common with cerivastatin, especially in
13:21 combination with gemfibrozil, he is using that
13:21 definition to include a myopathy that includes an
13:21 elevated CK? Am I reading that correctly?
13:21 MR. ARBITBLIT: Objection.
13:21 THE WITNESS: I believe that is true, yes.
13:21 BY MR. KEENAN:

0

139

13:21 Q Okay. All right. Now, was this paper -- this
13:21 is a paper that you identified that you found, or is
13:21 this something that counsel gave you or do you know?

13:21 A I don't recall. I mean, I -- I did a full
13:21 literature search and created an end note file on
13:21 statins. Cerivastatin, especially. And I bet this one
13:22 was in it --
13:22 Q Okay.
13:22 A -- I'm sure.
13:22 Q Okay. In -- in the paragraph on the right-hand
13:22 side where he talks about cerivastatin, he -- he
13:22 describes the dual pathway in terms that he viewed as
13:22 favorable and unique.
13:22 Isn't that correct?
13:22 MR. ARBITBLIT: Objection.
13:22 THE WITNESS: Whereabouts is that?
13:22 BY MR. KEENAN:
13:22 Q Okay. Right here.
13:22 MR. ARBITBLIT: Mischaracterizes the tense.
13:22 THE WITNESS: It says cerivastatin has certain
13:22 properties that were considered favorable and unique.
13:22 He doesn't say by whom.
13:22 BY MR. KEENAN:
13:22 Q Okay. Agreed.
13:22 But he -- he goes on to describe that the dual



13:22 pathway -- the CYP3A4 and CYP238 suggests a low risk of
13:22 interaction with other drugs that inhibit the cytochrome
13:22 P450, which are metabolized mostly by hepatic CYP3A4.
13:22 A Yeah, I think that was really a mistake in
13:22 thinking by a lot of people, that they knew about CYP3A4
13:23 inhibitors and they knew that there was quite a large

13:23 number of those, and therefore they realized that having
13:23 a second pathway would actually lower the risk of
13:23 interaction with those specific drugs. But for some
13:23 reason, what they seemed to completely have missed is
13:23 the fact that there is a number of CYP2C8 inhibitors,
13:23 including things like Rezulin and the glitazones we were
13:23 talking about earlier today. And that that would open
13:23 it up actually to more drug-drug interactions with a
13:23 larger list of drugs than just the individual groups.
13:23 So this initially looks like a good idea and
13:23 make -- and an advantage, but actually, when you think
13:23 about, it's not.
13:23 Q Do you -- is it your view, Doctor, that the
13:23 fewer enzymatic pathways a drug presents, the better?
13:23 MR. ARBITBLIT: Objection.
13:23 THE WITNESS: Well, initially I think it was
13:23 thought that this drug had a relatively simple metabolic
13:24 profile or metabolism. It turned out to be much more
13:24 complicated than that. And obviously, if it's

□

141

13:24 relatively simplistic, you can predict the interactions
13:24 much better. The more pathways you have, the more
13:24 possibilities for interactions you have.
13:24 BY MR. KEENAN:
13:24 Q Okay. So -- so the answer to my question is
13:24 the fewer pathways, the better?
13:24 MR. ARBITBLIT: Objection.
13:24 THE WITNESS: If the pathways are well
13:24 established and well known, the fewer pathways probably

the better.

BY MR. KEENAN:

Q Okay. Do you know -- is there any peer-reviewed literature that supports that opinion you just expressed?

A I haven't looked for the peer-reviewed literature to support that opinion.

Q Just a couple of quick questions about this -- this document.

Dr. Ian Hamilton-Craig states on page 487 his opinion at the bottom -- right here. Right here, Doctor.

A Uh-huh.

Q His opinion:

"Rhabdomyolysis is actually very rare in relation to the numbers of

0



patients treated with any statin including cerivastatin."

Do you see that?

A I do see that, yes.

Q Okay. Roman Numeral No. IV, "Baycol Has a Very Narrow Safety Margin." Okay. Paragraph 11 states the proposition that you and I have already described, I think, that it's a highly lipophilic statin, but that in and of itself isn't dispositive of this inquiry.

Fair enough?

A Correct.

Q Okay. You state that down at the bottom of

13:26 that page -- why don't you just read that sentence for
13:26 me, and I'll ask you some questions about.
13:26 A "When cerivastatin" -- is this the one you
13:26 want?
13:26 Q Yes.
13:26 A -- "was introduced, it was unique among the
13:26 statins in being entirely synthetic, enantiomerically
13:26 pure," e-n-e -- e-n-a-n-t-i-o-m-e-r-i-c-a-l-l-y -- "that
13:26 was a lipophilic inhibitor of HMG-CoA reductase."
13:26 Q Now, is that just -- you're just described --
13:26 you just -- are you just describing the properties of
13:26 cerivastatin and not -- that characterization in and of
13:27 itself doesn't mean there's anything sinister about it

143

13:27 being synthetic or pure.
13:27 Fair enough?
13:27 A No. It was just restated straight from the
13:27 Bayer documents --
13:27 Q Yeah.
13:27 A -- themselves. So this was actually a
13:27 completely novel compound.
13:27 Q Okay. Today, of the statins available,
13:27 fluvastatin and atorvastatin are entirely synthetic, are
13:27 they not?
13:27 A Additional statins are --
13:27 Q Yes.
13:27 A -- also entirely synthetic, yes.
13:27 Q The last sentence of that paragraph, if you'd
13:27 read that for me if you would.

13:27 A "Given its high potency and the
13:27 fact that it was an entirely
13:27 synthetic statin with a different
13:27 chemical structure to those already
13:27 available, it would have been best
13:27 to critically evaluate its potential
13:27 toxicity more thoroughly."
13:27 Q Now, Bayer -- I hate to keep beating this drum,
13:28 but -- but Bayer complied with everything the FDA asked
13:28 it to do in terms of preclinical animal toxicity work,



13:28 yes?
13:28 MR. ARBITBLIT: Objection.
13:28 THE WITNESS: Bayer carried out very extensive
13:28 preclinical toxicology studies which I don't dispute
13:28 were very comprehensive and substantial. What I dispute
13:28 and what I'm referring to here is really the
13:28 interpretation of the data --
13:28 BY MR. KEENAN:
13:28 Q Okay.
13:28 A -- from those particular studies.
13:28 Q Okay. All right. The fact that it was an
13:28 entirely synthetic statin didn't mean that Baycol was
13:28 any more dangerous than any other -- any other synthetic
13:28 drug that was on the market at that time?
13:28 A Well, it was -- it was a new structure. It has
13:28 very high potency, so it's very important to
13:28 critically -- truly critically evaluate the data rather
13:28 than just look at it in a favorable light. Best to look

13:29 at the whole picture --
13:29 Q Okay.
13:29 A -- is the most important thing. That's what I
13:29 mean by critically evaluate.
13:29 Q Well, Doctor, do you have -- can you point to
13:29 me any examples where Bayer failed to report any adverse
13:29 toxicologic results that it acquired in the preclinical

0

145

13:29 process, where it didn't report that to the FDA?
13:29 A I -- I have no knowledge of that. I have no
13:29 knowledge of any hidden information they didn't present
13:29 or anything.
13:29 Q Okay. The -- the -- give me -- give me another
13:29 example, though. Give me a specific example of -- of
13:29 where they interpreted the data one way and you believe
13:29 a different interpretation was justified?
13:29 A Well, it's really the basis of my rebuttal
13:29 report --
13:29 Q Okay.
13:29 A -- which is really that there was a large
13:29 amount of data generated, but they really selected from
13:29 that data in presenting summary findings and comparing
13:29 cerivastatin to atorvastatin.
13:30 Q Okay.
13:30 A If you look at the data more thoroughly and use
13:30 classical toxicological methods as well as other methods
13:30 based upon pharmacokinetic parameters, you get very
13:30 different results. You get a large amount of
13:30 discrepancy between the results. And it's really where

13:30 that critical evaluation of that discrepancy, I think,
13:30 is not presented in the CIOMS reports or in other things
13:30 I have read by the Bayer scientists.
13:30 Q Okay. Your rebuttal report has been marked.



13:30 Again, just -- if you could just direct me to specific
13:30 paragraphs that speak to that.
13:30 A Really, it's this Exhibit 1 --
13:30 Q Okay.
13:30 A -- which is really that they didn't use
13:30 therapeutically equivalent doses. We agreed earlier
13:30 today that comparing doses with the same potency is very
13:31 important. So they didn't do that.
13:31 They use selective pharmacokinetic data.
13:31 Instead of using a variety of sets of data, they just
13:31 selected that.
13:31 They didn't present in their reports -- I don't
13:31 know what they presented to the FDA, but in their
13:31 reports, CIOMS report, they didn't show that there's
13:31 really a discrepancy between classical methods of
13:31 toxicology of comparing safety with what -- with the
13:31 data from pharmacokinetic. And they ignored this
13:31 classical toxicology and relied solely upon these very
13:31 uncertain pharmacokinetic parameters.
13:31 Q Okay. All right. All right. The next
13:31 paragraph where you describe the toxicological studies
13:32 performed by Bayer, the -- you -- you cite where the
13:32 muscle was a consistent target organ for cerivastatin.
13:32 Do you see that?

A Yes. I'm sure I said that.



Q And isn't it true that the muscle has been proven to be a target organ in all of the preclinical toxicologic data that has been accumulated for all the class of statins?

A All statins produce muscle injury. It's just that with cerivastatin that the amount or the degree of muscle injury is greater.

Q But in terms of the muscle being a target organ for cerivastatin, that is no different than what the toxicologic data revealed for all the other statins; isn't that true?

MR. ARBITBLIT: Objection. Asked and answered.

THE WITNESS: Yes, there's no -- the muscle is a target organ for all statins.

BY MR. KEENAN:

Q Okay. The -- the discussion on the bottom half of that paragraph with the no-observed-effect level, no -- I understand it's common to use that methodology when addressing exposure to environmental agents. That's extremely common, is it not?

A Well, it's FDA as well.

Q Well --

A I mean, it's not just environmental agents. Acceptable daily intakes for the intake of various food stuffs and contaminants in foods is true.

13:33 Q Well, how -- you -- what -- what's your authority that the FDA employs that methodology?
13:33 A I know they do under FIFRA.
13:33 Q FIFRA. What does that stand for?
13:33 A Federal Insecticide and Ro- -- something and Rodenticide Act. So it's under pesticide residues in food.
13:33 Q My ignorance of FIFRA is excusable then?
13:33 A I'm sure it is.
13:34 MS. SCHAUM: Fungicide.
13:34 MR. KEENAN: Ah.
13:34 THE WITNESS: Fungicide.
13:34 MR. KEENAN: A voice from the end of the table. It's a -- would you mind getting a little bit closer to the microphone? You might -- you might have to help me here.
13:34 Q All right. Doctor, can you point to me authority that stands for the proposition that extrapolating NOEL from animal studies is appropriate methodology in therapeutic agents?
13:34 A Most toxicology textbooks cover that and have the therapeutic index of the drug based upon the TD99 and the E effective dose 1, Casarett & Doull.
13:34 Q And -- and you're confident that in those textbooks it discusses using that methodology for agents

D

149

13:34 that are ultimately going to be used in clinical trials?
13:34 A You use that methodology with any chemical in

13:34 which you're evaluating the potential toxicity of.
13:34 Doesn't matter if it's a drug or a pesticide or a
13:35 fungicide. It's just standard toxicological practices.
13:35 Q Okay. But if you -- if you have actual human
13:35 data in a double-blinded placebo-controlled clinical
13:35 trial, doesn't that give you more -- isn't that more
13:35 relevant information on human experience rather than
13:35 extrapolating from no-observable-effect level?
13:35 MR. ARBITBLIT: Objection.
13:35 THE WITNESS: Well, I -- I think as a
13:35 toxicologist, obviously human data is very valuable
13:35 and -- as is all data, and you have to essentially
13:35 assess the total data picture. There may be issues with
13:35 regard to the clinical trial, whether it was done in
13:35 just healthy young own of 25 when you're actually giving
13:35 it to elderly patients and things like this that you
13:36 have to consider. So human data also has flaws or
13:36 potential bias, and so you have to consider the total
13:36 data picture. Whether you would choose one over the
13:36 other really depends upon the nature of the data.
13:36 BY MR. KEENAN:
13:36 Q All right. Well, you haven't -- you haven't
13:36 spent -- invested any time looking at the clinical

0

150

13:36 trials of cerivastatin. Your emphasis has been on the
13:36 animal data, correct?
13:36 MR. ARBITBLIT: Objection.
13:36 THE WITNESS: My emphasis has been on the -- on
13:36 the published literature than it is really on the

13:36 clinical trials, to review my -- to get knowledge of
13:36 that, but my main focus has been upon the animal data
13:36 and the in vitro test tube studies of the drugs.
13:36 BY MR. KEENAN:
13:36 Q Okay. Your extrapolation that is done here on
13:36 the bottom half of paragraph 13, what accounting does
13:36 this formula take in the blood levels and the protein
13:36 binding between dogs and man like we were discussing
13:36 earlier?
13:36 A It doesn't take any.
13:36 Q And should it?
13:36 A No, not in a classical toxicology sense. But
13:37 what is interesting about this is when you do take those
13:37 things into account and you select some data, you can
13:37 get very different results to what the classical
13:37 toxicology shows. And to any toxicologists, that should
13:37 be a red flag that there is -- you have to explain this
13:37 discrepancy between just classical methodology and the
13:37 data that you've taken from pharmacological or
13:37 pharmacokinetic interpretation.

151

13:37 Q What evidence do you have that there were any
13:37 red flags to bear in this regard?
13:37 A Well, the statement in -- in -- in number 14,
13:37 the Bayer toxicologists clearly early on were very
13:37 concerned about the narrow safety margin, and I quote
13:37 from them where they say:
13:37 "The safety margin for our
13:37 compound from the no-effect level to

13:37 nontolerable dose is less than 3."
13:37 So early on they were very concerned about the
13:37 steep dose-response curve and the lack of a safety
13:38 margin. And I assume in those early studies, they were
13:38 using classical toxicological approaches to evaluating
13:38 the safety.
13:38 Q Okay. But going back to the paper by
13:38 Dr. Thompson where he has in there -- he summarizes the
13:38 clinical data of the cerivastatin, and the clinical data
13:38 showed that -- that myalgias and myopathies were
13:38 actually at a rate lower than placebo, right? Do you
13:38 recall that?
13:38 A Well, it -- there were certain rates which were
13:38 very similar --
13:38 Q Right.
13:38 A -- yes.
13:38 Q Right, right.

D

152

13:38 A But that -- that's not really what I've been
13:38 asked to look at. I've been asked to look is the
13:38 toxicology predictive.
13:38 Q No, I understand that. I understand that.
13:38 But isn't that information relevant on what
13:38 effect cerivastatin had at therapeutic levels in human
13:38 populations as opposed to extrapolating from dogs?
13:38 A All in- -- all information is relevant.
13:38 Q All right.
13:38 A But you still -- you would still remain
13:38 concerned about the dog data.

13:39 Q All right. Let's -- let's -- let's go to
13:39 paragraph 14, and did you see -- you looked at the data
13:39 that gave rise to the concerns about the safety margins,
13:39 right?
13:39 A Yes.
13:39 Q Okay. And much of that was generated out of
13:39 concern with cerebral hemorrhaging in dogs.
13:39 Do you remember that?
13:39 A That's correct.
13:39 Q Okay. And these Bayer scientists were speaking
13:39 candidly in expressing their concerns about that, and
13:39 you -- you, in fact, quote some of that here?
13:39 A Yes.
13:39 Q Yes. And that's what good scientists are



13:39 allowed to do at companies, express their reservations
13:39 or hesitations?
13:39 MR. ARBITBLIT: Objection.
13:39 MR. BLACK: Objection.
13:39 BY MR. KEENAN:
13:39 Q And that information was given to the FDA --
13:40 MR. ARBITBLIT: Objection.
13:40 MR. KEENAN: I haven't even finished my
13:40 question yet.
13:40 MR. ARBITBLIT: There was a long enough pause
13:40 that I wasn't sure. The witness might have thought you
13:40 were done.
13:40 BY MR. KEENAN:
13:40 Q The bottom the line with the cerebral

13:40 hemorrhages in dogs was it was determined to be a
13:40 classic fact and posed no significant risk to human
13:40 beings at clinical trials?
13:40 MR. ARBITBLIT: Objection.
13:40 THE WITNESS: It was determined that the
13:40 cerebral hemorrhaging was not likely to pose a
13:40 significant risk in -- in human beings.
13:40 BY MR. KEENAN:
13:40 Q And -- and -- and so when Professor Schulter
13:40 and Kuhlmann and Ziegler are talking about a concern
13:40 about a safety margin, they are referencing the

154

13:40 experience that they had with cerebral hemorrhaging in
13:40 dogs, were they not?
13:40 A They could have been, or they could have been
13:40 referring to muscle toxicity or various other toxic
13:40 phenomena as related to the drug.
13:41 Q Well, you -- you quote a document here at the
13:41 bottom of page 14 -- paragraph 14 where they talk about
13:41 a narrow therapeutic window -- do you see that? -- and
13:41 you cite BAYAG00149909 as -- as well as BAYCORP00000233,
13:41 right?
13:41 A Yes.
13:41 Q Okay. And as a scientist, you told me earlier
13:41 you keep an open mind and you consider evidence that
13:41 both supports your hypothesis and doesn't support it,
13:41 right?
13:41 A Yes.
13:41 Q Okay. And I have one of those documents with

13:41 me, and I want to mark it and ask you about it, Exhibit
13:41 No. 25.
13:41 (Deposition Exhibit 25 was marked by
13:42 the court reporter.)
13:42 BY MR. KEENAN:
13:42 Q And this it is a document that does, in fact,
13:42 include the language you quote, "there was a narrow
13:42 therapeutic window of BAY w 6228," which is

0



13:42 cerivastatin, right?
13:42 A Yes.
13:42 Q Yeah. This document appears to be a summary of
13:42 a meeting in Canada in 1992 with some representatives
13:42 from the -- a Canadian health organization.
13:42 Does that -- does that appear to be --
13:42 A That's my understanding.
13:42 Q Okay. And it summarizes some concerns that
13:42 they had, and then it goes on to identify some things
13:43 that Bayer pointed out to them to relieve their
13:43 concerns, and those are then set forth on page 2,
13:43 correct?
13:43 A Yes.
13:43 Q Okay. And when you cited the language on
13:43 page 1, did you consider the explanations that are laid
13:43 out in page 2?
13:43 A Yes.
13:43 Q Okay. A number of these relate specifically to
13:43 adverse event in dogs, correct?
13:43 A Correct.

13:43 Q So when you quote at the top of paragraph 14 that, quote, "It is clear from internal company documents that Bayer toxicologists were concerned about this narrow safety margin," and you cite this document, in fact, there is a -- there is quite a bit of

□



13:43 information on this document that shows that Bayer scientists were attempting to relieve the concerns of other people about the safety margins of Baycol, correct?

13:44 MR. ARBITBLIT: Objection.

13:44 THE WITNESS: Well, I was really only using the argument -- the document here to put forward the argument that it was clear that Bayer toxicologists were concerned. And this is a follow-on from the earlier paragraph where I show that there's a safety factor of only 2 for the dose -- from the dose that caused muscle toxicity in dogs.

13:44 There's clearly a narrow safety margin for this particular compound when you do it by classical toxicological methodology, and I was really just saying that Bayer toxicologists in trying to compliment them in some way, really, that they basically saw the same thing, that there was a narrow safety margin quite early on in this process.

13:44 MR. KEENAN: Move to strike as nonresponsive.

13:44 Q This document does not identify a nar- -- as concerns by Bayer but, rather, concerns by a third party that they were meeting with, the HPB members, right?

13:44 MR. ARBITBLIT: Objection.
13:44 THE WITNESS: Appears that they realized.



13:44 BY MR. KEENAN:
13:44 Q Right. And the second page is an effort to allay the concerns that they have by citing favorable toxicologic data.
13:45 That's what the document reflects, doesn't it?
13:45 MR. ARBITBLIT: Objection.
13:45 THE WITNESS: I think so, but there's also a memo, which I'm citing early on, that I -- I quote from which just says the safety margin is less than 3, etc. So I -- I'm not relying solely on this document.
13:45 BY MR. KEENAN:
13:45 Q But it is misleading, is it not, to be using this document for the proposition that these were concerns expressed by Bayer scientists?
13:45 MR. ARBITBLIT: Objection.
13:45 THE WITNESS: Well, I don't think it's really misleading. I guess I was saying the Bayer scientists had already said that. I should have added to that that the health authorities in Canada were also concerned about this -- these facts.
13:45 BY MR. KEENAN:
13:45 Q And did you -- do you know, did the health -- did Bayer ultimately convince these authorities about the safety and efficacy of the Baycol?
13:46 A I assume they did.

13:46 Q Okay. Paragraph 15. Now, you're tal- --
13:46 describing here the plasma -- I'm -- I'm -- I'm on
13:46 page 8, Doc.
13:46 A Sure.
13:46 Q You're describing the plasma concentration of 6
13:46 to 9 micrograms per liter.
13:46 Is that human plasma?
13:46 A Yes.
13:46 Q And is that using the test tube method?
13:46 A No. This is measurements from table 1 of Muck.
13:46 Clinical pharmacokinetics.
13:46 Q Is it the table that we already described --
13:46 discussed?
13:46 A I think the numbers in the table 1 were
13:47 actually -- sorry.
13:47 The numbers in the thing we already talked
13:47 about was actually for .4 milligrams.
13:47 Q Okay.
13:47 A And there the number, if I recall correctly,
13:47 was 4.4 micrograms per liter. And so with .8 being
13:47 about twice that, you get to about 8 or 9 --
13:47 Q All right.
13:47 A -- micrograms per liter.
13:47 Q Okay.
13:47 A The number of 9 micrograms per liter is used by

13:47 von Keutz, in his -- in his table 2.
13:47 Q Okay. Paragraph 16 describes the journals that
13:47 we've already talked about, Matsuyama?
13:47 A Yes, the one we talked about this morning.
13:47 Q Yes. And paragraph 19 is Matzno?
13:47 A Or Matzno. I'm not quite sure how you say it.
13:47 Q Nor am I.
13:47 Okay. Now, paragraph 19 of your report
13:48 identifies several theories to explain the myotoxicity
13:48 of statins, but I think we can save ourselves some time
13:48 here by acknowledging that there are lots of theories,
13:48 nothing has been established or proven to this point.
13:48 Fair to say?
13:48 MR. ARBITBLIT: Objection.
13:48 THE WITNESS: Well, there are three main
13:48 theories, and the first one, that it depletes
13:48 cholesterol, appears to be incorrect since mevalonate
13:48 and other -- and blocking squalene simpatase,
13:48 s-q-u-a-l-e-n-e, doesn't produce the same toxicity as
13:48 the statins.
13:48 There are really two main theories now.
13:48 Ubiquinone depletion and apoptosis induction because of
13:48 small molecule alterations to proteins, and both of
13:48 those could be -- actually be working. But they're the
13:49 two main theories now.

0



13:49 BY MR. KEENAN:
13:49 Q On the ubiquinone, are you familiar with the
13:49 work done by Dr. Laaksonen in -- I want to say Sweden --

13:49 where he measured ubiquinone levels in humans?
13:49 A I've seen measurements of ubiquinone following
13:49 treatment with cerivastatin and other statins. There's
13:49 a large number of papers about it.
13:49 Q Okay. Dr. Thompson's paper -- just bear with
13:49 me. If you can go back to Dr. Thompson's paper, on
13:50 page 1686, in the middle of the third column, he states:
13:50 "Intramuscular levels of
13:50 ubiquinone are not reduced by statin
13:50 treatment."
13:50 Do you see that?
13:50 A I remember reading it, but I don't see it right
13:50 now. Whereabouts is it; did you say? Just point it.
13:50 Ah. Intramuscular -- yes, I see that.
13:50 Q Okay.
13:50 A I've looked at those pages.
13:50 Q And he footnotes -- it's footnote 78 to 80.
13:51 You see the author, Laaksonen?
13:51 A Laaksonen papers.
13:51 Q Yes.
13:51 A I've seen those.
13:51 Q Have you read those papers?

□

161

13:51 A I wouldn't say I've read them cover to cover.
13:51 I've looked at all three.
13:51 Q Okay. Well, on footnote 79, it summarizes that
13:51 paper and says:
13:51 "Decreases in serum ubiquinone
13:51 concentration do not result in

13:51 reduced levels in muscle tissue
13:51 during short-term simvastatin
13:51 treatment in humans."
13:51 That would suggest that whatever levels of serum ubiquinone reduced, his paper found that ubiquinone in the muscle tissue remained constant.
13:51 That would seem to be inconsistent with the ubiquinone theory, would it not?
13:51 A It is inconsistent, yes.
13:51 Q And the apoptosis, I know we've talked about that a little bit already, but there's some -- some research has shown that apoptosis affecting the smooth muscle cells is a beneficial effect of the -- of -- of the otherwise -- additional beneficial effect of statins by lowering LDL to the extent that it reduces plaque formation in -- formation in the arteries?
13:52 A Well, the induction of apoptosis in smooth muscle cells was -- you just mentioned, destroyed plaques and so potentially provide a beneficial effect,

0

162

13:52 but the induction of apoptosis in skeletal muscle would not provide such a beneficial effect because it would actually decrease muscle mass and potentially release the components such as myoglobin into the plasma, which could then cause rhabdomyolysis.
13:52 Q Well, if -- is -- does apoptosis in the skeletal muscles result in a -- in an elevation of CK levels?
13:52 A I don't think there have been any real studies

of that, and that's why the apoptosis theory is still just a theory because there's no direct proof of it in human beings.

Q Because all of the clinical research in the area of injury to muscles has focused on whether or not there's an elevation of the CK levels? That has traditionally been an indispensable diagnostic criteria to have rhabdomyolysis, correct?

A Well, that is similar to the liver releasing aminotransferases into the serum, so it's just a classical clinical measure, but it doesn't tell you the mechanism by which the cell death is going on in the muscle.

Q The -- the recent papers that have looked at this apoptosis haven't -- have been identifying that phenomena with statins other than cerivastatin since

□



cerivastatin's been off the market now for a couple of years.

Have you seen those papers? In other words, looking at statins other than --

A I think --

Q -- cerivastatin.

A I have seen papers with apoptosis induction by statins other than cerivastatin.

Q Yeah. Okay.

A Could I break for one second to get a drink of water, or maybe you could just pass me some. It's on the table.

13:56 MR. KEENAN: I've got an article I need to have
13:56 a copy made.
13:56 MR. ARBITBLIT: I seem to be the fastest at
13:56 getting those copied.
13:56 (Discussion off the record.)
13:56 VIDEO OPERATOR: You want to go off the record?
13:56 MR. KEENAN: Yes.
13:56 VIDEO OPERATOR: We are now -- actually, this
13:56 is the end of videotape No. 2. We are now going off the
13:56 video record. The time is 1:56 p.m.
14:02 (Recess.)
14:02 VIDEO OPERATOR: This is the beginning of
14:02 videotape No. 3. We are now back on the video record.

0



14:02 The time is 2:02 p.m.
14:02 BY MR. KEENAN:
14:02 Q All right. So we have two theories. One is
14:02 the ubiquinone, and the other one is the apoptosis. The
14:02 literature that I have looked at on apoptosis has been
14:02 dedicated primarily to smooth muscle apoptosis. You are
14:02 articulating a hypothesis that it affects the skeletal
14:03 muscle as well?
14:03 A Well, there -- there are studies in -- in vitro
14:03 of skeletal muscle cells which show it produces
14:03 apoptosis, which we talked about this morning.
14:03 Q Okay.
14:03 A There -- there are studies in both -- in -- in
14:03 many cell types, in neonatal rat myocytes, which are
14:03 skeletal muscle cells, in sooth muscle cells, and in

14:03 things like cell lines like the HL60 cells.
14:03 Q Okay. I did find a paper, Doctor, that
14:04 identifies the -- describes this with statins other than
14:04 cerivastatin. And that is -- it's been copied. Yes.
14:04 I'll -- I'll -- I'll mark this as Exhibit No. 26.
14:04 (Deposition Exhibit 26 was marked by
14:04 the court reporter.)
14:04 BY MR. KEENAN:
14:04 Q And this is a paper that was published in 1998
14:04 by Carlos Guijarro.



14:04 Is this a paper that you're familiar with?
14:04 A Well, I -- I have a -- a number of papers
14:04 showing that different statins cause apoptosis in -- I
14:04 think this is in the group that I have.
14:04 Q Okay. I don't want to spend too much time on
14:04 this, Doctor, but it -- this paper is directed toward
14:05 atorvastatin. It states:
14:05 "Atorvastatin-induced apoptosis
14:05 in a dose-dependent manner, an
14:05 effect also seen with simvastatin
14:05 and lovastatin, but not with the
14:05 hydrophilic drug pravastatin."
14:05 You see that in the abstract?
14:05 A Yes.
14:05 Q Okay. And in the conclusion of that abstract,
14:05 it states that, quote:
14:05 "The present data suggests that
14:05 interference with protein

14:05 prenylation by HMG-COA reductase
14:05 inhibitors or other agents may
14:05 provide new strategies for the
14:05 prevention of neointimal
14:05 thickening."
14:05 What's that?
14:05 A I think they mean placque formation within



14:05 blood vessels.
14:05 Q Okay. Okay. At least in the abstract of this
14:05 paper, there's no discussion of apoptosis in skeletal
14:05 muscles, is there not?
14:05 A Well, they didn't study that. They studied
14:05 only vascular smooth muscles.
14:05 Q Okay. Are there papers, either in your report
14:06 itself, Doctor, or in your -- in -- in the other
14:06 documents where we've identified some of the literature
14:06 that looks at apoptosis strictly for skeletal muscles?
14:06 A Yes. The -- I mean, there's no in vivo
14:06 evidence. There's only the in vitro evidence in the
14:06 skeletal myoblasts that we talked about this morning in
14:06 the Matzno study --
14:06 Q Okay.
14:06 A -- and in the study done by Bayer scientists
14:06 themselves in myob- -- in rat skeletal myocytes. So
14:06 Bayer's own scientists' studies show that it causes
14:06 apoptosis and cytotoxicity within those skeletal
14:06 myoblasts in cell culture. But there is no evidence in
14:06 the peer-reviewed literature or no studies that I've