# EXHIBIT B

been able to find of apoptosis in living animals, which
is -- would be a -- a lot stronger test of the theory,
which is why it remains a theory.
Q All right. On paragraph 26 of your report,



page 14, you have the statement:
"For Baycol to be an ideal
statin, its elimination would also
be via direct elimination of the
bile, preventing systemic exposure
outside of the liver to the drug or
its metabolites."
Do you see where I've read that?
A Yes.
Q Okay. Let -- are there any statins on the
market today that have that pharmacokinetic
characteristic that you describe there?
A I think atorvastatin. If you look in table --
the table we were looking at this morning in the Corsini
article. If we could go back to look at that.
Q Okay.
MR. ARBITBLIT: It's Exhibit 21.
THE WITNESS: So if you look at this table, for
example, for urinary excretion, the highest percentage
is for cerivastatin, and the smallest is for -- it's for
atorvastatin and for fluvastatin. So more cerivastatin
goes into the urine than any of the other statins.
And then with regard to fecal excretion, which
means going into the bile, essentially all of the

14:11 A I've gotten these out of order, I'm afraid.
14:11 Q Paragraph 27. You have some calculations, and
14:11 I want to talk to you about your citation to this paper
14:11 at the bottom, Kaneider, where it's describing
14:11 "induction of apoptosis and inhibition of migration of
14:11 inflammatory and vascular wall cells by cerivastatin."
14:11 Do you see that?
14:11 A Yes.
14:11 Q I have that paper here, but perhaps we can save
14:11 ourselves the time and trouble by having you acknowledge
14:11 that paper talks about apoptosis with smooth wall
14:11 muscles and does not describe apoptosis for skeletal
14:11 muscles. Is that agreed?
14:11 A That's agreed.
14:11 Q Okay. So that paper would not speak to
14:12 destruction of skeletal muscles?
14:12 A That's correct.
14:12 Q Okay. Okay. Next Roman numeral VIII where you
14:12 talk about the dual metabolic pathways. I want to
14:12 discuss that with you.
14:13 Now, Counsel always objects every time I use
14:13 the word "FDA," but I think it's important to ask you,
14:13 in your review, did you see what the FDA said about
14:13 whether or not a dual pathway for cerivastatin was an
14:13 advantage or disadvantage in their opinion?

0



14:13 MR. ARBITBLIT: Objection.
14:13 THE WITNESS: I don't remember seeing that.

14:13 BY MR. KEENAN:
14:13 Q Okay. Okay. Would you agree with me, Doctor,
14:13 that the conventional wisdom has been that multiple
14:14 pathways represent a clinical advantage to therapeutic
14:14 agents as a general proposition?
14:14 MR. ARBITBLIT: Objection.
14:14 THE WITNESS: I really don't know what the
14:14 conventional wisdom is.
14:14 BY MR. KEENAN:
14:14 Q Okay. Okay. Well, we have looked at some
14:14 literature that identified the dual pathway as a
14:14 theoretical advantage that Baycol offered that those
14:14 statins that had one pathway could not offer. We've
14:14 seen that, haven't we?
14:14 A I've seen it written by articles by Bayer
14:14 scientists. I haven't seen it written by anybody else.
14:14 Q Well, let's go -- remember the New Zealand --
14:14 the Australian article?
14:14 A Well, I've seen essentially it quoted by other
14:14 people that that's the same. I mean, it comes from the
14:14 Bayer scientists' original article.
14:14 Q Well, okay. You aren't disputing that there
14:15 are statements from the FDA -- that's not Bayer,

□



14:15 right? -- statements from the FDA acknowledging that a
14:15 dual pathway gave Baycol an advantage metabolically over
14:15 the other statins? Those kinds of letters exist.
14:15 You're not disputing that, are you?
14:15 MR. ARBITBLIT: Objection.

14:15 THE WITNESS: I'm not disputing. I'm just
14:15 saying that I haven't seen them.
14:15 MR. KEENAN: Okay. Exhibit No. 27.
14:15 (Deposition Exhibit 27 was marked by
14:15 the court reporter.)
14:17 BY MR. KEENAN:
14:17 Q Have you had a chance to look at this document,
14:17 Exhibit 27?
14:17 A Correct.
14:17 Q What does it appear to be?
14:17 A A letter to Bayer's pharmaceutical division
14:17 from David Orloff of the FDA.
14:17 Q Okay. And in it he is changing a paragraph in
14:17 the package insert; is that right?
14:17 A He's changing a package -- a paragraph, yes,
14:17 that's what I understand.
14:17 Q And he's describing -- the paragraph describes
14:17 the dual pathway -- what's your understanding of that
14:17 paragraph, Doctor?
14:17 A Are we talking about the clinical pharmacology

0

172

14:17 metabolism section?
14:17 Q Yes, uh-huh.
14:17 A Well, he's basically saying that there are two
14:17 pathways by which cerivastatin is metabolized, CYP2C8
14:17 and CYP3A4, and that CYP2C8 is the major pathway.
14:18 Q And you understand that some of the other class
14:18 of statins only used one of those two pathways, correct?
14:18 A That's correct. So therefore having these two

14:18 pathways reduces the inter- -- potential interactions
14:18 with -- with inhibitors of CYP3A4. But on the other
14:18 hand --
14:18 Q Let me just -- let me just interrupt you for a
14:18 minute.
14:18 MR. ARBITBLIT: Well, please don't. He's
14:18 answering the question. You can move to strike if you
14:18 don't like it, but I don't think you should interrupt
14:18 his answer.
14:18 MR. KEENAN: All right. Fair enough.
14:18 THE WITNESS: But conversely, that also opens
14:18 it up to interactions with completely new drugs which
14:18 are not predictable which inhibit CYP2C8. So it
14:18 actually increases its potential interactions and makes
14:18 them less predictable, but it does avoid some of the
14:19 problems with CYP3A4 inhibitors such as grapefruit juice
14:19 and erythromycin.

173

14:19 BY MR. KEENAN:
14:19 Q Okay. And there's a number of drugs that --
14:19 that use the 3A4 pathway, correct?
14:19 A Yes.
14:19 Q Okay. And do you know of any drugs, Doctor,
14:19 that use both the 3A4 and 2C8 pathways -- no, I'm --
14:19 that -- that -- that Bayer would potentially interact
14:19 with both those pathways?
14:19 A Well, drugs tend to preferentially go by one
14:19 pathway or the other, so many drugs will actually be
14:19 metabolized by 3A4 and 2C8, 2C9, and perhaps other ones.

14:19 But they tend to be preferentially metabolized by one or
14:20 the other.
14:20 Q Okay.
14:20 A So, for example, the glitazone drugs,
14:20 g-l-i-t-a-z-o-n-e, are metabolized by 2C8 and 3A4, but
14:20 they are metabolized preferentially by 3A4, and they
14:20 actually inhibit 2C8. So there are a variety of drugs
14:20 which interact with these two P450s.
14:20 Q Okay. Is my understanding correct that -- that
14:20 the dual pathways will -- they facilitate the metabolism
14:20 of Baycol, but they have -- your testimony is that they
14:20 have the potential -- it has the potential of blocking a
14:20 separate drug that would depend on the alternative
14:20 pathway?

0



14:20 MR. ARBITBLIT: Objection.
14:20 THE WITNESS: I'm afraid I don't really
14:21 understand the question.
14:21 BY MR. KEENAN:
14:21 Q The substrate is Baycol?
14:21 A Substrate is Baycol, yes.
14:21 Q And the dual pathways makes it easier for the
14:21 Baycol to be metabolized through the body quicker, less
14:21 risk of buildup in the bloodstream?
14:21 A Not necessarily because it's extremely
14:21 difficult to saturate the CYP pathways because there's
14:21 abundant CYP3A4 and CYP2C8 in the liver. So I doubt it
14:21 would make any difference at all. I think this is
14:21 reflected by, as you increase the dose, you essentially

14:21 get linearity of statin levels in the plasma.
14:21 Q Well, let's put it -- put it in terms that maybe a liberal arts major from Kansas can appreciate.
14:21 If I'm going to the airport and I have one road that's blocked and I have an alternate route, I'm going to get to the airport quicker by having an alternate route. Yes?
14:21 MR. ARBITBLIT: Objection.
14:21 THE WITNESS: If the road is 20 lanes wide, you'll never have to take the alternate road.
14:22 BY MR. KEENAN:



14:22 Q Okay. But we know, do we not, that there are some drugs that block the singular pathway for some statins, and those drugs that do block the enzymatic pathway have the risk of causing problems in patients who are taking an additional drug that uses that same pathway, right?
14:22 A There could be a big crash on the 20-lane freeway, and you'll -- you'd have to take the alternate route.
14:22 Q All right. So if you focus on the levels of Baycol in the blood, two pathways is better than one.
14:22 You agree with that?
14:22 MR. ARBITBLIT: Objection.
14:22 BY MR. KEENAN:
14:22 Q Just focusing on Baycol, two pathways is better than one?
14:22 MR. ARBITBLIT: Objection.

14:22 THE WITNESS: Not necessarily. Because having
14:22 just one pathway at least allows you to predict what the
14:22 possibilities are of -- of the drug or you making it to
14:22 the airport on time.
14:22 If you had -- simultaneously have the potential
14:23 for having both pathways blocked, then you have
14:23 potential for more drug interaction. You may have this
14:23 freeway, 9 of the 20 lanes may have got blocked, and so



14:23 you decide to take the alternate pathway, but on the
14:23 alternate pathway, you come across a -- a crash which
14:23 has blocked you going that way, and so it's not forced
14:23 to make it better, especially when very common drugs
14:23 such as Tamoxifen, the glitazones, and all
14:23 contraceptives are metabolized by the alternate pathway.
14:23 So I just -- I just think it's weak thinking,
14:23 it's just poor thinking that two pathways are better
14:23 than one. It's just too simplistic.
14:23 BY MR. KEENAN:
14:23 Q But does anybody in the world agree with your
14:23 view on this?
14:23 A I don't know. I haven't asked them.
14:23 Q But you've taken time to look at the
14:23 literature.
14:23 Have you seen any literature that -- that --
14:23 that supported your view that two pathways is not
14:23 necessarily better than one?
14:24 MR. BLACK: Objection.
14:24 MR. ARBITBLIT: Objection.

14:24 THE WITNESS: I haven't seen any writings on it
14:24 at all, really. But I'd be willing to bate -- debate
14:24 anybody in the world about it.
14:24 BY MR. KEENAN:
14:24 Q Paragraph 32. The most serious interactions



14:24 between Baycol and other drugs appear to be with
14:24 gemfibrozil and clopidogrel.
14:24 What's clopidogrel?
14:24 A Well, I forget as I sit here today. It's a
14:24 source or a commonly prescribed drug, but I forget for
14:24 what condition.
14:24 Q What's your basis for this statement?
14:24 A That -- that -- the report by Dr. Farquhar.
14:25 Q Okay. Did -- did you do a literature search,
14:25 or do you find any other support for that statement
14:25 other than Dr. Farquhar's report?
14:25 A There are many reports, of course, with
14:25 gemfibrozil.
14:25 Q Right.
14:25 A The clopidogrel is from Dr. Farquhar's report.
14:25 Q All right. The -- okay. Now, gemfibrozil is a
14:25 fibrate, is it not?
14:25 A Yes.
14:25 Q Gemfibrozil is known to interact with other
14:25 statins as well, correct?
14:25 A Yes.
14:25 Q Okay. Let me ask you -- I've got questions
14:25 about paragraph 33, and then I think we can take a

14:25 break.
14:25 Paragraph 33 cites Dr. Wang's work; is that



14:25 right?
14:26 A Yes.
14:26 Q There has been a fair amount of attention given
14:26 to this glucuronidation pathway and what role it has on
14:26 drug metabolism.
14:26 Is that fair to say?
14:26 A That's one of the major phase II mechanisms of
14:26 drug metabolism.
14:26 Q Okay. Dr. Wang's paper had some additional
14:26 conclusions in that regard, did it not, some additional
14:26 findings about that glucuronidation effect?
14:26 A Well, I think this original Wang article really
14:26 focuses on CYP2C8 and the fact that gemfibrozil inhibits
14:27 that. So gemfibrozil is capable of inhibiting both
14:27 CYP2C8-mediated metabolism and glucuronidation.
14:27 Q Is there -- what evidence was there of the role
14:27 of glucuronidation with the metabolism of gemfibrozil in
14:27 the mid '90s and late '90s?
14:27 A I don't recall any. I don't think there is
14:27 any.
14:27 Q This is a fairly new finding, is it not?
14:27 A Oh, it is, yes. To explain the gemfibrozil
14:27 effect, yes.
14:27 Q Right. And Dr. Wang's paper, at least the
14:27 paper you cite here, would have been published a year

14:27 after cerivastatin was taken off the market?
14:27 A The first paper by Wang on CYP2C8 was published
14:28 in 2002.
14:28 Q Okay. Is there another paper by Dr. Wang?
14:28 A No. I think the same Finnish group, but Wang
14:28 is probably an au- -- coauthor, but the -- the next
14:28 authors are actually Backman and Kyrklund, which I'm
14:28 referring to in 34 and 35.
14:28 MR. KEENAN: Okay. Okay. We're going to take
14:28 a break, Doc.
14:28 There's one thing I forgot to ask you, and I
14:28 wanted to ask you now.
14:29 Let's go off the record for just a minute.
14:29 VIDEO OPERATOR: We're now going off the video
14:29 record. The time is 2:29 p.m.
14:36 (Recess.)
14:36 VIDEO OPERATOR: We are now back on the video
14:36 record. The time is 2:36 p.m.
14:36 BY MR. KEENAN:
14:36 Q Okay, Doctor, just a few more questions about
14:36 glucuronidation.
14:36 The -- is there -- is there evidence that the
14:36 glucuronidide of cerivastatin is toxic?
14:36 A That it's an acyl glucuride? Not that I'm
14:36 aware of, no.

180

14:37 Q Are you aware of any evidence for the
14:37 proposition that acyl glucuronidides can induce muscle
14:37 injury in humans?
14:37 A No. I believe that the glucuronidation issue
14:37 here is really related to the formation of lactones
14:37 rather than the production of toxic acyl glucuronidides.
14:37 Q What about lactones? Are those toxic?
14:37 A They're -- they're less toxic than the -- the
14:37 free acid form.
14:37 Q Okay. Was there any evidence that was
14:37 published in the peer-review literature before 2002 that
14:37 gemfibrozil inhibits the glucuronidation of statins in
14:37 humans?
14:37 A Not that I'm aware of. There was evidence that
14:37 cerivastatin would form glucuronide conjugates from
14:37 Bayer's own work in 1998, but there was no evidence that
14:37 I know of that gemfibrozil was shown to inhibit that.
14:38 Scientists at Merck showed that.
14:38 Q The paragraph 37 identifies another paper that
14:38 talks about glucuronidation, and that is also a 2002
14:38 publication, is it not?
14:39 A At the top, you mean, the Pruek- -- I'm trying
14:39 to say that name, actually.
14:39 Is that the one you're talking about?
14:39 Q Yes. Uh-huh. If you're not -- if you can't



14:39 attempt it, I won't either. That -- that, like the Wang
14:39 article, was published in 2002 after the withdrawal of
14:39 Baycol?

14:39 A Yes.
14:39 Q Okay.
14:39 A That's the papers by Merck scientists I --
14:39 Q Oh.
14:39 A -- just referred to.
14:39 Q Okay.
14:39 And where's his supplemental report? Exhibit 4.
14:39 MR. ARBITBLIT: I believe you have your own copy of it.
14:39 BY MR. KEENAN:
14:39 Q Exhibit No. 4, which is a rebuttal expert report of Martyn Smith, you -- you dedicate nine paragraphs -- ten paragraphs to responding to specific things that -- Dr. Rodricks' opinions he made in his report, correct?
14:40 A It's really a response to Exhibit 5 and the estimates of margins of safety by Dr. Rodricks.
14:40 Q Okay. I'm going to hand you the next exhibit, which is Dr. Rodricks' report in this case, Exhibit 28.
14:40 (Deposition Exhibit 28 was marked by the court reporter.)

0

182

14:41 BY MR. KEENAN:
14:41 Q And this would be the report that you would have referred to when drafting your rebuttal report?
14:41 A Yes, and associated attachments, of course.
14:41 Q Okay. Which -- which are not, I believe, part of that.

14:42 I want to direct your attention, Doctor, to paragraph 23 of Dr. Rodricks' report.
14:42 A Yes.
14:42 Q He has a discussion there about the steepness of the dose-response curve for toxicity.
14:42 Why don't you read that paragraph to yourself, and then I'm going to ask you some questions about it.
14:42 A It's okay. I'm familiar with it.
14:42 Q You are. Okay.
14:42 Do you agree with that statement by Dr. Rodricks?
14:42 A Well, he talks really about the steepness, which we already talked about earlier about being the ratio of death. What I think is quite interesting is he uses a different NOEL here to what he uses later in Exhibit 5. So here he claims the NOEL is .008, and then in Exhibit 5, you'll see that he uses a NOEL of .025. This unfairly favors Baycol by a factor of more than 3. So he uses the wrong NOEL there. So the ratio's

□



14:43 actually 4, not 12.5. So the facts in that paragraph are wrong.
14:43 Q Okay.
14:43 A I forgot to point that out in my rebuttal report.
14:43 Q Okay. On paragraph 26 --
14:43 A Yes.
14:43 Q -- he's describing what we were talking about earlier about the plasma level of the drug --

14:44 A Yes.
14:44 Q -- and the binding.
14:44 Subject to your previous testimony about the limitations in your mind of using serum in a test tube, do you agree with this -- these opinions in paragraph 26?
14:44 MR. ARBITBLIT: Objection.
14:44 THE WITNESS: No, I don't. I think he just takes these data and extrapolates them beyond what -- what can be said about them because of what I -- I said earlier.
14:44 BY MR. KEENAN:
14:44 Q Okay.
14:44 A Their data are uncertain. Great degree of variability in them in people, and although some of the general statements are, of course, correct, they're



14:44 straight from a textbook, but I don't agree with the interpretation at the end.
14:44 Q Okay. Paragraph 33. It's an accurate, statement, is it not? It's more of a historical statement, isn't it, rather than a recitation of opinions?
14:45 MR. ARBITBLIT: Objection.
14:45 THE WITNESS: Well, I have no opinion on the relationship of the FDA with regard to cerivastatin. I have seen the pharmacology review of atorvastatin, which is cited, and I do know that the statement made there is accurate, that they didn't recommend approval of the

14:45 80-milligram dose.
14:45 MS. SCHAUM: Objection to the nonresponsive
14:45 portions of the answer.
14:45 MR. ARBITBLIT: Were you finished?
14:45 THE WITNESS: I wasn't finished.
14:45 MS. SCHAUM: I'm sorry.
14:45 THE WITNESS: And then in -- I don't -- I don't
14:45 know about pravastatin. I haven't looked at the
14:46 pharmacology review for that, so I can't tell if that is
14:46 a true statement or not.
14:46 BY MR. KEENAN:
14:46 Q Okay.
14:46 MS. SCHAUM: Same objection.



14:46 BY MR. KEENAN:
14:47 Q The Thompson article -- give me Thompson.
14:48 MR. ARBITBLIT: Exhibit 23.
14:48 BY MR. KEENAN:
14:48 Q Doctor, we've been -- we've talked about this
14:48 several times already. I want to revisit it just
14:48 briefly.
14:48 In any -- in any of the research published
14:48 literature, clinical reports like the Staffa letter to
14:48 the editor, this document, did you see anywhere, Doctor,
14:48 where cerivastatin was associated with higher rates of
14:48 myalgias as opposed to rhabdomyolysis or myopathy
14:48 defined by 10 times the upper limit of CK normal?
14:49 MR. BLACK: Objection.
14:49 THE WITNESS: I haven't formed any opinions on

14:49 that.

14:49 BY MR. KEENAN:

14:49 Q Okay. This paper, Dr. Thompson's paper, we've already talked about. There's a part of this article on page 1687. The first para- -- the first column, where he uses the word "farnesyl" --

14:49 A Yeah.

14:49 Q -- do you see that? That paragraph, you quote verbatim in your report, do you not?

14:49 A Probably pretty close, yes.

0

186

14:49 Q Okay. And the next paragraph, talking about atorvastatin and lovastatin and simvastatin, is largely quoted in your report, is it not?

14:49 A I'm sorry. Whereabouts is that?

14:49 Q The next paragraph.

14:49 A I just lost you. Where exactly are you?

14:49 Q Okay. Right here.

14:49 A So there the statin induced --

14:50 Yes. A lot of it is basically -- this is -- my -- my write-up is a similar write-up to this one --

14:50 Q Okay.

14:50 A -- here.

14:50 Q And -- and at the top of the middle column, he concludes -- Dr. Thompson concludes that "additional work is required to demonstrate whether reduced production of GTP-binding proteins and an increase in apoptosis produces the myotoxicity of statin therapy."

14:50 And you would generally agree with that

14:50 statement?

14:50 A Yes.

14:50 Q Okay.

14:50 A I think I say something similar in my report.

14:50 Q Yes.

14:51 Doctor, to the best of your knowledge -- we --
14:51 strike that.



14:51 We -- we've now been through your report, have
14:51 we not? I think we've covered all the paragraphs that
14:51 describe in detail your opinions? Does that sound about
14:51 right?

14:51 A I think so, yes.

14:51 Q Okay. And we didn't talk about the summary of
14:51 major opinions, but those are your summary of the
14:51 opinions that are laid out in greater detail in
14:51 paragraph 7 on?

14:51 A I think we basically have gone over them all,
14:51 yes.

14:51 Q Okay. Do you anticipate doing any additional
14:51 work as you sit here today with respect to your role?

14:51 A Only if requested by Counsel.

14:51 Q Okay. And you've answered my questions to the
14:51 best of your ability?

14:51 A Yes.

14:51 Q Okay. So as between your report and your
14:52 rebuttal to Dr. Rodricks' report, are there any other
14:52 documents that have a summary of your opinions or
14:52 conclusions in this case?

14:52 A No.
14:52 Q Okay. And in the course of this deposition we have identified and discussed your opinions that you have in this case, haven't we, to the best of your



14:52 knowledge?
14:52 A I mean, we haven't done everything in the rebuttal report, but -- but we've pretty much covered everything.
14:52 Q Okay. Well, you make a good point.
14:52 A Even -- even though I -- we -- I actually did summarize Exhibit 1, which is actually a summary of my opinions in that matter.
14:52 MR. KEENAN: Okay. All right. I'm going to stop, and I would like -- I'm going to get a copy of the rebuttal report, and I want to take a minute and look at it, perhaps while counsel -- I don't know if counsel has any questions or not. But I do want to reserve my right to resume the deposition and to formulate any additional questions that I may have about the rebuttal report. And at the same time, to the extent that I can ask something now about this, I want to. I think I've covered it a little bit, but I -- I just want to take a short break and read it more carefully.
14:53 MR. ARBITBLIT: Our view is that it was given to you this morning. You're entitled time to review it. We don't think it adds anything dramatically different, and it has been covered, so we would ask that if you exercise your -- your rights to further deposition

14:53 reasonably and judiciously, you may find that you don't



14:53 need anything further today.

14:53 MR. KEENAN: Let's do take a break then, and
14:53 let's copy this, and I want to mark it.

14:53 VIDEO OPERATOR: We're now going off the video
14:53 record. The time is 2:53 p.m.

15:02 (Recess.)

15:02 MR. KEENAN: I'm just going to reserve my
15:02 rights on the supplemental report because I'm not privy
15:02 to everything that's going on with respect to the MDL,
15:02 and it's my understanding from Counsel that just came
15:02 that there's some e-mail traffic going back and forth
15:02 about additional reports filed by additional experts,
15:02 Dr. Zizic; is that right?

15:02 MS. O'GORMAN: That's right.

15:02 MR. KEENAN: And so I'm going to preserve all
15:02 my rights on -- on the rebuttal expert witness report.
15:02 At the same time, I don't want to waste our time. We're
15:02 here. I want to take about ten minutes and go over some
15:02 parts to it, elicit some testimony from Dr. Smith, and
15:02 then I'm going to conclude.

15:02 And if at some later time Tark (phonetic) or
15:02 somebody who's more closely connected with the MDL wants
15:02 to move to resume the deposition on that issue of this
15:03 rebuttal report, I want to at least reserve that option.
15:03 And I'm not asking you to agree or disagree. I'm just

15:03 telling you that that's how I'm going to approach this. So I am going to ask him about it and try to cover a little bit of it and then quit.

15:03 MR. ARBITBLIT: I -- I don't think that the -- there's much dispute. And as far as other e-mail traffic, none of it really has to do with Dr. Smith or his opinions. We're simply under a federal rule time line to provide the rebuttals, and so the timing of giving you this report was obviously very close to when the deposition started this morning. So we can't expect you to be fully prepared if it were a really complex new area.

15:03 On the other hand, there's no new material presented in the rebuttal. And we won't hold you to that you can't ask any more questions if you ask ten minutes of questions now, but we'd ask that you exercise whatever rights you're reserving in a reasonable fashion, and if it's not necessary to take further deposition on this, please don't.

15:04 MR. KEENAN: Okay. Fair enough. Okay.

15:04 (Discussion off the record.)

15:04 VIDEO OPERATOR: We are now back on the video record. The time is 3:04 p.m.

15:04 BY MR. KEENAN:

15:05 Q Just some cleaning up, Doctor. Handing you

0

191

15:05 Deposition Exhibit 29.

15:05 (Deposition Exhibit 29 was marked by

15:05 the court reporter.)
15:05 BY MR. KEENAN:
15:05 Q Could you identify that for me?
15:05 A It's an e-mail from myself to Mr. Arbitblit on
15:05 Saturday afternoon, giving a -- an abstract to a recent
15:05 review article and highlighting a sentence in that
15:05 article.
15:05 Q Okay. And what's the sentence that you're
15:05 highlighting?
15:05 A The sentence I've highlighted is "Although
15:05 dose-dependent transaminase elevations occur in .5 to
15:05 2 percent of cases, it has not been determined whether
15:05 these elevations qualify as true drug-related
15:05 hepatotoxicity."
15:05 Q And why is -- why was that important to you?
15:05 A Mr. Arbitblit asked me at a meeting last week
15:06 whether there was any peer-reviewed literature with
15:06 regard to hepatotoxicity or liver toxicity from statins.
15:06 I said I hadn't seen any but I would check.
15:06 Q Okay.
15:06 A And this is -- I looked in the literature, and
15:06 this was a good summary of the basic status of the
15:06 literature.



15:06 Q Okay. Very good.
15:06 Exhibit No. 30.
15:06 (Deposition Exhibit 30 was marked by
15:06 the court reporter.)
15:06 BY MR. KEENAN:

15:06 Q It's a set of letters. Just identify those for
15:06 me, if you would.
15:06 A This is correspondence that I've received on
15:06 this matter.
15:06 Q Okay. And does that correspondence identify
15:06 the date that you would have first received materials in
15:06 the Baycol litigation?
15:07 A I'm not sure that it does. I received
15:07 materials in the Baycol litigation in -- last summer
15:07 basically --
15:07 Q Okay.
15:07 A -- the first time is what I recall.
15:07 Q All right. And then I want to speak to you
15:07 briefly about your rebuttal expert report.
15:07 And on paragraph 3 you -- you've concluded that
15:07 Exhibit 5 in the Rodricks' report is extracted from
15:07 table 2 in von Keutz's CIOMS report, correct?
15:07 A Correct.
15:07 Q Yeah. So whatever data that Dr. Rodricks was
15:07 using to formulate his opinions, he obtained directly

0



15:07 from Bayer documents; is that right?
15:08 A Looks to be that way.
15:08 Q Okay.
15:08 A Almost verbatim.
15:08 Q In other words, Dr. Rodricks didn't just pull
15:08 these numbers out of thin air, did he? He used them --
15:08 he -- he -- he -- he acquired them from underlying Bayer
15:08 documentation; is that right?

15:08 MR. ARBITBLIT: Objection.
15:08 THE WITNESS: His statements look essentially
15:08 identical in many ways to many of von Keutz's statements
15:08 in -- in the reports produced by -- by him.
15:08 BY MR. KEENAN:
15:08 Q On paragraph 7 -- paragraph 7 of your rebuttal,
15:08 what -- what are you -- what are you saying there,
15:09 Doctor?
15:09 A What I'm saying is that Bayer's own scientist,
15:09 Dr. Steinke, in particular, recognized how uncertain the
15:09 pharmacokinetic parameters were in -- for Baycol and for
15:09 other statins because they're measured in different
15:09 studies and use different methods. So he actually
15:09 states, as I claim -- show earlier, that -- I have a
15:09 quote from him saying that "comparison of the
15:09 pharmacokinetic parameters of statins should be done
15:09 cautiously because they are highly varying and different



15:09 analytical methods were used."
15:09 So given this uncertainty in the
15:09 pharmacokinetic parameters, as recognized by Bayer
15:09 scientists themselves, it would be prudent to use a
15:09 standard toxicology approach for assessing safety by
15:09 comparing doses of different statins either on a
15:09 body-weight basis or a surface-area basis. So a
15:10 classical type methodology. And what I show is that
15:10 when you do that, atorvastatin is at least 15 times
15:10 safer than cerivastatin at equivalent effective doses.
15:10 So there's therefore a very large discrepancy

15:10 between the data as presented with the pharmacokinetic
15:10 comparison by Dr. Rodricks and Dr. von Keutz in
15:10 Exhibit 5 where they show actually that cerivastatin is
15:10 4 times safer than atorvastatin; that there's -- somehow
15:10 there's a 60-fold difference between what classical
15:10 toxicology tells you and what this pharmacokinetic data
15:10 tells you.
15:10 So what I'm saying is that, given that
15:10 discrepancy, it's difficult for me to understand why
15:10 they ignore -- why they ignored the classical toxicology
15:11 and relied solely upon the pharmacokinetic parameters in
15:11 claiming that Baycol had comparable safety. And it
15:11 appears to me that the clinical experience with these
15:11 two drugs really fits best with the classical approach



15:11 rather than the pharmacokinetic approach, which Bayer's
15:11 own scientists recognize was a highly uncertain
15:11 approach.
15:11 Q On -- in paragraph 8 you address some of the
15:11 issues we've already discussed about protein binding; is
15:11 that right?
15:11 A That's right.
15:11 Q Okay. Now, on the one hand you -- you're not
15:11 fond of the models that involve test tube binding.
15:11 We've already talked about that.
15:11 A Well, it's not that I'm not fond of them.
15:11 I'm -- they're obviously standard practice, but I think
15:11 that one has to be cautious in interpreting the data
15:11 from those in vitro testing studies.

15:11 Q But here you yourself rely upon that in the
15:12 proposition that the plasma binding was reversible,
15:12 right?
15:12 MR. ARBITBLIT: Objection.
15:12 THE WITNESS: Well, I'm just stating that --
15:12 what Dr. Steinke says in his CIOMS report, that the
15:12 binding is fully reversible just to counter somewhat the
15:12 appearance that Dr. Rodricks may give that somehow when
15:12 the drug is bound to the plasma -- when the drug is
15:12 bound to the plasma proteins, it's some -- it's not
15:12 available to the tissue, where, in fact, actually it can

□



15:12 easily come off that and enter the tissue. That's
15:12 really why I'm stating that here.
15:12 BY MR. KEENAN:
15:12 Q But --
15:12 A This is standard pharmacology textbook.
15:12 Q But you yourself are relying on the Bayer data
15:12 from the test tube?
15:12 A No, I'm not. No. I'm relying upon standard
15:12 pharmacology knowledge that binding to plasma proteins
15:12 of such drugs is reversible and was shown to be
15:13 reversible in the -- in these actual studies.
15:13 Q And these were -- these -- and -- and these
15:13 binding studies were done in a manner that you think --
15:13 that you're critical of?
15:13 MR. ARBITBLIT: Objection.
15:13 MR. BLACK: Objection.
15:13 THE WITNESS: I'm not critical in regard to

15:13 their ability to show that whether the binding is
15:13 reversible, and I'm not critical of them in terms of
15:13 following standard procedures. I'm critical of them in
15:13 terms of interpreting -- interpreting them very
15:13 specifically as showing that the amount free is an exact
15:13 number that can then be extrapolated to highly variable
15:13 human beings.
15:13 BY MR. KEENAN:

□



15:13 Q In paragraph 9 you reference Rezulin and the
15:14 binding of Rezulin in test tubes; is that right?
15:14 A Yes.
15:14 Q Okay. And what's your point here?
15:14 A My point is that Rezulin, in the same way
15:14 cerivastatin was largely in the bound form in plasma in
15:14 a test tube study -- in fact, it was 99.8 percent bound
15:14 and only .2 percent free -- similarly, cerivastatin was
15:14 99.3 percent bound and .7 percent free.
15:14 But when we looked in actual human beings, in
15:14 an actual human study where they'd been given the drug
15:14 and then the blood taken out and the plasma looked at,
15:14 the unbound fraction was in the range of .7 to
15:14 5.1 percent. So in some people for Rezulin there was 25
15:15 times more free drug in the plasma than in the test
15:15 tube. And the average was actually 13-fold higher than
15:15 the test tube.
15:15 So the test tube studies clearly favor the idea
15:15 that the drug is more highly bound than it actually is
15:15 in real human beings. And, secondly, they show that

15:15 there is tremendous variation in this degree of binding in actual human beings. And since cerivastatin is very similar to Rezulin in the fact that it's highly bound to albumin, I believe that the situation is more likely than not to be the same.

0



15:15 Q But there's -- you got a published -- you got published literature dealing with Rezulin, and you have no equivalent literature when dealing with Baycol, right?

15:15 MR. ARBITBLIT: Objection.

15:15 THE WITNESS: No, I haven't been able to find any as yet.

15:15 BY MR. KEENAN:

15:15 Q And -- and pardon my ignorance, but the blood that is in the test tube, do they -- do they draw the blood and then do they mix the -- the active agents in the test tube, or are they already mixed when they're drawn from the individual participant?

15:16 A Take the blood out of the arm and they add a shot of drug --

15:16 Q Okay.

15:16 A -- shake it up for a while, then determine the amount that's free and the amount that's bound.

15:16 Q Okay.

15:16 A In the human studies, they administer the drug. Wait a while. Take out a sample of blood and then determine the amount that is free and the amount that's bound.

Q Okay.

A My point with all this is actually that there's



great uncertainty here, and so adding an extra factor on the basis of protein binding is highly uncertain, and is, as I describe it, pushing the envelope.

Q Well, I -- I see that pejorative phrase, Doctor.

Bayer was doing -- was approaching the protein binding no differently than any of the other statin makers, right?

MR. ARBITBLIT: Objection.

BY MR. KEENAN:

Q They were all -- they were all doing it exactly the same, right?

MR. ARBITBLIT: Objection.

THE WITNESS: It's my understanding from von Keutz's deposition that the -- this theoretical safety factor on the basis of protein binding was used to validate going to a higher .8 milligram dose and was very important in its acceptance by the FDA. And so this is different to other statin -- I haven't seen that other statin manufacturers have argued that the -- there can be additional safety factors based upon protein binding.

BY MR. KEENAN:

Q You have or you have not?

A I have not.

15:17 Q But the -- the -- the technique for measuring
15:17 protein binding that Bayer used, that technique was no
15:18 different than the other statin makers were using to
15:18 measure their percent bound to protein?
15:18 A On the test tube studies, yes, they all used
15:18 the same protocol.
15:18 MR. KEENAN: Okay. No further questions.
15:19 Thank you.
15:19 THE WITNESS: Thank you.
15:19 MS. SCHAUM: No.
15:19 MS. O'GORMAN: No.
15:19 VIDEO OPERATOR: No questions?
15:19 MR. ARBITBLIT: No questions.
15:19 VIDEO OPERATOR: Conclude it?
15:19 This concludes today's proceedings in the
15:19 deposition of Martyn Smith. The number of videotapes
15:19 used was three. We are now going off the video record.
15:19 The time is 3:19 p.m. Thank you.
//
//

201

I, MARTYN T. SMITH, Ph.D., do hereby declare under penalty of perjury that I have read the foregoing transcript of my deposition; that I have made such corrections as noted herein, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of ____________________, 20____, at ______________________, ________________.

(City) (State)

______________________________________

MARTYN T. SMITH, Ph.D.

202

STATE OF CALIFORNIA)

: ss

COUNTY OF SAN MATEO)

I, the undersigned, a Certified Shorthand

Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: ____________________________

______________________________________
SUZANNE F. BOSCHETTI
CSR No. 5111