**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD/JGL) |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN W. FARQUHAR, M.D.**

I, Don C. Arbitblit, certify that the Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Expert Testimony of John W. Farquhar, M.D. complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 8,123 words.

Date: June 23, 2006

/signature on file/
Don C. Arbitblit
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
Telephone: 415-956-1000
Facsimile: 415-956-1008