UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

# AFFIDAVIT OF ALEXANDRA L. FOOTE, ESQUIRE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF JOHN W. FARQUHAR, M.D.

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Alexandra L. Foote, Esquire, being duly sworn, deposes and says:

1. I am an associate with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I submit this Affidavit in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to exclude expert testimony of John W. Farquhar.

2. Attached as **Exhibit A** is a true and correct copy of the Curriculum Vitae of John William Farquhar.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition testimony of John W. Farquhar, taken on February 13, 2004.

4. Attached as **Exhibit C** is a true and correct copy of Judy A. Staffa et al., "Cerivastatin and Reports of Fatal Rhabdomyolysis," *New Engl. J. Med.*, Vol. 346, No. 7, Feb. 14, 2002.

5. Attached as **Exhibit D** is a true and correct copy of the Expert Witness Report of John W. Farquhar, M.D.

6. Attached as **Exhibit E** is a true and correct copy of the Declaration of Stephen Morrissey, Ph.D.

7. Attached as **Exhibit F** is a true and correct copy of Jennie T. Chang and Judy A. Staffa et al., "Rhabdomyolysis With HMG-CoA Reductase Inhibitors and Gemfibrozil Combination Therapy," *Pharmacoepidemiology and Drug Safety*, 13 (2004) 417-426.

8. Attached as **Exhibit G** is a true and correct copy of David J. Graham and Judy A. Staffa et al., "Incidence of Hospitalized Rhabdomyolysis in Patients Treated With Lipid-Lowering Drugs," *JAMA* Vol. 292, No. 21, December 1, 2004.

9. Attached as **Exhibit H** is a true and correct copy of the Declaration of John W. Farquhar In Opposition to Motion To Exclude Expert Testimony.

10. Attached as **Exhibit I** is a true and correct copy of Bruce M. Psaty et al., "Potential for Conflict of Interest in the Evaluation of Suspected Adverse Drug Reactions—Use of Cerivastatin and Risk of Rhabdomyolysis," *JAMA*, Vol. 292, No. 21 (Dec. 1, 2004).

11. Attached as **Exhibit J** is a true and correct copy of Paul D. Thompson et al. "Statin-Associated Myopathy," *JAMA*, Vol. 289, No. 13, April 2, 2003.

12. Attached as **Exhibit K** is a true and correct copy of David J. Graham and Judy A. Staffa et al., "Incidence of Hospitalized Rhabdomyolysis in Patients Treated With Lipid-Lowering Drugs," *JAMA* Vol. 292, No. 21, December 1, 2004.

13. Attached as **Exhibit L** is a true and correct copy of the Rebuttal Expert Witness Report of John W. Farquhar, M.D.

14. Attached as **Exhibit M** is a true and correct copy of the Food and Drug Administration Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiological Assessment (March 2005).

15. Attached as **Exhibit N** is a true and correct copy of three pages from the Annotated Reference Manual on Scientific Evidence Second (2005-2006).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Alexandra L. Foote

Sworn to before me this 23rd
day of June, 2006.

Notary Public

DOUGLAS CLEVENGER
COMM. #1602028
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug. 21, 2009

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California
County of San Francisco } ss.

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

Signature of Document Signer No. 1

Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

23 day of June, 2006, by
Date Month Year

(1) [signature],
Name of Signer

☒ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2)________________________________,
Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

DOUGLAS CLEVENGER
COMM. #1602028
NOTARY PUBLIC – CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug. 21, 2009

Place Notary Seal Above

Douglas Clevenger
Signature of Notary Public

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: ____________________

Document Date: ____________________ Number of Pages: ________

Signer(s) Other Than Named Above: ____________________

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
| --- | --- |
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5910 Reorder: Call Toll-Free 1-800-876-6827