# EXHIBIT B

MR. PIORKOWSKI: Object to the sidebar.

THE WITNESS: Well --

MR. PIORKOWSKI: Q. Let me withdraw the question and rephrase it.

Do you understand, putting Baycol aside, that the FDA -- from the standpoint of scientific evidence -- that the FDA looks to control clinical trials as the best evidence of the safety and efficacy of a pharmaceutical product, notwithstanding whatever limitations controlled clinical trials may have?

MR. ARBITBLIT: Objection.

THE WITNESS: Well, I think I said before that there's no doubt that you can't get a drug approved unless you've done your ration of clinical trials. And I also said and want to repeat that the limitations of clinical trials are such that rare events may be missed and post-marketing surveillance may be the only way that one can find them.

Now, in the analyses that I did, initially it appeared that the clinical trials that had been done on statins had not shown that Baycol had extra toxicity. But when those came to my attention, then it was clear that even despite their limitations and despite the fact that healthier people were used, that the toxicity for muscle damage appeared.

Q. Was there a reason you never initiated Lescol?
A. I have a general policy -- I had a general policy to avoid new drugs until they had a longer period of post-marketing experience under their belt.
Q. Did you use Atorvastatin or Lipitor?
A. I did.
Q. Now, Atorvastatin was a more recent drug on the market than Lescol, correct?
A. Yes.
Q. When did you start using Atorvastatin?
A. The Atorvastatin story, if I may elaborate on that, is that it swept the country due to reasons that included very aggressive marketing. I had a general -- how to put this? I wasn't inclined to use Lipitor nearly as much as the average practicing physician. Our preventive cardiology clinic was Stanford's, if you will, lipid clinic, and we noticed Lipitor being used in more people than we thought was appropriate in doses higher than we thought were needed.
And in fact, I had a number of patients where I had to reduce the dose of Lipitor in order to keep them from having cholesterol levels that were in our opinion too low. So I wasn't fond of Lipitor. I think in a similar fashion if I had someone sent to me, they were on Lipitor and it was working, if I didn't adjust the