# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

# EXPERT WITNESS REPORT OF JOHN W. FARQUHAR, M.D.

## I. BACKGROUND AND QUALIFICATIONS

1. I am a Professor Emeritus (Active) of Medicine at the Stanford University School of Medicine in Stanford, California. I have held the position of Professor of Medicine at Stanford since 1973. I served as an Assistant Professor of Medicine (1962-1966) and an Associate Professor of Medicine (1966-1973) at Stanford. I am also a Professor of Health Research and Policy at Stanford, a position I have held since 1978. A true and correct copy of my curriculum vitae is attached to this Declaration as Exhibit A.

2. Principal areas of my research, academic and publication interests include epidemiology and cardiovascular risk factors. I have devoted a substantial portion of my career to research concerning the effects of cholesterol on cardiovascular health as well as methods of cholesterol reduction. I was the Director of the Preventive Cardiology Clinic, Stanford Medical Center from 1978 to 1996, and I have been the Co-Director since that time. The Preventive Cardiology Clinic counsels patients on subjects relating to cardiovascular risk, including high cholesterol, and treats patients who have suffered from cardiovascular illnesses. From 1973 to 1984, I served as the Director, Stanford Heart Disease Prevention Program.

3. My work on cholesterol-related issues includes experience in the following positions: Co-Chairman, National Lipid Research Clinic Program, Intervention Committee, 1971-1975; Director, Lipid Research Clinic, Stanford University School of Medicine, 1971-1983; Advisor, Cholesterol Education Program for Physicians (University of California at San Francisco; NHLBI Grant), 1976-1988; and Advisor, Citizens for Public Action on Blood Pressure and Cholesterol, 1990-1999.

4. In 1991, I received the National Cholesterol Award for Public Education on the basis of my extensive work on an epidemiologic study of cholesterol and cardiovascular risks, and on methods of reducing such risks by educating citizens on preventive health care. This award was given by the National Cholesterol Education Program (NCEP), an organization established in 1985 by the National Heart, Lung and Blood Institute (NHLBI). NCEP's purpose is to set standards and goals for doctors and patients regarding achievement of healthy cholesterol levels, in order to reduce cardiovascular risk.

5. I received the Charles A. Dana Award for Pioneering Achievement in Health in 1990. The Dana Foundation states that the Award was given "for demonstrating that society's resources of education and persuasion have great potential, as yet barely tapped, for reducing the burden of disease and extending lives."

6. I received my medical degree from the University of California School of Medicine, San Francisco (U.C.S.F.), in 1952. I completed a post-doctoral Fellowship in Cardiology from the United States Public Health Service in 1956-57 at U.C.S.F. In 1968-69, I studied Epidemiology and Medical Statistics at the London School of Hygiene and Tropical Medicine, London, England.

7. I have been a Licentiate of the American Board of Internal Medicine since 1960. I was elected to the National Academy of Sciences - Institute of Medicine in 1978. In 1980, I became a member of the Epidemiology and Prevention Scientific Section of the International Federation and Society of Cardiology. I received the Preventive Cardiology Academic Award of the National Heart, Lung, and Blood Institute, 1989-1994, and the Research Achievement Award of the American Heart Association in 1992.

8. I am a Fellow of the American Heart Association Council on Epidemiology and Prevention, a position I have held since 1965. From 1969 to 1971, I also was a member of the American Heart Association's Study Section on Physiological Chemistry, representing the Council of Epidemiology. From 1971 to 1975, I was a member of the Epidemiology and Biometry Advisory Committee of the National Heart and Lung Institute.

From 1975 to 1978, I was a member of the Executive Committee of the American Heart Association Council on Epidemiology. From 1984 through 1997, I served as the Director of the Stanford Center for Research in Disease Prevention.

9. Since 1984, I have been a member of the World Health Organization (WHO) Expert Advisory Panel on Cardiovascular Diseases. I have also served as an advisor, and/or member, of numerous other committees devoted to public health and disease prevention, particularly with respect to cardiovascular risk, for various universities and governmental agencies, as fully set forth in my curriculum vitae.

10. I served as Chair, Advisory Committee, International Heart Health Conference, Victoria, Canada, 1991-1992. From 1993 to 2001, I served as Chair of the Victoria Declaration Implementation Group: Towards a Global Heart Health Partnership (35 international members). I was also a member of the Advisory Board, First International Conference on Women, Heart Disease and Stroke, B.C., Canada, in May 2000. In 2001, I became a founding member of the International Heart Health Society.

11. I am the author or co-author of well over 100 peer-reviewed articles, including many in the fields of epidemiology and cardiovascular risk, which are listed at length in the Bibliography section of my curriculum vitae. I am the co-author of a recent book entitled Diagnosis: Heart Disease (Norton & Co. 2001), which provides information about prevention and treatment of cardiovascular conditions, including sections on cholesterol and methods of cholesterol reduction.

12. I received the Joseph Stokes Preventive Cardiology Award from the American Society of Preventive Cardiology and the Annual Ancel Keys Lecture Award from the American Heart Association in 1999 and 2000, respectively. In July 2002, I was invited to address a conference of judges of the Ninth Circuit of the United States on issues relating to cardiovascular health.

13. I was Principal Investigator of the Stanford Five Cities Project, an extended series of community-based studies of the effects of health education in reducing

cardiovascular risk factors such as cholesterol, physical inactivity, hypertension and smoking. The Stanford Five Cities Project resulted in numerous peer-reviewed publications reporting on the benefits of education in modifying behaviors, reducing risk factors, and improving cardiovascular health. *See, e.g.*, Farquhar *et al.*, "Effects of Community-Wide Education on Cardiovascular Disease Risk Factors. The Stanford Five Cities Project." Journal of the American Medical Association (JAMA) 1990; 264:359-65. Our project continues to be cited in the medical literature as among the best-known population-based intervention programs and as a model for other efforts to educate about and to reduce cardiovascular risk.

14. From 1980 to 1993, I was a member of the Advisory Board of the Minnesota Heart Health Program. This was a sister program to the Stanford Five Cities Project, which resulted in peer-reviewed publications concerning reduction of cardiovascular risk factors through educational interventions.

15. Dozens of my published articles pertain to various aspects of elevated blood cholesterol, inducing its effects and methods for its reduction. These include JAMA publications of my work as Principal Investigator for the Lipid Research Clinics Program (LRCP). The LRCP Coronary Primary Prevention Trial was the first study to show that purposeful lowering of cholesterol reduced the incidence of heart attacks among patients who had no prior history of heart attacks and was therefore a means of primary prevention. JAMA 1984; 251:351-64, 365-74.

16. In the LRCP study's first phase, an experimental group and a control group both received a diet designed to reduce cholesterol. In addition, the test group received a substance known as cholestyramine, a bile acid binding agent, which was unabsorbed by the body and therefore free of serious "adverse events," or harmful effects to the body. The study showed that the cholestyramine group had greater cholesterol reduction, and lower incidence of heart attacks over a five to seven-year follow-up period compared to the control group. This LRCP study contributed to the literature demonstrating the beneficial effects of cholesterol-

reducing agents in lowering cardiovascular risk, and was a precursor to subsequent research involving statin drugs, which were not then available.

17. A second phase of the LRCP trial was an epidemiologic study of the role of plasma lipoproteins in causing coronary disease. This research contributed to understanding the damaging role of LDL (low-density) cholesterol, and the protective role of HDL (high-density) cholesterol. I also co-authored the first published article to show that exercise raised HDL, the so-called "good" cholesterol. This research was another aspect of my career focus on reduction of cardiovascular risk, including reduction of risk due to excess amounts of harmful cholesterol-containing lipoproteins, such as LDL cholesterol.

18. The opinions expressed herein are stated to a reasonable degree of medical certainty, based on generally accepted principles of medicine and epidemiology. The materials I relied upon in forming these opinions are set forth in Exhibit B, attached. A statement of my prior testimony and rates is attached as Exhibit C. I understand that discovery is continuing, and I may supplement this Report if warranted by information obtained in the future.

## II. BACKGROUND INFORMATION ON CHOLESTEROL AND CARDIOVASCULAR RISK

19. Based upon my personal experience and research in the field of cardiovascular health and risk factors, as well as my familiarity with the literature in the field, it is clear that excessive cholesterol (particularly low-density lipoproteins, or LDL cholesterol) is a significant risk factor for cardiovascular disease. In fact, almost all diagnosed heart disease is really artery disease, where the arteries become clogged from blood cholesterol and prevent necessary oxygen, carried by the bloodstream, from reaching the heart, brain, kidneys or other important organs. The secondary events that can result include heart attack, congestive heart failure, stroke, irregular heart rhythms, and narrowing of arteries to the legs or kidneys. Reduction of excessive cholesterol has important benefits in reducing the risk of such diseases.

20. Cholesterol is a waxy, fat-like substance produced by the liver and present in all animal tissue. It is an important substance with many functions in the body. It is a building block of cells, and the starting molecule for the synthesis of many hormones, as well as bile acids that assist in digestion of fats and many other substances. When cholesterol is found in foods, it is referred to as dietary cholesterol. Dietary cholesterol is present in animal foods (meat, fish, eggs and dairy products). Cholesterol found in the blood is a combination of cholesterol absorbed from food and cholesterol synthesized by the liver. Plants do not contain cholesterol, but the cells of all plants contain similar substances called phytosterols, which are not absorbed by the body and which will actually block some of the cholesterol in the diet from being absorbed. The body makes all the cholesterol it needs. If the diet contains too much additional cholesterol, blood cholesterol levels will go up, contributing to the risk of atherosclerosis, or hardening and blockage of the arteries.

21. Blood cholesterol is found in particles called lipoproteins, a term derived from lipo, which means fat, and protein. Lipoproteins are complex particles that float around in the blood and contain more or less fat and more or less protein, along with cholesterol and a few other compounds. The more fat they contain, the lighter they are. The most common of the light lipoproteins is LDL (low-density lipoprotein). LDL is often called the "bad" type of cholesterol because it is this type that deposits as plaque in the arteries. High levels of LDL are a major predictor of heart trouble.

22. The more protein that lipoproteins contain, they heavier they are, and the most common of these is HDL (high-density lipoprotein). The cholesterol found in HDL has become known as "good" cholesterol. HDL does not clog arteries, and is protective against heart disease, apparently by removing excess cholesterol from the tissue, including the arteries, and bringing it to the liver. From the liver, it can be made ready for excretion by the body.

23. Plaques are deposits of cholesterol and fibrous tissue built up over many years on blood vessel walls. These deposits form lumps on the inside of the arteries that are called atherosclerotic plaques. They are formed in response to factors such as smoking, high

blood cholesterol, and high blood pressure, among others. When the plaques build up and narrow the artery to about fifty percent of its original size, then the diagnosis of coronary artery disease may be made, although sensitive tests that are not often performed can detect smaller deposits. After about fifty percent narrowing has occurred, coronary artery disease, also known as coronary heart disease or CHD, can gradually or suddenly interfere with pumping and circulation of blood, depriving tissue and organs (including the heart itself) of essential blood and oxygen. A heart attack is a closure of one or more of the heart's arteries sufficient to damage some heart muscles by depriving them of oxygen, due to the narrowing of the artery by atherosclerotic plaques, followed by a clot (or thrombus) that completely closes the artery. It is the narrowing of the artery due to atherosclerotic plaques that makes it susceptible to a clot.

24. Risk factors for heart disease include those that arise from lifestyle, such as smoking, high cholesterol, high blood pressure, obesity, poor diet, and diabetes; and innate factors such as family history of heart disease, age, gender, and hereditary high cholesterol. In contrast, "protective factors" are behaviors and conditions that decrease the risk of heart disease, such as exercise, weight control and healthy diet. The most important risk factors for heart disease are high blood cholesterol level and cigarette smoking. High blood pressure and lack of exercise are also among the top four risk factors.

25. Total blood cholesterol should be below 200 milligrams per deciliter (mg/dl). Also, any HDL below 35 mg/dl is considered to be abnormal. Women have an average HDL of about 55 mg/dl, and men about 44 mg/dl. Even if total cholesterol is considered within the normal range, if HDL is less than 35, then the patient is still at increased risk. LDL cholesterol is considered high if it is above 130 mg/dl, and a desirable level is considered to be below 120 mg/dl (or below 100 mg/dl if the patient has heart disease or two or more heart disease risk factors).

26. Studies have shown that heart disease risk factors such as high blood cholesterol are lowered by regular aerobic exercise, and by dietary modification to reduce intake of foods that are high in cholesterol or saturated fat (a type of fat found in animal

tissues). My own investigations, such as those in the Stanford Five Cities Project and the Lipid Research Clinics Program, have contributed to this scientific consensus.

27. The most common cholesterol-lowering medications are the class of chemicals called statins, also known as HMG Co-A inhibitors. Statins interfere with the production of cholesterol in the body, mainly in the liver, by blocking a key step in cholesterol synthesis. However, statins cause a range of adverse effects, the most important being muscle tissue injuries or "myopathy." A particularly severe form of muscle injury is known as rhabdomyolysis, which occurs when muscle cell membranes are destroyed and the contents of the cells are released into the blood stream. Clinically, this condition ranges from asymptomatic to severely painful and disabling. Also, the muscle cell contents can overwhelm the kidneys and cause acute renal failure (ARF), which can be fatal.

28. In order to minimize the risk of adverse effects of statins, certain general principles are accepted in the field, and/or recommended by the NCEP. First, lifestyle modifications such as regular exercise and dietary changes should be prescribed, to attempt to lower cholesterol. Second, if statins are to be prescribed, such a prescription should be in tandem with continued lifestyle modifications, so that the lowest possible dose of medication will be needed to achieve the additional desired cholesterol reduction, with the minimum increased risk of adverse effects. Third, where there is a choice of medications to prescribe, the medication capable of achieving the desired reduction in cholesterol with the lowest risk of adverse effects should be prescribed.

29. When Baycol (cerivastatin) was introduced into the market in 1998, it was not a necessary addition to the choices of pharmaceuticals available to physicians. There were already five statins on the market that had been demonstrated to reduce cholesterol. Baycol was a "me too" drug: it did not add any particular advantages in efficacy, and it was unproven in terms of long-term safety by actual users, outside the tightly controlled atmosphere of clinical trials.

30. Based upon my review of available data from multiple sources, it is clear to a reasonable degree of medical certainty that Baycol caused significantly greater muscle disease than other statins, including substantial numbers of fatal cases of rhabdomyolysis, before it was withdrawn from the market on August 8, 2001. The following sections of this Report describe the various data sources I have analyzed, which all consistently demonstrate that Baycol was by far the most dangerous statin drug.

## III. GENERALLY ACCEPTED EPIDEMIOLOGIC METHODS DEMONSTRATE THAT BAYCOL CAUSES MUSCLE INJURIES, AND THAT IT IS MORE TOXIC THAN OTHER STATINS.

### A. General Principles of Epidemiology

31. Epidemiology is the field of public health that studies the incidence, distribution and etiology, or causes and origins, of disease in human populations. Epidemiological data is appropriately used to determine the likelihood of a cause and effect relationship between particular risk factors and particular disease outcomes. Some of the factors commonly considered by epidemiologists in assessing the likelihood of a causal relationship are the strength of association between exposure and disease; consistency of the observed association among studies; the existence of a dose-response relationship; temporal relationship between exposure and disease; coherence; biologic gradient; specificity; and statistical significance. A similar analysis can be applied to compare the toxicity of one drug, in this case Baycol, relative to other drugs in the statin class. All of the factors used by epidemiologists in such an analysis strongly support the conclusion that Baycol is far more toxic than other statins, as discussed below.

32. *Strength of Association Between Exposure and Disease.* The strength of association between a risk factor and a disease outcome is measured by the relative risk or odds ratio. A strong association between exposure and outcome supports the inference of a causal connection. Monson, Occupational Epidemiology (2d ed. 1990), at 88-100.[1] In this case, there

[1] Richard Monson, M.D., the author of the cited text, is Professor of Epidemiology and former Director of the Occupational Health Program, Harvard School of Public Health. His epidemiology textbook is widely used and considered authoritative. The summary of factors considered by epidemiologists in analyzing causation is excerpted from the Monson textbook, pp. 16, 88-100, except as otherwise noted.

is a high relative risk of myopathy/rhabdomyolysis after Baycol exposure, as compared to other statins, supporting the conclusion that Baycol is more toxic.

33. *Consistency of the Observed Association Among Studies.* Confirmation by repeated findings of an association in different population groups and different settings strengthens the inference of a causal connection. Finding such consistency is logically equivalent to the replication of results in laboratory experiments under a variety of environmental or biological conditions. Multiple data sets, described herein (§§ IV and V, below), consistently show more reports of myopathy/rhabdomyolysis with Baycol than with other statins, strongly supporting the conclusion that Baycol is more toxic.

34. *The Existence of a Dose-Response Relationship.* If a risk factor is causally related to the occurrence of a disease, then the risk of developing the disease should be related to the degree of exposure to the risk factor. There is a consensus in the scientific community that the evidence supports a dose-response relationship between statins and muscle injury, again strengthening the inference of a causal relationship. Indeed, the Clinical Advisory on statins, published jointly by the American College of Cardiology (ACC), the American Heart Association (AHA), and the National Heart, Lung and Blood Institute (NHLBI) states simply: "[M]yopathy is more likely to occur at higher statin doses than at lower doses." Circulation 2002; 106:1024-28 at 1027. Also, Bayer internal documents state that Baycol clinical trials demonstrated "dose-related" elevations in CK (creatine kinase), indicating muscle cell "necrosis" (BAYCORP01454741); and further, that Baycol-associated rhabdomyolysis "rates increase with dose" (BAYCORP01439621). Furthermore, Bayer-compiled data sets reviewed in this Report have also shown convincing evidence for a dose-response relationship of Baycol to rhabdomyolosis (BAYCORP04077746, 04077747, and 04077749, and Figures 7, 8 and 9, below).

35. *Temporal Relationship Between Exposure and Disease.* In order for an exposure to cause a disease, it is obvious that the exposure must precede the disease. This

factor is demonstrated by the findings of the published case reports and studies, in which exposure to Baycol preceded rhabdomyolysis and/or myopathies.

36. *Coherence.* Epidemiologists consider the plausibility or "coherence" of the causal relationship based on current scientific understanding. It is generally accepted in the scientific community that statins cause myopathies/rhabdomyolysis, and the reported effects of Baycol are coherent with this information.

37. *Biologic Gradient.* Where an exposure is causally associated with a disease outcome, a spectrum of host responses should follow exposure to the hypothesized agent along a logical biologic gradient from mild to severe. Lilienfeld and Stolley, Foundations of Epidemiology (3d. ed. 1994) at 262.[2] The biologic gradient is evidenced by the data described in this Report. That is, the data show increased occurrence of myopathy/rhabdomyolysis in the Baycol-exposed groups, and more cases in the milder categories than the more severe categories.[3] Thus, for example, the reporting rate for "myopathy" was substantially greater than the reporting rate for "rhabdomyolysis" (ADRAC data, Exhibit 2, Table 2, Set 1, BAYCORP01645109); and the reporting rate for rhabdomyolysis was substantially greater than for fatal rhabdomyolysis (Exhibit 4, Sets 1 and 2 of Table 4).

38. *Specificity.* Specificity of a relationship between exposure and a particular outcome strengthens confidence in a causal inference, but lack of specificity does not rule out causality. Here, the scientific literature conclusively demonstrates that Baycol exposure is associated with the specific outcome of myopathy/rhabdomyolysis, supporting the causal inference.

39. *Statistical Significance.* Statistically significant results indicate that an association was probably not due to chance alone. As described below, the data are almost uniformly highly statistically significant ($p < 0.0001$), in which case there is less than a one in

[2] Professors Lilienfeld and Stolley are noted epidemiologists and highly regarded in the field.
[3] *See, e.g.*, Exhibit 2, Table 2, Set 1, ADRAC data showing greater reporting rate of myopathy rather than rhabdomyolysis and Sets 1 and 2 of Table 4 and Exhibit 4 confirming this phenomenon (non-fatal rhabdomyolysis greater than fatal rhabdomyolysis in U.S. data.

ten thousand possibility that the greater degree of myopathy/rhabdomyolysis reported by patients exposed to Baycol as compared to other statins is due to chance alone. Instead, the data demonstrate that Baycol is far more dangerous than other statins, to a high degree of scientific and medical certainty.

### B. Dose-Response Relationship Is Demonstrated by the Data.

40. As noted above (¶ 34), a dose-response relationship is generally considered to be important evidence of causality. Several data sources, compiled by Bayer and analyzed in this Report, demonstrate the existence of a dose-response relationship; in particular, far higher Adverse Event Reporting rates were found at the 0.8 mg dose of Baycol in monotherapy than at 0.4 mg or 0.2 mg Baycol doses; the 0.8 mg Baycol dose in combination with either gemfibrozil or clopidogrel was also associated with far higher reporting rates than either the 0.4 mg or 0.2 mg Baycol doses in combination therapy.[4]

### C. Meta-Analysis of Data Sets of Spontaneous Reports of Adverse Events Can Provide a Reasonable Estimate of the Magnitude of Excess Risk Conferred by Baycol in Comparison to Other Statins.

41. Meta-analysis is an accepted epidemiologic technique used to combine the results of several studies. Such an analysis generally allows a more precise estimate of the extent of risk conferred by a toxic agent by increasing the number of data points, and the power of the studies, while diminishing the chance that a reported association is the result of chance alone. In this case, five early data sets and four later data sets of Spontaneous Reports (SRs) of adverse events associated with Baycol and other statins were analyzed, both individually and collectively. It is important to note that the individual data sets all showed statistically significant higher toxicity of Baycol; meta-analysis was not necessary to show this relationship. Nevertheless, meta-analyses of the early and late data sets was performed, to advance the search for consistency, to increase the precision of the estimated excess risk, and for ease of comprehension of the overall magnitude of toxicity.

[4] See infra text accompanying Figures 7-9 at ¶¶ 79-82.

42. Recent literature supports the propriety of pooling data from multiple studies to analyze adverse effects of prescription drugs.

> Meta-analysis, the quantitative analysis of two or more independent studies for the purpose of determining an overall effect and of describing reasons for variation in study results, is [a] potential tool for identifying ADRs [Adverse Drug Reactions] and assessing drug safety. . . . Suggested roles for meta-analytic techniques include the establishment of associations between drugs and adverse effects, <u>estimation of the frequency of ADRs</u> and identification of subgroups at increased risk for ADRs. Meta-analysis has been used to increase the statistical power for comparing outcomes or assessing outcomes in subgroups. Therefore, it is reasonable to believe that these techniques may be useful for the evaluation of medication use and adverse events when individual trials are not large enough to demonstrate a clear association or for <u>estimating a relation with increased precision</u>.

Brewer *et al.*, "Post-Marketing Surveillance and Adverse Drug Reactions," <u>JAMA</u> (1999) 281:824-29 at 827 (emphasis added). This article supports the method of meta-analysis as applied to Baycol in this case.

**D. <u>Spontaneous Reports of Adverse Events Are Sufficient and Appropriate to Estimate Relative Risks of Different Statin Drugs in this Case, and to Demonstrate that Baycol Is Far More Dangerous than Other Statins.</u>**

43. The scientific community has reached a consensus that Baycol is substantially more toxic than other drugs in the same class, causing far greater numbers of rhabdomyolysis, myopathies, and deaths. This consensus is based upon the collection and analysis of spontaneous reports of adverse events reported by physicians in countries around the world, which consistently support the same conclusion.

44. In its submissions to regulatory agencies, Bayer took the position that spontaneous reports are not an appropriate basis to determine incidence of adverse events, nor to assess the relative safety of Baycol in comparison to other statins. I have reviewed a report of Brian Strom, M.D., a witness for Bayer in litigation, endorsing that view. Dr. Strom asserts that there is a hierarchy of epidemiologic study designs for the purpose of assessing risk, with randomized clinical trials at the top of the hierarchy. For the reasons stated below, and contrary to Dr. Strom's assertion, the compilations of adverse event reports (AERs) form an appropriate

basis for comparison of the risk of Baycol to other statins, while the clinical trials of Baycol are inadequate for that purpose.[5]

45. First, publications in the scientific literature rely upon these adverse event reports to consistently conclude that Baycol is more dangerous than other statins. Such reliance demonstrates that the adverse event reports are an appropriate basis for scientists and physicians to reach these conclusions. Since Baycol was withdrawn from the market on August 8, 2001, the publications with which I am familiar all reach the same conclusion that Baycol is more toxic; I have not seen any publication since August 8, 2001 claiming that Baycol is as safe as other statins. Examples of the statements in the scientific literature include the following:

a. "The death rate for cerivastatin was 16 to 80 times greater than the other statins, but there were no apparent differences among the other agents." Thompson *et al.*, "Statin-Associated Myopathy," JAMA 2003; 289:1681-90 at 1683. The lead author was a consultant to Bayer and other statin manufacturers. The above-quoted excerpt referred to "estimated incidence rates" for the various statins based on compilations of adverse event reports and numbers of prescription, the same methodology applied in Section IV of this Report.

b. The "tragic rate of rhabdomyolysis with cerivastatin . . . seems to be at least tenfold higher than with first generation statins . . . ." Farmer, "Learning from the Cerivastatin Experience," Lancet 2001; 358:1383-1384 (emphasis added).

c. The adverse effect of myopathy "is shared by all statins, but is more common with cerivastatin, especially in combination with gemfibrozil." Hamilton-Craig, "Statin-Associated Myopathy," MJA 2001; 175:486-489 (emphasis added). In this publication, the author cites adverse event reports from Australia, Europe, the United States, and the World Health Organization's International Drug Information System (INTDIS) database. The author concludes that statins have a favorable ratio of benefits to adverse reactions, "with the exception of cerivastatin." Id. at 488; emphasis added.

[5] We also analyzed (a) the post-marketing data from the "PacifiCare" study and (b) a compilation of clinical trial data, which provide consistent results showing greater toxicity of Baycol. See infra §§ IV.C, IV.D, and V.

d. Furberg *et al.* state, "The withdrawal of cerivastatin demonstrates that all statins are not interchangeable. "Cerivastatin is at least ten times more likely than the other statins to cause fatal rhabdomyolysis.... In relative terms, it appears that cerivastatin was inferior to the other statins." Furberg *et al.*, "Withdrawal of Cerivastatin From the World Market," Current Controls Trials in Cardiovascular Medicine 2001; 2:205-207 at 206 (emphasis added). Dr. Furberg's co-author, Bertram Pitt, mentions in this article that he had acted as a consultant for Bayer Corporation, and that he had been involved in trials of cerivastatin (Baycol), among other statin drugs. It is thus noteworthy that Dr. Pitt determined that Baycol was more dangerous based on adverse event reports, despite his involvement with clinical trials purporting to show Baycol had comparable risk to other statins.

e. On February 14, 2002, the New England Journal of Medicine (NEJM), the world's leading medical journal, published a letter to the editor authored by three officials of the United States Food and Drug Administration (FDA). Staffa *et al.*, "Cerivastatin and Reports of Fatal Rhabdomyolysis," NEJM 2002; 346:539-40. The authors state as follows:

> Our results show that fatal rhabdomyolysis is a rare event among statin users, with reporting rates much lower than one death per million prescriptions in the case of most statins [reference omitted]. The rate of fatal rhabdomyolysis associated with cerivastatin therapy, however, is 16 to 80 times as high as the rates for any other statin. Some of this difference appears to be related to the known, marked interaction (relative to that of other statins) between cerivastatin and gemfibrozil, which in late-1999 led to the listing on the labels of contraindications against the combined use of these agents. The use of this combination was reported in 12 of the 31 deaths. After the exclusion of the 12 cases in which gemfibrozil was used with cerivastatin and the 7 cases in which it was used with lovastatin, the reporting rate of fatal rhabdomyolysis in association with cerivastatin monotherapy is 1.9 per million prescriptions, 10 to 50 times as high as the rates associated with the other statins. Among the 19 deaths associated with cerivastatin in the absence of gemfibrozil therapy, 12 occurred after use of the 0.8-mg dose (which was approved in the United States in July 2000), 6 occurred after use of the 0.4-mg dose, and the dose was not recorded in one case. This pattern suggests that there is a relation to the dose.
>
> Because of the under-reporting of adverse reactions, the use of reporting rates as proxy measures of risk has limitations. Only about one percent of all serious events are directly reported by physicians. There is a secular trend of increased reporting to the FDA over the past decade. However, the rate of reports of fatal rhabdomyolysis associated with the use of atorvastatin (approved for use within 6 months after the approval

> of cerivastatin) was far less than for cerivastatin. Thus, the increased reporting associated with the use of cerivastatin appears to be more than an artifact related to an increased awareness of statin-associated rhabdomyolysis or to secular trends in reporting.

Id. at 539-40 (emphasis added).

f. Staffa and her co-authors state:

> The reporting rate is the number of fatal cases divided by the number of prescriptions dispensed and is a crude measure of the number of reports received by the FDA relative to the extent of the use of an agent in the U.S. population. Rigorous comparisons between drugs that are based on these data are not recommended, since many factors can affect reporting, and an unknown number of cases may not be attributed to the drug or reported to the FDA. Reporting rates are not incidence rates.

Id. at 540. Nevertheless, the authors state that "on the basis of the finding of a markedly increased reporting rate of fatal rhabdomyolysis in association with cerivastatin, Bayer, with the concurrence of the FDA, moved to withdraw cerivastatin from the U.S. market." Id.

46. Despite the disclaimer by Staffa and her colleagues that their letter to the NEJM represents their individual findings rather than those of the FDA, and despite the qualifications concerning adverse event data and incidence rates, the medical and scientific community has accepted that (a) the NEJM publication represents the views of the FDA, and (b) Baycol is more dangerous than other statins. Thus, the ACC/AHA/NHLBI Clinical Advisory on Statins, citing the Staffa letter, states matter-of-factly: "The FDA reports that the rate of fatal rhabdomyolysis is sixteen to eighty times more frequent for cerivastatin as compared to any other statin." Circulation 2002; 106:1024-28 at 1025 (emphasis added). This publication was approved by the American College of Cardiology Foundation Board of Trustees, the American Heart Association Science Advisory and Coordinating Committee and the National Heart, Lung and Blood Institute in May 2002. It represents a consensus of the leading professional organizations and the relevant U.S. governmental body. Although the authors take note of the Staffa disclaimer that the data are reporting rates, not incidence rates, the ACC/AHA/NHLBI nevertheless concludes:

> [T]he FDA report comparing the rate of fatal rhabdomyolysis among different statins is of considerable importance.…As previously noted, the rate of fatal rhabdomyolysis for cerivastatin

> was far greater than that for other statins (sixteen to eighty times higher) (emphasis added). Even after excluding cases in which cerivastatin was administered with gemfibrozil, the reporting rate for fatal rhabdomyolysis with cerivastatin monotherapy (1.9 deaths per million prescriptions) was ten to fifty times higher than for other statins. The FDA report also noted that more than 60% of the fatal cases with cerivastatin was associated with use of the highest dose (0.8mg daily).

Id. (emphasis in original). These statements indicate an acceptance of the adverse event data published in the NEJM as sufficient to establish that Baycol is more dangerous than other statins.

47. I agree with Staffa *et al.* that adverse event reporting rates are not incidence rates; adverse events are under-reported, and the true incidence is undoubtedly higher. I also agree with the ACC/AHA/NHLBI's conclusion that the FDA data are sufficient to demonstrate Baycol's greater toxicity. The effect of under-reporting applies to all of the statins, and there is no reasonable basis to conclude that fatal cases of rhabdomyolysis were reported at a higher rate for Baycol than for other statins. Indeed, Staffa notes that fatal rhabdomyolysis was reported at a far greater rate in association with Baycol than in association with atorvastatin, despite the fact that these two drugs were approved for use within six months of each other, thereby eliminating the so-called "novelty" factor which is sometimes claimed to cause a higher reporting rate for newer drugs.

48. "Artifact" means the appearance of a difference, rather than a real difference in the risk. By stating that the increased reporting rate of fatal rhabdomyolysis for Baycol "appears to be more than an artifact," NEJM 2002 at 540, Staffa can only mean that the difference between the fatal effects of Baycol and other statins is real. It is true that one cannot make a "rigorous comparison" of the relative toxicity of Baycol versus other statins, in the sense that the comparison cannot be precise in light of under-reporting of cases. Nevertheless, a reasonable comparison of relative toxicity can be made, and such a comparison was the apparent purpose for which these FDA officials published the data.

49. The reliability of adverse event reports to compare drug safety is greatly enhanced in this case by several additional factors, including the following:

a. As described in section IV.A below, there are five consistent "early" data sets and seven consistent "late" data sets from various geographic locations around the world, including data sets from the United States, Australia, and Spain, as well as worldwide adverse event reports. The multiplicity of investigations, all reaching the same conclusion, strongly supports the validity of the findings.

b. The data sets that are analyzed in this Report provide a large population for analysis. It is a basic principle of epidemiology and statistics that larger population sizes provide more power to detect true differences, and larger populations also increase the accuracy of estimated differences in risk. As described in this Report, the data consistently yield highly statistically significant results showing far greater toxicity of Baycol in comparison to other statins. Thus, this is not a circumstance in which the conclusion of greater toxicity could be questioned on the basis of reliance on sparse adverse event reports.

c. The data sets report numbers of adverse events in relation to either "patient years" of drug exposure or "numbers of prescriptions" sold. These terms provide reasonable surrogate denominators for use in the calculation of estimated occurrence rates that are analogous to incidence rates, that is, the numbers of cases of disease in given populations exposed to each statin during a defined time period. Such calculations make the conclusions far more reliable and scientifically supported than would be the case if one were to rely upon isolated, spontaneous case reports to determine whether there is a greater risk attributable to the drug in question.

d. Substantial data sets are available that explicitly distinguish between reports of disease that have been "confirmed," on the one hand, and others that are only "suspected." This indicates that an additional level of review has occurred, enhancing the reliability of the adverse event reports (AERs) by documenting the presence of evidence confirming serious muscle damage, such as myoglobinuria or highly-elevated CPK (see BAYCORP04078027), and elevating their stature beyond that of unconfirmed reports. Indeed, as discussed in greater detail in section IV.C.3 of this Report, the degree of risk of rhabdomyolysis

due to Baycol is far greater when the "confirmed" reports are analyzed separately from the "suspected" reports, a result that is strongly supportive of both the higher toxicity of Baycol and the reliability of the AERs as a basis to reach that conclusion.

50. Two officials from the FDA Center for Drug Evaluation and Research, Office of Postmarketing Drug Risk Assessments, state: "Spontaneous ADE [adverse drug event] reports may be sufficient to assign causality for an association between a drug and an event." Brinker *et al.*, "Pharmacoepidemiology and Drug Utilization," Clinical Pharmacology and Therapeutics 2002; 71:99-102. Similarly, Brewer *et al.* write: "Otherwise rare adverse events that occur temporally with the initial use of a drug can be reasonably deduced to be ADRs [adverse drug reactions] on the basis of spontaneous reports only." "Postmarketing Surveillance and Adverse Drug Reactions," JAMA 1999; 281:824-29.

51. In an article entitled "Is Reporting Rate a Good Predictor of Risks Associated with Drugs?" British Journal of Clinical Pharmacology 1999; 47:329-31, Pierfitte *et al.* evaluated adverse drug reaction reports for six pairs of similar drugs marketed at similar times. The drugs evaluated included two pairs of cholesterol-reducing medications in the same class as Baycol. The authors calculated reporting rate ratios (RRRs) for each drug pair, finding relatively low differences in the reporting rate as to each drug. The authors conclude: "These results tend to validate the basic assumption currently accepted in spontaneous reporting: the ratio of reporting rates approximates the ratio of actual risks (which would have been calculated on the basis of the actual number of cases) given that the two compared drugs belong to the same therapeutic class and are used in similar conditions." Id. at 330 (emphasis added).

52. These references provide further support for the validity of the analysis of adverse event reports set forth below. Baycol and the other statins are members of the same therapeutic class and have been used in similar conditions. Furthermore, one of the statins (Lipitor) was approved for use only six months before Baycol, and the higher number of adverse event reports for Baycol cannot be attributed to new drug reporting bias.

53. Bayer's position, as indicated in its presentation to regulatory agencies in the United States and abroad, was to downplay the reliability of adverse event reports, while supporting reliance upon the Bayer-funded PacifiCare study of HMO records coded for various muscle complaints among patients taking different statins. Bayer asserts that PacifiCare did not show a greater rate of rhabdomyolysis with Baycol monotherapy than with other statin monotherapy, while conceding that PacifiCare showed higher risk for Baycol in combination with gemfibrozil compared to other statins used in combination with gemfibrozil. However, as demonstrated in section IV.C of this Report, the PacifiCare data actually do demonstrate substantially greater risk of Baycol, in monotherapy as well as in combination with gemfibrozil therapy, when the data are analyzed in accordance with proper epidemiologic and statistical methods. Thus, the reliability of adverse advent data is further enhanced by consistency with the PacifiCare cohort study.

54. In contrast to the data sources described above, the clinical trials of Baycol that preceded its approval are an incomplete indicator of the absolute and relative risks of Baycol in actual use. There are several reasons for this conclusion:

a. First, relatively uncommon adverse events may go undetected in clinical trials, due to the small sample size involved, the short duration of the studies, and the controlled settings of the trials. *See, e.g.*, Omar, "FDA Adverse Event Reports on Statin-Associated Rhabdomyolysis," Annals of Pharmacotherapy 2002; 36:288-95. The authors provide an example:

> [T]o detect an adverse event that occurs in 1 out of 1,000 patients with a 95% confidence level, 3000 patients need to receive the drug, which is approximately the number of patients exposed to a drug in the pre-marketing phase. Therefore, only adverse events with a higher incidence may be detected.

Id. at 288. Rhabdomyolysis is a relatively uncommon occurrence, and small clinical trials are inadequate to fully characterize the risk. Instead, the true extent of risk appeared when the drug was marketed to hundreds of thousands of patients.

b. Second, clinical trials are typically conducted with carefully selected, relatively healthy patients. Thus, Baycol clinical trial patients were excluded if they had two or more cardiovascular risk factors, including age (≥ 45 years for men; ≥ 55 years or premature menopause without estrogen replacement therapy for women); family history of premature coronary heart disease; current cigarette smoking; hypertension, and low HDL-C (less than 35 mg/dl). See Isaacsohn *et al.*, "Long Term Efficacy and Safety of Cerivastatin 0.8 mg in Patients with Primary Hypercholesterolemia," Clinical Cardiology 2001; 24 (Suppl. IV), IV-1 – IV-9. Other clinical trials of Baycol indicate that patients were excluded if they had experienced heart attack or stroke; uncontrolled hypertension; diabetes, abnormal thyroid hormones; body weight more than 140% of the ideal body weight according to standardized tables; gastrointestinal disorders that could result in impaired absorption of Baycol; drug or alcohol abuse; or chronic liver disease. *See, e.g.*, BAYCORP00509938, September 1995 (exclusion criteria for double-blind study of Baycol compared to placebo and to lovastatin).

c. In the real world, patients with multiple risk factors and poor underlying health were commonly prescribed Baycol. For example, the PacifiCare study, referenced previously, indicates that the average age of statin recipients in that study was over 67 years, and that about 18% of the recipients had a diagnosis of diabetes. In contrast, diabetes was an exclusion factor from the Baycol clinical trials, and the average age of Baycol recipients was approximately 57 years. These are important differences in the susceptibility of the patients to the adverse effects of the drug.

d. The Clinical Advisory on the Use and Safety of Statins, promulgated by the ACC/AHA/NHLBI, states that risk factors for statin-associated myopathy include: advanced age; multisystem disease (*e.g.*, chronic renal insufficiency, especially due to diabetes); multiple, nonspecific medications; and a list of a dozen or more specific concomitant medications. Circulation 2002; 106:1024-28 at 1027. The clinical trials of Baycol specifically excluded many patients at increased risk, such as diabetics with associated renal problems, and drastically lowered the risk of likely adverse outcomes by studying a much younger population.

In addition, the large number of drug-drug interactions involving Baycol was specifically controlled and prevented in the clinical trials, while such control is difficult or impossible to achieve in the clinical setting.

e. Bayer documents indicate that "in clinical trials, patients are typically closely monitored and would be discontinued prior to reaching rhabdo" (BAYCORP00247032; BAYCORP00135434). Thus, the clinical trials were structured in a manner that inevitably reduced the number of cases of the very type of adverse event of greatest concern.

f. Finally, Bayer's own documents confirm the inadequacies of clinical trials to determine risk: "Too few [subjects], too healthy, too narrow, too brief, too indirect" (BAYCORP01645186).

55. For all of these reasons, the AER data analyzed herein constitute more reliable evidence of Baycol's toxicity and support the conclusion that Baycol is far more dangerous than other drugs in its class. These data are also consistent with other sources. In particular, when analyzed according to accepted principles of epidemiology, the PacifiCare study shows statistically significant higher toxicity of Baycol than do pre-market release clinical trials (§ IV.C, below). Also, as shown in section V below, Bayer's own compilation of the published clinical trials shows statistically significant higher toxicity of Baycol despite the inherent limitations of clinical trial data discussed above. Because of the acknowledged inherent limitations of individual clinical trials, it is necessary to compile data in a meta-analysis in order to observe consistency in Baycol's higher risk of muscle injury compared to other statins, and to increase the precision of the estimate of such risk.

## IV. THE EVIDENCE DEMONSTRATES GREATER HARMFUL EFFECTS OF BAYCOL AS COMPARED TO OTHER STATINS.

### A. Evidence from Spontaneous Reports (SRs)

#### 1. Analysis of Five Early and Seven Late SR Data Sets

##### a. General Description of Early SR Data Sets

56. I have reviewed a collection of five early and seven late SR-based adverse event data summaries obtained from Bayer's files, which compare Baycol (cerivastatin) to five other drugs in its class.[6] My own literature search for SRs revealed one additional comparative report, contained in a letter to the editor of the prestigious New England Journal of Medicine, February 14, 2002, by J.B. Staffa, C. Chang and L. Green.[7] My analysis of these comparative reports follows. I will address first the five early lock point SR data sets obtained from Bayer's files. These data sets appear at pages BAYCORP01645109; 01454745; 01645180; 01645182; and 01645201. In each set the report by rate is cases/patient years/100,000.

57. The five early SR data sets obtained from Bayer's files are:

- Set 1: "Analysis of ADRAC Since Launch," Database Lock Point 3/31/2001 (BAYCORP01645109).
- Set 2: "Rhabdomyolysis/Source Country U.S.A.," FDA's Spontaneous Reporting System (SRS) and Adverse Event Report System (AERS) Data, Database Lock Point 12/31/00 (BAYCORP01454745).

---

[6] The literature and documents refer to the statins either by their marketing names or their generic names, and such identifiers are interchangeable. For ease of reference, the following table of statin names and abbreviations is provided:

Baycol (Ba) = cerivastatin
Lipitor (Li) = atorvastatin
Lescol (Le) = fluvastatin
Pravachol (Pr) = pravastatin
Zocor (Zo) = simvastatin
Mevacor (Me) = lovastatin

[7] In addition, I have reviewed and analyzed FDA Adverse Event Reporting System (AERS) data obtained from the National Technical Information Service (NTIS), along with prescription numbers from the IMS/National Prescription Audit. See infra ¶¶ 89-90 and Table 8, Exhibit 8.

- Set 3: "Analysis of FEDRA Spontaneous Reports from Spain since Launch," Database Lock Point 4/30/2001 (BAYCORP01645180).
- Set 4: "Rhabdomyolysis with Outcome Death/Source: WorldWide," SRS/AERS Data, Database Lock Point 9/30/2000 (BAYCORP01645182).[8]
- Set 5: "Rhabdomyolysis/Source: Worldwide," SRS/AERS Data, Database Lock Point 9/30/2000 (BAYCORP01645201).

### b. Summary of the Results of the Five Early SR Data Sets

58. Figure 1 and Table 1, below, contain analyses of early data sets 1 through 5, with Study 1a, reporting the summary of comparative effects of Baycol used alone to lower cholesterol (Baycol monotherapy), and Study 1b, reporting the summary of comparative effects of Baycol used in combination with gemfibrozil, another drug of a different type that has its primary effects on blood triglyceride levels. Statin drugs, as a class, are known to produce myopathy or rhabdomyolysis quite rarely as monotherapy; more often, but still uncommonly, when used in combination with gemfibrozil. Two central questions are: (1) Is Baycol, as monotherapy, relatively more likely to produce myopathy/rhabdomyolysis than the other five statins? And (2) Is Baycol relatively more likely to cause myopathy/rhabdomyolysis when used in combination with gemfibrozil?

59. Figure 1, below, displays an answer to Question 1 from a summary of the five SR data sets. Baycol monotherapy is almost eight times more likely to cause rhabdomyolysis than the average of all the other statins used as monotherapy. This figure shows the ratio of cases per patient years of exposure to Baycol versus other statins, known as Relative Risk (RR). As can be seen in Figure 1, the RR of 7.8 for Baycol versus other statins is statistically significant at $p<0.0001$, meaning that there is a less than one in ten in thousand possibility that the difference in risk is due to chance.[9]

[8] Note: The other four sets are all reports from non-fatal cases.

[9] Scientists commonly accept a result as "statistically significant" when $p < 0.05$, which means there is less than a 1 in 20 possibility that the result is due to chance. Here, $p < 0.0001$, which is a far stronger showing of statistical significance, consistent only with a true relationship between Baycol exposure and increased toxicity.




**Fig. 1: Relative Risk of Baycol Monotherapy vs. All Other Statins (Rhabdomyolysis From Spontaneous Reports, RR Obtained as Ratios of Cases/100,000 Patient Years)**[10]

Therefore, the five data sets from Australia, Spain, the United States, and two "worldwide" sets (4 and 5) that include a number of European and Asian countries, all consistently reveal Baycol's toxicity when used in monotherapy. Furthermore, the magnitude of the difference compared to all other statins combined is very high, and an RR of 7.8 may be restated as Baycol's toxicity being 680 percent greater than the other statins.

60. Figure 2, below, displays an answer to Question 2, showing that Baycol, in combination with gemfibrozil, is over 66 times more likely to cause rhabdomyolysis than the average of all other statins.

[10] The same method was used for all figures.




**Fig. 2: Relative Risk of Baycol plus Gemfibrozil vs. All Other Statins**

Not surprisingly, this measure of combination therapy is also highly statistically significant ($p<0.0001$).

61. The summary of the five early SR sets obtained from Bayer's files, as shown in Figures 1 and 2, is presented below in tabular form, identified as Study 1a for Baycol monotherapy and Study 1b for Baycol plus gemfibrozil.

**Table 1: Summary of Five Early SR Data Sets Obtained from Bayer's Files: Baycol Monotherapy and Baycol plus Gemfibrozil Therapy versus All Other Statins**[11]

| **Study 1a. Summary of sets 1-5, Baycol Monotherapy** | | | | | | |
|---|---|---|---|---|---|---|
| statin | cases/patient yrs per 100,000 | cases per 100,000 patient years | **RR** | 95% CI | Z | **p value** |
| Ba | 317/85.39 | 3.7 | | | | |
| **all other statins vs Ba** | 1474/3095.9 | 0.5 | **7.80** | 6.91, 8.80 | 33.17 | **<0.0001** |
| | | | | | | |
| **Study 1b. Summary of sets 1-5, Baycol plus Gemfibrozil** | | | | | | |
| statin | cases/patient yrs per 100,000 | cases per 100,000 patient years | **RR** | 95% CI | Z | **p value** |
| Ba | 248/0.42 | 589 | | | | |
| **all statins vs Ba** | 227/25.6 | 9 | **66.28** | 55.36, 79.35 | 45.66 | **<0.0001** |

62. Table 1, above and appended hereto as Exhibit 1, displays the following: (a) the source of the RR for both Baycol monotherapy and Baycol combined therapy versus all other statins; (b) the 95% confidence limits of the RRs; (c) the Z value used to calculate the "p" value that expresses the statistical significance of the differences. The confidence interval for the monotherapy case shows that the range of values from as low as 6.91 to as high as 8.80 may be relied upon as good estimates of the "true" value with 95% confidence. (Note: confidence intervals as close together as the low versus the high estimate are indicative of high levels of

[11] The ratio of the occurrence rates (#cases/patient years/100,000), gives an estimate for the relative risk, RR, of any other statin versus Baycol, or all statins combined versus Baycol. Assuming a Poisson distribution of the number of the cases, a 95% confidence interval for RR is computed as:

RR/ exp(1.96 X SE(lnRR) )and RR X exp(1.96 X SE(lnRR) )
where SE(lnRR) = square root of (1/n1 + 1/n2)
n1, n2= respective number of cases

We also construct a Wald Z statistic = Z = lnRR/ SE(lnRR) and use this test statistic to find the associated p value.

statistical significance of the higher risk of Baycol. The same may be said for the narrow range between the low and high estimates for the RR of combined therapy, reported in Study 1b.).

63. Table 1, therefore, restates the clear and convincing message of Figures 1 and 2. The toxicity level of Baycol monotherapy is high, and the toxicity level of Baycol-gemfibrozil combined therapy is even higher.

64. Table 2, attached hereto as Exhibit 2, displays the complete results of the analysis of RR for Baycol versus the other five statins for each early data set (1-5). Table 2 is separated into Study 2a, stating the results of analysis for Baycol monotherapy compared to monotherapy of other statins; and Study 2b, stating the results of analysis for Baycol plus gemfibrozil therapy, compared to other statins in combination with gemfibrozil. These are the underlying data from which the summary results in Table 1 were prepared.

65. The following important points are demonstrated by Table 2, Study 2a (monotherapy):

a. The data sets are diverse in origin and outcome (Australia, the United States, Spain, worldwide, and one of the five with rhabdomyolysis-induced death as the outcome). Despite this, there is consistency in the findings. For example, of 20 comparisons, only three did not reach a level of statistical significance; and these were from a data set with a relatively small number of cases. Second, all five sets showed a high level of statistical significance when Baycol was tested against "all other statins." (The "all other statins" category is created by pooling the data for each of the five non-Baycol statins.)

b. The data demonstrate both <u>consistency among studies in different settings</u>, and <u>consistency among components within a single study</u>. This "double consistency" is important evidence supporting the conclusion that Baycol causes greater risk.

c. As noted previously, an additional important attribute considered by epidemiologists in support of causality is the strength of the association. Study 2a shows clearly that Baycol monotherapy has an extraordinarily strong level of relative toxicity (almost seven-fold, or 680% higher than the other statins).

66. In clinical medicine, we often draw conclusions of causality that favor one form of intervention (surgical or pharmacological) that depend on difference of as little as 10% (relative risk or RR of 1.1). When sample sizes are sufficiently large, such small differences can lead to important changes in the practice of medicine. By inference, a 680% difference — when repeated in different studies as is the case in Study 2a — of course would lead to withdrawing a drug, especially when clear alternatives are present, as was the case with Baycol versus all other statins then in use.

67. For Study 2b, similar points can be made, and the inferences drawn are even stronger than those of Study 2a. These points are:

a. Consistency in findings is even greater than for Study 2a. There are no exceptions: all 20 comparisons of Baycol-combination therapy against the five other statins are highly statistically significant (all but one at the $p < 0.0001$ level, indicating only a one in 10,000 possibility that the differences are due to chance, with the exception at $p < 0.0003$, indicating less than a one in 3,000 possibility that the differences are due to chance). The five Baycol versus all other statin comparisons are all at the $p < 0.0001$ level. Double consistency is therefore repeated for combination therapy as it was for Baycol monotherapy.

b. The strength of the association is even greater in the "Baycol plus Gemfibrozil" comparison against "all other statins." It is in fact astoundingly high, and the five Baycol versus "all other statins" RRs are as follows: 53.7; 98.6; 400.7; 28.1; and 53.8,[12] pointing to Baycol's interaction with Gemfibrozil as indeed a "strong poison." As discussed in the case of Baycol monotherapy, the RR of 7.8 versus all other statins represents a 680% excess risk, derived from Study 2a; Study 2b indicates excess risks of approximately 5400%, 9900%, 40,000%, 2800%, and 5400% for Baycol combination therapy!

[12] The Relative Risk of 400 is derived from an SR report from Spain which had a rather low number of "patient years" for most of the statins, which suggests that patient use of statins in Spain, as recorded, was relatively low. When sample size, in this case, "patient years of exposure to the statin" is low, the reliability of data falls. However, when the data are analyzed without Spanish FEDRA, the summary statistics remain significant at $p < 0.0001$. Nevertheless, use of FEDRA data fits the governing principle of inclusivity in meta-analysis, the branch of science that examines diverse data sets, (see § III.C, above). Even if FEDRA is excluded as an "outlier," the remaining four RRs of 53.7 (Australia), 98.6 (U.S.), 28.1 (U.S. with death as the outcome); and 53.8 for the worldwide data set, all provide clear, statistically significant evidence of Baycol's greater toxicity.

68. Therefore, Table 2 reinforces the summary data of Figures 1 and 2 and of Table 1, showing that Baycol has a very strong and highly significant toxic effect as compared to all other statins, and that this is true for both Baycol monotherapy and Baycol in combination with gemfibrozil.

### c. Analysis of Late SR Data Sets and Comparison to Early SR Data Sets

69. A later lock point (8/7/01) set of seven data sets was obtained from Bayer's files.[13] Four of the seven data sets provide reporting rates for rhabdomyolysis and fatal rhabdomyolysis in association with Baycol as compared to the same five other statins, in a manner comparable to the early data set reports (Tables 1 and 2, and Figures 1 and 2, above). The data contain comparisons for both statin monotherapy and statin therapy combined with gemfibrozil, as was the case for the early SR data sets. The late lock point data sets also include a comparison of Baycol to "all other" statins in combination with the drug clopidogrel, which was not available in the early data sets.[14] The effects of combining clopidogrel with Baycol and with other statins therefore provide further insight into whether Baycol's known synergistic toxicity with gemfibrozil extends to another drug. Such information is important in assessing the safety or risk of Baycol as it was actually used by patients taking other medications for various illnesses, confirming that Baycol will be more likely than other statins to become more toxic when used with the many drugs now in use.

70. An additional important virtue of the late lock point data sets is that they include comparisons of Baycol to all other statins at doses equivalent to the 0.2, 0.4, 0.6, and 0.8 mg Baycol doses. Such matching shows clearly that Baycol is significantly more toxic than other statins at all these doses.

71. The seven late SR data sets obtained from Bayer's files are (U.S. Rhabdo, U.S. Rhabdo – death, non-U.S. Rhabdo, non-U.S. Rhabdo – death):

[13] The "Early" SR data sets lock points varied from 9/30/2000 to 4/30/2001. See ¶ 57, above. Most of the "early" data (from the U.S. and individuals) was at the 9/30/2000 lock point.
[14] A relatively new drug used in patients with cardiovascular disease risk to decrease the tendency for blood to clot. Statin therapy is also used in many such patients.

- Set 1: "Rhabdomyolysis in Statins: Analysis of FDA Spontaneous Reporting System (SRS) Data and Adverse Event Reporting System (AERS) Database Lock Point 07 Aug 2001," (BAYCORP04077744).

- Set 2: "Rhabdomyolysis – Outcome Death in U.S.A." 8/7/2001 (BAYCORP04077744).

- Set 3: "Rhabdomyolysis in Statins: Analysis of FDA Spontaneous Reporting System (SRS) Data and Adverse Event Reporting System (AERS) Database Lock Point 07 Aug 2001," (BAYCORP04077745).

- Set 4: "Rhabdomyolysis – Outcome Death in non-U.S.A." (BAYCORP04077745).

- Set 5: "Confirmed Rhabdomyolysis in U.S.; Stratification According to Cerivastatin Dose Strengths; Monotherapy of Statins. Analysis of FDA Spontaneous Reporting System (SRS) Data and Adverse Event Reporting System (AERS) Data DLP: 07 Aug 2001" (BAYCORP04077746).

- Set 6: "Confirmed Rhabdomyolysis in U.S.; Stratification According to Cerivastatin Dose Strengths; Statin and Concomitant Gemfibrozil. Analysis of FDA Spontaneous Reporting System (SRS) Data and Adverse Event Reporting System (AERS) Data DLP: 07 Aug 2001" (BAYCORP04077747).

- Set 7: "Confirmed Rhabdomyolysis in U.S.; Stratification According to Cerivastatin Dose Strengths; Cerivastatin Monotherapy and Cerivastatin Clopidogrel/Gemfibrozil Combination; Analysis of FDA Spontaneous Reporting System (SRS) Data and Adverse Event Reporting System (AERS) Data DLP: 07 Aug 2001" (BAYCORP04077748).

### d. Summary of the Results of Seven Late SR Data Sets

72. Data sets 1 to 4 are derived from the late lock point (8/7/2001) for Rhabdomyolysis, U.S.A. (set 1), Rhabdomyolysis U.S.A., outcome death (set 2), Rhabdomyolysis, non-U.S. (set 3) and Rhabdomyolysis, non-U.S., outcome death (set 4). Figures 3-5 show summaries of these sets, analyzed by methods identical to those used for the five early lock point SR data sets (see ¶¶ 58-68, Figures 1 and 2, Tables 1 and 2). Figure 3

shows that Baycol monotherapy is about seven times as likely as all other statins to cause rhabdomyolysis (Relative Risk=7.3).




**Fig. 3: Relative Risk (RR) of Rhabdomyolysis from Baycol Monotherapy versus All Other Statins as Monotherapy.**

The RR of 7.3 based upon the late lock point data confirms the extraordinarily high toxicity of Baycol demonstrated by the RR of 7.8 for the earlier lock point sets (see ¶ 59, Fig. 1). This monotherapy risk is also highly statistically significant (p<0.00001).

73. I have also performed a meta-analysis of three available adverse event report data sets (combining the early and late SR data sets) for Baycol monotherapy with outcome death.[15] These data are consistent with other sources showing statistically significant higher toxicity of Baycol monotherapy, compared to all other statins as seen in Figure 4, below, and Table 3, appended hereto as Exhibit 3. Figure 4 adds very important and convincing evidence that Baycol is toxic in monotherapy by revealing an RR of 5.5, significant at p<0.0001, for death as the outcome of Baycol versus all other statins in monotherapy.

[15] Set 4 from the early data sets, and sets 2 and 4 from the late data sets (¶¶ 57 and 71, above).




**Fig. 4: Monotherapy. Relative Risk of Baycol versus All Other Statins. Outcome – death (see Exhibit 3, Table 3 for the numerical values of Fig. 4).**




**Fig. 5: Relative Risk (RR) of Rhabdomyolysis of Baycol + Gemfibrozil versus All Other Statins + Gemfibrozil.**

74. Figure 5, from late lock point data sets 1-4 (see ¶ 71), shows an RR of 55.1 for Baycol when used in combination with gemfibrozil, similar to the extraordinary RR of



292409.1

66.3 found for the earlier lock point data sets (see ¶ 60 and Figure 2). The Relative Risks for both Baycol monotherapy and combination therapy with gemfibrozil are highly statistically significant at $p < 0.0001$.

75. Consistency among meta-analyses, when present, adds to the weight of evidence pointing to Baycol's uniquely high toxicity in comparison to all other statins. The relative risks of monotherapy and gemfibrozil combination therapy displayed in Figures 1 and 2 (early data sets) and Figures 3, 4, and 5 (late data sets), each derived from a separate meta-analysis, show this consistency in both magnitude and statistical significance.

76. Figure 6, from late data sets 1-4 (see ¶ 71), below shows a striking finding derived from the late lock point data sets: the RR for Baycol plus clopidogrel versus all other statins plus clopidogrel was extraordinarily high (366!), and as anticipated with such an unusual RR, the difference was also highly statistically significant.




**Fig. 6: Relative Risk (RR) of Rhabdomyolysis of Baycol + Clopidogrel versus All Other Statins + Clopidogrel.**

77. Therefore, the toxicity of Baycol has been demonstrated to be magnified when Baycol is used in combination with other drugs, namely clopidogrel and gemfibrozil.

These findings support the wisdom of withdrawal of Baycol from the market, given its toxicity in monotherapy and heightened toxicity in combination with other drugs.

78. Table 4, attached hereto as Exhibit 4, displays the complete results of the analysis of RRs of Baycol versus the other five statins for four of the seven late SR data sets, which are directly comparable to the five early SR data sets (sets 1-4). Table 4 is divided into Study 4a, which provides results of Baycol monotherapy versus monotherapy with the other five statins; Study 4b, which provides analogous results with gemfibrozil combination therapy; and Study 4c, which provides such data for clopidogrel combination therapy. As in the meta-analysis of the early SR data sets (¶¶ 64-68 and Table 2, Exhibit 2), the RRs and statistical evidence are consistently uniform in showing Baycol to be more toxic than other statins, not only as monotherapy but also in combination with either gemfibrozil or clopidogrel. Tables 4a, 4b and 4c present data both for each individual statin (5 comparisons for 4a; 5 for 4b; and 5 for 4c; and also the meta-analysis summaries for 4a, 4b, and 4c). All 18 comparisons are statistically significant, and <u>all</u> RRs identify Baycol as being more toxic than each of the other statins. The consistency between the late and early SR data is indeed impressive and bolsters the conclusion that Baycol as either mono or combined therapy is convincingly more toxic than are the other statins.

79. Figure 7 shows data derived from set 5 of the late SR data sets, which matches Baycol as monotherapy at doses of 0.2 mg, 0.4 mg, and 0.8 mg against equivalent doses of the other 5 statins. Figure 7 was prepared on the basis of the data set forth in Table 5, attached as Exhibit 5.




**Fig. 7: Rhabdomyolysis, U.S. Statin Dose Equivalent to Baycol; Monotherapy.** Baycol is shown to be statistically significantly more toxic with higher RRs at all three doses (0.2 mg, p<0.045, RR 7.6; 0.4 mg, p<0.0001, RR 8.3; and 0.8 mg, p<0.0001, RR 72.7).

80. A disturbing feature of Figure 7 is that the toxicity of Baycol appears to increase exponentially when the 0.8 mg dose is compared to the 0.2 mg and to the 0.4 mg doses. Figure 7 displays this as an almost eight-fold rise in toxicity for Baycol when the dose is <u>doubled</u>. This finding, of course, heightens the evidence that Baycol monotherapy becomes progressively more toxic as the dose increases and provides further support for the wisdom of its withdrawal.

81. Figure 8 (below) is derived from Set 6 of the late data sets (see ¶ 71, above, and Table 6 appended hereto as Exhibit 6) and shows changes in reporting rate of rhabdomyolysis associated with use of Baycol at different doses, plus gemfibrozil, as compared to each other statin plus gemfibrozil. A dose/response relationship is evident, with the absolute

risk of Baycol plus gemfibrozil rising almost three-fold from 559 to 1570 cases/100,000 patient years, when the dose of Baycol is doubled from 0.4 mg/day to 0.8 mg/day. The RR of Baycol combined with gemfibrozil remains very high (RR = 138, p < 0.0001, at 0.4 mg/day; RR = 132, p < 0.0001, at 0.8 mg/day) compared to all other statins plus gemfibrozil. As cited in ¶ 34, above, a general principle of epidemiologic evidence for causality is therefore demonstrated ("if a risk factor is causally related to the occurrence of a disease, then the risk of developing the disease should be related to the degree of exposure to the risk factor"). A similar dose/response relationship was also shown for monotherapy of Baycol (see Figure 7 and accompanying text, above).




**Fig. 8: Rhabdomyolysis, U.S. Statin Dose Equivalent to Baycol; Combination Therapy with Gemfibrozil.**

82. Figure 9 is derived from Set 7 of the late SR data sets (see ¶ 71, above, and Table 7 appended hereto as Exhibit 7) and shows the relationship of rhabdomyolysis at differing Baycol doses when combined with either gemfibrozil (duplicating the gemfibrozil data of Figure 8, above) or with clopidogrel. Another striking dose/response relationship is seen with clopidogrel. For example, clopidogrel demonstrates a ten-fold increase (from 201 to 2071 cases/100,000 patient years) on increasing doses from 0.4 mg/day to 0.8 mg/day of Baycol.




**Fig. 9: Rhabdomyolysis, U.S., Stratified by Baycol Dose Strength; Gemfibrozil or Clopidogrel Combination Therapy.**

**2. Analysis of the FDA's SRs for Fatal Rhabdomyolysis**

83. An additional SR data set was analyzed — that from the FDA scientists, J.B. Staffa, C. Chang and L. Green, reported as a letter to the Editor of New England Journal of Medicine, February 14, 2002 (discussed at ¶¶ 45-48, above). Further, the same methodology was applied to extend the Staffa *et al.* analysis, as explained below.

84. With respect to Staffa's analysis of fatal rhabdomyolysis cases, Figure 10, below, shows clearly that the FDA-derived report reveals RRs comparable to those reported in early lock point SR data sets and the late lock point data sets compiled by Bayer. (See Exhibit 2, Table 2, Study 2a, stating Baycol monotherapy RRs, with death as outcome, of 2.5-65.21, and see Exhibit 4, Table 4a stating Baycol monotherapy RRs, with death as outcome, of 4.9-12.5).




**Fig. 10: Monotherapy Baycol vs. Other Statins (Deaths, from Staffa, Chang and Green, NEJM, 346: 539-40, 2002)**

85. The comparable Figure 10 RRs reported by Staffa *et al.* range from 10 to 50, for fatal rhabdomyolysis. These death reports were derived from a data lock point from product launch to June 26, 2001, for U.S. cases reported to the FDA. These numbers are derived from Baycol as monotherapy compared to other statins; however, the limited data published in the authors' letter do not identify the specific statins associated with the deaths

reported in monotherapy. The Staffa *et al.* report calculated RRs by use of comparison of ratios of fatal rhabdomyolysis per 1 million prescriptions, whereas the data from the five SR data sets of Figures 1 and 2 and Tables 1 and 2 and the late lock point data sets of Figures 3-9 and Table 4 were calculated as cases/patient years/100,000. Due to the differences in the calculation methods for RRs, and the lack of data presented as to the rate of fatal rhabdomyolysis for each statin in monotherapy, the Staffa *et al.* data were not included in the analysis that appears on Tables 1, 2, and 4, but the data are nevertheless consistent.

86. Despite the differences in methods of calculation, Staffa's data and the early and late lock point data sets represented in Tables 1, 2, and 4 are based on comparable sources of Spontaneous Reports (SRs); therefore, they complement one another and reinforce the conclusion that Baycol monotherapy has an impressive degree of toxicity as compared to all other statins. This additional source of data provides further evidence of the consistency element that epidemiologists seek as evidence of causality.

87. Although the Staffa *et al.* data allowed clear conclusions on the effects of Baycol monotherapy, described above, they did not give a clear exposition of the magnitude of increased risk of Baycol combined with gemfibrozil, in comparison to other statins. However, in data that included both monotherapy and gemfibrozil combined therapy, they reported the rather astounding rates of fatal rhabdomyolysis "16 to 80 times" as high as the rates for any other statin. Id. at 540. These RRs implicate strongly the effects of Baycol combined with gemfibrozil and thus also reinforce the conclusions of Figure 2 and Study 2b of Table 2, and Figure 4 and Table 4b, on this matter. Again, we see consistency reappearing, this time for the extraordinary toxicity of both monotherapy and combined therapy.

88. Staffa *et al.* also provided evidence for a greater lethality of the 0.8 mg dose than the 0.4 mg Baycol, when used as monotherapy: of 18 rhabdomyolysis deaths attributed to Baycol monotherapy, 12 occurred with use of the 0.8 mg dose. Furthermore, internal FDA documents that were not included in the publication by Staffa *et al.* indicate that there were twice as many deaths among patients taking the 0.8mg dose, despite the fact that

there were over ten times more prescriptions at the lower dose of 0.4 mg. As shown in Figure 4, below, these data indicate a "Reporting Odds Ratio" of approximately 21 for Baycol 0.8 mg vs. 0.4 mg (BAYCORP01454765). Epidemiologists also use the presence of such a dose/response relationship as evidence for causality, given that it further argues against chance as the cause for a putative toxic effect of an agent (see ¶ 34).




**Fig. 4: Monotherapy Baycol, 0.4 mg and 0.8 mg doses, Relative Risk of Fatal Rhabdomyolysis. ("Baycol and Fatal Cases of Rhabdomyolysis," FDA Office of Postmarketing Drug Risk Assessment, 7/24/01; BAYCORP 01454765)**

**Fig. 11: Monotherapy Baycol, 0.4 mg and 0.8 mg doses, Relative Risk of Fatal Rhabdomyolysis. ("Baycol and Fatal Cases of Rhabdomyolysis," FDA Office of Postmarketing Drug Risk Assessment, 7/24/01; BAYCORP 01454765)**

89. I have conducted an analysis essentially identical to that of Staffa *et al.* with respect to rhabdomyolysis cases (both fatal and non-fatal) for each reporting period from 1998 through August 2001. First, rhabdomyolysis events were counted for each statin in monotherapy, using CDs obtained from the National Technical Information Service (NTIS) setting forth U.S. FDA Adverse Event Reporting System (AERS) data. These figures were used as numerators, as Staffa had done with respect to the fatal rhabdomyolysis cases. Second, denominators were determined using the same data sets cited by Staffa, which provide the numbers of prescriptions for each statin and for each time period.[16] Third, these numerators and

[16] National Prescription Audit Plus/IMS Health.

denominators were then used to calculate estimated incidence rates for each statin. Fourth, relative risks (RRs) were calculated by comparing these rates of rhabdomyolysis for Baycol versus each statin, and Baycol versus all other statins combined, for each time period and cumulatively.

90. The results of this analysis demonstrate consistency with other sources by showing that Baycol monotherapy was more toxic than each other statin in monotherapy, for each time period, and was also more toxic than all other statins combined, for each time period. Even at the low doses of Baycol marketed in 1998, the relative risk (RR) of rhabdomyolysis with Baycol was 17.4 times greater than for all other statins combined. In that year, the RR for Baycol compared to Atorvastatin (Lipitor) was 32.9; as noted previously, these two drugs were marketed at approximately the same time. Therefore, the higher number of rhabdomyolysis events with Baycol demonstrates Baycol's greater toxicity, rather than possible increased reporting due to the novelty of the drug. Overall, the RR of Baycol was 41.2 times greater than all other statins combined. In every case, the results were highly statistically significant at $p<0.001$, showing that there is less than a one in 10,000 possibility that the results are due to chance. The results are set forth in full at Table 8, on the following page:

**Table 8: Relative Risks of Baycol Versus Individual Statins and Baycol Versus All Other Statins (Monotherapy) Based on FDA Adverse Event Data for Fatal and Non-Fatal Rhabdomyolysis, and IMS Prescription Data**

| | | BAYCOL | | OTHER STATINS | | | |
|---|---|---|---|---|---|---|---|
| | | # cases with Rhabdomyolysis[17] | # total prescriptions (1000's) | # cases with Rhabdomyolysis | # total prescriptions (1000's) | RR | p value |
| 1. Baycol v. Atorvastatin | 1998 | 6 | 498 | 9 | 24602 | 32.9 | <0.0001 |
| | 1999 | 19 | 2027 | 21 | 37136 | 16.6 | <0.0001 |
| | 2000 | 113 | 4401 | 21 | 47884 | 58.5 | <0.0001 |
| | 2001 | 357 | 4246 | 58 | 31777 | 46.1 | <0.0001 |
| | **1998-2001** | 495 | 11172 | 109 | 141399 | **57.5** | **<0.0001** |
| 2. Baycol v. Simvastatin | 1998 | 6 | 498 | 23 | 18269 | 9.6 | <0.0001 |
| | 1999 | 19 | 2027 | 18 | 19546 | 10.2 | <0.0001 |
| | 2000 | 113 | 4401 | 25 | 21869 | 22.5 | <0.0001 |
| | 2001 | 357 | 4246 | 65 | 13779 | 17.8 | <0.0001 |
| | **1998-2001** | 495 | 11172 | 131 | 73463 | **24.8** | **<0.0001** |
| 3. Baycol v. Fluvastatin | 1998 | 6 | 498 | 1[18] | 6351 | 76.5 | <0.0001 |
| | 1999 | 19 | 2027 | 1 | 6065 | 56.8 | <0.0001 |
| | 2000 | 113 | 4401 | 4 | 5173 | 33.2 | <0.0001 |
| | 2001 | 357 | 4246 | 7 | 2609 | 31.3 | <0.0001 |
| | **1998-2001** | 495 | 11172 | 12 | 20198 | **74.6** | **<0.0001** |
| 4. Baycol v. Lovastatin | 1998 | 6 | 498 | 5 | 4723 | 11.4 | <0.0001 |
| | 1999 | 19 | 2027 | 4 | 3177 | 7.4 | <0.0001 |
| | 2000 | 113 | 4401 | 1 | 2271 | 58.3 | <0.0001 |
| | 2001 | 357 | 4246 | 2 | 1061 | 44.6 | <0.0001 |
| | **1998-2001** | 495 | 11172 | 12 | 11232 | **41.5** | **<0.0001** |
| 5. Baycol v. Pravastatin | 1998 | 6 | 498 | 9 | 12516 | 16.8 | <0.0001 |
| | 1999 | 19 | 2027 | 5 | 12871 | 24.1 | <0.0001 |
| | 2000 | 113 | 4401 | 10 | 13379 | 34.4 | <0.0001 |
| | 2001 | 357 | 4246 | 26 | 8061 | 26.1 | <0.0001 |
| | **1998-2001** | 495 | 11172 | 50 | 46827 | **41.5** | **<0.0001** |
| 6. Baycol v. All Other Statins | 1998 | 6 | 498 | 46 | 66461 | 17.4 | <0.0001 |
| | 1999 | 19 | 2027 | 50 | 78795 | 14.8 | <0.0001 |
| | 2000 | 113 | 4401 | 61 | 90576 | 38.1 | <0.0001 |
| | 2001 | 357 | 4246 | 158 | 57287 | 30.5 | <0.0001 |
| | **1998-2001** | 495 | 11172 | 315 | 293119 | **41.2** | **<0.0001** |

| | Method of calculating RR | |
|---|---|---|
| | Baycol | All other statins |
| Rhabdomyolysis | a | b |
| Number prescriptions | c | d |

RR = (a/c) / (b/d)
The associated p value is from the chi-square test.

[17] Includes myoglobinuria as a surrogate marker for Rhabdomyolysis.
[18] If 0 cases, use value of 1 case for computation, RR is at least this high.

**B. The "Proportional Reporting Ratio" (PRR) Method Reinforces the Conclusion that Baycol Causes Far More Muscle Injury than Other Statins, in Monotherapy and in Combination with Gemfibrozil.**

91. The fourth of the five major data sources we explored is that of relative risks of Baycol vs. all other statins derived from the method known as Proportional Reporting Ratios (PRR) (see Wiholm *et al.*, "Spontaneous Reporting Systems Outside the U.S.", (Pharmacoepidemiology, 3rd ed. 2000, at 175-192). The basic foundation of PRR is that the proportion of the outcome in question (in this instance that of rhabdomyolysis) is contrasted to other outcomes or adverse events (AE). If the AE of rhabdomyolysis stands out (as a higher proportion of total events) for a particular statin, then an additional measure for detecting a toxic pharmaceutical compound exists. Both the RRs described previously (§ IV.A) and PRRs are drawn from so-called "spontaneous" reports from physicians and other sources. Thus each is susceptible to uncertainties of the completeness of reports received. However, the PRR is considered to be free of the uncertainty of inaccurate distribution (i.e., one statin is reported as toxic more than another statin — even if their rates of toxicity are the same). Therefore, comparability of the RRs obtained by the usual SR reporting methods and the PRRs can be seen as a "cross validation." ("The expected or null value for a PRR is 1.0 and the numbers generated are measures of association that behave in a fashion similar to relative risk," Wiholm, supra, at 181).

92. Table 9, below, shows this to be the case:

**Table 9: Proportional Reporting Ratios (PRRs) [19]:**
**Baycol Versus All Other Statins Based On FDA Adverse Event Reporting System Data**

| | Baycol | | All other statins | | PRR | p value |
|---|---|---|---|---|---|---|
| | # cases with Rhabdomyolysis[20] | # cases with other adverse reactions | # cases with Rhabdomyolysis | # cases with other adverse reactions | . | |
| 1998-2001 | | | | | | |
| Total | 761 | 3416 | 349 | 31436 | **16.6** | **<0.0001** |
| Mono[21] | 495 | 3416 | 315 | 31436 | **12.8** | **<0.0001** |
| Comb[22] | 266 | 3416 | 34 | 31436 | **66.9** | **<0.0001** |
| 2001 (January 1 – August 8) | | | | | | |
| Total | 494 | 1797 | 178 | 8739 | 10.8 | <0.0001 |
| Mono | 357 | 1797 | 158 | 8739 | 9.3 | <0.0001 |
| Comb | 137 | 1797 | 20 | 8739 | 31.0 | <0.0001 |
| 2000 | | | | | | |
| Total | 223 | 1122 | 70 | 8930 | 21.3 | <0.0001 |
| Mono | 113 | 1122 | 61 | 8930 | 13.4 | <0.0001 |
| Comb | 110 | 1122 | 9 | 8930 | 88.7 | <0.0001 |
| 1999 | | | | | | |
| Total | 37 | 360 | 52 | 7603 | 13.7 | <0.0001 |
| Mono | 19 | 360 | 50 | 7603 | 7.7 | <0.0001 |
| Comb | 18 | 360 | 2 | 7603 | 181.1 | <0.0001 |
| 1998 | | | | | | |
| Total | 7 | 137 | 49 | 6164 | 6.2 | <0.0001 |
| Mono | 6 | 137 | 46 | 6164 | 5.7 | <0.0001 |
| Comb | 1 | 137 | 3 | 6164 | 14.9 | 0.0018 |

93. Data used for the PRR analysis were obtained in a CD format from the National Technical Information Service, providing FDA Adverse Event Reporting System (AERS) data from November 1997 through March 2002. This included the entire period that Baycol was on the market, beyond the date of its withdrawal on August 8, 2001.

94. For four time periods since Baycol launch (1998; 1999; 2000; and from January 1 through August 8, 2001) the PRRs of Baycol monotherapy versus all other statins were elevated at 5.7, 7.7, 13.4 and 9.3, respectively. The mean monotherapy PRR from these four years, weighted in accordance with the number of cases for these years, is 12.8 (as indicated in Table 9 (above), and displayed in Figure 12 (below)). These PRR data may be compared to the RRs derived from the five SR data sets compiled by Bayer (see Exhibit 2, Table 2, Study 2a). Study 2a of Table 2 show RRs for Baycol monotherapy of 65.2, 11.8, 25.3,

---

19 Method of calculating PRR.

| | Baycol | All other statins |
|---|---|---|
| Rhabdomyolysis | a | b |
| All other reactions | c | d |

PRR = ( a/(a+c) ) / ( b/(b+d) )
The associated p value is from the chi-square test.

20 Includes myoglobinuria as a surrogate marker for Rhabdomyolysis.

21 "Mono" means Baycol or other statin in monotherapy.

22 "Comb" means Baycol + gemfibrozil, or other statin + gemfibrozil.



292409.1

2.5 and 7.5. Similar consistency is seen in the Baycol monotherapy data from the late lock point SR data sets (see Exhibit 4, Table 4, Study 4a); RRs were as follows: 4.9, 7.1, 9.6 and 10.4.




**Fig. 12: Proportional Reporting Ratio (PRR) Baycol vs. All Other Statins (Monotherapy) Based on FDA Adverse Event Reporting Data**

95. The major point is that all SR data are consistent in both magnitude and statistical significance in defining Baycol monotherapy as being toxic compared to all other statins. (Although no statistical significance figures were reported for the Staffa *et al.* data, the magnitude of Baycol monotherapy's RRs reported — from 10 to 50 — strongly suggest that comparable significance was present). The weighted average value of Baycol monotherapy's PRR from Table 9 and Figure 12 is 12.8 ($p < 0.0001$), which is highly comparable to the weighted average of 7.8 ($p < 0.0001$) for the RR derived from the five early lock point Bayer-compiled SR data sets (see Table 1, Study 1a, and Exhibit 2, Table 2, Study 2a), and to the weighted average of 7.3 ($p<0.0001$) for the RR from four late lock point SR data sets (see Exhibit 4, Table 4, Study 4a).



292409.1

96. A similar, and rather remarkable, consistency in magnitude of toxicity and statistical significance of Baycol's toxicity in combination therapy (with gemfibrozil) is found on comparison of the PRR values (Table 9, above, and Figure 13, below) with the Baycol plus gemfibrozil data derived from the five early SR data sets and four late SR data sets compiled by Bayer (see Table 1, Exhibit 1, and Table 2, Study 2b, Exhibit 2).




**Fig. 13: Proportional Reporting Ratio (PRR)
Baycol in Combination with Gemfibrozil vs.
All Other Statins in Combination with Gemfibrozil**

97. A further point is apparent in the data on monotherapy shown in Table 9. The early periods of data collection (1998 and 1999) have lower PRR values (5.7 and 7.7) than do the later periods (2000 and 2001) (13.4 and 9.3). This finding stands as a refutation of any interpretation that accounts for Baycol's apparent preeminence in toxicity versus all other statins as being due to heightened reporting of adverse events during the early period of a new drug's appearance.

98. Figure 14 (below) portrays another finding of the PRR study, in which the PRR of Baycol monotherapy is displayed versus individual statins. Once again, remarkable consistency is demonstrated, in that the PRR is higher for Baycol in comparison to every other statin. For ease of comprehension, Figure 14 presents the data in terms of the number of rhabdomyolysis cases reported for every 1000 Adverse Event Reports associated with each drug.




**Fig. 14: Baycol Monotherapy PRR v. Other Statins 1998-2001 (# Rhabdo Cases per 1,000 Adverse Events)**

99. Table 10 (below) presents the PRR data for Baycol versus each individual statin, upon which Figure 14 (above) is based. The important points shown by Table 10 are as follows: (a) without exception, the PRR was higher for Baycol in comparison to every other statin, and for every reporting period from 1998-2001; (b) every result is highly statistically significant, indicating that there is virtually no possibility that the results are due to chance; and (c) the signal of Baycol's greater toxicity is present even during the earliest reporting period (1998), when the PRRs ranged from 3.9 to 14.6 (average 6.2), despite the fact that only lower dose Baycol was marketed at that time. The PRR of 6.2 sent a strong signal of Baycol's higher toxicity, no later than the end of 1998.

**Table 10: Proportional Reporting Ratios (PRRs): Baycol versus Individual Statins Based on FDA Adverse Event Reporting System Data**

| | | BAYCOL | | OTHER STATINS | | | |
|---|---|---|---|---|---|---|---|
| | | # cases with Rhabdomyolysis[23] | # cases with other adverse reactions | # cases with Rhabdomyolysis | # cases with other adverse reactions | PRR | p value |
| 1. Baycol v. Lovastatin | 1998 | 6 | 137 | 5 | 645 | 5.5 | 0.0015 |
| | 1999 | 19 | 360 | 4 | 567 | 7.2 | <0.0001 |
| | 2000 | 113 | 1122 | 1 | 355 | 32.6 | <0.0001 |
| | 2001 | 357 | 1797 | 2 | 273 | 22.8 | <0.0001 |
| | **1998-2001** | 495 | 3416 | 12 | 1840 | **19.5** | **<0.0001** |
| 2. Baycol v. Atorvastatin | 1998 | 6 | 137 | 9 | 1985 | 9.3 | <0.0001 |
| | 1999 | 19 | 360 | 21 | 3421 | 8.2 | <0.0001 |
| | 2000 | 113 | 1122 | 21 | 4623 | 20.2 | <0.0001 |
| | 2001 | 357 | 1797 | 58 | 4811 | 13.9 | <0.0001 |
| | **1998-2001** | 495 | 3416 | 109 | 14850 | **17.4** | **<0.0001** |
| 3. Baycol v. Fluvastatin | 1998 | 6 | 137 | 1[24] | 346 | 14.6 | 0.0009 |
| | 1999 | 19 | 360 | 1 | 310 | 15.6 | 0.0003 |
| | 2000 | 113 | 1122 | 4 | 321 | 7.4 | <0.0001 |
| | 2001 | 357 | 1797 | 7 | 233 | 5.7 | <0.0001 |
| | **1998-2001** | 495 | 3416 | 12 | 1210 | **12.9** | **<0.0001** |
| 4. Baycol v. Pravastatin | 1998 | 6 | 137 | 9 | 1224 | 5.7 | 0.0002 |
| | 1999 | 19 | 360 | 5 | 1053 | 10.6 | <0.0001 |
| | 2000 | 113 | 1122 | 10 | 1140 | 10.5 | <0.0001 |
| | 2001 | 357 | 1797 | 26 | 992 | 6.5 | <0.0001 |
| | **1998-2001** | 495 | 3416 | 50 | 4409 | **11.3** | **<0.0001** |
| 5. Baycol v. Simvastatin | 1998 | 6 | 137 | 23 | 2105 | 3.9 | 0.0013 |
| | 1999 | 19 | 360 | 18 | 2387 | 6.7 | <0.0001 |
| | 2000 | 113 | 1122 | 25 | 2668 | 9.9 | <0.0001 |
| | 2001 | 357 | 1797 | 65 | 2594 | 6.8 | <0.0001 |
| | **1998-2001** | 495 | 3416 | 131 | 9754 | **9.6** | **<0.0001** |

23 Includes myoglobinuria as a surrogate marker for Rhabdomyolysis.
24 If 0 cases, use value of 1 case for computation, PRR is at least this high.

## C. The PacifiCare Study Provides Consistent Data Demonstrating Higher Toxicity of Baycol in Monotherapy and in Combination with Gemfibrozil.

100. The first four sources of data presented above are based upon spontaneous adverse event reports. The SRs provide "reported occurrence rates" comparable to incidence rates, in the form of either cases/patient years, or cases/number of prescriptions. In addition, the PRR method uses these data to show that rhabdomyolysis was reported as an adverse event in association with Baycol, as a far greater proportion of the total AEs, than for other statins. These data independently provide a sufficient basis to conclude that Baycol is far more toxic than other statins.

101. A fifth source of data provides consistent evidence of Baycol's greater toxicity, from a different perspective: the PacifiCare study, carried out by Prescription Solutions, a private contractor, at the behest of Bayer. The PacifiCare study attempted to assess the relationship between statins and myopathy, based on a retrospective analysis of pharmacy and medical claims from a large HMO. The PacifiCare study provides information about a substantial population of statin users; when properly analyzed, the PacifiCare data are useful to show consistency of the higher risk due to Baycol.

102. It is apparent from the documents that Bayer sought to use the PacifiCare study to justify keeping Baycol on the market, ostensibly on the basis that the PacifiCare data did not show an increased risk of muscle injury associated with Baycol monotherapy. (Bayer acknowledged that PacifiCare found a significantly greater risk for Baycol in combination with gemfibrozil, than for other statins in combination use). However, the analysis performed by the PacifiCare authors did not conform to generally accepted principles in the field of epidemiology, as described below. When proper methods are applied, the PacifiCare data in fact show substantially higher toxicity of Baycol, not only for combination therapy with gemfibrozil, but also in monotherapy. An additional error in the PacifiCare study, the likely misclassification of cases, can be corrected by reference to reliable, external sources. As explained below, application of the latter correction factor results in a further increased estimate

of Relative Risk which is consistent with other data and more likely to reflect the actual degree of toxicity.

1. **<u>Correction for the "Healthy Person Effect"</u>**

103. (a) First, the PacifiCare authors committed a fundamental error by failing to analyze their own data in a manner that would negate bias due to the "healthy person effect." This phenomenon occurs where the rate of disease observed in one group is lower than would otherwise be expected, because of the group members' relatively greater tolerance to withstand the toxic effects of the exposure in question. *See, e.g.*, Monson, "Occupational Epidemiology," <u>supra</u>, at 52-54. In this particular study, because the HMO that provided the study population was undergoing a rapid conversion of its formulary to Baycol, the Baycol group is comprised of a disproportionately large percentage of patients who had switched from another statin just prior to beginning Baycol. In contrast, there were significantly smaller numbers of users of other statins who had switched from a prior statin drug. As a result, the Baycol group includes a larger, disproportionate percentage of patients who had demonstrated tolerance to statins, as evidenced by the fact that they had not been required to discontinue such medications as a result of an adverse event; conversely, the groups taking the other statins included the general range of patients in need of cholesterol reduction, with no demonstrated tolerance for statins.

(b) The data of the PacifiCare study itself provide the basis to correct this error. In particular, Table 13 of the February 14, 2002[25] version of PacifiCare provides the incidence of myopathy among the patients who used the same statin throughout the period of the study. The data show that, for the population of PacifiCare patients who had never switched statins, there were 107 myopathy cases among 19,246 Baycol patients, and 480 myopathy cases among 133,339 patients exposed to all other statins.[26] Based upon these figures, the relative risk (RR) of increased myopathy attributable to Baycol is 1.54 (95% CI 1.25, 1.90), and the

[25] (MDL-NP-PACIFIC00000233.)

[26] Excluding data for Mevacor because of small numbers of patients; the result is essentially identical whether such data are included or not.

result is statistically significant at $p < 0.0001$. Therefore, data of the PacifiCare study itself shows that there is an increased risk of 54% for myopathy associated with Baycol in comparison to all other statins. Based on the p value of <0.0001, there is less than a one in ten-thousand possibility that this result was due to chance. This correction is included in the overall Relative Risk reflected in Table 10 above, and in Figures 15 and 16, below.

104. It is of interest that Bayer's consultant, Gerald Faich, M.D., wrote a memo recommending that PacifiCare's "analyses could or should use <u>only</u> patients newly on one or another statin in the same time period under the study," (BAYCORP 01441792, 9/22/00, emphasis added), which is equivalent to the "never switched" category of PacifiCare patients that I have used in my analysis. However, the PacifiCare authors based the conclusions of their report on the entire population, rather than upon the "never switched" group, resulting in the error and bias described above.

### 2. <u>Correction for Duration of Exposure</u>

105. Second, it is generally accepted that the denominator in a comparison of the incidence of disease as between different drugs should be based on not only the number of patients taking each drug, but also on the duration of exposure to each drug. "Incidence" is generally defined as number of cases/defined population per standard unit of time (commonly one year). Thus, for example, all of the data sets referenced above, whether compiled by the FDA, foreign countries, or Bayer itself, employed either a denominator of "patient-years," calculated by multiplying the number of patients times the average duration of exposure, or, alternatively, a denominator of the number of prescriptions, which serves as a surrogate for duration of exposure. The PacifiCare authors did not account for duration of exposure, but instead calculated rates of myopathy using the number of patients exposed to each drug as the denominator, uncorrected for a standard duration of exposure. This flaw biased the result in favor of Baycol, which had a significantly shorter average duration of exposure (about 259 days) than other statins to which it was compared (over 400 days). If standard duration of exposure were taken into account, the ratios derived from the equation would be altered; in

other words, the number of cases per standard unit of time would be changed. In each instance, the other statins were used for longer periods of time than Baycol. Therefore, the correction for standard duration of exposure results in a higher Relative Risk of Baycol, in comparison to other statins. In my analysis of PacifiCare, I have corrected for this error by adjusting for the average duration of use of each drug, as set forth in Table 11 of the February 14, 2002 version of the PacifiCare study. This correction is also included in the Relative Risks reflected in Table 10, and in Figures 15, and 16, below.

106. Figures 15 and 16, below, show the Relative Risks of Baycol monotherapy (Figure 15) and combination therapy with gemfibrozil (Figure 16), in comparison to other statins, based on the PacifiCare data, including both the correction to negate the healthy person effect (by using the "never switched" data set), and the adjustment for Baycol's shorter duration of exposure, as described above.




**Fig. 15: Relative Risk of Baycol Monotherapy vs. All Other Statins (Myopathy-PacifiCare Study #3, 2/14/02), with Internal Corrections**




**Fig. 16: Relative Risk of Baycol plus Gemfbrozil vs. All Other Statins (Myopathy-PacifiCare Study #3, 2/14/02), with Internal Corrections.**

107. In both instances, Baycol has an increased toxicity as monotherapy (Figure 15 — RR of 2.33 for Baycol versus all other statins) and in combination with gemfibrozil (Figure 16 — RR of 6.24). Each analysis is highly significant (p<0.0001),

indicating a possibility of less than 1 in 10,000 that the differences can be due to chance. The magnitude of the differences is large: an increased 133% toxicity risk of Baycol monotherapy, and an increased 524% toxicity risk for Baycol combination therapy.

108. Therefore, as with analyses based on SRs, the epidemiologists' search for ways to determine causality is satisfied on three levels: (a) the strength of the association, showing high Relative Risks for both monotherapy and combination therapy; (b) the high degree of statistical significance; and (c) consistency between the PacifiCare data and the analysis of SR data sets (§ IV.A and B, above), in that both sources show consistently greater risk of Baycol, with strong associations and high degrees of statistical significance.

109. Table 11, below, displays the myopathy data from the PacifiCare Study No. 3, Final Report, adjusted for duration of exposure and the healthy person effect. This Table provides the data which formed the basis for the summaries represented in Figures 15 and 16, above.

**Table 11: Myopathy data from the PacifiCare Study, Corrected for Duration and "Healthy Person" Effect**[27]

**Study 11a.** Relative risk of myopathy from Baycol monotherapy versus five other statins. Incidence data derived from PacifiCare Study # 3, Final Report, 2/14/02, Table 13.
(Note: The "healthy person" effect is avoided by use of the "never switched" category).

| Statin | Duration | cases | # exposed | RR | 95% CI | Z | p value |
|---|---|---|---|---|---|---|---|
| Ba | 260 | 107 | 19,246 | | | | |
| Le | 404 | 173 | 38,751 | 1.94 | 1.52, 2.46 | 5.37 | <0.0001 |
| Li | 408 | 121 | 25,419 | 1.83 | 1.41, 2.38 | 4.57 | <0.0001 |
| Pr | 368 | 165 | 63,523 | 3.03 | 2.37, 3.86 | 8.93 | <0.0001 |
| Zo | 415 | 21 | 5,646 | 2.39 | 1.49, 3.81 | 3.64 | 0.0003 |
| **all statins vs Ba** | | 480 | 133,339 | **2.33** | 1.89, 2.87 | 7.91 | **<0.0001** |

[27] The ratio of the incidence rates (#cases/#exposed) gives an estimate for the relative risk, RR, of any statin versus Baycol (also adjusting for the different durations of the studies). Assuming a Poisson distribution of the number of the cases, a 95% confidence interval for RR is computed as:

RR/ exp(1.96 X SE(lnRR) ) and RR X exp(1.96 X SE(lnRR) )
where SE(lnRR) = square root of (1/n1 + 1/n2)
n1, n2= respective number of cases

We also construct a Wald Z statistic = Z = lnRR/ SE(lnRR) and use this test statistic to find the associated p value.

**Study 11b.** Relative risk of myopathy from Baycol plus Gemfibrozil therapy. Incidence Data derived from PacifiCare Study # 3, Final Report, 2/14/02, Table 13.
(Note: The "healthy person effect" is avoided by use of the "never switched" category, however the sample size for Zo is relatively small).

| Statin | Duration | cases | # exposed | RR | 95% CI | Z | p value |
|---|---|---|---|---|---|---|---|
| Ba | 260 | 8 | 368 | | | | |
| Le | 404 | 7 | 981 | 4.73 | 1.72, 13.05 | 3.00 | 0.0027 |
| Li | 408 | 6 | 1,400 | 7.96 | 2.76, 22.94 | 3.84 | 0.0001 |
| Pr | 368 | 9 | 2,201 | 7.52 | 2.90, 19.50 | 4.15 | <0.0001 |
| Zo | 415 | 3 | 171 | 1.98 | 0.52, 7.46 | 1.01 | 0.30 |
| **all statins vs Ba** | | 25 | 4,753 | **6.24** | 2.81, 13.83 | 4.51 | **<0.0001** |

Statin code: Ba = Baycol; Le = Lescol; Li = Lipitor; Pr = Pravachol; Zo = Zocor
Duration data is from Table 11, p 35, PacifiCare, Study 3, Final Report, 2/14/02

110. The major points demonstrated by Table 11 are as follows: (1) Consistency is present within the monotherapy data (Study 11a.) in that each of the four statins share the property of being less toxic than Baycol and each difference is significant at a p<0.0001; and (2) Consistency is present within the combined therapy data (Study 11b) in that each of the four statins is less toxic than Baycol, and all but Zocor (with a small sample size) are significant at a p<0.003.

### 3. <u>Correction of PacifiCare Data for "Misclassification" of Cases</u>

111. Another important correction of the PacifiCare data can and should be made by adjusting for likely "misclassification of cases." This refers to the circumstance in which patients are incorrectly identified as having suffered one of the illnesses associated with the HMO codes chosen for analysis by the PacifiCare authors. The probability of such misclassification, which has been mentioned by both FDA Reviewers and Bayer's own consultant, is inherent in the PacifiCare study design, which relied upon administrative claims data codes for various muscle ailments, in the absence of medical record review to confirm exposures, diagnoses, or their relationship to statin toxicity.

112. It is a general principle of epidemiology that nondifferential misclassification of either exposure or disease will bias estimates of the Relative Risk toward the absence of an effect. This is a type of "information bias," which arises when some of the information collected about the study subjects is erroneous. Rothman, KJ, <u>Epidemiology: An</u>

Introduction (Oxford University Press 2002) at 98-100.[28] The codes compiled by PacifiCare include nonspecific muscle complaints that may occur in the absence of statin use. Thus, some people with muscle complaint codes would be included in the PacifiCare data analysis, although these complaints were not related to statin exposure. The effect of the inclusion of such cases was to reduce the estimate of Relative Risk. A simple example demonstrates this point: Assume a Baycol population of 100 patients, and an equivalent population of 100 taking other statins; assume that there were ten myopathies attributable to Baycol and five attributable to the other statins, yielding a Relative Risk of 10/5 = 2. Next assume that there are an additional five cases in each group that meet one of the definitional codes, but who have nonspecific muscle complaints unrelated to statins. In that case, the Relative Risk is 15/10 = 1.5. Thus, the effect of false positives would be to obscure the relationship and lower the RR.

113. The effect of misclassification is a particular concern here, because the PacifiCare protocols did not provide for medical record review to confirm cases. Indeed, several Baycol commentators specifically mention the difficulties and uncertainties associated with broadly defined case definitions that are not confirmed by chart reviews:

a. The PacifiCare authors themselves stated,

> Due to the limitations of administrative claims, we do not have clinical data, such as CPK levels, serum myoglobin concentrations, and myopathy-related symptoms, to adequately address the severity of rhabdomyolysis. There is a need to perform chart reviews of inpatient cases to validate medication exposures, diagnoses, and clinical outcomes.

(PacifiCare Study #3, 2/14/02, Version 4, at MDL-NP-PACIFIC00000217; emphasis added). It does not appear that any such chart reviews or confirmations were carried out.

---

[28] See also Reference Manual on Scientific Evidence (Federal Judicial Center 2000) at 368:

> Misclassification bias is a form of information bias in which, because of problems with the information available, individuals in the study may be misclassified with regard to exposure status or disease status. Misclassification bias has been subdivided into differential misclassification and nondifferential misclassification. Nondifferential misclassification occurs when inaccuracies in determining exposure are independent of disease status or when inaccuracies in diagnoses are independent of exposure status. This is a common problem resulting from the limitations of data collection. Generally, nondifferential misclassification bias leads to a shift in the odds ratio toward one, or, in other words, toward a finding of no effect. . . . nondifferential misclassification generally serves to reduce the observed association below its true magnitude.

114. The FDA Review of PacifiCare noted several "limitations" of the study, in particular:

> Given the uncertainty as to whether rhabdomyolysis can be studied in claims data, a broad case definition, unrelated to drug exposure, would be more desirable, but medical record review would be necessary to confirm rhabdomyolysis.

(BAYCORP01454778, FDA Office of Postmarketing Drug Risk Assessment, 7/24/01; emphasis in original).

a. Gerald Faich, M.D., Bayer's consultant, "confidentially" informed Bayer officials of "serious concerns about the scientific validity of the proposed [PacifiCare] study," including:

> . . .
>
> 7. Inability to obtain patient records. This is critical to validating diagnoses and obtaining covariate information (*e.g.*, lab, smoking, etc, etc). Administrative claims data not infrequently suffer from mistakes, miscoding, diagnosis creep, rule out diagnoses and the like. Even when the data derive from so-called medical record databases . . . this step is necessary. It is lacking here, and I urge every effort to go the extra steps to confirm at least the hospitalized cases.

(Faich to Weidman, 9/22/00, BAYCORP01441796). As the PacifiCare comment (sub ¶ (a), above) demonstrates, the medical record review urged by Dr. Faich was not done.

b. Dr. Faich's slides attached to the 9/22/00 memo to Bayer noted "Limitations of Using an Automated Database for Observational Research," including:

> Data are collected for purposes other than research.
>
> — Quality and quantity of data could be inadequate
>
> — Data could be subject to misclassification

(BAYCORP01441807). Thus it is apparent that misclassification of data and inability to confirm cases are significant issues affecting proper interpretation of the PacifiCare data. However, prior commentators have not attempted to quantify the effect of misclassification, but instead have merely noted the concern in evaluating the data and conclusions. An appropriate method to

estimate the magnitude of this effect does exist, and is found in the adverse event report data sets described in section IV.A, above.

115. In order to estimate the extent of the effect of misclassification on RRs, the Bayer-compiled adverse event data sets 1-5 were examined. This review indicated that sets 2 and 5, described in § IV.A, above, were relevant to the misclassification issue, because the data were reported as both "confirmed" and "suspected" cases of rhabdomyolysis for each of the six statin drugs. The review and laboratory data necessary to "confirm" a suspected case substantially reduces the potential for misclassification. It was also determined that Set 1 was relevant, because the data were reported as both "Rhabdomyolysis" and the generic "Myopathy" cases, and a greater degree of confirming data is likely present as to the rhabdomyolysis cases. Analysis of these three data sets therefore provides an estimate of the effects of misclassification and overly broad case definition on RRs.

116. Table 12, below, shows the Relative Risks for "confirmed" versus "suspected" cases, based on the previously described Adverse Event Report data Sets 1, 2 and 5. The central result of this analysis is that the RR for Confirmed cases with Baycol monotherapy versus all other statins monotherapy is 8.47, compared to RR of 4.16 for Suspected cases. This result is important for several, related reasons: (a) the analysis of "confirmed" cases results in a RR over twice as high as the RR for "suspected" cases, and the result is highly statistically significant; (b) the higher RR for "confirmed " cases supports the conclusion that the higher toxicity of Baycol is real, rather than an artifact, because this is precisely the effect on RRs that one expects when the drug in question is truly toxic, by eliminating the "noise" of false positives and allowing a clearer view of the causal relationship; and (c) the result provides an appropriate method to correct for the misclassification bias of the PacifiCare study, since it demonstrates, with actual data, the effect of overbroad definitions and absence of confirmation of cases upon the calculation of the RR.

**Table 12: Relative Risks of "Confirmed" v. "Suspected" Rhabdomyolysis Reports.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Study 12.a. Baycol Monotherapy v. Other Statins, Summary of Data from Sets 1, 2 and 5** | | | | | | |
| **"Suspected Cases"** | | | | | | |
| Statin | Cases/Patient yrs per 100,000 | Cases per 100,000 patient years | **RR** | 95% CI | Z | **p value** |
| **Ba** | 804/47.39 | 17 | | | | |
| **All statins vs. Ba** | 7531/1848.33 | 4 | **4.16** | 3.87, 4.48 | 38.44 | **<0.0001** |
| **"Confirmed Cases"** | | | | | | |
| Statin | Cases/Patient yrs per 100,000 | Cases per 100,000 patient years | **RR** | 95% CI | Z | **p value** |
| **Ba** | 298/47.39 | 6 | | | | |
| **All statins vs. Ba** | 1372/1848.33 | 0.7 | **8.47** | 6.99, 10.26 | 33.43 | **<0.0001** |
| | | | | | | |
| **Study 12.b. Baycol Combination Therapy with Gemfibrozil v. Other Statins with Gemfibrozil, Summary of Data from Sets 1, 2 and 5.** | | | | | | |
| **"Suspected Cases"** | | | | | | |
| Statin | Cases/Patient yrs per 100,000 | Cases per 100,000 patient years | **RR** | 95% CI | Z | **p value** |
| **Ba** | 542/.28 | 1936 | | | | |
| **All statins vs. Ba** | 587/17.83 | 33 | **58.96** | 52.41, 66.26 | 68.44 | **<0.0001** |
| **"Confirmed Cases"** | | | | | | |
| Statin | Cases/Patient yrs per 100,000 | Cases per 100,000 patient years | **RR** | 95% CI | Z | **p value** |
| **Ba** | 219/.28 | 278 | | | | |
| **All statins vs. Ba** | 207/17.83 | 11.6 | **66.58** | 50.53, 90.39 | 43.46 | **<0.0001** |

117. As noted above (Figures 15 and 16, and ¶ 108), appropriate use of the PacifiCare data for patients who never switched statins (correcting for the healthy person effect), and adjusting to account for Baycol's shorter duration of exposure, results in Relative Risks of 2.33 for Baycol monotherapy and 6.24 for Baycol combination therapy, when compared to all other statins. Each of these results is highly statistically significant (p <0.0001), showing that Baycol is far more toxic than other statins. The additional, external adjustment to correct for misclassification of cases, as described above, is 8.47/4.16=2.04 for Baycol monotherapy and 66.58/58.96=1.15 for Baycol in combination therapy with gemfibrozil. The latter corrections result in Relative Risks of 2.04x 2.33= 4.75 for Baycol monotherapy and 1.15x 6.24= 7.18 for Baycol combination therapy with gemfibrozil, as shown in Figures 17 and 18, below.




**Fig. 17: Relative Risk of Baycol Monotherapy vs. All Other Statins (Myopathy-PacifiCare Study #3, 2/14/02, With Internal and External Corrections)**




**Fig. 18: Relative Risk of Baycol plus Gemfbrozil vs. All Other Statins (Myopathy-PacifiCare Study #3, 2/14/02 with Internal and External Corrections)**

118. Two further PacifiCare issues should be mentioned, regarding "differential misclassification" and "claims lag." The first, differential misclassification, is a type of information bias that occurs due to differential error in determining exposure in cases as compared with controls, or in determining disease in unexposed cohorts relative to exposed

cohorts. See Reference Manual on Scientific Evidence (Federal Judicial Center 2000) at 368. Apparently Bayer's marketing of Baycol included distribution of a very large absolute number and percentage of free samples, in comparison to prescription purchases. The PacifiCare Study assigned patients to their statin groups based on their last prescription before a defined study outcome was found in the records; free sample use was unprescribed and therefore unaccounted for. Indeed, the FDA Review of PacifiCare notes that the study could not account for the effect of free samples, citing the authors' own statements. (BAYCORP01454772). Thus, if a patient suffered a defined condition while taking Baycol samples, the accuracy of the study results could be impaired by improperly excluding that case from those associated with Baycol; also, pursuant to the study protocol, if the diagnosis of myopathy while taking Baycol free samples occurred within 30 days after the last prescription of a different statin, that case would be falsely attributed to the previously prescribed statin, rather than to Baycol.

119. The second additional source of information bias in the PacifiCare study arises from the phenomenon of "claims lag," as described in the FDA Center for Drug Evaluation and Research Memorandum dated August 17, 2001.[29] The authors state that PacifiCare, which relied on HMO claims to count the number of myopathy cases, applied a fixed study end date that did not account for the typical 6-to-9-month delay between the date when services are provided and the ultimate entry into a database of claims for payment. The proper methodology would have been to apply an end date "based upon the last date for which claims are complete." Id. at 9 (emphasis added). As a result of this error, Staffa notes:

> There is a high likelihood that there are many missing claims for the most recent myopathy cases and thus they would not be included in the study. Since this is the same time frame during which Baycol use was dramatically increasing, it is very likely that more Baycol-associated cases of rhabdomyolysis would be differentially missed than those associated with other statins. This clearly would lead to underascertainment of all events, particularly Baycol- associated events.

Id. (emphasis added).

[29] The Memorandum was prepared by Staffa *et al.*, the same scientists who authored the NEJM Letter of February 2002 concerning the elevated reporting rate of rhabdomyolysis deaths associated with Baycol.

120. The use of free samples and the delay in claims data entry are likely to have biased the PacifiCare data in favor of Baycol, in the manner described above. There is insufficient information about the extent of free sample distribution or claims lag at PacifiCare to quantify these effects. Nevertheless, it is likely that the very high RRs showing Baycol's greater toxicity would have been even higher if myopathy/rhabdomyolysis conditions that occurred while taking free samples of Baycol had been counted, and if the study end date had been deferred to allow for delays in the entry of claims data.

### 4. Summary of PacifiCare Analysis

121. In summary, the PacifiCare study is an important data source, because it provides information about a large population of statin users. The data of PacifiCare itself show greater toxicity of Baycol monotherapy and Baycol in combination with gemfibrozil. When "internal" corrections are applied to account for duration of exposure and the healthy person effect, the magnitude of increased risk is more accurately described, as seen in Figure 15 as well as Table 11 (above). Bayer concedes that PacifiCare showed higher toxicity of Baycol in combination with gemfibrozil, compared to other statins, and my analysis confirms that finding. Thus, PacifiCare's results are consistent with adverse event data sets showing greater toxicity of Baycol. In addition, application of an "external" factor to the PacifiCare data is appropriate, to correct for likely misclassification of cases. The effect of these corrections is to provide the best available estimate of relative risks of Baycol versus other statins on the basis of the PacifiCare study.

## V. CLINICAL RESEARCH DATA SUPPORTS GREATER TOXICITY OF BAYCOL MONOTHERAPY IN COMPARISON TO OTHER STATINS.

122. Tables 16-21 of Bayer-derived reports on "Safety Findings from Clinical Trials"[30] were analyzed. These too revealed strong evidence for Baycol monotherapy's toxicity compared to all other statins. The number of clinical trials that formed the basis for these tables were as follows: Table 16, cerivastatin – 35 trials; Table 17, Atorvastatin – 29 trials; Table 18,

[30] See BAYCORP0477985-991.

simvastatin – 75 trials; Table 19, lovastatin – 41 trials; Table 20, Fluvastatin – 28 trials; and Table 21, Pravastatin — 54 trials. All the data came from monotherapy of the six statins.

123. Table 13, below, shows that Baycol monotherapy was significantly more toxic in producing rhabdomyolysis at both, the 0.4 mg dose (RR=8.6, p=0.0054) and the 0.8 mg dose (RR 8.8, p<0.0001).

**Table 13: Relative Risks of Confirmed Rhabdomyolysis: Baycol Versus All Other Statins, Based on Published Clinical Trials (n=35*). Baycol Doses of 0.4 mg and 0.8 mg Are Compared to Equivalent Doses of All Other Statins (Dose Equivalent to Baycol Dose Given in Parenthesis for Each Statin)**[31]

| Baycol Dose | Ba | Li (10 mg) | Zo (20 mg) | Me (40 mg) | Le (80 mg) | Pr (40 mg) | All Other Statins | RR | p Value |
|---|---|---|---|---|---|---|---|---|---|
| Number of Cases / Number of Participants Exposed | | | | | | | | | |
| 0.4 | 2 / 2,518 | 1 / 2,483 | 0 / 5,739 | 2 / 4,908 | 0 / 257 | 0 / 18,179 | 3 / 31,502 | 8.6 | 0.0054 |
| | | Li (20 mg) | Zo (40 mg) | Me (80 mg) | — | Pr (80 mg) | | | |
| 0.8 | 11 / 2,972 | 0 / 1,773 | 4 / 14,864 | 7 / 7,224 | — | 0 / 1,601 | 11 / 254 | 8.8 | <0.0001 |

Method of calculating RR

| | Baycol | All other statins |
|---|---|---|
| Rhabdomyolysis | a | b |
| Number participants | c | d |

RR = (a/c) / (b/d)
The associated p value is from the chi-square test.

124. The clinical trial data simply add another "nail in the coffin" of evidence already extraordinarily strong for Baycol's unusual toxicity as compared to all other statins. The remarkable feature of these results is that the toxicity emerged despite the fact that volunteer participants for these trials are both younger and freer of risk factors (like hypertension, diabetes and kidney disease) that increase the incidence of adverse events, including rhabdomyolysis, in the general public.

## VI. CONCLUSION

125. Several independent methods of analysis consistently demonstrate that Baycol causes substantially more rhabdomyolysis, myopathy and death than any other statin. The data are highly statistically significant, indicating that the results are virtually certain to

[31] Source, see Tables 16-21 of Benefit Risk Evaluation Report of Lipobay® (Cerivastatin Sodium) Comparison with Atorvastatin, Simvastatin, Fluvastatin, Fluvastatin and Pravastatin. Report date: October 26, 2001; Data lock point: June 30, 2001. See BAYCORP04077967 and 04077985 through 04077991.

reflect the true toxicity of Baycol, rather than the effect of chance. Both in monotherapy and in combination with either gemfibrozil or clopidogrel, Baycol causes more injuries and more deaths. Such excess risk was evident on the basis of the data from the earliest reporting periods, when only lower dose Baycol was on the market. It is clear to a reasonable degree of medical certainty that Baycol is more toxic than other statins, both in monotherapy and in combination with either gemfibrozil or clopidogrel.

November ___, 2003

_______________________________
John W. Farquhar, M.D.

reflect the true toxicity of Baycol, rather than the effect of chance. Both in monotherapy and in combination with either gemfibrozil or clopidogrel, Baycol causes more injuries and more deaths. Such excess risk was evident on the basis of the data from the earliest reporting periods, when only lower dose Baycol was on the market. It is clear to a reasonable degree of medical certainty that Baycol is more toxic than other statins, both in monotherapy and in combination with either gemfibrozil or clopidogrel.

November 24, 2003

John W. Farquhar, M.D.

John W. Farquhar, M.D.