# EXHIBIT F

PHARMACOEPIDEMIOLOGY AND DRUG SAFETY 2004; **13**: 417–426
Published online 24 May 2004 in Wiley InterScience (www.interscience.wiley.com). **DOI**: 10.1002/pds.977

ORIGINAL REPORT

# Rhabdomyolysis with HMG-CoA reductase inhibitors and gemfibrozil combination therapy†,‡

Jennie T. Chang PharmD[1]*, Judy A. Staffa PhD, RPh[1], Mary Parks MD[2] and Lanh Green RPh, MPH[1]

[1]*Office of Drug Safety, Food and Drug Administration, Rockville, MD, USA*
[2]*Division of Metabolic and Endocrine Drug Products, Food and Drug Administration, Rockville, MD, USA*

SUMMARY

**Context** Elevated total cholesterol (total-C) and low-density lipoprotein cholesterol (LDL-C) levels are established risk factors for cardiovascular disease (CVD). HMG-CoA reductase inhibitors (statins) are effective cholesterol-lowering drugs that are commonly prescribed to treat this condition. These drugs are often combined with another class of drugs, fibric acid derivatives, to lower both cholesterol and triglyceride levels. Rhabdomyolysis is a known, rare serious side effect of statin monotherapy and of statin-fibrate combination therapy.

**Objective** To examine Food and Drug Administration's (FDA's) postmarketing database for cases of rhabdomyolysis in relation to monotherapy and combination use and calculate reporting rates for this event.

**Design** Domestic cases of statin- and statin/gemfibrozil-associated rhabdomyolysis were culled from FDA's database and reviewed. Rhabdomyolysis was defined by CPK $\geq$ 10 000 IU/L, myopathic signs and symptoms and clinical diagnosis of rhabdomyolysis. Reporting rates, consisting of number of reported cases/number of prescriptions for each drug, were then calculated to determine whether the reporting of rhabdomyolysis cases was commensurate with extent of use of each statin in the population.

**Setting** Cases were obtained from the FDA adverse event reporting system (AERS) database.

**Patients** NA.

**Main Outcome Measures** Number of rhabdomyolysis cases were evaluated, along with outcomes, such as renal failure, dialysis and death.

**Results** Of 866 total reported cases, 482 (56%) were associated with monotherapy and 384 (44%) related to combination therapy. More than 80% of reported cases for each drug resulted in hospitalization for renal failure and dialysis. 80 patients expired from events related directly to rhabdomyolysis. Reporting rates for all statins, except for cerivastatin, were similar and much lower than 1 per 100 000 prescriptions. The cerivastatin-reporting rate was much higher at 4.24/100 000 prescriptions.

**Conclusions** Rhabdomyolysis is a rare, serious side effect of statin monotherapy and of statin-fibrate combination therapy. Clinicians need to remain cognizant of this potential adverse event and discuss signs and symptoms of muscle toxicity with patients in order improve the benefits-to-risks of treating dyslipidemia with statins. Published in 2004 by John Wiley & Sons, Ltd.

KEY WORDS—rhabdomyolysis; statins; fibrates; HMG-CoA reductase inhibitors; adverse reactions; renal failure

## INTRODUCTION

Cardiovascular disease (CVD) is the leading cause of morbidity and mortality in the United States with more than 12 million Americans affected.[1] Elevated total cholesterol (total-C) and low-density lipoprotein cholesterol (LDL-C) levels are established risk factors for CVD. From epidemiologic observations, the direct

* Correspondence to: J. T. Chang, PharmD, Office of Drug Safety, Division of Drug Risk Evaluation, Food and Drug Administration, Room 15B-18, HFD-430, Rockville, Maryland 20857, USA.
E-mail: changJ@cder.fda.gov
† No conflict of interest was declared.
‡ This article is a U.S. Government work and is in the public domain in the U.S.A.

*Received 14 October 2003*
*Revised 31 March 2004*
*Accepted 13 April 2004*

relationship between cholesterol level and incidence of coronary heart disease (CHD) is continuous and graded with an approximate 2% increase in incidence of coronary artery disease for each 1% increase in serum cholesterol.[2]

Large clinical trials in the past 10 years have used effective lipid-altering drugs, such as HMG-CoA reductase inhibitors (statins), to determine if cholesterol lowering reduces morbidity and mortality in different at-risk populations. These trials have demonstrated that lowering cholesterol levels in patients with and without pre-existing symptomatic coronary disease results in reductions in risk for cardiovascular events.[2–5]

The atherogenicity of TG-rich lipoproteins is increasingly recognized based on epidemiologic data, studies of lipoprotein metabolism, microscopic pathology of the atherosclerotic plaque and clinical trial data. Furthermore, patients with elevated triglycerides often have low high-density lipoprotein cholesterol (HDL-C) levels, hypertension, glucose intolerance and obesity with consequent risk for atherosclerotic disease. The identification of triglycerides as a risk factor in CVD has shifted the focus of drug intervention from LDL-C lowering alone to lowering of LDL-C and TG in at-risk patient populations.

In the recently updated National Cholesterol Education Program (NCEP) Guidelines, recommendations for treating combined dyslipidemia include, after lifestyle modification, directing pharmacologic therapies at reducing non-HDL cholesterol, which includes both LDL-C and atherogenic TG-rich lipoproteins, particularly in patients with high TG levels (i.e. 200–400 mg/dl). The advocated approach calls for lowering non-HDL cholesterol levels by maximizing therapy with an LDL-lowering drug followed by addition of nicotinic acid or a fibrate to address HDL-C and TG abnormalities.[6]

Individually, statins, nicotinic acid and fibrates have acceptable safety profiles. Rare adverse events associated with statin therapy include generally asymptomatic elevations in hepatic transaminases, extremely rare cases of hepatitis of unclear relationship to drug and myopathy that may in rare cases progress to the most serious side effect of these drugs, rhabdomyolysis. Fibrates have also been associated with rare hepatic toxicity and myotoxicity. Nicotinic acid, given in gram doses necessary for lipid effects causes more frequent hepatic injury. In addition, there are reports of rhabdomyolysis in patients treated with nicotinic acid alone. Little is known about the true incidence of myopathy and rhabdomyolysis with or without these therapies. The combined use of statins and nicotinic acid or statins and fibrates, however, is thought to augment the risk for myopathy and rhabdomyolysis.[7]

The withdrawal of cerivastatin (Baycol™) from the worldwide market in 2001, due to a high rate of reporting of fatal rhabdomyolysis has focused the attention of the clinical community on statin safety both as monotherapy and in combination with fibrates. The Food and Drug Administration (FDA) began receiving reports of rhabdomyolysis associated with statin-fibrate combination use shortly after the approval of the first statin, lovastatin, in 1987. In 1990, Pierce *et al.* described cases of rhabdomyolysis, associated with lovastatin and gemfibrozil used in combination reported to the FDA up to that time.[7] Since then, five other statins and fenofibrate have been approved in the U.S. The purpose of the current analysis was to examine, 12 years later, FDA's postmarketing database for all reports of rhabdomyolysis in relation to statin and statin/gemfibrozil use. A previous publication examined fatal cases only.[8] All reports for rhabdomyolysis were described and evaluated in the context of drug utilization data to provide an update on the FDA's postmarketing experience with regard to rhabdomyolysis associated with statin therapy alone and combined with gemfibrozil. Although other fibrates are available in the United States (clofibrate and fenofibrate), the use of gemfibrozil far exceeded that of these other agents at the time of this study. Thus, the analysis of fibrate therapy was limited to only gemfibrozil.

## METHODS

### *Summary of all reported cases of rhabdomyolysis associated with statins*

As detailed in Figure 1, the Office of Drug Safety (ODS) of FDA receives voluntary spontaneous reports of adverse drug reactions, primarily from healthcare professionals, i.e. physicians and pharmacists, and through pharmaceutical companies. FDA's adverse event reporting system (AERS) is a repository of reports of adverse drug reactions coded according to the Medical Dictionary for Regulatory Activities (MedDRA).[9]

For the purpose of this analysis, a database search was undertaken to determine the number of potential cases of statin- and statin/gemfibrozil-associated rhabdomyolysis using the following MedDRA search terms: myopathies and musculoskeletal tests, rhabdomyolysis, creatine phosphokinase (CPK) increased and skeletal muscle enzymes. Searches were run for each of the statins as monotherapy and then in


[redacted]

Figure 1. Template for evaluating rhabdomyolysis cases using FDA's Adverse Event Reporting

combination with gemfibrozil as a drug interaction. All reports were then manually reviewed. Cases were included in the analysis if the patient resided in the United States and presented with rhabdomyolysis, which was defined by a CPK > 10 000 IU/L, signs and symptoms (myalgia, myopathy, gait disturbance) and a clinical diagnosis of rhabdomyolysis.

The time period for report extraction was from the initial date of marketing of each agent through 31 July 2001.

*Reporting rates for rhabdomyolysis associated with statins*

To determine whether the reporting of rhabdomyolysis cases to FDA was commensurate with the extent of use of each statin in the population, reporting rates were calculated. Reporting rates consist of the number of reported cases/number of prescriptions for the drug. They provide a crude context for the reported cases of rhabdomyolysis by attempting to take into account the

differential extent of use of statins, alone or in combination with gemfibrozil. This allows for a more fair comparison between drugs than a simple comparison of the number of cases reported. Due to extensive under-reporting of all adverse events to FDA, however, reporting rates cannot be interpreted as incidence rates and cannot be used to estimate the actual number of cases of rhabdomyolysis occurring among all users of statins and gemfibrozil.

*Numerator.* The reported cases included only U.S. cases from spontaneous reports in AERS that were reported through 31 July 2001 and met the case definition described earlier. This cutoff was selected because it was just prior to the publicity surrounding the withdrawal of cerivastatin (Baycol™), on 8 August 2001 which increased reporting to FDA of rhabdomyolysis associated with statins.

*Denominator.* U.S. exposure to statins without concomitant fibrates and in combination with gemfibrozil was estimated using data from two different sources. First, the total number of prescriptions dispensed annually for each statin for the years, 1988–July 2001 was determined from IMS HEALTH's National Prescription Audit Plus (NPA*Plus*™). NPA*Plus*™ collects information on prescriptions dispensed by retail pharmacies in the U.S. (including independent pharmacies, chain pharmacies and mail order houses) from a panel of approximately 20 000 pharmacies. These sample estimates are then used to make statistical projections of dispensed prescriptions nationwide. The year 1988 was chosen as an initial date because it was shortly after the approval of lovastatin (1987), the first statin to be marketed in the U.S. The last date used for selecting cases, 31 July 2001, was chosen for reasons described above. Although gemfibrozil was first marketed in 1981, 1988 was the first year in which the opportunity existed for combined use with statins. Dispensed prescriptions from long-term care facilities were not included in any of the estimates, because these data became available only recently through NPA*Plus*™ and were thus not equally available for all statins.

A second source, IMS HEALTH's National Drug and Therapeutic Index (NDTI™) was queried to estimate the frequency of concomitant use of statins with gemfibrozil. The NDTI™ surveys patient visits made to a quarterly sample of over 2000 office-based physicians throughout the U.S. and records drugs mentioned during these visits. All mentions of statins across all years of marketing for each drug were identified and categorized as either monotherapy (without concomitant fibrates) or in combination with gemfibrozil. Since there were very few reported cases in AERS of rhabdomyolysis associated with a statin plus fenofibrate or clofibrate use and small amounts of concomitant use of these agents throughout most of the study period, analyses of concomitant physician mentions were limited to gemfibrozil only. Percentages of statin monotherapy or in combination with gemfibrozil were calculated. These percentages were then applied to the total number of prescriptions for each statin product during the relevant time period (from NPA*Plus*™), to generate a crude estimate of the numbers of prescriptions that were likely to be monotherapy or combined with gemfibrozil. It is important to note that 'monotherapy' only excludes mentions of concomitant fibrate use and does not exclude the possibility of other drug mentions.

Reporting rates were calculated (per 100 000 prescriptions) for all reported cases of rhabdomyolysis over all marketed years (1988–July 2001) for each statin used as monotherapy and for each statin used in combination with gemfibrozil. It should be noted that all reporting rates presented are relative to the number of prescriptions, but not to the number of patients on therapy. Patient-level data on exposure were not available at the time of these analyses. Reporting rates were also calculated for each calendar year for each statin to look at trends over time.

## RESULTS

### *Description of all domestic, FDA-reported cases of rhabdomyolysis associated with statins*

All potential rhabdomyolysis cases were individually reviewed for adherence to the case definition. A total of 866 unduplicated cases met all three criteria of the rhabdomyolysis definition (Table 1), of which 384 (44%) were related to combination therapy (Table 2) and 482 (56%) were associated with monotherapy administration (Table 3). More than 80% of the cases for each drug resulted in hospitalization for serious sequelae, including acute renal failure and dialysis. Eighty patients expired from events related directly to rhabdomyolysis.

Pertaining to monotherapy, the numbers of reported cases of rhabdomyolysis were evenly divided among females (233) and males (224). In slightly less than half of the cases, cerivastatin was believed to be the causative drug. The other statins comprised the remaining number, in descending order of report number: lovastatin, simvastatin, atorvastatin, pravastatin and fluvastatin. With regard to serious outcomes,

Table 1. Demographics for all domestic reported cases of rhabdomyolysis associated with statins*

| Selected characteristics $n=866$ | Lovastatin $n=180$ | Pravastatin $n=19$ | Simvastatin $n=136$ | Fluvastatin $n=1$ | Atorvastatin $n=51$ | Cerivastatin $n=479$ |
|---|---|---|---|---|---|---|
| Approval date | 8/31/1987 | 10/31/1991 | 12/31/1991 | 12/31/1993 | 12/17/1996 | 6/27/1997 |
| Age (years)† | $n=167$ | $n=15$ | $n=122$ | $n=1$ | $n=45$ | $n=424$ |
| Range | 26–81 | 46–81 | 27–92 | 70 | 24–82 | 27–91 |
| Median | 63 | 68 | 66 | | 61 | 70 |
| Mean | 61 | 68 | 65 | | 60 | 68 |
| Sex | | | | | | |
| Female | 92 | 13 | 53 | 0 | 17 | 256 |
| Male | 80 | 6 | 79 | 1 | 31 | 209 |
| Unknown | 8 | 0 | 4 | 0 | 3 | 14 |
| Reaction onset (days)† | $n=133$ | $n=17$ | $n=97$ | $n=1$ | $n=33$ | $n=384$ |
| Range | 5–1825 | 2–1080 | 4–900 | 10 | 7–2190 | 2–412 |
| Median | 90 | 30 | 40 | 10 | 150 | 30 |
| Mean | 241 | 234 | 51 | 10 | 309 | 68 |
| Dose (mg/day)† | $n=149$ | $n=14$ | $n=107$ | Unknown | $n=39$ | $n=398$ |
| Range | 20–100 | 10–40 | 5–160 | | 10–80 | 0.2–2.4 |
| Median | 40 | 20 | 40 | | 20 | 0.4 |
| Mean | 50 | 25 | 51 | | 29 | 0.5 |
| Outcome‡ | | | | | | |
| Hospitalized | 147 | 17 | 118 | 1 | 43 | 426 |
| Died | 19§ | 3 | 14 | 0 | 6 | 38 |
| Non-serious | 11 | 2 | 13 | 0 | 4 | 12 |
| Unknown | 22 | 0 | 5 | 0 | 4 | 41 |
| Reporting year(s) | 1987–2001 | 1993–2001 | 1993–2001 | 2000 | 1997-2001 | 1998–2001 |

*As of 31 July 2001.
†Refers to the number of cases in which the specific demographic data were provided; balance of total had incomplete data.
‡More than one outcome is possible.
§Unknown as to whether one case was a monotherapy or combination therapy case.

399 (83%) of the patients were hospitalized and 57 (12%) patients expired.

In the subset of combination therapy cases, 353 (92%) of the cases resulted in hospitalization and 23 (6%) patients expired. In total, 52% of the patients were female. Cerivastatin comprised about three-quarters of the rhabdomyolysis cases associated with combination therapy. The other statins comprised the remaining number, in descending order of quantity: lovastatin, simvastatin, atorvastatin, pravastatin and fluvastatin.

### *Reporting rates for rhabdomyolysis over all years of marketing*

Table 4 shows the overall reporting rates for rhabdomyolysis for each statin, without fibrates and with gemfibrozil, across all marketed years, 1988–July, 2001. With the exception of cerivastatin, reporting rates were similar and much lower than 1 per 100 000 prescriptions, varying from a low of close to 0 for fluvastatin, up to 0.18/100 000 prescriptions for lovastatin, with pravastatin (0.02), atorvastatin (0.03) and simvastatin (0.11) in between. In contrast, the reporting rate for cerivastatin was much higher at 4.29/100 000 prescriptions. This increased reporting rate for cerivastatin was also seen, but far less dramatically, when looking at cerivastatin without fibrates (1.81/100 000) and much more dramatically when looking at combination use with gemfibrozil (1249/100 000).

In comparing the three sections of Table 4, the majority of prescriptions for each statin over time were for therapy without concomitant fibrates. Most reported cases of rhabdomyolysis were likewise associated with monotherapy of the statin—with the exception of cerivastatin. In total, 58% of cases reported with cerivastatin (279/479) were associated with combination use with gemfibrozil. For pravastatin and atorvastatin, the reporting rates appear to increase about an order of magnitude with gemfibrozil compared to monotherapy (0.14/100 000 and 0.50/100 000 combined vs. 0.02/100 000 and 0.03/100 000 monotherapy respectively). The reporting rates associated with combined use of gemfibrozil with lovastatin (2.84/100 000) and simvastatin (3.85/100 000) are an order of magnitude higher than the reporting rates seen for use of these agents without fibrates, 0.12/100 000 and 0.08/100 000 respectively. An examination of the reported dose in the 20 cases of rhabdomyolysis associated with simvastatin/

Table 2. Demographics for domestic reported cases of rhabdomyolysis associated with combination therapy with statins and gemfibrozil*

| Selected characteristics $n=384$ | Lovastatin $n=60$ | Pravastatin[§] $n=2$ | Simvastatin $n=37$ | Atorvastatin $n=6$ | Cerivastatin $n=279$ |
|---|---|---|---|---|---|
| Age (years)[†] | $n=54$ | $n=2$ | $n=37$ | $n=4$ | $n=274$ |
| Range | 39–79 | 67–81 | 41-88 | 55–75 | 27–89 |
| Median | 63 | 74 | 68 | 62 | 68 |
| Mean | 61 | 74 | 66 | 64 | 66 |
| Sex | | | | | |
| Female | 34 | 1 | 15 | 2 | 147 |
| Male | 24 | 1 | 22 | 3 | 128 |
| Unknown | 2 | 0 | 0 | 1 | 4 |
| Reaction onset (days)[†] | $n=48$ | $n=1$ | $n=26$ | $n=2$ | $n=231$ |
| Range | 7–1022 | | 5-900 | 17–255 | 2–412 |
| Median | 30 | 4 | 37 | 136 | 29 |
| Mean | 101 | 4 | 97 | 136 | 66 |
| Dose/day (mg)[†] | $n=48$ | | $n=32$ | $n=4$ | $n=236$ |
| Range | 20–100 | 20–40 | 20–160 | 10–80 | 0.2–1.4 |
| Median | 40 | 30 | 80 | 80 | 0.4 |
| Mean | 48 | 30 | 65 | 63 | 0.45 |
| Outcome[‡] | | | | | |
| Hospitalized | 58 | 2 | 33 | 5 | 255 |
| Died | 1 | 0 | 6 | 0 | 16 |
| Non-serious | 2 | 0 | 4 | 0 | 7 |
| Unknown | 0 | 0 | 0 | 1 | 17 |
| Reporting year | 1997–2001 | 2000–2001 | 1996–2001 | 1998–2001 | 1998–2001 |
| Acute renal failure | | | | | |
| Yes | 17 | 1 | 18 | 2 | 79 |
| No | 7 | 0 | 10 | 0 | 45 |
| Unknown | 36 | 1 | 9 | 4 | 155 |
| Dialysis | | | | | |
| Yes | 10 | 1 | 5 | 1 | 39 |
| No | 9 | 0 | 6 | 0 | 57 |
| Unknown | 41 | 1 | 26 | 5 | 183 |

*As of 31 July 2001.
[†]Refers to the number of cases in which the specific demographic data were provided; balance of total had incomplete data.
[‡]More than one outcome is possible.
[§]Pravastatin had two drug interactions, in combination with gemfibrozil.
No cases were identified with combined use of fluvastatin and gemfibrozil.

gemfibrozil reported in 2000 and 2001 revealed that 73% reported use of the 80 mg dose of simvastatin. This compares to predominant use of the 40 mg dose of simvastatin in the cases reported in the earlier years for this combination.

### *Reporting rates over time*

Figure 2 displays reporting rates for all reported cases of rhabdomyolysis associated with statins over time. It shows that for cerivastatin, the reporting rate starts at close to 2.5 per 100 000 prescriptions in 1998, reaching a high of more than 5 cases per 100 000 prescriptions in 2000, which was the last full calendar year in the study period. In contrast, the overall reporting rates for rhabdomyolysis associated with the other five statins have stayed consistently lower than 0.5 per 100 000 prescriptions for more than a decade.

## DISCUSSION

This analysis provides an update of the reporting rates of rhabdomyolysis for the approved statins in the U.S. (lovastatin, simvastatin, pravastatin, fluvastatin and atorvastatin), as well as for cerivastatin, at the time of this analysis. Rhabdomyolysis is a rare adverse event associated with several lipid-altering drugs, including statins and fibrates. Several factors appear to increase the frequency of this adverse event, including combined lipid-altering therapy, combination therapy with a statin and fibrate or concomitant use of drugs that interfere with the metabolism of the statin drug (e.g. CYP 3A4 inhibitors).[10] The exact mechanism for rhabdomyolysis induced by statins is not known, but these drugs have been speculated to lower levels of coenzyme Q (ubiquinone), though there are literature reports that suggest otherwise.[11]

Table 3. Demographics for domestic reported cases of rhabdomyolysis associated with statin monotherapy*

| Selected characteristics $n = 482$ | Lovastatin $n = 120$ | Pravastatin $n = 17$ | Simvastatin $n = 99$ | Fluvastatin $n = 1$ | Atorvastatin $n = 45$ | Cerivastatin $n = 200$ |
|---|---|---|---|---|---|---|
| | $n = 113$ | $n = 13$ | $n = 85$ | $n = 1$ | $n = 42$ | $n = 185$ |
| Age range (years)† | 26–81 | 46–81 | 27–92 | 70 | 37–82 | 35–91 |
| Median | 64 | 67 | 64 | | 62 | 68 |
| Mean | 62 | 67 | 64 | | 61 | 66 |
| Sex | | | | | | |
| Female | 58 | 12 | 38 | 0 | 15 | 110 |
| Male | 56 | 5 | 57 | 1 | 28 | 77 |
| Unknown | 6 | 0 | 4 | 0 | 2 | 13 |
| Reaction onset (days)† | $n = 85$ | $n = 15$ | $n = 71$ | $n = 1$ | $n = 32$ | $n = 152$ |
| Range | 5–1825 | 2–1080 | 2–730 | 10 | 5–2190 | 2–365 |
| Median | 172 | 30 | 30 | 10 | 149 | 30 |
| Mean | 311 | 249 | 87 | 10 | 324 | 71 |
| Dose/day (mg)† | $n = 101$ | $n = 12$ | $n = 75$ | Unknown | $n = 36$ | $n = 162$ |
| Range | 20–80 | 20–40 | 5–160 | | 10–80 | 0.2–2.4 |
| Median | 40 | 20 | 40 | | 20 | 0.4 |
| Mean | 51 | 24 | 45 | | 25 | 0.6 |
| Outcome‡ | | | | | | |
| Hospitalized | 89 | 15 | 85 | 1 | 38 | 171 |
| Died | 18 | 3 | 8 | 0 | 6 | 22 |
| Non-serious | 9 | 2 | 9 | 0 | 4 | 5 |
| Unknown | 22 | 0 | 5 | 0 | 3 | 24 |
| Reporting year | 1988–2000 | 1992–2000 | 1993–2001 | 2000 | 1997–2001 | 1998–2001 |
| Acute renal failure | | | | | | |
| Yes | 24 | 4 | 17 | 1 | 16 | 25 |
| No | 9 | 13 | 59 | 0 | 10 | 68 |
| Unknown | 87 | 1 | 23 | 0 | 19 | 107 |
| Dialysis | | | | | | |
| Yes | 12 | 2 | 7 | 0 | 7 | 33 |
| No | 16 | 1 | 9 | 1 | 10 | 39 |
| Unknown | 92 | 14 | 83 | 0 | 28 | 128 |

*As of 31 July 2001.
†Refers to the number of cases in which the specific demographic data were provided; balance of total had incomplete data.
‡More than one outcome is possible.

Coenzyme Q is a necessary transporter in the function of mitochondrial energy metabolism in muscle and it has been hypothesized that a reduction of coenzyme Q may lead to myopathy or rhabdomyolysis.[12,13]

Because of the rarity of rhabdomyolysis, its incidence associated with statin therapy cannot be determined from existing controlled trials. However, myopathy (muscle pain in the presence of CPK elevation) has been reported at a frequency of $<1.0\%$ in several statin trials. This risk has been reported to increase with combined use of statins with gemfibrozil. For example, in a summary of the clinical trial experience of 4200 patients taking lovastatin, the rate of myopathy was 0.4% overall. Among 80 patients taking lovastatin and gemfibrozil, however, the frequency increased to 5%. This rate further increased to 28% in those patients ($n = 18$) taking cyclosporine, a potent CYP3A4 inhibitor.[14] Another study described a 20 to 30-fold increase in CPK levels associated with statin-fibrate combination therapy compared to the individual use of these agents.[15] Similarly, an analysis of the FDA's AERS database shortly after the approval of the first statin, lovastatin, revealed a greater median level of CPK in the rhabdomyolysis cases associated with lovastatin-gemfibrozil use compared to cases of lovastatin or gemfibrozil alone.[7] Since this publication, there have been continued reports of rhabdomyolysis to the FDA's AERS database across all the statins, given as monotherapy or in combination with gemfibrozil.

Epidemiologic studies of the incidence of rhabdomyolysis, with or without lipid-lowering therapy, are few due to both the rareness of the event and the lack of a specific International Classification of Disease (ICD) code for it, which makes it difficult to identify in large automated databases. A recent study of computerized patient records in the United Kingdom used free text field entries of 'rhabdo' to estimate a crude background frequency of rhabdomyolysis of 25 cases among 2.5

Table 4. Reporting rates (per 100 000 Rxs) for U.S. cases of rhabdomyolysis associated with statins: all cases* reported through 7/31/01

| Calendar years analyzed | Lovastatin: 1988–July 2001 | Pravastatin: 1992–July 2001 | Simvastatin: 1992–July 2001 | Fluvastatin: 1994–July 2001 | Atorvastatin: 1997–July 2001 | Cerivastatin: 1998–July 2001 |
|---|---|---|---|---|---|---|
| All cases | | | | | | |
| Cases | 180 | 19 | 136 | 1 | 51 | 479 |
| #Rxs (000's)† | 99 485 | 83 673 | 120 188 | 38 119 | 149 706 | 11 172 |
| Crude reporting rate/ 100 000Rx | 0.18 | 0.02 | 0.11 | 0.00 | 0.03 | 4.29 |
| Monotherapy | | | | | | |
| Cases | 120 | 17 | 99 | 1 | 45 | 200 |
| Estimated #Rxs (000's)‡ | 97 336 | 82 000 | 118 986 | 37 791 | 147 610 | 11 038 |
| Crude reporting rate/ 100 000Rx | 0.12 | 0.02 | 0.08 | 0.00 | 0.03 | 1.81 |
| Combination with gemfibrozil§ | | | | | | |
| Cases | 60 | 2 | 37 | 0 | 6 | 279 |
| Estimated #Rxs (000's)† | 2109 | 1422 | 962 | 316 | 1198 | 22 |
| Crude reporting rate/ 100 000Rx | 2.84 | 0.14 | 3.85 | 0.00 | 0.50 | 1248.66 |

*Cases identified in the AERS database with a CPK > 10 000 IU/L, signs and symptoms (myalgia, myopathy, gait disturbance) and clinical diagnosis of rhabdomyolysis.
†All dispensed Rxs for all years the drug was marketed between 1988–July 2001 (IMS HEALTH NPA*Plus*™, excluding Long Term Care).
‡Estimate of Rxs for statin therapy, with or without concomitant gemfibrozil therapy, based on percentage of mentions (IMS HEALTH NDTI™) summed across all years of marketing for each drug and applied to Rxs for all years each drug was marketed (IMS HEALTH NPA*Plus*™).
§This analysis does not include concomitant therapy with fenofibrate, which was prevalent in 0–1% of mentions across statins, or clofibrate, which occurred only in 0.04% of lovastatin mentions. Few cases of rhabdomyolysis were reported for any statin + fenofibrate or clofibrate; they are not included in this analysis.




Figure 2. Domestic reporting rates of rhabdomyolysis associated with statins (1988–July 2001). *Cases were U.S. patients with myalgia, myopathy or gait disturbance + clinical diagnosis of rhabdomyolysis + CPK > 10 000 IU/L and reported to the FDA. **Date reflects date report was received by FDA, not date of occurrence of event, which is not consistently reported

million patients over a 10-year period.[16] Among close to 3000 patients treated with a statin-fibrate combination in this population, only one patient was identified as having rhabdomyolysis. This suggests a 30-fold increase in the risk for rhabdomyolysis among users of statin-fibrate combinations as compared to that of the general population. At the time of this study, we were unaware of studies that compare the incidence of rhabdomyolysis between various lipid-lowering therapies.

In our analyses of all statin-associated cases, the risk for reported rhabdomyolysis associated with cerivastatin is evident. Though only marketed for 3 years, the number of reported fatal cases surpassed that of lovastatin, which was in the market for about 10 years more. Compared to all statins, cerivastatin had higher reporting rates for rhabdomyolysis than any of the other five agents, whether as monotherapy or in combination with gemfibrozil.[8] This was surprising, since cerivastatin was purported to be less susceptible to drug interactions because its metabolism did not rely solely on CYP 3A4.

*Reporting rates*

The purpose of this analysis of reporting rates is to better understand FDA's reporting experience for rhabdomyolysis for all statins. From that perspective, it is clear that rhabdomyolysis occurs to some degree, in association with all statins. When estimates of the extent of use are considered among the five remaining marketed statins, lovastatin appears to have the highest reporting rate (without fibrates and overall) for rhabdomyolysis, although these rates are quite low at around 0.2 per 100 000 prescriptions. In combination with gemfibrozil, lovastastin and simvastatin are estimated to have the highest reporting rates, at 3 and 4 per 100 000 prescriptions respectively. It is possible that prescription of higher doses of simvastatin in combination with gemfibrozil in more recent years has increased reporting of rhabdomyolysis associated with this combination.

The remaining three statins appear to have similar, low reporting rates with or without fibrates. Although these reporting rates suggest that rhabdomyolysis is rare, infrequently occurring events in very large populations at risk can result in substantial absolute numbers of injuries — this is clearly a concern as the use of statins continues to increase and expand to include a more diverse patient population. Although well-characterized, the seriousness of rhabdomyolysis (more than 80% of cases hospitalized and 10% fatal) increases its significance as a safety issue. Not all events are reported to FDA; and therefore, it is reasonable to assume that a substantial number of cases of rhabdomyolysis occur in relation to statins that are not brought to the agency's attention.

*Limitations*

There are several major limitations that must be borne in mind when examining and interpreting reporting rates as calculated in this analysis. First, the cases considered were only those reported to FDA through AERS. Since AERS is a voluntary reporting system, only those cases where a practitioner diagnosed the problem, attributed it to a statin and then took the time to report it to the agency and contained sufficient information to meet the case definition were included. There is also the potential for incompleteness of reporting of concomitant fibrate use with statins in AERS. It is unknown whether monotherapy was prescribed or the reporter neglected to mention that fibrates were used in combination. Additionally, most adverse drug reactions are severely under-reported, although the degree of under-reporting for each type of adverse reaction is arguable, since there are many potential biases affecting each step of diagnosis, attribution and reporting.[17] For a rare, dramatic event such as rhabdomyolysis, reporting may be high. However, since the event is a recognized one for all statins and fibrates, there may be far less incentive to report it. Therefore, the reported cases included here represent an unknown proportion of all cases of rhabdomyolysis that occur in relation to statin and gemfibrozil use and it is not known whether their clinical characteristics are shared by those not reported.

Secondly, the estimates of drug use for this analysis are crude. This is particularly true for the estimates of combination therapy of statins with gemfibrozil, as these were derived from two different IMS HEALTH audits. It is possible that concomitant fibrate use with statins could be missed if prescribed during a different physician visit than the one captured by NDTI™, or if prescribed by a different physician. It seems likely, however that patients treated with both statins and fibrates would be prescribed those agents by the same physician, since they are both used to treat the same condition. This may not be true for other potential interacting drugs, such as erythromycin, itraconazole, cyclosporine or nefazadone, which may be under-ascertained as concomitant therapy with statins in a provider-based survey such as NDTI™. For this reason, co-administration with agents not used for treating the same condition was not examined here.

Because of these two considerations, it is important to bear in mind that the reporting rates presented are NOT

incidence rates and are in no way reflective of the actual occurrence of rhabdomyolysis among users of statins and/or gemfibrozil in clinical practice. They can be used, however, to summarize FDA's experience with reporting of events associated with drugs marketed in the U.S. It is likely that reporting practices vary across drugs, even those within the same class, based on practitioner or patient perceptions of inherent risk, the length of time since marketing or whether a drug is the first in its class to be marketed. Because of these potential, but unmeasured effects, comparisons of reporting rates across drugs should not be viewed as conclusive findings, but as crude indicators of known post-marketing experience. Sub-analyses of reporting rates for each statin for the first 3 years of marketing only and for the 19-month period immediately preceding the withdrawal of cerivastatin revealed the same relative patterns seen in the overall analysis (data not shown).

## CONCLUSION

Rhabdomyolysis is a rare, serious side effect associated with statin use, both as monotherapy and in combination with fibrates. Patients and health-care professionals need to be aware of this and to recognize and address, in a timely manner, the early signs and symptoms of this potentially life-threatening adverse reaction. The seriousness of rhabdomyolysis (over 80% of cases were hospitalized and 10% died) and the clear interaction with gemfibrozil, present a significant safety issue for this class of drugs even though rhabdomyolysis is a labeled adverse event. Reporting of this event to FDA continues to occur at a relatively low frequency. Since our analyses reviewed cases in the setting of combination therapy of statin with only a single fibrate, gemfibrozil, further studies are necessary to determine whether an increased risk of rhabdomyolysis exists when statins are combined with other fibrates, namely fenofibrate and clofibrate.

Statin therapy has the potential to have a significant beneficial impact on cardiovascular mortality and morbidity, based on numerous large, long-term clinical trials using several statins and in different at-risk patient populations. As statin therapy alone and in combination with other lipid-altering drugs assumes greater importance in the approach to treating dyslipidemia, health care professionals need to be cognizant of the risk of rhabdomyolysis and educate patients of the signs and symptoms of muscle toxicity, especially when a statin and fibrate are used together. Patients with impaired renal or hepatic function or those taking other medications which may potentiate the risk of myopathy (e.g. CYP3A4 inhibitors) must evaluate the risks and benefits of using combination lipid-altering therapy. The careful selection of patients, dose of drug and close monitoring may avert the development of this rare but serious drug toxicity.

## REFERENCES


1. American Heart Association. *2000 Heart and Stroke Statistical Update*. Dallas, Tex.: American Heart Association, 1999.
2. Stamler M, Wentworth D, Neaton JD. Is the relationship between serum cholesterol and risk of premature death from coronary heart disease continuous and graded? Findings in 356,222 primary screenees of the multiple risk factor intervention trial (MRFIT). *JAMA* 1986; **256**: 2823–2828.
3. Shepherd J, Cobbe SM, Ford I, *et al.* For the West of Scotland Coronary Prevention Study Group. Prevention of coronary heart disease with pravastatin in men with hypercholesterolemia. *N Engl J Med* 1995; **333**(20): 1301–1307.
4. Downs JR, Clearfield M, Weis S, *et al.* Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels: results of AFCAPS/TexCAPS. *JAMA* 1998; **279**: 1615–1622.
5. Sacks FM, Pfeffer MA, Moye LA, *et al.* For the Cholesterol and Recurrent Events Study Investigators. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. *N Engl J Med* 1996; **335**: 1001–1009.
6. Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults. Executive summary of the third report of the National Cholesterol Education Program (NCEP) Expert Panel on detection, evaluation and treatment of high blood cholesterol in adults (Adult Treatment Panel III). *JAMA* 2001; **285**: 2486–2497.
7. Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin-gemfibrozil combination therapy *JAMA* 1990; **264**: 71–75.
8. Staffa JA, Chang J, Green L. Cerivastatin and fatal reports of rhabdomyolysis. *New Engl J Med* 2002; **346**: 539–540.
9. Adverse Event Reporting System 2000. Food and Drug Administration.
10. Bays HE, Dujovne CA. Drug interactions of lipid-altering drugs. *Drug Saf* 1998; **19**: 355–371.
11. Laaksonen R, Jokelainen K, Laakso J, *et al.* Decreases in serum ubiquinone concentrations do not result in reduced levels in muscle tissue during short-term simvastatin treatment in humans. *Clin Pharmacol Ther* 1995; **7**: 62–66.
12. Krum H, McMurray JJ. Statins and chronic heart failure: do we need a large-scale outcome trial. *J Am Coll Cardiol* 2002; **39**: 1567–1573.
13. De Pinieux G, Chariot P, Ammi-Said M, *et al.* Lipid-lowering drugs and mitochondrial function: effects of HMG-CoA reductase inhibitors on serum ubiquinone and blood lactate/pyruvate ratio. *Br J Clin Pharmacol* 1996; **42**: 333–337.
14. Tobert JA. Efficacy and long-term adverse effect pattern of lovastatin. *Am J Cardiol* 1988; **62**: 28J–34J.
15. Tal A, Mahalingam R, Isley W. Rhabdomyolysis associated with simvastatin-gemfibrozil therapy. *Southern Med J* 1997; **90**: 546–547.
16. Black C, Jick H. Etiology and frequency of rhabdomyolysis. *Pharmacotherapy* 2002; **22**(12): 1524–1526.
17. Scott HD, Rosenbaum SE, Waters WJ, *et al.* Rhode Island physicians' recognition and reporting of adverse drug reactions. *RI Med J* 1987; **70**: 311–316.