# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | ) | **MDL NO. 1431** |
| | ) | |
| **This Document Relates to: All Actions** | ) | |

**DECLARATION OF JOHN W. FARQUHAR IN OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY**

1. I have personal knowledge of the matters set forth herein.

2. Since my previous expert report, relevant peer-reviewed literature has appeared confirming the opinions that I provided at the time. These are summarized below.

3. My report referred to a Letter To The Editor by Staffa, *et al.*, in the 2002 New England Journal of Medicine. It has been confirmed that this letter was peer-reviewed prior to publication. *See* Declaration of Steven Morrissey. The peer-review process confirms the validity of my reliance on that report as a basis for the methodology that I applied to similar data concerning excess toxicity of Baycol.

4. Dr. Staffa and her co-authors from the 2002 Letter To The Editor subsequently published an article in the journal, Pharmacoepidemiology and Drug Safety 2004; 13:417-426, entitled "Rhabdomyolysis With HMG-Ca Reductase Inhibitors and Gemfibrozil Combination Therapy." The authors reviewed related data for rhabdomyolysis in general, whereas the prior Letter To The Editor had concerned fatal rhabdomyolysis only. The authors appropriately described the strengths and limitations of Adverse Event Reporting System ("AERS") documents. Nevertheless, they stated,

> In our analyses of all statin-associated cases, the risk for reported rhabdomyolysis associated with cerivastatin is evident. Though only marketed for three years, the number of reported fatal cases surpassed that lovastatin, which was in the market for about ten years more. Compared to all statins, cerivastatin had higher reporting rates for rhabdomyolysis than any of the other five

> agents, whether as monotherapy or in combination with gemfibrozil.

*Id.* at 425.

5. The authors further reported that the cerivastatin (Baycol) reporting rate was "much higher" than for any other statin at 4.24 per hundred thousand prescriptions, compared to less than one per hundred thousand prescriptions for other statins. Because Lipitor was the statin marketed closest in time to Baycol, it is the most relevant comparison, and the reporting rate of rhabdomyolysis with Lipitor was only 0.03 case per hundred thousand prescriptions, compared to 4.29 per hundred thousand prescriptions for cerivastatin. Thus, the reporting rate for Baycol was 143 times greater than for Lipitor, which was marketed for similar indications, similar patient populations and data, and similar point in time. Any uncertainties relating to the AERS reporting system are dwarfed by the magnitude of this excess toxicity as demonstrated by the reporting rate comparison. Thus, the recent publication by the same authors confirms the excess toxicity of Baycol.

6. In 2004, Graham and Staffa and their co-authors collaborated on an article entitled "Incidence of Hospitalized Rhabdomyolysis in Patients Treated With Lipid-Lowering Drugs," JAMA 2004; 292:2585-2590. This article reviewed rhabdomyolysis in a medical claims database of 252,460 patients. The authors reported that the average incidence per 10,000 person years for Baycol monotherapy was 5.34 which was approximately 13 times greater than the incidence for all of the other statins. In combination therapy with Gemfibrozil, the incidence for Baycol plus Gemfibrozil was 1,035 cases per 10,000 person years, compared to only 5.98 for combined therapy of the other statins with the fibrate, a difference of approximately two hundred-fold. The authors state,

> The risk of rhabdomyolysis with cerivastatin monotherapy was tenfold greater than with other statins and in combination with the fibrate, was increased more than fourteen hundred-fold. With an

> estimated incidence of approximately 1,000 per 10,000 person years of use, rhabdomyolysis might have occurred in approximately one of every ten patients treated with cerivastatin and fibrate for a year.

Once again, the significant excess risk of Baycol is clearly demonstrated, and this is the consensus scientific view.

7. Psaty, *et al.*, published an article entitled, "Potential for Conflict of Interest in the Evaluation of Suspected Adverse Drug Reactions," JAMA 2004; 292:2622-2631, which addressed the use of cerivastatin and risk of rhabdomyolysis. This peer-reviewed article is based upon adverse event reports analysis comparable to the analysis presented in my Report and reaches similar conclusions. In particular, the authors noted that cases of confirmed rhabdomyolysis occurred at a rate approximately 50 times higher than that of the other statins. The authors further stated that reported mortality rates from rhabdomyolysis for Baycol users were sixteen to eighty-six times higher than those of the other statins. The data also suggested a direct relationship between cerivastatin dose and the risk of fatal rhabdomyolysis. Of importance, the authors state, "Although a number of potential biases make RRRs ("Relative Reporting Rates") up to two or three difficult to interpret, the mortality RRRs for cerivastatin were so high that few alternative explanations are credible, and an inference of cause and effect seems warranted." This is consistent with the views expressed in my report, it has passed peer review, and represents the scientific consensus that Baycol is the most toxic statin.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of June, 2006.

John W. Farquhar, M.D.