# EXHIBIT N

# *Annotated* REFERENCE MANUAL ON SCIENTIFIC EVIDENCE

SECOND

2005 • 2006

MICHAEL J. SAKS
DAVID L. FAIGMAN
DAVID H. KAYE
JOSEPH SANDERS

THOMSON
WEST

several factors simultaneously.[53]

## IV. What Sources of Error Might Have Produced a False Result?

Incorrect study results occur in a variety of ways. A study may find a positive association (relative risk greater than 1.0) when there is no association. Or a study may erroneously conclude that there is no association when in reality there is. A study may also find an association when one truly exists, but the association found may be greater or less than the real association.

There are three explanations why an association found in a study may be erroneous: chance, bias, and confounding. Before any inferences about causation are drawn from a study, the possibility of these phenomena must be examined.[54]

The findings of a study may be the result of chance (or sampling error) because virtually all epidemiologic studies are based on sampling a small proportion of the relevant population. During the design of a study, the size of the sample can be increased to reduce (but not eliminate) the likelihood of sampling error. Once a study has been completed, statistical methods (discussed in the next subsection) permit an assessment of whether the results of a study are likely to represent a true association or random error.

The two main techniques for assessing random error are statistical significance and confidence intervals. A study that is statistically significant has results that are unlikely to be the result of random error, although the level of significance used entails a somewhat arbitrary determination.[55] A confidence interval [355] provides both the relative risk found in the study and a range (interval) within which the true relative risk resides with some (arbitrarily chosen) level of confidence. Both of these techniques are explained in subsection IV.A.

Bias (or systematic error) also can produce error in the outcome of a study. Epidemiologists attempt to minimize the existence of bias through their study design, which is developed before they begin gathering data. However, even the best designed and conducted studies can have biases, which may be subtle. Consequently, after a study is completed it should be evaluated for potential sources of bias. Sometimes, after bias is identified, the epidemiologist can determine whether the bias would tend to inflate or dilute any association that may exist. Identification of the bias may permit the epidemiologist to make an assessment of whether the study's conclusions are valid. Epidemiologists may reanalyze a study's data to correct for a bias identified in a com-

53. For further elaboration on adjustment, see Rothman & Greenland, *supra* note 49, at 234–35; Gordis, *supra* note 26, at 49–52; Philip Cole, *Causality in Epidemiology, Health Policy, and Law*, [1997] 27 Envtl. L. Rep. (Envtl. L. Inst.) 10279, 10281 (June 1997).

54. *See* Cole, *supra* note 53, at 10285. In *DeLuca v. Merrell Dow Pharmaceuticals, Inc.*, 911 F.2d 941, 955 (3d Cir. 1990), the court recognized and discussed random sampling error. It then went on to refer to other errors (i.e., systematic bias) that create as much or more error in the outcome of a study. For a similar description of error in study procedure and random sampling, see David H. Kaye & David A. Freedman, Reference Guide on Statistics § IV, in this manual.

55. Describing a study result as "statistically significant" does not mean that the result—the relative risk—is of a significant or substantial magnitude. *Statistical significance does not address the magnitude of the relative risk found in a study*, only the likelihood that it would have resulted from random error if there is no real association between the agent and disease.

*1. Selection bias*

Selection bias refers to the error in an observed association that is due to the method of selection of cases and controls (in a case-control study) or exposed and unexposed individuals (in a cohort study).[85] The selection of an appropriate [364] control group has been described as the Achilles' heel of a case-control study.[86] Selecting members of the control group (those without disease) is problematic in case-control studies if the control participants were selected for reasons that are related to their having the exposure or potential risk factor being studied.

Hospital-based studies, which are relatively common among researchers located in medical centers, illustrate the problem. Suppose an association is found between coffee drinking and coronary heart disease in a study using hospital patients as controls. The problem is that the hospitalized control group may include individuals who had been advised against drinking coffee for medical reasons, such as to prevent aggravation of a peptic ulcer. In other words, the controls may become eligible for the study because of their medical condition, which is in turn related to their exposure status—their likelihood of avoiding coffee. If this is true, the amount of coffee drinking in the control group would understate the extent of coffee drinking expected in people who do not have the disease, and thus bias upwardly (i.e., exaggerate) any odds ratio observed.[87] Bias in hospital studies may also understate the true odds ratio when the exposures at issue led to the cases' hospitalizations and also contributed to the controls' chances of hospitalization.

Just as case-control study controls should be selected independently of their exposure status, in cohort studies, unexposed controls should be selected independently of their disease risk. For example, in a cohort study of cervical cancer, those who are not at risk for the disease—women who have had their cervices removed and men—should be excluded from the study population. Inclusion of such individuals as controls in a cohort study could result in erroneous findings by overstating the association between the agent and the disease.

A further source of selection bias occurs when those selected to participate refuse to participate or drop out before the study is completed. Many studies have shown that individuals who participate in studies differ significantly from those who do not. If a significant portion of either study group refuses to participate in the study, the researcher should investigate reasons for refusal and whether those who refused are different from those who agreed. The researcher can show that those in the study are not a biased sample by comparing relevant characteristics of individuals who refused to

85. Selection bias is defined as "[e]rror due to systematic differences in characteristics between those who are selected for study and those who are not." A Dictionary of Epidemiology, *supra* note 84, at 153.

In *In re "Agent Orange" Product Liability Litigation*, 597 F. Supp. 740, 783 (E.D.N.Y. 1985), *aff'd*, 818 F.2d 145 (2d Cir. 1987), *cert. denied*, 484 U.S. 1004 (1988), the court expressed concern about selection bias. The exposed cohort consisted of young, healthy men who served in Vietnam. Comparing the mortality rate of the exposed cohort and that of a control group made up of civilians might have resulted in error that was due to selection bias. Failing to account for health status as an independent variable tends to understate any association between exposure and disease in studies in which the exposed cohort is healthier.

86. William B. Kannel & Thomas R. Dawber, *Coffee and Coronary Disease*, 289 New Eng. J. Med. 100 (1973) (editorial).

87. Hershel Jick et al., *Coffee and Myocardial Infarction*, 289 New Eng. J. Med. 63 (1973).

participate with those of individuals who participated to show the similarity of the groups or the degree of differences. Similarly, if a significant number of subjects drop out of a study before completion, there may be a problem in determining whether the remaining subjects are representative of the original study populations. The researcher should [365] examine whether the study groups are still representative of the original study populations.

The fact that a study may suffer from selection bias does not in itself invalidate its results. A number of factors may suggest that a bias, if present, had only limited effect. If the association is particularly strong, for example, bias is less likely to account for all of it. In addition, in studies with multiple control groups, the consistent finding of an association when cases are compared with different control groups suggests that possible biases applicable to a particular control group are not invalidating.

### 2. *Information bias*

Information bias refers to the bias resulting from inaccurate information about the study participants regarding either their disease or exposure status. In a case-control study, potential information bias is an important consideration because the researcher depends on information from the past to determine exposure and disease and their temporal relationship. In some situations the researcher is required to interview the subjects about past exposures, thus relying on the subjects' memories. Research has shown that individuals with disease (cases) may more readily recall past exposures than individuals with no disease (controls);[88] this creates a potential for bias called recall bias.

For example, consider a case-control study conducted to examine the cause of congenital malformations. The epidemiologist is interested in whether the malformations were caused by an infection during the mother's pregnancy.[89] A group of mothers of malformed infants (cases) and a group of mothers of infants with no malformation (controls) are interviewed regarding infections during pregnancy. Mothers of children with malformations may recall an inconsequential fever or runny nose during pregnancy that readily would be forgotten by a mother who had a normal infant. Even if in reality the infection rate in mothers of malformed children is no different from the rate in mothers of normal children, the result in this study would be an apparently higher rate of infection in the mothers of the children with the malformations solely on the basis of recall differences between the two groups. The issue of recall bias can sometimes be evaluated by finding a second source of data to validate the subject's response [366] (e.g., blood test results from prenatal visits or medical records that document symptoms of infection).[90] Alternatively, the mothers' responses to questions about

88. Steven S. Coughlin, *Recall Bias in Epidemiologic Studies*, 43 J. Clinical Epidemiology 87 (1990).

89. *See* Brock v. Merrell Dow Pharms., Inc., 874 F.2d 307, 311–12 (5th Cir. 1989) (discussion of recall bias among women who bear children with birth defects), *cert. denied*, 494 U.S. 1046 (1990). We note that the court was mistaken in its assertion that a confidence interval could correct for recall bias, or for any bias for that matter. Confidence intervals are a statistical device for analyzing error that may result from random sampling. Systematic errors (bias) in the design or data collection are not addressed by statistical methods, such as confidence intervals or statistical significance. *See* Green, *supra* note 39, at 667–68; Vincent M. Brannigan et al., *Risk, Statistical Inference, and the Law of Evidence: The Use of Epidemiological Data in Toxic Tort Cases*, 12 Risk Analysis 343, 344–45 (1992).

90. Two researchers who used a case-control study to examine the association between congenital heart disease and the mother's use of drugs during pregnancy corroborated interview data with the mother's medical records. *See* Sally Zierler & Kenneth J. Rothman, *Congenital Heart Disease in*