**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**AFFIDAVIT OF ALEXANDRA L. FOOTE, ESQUIRE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF STEPHEN RASKIN**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Alexandra L. Foote, Esquire, being duly sworn, deposes and says:

1. I am an associate with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I submit this Affidavit in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Expert Testimony of Stephen Raskin, M.D.

2. Attached as **Exhibit A** is a true and correct copy of the Curriculum Vitae of Dr. Stephen Raskin.

3. Attached as **Exhibit B** is a true and correct copy of the Expert Witness Report of Stephen Raskin, M.D.

4. Attached as **Exhibit C** is a true and correct copy of Curt D. Furburg M.D., Ph.D. et al., "Withdrawal of Cerivastatin from the world market," *Curr. Control Trials Cardiovasc. Med.*, 2:205-207, Sept. 26, 2001.

5. Attached as **Exhibit D** is a true and correct copy of Bruce M. Psaty, M.D., Ph.D. and Curt D. Furberg, M.D., Ph.D. et al., "Authors' Reply to Bayer's Response to 'Potential for Conflict of Interest in the Evaluation of Suspected Adverse Drug Reactions: Use of Cerivastatin and Risk of Rhabdomyolysis,'" *JAMA*, Vol. 292, No. 21, December 1, 2004.

6. Attached as **Exhibit E** is a true and correct copy of Paul D. Thompson et al. "Statin-Associated Myopathy," *JAMA*, Vol. 289, No. 13, April 2, 2003.

7. Attached as **Exhibit F** is a true and correct copy of the Expert Witness Report of John W. Farquhar, M.D.

8. Attached as **Exhibit G** is a true and correct copy of *Adverse Event Reporting System (AERS) Office of Postmarketing Drug Risk Assessment, Brief Description with Caveats of System* (October 18, 1999).

9. Attached as **Exhibit H** is a true and correct copy of Judy A. Staffa et al., "Cerivastatin and Reports of Fatal Rhabdomyolysis," *New Engl. J. Med.*, Vol. 346, No. 7, Feb. 14, 2002.

10. Attached as **Exhibit I** are true and correct copies of excerpts of the Deposition of Stephen Raskin, M.D., February 2, 2004.

11. Attached as **Exhibit J** is a true and correct copy of Michael H. Davidson, "Controversy Surrounding the Safety of Cerivastatin," *Expert Opin. Drug Saf.* 1(3) (2002) at 207.

12. Attached as **Exhibit K** is a true and correct copy of Bruce M. Psaty, M.D., Ph.D. et al., "Potential for Conflict of Interest in the Evaluation of Suspected Adverse Drug Reactions—Use of Cerivastatin and Risk of Rhabdomyolysis," *JAMA*, Vol. 292, No. 21 (Dec. 1, 2004).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

S101
DOUGLAS CLEVENGER
COMM. #[illegible]
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug. 21, 2009
S101

Alexandra L. Foote

Sworn to before me this 23rd day of June, 2006.

Notary Public

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of San Francisco } ss.

☐ See Attached Document (Notary to cross out lines 1–6 below)

☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

Signature of Document Signer No. 1

Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this 23 day of June, 2006 by

Date Month Year

(1) [signature],

Name of Signer

☒ Personally known to me

☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) ______________________________,

Name of Signer

☐ Personally known to me

☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

DOUGLAS CLEVENGER
COMM. #1402026
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires Aug. 21, 2009

Place Notary Seal Above

Douglas Clevenger

Signature of Notary Public

### OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: ______________________

Document Date: ______________ Number of Pages: ________

Signer(s) Other Than Named Above: ______________________

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5910 Reorder: Call Toll-Free 1-800-876-6827