# EXHIBIT A

# Stephen Raskin, M.D.

Fellow American College of Cardiology

2070 Clinton Avenue
Alameda, CA 94501
510.522.6323
FAX 510.522.5075

---

April 25, 1947
New York, New York

- *Training*

Queens College, City University of New York (1965-1969)
*Bachelor of Arts*

Medical College of Wisconsin (1969-1973)
*Doctor of Medicine*

Boston City Hospital (1973-1975)
*Medical Internship and Residency*

Mt. Zion Hospital, San Francisco, California (1975-1977)
*Fellowship in Cardiology*

- *Honors*

Alpha Omega Alpha Honor Medical Society (1973)

- *Organizations*

American College of Cardiology, Fellow
American College of Chest Physicians, Fellow
American College of Physicians
American Heart Association
*Councils on Arteriosclerosis and Thrombosis; Clinical Cardiology*
Alameda Contra Costa Medical Association
Duke University Cooperative Research Cardiovascular Society
American Society of Echocardiography
Society of Atherosclerosis Imaging
Vascular Biology Working Group

- *Certification*

The Medical Board of California (1975)
Certificate Number: *G 30547*

American Board of Internal Medicine (1976)
American Board of Internal Medicine, Subspecialty *Cardiovascular Medicine* (1977)

American Board of Medical Examiners' Special Competency in Echocardiography (1996)

- *Hospital Affiliations*

UC San Francisco Medical Center, Attending Staff (1978-)
*Associate Clinical Professor of Medicine*

Alameda Hospital, Active (1977-)
*Director, Coronary Care Unit*

Summit Medical Center, Active (1977-)

Alta Bates Hospital, Active (1992-)

San Leandro Hospital, Active (1996-)

Highland Hospital, Oakland, CA, Attending Staff (1995-)

Veterans Administration Medical Center, San Francisco, Attending Staff (1999-)

- *Volunteerism*

Heart to Heart, An International Children and Adult Medical Alliance
*President*, 2001
Adult Team Coordinator, St. Petersburg, Russia (1992, 1993, 1995, 2000, 2002)

- *Publications*

Electrophysiological Induction of Sarcomerogenesis in the Canine Heart.
*Am J Cardiol.*1978;41:434

Determination of His-Purkinje Refractoriness in Man by Means of His Bundle Pacing.
*Circulation.*1979;60:956-960

Unusual Complicationsd of Epicardial Pacemakers. *Am J Cardiol.*1980;45:1088-1094

Effects of Integrelin, A Platelet Glycoprotein IIb/IIa Receptor Antagonist in Unstable Angina. A Randomized Multicenter Trial. *Circulation.*1996;94:2083-2089

Genetic Analysis of a polymorphism in the human apolipoprotein A-V gene: effect on plasma lipids. *Journal of Lipid Research.* 2003;44: 1167-1173.

*Named investigator:*

Effects of The Antiarrhythmic Agent Moricizine on the Survival After Myocardial Infarction. *N Engl J Med.*1992;327:227-233 (for the CAST Investigators)

An International Randomized Trial Comparing Four Thrombolytic Statagies for Acute Myocardial Infarction. *N Engl J Med.*1993;329:673-682 (GUSTO Investigators)

Randomized Trial of Intravenous Heparin versus Recombinant Hirudin for Acute Coronary Syndromes. *Circulation.*1994;90:1631-1637)

A Comparison of Recombinant Hirudin With Heparin for the Treatment of Acute Coronary Syndromes.. *N Engl J Med* 1996;335:775-782 (GUSTO IIb Investigators)

International, Randomized Controlled Trial of Lamifiban, Heparin, or Both in Unstable Angina. *Circulation.* 1998;97:2386-2395 (The PARAGON Investigators)

Early vs Delayed ACE inhibition Therapy in Acute Myocardial Infarction. The Healing and Early Afterload Reducting Therapy Trial. *Circulation.* 1997;95:2643-2651

- *Clinical Studies*

Nifedipine Open Protocl #79-N-249 *Pfizer*, 1979. Principal Investigator (PI)
Tocainide: Emegency Compassionate Study #221 *Astra*, 1980. PI
Beta Blocker Heart Attack Trial (BHAT), 1981
A Double-Blinded Dose Response Parallel Placebo-Controlled Comparison of Long-Acting Nifedipine in the Therapy of Chronic Stable Angina #84-N-0018 *Pfizer*, 1985. PI
Cardiac Arrhythmia Suppression Study (CAST) 1991
GUSTO 1992. PI
HEART 1994. PI
GUSTO II, IIb 1994-95. PI
PARAGON A 1995-96. PI
GUSTO III 1996-97. PI
ASSENT II 1997-99. PI
SYMPHONY 1997-98. PI
PACTS 1997-98. PI
Niaspan in The Community Study 1998-99. PI
SYMPHONY II 1999. PI
GUSTO IV and V 1999-01. PI
GAPin CAD 2000-
SYNERGY 2001-