# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

**EXPERT WITNESS REPORT OF STEPHEN RASKIN, M.D.**

I, Stephen Raskin, M.D. hereby state as follows:

1. I am a practicing cardiologist in Alameda, California. I have been Board Certified in Internal Medicine since June, 1976, with a subspecialty Certification in Cardiovascular Diseases since October, 1977. I am currently serving as an Associate Clinical Professor of Medicine at the University of California, San Francisco Medical Center, San Francisco, California. Since 1977, I have served as the Director of the Coronary Care Unit at Alameda Hospital in Alameda, California. I am an Attending Physician at the Highland Hospital, Oakland, California, and the Veterans Administration Medical Center, San Francisco, California. I am a member of the active medical staff of Summit Medical Center, Oakland, California, Alta Bates Hospital, Berkeley, California, and the San Leandro Hospital, San Leandro, California. I am a fellow of both the America College of Cardiology and the American College of Chest Physicians. I have served on the American Heart Association's Council on Arteriosclerosis and Thrombosis and its Council on Clinical Cardiology. I am also a member of the American College of Physicians, the American Society of Echocardiography, and the Society of Atherosclerosis Imaging. A true and correct copy of my curriculum vitae, further outlining my training, publications and experience, is attached as Exhibit 1.

2. I have a cardiology practice, research and continuing education interest in preventive cardiology, including the identification of novel coronary risk factors and, in particular, the treatment of hyperlipidemia (high cholesterol). I recently co-authored, "Genetic analysis of a polymorphism in the human apolipoprotein A-V gene: effect on plasma lipids," Journal of Lipid Research in 2003. I have been a frequent invited lecturer on lipid management and pre-clinical coronary artery disease detection. Venues have included: the Advanced Cardiovascular Risk Management Training Course (Berkely HeartLab and Cholesterol, Genetics, and Heart Disease Institute), on October 18, 1997; the 4th Annual Stanford University School of Medicine's Program for the Atherosclerosis and Cardiovascular Therapies (PACT), on February 21, 1999; and the Electron Beam International Symposium, New Orleans, September 20-22, 2002.

3. I was invited by Bayer to participate in its September, 1999 program, "Emerging Trends in the Management of Dyslipidemia: An Update for Speakers of the Baycol Clinical Advisory Panel." The meeting was sponsored by Bayer, for the purpose of providing physicians with information about Baycol and to provide these physicians, the "Baycol Clinical Advisory Panel," with communication skills for anticipated future presentations to medical professionals about Baycol and statin therapy.

4. In forming my opinions in this case, I have reviewed the information Bayer shared with health care professionals regarding Baycol, in the form of package inserts and letters to health care professionals. I have also reviewed a number of Bayer's internal documents and communications, some of which are discussed specifically below and all of which are listed on Exhibit 2 to this Report. I have also reviewed the materials provided to me by Bayer in connection with the "Baycol Clinical

Advisory Panel." A list of previous testimony and my fee schedule are attached as Exhibit 3.

5. As a treating cardiologist who regularly prescribes medications to patients, I reasonably and necessarily rely upon drug manufacturers to provide accurate and complete information regarding the efficacy and safety of their pharmaceuticals.

6. Based upon my review of the information known to Bayer internally, and of the information the company provided to the medical community, I and other physicians were not informed about key and very material concerns relating to Baycol's efficacy and safety. In particular, Bayer failed to disclose to the medical community important information about the risk of muscle injuries associated with the use of Baycol. This information, which is described more fully below, is and was precisely the type of information I and other practitioners reasonably expect and rely upon drug manufacturers to provide to us.

7. Bayer's public communications repeatedly stated that there were no cases of rhabdomyolysis during "extensive clinical studies" of Baycol. For example, packaging information dated November, 1998, disclosed that rhabdomyolysis has been reported only "since market introduction." As another example, Bayer's "Dear Health Care Professional" letter of December, 1999 regarding the contraindication with gemfibrozil stated that, "While no cases of rhabdomyolysis were reported during the extensive clinical trials of Baycol (cerivastatin sodium tablets) there have been a number of cases reported during the post-marketing period, …" (BAYCORP01973816). Likewise, in its original packaging materials and PDR information for Baycol, dated September, 1997, Bayer stressed that, "Rare cases of rhabdomyolysis with acute renal

failure secondary to myoglobinuria have been reported with other HMG-CoA reductase inhibitors." (emphasis supplied).

8. Contrary to Bayer's repeated representations about having no cases of rhabdomyolysis during the clinical trials, at least one patient, Patient 1301, did develop rhabdomyolysis during a pre-marketing clinical study. This patient suffered an extreme elevation in CPK, which reached a peak of 36,650. The patient also suffered myoglobinuria. Because of this condition, the patient was discontinued from Baycol. (See BAYCOPR00000892, BAYCORP00141991 and BAYCORP02695739).

9. Bayer began receiving post-marketing reports of rhabdomyolysis and myopathy in association with Baycol use almost as soon as the drug went on the market, in early 1998. Bayer had received at least seven reports of "rhabdomyolysis and similar reports," with elevated CPKs ranging from 3,180 to 71,500 by May 28, 1998. (BAYCORP01435512). By March 31, 1999, reports of rhabdomyolysis with Baycol had jumped to thirty-five, including some with renal failure. (BAYAG00025695). By that point, Bayer had also pulled four female patients from its clinical study of a 1.6 mg dose due to CPK elevations. (BAYAG00025698). By May, 1999, Bayer was aware of at least fifty-eight cases of rhabdomyolysis in patients taking Baycol, only about half of which involved combination therapy with gemfibrozil. (GSK_BL_00448252).

10. Perhaps in response to the growing reports of rhabdomyolysis in patients taking Baycol, in February, 1999, Bayer requested information from the FDA on rhabdomyolysis adverse event reports for other statins. (BAYCOPR00247032). With this data, Bayer compared the rhabdomyolysis and increased CPK reports from Baycol patients versus patients taking other statins. The results were significant. Comparison of

the adverse event reports received by the FDA through March, 1999, demonstrated a markedly higher reporting rate of rhabdomyolysis with Baycol as compared to the other statins. (BAYAG01055749, BAYAG01055750).

11. The increased adverse event reporting rates for Baycol did not disappear, but grew over time. Bayer's chart comparing adverse event reporting data through June, 1999, vividly demonstrated that compared to other statins, Baycol was associated with between 5 and 67 times as many reports of rhabdomyolysis. (BAYCORP02878488). An email from May 6, 1999 referenced Baycol's "recently acknowledged greater incidence of rhabdomyolysis" based upon the report of the Bayer safety department's rhabdomyolysis surveillance information. (GSK_BL_00448252). Bayer's comparison of spontaneous reporting data from the World Health Organization through September, 1999 showed that Baycol use was associated with between 14 and 59 times as many reported cases of rhabdomyolysis in the United States. (BAYAG01060224).

12. During the entire time that Baycol was on the market, Bayer never informed me, nor the medical community as a whole, about the very important data showing that Baycol was more dangerous than other statins. Doctors and patients had a right to know these facts in order to make informed decisions about which of the six available statin medications would provide the greatest benefit and the lowest risk of adverse events. Bayer's failure to disclose is not justified by the fact that the data is based on adverse event reports; any doubts about the precision of such data pale by comparison to the overwhelming evidence of greater risk demonstrated by reporting rates orders of magnitude higher for Baycol than for other statins. This is particularly true

where the reporting rate for Baycol was many times higher than the rate for Lipitor, a statin that went on the market at about the same time as Baycol. Comparing the adverse event reporting rate for Baycol with the rate for Lipitor refutes any argument that Baycol's higher rate was due to a "new drug" reporting bias.

13. Indeed, Bayer's own scientists found the adverse event data strong enough to state,

> The findings indicate that in patients receiving monotherapy, cerivastatin substantially elevates the risk for rhabdomyolysis compared with other statins. In combination with gemfibrozil, cerivastatin patients were also found to be at a remarkable disadvantage compared with patients receiving gemfibrozil and another statin.

(BAYCORP 00135576). I am confident that I would have reached the same conclusion if Bayer had disclosed their data to me, and I would have prescribed one of the other available statins to my patients.

14. Information about adverse event reporting rates is important to practicing physicians. Indeed, continuing medical education materials on statins prepared by the Vascular Biology Working Group ("VBWG"), after Baycol was withdrawn from the market, contain exactly the kind of comparisons that Bayer did not disclose to the medical community. I am a member of the VBWG, an organization that serves as a forum for the periodic review, exchange, and assimilation of findings from vascular biology research for dissemination to the clinical medicine community for the purpose of facilitating a consensus on what implications recent research findings have for present and future practices in patient care. Bayer could have and should have provided this information to practitioners years earlier.

15. Rather than providing its material and important knowledge about comparative adverse event rates for the various statins to the medical community, Bayer's packaging information in 1998 and early 1999 stated only that, "Rare cases of

rhabdomyolysis (some with renal failure secondary to myoglobinuria) have been reported with cerivastatin and other drugs in this class." The only change Bayer eventually made in response to this compelling data of which it was well aware was to omit the word "rare" beginning in December 1999 – so that the warning read, "Cases of rhabdomyolysis, some with acute renal failure secondary to myoglobinuria, have been reported with cerivastatin and other drugs in this class." Nothing in this packaging information suggested that adverse event reporting data revealed a significantly higher reporting rate of rhabdomyolysis with Baycol versus other statins.

16. In September, 1999, I attended a conference of the "Speakers of the Baycol Clinical Advisory Panels," hosted by Bayer, at Dana Point, California. The documents I have reviewed indicate that by the time of this conference, Bayer had performed the data analysis of adverse event reports described above, showing that Baycol was more dangerous than other statins. Despite this knowledge, Bayer's presentation to the approximately 65 cardiologists who attended made no mention of their analysis, nor the higher reporting rates of rhabdomyolysis with Baycol. Instead, the presentation continued to portray Baycol as a safe drug, with no more risk of rhabdomyolysis than other statins. An article distributed during the meeting, "Efficacy and Safety of Cerivistatin, 0.2 mg and 0.4 mg, in Patients with Primary Hypercholesterolaemia: a Multinational, Randomized, Double-Blind Study," stated that the adverse events reported during the study, including CK elevations, were "consistent with the adverse events reported during previous studies involving other HMG-CoA reductase inhibitors." While this may have been true with respect to the limited population of relatively younger and healthier subjects of the clinical trial, it was misleading for Bayer to present only this type of data, while concealing their data analysis showing much higher reporting rates of muscle toxicity for Baycol than for other statins among the more typical population of higher risk, older patients with multiple co-morbidities who were prescribed the drug. In practice, drug therapy is

targeted for the higher risk patients. Also included in the conference were presentations by communication experts to train the attendees for anticipated future presentations about Baycol. It is simply wrong for Bayer to have misled the cardiology community by concealing the adverse event analysis, and equally wrong to recruit cardiologists to further mislead other doctors who Bayer hoped and intended would portray Baycol as safe and effective medication, contrary to the information Bayer had at the time.

17. On December 15, 1999, Bayer distributed a letter to health care professionals recommending against concomitant use of Baycol with gemfibrozil (Lopid). This letter was false and misleading, both in its content and its omissions. First, the letter stated that there were no cases of rhabdomyolysis in Baycol clinical trials. As noted above, patient 1301 was a Baycol clinical trial rhabdomyolysis case. Second, the letter stated that all statins are associated with increased risk of myopathy in combination with gemfibrozil, while failing to disclose that the risk of combination use was greater with Baycol than with other statins. (See, for example, J.Dubb, memo dated 11/24/99, "Earlier this year, Bayer safety noted that there seemed to be a greater number of spontaneous adverse event reports of rhabdomyolysis associated with combined use of Baycol and Gemfibrozil than with other statins;" also indicating that the rate of adverse event reports was ten times greater for Baycol than for Lipitor, and that about half of the adverse event reports were associated with combination use. (GSK_BL_00267862)). Third, the December 15, 1999 letter misleadingly gave the impression that the problem was only with combination use, when in fact the same data showed a much higher risk with Baycol monotherapy than for other statins in monotherapy. Since Bayer apparently found the adverse event data to be a sufficiently reliable indicator of greater risk to issue the recommendation against combination use, there is no justification for failing to disclose the higher risk shown by the data in regard to monotherapy. Finally, it is highly significant that, by no later than November, 1999, Bayer knew of at least eight to ten cases of patients who were stable on other statins but

developed rhabdomyolysis shortly after switching to Baycol. (GSK_BL_00267862). This is highly suggestive of a greater risk with Baycol, yet the company's December 15, 1999 letter made no mention of it.

18. In conjunction with the issuance of the December 15, 1999 letter, Bayer warned the sales force not to, "unduly alarm physicians" by starting their Baycol presentation with the contraindication issue. (GSK_BL_00040275-76, BAYCORP01973799-800). Rather than encouraging an open and honest discourse about Baycol's risks, Bayer urged its sales force to emphasize that, "Baycol has been shown to be safe and well tolerated."

19. Moreover, by at least November 24, 1999, internal documents show that Bayer was aware of evidence that CPK elevations in its clinical trials for .8 mg dose appeared to impact elderly women in particular. (GSK_BL_00267862). Bayer never informed practitioners of this significant information. Again, this information is the type that doctors reasonably rely upon manufacturers to provide.

20. By February, 2000, Bayer was aware of at least 125 cases of rhabdomyolysis according to internal emails, including a number of deaths. (BAYCORP01437831).

21. Bayer did not communicate the increasing evidence of Baycol's toxicity to the medical community, even though this is the kind of information medical providers expect from drug manufacturers. Perhaps indicative of Bayer's attitude, in a string of emails from February, 2000 regarding rumors in the field of Baycol-related deaths, Patricia Stenger wrote, "So much for keeping this quiet." (BAYCORP01437832).

22. A Bayer chart comparing the confirmed U.S. rhabdomyolysis cases according to FDA data from October 1, 1999 through May 15, 2000 graphically demonstrated that Baycol resulted in markedly increased reporting rates of myoglobinuria, renal failure, CPK increases, serious muscle symptoms and

rhabdomyolysis. (BAYAG01306787). When only monotherapy cases resulting in rhabdomyolysis were compared, the risks of Baycol versus other statins was even more prominent. (BAYAG01306789, BAYAG01306790). This analysis confirmed the higher risk of toxicity that had been apparent in the data analyzed by Bayer in 1999 (see paragraphs 10 -15, above).

23. In July, 2000 and May, 2001, however, Baycol's packaging information still only stated that, "Cases of rhabdomyolysis, some with acute renal failure secondary to myoglobinuria, have been reported with cerivastatin and other drugs in this class." Bayer's "Dear Health Care Professional" letters dated May, 2001 and June 2001, which discussed labeling changes regarding the .8 mg dose and the dangers associated with combined therapy with gemfibrozil, stated that, "Rhabdomyolysis has been reported with all statins and is reflected in the corresponding prescribing information for all statins." (BAYCORP02012860; BAYCORP03192431). Again, nothing suggested the strong evidence of Baycol's greater toxicity compared to other statins.

24. Not only did Bayer fail to provide relevant, material information to doctors regarding the relative risks of Baycol, it pushed forward with plans to market even greater doses. Greater doses meant greater toxicity. Yet, in Bayer's .8 mg "Training Guide" for its sales force, the selling strategy for the .8 mg dose included the goal of establishing, "Baycol 0.8 mg efficacy as the new 'go-to' dose with significantly enhanced efficacy to compete with market leaders," and "that Baycol 0.8 mg is as well tolerated as 0.4 mg." (GSK BL 00142332). Bayer provided its field representatives with plenty of .8 mg free samples for doctors. In all, more than 26 million 0.8 mg tablets were distributed as free samples. (See, also, BAYCORP01995069, a case of such samples per field representative distributed starting in November, 2000). Between its launch in the late summer of 2000 and April 18, 2001, Baycol at 0.8 mg had received

169 adverse event reports for rhabdomyolysis worldwide, 13 of which resulted in death. (BAYCORP02392537).

25. Compounding the harm of Bayer's lack of accurate and complete reporting to physicians about the risks of Baycol compared with other statins is the fact that studies demonstrate that Baycol did not provide any greater benefits in cholesterol lowering properties. See, e.g. Weidmann, Ernst and Sprenger, Kuno, "Benefit-Risk Evaluation Report, CIOMS IV, Cerivistatin Sodium" at 22-29, 157 (BAYAG00915869 – 16089).

26. In summary, Bayer did not tell practicing cardiologists or the medical community what it knew about the risks of muscle toxicity associated with Baycol. In fact, Bayer misrepresented the risks as comparable to, or probably, safer than other statins on the market, in light of its supposedly advantageous dual pathways of metabolism, when in fact the data Bayer had collected showed a substantially higher risk of muscle toxicity and death. Had I known the information that Bayer possessed I would not have prescribed Baycol to my patients and I would not have agreed to participate on Baycol's Clinical Advisory Panel.

Dated: 12-2-03

STEPHEN RASKIN, M.D.