# EXHIBIT G

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug:

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (i.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
|---|
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

Definitions of the FOI Report

| | |
|---|---|
| Date | Date the report was received by the FDA. |
| ISR Number | Unique number for identifying an AERS report. |
| Report Type | The type of ISR received. Expedited (15-day) and periodic reports are from manufacturers; "direct" reports are voluntarily submitted to the FDA by non-manufacturers. |

| Report Type | Description |
|---|---|
| Expedited (15-day) | Mandatory reports received from the manufacturer informing the FDA of adverse events that are both serious and unexpected. By law, these reports must be delivered to the FDA, within 15 calendar days of the initial receipt by the manufacturer. |
| Periodic | These are mandatory reports that do not fall into the expedited category. These reports are delivered quarterly to the FDA. |
| Direct | These reports are from health professionals, private individuals or sources other than manufacturers. |

| | |
|---|---|
| Company Report Number | Manufacturer's unique report identifier. |
| Age | Numeric value of patient's age at event. |
| Gender | The gender of the patient (male, female, unknown, or Not specified). |
| Outcome | The results of the adverse event as. The following events are potential choices. |

| Outcome | DESCRIPTION |
|---|---|
| DE | Death |
| LT | Life-Threatening |
| HO | Hospitalization – Initial or Prolonged |
| DS | Disability |
| CA | Congenital Anomaly |
| RI | Required Intervention to prevent permanent impairment/damage |
| OT | Other |

| | |
|---|---|
| PT (Preferred Term) | The reported reaction, in medical terminology, describing the event. This is coded using the Medical Dictionary for Regulatory Activities (MedDRA). |
| Report Source | Identifies the initial source of the report. (I.e., Health Professional, Consumer, etc..) |
| Product | Name of drug. |
| Role | S = Suspect<br>C = Concomitant<br>PS = Primary Suspect<br>SS = Secondary Suspect |
| *Suspect Drug | The drug that the initial reporter deemed most likely to be associated with the reactions. |
| Concomitant Drug | A list of any drugs taken at the same time as the suspect medication, but not suspected of causing the adverse event. |
| Manufacturer | The company that manufacturers the drug. |
| Route | Route of administration of the drug. |
| Dose | Quantity of drug administered in a 24-hour period. |
| Units | Modifies the dose with units of measurements (e.g., mg, IU, ml, etc.). |
| Duration | Number of days the drug was used. |