**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**AFFIDAVIT OF ANNIKA K. MARTIN, ESQUIRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BAYER AND GSK'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DAVID P. RICHMAN, M.D.**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Annika K. Martin, Esquire, being duly sworn, deposes and says:

1. I am an associate with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I submit this Declaration in Support of Plaintiffs' Memorandum in Opposition to Bayer and GSK's Motion to Exclude the Expert Testimony of David P. Richman, M.D.

2. Attached as Exhibit A is a true and correct copy of the Expert Witness Report of David Richman, M.D., filed on December 3, 2003.

3. Attached as Exhibit B is a true and correct copy of Allen Brinker et al., *Spontaneous Reports of Hypertension Leading to Hospitalisation in Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin*, 21(7) Drugs & Aging 479 (2004).

1. Attached as Exhibit C is a true and correct copy of the deposition of David P. Richman, M.D, taken on February 11, 2004.

2. Attached as Exhibit D is a true and correct copy of the Declaration of the Massachusetts Medical Society, filed on June 16, 2006.

3. Attached as Exhibit E is a true and correct copy of Graham, D.J. et al, *Incidence of Hospitalized Rhabdomyolysis in Patients Treated with Lipid-Lowering Drugs*, 292:21 JAMA 2585 (2004).

4. Attached as Exhibit F is a true and correct copy of Karen Hansen et al., *Outcomes in 45 patients with statin-associated myopathy,* 165 Archives of Internal Med. 2671-76 (2005).

5. Attached as Exhibit G is a true and correct copy of P.S. Phillips et al., *Statin myotoxicity is associated with changes in the cardiopulmonary function*, 177 Artherosclerosis 183:88 (2004).

6. Attached as Exhibit H is a true and correct copy of Kenneth A. Antons et al., *Clinical perspectives of statin-induced rhabdomyolysisI*, 119 Am. J. Med. 400-409 (2006).

7. Attached as Exhibit I is a true and correct copy of J. F. England et al., *Mitochondrial myopathy developing on treatment with HMG CoA reductase inhibitors–simvastatin and pravastatin*, 25 Austl. N.Z. J. Med. 374-75 (1995).

8. Attached as Exhibit J is a true and correct copy of Jason Warren et. al, *Rhabdomyolysis: a review*, 25 Muscle Nerve 332-47 (2002)

9. Attached as Exhibit K is a true and correct copy of Michael Davidson, *Controversy surrounding the safety of cerivastatin*, 1 Expert Opin. Drug Saf. 207-12 (2002).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Annika K. Martin

Sworn to before me this 23[st] day of June, 2006.

Notary Public

RACHEL GEMAN
Notary Public, State of New York
No. 02GE6064735
Qualified in New York County
Commission Expires ~~September 26~~, 2009
Nov. 02