# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| | ) | |
| | ) | |
| This Document Relates To All Actions | ) | |

# EXPERT WITNESS REPORT OF DAVID RICHMAN, M.D.

## I. BACKGROUND & QUALIFICATIONS

1. I am a Professor in the Department of Neurology at the University of California at Davis School of Medicine in Davis, California. I served as chair of the Department from 1991 to 1997. Between 1976 and 1991, I was a Professor, Associate Professor, and Assistant Professor in the Department of Neurology and the Committee on Immunology and Neurobiology, Division of Biological Sciences and the Pritzker School of Medicine, the University of Chicago, Chicago, Illinois. A true copy of my C.V. is attached as Exhibit A.

2. I have been Board Certified in Neurology since 1976. I received my medical degree from Johns Hopkins University School of Medicine, Baltimore, Maryland, in 1969. I served an internship and residency at the Albert Einstein College of Medicine in New York from 1969 to 1971. From 1971 to 1974, I was Assistant Resident, Resident and Chief Resident, Neurology, Massachusetts General Hospital, Boston, Massachusetts. From 1974 to 1976, I was a Research Fellow in Neurology at the Harvard Medical School, and Clinical and Research Fellow in Neuroimmunology at the Massachusetts General Hospital, Boston, Massachusetts.

3. In 1999, I was a Member of the Special Review Committee of the National Institute of Arthritis, Muscoloskeletal and Skin Diseases. I have also served on numerous other national advisory committees, including several for the National Institutes of Health (NIH). I currently serve on an NIH panel reviewing clinical studies of a drug designed to treat the muscle disease known as inclusion body myositis.

4. The principal subject of my research is myasthenia gravis, a neuromuscular disorder. Expertise in muscle function and disease is integral to this field. I have devoted a substantial portion of my career to the study of muscle function and disease.

5. I have published 95 peer-reviewed articles and 73 abstracts in scientific journals and textbooks, in subjects relating to neurology and muscle disease. I am a member of numerous professional societies and organizations, including the American Neurological Association, American Academy of Neurology, and the American Association for the Advancement of Science. In my clinical practice, I have treated patients suffering from muscle complaints associated with use of statin drugs.

6. I have been asked to provide opinions concerning the cause and effect relationship between exposure to Baycol (cerivastatin) and muscle disease; methods of diagnosis; and range of clinical outcomes of such injuries. The opinions in this report are expressed to a reasonable degree of medical probability, based upon generally accepted scientific methodology, including review of peer-reviewed literature and clinical records, as well as reliance upon over 30 years of medical training and experience.

## II. SUMMARY OF OPINIONS

7. Baycol is a member of the class of pharmaceuticals known as statins, or HMG-CoA reductase inhibitors, which have been prescribed for the reduction of serum cholesterol levels. There is no doubt that statins as a class, and Baycol in particular, cause a toxic myopathy, or muscle damage resulting from drug exposure. All statins are also capable of causing rhabdomyolysis, a clinical syndrome that results from very severe injury to skeletal muscle cells with the resultant release of cell contents into the plasma. See, e.g., Farmer, "Learning from the Cerivastatin Experience," Lancet 2001; 358:1388-84.

8. On August 8, 2001, Baycol was withdrawn from the market after adverse events of fatal rhabdomyolysis were reported to the FDA at a rate "16 to 80 times as high" among patients using Baycol as the rate among patients using any other statin. Staffa, et al., Cerivastatin and Reports of Fatal Rhabdomyolysis," New England Journal of Medicine 2002; 346:539-540. Adverse events are typically underreported. Id. Therefore, these fatal case reports

are not true incidence data. Nevertheless, there is no reason to expect underreporting to affect data for one drug differently from others. A comparison of safety among the various statins was the apparent reason for publishing the data, which showed that Baycol was associated with a far greater risk of fatal rhabdomyolysis.

9. A leading medical journal has stated that the "tragic rate of rhabdomyolysis with cerivastatin . . . seems to be at least tenfold higher than with first generation statins . . . ." Farmer, "Learning from the Cerivastatin Experience," Lancet 2001; 358:1383-1384.

10. Since the withdrawal of Baycol, I am not aware of any peer-reviewed literature suggesting that Baycol is as safe as other members of the statin class.

11. Muscle damage caused by statins can best be described in terms of a continuum, ranging from mild, temporary conditions to very severe and permanent injuries. While many patients recover from muscle injuries associated with rhabdomyolysis, such muscle damage "may result in prolonged rehabilitation and permanent disability in a minority of patients." Woodrow, et al., "The Clinical and Biochemical Features of Acute Renal Failure Due to Rhabdomyolysis," Renal Failure (1995); 17:467-474, at 473.

12. Methods that can be used to determine whether a patient has suffered an initial or residual muscle injury due to statin exposure include laboratory measure of creatine kinase (CK), clinical history, strength testing, electromyography (EMG), and muscle biopsy.

13. Recovery from muscle damage is less rapid and less complete among the elderly than among younger populations.

14. The basis for these opinions is further described in the following sections of this Report.

## III. BAYCOL AND STATIN DRUGS CAUSE A CONTINUUM OF MUSCLE INJURIES

15. As noted above, Baycol and statins cause a continuum of muscle injury from mild to severe. A recent review of the literature by Thompson et. al ("Statin-Associated Myopathy," JAMA 289 (2003); 13:1681-1690) has documented the wide range of abnormalities

that have been described from muscle aches without weakness or laboratory abnormalities to severe necrosis (rhabdomyolysis) of many muscles with resultant renal failure. The Thompson article also includes a useful discussion of the possible mechanisms by which statins induce myopathy.

16. An article by Phillips, et al., "Statin-Associated Myopathy With Normal Creatine Kinase Levels," Annals of Internal Medicine (2002); 137:581-585, describes the milder end of the continuum of damage. CK is an intracellular muscle protein that is released into the blood as a result of muscle breakdown. It can be measured in the blood serum to roughly quantify the degree of muscle cell destruction caused by toxic or other injury to the muscle cells. CK and other muscle cell contents, such as myoglobin, are released into the bloodstream when muscle cell membranes are ruptured, and higher CK levels indicate a greater degree of muscle cell destruction. Phillips demonstrated that statins cause muscle injury even when CK levels are not elevated beyond the normal range. Phillips' research shows that muscle cells can be damaged before cell membranes are completely ruptured. The damaged but non-ruptured muscle cells can cause the aches, pains and weakness reported by statin patients, including those described in the Phillips study. Moreover, lesser degrees of muscle injury, releasing small amounts of CK, may not be detectable because of the normal rate at which CK is removed from the bloodstream. Phillips also reported upon muscle biopsy samples objectively showing the damage to patients' muscle cells.[1] In these relatively mild cases, patients reported that their muscle complaints stopped after they discontinued statin use.

17. At the opposite end of the continuum, I have reviewed the records of a 78-year-old patient who suffered from severe rhabdomyolysis as a result of statin exposure. Because of the severity of the rhabdomyolysis, the patient developed fibrosis of muscle tissue which is so extensive that it continues to prevent his joints from moving, well over a year after the onset of rhabdomyolysis and cessation of statin use. A biopsy performed approximately four

[1] Because muscle biopsies are invasive and painful procedures, they are generally not performed unless the results may be significant for research purposes, or to guide treatment options. Phillips' report of biopsy results in the research setting provides useful confirmation that statins do cause demonstrable damage to muscle tissue (even in the absence of an elevated CK), but such procedures are not necessary to diagnose statin-induced muscle injuries.

months after the acute episode confirmed "focal fibrosis around individual muscle fibers." It appears from the medical records that this patient had been taking another statin drug, along with Lopid, and that he did not suffer from rhabdomyolysis until after Baycol was added. The severity of the injury and its persistence to date support the conclusion that the patient's injury is probably permanent.

18. Between these two extremes, it is likely that patients experience a range of mild to severe initial injuries attributable to statin drugs, with some individuals suffering from persistent aches, pains or weakness as a result of toxic myopathy. Where rhabdomyolysis has occurred, fibrotic tissue can replace healthy muscle, causing residual injury. Even in relatively mild cases where CK levels did not exceed twice the upper limit of normal, myopathies have been confirmed by biopsies showing that "biochemical mitochondrial abnormalities were still present one year after stopping the drug." England, "Mitochondrial Myopathy Developing on Treatment With the HMG-CoA Reductase Inhibitors — Simvastatin and Pravastatin," England Aust NZ J Med 1995; 25:374-375. As noted above, muscle biopsies for research purposes confirm the presence of damaged tissue, but are neither essential, nor typically used, to diagnose statin-induced muscle injuries in clinical practice.

19. The risk of statin-induced myopathy is dose related, and larger doses increase the risk. Blum, "Comparison of Properties of Four Inhibitors of 3-Hydroxy-3 Methylglutaryl-Coenzyme A Reductase" Am J of Cardiology 1994; 73:30-110 at 70.

20. There are numerous reports in the medical literature describing the outcome of rhabdomyolysis among statin users. The muscle injuries caused by the various statins are similar, although the literature suggests that Baycol has a higher attack rate. The following summary of case reports is indicative of the range of disease reported in association with Baycol or other statins. Because of the serious risk of renal failure and death due to rhabdomyolysis, the case reports do not necessarily focus on muscle complaints or residual muscle injuries. Nevertheless, the case reports do provide some useful information on these subjects.

a. Ravnan, et al., published an article entitled "Cerivastatin-Induced Rhabdomyolysis: Eleven Case Reports," Pharmacotherapy 2002; 22:533-537. The authors reported upon 11 patients who were hospitalized and diagnosed with Baycol-induced rhabdomyolysis during a 16-month period. All patients complained of severe leg pain. Rhabdomyolysis was defined as increased CK >5x ULN; all 11 patients had highly elevated CK, with maximum levels ranging from 7768 through 348,000 U/L. Seven of the patients required inpatient hemodialysis. In 6 patients, symptoms resolved after treatment, with no permanent disability; however, the authors do not state how long it took for symptoms to resolve. One patient died, and 4 were lost to follow-up. Of interest, the authors noted that "no patients with rhabdomyolysis secondary to any other statin were admitted" to the three hospitals included in their survey, during the time period when 11 Baycol users were admitted with that condition.

b. A 77 year old woman suffered rhabdomyolysis three weeks after beginning cerivastatin (Baycol) 0.3mg/day, a relatively low dose. The authors state that "rhabdomyolysis was induced by cerivastatin monotherapy." Gemici, et al., "Rhabdomyolysis Due to Cerivastatin Monotherapy," American Journal of Medicine 2001; 110:742. The patient suffered kidney failure and underwent hemodialysis.

c. A 74 year old diabetic woman developed rhabdomyolysis after treatment with cerivastatin (Baycol) .3mg daily and gemfibrozil 600mg twice daily. Alexandridis, Am J. of Medicine 2000; 109:261-262. Bilateral lower extremity myalgia and weakness appeared two weeks after she began taking Baycol; the patient had been on pravastatin for five years without any adverse effect. The patient was treated with aggressive hydration and urine alkalinazation; laboratory abnormalities and symptoms gradually improved. The authors noted that risk factors for statin-induced rhabdomyolysis include older age and female gender.

d. An 82 year old man had taken gemfibrozil for over 7 years without adverse effect. One month after adding cerivastatin 0.4mg daily, the patient was admitted with a diagnosis of rhabdomyolysis secondary to a combination of cerivastatin (Baycol) and gemfibrozil. The authors stated that they reported the case "to illustrate why the manufacturer

chose to withdraw cerivastatin." Bruno-Joyce, et al., "Cerivastatin and Gemfibrozil-associated Rhabdomyolysis," Annals of Pharmacotherapy 2001; 35:1016-1019.

e. A 54 year old man suffered "acute necrotizing myopathy (rhabdomyolysis) secondary to lovastatin and niacin," a combination he had taken for 12 months before diagnosis. He presented to the hospital with a 10 day history of progressive, profound muscle weakness, to the extent that he was unable to walk. A biopsy demonstrated injury to about 40% of myofibers (i.e. muscle cells), indicating a severe toxic effect. CK levels were measured at 121,000 U/L, and myoglobin was found in the patient's urine. The authors stated that "recovery occurred gradually with cessation of medication. The spectrum of cholesterol lowering agents myopathy may include delayed cases of unusual severity." Hill, et al., "Case of the Month: February 1999 – 54 year old man with severe muscle weakness," Brain Pathology 1999; 9:607-608.

f. A 53 year old man took simvastatin for two years, from 1987 to 1989, before developing diffuse myalgia in March 1989. CK levels were significantly elevated in a laboratory result of April 3, 1989, and simvastatin was discontinued on April 5. On April 13, 1989, biopsy of the quadriceps muscle "showed sequelae of an acute myolysis." Although CK levels were normal by April 17, 1989, muscle weakness persisted until autumn 1989, approximately six months after the drug was discontinued. Desylpere, et al., "Rhabdomyolysis and Simvastatin," Annals of Internal Medicine 1991; 114:342.

g. A 65 year old woman suffered acute rhabdomyolysis with secondary acute renal failure (ARF) associated with lovastatin. The authors state, "Muscular symptomatology began to improve in the 3d week; she was able to get out of bed in the 4th week, as enzimes (sic) returned to normal values, and she achieved complete recovery 3 months later. An EMG study on the second day was without anomalies. Ten days later, it showed an acute myositis pattern with myogenic and short polyphasy signs in all explored muscles." Fernandez Zatarain, et al., Nephron 1994; 66:483-484.

h. A 76 year old woman taking lovastatin and clarithromycin was diagnosed with acute rhabdomyolysis. Muscle pain and weakness persisted throughout a 9 day

hospital stay, followed by transfer to an inpatient rehabilitation center for 11 days to recuperate and improve muscle strength. Grunden, et al., "Lovastatin-induced Rhabdomyolysis Possibly Associated With Clarithromycin and Azithromycin," Ann Pharmacother 1997; 31:859-63. The same authors described another patient whose muscle aches resolved within three days after hospitalization.

i. Chariot et al. described a case report of "Simvastatin-Induced Rhabdomyolysis Followed by a MELAS Syndrome" American Journal of Medicine 1993; 94:109. The authors noted that statins, or HMG-CoA inhibitors, induced deficiency of mevalonate, which is required for synthesis of cholesterol and coenzyme Q10 (CoQ10), a central compound of the mitochrondrial respiratory chain. Citing previous research that suggested mitochrondrial dysfunction as the origin of statin-induced muscle disorders, the authors noted that the patient had abnormally low muscle concentration of CoQ10, and that the condition improved with CoQ10 therapy. Before such treatment, motor function improvement had been "incomplete" despite return to normal CK levels. A muscle biopsy performed three months after hospital admission showed mixed myopathic and neurogenic changes as well as abnormal mitochondria. After a three month treatment with CoQ10, the muscle biopsy no longer showed ragged-red fibers, and muscle CoQ10 concentration had returned to normal. Mitochrondial dysfunction through CoQ10 deficiency is a plausible mechanism for statin-induced muscle toxicity.

j. A patient who took simvastatin and ketoconazole suffered drug-induced rhabdomyolysis. EMG showed fibrillations at rest; the muscles examined showed "low duration and amplitude of motor unit potentials, suggesting a myopathic pattern." Biopsy demonstrated "muscle fiber necrosis and fragmentation with no inflammatory infiltration." After three weeks of hospitalization, the patient was improved, but required a cane to walk. Gilad, "Rhabdomyolysis Induced by Simvastatin and Ketoconazole Treatment," Clin Neuropharmacol 1999; 22:295-297, at 296.

k. Rhabdomyolysis due to other causes can also result in residual effects indicating the range of outcomes of this syndrome. For example, in one reported case, a

27 year-old man suffered rhabdomyolysis associated with heroin use. He experienced acute renal failure requiring dialysis, as well as lower leg weakness from which "he had not completely recovered," one year after discharge. Chan, *et al*, "Acute Heroin Intoxication with Complications," *etc.*, Chinese Med. J. 1995; 55:397-400 at 398. This report provides further support for the conclusion that myopathies can cause residual muscle injuries.

## IV. LAB RESULTS, CLINICAL HISTORY, STRENGTH TESTING, EMG AND BIOPSY ARE USED TO DIAGNOSE INITIAL AND RESIDUAL MUSCLE INJURIES

### A. CK Data

21. The diagnostic criteria for toxic myopathy and rhabdomyolysis are not uniformly stated in the scientific literature. Some literature incorrectly states that a diagnosis of myopathy depends upon a finding of CK = ten times the upper limit of normal. Rather, if CK is to be used to diagnose myopathy, any finding of CK above the normal range is sufficient to make such a diagnosis. See, e.g., Gaist, et al., "Lipid-Lowering Drugs and Risk of Myopathy: A Population Based Follow-Up Study" Epidemiology 2001; 12:565-569 at 567.

22. The term rhabdomyolysis is commonly used to refer to a clinical syndrome resulting from a more severe subset of myopathies. A well-accepted, peer-reviewed article by Gabow, "The Spectrum of Rhabdomyolysis," Medicine (1982); 61:141-152 "used a five-fold or greater increase in serum CK in patients without apparent cardiac or brain injury as the single diagnostic criterion for rhabdomyolysis." I agree that this is an appropriate definition of rhabdomyolysis. However, the presence of CK following an episode of rhabdomyolysis is transient, and CK levels often return to baseline within 10-14 days. Where there is a delay in testing following the onset of rhabdomyolysis, the CK is "already on the decline," and peak CK level may be estimated "by extrapolation," based on the half-life in serum and the rate of clearance from the body. Mogyorisi, "Rhabdomyolysis and Acute Renal Failure Due to Combination Therapy with Simustatin and Warfarin," Journal of Internal Medicine 1999; 246:599-602, at 601.

**B. Clinical Information**

23. In the event that the CK level is not measured in a timely manner, rhabdomyolysis may be diagnosed retrospectively on the basis of clinical information, including exposure to a statin or other muscle toxin, complaints of muscle pain or weakness, and/or brownish discoloration of urine resulting from the presence of myoglobin released by ruptured muscle cells.

24. Because the rupture of muscle cells results in leakage of myoglobin into the bloodstream, myoglobinuria is also diagnostic of rhabdomyolysis. However, elevations of myoglobin are even more transient than elevations in CK, and thus such measurement is often unavailable to diagnose rhabdomyolysis. Since elevated myoglobin results in brownish discoloration of urine, that condition may lead the patient to seek medical intervention, which can result in laboratory testing of CK level and/or clinical evaluation.

**C. Strength Testing**

25. A principal method to diagnose the presence and severity of muscle injury is strength testing. Phillips, et al. (cited at ¶ 16, above), conducted muscular strength tests of hip abduction and flexion, during both placebo use and statin therapy. Phillips employed a mechanical device that allowed for accurate comparisons of the diminished strength exhibited by patients who suffered from muscle pain and weakness while on statins, including cerivastatin. Other medical literature includes reference to the use of clinical measurement of muscle strength among statin patients with muscle damage. This is a standard method which employs a scale of 1 to 5 to record muscle strength, as interpreted by a physician trained to administer such clinical examinations. See, e.g., Gilad, et al., "Rhabdomyolysis Induced by Simvastatin and Ketoconazole Treatment," Clinical Neuropharmocology 1999; 22:295-297, in which the authors describe the patient's different muscle groups as having strength varying from 2/5 to 4/5 following statin exposure. The authors also employed laboratory testing, EMG and biopsy, which confirmed the "diagnoses of drug-induced rhabdomyolysis." Id. at 296. Strength testing is an accepted method of diagnosing both acute and residual muscle injuries.

**D. <u>EMG</u>**

26. EMG can also be useful in diagnosing the extent and nature of injuries due to statin use. In the example of the patient referenced in paragraph 17, above, an EMG taken several weeks after the acute injury found that "EMG features are quite abnormal in all muscles, showing scattered fibrillation potentials and prominent changes in the morphology of motor units." (Loma Linda University Electrodiagnostic Medical Lab, EMG Report, September 13, 2001.) These findings are consistent with the severe muscle damage suffered by the patient due to Baycol exposure. EMG results have also been referenced in medical literature concerning Baycol injuries. For example, London, et al. reported the case of a 67-year old woman who took Lovastatin and Gemfibrozil for 9 months prior to hospitalization with weakness of the muscles. CK was elevated at 15,360 U/L. "EMG and nerve conduction studies demonstrated wide-spread fibrillation potentials, complex repetitive discharges, myotonic discharges, short-duration polyphasic motor units of decreased amplitude demonstrating 'early recruitments' and full interference pattern with little effort." These EMG findings are consistent with muscle injury caused by statin exposure. The authors reported that CK decreased rapidly and returned to the normal range within 10 days. However, while CK remained normal, "mild muscle weakness and EMG findings of a mild myopathy persist[ed]" over the ensuing months, continuing up to the time when the manuscript was submitted for publication. "Cholesterol-Lowering Agent Myopathy," <u>Neurology</u> 1991; 41:1159-1160.

**E. <u>Biopsy</u>**

27. Biopsy is a procedure involving removal of a small portion of tissue for microscopic examination. Muscle biopsies may be useful in diagnosing damage due to statin exposure; however, because the biopsy is only a sample from a larger tissue, the biopsy can result in a "false negative" if it fails to obtain tissue from a portion of the tissue affected by the disease. Also, since the procedure is painful and invasive, it is not typically used to diagnose statin-induced muscle injury.

28. Phillips (referenced at ¶ 16, above), reported on muscle biopsies that showed evidence of mitochrondrial dysfunction, including abnormally increased lipid stores,

fibers that did not stain for cytochromes oxidase activity, and ragged red fibers, among patients who had muscle complaints but normal levels of CK. Phillips described these patients as having "significant myopathy." The biopsy findings reversed in three patients who had repeat biopsy when they were not receiving statins. Annals of Internal Medicine 2002; 137: 581-585. The reversal of biopsy findings after cessation of drug use is strong evidence that statin exposure caused the injuries in the first instance.

29. The patient referenced at paragraph 17 above underwent muscle biopsy approximately four months after the initial injury. The biopsy samples were described as demonstrating "evidence of muscle fiber injury, with focal fibrosis around individual muscle fibers," which had not reversed despite the passage of time, due to the severity of the initial insult. (Loma Linda University Medical Center, Surgical Pathology Final Reports, November 27, 2001, page 6.) The biopsy finding of fibrosis is highly significant in explaining the residual effects of the patient's statin-induced myopathy.

## V. RHABDOMYOLYSIS PROBABLY HAS MORE SEVERE EFFECTS AMONG THE ELDERLY, DUE TO DIMINISHED REGENERATION OF DAMAGED MUSCLE

30. The effects of rhabdomyolysis are likely to be more severe among elderly patients, as described below. This is significant because of the advanced age of the population that took Baycol. Literature describing the reduced capacity for muscle regeneration among the elderly is summarized below.

31. In a study of rhabdomyolysis among 23 elderly patients, the authors stated, "[A]ging muscle is thought to be more vulnerable to hypoxic injury than muscle of young people. There is decline with age in activity of enzymes involved in the development of energy in muscles, particularly in glycolytic enzymes." Marcus, et al., "Occult Elevation of CK as a Manifestation of Rhabdomyolysis in the Elderly," JAGS 1992; 40:454-456 at 456. The authors defined rhabdomyolysis as a five-fold or greater increase in serum CK. Rhabdomyolysis cases were relatively mild, with peak CK averaging about 11.8 times upper limit of normal. Id. at 455-456.

32. "The regenerative potential for skeletal muscle, and overall muscle mass, decline with age." Cannon, "Intrinsic and Extrinsic Factors in Muscle Aging," Ann. NY Acad. Sci., 1998; 854:72-77 at 72. In old age, neuromuscular contacts are disrupted and instability at the neuromuscular junction increases. Once a muscle fiber is denervated, it can become reinnervated or remain denervated permanently, and can undergo rapid atrophy. Carlson, "Factors Influencing the Repair and Adaptation of Muscles in Aged Individuals: Satellite Cells and Innervation," J. Gerontol. A., 1995; 50A:96-100, at 97-98. The response to injury to muscle, whether by toxic insult or other causes, is degeneration of muscle fibers, followed by regeneration. However, studies have shown that "old muscle regenerates less successfully than young muscle. This is reflected in both the rate of regeneration and the amount of muscle replaced." Id. at 98.

33. Additional factors contribute to the impaired capacity for regeneration of muscles among the elderly. See Brooks, et al., "Skeletal Muscle Weakness in Old Age: Underlying Mechanisms," Med. Sci. Sports Exer., 1994; 26:432-39:

a. Muscle atrophy: By 60-70 years of age, muscle mass of human beings decreases by 25-30%. Such atrophy appears to involve loss of muscle fibers and is not fully reversible with increased activity;

b. Absolute force: Between ages 30 and 80, muscle strength decreases 30-40%, and this decrease in strength correlates well with decrease in muscle mass;

c. Reduced delivery of oxygen by blood flow;

d. Impaired ability for reinnervation, which contributes to decrease in muscle regenerative capacity;

e. Preferential degeneration of faster motor nerves.

34. All of these elements contribute to the difficulties of elderly patients in recuperating from muscle damage caused by Baycol.

## VI. CONCLUSION

35. Baycol causes a range of muscle injuries, from mild, transient pain or weakness, to severe and permanent disability. Some patients fully recover, while others

probably experience residual pain and/or loss of function, as a result of replacement of healthy muscle with fibrotic tissue, or the diminished regeneration of damaged muscle associated with aging, or both.

December 3, 2003
Date

David P. Richman, M.D.