# EXHIBIT B

ORIGINAL RESEARCH ARTICLE

Drugs Aging 2004; 21 (7): 479-484
1170-229X/04/0007-0479/$31.00/0

© 2004 Adis Data Information BV. All rights reserved.

# Spontaneous Reports of Hypertension Leading to Hospitalisation in Association with Rofecoxib, Celecoxib, Nabumetone and Oxaprozin

*Allen Brinker*,[1] *Lawrence Goldkind*,[2] *Renan Bonnel*[1] and *Julie Beitz*[1]

1 Division of Drug Risk Evaluation, Office of Drug Safety, Center for Drug Evaluation and Research, Food and Drug Administration, Rockville, Maryland, USA

2 Division of Anti-inflammatory, Office of Drug Evaluation V, Analgesic and Ophthalmologic Drug Products, Center for Drug Evaluation and Research, Food and Drug Administration, Rockville, Maryland, USA

## Abstract

**Background and objective:** Data on file with the US FDA, and other published studies, suggest that the selective cyclo-oxygenase (COX)-2 inhibitor NSAID rofecoxib has a greater hypertensive adverse effect than other NSAIDs, including celecoxib. In this study we describe a pharmacoepidemiologic analysis of spontaneous adverse event reports of acute, clinically serious hypertension (as defined by hospitalisation) reported in association with rofecoxib, celecoxib, nabumetone and oxaprozin. The objective of this analysis is to assess whether postmarketing data are consistent with results of clinical trials. We also collapse cases into series for the identification of possible risk factors for clinically severe, NSAID-associated hypertension.

**Methods:** Domestic (US) cases of apparently unconfounded, acute hypertension leading to hospitalisation were collected and reviewed from the spontaneous adverse events database of the FDA for rofecoxib, celecoxib, nabumetone and oxaprozin for the initial 3 years of marketing. Drug use data for the same intervals enabled calculation of reporting rates.

**Results:** In an analysis of reporting rates, hospitalisation for acute blood pressure (BP) elevation was reported more frequently (3.8-fold) for rofecoxib compared with celecoxib. A total of 34 cases are collapsed into case series. No cases were identified for either nabumetone or oxaprozin. Inspection of reviewed cases for celecoxib and rofecoxib suggest that these patients (average age 72 years) were potentially high-risk candidates for NSAID therapy.

**Discussion and conclusion:** During early marketing, hospitalisation for acute BP elevation appears to have been reported more frequently for rofecoxib compared with celecoxib. This is consistent with clinical trial data on file with the FDA, and other published studies that found rofecoxib to have a greater effect on BP than other NSAIDs, including celecoxib. This finding may be particularly relevant in older patients given the prevalence of hypertension and cardiovascular disease in this age group.

## Background and Objective

The long-term use of selective cyclo-oxygenase (COX)-2 inhibitor NSAIDs in the US has rapidly expanded since the first two such agents were marketed in 1999. In analyses released by IMS Health after 2 years of marketing, celecoxib and rofecoxib accounted for almost 40% of the total US market for prescription NSAIDs.[1] In 2001, IMS Health projected these products to have combined, worldwide sales of $US5.7 billion.[2] Since the efficacy of selective COX-2 inhibitors has not been shown to be superior to that of nonselective COX inhibitors,[3,4] their widespread use appears to be based on a perceived safety advantage over nonselective COX inhibitors.[5]

Published studies[6-8] and data on file with the US FDA, including, but not limited to, a review of the Vioxx Gastrointestinal Outcomes Research (VIGOR) trial,[9] suggest that the selective COX-2 inhibitor NSAID rofecoxib has a greater effect on blood pressure (BP) than other NSAIDs. The objective of this study was to determine if postmarketing reports of acute and clinically serious hypertension (defined as requiring hospitalisation) were reported more frequently during early marketing for rofecoxib compared with celecoxib (another selective COX-2 inhibitor) and the nonselective COX inhibitor NSAIDs nabumetone and oxaprozin. Nabumetone and oxaprozin were the last nonselective COX inhibitor NSAIDs to be marketed in the US prior to the introduction of the selective COX-2 inhibitor NSAIDs. To support the use of these agents as valid comparators, nabumetone and oxaprozin were ranked number two and six, respectively, among brand name NSAIDs by total prescription volume in 1993[10] (study year 1 for these agents). The ranking of nabumetone and oxaprozin among brand name prescription NSAIDs increased to first and second place, respectively, for 1994 and 1995 (study years 2 and 3 for these agents).[11,12] While this market performance cannot duplicate the attention afforded to the introduction of celecoxib and rofecoxib, it nonetheless suggests that nabumetone and oxaprozin were promoted and were very popular soon after initial marketing.

In addition to comparisons of frequency of reporting, we collapsed cases into series for generation of possible risk factors for the development of clinically serious, NSAID-associated hypertension. Strengths and weaknesses of evaluating relative reporting rates of adverse events in the postmarketing setting are also included.

## Methods

Spontaneous adverse events reporting systems, such as employed at the FDA, are specifically designed to collect serious and unexpected adverse events that occur in association with marketed drug products. As current labelling for all NSAIDs, including the selective COX-2 inhibitors and published reports from the medical literature, alert clinicians to an association between NSAIDs and hypertension, we restricted this analysis to case reports where the clinical situation required hospitalisation.

This analysis is based on domestic (US) spontaneous adverse event reports submitted and contained within the Adverse Events Reporting System (AERS) database of the FDA and was completed in June 2002. A concise review of the history and treatment of adverse drug event reports at the Center for Drug Evaluation and Research of the FDA, including epidemiological inference, has been included in a recent publication.[13] Reports were captured from the AERS database for the four drugs of interest for the initial 3 years of marketing. Reports were selected based on the presence of the specific adverse event terms included under the Medical Dictionary for Drug Regulatory Affairs (MedDRA) grouping term of 'hypertension and increased blood pressure' or 'accelerated and malignant hypertension'. After identification of putative cases, we conducted a manual review of case reports as the clinical descriptions and quality of information varies between reports. A case was defined as a report of a patient who required hospitalisation for treatment of apparently isolated BP elevation attributed to one of the NSAIDs included in the review. Exclusion criteria included duplicate reports and reports of elevated BP in the setting of, or concurrent with, confounding diagnoses, including unstable angina, pulmonary oedema, congestive heart failure or renal injury. We also excluded reports where elevated BP was described as following a confounding condition, or

© 2004 Adis Data Information BV. All rights reserved.

**Table I.** Marketing data and selected counts for hypertension reported in association with nabumetone, oxaprozin, celecoxib and rofecoxib, as reported to the US FDA in their initial 36 months of marketing

| Parameter | Nabumetone | Oxaprozin | Celecoxib | Rofecoxib |
|---|---|---|---|---|
| Study window[a] | February 1992–January 1995 | January 1993–December 1995 | January 1999–December 2001 | May 1999–April 2002 |
| No. of dispensed prescriptions[b] | 16 093 000 | 10 400 000 | 60 781 000 | 51 775 000 |
| Crude report count (total)[c] | 28 | 26 | 285 | 399 |
| Crude report count (hospitalised) | 1 | 2 | 33 | 109 |
| Cases after review | 0 | 0 | 8 | 26 |
| Reporting rate (per 10 million ) | 0 | 0 | 1.3 | 5.0 |

a Includes time of first market appearance.

b Data are from the IMS Health National Prescription Audit Plus™, Therapeutic Category Report, time period 1992–1995 (inclusive) and 1999–2002 (inclusive).

c Includes all reports captured under the grouping terms of 'hypertension and increased blood pressure' or 'accelerated and malignant hypertension'.

elevated BP was described in the setting of an acute hypersensitivity syndrome.

Reporting rates were calculated by dividing the number of cases (or reports) by the number of dispensed prescriptions. Estimates of dispensed prescriptions through the initial 3 years of marketing for each drug were obtained from the IMS Health National Prescription Audit Plus™ [1] (IMS Health, Plymouth Meeting, PA, USA). This is a nationally projected audit of retail, mail order and long-term care pharmacies. Reporting rate comparisons are most appropriate for products with similar indications, patient populations and dates of initial marketing. It should be stressed that reporting rates are not incidence rates and should be interpreted with caution. Reporting rate comparisons between drugs can be used to support a safety hypothesis, but are limited by several important sources of potential bias, including the following.

- Uncertainties in the fraction (or percent) of incident adverse events reported due to differential opportunities for reporting (e.g. business practices, direct promotion ['detailing']).
- Differential in physicians' perceptions of potential risks based on the medical literature and other information channels.
- Differences in exposed populations (including differences in demographics, comorbid conditions, use of concomitant medications).
- Uncertainties in the size of the exposed population.
- Changes in reporting patterns among physicians over time.
- Prescription status of medication. Drug adverse event reporting declines in the years following initial marketing[14] and further declines are expected upon change from prescription to over-the-counter status. Drug detailing for prescription products provides a key source for collection and reporting of adverse drug events.

Furthermore, it is problematic to apply statistical tests to spontaneous report data as the variance structure of such data is undefined. In this report, we calculated a 95% confidence interval for the observed reporting rate ratio (RtR), based on application of a Poisson distribution[15,16] and equation 1:

$$95\%\ \text{CI for RtR} = \text{antilog}\left[\log \text{RtR} \pm 1.96\sqrt{1/a + 1/b}\right] \quad \text{(Eq. 1)}$$

where $a$ and $b$ are the counts underlying the observed rates. This calculation is included within section 4 of this article so as to emphasise the limitations of such testing.

## Results

Through the initial 3 years of marketing, we identified 399 domestic reports of hypertension in association with rofecoxib and 285 reports for celecoxib (table I). A large promotional effort for the selective COX-2 inhibitors is evidenced by the large initial prescription volume for these two drugs compared with nabumetone and oxaprozin. During the initial 3 years of marketing for nabumetone and

1 The use of trade names is for product identification purposes only and does not imply endorsement.

© 2004 Adis Data Information BV. All rights reserved.

oxaprozin, we identified 28 and 26 reports of hypertension, respectively (table I). Hospitalisation as an outcome was listed on 109 reports for rofecoxib versus 33 for celecoxib, one for nabumetone and two for oxaprozin (table I). Exclusion of duplicated and confounded reports resulted in eight reports for celecoxib, 26 reports for rofecoxib and no reports for nabumetone and oxaprozin. These case counts and prescription information for the same time periods permit calculation of the following reporting rates (per 10 million prescriptions):

- nabumetone (0)
- oxaprozin (0)
- celecoxib (1.3)
- rofecoxib (5.0).

Aggregate clinical characteristics of the celecoxib (n = 8) and rofecoxib (n = 26) cases are presented in table II. Both case series include predominately older individuals, mean ages of 70.2 years (celecoxib) and 71.2 years (rofecoxib), with a history of essential hypertension. Among patients receiving celecoxib, 88% had a stated history of hypertension versus 62% among patients receiving rofecoxib. Whereas this difference is potentially interesting, it should be noted that spontaneous adverse event reports vary in quality of information, including pertinent negatives. Thus, while some reports may mention a history of hypertension, it is not possible to conclude that reports without mention of a history of hypertension indicate a patient without a standing diagnosis of hypertension. This also precludes a formal comparison of background diseases for these patients as this information could be seen as extraneous and reported haphazardly. However, the information provided within the reports, both as past medical history and as concurrent therapies, did not suggest over-representation of any disease process other than essential hypertension.

Patients were reported to be on typical administration regimens for celecoxib and rofecoxib. Although approved labelling for rofecoxib[17] notes an increased frequency of hypertension with use of the 50mg daily dosage, this administration regimen does not appear to be over-represented among patients taking rofecoxib (4 of 17 cases with dosage information). The time to hospitalisation was 4 weeks on average, but there were reports of acute illness and hospitalisation following a single dose. BP on admission was included in most reports and was consistent with clinical severity. Seven reports described transient ischaemic attacks without apparent residual symptoms. Six cases reported an outcome of stroke with residual disability. No deaths were reported for the cases contained within either series.

## Discussion

Two published meta-analyses[18,19] of clinical trials in (primarily) non-elderly study populations have suggested that nonselective NSAIDs may have little (or at least infrequent) effects on BP among normotensive individuals. Experience from clinical trials, which are of limited duration, may not be representative of experience of large populations of users after broad marketing. However, these two meta-analyses suggest that patients with hypertension treated with nonselective NSAIDs can expect a 4–5mm Hg increase, on average, in mean arterial pressure. This finding suggests that a significant number of individuals with pre-existing hypertension may experience an exacerbation of their hypertension as an effect of therapy with nonselective NSAIDs, given the wide usage of these agents. A published review of nine major prospective observational epidemiological studies of association of diastolic blood pressure (DBP) with stroke and coronary heart disease (CHD) [n = 420 000] determined that a prolonged difference of 5mm Hg in usual DBP was associated with a 35% reduction in total stroke occurrence and a 20% reduction in CHD events.[20] Within the range of usual DBP in the populations studied (about 70–110mm Hg), a lower DBP was always associated with a lower risk of stroke or CHD (i.e. there was no evidence of any threshold below which lower levels of DBP were not associated with lower risks for stroke or CHD).

In a comparison of reporting rates based on early marketing experience, hospitalisation for acute hypertension was reported more frequently for rofecoxib compared with celecoxib. Under the assumption of a Poisson distribution, we calculated a 95% CI of 1.7–8.4 for the observed rate ratio (3.8). This should be viewed as only supportive evidence that a real difference exists, as reporting rate comparisons are limited by several important potential sources of bias (see section 2). Nevertheless, our results com-

© 2004 Adis Data Information BV. All rights reserved.

plement clinical trial data on file with the FDA and results from other investigators. Specifically, one published study[7] comparing celecoxib and rofecoxib reported 14.9% of patients randomised to rofecoxib 25 mg/day experienced a study-defined systolic BP elevation versus 6.9% of patients randomised to celecoxib 200 mg/day ($p < 0.01$). In the FDA review of the VIGOR trial, not only were patients randomised to rofecoxib 50 mg/day twice as likely to experience a serious cardiovascular adverse event compared with patients randomised to naproxen 1000 mg/day (2.5% vs 1.1%), 9 of 4047 subjects in the rofecoxib arm were hospitalised due to hypertension versus none of 4029 subjects in the naproxen arm. Note that the most recently approved US prescribing information[17] for rofecoxib now states that chronic use of rofecoxib 50 mg/day is not recommended.

Unlike rofecoxib and celecoxib, we identified no case reports of hospitalisation for acute hypertension in association with nabumetone or oxaprozin. No evidence was found from the medical literature[21-23] or clinical trial data submitted to the FDA to support the hypothesis that hypertension is a more frequent adverse effect of therapy with celecoxib compared with other, nonselective NSAIDs. Therefore, the appearance of reports for celecoxib may be due to several factors, including secular reporting trends, large exposure and, potentially, pattern of use. Indeed, if clinicians believe selective COX-2 inhibitor NSAIDs to be generally safer than nonselective NSAIDs, they may be employing them in patients and populations in whom they might have treated in the past with nonpharmacologic interventions or paracetamol (acetaminophen). This hypothesis is supported by inspection of our cases (see table II), where age and other characteristics would suggest these patients as potentially high-risk candidates for NSAID therapy.[24]

**Table II.** Clinical characteristics of cases collected from the Adverse Events Reporting System database of the US FDA of patients hospitalised with apparently isolated hypertension reported in association with celecoxib and rofecoxib

| Parameter | Celecoxib (n = 8) | Rofecoxib (n = 26) |
|---|---|---|
| Age (y) | | |
| median | 71.5 | 72 |
| mean | 70.2 | 71.2 |
| range | 44–92 | 40–90 |
| Sex | 5 female, 3 male | 14 female, 10 male[a] |
| Dosage regimen (n) | 200mg bid (4)<br>100mg qd (2)<br>Not stated (2) | 25mg qd (9)<br>12.5mg qd (4)<br>50mg qd (4)<br>Not stated (9) |
| History of hypertension (%) | 7 (88) | 16 (62) |
| Baseline antihypertensive medication (n) | Multiple (2)<br>ACE inhibitors (1)<br>β-adrenoceptor antagonist (1)<br>HCTZ (1)<br>Not stated (2) | Multiple (9)<br>ACE inhibitors (2)<br>CCA (1)<br>HCTZ (1)<br>Not stated (3) |
| Time to hospitalisation (days) | | |
| median | 10 | 10 |
| mean | 29.6 | 25.6 |
| range | 2–90 | 1–150 |
| Mean BP[b] in mm Hg on admission (n) | 211/104 (4) | 215/112 (17) |
| Sequelae/diagnosis at discharge (n) | Stroke with residual symptoms (4)<br>None/not stated (4) | TIA (7)<br>Stroke with residual symptoms (2)<br>None/not stated (17) |

a Information about the gender of two cases not available.

b Information on baseline BP or BP change among cases is not provided as it was included in only a limited number of reports.

**bid** = twice daily; **BP** = blood pressure; **CCA** = calcium channel antagonists; **HCTZ** = hydrochlorothiazide; **n** = no. of patients; **qd** = daily; **TIA** = transient ischaemic attack.

© 2004 Adis Data Information BV. All rights reserved.

## Conclusion

The current label of all NSAIDs, including selective COX-2 inhibitors, cautions about their use in elderly and hypertensive populations. During early marketing, hospitalisation for acute hypertension appears to have been reported more frequently for rofecoxib compared with celecoxib. This is consistent with clinical trial data on file with the FDA, and other published studies that found rofecoxib to have a greater hypertensive effect than other NSAIDs, including celecoxib. This finding may be particularly relevant in older patients, given the prevalence of hypertension and cardiovascular disease in this age group.

## Acknowledgements

The authors were employees of the US Government at the time this study was conducted and received no direct funding, nor declare any conflict of interest relevant to this research effort. The views expressed are those of the authors and do not necessarily represent those of the US FDA or imply its endorsement.

## References

1. IMS health news. COX-2 inhibitors or traditional NSAIDs [online]. Available from URL: http://www.ims-global.com/insight/news_story/0103/news_story_010306.htm [Accessed 2004 Apr 2]
2. IMS health news. World pharma sales 2001: US still driving growth [online]. Available from URL: http://www.ims-global.com/insight/news_story/0204/news_story_020430.htm [Accessed 2004 Apr 2]
3. Emery P, Zeidler H, Kvien TK, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomized double-blind comparison. Lancet 1999; 354 (9196): 2106-11
4. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343 (21): 1520-8
5. Fitzgerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345 (6): 433-42
6. Reitblat T, Zamir D, Estis L, et al. The different patterns of blood pressure elevation by rofecoxib and nabumetone. J Hum Hypertens 2002; 16: 431-4
7. Whelton A, White WB, Bello AE, et al. Effects of celecoxib and rofecoxib on blood pressure and edema in patients ≥65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90 (9): 959-63
8. Niccoli L, Bellino S, Cantini F. Renal tolerability of three commonly employed non-steroidal anti-inflammatory drugs in elderly patients with osteoarthritis. Clin Exp Rheumatol 2002; 20 (2): 201-7
9. Villalba M. Medical officer review of overall safety in the VIGOR trial (see Vioxx review posted 7/25/02, part 5, pages 8-53, tables 7 and 19) [online]. Available from URL: http://www.fda.gov/cder/foi/nda/index.htm [Accessed 2004 Mar 25]
10. Top 200 drugs of 1993. Pharmacy Times 1994 Apr; 60 (4): 18-32
11. Top 200 drugs of 1994. Pharmacy Times 1995 Apr; 61 (4): 17-23
12. Top 200 drugs of 1995. Pharmacy Times 1996 Apr; 62 (4): 27-36
13. Brinker AD, Beitz J. Use of a spontaneous adverse events database for identification of unanticipated drug benefits. Clin Pharmacol Ther 2002; 71 (1): 99-102
14. Weber JCP. Epidemiology of adverse reactions to nonsteroidal anti-inflammatory drugs. In: Rainsford KD, Velo GP, editors. Advances in inflammation research. Vol. 6. New York: Raven Press, 1984: 1-7
15. Tubert P, Begaud B, Pere JC, et al. Power and weakness of spontaneous reporting: a probabilistic approach. J Clin Epidemiol 1992; 45 (3): 283-6
16. Schroeder DR. Statistics: detecting a rare adverse drug reaction using spontaneous reports. Reg Anesth Pain Med 1998; 23 (6 Suppl. 2): 183-9
17. Vioxx (rofecoxib tablets and suspension) [package insert]. Whitehouse Station (NJ): Merck & Co, Inc., 2002 Apr
18. Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153: 477-84
19. Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? Ann Intern Med 1994; 121: 289-300
20. MacMahon S, Peto R, Cutler J, et al. Blood pressure, stroke, and coronary heart disease (Pt 1): prolonged differences in blood pressure: prospective observational studies corrected for the regression dilution bias. Lancet 1990; 335: 765-74
21. White WB, Kent J, Taylor A, et al. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002; 39 (4): 929-34
22. Dilger K, Herrlinger C, Peters J, et al. Effects of celecoxib and diclofenac on blood pressure, renal function, and vasoactive prostanoids in young and elderly subjects. J Clin Pharmacol 2002; 42 (9): 985-94
23. Johnson DL, Hisel TM, Phillips BB. Effects of cyclooxygenase-2 inhibitors on blood pressure. Ann Pharmacother 2003; 37: 442-6
24. Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to the use of nonsteroidal anti-inflammatory drugs: a meta-analysis. Ann Intern Med 1991; 115: 787-96

Correspondence and offprints: Dr *Allen Brinker*, Division of Drug Risk Evaluation, Office of Drug Safety, Center for Drug Evaluation and Research, Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, USA.
E-mail: brinkera@cder.fda.gov

© 2004 Adis Data Information BV. All rights reserved.