# EXHIBIT C-part 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
--oOo--

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION,<br><br>Plaintiff,<br><br>vs.<br><br>This Document Relates to Olander v. Bayer Corporation, et al. Civil No. 03-1086 (MJD/ JGL)<br><br>Defendant. | ) | MDL No. 1431<br>(MJD/ JGL) |

CERTIFIED COPY

DEPOSITION OF

**DAVID P. RICHMAN, M.D.**

February 11, 2004

REPORTED BY: KATHY KOLLEHNER, RPR, CRR, CSR 4102 JOB 1-684

# I N D E X

## INDEX OF EXAMINATIONS



| | |
|---|---|
| EXAMINATION BY MR. ISMAIL | 7 |
| EXAMINATION BY MS. MEADERS | 183 |
| BY MR. FILIPOVITCH | 219 |
| FURTHER EXAMINATION BY MR. ISMAIL | 185 |



## EXHIBIT INDEX



| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | June 14, 2002 letter to David P. Richman, M.D. from Donald C. Arbitblit, plus attachments | 10 |
| 2 | Expert Witness Report of David Richman, M.D. with attachments | 12 |
| 3 | Article entitled "Rhabdomyolysis and Acute Renal Failure Due to Combination Therapy with Simvastatin and Warfarin" | 26 |
| 4 | Article entitled "Controversy Surrounding the Safety of Cerivastatin" | 55 |
| 5 | Article entitled "Statin-Associated Myopathy with Normal Creatine Kinase Levels" | 64 |
| 6 | Article entitled "Mitochondrial Myopathy Developing on Treatment with the HMG CoA Reductase Inhibitors - Simvastatin and Pravastatin" | 166 |
| 7 | Article entitled "Correspondence, Rhabdomyolysis Due to Cerivasatin Monotherapy" | 175 |

EXHIBIT INDEX (Continued)


| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 8 | Article entitled "Rhabdomyolysis Due to Combination Therapy with Cerivastatin and Gemfibrozil" | 176 |
| 9 | Article entitled "Cerivastatin and Gemfibrozil-Associated Rhabdomyolysis" | 177 |
| 10 | Document entitled "Exhibit B, David P. Richman, M.D., Statement of Professional Witness Fees and Prior Testimony" | 184 |
| 11 | December 3, 2002 letter to Donald C. Arbitblit from David P. Richman, M.D. plus attachments | 187 |
| 12 | Document entitled "Exhibit C, Materials Reviewed and Relied on by David Richman, M.D." | 189 |
| 13 | Document entitled "David P. Richman, M.D., Supplemental List of Materials Reviewed or Relied Upon" | 190 |
| 14 | Listing of articles relied upon, 27 pages | 194 |
| 15 | October 10, 2002 letter to David P. Richman, M.D. from Lieff, Cabraser plus attachments | 195 |
| 16 | Curriculum Vitae of David P. Richman, M.D. | 196 |
| 17 | Series of handwritten notes, six pages | 200 |
| 18 | Article entitled "Review, Muscular Side Effects of Statins" | 209 |
| 19 | Article entitled "Lovastatin Increases Exercise-Induced Skeletal Muscle Injury" | 211 |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---o0o---

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | |
| Plaintiff, | ) | |
| vs. | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates to Olander v. Bayer Corporation, et al. Civil No. 03-1086 (MJD/JGL) | ) | |
| Defendants. | ) | |

---o0o---

BE IT REMEMBERED that, pursuant to Notice, and on Wednesday, February 11, 2004, commencing at 9:10 a.m., thereof, at 1333 Research Park Drive, Davis, California, before me, KATHY KOLLEHNER, a Certified Shorthand Reporter, personally appeared

DAVID P. RICHMAN, M.D.,

called as a witness by the Defendant, who, having been first duly sworn, was examined and testified as follows:

---o0o---

DIAMOND McCARTHY, 1201 Elm Street, 34th Floor, Dallas, Texas 75270, represented by BERT

BLACK, Attorney at Law, appeared as counsel on behalf of the MDL Plaintiffs.

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111, represented by DONALD C. ARBITBLIT, Attorney at Law, appeared as counsel on behalf of the MDL Plaintiffs.

BARTLIT BECK HERMAN PALENCHAR & SCOTT, Courthouse Place, 54 West Hubbard Street, Chicago, Illinois 60610, represented by TAREK ISMAIL, Attorney at Law, appeared as counsel on behalf of Bayer.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, Four Times Square, New York, New York 10036, represented by MEREDITH SCHAUM, Attorney at Law, appeared as counsel on behalf of Pfizer and Warner Lambert.

DECHERT LLP, P.O. Box 5218, Princeton, New Jersey 08543, represented by DEBRA D. O'GORMAN, Attorney at Law, appeared as counsel on behalf of Glaxo Smith-Kline.

UZICK & ONCKEN, 550 Westcott, Suite 290, Houston, Texas 77007, represented by STEPHEN FILIPOVITCH, Attorney at Law, appeared telephonically as counsel on behalf of various Texas physicians.

CROUCH & RAMEY, 1445 Ross Avenue, Suite 2300, Dallas, Texas 75202, represented by KIM MEADERS, Attorney at Law, appeared telephonically on behalf of the pharmacies.

Also Present: Stuart Pettigrew, Videographer.

---oOo---

THE VIDEOGRAPHER: Here begins video disk number one, Volume I, of the deposition of David Richman, M.D., in re Baycol Products Litigation in the United States District Court, District of Minnesota. The case number is MDL 1431 (MJD/JGL). 09:10:06 09:10:09 09:10:12 09:10:15 09:10:19 09:10:25

Today's date is February 11th, 2004, and the time on the monitor is 9:10 a.m. 09:10:29 09:10:34

The video operator today is Stuart Pettigrew, contracted by Combs Reporting, 300 Montgomery Street in San Francisco. This video deposition is taking place at 1333 Research Park Drive, Davis, California, and was noticed by Sidley, Austin. 09:10:37 09:10:40 09:10:45 09:10:48 09:10:52 09:10:55

Counsel, please voice-identify yourselves and state whom you represent. 09:10:57 09:10:59

MR. ISMAIL: Tarek Ismail on behalf of Bayer. 09:11:00

MS. O'GORMAN: Debra O'Gorman on behalf of SmithKline Beecham Corporation. 09:11:03

MS. SCHAUM: Meredith Schaum on behalf of Pfizer and Warner Lambert.

MR. ARBITBLIT: Donald Arbitblit for plaintiffs. 09:11:09 09:11:10

THE VIDEOGRAPHER: And on the phone? 09:11:14

MR. FILIPOVITCH: Stephen Filipovitch on behalf of various Texas physicians of Uzick & Oncken in Houston. 09:11:14

MS. MEADERS: Kim Meaders for pharmacies from Crouch & Ramey. 09:11:20 09:11:23

THE VIDEOGRAPHER: The court reporter today is Kathy Kollehner of Combs Reporting. 09:11:26 09:11:28

Would the reporter please administer the oath. 09:11:29 09:11:30

(Witness sworn.) 09:11:40

THE VIDEOGRAPHER: You may begin. 09:11:41

EXAMINATION

BY MR. ISMAIL: 09:11:42

Q. Good morning, Dr. Richman. 09:11:42

A. Good morning. 09:11:44

Q. We met before. My name is Tarak Ismail. I'm going to be asking you questions today on behalf of Bayer Corporation. 09:11:45 09:11:46 09:11:48

Sir, have you ever been deposed before? 09:11:50
A. Once or twice. 09:11:53
Q. When was the most recent occasion? 09:11:54
A. I don't remember exactly, but more than five years ago. 09:11:59 09:12:01
Q. In what context were you deposed? 09:12:02
A. I was a treating physician in some kind of case related to a patient. I don't remember the details, honestly. 09:12:07 09:12:13 09:12:17
Q. Was it a malpractice case? 09:12:18
A. I don't think so. 09:12:19
Q. Were you a party to the case? 09:12:20
A. No. 09:12:23
Q. Have you been deposed in any other case besides the one you just referenced? 09:12:23 09:12:26
A. I think there was one prior to that maybe more than 10 years ago, and I honestly don't remember the details of it. 09:12:29 09:12:32 09:12:36
Q. You've never been deposed as an expert before? 09:12:37 09:12:40
A. No. 09:12:41
Q. Have you ever served as an expert before? 09:12:42
MR. ARBITBLIT: Do you mean in a consulting capacity? 09:12:45 09:12:46
BY MR. ISMAIL: 09:12:47

Q. Have you ever prepared an expert report 09:12:47
before? 09:12:51
A. Yes. About a year and a half ago, 09:12:52
maybe -- somewhere between a year and a half ago and 09:12:57
three years ago, in a malpractice suit. 09:12:59
Q. Were you retained by the plaintiffs or the 09:13:10
defendants in that case? 09:13:11
A. I think the defendants. 09:13:16
Q. Other than the one malpractice report that 09:13:17
you just referenced, have you ever prepared an 09:13:19
expert report in litigation before? 09:13:23
A. Not that I remember. 09:13:26
Q. Have you ever been sued for malpractice? 09:13:33
A. No. 09:13:35
Q. Who first contacted you to seek your 09:13:35
participation as an expert on behalf of plaintiffs? 09:13:41
A. Mr. Arbitblit. 09:13:44
Q. Did you know counsel before? 09:13:45
A. No. 09:13:47
Q. Do you know how he got your name? 09:13:47
A. I think from one of the internists here at 09:13:50
UC Davis that he had been working with. 09:13:54
Q. What's that internist's name? 09:13:56
A. Dr. Kason. I'm not sure, but that's what 09:14:01
I think. 09:14:08

Q. Do you recall when it was that you were first contacted? 09:14:09 09:14:11

A. Somewhere around two years ago. I don't remember the -- I would have to look back at my calendar. 09:14:23 09:14:25 09:14:29

MR. ISMAIL: Please mark that as Exhibit 1. 09:14:29 09:14:42

(WHEREUPON, Richman Exhibit 1 was marked for identification.)

MR. ISMAIL: Can you mark them the witness name -- so, Richman 1 -- since we have lots of witnesses? 09:14:48 09:14:49 09:14:53

THE REPORTER: Sure. 09:14:54

BY MR. ISMAIL: 09:14:59

Q. Dr. Richman, we've handed you a letter, dated June 14th, 2002, addressed to you. Do you recognize this letter? 09:14:59 09:15:01 09:15:06

A. I do, yes. 09:15:07

Q. This letter looks to be a confirmation of your retention to serve as an expert on behalf of plaintiffs; is that right? 09:15:09 09:15:12 09:15:16

A. Right. 09:15:17

Q. Is June 2002 roughly the time frame that you recall? 09:15:17 09:15:20

A. Yeah. 09:15:21

Q. Do you recall doing any substantive work on the Baycol litigation prior to June 2002? 09:15:21 09:15:24
A. No. I don't remember exactly whether I had, you know -- I mean, Mr. Arbitblit may have contacted me a week or two before this, and I may have looked at some things, but I don't remember. I would say it wasn't substantive. 09:15:34 09:15:36 09:15:40 09:15:44 09:15:47
Q. Other than the law firm of Lieff, Cabraser, have you been retained by any other plaintiff counsel in the Baycol litigation? 09:15:51 09:15:52 09:16:00
A. Yes. I've reviewed a case from an attorney in Arizona. I don't remember his name. You know, I could look in my records. This was about nine months ago. And I reviewed those records and gave him a brief report. 09:16:04 09:16:17 09:16:22 09:16:25 09:16:29
And I think there was one other case from another attorney that I looked at, I think, in Seattle and maybe just gave him a telephone opinion of that case. 09:16:34 09:16:38 09:16:43 09:16:50
Q. Were either of those cases rhabdomyolysis cases? 09:16:50 09:17:02
A. They both were. 09:17:06
Q. Have you spoken to Dr. Kason about the Baycol litigation? 09:17:12 09:17:15
A. I think he mentioned to me back around 09:17:17

June of 2002 that he had been in touch with Mr. Arbitblit and that I might hear from him. And since then, I haven't been in touch with him about it. 09:17:21 09:17:27 09:17:34 09:17:37

Q. Did you know that Dr. Kason was retained as an expert by plaintiffs? 09:17:37 09:17:40

A. I think so. 09:17:41

Q. Are you -- do you have an acquaintance with Dr. Kason? 09:17:43 09:17:46

A. Yes. I've known him for about 10 years. 09:17:47

Q. Other than the Lieff, Cabraser firm and the two consulting engagements that you have referenced already today, have you been retained to provide expertise in any other Baycol case? 09:17:56 09:18:01 09:18:03 09:18:08

A. No, not that I can remember. 09:18:12

MR. ISMAIL: Exhibit 2, please. 09:18:39

(WHEREUPON, Richman Exhibit 2 was marked for identification.) 09:18:42 09:18:43

BY MR. ISMAIL: 09:18:43

Q. Dr. Richman, if you'd take a look at Exhibit 2. Can you identify that as your expert report in this case? 09:18:43 09:18:48 09:18:51

A. (Reviewing) 09:18:57

Yes. 09:18:57

Q. Does Exhibit 2, your expert report, 09:18:58

contain all your opinions you intend to offer in this litigation gauges? 09:19:01 09:19:03

A. I think I've formed some additional opinions since I wrote this report. 09:19:13 09:19:18

Q. These additional opinions you just referenced, are these opinions you intend to offer in this litigation? 09:19:24 09:19:26 09:19:30

A. I don't know. My understanding was you ask me questions; I answer. If it relates to something you ask me, then I plan to, yes. 09:19:35 09:19:37 09:19:40

Q. I understand you can't predict everything I'm going to ask you either here or at trial, but are there any additional opinions that you have -- that you intend to offer in the litigation that you are aware of right now? 09:19:43 09:19:46 09:19:48 09:19:52 09:19:56

A. In addition to what's written here (indicating)? 09:19:58 09:19:59

Q. Yes, sir. 09:20:00

A. Yes. 09:20:01

Q. Have you been asked to prepare any supplement expert report? 09:20:02 09:20:06

A. No, I haven't. 09:20:06

Q. These additional opinions you just referenced, have you been asked by counsel to prepare opinions on those subject matters? 09:20:21 09:20:23 09:20:26

A. No. They're for my own initiative. 09:20:30
Q. Have you discussed your new opinions with counsel? 09:20:32 09:20:34
A. Yes, I have. 09:20:35
Q. When did you do that, sir? 09:20:35
A. Monday night and, to some extent, again this morning. 09:20:44 09:20:47
Q. Since, when we get to trial, no one will know what day today is, today is Wednesday, correct? 09:20:47 09:20:50
A. Correct. The 11th. 09:20:55
Q. So, two days ago, you spoke to counsel -- 09:20:56
A. Yeah. 09:21:00
Q. -- about the additional opinions you have formed in this litigation? 09:21:04 09:21:06
A. Yes. 09:21:07
Q. When did you first form these additional opinions? 09:21:08 09:21:11
A. Pretty much through the day on Monday, the 9th. 09:21:11 09:21:15
Q. What caused you to form new opinions two days ago? 09:21:16 09:21:23
A. They were articles that I read. 09:21:24
Q. Were you sent these articles, or did you go looking for them on your own? 09:21:28 09:21:31
A. Well, I -- as I remember it, the sequence 09:21:33

of events is that Mr. Arbitblit sent me an article related to one of your expert's reports, an article by Sinzinger, which I found interesting. 09:21:37 09:21:47 09:21:51

And then I followed through on what was in that article, looking at some of the references in that article, and also doing a literature search myself on those aspects. 09:21:58 09:22:03 09:22:06 09:22:10

Q. What are the new opinions you have formed in addition to what is expressed in Exhibit 2? 09:22:13 09:22:16

A. My opinion is that it relates to the information that's available on the effect of statins on the susceptibility of muscles to being injured during exercise. 09:22:23 09:22:29 09:22:39 09:22:46

Q. Other than the opinion regarding exercise and muscle injuries from statins, have you formed any other opinions other than what is expressed in Exhibit 2? 09:22:59 09:23:02 09:23:04 09:23:07

A. Not that I can remember. 09:23:13

Q. What is your opinion regarding the susceptibility of muscle injury due to statins during exercise? 09:23:14 09:23:18 09:23:22

A. That it's increased compared to people not taking statins. 09:23:25 09:23:30

Q. Just so I'm clear, are you saying, sir, that if you take statins, you are at an increased 09:23:37 09:23:40

risk of muscle injury from exercise compared to the group who are not taking statins? 09:23:46 09:23:50

A. Correct. 09:23:56

Now, that has some implications for me because it suggests that there is a baseline injury to muscle that's present in everyone who takes these drugs, and that, in most instances, this has no clinical significance, but it can be brought out by exercise. 09:23:57 09:23:59 09:24:03 09:24:13 09:24:22 09:24:26

MR. ISMAIL: I'm going to ask that we suspend this discussion until later, when we can get the specific literature, and indeed to the extent it's necessary, we reserve our right to bar Dr. Richman on any opinions newly expressed for the first time today that have not been disclosed to defense counsel prior to his deposition. 09:24:29 09:24:35 09:24:35 09:24:37 09:24:42 09:24:45 09:24:48

MR. ARBITBLIT: I would just comment on that. It's -- as he said, it's an article from one of your expert's bibliographies that we sent him in the ordinary course, and he's entitled to form opinions on things that have been presented by your experts. 09:24:52 09:24:53 09:24:56 09:25:01 09:25:05 09:25:07

In fact, today is the deadline for rebuttal reports, so if you'd like him to prepare what he's just said and attach it to a statement 09:25:08 09:25:10 09:25:14

saying it's his rebuttal report, we can do that. 09:25:17

MR. ISMAIL: What are you referring to 09:25:21
regarding a deadline for rebuttal reports? 09:25:23

MR. ARBITBLIT: It's not otherwise stated 09:25:25
in the Order of the Court. Therefore, Rule 26 09:25:27
provides 30 days from the receipt of the opposing 09:25:32
side's experts. Today is the 30th day since your 09:25:35
experts' reports were served on January 12. 09:25:40

MR. ISMAIL: Okay. Well, we obviously 09:25:43
disagree. We believe the Court's PTO does not 09:25:45
provide for -- expressly does not provide for 09:25:50
rebuttal reports, and the schedule set by the Court 09:25:52
make rebuttal reports a practical impossibility. 09:25:56

So, I guess we'll have motion practice 09:25:59
with the Court on that. But our positions are 09:25:59
stated. 09:26:03

Q. Dr. Richman, do you still stand behind 09:26:04
everything you say in Exhibit 2? 09:26:07

A. Yes, I do. 09:26:09

MR. ISMAIL: Counsel, where are plaintiffs 09:26:16
these days on questions regarding drafting of 09:26:17
reports? 09:26:21

MR. ARBITBLIT: Where are plaintiffs these 09:26:23
days? I would say there's -- there's no reason to 09:26:24
change what we previously discussed. Your e-mail 09:26:31

said that those questions were not going to be part 09:26:37
of the deposition. 09:26:42
MR. ISMAIL: Such questions were asked of 09:26:43
our witness, Dr. Arrowsmith-Lowe. We allowed them 09:26:45
to be answered. 09:26:50
Will you allow similar questions to 09:26:51
Dr. Richman? 09:26:53
MR. ARBITBLIT: My understanding from 09:26:54
Mr. Black, who took Arrowsmith-Lowe's deposition, is 09:26:55
that he did not ask those questions. 09:26:59
I don't have a problem with it, as long as 09:27:01
it's mutual. If you're saying that you have no 09:27:04
problem going into the mechanics of drafting with 09:27:06
any of your witnesses, then you could certainly ask 09:27:10
them today. But my interest is in mutuality. 09:27:13
MR. ISMAIL: Mine, too. So, why don't we 09:27:18
table that, as well, for subsequent discussion 09:27:20
today. 09:27:22
Q. Dr. Richman, can you give me your 09:27:26
definition of rhabdomyolysis. 09:27:28
A. Rhabdomyolysis is severe injury to muscle 09:27:31
cells that results in the death of those cells and 09:27:37
the spilling of the contents of those cells into the 09:27:44
bloodstream. 09:27:49
Q. What cellular contents are spilled into 09:27:51

the bloodstream? 09:27:55
A. Well, in fact, all the cellular contents 09:27:56
are spilled. We generally measure the creatine 09:28:00
kinase, CK, and myoglobin. 09:28:06
Q. Have you diagnosed rhabdomyolysis in any 09:28:13
of your patients? 09:28:17
A. Yes, I have. 09:28:19
Q. What diagnostic criteria have you used in 09:28:20
your practice? 09:28:23
A. I've generally used it as -- used severe 09:28:26
injury to muscle such that there can be high 09:28:30
elevations of CK and myoglobin in the serum and 09:28:39
urine. 09:28:55
I think that the significance of 09:28:59
rhabdomyolysis is that it -- the contents of the 09:29:01
muscle cell represent a danger to the kidneys. And 09:29:04
I think that one can think about very mild 09:29:15
rhabdomyolysis that may not be very of a danger to 09:29:19
the kidney and then very severe rhabdomyolysis. 09:29:21
Q. When you diagnose patients, or when you 09:29:26
consider a diagnosis of rhabdomyolysis in your
patients, do you have a threshold level of CK 09:29:31
elevation that you look for? 09:29:33
A. In reality, no. It's a total clinical 09:29:43
syndrome. I think that these are patients whose 09:29:46

muscles -- now, rhabdomyolysis is -- in the situation that we're here about is one continuum -- is one part of a continuum; it's one point on the continuum, or one region of the muscle of injury. It's the most severe. 09:29:49 09:29:57 09:30:01 09:30:06 09:30:10

The -- so, when, you're talking about the rhabdomyolysis end of the continuum, you're talking about patients who have severe pain in the muscles, significant weakness and the presence of CK and, at times, myoglobin that we can measure. 09:30:14 09:30:20 09:30:24 09:30:28 09:30:37

Part of that depends on the time course that the injury occurs. And in most patients, it's -- that severe end of the spectrum is happening in a relatively short amount of time. 09:30:41 09:30:46 09:30:53 09:30:57

There are cases that I've seen in the literature that I haven't actually seen in my own patients, but there are substantial cases in the literature in which the injury occurs more slowly, what we would term as a subacute process, over a number of days or even a week or two, where there may be less in the way of pain and weakness, but there's still enough of the contents of the muscle cells to be damaging the kidneys. 09:31:02 09:31:07 09:31:09 09:31:13 09:31:18 09:31:24 09:31:31 09:31:33 09:31:36

Q. Is an impaired renal function a necessary component to a diagnosis of rhabdomyolysis? 09:31:39 09:31:42

A. No. As I said, it depends on the 09:31:46
severity. But the significance of rhabdomyolysis is 09:31:48
a risk to the kidney. 09:31:53
Q. Have you seen varying definitions of 09:31:59
rhabdomyolysis given in the literature? 09:32:01
A. I think that the literature does vary 09:32:07
significantly in perhaps the numbers people use for 09:32:09
CK levels or the necessity for the -- observing the 09:32:16
presence of myoglobin. 09:32:22
But in my opinion, all of that variability 09:32:24
and definition is pretty much talking about the same 09:32:29
process, the same disease. And I haven't seen any 09:32:32
descriptions of rhabdomyolysis that I thought have 09:32:39
been incorrect. 09:32:43
Q. Have you seen rhabdomyolysis described as 09:32:46
CK elevations greater than 10 times upper limit of 09:32:50
normal? 09:32:55
A. I've seen that. I've -- I've never 09:32:58
known -- and I actually, early on, when I started 09:33:03
researching this, I looked through the literature to 09:33:06
try to find out the validity for that level, had 09:33:10
anyone done a study to show that the level of 10 09:33:18
times upper limit of normal was valid in the 09:33:22
diagnosis? 09:33:28
And I haven't found any. And I must say, 09:33:29

I've never been able to find out where that came from. It just seemed to come into the literature without any reference to its validity. 09:33:32 09:33:35 09:33:38

For rhabdomyolysis, as opposed to, you know, that end of the spectrum of -- of myotoxicity, I think it's a reasonable level, but I think you need more to be able to make that diagnosis. 09:33:44 09:33:49 09:33:54 09:34:00

Q. What more do you need besides CK greater than 10 times normal? 09:34:02 09:34:07

A. I think you -- 09:34:08

MR. ARBITBLIT: Objection. 09:34:10

You could answer, sir. 09:34:10

THE WITNESS: I think you need the whole syndrome of muscle pain, weakness and other evidence of this type of severe damage to muscle, which might mean fever, changes in blood counts and ... 09:34:12 09:34:17 09:34:37 09:34:43

BY MR. ISMAIL: 09:34:50

Q. You would agree, sir, that you have to have some elevation in CK for the condition rhabdomyolysis to be present, correct? 09:34:50 09:34:52 09:34:55

A. I -- that's partially true. I think that if you could measure the CK level continuously in a patient, from the beginning of the illness to the end of the illness, that at some point in time, the CK would be elevated. 09:34:59 09:35:07 09:35:11 09:35:14 09:35:21

But one of the practical problems is CK is cleared from the blood relatively quickly, and so you could miss the elevation in an individual case if you only had a couple of time points. 09:35:22 09:35:28 09:35:33 09:35:36

MR. ISMAIL: Okay. Let's go off the record real briefly because my computer is about to die. 09:35:39 09:35:42 09:35:44

THE VIDEOGRAPHER: The time is 9:35. Off the record. 09:35:44 09:35:46

(Recess taken.) 09:35:47

THE VIDEOGRAPHER: The time is the 9:39. On the record. 09:39:15 09:39:29

BY MR. ISMAIL: 09:39:29

Q. Dr. Richman, we were talking about CK and its role in diagnosis of rhabdomyolysis before the break. I'd like to return to that. 09:39:29 09:39:32 09:39:35

Would you agree that a patient who tests with normal CK presently is not experiencing rhabdomyolysis? 09:39:37 09:39:40 09:39:49

A. No, I wouldn't because the muscle damage can still be there be, and all the CK has been spilled out and been cleared from the blood. So, I'm not able to agree with that. 09:39:50 09:40:00 09:40:03 09:40:11

Q. Have you seen a single piece of medical literature that would allow for the diagnosis of 09:40:12 09:40:17



Combs Reporting, Inc. - (415) 296-8795
scheduling@combsreporting.net

rhabdomyolysis in the presence of normal CK? 09:40:19
MR. ARBITBLIT: Objection. 09:40:22
THE WITNESS: I should answer that? 09:40:28
MR. ARBITBLIT: Yes, you should. 09:40:29
MR. ISMAIL: Yes. 09:40:31
THE WITNESS: I've seen a number of papers 09:40:31 that have talked about the point that I just raised. 09:40:42 It talks about when you measure the CK. 09:40:46
BY MR. ISMAIL: 09:40:48
Q. Let me see if I can clarify. 09:40:48
If I understand your testimony, you're 09:40:51 saying once you remove the insult to the skeletal 09:40:54 muscle, the CK within the blood will clear and 09:40:56 return within a few days; is that correct? 09:41:00
MR. ARBITBLIT: Objection. 09:41:02
THE WITNESS: Within a number of days. 09:41:02 Depends on how high it was to begin with. That's 09:41:06 how many days it would take for that to occur. 09:41:13
BY MR. ISMAIL: 09:41:15
Q. And if someone tests for normal CK, if I 09:41:15 understand you correctly, that doesn't mean they 09:41:20 didn't have rhabdomyolysis at some point in the 09:41:22 past. 09:41:24
A. No, that's not what I'm saying. 09:41:25
I'm saying the rhabdomyolysis -- I mean, 09:41:28

the muscle cells are still there, and they're -- 09:41:31
well, their core causes are still there. There's 09:41:35
still the injury to the muscle. But all of the CK 09:41:40
has been cleared out of the blood, but they still 09:41:48
have rhabdomyolysis. 09:41:50

Q. How? 09:41:53

A. The muscle is severely injured, and that's 09:42:02
what the rhabdomyolysis is. The CK is just some 09:42:06
indicator of that. 09:42:09

For example, if you did a biopsy, if you 09:42:11
happened to do a biopsy of that muscle, it would be 09:42:14
severely abnormal. 09:42:18

Q. Let's go back to the literature. 09:42:21

Can you name a single article that 09:42:22
suggests a patient diagnosed with CK would be 09:42:24
diagnosed as having rhabdomyolysis? 09:42:33

A. You mean give you the author's name? 09:42:35

Q. Well, I've read everything you've cited -- 09:42:36

A. Uh-huh.

Q. -- and every single one of them defines 09:42:39
rhabdomyolysis as an elevation in CK. 09:42:42

MR. ARBITBLIT: Objection. Misstates what 09:42:47
you've read. There's at least one that says you can 09:42:48
extrapolate backwards when the test is not done
timely. So, if you're going to --

BY MR. ISMAIL: 09:42:51

Q. The patient had elevated CK at the time of 09:42:51
that test. 09:42:54

A. (Reviewing) 09:43:03

The -- the -- I think that there -- that 09:43:04
article is a very good one. That's the article with 09:43:14
the Hungarian name. I'll see if I can come up with 09:43:21
it. 09:43:35

(Reviewing) 09:43:37

MR. ISMAIL: Why don't I just give you the 09:43:49
article and talk about it that way. 09:43:54

(Handing) 09:44:00

Please mark as Exhibit 3 -- 09:44:01

THE WITNESS: "Mogyorisi," I guess, is 09:44:05
the --

(Reporter seeks clarification.)

THE WITNESS: Mogyorisi,
M-o-g-y-o-r-i-s-i. 09:44:09

(WHEREUPON, Richman Exhibit 3 was marked 09:44:32
for identification.) 09:44:32

BY MR. ISMAIL: 09:44:33

Q. Doctor, in paragraph 22 of your expert 09:44:33
report, you make reference to -- well, if you'll 09:44:39
turn to paragraph 22. 09:44:48

Are you there? 09:44:49

A. I'm there. 09:44:50

Q. You discuss that CK following an episode of rhabdomyolysis is transient, and CK levels returned to baseline within 10 to 14 days, correct? 09:44:50 09:44:53 09:44:55

A. In reference to the Graybow (phonetic) paper. 09:45:02 09:45:08

Q. Well, let me back you up earlier on the paragraph. 09:45:12 09:45:18

You make reference to the Gabow article, in which you state they use a five-fold or greater increase in serum CK as diagnostic criterion for rhabdomyolysis. Correct? 09:45:19 09:45:24 09:45:28 09:45:29

A. Yes, I do. 09:45:31

Q. And then you agree that that's an appropriate definition? Correct? 09:45:32 09:45:36

A. That's what I say. I would modify that to say that that's an appropriate use of the CK level. But the definition is, as I mentioned before, deeper than that. 09:45:40 09:45:45

Q. Okay. I really thought this was going to be the simplest question I asked today. 09:46:04

Isn't it true that in rhabdomyolysis, the CK will be elevated in the blood? 09:46:05 09:46:07

MR. ARBITBLIT: Objection. 09:46:08

THE WITNESS: It's -- that's true if you 09:46:13

add "at some point in time." 09:46:14
BY MR. ISMAIL: 09:46:17
Q. Fine. 09:46:17
A patient who presently has normal CK is not currently experiencing rhabdomyolysis. 09:46:18 09:46:24
A. Incorrect. I think I explained that just a minute ago. 09:46:26 09:46:29
Q. Okay. Why don't you direct me to an article that would suggest that a patient with normal CK still can be diagnosed as having rhabdomyolysis. 09:46:31 09:46:36 09:46:37 09:46:42
A. It's the article I have in my hand here (indicating). 09:46:44
Q. Fine. Let's turn to it. 09:46:46
A. It's not only one, but let's talk about this one. 09:46:48 09:46:52
Q. Okay. Let's talk about this one. 09:46:52
The author's name is Mogyorisi. Is that close enough? 09:46:54 09:47:03
A. Mogyorisi. 09:47:03
Q. Now, this is a case report, correct? 09:47:05
A. (Reviewing) 09:47:18
Q. Do you see where it says "Case Report" at the top? 09:47:19 09:47:23
A. Yes. 09:47:25

Q. What's the difference between a case report and a peer-reviewed article? 09:47:25 09:47:26
MR. ARBITBLIT: Objection. 09:47:29
THE WITNESS: In terms of a Venn diagram? 09:47:34
Do you understand that terminology? 09:47:42
BY MR. ISMAIL: 09:47:43
Q. I do. 09:47:43
Is there a difference between a case report and a peer-reviewed article? 09:47:44 09:47:46
A. They're intersecting sets. That is to say that a case report can be a peer-reviewed article, and a peer-reviewed article can be a case report. But not all peer-reviewed articles are case reports, and not all case reports are peer-reviewed articles. 09:47:48 09:47:54 09:48:00 09:48:03 09:48:06
Q. Was Exhibit 3 peer reviewed? 09:48:12
A. Yes. 09:48:17
Q. Okay. Now, this case report is talking about a single patient, correct? 09:48:19 09:48:22
A. That's correct. 09:48:25
Q. And if you turn to page 2 in the third full paragraph, the patient tested with a serum CPK of 785, correct? 09:48:27 09:48:34 09:48:40
A. You've read it correctly, yes. 09:48:43
Q. And that was an elevated CK, correct? 09:48:45
A. Normal in that lab was from 55 to 170. 09:48:50

So, yes, that was an abnormal CK. 09:48:58
Q. And on page -- on the third --
A. Can I interrupt you for a second? 09:49:02
I'm on the same page. 09:49:04
Q. Yes, sir. 09:49:07
A. If you look at the figure which shows the levels of CK, the bottom panel -- 09:49:07 09:49:11
Q. Right. 09:49:14
A. -- of time, there are one, two, three -- four elevated values. And then the fifth one, on day five, is normal. 09:49:14 09:49:22 09:49:28
Q. Okay. 09:49:29
A. So, if you were to measure the CK only on that day, on day five, that would be a normal CK in a patient with rhabdomyolysis. I think that's a good example of what I'm trying to get across. 09:49:30 09:49:33 09:49:38 09:49:41
Q. Where in this article do the authors suggest that when the patient had normal CK, the patient still had rhabdomyolysis? 09:49:47 09:49:50 09:49:54
MR. ARBITBLIT: Objection. 09:50:00
THE WITNESS: I don't know whether that's relevant or not. We could look through. But, you know, I feel capable of reviewing these scientific data and making that conclusion. 09:50:00 09:50:03 09:50:07 09:50:13
BY MR. ISMAIL: 09:50:15

Q. Okay. I asked you earlier to identify a single article in which it is stated that a patient with normal CK can still be diagnosed as having rhabdomyolysis. And you directed me to Exhibit 3. 09:50:15 09:50:18 09:50:23 09:50:26

A. Uh-huh. 09:50:30

Q. Can we agree that -- 09:50:31

A. Figure 1, the lower panel. 09:50:34

Q. Can we agree that nowhere in here do the authors suggest that a patient with normal CK has rhabdomyolysis? 09:50:36 09:50:43 09:50:45

MR. ARBITBLIT: Objection. 09:50:46

THE WITNESS: I don't know whether that's relevant or not. I would have to go through it again to see whether they state that or not. But that's -- this article is communicating that. Whether they state it in English words doesn't really, to me, seem relevant to my opinion. 09:50:46 09:50:48 09:50:50 09:50:55 09:50:57 09:51:02

BY MR. ISMAIL: 09:51:05

Q. Doctor, the point of the normal CK here that the authors talk about is that the patient recovered from the episode of rhabdomyolysis when the CK returned to normal. Isn't that true? 09:51:05 09:51:09 09:51:11 09:51:14

MR. ARBITBLIT: Objection. 09:51:19

THE WITNESS: No, I don't think that's true. 09:51:19 09:51:21

BY MR. ISMAIL: 09:51:21

Q. Do you see in the second -- 09:51:21

MR. ARBITBLIT: He wasn't finished, Jack. 09:51:22

MR. ISMAIL: It was a yes-or-no question. 09:51:25

MR. ARBITBLIT: I heard the witness 09:51:26 continuing to answer, and your interpretation that 09:51:27 it was a yes-or-no question was not the same as his. 09:51:29 And he's entitled to answer the question. You're 09:51:33 entitled to say you don't like it and move to strike 09:51:36 it if you don't like it, but you can't interrupt the 09:51:38 answer. 09:51:41

BY MR. ISMAIL: 09:51:41

Q. Did you have some editorializing that you 09:51:41 wanted to do, Doctor? 09:51:45

MR. ARBITBLIT: Objection to the form and 09:51:46 the argumentation. 09:51:48

THE WITNESS: One could not conceivably 09:51:51 recover from rhabdomyolysis in one day, between day 09:51:54 four and day five. 09:51:57

BY MR. ISMAIL: 09:51:58

Q. You don't think that by day five -- 09:51:58

MR. ARBITBLIT: You're interrupting him 09:52:00 again, Counsel, and we're going to stop the 09:52:01 deposition until you let him finish. 09:52:03

MR. ISMAIL: Well, we can stop if he's not 09:52:05

going to answer the questions as asked. 09:52:06
MR. ARBITBLIT: He is going to answer the questions as he understands them. 09:52:06 09:52:07
BY MR. ISMAIL: 09:52:09
Q. Were you done with your speech, sir? 09:52:09
A. No, I wasn't. 09:52:12
Q. Go right ahead.
MR. ARBITBLIT: And it's not a speech, Counsel. And if you can't stop arguing with him, we're going to just -- 09:52:13 09:52:15 09:52:18
BY MR. ISMAIL:
Q. Go ahead.
MR. ARBITBLIT: -- take a break until you calm down. 09:52:18 09:52:21
BY MR. ISMAIL: 09:52:22
Q. Go ahead. We've got all day. 09:52:22
A. So, it couldn't -- a patient could not recover from rhabdomyolysis in one day. A patient could not recover from rhabdomyolysis in five days. It is severe injury to the muscle cells that takes considerable time to recover from. 09:52:23 09:52:26 09:52:29 09:52:35 09:52:38
Q. Do you find it impossible to believe that by day five, the patient was asymptomatic? 09:52:43 09:52:45
A. It depends on what you mean by "asymptomatic." 09:52:56 09:52:58

Q. Have you ever heard that term before, sir? What do you understand it to mean? 09:52:59 09:53:02
A. It would mean no symptoms whatsoever. 09:53:03
Q. Do you find it impossible to believe that this patient in Exhibit 3 was asymptomatic by day five? 09:53:06 09:53:10 09:53:18
A. Your muscles could not conceivably recover from the death of muscle cells in that period of time. 09:53:18 09:53:19 09:53:23
Q. If you'd turn to page 2, sir, to the left of the Figure 1. 09:53:24 09:53:29
Do you see the authors write, "Laboratory abnormalities and symptoms improved, and within five days, the patient was asymptomatic, with a normal CK value and normal renal function"? 09:53:31 09:53:35 09:53:38 09:53:43
Do you see that? 09:53:46
A. I do see that. But I would interpret that differently from you. 09:53:48 09:53:51
I would say they -- what they meant was the patient had a normal CPK value and normal renal function. But that doesn't relate to muscle strength or muscle tenderness or muscle pain. 09:53:53 09:53:55 09:54:01 09:54:03
Q. Would you consider muscle weakness, muscle tenderness and pain to be symptoms? 09:54:09 09:54:12
A. I sure would. Strength could also be 09:54:18

objectively tested and would be a sign. Tenderness could be a sign, as well, as opposed to a symptom. 09:54:22 09:54:27
But I would read that statement as referring only to the CK value and the renal function. 09:54:37 09:54:40 09:54:44
Q. What does the word "asymptomatic" mean in that sentence? 09:54:44 09:54:48
A. Just what I said. 09:54:48
Q. Just the lab values? 09:54:49
A. The lab values. And the renal function. 09:54:50
Q. Would you agree that it is definitional for rhabdomyolysis that there has been death of muscle cells? 09:54:59 09:55:01 09:55:04
A. Yes, absolutely. 09:55:06
Q. And when muscle cells die, they necessarily release their cell contents into the blood, correct? 09:55:07 09:55:10 09:55:12
A. That's correct, yes. 09:55:14
Q. During the acute phase of rhabdomyolysis, there will always be muscle cell contents in the blood, correct? 09:55:15 09:55:18 09:55:22
A. With the proviso that I gave before, that you measure the CK, for example, every day, and catch the period of elevation, yes. 09:55:23 09:55:25 09:55:30
Q. Have you seen any other article talking 09:55:44

about an extrapolation of elevated CK based on present values, other than Exhibit 3? 09:55:48 09:55:52

A. No, I can't remember any other article that says that. But there's nothing special or unusual about that concept. 09:56:01 09:56:04 09:56:10

Q. If a patient presented to you with a CK of 120, can you say that three days ago, the patient must have had a CK of 500? 09:56:11 09:56:19 09:56:22

MR. ARBITBLIT: Objection. 09:56:26

THE WITNESS: You would have to know what the context was. 09:56:30 09:56:31

BY MR. ISMAIL: 09:56:32

Q. The extrapolation back hypothesis only works in a patient that has had an elevated CK to begin with, correct? 09:56:32 09:56:39 09:56:43

A. I would not say that that's necessarily correct. I would -- it's -- I don't -- you can't extrapolate back from one point. 09:56:46 09:56:50 09:56:57

THE REPORTER: You "can" or you "cannot"?

THE WITNESS: You cannot. 09:57:02

You would need two or more points to make an extrapolation. 09:57:02 09:57:05

BY MR. ISMAIL: 09:57:08

Q. If a patient has normal CK and presents to you with a normal CK value, on what basis can you 09:57:08 09:57:12

estimate what the CK would have been 30 days earlier? 09:57:20 09:57:23

MR. ARBITBLIT: Objection. 09:57:24

THE WITNESS: Yeah. Could you repeat that for me? 09:57:30 09:57:32

BY MR. ISMAIL: 09:57:32

Q. If a patient presents to you with normal CK, is there any way that you can estimate or suggest that the patient necessarily had an abnormal CK at some prior period of time? 09:57:32 09:57:36 09:57:40 09:57:44

A. As I said, you would need more than one point. If you had two points, you might be able to do that. If you had three, you could probably do that very well. 09:57:51 09:57:53 09:57:58 09:58:01

Q. Is there -- do patients' CK values vary from day to day, just normal noise in the CK test? 09:58:03 09:58:10

A. It depends on the laboratory. There -- in every laboratory, there is some noise in the test a couple of points in -- usually in a good laboratory. 09:58:23 09:58:25 09:58:29

Q. Let me break that apart. 09:58:31

There's a margin of error with the laboratory test, correct? 09:58:33 09:58:36

A. Correct. 09:58:37

Q. Is there also some intraperson variability in CK, based on what they did that day, other 09:58:38 09:58:41

environmental factors? 09:58:47

A. In most instances, there isn't much variability. But there can be variability related to things that have happened over the day. 09:58:56 09:58:59 09:59:03

Q. Such as what? 09:59:05

A. The one that we're aware of the most is exercise, and especially vigorous exercise. Having an injection into your muscle is one that's known -- can change your CK level, trauma to your muscles, significant trauma usually. 09:59:10 09:59:13 09:59:23 09:59:27 09:59:33

Q. What about a movement of, say, 60 units per liter of CK? Can that happen from a person one day, as measured 30 days later, without having any underlying injury have occurred to the patient? 09:59:34 09:59:38 09:59:44 09:59:49

A. I would say 60 is a lot. I think that would be not very common. 09:59:56 10:00:04

Q. Is it possible without having an injury to the patient? 10:00:05 10:00:09

MR. ARBITBLIT: Objection. 10:00:10

THE WITNESS: You mean the trauma to the muscle that I was talking about or -- 10:00:11 10:00:13

BY MR. ISMAIL: 10:00:16

Q. Well, I want to -- we were talking about some intraperson variability in CK. And we were using terms like "not very much" or "not very 10:00:16 10:00:20 10:00:24

significant changes." And I wanted to just put some numerical parameters around that. 10:00:36

If a patient presents to you with a CK of 50 one day and then 30 days later presented to you with a CK of 100, would that be diagnostic of an injury to the patient? 10:00:49

MR. ARBITBLIT: Objection. 10:00:50

BY MR. ISMAIL:

Q. I'd have to --

THE WITNESS: I don't think you'd -- I mean, you'd have to know the circumstances -- 10:00:53

(Reporter interruption.)

THE WITNESS: -- in which that occurred. The numbers you've given me -- I mean, what is the normal range varies from laboratory to laboratory. But just for about every laboratory, those would remain in the normal range. 10:01:08

Yeah, I don't think I can -- I would have to know the context. 10:01:16

BY MR. ISMAIL: 10:01:17

Q. What else would you need to know? 10:01:17

A. I would like to know what symptoms the patient had, what events had happened in their lives, what their activities had been, whether they were having any illnesses at the time; it would be 10:01:48

nice to know a few more points of the CK value. I mean, I ... 10:01:53 10:01:57

Q. What's your definition of "myopathy," sir? 10:01:59

A. Myopathy is a general term. It's any abnormality in muscle structure or function. 10:02:04 10:02:09

Q. What's your definition of "myalgia"? 10:02:13

A. Myalgia is also a pretty general term. It's pain in the muscle. And sometimes it can have the connotation of pain when you contract the muscle; it can also have the connotation of tenderness, that is, pain when you push on the muscle. 10:02:18 10:02:25 10:02:32 10:02:41 10:02:45 10:02:51

And, at times, it can include cramp, which is an involuntary, painful contraction of the muscle. 10:02:52 10:03:00 10:03:06

Q. What is your definition of the term "myositis"? 10:03:09 10:03:12

A. Myositis is a very specific term for a neurologist or a neuropathologist. And it's a term that's been poorly used, I would say, in the literature. 10:03:13 10:03:19 10:03:22 10:03:32

Myositis means a primary inflammatory myopathy, disorder of the muscle, that is, that the inflammatory cells, or the inflammatory system of the body, is attacking the muscle, de novo, without 10:03:32 10:03:39 10:03:43 10:03:48

any previous injury to the muscle. 10:03:56

Q. Would you agree that all statins can cause an increase in CK? 10:04:12 10:04:15

A. But Baycol does it more severely and more frequently. 10:04:17 10:04:21

Q. Can you answer my question, sir? It's pretty simple. 10:04:21 10:04:24

MR. ARBITBLIT: Objection. 10:04:25

THE WITNESS: I thought I did. 10:04:25

BY MR. ISMAIL: 10:04:27

Q. Not even close. 10:04:27

MR. ARBITBLIT: Objection. 10:04:28

BY MR. ISMAIL: 10:04:29

Q. Would you agree that all statins can cause an increase in CK, yes or no? 10:04:29 10:04:32

A. With the proviso that I just gave, yes. 10:04:38

Q. Why can't you answer that "yes" or "no"? 10:04:41

MR. ARBITBLIT: Objection. Argumentative. 10:04:43

THE WITNESS: I don't think that that question can just simply be answered with "yes" or "no." 10:04:48 10:04:49 10:04:53

BY MR. ISMAIL: 10:04:54

Q. What else can cause an elevation in CK? 10:04:54

A. What else besides -- 10:04:59

Q. Statins. 10:05:14

A. Most muscle diseases cause an elevation in CK. 10:05:17 10:05:20
Q. What else? 10:05:20
A. Besides muscle diseases? 10:05:20
Q. Yes, sir. 10:05:24
A. Well, if we're talking about an unspecified CK -- you know, there's CK that comes from the heart, and there's CK that comes from the muscle. The heart CK is elevated in myocardial infarction. 10:05:25 10:05:27 10:05:30 10:05:33 10:05:38
Q. What else besides statins and muscle disorders can cause an elevation in skeletal muscle CK? 10:05:39 10:05:41 10:05:49
A. There aren't many other things. There are uncommon instances where brain infarction can cause it. But it's a pretty good test of myopathy. 10:06:08 10:06:10 10:06:13
Q. What is a pretty good test of myopathy? 10:06:16
A. Elevated CK. 10:06:20
Q. If you have normal CK, you know there's not any active muscle cell destruction going on? 10:06:21 10:06:26
A. That sounds like the same question we discussed before. You can't say that. 10:06:31 10:06:34
Q. Why? 10:06:38
A. A couple of -- well, there's the issue of when you do the test that we talked about. 10:06:44 10:06:48

Q. Okay. Let me rephrase. I'm using the word "active" in the time course sense, not that the patient didn't have some muscle cell destruction previously or will not have some muscle cell destruction in the future. 10:06:50 10:06:53 10:06:59 10:07:02 10:07:05

But at the time you do a CK test, if the CK is normal, you know there's not any active muscle cell destruction in the patient. 10:07:05 10:07:09 10:07:12

A. No, I can't say that -- even. 10:07:16

You could have a low level of muscle cell destruction that doesn't produce enough CK to bring the level out of the normal range. 10:07:27 10:07:28 10:07:32

Q. How do you test for muscle cell destruction in a patient? 10:07:35 10:07:39

A. There are many ways to do that. It can be done clinically, in terms of the patient's symptoms; it can be done clinically in terms of the findings on the examination, the so-called signs. It could be done by blood test abnormalities that we've been talking about. It can be done by electromyography testing of the muscle, and it can be done by muscle biopsy. 10:07:49 10:07:52 10:07:58 10:08:02 10:08:07 10:08:13 10:08:22 10:08:29

Q. Okay. Would you agree that a muscle biopsy is an objective measure of muscle cell destruction? 10:08:30 10:08:31 10:08:37

A. Yes, I would agree with that. 10:08:38
Q. Would you agree that an EMG is an 10:08:39
objective measure of muscle destruction? 10:08:42
A. Actually, maybe we better define that 10:08:51
term. What do you mean by "objective"? 10:08:53
Q. Do you use the term "objective" -- 10:08:56
withdrawn. 10:08:58
Have you ever used the term "objective" 10:08:58
before in your clinical practice? 10:09:01
A. I have, but I've used it in various 10:09:05
contexts for various things. 10:09:09
Q. Do you perceive a difference between an 10:09:11
objective test versus a subjective test? 10:09:14
A. I -- I think it's -- it's very hard to 10:09:25
draw that distinction in many instances, so -- I 10:09:30
mean, I think if you're asking me, I'd like to know 10:09:33
what the question means, if I'm going to answer it. 10:09:37
Q. When you talked about a blood test, were 10:09:43
you talking about measurements of elevated CK in 10:09:45
myoglobin? 10:09:48
A. Yes. 10:09:50
Q. Any other blood tests that you were 10:09:51
referencing? 10:09:54
A. No. But there are other blood tests that 10:09:55
could be used. 10:09:59

Q. But the predominant blood tests in clinical practice to aid in the diagnosis of a myopathy would be CK and myoglobin, correct? 10:10:03 10:10:07 10:10:10

A. Yes. 10:10:13

Q. When I asked you to list the ways you can diagnose a muscle cell destruction happening in a patient, the first thing you listed was the patient's symptoms. 10:10:16 10:10:20 10:10:24 10:10:26

Would you say that every patient who has muscle weakness necessarily has muscle cell destruction? 10:10:29 10:10:31 10:10:34

A. No. There are -- we're back to the concept of continuum of muscle injury. 10:10:43 10:10:46

You can have muscle dysfunction without muscle cell death. So -- you know, I certainly couldn't put it the way you've put it. 10:10:49 10:10:53 10:11:05

Q. Okay. My question was: How do you diagnose muscle cell destruction in a patient? 10:11:07 10:11:10

A. Uh-huh. 10:11:13

Q. And you've referenced blood test, EMG and biopsy. 10:11:13 10:11:18

A. (Nods head.) 10:11:19

Q. Would you agree that you cannot diagnose muscle cell destruction in a patient solely on the basis of their complaints of pain and weakness? 10:11:20 10:11:22 10:11:24

A. I mean, it would somewhat depend on the context. But there would need -- if your question is would you need something in addition to that, the answer is "yes." 10:11:36 10:11:40 10:11:44 10:11:48
Q. You also listed -- or indicated that the diagnosis could be made upon exam and used the word "signs." 10:11:50 10:11:54 10:11:58
A. Let me -- actually, going back to that other question. The additional things you would want are the whole rest of the patient's history and physical exam. 10:11:59 10:12:03 10:12:05 10:12:09
For example, if a patient told you that he had muscle pain -- and what was the other symptom you said? 10:12:10 10:12:16 10:12:20
Q. Weakness. 10:12:20
A. -- weakness and also had Coca-Cola-colored urine, then you could probably diagnose muscle cell death. And there would be other things that might make you make that diagnosis. 10:12:23 10:12:36 10:12:40 10:12:47
Q. The dark urine would be a sign of myoglobinuria? 10:12:50 10:12:54
A. Yes. 10:12:54
Q. And that would be a sign of destruction of muscle cells, correct? 10:12:54 10:12:57
A. Correct. 10:12:58

Q. If you have a patient who does not have a myoglobinuria observed by the dark-colored urine, could you diagnose muscle cell death solely on the basis of the exam and medical history from the patient? 10:13:04 10:13:09 10:13:10 10:13:11 10:13:16

A. I think you could, yes. 10:13:18

Q. How? 10:13:19

A. By the syndrome the patient described and what you found on your exam. 10:13:22 10:13:28

Q. Would you agree that there are a multitude of things that can cause muscle pain in the patient that doesn't involve muscle cell death? 10:13:30 10:13:35 10:13:39

A. I don't think I could agree with that. I think that -- I think it's very hard to know for sure if there is myopathy, abnormal function or structure of the muscle where there isn't, in fact, muscle cell death going on at the same time. 10:13:50 10:13:56 10:14:01 10:14:09 10:14:17

MR. ISMAIL: Do you want to make your appearance, Bert? 10:14:43 10:14:44

MR. BLACK: Oh. Bert Black on behalf of the MDL. 10:14:49 10:14:52

BY MR. ISMAIL: 10:14:53

Q. Dr. Richman, I'm not sure I followed your answer. 10:14:53 10:14:56

My question was: Aren't there other 10:14:57

causes of muscle pain in a patient other than muscle cell death? 10:15:03 10:15:03

A. And what I said was: I couldn't agree with that statement because, for me, muscle pain implies there's something wrong with the muscle, either in its structure or function. 10:15:13 10:15:15 10:15:23 10:15:26

And I don't think you can be sure in that situation whether there isn't some muscle cell death going on. 10:15:30 10:15:33 10:15:37

Q. Would you agree that there are multiple causes of muscle weakness that do not involve muscle cell death? 10:15:52 10:15:56 10:16:00

A. Say that again, please. Could you repeat that? 10:16:09 10:16:12

Q. Would you agree that there are multiple causes of muscle weakness other than muscle cell death? 10:16:12 10:16:15 10:16:20

A. In -- by "muscle weakness," you mean muscle weakness as a result of an abnormality of the muscle? 10:16:20 10:16:24 10:16:28

Q. No. I mean muscle weakness. 10:16:29

A. And so you mean the power of the muscle is diminished? 10:16:35 10:16:38

Q. I'll restate. 10:16:41

Have you heard of patients complain of 10:16:43

muscle weakness before? 10:16:45
A. Yes, I have. 10:16:49
Q. Would you agree that there are multiple causes of muscle weakness that do not involve muscle cell death? 10:16:49 10:16:51 10:16:54
A. The -- well, when you have a stroke affecting brain cells, the power of the muscle is diminished, and so that's one extreme. 10:17:00 10:17:04 10:17:09
But if you're talking about something related to the muscle itself -- remember, nerves signal the muscles and tell muscles to contract. And if you can't signal, then the muscle can't produce the power. 10:17:16 10:17:18 10:17:21 10:17:25 10:17:28
But if you're talking about something within the muscle itself, I think that's the same question you had before, that I -- you know, I can't confirm that that's true. 10:17:31 10:17:33 10:17:37 10:17:43
Q. Would you agree that muscle pain is a common complaint of the population of this country? 10:17:44 10:17:47
MR. ARBITBLIT: Objection. 10:17:54
THE WITNESS: I think if you ask a patient or a member of the normal population, do you have any pain in your muscle, and they said -- and they think about it, there might be, you know, a certain number of people who would say "yes" to that 10:18:07 10:18:15 10:18:19 10:18:25 10:18:33

question. 10:18:37
But whether I would call that myalgia, I'm 10:18:40
not sure. I would have to know more detail. 10:18:45
BY MR. ISMAIL: 10:18:50
Q. How do statins cause muscle cell 10:18:50
destruction? If you know. 10:18:53
A. The -- there are a number of things that 10:19:05
are known about how statins affect muscle cell 10:19:07
function or structure. Was that your question? 10:19:15
Q. Let me restate it. 10:19:26
A. Repeat it, yeah. 10:19:27
Q. Would you agree that there is no accepted 10:19:29
mechanism of action regarding how statins cause 10:19:36
muscle cell death? 10:19:42
A. We know a number of effects, pathologic 10:19:47
effects, that statins have on muscle. We know it 10:19:59
affects mitochondrial function, which is crucial to 10:20:05
muscle function; we know it affects a number of 10:20:13
medium-sized molecules in the muscle; we know it 10:20:19
affects the membrane of the muscle -- the statins 10:20:24
do. 10:20:30
And so there clearly are pathologic 10:20:30
effects, toxic effects, on the muscle. But how 10:20:40
these come together to produce the death isn't yet 10:20:46
known. 10:20:52

Q. Whatever the mechanism that causes statins to injure muscle cells is true for all the statins, correct? 10:21:01 10:21:08 10:21:15

A. But more so with Baycol. 10:21:17

Q. Well, we'll find out about your opinion regarding rate. But I want to distinguish rate from mechanism. 10:21:19 10:21:23 10:21:26

Do you understand the distinction between the two? 10:21:27 10:21:31

MR. BLACK: Objection. 10:21:31

MR. ISMAIL: Mr. Black, you're not -- one objection would be plenty for the plaintiffs. 10:21:33 10:21:34

MR. ARBITBLIT: Objection. 10:21:36

MR. ISMAIL: One lawyer to object would be plenty for the plaintiffs. 10:21:37 10:21:39

MR. BLACK: You just got the objection. 10:21:41

THE WITNESS: The -- what was the question? I'm sorry. 10:21:44 10:21:45

BY MR. ISMAIL: 10:21:48

Q. Do you understand the distinction between rate and mechanism? 10:21:48 10:21:51

MR. ARBITBLIT: Objection. 10:21:53

MR. ISMAIL: What's your objection? 10:21:54

MR. ARBITBLIT: It's Mr. Black's objection. 10:21:56 10:21:57

MR. ISMAIL: Yeah, I thought so. 10:21:58
Q. Do you understand the distinction between rate and mechanism? 10:22:00 10:22:01
A. I don't understand that question at all. The rate of what, mechanism of rate? 10:22:14 10:22:16
Q. Let me rephrase. 10:22:19
I'm trying to ask you questions about the mechanism by which statins cause an injury to muscle, as distinguished from how often that process happens. Do you understand that distinction? 10:22:20 10:22:23 10:22:28 10:22:33
A. (Nods head.) 10:22:36
Q. "Yes"? 10:22:36
A. Yes. 10:22:39
Q. By whatever mechanism statins injure muscle is true for all the statins, correct? 10:22:40 10:22:43
MR. ARBITBLIT: Objection. 10:22:48
THE WITNESS: I can't agree with that statement. I mean, at the very simplest level, for example, the ability of the statins to get into the muscle cell differs, and Baycol being the most effective in getting into the muscle cell. 10:22:48 10:22:53 10:22:57 10:23:01 10:23:12
BY MR. ISMAIL: 10:23:14
Q. Are you suggesting that Baycol caused a different type of muscle injury than the other statins? 10:23:14 10:23:17 10:23:19

A. Yes, in the sense that it is more readily inside the cell. 10:23:24 10:23:32

Q. What is the different injury that Baycol caused that the other statins did not cause? 10:23:32 10:23:33

A. The -- well, I think you -- I think it's very likely that Baycol has more of an effect on the membrane of the muscle cell. And that could explain why there's more rhabdomyolysis with Baycol. 10:23:52 10:23:55 10:24:02 10:24:10

Q. Let me try it this way. 10:24:15

You would agree that all statins can cause the clinical syndrome of myopathy, correct? 10:24:19 10:24:23

A. Yes. 10:24:31

Q. Whatever the mechanism that -- 10:24:31

A. That broad clinical syndrome. 10:24:33

Q. Whatever the mechanism that allows, say, Pravachol to cause myopathy is the same that allows Zocor to cause myopathy, correct? 10:24:36 10:24:39 10:24:44

MR. ARBITBLIT: Objection. 10:24:47

THE WITNESS: I just don't think we can say that one way or the other now. 10:25:00 10:25:02

BY MR. ISMAIL: 10:25:04

Q. Have you seen a single piece of medical literature suggesting that Baycol caused a different type of muscle injury than the rest of the statins? 10:25:04 10:25:07 10:25:10

A. I've certainly seen medical literature 10:25:24

supporting what I said in terms of the ability of Baycol to get through the membrane and be soluble in the membrane. 10:25:27 10:25:34 10:25:40

Q. The literature you're describing is a hypothesis to support some greater propensity for Baycol to cause muscle injury, correct? 10:25:43 10:25:46 10:25:49

MR. ARBITBLIT: Objection. 10:25:52

THE WITNESS: I don't know that that was the point of it. 10:25:56 10:25:58

BY MR. ISMAIL: 10:26:10

Q. Can you describe -- let me go back to my question. 10:26:10 10:26:13

Have you seen a single piece of medical literature suggesting that Baycol caused a different type of muscle injury than the rest of the statins? 10:26:13 10:26:16 10:26:18

A. Yes, I have. 10:26:21

Q. What's the article? 10:26:21

A. The Davidson article. 10:26:25

Q. This is the one that was handed to me this morning? 10:26:27 10:26:29

A. Yes, I think. 10:26:30

Q. Do you have it in front of you? 10:26:33

A. I don't think I do. 10:26:36

MR. ARBITBLIT: I believe that's my only copy, Counsel. I can -- it's about time to take a 10:26:41 10:26:43

break. I'd be happy to make more copies. We've been going for an hour and a quarter. 10:26:47 10:26:52

MR. ISMAIL: Why don't we make copies at the break. Let's go off the record. 10:26:55 10:26:55

THE VIDEOGRAPHER: The time is 10:27. Off the record. 10:26:58

(Recess taken.) 10:27:07

THE VIDEOGRAPHER: The time is 10:38. On the record. 10:38:21 10:38:24

MR. ISMAIL: Dr. Richman, before the break, I'd asked you whether you had seen any articles discussing Baycol having a different type of muscle injury than the rest of the statins. 10:38:25 10:38:27 10:38:32 10:38:35

And you directed me to Dr. Davidson's editorial, which, if you'd give me your copy, sir, we'll just mark that as Exhibit 4. 10:38:39 10:38:43 10:38:45

(WHEREUPON, Richman Exhibit 4 was marked for identification.) 10:39:12 10:39:13

BY MR. ISMAIL: 10:39:13

Q. Dr. Richman, is Exhibit 4 the Davidson editorial you made reference to? 10:39:13 10:39:19

A. Yes. 10:39:20

Q. Now, this was an article that you read for the first time this week; is that correct? 10:39:21 10:39:22

A. That's right. 10:39:25

Q. Where in Exhibit 4 does it state that Baycol causes a different type of muscle injury than the rest of the statins? 10:39:27 10:39:30 10:39:33

A. In the first sentence. 10:39:36

Do you want me to read it? 10:39:39

Q. Sure. 10:39:41

A. "The noted myotoxicity and subsequent withdrawal of cerivastatin from the worldwide market in August 2001 has demonstrated that the safety of statins is not a class effect." 10:39:43 10:39:48 10:39:51 10:39:55

Q. Do you understand Dr. Davidson to be discussing the rate of rhabdomyolysis in that paragraph? 10:39:58 10:40:00 10:40:05

MR. ARBITBLIT: Objection. 10:40:05

THE WITNESS: (Reviewing) 10:40:28

I don't think that's all that he's discussing. 10:40:30 10:40:33

BY MR. ISMAIL: 10:40:33

Q. What muscle injury does Dr. Davidson suggest that Baycol caused that the other statins do not cause? 10:40:33 10:40:36 10:40:40

A. I don't think he's described an injury that Baycol causes that the other does not. 10:40:54 10:40:57

But his conclusion is the mechanisms -- well, maybe the way to say that is that, in many 10:41:05 10:41:10

ways, rhabdomyolysis, muscle cell death, can be thought of as the endpoint of many toxic myopathic processes. 10:41:14 10:41:19 10:41:33

And my opinion about this article is that he's -- he's concluded that the mechanisms by which they occur are different in Baycol compared to the other statins. 10:41:35 10:41:39 10:41:49 10:41:53

Q. Where does he suggest that, sir? 10:41:55

A. That's what I read. The statement is not a class effect. 10:41:57 10:42:01

Q. So, in the statement that "The safety of statins is not a class effect," you read into that clause that there must be a different mechanism for Baycol than the other statins? 10:42:03 10:42:10 10:42:14 10:42:18

A. I think that's the -- first of all, the logical conclusion. Secondly, his description of the differences of the characteristics of the various statins suggests that he's making the point that I made a few questions ago. 10:42:26 10:42:30 10:42:44 10:42:50 10:42:53

Q. Which was what, sir? 10:42:58

A. That the -- the fact that Baycol is better able to get into the cell and to affect the membrane of the cell makes the process somewhat different. 10:43:03 10:43:07 10:43:22

Q. Can we agree that Dr. Davidson does not describe a muscle injury unique to Baycol? 10:43:24 10:43:29

A. Let me just refresh my memory a bit. 10:43:37
(Reviewing) 10:43:43
Yes, I would agree with that. But I think 10:44:51
it -- you still have to keep in consideration the 10:44:53
fact that muscle cell death is an endpoint which you 10:44:56
can get to through different pathways. 10:45:04
Q. Are you aware of a single article that 10:45:06
suggests Baycol caused a muscle injury that the 10:45:08
other statins do not cause? 10:45:11
MR. ARBITBLIT: Objection. 10:45:16
THE WITNESS: Only in the sense of the 10:45:36
effect on the membrane and the ability of the drug 10:45:41
to get into the muscle cell. 10:45:45
BY MR. ISMAIL: 10:45:47
Q. Do all statins have an ability to affect 10:45:47
the muscle cell membrane? 10:45:51
A. Yes. I think that's -- that's true, but 10:46:04
to different degrees. 10:46:07
Q. Do all statins have the ability to get 10:46:09
into the muscle cell? 10:46:18
A. I think there is indirect evidence, that I 10:46:34
am aware of, that would suggest that. But I think 10:46:37
the -- there's a wide variability from agent to 10:46:42
agent. 10:46:46
Q. Are you aware of a single article that 10:46:46

suggests that Baycol caused a clinical muscle injury that the other statins do not cause? 10:46:49 10:46:53

A. By "clinical," you mean what exactly? 10:47:10

Q. Have you ever heard of a clinical muscle injury? Ever used that phrase? 10:47:15 10:47:21

A. I don't -- I don't know that I would use that phrase. 10:47:25 10:47:27

Q. Distinguishing clinical disorders that could affect the patient from activities that may or may not be occurring on the cellular level. Is that a fair distinction for you? 10:47:31 10:47:35 10:47:40 10:47:45

MR. ARBITBLIT: Objection. 10:47:48

THE WITNESS: Yeah, I think I understand your question now. 10:47:50 10:47:53

The -- there's a very limited set of clinical things that can happen in muscle disease. And so multiple different processes can lead to the same set of clinical, if we talk about signs and symptoms, abnormalities. 10:47:55 10:48:05 10:48:11 10:48:17 10:48:23

BY MR. ISMAIL: 10:48:25

Q. Can we agree that all statins, including Baycol, cause the same type of clinical muscle injuries? 10:48:25 10:48:29 10:48:31

A. Are -- so, the terminology -- I would rephrase your question as: Do they cause the system 10:48:42 10:48:46

syndrome? 10:48:51
I would think that there are many 10:48:51
similarities but that the severity would be 10:49:05
different. 10:49:09
Q. Is rhabdomyolysis the most severe muscle 10:49:10
syndrome that statins can cause? 10:49:13
A. I think it's the most severe one that 10:49:38
we're aware of. 10:49:44
Q. All statins can cause the most severe 10:49:46
muscle syndrome, rhabdomyolysis, correct? 10:49:49
MR. ARBITBLIT: Objection. 10:49:54
THE WITNESS: They can, but the rates 10:49:55
differ significantly. 10:49:58
BY MR. ISMAIL: 10:49:59
Q. Would you take your expert report out, 10:50:01
sir. 10:50:04
A. Uh-huh. 10:50:04
Q. Turn to paragraph 11. 10:50:04
A. (Reviewing) 10:50:09
Q. You write, "Muscle damage caused by 10:50:10
statins can best be described in terms of a 10:50:14
continuum ranging from mild, temporary conditions to 10:50:17
very severe and permanent injuries." 10:50:22
Do you see that, sir? 10:50:26
A. (Reviewing) 10:50:32

A. Yes, I do. 10:50:40

Q. What are the mild, temporary conditions to which you referred in paragraph 11? 10:50:44 10:50:46

A. One would be the increased effect of exercise on muscle pain and weakness and elevated CK; another would be pain in the muscles, pain that was at a higher level than what we talked about before in the general population, pain on a -- pain that you might measure on a pain scale as being higher than a zero or one, with or without increased tendency to cramps and with or without tenderness of the muscles and with or without weakness. 10:51:05 10:51:11 10:51:23 10:51:34 10:51:39 10:51:48 10:51:52 10:52:10 10:52:20

Q. This increased effect of exercise on muscle pain and weakness to which you just referred, is that the opinion you formed 48 hours ago? 10:52:36 10:52:41 10:52:44

A. Correct. 10:52:47

Q. Okay. Let's go back to what you meant when you wrote this expert report back in December, okay? 10:52:48 10:52:50 10:52:53

A. Uh-huh. 10:52:53

Q. You didn't have this exercise opinion when you submitted this report, correct? 10:52:54 10:52:57

A. Right. 10:52:58

Q. Okay. When you wrote that "statins can cause a continuum of muscle damage ranging from mild 10:53:01 10:53:03

and temporary conditions," the mild, temporary conditions to which you were referring were above normal muscle pain, correct, with or without other symptoms? 10:53:07 10:53:12 10:53:15 10:53:19

MR. ARBITBLIT: Objection. 10:53:20

THE WITNESS: That I mentioned, right. 10:53:20

MR. ARBITBLIT: Objection. Mischaracterizing, leaves out some of what he said before. 10:53:22 10:53:23 10:53:29

BY MR. ISMAIL: 10:53:30

Q. And then the continuum, in your words, then ranges to very severe and permanent injuries? 10:53:30 10:53:33

A. Correct. 10:53:37

Q. The severe and permanent injuries, is that the rhabdomyolysis end of your spectrum? 10:53:38 10:53:42

A. Yes, it is. 10:53:48

Q. Now, the mild -- first of all, what do you mean by "temporary"? 10:53:52 10:53:54

A. Lasting for a limited period of time. 10:53:59

Q. Can you put some parameters around that. 10:54:03

A. I think it could be intermittent, relatively brief, a few minutes, a few hours and recurring, or it could be a few days or weeks of continuous symptoms. 10:54:13 10:54:21 10:54:27 10:54:34

Q. Do statins cause a muscle injury that does 10:54:39

not involve muscle cell death? 10:54:43
A. Yes, without question. 10:54:47
Q. And what is that injury? 10:54:48
A. In what sense, in the -- in the biology of the muscle cell sense? 10:55:01 10:55:07
Q. I asked you whether statins cause a muscle injury that does not involve muscle cell death, and you said, "Yes." 10:55:11 10:55:14 10:55:19
And I'd asked you: Well, what is that other injury that does not involve muscle cell death? However you want to describe it, it's up to you. 10:55:20 10:55:24 10:55:27 10:55:30
A. (Nods head.) 10:55:32
The -- well, there's considerable evidence that the -- that Baycol affects mitochondrial function and structure. 10:55:34 10:55:42 10:55:47
Q. What is that considerable evidence? 10:55:50
A. I think there are a number of muscle biopsies that are demonstrated that. 10:56:01 10:56:04
Q. Name one. 10:56:06
A. A case by -- an article by Phillips. 10:56:11
Q. Any others that you're aware of? 10:56:16
A. (Reviewing) 10:56:29
I think the article is by England. Let's see if I can -- yeah, by England, on paragraph 18 of 10:56:31 10:56:37

my report. 10:56:43
Q. Any others? 10:56:44
THE REPORTER: Do you want this marked? 10:56:57
MR. ISMAIL: Yes, please. 10:56:59
(WHEREUPON, Richman Exhibit 5 was marked for identification.) 10:57:01 10:57:07
THE WITNESS: An article by Chariot, subparagraph I of paragraph 20 of my report. 10:57:20 10:57:23
BY MR. ISMAIL: 10:57:28
Q. Any others? 10:57:28
A. (Reviewing) 10:57:40
There may very well be more, but those are the ones I can put my finger on now. 10:57:40 10:57:43
MR. ISMAIL: Can you please hand the witness Exhibit 5. 10:57:46 10:57:48
THE REPORTER: (Handing) 10:57:54
THE WITNESS: Thank you. 10:57:55
BY MR. ISMAIL: 10:57:57
Q. Sir, is Exhibit 5 the article by Dr. Phillips to which you referred? 10:57:57 10:58:02
A. (Reviewing) 10:58:10
Yes, it is. 10:58:14
Q. This is part of the considerable evidence of mitochondrial injury you were talking about? 10:58:15 10:58:17
A. Yes, it is. 10:58:22

Q. Dr. Phillips, in paragraph one writes, about six lines down, "Little is known about the mechanism by which statin therapy leads to muscle toxicity." 10:58:23 10:58:27 10:58:30 10:58:34

Do you see that? 10:58:36

A. Yes, I do. 10:58:37

Q. Do you agree with that? 10:58:45

A. No, I don't. I guess it would depend on your definition of "little," but -- but I don't agree with it, no. 10:59:02 10:59:05 10:59:07

Q. Now, do you see that -- withdrawn. 10:59:09

You understand that Dr. Phillips was reporting on four patients in his article in Exhibit 5? 10:59:12 10:59:15 10:59:21

A. I thought it was 21 patients. 10:59:24

Q. You if look under "Methods" -- 10:59:31

"Patients were identified among the first 20 patients randomly assigned," and then he discusses the biopsies -- 10:59:37 10:59:40 10:59:43

A. Twenty-one patients. I think you misread that. 10:59:45 10:59:48

MR. ARBITBLIT: There are two different statements. 10:59:49 10:59:50

THE WITNESS: Oh, okay. Sorry. 10:59:50

BY MR. ISMAIL: 10:59:54

Q. Where are you reading from? 10:59:54
A. Under "Methods." 10:59:55
Q. Under "Methods"? 10:59:59
A. I'm looking under "Methods," too. 11:00:00
(Reviewing) 11:00:03
Okay. The very first line? 11:00:03
Q. Yes. 11:00:06
A. Yeah. I guess -- I see that, but look at 11:00:08 the first line on the next paragraph.
Q. That's fine. It's the same four patients. 11:00:16 This isn't that complicated. He writes about the 11:00:18 biopsies of four patients in Exhibit 5, right? 11:00:22
MR. ARBITBLIT: Objection. 11:00:25
THE WITNESS: Well, I wouldn't 11:00:26 characterize it that way. 11:00:27
BY MR. ISMAIL: 11:00:28
Q. How would you characterize it, sir? 11:00:28
A. I would characterize it as the study of 20 11:00:30 or 21 patients in which they were trying to 11:00:33 determine whether patients would have symptoms when 11:00:38 they were taking statin -- the statin in a blinded 11:00:44 fashion, whether they could identify the symptoms 11:00:53 you and I were talking about a little while ago. 11:00:57
Q. And what does Dr. Phillips write about in 11:01:04 Exhibit 5? 11:01:07

A. That there were four patients who reproducibly could identify -- would reproducibly identify symptoms when they were on the statin and not on the placebo. 11:01:14 11:01:18 11:01:26 11:01:30
Q. Okay.
A. In a blinded fashion.
Q. Okay. And he writes about those four patients in Exhibit 5, correct?
A. Well, he further analyzes those four patients. But that's, what, 20 percent of the patients he studied. 11:01:40 11:01:43 11:01:46
Q. So, 20 percent could correctly identify whether they were on placebo or statin? 11:01:47 11:01:51
A. That is not exactly what I said. 11:01:55
Q. Is that true? 11:01:57
MR. ARBITBLIT: Objection. 11:01:58
THE WITNESS: No, I don't think they were asked whether they could identify whether they were on the drug or not. I think they were asked what symptoms they had. 11:01:58 11:02:02 11:02:04 11:02:06
And it turned out that every time these four patients were on the drug, the statin, they had the symptoms, and every time they were on the placebo, they did not. 11:02:07 11:02:10 11:02:17 11:02:21
BY MR. ISMAIL: 11:02:23

Q. Earlier, I asked you whether statins can cause an injury different than muscle cell destruction. And you answered about mitochondrial changes in the muscle cell, correct? 11:02:23 11:02:26 11:02:30 11:02:33
A. That's correct. 11:02:35
Q. Other than mitochondrial changes, are you aware of any other -- withdrawn. 11:02:36 11:02:41
Other than muscle cell death and mitochondrial changes in the muscle cell, are you aware of any other injury that can be caused by statins? 11:02:44 11:02:47 11:02:50 11:02:53
A. There are certainly -- I mean, the answer to that is certainly yes. 11:03:00 11:03:02
Q. What other changes? 11:03:03
A. There are biochemical abnormalities. 11:03:04
Q. Such as? 11:03:10
A. Such as reduced fluidity of the membrane, reduced cholesterol concentration in the membranes. 11:03:11 11:03:16
Q. In the muscle cell membranes? 11:03:19
A. Yes. 11:03:20
Q. Anything else? 11:03:30
A. Reduction in various small molecules. 11:03:32
Q. Anything else? 11:03:35
A. Those are the ones I remember. 11:03:42
Q. What article discusses statins' effect on 11:03:48

various small molecules in the muscle? 11:03:58
A. I'd have to dig a little bit for that. Do you want me to do that? 11:04:02 11:04:07
Q. Sure. 11:04:08
Well, let me ask a preliminary question. 11:04:09
These fluidity and cholesterol and small molecule changes that you've just described, are they all processes by which muscle cells can die? 11:04:12 11:04:16 11:04:22
A. They can be steps along the way to muscle death, yes. 11:04:30 11:04:33
Q. Are you testifying that there is an article that describes a muscle injury distinct from mitochondrial changes and muscle cell death caused by statins? 11:04:34 11:04:37 11:04:42 11:04:46
MR. ARBITBLIT: Objection. 11:04:47
THE WITNESS: You'll have to repeat that for me again. 11:04:49 11:04:50
BY MR. ISMAIL: 11:04:51
Q. Are you testifying, sir, that statins can cause a muscle injury other than muscle cell death and mitochondrial changes in the muscle cell? 11:04:51 11:04:56 11:04:59
A. I think I said that just a little while ago. 11:05:05 11:05:06
Q. You'll have to dig for the article. 11:05:06
A. (Nods head.) 11:05:10

(Reviewing) 11:05:14
It ... 11:05:16
(Reviewing) 11:05:22
I'm pretty sure this article is referenced in my report, the Thompson article. Do you want me to read some of that? 11:06:44 11:06:47 11:06:55
Q. Now, the Thompson article, sir, is talking about the -- well, first, why don't you direct me to what -- how you would interpret the Thompson article. 11:06:57 11:07:05 11:07:09 11:07:13
A. Well, I -- I interpreted it as I just mentioned. 11:07:14 11:07:17
(Reviewing) 11:07:31
Q. Are you looking for something, sir? 11:07:48
A. No. 11:07:50
Q. Okay. Could you direct me to where in the Thompson article it describes a muscle injury from statins different from muscle cell death and mitochondrial changes. 11:07:50 11:07:53 11:07:58 11:08:03
A. Uh-huh. 11:08:04
Q. Okay. Where is that, sir? 11:08:05
A. Page 1686. There's a section entitled "Mechanisms of Statin-Induced Muscle Injury." 11:08:07 11:08:13
Q. Okay. Go on. 11:08:18
MR. ARBITBLIT: Do you want him to read 11:08:23

something into the record? He's answered your question. 11:08:25 11:08:28

MR. ISMAIL: No, he didn't. 11:08:28

Q. What is -- he said, "There's a section entitled 'Statin-Induced Muscle Injury,'"? 11:08:30 11:08:32

A. Okay. 11:08:35

Q. So, tell me the new injury. 11:08:36

A. I mentioned them before, the list that I gave you. 11:08:38 11:08:40

Q. Okay. So, your testimony is the Thompson article stands for the proposition that statins cause an injury different from muscle cell death and mitochondrial changes in the muscle. 11:08:41 11:08:44 11:08:48 11:08:51

MR. ARBITBLIT: Objection. 11:08:57

THE WITNESS: Right. 11:08:59

BY MR. ISMAIL: 11:09:00

Q. Can I have the article, please, sir? 11:09:00

A. Sure. 11:09:04

(Handing) 11:09:05

Q. The Thompson article discusses hypothesis regarding mechanisms of action by which statins cause injury, correct? 11:09:20 11:09:25 11:09:29

MR. ARBITBLIT: Objection. 11:09:30

THE WITNESS: Well, it provides data. 11:09:30

BY MR. ISMAIL: 11:09:33



Combs Reporting, Inc. - (415) 296-8795
scheduling@combsreporting.net

Q. The section to which you just referred 11:09:33
begins, "Little is known regarding how statins 11:09:36
produce muscle injury, but several theories have 11:09:39
been proposed based on the biosynthetic pathways 11:09:42
inhibited by statins, as discussed elsewhere." 11:09:46
Correct? 11:09:51

MR. ARBITBLIT: Objection. 11:09:51

THE WITNESS: It -- right. And I -- 11:09:54
that -- those are theories, working hypotheses on -- 11:09:56
based on data that's available. 11:10:09

BY MR. ISMAIL: 11:10:15

Q. Here's another author who has said the 11:10:15
exact same thing, which is, "Little is known 11:10:18
regarding how statins produce muscle injury." 11:10:20
Would you agree with Dr. Thompson and his 11:10:23
colleagues? 11:10:28

A. Again, it depends on what you mean by 11:10:29
"little." I don't think we have definitive answers 11:10:32
to those questions, but I think we have significant 11:10:37
data to help our understanding of how this process 11:10:47
goes on. 11:10:53

Q. Isn't it the case, Dr. Richman, that 11:10:58
Dr. Thompson was discussing theories regarding how 11:11:01
statins cause rhabdomyolysis? 11:11:07

MR. ARBITBLIT: Objection. 11:11:15

THE WITNESS: But he does use the term "theories," but they're theories based on data that he refers to. 11:11:16 11:11:18 11:11:20

BY MR. ISMAIL: 11:11:21

Q. That's fine. 11:11:21

But Dr. Thompson is not describing a new myopathy or suggesting there's something different than muscle cell death or mitochondrial changes in a muscle, correct? 11:11:22 11:11:26 11:11:30 11:11:37

MR. ARBITBLIT: Objection. 11:11:38

THE WITNESS: Not correct. 11:11:39

BY MR. ISMAIL: 11:11:40

Q. Returning to Dr. Phillips and his four patients -- 11:11:40 11:11:44

A. Twenty patients. 11:11:45

Q. -- his 20 patients, four of which are described? 11:11:46 11:11:51

A. Four of which were positive. 11:11:55

Q. By the way -- never mind. 11:12:02

None of these four patients developed a myopathy from Baycol, correct? 11:12:08 11:12:11

A. No, not correct. They all did -- oh, from Baycol? Sorry. 11:12:14 11:12:18

They all developed myopathy. 11:12:20

(Reviewing) 11:12:38

Q. I'll be happy to direct you, if that would be easier. 11:12:58 11:13:01

MR. ARBITBLIT: I don't think it would, Counsel. 11:13:02 11:13:03

MR. ISMAIL: Okay. I'll withdraw my question. 11:13:04 11:13:05

Q. Dr. Richman, new question. 11:13:06

Sir? 11:13:09

A. (Reviewing) 11:13:11

Q. I'm asking a new question. 11:13:12

A. Yeah. Okay. Sorry. 11:13:13

Q. "Patient One developed muscle aches and decreased exercise tolerance during four years of Zocor therapy," correct? 11:13:15 11:13:18 11:13:23

MR. ARBITBLIT: Objection. 11:13:24

BY MR. ISMAIL: 11:13:25

Q. I'm reading the first sentence under "Patient One." 11:13:25 11:13:27

A. (Reviewing) 11:13:35

I'm sorry. I don't know where you're reading. 11:13:36 11:13:38

Q. "Results, Patient One." 11:13:39

Do you see where I am? 11:13:48

A. (Reviewing) 11:13:49

Q. Sir? 11:14:01

A. Yeah. I'm just rereading it. Give me a second, if you could. 11:14:02 11:14:05
(Reviewing) 11:14:08
I'm sorry, yes. What was the question? 11:14:26
Q. Patient One developed the muscle symptoms during Zocor therapy, correct? 11:14:29 11:14:34
MR. ARBITBLIT: Objection. 11:14:36
THE WITNESS: (Reviewing) 11:14:41
THE WITNESS: Correct. 11:14:48
BY MR. ISMAIL: 11:14:49
Q. Patient Two developed the symptoms while taking Mevacor, correct? 11:14:49 11:14:54
A. And simvastatin also, right? 11:15:04
Q. Correct. 11:15:14
The article talks about the addition of Zocor therapy at some point in her treatment. 11:15:15 11:15:21
Patient three developed -- 11:15:25
A. I don't -- yeah. I don't -- I read that as the one drug was stopped, and the second one was started, but ... 11:15:28 11:15:30 11:15:35
Q. Okay. Either Mevacor or Zocor for Patient Two, correct? 11:15:36 11:15:39
A. Correct. 11:15:40
Q. Patient Three was taking Lipitor, correct? 11:15:40
A. Correct. 11:15:50

Q. Patient Four was taking -- also was taking Lipitor, correct? 11:15:50 11:15:56
A. (Reviewing) 11:16:33
Yes. It's taking me a while because I'm finding the table just a little bit confusing, too, because Patient One has cerivastatin listed, as well. 11:16:34 11:16:37 11:16:42 11:16:47
Q. Right. 11:16:48
Table 1 lists all the statins in their medical history, and in the narrative, Dr. Phillips writes what statin the patient was taking during the development of the muscle symptoms, correct? 11:16:48 11:16:52 11:16:55 11:16:59
MR. ARBITBLIT: Absolutely incorrect, Counsel. Mischaracterizes -- 11:17:01 11:17:02
MR. ISMAIL: Then why don't you let your witness answer the question? 11:17:04 11:17:07
MR. ARBITBLIT: Well, I'm not going to let you misstate the record.
MR. ISMAIL: Then he can tell me if I'm wrong.
(Reporter interruption.) 11:17:09
MR. ARBITBLIT: I can't let you just put stuff on the record -- 11:17:10 11:17:12
MR. ISMAIL: It's not on the -- 11:17:13
MR. ARBITBLIT: -- that misrepresents 11:17:14

what's -- 11:17:14

MR. ISMAIL: His answer is on the record.

MR. ARBITBLIT: -- on the table.

MR. ISMAIL: If he's going to disagree, 11:17:14
then he can tell me what he disagrees about. 11:17:16

MR. ARBITBLIT: Would you like to just 11:17:18
have the opportunity to have free rein to ask 11:17:20
questions that misrepresent the record and get 11:17:23
answers to those? Is that what you'd like to do? 11:17:23

MR. ISMAIL: I would like an answer to my 11:17:26
question from the witness, not you. 11:17:29

MR. ARBITBLIT: Misrepresents the article 11:17:31
and what the table says. 11:17:32

BY MR. ISMAIL: 11:17:32

Q. Go right ahead, Dr. Richman. 11:17:32

A. I'm aware you're going to have to ask the 11:17:37
question again. 11:17:39

THE REPORTER: Would you like me to read 11:17:40
it? 11:17:41

MR. ISMAIL: Let me start over. 11:17:43

Q. Dr. Phillips proposes, or hypothesizes, a 11:17:46
mitochondrial injury caused by statins, correct? 11:17:53

A. I'm sorry. I -- one more time. 11:17:59

Q. Dr. Phillips hypothesizes mitochondrial 11:18:01
injury caused by statins, correct? 11:18:09

A. No, not correct. 11:18:13
Q. What does he hypothesize? 11:18:14
MR. ARBITBLIT: Objection. 11:18:20
THE WITNESS: He provides data for it. 11:18:20
BY MR. ISMAIL:
Q. Would you agree -- fine.
A. That's different from "hypothesizes." 11:18:23
Q. Do you think Dr. Phillips' four patients 11:18:25 proves the mitochondrial injury theory for statins? 11:18:27
A. It is -- "proof" is a very strong term. I 11:18:48 think it makes it extremely, extremely likely. 11:18:52
Q. Based on these four patients here? 11:18:56
MR. ARBITBLIT: Objection. 11:18:59
THE WITNESS: Well, it's a study of 20 11:19:03 patients, isn't it? 11:19:07
BY MR. ISMAIL:
Q. There's only four biopsies, right? 11:19:08
A. Only four patients that were biopsied, 11:19:09 correct. 11:19:12
Q. The other 16 did not have any confirmation 11:19:12 of mitochondrial changes in the muscle cell, 11:19:15 correct? 11:19:18
A. Well, not confirmed by biopsy, I would 11:19:24 agree. But some of these patients got biopsied more 11:19:28 than once. 11:19:33

Q. Dr. Phillips made a point in his article of noting that the patients had normal CK. You saw that in his article, correct? 11:19:39 11:19:43 11:19:47

A. I did. I did. 11:19:49

Q. In each of the patients biopsied by Dr. Phillips, the muscle symptoms normalized when they weren't taking the statin, correct? 11:19:57 11:20:02 11:20:07

A. That's correct. 11:20:09

Q. The fact that the muscle symptoms went away when the statin was removed was further evidence Dr. Phillips pointed to to help diagnose a statin injury, correct? 11:20:12 11:20:18 11:20:21 11:20:26

A. Where do you see that? 11:20:30

Q. In page 3. 11:20:34

MR. ISMAIL: Why don't we -- I'm going to withdraw that. Let's change tape. 11:20:39 11:20:44

THE VIDEOGRAPHER: This marks the end of tape one in the deposition of David Richman, M.D. Going off the record, the time is 11:21. The tape is stopped. 11:20:49 11:20:51 11:20:54

(Recess taken.) 11:20:59

THE VIDEOGRAPHER: Back on the record. Here marks the beginning of tape number two in the deposition of David Richman, M.D. The time is 11:23. 11:23:29 11:23:30 11:23:33 11:23:36

BY MR. ISMAIL: 11:23:36
Q. Dr. Richman, if you turn to the third 11:23:36
page -- 11:23:39
A. Excuse me for a second. I think there's 11:23:39
something I'd like to correct about what I answered 11:23:41
a little bit earlier in terms of that table in the 11:23:44
Phillips article. 11:23:49
It seems pretty clear, now that I reread 11:23:57
the footnotes, that that first patient was -- the 11:24:00
statin that he was on that was tested blindly was 11:24:05
Baycol. 11:24:12
Q. You're relying on the crossed-haired 11:24:12
footnote there underneath the table? 11:24:18
A. Right. 11:24:19
Q. Would you agree that the narrative of the 11:24:20
four patients that Dr. Phillips provides does not 11:24:21
list Baycol as an agent that any of those patients 11:24:25
were taking? 11:24:30
MR. ARBITBLIT: Objection. 11:24:33
THE WITNESS: Well, as we went through it, 11:24:33
I didn't see cerivastatin, but personally, I'd have 11:24:35
to depend on the table as the primary source of 11:24:44
data. 11:24:48
BY MR. ISMAIL: 11:24:48
Q. Turn to page 3, please. 11:24:48

A. Of the Phillips article? 11:24:51

Q. Yes, sir. 11:24:53

The carryover paragraph. Dr. Phillips describes that, "Each of the four patients fulfilled the accepted criteria for an adverse drug reaction." 11:24:54 11:25:01 11:25:04

Do you see where I am? 11:25:08

A. Yes. 11:25:09

Q. And then he lists the accepted criteria for an adverse drug reaction in the balance of the paragraph? 11:25:09 11:25:13 11:25:18

MR. ARBITBLIT: Objection. 11:25:19

THE WITNESS: (Reviewing) 11:25:52

Well, I see what he said, but I would say those aren't the only criteria. 11:25:53 11:25:56

BY MR. ISMAIL: 11:25:59

Q. Do you see in the second item that Dr. Phillips lists that the muscle symptoms normalized when the patients received placebo? Do you see that? 11:25:59 11:26:01 11:26:06 11:26:10

A. I would say that that type of criteria would only hold sway in a toxic adverse reaction that was completely reversible. And certainly that's not the only kind of toxic reaction that can occur or does occur. 11:26:12 11:26:20 11:26:28 11:26:32 11:26:35

Q. Can you answer my question, please. 11:26:37

A. I thought I did. 11:26:42
Q. No, sir. 11:26:43
Do you see that Dr. Phillips lists that 11:26:44 the muscle symptoms resolved upon switching the 11:26:47 patients to placebo under criteria by which he 11:26:53 helped diagnose the adverse reaction? 11:26:58
MR. ARBITBLIT: Objection. 11:27:02
THE WITNESS: I think he's -- he's using 11:27:03 that to come to that conclusion that you stated, and 11:27:06 I think, in this situation, that criterion is 11:27:11 appropriately used. 11:27:17
BY MR. ISMAIL: 11:27:19
Q. What situation is that criteria 11:27:19 appropriately used? 11:27:22
A. I think I explained that, but I'll go 11:27:22 again. 11:27:25
The -- in this circumstance where the 11:27:26 toxic effect is reversible, that's a very 11:27:33 appropriate criterion to use. 11:27:41
Q. The mitochondrial changes caused by 11:27:43 statins, are they a reversible toxic myopathy? 11:27:48
MR. ARBITBLIT: Objection. 11:27:53
THE WITNESS: I don't think we know the 11:27:53 answer to that. 11:27:54
In these four patients, I think there's 11:27:57

good evidence that it was reversible. 11:27:59
BY MR. ISMAIL: 11:28:11
Q. I want to go back to your comment that for 11:28:11
Dr. Phillips' patient, the criteria of the symptoms 11:28:18
going away upon removing the statin as an 11:28:22
appropriate diagnostic criteria, okay? 11:28:26
In Dr. Phillips' patients, they all had 11:28:32
normal CK, correct? 11:28:36
MR. ARBITBLIT: Object to form. 11:28:37
THE WITNESS: Yes. 11:28:40
BY MR. ISMAIL: 11:28:41
Q. And all of the patients had complaints of 11:28:41
muscle pain and/or weakness, correct? 11:28:51
A. Correct. 11:28:53
Q. In patients with normal CK with complaints 11:29:01
of muscle pain and weakness, do you believe that 11:29:06
resolution of the pain and weakness upon removing 11:29:14
the statin to be an appropriate diagnostic criteria? 11:29:16
MR. ARBITBLIT: Objection. 11:29:22
THE WITNESS: No. I think it's 11:29:22
appropriate in some cases but not in others. 11:29:24
BY MR. ISMAIL: 11:29:26
Q. I'm not -- I'm unclear as to which cases 11:29:26
you believe the resolution of symptoms to be an 11:29:33
appropriate criteria and which cases you believe it 11:29:35

not to be an appropriate criteria. 11:29:39
Can you explain the difference. 11:29:41
A. For the third time? 11:29:44
If the effect is reversible, then it's a 11:29:46
very useful criteria. If it's not reversible, it's 11:29:51
not a useful criteria. 11:29:54
Q. Okay. But respectfully, Doctor, that's 11:29:56
not helping me understand your opinion on the 11:29:58
matter. 11:30:00
What condition --
MR. ARBITBLIT: You're just not trying, 11:30:01
Counsel. 11:30:03
MR. ISMAIL: Move to strike the -- 11:30:06
MR. ARBITBLIT: You've asked him for the 11:30:07
third time, and now is going to be the fourth. 11:30:07
BY MR. ISMAIL: 11:30:09
Q. What conditions caused by statins do you 11:30:09
believe to be reversible? 11:30:13
MR. ARBITBLIT: Objection. 11:30:16
THE WITNESS: I don't think we have enough 11:30:27
information to say which are reversible and which 11:30:29
are not. 11:30:31
It's possible that it's a matter of 11:30:37
degree. That is to say, the same process producing 11:30:39
a mild injury may be reversible and producing 11:30:43

that -- that same process producing a severe amount 11:30:48
of injury may not be reversible. 11:30:51
BY MR. ISMAIL: 11:30:59
Q. Here's why I'm not following your 11:30:59
testimony, sir. 11:31:01
You indicated that for reversible 11:31:02
conditions, the -- it's an appropriate diagnostic 11:31:05
criterion to look for resolution of the symptoms, 11:31:09
correct? 11:31:13
A. Yes. 11:31:14
Q. And you indicated that for the four 11:31:15
patients that Dr. Phillips wrote about in his 11:31:17
articles, you agreed that looking for resolution of 11:31:21
the muscle symptoms was an appropriate criterion, 11:31:25
correct? 11:31:29
MR. ARBITBLIT: Objection. 11:31:30
THE WITNESS: Correct. 11:31:30
BY MR. ISMAIL: 11:31:31
Q. What I'm trying to find out is: Which of 11:31:31
those statin injuries you believe to be reversible 11:31:36
such that the resolution of the symptoms can be an 11:31:41
appropriate criteria for diagnosis. 11:31:43
MR. ARBITBLIT: Objection. 11:31:47
THE WITNESS: I think I just answered that 11:31:47
before also. 11:31:49

I don't think this is rocket science with respect to medicine or pharmacology. I mean, it's -- it's very clear that some injuries can be reversible, and others cannot. 11:31:50 11:31:54 11:31:59 11:32:02

And an injury being reversible depends on a lot of factors. One is the mechanism by which it's occurring, and the other is the severity by which it's occurring. 11:32:13 11:32:16 11:32:19 11:32:23

And I think there's -- there's also variability from patient to patient. Some patients may be able to recover from the injury, the same injury, and another patient would not be able to recover. 11:32:25 11:32:27 11:32:33 11:32:38 11:32:43

BY MR. ISMAIL: 11:32:43

Q. If a patient presents to you with normal CK and complaints of muscle pain and weakness, and they're also taking a statin -- okay? 11:32:43 11:32:47 11:32:52

A. Uh-huh. 11:32:56

Q. -- and you remove the statin, and the pain does not -- and the pain and weakness do not go away -- does that tell you anything about the likelihood that the statin is causing the patient muscle problems? 11:32:56 11:33:01 11:33:04 11:33:08 11:33:11

MR. ARBITBLIT: Objection. 11:33:12

THE WITNESS: No. 11:33:12

BY MR. ISMAIL: 11:33:13

Q. Why not? 11:33:13

A. I think it goes in the other direction. If you remove the drug and the symptoms go away, well, then it's easy. You know that there was a direct effect. 11:33:15 11:33:19 11:33:23 11:33:26

But if it doesn't go away, you don't know one way or the other, based on that criterion. 11:33:28 11:33:32

Q. Are you aware, sir, of a single article describing a patient having normal CK and have muscle symptoms persist following discontinuation of a statin? 11:33:36 11:33:41 11:33:48 11:33:50

A. Not that I can come up with right now. But it doesn't seem as an impossibility. 11:34:13 11:34:15

Q. Are you aware of a single article describing the possibility that a patient with normal CK can have muscle pain or weakness persist following discontinuation of the statin? 11:34:32 11:34:34 11:34:40 11:34:44

MR. ARBITBLIT: Objection. 11:34:46

THE WITNESS: No, I'm not aware of any article that does that -- that states that. But I -- but in terms of my own opinion, I could conceive of circumstances where it would be a very significant possibility. 11:34:52 11:34:56 11:35:02 11:35:11 11:35:15

BY MR. ISMAIL: 11:35:16

Q. Have you ever treated a patient in your clinical practice who had normal CK and had muscle symptoms persist following discontinuation of the statin? 11:35:16 11:35:19 11:35:26 11:35:29

A. I actually want to go back just one second. I mean, it relates to sort of the very first things we talked about in my testimony, that the CK level depends on the timing, of course, and that's always the proviso that I want to put in there. 11:35:42 11:35:46 11:35:49 11:35:49 11:35:52

But in terms of a patient that I've taken care of that was taking statins, had muscle symptoms, normal CK and then the statin was discontinued and the symptoms continued, no, I haven't treated a patient like that. 11:35:55 11:35:58 11:36:02 11:36:05 11:36:10

Q. Is there a difference to a patient -- withdrawn. 11:36:28 11:36:32

Is there a difference from mitochondrial changes in a muscle cell compared to death of the muscle cell? 11:36:33 11:36:36 11:36:40

MR. ARBITBLIT: Objection. 11:36:43

THE WITNESS: You mean: Are they the same thing? 11:36:45 11:36:47

BY MR. ISMAIL: 11:36:47

Q. Yes. 11:36:47

A. No, they're not the same thing. 11:36:53
Q. Is there a difference between the fluidity changes in the cell membrane that you described earlier and muscle cell death? 11:37:02 11:37:09 11:37:11
MR. ARBITBLIT: Objection. 11:37:17
THE WITNESS: Yes, there is a difference. 11:37:19
BY MR. ISMAIL: 11:37:22
Q. Is there a difference -- 11:37:22
MR. ARBITBLIT: He's not finished yet. 11:37:23
BY MR. ISMAIL: 11:37:26
Q. Were you finished? 11:37:26
A. No, I wasn't quite finished. 11:37:27
There is a difference, although you could consider these things that you've asked about as steps along the way to muscle cell death. 11:37:30 11:37:34 11:37:39
(Reporter seeks clarification.) 11:37:47
THE WITNESS: "Death." 11:37:51
BY MR. ISMAIL: 11:37:52
Q. Is every patient who has mitochondrial changes in the muscle cell from a statin necessarily going to develop rhabdomyolysis? 11:37:52 11:37:56 11:38:00
A. No, I don't think so. 11:38:06
Q. I want to better understand your continuum opinion. 11:38:10 11:38:15
A. (Nods head.) 11:38:15

Q. When you say, "There's a continuum of muscle injuries," you can describe mild injuries on one end of the continuum and then the most severe form, rhabdomyolysis, on the other, correct? 11:38:15 11:38:21 11:38:25 11:38:27

A. Correct. 11:38:28

Q. It is not a time course, where every patient is going to stop at each point along the path to develop rhabdomyolysis, correct? 11:38:28 11:38:31 11:38:34

MR. ARBITBLIT: Objection. 11:38:37

THE WITNESS: I think it is very likely that it is a time course. In reviewing these cases of rhabdomyolysis, I can discern that these patients develop symptoms along the continuum in most cases -- that progress over time to the ultimate rhabdomyolysis. 11:38:38 11:38:42 11:38:49 11:39:00 11:39:04 11:39:12

BY MR. ISMAIL: 11:39:13

Q. In a patient who has developed rhabdomyolysis, you would agree that prior to the acute hospitalization, there were worsening symptoms along the way for that patient, correct? 11:39:13 11:39:15 11:39:22 11:39:26

MR. ARBITBLIT: Objection. 11:39:29

BY MR. ISMAIL: 11:39:30

Q. Ordinarily? 11:39:30

MR. ARBITBLIT: Objection. 11:39:31

THE WITNESS: In most cases. 11:39:33

BY MR. ISMAIL: 11:39:35
Q. I want to -- I understand that opinion, Doctor, and my question was a little different. 11:39:35 11:39:37
Does every patient who develops these milder muscle conditions that you've described necessarily progress to developing rhabdomyolysis? 11:39:42 11:39:46 11:39:51
A. No. 11:39:58
Q. What causes one patient to develop the severe condition of rhabdomyolysis and another patient to develop only muscle pain and/or weakness? 11:39:58 11:40:05 11:40:07
A. We know some of the factors. We know taking other drugs can play a role in the progression to severe rhabdomyolysis. 11:40:14 11:40:18 11:40:24
We know age; we know being female can do that -- can be a factor that leads to that. But we don't know all the factors yet. 11:40:28 11:40:36 11:40:46
Q. Now, Dr. Phillips' article, the biopsies that were performed on those four patients, was there any evidence of muscle cell destruction from those biopsies? 11:41:26 11:41:32 11:41:34 11:41:37
A. I'll have to refresh my memory on that one. 11:41:42 11:41:48
(Reviewing) 11:41:49
No. 11:41:50
Q. Turn to paragraph 17 of your report, sir. 11:42:55

A. (Reviewing) 11:43:13
I'm there. 11:43:14
Q. You write, "At the opposite end of the continuum," and then you describe a particular patient. 11:43:14 11:43:20 11:43:22
A. Right. 11:43:23
Q. Opposite to what? 11:43:23
A. Opposite to the mild end of the continuum. So, this is the very severe end of the continuum. 11:43:25 11:43:28
Q. Okay. And you describe a 27-year-old patient. Is that Mr. Tonin? 11:43:34 11:43:38
A. Am I allowed to say that? 11:43:41
MR. ARBITBLIT: I think it's fair. It's been disclosed to you in that form. 11:43:43 11:43:45
THE WITNESS: I'm just wondering about his confidentiality. 11:43:47 11:43:50
MR. ARBITBLIT: I think that confidentiality has been waived. 11:43:51 11:43:52
THE WITNESS: Okay. 11:43:53
MR. ARBITBLIT: You can talk about it. 11:43:54
THE WITNESS: Yes. 11:43:55
BY MR. ISMAIL: 11:43:56
Q. I just want to make sure we're talking about the same patient. 11:43:56 11:43:59
A. Right, right. Me, too. But have you all 11:44:00

heard of HIPPA rules? 11:44:05

MR. ARBITBLIT: I'm sure Mr. Ismail has no plans to disclose the information outside of the litigation. 11:44:08 11:44:10 11:44:11

MR. ISMAIL: I do not. 11:44:12

MR. BLACK: He agrees to be bound by all the provisions of HIPPA. 11:44:13 11:44:16

BY MR. ISMAIL: 11:44:19

Q. Now, Mr. Tonin had very severe rhabdomyolysis, correct? 11:44:19 11:44:21

A. Correct. 11:44:24

Q. He had CK values in excess of 300,000? 11:44:24

A. I don't have his case records with me. To the best of my recollection, yes. 11:44:35 11:44:37

Q. You recall it in the hundreds of thousands, rather than in the tens of thousands? 11:44:39 11:44:40

A. Yes. 11:44:44

Q. And Mr. Tonin had an unusual combination of therapy, did he not, sir? 11:44:44 11:44:47

A. Correct, as I remember it. 11:44:52

Q. There was some evidence that Mr. Tonin was taking Baycol, Lopid and Lipitor all at the same time? 11:44:55 11:44:57 11:45:01

A. Yeah, that's my recollection. 11:45:03

Q. That was a -- combining multiple statins 11:45:08

with a fibrate in any patient puts that patient at great risk of a myopathy; would you agree? Greater risk of a myopathy. 11:45:13 11:45:17 11:45:23

A. Greater -- I could say "greater," yes. 11:45:26

Q. Would you agree that Mr. Tonin's rhabdomyolysis was abnormally severe? 11:45:29 11:45:33

A. No. I would characterize it as very severe, not abnormally -- abnormal -- 11:45:48 11:45:50

Q. Okay. That's fine. 11:46:00

Just looking at the possible cases of rhabdomyolysis, Mr. Tonin was at the severe end of the rhabdomyolysis range, correct? 11:46:02 11:46:04 11:46:09

A. Yes, correct. 11:46:11

Q. His recovery followed a difficult course, did it not? 11:46:17 11:46:20

MR. ARBITBLIT: Objection. 11:46:21

THE WITNESS: In the sense that he didn't recover very much. 11:46:26 11:46:28

BY MR. ISMAIL: 11:46:33

Q. Correct. 11:46:33

Yes, you would agree? 11:46:34

A. Yes. 11:46:35

Q. Is it your opinion, sir, that Mr. Tonin represents a typical rhabdomyolysis patient? 11:46:40 11:46:43

MR. ARBITBLIT: Objection. 11:46:48

THE WITNESS: Well, I think he -- in the report, I was trying to describe the continuum, the spectrum of myotoxicity and that he's at the extreme end, at the far, severe end. But I don't think that there's anything other than that that's very special about it. 11:46:49 11:46:52 11:46:58 11:47:11 11:47:25 11:47:30
BY MR. ISMAIL: 11:47:39
Q. If you turn to paragraph 21, sir. 11:47:39
A. (Reviewing) 11:47:47
Okay. 11:47:55
Q. You write, "The diagnostic criteria for toxic myopathy and rhabdomyolysis are not uniformly stated in the scientific literature." 11:47:55 11:48:00 11:48:03
Do you see that? 11:48:05
A. I do, yes. 11:48:06
Q. What do you mean by "toxic myopathy" in that sentence, sir? 11:48:07 11:48:10
A. I mean myopathy, as I defined before, caused by some toxic agent, some external agent, for example, a drug. 11:48:14 11:48:22 11:48:31
Q. Do you believe there is a generally accepted medical criteria for diagnosing a statin-induced myopathy? 11:48:48 11:49:08 11:49:12
MR. ARBITBLIT: Objection. 11:49:15
THE WITNESS: I would say the medical 11:49:30

community is getting there. There have been advances in the understanding of a statin myopathy, but there's -- you know, it's been a process over the last decade and a half, and I think the latest literature has come closer and closer to defining it. 11:49:33 11:49:39 11:49:49 11:49:55 11:50:03 11:50:07

BY MR. ISMAIL: 11:50:14

Q. Well, what is your belief as to the current literature -- withdrawn. 11:50:14 11:50:16

What do you understand the current literature to say regarding the diagnostic criteria for a statin-induced myopathy? 11:50:21 11:50:23 11:50:29

MR. ARBITBLIT: Objection. 11:50:33

THE WITNESS: My reading of the literature is that it's pretty much of the continuum that I've described to you as my opinion. 11:50:46 11:50:48 11:50:52

BY MR. ISMAIL: 11:50:56

Q. My question related to diagnostic criteria. 11:50:56 11:51:00

Do you have a view what the literature says is the appropriate diagnostic criteria for a statin-induced myopathy? 11:51:03 11:51:07 11:51:12

MR. ARBITBLIT: Objection. Asked and answered. 11:51:14 11:51:15

THE WITNESS: I think the continuum that 11:51:16

I've described to you is not just a pathogenic continuum -- by that I mean describing the processes that go on to produce the disease -- but it's also a diagnostic continuum. So that I -- I don't really see the distinction that you're making. 11:51:17 11:51:24 11:51:31 11:51:39 11:51:43

BY MR. ISMAIL: 11:51:45

Q. Have you ever heard the term "differential diagnosis" before? 11:51:45 11:51:48

A. Yes, I have. 11:51:49

Q. What do you understand it to mean? 11:51:50

A. Differential diagnosis is a list of possible -- in a particular case, in the process of going to a diagnosis and figuring out the treatment, along the way, one may come up with a differential diagnosis, which is a list of possible diagnoses. 11:51:52 11:51:56 11:52:02 11:52:10 11:52:13

In the end one will, if everything works well, come up with one diagnosis, which may or may not have been on that original list of differential diagnoses. 11:52:20 11:52:23 11:52:26 11:52:29

Q. How does a doctor go about widdling down the list of possible causes of the symptom the patient is presenting with? 11:52:31 11:52:36 11:52:41

MR. ARBITBLIT: Objection. 11:52:44

THE WITNESS: Just a normal, general practice? 11:52:44 11:52:47

BY MR. ISMAIL: 11:52:47
Q. If you can, in general terms. 11:52:47
MR. ARBITBLIT: Objection. 11:52:51
THE WITNESS: One will do lab tests; one can get consultation from experts; one can review the literature; one can follow the course of the disease. All of those things, I think, add to coming up with the diagnosis. 11:53:07 11:53:11 11:53:14 11:53:24 11:53:27
BY MR. ISMAIL: 11:53:27
Q. For a patient presenting with muscle pain and weakness, is a statin-endorsed myopathy part of the differential diagnosis? 11:53:27 11:53:31 11:53:37
A. If they've taken statins. 11:53:45
Q. Right. 11:53:48
A. If they have taken statins. 11:53:49
Q. Right. Let me rephrase my question. 11:53:51
For a statin patient presenting with muscle pain and weakness, is a statin-induced myopathy part of the differential diagnosis? 11:53:55 11:53:55 11:53:56
A. I would say it's at the top of the differential diagnosis. 11:53:57 11:53:59
Q. How -- what is your view, sir, regarding how a physician would go about ruling in or ruling out a statin-endorsed myopathy in that patient? 11:54:00 11:54:04 11:54:11
A. What were the symptoms again? I'm sorry. 11:54:22

Q. Muscle pain and weakness. 11:54:24
A. The -- my opinion would be that the first thing to do is stop the statin because I'm worried about this progressing to more severe muscle damage. And then it's up to the lipid doctor to figure out what has to be done about the patient's lipid problems. 11:54:33 11:54:35 11:54:40 11:54:52 11:54:59 11:55:02
But I -- I would think that that -- that's the first thing to do, just to reduce the risk of more severe damage. And if the symptoms go away completely, then that would suggest it's one of those reversible toxic myopathies, and you may not have to do anything further. 11:55:03 11:55:07 11:55:10 11:55:23 11:55:26 11:55:33
If they don't go away, the symptoms, then you don't know whether this is a toxic myopathy that's irreversible or only very slowly reversible or some other muscle problem. And then I would suggest the doctor send the patient to a muscle specialist, someone like me, and start working on figuring it out. 11:55:44 11:55:49 11:55:53 11:55:59 11:56:12 11:56:16 11:56:22
Q. What would a muscle specialist do in a patient whose muscle pain and weakness persisted following discontinuation of the statin? 11:56:25 11:56:29 11:56:34
A. I think we would take an extensive history about all aspects of the patient's health, family 11:56:38 11:56:42

history, about whether there's any family history of muscle problems. 11:56:45 11:56:49

We would examine the patient, check the CK level, probably do electromyography and probably do a series of blood tests, looking for other illnesses that might affect muscle, such as autoimmune disorders, cancers producing remote effects on muscle -- 11:56:51 11:57:04 11:57:16 11:57:21 11:57:29 11:57:43

(Reporter seeks clarification.) 11:57:46

THE WITNESS: Cancers producing remote effects on muscle. 11:57:47 11:57:51

-- a whole series of blood tests that would look for other causes of myopathy in -- you know, in a patient in this setting and this age group. 11:57:54 11:57:57 11:58:02 11:58:05

BY MR. ISMAIL: 11:58:06

Q. If you have a patient with normal CK and there's no EMG or biopsy, if the pain and weakness continued following discontinuation of the statin, can you diagnose a statin-induced myopathy? 11:58:06 11:58:11 11:58:18 11:58:23

MR. ARBITBLIT: Objection. 11:58:26

THE WITNESS: Yes, I think you can. 11:58:35

BY MR. ISMAIL:

Q. Have you ever done that in your practice? 11:58:36

A. No. 11:58:39