# EXHIBIT C-part 2

Q. Have you ever written about such a diagnosis in the literature? 11:58:41 11:58:44
A. No.
Q. Have you ever seen such a diagnosis in the literature?
A. Pain and weakness -- 11:58:47
Q. Normal CK. 11:58:51
A. -- normal CK, stop the statin, and it doesn't go away? 11:58:52 11:58:58
Q. Right. 11:58:59
A. No, I haven't seen that in the literature, but my opinion is it would definitely be possible to make that diagnosis. 11:59:16 11:59:18 11:59:21
Q. What do you base that upon, sir? 11:59:23
A. My understanding of the pathogenic processes that result from statins. 11:59:29 11:59:35
Q. Have you ever written about the pathogenic processes from statins in any article? 11:59:41 11:59:42
A. No. 11:59:50
Q. Do you write about your understanding of pathogenic processes from statins in your expert report? 11:59:50 11:59:53 11:59:57
A. Yes. 11:59:57
Q. Is the first time that you wrote about your understanding of pathogenic processes in your 11:59:58 12:00:00

expert report for the Baycol litigation? 12:00:05
MR. ARBITBLIT: Objection. 12:00:08
THE WITNESS: Yes. 12:00:09
MR. ARBITBLIT: Counsel, if you're switching subjects, it's noon. Do you want to take a lunch break? 12:00:19 12:00:20 12:00:22
MR. ISMAIL: Just give me one second. 12:00:24
MR. ARBITBLIT: If you keep putting red lines through your questions, I'll give you 10 seconds. 12:00:33 12:00:35 12:00:38
MR. ISMAIL: I thought you might. 12:00:38
MR. BLACK: I'll give you another red pen. 12:00:40
MR. ISMAIL: Let's eat. 12:00:53
THE VIDEOGRAPHER: The time is 12:01. Off the record. 12:00:55 12:00:57
(Lunch recess taken.) 12:00:59
THE VIDEOGRAPHER: The time is 1:05. On the record. 13:05:04 13:05:07
BY MR. ISMAIL: 13:05:08
Q. Good afternoon, Dr. Richman. 13:05:08
A. Hello. 13:05:10
Q. If you would pull out your expert report again and turn to paragraph 23. 13:05:11 13:05:14
A. 23? 13:05:17
Q. Yes, sir. 13:05:19

A. (Reviewing) 13:05:21
Q. Continuation of your discussion about what a CK test can tell you about the patient. 13:05:27 13:05:32
There, in paragraph 23, you talk about what happens if a CK level is not measured in a timely manner. 13:05:36 13:05:43 13:05:48
First of all, how long after discontinuation of a statin do you think a CK test is a relevant laboratory finding? 13:05:50 13:05:53 13:05:56
MR. ARBITBLIT: Objection. 13:06:02
THE WITNESS: I'm not quite sure what you mean by that. 13:06:10 13:06:13
BY MR. ISMAIL: 13:06:15
Q. Then I'll rephrase. 13:06:15
A. Yeah. 13:06:16
Q. If you have a statin presenting with muscle problems, would you agree a CK test is a relevant laboratory test? 13:06:17 13:06:19 13:06:23
A. Yes. 13:06:28
Q. You've indicated several times today that CK can -- CK values could return to normal within some temporary period of time, correct? 13:06:28 13:06:33 13:06:41
A. (Nods head.) 13:06:43
Q. "Yes"? 13:06:45
A. Correct. After muscle cell death. 13:06:46

Q. Okay. How long after -- you would agree that at some point, after a patient has discontinued a statin, a CK is not a particularly helpful diagnostic tool, correct? 13:06:52 13:06:55 13:07:01 13:07:05
Say, for example -- 13:07:06
A. No, I wouldn't agree with that. 13:07:09
Q. Okay. 13:07:11
A. I mean, if you had -- it gets to what we were talking about before. If the injury is irreversible, it seems possible to me that you could have ongoing muscle cell death at some level, and that might produce a continuing elevation in CK. 13:07:11 13:07:17 13:07:21 13:07:32 13:07:38
Q. What support, sir, do you have for the belief you just expressed? 13:07:44 13:07:46
A. The cases of statin-treated patients who have continued to have muscle problems long after the statin was discontinued, so that it seems pretty clear that there can be irreversible damage. 13:08:03 13:08:10 13:08:15 13:08:21
Q. Isn't it true, sir, that in every instance of lingering muscle problems following discontinuation of the statin, CK values have returned to normal in that patient? 13:08:28 13:08:33 13:08:36 13:08:41
MR. ARBITBLIT: Objection. 13:08:42
THE WITNESS: I'm just thinking through the ones that I'm aware of. I -- I don't remember 13:08:50 13:08:52

for sure.
BY MR. ISMAIL:
Q. Let me state it the other way. 13:09:01 13:09:02 13:09:02
Are you aware, sir, of a single article or case report of a patient to have persistent elevations of CK following discontinuation of a statin? 13:09:04 13:09:09 13:09:14 13:09:17
A. Let me -- give me just a second to see if I'm misremembering. 13:09:23 13:09:27
(Reviewing) 13:09:32
I think in the long-lasting cases that I remember, I'm not aware of whether the CK was measured later on or not. I don't know of any report about the CK. 13:09:33 13:09:55 13:10:00 13:10:03
Q. I have to clarify that last answer. 13:10:08
A. (Nods head.) 13:10:11
Q. Are you aware of a single article or case report of a patient having persistent elevations of CK following discontinuation of the statin? 13:10:12 13:10:15 13:10:21
A. No, I'm not. 13:10:26
Q. You write in paragraph 23 that, "Rhabdomyolysis can be diagnosed retrospectively on the basis of clinical information." 13:10:31 13:10:33 13:10:37
A. Correct. 13:10:39
Q. And then in the balance of that sentence, 13:10:42

you list some clinical information that may aid in the diagnosis? 13:10:46 13:10:54

A. Correct. 13:10:57

Q. Is there any other clinical information that you think allows for a retrospective diagnosis of rhabdomyolysis? 13:10:57 13:11:00 13:11:04

A. I think the typical renal injury of rhabdomyolysis would be some additional clinical information that would lead you towards that diagnosis. 13:11:13 13:11:23 13:11:28 13:11:32

Q. Anything else? 13:11:32

A. No. 13:11:40

Q. You write in paragraph 23, "As part of the clinical information, exposure to a statin or other muscle toxin, complaints of muscle pain or weakness and/or brownish discoloration of urine." Correct? 13:11:40 13:11:46 13:11:50 13:11:53

A. Right. Resulting from presence of myoglobin, yes. 13:12:00 13:12:04

Q. First of all, in your clinical practice, sir, have you ever retrospectively diagnosed a patient as having rhabdomyolysis? 13:12:17 13:12:18 13:12:22

A. No. 13:12:25

Q. Would it be appropriate, sir, to retrospectively diagnose a patient as having rhabdomyolysis based solely on exposure to a statin 13:12:30 13:12:33 13:12:36

and complaints of muscle pain or weakness? 13:12:40
MR. ARBITBLIT: Objection. 13:12:43
THE WITNESS: I'm sorry. Could you say 13:12:43
that again? 13:12:45
BY MR. ISMAIL: 13:12:45
Q. You list three different types of clinical 13:12:45
information in paragraph 23. 13:12:48
A. (Nods head.) 13:12:50
Q. And you added a fourth today, clinical 13:12:51
evidence of renal insufficiency, correct? 13:12:54
A. Of the type associated with 13:12:59
rhabdomyolysis. 13:13:02
Q. Correct. 13:13:03
The first clinical information that you 13:13:08
list here is, "Exposure to a statin or other muscle 13:13:10
toxin." 13:13:13
A. (Nods head.) 13:13:14
Q. And I'm just going to be talking to you 13:13:14
about statin diagnoses here, okay? 13:13:17
A. Okay. 13:13:19
Q. And the second piece of information you 13:13:20
list is, "Complaints of muscle pain or weakness," 13:13:23
okay? 13:13:28
A. Yes. 13:13:28
Q. Focusing on those two pieces of clinical 13:13:29

information, would it ever be appropriate to 13:13:32
retrospectively diagnose a patient as having rhabdo 13:13:33
based solely on exposure to a statin and complaints 13:13:38
of muscle pain or weakness? 13:13:42
A. I think that combination would -- could 13:13:56
very well lead to the diagnosis of a toxic myopathy. 13:14:00
I think -- if the weakness were extremely severe, or 13:14:08
the pain was extremely severe, and you had no other 13:14:11
information, it might be possible. 13:14:14
Q. Can you define "extremely severe" in 13:14:23
regards to the pain and weakness in your last 13:14:26
answer. 13:14:30
A. I would say -- you know, we measure muscle 13:14:32
strength on a scale of one to five usually. You 13:14:38
would be talking about weakness of four minus or 13:14:41
worse, five being the -- you know, normal strength. 13:14:48
And I think the pain would be on the order 13:14:54
of seven or eight on a pain scale of zero to ten. 13:14:59
Q. Would it ever be appropriate to 13:15:08
retrospectively diagnose rhabdomyolysis in a patient 13:15:12
based solely on exposure to a statin and complaints 13:15:15
of mild pain or mild weakness? 13:15:19
A. I think you would want to have something 13:15:26
more than that. 13:15:28
Q. The retrospective diagnosis criteria that 13:15:38

you list in paragraph 23, are you pulling that from 13:15:41
any article, sir? 13:15:45

A. The -- I would say that there are a number 13:15:53
of articles that I think I've cited -- or at least 13:16:09
there are articles that I've reviewed, describing 13:16:13
the syndrome of rhabdomyolysis. I mean, this is one 13:16:18
I have here by Warren. 13:16:22

And these articles are quite consistent in 13:16:34
their description of the syndrome. And I don't 13:16:37
think they really specify whether the diagnosis 13:16:40
should be made concurrently or retrospectively. 13:16:44

Q. Are you aware of any article that 13:16:54
discusses criteria for retrospective diagnosis of 13:16:57
rhabdomyolysis? 13:17:01

MR. ARBITBLIT: Objection. 13:17:04

THE WITNESS: Yeah. I mean, I would say 13:17:05
this article (indicating). 13:17:08

BY MR. ISMAIL: 13:17:09

Q. I thought you just told me that it didn't 13:17:09
distinguish retrospective versus current. 13:17:12

MR. ARBITBLIT: Objection. 13:17:15

THE WITNESS: Yeah. Well, so what I meant 13:17:15
was it included both. 13:17:18

BY MR. ISMAIL: 13:17:19

Q. We'll get to that view in a moment. 13:17:19

Are you aware of any article that 13:17:23
expressly discusses criteria for retrospective 13:17:26
diagnosis of rhabdomyolysis? 13:17:30
A. An article that discusses only 13:17:32
retrospective diagnosis? 13:17:35
Q. In paragraph 23, you are dealing -- you 13:17:38
give an opinion about retrospective diagnosis of 13:17:44
rhabdomyolysis, correct? 13:17:46
A. Correct. 13:17:48
Q. And you list affirmatively several pieces 13:17:48
of clinical information, some combination of which 13:17:53
would allow for a retrospective diagnosis, correct? 13:17:58
A. Correct. 13:18:01
Q. Are you aware of any article that lists 13:18:01
the criteria for retrospective diagnosis that you 13:18:05
list in paragraph 23? 13:18:08
MR. ARBITBLIT: Objection. 13:18:11
THE WITNESS: Yes. This article 13:18:12
(indicating). 13:18:14
BY MR. ISMAIL: 13:18:16
Q. All right. What article do you have 13:18:16
there, sir? 13:18:17
A. It's the article by Warren (indicating). 13:18:18
Q. Can you please point me to where in the 13:18:21
Warren article the authors list the criteria for 13:18:23

retrospective diagnosis of rhabdomyolysis. 13:18:26
MR. ARBITBLIT: Objection. 13:18:28
THE WITNESS: They list the criteria for 13:18:29
diagnosis, and there's no mention made of whether 13:18:34
it's concurrent or retrospective. 13:18:39
BY MR. ISMAIL: 13:18:42
Q. Are you aware of any article that uses the 13:18:42
phrase "retrospective diagnosis" in regards to 13:18:46
rhabdomyolysis? 13:18:50
A. No. 13:18:52
Q. Have you ever written in any article or 13:18:53
piece of medical literature your view regarding the 13:18:58
criteria for retrospective diagnosis of 13:19:01
rhabdomyolysis? 13:19:04
A. No, I have not. 13:19:04
Q. Is the first time that you wrote your view 13:19:05
regarding the criteria for retrospective diagnosis 13:19:07
of rhabdomyolysis in your expert report in this 13:19:10
case? 13:19:15
A. I wouldn't -- I wouldn't say that 13:19:19
necessarily. I think this has been the criteria 13:19:22
that I have used and -- clinically. 13:19:29
And so I'm not sure that it was something 13:19:37
only written at that point in time. But it was 13:19:40
not -- but I've not written anything to be 13:19:43

published. 13:19:46

Q. A moment ago, sir, you told me that you have never retrospectively diagnosed a patient with rhabdomyolysis, correct? 13:19:46 13:19:49 13:19:53

A. Correct. 13:19:54

Q. Okay. Focusing -- 13:19:54

A. I did say that, correct. 13:19:57

Q. Is that still true? 13:19:59

A. I think it's true. 13:20:00

Q. So, is it still correct to say the first time that you wrote down your view regarding the appropriate criteria for retrospective diagnosis of rhabdomyolysis was your expert report in this case? 13:20:02 13:20:05 13:20:07 13:20:10

MR. ARBITBLIT: Objection. 13:20:16

THE WITNESS: I don't think that I, in the past, have made the distinction. 13:20:21 13:20:23

BY MR. ISMAIL: 13:20:27

Q. Now, what criteria did the Warren authors list for diagnosis of rhabdomyolysis? Do you want to direct me to that article and -- 13:20:27 13:20:32 13:20:39

A. The ones that I've listed here (indicating). 13:20:41 13:20:43

Q. Well, you've pulled out that article, in particular. 13:20:43 13:20:47

So, where in that article do the authors 13:20:49

discuss diagnostic criteria for rhabdo? 13:20:52
A. Starting on the first page. 13:20:56
Q. Okay. What do they list? 13:20:57
A. I'll read it for you, okay? 13:20:59
Q. Sure. 13:21:01
A. "The clinical syndrome of rhabdomyolysis 13:21:01
comprises acute muscle necrosis, with swollen tender 13:21:04
muscles and limb weakness. Myalgia may be 13:21:05
accompanied by dark, tea-colored urine, indicating 13:21:09
myoglobinuria." 13:21:17
Q. Anything else? 13:21:18
A. "The extent of weakness varies 13:21:19
considerably, and rhabdomyolysis must be 13:21:23
distinguished from other causes of severe, 13:21:25
wide-spread muscle weakness." 13:21:29
Q. Can I have the article, sir? 13:21:32
A. Sure. 13:21:36
(Handing) 13:21:37
Q. (Reviewing) 13:21:39
Is this article cited in your report, sir? 13:22:01
A. I'm not sure. I don't think so, but I'm 13:22:04
not positive. 13:22:06
Q. Was it listed on your list of materials 13:22:07
reviewed? 13:22:11
A. I'm pretty certain about that. 13:22:11

Q. The authors in the Warren article discuss a threshold CK elevation of five times normal, correct? You have it circled there? 13:22:33 13:22:39 13:22:42
A. Uh-huh. 13:22:45
Q. "Yes"? 13:22:45
A. Yes. That's right. 13:22:46
Q. So, the authors in the Warren article did not discuss diagnosis of rhabdomyolysis in the presence of normal CK, correct? 13:22:47 13:22:50 13:22:53
MR. ARBITBLIT: Objection. 13:22:58
THE WITNESS: They don't exactly say that. Do you want me to read what they say? 13:23:10 13:23:17
BY MR. ISMAIL: 13:23:25
Q. If you feel it's responsive. 13:23:25
A. Okay. 13:23:28
"The most sensitive enzyme indicator of muscle injury is an elevated CK, and a level more than five times normal in the absence of cardiac or brain infarction indicates significant muscle damage." 13:23:29 13:23:33 13:23:37 13:23:38 13:23:44
So, I -- it isn't exactly saying what you said. They're not saying that it needs -- you need to have a CK greater than five to make the diagnosis. 13:23:45 13:23:50 13:23:53 13:23:56
Q. But the authors do not discuss a diagnosis 13:23:56

of rhabdomyolysis in the presence of normal CK, 13:23:59
correct? 13:24:02
MR. ARBITBLIT: Objection. 13:24:03
THE WITNESS: I don't think you can 13:24:06
conclude that. 13:24:10
BY MR. ISMAIL: 13:24:10
Q. Well, they either do, or they don't. 13:24:10
MR. ARBITBLIT: Objection. 13:24:12
THE WITNESS: Well, that's right. But I 13:24:16
don't think you can conclude that.. 13:24:18
BY MR. ISMAIL: 13:24:20
Q. Okay. Is there any statement in the 13:24:20
Warren article that says, "A patient with normal CK 13:24:22
can be diagnosed as having rhabdomyolysis if the 13:24:29
following factors are present"? 13:24:32
MR. ARBITBLIT: Objection. 13:24:34
THE WITNESS: I don't see that they've 13:24:40
given a statement like that. 13:24:43
BY MR. ISMAIL: 13:24:46
Q. Can you go to paragraph 25, please. 13:24:46
MR. ARBITBLIT: By the way, it's item 171 13:24:51
on his disclosure. 13:24:55
MR. ISMAIL: 171? 13:24:56
MR. ARBITBLIT: Exhibit C to his reviewed 13:25:00
materials. 13:25:02

MR. ISMAIL: Okay. I see. 13:25:03
Q. Are you there, sir? 13:25:08
A. I am. 13:25:09
Q. There, in paragraph 25, you discuss strength testing? 13:25:12 13:25:15
A. Yes. 13:25:17
Q. You discuss Dr. Phillips' use of a mechanical device for strength testing? 13:25:24 13:25:29
A. Yes. 13:25:34
Q. Is that a device that you use in your clinical practice? 13:25:34 13:25:38
A. I don't remember the details of his particular device. I have on rare occasions used such a device. 13:25:42 13:25:45 13:25:50
Q. What are these things called, these mechanical strength-testing devices? Do they have a name? 13:25:52 13:25:54 13:25:59
A. They have different names. Ergometers. 13:26:01
Q. These mechanical devices to measure strength are different from the sort of strength testing a doctor does on an exam, right? 13:26:09 13:26:12 13:26:15
MR. ARBITBLIT: Objection. 13:26:19
THE WITNESS: Different in one sense. They're both aimed at measuring the maximum power produced by the muscle. 13:26:20 13:26:26 13:26:29

BY MR. ISMAIL: 13:26:30
Q. Would you agree that it's relatively 13:26:30
uncommon for a doctor to test a patient's muscle 13:26:34
strength by a mechanical device? 13:26:37
A. Yes. It's fairly uncommon, but not rare. 13:26:40
Q. Are you aware, sir, of any article that 13:26:58
has diagnosed a statin myopathy based solely on 13:27:01
strength testing? 13:27:06
MR. ARBITBLIT: Objection. 13:27:14
THE WITNESS: I'm not aware of it, but I 13:27:28
would see no problem with doing that. 13:27:31
BY MR. ISMAIL: 13:27:32
Q. In your clinical practice, sir, have you 13:27:32
ever diagnosed a patient with having a statin 13:27:35
myopathy based solely upon strength testing? 13:27:37
A. No. 13:27:42
Q. Have you ever heard of that being done? 13:27:42
A. I've not heard of it being done, but I 13:27:57
would -- it seems like a quite good way to do it, 13:28:00
assuming the patient had been taking statins. 13:28:06
Strength testing is one of our best clinical ways of 13:28:15
determining a myopathy. 13:28:20
Q. I'm confused by your last answer. 13:28:28
A. Uh-huh. 13:28:30
Q. Of the millions of patients in this 13:28:32

country who have taken statins, are you aware of a 13:28:37
single time that a patient was diagnosed as having a 13:28:40
statin-induced myopathy based solely upon strength 13:28:44
testing? 13:28:51
MR. ARBITBLIT: Objection. 13:28:51
THE WITNESS: No, I'm not aware. 13:28:56
BY MR. ISMAIL: 13:29:04
Q. On the strength testing that you've just 13:29:04
described, the -- is it a one to five scale or zero 13:29:07
to five scale? 13:29:12
A. Zero to five, yeah. 13:29:13
Q. What does a five out of five mean? 13:29:14
A. Normal strength. 13:29:16
Q. To interpret the results of a strength 13:29:18
test, do you need a baseline to compare it to for 13:29:21
the patient? 13:29:24
A. No. 13:29:26
Q. How do you determine a new onset of muscle 13:29:26
weakness when you are attempting to diagnose the 13:29:32
problem in the patient? 13:29:36
A. That's what I do all the time. That's 13:29:37
what neurologists do. And we have a sense of what 13:29:39
normal muscle power should be, and reduced power is, 13:29:51
in almost all instances, not an issue of significant 13:30:04
uncertainty. 13:30:09

Q. How do you determine whether the muscle weakness the patient is newly experiencing, as opposed to some muscle weakness that has been existing in the patient for some time? 13:30:13 13:30:18 13:30:20 13:30:23

A. By the patient's history. 13:30:28

Q. When you are considering the diagnosis in a statin patient, do you look for their muscle strength and muscle pain prior to the statin use? 13:30:31 13:30:35 13:30:40

A. I think that's an important issue, yes. 13:30:45

Q. Do you try to distinguish the pain and weakness in the statin patient from any pain and weakness the patient had prior to that statin use? 13:30:49 13:30:52 13:30:55

A. Yes. 13:30:59

Q. Why do you do that, sir? 13:30:59

A. To make sure their symptoms weren't from a preexisting condition. 13:31:07 13:31:12

As a practical matter, patients come to doctors for changes in their symptoms, and you -- it would be uncommon for someone to have an ongoing problem for a long time and then just suddenly come to the doctor. 13:31:14 13:31:20 13:31:32 13:31:36 13:31:40

Q. If a patient is experiencing a new onset of pain or weakness from a statin, do you expect that patient to have reported that cotemporaneously to their physician? 13:31:48 13:31:52 13:31:55 13:31:59

MR. ARBITBLIT: Objection. 13:32:00
THE WITNESS: Not -- not necessarily, you know. I think it's not uncommon -- in fact, it's pretty common -- for a patient to say, "Well, I have this new symptom. Let's wait sometime and see if it will just go away." 13:32:01 13:32:07 13:32:11 13:32:15 13:32:19
And people vary. And I think it depends on the severity of the symptoms. So, there's the variable of how severe the symptoms are, and there's the variable of the patient' mind-set of when they bring it to the doctor's attention. 13:32:20 13:32:23 13:32:31 13:32:33 13:32:38
BY MR. ISMAIL: 13:32:45
Q. Does an EMG tell you the cause of the injury? 13:32:59 13:33:02
MR. ARBITBLIT: Objection. 13:33:02
THE WITNESS: There are some situations where it can tell you the cause of the injury. But more commonly, it -- given the pattern on the EMG gives a differential diagnosis, as we discussed before. 13:33:10 13:33:11 13:33:17 13:33:22 13:33:25
BY MR. ISMAIL: 13:33:25
Q. Do you read EMGs in your practice, sir? 13:33:25
A. No. But I interpret their results. 13:33:28
Q. What does a statin myopathy look like on an EMG? 13:33:37 13:33:40

MR. ARBITBLIT: Objection. 13:33:43
MR. ISMAIL: Well, let me restate. 13:33:43
Q. Have you ever interpreted an EMG in a patient who was experiencing a statin myopathy? 13:33:46 13:33:50
A. I can't remember whether I've had a few patients with statin myopathy, and I don't remember whether we did EMG. 13:33:53 13:33:57 13:33:59
MR. ISMAIL: Did someone join? 13:34:01
MR. ARBITBLIT: Or disjoin? 13:34:03
MR. BLACK: Or disjoin. 13:34:05
MS. MEADERS: No. That was Kim Meaders' phone. I'm sorry. 13:34:07 13:34:13
BY MR. ISMAIL: 13:34:14
Q. Dr. Richman, do you know what an EMG looks like in a patient who is experiencing statin myopathy? 13:34:14 13:34:17 13:34:21
A. I've seen a number of articles and reports of EMGs in patients with statin myopathies. 13:34:24 13:34:26
Q. And what do they look like? 13:34:32
A. I think there's a range of abnormalities. The most important is the set of abnormalities associated with muscle dysfunction. And those are motor units that are short duration, low amplitude, polyphasic. I think that's the hallmark of the abnormality. 13:34:34 13:34:45 13:34:50 13:34:58 13:35:03 13:35:10

Sometimes there can be the findings of muscle membrane irritability, such as positive sharp waves, fibrillation potentials, repetitive discharges. 13:35:14 13:35:16 13:35:21 13:35:27

Q. In paragraph 27, sir, you discuss muscle biopsy. 13:35:29 13:35:39

A. Yes. 13:35:41

Q. Have you ever diagnosed a statin myopathy on the basis of a muscle biopsy? 13:35:42 13:35:46

A. No, I have not. 13:35:48

Q. Do you administer muscle biopsies yourself? 13:35:52 13:35:56

A. No. But I interpret the results. 13:35:56

Q. Do you interpret the pathology slides that result from a biopsy? 13:35:57 13:36:00

A. I usually depend on the neuropathologist to do that, but I've in many instances looked at those slides, either by myself or with the neuropathologist. 13:36:04 13:36:10 13:36:21 13:36:24

Q. Sir, have you ever seen a single article diagnosing a statin myopathy in a patient with normal CK in the absence of EMG or biopsy? 13:36:41 13:36:49 13:36:53

A. No, not that I can remember. 13:37:15

Q. Have you ever diagnosed a statin myopathy in a patient with normal CK in the absence of EMG or 13:37:16 13:37:22

biopsy? 13:37:27
A. I haven't done that, but I would not see any problem in doing that. 13:37:37 13:37:39
Q. Are you aware of a single -- have you ever heard about a single case in which a patient was diagnosed as having a statin myopathy with normal CK in the absence of biopsy or EMG? 13:37:40 13:37:45 13:37:49 13:37:54
A. No. 13:37:57
Q. Have you ever heard -- withdrawn. 13:37:58
Have you ever seen an article suggesting it is appropriate to diagnose a statin myopathy in a patient with normal CK in the absence of EMG or biopsy? 13:38:01 13:38:04 13:38:07 13:38:12
MR. ARBITBLIT: Objection. 13:38:13
THE WITNESS: Yes, I think I have. 13:38:15
(Reviewing)
I think it's the article I have here by Hamilton Craig. 13:38:18 13:38:38
BY MR. ISMAIL: 13:38:44
Q. Can you pull that article out, please. 13:38:44
A. Yeah. 13:38:48
(Handing) 13:38:49
Q. Where, sir, do you see it suggested by the authors that it is appropriate to diagnose a statin myopathy in a patient with normal CK without using 13:39:10 13:39:42 13:39:45

EMG or biopsy? 13:39:48
A. Well, these -- this author has described a broad clinical spectrum of disorders from mild muscle aching to severe pain and restriction in mobility, with grossly elevated creatine kinase levels. So, that's how that author is diagnosing statin myopathy. 13:39:57 13:40:10 13:40:14 13:40:16 13:40:22 13:40:28
Q. Is there a difference between defining the syndrome and diagnosing the syndrome? 13:40:30 13:40:32
MR. ARBITBLIT: Objection. 13:40:35
THE WITNESS: Not that I can appreciate. 13:40:44
BY MR. ISMAIL: 13:40:46
Q. Can I have that article again, please, sir. 13:40:46 13:40:49
A. (Handing) 13:40:51
Q. Just so the record is clear, sir, the -- who is the author of this? 13:41:17 13:41:20
A. Hamilton Craig. 13:41:21
Q. The Hamilton Craig article does not, in fact, diagnose any particular patient described in the article as having a statin myopathy in the absence of elevated CK or biopsy or EMG, correct? 13:41:23 13:41:27 13:41:31 13:41:35
MR. ARBITBLIT: Objection. 13:41:42
THE WITNESS: No, I wouldn't say that's correct. 13:41:44 13:41:46

BY MR. ISMAIL: 13:41:48
Q. What -- are there any particular patients 13:41:48
discussed in the Hamilton Craig article at all? 13:41:50
MR. ARBITBLIT: Objection. 13:41:54
THE WITNESS: There are compilations of 13:41:54
patients. 13:42:05
BY MR. ISMAIL: 13:42:05
Q. What patients described in this article 13:42:05
had normal CK and yet had a statin myopathy 13:42:08
diagnosed in the absence of EMG or biopsy? 13:42:12
MR. ARBITBLIT: Objection. 13:42:17
THE WITNESS: (Reviewing) 13:42:24
Some percentage of the patients they have 13:42:25
in their Table 3. 13:42:29
BY MR. ISMAIL: 13:42:57
Q. What makes you say that, sir? 13:42:57
MR. ARBITBLIT: Objection. 13:42:59
THE WITNESS: Their reports of patients 13:42:59
with myopathy. 13:43:02
BY MR. ISMAIL: 13:43:07
Q. Yes. 13:43:07
Does it say anything about how the 13:43:08
myopathy was diagnosed? 13:43:10
A. I -- yeah. I think we have the sentence. 13:43:11
"Disorder of the skeletal muscle that classically 13:43:15

causes proximal muscle weakness with difficulty rising from a chair or rising the arms above the head." 13:43:19 13:43:22 13:43:26

It doesn't really say anything about CK there. 13:43:28 13:43:35

Q. Table 3, sir, is a table of -- from what database? 13:43:36 13:43:39

A. It says, "Reported to the World Health Organizations's International Drug Information System database." 13:43:46 13:43:49 13:43:54

Q. Do you understand that the Hamilton Craig article didn't enroll the patients in Table 3 into any clinical trial? Correct? 13:43:55 13:43:57 13:44:02

A. Yeah, I think you can conclude that from this. 13:44:18 13:44:21

Q. And, in fact, it is likely that the authors of this article didn't actually treat any of the patients that are referenced in Table 3, correct? 13:44:21 13:44:23 13:44:27 13:44:34

A. I don't know. They wrote an article about it. 13:44:34 13:44:34

Q. Do you understand what the WHO database is, sir? 13:44:34 13:44:36

A. Roughly. 13:44:45

Q. Okay. What is your rough understanding? 13:44:46

A. I would assume it's a compilation from reporting to individual national regulatory agencies. 13:44:53 13:44:55 13:45:04

Q. Are you aware, sir, that reports of adverse events are made -- can be made to regulatory agencies whether or not causation has been determined in any particular patient? 13:45:13 13:45:18 13:45:26 13:45:30

A. (Reviewing) 13:45:34

Well, my understanding is that, at least in this country, the reporter is asked to give an estimate of how certain they are that the adverse event is related to the drug the patient was taking -- taken. 13:45:37 13:45:43 13:45:51 13:45:55 13:45:57

Q. Are you aware, sir, that reports can be made to the FDA regarding adverse reactions from drugs whether or not causation has been determined? 13:45:59 13:46:02 13:46:06

A. Well, it's -- I think it's a very high standard to say, "Causation has been determined." I'm not sure that's how medicine is practiced in most instances. We want to have substantial evidence, but we may not have absolute proof. 13:46:18 13:46:34 13:46:40 13:46:46 13:46:48

Q. Let's see if we can agree on this. 13:46:54

The Hamilton Craig article does not discuss what criteria was used to diagnose any of the patients in Table 3, correct? 13:46:57 13:47:00 13:47:11

MR. ARBITBLIT: Objection. 13:47:14
THE WITNESS: I -- I mean, I think that would be -- I mean, this is published in a peer-reviewed journal. You know, I'm not the only one who's looked at this and finds it a -- an appropriate article, drawing appropriate conclusions. 13:47:20 13:47:23 13:47:30 13:47:38 13:47:46 13:47:48
It starts out by defining myopathy, and then it provides a table of the incidence of reports of myopathy. The conclusion to draw is that that's what they've defined is what they're supplying in their table. 13:47:50 13:47:53 13:47:58 13:48:07 13:48:12
BY MR. ISMAIL: 13:48:33
Q. Sir, are you an expert in epidemiology? 13:48:33
A. I've had an epidemiology course in medical school. I, as a physician, deal with some issues of epidemiology. So, I think as much as I'm a physician, I'm an expert in epidemiology. It's not an area of my research or my focused effort. 13:48:44 13:48:48 13:48:54 13:48:57 13:49:01
Q. Have you ever made an adverse report using the Med Watch System? 13:49:07 13:49:12
A. I have made adverse event reports in clinical trials. But I don't know if I've used the Med Watch System. 13:49:17 13:49:23 13:49:29
Q. Have you ever made an adverse event 13:49:29

report -- withdrawn. 13:49:34

Have you ever made a spontaneous report of a drug adverse event postmarketing? 13:49:35 13:49:39

A. I think I have one. It was quite a while ago. And I don't remember what the drug or issue was. And I did it by telephone, is what I remember. 13:49:56 13:49:59 13:50:01

Q. It's safe to say that you have diagnosed drug adverse events of more than just one patient, right? 13:50:04 13:50:08 13:50:11

MR. ARBITBLIT: Objection. 13:50:12

The objection is withdrawn. 13:50:30

THE WITNESS: It's not a very common event in my practice. And I think it would -- in general, for me to report an adverse drug reaction would take it being a significant adverse event or an unexpected adverse event. 13:50:35 13:50:38 13:50:49 13:50:55 13:51:05

If it's a common and -- relatively expected, I probably would not. 13:51:10 13:51:15

BY MR. ISMAIL: 13:51:18

Q. Have you ever diagnosed a patient, by whatever criteria, as having a statin myopathy? 13:51:18 13:51:22

A. Yes, on one or two occasions. 13:51:31

Q. Did you consider those patients as having rhabdomyolysis? 13:51:32 13:51:35

A. No. 13:51:36

Q. Did you draw CKs in those patients? 13:51:36
A. Yes. 13:51:39
Q. Were the CKs elevated? 13:51:40
A. Yes. Mildly elevated.
Q. What drugs -- what statins were the patients taking?
A. I don't remember. 13:51:43
Q. But it's safe to say in neither event in which you personally diagnosed a statin myopathy did you report that to either the manufacturer or the FDA. 13:51:47 13:51:51 13:51:55 13:52:00
A. Correct.
Q. Do you consider yourself an expert, sir, in FDA regulations? 13:52:06 13:52:09
A. No, I don't. 13:52:20
Q. Did you review any of the safety studies done on Baycol? 13:52:21 13:52:24
A. No, I have not. 13:52:25
Q. Did you review any of the clinical trial data done on Baycol?
A. No.
Q. Are you an expert in pharmacology? 13:52:25
A. I think I know a fair amount about pharmacology, from my own work -- at least in terms of molecular and cellular pharmacology. 13:52:29 13:52:31 13:52:39

Q. Have you ever researched the molecular pharmacology of statins? 13:52:45 13:52:50
A. Yes, I have. 13:53:00
Q. In what article? 13:53:04
A. We talked about one of the articles, the Davidson article. 13:53:05 13:53:18
Q. Oh, I'm sorry. My question was poorly phrased. Let me ... 13:53:19
Have you done any research on the molecular pharmacology regarding statins? And by that -- 13:53:21 13:53:22
A. You mean laboratory -- 13:53:23
Q. Primarily.
A. -- research, as opposed to reviewing articles? 13:53:26 13:53:28
Q. Correct. 13:53:28
A. In terms of statins, no. 13:53:31
Q. Have you ever written about the molecular or cellular pharmacology of statins? 13:53:31 13:53:34
A. No. 13:53:37
Q. Have you ever been asked to make comparisons between the safety profile of two drugs in a class? 13:53:43 13:53:45 13:53:51
MR. ARBITBLIT: Objection. 13:53:53
THE WITNESS: Only for this report. 13:53:55

BY MR. ISMAIL: 13:53:59
Q. Safe to say the first time you were asked 13:53:59
to make comparisons between two drugs in a class was 13:54:02
for your expert report in the Baycol litigation? 13:54:04
A. No, I guess that's not exactly true. I've 13:54:09
written review articles on myasthenia gravis -- 13:54:17
(Reporter seeks clarification.)
THE WITNESS: M-y-a-s-t-h-e-n-i-a,
myasthenia gravis.
-- in which I've compared different drugs 13:54:38
in -- amongst other things. And I guess you could 13:54:40
consider that a comparison of safety. 13:54:44
BY MR. ISMAIL:
Q. Did your reviews also have to do with the 13:54:46
efficacy for the treatment of myasthenia gravis? 13:54:50
A. Yes. 13:54:54
Q. What data did you use in comparing the 13:54:54
safety profile of the drug used to treat myasthenia 13:54:55
gravis? 13:54:58
A. Published literature. 13:55:00
Q. Clinical trial data? 13:55:01
MR. ARBITBLIT: Objection. 13:55:05
THE WITNESS: There's almost no clinical 13:55:07
trial data in that field. 13:55:11
BY MR. ISMAIL: 13:55:17

Q. What data exists to compare the safety of drugs used to treat myasthenia gravis? 13:55:17 13:55:21
A. They're primarily case series. 13:55:29
Q. What do you mean by a "case series"? 13:55:32
A. Description of a group of patients who were treated with a particular drug. But, freely, without controls. 13:55:38 13:55:46 13:55:52
Q. The case series concept to which you just referred, is that a published review of specific cases? 13:55:53 13:55:57 13:56:03
MR. ARBITBLIT: Objection. 13:56:03
THE WITNESS: Yes. 13:56:03
BY MR. ISMAIL: 13:56:06
Q. Have you ever compared the safety of two drugs in a class using spontaneous adverse event reports made to the FDA? 13:56:06 13:56:08 13:56:16
A. No, I have not. I've read some articles, though. 13:56:19 13:56:32
Q. I'm asking about your own work. 13:56:32
Correct? 13:56:36
A. Correct. 13:56:37
Q. Would you take out your expert report again, sir, and go to paragraph 8. 13:56:55 13:56:58
A. (Reviewing) 13:57:00
Q. First, a couple of times during today's 13:57:11

deposition, you indicated it is your opinion that Baycol had a higher rate of muscle toxicity than the rest of the statin class; is that correct? 13:57:15 13:57:19 13:57:23

A. Yes. 13:57:27

Q. Can you tell me everything you're relying upon to support that opinion. 13:57:27 13:57:31

A. Well, there are a number of articles that are referenced here and some others that I've reviewed. Probably the number one article is the Staffa report in the New England Journal of Medicine. 13:57:37 13:57:39 13:57:45 13:57:54 13:58:05

Q. And in paragraph eight, you're making reference to the Staffa letter? 13:58:07 13:58:12

A. Yes. 13:58:15

Q. Do you understand that the 16 to 80 times reference made by Dr. Staffa is to spontaneous reports of adverse events? 13:58:21 13:58:27 13:58:31

MR. ARBITBLIT: Objection. 13:58:35

THE WITNESS: I'm working on getting that for you. 13:58:35 13:58:37

(Reviewing) 13:58:39

Do you think you could repeat the question? 13:58:40 13:58:51

BY MR. ISMAIL: 13:58:52

Q. All the data that Dr. Staffa cites in her 13:58:52

letter come from spontaneous reports of adverse 13:58:58
events, correct? 13:59:01
MR. ARBITBLIT: Objection. 13:59:03
THE WITNESS: They were reported to the 13:59:17
FDA. She doesn't describe exactly what initiated 13:59:18
them, but -- I mean, maybe we should talk about what 13:59:27
you mean by "spontaneous." 13:59:34
That was the term you used, right? 13:59:37
BY MR. ISMAIL: 13:59:40
Q. It's a term of art in regards to the data 13:59:40
that Dr. Staffa is using. 13:59:44
Have you ever heard of the expression 13:59:47
"spontaneous adverse event"? 13:59:49
A. Not really. 13:59:53
MR. ISMAIL: Don, maybe we can 13:59:57
short-circuit. 13:59:59
Are you going to be offering Dr. Richman 14:00:00
as a comparative safety expert? 14:00:02
MR. ARBITBLIT: Only to the extent that 14:00:04
he's relying on what he perceives to have been 14:00:06
stated in the peer review literature. He's not 14:00:09
going to offer any independent analysis. 14:00:12
BY MR. ISMAIL: 14:00:26
Q. Doctor, you're not an expert in how to use 14:00:26
the FDA's adverse event database to make comparisons 14:00:33

between drugs in a class, correct? 14:00:40
A. I mean, I think I could make a pretty 14:00:46
reasoned comment on this article. 14:00:49
Q. That wasn't my question. 14:00:53
My question was: You are not an expert in 14:00:55
how to use the FDA's adverse event database to 14:00:58
compare the safety of drugs in a class, correct? 14:01:04
MR. ARBITBLIT: Objection. 14:01:08
THE WITNESS: I think I'm a reasonable 14:01:31
expert for this. 14:01:32
BY MR. ISMAIL: 14:01:33
Q. You've never done it before, have you, 14:01:33
Doctor? 14:01:39
MR. ARBITBLIT: Objection. 14:01:39
THE WITNESS: No. 14:01:42
BY MR. ISMAIL: 14:01:43
Q. And yet you can say you're an expert in 14:01:43
it? 14:01:43
MR. ARBITBLIT: Objection. 14:01:43
THE WITNESS: I think I have the basic 14:01:47
knowledge base to make sense of this report. 14:01:49
BY MR. ISMAIL: 14:01:53
Q. What are the limitations inherent in using 14:01:53
the FDA's adverse event database? 14:01:57
MR. ARBITBLIT: Objection. 14:02:01

THE WITNESS: I think it depends on what you would use it for. I mean, as I understand this article, they're comparing the reporting of adverse events amongst these various drugs in the table. 14:02:07 14:02:09 14:02:12 14:02:19

And absent any reason -- and there doesn't seem at all to be any reason -- that the events would be reported more for one drug than another, this seems to be a very reasonable estimate of the relative risk of rhabdomyolysis amongst these drugs. 14:02:30 14:02:34 14:02:40 14:02:45 14:02:49

BY MR. ISMAIL: 14:02:58

Q. Do you understand that -- the FDA's database to be suspect to potential biases in the data? 14:02:58 14:03:03 14:03:07

MR. ARBITBLIT: Objection. 14:03:08

THE WITNESS: I would say that any database and the reporting from it has to -- people who are making analyses have to consider possible biases in the data. I think they've done a good job in ruling them out. 14:03:14 14:03:16 14:03:21 14:03:26 14:03:35

BY MR. ISMAIL: 14:03:36

Q. What biases did you understand were ruled out by Dr. Staffa's letter? 14:03:36 14:03:39

A. (Reviewing) 14:04:03

I think biases related to the exposure of the population to a particular drug. I think 14:04:04 14:04:08

they've done that very well by dividing by the number of prescriptions dispensed. I think that would be the major one. 14:04:13 14:04:18 14:04:34

Q. That's the only bias you can think of that is part of the FDA's database? 14:04:34 14:04:37

MR. ARBITBLIT: Objection. It misstates testimony, argumentative. 14:04:41 14:04:43

THE WITNESS: I think they've commented on the fact that reporting rates have gone up over time, as I guess physicians have become more aware of the importance of reporting. But they had to control for that in another drug that was looked at during the same time frame as Baycol. So, I think that's a reasonable control for that. 14:05:16 14:05:18 14:05:27 14:05:32 14:05:37 14:05:42 14:05:47

BY MR. ISMAIL: 14:05:50

Q. Did you do any investigation, sir, into the potential biases that could affect the statin reporting rate of adverse events? 14:05:50 14:05:53 14:05:58

MR. ARBITBLIT: Objection. 14:06:02

THE WITNESS: Only in the sense of reviewing this article and other articles in the -- in the peer-reviewed literature that have commented on these data. And it -- I mean, the consensus, by far, is that these are valid comparisons. 14:06:06 14:06:09 14:06:14 14:06:18 14:06:27

MR. ISMAIL: Objection. Nonresponsive. 14:06:31

Q. Have you ever -- you've never -- 14:06:39
withdrawn. 14:06:41
Have you ever written about the 14:06:42
appropriate uses of the FDA spontaneous event 14:06:51
database? 14:06:57
A. No, except in this report. 14:06:58
Q. You made reference to your Baycol report; 14:07:01
is that right? 14:07:04
A. Yes. 14:07:07
Q. Are you aware what methodology Dr. Staffa 14:07:17
used to calculate the reporting rate of adverse 14:07:20
events in her article? 14:07:24
MR. ARBITBLIT: Objection. 14:07:29
THE WITNESS: My understanding is that 14:07:33
these were reports of fatal rhabdomyolysis that ... 14:07:37
BY MR. ISMAIL: 14:07:41
Q. How did Dr. Staffa calculate the number of 14:07:41
cases of fatal rhabdomyolysis? 14:07:46
A. From the adverse event reporting 14:08:07
mechanism. 14:08:10
Q. Do you know what the general 14:08:23
scientifically accepted methodology is for using the 14:08:26
FDA's spontaneous database to make comparisons 14:08:28
between drugs in a class? 14:08:33
MR. ARBITBLIT: Objection. 14:08:41

THE WITNESS: This would seem to be a very good one. 14:08:41 14:08:43
BY MR. ISMAIL: 14:08:44
Q. Is that the first one you've read? 14:08:44
A. Yes. 14:08:49
Q. Have you ever read a text on pharmacoepidemiology? 14:08:49 14:08:53
A. No, I haven't. 14:08:54
Q. Do you understand the doctor's letter was not peer-reviewed? 14:09:00 14:09:01
MR. ARBITBLIT: Objection. 14:09:03
THE WITNESS: We're talking about this letter (indicating) to the editor of the New England Journal? 14:09:04 14:09:06 14:09:09
MR. ISMAIL: Yes. 14:09:11
THE WITNESS: My understanding, that letters to the editor of the New England Journal are peer reviewed. 14:09:12 14:09:14 14:09:19
BY MR. ISMAIL: 14:09:21
Q. What do you base that on, sir? 14:09:21
A. My experience in the past in submitting letters to the editor. 14:09:22 14:09:25
Q. Have you ever had a letter to the editor published in the New England Journal? 14:09:28 14:09:30
A. I have. 14:09:32

Q. And are you saying that your experience is that that's been peer-reviewed? 14:09:32 14:09:34
A. (Nods head.) 14:09:37
MR. ARBITBLIT: You're going to have to answer out loud. 14:09:38 14:09:39
THE WITNESS: Oh, yes. Yes. 14:09:40
BY MR. ISMAIL: 14:09:42
Q. Do you -- have you read any other -- withdrawn. 14:09:42 14:09:53
Do you know what an epidemiology study is? 14:09:53
MR. ARBITBLIT: Objection. 14:10:00
THE WITNESS: Yes. 14:10:01
BY MR. ISMAIL: 14:10:02
Q. How would you define that, sir? 14:10:02
A. An epidemiology study is a study related to -- of whatever, related to populations. 14:10:06 14:10:12
Q. Is it necessary for an epidemiological study to have a defined patient population? 14:10:23 14:10:31
MR. ARBITBLIT: Objection. 14:10:31
THE WITNESS: Well, I'm not quite sure what you mean by that. 14:10:36 14:10:39
BY MR. ISMAIL: 14:10:39
Q. A known patient population. 14:10:39
MR. ARBITBLIT: Objection. 14:10:42
THE WITNESS: Well, I think there are 14:10:42

different types of epidemiology studies. I mean, probably, the classical epidemiology study is to, for example, measure the prevalence or incidence of disease in a population so you can -- you could measure somehow the number of people with diabetes in the City of San Francisco. 14:10:44 14:10:47 14:10:52 14:10:56 14:11:03 14:11:08

That would -- so, I'm not quite sure whether you mean that's a defined patient group or a defined population. 14:11:11 14:11:13 14:11:19

BY MR. ISMAIL: 14:11:20

Q. Have you ever done an epidemiology study? 14:11:20

A. No. 14:11:25

Q. Other than reading Dr. Staffa's letter, have you done anything else to support your opinion that Baycol had a higher risk of myotoxicity? 14:11:52 14:11:55 14:11:57

MR. ARBITBLIT: Objection. 14:12:01

THE WITNESS: I've read the articles referenced in my report, the other articles that we've listed for you. And it is absolutely the consensus that Staffa's conclusions are correct. In fact, I haven't come across in all of that reading any peer-reviewed article that questions it. 14:12:06 14:12:09 14:12:12 14:12:19 14:12:25 14:12:31

MR. ISMAIL: Nonresponsive. 14:12:36

Q. Can you answer my question, sir? 14:12:38

MR. ARBITBLIT: Objection. 14:12:40

THE WITNESS: Well, I thought I did. 14:12:41
Could you ask it again? 14:12:44
BY MR. ISMAIL: 14:12:44
Q. Well, let's do it this way. 14:12:44
What other articles besides Dr. Staffa's 14:12:47
letter do you believe supports your opinion that 14:12:50
Baycol had a higher risk of myotoxicity? 14:12:54
A. So, a significant -- I mean, do you want 14:13:04
me to start listing them? Is that the question? 14:13:06
Q. Sure. 14:13:09
A. Well, there was the Davidson article we 14:13:10
talked about; there's a Farmer article in Lancet 14:13:13
that I've referenced in paragraph seven; there's the 14:13:16
Thompson article that I've referenced in 14:13:37
paragraph 15. There's the Ravnan article in 14:13:42
paragraph 20(a). There's the Hamilton Craig article 14:14:09
that we talked about. 14:15:10
(Reviewing) 14:15:26
I mean, I -- if I spent more time, I could 14:15:45
come up with more. But it's quite a number. 14:15:47
Q. Are you aware of any data supporting the 14:15:51
conclusion that Baycol had a higher risk of 14:15:53
myotoxicity other than spontaneous adverse event 14:15:57
data? 14:16:01
MR. ARBITBLIT: Objection. 14:16:08

THE WITNESS: No, I'm not. 14:16:24
BY MR. ISMAIL: 14:16:26
Q. Looking at the spontaneous adverse event data to which you are relying -- or I'll start that again. 14:16:26 14:16:31 14:16:36
The spontaneous adverse event data on which you are relying relates solely to rhabdomyolysis, correct? 14:16:37 14:16:40 14:16:43
MR. ARBITBLIT: Objection. 14:16:44
THE WITNESS: Correct. 14:16:48
BY MR. ISMAIL: 14:16:49
Q. Have you seen any data comparing the entire safety profile of Baycol relative to other drugs in the class? 14:16:49 14:16:52 14:16:54
MR. ARBITBLIT: Objection. 14:16:55
THE WITNESS: (Reviewing) 14:17:00
Well, there's the Hamilton Craig article we talked about, talking about myopathy and myalgia. 14:17:02 14:17:07
(Reviewing) 14:17:46
And I think those are the ones I want to respond to. 14:18:38 14:18:40
BY MR. ISMAIL: 14:18:41
Q. Can statins cause an adverse event other than myopathy? 14:18:41 14:18:44
A. Yes, certainly. 14:18:45

Q. Have you seen any data -- withdrawn. 14:18:46
The risk of myopathy is one part of the
safety profile of a statin, correct?
A. Correct. 14:18:55
Q. Have you seen any data comparing the 14:18:55
entire safety profile of Baycol to the other drugs 14:18:57
in the class? 14:18:59
MR. ARBITBLIT: Objection. 14:19:07
THE WITNESS: (Reviewing) 14:19:20
I -- I think I have it, but I can't put my 14:19:28
finger on it. But, certainly, in terms of 14:19:38
mortality, the mortality from adverse events, the -- 14:19:48
Baycol seems to be much worse. 14:19:56
BY MR. ISMAIL: 14:19:57
Q. Have you ever seen data on all-cause 14:19:57
mortality for the statin class? 14:20:04
(Reporter seeks clarification.)
MR. ARBITBLIT: Objection. 14:20:06
THE WITNESS: No, I haven't. 14:20:07
BY MR. ISMAIL: 14:20:08
Q. Do you believe that's an appropriate set 14:20:08
of data to look at? 14:20:10
MR. ARBITBLIT: Objection. 14:20:12
THE WITNESS: I'd be interested in 14:20:29
reviewing those data. You know, I'd keep an open 14:20:31

mind about it. But I think, for me, the adverse event of mortality from rhabdomyolysis seems so strong that I -- I'd be surprised if that would change my opinion. 14:20:36 14:20:43 14:20:52 14:20:56

BY MR. ISMAIL: 14:20:58

Q. Earlier, you said the mortality from adverse events of Baycol seems to be much worse. 14:20:58 14:21:00

Were you just talking about rhabdomyolysis mortality there? 14:21:04 14:21:07

A. Adverse events mortality. 14:21:09

Q. Then I'm confused. I thought you've just told me you've never seen all-cause mortality data for the statin class. 14:21:12 14:21:14 14:21:17

A. I mean, I'm not totally sure of what your term "all cause" means, but I would just assume it means every cause of death, which could be heart attack or what have you, which wouldn't likely be an adverse event. 14:21:22 14:21:24 14:21:37 14:21:43 14:21:47

Q. What -- have you seen -- well, I'm still confused. What data on mortality rates for adverse events beyond rhabdomyolysis have you seen? 14:21:50 14:21:55 14:22:01

A. I've simply relied on the review articles discussing the rhabdomyolysis component of it. 14:22:10 14:22:17

Q. Okay. So, the only mortality data you have seen for the statin class is rhabdomyolysis 14:22:24 14:22:26

mortality, correct? 14:22:29
A. Right. 14:22:30
Q. Okay. 14:22:31
A. I consider it pretty striking, but ... 14:22:32
Q. Can I see the Hamilton Craig article again, please. 14:22:35 14:22:38
A. Sure. 14:22:40
(Handing) 14:22:45
Q. Thank you, Doctor. 14:22:46
By the way, have you ever heard of the National Cholesterol Education Program? 14:22:47 14:22:50
A. No, I haven't. 14:22:52
MR. ISMAIL: Let's change tape. 14:22:53
MR. ARBITBLIT: Let's take a break. 14:22:55
MR. ISMAIL: Let's take a break. 14:22:57
THE VIDEOGRAPHER: This concludes video disk number two in the deposition of David Richman. Going off the record, the time is 2:23. 14:22:59 14:23:02 14:23:06
(Recess taken.) 14:23:12
THE VIDEOGRAPHER: Back on the record. Here marks the beginning of tape number three in the deposition of David Richman, M.D. The time is 2:40. 14:39:27 14:39:31 14:39:34
BY MR. ISMAIL: 14:39:40
Q. Dr. Richman, are you aware of any data comparing the relative incidence of -- withdrawn. 14:39:40 14:39:46

Earlier today, you talked about a severe form of muscle problems from statins that we generally described as rhabdomyolysis, correct? 14:39:52 14:39:57 14:40:01
A. Correct. 14:40:04
Q. And you also described a milder injury from statins that could be anywhere from muscle pain to weakness with or without other symptoms, correct? 14:40:04 14:40:11 14:40:14
A. Correct. 14:40:18
Q. Have you seen any other data comparing the relative incidence of those milder injuries from statins comparing Baycol to other drugs in the class? 14:40:19 14:40:22 14:40:26 14:40:30
A. Well, I think there is the Davidson article we talked about. 14:40:40 14:40:42
(Reviewing) 14:40:50
No, I think I'm wrong about that. But the Hamilton Craig article describing the reports of myalgia or myopathy in Table 3 of their article. 14:40:50 14:40:54 14:41:09
Q. Do you understand that Table 3 are not incidence data? 14:41:16 14:41:23
A. Yes, I do. 14:41:24
Q. It's not even relative reporting rate data, is it? 14:41:25 14:41:28
A. I think it's percentage of report. 14:41:30
Q. Right. 14:41:34

So, if Baycol had two reports and one case of myalgia, it would have a 50 percent figure there, right? 14:41:34 14:41:38 14:41:41
A. Right. 14:41:42
Q. Okay. Are you aware of any data comparing the risk of milder forms of muscle injury comparing Baycol to other drugs in the class? 14:41:44 14:41:51 14:41:59
A. In addition to these data (indicating)? 14:42:01
Q. Well, what is that? Are you drawing any conclusions from that table? 14:42:03 14:42:08
A. I am, that -- that the reports of myalgia represent a significant percentage of the reports of adverse events in Baycol compared with the other statins. So, I -- I would draw that conclusion, that it is a more common side effect. 14:42:11 14:42:20 14:42:27 14:42:33 14:42:40
Q. Do you see the data on myopathy there? 14:42:45
A. Yes, I do. 14:42:48
Q. What's the Baycol number? 14:42:48
A. It's .02 percent. 14:42:51
Q. Zero point 2 or .02? 14:43:03
A. Point zero -- 0.02 percent. 14:43:07
Q. The Baycol percentage there is lower than others? 14:43:10 14:43:13
A. Yes. 14:43:16
Q. Do you conclude from that that the risk of 14:43:18

myopathy from Baycol is lower than some other statins? 14:43:24 14:43:27

MR. ARBITBLIT: Objection. 14:43:27

THE WITNESS: I'm paying more attention to the myalgia data. 14:43:36 14:43:37

BY MR. ISMAIL: 14:43:39

Q. Can you answer my question. 14:43:39

A. Yes. I think you could conclude from those data. 14:43:44 14:43:48

Q. Okay. So, just so we're clear, Table 3 in the Hamilton Craig article suggests the risk of myopathy with Baycol is lower than with some other statins, correct? 14:43:49 14:43:53 14:43:56 14:43:59

MR. ARBITBLIT: Objection. 14:44:03

THE WITNESS: You could draw that conclusion, yes. 14:44:04 14:44:06

BY MR. ISMAIL: 14:44:06

Q. Do you know if the myalgia percentages that is listed in Table 3 are statistically significant? 14:44:06 14:44:09 14:44:22

A. We can't conclude that from the table. 14:44:22

Q. Have you done anything to determine the significance statistically or otherwise of the data in Table 3? 14:44:24 14:44:26 14:44:29

A. No, I haven't. 14:44:37

Q. Have you seen any data comparing the reporting rates of milder side effects from statins comparing Baycol to other drugs in the class? 14:44:37 14:44:40 14:44:45

A. No. Other than this, I'm not sure of it. 14:45:17

Q. Well, we can agree that the Hamilton Craig article doesn't talk about reporting rates at all, correct? 14:45:19 14:45:22 14:45:27

MR. ARBITBLIT: Objection. 14:45:27

THE WITNESS: It talks about percentage of reports that are related to these particular symptoms, yes. 14:45:33 14:45:35 14:45:36

BY MR. ISMAIL: 14:45:37

Q. Do you know what a reporting rate is in regards to spontaneous adverse events? 14:45:37 14:45:41

A. I would know what numbers of reports are. In terms of rate, I'm not sure whether that means per unit of time or per prescription. I think it would have to be defined. 14:45:54 14:45:58 14:46:04 14:46:10

Q. Have you seen any data comparing the reports for -- withdrawn. 14:46:12 14:46:19

Earlier, you discussed Dr. Phillips' article about mitochondrial myopathies from statins? 14:46:29 14:46:33

A. (Nods head.) 14:46:39

Q. Correct? 14:46:39

A. Yes, that's right. 14:46:40

Q. Have you seen any data comparing the risk 14:46:40
of mitochondrial myopathy comparing Baycol to other 14:46:43
drugs in the class? 14:46:51
A. No, I have not. 14:46:52
Q. Have you seen any data comparing the risk 14:46:53
of normal CK myopathy comparing Baycol to other 14:46:58
drugs in the class? 14:47:02
A. Only these data here on myalgia that we 14:47:07
talked about. 14:47:10
Q. In the Hamilton Craig article? 14:47:11
A. Right. 14:47:13
Q. Have you seen the clinical trial data 14:47:20
regarding the reports of myalgia in the placebo 14:47:27
control trials or the statins? 14:47:31
A. No, I haven't. I've read some articles 14:47:34
that have made some reference to it. 14:47:38
Q. What is the purpose of a placebo control 14:47:40
trial? 14:47:43
MR. ARBITBLIT: Objection. 14:47:44
THE WITNESS: I mean, it can be most 14:47:51
anything. I'm not quite sure what you mean. It 14:47:54
can ... 14:47:58
BY MR. ISMAIL: 14:47:59
Q. I'll restate it. 14:47:59
A. Yeah. 14:48:00

Q. What's the purpose of a placebo in a clinical trial? 14:48:01 14:48:07

A. A placebo provides a control situation to try to reduce the random variation in the effect of -- whatever effect you're looking at. 14:48:07 14:48:14 14:48:20

Q. What have you seen in regards to the rate of myalgia in the statin placebo trials? 14:48:23 14:48:28

A. I've seen comments suggesting that in a relatively uncommon adverse event, one needs large numbers in clinical trials to be able to identify those adverse events. 14:48:38 14:48:56 14:49:01 14:49:07

Q. Earlier, sir, I asked you: Have you seen the clinical trial data regarding the report of myalgia in the placebo control trials of statins? 14:49:13 14:49:16 14:49:19

And you answered, "No, I haven't. I've read some articles that have made some references to it." 14:49:23 14:49:26 14:49:30

Can you tell me what you're talking about there. 14:49:30 14:49:32

A. Which articles? 14:49:33

Q. What -- 14:49:34

A. Were there references? Just what I said, I think, that amongst other things, that in those trials, the numbers of patients studied were not sufficient to bring out statistically significant 14:49:35 14:49:40 14:49:47 14:49:53

information concerning relatively uncommon, but in this case, serious, side effects. 14:50:04 14:50:09

Q. I'm talking about myalgia, not rhabdomyolysis. 14:50:12 14:50:15

A. I see. 14:50:16

Q. So, let me try again. 14:50:17

Do you know what the placebo controlled trials showed regarding the -- 14:50:19 14:50:21

A. Reporting myalgia? 14:50:24

Q. -- reporting myalgia? 14:50:25

A. I haven't seen the data myself. But I think you can -- I mean, the problem for me is that I don't see that strong a distinction between myalgia, on one hand, and rhabdomyolysis, on the other. 14:50:28 14:50:35 14:50:39 14:50:48 14:50:53

Since we talked about this before, that it very much appears that the muscle goes through a sequence of steps that may stop along the way or may go to rhabdomyolysis. And so if the end of that sequence of steps is rhabdomyolysis and the frequency of rhabdomyolysis is increased, then it's a very reasonable conclusion for me that the frequency of all the other steps before that has increased also. 14:50:54 14:51:00 14:51:04 14:51:08 14:51:13 14:51:19 14:51:25 14:51:28 14:51:34

Q. Are you aware, sir, of any data to 14:51:35

demonstrate that your last conclusion is, in fact, true? 14:51:40 14:51:45

A. Only the data that we've talked about for myalgia. 14:51:49 14:51:51

Q. Which is the Hamilton Craig data in Table -- 14:51:52 14:51:55

A. Right. 14:51:56

Q. -- 3? 14:51:56

A. Right. 14:51:59

Q. Now, sir, you mentioned earlier that one of the -- or the primary concern with rhabdo is the impact on the kidney function? 14:52:01 14:52:04 14:52:09

A. (Nods head.) 14:52:12

MR. ARBITBLIT: Objection. 14:52:14

BY MR. ISMAIL: 14:52:14

Q. Is that correct? 14:52:14

MR. ARBITBLIT: Objection. 14:52:15

MR. ISMAIL: Well ... 14:52:19

THE WITNESS: It is a major concern. It may not be the only one. 14:52:21 14:52:23

BY MR. ISMAIL: 14:52:25

Q. I didn't say it was. 14:52:25

A. The only major concern. It may not be the only concern. But it is a major concern. 14:52:27 14:52:30

Q. Now, you're not an expert in renal 14:52:33

recovery from rhabdo, correct? 14:52:38
A. No, I'm not. 14:52:39
Q. Patients can fully recover from an episode 14:52:43 of rhabdomyolysis, correct? 14:52:47
A. Correct. 14:52:50
Q. Have you seen data in regards to what 14:52:50 percentage of patients fully recover from rhabdo 14:52:53 versus what patients do not fully recover? 14:52:55
A. Yes. There's an article actually in the 14:53:02 abstract by Hildebrand that I have here that gives 14:53:08 information in -- to that question. 14:53:19
Q. How did you get that abstract, sir? 14:53:23
A. It was sent to me by Mr. Arbitblit, I 14:53:33 think, related to one of the other expert's 14:53:44 testimony. 14:53:50
Q. Your understanding is one of the other 14:53:50 plaintiffs' experts was relying upon that article, 14:53:53 and it got passed to you, as well? 14:53:57
A. That's my understanding. I may be wrong, 14:53:58 but I think so. 14:54:02
Q. When did you first get the article? 14:54:02
A. Let me think about that. 14:54:14
I think last Wednesday. 14:54:15
Q. You had not seen -- 14:54:16
A. Last Thursday. 14:54:17

Q. You had not seen the article before then, sir? 14:54:19 14:54:21

A. No, I had not. 14:54:21

Q. What does the Hildebrand tell you about the rate of recovery versus nonrecovery from an episode of rhabdomyolysis? 14:54:35 14:54:38 14:54:42

A. Well, they -- these authors identified the 30 patients from their institution who had muscle symptoms consistent with the diagnosis of statin myopathy, including rhabdomyolysis. 14:54:52 14:55:08 14:55:24 14:55:28

And they had information on the eventual recovery of these patients, and they found that at nine months after the episode and after withdrawal of the medication, that 24 percent had not returned to their baseline motor function. 14:55:37 14:55:43 14:55:52 14:55:54 14:56:03

Q. And that approximately 75 percent had? 14:56:07

A. Yes. 14:56:11

Q. Are you comfortable with that relative rate of recovery versus nonrecovery from rhabdomyolysis? 14:56:12 14:56:17 14:56:20

MR. ARBITBLIT: Objection. 14:56:21

THE WITNESS: You mean: Do I think it fits with my view of what -- 14:56:22 14:56:26

MR. ISMAIL: Yes. 14:56:30

THE WITNESS: -- what happens? 14:56:30

A. Yes, I think I do. Yeah. 14:56:34
BY MR. ISMAIL: 14:56:39
Q. How many patients with rhabdo have you personally treated? 14:56:39 14:56:43
A. Four or five. 14:56:49
Q. In how many years of practice? 14:56:49
A. In how many years as a neurologist? Thirty or so. 14:56:55 14:57:02
Q. None of those cases involved statins; is that right? 14:57:02 14:57:05
A. Correct. 14:57:05
Q. Did they involve any other lipid-lowering drug? 14:57:05 14:57:09
A. No. 14:57:10
Q. In your experience with these four to five patients, did any recover? 14:57:11 14:57:15
A. I can't answer that because I only treated them through the acute phase of it and don't know what the long term result was. 14:57:23 14:57:26 14:57:29
Q. Is it fair to say you don't have any clinical experience in regards to the long-term prognosis from rhabdomyolysis? 14:57:35 14:57:37 14:57:40
A. Only my reading in my review of cases. 14:57:50
Q. What cases are you talking about? 14:57:53
A. Well, I'm talking about the Tonin case, 14:57:55

especially. 14:57:57

Q. Okay. Other than your work as a consulting expert in litigation, do you have any firsthand experience with the prognosis from rhabdomyolysis? 14:57:58 14:58:00 14:58:03 14:58:05

A. No, I don't think so. 14:58:09

Q. Have you ever seen any article suggesting that a patient's muscular function can get worse following the acute phase of rhabdomyolysis? 14:58:19 14:58:25 14:58:29

A. I think it's definitely possible. I don't know that I've seen an article demonstrating that. 14:58:36 14:58:39

Q. Have you ever heard of a single patient who has had rhabdomyolysis who's muscular function got worse following the acute phase? 14:58:44 14:58:48 14:58:52

A. Actually, it depends on what you -- what you mean by "worse." Maybe you could explain that in just a little bit more detail. 14:58:53 14:58:56 14:59:01

Q. What do I mean by worse? 14:59:04

A. Yeah. Worse relative to what? 14:59:07

Q. A patient whose muscular condition got worse relative to their condition at the end of the acute phase of rhabdomyolysis. 14:59:13 14:59:23 14:59:28

A. I see. So, they had an acute phase; they were very weak, very severely affected; they started to recover; and then they got worse again? 14:59:29 14:59:34 14:59:37

Q. Correct. 14:59:41
A. My recollection is that that is a little bit true of Tonin. 14:59:43 14:59:45
Q. Other than Mr. Tonin, have you ever heard of such a case? 14:59:51 14:59:53
A. No, I don't think so. 15:00:04
Q. Would you agree, sir, that most patients who have myopathies milder than rhabdo from statins fully recover? 15:00:38 15:00:43 15:00:47
A. Yes, I would say most fully recover. 15:00:55
I mean, this article that we were just talking about suggests that 75 percent fully recover. 15:01:09 15:01:12 15:01:15
Q. Your report, sir, has a number of paragraphs regarding particular vulnerability of the elderly; is that correct? 15:01:16 15:01:20 15:01:25
A. Yes. 15:01:27
Q. And how there are changes that occur in muscular function over time that generally affects the elderly population, correct? 15:01:27 15:01:31 15:01:35
A. Yes. 15:01:39
Q. And if I understand it correctly, you're stating that because of these changes over time, the rate of recovery for an elderly patient may not be as favorable as it would be for a younger patient, 15:01:40 15:01:44 15:01:53 15:01:58

correct? 15:02:02

A. Correct. 15:02:02

Q. An elderly patient still can recover from rhabdomyolysis, correct? 15:02:05 15:02:10

A. Yes. That's true. 15:02:12

Q. And, obviously, elderly patients can fully recover from milder forms of myopathy, correct? 15:02:24 15:02:27

A. Yes. Some can. 15:02:36

Q. When you're talking about recovery of -- from myopathies, is it regeneration of muscle fiber that's the issue? 15:02:42 15:02:45 15:02:50

A. Well, I think there are a number of issues. I mean, one thing we didn't mention -- and I don't remember exactly if I put it in the report -- but there are a number of changes that occur with aging, some of which affect the rate of regeneration after the injury. 15:02:54 15:02:56 15:03:00 15:03:02 15:03:09 15:03:14

But some of them probably play a role in susceptibility to injury in the first place. 15:03:18 15:03:28

Q. I think you indicated earlier that age is a variable that affects your risk of myopathy from a statin, correct? 15:03:30 15:03:32 15:03:36

A. Right. 15:03:38

Q. Correct me if I'm wrong; this is what I took away from your report about recovery -- that a 15:03:42 15:03:45

patient from rhabdomyolysis may not fully recover 15:03:50
because of one of two things, the replacement of 15:03:53
healthy muscle tissue with fibrotic tissue or the 15:03:58
failure of muscle fibers to regenerate. Is that 15:04:02
fair? 15:04:08
A. Yes. I think that there probably is also 15:04:09
a reduced potential for the nerve to find its way to 15:04:13
the new muscles -- new muscle fibers. 15:04:17
Q. Is that the denervation? 15:04:20
A. Yes. 15:04:24
Q. And what causes a muscle -- or sorry. 15:04:26
What causes a nerve to denervate? 15:04:29
A. Well, probably the -- it isn't an issue 15:04:35
with the nerve. I think the issue is that the 15:04:40
nerves and the muscles form a synapse, a signalling 15:04:43
connection. 15:04:48
And so if the muscle fiber is lost, then 15:04:50
the nerve is just hanging out there in the breeze. 15:04:56
It doesn't have anyone to connect with to signal. 15:04:58
And when new muscle fibers grow back, the nerve has 15:04:59
to find its way to this new fiber and initiate a 15:05:03
synapse again. And that potential of the nerve to 15:05:09
find its way and initiate a synapse is reduced with 15:05:12
aging. 15:05:16
Q. So, when we're talking recovery from 15:05:17

rhabdo, the conditions that can cause less than 15:05:21
complete recovery would be the formation of fibrotic 15:05:25
tissue, the failure to regenerate muscle tissue and 15:05:29
the difficulty renervating. 15:05:33

A. Right. 15:05:37

Q. Anything that I've missed? 15:05:38

A. Let me just look. 15:06:06
(Reviewing) 15:06:08
Yeah, I think that's pretty much it. 15:06:09

Q. What causes the formation of fibrotic 15:06:12
tissue from rhabdomyolysis? 15:06:15

A. I don't think very much is known about 15:06:24
that. It -- I mean, I suspect it relates to the 15:06:25
severity of the rhabdo, but I don't know that there 15:06:37
are hard data on that. 15:06:39
But there are stem cells, the way to think 15:06:43
about it, in the muscle that can reform the muscle 15:06:45
fibers, but these stem cells also produce what are 15:06:52
called fiber blasts, the cells that produce this 15:06:56
fibrotic tissue. And something obviously happens 15:07:00
there. Instead of forming the muscle cells, they 15:07:05
form the fiber blasts. 15:07:08

Q. For the fibrotic tissue to develop, must 15:07:23
there necessarily have been muscle cell necrosis? 15:07:26

A. I don't think we definitely know the 15:07:39

answer to that question. I -- there are situations 15:07:41
where you can -- other muscle disorders, where you 15:07:44
can have fibrotic tissue develop without significant 15:07:48
muscle necrosis. 15:07:52
But I'd say we don't have any evidence in 15:07:56
rhabdo or in this continuum -- continuum of 15:07:58
myotoxicity that such a thing could happen. 15:08:04
Q. Can you have destruction of muscle tissue 15:08:11
without muscle cell necrosis? 15:08:13
A. Well, you can. It's something called 15:08:20
apoptosis, which is -- there are two types of cell 15:08:33
death. There's -- the way to think about it is 15:08:38
clean cell death and dirty cell death. 15:08:41
And necrosis is dirty cell death, where 15:08:44
everything gets spilled out into the surroundings. 15:08:47
And the other form, apoptosis, there are some data 15:08:54
that that occurs in statin-induced myopathy, but 15:09:00
it's not playing a role in the rhabdomyolysis. 15:09:07
Q. If apoptosis occurs, do cellular contents 15:09:13
get released into the blood? 15:09:19
A. No. The process is such that it -- the 15:09:21
cell itself deals with those proteins before it 15:09:26
breaks its membrane. 15:09:31
Another word for -- another name for 15:09:34
apoptosis is programmed cell death. So, cells are 15:09:37

dying and being replaced in the body all the time, and they're going through this process, which is like a normal process that's not harmful. 15:09:40 15:09:44 15:09:47

On the other hand, there are diseases where apoptosis gets out of control, and you have what we call a degenerative disease. And so it's possible that the apoptosis, as I said, plays some role in the whole spectrum of myotoxicity, but not in the rhabdomyolysis. 15:09:57 15:09:59 15:10:02 15:10:06 15:10:12 15:10:18

Q. Any opinions regarding the role of apoptosis, it would be fair to say at this point, are just theories? 15:10:19 15:10:22 15:10:25

MR. ARBITBLIT: Objection. 15:10:26

THE WITNESS: I don't know if they're -- if you could characterize them as theories, but I think we know less about that aspect of things. 15:10:27 15:10:32 15:10:37

BY MR. ISMAIL: 15:10:41

Q. Do you agree that any suspicions regarding apoptosis with statins has not be demonstrated to a reasonable degree of scientific certainty? 15:10:41 15:10:43 15:10:49

MR. ARBITBLIT: Objection. 15:10:52

THE WITNESS: I don't know the answer to that. I haven't researched that issue as completely as I have the other things we've talked about. 15:10:54 15:10:57 15:11:03

BY MR. ISMAIL: 15:11:05

Q. What condition could be happening in the 15:11:05
muscle that would cause less than complete recovery 15:11:10
in the absence of muscle cell death? 15:11:16
A. Well, it's quite conceivable that 15:11:27
mitochondrial -- the mitochondrial injuries could be 15:11:36
permanent. 15:11:42
Q. What do you mean by "quite conceivable"? 15:11:44
A. Well, we -- I think there is a -- there is 15:11:58
a paper by England, I think, that I reported on, 15:12:02
where they've shown that the mitochondrial 15:12:08
abnormality was there a year after stopping the 15:12:16
drug. So ... 15:12:18
(Reviewing) 15:12:50
I'm sorry. I didn't realize you were 15:12:51
waiting for me. 15:13:55
Q. Well, why don't we -- 15:13:57
A. You have that article. 15:14:03
MR. ISMAIL: Yes, sir. 15:14:03
Let's mark -- what are we on, 6? 15:14:03
THE REPORTER: Yes. 15:14:07
(WHEREUPON, Richman Exhibit 6 was marked 15:14:23
for identification.) 15:14:24
BY MR. ISMAIL: 15:14:35
Q. Is Exhibit 6, sir, the England article to 15:14:35
which you reference? 15:14:38

A. Yes. 15:14:42
Q. And in the -- the England article describes 15 patients taking either Zocor or Pravachol? 15:14:42 15:14:50 15:14:55
A. Correct. 15:15:00
Q. And there were biopsies taken of the 15 patients? 15:15:01 15:15:07
A. Yes. And these were patients who were having muscle symptoms. And the biopsies were taken from all 15. 15:15:18 15:15:21 15:15:26
Q. Okay. And the authors in Exhibit 6 note some microscopic changes in the muscle pathology? 15:15:27 15:15:32
A. Correct. 15:15:36
Q. And then the statin was stopped for all the patients? 15:15:37 15:15:42
A. (Reviewing) 15:16:01
The statin was stopped, yes. 15:16:02
Q. And all symptoms and signs resolved -- 15:16:04
A. Right. 15:16:08
Q. -- for the patients? 15:16:09
A. Right. 15:16:10
Q. Okay. So, in -- one takeaway from the England article is that the muscle symptoms and signs stopped when the patient stopped the statin, correct? 15:16:11 15:16:16 15:16:19 15:16:23

A. Right. 15:16:23
Q. And then they rechallenged three of the patients? 15:16:24 15:16:28
A. I don't ... 15:16:28
(Reviewing) 15:16:31
I don't think so. 15:16:32
Q. "All symptoms and signs resolved on cessation of the drugs and recurred in three of the three patients rechallenged." 15:16:33 15:16:36 15:16:39
A. Oh, yes. Okay. 15:16:42
Q. And then in those three patients who were rechallenged, they were biopsied again a year later. 15:16:43 15:16:46
A. Correct. 15:16:52
Q. And there were, again, the microscopic exchanges in the muscle pathology. 15:16:54 15:16:59
A. Right. 15:17:00
Q. So, for the biopsies that were done a year later, it was in the case of the three patients who were put back on the statin, correct? 15:17:01 15:17:09 15:17:11
MR. ARBITBLIT: Objection. 15:17:14
THE WITNESS: My reading of that is that they were rechallenged with the drugs; they had symptoms. The drug was stopped. And then a year after stopping the drug a second time, they were biopsied. 15:17:14 15:17:20 15:17:24 15:17:30 15:17:32

BY MR. ISMAIL: 15:17:32

Q. Would you agree that the article does not -- or for the three patients who were rechallenged, the article does not state that they were removed from their statin after the rechallenge? 15:17:32 15:17:35 15:17:38 15:17:42 15:17:45

MR. ARBITBLIT: Objection. 15:17:47

THE WITNESS: Yeah. It says, "Were still present one year after stopping the drug." 15:17:47 15:17:49

MR. ISMAIL: Oh, yes. Okay. 15:17:54

THE WITNESS: It's pretty clear. 15:17:56

BY MR. ISMAIL: 15:17:57

Q. And in those three patients, was there any clinical manifestation of the microscopic changes? 15:17:57 15:18:05

MR. ARBITBLIT: Objection. 15:18:10

THE WITNESS: They don't comment on that. 15:18:21

BY MR. ISMAIL: 15:18:23

Q. The -- were you done? 15:18:23

A. They -- I mean, they -- that is, after stopping the drug the second time, I don't see that they comment on whether the symptoms cleared the second time they stopped the drug. 15:18:26 15:18:28 15:18:31 15:18:38

Q. All they say is -- the only comment they make either way is the first time. 15:18:39 15:18:42

A. Right. Right. 15:18:44

Q. We began our discussion of the England article when I asked you whether -- or asked you what process could be happening to inhibit complete recovery in a statin myopathy that did not involve cell death. And you made reference to England's article, Exhibit 6, correct? 15:18:55 15:18:56 15:19:01 15:19:07 15:19:10 15:19:16

A. Correct. That the mitochondrial abnormality could continue at least for a year after stopping the drug. 15:19:19 15:19:25 15:19:28

Q. Would you consider a patient to have completely recovered if they had no signs or symptoms of muscle problems if the biopsy revealed mitochondrial changes in the muscle cell? 15:19:28 15:19:29 15:19:32 15:19:41

A. No. I think -- the biopsy is the gold standard of what things are. I mean, you can have a disease going on without any symptoms. 15:19:42 15:19:47 15:19:50

Q. Other than the mitochondrial changes in the muscle cell that you just described, are you aware of anything else that can inhibit complete recovery in a statin myopathy not involving cell death? 15:20:18 15:20:22 15:20:24 15:20:29 15:20:34

MR. ARBITBLIT: Objection. 15:20:34

THE WITNESS: No, I'm not. 15:20:47

BY MR. ISMAIL: 15:20:55

Q. When Dr. Phillips did his work on 15:20:55

mitochondrial myopathy, did he biopsy the patients 15:20:57
on placebo? 15:21:02
A. Let me go back to that article. 15:21:08
(Reviewing) 15:21:17
I'm having a little trouble finding 15:22:07
whether -- remember, these were the cases where 15:22:16
they -- where they were given drug or placebo and 15:22:19
then switched and then switched and -- 15:22:24
Q. If I can direct you -- 15:22:26
A. Yeah.
Q. -- to the third page, the paragraph we 15:22:27
looked at before with the five diagnostic criteria. 15:22:30
It's the one that's got the pathology slides on it. 15:22:44
A. Okay.
Q. If you look at the left column, "The 15:22:49
pathologic abnormality reversed upon discontinuation 15:22:50
of statin therapy." 15:22:52
A. Well, these were patients who were then 15:22:57
rebiopsied at sometime later. But I -- but the 15:22:57
first biopsies -- well, here it is in the figure. 15:23:05
"Biopsy specimens obtained while patients were 15:23:09
receiving and not receiving statin therapy." 15:23:13
So, I presume the first biopsies were done 15:23:15
while they were on the phase in which they were 15:23:19
taking the drug. But it's a little bit hard to be 15:23:20

absolutely sure of what their timing was. 15:23:30

Q. Let me -- if you go to the narrative of the patients, which is in the preceding patients, three of the four patients were rebiopsied during the placebo phase after the statin phase. 15:23:32 15:23:34 15:23:37 15:23:39

A. Where? 15:23:48

Q. Go to Patient One, the last -- 15:23:48

A. Uh-huh. 15:23:50

Q. -- line of the narrative. 15:23:51

A. Okay. 15:24:02

"The muscles -- " 15:24:03

"The patient's muscle symptoms and hip weakness improved three months after she had discontinued statin therapy." 15:24:04 15:24:08 15:24:10

I'm not sure that that was the placebo phase. 15:24:13 15:24:16

Q. Okay. Well, let me -- 15:24:16

A. You know, I think there's -- the study phase where they -- the patient was getting a pill that was either placebo or drug and so -- and that's when they measured symptoms or not symptoms. 15:24:17 15:24:20 15:24:22 15:24:29

Q. At the three-month point following discontinuation of the statin -- 15:24:36 15:24:39

A. Yes. Whether they were on placebo or nothing, we don't know. Right. 15:24:40 15:24:42

Q. Correct.

The muscle biopsy showed complete resolution.

A. Right. 15:24:45

Q. Same for Patient Two. At the three-month point, after discontinuation -- 15:24:45 15:24:50

A. Right. 15:24:51

Q. -- complete reversal for the pathology, right? 15:24:51 15:24:53

A. Right. 15:24:54

Q. Same for Patient Three at five-and-a-half months. 15:24:55 15:24:57

A. Right. 15:24:57

Q. And Patient Four was not rebiopsied, correct? 15:24:57 15:25:00

A. (Reviewing) 15:25:03

Correct. 15:25:05

Q. So, of the three patients that were biopsied in Dr. Phillips' research after he stopped the statin, the mitochondrial changes had resolved, correct? 15:25:07 15:25:11 15:25:14 15:25:19

A. Yes. 15:25:21

But in the England cases, it had not. 15:25:21

Q. If you go to paragraph 20, sir. 15:25:44

A. (Reviewing) 15:25:46

Okay. 15:25:47

Q. In the second to last sentence of the paragraph, you write, "Because of the serious risk of renal failure and death due to rhabdomyolysis, the case reports do not necessarily focus on muscle complaints or residual muscle injury." 15:25:50 15:25:53 15:25:57 15:26:00 15:26:03

And then you write, "Nevertheless, the case reports do provide some useful information on these subjects." 15:26:07 15:26:10 15:26:14

First, which subjects do you believe the case reports to provide useful information? 15:26:16 15:26:19

A. The -- I see your question. 15:26:32

The -- maybe it would be better said, "Provide useful information on the spectrum of myotoxicity." 15:26:35 15:26:44 15:26:53

Q. Thereafter, in paragraph 20, you describe eleven case reports of myopathy, correct? 15:26:56 15:27:11

A. Correct. 15:27:13

Q. The first three involved Baycol therapy, correct? 15:27:15 15:27:22

A. Correct. 15:27:28

(Reviewing) 15:27:31

Actually, the fourth does also. 15:27:31

Q. Yes. The first four do. 15:27:37

A. Okay. 15:27:39

Q. And the balance of paragraph 20 deals with myopathy from something other than Baycol, correct? 15:27:52 15:27:55
A. Primarily, other statins. 15:27:59
Q. Now, every one of the patients reported in the article cited in paragraph 20 -- withdrawn. 15:28:04 15:28:13
Every Baycol patient reported in the articles you cite in paragraph 20 had elevated CK, correct? 15:28:19 15:28:24 15:28:28
A. Let me just check that. 15:28:31
(Reviewing) 15:28:34
I'm afraid I don't remember off the top of my head, in terms of the paragraphs B and C, where I -- or D, for that matter. I mean, I have the articles here; we could look at it. 15:28:50 15:29:06 15:29:14 15:29:24
MR. ISMAIL: Let's mark Exhibit 7. 15:29:27
(WHEREUPON, Richman Exhibit 7 was marked for identification.) 15:29:45 15:29:47
BY MR. ISMAIL: 15:29:47
Q. Dr. Richman, is Exhibit 7 the Gemici, G-e-m-i-c-i -- 15:29:47 15:29:51
A. Uh-huh. 15:29:54
Q. -- case report that you cite in paragraph 20(b)? 15:29:54 15:29:57
A. Yes, it is. 15:29:58
Q. If you look in the left column, sir, the 15:29:59

bottom paragraph halfway through describes a serum creatine kinase of 8,900? 15:30:02 15:30:06
A. Yes. 15:30:09
Q. So, the Baycol patient in paragraph B had elevated CK, correct? 15:30:09 15:30:12
A. Right. 15:30:15
(WHEREUPON, Richman Exhibit 8 was marked for identification.) 15:30:44 15:30:45
BY MR. ISMAIL: 15:30:46
Q. Doctor, is Exhibit 8 the Alexandridis article cited in paragraph 30(c)? 15:30:46 15:30:58
A. Yes, it is. 15:31:00
Q. If you look, sir, in the right-column bottom paragraph, do you see creatine kinase of 46,000? 15:31:01 15:31:04 15:31:07
A. Yes, that's correct. 15:31:08
Q. So, the Baycol patient in paragraph 20(c) had elevated CK, correct? 15:31:09 15:31:13
A. Correct. 15:31:27
Q. And both patients had highly elevated CK. 15:31:27
A. Correct. 15:31:27
Q. Greater than 20 times upper limit of normal, right? 15:31:27 15:31:27
A. Uh-huh. 15:31:27
Q. "Yes"? 15:31:27

A. Yes. 15:31:27
THE REPORTER: This will be 9. 15:31:51
(WHEREUPON, Richman Exhibit 9 was marked for identification.) 15:31:54 15:31:55
BY MR. ISMAIL: 15:31:56
Q. Sir, is Exhibit 9 the Bruno-Joyce article you cite in paragraph 20(d)? 15:31:56 15:32:01
A. Yes, it is. 15:32:03
Q. And do you see the Figure 1 on the second page? 15:32:10 15:32:13
A. I do. 15:32:13
Q. And do you see that the patient had CKs on -- in the hospital in excess of 40,000? 15:32:13 15:32:19
A. Yes. 15:32:22
Q. So, the patient -- Baycol patient described in 20(d) of your report had highly elevated CK, correct? 15:32:22 15:32:25 15:32:29
A. Correct. 15:32:30
Q. So, at this point, you're comfortable saying that every Baycol patient described in paragraph 20 had highly elevated CK, correct? 15:32:31 15:32:33 15:32:36
A. Yes. 15:32:41
Q. Now, the first article, the Ravnan article, is a case report of 11 patients; is that right? 15:32:49 15:32:52 15:32:57

MR. ARBITBLIT: Objection. 15:32:57
THE WITNESS: Yes. 15:32:58
MR. ARBITBLIT: Eleven cases. 15:33:01
THE WITNESS: Oh, actually, you're right. 15:33:01
It's a report of 11 cases. It's a series, 15:33:05
if you will. 15:33:11
BY MR. ISMAIL: 15:33:12
Q. I have no idea what I said that was 15:33:12
incorrect, but let's use your words. 15:33:14
A. Okay. 15:33:16
Q. The Ravnan article describes 11 patients, 15:33:17
correct? 15:33:20
A. Correct. 15:33:20
Q. And six of the eleven were followed for -- 15:33:23
to determine whether there was -- withdrawn. 15:33:44
Four of the patients were lost to 15:33:47
follow-up, correct? 15:33:49
A. Uh-huh. 15:33:50
Q. "Yes," sir? 15:33:51
A. Yes. 15:33:51
Q. And one patient died. 15:33:52
A. That's correct. 15:33:53
Q. And of the remaining six patients, all 15:33:54
fully recovered, correct? 15:33:57
A. That's correct. 15:33:59

Q. And similarly, the Baycol patient described in the Gemici article, that patient fully recovered, correct? 15:34:00 15:34:04 15:34:10
MR. ARBITBLIT: Objection. 15:34:11
THE WITNESS: Let's see. Gemici. 15:34:18
(Reviewing) 15:34:22
BY MR. ISMAIL:
Q. If you turn to the second column in the carryover paragraph -- 15:34:34 15:34:36
A. Uh-huh. 15:34:38
Q. -- the author writes, "Her symptoms disappeared within days." 15:34:38 15:34:41
A. Within days of normalization of her CK, yes. 15:34:53 15:34:59
Q. So, that patient fully recovered, correct? 15:35:00
A. Yes. 15:35:05
Q. And then in the Alexandridis article, if you turn to the second page, the carryover paragraph, the authors say, "The patient was asymptomatic." 15:35:05 15:35:18 15:35:23 15:35:27
A. Correct. 15:35:31
Q. That patient recovered, then? 15:35:33
A. Yes. 15:35:38
Q. And then in the Bruno-Joyce article, the carryover paragraph from page 2 to page 3 talks 15:35:38 15:35:51

about the regaining muscle strength and, "The patient felt he had returned to his usual state of health at time of discharge." 15:35:57 15:36:01 15:36:04

A. (Reviewing) 15:36:20

Yes, that's correct. 15:36:21

Q. So, in terms of muscular function, all the patients who were followed that you report on in paragraph 20 who were on Baycol fully recovered, correct? 15:36:32 15:36:38 15:36:42 15:36:47

A. As best we can tell from these reports, yes. 15:36:48 15:36:51

Q. Now, every patient, regardless of cause, who is described in the articles in paragraph 20 had highly elevated CK, correct? 15:36:55 15:36:59 15:37:04

A. (Reviewing) 15:37:16

Again, I'm afraid I don't remember that specifically, but let's ... 15:37:20 15:37:27

Q. I think in every one of them, you've described a diagnosis of rhabdomyolysis, correct? 15:37:29 15:37:32

A. Yeah. 15:37:35

(Reviewing) 15:38:16

Well, there is the case in "I," where I say, "Before such treatment, motor function improvement had been incomplete, despite return to normal CK levels." 15:38:16 15:38:20 15:38:24 15:38:28

So, I think we can assume that at some point, the CK was elevated. 15:38:30 15:38:32

Q. Do you want to see the article that states he had a CK of 20,000? 15:38:50 15:38:52

A. No, I don't -- I have it here. 15:38:54

Q. "She," actually. 15:38:56

A. "She." Okay. 15:38:58

(Reviewing) 15:39:10

Right. So, I think I can answer that question "yes." 15:39:11 15:39:13

Q. So, the case reports that you cite in paragraph 20 really speak to the severity of the spectrum, and that is patients with rhabdomyolysis, correct? 15:39:21 15:39:23 15:39:27 15:39:29

A. Yes. 15:39:31

Q. And I think the only paragraph in which -- sorry -- the only two reports, I think, that describe continuing problems is paragraph J, the Zocor patient, and paragraph K, the heroin addict. 15:39:32 15:39:52 15:39:54 15:39:59

MR. ARBITBLIT: Objection. 15:40:03

THE WITNESS: (Reviewing) 15:40:26

Yes, I think that's correct. 15:40:27

BY MR. ISMAIL: 15:40:28

Q. So, it's certainly the case that the majority of rhabdomyolysis patients described in 15:40:28 15:40:30

your paragraph 20 fully recovered, correct? 15:40:34

A. I think that -- given the data that we have from those reports, that's correct. But I -- I think it is still true that most cases of the myopathy are reported by the internists taking care of the patient for other issues. 15:40:38 15:40:45 15:40:48 15:40:58 15:41:04

And I'm not a hundred percent sure that what they describe as normal motor function would be what I would describe as motor function. I think that's just my only proviso there. 15:41:09 15:41:12 15:41:16 15:41:18

Q. Okay. But in terms of -- well, you listed these reports in your report and indicated that these reports provide useful information, correct? 15:41:20 15:41:25 15:41:28

A. That's right, yes. 15:41:31

Q. And in all the patients, there was elevated CK, correct? 15:41:32 15:41:34

A. Correct. 15:41:36

Q. And in most of the patients, the reporters describe the patients as recovering. 15:41:37 15:41:42

A. That's correct, yes. 15:41:48

(Reporter seeks clarification.) 15:41:50

MR. ISMAIL: I'm sorry. "Recovered." Thank you. 15:41:53 15:41:58

THE WITNESS: Yeah. 15:41:58

BY MR. ISMAIL: 15:42:12

Q. Switching topics, sir. 15:42:12
MR. ARBITBLIT: Shall we take another break, or are you close to finishing? 15:42:37 15:42:38
MR. ISMAIL: I bet I have less than an hour. Tell me about your staying power. 15:42:41 15:42:43
MR. ARBITBLIT: We could probably use a five-minute break. 15:42:50 15:42:52
MR. ISMAIL: Now? I serve at your pleasure. 15:42:53 15:42:55
MR. ARBITBLIT: Do you want to take a break or keep going? 15:42:56 15:42:57
THE WITNESS: Let's keep going for now. 15:42:59
MR. ARBITBLIT: I serve at his pleasure. 15:43:02
THE REPORTER: Would you give me a second? 15:43:06
MR. ISMAIL: Sure. 15:43:08
MS. MEADERS: This is Kim Meaders. Can I ask my question? 15:43:11 15:43:14
(Discussion off the record.) 15:43:59
MS. ARBITBLIT: Let's let her ask her questions.
MR. ISMAIL: The floor is yours, Kim. 15:43:59

EXAMINATION

BY MS. MEADERS: 15:44:01
Q. Doctor, my name is Kim Meaders, and I represent the pharmacies in this litigation. 15:44:02 15:44:07

Can you hear me okay?

(Discussion off the record.)

BY MS. MEADERS:

Q. Can you hear me okay, Doctor? 15:44:17

A. Yes. But I'm closer to the speaker. 15:44:20

Q. Okay. I represent the pharmacies in this litigation. 15:44:22 15:44:24

Have you been asked to express any opinions about pharmacies that filled prescriptions of Baycol? 15:44:25 15:44:26 15:44:28

A. No, I have not. 15:44:32

Q. Is there anything in your report about pharmacies that may have filled prescriptions with Baycol? 15:44:33 15:44:36 15:44:38

A. No. 15:44:39

Q. Do you intend to offer any opinions at trial about pharmacies in this litigation? 15:44:39 15:44:42

A. No, I do not. 15:44:45

MS. MEADERS: Based on that, I don't have any other questions, and I am logging off the deposition. You guys have a good night. 15:44:46 15:44:49 15:44:50

MR. ISMAIL: Good night. 15:44:52

MR. ISMAIL: Can I mark that? 15:45:27

(WHEREUPON, Richman Exhibit 10 was marked for identification.) 15:45:28 15:45:29

FURTHER EXAMINATION

BY MR. ISMAIL: 15:45:32

Q. Dr. Richman, can you identify Exhibit 10, please? 15:45:32 15:45:41

A. (Reviewing) 15:45:42

I'm not quite sure where this is from. It's a statement of my fees and prior testimony. 15:45:50 15:46:02

Q. Is Exhibit 10 accurate, sir? 15:46:08

A. Yes, I think so. 15:46:21

Q. Now, you've never given a deposition as an expert witness -- as an expert witness, correct? 15:46:22 15:46:25

A. I don't think so. 15:46:31

Q. Where did you get the rates that you discuss here for deposition testimony and trial testimony? 15:46:39 15:46:42 15:46:45

A. It's -- it came from our department's fee schedule, our neurology department at UC Davis. 15:46:45 15:46:53

Q. Does your department collect the fees? 15:46:56

A. It varies. And this year, they will collect the fees. 15:46:58 15:47:08

Q. 2004, you mean? Is that what you mean? 15:47:09

A. No. This academic year. 15:47:15

Q. What does it vary upon? 15:47:17

A. It's a pretty complicated formula. 15:47:23

Q. Then I don't want to know. 15:47:26

A. Yeah. 15:47:27
Q. When you say, "They collect the fees," what does that mean? Do they get to keep the money? 15:47:32 15:47:34
A. Yes. 15:47:38
Q. Do you see any of it? 15:47:39
A. No, not in this particular year. The previous year, yes. 15:47:51
So, when did the academic year start? 15:47:53
A. July 1st. 15:47:57
Q. So, prior to July 1st, 2003, any work that you did, you kept the money; is that right? 15:47:58 15:48:01
A. Right. 15:48:06
Q. And you had not given a deposition, obviously, correct? 15:48:06 15:48:08
A. Right. 15:48:08
Q. And so your rate at that time was $400 an hour? 15:48:09 15:48:15
A. Yes. 15:48:17
Q. And the work you have done since July 1st, 2003, is it your testimony you don't see any of it? 15:48:17 15:48:21
A. Correct. 15:48:23
It may actually -- I don't know -- really know the answer to that. I might see some of it. 15:48:28 15:48:30
Q. What might that depend on? Is that that formula you were talking about? 15:48:36 15:48:40

A. Yeah. 15:48:43

Q. Can you -- without telling me the calculation, just describe narratively what the process is. 15:48:45 15:48:47 15:48:50

A. We have a goal that we're supposed to meet with our -- financially within our department, each individual faculty member. 15:48:59 15:49:01 15:49:04

And if we meet that goal, we can bill as individuals for our professional witness fees. If we don't meet the goal, then the department bills, and it goes into the department. 15:49:11 15:49:15 15:49:21 15:49:26

Now, in normal circumstances, 80 or 90 percent of that money can come back to the faculty member as a bonus. But in a situation where the department is in deficit, the decision about that is made by the dean. And I don't know what his decision will be. 15:49:34 15:49:39 15:49:42 15:49:45 15:49:49 15:49:53

Q. Does he do any expert work? Maybe that may influence it. 15:49:55 15:49:58

A. I don't know. 15:49:59

MR. ISMAIL: I'd like to mark this, please, as Exhibit 11. 15:50:11 15:50:12

(WHEREUPON, Richman Exhibit 11 was marked for identification.) 15:50:29 15:50:30

BY MR. ISMAIL: 15:50:37

Q. Is Exhibit 11, sir, three -- no -- two bills that you've submitted in the Baycol litigation? 15:50:37 15:50:44 15:50:46
A. Yes, it is. 15:50:47
Q. Does Exhibit 11 accurately and completely record your time that you've spent on Baycol litigation up through June 26th, 2003? 15:50:50 15:50:54 15:50:56
A. (Reviewing) 15:51:09
Well, I'd say through May 30th, 2003, yes. 15:51:10
Q. Okay. When did you first begin -- when did you first learn you were to prepare an expert report in the litigation? 15:51:16 15:51:32 15:51:34
A. I think I knew that from the first time Mr. Arbitblit spoke to me about consulting. 15:51:40 15:51:42
Q. If you'd turn to the second page -- third page. Sorry, sir. You have these review deposition times in May. 15:51:49 15:51:53 15:52:00
What does all that relate to? 15:52:07
A. They were depositions that were sent to me by Zimmerman Reed to review. 15:52:09 15:52:12
Q. Depositions of Bayer witnesses? 15:52:22
A. I think so. I don't remember the -- the individuals. 15:52:25 15:52:27
Q. Have you submitted a bill since June 26th, 2003? 15:52:34 15:52:37

A. No, I haven't. 15:52:38

Q. Has the department? 15:52:39

A. No. 15:52:40

Q. Have you recorded your time anywhere? 15:52:40

A. I have. 15:52:43

Q. Do you have that in your own files? 15:52:44

A. (Nods head.) 15:52:49

Q. Do you intend at some point to bill for that time? 15:52:49 15:52:52

A. Yes. 15:52:53

MR. ISMAIL: Counsel, when -- could you obtain from Dr. Richman his time records since the submission of the June 26th, 2003, bill and provide that to us? 15:52:53 15:52:55 15:53:00 15:53:03

MR. ARBITBLIT: Yes. 15:53:04

MR. ISMAIL: Thank you. 15:53:05

THE REPORTER: This will be 12. 15:53:34

(WHEREUPON, Richman Exhibit 12 was marked for identification.) 15:53:38 15:53:39

BY MR. ISMAIL: 15:53:39

Q. Now, Dr. Richman, Exhibit 12 was appended as Exhibit C to your expert report and is listed as materials reviewed and relied upon by you, correct? 15:53:39 15:53:45 15:53:47

A. Yes. 15:53:52

Q. Did you go out and obtain this literature, 15:53:54

or was it sent to you by counsel? 15:53:57

MR. ARBITBLIT: Objection. 15:54:01

THE WITNESS: The vast majority I went out and obtained by myself. 15:54:04 15:54:08

BY MR. ISMAIL: 15:54:09

Q. At the time you submitted your expert report in December of 2003, does Exhibit 12 reflect all the materials that you are relying upon for that report? 15:54:09 15:54:11 15:54:17 15:54:21

A. (Reviewing) 15:54:28

I think it's very likely. I didn't actually write down this list. Mr. Arbitblit's assistant came and went through all my articles and recorded them and so forth. And so I -- I think the chances are that it's correct. 15:54:29 15:54:31 15:54:40 15:54:42 15:54:45

Q. You gave your file over to the legal team to prepare the list? 15:54:52 15:54:58

A. Yes. 15:54:59

Q. And to the best of your ability, you included all the materials you were relying upon. 15:55:00 15:55:02

A. Yes. 15:55:06

MR. ISMAIL: Please mark as Exhibit 13. 15:55:06

(WHEREUPON, Richman Exhibit 13 was marked for identification.) 15:55:22 15:55:23

BY MR. ISMAIL: 15:55:25

Q. Now, Exhibit 13 was provided to us last week, I believe, sir, as a supplemental list of materials reviewed or relied upon. 15:55:25 15:55:35 15:55:39

Did you prepare Exhibit 13? 15:55:41

A. (Reviewing) 15:55:49

No. Again, Mr. Arbitblit's legal team did that. I gave them my additional file and ... 15:55:50 15:55:53

Q. Okay. We were provided, as well, sir, a number of large printouts of literature searches we understand you did at various points in time. 15:56:02 15:56:06 15:56:11

A. (Nods head.) 15:56:13

Q. And there's dozens of references cited in those printouts. 15:56:14 15:56:20

A. Correct. 15:56:20

Q. Did you separately list every article that you are relying upon in Exhibits 12 or 13? 15:56:25 15:56:29

A. I'm not sure what you mean "separately list." 15:56:40 15:56:42

Q. Let me give you one of them and -- 15:56:42

A. I know the printouts you're referring to. 15:56:44

Q. What I want to know, sir, is whether -- if there's an article from that literature search that you specifically printed out, read and are relying upon, is listed in Exhibit 12 or is one of the three articles here in Exhibit 13. 15:56:46 15:56:50 15:56:52 15:56:57 15:57:02

A. Well, there's -- there are a number of -- many articles are available to me online. And if I'm really interested in it, I print it out. But sometimes I just skim through it online. 15:57:04 15:57:09 15:57:14 15:57:16

And so -- but I wouldn't have made written notes about it. I mean, it would fill up my own knowledge base, but I -- I don't think I specifically referred to any of those. 15:57:21 15:57:32 15:57:36 15:57:39

Q. Okay. Let me try it this way. 15:57:42

One of my goals today is to get a complete understanding of everything that you are relying upon for your opinions. 15:57:45 15:57:48 15:57:50

A. Uh-huh. 15:57:51

Q. Do you understand that process? 15:57:52

A. Yeah. 15:57:53

Q. And you list 179 references in Exhibit 12. 15:57:54

A. (Nods head.) 15:58:02

Q. And then you list three additional references by name in Exhibit 13. 15:58:02 15:58:05

A. (Nods head.) 15:58:07

Q. And there were a couple that were handed to me today that we'll get to. 15:58:12 15:58:12

And I want to know that that's the universe of literature that you are relying upon for your opinions. Is that fair? 15:58:15 15:58:16 15:58:21

A. Yes, as long as -- when we include those, those printouts, as well, that you have right there. 15:58:23 15:58:26

Q. Well, that's going to be my next problem, which is I have these large -- and this is only -- this is not even half of it -- of literature search results, and I can't tell in here what is information that you deem relevant and supportive of your opinions, as opposed to just results you got from your literature search. 15:58:29 15:58:32 15:58:34 15:58:37 15:58:42 15:58:47 15:58:49

A. In most instances, I at least glanced at the abstracts of those articles -- well, I wouldn't say that. I mean, there are some articles that -- the title told me that they were of no interest. 15:58:52 15:58:57 15:59:00 15:59:03

But in others, I would at least glance at the abstract to see if I thought they would be useful. And if they were useful, I would in most instances get the article online and print it out. And if it wasn't available online, I'd either go to the library or ask Dr. Arbitblit -- Mr. Arbitblit's staff to get the article for me -- get the article for me. 15:59:06 15:59:10 15:59:14 15:59:21 15:59:28 15:59:31 15:59:36 15:59:38

And so I don't -- I can't -- let me just peek at that for a second. 15:59:43 15:59:48

MR. ISMAIL: Why don't we mark as Exhibit 14 one of the printouts. 15:59:51 15:59:52

(WHEREUPON, Richman Exhibit 14 was marked for identification.) 16:00:09 16:00:10

BY MR. ISMAIL: 16:00:11

Q. And just so I can tell you what I did when I organized these, sir -- there's a time stamp at the bottom, which I infer to be the date and time of either the search or the printout. And I have grouped several exhibits by the date and time stamp, if that's a fair way to do it. 16:00:11 16:00:13 16:00:18 16:00:23 16:00:25 16:00:29

A. Right. 16:00:30

Q. So, could you tell me as you go through Exhibit 14 if there's additional materials that you relied upon other than the articles specifically listed in Exhibit 12 and the three articles specifically listed in Exhibit 13. 16:00:34 16:00:37 16:00:39 16:00:41 16:00:45

A. I would say that some percentage of the listings here (indicating) that are not in those other lists (indicating) I've read or skimmed the abstracts of, but not all of them. And I don't see any notations here that will help me tell you which ones. 16:00:47 16:00:49 16:00:51 16:00:56 16:01:00 16:01:04

Q. I'm sure there's a lot of things you read -- you can hold onto that. 16:01:05 16:01:08

A. Thank you. 16:01:10

Q. I'm sure there's a lot of things you read 16:01:10

as part of your work at the hospital, or university. 16:01:13
But rather than a listing of things you have read, 16:01:16
is there anything else in Exhibit 14 that you are 16:01:21
affirmatively relying upon for your opinions in this 16:01:25
case?

A. No. I think we've given you everything 16:01:30
that we thought was pertinent to my testimony today. 16:01:32

Q. Okay. So, the -- we have the 179 articles 16:01:37
individually listed in Exhibit 12 and the three 16:01:44
articles individually listed in Exhibit 13 and the 16:01:47
how many number of articles I was given today are 16:01:53
the articles you are affirmatively relying upon in 16:01:55
this case, correct? 16:01:58

A. Yes. 16:01:59

Q. The binder that you brought with you 16:02:19
today, sir, was that put together for you by 16:02:21
someone? 16:02:25

A. No. I did it myself. 16:02:26

MR. ISMAIL: Okay. Can you mark this 15, 16:02:30
please? 16:02:56

(WHEREUPON, Richman Exhibit 15 was marked 16:02:56
for identification.) 16:02:57

BY MR. ISMAIL: 16:03:11

Q. Dr. Richman, Exhibit 15 is a compilation 16:03:11
of cover letters to you from -- mostly from Lieff, 16:03:17

Cabraser. And each one makes some reference to either binders or articles that counsel was providing to you. 16:03:29 16:03:32 16:03:36

A. (Nods head.) 16:03:38

Q. I'm just confused as to what the process was for obtaining the literature you list in your report. 16:03:38 16:03:42 16:03:44

A. When I agreed to consult, Mr. Arbitblit sent me a binder, a fairly small binder, of articles that he had collected to help me get started. I then -- with help of those articles, I then started reviewing the literature on my own, and mainly through the searches that you see -- the type of search that you see. 16:03:57 16:03:59 16:04:04 16:04:11 16:04:19 16:04:24 16:04:27

And those that I -- articles I could not get online, in most instances, I asked his staff to provide them for me. In some instances, I went to the library and got them myself. And then occasionally, Mr. Arbitblit would send me an article that he thought I didn't have that was of interest, but it was very few. 16:04:31 16:04:35 16:04:39 16:04:44 16:04:48 16:04:54 16:04:57

MR. ISMAIL: Okay. Put that I aside, please. Exhibit 16. 16:04:59 16:05:05

(WHEREUPON, Richman Exhibit 16 was marked for identification.) 16:05:20 16:05:22

BY MR. ISMAIL: 16:05:25
Q. Dr. Richman, is Exhibit 16 a complete and accurate copy of your CV? 16:05:25 16:05:30
A. (Reviewing) 16:05:41
I'd say up to 2002. I don't -- I mean, I've had a few more publications since then, but no -- no other major -- maybe a couple of grants that were funded since then. 16:05:42 16:05:45 16:05:49 16:05:58
Q. Is there anything in Exhibit 16 you believe is inaccurate, sir? 16:05:58 16:06:04
A. Not that I know of. 16:06:04
Q. And you indicated it was up-to-date as of sometime in 2002? 16:06:05 16:06:10
A. Yeah. 16:06:11
Q. The additional articles or research grants you made reference to, does any of that have to do with rhabdomyolysis? 16:06:12 16:06:16 16:06:18
A. No. 16:06:19
Q. Do any of the additional articles or research grants have anything to do with the side effects of statins? 16:06:19 16:06:22 16:06:24
A. No. 16:06:26
Q. What is your current clinical practice? 16:06:29
A. What do you mean by that? 16:06:37
Q. First, what -- how do you spend your time? 16:06:40

If you could break it down between seeing patients versus primary research, that kind of thing. 16:06:44 16:06:46

A. Excuse me for a second. 16:06:50

(Discussion off the record.) 16:07:00

THE WITNESS: How do I spend my time? 16:07:05

I spend about -- what is a little bit more than a day and a half involved in outpatient activities. I spend a full day seeing patients, which I can tell you about if you wanted more information, in the outpatient, and then about a half-day dictating the notes related to that and so forth. 16:07:08 16:07:13 16:07:18 16:07:23 16:07:26 16:07:28 16:07:32

And one month out of 12, I do inpatient service, which is, you know, 70 hours a week full-time activity. And the rest of the time, I'm doing either research or teaching or some amount of administrative work. I'm in charge of our residency training program, so that takes a fairly good amount of administrative time. 16:07:37 16:07:43 16:07:48 16:07:53 16:08:01 16:08:04 16:08:15

BY MR. ISMAIL:

Q. Well, in terms of the patient time that you have, what -- how do you get your patients? 16:08:18 16:08:21

A. A good number -- maybe 50 percent of my patients are referred with myasthenia gravis, pretty much from around the country and Canada, as well. 16:08:31 16:08:35 16:08:40

And the other 50 percent are referred from physicians at UC Davis for muscle and nerve problems of any kind. And, occasionally, I see just, you know, neurologic problems just unrelated to those two areas, from -- mainly, from patients with -- from doctors -- referred by doctors in the UC Davis system. 16:08:46 16:08:51 16:08:58 16:09:05 16:09:08 16:09:14 16:09:18

Q. Do you prescribed statins? 16:09:18

A. No. 16:09:23

Q. Are you known in the area as being one who clinically treats patients with statin-associated myopathies? 16:09:24 16:09:32 16:09:39

A. I would say only in the sense that I'm known in the area as someone who has an interest in muscle diseases. 16:09:42 16:09:44 16:09:47

Q. But you don't have a particular reputation in the area as someone to whom people should send their statin myopathy cases? 16:09:48 16:09:51 16:09:54

A. Correct. 16:09:56

Q. Instead, your expertise and reputation is in myasthenia gravis, correct? 16:09:57 16:10:00

MR. ARBITBLIT: Objection. 16:10:03

THE WITNESS: Right. My major reputation, yeah. 16:10:03 16:10:06

BY MR. ISMAIL: 16:10:06

Q. Sir, is there any research work reflected in your CV relating to rhabdomyolysis? 16:10:06 16:10:13
A. No. 16:10:17
Q. Is there any research work in Exhibit 16 relating to the side effects of statins? 16:10:18 16:10:26
A. No. 16:10:36
Q. Have you -- is there anything in your CV relating to the prognosis of patients who have been diagnosed with rhabdomyolysis? 16:10:37 16:10:39 16:10:48
A. Only in the sense that I'm interested in muscle diseases. 16:11:04 16:11:06
Q. Is there any research or articles in Exhibit 16 that discuss the diagnostic criteria for statin-induced myopathy? 16:11:06 16:11:08 16:11:12
A. No. 16:11:16
Q. Is there any research or articles in Exhibit 16 that relate to the comparative safety of the statin class? 16:11:23 16:11:26 16:11:30
A. No. 16:11:36
MR. ISMAIL: Almost done. 16:12:03
(WHEREUPON, Richman Exhibit 17 was marked for identification.) 16:12:05 16:12:06
BY MR. ISMAIL: 16:12:07
Q. Dr. Richman, Exhibit 17 is a series of handwritten notes that we were provided, and I'm not 16:12:07 16:12:12