# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Baycol Products Liability Litigation | MBD No. 1431<br>(Minnesota District Court) |

**DECLARATION OF THE MASSACHUSETTS MEDICAL SOCIETY**

Now comes Stephen Morrissey, Ph.D., who on oath deposes and declares as follows:

1. My name is Stephen Morrissey, Ph.D. I am Managing Editor of *The New England Journal of Medicine* ("NEJM"), a publication of the Massachusetts Medical Society. I have held this position since 2001. Based on my review of the NEJM's archives, I report as follows.

2. On or about October 5, 2001, Judy A. Staffa, Ph.D., submitted a letter for publication to the NEJM entitled "Cerivastatin and Reports of Fatal Rhabdomyolysis" ("the Staffa letter")

3. On or about October 23, 2001, the Staffa letter was sent for external peer review.

4. Following the external peer review, the Staffa letter underwent the normal editorial process and was published in the NEJM in the February 14, 2002 issue (Vol. 346, pp. 539-40). A true and accurate copy of the published letter is appended hereto.

Signed under the penalties of perjury this 16th day of June, 2006.

Stephen Morrissey, Ph.D.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this 16th day of June, 2006, before me, the undersigned notary public, personally appeared Stephen Morrissey, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Paul W. Shaw

Paul W. Shaw, Notary Public

My commission expires: 1/22/10

# 1436517 v2 - SHAWPW - 020908/0004

1. Reijonen H, Daniels TL, Lernmark A, Nepom GT. GAD65-specific autoantibodies enhance the presentation of an immunodominant T-cell epitope from GAD65. Diabetes 2000;49:1621-6.
2. McDevitt H. Closing in on type 1 diabetes. N Engl J Med 2001;345:1060-1.
3. Chiu PP, Serreze DV, Danska JS. Development and function of diabetogenic T-cells in B-cell deficient nonobese diabetic mice. Diabetes 2001;50:763-70.
4. Bonifacio E, Atkinson M, Eisenbarth G, et al. International Workshop on Lessons from Animal Models for Human Type 1 Diabetes: identification of insulin but not glutamic acid decarboxylase or IA-2 as specific autoantigens of humoral autoimmunity in nonobese diabetic mice. Diabetes 2001;50:2451-8.

## The Acts of Terrorism

*To the Editor:* People all over the world were shocked by the disaster of September 11, 2001. I want to emphasize what the editors wrote about medical insurance in the *Journal*'s editorial on the subject (Oct. 11 issue)[1]: "Victims and their families must receive medical and mental health attention regardless of their ability to pay and whether or not they have medical insurance."

I believe that the international community of physicians should fight for justice in medical treatment. It is noteworthy that 40 million Americans have no medical insurance and billions of people in the Third World do not receive basic medical treatment. Physicians may not be able to save the world, but our united voice must be heard loud and clear. Everybody on this planet deserves medical and mental health care, regardless of his or her ability to pay. Justice in medical care might help to prevent hatred and frustration. Justice in medical care will not solve the problem of terrorism, but it might play a part in preventing it.

Ariel Rokach, M.D.
Hadassah University Hospital
Jerusalem 91240, Israel
arielr@hadassah.org.il

1. The Editors. September 11, 2001. N Engl J Med 2001;345:1126.

*To the Editor:* The editorials on bioterrorism (July 26 issue[1] and Oct. 11 issue) called for an improved national program of preparedness, including a strengthened public-service infrastructure, improvements in diagnosis, better integration of information, and timely reporting of laboratory results. An important omission in these proposals is the role of the nation's 17,000 nursing homes as a necessary addition to the evolving system of response. There are 1,600,000 nursing home beds, of which approximately 200,000 are unoccupied on any given day.[2] The nursing homes have about twice the total number of beds that hospitals have, are located in every community in the United States, employ skilled nursing staffs and medical directors, and are linked with other medical staffs in the community. They also have established mechanisms for rehabilitation, laboratory testing, radiology, and the transportation of patients. Moreover, family and social-service support are part of the work of nursing homes.

With a small amount of additional effort and planning, the nursing homes can enhance the developing response to natural or man-made emergencies. A beneficial byproduct will be a strengthening of the nursing homes in each community and improvement in their performance of their traditional role. Fear of terrorism is understandable, but fear of the nursing home is not an acceptable reason to overlook this opportunity to enhance our response to these threats to the public.

Leslie S. Libow, M.D.
Jewish Home and Hospital
New York, NY 10025
llibow@jhha.org

1. Khan AS, Ashford DA. Ready or not — preparedness for bioterrorism. N Engl J Med 2001;345:287-9.
2. Gabrel CS. An overview of nursing home facilities: data from the 1997 National Nursing Home Survey. Advance data from vital and health statistics. No. 311. Hyattsville, Md.: Public Health Service, 2000:1-12.

*To the Editor:* The same species that eradicated smallpox and has very nearly eradicated poliomyelitis has also committed innumerable acts of violence against itself. Will we ever learn that every war is a civil war?

John R. Dykers, Jr., M.D.
P.O. Box 565
Siler City, NC 27344

The editors reply:

The new threats of massive terrorism have developed amid the anger and resentment that have been building in oppressive, failing countries that do not provide for the basic needs of their people. Dr. Rokach's statement is a reminder that any plan to counter the underlying causes of terrorism should include plans to improve the health of those trapped in severe poverty. The health care resources of the economically developed countries are enormous. Some small fraction of those resources could produce substantial improvements for those living in the poorest countries.

In the aftermath of September 11 and the subsequent acts of biologic terrorism, we know that preparedness is now required for responses to acts that once seemed unimaginable. Those responses should draw on all our health care resources, including nursing homes and their personnel, as Dr. Libow points out. As Dr. Libow also suggests, being forced to create such contingency plans could result in the development of a better perspective on some of the problems in the fragmented health care system of the United States.

Edward W. Campion, M.D.
Jeffrey M. Drazen, M.D.

## Cerivastatin and Reports of Fatal Rhabdomyolysis

*To the Editor:* Bayer's voluntary withdrawal of cerivastatin from the U.S. market led to questions regarding the safety of all hydroxymethylglutaryl–coenzyme A reductase inhibitors,



Downloaded from www.nejm.org by JOE APPEL on June 5, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.

Case 0:01-md-01431-MJD Document 4175-7 Filed 06/23/2006 Page 5 of 5



TABLE 1. REPORTED CASES OF FATAL RHABDOMYOLYSIS AND NUMBERS OF PRESCRIPTIONS FOR ALL STATINS DISPENSED IN THE UNITED STATES SINCE THESE PRODUCTS WERE LAUNCHED.

| VARIABLE | LOVASTATIN | PRAVASTATIN | SIMVASTATIN | FLUVASTATIN | ATORVASTATIN | CERIVASTATIN | TOTAL |
|---|---|---|---|---|---|---|---|
| Date approved | 8/31/87 | 10/31/91 | 12/23/91 | 12/31/93 | 12/17/96 | 6/26/97 | — |
| Fatal cases of rhabdomyolysis* | 19 | 3 | 14 | 0 | 6 | 31 | 73 |
| No. of prescriptions dispensed since marketing began† | 99,197,000 | 81,364,000 | 116,146,000 | 37,392,000 | 140,360,000 | 9,815,000 | 484,273,000 |
| Reporting rate (per 1 million prescriptions)‡ | 0.19 | 0.04 | 0.12 | 0 | 0.04 | 3.16 | 0.15 |

*U.S. cases reported to the FDA before June 26, 2001, that met the following criteria were included: the report included a clinical diagnosis of rhabdomyolysis, a temporal association between rhabdomyolysis and the use of a statin could be identified from the report, and death resulted either directly or indirectly from rhabdomyolysis.

†Data are through May 2001 and are from the National Prescription Audit Plus, excluding the Long Term Care Channel.

‡The reporting rate is the number of fatal cases divided by the number of prescriptions dispensed and is a crude measure of the number of reports received by the FDA relative to the extent of the use of an agent in the U.S. population. Rigorous comparisons between drugs that are based on these data are not recommended, since many factors can affect reporting and an unknown number of cases may not be attributed to the drug or reported to the FDA. Reporting rates are not incidence rates.

or statins. Myopathy and the rarer severe rhabdomyolysis are considered adverse events of therapy with this class of drugs.[1] Concomitant use of drugs that can increase blood levels of statins can increase the risk of myopathy, as can concomitant use of gemfibrozil.[2] We summarize the U.S. reports of fatal rhabdomyolysis associated with all six drugs in this class: lovastatin, pravastatin, simvastatin, fluvastatin, atorvastatin, and cerivastatin.

We reviewed reports in the Adverse Event Reporting System of the Food and Drug Administration (FDA). We also examined the number of prescriptions dispensed in the United States since the marketing of each drug began, according to the National Prescription Audit Plus (IMS HEALTH, Fairfield, Conn.). This is a nationally projected audit of retail pharmacies and mail-order houses.

Our results show that fatal rhabdomyolysis is a rare event among statin users, with reporting rates much lower than 1 death per million prescriptions in the case of most statins (Table 1). The rate of fatal rhabdomyolysis associated with cerivastatin therapy, however, is 16 to 80 times as high as the rates for any other statin. Some of this difference appears to be related to the known, marked interaction (relative to that of other statins) between cerivastatin and gemfibrozil, which in late 1999 led to the listing on the labels of contraindications against the combined use of these agents. The use of this combination was reported in 12 of the 31 deaths. After the exclusion of the 12 cases in which gemfibrozil was used with cerivastatin and the 7 cases in which it was used with lovastatin, the reporting rate of fatal rhabdomyolysis in association with cerivastatin monotherapy is 1.9 per million prescriptions, 10 to 50 times as high as the rates associated with the other statins. Among the 19 deaths associated with cerivastatin in the absence of gemfibrozil therapy, 12 occurred after use of the 0.8-mg dose (which was approved in the United States in July 2000), 6 occurred after use of the 0.4-mg dose, and the dose was not reported in 1 case. This pattern suggests that there is a relation to the dose.

Because of the underreporting of adverse reactions, the use of reporting rates as proxy measures of risk has limitations. Only about 1 percent of all serious events are directly reported by physicians.[3] There is a secular trend of increased reporting to the FDA over the past decade.[4] However, the rate of reports of fatal rhabdomyolysis associated with the use of atorvastatin (approved for use within six months after the approval of cerivastatin) was far less than for cerivastatin. Thus, the increased reporting associated with the use of cerivastatin appears to be more than an artifact related to an increased awareness of statin-associated rhabdomyolysis or to secular trends in reporting.

On the basis of the finding of a markedly increased reporting rate of fatal rhabdomyolysis in association with cerivastatin, Bayer, with the concurrence of the FDA, moved to withdraw cerivastatin from the U.S. market. Clinicians should be aware of this labeled but rare event associated with the use of all statins and should warn patients to watch for symptoms of myopathy, such as muscle pain or weakness, which should prompt an immediate consultation with their physician.

(The views expressed are those of the authors and do not necessarily represent those of, nor imply endorsement by, the FDA or the U.S. government.)

JUDY A. STAFFA, PH.D., R.PH.
JENNIE CHANG, PHARM.D.
LANH GREEN, R.PH., M.P.H.
Food and Drug Administration
Rockville, MD 20857
staffaj@cder.fda.gov

1. Physicians' desk reference. 55th ed. Oradell, N.J.: Medical Economics, 2001.
2. Pierce LR, Wysowski DK, Gross TP. Myopathy and rhabdomyolysis associated with lovastatin-gemfibrozil combination therapy. JAMA 1990;264:71-5.
3. Scott HD, Rosenbaum SE, Waters WJ, et al. Rhode Island physicians' recognition and reporting of adverse drug reactions. R I Med J 1987;70:311-6.
4. Kennedy DL, Goldman SA, Lillie RB. Spontaneous reporting in the United States. In: Strom BL, ed. Pharmacoepidemiology. 3rd ed. New York: John Wiley, 2000:151-74.

Correspondence Copyright © 2002 Massachusetts Medical Society.



Downloaded from www.nejm.org by JOE APPEL on June 5, 2006 .
Copyright © 2002 Massachusetts Medical Society. All rights reserved.