# EXHIBIT J

*INVITED REVIEW*

ABSTRACT: Rhabdomyolysis, a syndrome of skeletal muscle breakdown with leakage of muscle contents, is frequently accompanied by myoglobinuria, and if sufficiently severe, acute renal failure with potentially life-threatening metabolic derangements may ensue. A diverse spectrum of inherited and acquired disorders affecting muscle membranes, membrane ion channels, and muscle energy supply causes rhabdomyolysis. Common final pathophysiological mechanisms among these causes of rhabdomyolysis include an uncontrolled rise in free intracellular calcium and activation of calcium-dependent proteases, which lead to destruction of myofibrils and lysosomal digestion of muscle fiber contents. Recent advances in molecular genetics and muscle enzyme histochemistry may enable a specific metabolic diagnosis in many patients with idiopathic recurrent rhabdomyolysis.

© 2002 Wiley Periodicals, Inc. *Muscle Nerve* 25: 332–347, 2002

# RHABDOMYOLYSIS: A REVIEW

**JASON D. WARREN, BMedSc, MB, BS, FRACP,[1]**
**PETER C. BLUMBERGS, MB, BS, FRACP,[2] and**
**PHILIP D. THOMPSON, MB, BS, PhD, FRACP[1,3]**

[1] Department of Neurology, University of Adelaide, Royal Adelaide Hospital, Adelaide, South Australia, Australia
[2] Department of Neuropathology, Institute of Medical and Veterinary Science, Adelaide, South Australia, Australia
[3] Department of Medicine, University of Adelaide, Royal Adelaide Hospital, North Terrace, Adelaide, South Australia 5000, Australia

*Accepted 17 October 2001*

Rhabdomyolysis, literally "dissolution of striped [skeletal] muscle,"[146] is caused by a variety of mechanisms affecting myocytes and muscle membranes. These range from direct muscle injury to genetic and biochemical influences that alter the integrity of muscle membranes. Rhabdomyolysis leads to leakage of muscle cell contents, including the oxygen-binding muscle protein myoglobin. Myoglobinuria (increased urinary excretion of myoglobin) is used interchangeably with rhabdomyolysis and is the most important consequence of significant muscle breakdown.

Rhabdomyolysis is a syndrome of great antiquity. The first recorded reference appears in the *Book of Numbers*, where it is related that the Israelites became ill and died after eating quail, which had probably fed on hemlock seeds.[12,152] Epidemics of myoglobinuria in the Baltic area in the 1930s (Haff disease) may have been due to eating contaminated fish.[7] Interest in rhabdomyolysis was stimulated by crush injuries with acute myoglobinuric renal failure sustained by civilians during the London Blitz[22] and, more recently, the recognition of exercise-related hyperthermic syndromes such as "white collar rhabdomyolysis,"[71,80] raver's hematuria,[149] and the "pseudo-crush" syndrome in torture victims.[13] Of the many disease processes that cause rhabdomyolysis (Tables 1 and 2), metabolic myopathies are increasingly recognized.[130,148,153] In a significant proportion of cases of recurrent rhabdomyolysis, no cause can be identified.[51]

## CLINICAL FEATURES

The clinical syndrome of rhabdomyolysis comprises acute muscle necrosis with swollen, tender muscles and limb weakness. Myalgia may be accompanied by dark "tea-colored" urine indicating myoglobinuria. The extent of weakness varies considerably and rhabdomyolysis must be distinguished from other causes of severe, widespread muscular weakness, including nonnecrotizing acute myopathies, critical illness myopathy, periodic paralysis, and Guillain–Barré syndrome.[35] In crush injuries and prolonged immobil-

---

**Abbreviations:** ATP, adenosine triphosphate; CK, creatine kinase; CPT, carnitine palmitoyl transferase; HIV, human immunodeficiency; MAOI, monoamine oxidase inhibitor; MCAD, medium-chain acyl-coenzyme A dehydrogenase; MH, malignant hyperthermia

**Key words:** fatty acid oxidation disorders; hyperthermic syndromes; metabolic myopathy; rhabdomyolysis

**Correspondence to:** P. D. Thompson; e-mail: philip.thompson@adelaide.edu.au

© 2002 Wiley Periodicals, Inc.
Published online 1 February 2002; DOI 10.1002/mus.10053

**Table 1.** Acquired causes of rhabdomyolysis.*

**Exertion (1, 2, 4)**
Exercise; "march myoglobinuria"; status epilepticus; delirium; psychosis; electric shock, electroconvulsive therapy; prolonged cardiopulmonary resuscitation and cardioversion; status asthmaticus; tetanus; prolonged myoclonus, dystonia or chorea; ? neuromyotonia; conga drumming, keyboard operation; raver's hematuria

**Crush (2)**
External weight; prolonged immobility (including coma, Parkinson's disease); exaggerated lithotomy position and other surgical positions; "pseudo-crush" syndrome (torture victims, child abuse); pneumatic antishock garment

**Ischemia (4)**
Arterial occlusion; compartment syndrome; cardiopulmonary bypass; vena cava ligation; disseminated intravascular coagulation; sickle cell disease; air embolism; atrial myxoma; diabetes mellitus; increased capillary permeability syndrome

**Metabolic (1, 3, 4)**
Hypokalemia; diabetic ketoacidosis; nonketotic hyperglycemic/hyperosmolar states; hyper/hyponatremia; hypophosphatemia; hypothyroidism; near drowning; renal tubular acidosis; pancreatitis; Crohn's disease with elemental diet

**Extremes of body temperature (1, 2, 4)**
Fever; burns; hypothermia (exposure, hypothyroidism)

**Drugs and toxins**
*Metabolic* **(1, 3, 4)**
Anticholinergics; antidepressants (all classes); antihistamines (diphenhydramine, doxylamine); arsenic; azathioprine; barbiturates; benzodiazepines; bezafibrate; carbon monoxide; clofibrate; cytotoxics; ethanol; ethylene glycol; fenfluramine; gemfibrozil; glutethamide; interferon-α; methanol; naltrexone; opiates; propofol; oxprenolol; labetolol; paracetamol; podophyllin; statins; zidovudine; isolated limb perfusion (multiple agents); streptokinase; alteplase

*Hypokalemia* **(1, 4)**
Amphotericin; carbenoxolone; glycirrhizate (licorice), itraconazole; laxative abuse; methylxanthines (caffeine, theophylline); thiazides and other kaliuretics

*Ischemia* **(4)**
ε-Aminocaproic acid; cocaine; vasopressin

*Autoimmune* **(2, 4)**
Cyclosporin, famotidine; levodopa; nonsteroidals; penicillamine; phenylbutazone; phenytoin; trimethoprim-sulfamethoxazole

*Membrane effect* **(1, 2)**
Carbon tetrachloride, cimetidine; colchicine; didanosine; dyes; gasoline; hydrocarbons; herbicides; iron dextran; metal fumes; quinidine; solvents; detergents, succinylcholine; toluene; vecuronium, pancuronium (especially combined with high-dose steroids); snake/spider/hornet/bee/fugu/parrotfish venoms

*Agitation* **(2, 4)**
Hemlock (? quail eaters); ketamine; lithium; loxapine; LSD; mercuric chloride; phencyclidine; salicylates; strychnine; terbutaline

*Neuroleptic malignant syndrome* **(1, 2, 4)**
Butyrophenones; levodopa and dopamine agonist withdrawal; lithium; phenothiazines; pimozide; promethazine; thioxanthenes

*Serotonergic syndrome* **(1, 2, 4)**
Amphetamines; Ecstasy; lithium; monoamine oxidase inhibitors; nefazodone; pethidine; selective serotonin reuptake inhibitors; tricyclic antidepressants; tryptophan; venlafaxine

*Mechanism uncertain*
Amiodarone, blowpipe dart poisoning; chromium picolinate; Haff disease, isoniazid; kidney beans; lamotrigine; nicotinic acid; peanut oil; pentamidine; valproate

**Infections (1, 2, 4)**
*Viral*
Adenovirus; cytomegalovirus (CMV); Coxsackie; Enterovirus; Epstein–Barr (EBV); human immunodeficiency virus (HIV); herpes simplex (HSV); Influenza A and B; measles; *Varicella zoster*
*Bacterial*
*Bacillus* spp ; *Borrelia burgdorferi*. *Brucella; Campylobacter; Clostridia; Coxiella; Escherichia coli; Enterobacter; Francisella tularensis; H. influenzae; Legionella; Leptospira; Listeria; Salmonella; Shigella; Staphylococcus; Streptococcus;* tetanus; typhoid; *Vibrio*

*Other*
*Aspergillus; Candida; Mycoplasma, Plasmodium; Toxoplasma; Trichinella*

**Inflammatory and autoimmune muscle disease (2, 4)**
Polymyositis; dermatomyositis; vasculitides; carcinoma (paraneoplastic necrotizing myopathy)

*Compiled from reference nos. 2, 11, 13, 15, 18, 20, 24–27, 32, 38, 42, 47, 50, 51, 53, 57, 61, 63, 72, 78, 82, 86, 88, 90, 94, 95, 97, 100, 109, 116–118, 120, 123, 129, 132–134, 139, 141, 142, 144, 146, 148, 152, 153, 156, 160, 164, 166, 168.*
**Bold numerals refer to the sites at which regulation of free sarcoplasmic calcium concentration is disrupted (coded in Fig. 1).*

**Table 2.** Inherited causes of rhabdomyolysis.*

**Glycolytic/glycogenolytic (4)**
Myophosphorylase deficiency (McArdle's disease)
Phosphofructokinase deficiency
Phosphoglycerate kinase deficiency
Phosphoglycerate mutase deficiency
Lactate dehydrogenase (LDH)-A deficiency
Phosphorylase b kinase deficiency
Debrancher enzyme

**Fatty acid oxidation (4)**
Carnitine palmitoyl transferase (CPT) II deficiency
Carnitine deficiency
Short/medium/long/very long-chain and multiple acyl-coenzyme A dehydrogenase deficiencies
Electron transfer flavoprotein (ETF) deficiency
ETF dehydrogenase deficiency
Ketoacyl CoA thiolase deficiency
Trifunctional enzyme deficiency
Long-chain fatty acid β-oxidation defects (incompletely characterized)
? Defective fatty acid binding protein

**Krebs cycle (4)**
Aconitase deficiency
Lipoamide dehydrogenase deficiency

**Pentose phosphate pathway (4)**
G6PDH deficiency

**Purine nucleotide cycle (4)**
Myoadenylate deaminase deficiency

**Mitochondrial respiratory chain (4)**
Succinate dehydrogenase/complex II deficiency
Complex III deficiency (cytochrome b mutations)
Coenzyme Q10 deficiency, ? nuclear gene dysregulation
Cytochrome c oxidase deficiency (COX I and III mutations)
Mitochondrial tRNA point mutations
Multiple mitochondrial DNA deletions, ? nuclear gene dysregulation
Uncharacterized mitochondrial myopathies

**Malignant hyperthermia (MH) susceptibility (5, 6)**
Familial MH (RYR1, CACNA1S mutations)
Central core disease
Duchenne and Becker dystrophies
Myotonic dystrophy
Myotonia congenita
Schwartz–Jampel syndrome
King syndrome
CPT II deficiency
Satoyoshi syndrome

**Other**
Abnormal sarcolemma composition in muscular dystrophies, Miyoshi myopathy (1)
Sarcoplasmic $Ca^{++}$-ATPase deficiency (Brody's myopathy) (3)
Myofilamentous cylindrical spiral myopathy (?/2)
Marinesco–Sjögren syndrome
Familial recurrent myoglobinuria
Idiopathic recurrent myoglobinuria
? Lactate transporter defect (4)

*Compiled from reference nos. 1, 4, 9, 28, 32, 43, 49, 55, 73, 74, 76, 91, 98, 105, 108, 113, 115, 125, 138–140, 152, 158, 162).*
**Bold numerals refer to sites at which regulation of free sarcoplasmic calcium concentration is disrupted (coded in Fig. 1).*

ity, pressure mononeuropathies and focal weakness may be superimposed on the diffuse muscle weakness caused by rhabdomyolysis. Exercise- and fasting-induced muscle pain with rhabdomyolysis and myoglobinuria suggest a metabolic myopathy. However, genetic susceptibility is probably not responsible for most cases of isolated exercise-induced rhabdomyolysis. Even fit young adults and athletes develop the syndrome with sufficient provocation, particularly when the performance level has been recently increased[54] or other acquired predisposing factors, such as intercurrent infection, are present.[130]

## INVESTIGATIONS AND LABORATORY FINDINGS

Fever, leukocytosis, myoglobinuria (heme-positive urine without hematuria), and acute renal failure may accompany rhabdomyolysis.[152] Myocyte injury leads to release of intracellular contents including myoglobin, creatinine, urea, potassium, creatine kinase (CK), and other muscle enzymes such as aminotransferases, aldolase, lactate dehydrogenase, and hydroxybutyrate dehydrogenase. The most sensitive enzyme indicator of muscle injury is an elevated CK, and a level more than five times normal in the absence of cardiac or brain infarction indicates significant muscle damage.[51] Many cases of rhabdomyolysis are subclinical and detected only by an elevated serum CK.

The rise in serum myoglobin precedes CK. Muscle breakdown is accompanied by visible myoglobinuria when urinary myoglobin excretion exceeds 250 μg/ml (normal <5 ng/ml)[32,51,146,152] corresponding to destruction of >100 g of muscle. Determination of myoglobin concentration in serum and urine is the basis for the early diagnosis of rhabdomyolysis.[82] In myoglobinuria, albumin and heme with few or no red blood cells are detected in urine. Casts are often present, and myoglobin is distinguished from hemoglobin by immunochemistry. Several alternative methods of detection are available, including hemagglutination inhibition, radioimmunoassay, and complement fixation.[82] Other laboratory features include rapidly rising serum potassium or creatinine, hyperuricemia, hypo- or hypercalcemia, hyperphosphatemia, metabolic (lactic) acidosis, thrombocytopenia, and disseminated intravascular coagulation.

## METABOLIC AND RENAL CONSEQUENCES OF RHABDOMYOLYSIS

The severity of the systemic metabolic derangement produced by rhabdomyolysis depends on the extent of muscle damage and potentiating factors such as hypotension, hypovolemia, extremes of body temperature, sepsis, hypokalemia, myo- and nephrotoxic

drugs, level of physical fitness, hormonal milieu, and genetic predisposition to muscle injury. Regardless of etiology, severe rhabdomyolysis triggers a pathogenetic cascade with many tributaries, all leading to acute renal failure. Metabolic complications and their management are summarized in Table 3.[10,89,146] Without dialysis, the metabolic havoc of severe rhabdomyolysis may be lethal, as recognized by Bywaters and Beall in their classic description of the evolution of renal failure after crush injuries in Blitz victims[22]: "The patient has been buried for several hours with pressure on a limb. On admission he looks in good condition except for swelling of the limb . . . few hours later . . . signs of renal damage appear, and progress even though the crushed limb be amputated. The urinary output, initially small . . . diminishes further. The urine contains albumin and many dark brown granular casts . . . the patient is alternately drowsy and anxious . . . slight generalised oedema, thirst and incessant vomiting develop . . . the blood urea and potassium, raised at an early stage, become progressively higher, and death occurs comparatively suddenly, frequently within a week."

## PATHOPHYSIOLOGICAL MECHANISMS OF MUSCLE INJURY

**Regulation of Sarcoplasmic Calcium.** The final events common to the diverse etiologies of rhabdomyolysis are direct injury to the sarcolemma or failure of energy supply within the muscle cell. Both lead to a rise in free intracellular calcium. A variety of processes acting on muscle membranes impair normal regulation of sarcoplasmic calcium.[44,65,93,163] The calcium and sodium ion fluxes across the sarcolemma and sarcoplasmic reticulum are shown schematically in Figure 1, together with the key sites at which calcium flux may be disrupted. Activation of calcium-dependent neutral proteases and phospholipases results in destruction of myofibrillar, cytoskeletal, and membrane proteins[32,146] and lysosomal digestion of fiber contents occurs. These enzymes have high metabolic requirements, accelerating con-

**Table 3.** Pathogenesis and management of systemic complications of rhabdomyolysis.

| Complication | Pathogenesis | Management |
|---|---|---|
| Acute tubular necrosis | Toxic effect of urinary myoglobin | Intravascular volume expansion (normal saline, mannitol) to maintain urine output >200–300 ml/h |
| | Hypotension (renal ischemia) | Hemodialysis or continuous hemofiltration if diuresis cannot be established |
| | Myoglobin and urate crystal formation at low urine pH | Urinary alkalinization (sodium bicarbonate) with close monitoring of urine and plasma pH |
| | Protease release from injured muscle | Minimize nephrotoxic agents |
| | ? Free radical formation catalyzed by ferrihemate | ? Dantrolene |
| | Lipid peroxidation | ? Antioxidants, iron chelators, 21-aminosteroids (unproven) |
| | ? Release of renal vasoconstrictor substances (cytokines, prostaglandins, endothelin) by myoglobin, scavenging of nitric oxide | ? Dopamine (unproven) |
| Hyperkalemia | Muscle breakdown, ARF | Calcium gluconate (severe), diuresis, hemodialysis if refractory |
| Hypocalcemia | Binding by damaged muscle, hyperphosphatemia: decreased renal 1,25(OH)-D formation | Await spontaneous correction |
| Hypercalcemia (late) | Release of calcium from muscle binding sites, impaired renal excretion | Promote diuresis |
| Hyperphosphatemia, tissue calcification | Release of organic and inorganic phosphates, excess solubility product for calcium phosphate | Promote diuresis |
| Hypovolemia, hypoalbuminemia, anemia | Massive intramuscular capillary destruction with leakage of intravascular contents | Intravascular volume expansion, transfusion |
| DIC | Release of tissue thromboplastins, renal microthrombus formation | ? Heparin, fresh frozen plasma |
| Compression palsies | Immobility, crush injury, compartment syndrome | Early fasciotomy for compartment syndrome |

*ARF, acute renal failure, DIC, disseminated intravascular coagulation.*




**FIGURE 1.** Schematic illustration of calcium and sodium ion fluxes across the sarcolemma and sarcoplasmic reticulum and the sites of regulation of free sarcoplasmic calcium ($Ca^{++}$ [sarcoplasm]). A rise in $Ca^{++}$ (sarcoplasm) facilitates actin–myosin binding and muscle (myofobril) contraction. Muscle relaxation follows lowering of $Ca^{++}$ (sarcoplasm). $Ca^{++}$ (sarcoplasm) is normally kept low by the $Na^+$–$K^+$ ATPase membrane pump [1] that exchanges calcium for sodium across the sarcolemma [2], and the $Ca^{++}$-ATPase membrane pump [3] that sequesters calcium in the sarcoplasmic reticulum. Both consume adenosine triphosphate (ATP) [4] formed by transfer of high-energy phosphate molecules from stored phosphocreatine to adenosine diphosphate (ADP) by the enzyme creatine kinase (CK), using energy supplied by glycolysis (anaerobic metabolism) and oxidative phosphorylation (aerobic metabolism). Protein–protein interactions[99] between the ryanodine receptor [5] and a cytoplasmic binding loop on the dihydropyridine-sensitive voltage-dependent $Ca^{++}$ channel (VDCC) [6] also play a key role in normal $Ca^{++}$ homeostasis. Regulation of calcium flux may be disrupted at any of these sites. ATP depletion, by consumption during muscle contraction, or reduced ATP production, due to uncoupling of oxidation from phosphorylation and disruption of the mitochondrial membrane by uptake of excess calcium ions, prevents further ATP production. This in turn results in escalating intracellular calcium accumulation, muscle contraction, and continued energy consumption, completing a vicious cycle leading to rhabdomyolysis.

sumption of adenosine triphosphate.[146] Breakdown of the myofibrillar network hastens the disintegration of the myocyte. Nifedipine, which blocks influx of calcium across T tubules, and dantrolene, which impedes calcium release from the sarcoplasmic reticulum, protect against exercise-induced and hyperthermic muscle damage in mice and humans.[41,42,60,93,121,124,152]

**The Role of Hypokalemia.** Potassium deficiency increases the risk of developing rhabdomyolysis.[111,145,154,161] Subclinical muscle breakdown is common in hypokalemia,[145] particularly chronic hypokalemia.[34,52] Hypokalemia depolarizes muscle and other excitable membranes, which may represent one direct mechanism of damage.[154] Hypokalemia also impairs cardiovascular performance, heat dissipation, responsiveness to catecholamines, insulin release leading to glucose intolerance, glycogen synthesis in skeletal muscle, and muscle blood flow during exercise due to failure of potassium-mediated arteriolar dilatation.[79,111]

**Other Contributing Factors.** Muscle injury may be exacerbated by the effects of reperfusion following prolonged ischemia with increased capillary leakage

and localized tissue edema, peroxidation of lipid membranes by free radicals,[165] and influx of polymorphonuclear leukocytes, and also the release of proteolytic enzymes, prostaglandins, and inflammatory cytokines.[79,126,146] Release of mitochondrial respiratory chain components such as cytochrome c may trigger the apoptotic cascade in myocytes, leading to programmed cell death and compounding the direct effects of muscle injury.[35]

## CAUSES OF RHABDOMYOLYSIS: A CLASSIFICATION

The acquired and inherited causes of rhabdomyolysis are listed in Tables 1 and 2, respectively. In a review of rhabdomyolysis in a civilian, urban population of 77 adult patients (age range 21–85 years), alcohol (and other drug) abuse, muscle compression, and seizures were the commonest causes, followed by a variety of metabolic derangements, including hypokalemia.[51] Multiple contributing factors were present in half of those studied.[51] Acute renal failure developed in one third of these cases.[51] In a pediatric series of 19 patients, the commonest causes of non-recurrent rhabdomyolysis were trauma, nonketotic hyperosmolar coma, viral myositis, dystonia, and malignant hyperthermia.[159] In recurrent rhabdomyolysis, inherited, metabolic factors are increasingly recognized.[9,107,114,125,139,148,152,155]

## TOXIC AND DRUG-RELATED CAUSES

Toxins and drugs play a role in up to 80% of adult cases of rhabdomyolysis.[51,100,126] In Table 1 drugs are classified according to the likely major mechanism of muscle damage, although this remains speculative in a number of cases. Those most frequently implicated are alcohol, drugs of abuse (especially opiates, amphetamines, cocaine and other stimulants, and intravenous temazepam), and more recently cholesterol-lowering agents, notably the statins.[36,87,51,100,131] Primary drug-induced rhabdomyolysis should be distinguished from cases in which exposure to a drug or toxin leads to prolonged coma and immobility with ensuing muscle compression, ischemia, and necrosis. Several different mechanisms operate in some cases, such as alcohol,[32,47] and may interact with genetically determined factors predisposing to muscle damage,[101] such as the cytochrome P450 system.

## TRAUMA AND COMPRESSION

Rhabdomyolysis remains a major cause of morbidity and mortality at the scene of natural and man-made disasters in which victims sustain crush injuries. The delayed development of the metabolic syndrome is an important consideration in the triage and evacuation of casualties. Muscle breakdown secondary to trauma or compression may, however, pose a more insidious threat in other populations; for example, joggers, computer keyboard operators, victims of torture and child abuse,[141] and individuals immobilized for prolonged periods for any reason (especially drug overdose). In a comatose patient, the first sign of rhabdomyolysis may be the onset of acute renal failure.[133] Acute renal failure due to rhabdomyolysis may also be a clue to illicit drug abuse when such a history is not volunteered.

## INFECTION AND INFLAMMATION

Infectious etiologies have recently been comprehensively reviewed.[120,144] Influenza A and B, *Legionella*, *Streptococci*, and *Salmonella* are commonly implicated.[32,144] Human immunodeficiency virus (HIV) has been associated with episodes of myoglobinuria, although the precise relationship has been disputed.[144] Proposed mechanisms of rhabdomyolysis in the setting of infection include hyperthermic injury, direct viral or bacterial invasion of skeletal muscle, and toxin generation[32] in conjunction with drug therapies in the critically ill patient.[129] Noninfectious inflammatory causes of rhabdomyolysis are relatively rare, possibly reflecting the less rapid development of muscle injury in polymyositis, necrotizing myopathies, and systemic vasculitis.

## HYPERTHERMIC SYNDROMES

**Exertional Heat Stroke.** The exertional heat stroke syndrome comprises fever, encephalopathy (with delirium, seizures, and coma), and muscle weakness due to rhabdomyolysis, with or without anhydrosis. It is associated with activities that increase endogenous heat production. Spontaneous cooling occurs once the precipitant is removed. If not, hypotension, lactic acidosis, hypoglycemia, disseminated intravascular coagulation, and multiorgan failure follow. Serum potassium is variable and depends on preexisting potassium status. Adaptive mechanisms (increased sweating, hyperaldosteronism) that deplete potassium are opposed by the acute effects of increased potassium release from cells and reduced excretion due to decreased glomerular filtration rate. Hypokalemia potentiates rhabdomyolysis and may increase the risk of developing heat stroke. Knochel[80] and Hubbard[65] emphasized the pathogenetic role of sodium leak across the sarcolemma, leading to an increase in free sarcoplasmic calcium, in the energy depletion model of exertional heat stroke. This may result from the physical effects of thermal stress on the steps shown in Figure 1.

Exertional heat stroke is rare in women. The serum CK rise after exercise is smaller in women[84,143] but there are no major differences in muscle fiber composition between genders.[50] A protective estrogenic effect favors oxidative muscle metabolism,[18,112] whereas hypoestrogenemia following intensive training may predispose to rhabdomyolysis.[53] The protective effects of estrogen on muscle may account for the preponderance of affected males with inherited myoglobinuria,[135] and the postpartum presentation of certain necrotizing lipid storage myopathies.[81] Accordingly, women presenting with rhabdomyolysis after heat stroke should be investigated for underlying muscle disease or other exogenous factors such as toxin or drug ingestion.

A predominance of type II (high glycolytic, low oxidative capacity) muscle fibers has been described in young adults developing exertional heat stroke.[44,64] These individuals show a greater rise in blood lactate for a given workload, indicating more anerobic metabolism, poorer work efficiency, and lower endurance capacity than those with type I fiber predominance.

**Malignant Hyperthermia.** The malignant hyperthermia (MH) syndrome comprises skeletal muscle rigidity, hyperventilation, tachycardia, hemodynamic instability, fever, and cyanosis, with rising $CO_2$ and lactic acidosis.[17,92] The immediate cause of acute hypermetabolism in MH[92] is a sudden, unregulated rise in free sarcoplasmic calcium leading to persistent muscle contraction (rigidity). Most cases of MH have occurred in the setting of general anesthesia, especially halothane, used alone or in conjunction with succinylcholine and other depolarizing muscle relaxants.[82] The incidence is approximately 1 in 15,000 anesthetics in children and 1 in 50–100,000 in adults.[92] Reports of postanesthetic rhabdomyolysis after muscular stress[56] suggest an interaction with preexisting depletion of muscle energy reserves.[119] Nonanesthetic agents including decongestants[73] and gasoline vapors[5] may also trigger the syndrome in susceptible individuals. Susceptibility is conferred by inherited mutations of the sarcoplasmic reticulum ryanodine receptor gene (RYR1 on chromosome 19q) in approximately 50% of MH families (Fig. 1), and in others the CACNA1S gene on chromosome 1q, which encodes the α1-subunit of the human skeletal muscle dihydropyridine-sensitive L-type voltage-dependent calcium channel[62,106] (Fig. 1) and several other loci, including a second dihydropyridine receptor locus (CACNLA2) on chromosome 7q.[67]

Predisposition to MH-like episodes may occur in Duchenne muscular dystrophy[59]; carnitine palmitoyl transferase (CPT) deficiency,[158] in which accumulated palmitoyl carnitine activates the sarcoplasmic reticulum calcium release channel; central core myopathy,[127] in which mutations in the ryanodine receptor gene have been described; hypokalemic periodic paralysis (a disorder of CACN1S function)[85]; and other myopathies (Table 2).

**Neuroleptic Malignant Syndrome.** Muscle breakdown in neuroleptic malignant syndrome is probably secondary to the massive generation of heat by rigidity and tremor following dopaminergic blockade or sudden withdrawal or blockade of striatal dopamine.[83] Heat production may be amplified by sarcolemmal depolarization and sustained muscular contraction.[80] Altered hypothalamic thermoregulation, peripheral effects on vessels and skeletal muscle, dehydration, and external heat stress may contribute.[42] Offending drugs include butyrophenones, phenothiazines, thioxanthenes, metoclopramide, and clozapine.[137] Neuroleptic malignant syndrome may also occur after administration of lithium (which inhibits the striatal synthesis of dopamine), dopamine-depleting agents in Huntington's disease,[21] and abrupt discontinuation of dopaminergic preparations.[69,72,78] The central anticholinergic syndrome may be a mild variant of neuroleptic malignant syndrome.[82]

**Serotonergic Syndrome.** Excess serotonin activity results in a syndrome comprising an altered mental state, neuromuscular irritability, and autonomic instability.[90] Severe cases have been associated with acute myoglobinuric renal failure.[103] The syndrome is caused by excessive activation of 5-HT1A and 5-HT2 receptors, which inhibit brain dopaminergic neurons,[14] and mimics the neuroleptic malignant syndrome. There may also be a component of muscle ischemia.[103] Drugs most frequently implicated are combinations of selective serotonin reuptake inhibitors (especially fluoxetine) with monoamine oxidase inhibitors (MAOIs), MAOI with pethidine, tricyclic antidepressants with lithium, and bromocriptine with levodopa. The syndrome may also occur with newer generation antidepressants such as venlafaxine (a selective noradrenaline reuptake inhibitor) and nefazodone (a 5-HT2 receptor blocker).[25] Clomipramine, sertraline, and the recreational "designer drug," Ecstasy (3,4-methylenedioxymethamphetamine, a 5-HT2 agonist).[20] have also been implicated.

**Differential Diagnosis of the Hyperthermic Syndromes.** The differential diagnosis of the hyper-

thermic syndromes includes sepsis (especially meningitis), endocrine hyperthermia (thyroid and pheochromocytoma storm), lethal catatonia, transfusion reactions, and sympathomimetic overdose.[62,79,82,90] These syndromes are distinguished by the context in which they occur (exertion, anesthesia), drug history, and biochemical features (hypokalemia), along with the absence of muscular rigidity and spontaneous cooling in exertional heatstroke compared with MH.[80]

## INHERITED METABOLIC MYOPATHIES

Recurrent episodes of myoglobinuria are the hallmark of an underlying defect of muscle metabolism.[107,122,125,152,153] Inherited metabolic myopathies may present with myoglobinuria, triggered by physical stresses such as exercise, fasting, or infection, even in adult life.[16,18,39,70,77,87,104,105,114,115,125,139,140,151] The inherited causes of rhabdomyolysis are classified in Table 2 according to the step in myocyte metabolism that they disrupt. Combined defects have been described in several patients.[19,40,91] Family history is positive in approximately one third of cases with an identifiable enzyme defect.[152]

In a study of 77 muscle biopsies from consecutive adults with "idiopathic" myoglobinuria in whom drug abuse had been excluded, specific enzyme defects were identified in 47%.[153] Episodes were recurrent in 80%. Another study of 27 patients identified enzyme defects in one third on muscle biopsy.[155] Carnitine palmitoyl transferase II (CPT II) deficiency was the commonest, followed by myophosphorylase (McArdle's disease), phosphorylase kinase, myoadenylate deaminase, and phosphoglycerate kinase deficiencies. Exercise was the most common precipitating factor, with or without an identified enzyme disorder. Fasting precipitated attacks in patients with CPT and myoadenylate deaminase deficiencies.

Lofberg et al.[91] studied 22 adult patients with recurrent rhabdomyolysis, and 26 with one episode or symptoms suggesting a metabolic myopathy (such as myalgia or exercise intolerance) without verified myoglobinuria. Enzyme defects were found in 5 with recurrent rhabdomyolysis (phosphorylase deficiency in 4 and phosphofructokinase deficiency in 1). One patient had Miyoshi myopathy, and Becker dystrophy was diagnosed in another. In the second group, one patient with seizure-induced rhabdomyolysis had phosphorylase kinase deficiency. Mild myopathic changes were present in a total of 13 other patients from both groups. The investigators concluded that the prevalence of enzyme defects causing rhabdomyolysis varies between populations. Nevertheless, a comprehensive diagnostic work-up (including muscle histopathology and biochemistry with measurement of muscle enzyme activities) is justified, because a specific diagnosis was obtained in 40% of patients with previously unexplained, recurrent rhabdomyolysis. The association of rhabdomyolysis with underlying dystrophinopathy was studied systematically by Figarella-Branger et al.[48] They identified certain clinical features (male gender, presentation before age 30 years, X-linked inheritance, episodes of myoglobinuria on exertion) and biochemical features (abnormal resting serum CK) that would justify searching for abnormal dystrophin expression on muscle biopsy.

In a series of 40 children with recurrent myoglobinuria, CPT deficiency was identified in 5 and short-chain 3-hydroxyacyl-coenzyme A dehydrogenase deficiency in 1.[152] The first episode of rhabdomyolysis in CPT deficiency occurred in infancy, and attacks were usually triggered by intercurrent infections.

**Fatty Acid Oxidation Disorders.** Disorders of β-oxidation and other enzymes involved in mitochondrial fatty acid metabolism have accounted for an increasing number of cases of recurrent rhabdomyolysis[18,66,107,139,148,153] (Figs. 2 and 3). Fatty acid oxidation serves a number of important functions in skeletal muscle, heart, liver, and kidney, especially under conditions of prolonged fasting, when fatty acids become the primary metabolic fuel for skeletal and cardiac muscle.[46] High concentrations of β-oxidation intermediates may damage the sarcolemma and mitochondrial membrane and alter calcium channel function,[107] all potential mechanisms in rhabdomyolysis (Fig. 1). Other cofactors and translocases essential to the function of the fatty acid oxidation pathways (not shown in Fig. 1) may give rise to specific disorders of fatty acid oxidation.[157] All oxidation enzymes are encoded on nuclear genes and appear to have autosomal recessive inheritance.[51] Although a wide range of hepatic, cardiac, and central nervous manifestations of fatty acid oxidation disorders has been described,[139] each may present as recurrent rhabdomyolysis and myoglobinuria, sometimes in early adult life, when exercise is the usual trigger. Clinical and laboratory abnormalities between acute episodes may be minimal, and the clinical phenotype is variable.[139] In a series of 107 patients with fatty acid oxidation defects,[135] hepatic presentations were observed in 73%. Muscle symptoms and signs were present in 51%, of whom 64% had myalgia or recurrent myoglobinuria and 29% a

progressive proximal myopathy. The most common defect involves medium-chain acyl-coenzyme A dehydrogenase (MCAD).[139] Rhabdomyolysis most commonly occurs with very long-chain acyl-coenzyme A dehydrogenase or trifunctional enzyme deficiency.[3,107] Stanley[148] attributed the delay in recognition of these disorders to the requirement for robust physiological stress (e.g., strenuous exercise, prolonged fasting, or infections) to provoke clinical effects, the failure of routine laboratory tests to provide specific information about all steps in fatty acid oxidation, and the relatively recent development of methods to identify abnormal fatty acid metabolites.

**Mitochondrial Cytopathies.** Another emerging class of disorders that may manifest with recurrent myoglobinuria is the mitochondrial cytopathies.[4,5,28,70,74,101,113,115,147] Mitochondrial mutations linked to rhabdomyolysis are summarized in Table 4. In many cases, additional clinical features, such as progressive external ophthalmoplegia, are evident. The proportion of cases that present as isolated (recurrent) myoglobinuria is uncertain. Mitochondrial myopathies lead to muscle energy failure due to dysfunction of the mitochondrial respiratory chain, coded by both mitochondrial and nuclear genomes. In several patients,[35,98] no mitochondrial DNA mutation has been identified, and it is probable these cases represent unidentified mutations in nuclear genes regulating expression of mitochondrial components.

**Idiopathic Recurrent Myoglobinuria.** The largest single group with recurrent rhabdomyolysis and myoglobinuria in both adult and pediatric populations has no identifiable cause.[110,152] The first de-




FIGURE 2. Diagram of mitochondrial fatty acid (FA) metabolism (adapted from Brumback et al.[19]) Short- and medium-chain fatty acids, FA1, diffuse as free acids across the inner and outer mitochondrial membranes into the mitochondrial matrix, where they are bound to acyl-coenzyme A (FACoA) by acyl-CoA synthetase (ACS) and undergo β-oxidation to acetyl-CoA. Acetyl-CoA then enters the Krebs cycle to yield ATP. Long-chain fatty acids, FA2, are probably transported to the mitochondrion by cytosolic fatty acid binding protein (FABP).[23,128] After esterification with coenzyme A (CoA) by ACS in the outer mitochondrial membrane, they are transferred to carnitine by carnitine palmitoyl transferase I (CPT I) in the outer membrane. Acylcarnitines are transported across the inner membrane by acylcarnitine translocase (ACT). Carnitine thus plays a key role in mitochondrial fatty acid oxidation. Once within the mitochondrial matrix, long-chain FAs are transesterified back to their CoA derivatives (FACoA) by CPT II, and also enter the cycle of oxidation. The steps of β-oxidation are detailed in Figure 3.

scription of idiopathic paroxysmal myoglobinuria is credited to Meyer-Betz,[102] and many cases have been reported.[9,29,45,125,128,136,155] An autosomal recessive pattern of inheritance may be evident.[29,45,128,135] Cases can be broadly classified according to whether attacks are triggered by exertion (the more common scenario) or infection, often with starvation.[128,151,155] The first group tends to have milder attacks and males are more frequently affected. In the second group, both genders are affected equally, attacks commence at an earlier age and are more often complicated by renal failure. Unidentified disorders of lipid metabolism may account for a proportion of the latter group. Muscle biopsy appearances are nonspecific and range from severely myopathic to mildly abnormal.[152] Several cases have had increased lipid deposition within fibers, a feature of lipid storage myopathies,[9,128] or abnormal mitochondria.[152]

Malignant hyperthermia may be responsible for some cases of "unexplained" rhabdomyolysis and recurrent myoglobinuria.[8,68,124] Functional abnormalities of fatty acid binding protein[138] and a lactate transporter protein[49] have been proposed in other patients.

It is therefore likely that idiopathic recurrent myoglobinuria represents a variety of distinct disorders, and increased recognition of specific, inherited metabolic defects will very probably yield a diagnosis in many of these cases.

## MANAGEMENT AND IDENTIFICATION OF CAUSE

**The Acute Phase.** In the acute phase, the management of rhabdomyolysis is governed by the renal and metabolic consequences of myoglobinuria,[10] as outlined in Table 3.

**Identification of Triggering and Predisposing Factors.** After the metabolic syndrome has been corrected, triggering and predisposing factors should be investigated in all cases of rhabdomyolysis. An algorithm for this is presented in Figure 4. Exertional rhabdomyolysis in a young woman may signal preexisting hypokalemia secondary to laxative abuse[111] or an underlying myopathy (inherited or acquired).[79] Recurrent bouts of myoglobinuria,




FIGURE 3. The mitochondrial β-oxidation cycle (adapted from Schaefer et al.[139]). The cycle consists of four steps, each with a specific enzyme and cofactor (not shown), during which the FA acyl-CoA is shortened, and an acetyl-CoA moiety is released to enter the Krebs cycle for ATP production. The acyl-CoA dehydrogenases comprise short-, medium-, long-, and very long-chain specificities. The first step in the cycle is linked to the respiratory chain by two flavoproteins, electron transfer flavoprotein (ETF) and ETF dehydrogenase. The asterisk indicates sites of activity of the trifunctional enzyme. Rhabdomyolysis has now been reported in association with specific defects of most of the enzymes involved in each turn of the cycle.

**Table 4.** Identified mitochondrial DNA mutations associated with myoglobinuria (modified from ref. 74).

| Site of involvement | Mutation | Clinical features | Reference |
|---|---|---|---|
| Cytochrome c oxidase: | | | |
| *COX I* | G5920A (nonsense) | Isolated recurrent myoglobinuria and exercise intolerance | 74 |
| *COX III* | 15-basepair deletion | Isolated recurrent myoglobinuria and exercise intolerance | 76 |
| Cytochrome b (complex III) | G15059A (nonsense) | Isolated myoglobinuria and exercise intolerance | 4 |
| | 24-basepair deletion | Mild proximal limb weakness, exercise intolerance, single episode of myoglobinuria | 5 |
| $tRNA^{Leu(UUR)}$ | A3243G (point) | Acute PN, LA, rhabdomyolysis | 58 |
| | | MELAS, PN, exertional myoglobinuria | 91 |
| $tRNA^{Phe}$ | A606G (point) | sensorineural hearing loss, single episode of exertional myoglobinuria | 28 |
| Multiple mtDNA deletions | Probable nuclear gene regulatory defect | Muscle wasting, weakness, recurrent myoglobinuria after exercise, alcohol, fasting | 115 |
| | | CPEO, rhabdomyolysis provoked by alcohol | 101 |

*CPEO, chronic progressive external ophthalmoplegia; LA, lactic acidosis; MELAS, mitochondrial encephalomyopathy with lactic acidosis and strokelike episodes; mtDNA, mitochondrial DNA; PN, peripheral neuropathy.*

rhabdomyolysis on minimal exertion or with fasting, or a history of similarly affected relatives are important clues to the presence of an inherited metabolic myopathy. Fasting and exercise stress tests carry the risk of precipitating rhabdomyolysis, but may demonstrate, for example, failure of plasma lactate to rise with exercise, characteristic of the glycolytic disorders. Blood acylcarnitine analysis by tandem mass spectrometry on blood spots collected on a Guthrie card can be used to screen for the presence of a fatty acid oxidation disorder, and should be considered in all cases of unexplained rhabdomyolysis.[107,135] Low total concentrations of plasma carnitine, an increased percentage of esterified carnitine in plasma, and increased urinary acylcarnitine or carnitine excretion (due to the metabolic block at the level of the mitochondria) are found in β-oxidation disorders, particularly during the acute attack.[135,139] It is essential to obtain blood and urine samples while the patient is ill and before intravenous treatment (especially glucose) is given. A specific pattern of urinary dicarboxylic acid excretion may identify the enzyme deficiency responsible, but dicarboxylic acids are found in a variety of other conditions and generally disappear once the patient is well, and their absence does not exclude a disorder of fatty acid metabolism.[139] Alternatively, glycine conjugates of acyl-coenzyme A esters, which accumulate in fatty acid oxidation defects, especially MCAD and electron transfer flavoprotein deficiency, may provide a clue to these disorders.[139] Between attacks, diagnosis may be based on a long-chain triglyceride loading test (failure of plasma ketone bodies to rise after the load), a fasting test (performed to produce hypoglycemia, under close supervision in hospital), or in vitro studies of fatty acid oxidation in fresh lymphocytes or cultured fibroblasts.[135,139]

Patients in whom a metabolic myopathy is suspected should undergo muscle biopsy, as it is rarely possible to make a specific diagnosis on clinical grounds alone.[139] Biopsy yields more structural information if performed after resolution of the acute phase of muscle necrosis, but it frequently shows nonspecific changes and may be normal. Ragged red fibers are an important clue to a mitochondrial myopathy. Identification of a specific enzyme defect by molecular mutation analysis or culture of fibroblasts and muscle mitochondria is now possible in some disorders of fatty acid metabolism,[107] although in many cases measurement of individual enzyme activities is required and commercially available substrates are lacking.[139] MCAD deficiency can be diagnosed by molecular detection of the common point mutation in up to 90% of cases,[139] but genetic heterogeneity is a limiting factor in other fatty acid oxidation disorders (e.g., CPT II deficiency).[96]




**FIGURE 4.** Algorithm for investigation of patients with rhabdomyolysis.

## TREATMENT

Once a metabolic myopathy is identified, steps can be taken to prevent further episodes of rhabdomyolysis. Intense, prolonged exercise or fasting should be avoided. Medium chain triglycerides are given to supplement a very low long-chain fatty acid diet in patients with long-chain fatty acid oxidation defects.[135,139,148] Ribose (a substrate for purine nucleotide synthesis), riboflavin (a cofactor for flavocoenzymes mediating mitochondrial β-oxidation), and carnitine are effective as specific therapies in deficiencies of myoadenylate deaminase, multiple acylcoenzyme A dehydrogenase, and carnitine, respectively.[139,157,167] A paradoxical beneficial effect of mild muscle damage with low-grade rhabdomyolysis, promoting regeneration of a population of normal muscle cells ("gene shifting"), has led to resistance exercise being proposed as a novel therapy for mitochondrial myopathies.[74,150]

The authors thank Professor F. L. Mastaglia for his helpful criticism of the manuscript.

## REFERENCES

1. Adachi H, Riku S, Fujishiro K, Kuru S. A case of Satoyoshi syndrome with symptoms resembling neuroleptic malignant syndrome. Rinsho Shink 1998;38:637–640.
2. Anderlini P, Buzaid AC, Legha SS. Acute rhabdomyolysis after concurrent administration of interleukin-2, interferon alpha, and chemotherapy for metastatic melanoma. Cancer 1995;76:678–679.
3. Andresen BS, Olpin S, Poorthuis BJ, Scholte HR, Vianey-Saban C, Wanders R, Ijlst L, Morris A, Pourfarzam M, Bartlett K, Baumgartner ER, DeKlerk JB, Schroeder LD, Corydon TJ, Lund H, Winter V, Bross P, Bolund L, Gregersen N. Clear correlation of genotype with disease phenotype in very-long-chain acyl-CoA dehydrogenase deficiency. Am J Hum Genet 1999;64:179–194.
4. Andreu AL, Bruno C, Dunne TC, Tanji K, Shanske S, Sue CM, Krishna S, Hadjigeorgiou GM, Shtilbans A, Bonilla E, DiMauro S. A nonsense mutation (G15059A) in the cytochrome b gene in a patient with exercise intolerance and myoglobinuria. Ann Neurol 1999;45:127–130.
5. Andreu AL, Hanna MG, Reichmann H, Bruno C, Penn AS, Tanji K, Pallotti F, Iwata S, Bonilla E, Lach B, Morgan-Hughes J, DiMauro S. Exercise intolerance due to mutations in the cytochrome b gene of mitochondrial DNA. N Engl J Med 1999;341:1037–1044.
6. Anetseder M, Hartung E, Klepper S, Reichmann H. Gasoline vapors induce severe rhabdomyolysis. Neurology 1994;44:2393–2395.
7. Assmann H, Bielenstein H, Hobs H. Beobachtungen und Untersuchungen bei der Haffkrankheit. Dtsch Med Wochenschr 1933;59:122–126.
8. Beech J, Lindborg S, Fletcher JE, Lizzo F, Tripolitis L, Braund K. Caffeine contractures, twitch characteristics and the threshold for $Ca^{++}$-induced $Ca^{++}$ release in skeletal muscle from horses with chronic intermittent rhabdomyolysis. Res Vet Sci 1993;54:110–117.
9. Bermils C, Tassin S, Brucher J-M, De Barsy T. Idiopathic recurrent myoglobinuria and persistent weakness. Neurology 1983;33:1613–1615.
10. Better OS, Stein JH. Early management of shock and prophylaxis of acute renal failure in traumatic rhabdomyolysis. N Engl J Med 1990;322:825–829.
11. Bildsten SA, Dmochowski RR, Spindel MR, Auman JR. The risk of rhabdomyolysis and acute renal filure with the patient in the exaggerated lithotomy position. J Urol 1994;152:1970–1972.
12. Billis AG. Acute renal failure after a meal of quail. Lancet 1971;ii:702.
13. Bloom AI, Zamir G, Muggia M, Friedlender M, Gimmon Z, Rivkind A. Rhabdomyorhexis — a pseudo-crush syndrome. J Trauma 1995;38:252–254.
14. Bodner RA, Lynch T, Lewis L, Kahn D. Serotonin syndrome. Neurology 1995;45:219–223.
15. Bonnor R, Siddiqui M, Ahuja TS. Rhabdomyolysis associated with near-drowning. Am J Med Sci 1999;318:201–202.
16. Bresolin N, Bet L, Moggio M. Muscle G6PD deficiency. Lancet 1987;i:212–213.
17. Britt BA. Malignant hyperthermia. In: Lane RJM, editor. Handbook of muscle diseases. New York: Marcel Dekker; 1996. p 451–457.
18. Brumback RA, Feeback DL, Leech RW. Rhabdomyolysis in childhood. Pediatr Clin North Am 1992;39:821–858.
19. Bruno C, Minetti C, Shanske S, Morreale G, Bado M, Cordone G, Di Mauro S. Combined defects of muscle phosphofructokinase and AMP deaminase in a child with myoglobinuria. Neurology 1998;50:296–298.
20. Buckley PF, Hutchison M. Editorial. Neuroleptic malignant syndrome. J Neurol Neurosurg Psychiatry 1995;55:271–273.
21. Burke RE, Fahn S, Mayeux R, Weinberg H, Louis K, Willner JH. Neuroleptic malignant syndrome caused by dopamine depleting drugs in a patient with Huntington's chorea. Neurology 1981;31:1022–1026.
22. Bywaters EGL, Beall D. Crush injuries with impairment of renal function. BMJ 1941;1:427–432.
23. Calles-Escandon J, Sweet L, Ljungqvist O, Hirshman MF. The membrane-associated 40KD fatty acid binding protein (Berk's protein), a putative fatty acid transporter is present in human skeletal muscle. Life Sci 1996;58:19–28.
24. Cau C. Syndrome of increased idiopathic capillary permeability. Minerva Med 1999;90:391–396.
25. Chan BSH, Graudins A, Whyte IM, Dawson AH, Braitberg G, Duggin GS. Serotonin syndrome resulting from drug interactions. Med J Austr 1998;169:523–525.
26. Chariot P, Ruet E, Authier FJ, Lévy Y, Gherardi R. Acute rhabdomyolysis in patients infected by human immunodeficiency virus. Neurology 1994;44:1692–1696.
27. Chiba M, Igarashi K, Ohta H, Ohtaka M, Arakawa H, Masamune O. Rhabdomyolysis associated with Crohn's disease. Jpn J Med 1987;26:255–260.
28. Chinnery PF, Johnson MA, Taylor RW, Lightowlers RN, Turnbull DM. A novel mitochondrial tRNA phenylalanine mutation presenting with acute rhabdomyolysis. Ann Neurol 1997;41:408–410.
29. Christensen TE, Saxtrup O, Hansen TI, Kristensen BH, Beck BL, Plesner T, Krogh IM, Andersen V, Strandgaard S. Familial myoglobinuria: a study of muscle and kidney pathophysiology in three brothers. Dan Med Bull 1983;30:112–115.
30. Costill DL, Daniels J, Evans W, Fink W, Krahenbuhl G, Saltin B. Skeletal muscle enzymes and fiber composition in male and female track athletes. J Appl Physiol 1976;40:149–154.
31. Cwik VA. Disorders of lipid metabolism in skeletal muscle. Neurol Clin 2000;18:167–184.
32. David WS. Myoglobinuria. Neurol Clin 2000;18:215–243.
33. De Cree C, Lewin R, Barros A. Hypoestrogenemia and rhabdomyolysis (myoglobinuria) in the female judoist: a new worrying phenomenon? J Clin Endocrinol Metab 1995;80:3639–3646.
34. De Keyser J, Smitz J, Malfait R, Ebinger G. Rhabdomyolysis in hypokalemic periodic paralysis: a clue to the mechanism that terminates the paralytic attack? J Neurol 1987;234:119–121.
35. De Lonlay-Debeney P, Edery P, Cormier-Daire V, Parfait B,

Chretien D, Rotig A, Romero N, Saudubray JM, Munnich A, Rustin P. Respiratory chain deficiency presenting as recurrent myoglobinuria in childhood. Neuropediatrics 1999;30: 42–44.

36. De Pinieux G, Chariot P, Ammi-Said M, Louarn F, Lejonc JL, Astier A, Jacotot B, Gherardi R. Lipid-lowering drugs and mitochondrial function: effects of HMG-CoA reductase inhibitors on serum ubiquinone and blood lactate/pyruvate ratio. Br J Clin Pharmacol 1996;42:333–337.
37. Deighan CJ, Wong KM, McLaughlin KJ, Harden P. Rhabdomyolysis and acute renal failure resulting from alcohol and drug abuse. Q J Med 2000;93:29–33.
38. Delrio FG, Park Y, Herzlich B, Grob D. Diclofenac-induced rhabdomyolysis. Am J Med Sci 1996;312:95–97.
39. DiMauro S, DiMauro PMM. Muscle carnitine palmityltransferase deficiency and myoglobinuria. Science 1973;182: 929–931.
40. Drugge U, Holmberg M, Holmgren G, Almay BGL, Linderholm H. Hereditary myopathy with lactic acidosis, succinate dehydrogenase and aconitase deficiency in northern Sweden: a genealogical study. J Med Genet 1995;32:344–347.
41. Duarte JAR, Soares JMC, Appell H-J. Nifedipine diminishes exercise-induced muscle damage in mouse. Int J Sports Med 1992;13:274–277.
42. Ebadi M, Pfeiffer RF, Murrin LC. Pathogenesis and treatment of neuroleptic malignant syndrome. Gen Pharmacol 1990;21:367–386.
43. Elpeleg ON, Saada AB, Shaag A, Glustein JZ, Ruitenbeek W, Tein I, Halevy J. Lipoamide dehydrogenase deficiency: a new cause for recurrent myoglobinuria. Muscle Nerve 1997;20: 238–240.
44. Epstein Y. Predominance of type II fibres in exertional heat stroke. Lancet 1997;350:83–84.
45. Favara BE, Vawter GF, Wagner R, Kevy S, Porter EG. Familial paroxysmal rhabdomyolysis in children: a myoglobinuric syndrome. Am J Med 1967:42:196–207.
46. Felig P, Wahren J. Fuel homeostasis in exercise. N Engl J Med 1975;285:1078–1084.
47. Fernandez-Sola J, Nogue S, Grau JM, Casademont J, Munne P. Acute arsenical myopathy: morphological description. J Toxicol Clin Toxicol 1991;29:131–136.
48. Figarella-Branger D, Baeta Machado AM, Putzu GA, Malzac P, Voelckel MA, Pellissier JF. Exertional rhabdomyolysis and exercise intolerance revealing dystrophinopathies. Acta Neuropathol 1997;94:48–53.
49. Fishbein WN. Lactate transporter defect: a new disease of muscle. Science 1986;234:1254–1256.
50. Foulkes WD, Sewry C, Calam J, Hodgson HJ. Rhabdomyolysis after intramuscular iron dextran in malabsorption. Ann Rheum Dis 1991;50:184–186.
51. Gabow PA, Kaehny WD, Kelleher SP. The spectrum of rhabdomyolysis. Medicine 1982:61:141–152.
52. Garcin J-M, Larroque P, Turlure P, Chaudet X, Bauduceau B, Gautier D. Thyrotoxicose factice avec paralysie périodique et rhabdomyolyse. Ann Med Interne (Paris) 1990; 141:83–84.
53. Gepner P, Bouro H, Pietre AM, Gravelcau P, Chapman A. Myopathie hypothyroïdienne: a propos d'un cas avec elevation majeure de la creatine phosphokinase, myoglobinemie et insuffisance renale transitoire. Rev Med Interne 1990;11: 165–167.
54. Gitin EL, Demos MA. Acute exertional rhabdomyolysis: a syndrome of increasing importance to the military physician. Milit Med 1974;139:33–36.
55. Graham GE, Silver K, Arlet V, Der Kaloustian VM. King syndrome: further clinical variability and review of the literature. Am J Med Genet 1998;78:254–259.
56. Grosso P, Petrini PL, Massei R. Post-anesthesia rhabdomyolysis syndrome following muscular stress. 2 case reports. Minerva Anestesiol 1992:58:1343–1346.
57. Hanna JP, Ramundo ML. Rhabdomyolysis and hypoxia associated with prolonged propofol infusion in children. Neurology 1998;50:301–303.
58. Hara H, Wakayama Y, Kouno Y, Yamada H, Tanaka M, Ozawa T. Acute peripheral neuropathy, rhabdomyolysis and severe lactic acidosis associated with 3243 A to G mitochondrial DNA mutation. J Neurol Neurosurg Psychiatry 1994;57: 1545–1546.
59. Heiman-Patterson TD. Neuroleptic malignant syndrome and malignant hyperthermia. Med Clin North Am 1993;77: 477–492.
60. Hermesh H, Molcho A, Aizenberg D, Munitz H. The calcium anatagonist nifedipine in recurrent neuroleptic malignant syndrome. Clin Neuropharmacol 1988;11:552–556.
61. Ho LM, Cheong I, Jailil HA. Rhabdomyolysis and acute renal failure following blowpipe dart poisoning. Nephron 1996; 72:676–678.
62. Hogan K. The anaesthetic myopathies and malignant hyperthermias. Curr Opin Neurol 1998;11:469–476.
63. Hohenberger P, Haier J, Schlag PM. Rhabdomyolysis and renal function impairment after isolated limb perfusion — comparison between the effects of perfusion with and rhTNF alpha and a 'triple-drug' regimen. Eur J Cancer 1997; 33:596–601.
64. Hsu Y-D, Lee W-H, Chang M-K, Shieh S-D, Tsao W-L. Blood lactate threshold and type II fibre predominance in patients with exertional heatstroke. J Neurol Neurosurg Psychiatry 1997;62:182–187.
65. Hubbard RW. Heatstroke pathophysiology: the energy depletion model. Med Sci Sports Exerc 1990;22:19–28.
66. Huizing M, Iacobazzi V, Ijlst L, Savelkoul P, Ruitenbeek W, van den Heuvel L, Indiveri C, Smeitink J, Trijbels F, Wanders R, Palmieri F. Cloning of the human carnitine acylcarnitine carrier cDNA and identification of the molecular defect in a patient. Am J Hum Genet 1997;61:1239–1245.
67. Iles DE, Lehmann-Horn F, Scherer SW, Tsui LC, Weghius DO, Suijkerbuijk RF. Localization of the gene encoding the alpha 2/delta subunit of the L-type voltage dependent calcium channel to chromosome 7q and analysis of the segregation of flanking markers in malignant hyperthermia susceptible families. Hum Mol Genet 1994;3:969–975.
68. Jardon OM. Physiologic stress, heat stroke, malignant hyperthermia — a perspective. Milit Med 1982;147:8–14.
69. Jayaram L, Chancellor AM. Rhabdomyolysis and akinetic hyperthermic crisis complicating Parkinson s disease. Aust NZ J Med 1997;27:194–195.
70. Johnson WSW, Penn AMW, Fuller TW, Salas VM, Hall RE, Burton MD, D'Agostino AN, Kenneway NG. Cytochrome c oxidase deficiency presenting as isolated myoglobinuria. Neurology 1993;43:A372.
71. Jolly BT, Talbot-Stern J. Rhabdomyolysis secondary to keyboard overuse: occupational hazard of the computer age. Am J Emerg Med 1995;13:644–646.
72. Kaakkola S. Clinical pharmacology, therapeutic use and potential of COMT inhibitors in Parkinson's disease. Drugs 2000;59:1233–1250.
73. Kamijo T, Indo Y, Souri M, Aoyama T, Hara T, Yamamoto S, Ushikubo S, Rinaldo P, Matsuda I, Komiyama A, Hashimoto T. Medium chain 3-ketoacyl-coenzyme A thiolase deficiency — a new disorder of mitochondrial fatty acid beta-oxidation. Pediatr Res 1997;42:569–576.
74. Karadimas CL, Greenstein P, Sue CM, Joseph JT, Tanji K, Haller RG, Taivassalo T, Davidson MM, Shanske S, Bonilla E, DiMauro S. Recurrent myoglobinuria due to a nonsense mutation in the COXI gene of mitochondrial DNA. Neurology 2000;55:644–649.
75. Kasamatsu Y, Osada M, Ashida K, et al. Rhabdomyolysis after infection and taking a cold medicine in a patient who was susceptible to malignant hyperthermia. Intern Med 1998;37: 169–173.
76. Keightley JA, Hoffbuhr KC, Burton MD. A microdeletion in cytochrome c oxidase (COX) subunit III associated with

COX deficiency and recurrent myoglobinuria. Nat Genet 1996;12:410–415.

77. Kelly KJ, Garland JS, Tang TT, Shug AL, Chusid MJ. Fatal rhabdomyolysis following influenza infection in a girl with familial carnitine palmityl transferase deficiency. Pediatrics 1989;84:312–316.

78. Keyser DL, Rodnitsky RL. Neuroleptic malignant syndrome in Parkinson's disease after withdrawal or alteration of dopaminergic therapy. Arch Intern Med 1991;151:794–796.

79. Knochel JP. Rhabdomyolysis and myoglobinuria. Ann Rev Med 1982;33:435–443.

80. Knochel JP. Catastrophic medical events with exhaustive exercise: 'white collar rhabdomyolysis.' Kidney Int 1990;38: 709–719.

81. Köller H, Stoll G, Neuen-Jacob E. Postpartum manifestation of a necrotising lipid storage myopathy associated with muscle carnitine deficiency. J Neurol Neurosurg Psychiatry 1998;64:407–408.

82. Köppel C. Clinical features, pathogenesis and management of drug-induced rhabdomyolysis. Med Toxicol Adverse Drug Exper 1989;4:108–126.

83. Kornhuber J, Weller M. Neuroleptic malignant syndrome. Curr Opin Neurol 1994;7:353–357.

84. Kuipers H. Exercise-induced muscle damage. Int J Sports Med 1994;15:132–135.

85. Lambert C, Blanloeil Y, Krivosec-Horber R, Berard L, Reyford H, Pinaud M. Malignant hyperthermia in a patient with hypokalemic periodic paralysis. Anesth Analg 1994;79: 1012–1014.

86. Levin MI, Mozaffar T, Al-Lozi MT, Pestronk A. Paraneoplastic necrotizing myopathy: clinical and pathologic features. Neurology 1998;50:764–767.

87. Linderholm H, Essen-Gustavsson B, Thornell L-E. Low succinate dehydrogenase (SDH) activity in a patient with a hereditary myopathy with paroxysmal myoglobinuria. J Intern Med 1990;228:43–52.

88. Litin SC, Anderson CF. Nicotinic acid-associated myopathy: a report of three cases. Am J Med 1989;86:481–483.

89. Llach F, Felsenfeld AJ, Haussler MR. The pathophysiology of altered calcium metabolism in rhabdomyolysis-induced acute renal failure. N Engl J Med 1981;305:117–123.

90. LoCurto MJ. The serotonin syndrome. Emerg Med Clin North Am 1997;15:665–675.

91. Lofberg M, Jankala H, Paetau A, Harkonen M, Somer H. Metabolic causes of recurrent rhabdomyolysis. Acta Neurol Scand 1998;98:268–275.

92. Loke J, MacLennan DH. Malignant hyperthermia and central core disease: disorders of Ca⁻⁻ release channels. Am J Med 1998;104:470–486.

93. Lopez JR, Rojas B, Gonzalez MA, Terzic A. Myoplasmic $Ca^{++}$ concentration during exertional rhabdomyolysis. Lancet 1995;345:424–425.

94. Maccario M, Fumagalli C, Dottori V, Grasso AM, Agostini M, Parodi E, Pergolo A, Spagnolo S, Passerone G. The association between rhabdomyolysis and acute renal failure in patients undergoing cardiopulmonary bypass. J Cardiovasc Surg 1996;37:153–159.

95. Manji H, Howard RS, Miller DH, Hirsch NP, Carr L, Bhatia K, Quinn N, Marsden CD. Status dystonicus: the syndrome and its management. Brain 1998;121:243–252.

96. Martin MA, Rubio JC, Del Hoyo P, Garcia A, Bustos F, Campos Y, Cabello A, Culebras JM, Arenas J. Identification of novel mutations in Spanish patients with muscle carnitine palmitoyltransferase II deficiency. Hum Mutat 2000;15: 579–580.

97. Martin WR, Fuller RE. Suspected chromium picolinate-induced rhabdomyolysis. Pharmacotherapy 1998;18: 860–862.

98. Martin-Du Pan RC, Morris MA, Favre H, Junod A, Pizzolato GP, Bottani A. Mitochondrial anomalies in a Swiss family with autosomal dominant myoglobinuria. Am J Med Genet 1997;69:365–369.

99. Marty I, Robert M, Villaz M, De Jongh K, Lai Y, Catterall WA, Ronjat M. Biochemical evidence for a complex involving dihydropyridine receptor and ryanodine receptor in triad junctions of skeletal muscle. Proc Natl Acad Sci USA 1994; 91:2270–2274.

100. Mastaglia FL. Toxic myopathies. In: Rowland LP, DiMauro S, editors. Handbook of clinical neurology. Vol. 62. Amsterdam: North Holland; 1992. p 595–622.

101. Melberg A, Holme E, Oldfors A, Lundberg PO. Rhabdomyolysis in autosomal dominant progressive external ophthalmoplegia. Neurology 1998;50:299–300.

102. Meyer-Betz F. Beobachtungen an einem eigenartigen mit Muskellahmungen verbundenem Fall von Hamoglobiurie. Dsch Arch Klin Med 1910;101:85–127.

103. Miller F, Friedman R, Tanenbaum J, Griffin A. Disseminated intravascular coagulation and acute myoglobinuric renal failure: a consequence of the serotonergic syndrome. J Clin Psychopharmacol 1991;11:277–279.

104. Minetti C, Tanji K, Chang HW, Medori R, Cordone G, DiMauro S, Bonilla E. Dystrophinopathy in two young boys with exercise-induced cramps and myoglobinuria. Eur J Pediatr 1993;152:848–851.

105. Miyajima H, Takahashi Y, Kaneko E. Characteristics of the glycolysis in lactate dehydrogenase-A deficiency. Muscle Nerve 1995;18:874–878.

106. Monnier N, Procaccio V, Stieglitz P, Lunardi J. Malignant hyperthermia susceptibility is associated with a mutation of the alpha 1-subunit of the human dihydropyridine-sensitive L-type voltage-dependent calcium-channel receptor in skeletal muscle. Am J Hum Gen 1997;60:1316–1325.

107. Morris AAM, Turnbull DM. Fatty acid oxidation defects in muscle. Curr Opin Neurol 1998;11:485–490.

108. Muller-Felber W, Zafiriou D, Scheck R, Patzke I, Toepfer M, Pongratz DE, Walther U. Marinesco-Sjogren syndrome with rhabdomyolysis. A new subtype of the disease. Neuropediatrics 1999;29:97–101.

109. Nehoda H, Wieser C, Koller J, Konigsrainer A, Battista HJ, Vogel W, Margreiter R. Recurrent liver failure with severe rhabdomyolysis after liver transplantation for carbon tetrachloride intoxication. Hepatogastroenterology 1998;45: 191–195.

110. Ng YT, Joulston HM. Clinical rhabdomyolysis. J Paediatr Child Health 2000;36:397–400.

111. Nielsen C, Mazzone P. Muscle pain after exercise. Lancet 1999;353:1062.

112. Nygaard E. Skeletal muscle fibre characteristics in young women. Acta Physiol Scand 1981;112:299–304.

113. Ogasahara S, Engel AG, Frens D, Mack D. Muscle coenzyme Q deficiency in familial mitochondrial encephalomyopathy. Proc Natl Acad Sci USA 1989;86:2379–2382.

114. Ogilvie I, Pourfarzam M, Jackson S, Stockdale C, Bartlett K, Turnbull DM. Very long-chain acyl coenzyme A dehydrogenase deficiency presenting with exercise-induced myoglobinuria. Neurology 1994;44:467–473.

115. Ohno K, Tanaka M, Sahashi K, Ibi T, Sato W, Yamamoto T, Takahashi A, Ozawa T. Mitochondrial DNA deletions in inherited recurrent myoglobinuria. Ann Neurol 1991;29: 364–369.

116. Okano H, Masuoka H, Kamei S, Seko T, Koyabu S, Tsuneoka K, Tamai T, Ueda K, Nakazawa S, Sugawa M, Suzuki H, Watanabe M, Yatani B, Nakano T. Rhabdomyolysis and myocardial damage induced by palytoxin, a toxin of blue humphead parrotfish. Intern Med 1998;37:330–333.

117. Okumura T, Suzuki K, Yamane K, Kumada K, Kobayashi K, Fukuda A, Fujii C, Kohama A. Intravenous detergent poisoning. J Toxicol Clin Toxicol 2000;38:347–350.

118. Oliveira AS, Calia LC, Kiyomoto BH, Povoa EF, Schmidt B, Gabbai AA. Acute necrotizing myopathy and podophyllin

toxicity. Report of a fatal case. Arq Neuropsiquiatr 1996;54: 288–292.
119. Orimo S, Taniguchi A, Ichikawa T, Hiyamuta E, Tamaki M. Two familial cases with exertion-induced heat stroke — relationship to malignant hyperthermia. Rinsho Shink 1992; 32:412–415.
120. Orrell RW, Lane RJM. Myopathies in infections and systemic diseases. In: Lane RJM, editor. Handbook of muscle diseases. New York: Marcel Dekker; 1996. p 391–405.
121. Pagala M, Amaladevi B, Bernstein A, Herzlich B, Namba T, Grob D. Dantrolene sodium reduces the enhanced leakage of creatine kinase caused by ethanol, cocaine, and electrical stimulation in isolated fast and slow muscles of rat. Alcohol Clin Exp Res 1997;21:63–67.
122. Patten BM, Wood JM, Harati Y, Hefferan P, Howell RR. Familial recurrent rhabdomyolysis due to carnitine palmityl transferase deficiency. Am J Med 1979;67:167–171.
123. Penn AS. Myoglobin and myoglobinuria. In: Vinken PJ, Bruyn GW, editors Handbook of clinical neurology. Vol. 41. Amsterdam: North Holland; 1980. p 259–285.
124. Poels PJE, Joosten EMG, Sengers RCA, Stadhouders AM, Veerkamp JH, Benders AAGM. In vitro contraction test for malignant hyperthermia in patients with unexplained recurrent rhabdomyolysis. J Neurol Sci 1991;105:67–72.
125. Poels PJE, Wevers RA, Braakhekke JP, Benders AAGM, Veerkamp JH, Joosten EMG. Exertional rhabdomyolysis in a patient with calcium adenosine triphosphatase deficiency. J Neurol Neurosurg Psychiatry 1993;56:823–826.
126. Prendergast BD, George CF. Drug-induced rhabdomyolysis — mechanisms and management. Postgrad Med J 1993;69: 333–336.
127. Quane KA, Healy JM, Keating KE, Manning BM, Couch FJ, Palmucci LM, Doriguzzi C, Fagerlund TH, Berg K, Ording H. Mutations in the ryanodine receptor gene in central core disease and malignant hyperthermia. Nat Genet 1993;5: 51–55.
128. Ramesh V, Gardner-Medwin D. Familial paroxysmal rhabdomyolysis: management of two cases of non-exertional type. Dev Med Child Neurol 1992;34:61–79.
129. Ramsay DA, Zochodne DW, Robertson DM, Nag S, Ludwin SK. A syndrome of acute severe muscle necrosis in intensive care unit patients. J Neuropathol Exp Neurol 1993;52: 387–398.
130. Reimers CD, Haider M, Mehltretter C, Kaab S, Wunderer B, Pongratz DE. The rectus abdominis syndrome. Dtsch Med Wochenschr 1992;117:1474–1478.
131. Richards JR. Rhabdomyolysis and drugs of abuse. J Emerg Med 2000;19:51–56.
132. Rocca PV, Alloway JA, Nashel DJ. Diabetic muscular infarction. Semin Arthr Rheum 1993:22:280–287.
133. Rowland LP. Myoglobinuria, 1984. Can J Neurol Sci 1984; 11:1–13.
134. Satoh J, Okada K, Kishi T, Nagayama S, Kuroda Y. Cramping pain and prolonged elevation of serum creatine kinase levels in a patient with Guillain–Barre syndrome following *Campylobacter jejuni* enteritis. Eur J Neurol 2000;7:107–109.
135. Saudubray JM, Martin D, de Lonlay P, Touati G, Poggi-Travert F, Bonnet D, Jouvet P, Boutron M, Slama A, Vianey-Saban C, Bonnefont JP, Rabier D, Kamoun P, Brivet M. Recognition and management of fatty acid oxidation defects in a series of 107 patients. J Inherit Metab Dis 1999;22:488–502.
136. Savage DCL, Forbes M, Pearce GW. Idiopathic rhabdomyolysis. Arch Dis Child 1971;46:594–607.
137. Seelsa SN, Simpson DM, Mcquistion HL, Fineman A, Ault K, Reichler B. Clozapine-induced myotoxicity in patients with chronic psychotic disorders. Neurology 1996:47:1518–1523.
138. Schaefer J, Jackson S, Dick D, Turnbull DM. Trifunctional enzyme deficiency: adult presentation of a usually fatal β-oxidation defect. Ann Neurol 1996;40:597–602.
139. Schaefer J, Jackson S, Turnbull DM. Lipid storage myopathies and inborn errors of fatty acid oxidation. In: Lane RJM, editor. Handbook of muscle diseases. New York: Marcel Dekker; 1996. p 431–441.
140. Schroder JM, Dodel R, Weis J, Stefanidis I, Reichmann H. Mitochondrial changes in muscle phosphoglycerate kinase deficiency. Clin Neuropathol 1996;15:34–40.
141. Schwengel D, Ludwig S. Rhabdomyolysis and myoglobinuria as manifestations of child abuse. Pediatr Emerg Care 1985; 1:194–197.
142. Sharkey PK, Rinaldi MG, Dunn JF, Hardin TC, Fetchick RJ, Graybill JR. High-dose itraconazole in the treatment of severe mycoses. Antimicrob Agents Chemother 1991;35: 707–713.
143. Shumate JB, Brooke MH, Carroll JE, Davis JE. Increased serum creatinine kinase after exercise: a sex-linked phenomenon. Neurology 1979;29:902–904.
144. Singh U, Scheld M. Infectious etiologies of rhabdomyolysis: three case reports and review. Clin Infect Dis 1996;22: 642–649.
145. Singhal PC, Venkatesan J, Gibbons N, Gibbons J. Prevalence and predictors of rhabdomyolysis in patients with hypokalemia. N Engl J Med 1990:323:1488.
146. Slater MS, Mullins RJ. Rhabdomyolysis and myoglobinuric renal failure in trauma and surgical patients: a review. J Am Coll Surg 1998;186:693–716.
147. Sobreira C, Hirano M, Shanske S. Mitochondrial encephalomyopathy with coenzyme Q10 deficiency. Neurology 1997; 48:1238–1243.
148. Stanley CA. New genetic defects in mitochondrial fatty acid oxidation and carnitine deficiency. Adv Pediatr 1987;34: 59–88.
149. Sultana SR, Byrne DJ. Raver's haematuria. J R Coll Surg (Edin) 1996;41:419–420.
150. Taivassalo T, Fu K, Johns T, Arnold D, Karpati G, Shoubridge EA. Gene shifiting: a novel therapy for mitochondrial myopathy. Hum Mol Genet 1999;8:1047–1052.
151. Tein I, De Vivo DC, Hale DE, Clarke JT, Zinman H, Laxer R, Shore A, DiMauro S. Short-chain L-3-hydroxyacyl-CoA dehydrogenase deficiency in muscle: a new cause for recurrent myoglobinuria and encephalopathy. Ann Neurol 1991:30: 415–419.
152. Tein I, DiMauro S, Rowland LP. Myoglobinuria. In: Rowland LP, DiMauro S, editors. Handbook of clinical neurology. Vol. 62. Amsterdam: North Holland; 1992. p 553–593.
153. Tonin P, Lewis P, Servidei S, DiMauro S. Metabolic causes of myoglobinuria. Ann Neurol 1990;27:181–185.
154. Trewby PN, Rutter MD, Earl UM, Sattar MA. Teapot myositis. Lancet 1998;351:1248.
155. Tsunsi S, Sugie H, Ito M, Igarashi Y. Clinical and biochemical analysis of 27 patients with myoglobinuria of unknown cause. Rinsho Shink 1995;35:24–28.
156. Tuxen MK, Nielsen HV, Birgens H. Poisoning by kidney beans. Ugeskr Laeger 1991;153:3628–3629.
157. Vergani L, Barile M, Angelini C, Burlina AB, Nijmans L, Freda MP, Brizio C, Zerbetto E, Dabbeni-Sala F. Riboflavin therapy: biochemical heterogeneity in two adult lipid storage myopathies. Brain 1999;122:2401–2411.
158. Vladutiu G, Hogan K, Saponara I, Tassini L, Conroy J. Carnitine palmitoyl transferase deficiency in malignant hyperthermia. Muscle Nerve 1993;16:485–491.
159. Watemberg N, Leshner RL, Armstrong BA, Lerman-Sagie T. Acute pediatric rhabdomyolysis. J Child Neurol 2000;15: 222–227.
160. Wattel FC, Chopin A, Durocher A, Berzi B. Rhabdomyolyses au cours des intoxications aigues. Nouv Presse Med 1978;7: 2553–2560.
161. Williams SGJ, Davison AG, Glynn MJ. Hypokalaemic rhabdomyolysis: an unusual presentation of coeliac disease. Eur J Gastroenterol Hepatol 1995;7:183–184.
162. Wolfe GI, Burns DK, Krampitz D, Barohn RJ. Cylindrical spirals of myofilamentous origin associated with exertional



05/20/02 21:14 FAX 314 773 0329 C L ELLENBERGER 021

cramps and rhabdomyolysis. Neuromusc Dis 1997;7:536–538.
163. Wrogemann K, Pena SDJ. Mitochondrial calcium overload: a general mechanism for cell-necrosis in muscle diseases. Lancet 1976;i:672–673.
164. Yagiela JA, Benoit PW. Skeletal-muscle damage from quinidine. N Engl J Med 1979;301:437.
165. Zager RA. Mitochondrial free radical production induces lipid peroxidation during myohemoglobinuria. Kidney Int 1996;49:741–751.
166. Zaim S, Wiley DB, Albano SA. Rhabdomyolysis associated with naltrexone. Ann Pharmacother 1999;33:312–313.
167. Zollner N, Reiter S, Gross M, Pongratz D, Reimers CD, Gerbitz K, Paetzke I, Deufel T, Hubner G. Myoadenylate deaminase deficiency: successful symptomatic therapy by high dose oral administration of ribose. Klin Wochenschr 1986;64:1281–1290.
168. Zuckerman GB, Lam SC, Santos SM. Rhabdomyolysis following oral ingestion of the hydrocarbon cyclohexanone in an adolescent. J Environ Pathol Toxicol Oncol 1998;17:11–15.



05/20/02 21:14 FAX 314 773 0329 C L ELLENBERGER 022