# EXHIBIT K

Expert Opinion

General

# Controversy surrounding the safety of cerivastatin

Michael H Davidson
*Chicago Center for Clinical Research, 515 North State Street, Suite 2700, Chicago, IL 60610, USA & Rush-Presbyterian-St Luke's Medical Center, Chicago, IL; USA*

The noted myotoxicity and subsequent withdrawal of cerivastatin from the worldwide market in August 2001 has demonstrated that the safety of statins is not a class effect. The total rhabdomyolysis rate for cerivastatin was 16 – 80 times more frequent than with other statins without providing additional efficacy. Cerivastatin has a pharmacokinetic profile (high potency, bioavailability, lipophilicity and renal excretion) that is different from other statins, which may explain the high myotoxicity rate. The cerivastatin experience has also provided insights into high-risk populations (i.e., the elderly, women, those with renal impairment, co-administration of interacting drugs) that are more prone to statin-induced myopathy. Ultimately, the lessons learned from this experience may significantly improve the safety of statin use in the future.

**Keywords:** myopathy, safety, statin

*Expert Opin. Drug Saf. (2002) 1(3):207-212*

In August 2001, cerivastatin was withdrawn from the worldwide markets due to safety concerns. The FDA noted 31 cases of reported fatal rhabdomyolysis with cerivastatin between June 1997 and June 2001 [1]. Based on an estimated 9.8 million prescriptions during that time period for cerivastatin, the FDA determined that the reporting rate per 1 million prescriptions of fatal rhabdomyolysis was 3.16. For all other statins, the estimated reported fatal rhabdomyolysis rate per million prescriptions was 0.19 or less (Table 1). There were approximately 772 cases of rhabdomyolysis associated with statins reported to the FDA during the same time period with > 50% attributed to cerivastatin (Table 2). The total rhabdomyolysis rate for cerivastatin was 16 – 80 times more frequent than with other statins. Subsequently, post withdrawal, more than 100 total fatalities were identified as associated with cerivastatin [2]. There are several important lessons to be learned from the cerivastatin experience that may hopefully avoid similar tragic consequences in the future.

The noted myotoxicity and subsequent withdrawal of cerivastatin from the worldwide market has heightened the awareness of regulatory agencies for the safety of statins and combination therapy. Clearly, the safety of statins is not a class effect. Statins of comparable efficacy may have different safety profiles, whereby the degree of low-density lipoprotein (LDL) lowering and toxicity are not necessarily linked. In the future, statins that have a level of risk that exceeds that of the existing approved statins without significant enhanced efficacy will not receive regulatory clearance. Simvastatin 80 mg, with a myopathy rate of 0.3 – 0.5% [3], and atorvastatin 80 mg, with a liver function abnormality incidence of 2.3% [4], probably represent the thresholds by which lipid-lowering therapies will be judged for approval. A pharmacokinetic evaluation of cerivastatin has identified a number of factors that may explain the greater myotoxicity rate. Cerivastatin is by far the most potent statin per mg of drug. The drug is also the most lipophilic and bioavailable with significant renal clearance. Several factors could lead to higher systemic levels, such as renal impairment or co-administration of an interacting drug, for example gemfibrozil. Therefore, the higher potency and/or lipophilicity of cerivastatin, in conjunction

For reprint orders, please contact: reprints@ashley-pub.com

Ashley Publications www.ashley-pub.com

**Table 1. Reported cases of fatal rhabdomyolysis for all statins marketed in the US.**

| Variable | Lovastatin | Pravastatin | Simvastatin | Fluvastatin | Atorvastatin | Cerivastatin |
|---|---|---|---|---|---|---|
| Date approved | 8/87 | 10/91 | 12/91 | 12/93 | 12/96 | 6/97 |
| Fatal cases of rhabdomyolysis* | 19 | 3 | 14 | 0 | 6 | 31 |
| Number of prescriptions (millions)‡ | 99.2 | 81.4 | 116 | 37.4 | 140 | 9.8 |
| Reporting rate (per 1 million $R_x$)§ | 0.19 | 0.04 | 0.12 | 0 | 0.04 | 3.16 |

*Cases reported to the FDA Adverse Event Reporting System (AERS) through June 2001.
‡Data are through May 2001 and are from the National Prescription Audit Plus, excluding the Long-Term Care Channel.
§The number of cases divided by the number of prescriptions. Note that the reporting rate is not the incidence rate.
$R_x$: Prescribed medication.
Taken with permission from [1].

**Table 2. Cases of statin-associated rhabdomyolysis: October 1997 – December 2000.**

| Statin | Number of cases | % total | % trx-share | Index | % no-fibrate |
|---|---|---|---|---|---|
| Atorvastatin | 86 | 11.1 | 45 | 191 | 84.9 |
| Cerivastatin | 387 | 50.1 | 3 | 12,900 | 48.3 |
| Fluvastatin | 10 | 1.4 | 7 | 142 | 80 |
| Lovastatin | 32 | 4.2 | 5 | 640 | 94 |
| Pravastatin | 70 | 9.1 | 15 | 466 | 88.6 |
| Simvastatin | 187 | 24.2 | 25 | 748 | 87.7 |

Public Citizen Health Petition 20th August 2001. Letter to Janet Woodcock MD FDA.
trx: Treatment.

**Table 3. Clinical pharmacokinetics of HMG-CoA reductase inhibitors.**

| | Atorvastatin | Cerivastatin | Fluvastatin | Fluvastatin XL | Lovastatin | Pravastatin | Simvastatin |
|---|---|---|---|---|---|---|---|
| $T_{max}$ (h) | 2 – 3 | 2.5 | 0.5 – 1.0 | 4.0 | 2.0 – 4.0 | 0.9 – 1.6 | 1.3 – 2.4 |
| $C_{max}$ (mg/ml) | 27 – 66 | 2 | 448 | 55 | 10 – 20 | 45 – 55 | 10 – 34 |
| Bioavailability (%) | 12 | 60 | 19 – 29 | 6 | 5 | 18 | 5 |
| Lipophilic | Yes | Yes | Yes | Yes | Yes | No | Yes |
| Protein binding (%) | 80 – 90 | > 99 | > 99 | > 99 | > 95 | 43 – 55 | 94 – 98 |
| Clearance (l/h/kg) | 0.25 | 0.20 | 0.49 | 3.8 | 0.26 – 1.10 | 0.81 | 0.45 |
| Primary metabolic pathway | CYP3A4 | CYP3A4 CYP2C8 | CYP2C9 | CYP2C9 | CYP3A4 | NS | CYP3A4 |
| Active metabolites | Yes | Yes | No | No | Yes | No | Yes |
| $t_{½}$ (h) | 15 – 30 | 2.1 – 3.1 | 0.5 – 2.3 | 4.7 | 2.9 | 1.3 – 2.8 | 2 – 3 |
| Urinary/faecal excretion | 2/70 | 30/70 | 6/90 | - | 10/83 | 20/71 | 13/58 |
| Hepatic extraction (%) | > 70 | NA | > 68 | > 68 | > 70 | 44 – 66 | 78 – 87 |

Based on a 40 mg oral dose, with the exception of fluvastatin XL (80 mg) and cerivastatin (0.2 mg).
$C_{max}$: Maximum concentration; HMG-CoA: 3-Hydroxy-3-methylglutaryl-coenzyme A; NA: Not available; NS: Not significant; $t_{½}$: Terminal elimination half-life; $T_{max}$: Time to maximum concentration.
Adapted with permission from [5].




**Figure 1. Lipophilicity of cerivastatin.**

**Table 4. Factors that may explain high myopathy rate with cerivastatin.**

| | |
|---|---|
| Potency | 10 – 20 times more potent per mg than atorvastatin |
| Bioavailability | 60 vs 12% for atorvastatin |
| Renal excretion | 30 vs 2% for atorvastatin |
| Lipophilicity | At least 2-fold greater than atorvastatin |
| Drug interaction | At least 2-fold increase in blood levels when combined with gemfibrozil |

with high systemic levels, could result in greater muscle toxicity [5] (**Tables 3 and 4; Figure 1**). Statins, therefore, that are more hydrophilic with fewer drug interactions and lower rates of renal excretion may be less prone to myotoxicity. In the pre-approval database, cerivastatin 0.8 mg had an overall myopathy rate of 1.3% and a 5.7% rate in elderly women [6]. The FDA has acknowledged that this was a signal that cerivastatin was more myotoxic than other statins and that the elderly population, who are often not included in significant numbers in a pre-approval regulatory submission, represent a higher risk for group safety problems. Rosuvastatin is the first statin to seek regulatory approval that included a large number of elderly patients in the New Drug Application. In the future, regulatory agencies are likely to require the inclusion of more elderly patients and pharmacokinetic studies of frequently co-administered drugs to assess safety.

Despite the fact that the co-administration of cerivastatin with gemfibrozil was contraindicated in the package labelling information since December 1999, the two drugs were continued to be prescribed together, resulting in a number of serious and fatal cases of rhabdomyolysis. This experience underscores the inability of package labelling alone to completely prevent serious iatrogenic drug interactions. Many of the cases of cerivastatin–gemfibrozil-induced myopathy were the result of managed care plans advocating the switching of the prescribed statin to cerivastatin for cost considerations. Therefore, regulatory agencies have learned that labelling alone is insufficient to prevent drug interactions and it is incumbent upon them to not approve drugs if frequent serious drug interactions may occur.

The cerivastatin experience has also highlighted the safety concerns of statin–fibrate combination therapy. Most references regarding the safety of statins in combination with fibrates discuss fibrates as a class of drugs that should be avoided or used cautiously with a statin. In the FDA labelling of all statins, caution is advised for combination therapy with a fibrate. However, there is compelling data that fibrates differ in their effects on statin pharmacokinetics and safety. Gemfibrozil has been associated with a high rate of myopathy when combined with a statin, especially cerivastatin, however, the incidence rate with fenofibrate is much less reported. Is fenofibrate a safer fibrate to combine with a statin? Based on the Adverse Event Reporting System (AERS) of the FDA [7], pharmacokinetic studies (**Figures 2 and 3**) and clinical trial data, although not yet conclusive, it does appear that fenofibrate used in combination with a statin has less risk of myopathy than gemfibrozil.

A combination tablet of lovastatin and extended-release niacin (Advicor®, Kos Pharmaceuticals, Inc.) was approved by the FDA in 2001 and a combination of simvastatin and ezetimibe is in clinical development. This trend in combination tablet approval is likely to continue but there will be increasing demands by regulatory agencies for sponsors to ascertain the safety of these therapies. A potential option for a combination therapy is fenofibrate and a statin in a single tablet. Although the risk of myopathy with fenofibrate and a statin is perhaps lower than gemfibrozil, the difficulty of defining the incidence of risk may be significant. The FDA has acknowledged that assessing the safety of these combinations is very difficult [8]. Since the myopathy rate of statin monotherapy is approximately 1 in 1000, the average patient exposure for a lipid-lowering drug during development (3000 – 4000 patients) will have a ~ 95% likelihood of seeing one case. Therefore, agencies may require a significant number of patients (> 10,000) to be evaluated in clinical development to assess whether there is an increased risk of myopathy with combination therapy over monotherapy.

The cerivastatin experience has resulted in significant repercussions. The growth rate for statin utilisation has slowed since the withdrawal of cerivastatin despite the implementation of the more aggressive National Cholesterol Education Programme Adult Treatment Panel III (NCEP ATP) Report [9] and the release of the Heart Protection Study [10] data which supports the significant benefits and safety of statin therapy. The slowing growth rate is believed to be due to the lingering concerns of both patients and physicians regarding the safety of statin therapy. The cerivastatin experience has also made the regulatory agencies more cautious in the approval of lipid-lowering agents and the burden of demonstrating safety has significantly increased. Most tragic is the approximate 100 fatalities and several hundred cases of rhabdomyolysis associated with




**Figure 2. Cerivastatin/gemfibrozil pharmacokinetic interaction study.** Cerivastatin plasma-concentration versus time profiles (geo.mean/gSD) of cerivastatin in healthy male subjects (n = 12).
b.i.d.: Twice-daily.




**Figure 3. Cerivastatin/fenofibrate pharmacokinetic interaction study.** Fenofibrate 200 mg and cerivastatin 0.8 mg pharmacokinetic results (geo.mean, n = 23) of confirmatory interaction study.
AUC: Area under the curve. $C_{max}$: Maximum concentration.

cerivastatin treatment. Could this unfortunate experience have been prevented?

Cerivastatin was originally approved for marketing in June 1997 at doses of 0.2 and 0.3 mg per day. Subsequently, 0.4 mg was approved in May 1999 and 0.8 mg in August 2000. Initially, cerivastatin was marketed to physicians as a potentially safer alternative to other statins because the drug could be metabolised by dual cytochrome P450 pathways (CYP3A4 and CYP2C8). There were published reports of less drug interactions when cerivastatin was combined with CYP3A4 inhibitory drugs such as erythromycin or itraconazole [11-13]. This may have led to the utilisation of cerivastatin in high-risk patients. Nevertheless, between 1998 and 2001, there were > 15 [14-30] publications implicating cerivastatin with cases of rhabdomyolysis, despite the fact that cerivastatin represented only ~ 3% of the total statin prescriptions. In early 2000, a warning letter was sent to physicians outlining an absolute contraindication of combining cerivastatin with gemfibrozil. In the clinical trials, the myopathy rate for both cerivastatin 0.4 and 0.8 mg as monotherapy was reported to be 1.3% with a 5.7% incidence

for elderly postmenopausal women on 0.8 mg [6]. This rate was in comparison to 0.7 – 0.9% with simvastatin 80 mg [3]. Therefore, cerivastatin had an approximate 2-fold increase in myopathy at the 0.4 and 0.8 mg dose compared to the more efficacious 80 mg dose of simvastatin. Therefore, at the time of the approval of the 0.8 mg dose in August 2000, there was clear evidence that cerivastatin was the most myotoxic of the marketed statins, especially in comparison to relative efficacy. According to the AERS of the FDA, the reporting rate of fatal rhabdomyolysis, even after excluding cases in which cerivastatin was administered with gemfibrozil, was 1.9 deaths per million prescriptions, which was 10 – 50 times higher than other statins [2]. The regulatory approval of cerivastatin 0.8 mg in August 2000 was accompanied by labelling that identified the risk of myopathy with monotherapy in the elderly and the contraindication to use with gemfibrozil. The 0.8 mg dose was also heavily marketed to physicians for its enhanced efficacy and cost effectiveness. As the market share for cerivastatin increased to ~ 6% of prescriptions, the reported cases of myopathy also increased significantly. The FDA report noted that > 60% of the fatal cases of cerivastatin were associated with the use of the 0.8 mg dose [2]. In August 2001, with compelling data regarding the myotoxicity of cerivastatin, regulatory agencies sought the withdrawal of the drug from the market.

## Conclusion and expert opinion

Statins are lifesaving and are generally very safe drugs. However, statin therapy appears to carry a small, but definite, risk of myopathy. The cerivastatin experience has highlighted this safety issue and, ultimately, the lessons learned from this experience may significantly improve the safety of statin use in the future.


## Bibliography

Papers of special note have been highlighted as either of interest (•) or of considerable interest (••) to readers.

1. STAFFA JA, CHANG J, GREEN L: Cerivastatin and reports of fatal rhabdomyolysis. *N. Engl. J. Med.* (2002) 346:539-540.

•• **This brief report reviews the FDA's rationale for withdrawing cerivastatin from the US market.**

2. PASTERNAK RC, SMITH SC, BAIREY-MERZ CN, GRUNDY SM, CLEEMAN JI, LENFANT C: ACC/AHA/NHLBI clinical advisory on the use and safety of statins. *J. Amer. Coll. Cardiol.* (2002) 40:568-573.

•• **This is a comprehensive review of the adverse effects of statins and provides recommendations for improving safety.**

3. PHYSICANS' DESK REFERENCE: Zocor, Merck & Co., p2221.

4. PHYSICIANS' DESK REFERENCE: Lipitor, Pfizer, p2697.

5. CORSINI A, BELLOSTA S, BAETTA R, FUMAGALLI R, PAOLETTI R, BERNINI F: New insights into the pharmacodynamic and pharmacokinetic properties of statins. *Pharmacol. Ther.* (1999) 84:413-428.

• **A comprehensive review of the pharmacokinetics of statins that differentiates the profile of cerivastatin compared to other statins.**

6. INSULL W JR, ISAACSOHN J, KWITEROVICH P, MA P, BRAZG R, DUJOVNE C: Efficacy and safety of cerivastatin 0.8 mg in patients with hypercholesterolemia: the pivotal placebo-controlled clinical trial. *J. Int. Med. Res.* (2000) 28:47-68.

• **This study identifies the higher myopathy rate of cerivastatin in elderly women.**

7. OMAR MA, WILSON JP, COX TS: Rhabdomyolysis and HMG-CoA reductase inhibitors. *Ann. Pharmacother.* (2001) 35:1096-1107.

• **A comprehensive review of the FDA Adverse Event Report database on statins and highlights the medical myotoxicity of cerivastatin compared to other statins.**

8. ISAACSOHN J, BLACK D, TROENDLE A, ORLOFF D: The impact of the National Cholesterol Education Program Adult Treatment Panel III guidelines on drug development. *Am. J. Cardiol.* (2002) 89(Suppl.):45C-49C.

•• **The FDA's position on drug development issues that relate to the safety of combination therapy and the incidence of myopathy.**

9. NO AUTHORS LISTED: Executive Summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). *JAMA* (2001) 285:2486-2497.

10. NO AUTHORS LISTED: MRC/BHF heart protection study of cholesterol lowering with simvastatin in 20,536 high-risk individuals: a randomised placebo-controlled trial. *Lancet* (2002) 360:7-22.

11. MUCK W, OCHMANN K, ROHDE G: Influence of erythromycin pre- and co-treatment on single-dose pharmacokinetics of the HMG-CoA reductase inhibitor cerivastatin. *Eur. J. Clin. Pharmacol.* (1998) 53:469-473.

12. KANTOLA T, KIVISTO KT, NEUVONEN PJ: Effect of itraconazole on cerivastatin pharmacokinetics. *Eur. J. Clin. Pharmacol.* (1999) 54:851-855.

13. MAZZU AL, LASSETER KC, SHAMBLEN C: Itraconazole alters the pharmacokinetics of atorvastatin to a greater extent than either cerivastatin or pravastatin. *Clin. Pharmacol. Ther.* (2000) 68:391-400.

14. ALEXANDRIDIS G, PAPPAS G, ELISAF M: Rhabdomyolysis due to combination therapy with cerivastatin and gemfibrozil. *Am. J. Med.* (2000) 109:261-262.

15. BERMINGHAM RP, WHITSITT TB, SMART ML, NOWAK DP, SCALLEY RD: Rhabdomyolysis in a patient receiving the combination of cerivastatin and gemfibrozil. *Am. J. Health-System Pharm.* (2000) 57:461-464.

16. GARCIA-VALDECASAS-CAMPELO E, GONZALEZ-REIMERS E, LOPEZ-LIROLA A, RODRIGUEZ-RODRIGUEZ E, SANTOLARIO-FERNANDEZ F: Acute rhabdomyolysis associated with cerivastatin therapy. *Arch. Intern. Med.* (2001) 161:893.

17. GEMICI G, TOPRAK A, OKTAY A: Rhabdomyolysis due to cerivastatin monotherapy. *Am. J. Med.* (2001) 110:742.

18. GINER V, MUNOZ R, REDON J: Risperidone and severe cerivastatin induced rhabdomyolysis. *J. Intern. Med.* (2002) 251:177-178.

19. HENDRIKS F, KOOMAN JP, VAN DER SANDE FM: Massive rhabdomyolysis and life threatening hyperkalemia (sic) in a

patient with the combination of cerivastatin and gemfibrozil. *Nephrol. Dial. Trans.* (2001) 16:2418-2419.

20. LAU TK, LEACHMAN R, LUFSCHANOWSKI R: Severe rhabdomyolysis associated with the cerivastatin-gemfibrozil combination therapy – report of a case. *Tex. Heart Inst. J.* (2001) 28:142-145.
21. MARIGLIANO N, CASTELLANO I: Cerivastatin-induced rhabdomyolysis (sic) in a patient with diabetic neuropathy. *Am. J. Nephrol.* (2001) 21:86.
22. MASTROIANNI CM, D'ETTORRE G, FORCINA G *et al.*: Rhabdomyolysis after cerivastatin-gemfibrozil therapy in an HIV-infected patient with protease inhibitor-related hyperlipidemia. *AIDS* (2001) 15:820-821.
23. MILLIONIS H: Another report of acute rhabdomyolysis following cerivastatin monotherapy. *Arch. Intern. Med.* (2001) 161:2629-2630.
24. MORA C, RODRIGUEZ ML, NAVARRO JF: Cerivastatin-induced rhabdomyolysis in a renal transplant on cyclosporin. *Transplantation* (2001) 72:551.
25. OLDEMEYER JB, LUND RJ, KOCH M, MEARES AJ, DUNLAY R: Rhabdomyolysis and acute renal failure after changing statin-fibrate combinations. *Cardiology* (2000) 94:127-128.
26. OZDEMIR O, BORAN M, GOKCE V, UZUN Y, KOCAK B, KORKMAZ S: A case with severe rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy. *Angiol. J. Vasc. Dis.* (2000) 51:695-697.
27. POGSON GW, KINDRED LH, CARPER BG: Rhabdomyolysis and renal failure associated with cerivastatin-gemfibrozil combination therapy. *Am. J. Cardiol.* (1999) 83:1147.
28. RAVNANM SL, LOCKE C, YEE W, HAASE K: Cerivastatin-induced rhabdomyolysis: 11 case reports. *Pharmacotherapy* (2002) 22:533-537.
29. SIMPSON S: Case reports of rhabdomyolysis associated with cerivastatin therapy. *Arch. Intern. Med.* (2001) 161:2630-2631.
30. TOMLINSON B, LAN IW: Combination therapy with cerivastatin and gemfibrozil causing rhabdomyolysis: is the interaction predictable? *Am. J. Med.* (2001) 110:669-760.

## Affiliation

Michael H Davidson MD
Chicago Center for Clinical Research, 515 North State Street, Suite 2700, Chicago, IL 60610, USA & Rush-Presbyterian-St Luke's Medical Center, Chicago, IL 60612, USA
Tel: +1 312 563 2011; Fax: +1 312 563 4417
E-mail: mdavidson@protocare.com