**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of June, 2006, she served a copy of:

1. Plaintiffs' Memorandum In Opposition To Defendants' Motion To Exclude Expert Testimony Of David P. Richman, M.D.; and

2. Affidavit Of Annika K. Martin, Esquire In Support Of Plaintiffs' Opposition To Bayer And GSK's Motion To Exclude The Expert Testimony Of David P. Richman, M.D.

on all attorneys of record by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143. ECF will send an e-notice of the electronic filing to the following:

- **Richard J Arsenault** rarsenault@nbalawfirm.com
- **Catherine Valerio Barrad** cbarrad@sidley.com
- **Philip S Beck** bill.balachowski@bartlit-beck.com
- **Deanna D Dailey** nmiller@larsonking.com
- **Richard K Dandrea** baycol@escm.com
- **Ronald S Goldser** rsg@zimmreed.com kym@zimmreed.com
- **Adam L Hoeflich** rob.aguirre@bartlit-beck.com
- **Robert R Hopper** rrh@zimmreed.com

| | |
|---|---|
| • **Richard A Lockridge** | lockrra@locklaw.com;<br>emmonrm@locklaw.com |
| • **Fred T Magaziner** | cheryl.inwek@dechert.com;<br>amy.mcnally@dechert.com |
| • **Douglas R Marvin** | astern wc.com |
| • **James W Mizgala** | dbarlett@sidley.com |
| • **Shawn M Raiter** | sraiter@larsonking.com;<br>lburks@larsonking.com;<br>lselman@larsonking.com |
| • **Robert K Shelquist** | rshelquist@locklaw.com;<br>bgilles@locklaw.com |
| • **Peter W Sipkins** | sipkins.peter@dorsey.com;<br>roadfeldt.christi@dorsey.com |
| • **Scott A Smith** | SSmith@halleland.com;<br>CWochnick@halleland.com |
| • **Susan A Weber** | saweber@sidley.com |
| • **Elizabeth S Wright** | wright.elizabeth@dorsey.com;<br>kelly.laurie@dorsey.com;<br>garcia.sara@dorsey.com |
| • **Paul J Zidlicky** | pzidlicky@sidley.com |
| • **Charles S Zimmerman** | tmo@zimmreed.com |

/s/ Alexandra L. Foote
Alexandra L. Foote

Subscribed and sworn to before me
this 23rd day of June, 2006.

/s/ Douglas C. Clevenger
Notary Public