UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

ORDER

The above-entitled matter is before the Court pursuant to Pretrial Order No. 149 § I.B.1.b., incorporating PTO 114 § IV-VI, regarding Plaintiffs who have not submitted the required Supplemental Discovery.

PTO 149 governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 149 § I.B.1.a., Plaintiffs with District of Minnesota case numbers 03-1174 to 03-3743 were required to serve upon Defendants completed Supplemental Discovery Disclosures by June 1, 2006. PTO 149 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose Supplemental Discovery Disclosure is still delinquent within 30 days of this deadline, and further warns that the Court will dismiss such cases with prejudice. See PTO 114 § VI.

Pursuant to PTO 114, the parties have submitted a list of Plaintiffs who have not complied with their Supplemental Discovery obligation as of July 14, 2006. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice

SCANNED
JUL 26 2006
U.S. DISTRICT COURT MPLS

the cases of any Plaintiffs listed on Exhibit A from whom defendants have not received the required discovery within ten days from the date of this Order.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on the attached list from whom Defendants have not received the required discovery within ten days from the date of this Order, in accordance with Part VI of PTO 114. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: 7-25-06

Michael J. Davis
United States District Court

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**PTO-149 Delinquency List for Plaintiffs due 06/01/2006**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Farajpour, Rouhangis Yomtubi | 03-2138 | Philip N. Alexander, Esq.<br>Law Offices of Philip N. Alexander, PC<br>433 North Camden Drive, Suite 600<br>Beverly Hills, CA 90210<br>(310) 288-1948<br>(310) 858-6489 (fax) |
| 2. | Blanton, Emma | 03-1174 | Melissa A. Prickett, Esq.<br>Beasley Allen Crow Methvin Portis & Miles PC<br>218 Commerce Street<br>Montgomery, AL 36104<br>(334) 269-2343<br>(334) 954-7555 (fax) |
| 3. | Botello, Mildred | 03-1174 | |
| 4. | Bowe, Melody | 03-1174 | |
| 5. | Breaux, Mary | 03-1174 | |
| 6. | Broner, Deborah | 03-1174 | |
| 7. | Brooks, Lennell | 03-1174 | |
| 8. | Campbell, Thomas | 03-1174 | |
| 9. | Carraway, Thomas | 03-1174 | |
| 10. | Chase, Terry | 03-1174 | |
| 11. | Dever, William | 03-1174 | |
| 12. | Diaz, Yolanda | 03-1174 | |
| 13. | Dunkins, Lionel | 03-1174 | |
| 14. | Durham, Charles | 03-1174 | |
| 15. | Durham, Charles | 03-1174 | |
| 16. | Dye, Harold Randall | 03-1174 | |
| 17. | Easterling, James | 03-1174 | |
| 18. | Gordon, Annie | 03-1174 | |
| 19. | Gosal, A.J. | 03-1174 | |
| 20. | Goudeau, Roger | 03-1174 | |
| 21. | Griffin, Kevin | 03-1174 | |
| 22. | Grimes, Michael | 03-1174 | |
| 23. | Guillery, Jacob | 03-1174 | |
| 24. | Hunter, Johnnie | 03-1174 | |
| 25. | Hymel, Landry | 03-1174 | |
| 26. | Jackson, Alice | 03-1174 | |
| 27. | Jackson, Arlene | 03-1174 | |
| 28. | Jardouin, Nola | 03-1174 | |
| 29. | Jarman, Beverly | 03-1174 | |
| 30. | Jarrell, Mary | 03-1174 | |
| 31. | Jeanette, Sue | 03-1174 | |
| 32. | Johnson, Judy | 03-1174 | |
| 33. | Johnson, Sue | 03-1174 | |
| 34. | Maes, Cherylee | 03-1174 | |
| 35. | Major, Lee | 03-1174 | |
| 36. | Malbrough, Paul | 03-1174 | |
| 37. | Meade, Mary | 03-1174 | |
| 38. | Meade, Mary | 03-1174 | |
| 39. | Meadows, Doyle | 03-1174 | |
| 40. | Meredith, Kenny | 03-1174 | |
| 41. | Miller, Debra | 03-1174 | |
| 42. | Miller, Rita | 03-1174 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 43. | Mills, James | 03-1174 | |
| 44. | Mills, Jamie | 03-1174 | |
| 45. | Milner, Hazel | 03-1174 | |
| 46. | Newsome, Danny | 03-1174 | |
| 47. | Noble, John | 03-1174 | |
| 48. | Ogle, Betty | 03-1174 | |
| 49. | Oliver, Betty | 03-1174 | |
| 50. | Oliver, Jeff | 03-1174 | |
| 51. | Owens, Eddie | 03-1174 | |
| 52. | Papillion, Rodney | 03-1174 | |
| 53. | Parker, Stanley | 03-1174 | |
| 54. | Patrick, Ester | 03-1174 | |
| 55. | Pearson, Beverly | 03-1174 | |
| 56. | Pedigo, Randy | 03-1174 | |
| 57. | Rinkus, Mary | 03-1174 | |
| 58. | Rivas, Shirley | 03-1174 | |
| 59. | Roberts, Michael | 03-1174 | |
| 60. | Robichaux, Joyce | 03-1174 | |
| 61. | Robinson, Sharon | 03-1174 | |
| 62. | Rooks, Gregory | 03-1174 | |
| 63. | Rose, Fred | 03-1174 | |
| 64. | Rose, Jerry | 03-1174 | |
| 65. | Simpson, Chester | 03-1174 | |
| 66. | Sinclair, Cheree | 03-1174 | |
| 67. | Singhal, Ashok | 03-1174 | |
| 68. | Slaughter, George | 03-1174 | |
| 69. | Slone, Mercedes | 03-1174 | |
| 70. | Smith, Charles | 03-1174 | |
| 71. | Smith, Della | 03-1174 | |
| 72. | Smith, Della | 03-1174 | |
| 73. | Smith, Sandra | 03-1174 | |
| 74. | Talamantez, Diana | 03-1174 | |
| 75. | Tate, Susie | 03-1174 | |
| 76. | Telleria, Roberto | 03-1174 | |
| 77. | Thibodeaux, Verma | 03-1174 | |
| 78. | Thiebaud, Paul | 03-1174 | |
| 79. | Thomas, Berta | 03-1174 | |
| 80. | Thomas, Ezolia | 03-1174 | |
| 81. | Whimzey, Beverly | 03-1174 | |
| 82. | White, Rosa Bea | 03-1174 | |
| 83. | Whitt, Phyllis | 03-1174 | |
| 84. | Willette, Alice | 03-1174 | |
| 85. | Williams, Cheryl | 03-1174 | |
| 86. | Williams, Dorothy | 03-1174 | |
| 87. | Williams, Marcene | 03-1174 | |
| 88. | Wilson, Bessie | 03-1174 | |
| 89. | Wilson, Donald | 03-1174 | |
| 90. | Brown, Billie Jean | 03-1175 | |
| 91. | Brown, Nicole | 03-1175 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 92. | Brumfield, Joy | 03-1175 | |
| 93. | Burk, Barbara | 03-1175 | |
| 94. | Burnett, Debra | 03-1175 | |
| 95. | Caban, Rosa | 03-1175 | |
| 96. | Caldwell, Sammie | 03-1175 | |
| 97. | Caldwell, Sammie | 03-1175 | |
| 98. | Clark, Cynthia | 03-1175 | |
| 99. | Coates, Curtis | 03-1175 | |
| 100. | Colglazier, Ron | 03-1175 | |
| 101. | Cornish, Walter | 03-1175 | |
| 102. | Couizan, Buster | 03-1175 | |
| 103. | Edwards, Allen | 03-1175 | |
| 104. | England, Michael | 03-1175 | |
| 105. | Ervin, Therman | 03-1175 | |
| 106. | Esses, David | 03-1175 | |
| 107. | Evans, Don | 03-1175 | |
| 108. | Evans, Jeanette | 03-1175 | |
| 109. | Faghri, Mohammad | 03-1175 | |
| 110. | Hall, Clara | 03-1175 | |
| 111. | Hall, Helen | 03-1175 | |
| 112. | Hansole, Jennifer | 03-1175 | |
| 113. | Harris, Calvin | 03-1175 | |
| 114. | Haviland, Bertha | 03-1175 | |
| 115. | Haycraft, Dena | 03-1175 | |
| 116. | Johnson, Jack | 03-1175 | |
| 117. | Jones, Harvey | 03-1175 | |
| 118. | Keeter, Bettye | 03-1175 | |
| 119. | Martin, Bobby | 03-1175 | |
| 120. | Martin, Janice | 03-1175 | |
| 121. | Mason, Mark | 03-1175 | |
| 122. | Massiha, Majid | 03-1175 | |
| 123. | Matherne, Neoda | 03-1175 | |
| 124. | Mayeux, Theard | 03-1175 | |
| 125. | Minnifield, Catherine | 03-1175 | |
| 126. | Minor, Brenda | 03-1175 | |
| 127. | Mitchell, Brenda | 03-1175 | |
| 128. | Mitchell, Marcella | 03-1175 | |
| 129. | Mizell, Angela | 03-1175 | |
| 130. | Moore, Betty | 03-1175 | |
| 131. | Moore, Beulah | 03-1175 | |
| 132. | Moore, Georgia | 03-1175 | |
| 133. | Morris, Herman | 03-1175 | |
| 134. | Perkins, Ola | 03-1175 | |
| 135. | Purcell, Mary | 03-1175 | |
| 136. | Quisenberry, James | 03-1175 | |
| 137. | Rowe, Coy | 03-1175 | |
| 138. | Russell, Robert | 03-1175 | |
| 139. | Ruth, Gladis | 03-1175 | |
| 140. | Sahadat, Shiek | 03-1175 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 141. | Sawyer, Barbara | 03-1175 | |
| 142. | Saylor, Mable | 03-1175 | |
| 143. | Scarbrough, Levis | 03-1175 | |
| 144. | Schaeffer, Delia | 03-1175 | |
| 145. | Snowden, Betty | 03-1175 | |
| 146. | Standley, Jimmy | 03-1175 | |
| 147. | Steinwand, Arlene | 03-1175 | |
| 148. | Stepp, Glenda | 03-1175 | |
| 149. | Tillett, Blanche | 03-1175 | |
| 150. | Townson, Annette | 03-1175 | |
| 151. | Wilson, Sheila | 03-1175 | |
| 152. | Woods, Deborah | 03-1175 | |
| 153. | Zalman, Michael | 03-1175 | |
| 154. | Clancy, Jessie | 03-2161 | Michael D'Agostino, Esq.<br>Becker & D'Agostino<br>880 Third Avenue<br>New York, NY 10022<br>(212) 752-3380<br>(212) 593-3807 (fax) |
| 155. | Toranto, Barbara Ann | 03-2938 | David M. Eaker, Esq.<br>Eaker Law Firm<br>Barton on Boydstun Office Park<br>507-A East Boydstun<br>Rockwall, Texas 75087<br>(972) 772-8005<br>(972) 772-9544 (fax) |
| 156. | Fisher, Michael | 03-2894 | Michael Fisher, plaintiff *pro se*<br>1420 Ocean Way, #30B<br>Jupiter, Florida 33477 |
| 157. | Addison, A. Jerry | 03-3354 | Delano Funches, Esq.<br>Funches & Associates<br>1617 Robinson Street<br>Jackson, MS 39209<br>(601) 969-7400<br>(601) 969-7438 (fax) |
| 158. | Albritton, Carolyn Kay | 03-3354 | |
| 159. | Alford, James | 03-3354 | |
| 160. | Allen, Lillie | 03-3354 | |
| 161. | Allen, Linda P. | 03-3354 | |
| 162. | Anderson, Leona B. | 03-3354 | |
| 163. | Ashworth, Clyde Wade | 03-3354 | |
| 164. | Atkins, Walter Clark | 03-3354 | |
| 165. | Aube, James A. | 03-3354 | |
| 166. | Aurland, Sudie E. | 03-3354 | |
| 167. | Bailey, Vickie Lynn | 03-3354 | |
| 168. | Banks, Geraldine B. | 03-3354 | |
| 169. | Barnes, Howard H. | 03-3354 | |
| 170. | Barnett, Gladys E. | 03-3354 | |
| 171. | Barr, Jane C. | 03-3354 | |
| 172. | Bennett, Dean | 03-3354 | |
| 173. | Bergman, Lawrence Eugene | 03-3354 | |
| 174. | Bolton, Katie G. | 03-3354 | |
| 175. | Bond, David | 03-3354 | |
| 176. | Born, Vera | 03-3354 | |
| 177. | Bowman, Rita | 03-3354 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 178. | Bradburn, Otis | 03-3354 | |
| 179. | Brantley, Rudolph | 03-3354 | |
| 180. | Brice, Robert | 03-3354 | |
| 181. | Brizius, Martha G. | 03-3354 | |
| 182. | Broom, Vernon | 03-3354 | |
| 183. | Brown, Lillian P. | 03-3354 | |
| 184. | Brown, Melba | 03-3354 | |
| 185. | Brown, Roy Lee | 03-3354 | |
| 186. | Buchanan, William | 03-3354 | |
| 187. | Bullock, Donald | 03-3354 | |
| 188. | Bullock, Oscar L. | 03-3354 | |
| 189. | Bussell, Johnnie Derwood | 03-3354 | |
| 190. | Byrd, Samuel | 03-3354 | |
| 191. | Calhoun, Ethel | 03-3354 | |
| 192. | Campbell, Helen | 03-3354 | |
| 193. | Carpenter, Shirley | 03-3354 | |
| 194. | Carruth, Van | 03-3354 | |
| 195. | Catchings, Bobby Earl | 03-3354 | |
| 196. | Cato, James | 03-3354 | |
| 197. | Cato, Myron | 03-3354 | |
| 198. | Cephus, Hazel | 03-3354 | |
| 199. | Chappell, Ruth | 03-3354 | |
| 200. | Chesire, Carolyn | 03-3354 | |
| 201. | Clark, Janie | 03-3354 | |
| 202. | Clark-Wheeler, Rhonda M. | 03-3354 | |
| 203. | Cofer, Sarah Nell | 03-3354 | |
| 204. | Coleman, Travis | 03-3354 | |
| 205. | Combs, A. Edward | 03-3354 | |
| 206. | Culliver, Tangela | 03-3354 | |
| 207. | Daniels, Fonda Darlene | 03-3354 | |
| 208. | Daniels, Lloyd Kenneth | 03-3354 | |
| 209. | Darby, Wilma J. | 03-3354 | |
| 210. | Davis, Willie | 03-3354 | |
| 211. | Davis-Slabaugh, Gladys | 03-3354 | |
| 212. | Delimont, Grace | 03-3354 | |
| 213. | Dodgens, William C. | 03-3354 | |
| 214. | Dooley, Joyce Robinson | 03-3354 | |
| 215. | Drane, Charles Edward | 03-3354 | |
| 216. | Edens, William A., Jr. | 03-3354 | |
| 217. | Edge, Barry M. | 03-3354 | |
| 218. | Edge, Cecil | 03-3354 | |
| 219. | Edwards, James H. | 03-3354 | |
| 220. | Edwards, Shirley D. | 03-3354 | |
| 221. | Edwards, Venice | 03-3354 | |
| 222. | Elder, Ezzie | 03-3354 | |
| 223. | Elias, Luis F. | 03-3354 | |
| 224. | Estes, Ralph S. | 03-3354 | |
| 225. | Evans, Yvonne | 03-3354 | |
| 226. | Ezell, Willie | 03-3354 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 227. | Farmer, Alma Lucille | 03-3354 | |
| 228. | Farmer, Patricia | 03-3354 | |
| 229. | Ferguson, Rebecca | 03-3354 | |
| 230. | Fields, Alverdia | 03-3354 | |
| 231. | Fleming, Leasie Belle | 03-3354 | |
| 232. | Flournoy, Edna | 03-3354 | |
| 233. | Flowers, Ruby | 03-3354 | |
| 234. | Forgay, Lela S. | 03-3354 | |
| 235. | Fortune, Gary | 03-3354 | |
| 236. | Freeman, Elbert | 03-3354 | |
| 237. | Gentry, Rena | 03-3354 | |
| 238. | Gentry, Thomas G. | 03-3354 | |
| 239. | George, William H. | 03-3354 | |
| 240. | Givens, Betty A. | 03-3354 | |
| 241. | Glenn, Randolph | 03-3354 | |
| 242. | Gonzalez, Samuel | 03-3354 | |
| 243. | Gore, Sarah | 03-3354 | |
| 244. | Gosa, Mack | 03-3354 | |
| 245. | Goza, Betty | 03-3354 | |
| 246. | Goza, Harold | 03-3354 | |
| 247. | Grant, Shirley | 03-3354 | |
| 248. | Griffin, Valerie T. | 03-3354 | |
| 249. | Groves, Kay E. | 03-3354 | |
| 250. | Gunter, Richard | 03-3354 | |
| 251. | Gunter, Robert E. | 03-3354 | |
| 252. | Hamby, Zelma | 03-3354 | |
| 253. | Hankins, Alcidie | 03-3354 | |
| 254. | Hawkins, Ruby B. | 03-3354 | |
| 255. | Haygood, William E. | 03-3354 | |
| 256. | Head, Broton W. | 03-3354 | |
| 257. | Head, Dianne | 03-3354 | |
| 258. | Heal, Ruby C. | 03-3354 | |
| 259. | Heard, Genell | 03-3354 | |
| 260. | Heard, Tommy | 03-3354 | |
| 261. | Heaton, Dorothy | 03-3354 | |
| 262. | Henderson, Mina Jo | 03-3354 | |
| 263. | Henry, Elnora | 03-3354 | |
| 264. | Hicks, Betty Lou | 03-3354 | |
| 265. | Hightower, James Otis | 03-3354 | |
| 266. | Hill, Andrea | 03-3354 | |
| 267. | Hill, Charles | 03-3354 | |
| 268. | Hill, Linda | 03-3354 | |
| 269. | Hill, Willie | 03-3354 | |
| 270. | Holder, Earnest | 03-3354 | |
| 271. | Holder, William E. | 03-3354 | |
| 272. | Hornick, Betty C. | 03-3354 | |
| 273. | Horton, Favous | 03-3354 | |
| 274. | Isaac, Pearl A. | 03-3354 | |
| 275. | Jeffery, Birdia L. | 03-3354 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 276. | Jenkins, Deborah E. | 03-3354 | |
| 277. | Johnson, Evelyn Mae | 03-3354 | |
| 278. | Johnson, Mildred E. | 03-3354 | |
| 279. | Johnson, Patricia | 03-3354 | |
| 280. | Johnson, Rosie | 03-3354 | |
| 281. | Kelly, Carl E. | 03-3354 | |
| 282. | Kelly, Daisy | 03-3354 | |
| 283. | Kelly, Mary | 03-3354 | |
| 284. | Key, William L. | 03-3354 | |
| 285. | Kielwein, Lizzie E. | 03-3354 | |
| 286. | King, Dorothy | 03-3354 | |
| 287. | Kinsey, James E. | 03-3354 | |
| 288. | Kirkpatrick, Priscilla | 03-3354 | |
| 289. | Kumar, Sathees | 03-3354 | |
| 290. | Land, Frank | 03-3354 | |
| 291. | Laughter, Charles, Jr. | 03-3354 | |
| 292. | Lauthner, Crystal A. | 03-3354 | |
| 293. | Law, Addie B. | 03-3354 | |
| 294. | Lee, Earline M. | 03-3354 | |
| 295. | Lewis, James | 03-3354 | |
| 296. | Lewis, Murry D. | 03-3354 | |
| 297. | Lewis, Patricia M. | 03-3354 | |
| 298. | Lingerfelt, Ray | 03-3354 | |
| 299. | Little, Plez | 03-3354 | |
| 300. | Long, Virginia | 03-3354 | |
| 301. | Louviere, Catherine | 03-3354 | |
| 302. | Lucas, Sara | 03-3354 | |
| 303. | Lunsford, Robert J. | 03-3354 | |
| 304. | Lusher, Beverly | 03-3354 | |
| 305. | Marbury, Jimmy | 03-3354 | |
| 306. | Marple, Joetta | 03-3354 | |
| 307. | Marsh, Lizzie D. | 03-3354 | |
| 308. | Martin, Helen | 03-3354 | |
| 309. | Martin, Mozell | 03-3354 | |
| 310. | Martinez, Teddy | 03-3354 | |
| 311. | McDonald, Jeff W. | 03-3354 | |
| 312. | McElreath, Joann | 03-3354 | |
| 313. | McMillan, Judy P. | 03-3354 | |
| 314. | Meirow, Gertrude | 03-3354 | |
| 315. | Milam, Tommie | 03-3354 | |
| 316. | Mims, Betty | 03-3354 | |
| 317. | Minkler, Goldie | 03-3354 | |
| 318. | Mobley, Earler Mae | 03-3354 | |
| 319. | Monroe, Mariah | 03-3354 | |
| 320. | Montgomery, James A. | 03-3354 | |
| 321. | Moore, Johnnie | 03-3354 | |
| 322. | Moore, Rayford E., Sr. | 03-3354 | |
| 323. | Moss, Joe B. | 03-3354 | |
| 324. | Motter, Gayle M. | 03-3354 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 325. | Mullis, Carolyn A. | 03-3354 | |
| 326. | Murray, Donna | 03-3354 | |
| 327. | Nash, Gladys | 03-3354 | |
| 328. | Neal, Ellsie | 03-3354 | |
| 329. | Nelms, Hollis, Jr. | 03-3354 | |
| 330. | Nesbitt, Ricky V. | 03-3354 | |
| 331. | Nobles, Earthy | 03-3354 | |
| 332. | Orrantia, Raul | 03-3354 | |
| 333. | Owens, David E. | 03-3354 | |
| 334. | Oxford, Dwight H. | 03-3354 | |
| 335. | Parks, Beulah Altoona | 03-3354 | |
| 336. | Parson, Annie L. | 03-3354 | |
| 337. | Peebles, Janet | 03-3354 | |
| 338. | Pentecost, John T., Jr. | 03-3354 | |
| 339. | Peterson, James H. | 03-3354 | |
| 340. | Phillips, Ruby D. | 03-3354 | |
| 341. | Pippin, Theresa Marie | 03-3354 | |
| 342. | Potter, Agnes | 03-3354 | |
| 343. | Powell, Louise | 03-3354 | |
| 344. | Pries, Robert C. | 03-3354 | |
| 345. | Provenzano, John | 03-3354 | |
| 346. | Purvis, Opal R. | 03-3354 | |
| 347. | Quigley, Robert, II | 03-3354 | |
| 348. | Rasheed, Ahmad | 03-3354 | |
| 349. | Rawlings, Russell F., Sr. | 03-3354 | |
| 350. | Read, James W., Jr. | 03-3354 | |
| 351. | Redding, Erlene H. | 03-3354 | |
| 352. | Reed, Jean | 03-3354 | |
| 353. | Reed, Steve | 03-3354 | |
| 354. | Reynolds, Hazel E. | 03-3354 | |
| 355. | Reynolds, James | 03-3354 | |
| 356. | Richardson, Felecia | 03-3354 | |
| 357. | Richardson, Shianne C. | 03-3354 | |
| 358. | Richmond, Carl E. | 03-3354 | |
| 359. | Risner, Patsy C. | 03-3354 | |
| 360. | Robertson, Janice | 03-3354 | |
| 361. | Robinson, Jimmy | 03-3354 | |
| 362. | Robson, Jessie | 03-3354 | |
| 363. | Rodriguez, Ruperto | 03-3354 | |
| 364. | Rogers, Mary Ann | 03-3354 | |
| 365. | Roper, Beverly Ann | 03-3354 | |
| 366. | Sanders, Loyd C. | 03-3354 | |
| 367. | Sapp, Gail | 03-3354 | |
| 368. | Scarborough, Imogene J. | 03-3354 | |
| 369. | Schaefer, Mary W. | 03-3354 | |
| 370. | Shanks, Jimmy R. | 03-3354 | |
| 371. | Shavers, Debra | 03-3354 | |
| 372. | Shetter, Samuel L. | 03-3354 | |
| 373. | Shoats, Dorothy E. | 03-3354 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 374. | Shultz, Dorothy F. | 03-3354 | |
| 375. | Simmons, Joann | 03-3354 | |
| 376. | Singleton, Marvin | 03-3354 | |
| 377. | Sluder, Ruth | 03-3354 | |
| 378. | Smith, Carolyn Ann | 03-3354 | |
| 379. | Smith, Harold | 03-3354 | |
| 380. | Smith, Ivory, Jr. | 03-3354 | |
| 381. | Smith, Mitchelyn M. | 03-3354 | |
| 382. | Smith, Olin | 03-3354 | |
| 383. | Smith, Pauline | 03-3354 | |
| 384. | Smith, Williease | 03-3354 | |
| 385. | Smith, Wilma | 03-3354 | |
| 386. | Spradley, Virginia | 03-3354 | |
| 387. | Starks, Lula W. | 03-3354 | |
| 388. | Stewart, Elizabeth P. | 03-3354 | |
| 389. | Stokes, June G. | 03-3354 | |
| 390. | Suber, Felisa L. | 03-3354 | |
| 391. | Summers, Lillian Carole | 03-3354 | |
| 392. | Taylor, Sibyl | 03-3354 | |
| 393. | Thames, Betty | 03-3354 | |
| 394. | Thomas, Bernice | 03-3354 | |
| 395. | Thomason, Paula | 03-3354 | |
| 396. | Thompson, Bill | 03-3354 | |
| 397. | Threet, Tommy B. | 03-3354 | |
| 398. | Thrower, Virginia | 03-3354 | |
| 399. | Thurmond, Selma R. | 03-3354 | |
| 400. | Tidwell, Floyd F. | 03-3354 | |
| 401. | Tomlinson, Billy C. | 03-3354 | |
| 402. | Turner, Mary S. | 03-3354 | |
| 403. | Turner, Ruth K. | 03-3354 | |
| 404. | Tyson, Judy J. | 03-3354 | |
| 405. | Tyson, Pansy B. | 03-3354 | |
| 406. | Ussery, James | 03-3354 | |
| 407. | Van Sickle, Elaine | 03-3354 | |
| 408. | Watson, Mike | 03-3354 | |
| 409. | Watts, Josephine | 03-3354 | |
| 410. | Wawrzyniakowski, Elizabeth | 03-3354 | |
| 411. | Webb, Camilla A. | 03-3354 | |
| 412. | Welding, Patricia | 03-3354 | |
| 413. | Wells, Mary L. | 03-3354 | |
| 414. | Wheeler, Martha D. | 03-3354 | |
| 415. | White, Annie Sue | 03-3354 | |
| 416. | White, Clarence H. | 03-3354 | |
| 417. | White, Tommy | 03-3354 | |
| 418. | Williams, Addison | 03-3354 | |
| 419. | Williams, Betty | 03-3354 | |
| 420. | Williams, James T. | 03-3354 | |
| 421. | Williams, Lillie Mae | 03-3354 | |
| 422. | Williams, Patricia A. | 03-3354 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 423. | Williamson, Elliott, III | 03-3354 | |
| 424. | Willingham, James Max | 03-3354 | |
| 425. | Willis, Robert L. | 03-3354 | |
| 426. | Wilson, Carolyn A. | 03-3354 | |
| 427. | Wilson, Jessie Ruth | 03-3354 | |
| 428. | Wilson, Juanita M. | 03-3354 | |
| 429. | Wilson, Linda L. | 03-3354 | |
| 430. | Wise, Pat H. | 03-3354 | |
| 431. | Wolfe, Monree L. | 03-3354 | |
| 432. | Wood, Albert | 03-3354 | |
| 433. | Wright, Carrie | 03-3354 | |
| 434. | Wright, Renee Kelley | 03-3354 | |
| 435. | Wyche, Joseph W. | 03-3354 | |
| 436. | Yarbrough, Mildred | 03-3354 | |
| 437. | Zientek, Frances | 03-3354 | |
| 438. | Bailey, Michael | 03-3352 | Richard A. Freese, Esq.<br>The Freese Law Firm, P.C.<br>2900 Highway 280, Suite 240<br>Birmingham, AL 35223<br>(205) 871-4144<br>(205) 871-4104 (fax) |
| 439. | Baldwin, Mamie | 03-3352 | |
| 440. | Baugnon, Ella | 03-3352 | |
| 441. | Bealer, Betty | 03-3352 | |
| 442. | Beasley, Elmer | 03-3352 | |
| 443. | Bohannon, Sammie | 03-3352 | |
| 444. | Boykin, Bobbie | 03-3352 | |
| 445. | Burks, Dora | 03-3352 | |
| 446. | Catchings, Charlie | 03-3352 | |
| 447. | Cobb, Jessie | 03-3352 | |
| 448. | Davidson, Thomas | 03-3352 | |
| 449. | Davis, Essie | 03-3352 | |
| 450. | Dotson, Geraldine | 03-3352 | |
| 451. | Eldridge, Robert, Jr. | 03-3352 | |
| 452. | Ferguson, Mattie | 03-3352 | |
| 453. | Gray, Clerance | 03-3352 | |
| 454. | Hampton, Lillie Mae | 03-3352 | |
| 455. | Health, Laverne | 03-3352 | |
| 456. | Hilliard, Luther | 03-3352 | |
| 457. | Hilliard, Paulett | 03-3352 | |
| 458. | Hodges, Martha | 03-3352 | |
| 459. | Israel, Juda | 03-3352 | |
| 460. | Jaminson, Velma | 03-3352 | |
| 461. | Jefferson, Samuel | 03-3352 | |
| 462. | Johnson, James | 03-3352 | |
| 463. | Keith, Randy | 03-3352 | |
| 464. | Lankston, Lillie | 03-3352 | |
| 465. | Loggins, Jimmie Frances | 03-3352 | |
| 466. | Luckett, Willie | 03-3352 | |
| 467. | Mallory, Hildred | 03-3352 | |
| 468. | McCormick, Rossie | 03-3352 | |
| 469. | Moore, Barbara | 03-3352 | |
| 470. | Morton, Joe | 03-3352 | |
| 471. | Peden, David | 03-3352 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 472. | Petty, James Earl | 03-3352 | |
| 473. | Plant, Rodney | 03-3352 | |
| 474. | Powell, Mary | 03-3352 | |
| 475. | Ray, Coleman | 03-3352 | |
| 476. | Reed, Jean | 03-3352 | |
| 477. | Salone, Michael | 03-3352 | |
| 478. | Sewell, Ted | 03-3352 | |
| 479. | Slaughter, Manger | 03-3352 | |
| 480. | Smith, Betty | 03-3352 | |
| 481. | Stringfellow, Mary Ann | 03-3352 | |
| 482. | Strong, Yetaunda | 03-3352 | |
| 483. | Ward, Wade, Jr. | 03-3352 | |
| 484. | Washington, Ollie | 03-3352 | |
| 485. | Weatherspoon, Patricia | 03-3352 | |
| 486. | Weston, Walter | 03-3352 | |
| 487. | Williams, Shirley | 03-3352 | |
| 488. | Winford, Lena Mae | 03-3352 | |
| 489. | Yarbrough, Ella | 03-3352 | |
| 490. | Zeigler, Charles | 03-3352 | |
| 491. | Goldman, Nancy | 03-3437 | |
| 492. | Boykin, Mildred | 03-3438 | |
| 493. | Winn, Joyce | 03-3438 | |
| 494. | Hayes, Terry | 02-0445 | Terry G. Hayes, plaintiff *pro se*<br>110 Pinoak Circle<br>Mount Washington, KY 40047 |
| 495. | West, Shirley | 03-3134 | Shawn M. Raiter, Esq.<br>Deanna D. Dailey, Esq.<br>Larson King, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>Saint Paul, MN 55101<br>(651) 312-6500<br>(651) 312-6618 (fax) |
| 496. | Collins, Audrey | 03-3144 | |
| 497. | Ivey, Oscar | 03-2136 | Patrick D. McMurtray, Esq.<br>McMurtray & Armistad, P.A.<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>(601) 366-8282<br>(601) 366-8580 (fax) |
| 498. | Record, Robert | 03-2929 | Jim Sam Owen, Esq.<br>Owen & Galloway PLLC<br>1414 25th Avenue<br>Owen Building<br>Gulfport, MS 39501<br>(228) 868-2821<br>(228) 864-6421 (fax) |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 499. | Rimes, Robyn K., for Estate of Nancy R. Fonner | 03-2922 | Alexander Hernandez, Esq.<br>Staack Simms & Hernandez<br>900 Drew Street<br>Clearwater, FL 33755<br>(727) 441-2635<br>(727) 461-4836 (fax) |
| 500. | Avila, Manuel | 03-1215 | Paul Pennock, Esq.<br>Daniel Burke, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 558-5500<br>(212) 344-5461 (fax) |
| 501. | Arvizu, Phillip | 03-1229 | |
| 502. | Allen, Judy | 03-1232 | |
| 503. | Baudendistel, Francis | 03-1245 | |
| 504. | Baugh, Ruby | 03-1252 | |
| 505. | Acosta, Gregorio | 03-1254 | |
| 506. | Aliaga, Mark | 03-1263 | |
| 507. | Bingel, Franz | 03-1272 | |
| 508. | Bradley, Anna | 03-1273 | |
| 509. | Bauer, Miriam | 03-1277 | |
| 510. | Appling, Louis, Sr. | 03-1278 | |
| 511. | Barnes, Albert, Sr. | 03-1294 | |
| 512. | Berry, Ernestine | 03-1320 | |
| 513. | Garvey, Richard | 03-1336 | |
| 514. | Gerzsenyi, Louis | 03-1343 | |
| 515. | Galvan, Gualdalupe, Jr. | 03-1345 | |
| 516. | Gimeno, Julita | 03-1368 | |
| 517. | Gill, Bradley | 03-1369 | |
| 518. | Franklin, Thomas | 03-1379 | |
| 519. | Griego, Joe | 03-1383 | |
| 520. | Cothran, Albert | 03-1393 | |
| 521. | Givens, Ronald | 03-1405 | |
| 522. | Foster, Franklin | 03-1408 | |
| 523. | Fuertes, Guillermo, Jr. | 03-1413 | |
| 524. | Galassi, Arthur | 03-1417 | |
| 525. | Harris, Delores | 03-1419 | |
| 526. | Gooden, Clarence | 03-1420 | |
| 527. | Harlan, Charles | 03-1424 | |
| 528. | Mrah, Mustapha | 03-1431 | |
| 529. | Gonzalez, Tomas | 03-1452 | |
| 530. | Cervantes, Maria | 03-1453 | |
| 531. | Butkiewicz, Edward | 03-1474 | |
| 532. | Cheock, Federico | 03-1478 | |
| 533. | Matula, Thomas | 03-1490 | |
| 534. | Nunez, Mary | 03-1505 | |
| 535. | Norris, Gerald | 03-1509 | |
| 536. | Lyle, Sylvester, Sr. | 03-1515 | |
| 537. | Reels, Roger | 03-1533 | |
| 538. | Reese, Nadean | 03-1546 | |
| 539. | Palermo, Louis | 03-1549 | |
| 540. | Clark-Gonzales, Zelma | 03-1555 | |
| 541. | Cillgrass, Jacklyn | 03-1566 | |
| 542. | Cantisano, Anthony | 03-1572 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 543. | Cruz, Martha | 03-1577 | |
| 544. | Hodges, Jacob | 03-1582 | |
| 545. | Makerian, Rafi | 03-1610 | |
| 546. | Owens, Delores | 03-1614 | |
| 547. | Martinez, Isabel | 03-1639 | |
| 548. | Ratliff, Robert | 03-1649 | |
| 549. | Ochoa, Eulalio | 03-1653 | |
| 550. | Reeder, Robert | 03-1661 | |
| 551. | Natividad, Victorina | 03-1672 | |
| 552. | Rimoldi, Albert | 03-1689 | |
| 553. | Montague, Gwendolyn | 03-1694 | |
| 554. | Muzik, Daniel | 03-1698 | |
| 555. | Hodnett, John | 03-1744 | |
| 556. | Hilton, Darryl | 03-1745 | |
| 557. | Hensley, Sally | 03-1752 | |
| 558. | Horalek, Christine | 03-1753 | |
| 559. | Brock, Charlie | 03-1791 | |
| 560. | Castillo, Margarita | 03-1795 | |
| 561. | Burton, Myrtle | 03-1797 | |
| 562. | Morris, Leo | 03-1812 | |
| 563. | Cruysen, Ronald | 03-1814 | |
| 564. | Caldwell, Donald | 03-1823 | |
| 565. | Fort, Princetta | 03-1849 | |
| 566. | Ellis, Gregory | 03-1852 | |
| 567. | Porter, Bill | 03-1867 | |
| 568. | Martinez, Florentino | 03-1868 | |
| 569. | Bowers, Devesco | 03-1877 | |
| 570. | Smith, Vernon | 03-1880 | |
| 571. | Jenkins, Winfred | 03-1882 | |
| 572. | Torres, Steve | 03-1887 | |
| 573. | Holland, Willis | 03-1899 | |
| 574. | Elder, Eva | 03-1904 | |
| 575. | D'Cruz, Ivy | 03-1920 | |
| 576. | Deason, James | 03-1921 | |
| 577. | Galvan, Anthony | 03-1927 | |
| 578. | Baca, Joann | 03-1935 | |
| 579. | Cardona, Albert | 03-1936 | |
| 580. | Bologna, Joseph | 03-1937 | |
| 581. | Custodio, Zenaida | 03-1942 | |
| 582. | Lowery, David | 03-1948 | |
| 583. | Deniega, Marlou | 03-1951 | |
| 584. | Gonzalez, Jose | 03-1953 | |
| 585. | Miller, Wilma | 03-1955 | |
| 586. | Hart, Gerrie | 03-1974 | |
| 587. | Alcarez, Ramona | 03-1975 | |
| 588. | Cooley, Donald | 03-1979 | |
| 589. | Fitzpatrick, Leander | 03-1980 | |
| 590. | Sweat, Frank, Jr. | 03-1988 | |
| 591. | Kudzma, Conrad | 03-1994 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 592. | Kimball, Connie | 03-1996 | |
| 593. | Dommin, Mary | 03-2011 | |
| 594. | Wisnefsky, Barbara | 03-2014 | |
| 595. | Thompson, Julius | 03-2022 | |
| 596. | Watts, Billy | 03-2023 | |
| 597. | Solis, Theresa | 03-2028 | |
| 598. | Locklear, Joann | 03-2052 | |
| 599. | Shukry, Gamal | 03-2059 | |
| 600. | Carrillo, Daniel | 03-2060 | |
| 601. | Davis, Connie | 03-2062 | |
| 602. | Perelson, Michael | 03-2066 | |
| 603. | Coy, Ronald | 03-2077 | |
| 604. | Elliott, Bernice | 03-2078 | |
| 605. | Howard, Moraima | 03-2116 | |
| 606. | Solomon, William | 03-2129 | |
| 607. | Schaefer, Carl | 03-2131 | |
| 608. | Austin, Darryl | 03-2164 | |
| 609. | Barlann, Melanio | 03-2164 | |
| 610. | Clements, Evans | 03-2165 | |
| 611. | Cofer, Louis | 03-2165 | |
| 612. | Wright, Catherine | 03-2166 | |
| 613. | Beck, Michael | 03-2167 | |
| 614. | Bentley, Robert | 03-2167 | |
| 615. | Bivens, Gilbert | 03-2167 | |
| 616. | Votour, Manford | 03-2169 | |
| 617. | Watts, Cleo | 03-2169 | |
| 618. | Cushere, Nunzia | 03-2170 | |
| 619. | Davidson, Randy | 03-2171 | |
| 620. | Faughn, Donna | 03-2171 | |
| 621. | Scanlin, Steve | 03-2171 | |
| 622. | Bonofede, Salvatore | 03-2172 | |
| 623. | Daggs, Joseph | 03-2172 | |
| 624. | Hall, Elzie | 03-2173 | |
| 625. | Spencer, Syiblean | 03-2174 | |
| 626. | Sanderson, Bonnie | 03-2176 | |
| 627. | Meyer, James | 03-2177 | |
| 628. | Michael, Kenneth | 03-2177 | |
| 629. | Miller, Patricia | 03-2177 | |
| 630. | Barnes, Lee | 03-2179 | |
| 631. | Dixon, Jesse | 03-2179 | |
| 632. | Eschenbach, Alvin | 03-2181 | |
| 633. | Espinoza, Ana | 03-2181 | |
| 634. | Cervantz, Hilario | 03-2183 | |
| 635. | Mason, Veronica | 03-2183 | |
| 636. | Mueller, Herbert | 03-2183 | |
| 637. | Banes, Raymond | 03-2184 | |
| 638. | Luckett, Cleometeen | 03-2184 | |
| 639. | Wilson, Kris | 03-2184 | |
| 640. | Seifert, Harry | 03-2188 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 641. | Seiger, Haydee | 03-2188 | |
| 642. | Dezwart, Fred | 03-2189 | |
| 643. | Morini, Robert | 03-2190 | |
| 644. | Nauta, Raleigh | 03-2190 | |
| 645. | Nicholson, Joan | 03-2190 | |
| 646. | Cerda, Mary | 03-2191 | |
| 647. | Dudley, Mattie | 03-2191 | |
| 648. | Eklund, Robert | 03-2191 | |
| 649. | Flederbach, Patricia C. | 03-2191 | |
| 650. | Johnson, Phyllis | 03-2193 | |
| 651. | Kelly, Carlos | 03-2193 | |
| 652. | Febre, Emmanuel | 03-2194 | |
| 653. | Furriel, Vincent | 03-2194 | |
| 654. | Haasl, Ralph | 03-2195 | |
| 655. | Lahmann, Linda | 03-2197 | |
| 656. | Garner, Gary | 03-2198 | |
| 657. | Morris, Sandra | 03-2198 | |
| 658. | Williams, Marguerite | 03-2198 | |
| 659. | Breck, Columbine | 03-2199 | |
| 660. | Brinson, Mary | 03-2199 | |
| 661. | Cadosa, Juan | 03-2199 | |
| 662. | Phillips, Juanita | 03-2201 | |
| 663. | Polanco, Ana | 03-2201 | |
| 664. | Posadas, Avelina | 03-2201 | |
| 665. | Dixon, Orbree | 03-2238 | |
| 666. | Fofoga, Jerome | 03-2252 | |
| 667. | Holman, Thomas, Sr. | 03-2257 | |
| 668. | Donalson-Bender, Zetella | 03-2261 | |
| 669. | Sobczynski, Danuta | 03-2281 | |
| 670. | Sperlazza, Peter | 03-2284 | |
| 671. | Tabiti, Felix | 03-2297 | |
| 672. | Kimble, Lillie | 03-2303 | |
| 673. | Passalacqua, Paul | 03-2314 | |
| 674. | Robles, Jesus | 03-2319 | |
| 675. | Kathcart, Steve | 03-2326 | |
| 676. | Kelly, John | 03-2351 | |
| 677. | Kahn, Harvey | 03-2387 | |
| 678. | Ashline, Isabel | 03-2396 | |
| 679. | Williams, Harvey | 03-2399 | |
| 680. | Husby, Linda | 03-2418 | |
| 681. | Schiavo, Robert | 03-2464 | |
| 682. | Wootton, Edward, Jr. | 03-2553 | |
| 683. | Walker, Donald | 03-2567 | |
| 684. | Wright, Wade | 03-2579 | |
| 685. | Graham, Doris | 03-2688 | |
| 686. | Bayne, Mack, Jr. | 03-2693 | |
| 687. | Moustakelis, Manoli | 03-2698 | |
| 688. | Cassidy, Michael | 03-2700 | |
| 689. | Gdowski, Gerald, Sr. | 03-2714 | |

PTO-149 Delinquency List for Plaintiffs due 06/01/2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 690. | Stafford, Mary | 03-2720 | |
| 691. | Edsall, Joan | 03-2750 | |
| 692. | Sawhney, Shiv | 03-2754 | |
| 693. | Kazanchy, Marie | 03-2772 | |
| 694. | LaPorte, Diane | 03-2776 | |
| 695. | Wyche, Carol | 03-2784 | |
| 696. | Guarjardo, Federico | 03-2786 | |
| 697. | Stokes, Glenn | 03-2793 | |
| 698. | Sharrar, Peter | 03-3011 | |
| 699. | Hart, Wallie | 03-3013 | |
| 700. | Guevara, Rodolfo | 03-3024 | |
| 701. | Miller, Carl | 03-3039 | |
| 702. | Henson, Bill | 03-3359 | |
| 703. | Lagasse, Roger | 03-3359 | |
| 704. | Fader, David | 03-3361 | |
| 705. | Dizadare, Viola | 03-3659 | |
| 706. | Dunster, Alan | 03-3664 | |
| 707. | Dye, Larry | 03-3665 | |
| 708. | Triggs, Don | 03-3674 | |
| 709. | Hickman, George | 03-3682 | |
| 710. | Feiffer, Brian | 03-3692 | |
| 711. | Jarmillo, Herman | 03-3701 | |
| 712. | Gipson, Dorotha | 03-3704 | |
| 713. | Lockwood, Carol | 03-3708 | |
| 714. | Baker, Annie | 03-3726 | |
| 715. | Antwi, Emelia | 03-3728 | |
| 716. | Kotlyarenko, Yevgeniya | 03-3740 | |
| 717. | Hancock, Janet | 03-3742 | |
| 718. | Brinkley, Samuel | 03-2933 | Robert F. Wilkins, Esq.<br>Robert F. Wilkins Law Firm, PLLC<br>P.O. Box 2777<br>Jackson, MS, 39207<br>(601) 948-6888<br>(601) 948-6889 (fax) |
| 719. | Dawson, Evelyn | 03-2933 | |
| 720. | Lee, Sherri | 03-2933 | |
| 721. | Patrick, Alexander | 03-2933 | |
| 722. | Rutledge, Leonard | 03-2933 | |
| 723. | Stephenson, William | 03-2933 | |
| 724. | Tannehill, Roger | 03-2933 | |
| 725. | Thompson, Sylvester | 03-2933 | |
| 726. | White, David | 03-2933 | |