UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**ORDER**

The above-entitled matter is before the Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case, which were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still delinquent 110 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 81, the parties have submitted a list of certain District of Minnesota Plaintiffs and Plaintiffs transferred to this Court by several Conditional Transfer Orders who have failed to comply with their discovery obligations as of 5:00 p.m. Central Standard Time ("CST"), July 25, 2006. These Plaintiffs are

SCANNED
AUG 0 9 2006
U.S. DISTRICT COURT MPLS

listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 81 within ten days from the date of this Order.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery within ten days from the date of this Order, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: AUG 08 2006

Michael J. Davis
United States District Court

**CTO-54 PLAINTIFFS WITH REMAND DENIED WHO HAVE NOT SUBMITTED PLAINTIFF'S FACT SHEETS OR RESPONSIVE DOCUMENTS**

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Adams, Lucille | 05-0437 | Simien & Simien<br>8923 Bluebonnet Blvd., Suite 200<br>Baton Rouge, LA 70810<br>225-769-8422<br>225-769-9432 (fax) |
| 2. | Alexander, John J. | 05-0437 | |
| 3. | Ancar, Fob A. | 05-0437 | |
| 4. | Beard, Ricky | 05-0437 | |
| 5. | Bell, Donald | 05-0437 | |
| 6. | Bourge, William | 05-0437 | |
| 7. | Brooks, Deborah | 05-0437 | |
| 8. | Brown, James | 05-0437 | |
| 9. | Cavazos, Gwen | 05-0437 | |
| 10. | Claridy-Thomas, Royette | 05-0437 | |
| 11. | Coleman, Everett | 05-0437 | |
| 12. | Dantin, Bella | 05-0437 | |
| 13. | Darbonne, Joseph | 05-0437 | |
| 14. | Degeyter, Bernard | 05-0437 | |
| 15. | Derouen, Gloria | 05-0437 | |
| 16. | Duhon, James | 05-0437 | |
| 17. | Dupin, William | 05-0437 | |
| 18. | Fisher, Marion | 05-0437 | |
| 19. | Fobbs, Lionel J. | 05-0437 | |
| 20. | Geaslin, Linda | 05-0437 | |
| 21. | Gooden, Isaac | 05-0437 | |
| 22. | Guillemet, Ruth | 05-0437 | |
| 23. | Guillory, Collins | 05-0437 | |
| 24. | Guillory, John F. | 05-0437 | |
| 25. | Hampton, Henry | 05-0437 | |
| 26. | Hayes, Gloria | 05-0437 | |
| 27. | Hebert, Edna | 05-0437 | |
| 28. | Hebert, Veronica | 05-0437 | |
| 29. | Jackson, Doloris | 05-0437 | |
| 30. | Jackson, Winfield | 05-0437 | |
| 31. | Johnson, Roosevelt | 05-0437 | |
| 32. | Jones, Ida | 05-0437 | |
| 33. | Jones, Joyce | 05-0437 | |
| 34. | Jones, Robert | 05-0437 | |
| 35. | Jupiter, Keith | 05-0437 | |
| 36. | Landry, Rena | 05-0437 | |
| 37. | Lavigne, Raymond J. | 05-0437 | |
| 38. | Leblanc, Warren J. | 05-0437 | |
| 39. | Lege, Harold W. | 05-0437 | |

Ex. A

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 40. | LeMalle, Nolan | 05-0437 | |
| 41. | Livings, Quintella | 05-0437 | |
| 42. | Lyford, Charles C. | 05-0437 | |
| 43. | Manez, Andrea | 05-0437 | |
| 44. | Marshall, James | 05-0437 | |
| 45. | McFarlain, Oran J. | 05-0437 | |
| 46. | Morehead, Ruby Jean | 05-0437 | |
| 47. | Mouton, Frances S. | 05-0437 | |
| 48. | Papa, Joseph | 05-0437 | |
| 49. | Parker, Patricia | 05-0437 | |
| 50. | Perkins, Lillie May | 05-0437 | |
| 51. | Racca, Lilly Mae | 05-0437 | |
| 52. | Reed, Helen | 05-0437 | |
| 53. | Richardson, James | 05-0437 | |
| 54. | Rideau, Patricia | 05-0437 | |
| 55. | Robinson, Joseph | 05-0437 | |
| 56. | Saunier, Randolph Jimmie | 05-0437 | |
| 57. | Schexnaider, Edna Marie | 05-0437 | |
| 58. | Smith, Tonya | 05-0437 | |
| 59. | Sodders, Herbert | 05-0437 | |
| 60. | Spears, Geneva M. | 05-0437 | |
| 61. | Taylor, Max | 05-0437 | |
| 62. | Tressler, Iris | 05-0437 | |
| 63. | Trevillion, Rufus | 05-0437 | |
| 64. | Verret, Raymona | 05-0437 | |
| 65. | Vessel, Naomi | 05-0437 | |
| 66. | Vilcan, Patricia | 05-0437 | |
| 67. | Vincent, Roy | 05-0437 | |
| 68. | Vincent, Viola | 05-0437 | |
| 69. | Welch, Margie | 05-0437 | |
| 70. | Welch, Mariella | 05-0437 | |
| 71. | White, Horace | 05-0437 | |
| 72. | Whitfield, Winifred | 05-0437 | |
| 73. | Williams, Gayle | 05-0437 | |
| 74. | Williams, Madeline | 05-0437 | |
| 75. | Wilson, Carolyn | 05-0437 | |
| 76. | Wilson, Susan | 05-0437 | |
| 77. | Woodruff, Patricia | 05-0437 | |
| 78. | Woolfolk, Gloria | 05-0437 | |

## CTO-68 PLAINTIFF WHO HAS NOT SUBMITTED A HIPAA COMPLIANT AUTHORIZATION OR A PLAINTIFF FACT SHEET DECLARATION

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Jones, James | 06-1044 | Scott Charlton, Esq.<br>P.O. Box 10963<br>Tampa, FL 33679<br>P: (813) 876-7030<br>F: (813) 354-5574 |

## D. MINN PLAINTIFF WHO HAS NOT SUBMITTED RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 2. | Ferrara, Joseph | 05-1719 | Peter Ferrara<br>1232 Pine Hill Road<br>McClain, VA 22101<br>P: (703) 582-8466 |