# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - -x
In re: :
:
BAYCOL PRODUCTS LITIGATION. : MDL No.
: 1431 (MJD/JGL)
- - - - - - - - - - - - - - - - - - -x

Washington, D.C.
Friday, January 30, 2004

Video Deposition of:

CHARLES E. BOULT, M.D.

a witness, called for examination by counsel for Baycol, pursuant to notice and agreement of counsel, beginning at approximately 9:20 a.m., at Williams & Connolly, 725 Twelfth Street, N.W., Suite 1000, before Monica A. Voorhees, RPR/CSR, Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

P R O C E E D I N G S

Whereupon,

CHARLES E. BOULT, M.D.,

was called as a witness and, having been first duly sworn, was examined and testified as follows:

MR. MIZGALA: I just want to point out, there is someone on the telephone.

Go ahead and introduce yourself.

MR. EARLEY: And I should have jumped in there. Loyd Earley on behalf of some pharmacists.

EXAMINATION BY COUNSEL FOR BAYCOL

BY MR. MIZGALA:

Q. Okay. Dr. Boult, you've been deposed before, correct?

A. Yes.

Q. Okay. Just quickly then, well actually the only time, or the only record I have of you being deposed in the last 10 years was May of 2003 in a case Cardiac Surgery Associates V Mid Atlantic Cardiovascular Associates.

Is that correct?

A. That is.

personal medical history simply because he's an expert witness.

THE WITNESS: Not sure that's relevant.

BY MR. MIZGALA:

Q. Well do you take a statin, Doctor?

THE WITNESS: Should I answer?

MR. HOPPER: I wouldn't, but. Ask him if he does.

THE WITNESS: Well, yeah, I'm trying to be polite here, but I don't see what the relevance of that is.

MR. HOPPER: It's not relevant. I've objected to relevance.

BY MR. MIZGALA:

Q. Well, Doctor, you're aware statins have risk, correct?

A. Yes.

Q. What are some of the risks of taking statin?

A. Well the big one, of course, is death from rhabdomyolysis, a rare event, but it does happen, and all knowledgeable physicians and knowledgeable

patients need to factor that in when they make a decision about whether they are going to take a statin or not.

Q. Okay. What are some of the other risks of taking a statin?

A. The more, much more common would be the muscle pain, muscle weakness that typically comes after a person starts taking it for a while. Unpredictable who's going to get it, but does happen, so lesser risk, much more common.

Q. And when you say muscle pain, muscle weakness that comes from taking a statin, and we are referring to statins as a class, right; is that correct?

A. Well if you say statin, that is a class.

Q. Right.

A. That's not a drug, that's a class of drugs.

Q. So all the statins can cause rhabdomyolysis, correct?

A. I believe they all have been associated with it, but at much different risk levels, in other words, the risk of having rhabdomyolysis is not the

same for all statins.

Q. And what do you base that on?

A. That's pervasive through the literature on statins and so I based it on reading the scientific literature.

Q. Can you cite me any of the literature that you reviewed as part of, and identified as part of your report?

A. Yes. In Exhibit 3, actually the first entry there, this was the opinion of the committee for proprietary medicinal products, this is a European agency, for the evaluation of medicinal products.

MR. HOPPER: Take your time, Doctor.

THE WITNESS: (Witness examining document).

As you can tell from the titles, many of these articles that I used, you know, deal with that by their titles alone. The Walravens article, Lovastatin, Isoprenes and Myopathy.

I mean most of these that are on the list deal with that relationship between muscle damage and statins of different varieties.

BY MR. MIZGALA:

Q. Well, Doctor, that all statins, all the statins cause muscle damage is one thing.

Providing a basis between the comparative risks of statins is another, correct?

A. I see what you're saying.

Yeah, I think the, I'm not sure which one of these now it came from, but the, well, actually I do know. One, the best summary is the Thompson article, which is on the second page, the fifth from the bottom, this was a review of the whole field of statin-induced myopathy and so it wasn't original data, but it's a summary of all the data that's out there, and that was published in 2003.

And in there they cite the risk of rhabdomyolysis as being something in the range of 15 to 80 times greater with Cerivastatin than the other statins and I believe the original article, or the original reports of that had to do with the reporting of adverse events in the post marketing era after the drug was released.

Q. So that's not, that's not incidence data, those are data related to reporting rates of adverse

event data, correct?
A. Well they come from reporting of adverse events, true. I wouldn't -- I would call them incidence data. They are of a different nature than the type you get if you, you know, in a prospective randomized trial, but it is a reflection of incidence.
Q. How do you calculate the incidence from that data, what's the denominator?
A. The number of people taking the drug.
Q. And how do you know that?
A. I guess by the prescriptions filled.
Q. Well, Doctor, let me ask you a question, nowhere in your report do you talk about adverse event reporting, correct?
A. Right.
Q. Okay. Then you don't intend to offer any trial testimony on that, that issue, on that topic, adverse event reporting, do you?
A. Well I can certainly comment on it because I've read about it. I mean we are talking here, I reviewed a number of articles that relied upon it, adverse event reporting. I think it's an extremely

useful number, it has, like any scientific measurement, it has its pros and its cons, its weaknesses and its strengths.

In fact, I mean that's, that's often how we get the most valuable information about drugs, because in the pre-marketing phase the trials are often limited, the size, duration, in dose, in population studied and it's only after the drug is marketed and it has a much wider use that some of the problems become well known.

So it's valuable.

Q. Doctor, do you consider yourself to be an expert on drug safety and adverse event reporting?

MR. HOPPER: Asked and answered. Objection.

You can answer it.

THE WITNESS: Would you repeat that?

BY MR. MIZGALA:

Q. Do you consider yourself to be an expert on drug safety and adverse event reporting?

A. To the -- similar to my answer previously about being an expert, I think your use of the term

report, paragraph 21 through the last numbered paragraph, 26, relates to what you, it relates to this concept of Cerivastatin-induced myopathy; correct?

A. Yes.

Q. Okay. Nothing else, those are sort of the three main topics?

A. Broadly construed, yes.

Q. Okay. Doctor, I didn't see anything in your report on the mechanism of action of statins; is that correct?

A. That is correct.

Q. Okay. There's nothing in your report specific that relates specifically to the labeling of Baycol; is that correct?

A. I don't think that is correct.

Q. Can you show me where in your report you make specific mention of the labeling of Baycol?

A. In paragraph 20, about the middle of it it says, "Safe prescription of a drug for older people with chronic conditions requires complete information from the pharmaceutical manufacturer about the effects of age, disease, and other drugs on the prescribed

drug's likelihood of causing adverse effects."

So that's a general statement that would include reference to Baycol.

Q. Okay. You don't say that, despite that statement, you don't say that the labeling of Baycol was inadequate in any way; is that correct?

A. Actually the following sentence, "In the absence of complete information, and in the presence of pharmaceutical marketing, physicians may unknowingly prescribe drugs that are safe for younger, healthier people, but cause adverse effects in chronically ill older people."

So it's not exactly fitting your words, but the intent here is to point out how important complete labeling is, especially in the, when the drugs are to be used in these vulnerable people.

Q. Well, what information, specific information is missing from the Baycol labeling?

A. Well this goes back to our earlier conversation where the Baycol label doesn't say, you know, this drug has not been tested in older people with chronic illness and other medications and

therefore should be used with great caution in this population because it could cause, you know, serious or side effects or death. That kind of a warning isn't there.

Q. Okay. But, again, Doctor, that's a general criticism you have of, that you could have of any drug, or many drug labels; isn't that correct?

MR. HOPPER: I'm going to object for lack of foundation.

The Doctor doesn't have the Baycol warning label or a Baycol warning label in front of him. So these questions have no foundation.

BY MR. MIZGALA:

Q. Go ahead, Doctor.

That's a general criticism you could make with respect to almost any drug label; isn't that right?

A. It does apply broadly; however, it's particularly relevant to the Cerivastatin situation because of the, even in the trials that were done there were these fatal cases and there were other cases where people had muscle damage that wasn't fatal

BY MR. MIZGALA:

Q. Okay, Doctor. Doctor, show me a case or show me your evidence that I can have severe to moderate statin-induced myopathy symptoms with normal CK that persists upon discontinuation of the statin?

MR. HOPPER: That what persists?

MR. MIZGALA: The symptoms.

MR. HOPPER: What symptoms? It's they, James.

MR. MIZGALA: Randy.

MR. HOPPER: I object. That what persists, pain?

MR. MIZGALA: I'm using his definition, Randy.

MR. HOPPER: Okay, then go to his report and ask him the question using his report instead of you asking him some vague non-medically based question to get the answer you want. He's been testifying and he's said three or four times already.

BY MR. MIZGALA:

Q. Doctor, show me your evidence that you can have in the absence of CK elevations persistent pain

or weakness of proximal muscles severe enough to cause functional, significant functional limitations after the use of a statin is discontinued?

A. So what you're calling for is high level proof in a scientific sense that has not been collected yet in the way that you're calling for it. What we have to deal with in reality in taking care of our patients is about three or four different lines of evidence that are not what you're describing.

I can design a study that would give you the answers you're looking for, but no one has done that study yet. So what we are left with is, as we often are in the emergence of a relatively newly-recognized condition, is we have incomplete data. We have data that show on the one hand that people can clearly have cell damage, muscle cell damage from statins with normal CKs. We know that.

We also know that people who have the clear temporal relationship between starting statins and getting the symptoms that you just described, we know that those people, 25 percent of them don't have elevated CKs and we know that 25 percent of them don't

recover within nine months. These are, these are very suggestive evidence and then we also know from our experience with other enzymes and even other CK enzymes that they are very transient and it's not uncommon at all to miss a temporary rise in the level of CK.

Q. Doctor, do you have the Hildebrand article in front of you?

A. Yeah.

Q. The last two sentences of that, or of that abstract, in the conclusion it says, "Most patients with elevated CK even when greater than 10,000 had complete and rapid recovery with supportive care and statin discontinuation."

Do you have any basis to disagree with that statement?

A. Just to realize that most doesn't mean all and that that means that those who didn't had some persistent, severe myopathy, but go ahead.

Q. And when you say persistent, what do you mean?

A. Well it's the, it's what's -- this

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---------------------------X

In re: ) MDL No. 1431 (MJD/JGL)

BAYCOL PRODUCTS LITIGATION ) Volume II

---------------------------X

Washington, D.C.

Monday, February 16, 2004

Continued Videotaped Deposition of

CHARLES E. BOULT, M.D.,

a witness, called for further examination by counsel for Bayer, pursuant to notice and agreement of counsel, beginning at approximately 10:28 a.m. at the Law Offices of Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. before Cindy Sebo, RMR, CSR, RPR, Capital Reporting Company, Notary Public in and for the District of Columbia, when present on behalf of the respective parties:

P R O C E E D I N G S

Whereupon,

CHARLES E. BOULT, M.D.,

was recalled as a witness and, having been previously duly sworn, was examined and further testified as follows:

(Boult Deposition Exhibit No. 12 was marked for identification.)

THE VIDEOGRAPHER: Good morning. This is the continuing deposition of Dr. Charles E. Boult taken on February 16th, 2004. The time on the video screen is 10:28 a.m.

This is the case of Baycol Products Litigation. The deposition is being taken at the law firm of Williams & Connolly, 725 Twelfth Street, Northwest, Washington, D.C. The court reporter today is Cindy Sebo of Capital Reporting Company. I'm Mark Guenther, also with Capital Reporting Company.

Would the attorneys and others present introduce themselves?

A Correct, I did not.

Q Okay. Did you ever design a human study involving Baycol?

MR. HOPPER: Objection, asked and answered. He's already told you what he's done with respect to designing clinical trials. It's in his transcript.

BY MR. MIZGALA:

Q A few questions, Doctor. Did you ever design a -- a human study involving Baycol?

A No.

Q Did you ever conduct a controlled clinical trial involving Baycol?

A Not focused on Baycol. There probably were people taking it in clinical trials that I ran for other reasons, but it wasn't the clinical trial of Baycol.

Q Okay. Ever done any research on Baycol?

A No.

Q Ever done any research on statin medications directly?

A Other than reviewing literature, no.
MR. MIZGALA: Exhibit 14.
(Boult Deposition Exhibit No. 14 was marked for identification.)
BY MR. MIZGALA:
Q Okay. Doctor, Exhibit 14 is an article entitled -- entitled, "Lipid-lowering agents and myopathy" by Dr. Robert L. Wortmann, correct?
A That's right.
Q Okay. Out of Current Opinion in Rheumatology 2002?
A Correct.
Q Okay. And this is another one of those articles that was on your list of materials reviewed?
A I believe it was.
Q Okay. Can you turn to Page 646 under the heading "Mechanisms"?
A I see it.
Q The first sentence, "Precisely how the lipid" -- "lipid-lowering drugs cover myopathy