# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MDL No. 1431
(MJD/JGL)

COPY

---------------------------------------------

In Re: BAYCOL PRODUCTS LITIGATION
This Document Relates to:
ALL CASES

---------------------------------------------

* * * * * * * * * * * * * * * * * * * * * * * * * * *

VIDEOTAPED DEPOSITION OF
DR. BRUCE M. CARLSON

* * * * * * * * * * * * * * * * * * * * * * * * * * *

DATE TAKEN: 02/03/04 BY: CINDY M. TRATTLES

Piorkowski, Jr. I'm with Shook, Hardy & Bacon. I represent Bayer Corporation. Also with me is Matt Morton from Shook, Hardy & Bacon.

MS. FLEISHMAN: Wendy Fleishman for the plaintiffs.

MR. HOPPER: Randy Hopper for the plaintiffs.

THE WITNESS: Bruce Carlson.

MR. MUNNO: Thomas F. Munno, Dechert, LLP, for defendant SmithKlineBeecham.

MR. PIORKOWSKI: Would counsel on the phone please identify themselves.

MR. EARLY: Loyd Early, counsel for several pharmacists.

MR. HOPPER: Hi, Loyd.

MR. EARLY: Hello.

THE VIDEO TECHNICIAN: You may remain seated and the court reporter will swear you in.

* * *

DR. BRUCE M. CARLSON,

called as a witness, being first duly sworn,

was examined and testified as follows:

* * *

EXAMINATION

BY MR. PIORKOWSKI:

or muscle pain. The Pasternak tacked on the CK. I did not.
Q Okay. But, in any event, using Pasternak's definition, okay, muscle aches in the absence of CK elevation; right?
A Uh-hum.
Q Are you aware of any study that shows that Baycol has a greater propensity to cause myalgia than other statins?
A No. But I need to qualify the answer. The answer is, no, I am not aware. But I did not specifically look at that literature because that was not my area of concentration.
Q What was not in your area of concentration?
A The epidemiological aspects of incidence or adverse event reporting.
Q So you're testifying that you did not look at the epidemiological literature?
A I looked at it but not enough --. I didn't look at it in depth. Let's put it that way.
MR. HOPPER: He's not being offered as an epidemiological expert. We have those experts and you'll have your chance to question them.
A I would defer to the experts on that.
Q (By Mr. Piorkowski) But so I'm clear as we sit here

today, you're not going to be offering any opinions at trial that Baycol has a greater propensity to cause myalgia than other statins based on any of the literature you've reviewed?
A On the basis of literature I've reviewed, no, I would not. And, again, I would stress up to this point.
Q Now, one of the articles you did review was an article --
A -- Excuse me, could I get that one back so we don't lose it. It's on the bottom.
Q Yes.
A Okay. Thank you.
Q Do you have with you a copy of the Thompson articles?
A Oh, the review? Yes, I do.
MS. FLEISHMAN: JAMA 2003?
MR. PIORKOWSKI: JAMA 2003.
A Let's see if I can find that. Yes, I do.
Q (By Mr. Piorkowski) Actually, let me just back up and ask one other question. Now, is it your testimony that the opinion offered in Paragraph 8 of your report is not an epidemiological opinion?
MR. HOPPER: Does he have time to go back and look at the report before he answers since he

didn't know you were going to it?
MR. PIORKOWSKI: Absolutely.
MR. HOPPER: What's the question again, please?
MR. PIORKOWSKI: Would you read it back, please.
(WHEREUPON, the question appearing on Page 176, Lines 19 through 22 was read back by the court reporter.)
A This is my opinion based on reading the epidemiological literature.
Q (By Mr. Piorkowski) Is that different than having an epidemiological opinion?
A It is because I'm not offering this opinion as a professional epidemiologist who has looked at the primary data. That would be the difference. I've been looking at reported data, not the primary reports.
Q So you're essentially stating the conclusions of the authors of the studies that you cite?
A And stating that upon my reading of the literature, I agree with those conclusions.
Q All right.
MR. PIORKOWSKI: Have we marked the Thompson study?

# Exhibit B

Bayer

**Pharmaceutical Business Group**

Department(s): PH-PDT Research Toxicology

Date: 2001-08-28

- ☐ Research Report
- ☒ Product Report
- ☐ Development-Product Report
- ☐ Methods Report

Report No.
PH 31298

Author(s): G. Wasinska-Kempka, H.J. Ahr

Title (English)

Toxicity of lipid lowering drugs in primary skeletal muscle cells in vitro

Title (Original Language)

International Study Register No. (ISRN)

Translation ☐ Original Language: English

English translation requested on: at:

## Distribution: Full Report

No.
2 Author(s)
_ Issuing Department(s)

| Recipient | Department | Location/Building |
|---|---|---|
| von Keutz | PH-PD Toxikologie | ELB/514 |
| Mück | PH-EO-CP-KP | ELB/470 |
| Sprenger | PH-PD-M-DS | ELB/470 |
| Weidmann | PH-AMS | ELB/470 |

## Distribution: Summary

| Recipient | Department | Location/Building |
|---|---|---|
| Armstrong | PH-PD Leitung | ELB/402 |
| Kayser | PH-PDT Leitung | ELB/514 |

Bayer

**Pharmaceutical Business Group**

Department(s): PH-PDT Research Toxicology

Date: 2001-08-28

- ☐ Research Report
- ☒ Product Report
- ☐ Development-Product Report
- ☐ Methods Report

Report No.

PH 31298

Author(s): G. Wasinska-Kempka, H.J. Ahr

Title (English)

Toxicity of lipid lowering drugs in primary skeletal muscle cells in vitro

Title (Original Language)

International Study Register No. (ISRN)

Translation ☐

Original Language: English

As long as the results contained in this report have not been published, they may only be used when permission has been obtained from Bayer AG. It is not permissible to make reproductions of all, or sections of this report.

**List of contents**

Summary .... 3
1. Introduction .... 4
2. Materials and methods .... 5
2. 1. Chemicals .... 5
2. 2. Isolation of primary skeletal myoblasts from rat .... 5
2. 3. Cell-treatment .... 6
2. 4. Cytotoxicity measurement .... 6
2. 5. ATP determination .... 7
3. Results .... 7
3.1. Cytotoxic effects of statins on primary rat myoblasts .... 7
3.2. Cytotoxic effects of fibrates on primary rat myoblasts .... 8
3.3. Simultaneously effects of cerivastatin and fibrates .... 9
4. Discussion .... 9
4.1. Myotoxicity of statins .... 9
4.2. Myotoxicity of fibrates .... 11
4.3. Combination of cerivastatin and fibrates .... 12
4.4. Conclusion .... 12
5. Signature page .... 14
6. Literature .... 15
7. Tables and figures .... 17

**Summary**

The direct effects of statins and fibrates were studied in primary skeletal myoblasts of rats *in vitro*. As cytotoxicity endpoints the activity of mitochondrial dehydrogenase (MTT-assay), the energy status (ATP assay), and the mitochondria status (rhodamine assay) were determined.

Cerivastatin was relatively cytotoxic to the skeletal myoblasts, the NOEC was 0.01 µg/ml after 72h of treatment. These effects were reversible by addition of mevalonic acid lactone. Comparison of cytotoxic potential of cerivastatin to the five other statins gives the following ranking (from more to less toxic): cerivastatin > fluvastatin > simvastatin > lovastatin > atorvastatin > pravastatin. In relation to their different inhibitory potency for HMG-CoA reductase, it became obvious that cerivastatin, fluvastatin, simvastatin and lovastatin behave quite similar, whereas atorvastatin and pravastatin seemed to have a markedly lower myotoxic potential in this in vitro model.

The cytotoxic ranking of fibrates in this model, measured by the same parameters as for statins, is the following (from more to less toxic): fenofibrat > gemfibrozil > clofibrat.

There was no indication that fibrates especially gemfibrozil potentiate the cytotoxicity of cerivastatin on primary muscle cells.

## 1. Introduction

There is considerable evidence that therapy with lipid lowering drugs of the HMG-CoA reductase inhibitor class, the statins, can be associated in rare cases with skeletal muscle myopathy in humans characterized by pain, weakness, elevated CPK and even rhabdomyolysis (Ucar et al. 2000). Myotoxicity of statins has also been studied in various species including rats (Keutz von and Schlüter 1998). Recently it has been reported on rhabdomyolysis following combination therapy of statins with gemfibrozil, a lipid lowering drug of the fibrate class (Duell et al. 1998, Tal et al. 1997, Knoll et al. 1993, Puijenbroek van et al. 1996, Ozdemir et al. 2000). Fibrates are also known to induce myopathy rare cases (Chow and Chow 1994). Therefore, the question arises whether may be a toxicodynamic interaction between statins and fibrates.

In order to investigate this question a model of cultured primary skeletal muscle cells obtained from neonatal rats was used. The mature differentiated myotubes used in this model are morphologically and functionally similar to adult myotubes. This model is well established for the evaluation of the myotoxicity of xenobiotics including pravastatin, simvastatin or lovastatin (Jacobs et al. 1992, Pardridge et al. 1980, Veerkamp et al. 1996, Masters et al. 1995).

In the present study the toxicity of 6 statins (cerivastatin, lovastatin, pravastatin, fluvastatin, simvastatin, atorvastatin) and 3 fibrates (clofibrate, fenofibrate and gemfibrozil) was investigated on neonatal rat skeletal muscle cells. Besides cell viability (neutral red uptake, MTT assay) also the ATP content and the mitochondrial membrane potential (tetramethyl rhodamine assay) were measured in order to detect specific influences on the energy supply of the cells. Further cerivastatin was also tested in combination with the fibrates.

## 2. Materials and methods

### 2. 1. Chemicals

- Penicillin-streptomycin, chicken embryo extract: Gibco (Eggenstein)
- Horse serum, neutral red, trypsin, MTT solution, mevalonic acid, $CoQ_9$, fenofibrat, gemfibrozil, clofibrat: Sigma (Deisenhofen)
- FCS: Seromed (Berlin)
- ATPLite -M - Kit: Packard (Groningen, NL)
- PBS, DMEM: Serva (Heidelberg)
- Tetramethylrhodamin: Molecular Probes (Eugene, USA)
- Isopropanol: Riedel-de Haen (Seelze)
- Cerivastatin (Batch -No. 505150), lovastatin, pravastatin, fluvastatin, simvastatin (Batch-No. 505505), atorvastatin (Batch-No. 505008): PH-PD, Bayer AG (Wuppertal).

### 2. 2. Isolation of primary skeletal myoblasts from rat

The skeletal myoblasts were isolated from 3 - 4 days old rats. The muscle from femur were removed under sterile conditions, then the tissue was prepared free from skin, cut in small parts and incubated with an enzyme solution (0,25% trypsin) up to disintegration of muscle tissue for 5 x 30 min. at room temperature. The isolated cells were washed free from enzyme, suspended in "plating medium" (DMEM with 10% horse serum, 1% chicken embryo extract and 1% penicillin-streptomycin) and cultivated on gelatin-coated plates (10 mg/ml PBS) at 37°C in 5% $CO_2$ and 95% air atmosphere. At day 2 the medium was exchanged to "growth medium" (DMEM supplemented with 20% FCS, 5% chicken embryo extract and 1% penicillin-streptomycin for 3 days (Cossu 1981, Konigsberg 1979, Levis et al. 1974, Yaffe 1969).

**2. 3. Cell-treatment**

The stock solution (10 - 1000 mg/ml) of the test substance was prepared in DMSO and then diluted to the desired concentrations in the "growth medium". The cell number was determined with a Schärfe-equipment (Schärfe-System, Reutlingen) and seeded in gelatin-coated 96-wells microtiter plates in a concentration of $1.5 \times 10^3$ - $1 \times 10^5$ cells/well dependent on the experiment; subsequently the compound diluted in the medium was added for the indicated period. Each experiment was performed for 3 times in triplicate in the least 2 different cell preparations.

**2. 4. Cytotoxicity measurement**

The mitochondrial dehydrogenase activity was measured in a MTT-assay. The yellow tetrazolium bromide (MTT- 5 mg/ml) penetrates into the cells (for 2h at 37°C), its tetrazolium ring is opened by active mitochondrial dehydrogenase, and the dark blue formazan appears. After addition of SDS (3%) and an isopropanol-HCl mixture, formazan can be released and measured quantitatively with a spectrophotometer at 570/630 nm (Zhang et al. 1990).

In addition, neutral red, which can be taken up only by living cells, was used for assay. 50 µl of neutral red stock solution (3.3 g/100 ml) was added to the cell cultures for 2h at 37°C. Hence, the cells were washed and the neutral red dye extracted from the lysosomes by a mixture of ethanol- ice acetic acid. The quantitative measurement of the cell viability was performed with a spectrophatometer (MWG-BIOTECH, Ebersberg) at 540 mm (Carmichel et al. 1985).

For the estimation of potential of inner mitochondrial membrane after cell incubation with substance tested the fluorescence marker tetramethylrhodamine was used. The stock solution of tetramethylrhodamin (25 mg/500 µl DMSO) was diluted at ratio 1: 5000 in PBS and added to the treated cells. Following incubation of cells with dye for

30 min. at 37°C, the cells were washed twice and the fluorescence was measured with a fluorospectrophotometer (SpectraFluorPlus, TECAN, Crailsheim) at 355 nm/538 nm.

### 2. 5. ATP determination

The intracellular ATP concentration was determined according to the manufacture instruction of the ATPLite assay kit. The ATPLite-M assay is based on the production of light caused by the reaction of ATP with added luciferase and D-luciferin (1). The emitted light was measured with a chemiluminescence equipment (SpectraFluorPlus, TECAN, Crailsheim).

## 3. Results

### 3.1. Cytotoxic effects of statins on primary rat myoblasts

For comparison of cytotoxic potential of different statins primary skeletal myoblasts from rats were treated with cerivastatin, atorvastatin, simvastatin, fluvastatin, lovastatin and pravastatin at different concentrations for 72h. Mitochondrial dehydrogenase activity (MTT assay), ATP level and mitochondrial membrane potential (TMR assay) were determined in parallel.

In all assays (MTT -, ATP -, TM-rhodamine - assay) cerivastatin affected the rat myoblasts more intensively ($EC_{50}$ = 0.1 µg/ml, NOEC = 0.01 µg/ml,) in comparison to the other five statins. The other statins ranked as follows: fluvastatin ($EC_{50}$ = 1 - 2 µg/ml, NOEC = 0.1 - 0.5 µg/ml,) followed by simvastatin ($EC_{50}$ = 0.7 - 1.5 µg/ml, NOEC = 0.5 µg/ml,), lovastatin ($EC_{50}$ = 3 µg/ml, NOEC = 1 µg/ml,), and atorvastatin ($EC_{50}$ = 15 µg/ml, NOEC = 10 µg/ml,); pravastatin was shown be markedly less cytotoxic ($EC_{50}$ = 350 - 400 µg/ml, NOEC = 1 - 300 µg/ml) (Tab. 1, Fig. 1).

In order to describe the time dependence of the effects the primary myoblasts from rats were treated with cerivastatin at concentration from 0.001 - 1 µg/ml for 24h, 48h and 72h.

The cytotoxic effects occurred time-dependently: the influence on the three measured parameters was largely in parallel. Only at 24h of treatment, the potential of inner mitochondria membrane was slightly more depressed at highest concentrations (0.5 µg/ml and 1 µg/ml), than the other parameters. After 48h and 72h a similar inhibition of all measured parameters was noted (Tab. 2, Fig. 2). The NOEC after 48h and 72h was 0.01 µg/ml.

These cytotoxic effects of cerivastatin on primary rat myoblasts were abolished by addition of mevalonic acid lactone (100 µM): the NOEC after 72h of treatment was 1 µg/ml, which was the highest concentration used. Addition of Coenzyme $Q_9$ (25 µM) did not influence the myotoxicity of cerivastatin (Tab. 3, Fig. 3).

**3.2. Cytotoxic effects of fibrates on primary rat myoblasts**

In parallel to statins three fibrates were tested for their cytotoxicity by the measurement of mitochondrial dehydrogenase activity, energy- and mitochondria status: fenofibrat, gemfibrozil and clofibrat. Fenofibrat affected the treated cells more strongly ($EC_{50}$ = 15 µg/ml, NOEC = 3 µg/ml) than gemfibrozil ($EC_{50}$ = 250 µg/ml, NOEC = 100 µg/ml) or clofibrate ($EC_{50} \geq$ 1000 µg/ml, NOEC = 300 µg/ml (Tab. 4, Fig. 4).

The cytotoxic effects of fenofibrate and gemfibrozil increased time dependently (Tab. 5, Fig. 5 and 6). Interestingly, at 24h the mitochondrial membrane potential was strongly depressed at the highest concentration tested whereas the cell viability was markedly less influenced. The cellular ATP content reacted less sensitive than membrane potential, but more strongly than the viability.

### 3.3. Simultaneous effects of cerivastatin and fibrates

The combination effects of cerivastatin and fibrates were investigated on primary skeletal myoblast of rats. Cerivastatin was used at concentrations from 0.001 µg/ml - 1 µg/ml, fibrates at concentrations of their NOEC of cell viability and 1/10 of NOEC (Tab. 6, Fig. 7).

The cytotoxic values of these combined treatments corresponded largely to the effects of cerivastatin alone ($EC_{50}$ = 0.1 µg/ml, NOEC = 0.01 µg/ml) with the exception for fenofibrate and partially clofibrate. After addition of 30 µg/ml of fenofibrate the $EC_{50}$ values were slightly lower in MTT- and ATP- assays, and very low (below 0.001 µg/ml) in rhodamine assay than after treatment with cerivastatin alone. This, however may correspond to the effects of fenofibrate alone, which markedly depressed ATP content and the mitochondrial membrane potential already at 30 µg/ml - the NOEC of the MTT assay. Clofibrate addition led to a slightly lower $EC_{50}$ value in rhodamine assay only.

## 4. Discussion

### 4.1. Myotoxicity of statins

The cytotoxicity of various statins was studied on primary skeletal myoblasts from neonatal rats *in vitro*. There were considerable differences in the cytotoxicity of these statins. The highest toxicity was observed for cerivastatin ($EC_{50}$ = 0.3 µM). Simvastatin, fluvastatin and lovastatin behaved quite similarily with $EC_{50}$ between 2 - 7 µM, whereas atorvastatin ($EC_{50}$ = 27 µM) and especially pravastatin ($EC_{50}$ = 944 µM) were markedly less cytotoxic. There is, however, also a marked spread in the HMG-CoA-reductase inhibitory activity of these compounds - cerivastatin and atorvastatin being by far the most active statins with $IC_{50}$ values in the low nanomolar range (Tab. 7). When related

to their pharmacological activity, it became obvious that the myotoxic potential of cerivastatin, simvastatin, fluvastatin, and lovastatin was in a comparable relation to the pharmacological activity (between 30 and 300 times $IC_{50}$ of the HMG-CoA inhibition). In contrast, the intrinsic myotoxic potential of atorvastatin and pravastatin as related to the $IC_{50}$ (HMG-CoA) seemed to be markedly lower.

These data were in good agreement to the data published by Masters et al (1995). They reported in a similar in vitro model $EC_{50}$ values for simvastatin and lovastatin in the low micromolar range, whereas pravastatin had an $EC_{50}$ value around one millimolar. With respect to cell viability as measured by the MTT assay, our model was slightly more sensitive as compared to the data of Masters et. al, which may be explained by the longer incubation time in our experiments (72h as compared to 48h). This study provided also evidence that the relatively low cytotoxicity of pravastatin may be related to a poor uptake of the compound into myoblasts.

The myotoxic effects of statins have been attributed to the inhibition of HMG-CoA reductase (Masters et al. 1995). This specific inhibition blocks the formation of mevalonic acid - a precursor in the cholesterol biosynthesis. In our experiments the cytotoxic effects of cerivastatin on the primary myoblasts could be abolished by substitution with mevalonic acid. However, mevalonic acid is not only a precursor for cholesterol but also for the intermediary metabolites farnesol and geranylgeraniol, which play an important role in the postranslational modification of specific regulatory proteins (Christians et al, 1999, Flint[a] at al, 1997, Flint[b] et al, 1997). Furthermore, the biosynthesis of CoQ, which is involved in the electron transport chain of mitochondria is depressed by HMG-CoA reductase inhibition. A marked reduction of CoQ in muscle tissue of dogs after chronic treatment with cerivastatin has been demonstrated in vivo (Schmidt , 1994). A depletion of CoQ in the mitochondria of muscle tissue may then contribute to the observed myotoxicity (Keutz von and Schlüter, 1998).

However, substitution of coenzyme $Q_9$ to the culture medium of the myoblasts did not influence the cytotoxicity of cerivastatin. More importantly, neither for cerivastatin nor

the other tested statins indicated any evidence for a specific influence on the mitochondrial membrane potential or the ATP content . The concentration effects curves as well as the time dependence of the effects on these parameters characterizing the mitochondrial function in the myoblasts were in parallel to the cell viability. This indicates that mitochondrial toxicity plays no major role for the cytotoxicity observed in the model used. This observation supports the hypothesis that depletion of early intermediates like farnesol or geranylgeraniol may also be involved in statin-induced myotoxicity in this in vitro model.

**4. 2. Myotoxicity of fibrates**

The cytotoxicity of the fibrates tested on primary myoblasts differed considerably with the ranking fenofibrate > gemfibrozil > clofibrate. Interestingly, there is an approx. 10-fold difference between fenofibrate and gemfibrozil. When comparing the therapeutic plasma concentrations versus component doses (fenofibrate: 10 µg/ml at 200 ng o.d.. gemfibrozil: 30 µg/ml at 900 ng o.d.) there seems to be a slightly higher intrinsic myotoxic potential of fenofibrate as compared to gemfibrozil.

In contrast to the results with statins, fibrates (especially fenofibrate) influenced the cell energy related parameters (ATP content and mitochondrial membrane potentioal) at markedly lower concentrations than the cell viability. This was most evident after 24h of treatment, where mitochondrial membrane potential was most strongly depressed. It has been reported for some related structure that they act as mitochondrial uncouplers which would comply to the observed effects: membrane potential > ATP > viability (Keller et al, 1993).

Therefore, these results give some evidence that disturbances of the mitochondrial respiration may be primarily involved in the myotoxic effects of the fibrates.

**4.3. Combination of cerivastatin and fibrates**

For investigating combination effects of statins with fibrates the concentration effects curves of cerivastatin were measured in the presence of subtoxic concentrations of the three fibrates. In order to account for the different cytotoxicity of the fibrates, the NOEC of the MTT assay was chosen as high concentration and 1/10 of this as low concentration. No evidence for a potentiation of cytotoxicity on primary myoblasts was observed in this experiment with the exception of the combination with fenofibrate at the high concentration. Even this finding can be considered as an independent effects of the high concentration of fenofibrate rather than a combination effect. Based on these data a toxicodynamic interaction of cerivastatin with fibrates is not expected. There is, however, some evidence that gemfibrozil may increase the statin concentration in plasma (Backmann 2000, Todd 1988, Özdemir 2000). This points to a pharmacokinetic interaction as primary cause for an increased incidence of myopathies.

**4.4. Conclusion**

The cytotoxicity of lipid-lowering drugs of the statin and fibrate class on primary differentiated myotubes was tested in vitro. For both classes a myotoxic potential was detected in this model. For statins the ranking found was cerivastatin > simvastatin > fluvastatin > lovastatin > atorvastatin > pravastatin. When related to the HMG-CoA reductase inhibitory activity, it became obvious that the intrinsic myotoxic potential of atorvastatin and pravastatin was lower than that of the other statins, which might be related to an diminished uptake into the myoblasts (Masters et al, 1995). The ranking for fibrates was fenofibrate > gemfibrozil > clofibrate.
There was some evidence that the mechanism and the intracellular targets leading to myotoxicity differ between both classes. Statins seem to interfere with intracellular

There was some evidence that the mechanism and the intracellular targets leading to myotoxicity differ between both classes. Statins seem to interfere with intracellular signal transductions, whereas fibrates target to the mitochondria. Accordingly no evidence was found for a potentiation of the cerivastatin effects on myoblasts by combination with fibrates especially gemfibrozil. The increased incidence of myopathies observed clinically in combination with gemfibrozil may therefore be based on a pharmacokinetic interaction rather than on a potentiating effects on the level the muscle itself.

In general, the myotoxic concentrations found in this in vitro model were markedly higher than the therapeutic plasma concentration or the $IC_{50}$ values for the pharmacological target. This indicated a sufficient margin of safety (Wasinska-Kempka and Ahr, 1996 ). However it seems conceivable that a accumulation of the compounds in the muscle tissue or unusual high plasma concentration possibly due to comedications close the gap at least in a small subpopulation of especially sensitive patients accounting for the rare cases of clinically observed myopathies.

**5. Signature page**

This report accurately describes the methods and procedures used in the study and the reported results accurately reflect the raw data of the study.

***Author:***

G. Kempka

Dr. G. Wasinska-Kempka
Research Toxicology

23.08.2001
Date

***Approval:***

H. J. Ahr

Dr. Dr. H. J. Ahr
Head of department
Research Toxicology

23.8.2001
Date

**6. Literature**


- Carmichel J., Mitchell J. B., DeGraff W. G., Gamson J., Gazdar A. F., Johnson B. E., Glatstein E., Minna J. D. (1985) Br. J. Cancer 57: 540-547.
- Christians U., Jacobsen W., Floren L. C. (1999) Pharmacol. Ther. 80 (1): 1-34.
- Cossu G., Pacifici M., Marino M., Zani B., Coletta M., Molonaro M. (1981) Exp. Cell Res. 132: 349-357.
- Duell P. B., Conner W. E., Illingworth D. R. (1998) Am. J. Cardiol. 81 (3): 368-69.
- Flint[a] O. P, Masters B. A., Gregg R. E., Durham S. K. (1997) Toxicol. Appl. Pharmacol. 145: 99-110.
- Flint[b] O. P, Masters B. A., Gregg R. E., Durham S. K. (1997) Toxicol. Appl. Pharmacol. 145: 91-98.
- Jacobs A. E., Benders A. A., Oosterhof A., Veerkamp J. H. (1992) Int. J. Biochem 24 (5): 751-8.
- Keller B. J., Bradford B. U., Marsman D. S., Cattley R. C., Popp J. A., Bojes H. K., Thurman R. G. (1993) Toxicol. Appl. Pharmacol. 119: 52-58.
- Keutz von E., Schlüter G. (1998) Am. J. Cardiol. 82 : J 11-J 17.
- Knoll R. W., Ciafone R., Galen M. (1993) Connecticut Medicine 57 (9): 593-4.
- Konigsberg I. R. (1979) Methods in Enzymology, vol. LVIII: 511-527.
- Levis A. G., Furlan D., Bianchi V. (1974) Acta Embryologiae Experimentalis 2: 123-136.
- Masters B. A., Palmoski M. J., Flint O. P., Gregg R. E., Wang-Iverson D., Durham S. K. (1995) Tox. Appl. Pharmacol. 131: 163-174.
- Ozdemir O., Boran M., Gke V., Uzun Y., Koak B., Kormaz S. (2000) Angiology 51 (8): 695-7.
- Pardridge W. M., Casanello-Ertl D., Duducgian-Vartavarian L. (1980) J. Clin. Invest. 66 (1): 88-93.
- Puijenbroek van E. P., Buf-Vereijken Du P. W., Spooren P. F., Doormaal van J. J. (1996) J. Internal Med. 240 (6): 403-4.
- Schmidt U. (1994) PH-Report- No. 23499.

- Tal A., Rajeshawari M., Isley W. (1997) South. Med. J. 90 (5): 546-47.
- Ucar M., Mjoerndal T., Dahlqvist R. (2000) Drug Saf. 22 (6): 441-457.
- Veerkamp J. H. , Smit J. W. A., Benders A. A. G. M., Oosterhof A. (1996) BBA 1315: 217-222.
- Wasinska-Kempka G., Ahr H. J. (1996) - PH - Report - No. 25201
- Yaffe D. (1969) Current Topics in Developmental Biology. New York. 4: 37-77.
- Zhang S.-Z., Lipsky M. M., Trump B. F., Hsu I.-C. (1990) Cell Biol. Toxicol. 6 (2): 219-234.

**7. Tables and figures**


Tab. 1. Cytotoxic effects of statins on primary rat skeletal myoblasts after incubation for 72h expressed by $EC_{50}$ and NOEC.

Tab. 2. Time-dependence of the cytotoxic effects of cerivastatin measured by MTT-, ATP-, and MT-rhodamine assays (µg/ml).

Tab. 3. Cytotoxic effects of cerivastatin: effects mevalonic acid lactone (100 µM) and Coenzyme $Q_9$ (25 µM). Concentrations are given in µg/ml.

Tab. 4. Cytotoxic effects of fibrates on primary rat skeletal myoblasts cells were measurent by MTT-, ATP-, and TM-rhodamine determination after incubation for 72h. Concentrations are given in µg/ml.

Tab. 5. Time-dependently cytotoxic effects of fibrates measured by MTT-, ATP-, and TM-rhodamine assays.

Tab. 6. Cytotoxic effects of cerivastatin in combination with fibrates after 72h of treatment.

Tab. 7. Comparison of various statins to their HMG CoA inhibitory activity ($IC_{50}$ - nM) and cytotoxicity on myoblasts in vitro ($EC_{50}$ - µM).

Fig. 1. Cytotoxicity of statins on primary rat skeletal myoblasts as determined by MTT-, ATP-, and TM-Rhodamine assays after 72h of treatment.

Fig. 2. Cerivastatin effects on primary rat skeletal myoblasts were measured after 24h, 48h, and 72h of treatment (n=3).

Fig. 3. Influence of mevalonic acid lactone (100 µM) and Coenzyme $Q_9$ (25 µM) on cytotoxicity of cerivastatin after 72h of treatment.

Fig. 4. Cytotoxicity of fibrates on primary rat skeletal myoblasts after 72h of treatment.

Fig. 5. Fenofibrat effects on primary rat skeletal myoblasts after 24h, 48h, anf 72h of treatment.

Fig. 6. Gemfibrozil effects on primary rat skeletal myoblasts after 24h, 48h, and 72h of treatment.

Fig. 7. Simultaneously cytotoxic effects of cerivastatin and fibrates on primary rat myoblasts tested by MTT - assay after 72h of treatment.

Tab. 1. Cytotoxic effects of statins on primary rat skeletal myoblasts after incubation for 72h expressed by $EC_{50}$ and NOEC.

| | MTT assay (µg/ml) | ATP measurement (µg/ml) | Rhodamine measurement (µg/ml) |
|---|---|---|---|
| **Cerivastatin:** | | | |
| $EC_{50}$ | 0.15 | 0.1 | 0.1 |
| NOEC | 0.01 | 0.01 | 0.01 |
| **Atorvastatin:** | | | |
| $EC_{50}$ | 15 | 15 | 15 |
| NOEC | 10 | 10 | 10 |
| **Simvastatin:** | | | |
| $EC_{50}$ | 1 | 1.5 | 0.7 |
| NOEC | 0.5 | 0.5 | 0.5 |
| **Fluvastatin:** | | | |
| $EC_{50}$ | 2 | 1 | 2 |
| NOEC | 0.1 | 0.1 | 0.5 |
| **Lovastatin:** | | | |
| $EC_{50}$ | 3 | 3 | 3 |
| NOEC | 1 | 1 | 1 |
| **Pravastatin:** | | | |
| $EC_{50}$ | 400 | 350 | 400 |
| NOEC | 100 | 100 | 300 |

Fig. 1. Cytotoxicity of statins on primary rat skeletal myoblasts as determined by MTT-, ATP-, and rhodamine assays after 72h of treatment.



Tab. 2. Time-dependence of the cytotoxic effects of cerivastatin measured by MTT-, ATP-, and TM-rhodamine assays (µg/ml).

| | MTT | | ATP | | TM-Rhodamine | |
|---|---|---|---|---|---|---|
| | $EC_{50}$ | NOEC | $EC_{50}$ | NOEC | $EC_{50}$ | NOEC |
| **Cerivastatin** | | | | | | |
| 24h | > 1 | 1 | > 1 | 1 | > 1 | 0.01 |
| 48h | 0.2 | 0.01 | 0.35 | 0.01 | 0.025 | 0.01 |
| 72h | 0.1 | 0.01 | 0.1 | 0.01 | 0.1 | 0.01 |

Fig. 2. Cerivastatin effects on primary rat skeletal myoblasts were measured after 24h, 48h, and 72h of treatment (n=3).



Tab. 3. Cytotoxic effects of cerivastatin: effects of addition of mevalonic acid lactone (100 µM) and Coenzyme $Q_9$ (25 µM). Concentrations are given in µg/ml.

| | Neutral red assay | MTT assay | ATP assay | TM-Rhodamine assay |
|---|---|---|---|---|
| **Cerivastatin** | | | | |
| $EC_{50}$ | 0.15 | 0.1 | 0.1 | 0.1 |
| NOEC | 0.01 | 0.01 | 0.01 | 0.01 |
| **Cerivastatin + mevalonic acid lactone:** | | | | |
| $EC_{50}$ | > 1 | > 1 | > 1 | > 1 |
| NOEC | 1 | 1 | 1 | 1 |
| **Cerivastatin + Coenzyme $Q_9$:** | | | | |
| $EC_{50}$ | 0.2 | 0.1 | 0.1 | 0.1 |
| NOEC | 0.01 | 0.01 | 0.01 | 0.01 |

Fig. 3. Influence of mevalonic acid lactone (100 µM) and Coenzyme $Q_9$ (25 µM) on cytotoxicity of cerivastatin after 72h of treatment.



Tab. 4. Cytotoxic effects of fibrates on primary rat skeletal myoblasts cells were measurent by MTT-, ATP-, and TM-rhodamine determination after incubation for 72h. Concentrations are given in µg/ml.

| | MTT assay | ATP assay | TM-Rhodamine assay |
|---|---|---|---|
| **Fenofibrat:** | | | |
| $EC_{50}$ | 70 | 15 | 25 |
| NOEC | 30 | 3 | 10 |
| **Gemfibrozil:** | | | |
| $EC_{50}$ | 420 | 300 | 250 |
| NOEC | 300 | 100 | 100 |
| **Clofibrat:** | | | |
| $EC_{50}$ | > 1000 | 1000 | 1000 |
| NOEC | 1000 | 300 | 750 |

Fig. 4. Cytotoxicity of fibrates on primary rat skeletal myoblasts after 72h of treatment.



Fig. 4. Cytotoxicity of fibrates on primary rat skeletal myoblasts after 72h of treatment.



Fig. 5. Fenofibrat effects on primary rat skeletal myoblasts after 24h, 48h, anf 72h of treatment.



Fig. 6. Gemfibrozil effects on primary rat skeletal myoblasts after 24h, 48h, and 72h of treatment.



Tab. 6. Cytotoxic effects of cerivastatin in combination with fibrates after 72h of treatment.

| | MTT assay (µg/ml) | ATP measurement (µg/ml) | Rhodamine assay (µg/ml) |
|---|---|---|---|
| **Cerivastatin + Fenofibrat - 3 µg/ml:** | | | |
| $EC_{50}$ | 0.15 | 0.2 | 0.15 |
| NOEC | 0.01 | 0.01 | 0.01 |
| **Cerivastatin + Fenofibrat - 30 µg/ml:** | | | |
| $EC_{50}$ | 0.045 | 0.01 | < 0.001 |
| NOEC | 0.01 | 0.01 | < 0.001 |
| **Cerivastatin + Gemfibrozil - 30 µg/ml:** | | | |
| $EC_{50}$ | 0.25 | 0.1 | 0.25 |
| NOEC | 0.01 | 0.01 | 0.01 |
| **Cerivastatin + Gemfibrozil - 300 µg/ml:** | | | |
| $EC_{50}$ | 0.2 | 0.15 | 0.1 |
| NOEC | 0.01 | 0.01 | 0.01 |
| **Cerivastatin + Clofibrat - 50 µg/ml:** | | | |
| $EC_{50}$ | 0.2 | 0.15 | 0.2 |
| NOEC | 0.01 | 0.01 | 0.01 |
| **Cerivastatin + Clofibrat - 500 µg/ml:** | | | |
| $EC_{50}$ | 0.15 | 0.15 | 0.04 |
| NOEC | 0.01 | 0.01 | 0.01 |
| **Cerivastatin:** | | | |
| $EC_{50}$ | 0.1 | 0.1 | 0.1 |
| NOEC | 0.01 | 0.01 | 0.01 |

Fig. 7. Simultaneously cytotoxic effects of cerivastatin and fibrates on primary rat myoblasts tested by MTT - assay after 72h of treatment.



Tab. 7. Comparison of various statins to their HMG CoA inhibitory activity ($IC_{50}$ - nM) and cytotoxicity on myoblasts in vitro ($EC_{50}$ - µM).

| Statin | HMG-Co Reductase $IC_{50}$ (nM) | Myotoxicity $EC_{50}$ (µM) | Ratio $EC_{50}/IC_{50}$ [x10$^3$] |
|---|---|---|---|
| Cerivastatin | 1.1 | 0.3 | 0.3 |
| Atorvastatin | 4.7 | 27 | 5.7 |
| Simvastatin | 66 | 2.3 | 0.03 |
| Fluvastatin | 45 | 4.9 | 0.1 |
| Lovastatin | 77 | 7.1 | 0.09 |
| Pravastatin | 160 | 944 | 5.9 |

Test Compound List, Focal Points and Keywords for Report No.: PH 31298 Page No.:

Author(s): G. Wasinska-Kempka, H.J. Ahr Chemist Code:

1. Declaration - for Product Reports According to SOP No.:

Archival of Raw Data, Samples/Specimens, and Clinical Trial Documents (at BAYER/Miles)

Please mark or specify relevant terms:

x Raw Data ☐ Samples/Specimens ☐ Clinical Trial Documents

☐ Safety ☐ Dynamics ☐ Biochm. Param. ☐ Histology

☐ Tolerability ☐ Analytics ☐ Chromatograms

☐ ............ ☐ ............

| | | |
|---|---|---|
| Building: 500 | Building: | Building: |
| Room: Archiv | Room: | Room: |
| Person Zils | Person | Person |
| Responsible: Wasinska-Kempka | Responsible: | Responsible: |

2. Period covered - for Product Reports -

Start of Test/Study: (DD/MM/YY) 01.04.2000

End of Test/Study: (DD/MM/YY) 10.12.2000

Local Study-No.: (not identical with ISRN)

Investigator: G. Wasinska-Kempka

3. Lab. Notebook No.:

4. Test Compound No.:

| | | | |
|---|---|---|---|
| cerivastatin | fluvastatin | gemfibrozil | |
| lovastatin | atorvastatin | clofibrate | |
| pravastatin | simvastatin | fenofibrate | |

5. Classification Scheme (Focal points)

Please mark relevant terms:

☐ in vivo x in vitro

☐ Biochemistry

☐ Biotechnology

☐ Chemistry

☐ Analytical

☐ Isotope study

☐ Process development

☐ Synthesis

☐ Structural

☐ Pharmacokinetics

☐ Animal ☐ Human

☐ Pharmacology

☐ Animal ☐ Human

☐ Biometrics

☐ Chemotherapy

☐ Formulation/Galenics

☐ Immunology

☐ Microbiology

☐ Oncology

x Toxicology

☐ Virology

☐ Clinical Pharmacology

☐ Clinical study Phase I

☐ Clinical study Phase II

☐ Clinical study Phase III

☐ Clinical study Phase IV

Drug application

☐ Intramuscular

☐ Intraperitoneal

☐ Intravenous

☐ Oral

☐ Sublingual

☐ Topical

☐ Side-effects

☐ Adverse drug reaction

6. English Keywords (not mentioned in the title)

| | | | |
|---|---|---|---|
| MTT assay | TM-Rhodamine assay | | |
| Neutral red assay | | | |
| ATP assay | | | |