# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
--oOo—

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION, Plaintiff, vs. This Document Relates to Olander v. Bayer Corporation, et al. Civil No. 03-1086 (MJD/ JGL) Defendant. | MDL No. 1431 (MJD/ JGL) |

**CERTIFIED COPY**

DEPOSITION OF

**DAVID P. RICHMAN, M.D.**

February 11, 2004

REPORTED BY: KATHY KOLLEHNER, RPR, CRR, CSR 4102 JOB 1-684

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---o0o---

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MDL No. 1431 |
| ) | (MJD/JGL) |
| This Document Relates to Olander v. ) | |
| Bayer Corporation, et al. Civil No. ) | |
| 03-1086 (MJD/JGL) ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ____________________________________) | |

---o0o---

BE IT REMEMBERED that, pursuant to Notice, and on Wednesday, February 11, 2004, commencing at 9:10 a.m., thereof, at 1333 Research Park Drive, Davis, California, before me, KATHY KOLLEHNER, a Certified Shorthand Reporter, personally appeared

DAVID P. RICHMAN, M.D.,

called as a witness by the Defendant, who, having been first duly sworn, was examined and testified as follows:

---o0o---

DIAMOND McCARTHY, 1201 Elm Street, 34th Floor, Dallas, Texas 75270, represented by BERT

A. Let me just refresh my memory a bit. 10:43:37
(Reviewing) 10:43:43
Yes, I would agree with that. But I think it -- you still have to keep in consideration the fact that muscle cell death is an endpoint which you can get to through different pathways. 10:44:51 10:44:53 10:44:56 10:45:04
Q. Are you aware of a single article that suggests Baycol caused a muscle injury that the other statins do not cause? 10:45:06 10:45:08 10:45:11
MR. ARBITBLIT: Objection. 10:45:16
THE WITNESS: Only in the sense of the effect on the membrane and the ability of the drug to get into the muscle cell. 10:45:36 10:45:41 10:45:45
BY MR. ISMAIL: 10:45:47
Q. Do all statins have an ability to affect the muscle cell membrane? 10:45:47 10:45:51
A. Yes. I think that's -- that's true, but to different degrees. 10:46:04 10:46:07
Q. Do all statins have the ability to get into the muscle cell? 10:46:09 10:46:18
A. I think there is indirect evidence, that I am aware of, that would suggest that. But I think the -- there's a wide variability from agent to agent. 10:46:34 10:46:37 10:46:42 10:46:46
Q. Are you aware of a single article that 10:46:46

suggests that Baycol caused a clinical muscle injury 10:46:49
that the other statins do not cause? 10:46:53
A. By "clinical," you mean what exactly? 10:47:10
Q. Have you ever heard of a clinical muscle 10:47:15
injury? Ever used that phrase? 10:47:21
A. I don't -- I don't know that I would use 10:47:25
that phrase. 10:47:27
Q. Distinguishing clinical disorders that 10:47:31
could affect the patient from activities that may or 10:47:35
may not be occurring on the cellular level. Is that 10:47:40
a fair distinction for you? 10:47:45
MR. ARBITBLIT: Objection. 10:47:48
THE WITNESS: Yeah, I think I understand 10:47:50
your question now. 10:47:53
The -- there's a very limited set of 10:47:55
clinical things that can happen in muscle disease. 10:48:05
And so multiple different processes can lead to the 10:48:11
same set of clinical, if we talk about signs and 10:48:17
symptoms, abnormalities. 10:48:23
BY MR. ISMAIL: 10:48:25
Q. Can we agree that all statins, including 10:48:25
Baycol, cause the same type of clinical muscle 10:48:29
injuries? 10:48:31
A. Are -- so, the terminology -- I would 10:48:42
rephrase your question as: Do they cause the system 10:48:46

syndrome? 10:48:51

I would think that there are many similarities but that the severity would be different. 10:48:51 10:49:05 10:49:09

Q. Is rhabdomyolysis the most severe muscle syndrome that statins can cause? 10:49:10 10:49:13

A. I think it's the most severe one that we're aware of. 10:49:38 10:49:44

Q. All statins can cause the most severe muscle syndrome, rhabdomyolysis, correct? 10:49:46 10:49:49

MR. ARBITBLIT: Objection. 10:49:54

THE WITNESS: They can, but the rates differ significantly. 10:49:55 10:49:58

BY MR. ISMAIL: 10:49:59

Q. Would you take your expert report out, sir. 10:50:01 10:50:04

A. Uh-huh. 10:50:04

Q. Turn to paragraph 11. 10:50:04

A. (Reviewing) 10:50:09

Q. You write, "Muscle damage caused by statins can best be described in terms of a continuum ranging from mild, temporary conditions to very severe and permanent injuries." 10:50:10 10:50:14 10:50:17 10:50:22

Do you see that, sir? 10:50:26

A. (Reviewing) 10:50:32

Are you aware of any article that expressly discusses criteria for retrospective diagnosis of rhabdomyolysis? 13:17:23 13:17:26 13:17:30

A. An article that discusses only retrospective diagnosis? 13:17:32 13:17:35

Q. In paragraph 23, you are dealing -- you give an opinion about retrospective diagnosis of rhabdomyolysis, correct? 13:17:38 13:17:44 13:17:46

A. Correct. 13:17:48

Q. And you list affirmatively several pieces of clinical information, some combination of which would allow for a retrospective diagnosis, correct? 13:17:48 13:17:53 13:17:58

A. Correct. 13:18:01

Q. Are you aware of any article that lists the criteria for retrospective diagnosis that you list in paragraph 23? 13:18:01 13:18:05 13:18:08

MR. ARBITBLIT: Objection. 13:18:11

THE WITNESS: Yes. This article (indicating). 13:18:12 13:18:14

BY MR. ISMAIL: 13:18:16

Q. All right. What article do you have there, sir? 13:18:16 13:18:17

A. It's the article by Warren (indicating). 13:18:18

Q. Can you please point me to where in the Warren article the authors list the criteria for 13:18:21 13:18:23

retrospective diagnosis of rhabdomyolysis. 13:18:26
MR. ARBITBLIT: Objection. 13:18:28
THE WITNESS: They list the criteria for diagnosis, and there's no mention made of whether it's concurrent or retrospective. 13:18:29 13:18:34 13:18:39
BY MR. ISMAIL: 13:18:42
Q. Are you aware of any article that uses the phrase "retrospective diagnosis" in regards to rhabdomyolysis? 13:18:42 13:18:46 13:18:50
A. No. 13:18:52
Q. Have you ever written in any article or piece of medical literature your view regarding the criteria for retrospective diagnosis of rhabdomyolysis? 13:18:53 13:18:58 13:19:01 13:19:04
A. No, I have not. 13:19:04
Q. Is the first time that you wrote your view regarding the criteria for retrospective diagnosis of rhabdomyolysis in your expert report in this case? 13:19:05 13:19:07 13:19:10 13:19:15
A. I wouldn't -- I wouldn't say that necessarily. I think this has been the criteria that I have used and -- clinically. 13:19:19 13:19:22 13:19:29
And so I'm not sure that it was something only written at that point in time. But it was not -- but I've not written anything to be 13:19:37 13:19:40 13:19:43

# Exhibit B

Journal of Internal Medicine 1999; 246: 599–602

CASE REPORT

Shawnee Mission Medical Center
Medical Library
NOTICE: This Material
may be protected by copyright
law. (Title 17 U.S. Code)

# Rhabdomyolysis and acute renal failure due to combination therapy with simvastatin and warfarin

Δ π EXHIBIT 3
Deponent Richm
Date 2/11/04 Rptr. KK
WWW.DEPOBOOK.COM

A. MOGYORÓSI, B. BRADLEY, A. SHOWALTER & M. L. SCHUBERT
*From the Department of Medicine, Medical College of Virginia/Virginia Commonwealth University and Hunter Holmes McGuire VAMC, Richmond, Virginia, USA*

**Abstract.** Mogyorósi A, Bradley B, Showalter A, Schubert ML (Medical College of Virginia/Virginia Commonwealth University and Hunter Holmes McGuire VAMC, Richmond, Virginia, USA). Rhabdomyolysis and acute renal failure due to combination therapy with simvastatin and warfarin (Case Report). *J Intern Med* 1999; 246: 599–602.

Simvastatin, an inhibitor of 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase, is widely used to treat hyperlipidaemia. Although myalgias are recognized adverse effects, clinically significant elevations in serum creatine phosphokinase (CPK) levels are uncommon. We describe a case of rhabdomyolysis and acute renal failure associated with concomitant use of simvastatin and warfarin. Rhabdomyolysis and renal failure occurred 7 days after warfarin (5 mg day$^{-1}$) was added to a chronic stable dose of simvastatin (20 mg day$^{-1}$) and resolved abruptly after discontinuation of simvastatin. We recommend careful monitoring when warfarin is given to patients receiving simvastatin.

**Keywords:** acute renal failure, hyperkalaemia, interaction, rhabdomyolysis, simvastatin, warfarin.

## Introduction

Simvastatin, an inhibitor of 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase, the rate-limiting enzyme in cholesterol biosynthesis, is widely used to treat hypercholesterolaemia. Although myalgias are recognized side-effects of HMG-CoA reductase inhibitors, when used in monotherapy, clinically significant elevations in serum creatine phosphokinase (CPK) levels are uncommon [1]. However, an increased risk of myositis, including rhabdomyolysis, has been reported after the concomitant use of HMG-CoA reductase inhibitors with certain drugs, including gemfibrozil, itraconazole, cyclosporin, nefazodone, mibefradil and macrolide antibiotics [2–8]. We report a case of rhabdomyolysis complicated by acute renal failure associated with concomitant use of simvastatin and warfarin.

## Case report

An 82-year-old African-American man with hypertension, aortic stenosis, mild congestive heart failure and hypercholesterolaemia was admitted to the hospital complaining of bilateral lower extremity myalgia and weakness 7 days after starting warfarin for left lower extremity deep venous thrombosis.

Medications on admission were furosemide (40 mg day$^{-1}$), digoxin (0.125 mg day$^{-1}$), KCl (20 meq day$^{-1}$), simvastatin (20 mg day$^{-1}$) and warfarin (5 mg day$^{-1}$). He had been taking (without change in dosage or adverse effects) furosemide,

© 1999 Blackwell Science Ltd



J INTERN MED 1999 Oct
246(6): 599-602

digoxin and KCl for several years and simvastatin for 18 months. The only new medication was warfarin, which was started 7 days prior to the present hospitalization.

Review of systems was negative for trauma, headache, fever, chills, dyspnoea, chest pain, dysuria, haematuria, oliguria and mental status changes. He was fully functional and he did not use tobacco, alcohol or drugs other than those prescribed.

On admission, vital signs were stable (blood pressure 142/64 mmHg without orthostatic changes, pulse 60 and regular, temperature 36°C, and respirations 18) and the patient was in no distress. Pertinent physical findings included a 3/6 systolic ejection murmur at the left upper sternal border with radiation into the carotids, bilateral thigh and leg tenderness and weakness. Neurological examination was non-focal and muscle spindle reflexes were symmetrical.

Laboratory tests on admission revealed acute renal failure (serum creatinine of 3.4 mg $dL^{-1}$; normal 0.8–1.5) with hyperkalaemia (8.2 meq $L^{-1}$; normal 3.6–5.0). The prothrombin international normalized ratio (INR) was elevated at 4.3. Urine dipstick was positive for blood, but urine microscopy revealed no red blood cells. The urine was centrifuged and the supernatant was clear and remained positive for blood by dipstick. The urine sediment demonstrated numerous coarse granular casts but was without cellular casts or crystals. The following day, the serum CPK was 785 U $L^{-1}$ (normal 55–170) (Fig. 1). Urine sodium was 62 meq $L^{-1}$ and urine creatinine 47.8 meq $L^{-1}$, yielding a fractional excretion of sodium of almost 4%.

After other potential causes for acute renal failure were excluded, a diagnosis of medication-induced rhabdomyolysis was made and simvastatin discontinued. The hyperkalaemia was corrected with intravenous glucose (50 g), regular insulin (10 U) and peroral sodium polystyrene sulphonate (60 g acutely then 30 g twice daily for 2 days). The rhabdomyolysis-induced renal failure was treated aggressively with intravenous fluids (a total of 1.5 L in the first 3 h followed by 100 mL $h^{-1}$ saline) and urine alkalinization. Laboratory abnormalities and symptoms quickly improved and within 5 days the patient was asymptomatic with a normal CPK value and normal renal function (Fig. 1). The INR returned to the desired therapeutic range and the patient was discharged on a reduced dose of warfarin (5 mg on 5 days per week and 2.5 mg on 2 days per week). CPKs have remained in the normal range.




**Fig. 1** Time course for the effect of simvastatin, alone and in combination with warfarin, on serum CPK, creatinine, and potassium.

## Discussion

This is the first report of rhabdomyolysis probably being due to an interaction between simvastatin and warfarin. Although rhabdomyolysis is a known adverse effect of simvastatin, in this report muscle damage was precipitated by coadministration of warfarin. The patient had been on a stable dose of simvastatin (20 mg $day^{-1}$) for 18 months without muscle weakness, myalgia or elevation in serum CPK. Myalgias and laboratory evidence of muscle damage developed within 7 days of adding warfarin. Although fatal rhabdomyolysis has been reported with CPK levels similar to that obtained in the present case [9], it is likely that our patient's peak levels were even higher, since serum CPK was first obtained on the day after admission when it was already on the decline (Fig. 1). By extrapolation, his CPK level was most probably greater than 1000 U $L^{-1}$. Both the rhabdomyolysis and the acute renal failure were reversible, with serum CPK and creatinine levels returning to baseline control values within 5 days of the simvastatin being stopped.

Although an elevated serum CPK to more than threefold the normal value has been reported in 3% of patients on simvastatin [10, 11], clinically significant myositis or rhabdomyolysis is relatively uncommon (about 0.08%) when the drug is given as monotherapy [1]. Simvastatin and structurally related HMG-CoA reductase inhibitors such as lovastatin are metabolized by the CYP3 A4 isoform of the hepatic microsomal P450 system [12, 13]. Any drug that inhibits CYP3 A4 or competes with simvastatin for this isoform is theoretically capable of increasing simvastatin serum levels and thus precipitating rhabdomyolysis. In support of this notion: (i) simvastatin serum concentrations in healthy volunteers are increased by the simultaneous administration of cyclosporin [14], itraconazole [15], as well as erythromycin and verapamil [16]; and (ii) an increased risk of myalgia and rhabdomyolysis has been reported after concomitant use of HMG-CoA reductase inhibitors with these drugs [2, 3, 7]. The precise mechanism, however, by which HMG-CoA reductase inhibitors produce muscle damage is not known. Although the therapeutic site of action of simvastatin in lowering cholesterol is the hepatocyte, the lipophilic nature of the compound results in uptake by various cell types, including the myocyte. It has been proposed that simvastatin interferes with the expression of genes coding for proteins involved in intracellular signal transduction [17].

This case study is the first to describe rhabdomyolysis secondary to an interaction between simvastatin and warfarin. We postulate that warfarin, which is known to be metabolized, at least in part, by the same CYP3 A4 isoform of the hepatic microsomal P450 system [18], may increase simvastatin serum levels. There are no studies directly examining the effect of warfarin on simvastatin serum levels, but there is evidence for an interaction between the two drugs as manifest by a prolongation of the INR when simvastatin or lovastatin is administered upon a stable dose of warfarin [19]. A similar potentiating effect may have occurred in our patient, who presented with an INR of 4.3 despite taking only 5 mg $day^{-1}$ of warfarin.

Given the fact that many patients with stroke and ischaemic cardiac disease are taking both simvastatin and warfarin, why is this adverse drug reaction not seen more frequently? Most likely, the increased INR observed in these patients leads to a pre-emptive reduction in the warfarin dose, thus limiting the increase in serum simvastatin and reducing the risk for muscle damage. Pending prospective controlled studies to evaluate the actual incidence of elevated serum CPK levels and rhabdomyolysis in patients on concurrent simvastatin and warfarin, it seems prudent to reduce the dose of simvastatin in patients starting warfarin and/or carefully to monitor the patient for clinical and laboratory evidence of muscle damage.

## References


1 Boccuzzi SJ, Bocanegra TS, Walker JF, Shapiro DR, Keegan ME. Long-term safety and efficacy profile of simvastatin. *Am J Cardiol* 1991; 68: 1127–31.

2 Ayanian JZ, Fuchs CS, Stone RM. Lovastatin and rhabdomyolysis (letter). *Ann Intern Med* 1988; 109: 682–83.

3 Corpier CL, Jones PH, Suki WN et al. Rhabdomyolysis and renal injury with lovastatin use. Report of two cases in cardiac transplant recipients. *J Am Med Assoc* 1988; 260: 239–41.

4 Goldman JA, Fishman AB, Lee JE, Johnson RJ. The role of cholesterol-lowering agents in drug-induced rhabdomyolysis and polymyositis (letter). *Arthritis Rheum* 1989; 32: 358–59.

5 Grunden JW, Fisher KA. Lovastatin-induced rhabdomyolysis possibly associated with clarithromycin and azithromycin. *Ann Pharmacother* 1997; 31: 859–63.

6 Jacobson RH. Wang P. Glueck CJ. Myositis and rhabdomyolysis associated with concurrent use of simvastatin and nefazodone (letter). *J Am Med Assoc* 1997: 277: 296–97.
7 Lees RS. Lees AM. Rhabdomyolysis from the coadministration of lovastatin and the antifungal agent itraconazole (letter). *N Engl J Med* 1995: 333: 664–65.
8 Schmassmann-Suhijar D. Bullingham R. Gasser R. Schmutz J. Haefeli WE. Rhabdomyolysis due to interaction of simvastatin with mibefradil (letter). *Lancet* 1998: 351: 1929–30.
9 Gabow PA. Kaehny WD. Kelleher SP. The spectrum of rhabdomyolysis. *Medicine (Baltimore)* 1982: 61: 141–52.
10 Bilheimer DW. Long-term clinical tolerance of lovastatin and simvastatin. *Cardiology* 1990: 77: 58–65.
11 Walker JF. Simvastatin: the clinical profile. *Am J Med* 1989; 87: 44–46S.
12 Prueksaritanont T. Gorham LM. Ma B et al. In vitro metabolism of simvastatin in humans [SBT] identification of metabolizing enzymes and effect of the drug on hepatic P450s. *Drug Metab Dispos* 1997: 25: 1191–99.
13 Wang RW. Kari PH. Lu AY. Thomas PE. Guengerich FP. Vyas KP. Biotransformation of lovastatin. IV. Identification of cytochrome P450 3A proteins as the major enzymes responsible for the oxidative metabolism of lovastatin in rat and human liver microsomes. *Arch Biochem Biophys* 1991: 290: 355–61.
14 Arnadottir M. Eriksson LO. Thysell H. Karkas JD. Plasma concentration profiles of simvastatin 3-hydroxy-3-methylglutaryl-coenzyme A reductase inhibitory activity in kidney transplant recipients with and without ciclosporin. *Nephron* 1993: 65: 410–13.
15 Neuvonen PJ. Kantola T. Kivisto KT. Simvastatin but not pravastatin is very susceptible to interaction with the CYP3A4 inhibitor itraconazole. *Clin Pharmacol Ther* 1998: 63: 332–41.
16 Kantola T. Kivisto KT. Neuvonen PJ. Erythromycin and verapamil considerably increase serum simvastatin and simvastatin acid concentrations. *Clin Pharmacol Ther* 1998: 64: 177–82.
17 Gadbut AP. Toupin DK. Kilbourne EJ. Galper JB. Low density lipoproteins induce parasympathetic responsiveness in embryonic chick ventricular myocytes in parallel with a coordinate increase in expression of genes coding for the M2 muscarinic receptor. G alpha 12, and the acetylcholine-sensitive $K^+$ channel. *J Biol Chem* 1994: 269: 30 707–12.
18 Kaminsky LS. Zhang ZY. Human P450 metabolism of warfarin. *Pharmacol Ther* 1997: 73: 67–74.
19 Ahmad S. Warfarin therapy (letter: comment). *Mayo Clin Proc* 1995: 70: 505–506.

Received 26 April 1999; accepted 8 July 1999.

*Correspondence:* András Mogyorósi MD, Assistant Professor of Medicine, Hunter Holmes McGuire VAMC, Medical Service (111-D), 1201 Broad Rock Blvd, Richmond, VA 23249, USA (fax: 804 675 5024; e-mail: amogyoro@hsc.vcu.edu).