**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 |
| | : (MJD) |
| This Document Relates to: | : |
| *All Actions* | : |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF HARLAND AUSTIN**

I, Susan A. Weber, certify that Defendants' Reply Memorandum in Support of Their Motion to Exclude Expert Testimony of Harland Austin complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,977 words and that the cumulative total of defendants' opening brief and this brief does not exceed 12,000 words.

Dated: August 11, 2006

Susan A. Weber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG

CERTIFICATE OF SERVICE

I, Lisa M. Modaff, certify that a true and correct copy of the foregoing Defendants' Reply in Support of Their Motion to Exclude Expert Testimony of Harland Austin, was electronically filed and served on August 11, 2006.

Lisa M. Modaff