# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (Phentermine/Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | |
| PATRICIA CASSADAY, Plaintiff, v. AMERICAN HOME PRODUCTS CORPORATION; A.H. ROBINS COMPANY, INC.; and EON LABORATORY MANUFACTURERS, INC., Defendants, | MDL Civil Action No. 2:04-cv-20619-HB<br>**EXPERT WITNESS REPORT OF JOHN W. FARQUHAR, M.D.** |

I, John W. Farquhar, M.D., hereby submit the following expert report concerning the cause and effect relationship between fenfluramines and valvular heart disease, generally, and the relationship between relatively short-term exposure (including ≤ 75 days) and aortic valve disease, specifically. The opinions expressed herein are on a more probable than not basis to a reasonable degree of medical and scientific certainty.

## I. INTRODUCTION AND SUMMARY OF OPINIONS

1. I am a Professor Emeritus (Active) of Medicine at the Stanford University School of Medicine, Stanford, California. I have held the position of Professor of Medicine at Stanford since 1973. I served as Assistant Professor of Medicine (1962-1966) and Associate Professor of

Medicine at Stanford (1966-1973). I am also a Professor of Health Research and Policy at Stanford, a position I have held since 1978. A true and correct copy of my curriculum vitae is attached to this Declaration as Exhibit A.

2. Principal areas of my research, academic and publication interests include epidemiology and cardiovascular risk factors. I was the Director of the Preventive Cardiology Clinic, Stanford Medical Center from 1978 to 1996, and I have been the Co-Director since. The Preventive Cardiology Clinic counsels patients on subjects relating to cardiovascular disease risk, and treats patients who have suffered from cardiovascular illnesses. From 1973 to 1984, I served as the Director, Stanford Heart Disease Prevention Program.

3. I received my medical degree from the University of California School of Medicine, San Francisco (U.C.S.F.), in 1952. I completed a post-doctoral Fellowship in Cardiology from the United States Public Health Service in 1956-57 at U.C.S.F. In 1968-69, I studied Epidemiology and Medical Statistics at the London School of Hygiene and Tropical Medicine, London, England.

4. I have been a Licentiate of the American Board of Internal Medicine since 1960. I was elected to the National Academy of Sciences – Institute of Medicine in 1978. In 1980, I became a member of the Epidemiology and Prevention Scientific Section of the International Federation and Society of Cardiology. I received the Preventive Cardiology Academic Award of the National Heart, Lung, and Blood Institute, 1989-1994, and the Research Achievement Award of the American Heart Association in 1992.

5. I am a Fellow of the American Heart Association Council on Epidemiology and Prevention, a position I have held since 1965. From 1969 to 1971, I also was a member of the American Heart Association's Study Section on Physiological Chemistry, representing the Council of Epidemiology. From 1971 to 1975, I was a member of the Epidemiology and Biometry Advisory Committee of the National Heart and Lung Institute. From 1975 to 1978, I was a member

of the Executive Committee of the American Heart Association Council on Epidemiology. From 1980 to 1993, I was a member of the Advisory Board of the Minnesota Heart Health Program. From 1972 through 1997, I served as the Founder and Director of the Stanford Center for Research in Disease Prevention (recently renamed as the Stanford Prevention Research Center). Since 1984, I have been a member of the World Health Organization (WHO) Expert Advisory Panel on Cardiovascular Diseases. I have also served as an advisor, and/or member, of numerous other committees devoted to public health and disease prevention, particularly with respect to cardiovascular risk, for various universities and governmental agencies, as fully set forth in my curriculum vitae.

6. I served as Chair, Advisory Committee, International Heart Health Conference, Victoria, Canada, 1991-1992. From 1993 to 2001, I served as Chair of the Victoria Declaration Implementation Group: Towards a Global Heart Health Partnership (35 international members). I was also a member of the Advisory Board, First International Conference on Women, Heart Disease and Stroke, B.C., Canada, in May 2000. In 2001, I became a founding member of the International Heart Health Society.

7. I am the author or co-author of well over 150 peer-reviewed articles, including many in the fields of epidemiology and cardiovascular risk, which are listed at length in the Bibliography section of my curriculum vitae. I received the Joseph Stokes Preventive Cardiology Award from the American Society of Preventive Cardiology and the Annual Ancel Keys Lecture Award of the American Heart Association, in 1999 and 2000, respectively. In July 2002, I addressed a conference of judges of the Ninth Circuit of the United States, on issues relating to cardiovascular health.

8. Based upon my review of the literature pertaining to fenfluramines, as well as my training and experience in the fields of epidemiology and cardiology, it is my opinion that there is a

consensus in the scientific community that fenfluramine and dexfenfluramine (hereinafter, "the diet drugs", "fenfluramines") cause valvular heart disease (VHD). Studies in which no phentermine was used showed comparable increased prevalence of VHD, supporting the conclusion that fenfluramine and dexfenfluramine are the toxic agents that cause VHD, in the presence or absence of phentermine. Exposures to fenfluramine and dexfenfluramines as brief as one month are capable of causing significant damage to the aortic or mitral valves. It is probable that some patients' conditions will progress to more severe stages of VHD in a vicious circle, based upon the generally accepted principle that "regurgitation begets regurgitation," and follow-up studies have shown that some patients have worsened. It is also probable that valves damaged by diet drug exposure are more susceptible to further injuries due to natural wear and tear as well as co-morbidities than valves which have not been damaged by diet drugs. The basis for these opinions is set forth below. I will focus on the evidence for fenfluramines causing heart valve damage from relatively short-term use, with specific reference to the aortic valve. The evidence I present is derived from my declarations, expert witness reports and deposition testimony in MDL 1203, as well as from my examination of recent research articles on fenfluramines and VHD. I will first describe the epidemiologic principles relevant to meta-analysis and the utility of meta-analysis for quantifying adverse effects of prescription drugs. I will then describe the evidence from a meta-analysis I performed of 7 studies with a treatment/control design, followed by my review of 2 additional meta-analyses reported by other authors. I will describe the relative risk of VHD caused by fenfluramines versus (for perspective) the effect of the well-accepted risk of increased blood cholesterol on causing coronary disease. I will lastly identify supporting evidence for VHD causation from short-term fenfluramine exposure as derived from individual case reports and case series.

## II. GENERAL PRINCIPLES OF EPIDEMIOLOGY

9. Epidemiology is the field of public health that studies the incidence, distribution and etiology of disease in human populations. Epidemiological data is appropriately used to determine the likelihood of a cause and effect relationship between particular risk factors and particular disease outcomes. Epidemiologists examine all sources of data relevant to causation of disease outcomes. They assess the relevance and validity of these data in drawing their conclusions — in this sense they act as medical and scientific "detectives." Some of the factors commonly considered by epidemiologists in assessing the likelihood of a causal relationship are the strength of association between exposure and disease; consistency among studies; the existence of a dose-response relationship; temporal relationship between exposure and disease; coherence; the presence of a biological gradient; specificity; and statistical significance. All of these factors strongly support the causal inference in this case.

10. *Strength of Association.* The strength of association between a risk factor and a disease outcome is measured by the relative risk or odds ratio. A strong association between exposure and outcome supports the causal inference. Monson, OCCUPATIONAL EPIDEMIOLOGY, (2d ed. 1990) at 88,100.[1] In one of three early articles on fenfluramines and VHD, Khan *et al.*, *The Prevalence of Cardiac Valvular Insufficiency Assessed by Trans-Thoracic Echocardiography in Obese Patients Treated with Appetite-suppressant Drugs*, NEJM (1998), Vol. 339:713-718, reported remarkably high odds ratios for aortic VHD of 12.7, 24.5 and 26.3, for the groups exposed to dexfenfluramine alone, dexflenfluramine and phentermine, and fenfluramine and phentermine, respectively. Odds ratios this high are uncommon, and they are so high that no explanation other than a cause and effect relationship is plausible.

11. *Consistency of the Observed Association.* Confirmation by repeated findings of an association in different population groups and different settings strengthens the inference of a causal connection. *See*, Monson, OCCUPATIONAL EPIDEMIOLOGY, at 98. Finding such consistency is logically equivalent to the replication of results in laboratory experiments under a variety of environmental or biological conditions. The three early articles alluded to above, all in the NEJM, September 1998 issue, by Khan, Jick and Weissman, demonstrated such consistency. Jick, *et al.*, *A Population-based Study of Appetite-suppressant Drugs and the Risk of Cardiac-valve Regurgitation*, NEJM (1998), Vol. 339:719-724; and Weissman, *et al.*, *An Assessment of Heart-valve Abnormalities in Obese Patients Taking Dexfenfluramine, Sustained-release Dexfenfluramine, or Placebo*, NEJM (1998), Vol. 339:725-732. Subsequent research has similarly demonstrated a strong association in other settings, reinforcing the consistency of the observed association and the strength of the causal inference.

12. *Dose-Response Relationship.* If a risk factor is causally related to the occurrence of a disease, then the risk of developing the disease should be related to the degree of exposure to the risk factor. Monson, OCCUPATIONAL EPIDEMIOLOGY, at 100. The studies described in this Report show the existence of a dose-response relationship, again strengthening the inference of a causal relationship. See especially section III B, paragraph 28, below.

13. *Temporality.* In order for an exposure to cause a disease, it is obvious that the exposure must precede the disease. This factor is readily demonstrated by the findings of the published case reports and epidemiology studies, in which increased prevalence of VHD was found in populations following exposure to the diet drugs. In August 1987, Dr. Connolly and her colleagues reported on a series of 24 patients who developed VHD following use of fenfluramines.

---

[1] Richard Monson, M.D., the author of the cited text, is Professor of Epidemiology and former Director of the

Connolly, *et al.*, *Valvular Heart Disease Associated with Fenfluramine-Phentermine*, NEJM (1997), Vol. 337:581-588. Also, the Connolly patients were all believed to be free of cardiovascular disease before exposure to the diet drugs, which further supports the temporal relationship between exposure and disease.

14. *Coherence.* Epidemiologists consider the plausibility of the causal relationship based on current scientific understanding. Monson, OCCUPATIONAL EPIDEMIOLOGY, at 100. In the case of diet drug-induced VHD, increased prevalence of valvular regurgitation is coherent with the observation of physical effects on the valves of exposed patients, including thickening, immobility, and deposition of plaque, as demonstrated by pathologic examination of heart valve specimens and echocardiograms.

15. *Biologic Gradient.* Where an exposure is causally associated with a disease outcome, a spectrum of host responses should follow exposure to the hypothesized agent along a logical biologic gradient from mild to severe. Lilienfeld and Stolley, FOUNDATIONS OF EPIDEMIOLOGY (3d. ed. 1994) at 262. The biologic gradient is clearly evidenced by the data in the diet drug studies described in this Report. That is, the data show increased prevalence of VHD in the exposed groups, and more cases in the milder categories than the more severe categories. The increased number of cases in the milder categories increases the precision (degree of statistical significance) of the estimate of differences between the exposed and non-exposed groups. This is also true when the milder forms are combined with the more severe to create a larger overall sample size.

16. *Specificity.* Specificity of a relationship between exposure and outcome strengthens confidence in a causal inference, but lack of specificity does not rule out causality. Monson,

---

Occupational Health Program, Harvard School of Public Health. His epidemiology textbook is widely used and

OCCUPATIONAL EPIDEMIOLOGY, at 99. Here, the distinctive pathology and echocardiographic appearance reported in association with diet drugs provides evidence of specificity, which supports the causal inference.

17. *Statistical Significance*. Statistically significant results indicate that an association was probably not due to chance alone. Monson, OCCUPATIONAL EPIDEMIOLOGY, at 16. Several studies have reported highly statistically significant associations between diet drugs and valvular abnormalities, which make it extremely unlikely that the association is due to chance alone. This significance is present for both short-term (< 90 days) and longer term use (3 to 26.5 months).

18. The principle of the biologic gradient merits additional discussion in this case, because of its relationship to the "research case definitions" promulgated by the United States FDA in September 1997, when the diet drugs were withdrawn from the market. The FDA's research definitions of mild or greater Aortic Regurgitation ("AR") and moderate or greater Mitral Regurgitation ("MR") were set before any epidemiologic data from matched control studies were available, with the intent to "minimize the misclassification of 'normal' background regurgitation with that potentially attributable to appetite suppressant use." *FDA Analysis of Cardiac Valvular Dysfunction with the Use of Appetite Suppressants*, 9/17/97, Slide No. 6. This purpose was relevant to the FDA's early "survey data," which sought to determine whether the prevalence of reported VHD exceeded the then uncertain background rate. In contrast, epidemiologic analysis of matched control data compares the prevalence in an exposed group to an unexposed control group, and the issue of misclassification of normal background regurgitation is not germane to such an analysis.

19. As described in this Report, the matched control studies completed since the FDA proposed its research definitions demonstrate that diet drugs are associated with increased

---

considered authoritative.

prevalence of valve damage and regurgitation along a biologic gradient from mild to severe cases. The FDA research definitions constituted a reasonable effort to focus the early investigation into a public health emergency. Now that relevant data exist, the data themselves, rather than the initial research definitions, must serve as the basis for assessing the strength of the causal inference.

20. One basic analysis of epidemiologic data compares the prevalence of disease in the entire exposed group to the prevalence in the entire unexposed group. Monson, OCCUPATIONAL EPIDEMIOLOGY, at 15-16, 63-65. Splintering of the exposed group into various subgroups diminishes the power of a study to detect a true association between exposure to a toxin and disease, and statistical measures become increasingly inaccurate as the sample size is reduced. Monson, OCCUPATIONAL EPIDEMIOLOGY at 65. Where a subgroup analysis is based upon an arbitrary cutoff point for severity of the disease outcome in question, the error is compounded by omission of data that may show the existence or absence of a biologic gradient of all disease outcomes. This type of error occurs if the analysis of data is restricted to cases that meet or exceed the FDA research definitions referenced above, especially since the largest numbers of cases are found in the milder categories of disease. When all of the data are appropriately considered, it is my opinion that exposure to fenfluramine and/or dexfenluramine is clearly causally associated with a statistically significant increased incidence and prevalence of VHD across a wide spectrum of severity and across a wide spectrum of exposure duration. That is, fenfluramines cause VHD.

## III. META-ANALYSIS IS A USEFUL METHOD OF QUANTIFYING ADVERSE EFFECTS OF PRESCRIPTION DRUGS

21. Recent literature supports the propriety of pooling data from multiple studies to analyze adverse effects of prescription drugs. "Meta-analysis, the quantitative analysis of two or more independent studies for the purpose of determining an overall effect and of describing reasons

for variation in study results, is [a] potential tool for identifying ADRs [Adverse Drug Reactions] and assessing drug safety. Suggested roles for meta-analytic techniques include the establishment of associations between drugs and adverse effects, estimation of the frequency of ADRs and identification of subgroups at increased risk for ADRs. Meta-analysis has been used to increase the statistical power for comparing outcomes or assessing outcomes in subgroups. Therefore, it is reasonable to believe that these techniques may be useful for the evaluation of medication use and adverse events when individual trials are not large enough to demonstrate a clear association or for estimating a relation with increased precision." Brewer, *et al.*, *Post-Marketing Surveillance and Adverse Drug Reactions*, JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 1999; 281:824-829 at 827. (Emphasis added).

22. Meta-analysis is therefore a technique used to combine the results of several studies. Such an analysis generally allows a more precise estimate of a possible cause and effect relationship by increasing the power of the studies to demonstrate the existence of a true association between exposure and disease, while diminishing the chance that a reported association is the result of chance alone. The availability of substantial data sets allows useful analyses of pooled data from each of the control group studies of the prevalence of VHD among patients exposed to the diet drugs. The studies of Drs. Khan, Weissman, Gardin, Jollis, Shively, Davidoff and Hensrud were the seven controlled studies used in the meta-analysis in this report. Gardin, J., *Valvular Abnormalities and Cardiovascular Status Following Exposure to Dexfenfluramine or Phentermine/Fenfluramine*, JAMA 2000; 283(13):1703-09; Jollis, J.G., et al., *Fenfluramine and Phentermine and Cardiovascular Findings: The Effect of Treatment Duration of Prevalence of Valve Abnormalities*, CIRCULATION 2000; 101:2071-2077; Shively, *Prevalence and determinants of Valvulopathy in Patients Treated with Dexfenfluramine*, CIRCULATION 1999; 100:216102167; Davidoff, et al., *Echocardiographic Examination of Women Previously Treated with Fenfluramine*,

ARCH. INTERN. MED. 2001; 161:1429-1436; and Hensrud, *et al.*, *Echocardiographic Improvement Over Time After Cessation of Use of Fenfluramine and Phentermine*, MAYO CLINIC PROCEEDINGS 1999; 74:1191-1197. These seven include several significant similarities, in that each used blinded echocardiographic techniques to evaluate the prevalence of VHD in an exposed population compared to a matched control group, and each reported the results according to the FDA research definitions of severity. Analysis of the pooled data provides further important insights into the causal relationship between diet drugs and VHD. Analyses were done in two ways: (1) determining the significance of differences in the odds ratios of prevalence of valve damage of those exposed versus unexposed (to diet drugs), using the Mantel-Haenszel method; and (2) determining evidence for a dose/response relationship (the longer the exposure, the higher the "dose") by use of the linear regression method.

## A. META-ANALYSIS COMBINING SEVEN CONTROLLED STUDIES CONFIRM THAT THE AORTIC VALVE IS DAMAGED BY VERY BRIEF, INTERMEDIATE AND LONGER EXPOSURES TO FENFLURAMINES.

23. Exhibit 1 lists the seven controlled studies, including subgroups of exposed individuals and prevalences of VHD (as AR ≥ mild, the FDA criterion). Additional data on all degrees of AR (trace or greater) and all degrees of MR (mild or greater) are reported in these studies and were used in some analyses. Subsequent notations about any of these studies will refer back to this Exhibit. Subgroups based on different lengths of fenfluramine exposure totaling 14 were available for statistical analysis by either the Mantel-Haenszel or linear regression methods. Group or subgroup exposure durations range from as little as 1.9 months (Davidoff, *et al.*) to as long as 26.5 months (Khan, *et al.*). Subgroups from any one study uniformly reveal higher aortic valve damage from longer durations.

24. Exhibit 2 presents the analysis of pooled data from all 7 studies (Khan, Jollis, Weissman, Gardin, Davidoff, Shively and Hensrud), for > or equal to mild AR (the FDA criterion) with all durations of exposure to fenfluramines. The prevalence among exposed subjects is 9.4%, compared to a prevalence of 3.4% among control subjects. The control populations of Jollis , Weissman, Gardin and Shively did not exclude for prior diet drug exposures, while Davidoff did not exclude either prior or intervening fenfluramine exposures, and the true control prevalence may be lower. Nevertheless, based on the Mantel-Haenszel method of analyzing the data, the results are highly statistically significant at $p < 0.001$, supporting a causal association between diet drug exposure and > or equal to mild AR.

25. Exhibit 3 presents the analysis of pooled data of Khan, Jollis, Weissman, Gardin and Shively for all grades of AR, from trace through severe, with all durations of exposure to fenfluramines. Davidoff and Hensrud did not provide data as to the prevalence of trace AR. The prevalence among exposed subjects is 20.9%, compared to 9.1% among control subjects. The control prevalence rate may be artificially somewhat high for the reasons previously stated. Based on the analytic method used in Exhibit 2, the result is highly statistically significant at $p < 0.001$, supporting a causal association between diet drugs and AR at all degrees of severity. A comparison of Exhibits 2 and 3 demonstrates that prevalences of diet-drug exposed individuals are higher when the "all grades" prevalence of aortic VHD of Exhibit 3 (20.9 %) is compared to the narrower FDA definition of aortic VHD (≥ "mild") of Exhibit 2 (9.4 %). This comparison fulfills the epidemiologic criterion of the biological gradient, with more cases present in the mild (21 %) than severe (9.4 %) forms of VHD. When the biological gradient exists, fulfilling this criterion acts to strengthen the likelihood that a suspected risk factor is causal.

26. Exhibit 4 presents the analysis of pooled data of Weissman, Gardin and Davidoff, the only three investigators who reported all degrees of severity of AR for populations exposed for

three months or less. (The mean duration in Weissman's population was about 72 days; Gardin reported on subgroups exposed for zero to three months, without providing the mean or distribution of durations; and Davidoff's population was exposed for an average of about 57 days.) The prevalence of ≥ trace AR was 15.8% among populations exposed to the diet drugs for less than three months, compared to 12.2% for the controls. Using the analytic method of testing differences in odds ratios by use of the Mantel-Haenszel test, the results are statistically significant at $p < 0.01$, supporting a causal association between exposure for less than three months and all degrees of AR.

27. This value of $p < 0.01$ is a striking degree of statistical evidence, meaning that there is less than one chance in 100 that this observation is due to chance. Since the most commonly accepted "adequate" level for significance is a $p < 0.05$ – or one chance in 20 – the $p <0.01$ is at an even higher level of significance. Therefore one can submit that this is sufficient evidence to conclude that 75 days of exposure is sufficient to cause aortic valvular disease. But, since "one swallow does not a summer make," it remains to seek consistency from additional evidence from other controlled studies, through different analytic methods and through reference to case reports and case series. Consistency is present in the Exhibits 2, 3, and 4 – they all show statistically significant increased aortic VHD ($p < 0.001$, $p <0.001$, $p <0.01$) despite differing durations, including < 90 days, and differing degrees of VHD. Further consistency will be provided in what follows.

## B. META-ANALYSIS OF ALL SEVEN CONTROLLED STUDIES BY LINEAR REGRESSION ANALYSIS REVEALS A CLEAR PROGRESSION OF VALVE DAMAGE AT A RATE OF 1.1% PER MONTH OF EXPOSURE TO FENFLURAMINES.

28. Linear regression analysis allows insight into the following questions: (1) is there a dose/response relationship of early, middle and late exposures, and if so, does the response follow a

linear pattern (often called a "linear model"); (2) how closely do the data points fit the linear model (measured by the "correlation coefficient", known as "r"); and (3) what is the strength of the relationship (does the effect rise steeply with time?). Exhibit 5 shows the correlation of 14 data points with exposure duration from 1.9 to 26.5 months, and 7 baseline non-exposure control data points – all plotted on the horizontal axis for duration and on the vertical axis for prevalence of aortic VHD (≥ mild). Exhibit 6 shows a clear dose/response relationship. The first point to make regarding the linear pattern is that VHD prevalences from early, middle and later exposure durations all fit closely to this straight line. Therefore, Exhibit 5 adds consistency to the findings of Exhibits 2 through 4, and strengthens evidence that all exposure durations, including early, produce valve damage. Also, the correlation coefficient (r) is 0.95, an extraordinarily high correlation indicating an unusually close fit to a linear model, and one rarely seen in medical science. Most chronic diseases, such as coronary heart disease or stroke, have multiple causes (not just blood pressure and blood cholesterol). Therefore, a single putative risk factor plotted against heart attack or stroke events will usually produce an "r" of less than 0.8 (see below for the relationship of cholesterol and fatal heart attack). There is a technique called multiple linear regression which is used to calculate the degree of association of other risk factors as "co-determinants" of a causal relationship, and this is commonly used to calculate the relative strength of other risk factors in common chronic diseases, such as heart disease, stroke or diabetes. Exhibit 5 (with an "r" of 0.95) makes the point clearly that the single risk factor (exposure to fenfluramines) explains the relationship without recourse to corrections based on age, blood pressure, body weight, previous history of rheumatic fever (which can cause VHD), or other unknown co-determinants of VHD. There is no need for the more complex multiple regression analysis because one factor (diet drug use) explains virtually all of the relationship. Therefore, these diet drugs act as a "stand alone" toxin , a solitary risk factor that overwhelms any other risk factors for VHD. The "stand alone" nature of the diet drug exposure

is more probably than not explained by the "strength" of the relationship seen in Exhibit 5 – VHD increased at an incidence rate of 1.1% of new cases per month of exposure.

C. **EXPOSURE OF A 40 TO 49 YR OLD WOMAN TO FENFLURAMINES FOR 75 DAYS WOULD DECREASE THE LIKELIHOOD TO VIRTUALLY ZERO THAT THE PRESENCE OF AORTIC VHD OF MODERATE SEVERITY IS DUE TO CHANCE RATHER THAN TO FENFLURAMINES.**

29. The most important point in this "virtually zero" likelihood issue is that aortic VHD is quite uncommon in the general population, particularly for women, and particularly for the more severe lesions (≥ moderate). The most reliable source for prevalence of VHD in the general population is derived from a 1999 publication of 2,219 adults of the world-renowned Framingham Heart Study (Singh, *et al.*, *Prevalence and Clinical Determinants of Mitral, Tricuspid, and Aortic Regurgitation (The Framingham Heart Study)*, 83 THE AMERICAN JOURNAL OF CARDIOLOGY at 897-902 (March 15, 1999)). It is notable that the Framingham Study found no cases of moderate or greater aortic VHD in women aged 40-49 (*Id.* at 898). For women in older age groups, some moderate or greater aortic VHD was found (0.2% for ages 50-59 and 0.8% for ages 60-69). Therefore, if a woman in the younger age groups, including 40-49, was found to have moderate or greater aortic VHD and had taken diet drugs for 75 days, the chance that the VHD is due to something other than fenfluramines is virtually zero. Lesser degrees of aortic VHD are also uncommon. In this Framingham population, only 3 cases of mild aortic VHD were found in the 451 women in the 40-49 age group. Therefore, the odds are 149/1 that such women will have normal aortic valves. Of the 7 studies of the meta-analysis, only the Shively and Kahn studies used control groups who had not been exposed to prior use of diet drugs. In Shively, *et al.*, 3 of 189 control women and 2 of 233 of the Kahn control women had mild aortic VHD – neither study found control women with moderate or greater aortic VHD. If these two "control" populations (of a slightly older

age group) are added to the Framingham 40-49 female age group, then 11/873 (odds 96 to 1) had mild aortic VHD as compared to the 149/1 odds of Framingham, and 0/873 had moderate or greater. The other 5 of 7 studies of the meta-analysis (Davidson, Weissman, Jollis, Hensrud and Gardin) all had control groups with some degree of prior exposure to diet drugs. If these 5 are added to Shively, Khan, and Framingham, the odds for mild aortic VHD fall to 33 to 1, still indicating the relative rarity of even the mild stage of aortic VHD. As indicated above, moderate or > aortic VHD is even less common than mild, in a ratio of about 6 to 1. When the 5 control groups with some degree of prior use of fenfluramines are included (Davidoff, Weissman, Jollis, Hensrud, and Gardin), then an extraordinarily high odds for the absence of moderate or > aortic VHD emerges at 242 to 1 (11 cases in a population of 2,673 women in an age group close to 40-49).

## D. RELATIVE RISK, AN IMPORTANT INDICATOR OF POTENTIAL CAUSALITY, IS MANY TIMES GREATER IN A WOMAN EXPOSED TO FENFLURAMINES FOR 75 DAYS THAN IT IS IN AN UNEXPOSED FEMALE POPULATION.

30. Exhibits 2, 3, and 4 present compelling evidence for fenfluramines as causative agents for VHD. The key statistics (p values) are based entirely on prevalence data, using a cross-sectional analysis of the 7 studies of the meta-analysis, which were themselves all placebo-controlled prospective clinical trials. The highly significant p values of these three exhibits ($p < 0.001$, $p < 0.001$ and $p < 0.01$ for Exhibits 2, 3, and 4, respectively) provide strong evidence that the differences seen (i.e., the evidence for aortic VHD caused by fenfluramines) were not due to chance. However, incidence data, when available, provide additional strong evidence for causality through the calculations of Relative Risk (RR). RRs provide direct measures of the strength of association between a putative toxin and a disease outcome. (See p 186, PRIMER OF EPIDEMIOLOGY, 2nd Edition, Friedman, G, McGraw Hill). Incidence data (new events/unit population over a defined time period) can provide RRs from the ratio of incidence "exposed" (qe) to incidence "unexposed"

(qu). These two (qe and qu) are rates, and rates are needed to calculate RRs. Since prevalences are proportions and not rates, comparisons of prevalences of exposed to unexposed, as in Exhibits 2, 3, and 4, cannot be used to calculate RRs. The linear regression analysis of Exhibit 5 establishes the incidence rate of new cases of mild or > aortic VHD occurring during each month of exposure to fenfluramines. Data exists from the seven studies from as early as 57 days of exposure (*see* Davidson, *et al.*) to as long as 26.5 months (*see* Khan, *et al.*). These data on fenluramine-exposed patients were compared to mild aortic VHD present in an unexposed population of similar age range and percent female and male (*see* Singh, *et al.*, *The Framingham Study*, p. 898). The populations studied in the 7 component studies of the meta-analysis were predominately female (about 85%) with a mean age of about 45.

31. The qe from Exhibit 5 is 1.1/100 per month, and at 2.5 months (75 days), this equals 2.75 cases/100 in 2.5 months. The qu from the Framingham Study is 0.138/100 per year; this equals 0.028 cases/100 in 2.5 months. Thus, qe/qu yields an RR of 95.2, an extraordinarily high relative risk of mild or > aortic VHD on exposure to fenfluramines for this short time period of 75 days. The qu data from Framingham (*Ibid*, p 898) is derived from the increase in mild or > aortic VHD found in 10 years in the 40-49 age group comprised of 85% female and 15% male.

32. The high RR for fenfluramines provides us with a measure of the strength of the toxicity of diet drugs. Valuable perspective on this point of strength of toxicity may be seen by comparison to the qe/qu for fatal lung cancer of smokers versus non-smokers: (qe = 191 deaths/1000 US adult male smokers per year) versus non-smokers (qu = 8.7 deaths/100,000 US adult male non-smokers per year) (from: Centers for Disease Control. Chronic disease report: deaths from lung cancer – United States, 1986. Morbidity and Mortality Weekly Report, 38: 501-505, 1989). Most of these deaths do not occur prior to a decade of exposure to cigarette use. The ratio of these two incidence rates yields an RR of 22. Therefore, despite the widely acknowledged

lethality of cigarette smoking, its risk requires years to develop and the relative risk to that of non-smoking is only about a quarter of that of fenfluramines.

## IV. TWO ADDITIONAL META-ANALYSES REPORTED BY OTHER AUTHORS CONFIRM THE TOXICITY OF FENFLURAMINES DESCRIBED IN THIS REPORT

33. In 2002, Loke and colleagues reported a meta-analysis on six controlled and one uncontrolled study (Loke, YK, Derry, S and Pritchard-Copley, A., *Appetite suppressants and vavlular heart disease – a systematic review*, BMC CLINICAL PHARMACOLOGY; 2:1-10, 2002). Their conclusions mirrored those of the meta-analysis described in this report, and with one exception the same studies were included. They found a strongly statistically significant degree of the FDA-defined grades of VHD for the aortic valve (p value $< 0.00001$). The analogous p value for the meta-analysis that I performed was $p < 0.001$ (see Exhibit 2). Their methods of analysis were comparable in respect to use of the Mantel-Haenszel analysis of differences in prevalence. However, they did not use linear regression analysis to calculate a dose/response relationship and thus did not pass judgement on the role of brief exposures.

34. A second meta-analysis was reported in 2002, (Sachdev M, *et al. Effect of fenfluramine-derivative diet pills on cardiac valves: A meta-analysis of observational studies*, AM HEART J 2002; 144: 1065-1073), which also used the Mantel-Haenszel analytic method. This study confirmed the observation that significant mitral and aortic FDA-grade VHD was caused by fenfluramines. However, their analyses were based on the prevalences of the two valves combined. Therefore a direct comparison to the aortic valve VHD data of the 7-study meta-analysis that I performed cannot be made.

## V. AT EQUAL EXPOSURE DURATIONS, THE ONSET OF VHD FROM FENFLURAMINES IS 11 TIMES MORE LIKELY THAN IS THE ONSET OF A HEART ATTACK FROM A 50 POINT INCREASE IN BLOOD CHOLESTEROL LEVEL

35. Exhibit 6 portrays the correlation of blood cholesterol and heart attack, derived from a 25-year follow up of 16 separate population groups derived from the U.S., Finland, The Netherlands, Greece, Italy, Serbia and Japan (see Figure 3, p 34, in: PREVENTION OF CORONARY HEART DISEASE: DIET, LIFESTYLE AND RISK FACTORS IN THE SEVEN COUNTRIES STUDY, Eds. Kromhout D, Menotti A and Blackburn H (2002), Kluwer Academic Publishers, Norwell MA). A fifty-point shift in cholesterol, comparing an Italian sample (at a cholesterol level of 200) with a U.S. railroad worker sample (at a cholesterol level of 250), increased heart attack rates by only 30% in 25 years (or 1.2 % in one year)! In contrast, one year's exposure to fenfluramines would result in 13.2% more VHD cases (132 new cases out of 1000 exposed), an RR of 11, an 11-fold difference from the cholesterol increase. Since medical scientists view a 50-point rise in cholesterol as a serious medical problem, it is clear that the 1.1 % per month incidence rate of VHD (as seen above in Exhibit 5) is indeed an alarming and major problem. The steepness of the rise in VHD with time seen in the linear regression analysis of Exhibit 5 also explains why fenfluramines cause disturbing amounts of VHD in even a few months' time. The next section describes some cases of serious VHD that have been reported in the literature from exposures of as little as one month, which bear out the findings displayed in Exhibits 4 and 5, above.

## VI. CASE REPORTS AND CASE SERIES FROM UNCONTROLLED STUDIES AND ONE INCIDENCE STUDY CONFIRM THAT EXPOSURES OF 75 OR FEWER DAYS SUFFICE TO CAUSE SERIOUS VHD

36. The evidence from controlled studies for brief exposures causing VHD was covered in the preceding sections, with data displayed in Exhibits 4 and 5. Review of the literature from uncontrolled studies and one incidence study from the United Kingdom concerning diet drugs and VHD also supports the conclusion that increased risk is probable with exposures as brief as one month. The relevant data are described below. First, in the case series reported in the article by Connolly, *et al* (*Valvular Heart Disease Associated with Fenfluramin-Phentermine*, NEJM, 1997, 337:581-588), out of a total of 24 patients who had abnormal valvular regurgitation after exposure to fenfluramine-phentermine, one patient had ingested the drugs for only one month, and another was exposed for only two months. Connolly described these two non-surgical patients as having echocardiographic appearance similar to those who had surgery. Thus, the subjects with brief exposure had damage similar to, but not as severe as patients who had longer exposures. Both patients had normal cardiovascular exams and no history of cardiac disease before diet drug exposure. Of note is that the individual exposed for only one month (a 42 year old woman) had the **moderate** grade of aortic VHD, which, as described above (paragraph 29) is quite rare in the general population (an odds of 242 to 1 against such an abnormality occurring by chance). Second, in July 1999, Biswas, *et al.*, published an article entitled *Valve Replacement for Appetite Suppressant-Induced Valvular Heart Disease*, ANNALS OF THORACIC SURGERY (1999); 67:1819-22. The authors reported upon a case of mitral valve replacement surgery two years after an exposure of three weeks' duration to fenfluramine. The patient had no prior history of heart problems. An echocardiogram showed thickened mitral leaflets and severe MR. Inspection of the valve at the time of surgery was "consistent with valve disease caused by 'fen-phen' exposure." *Id.*, at 1820.

37. Third, in the study by Jick and co-workers (*A Population-based Study of Appetite-suppressant Drugs and the Risk of Cardiac-valve Regurgitation*, NEJM (1998), Vol. 339: 719-724), a statistically significant increase in clinically reported VHD was found for the population exposed for fewer than four months, and three of the patients in the under four month group were exposed for only one month. *Id.* at 722. There were zero cases of clinically reported VHD among the population that was not exposed. The Jick study was obtained from computerized records of British general practitioners, and under-reporting of cases was likely. Despite that deficiency, Jick's data is supportive of the evidence of brief exposures causing VHD. The Jick study has the virtue of being based on incidence data, a distinction from either case studies or a case series, which gives the Jick study additional credibility.

## VII. CONCLUSIONS

38. Assessment of the likelihood of a woman in her 40s having an aortic valve lesion due either to chance or to exposure to fenfluramines begins with the telling evidence that even mild aortic VHD is uncommon in such women, and moderate or > aortic VHD is rare. In fact, no cases of moderate or > aortic VHD were found in women in this age group in a study (Framingham) representative of the general population (see paragraph 29). In other words, based entirely on the data available on women in the general population, any woman diagnosed with moderate or > VHD has this disorder for reasons other than chance. Even the milder form of aortic VHD (that designated as "mild") is relatively uncommon in the general population of women aged 40-49. For example, using the Framingham population, the **odds** are **149 to 1** against the presence of even mild aortic VHD in this age group, and **96 to 1** if the control groups of 2 of the 7 meta-analysis studies are added.

39. An important question is whether ingestion of fenfluramines causes aortic VHD. Data gathered from existing research articles give a consistent and unequivocal answer – yes! The

7 articles in the meta-analysis that I performed, and which are summarized here, provide highly **statistically significant evidence** for causality and therefore a convincing basis for that conclusion – a conclusion which is also echoed by the authors of 2 recently published meta-analyses that are also summarized in this report. The meta-analysis I performed provides as well evidence for a **"biological gradient"** (more cases in the mild than the severe categories), and thus satisfies one of the important criteria for causality sought in epidemiological research. However, the key question addressed in this report is whether short duration exposures to fenfluramines are sufficiently toxic to the aortic valve to become evident on comparison to those unexposed.

40. The most definitive evidence that fenfluramines cause VHD from exposures of 75 days or less comes from the regression analysis of Exhibit 5 that provides incidence rates of new aortic VHD over time and allows calculation of **relative risk (RR).** This exhibit demonstrates that fenfluramines increase new cases of aortic VHD at the rate of 1.1 %/month, whereas the rate of development of new cases in the control population is negligible. As described in paragraph 31, above, exposure of an individual woman aged 40 to 49 for 75 days would result in 2.75 new cases per 100 individuals exposed. The **relative risk (RR)** caused by fenfluramines relative to an unexposed person was found to be **95.2** (see paragraph 31). This is an extraordinarily high RR, even when compared to other disease outcomes, such as heart attacks and lung cancer. For example, the RR for a fatal heart attack from a cholesterol level of 250 instead of 200 is only 11 (see paragraph 35 and Exhibit 6). It is important to recognize that a 50 point rise in blood cholesterol is considered to be alarming by preventive cardiologists. Therefore, the rate of new cases of VHD caused by fenfluramines is so large as to be shocking to any who observe its true impact – as revealed by the meta-analyses displayed in Exhibits 4 and 5. Also, fatal lung cancer from smoking versus non-smoking has an RR of only 22 (see paragraph 32). Again, the lethality of smoking is certainly well accepted, and in this instance decades of exposure are needed before the

consequences become evident. In comparison, fenfluramine exposure becomes rapidly "hazardous to your health".

41. Additional evidence that fenfluramines cause aortic VHD from exposures of 75 days or less comes from the part of the 7-study meta-analysis which analyzed the data from the 3 studies with groups exposed for < 3 months (Exhibit 4). The analysis by use of the Mantel-Haenszel method demonstrated a **highly significant difference** ($p < 0.01$) between exposed and non-exposed patients (Exhibit 4, above). Although this finding and that of the regression analysis that yielded the RR of 95.2 (Exhibit 5, and paragraph 31) are sufficient beyond any reasonable doubt that such a short duration is causal for VHD, further evidence is also available and is presented in this report. First of all, the concurrence of the findings on statistical differences between those exposed for 3 months or less (Exhibit 4) and the relative risk (RR) of those exposed for as little as 75 days demonstrated by Exhibit 5 fulfill an important epidemiological criterion for causality, **"consistency of the observed association"**.

42. Finally, additional corroboration that important degrees of aortic VHD can occur in 1 or 2 months of diet drug exposure is present in the findings from uncontrolled studies (see paragraph 36 and 37).

43. It is therefore my opinion that fenfluramines cause VHD, generally, and that there is a statistically significant high relative risk (RR) of aortic valvular disease for those who used either of the fenfluramines for 75 days or less.

Dated: September 30, 2004

John W. Farquhar, M.D.

John W. Farquhar, M.D.

\\krfile\data\Clients\23728\425\Expert\FarquharExpertReportFinal.doc

# CURRICULUM VITAE

*JOHN WILLIAM FARQUHAR*

***Place and Date of Birth***: Winnipeg, Manitoba, Canada - June 13, 1927

***Citizenship***: United States

| ***Educational Institution*** | ***Dates Attended*** | ***Field of Study or Post Graduate Course*** |
|---|---|---|
| University of California School of Medicine, Berkeley | 9/48 - 6/49 | A.B., 1949, Medicine |
| University of California School of Medicine, San Francisco | 9/49 - 6/52 | M.D., 1952 |
| University of California School of Medicine, San Francisco | 6/52 - 6/53 | Intern in Medicine |
| University of California School of Medicine, San Francisco | 6/53 - 6/54 | Resident in Medicine |
| University of Minnesota School of Medicine, Minneapolis | 6/54 - 1/56 | Resident in Medicine and Fellow |
| University of California School of Medicine, San Francisco | 1/56 - 6/57 | USPHS Postdoctoral Fellow in Cardiology |
| The London School of Hygiene and Tropical Medicine, London, England | 10/68 - 4/69 | Epidemiology and Medical Statistics |
| The Center for Advanced Study in Behavioral Science, Stanford | 7/83 – 6/85 | Behavioral Sciences |

***Academic Positions Held***

| | |
|---|---|
| University of California, San Francisco<br>Instructor and Chief Resident | 6/57 - 7/58 |
| The Rockefeller University, New York Department of Biochemistry and Metabolism (Dr. E.H. Ahrens, Jr.) Research Associate and Assistant Physician to the Hospital of the Rockefeller University | 7/58 - 1/62 |
| Stanford University School of Medicine<br>Assistant Professor of Medicine | 1/62 - 8/66 |

| | |
|---|---|
| Associate Professor of Medicine | 9/66 - 9/73 |
| London School of Hygiene and Tropical Medicine<br>Department of Epidemiology and Medical Statistics<br>(Professor D. Reid). Visitor on sabbatical leave. | 9/68 - 8/69 |
| Stanford University School of Medicine<br>Professor of Medicine<br>(Emeritus, Active - beginning 6/99) | 9/73 – present |
| Professor of Family, Community & Preventive Medicine | 3/78 - 1/88 |
| Professor of Health Research and Policy (Department name change)<br>(Emeritus, Active – beginning 6/99) | 1/88 – present |

***Academic Honors, Fellowships, Professional Societies and Awards***

Phi Eta Sigma, 1944

Alpha Omega Alpha, 1952

Recipient of Gold-Headed Cane Award, University of California, 1952

Harvey Society, 1959

Sigma Xi, 1959

Licentiate of American Board of Internal Medicine, 1960

American Federation for Clinical Research, 1960

Research Career Development Award USPHS, 1963-1971

American Society of Clinical Investigation, since 1963

National Academy of Sciences - Institute of Medicine, elected 1978

Academy of Behavioral Medicine Research, 1978 -

Society of Behavioral Medicine, 1979

Epidemiology and Prevention Scientific Section of International Federation and Society of Cardiology, 1980

James D. Bruce Memorial Award for Distinguished Contributions in Preventive Medicine, American College of Physicians, 1983

Helmut Schumann lectureship, Dartmouth Medical School, 1983

Fellow, The Center for Advanced Study in the Behavioral Sciences, 1983 – 1984

Member, American Society for Preventive Cardiology, 1984

Rodale lectureship in preventive medicine, Boston University Medical School, 1985

Myrdal Prize for Evaluation Practice, American Evaluation Association, 1986

Fellow of the Society of Behavioral Medicine, 1986

C.F. Rehnborg Professorship in Disease Prevention at
Stanford University School of Medicine, 1989 (through to 1999)

Preventive Cardiology Academic Award
National Heart, Lung, and Blood Institute, 1989-1994

Charles A. Dana Award for Pioneering Achievements in Health, 1990

Society of Behavioral Medicine, President, 1991-1992

National Cholesterol Award for Public Education, 1991

Research Achievement Award, American Heart Association, 1992

First Honorary Member, Circle of Friends, Department of Nutrition and Food Science, San Jose State University, 1994

Order of Saint George, for service to the Autonomous Government of Catalonia, 1996

Joseph Stokes Preventive Cardiology Award, the American Society of Preventive Cardiology, 1999

Awardee, Annual Ancel Keys Lecture, American Heart Association, 2000.

Panelist, 9th Circuit, United States Judges, Annual Conference, 2002.

***Professional Activities***

| | |
|---|---|
| Program Director of Stanford General Clinical Research Center, Stanford University School of Medicine | 1963 - 1973 |
| Fellow, American Heart Association Council on Epidemiology and Prevention | 1965 - |
| Member, Advisory Committee on Nutrition of the State of California Department of Public Health | 1965 - 1968 |
| Chairman of Committee on Use of Human | 1966 - 1968 |

| | |
|---|---|
| Subjects in Research Stanford University School of Medicine | |
| Member, American Heart Association Study Section on Physiological Chemistry - Representing the Council of Epidemiology | 1969 - 1971 |
| Founder and Chairman, Stanford Committee for Environmental Information - a branch of the Scientists' Institute for Public Information | 1969 - 1972 |
| Director, Specialized Center of Research - Arteriosclerosis, Stanford University School of Medicine | 1971 - 1975 |
| Director, Lipid Research Clinic, Stanford University School of Medicine | 1971 - 1983 |
| Member, Epidemiology and Biometry Advisory Committee, National Heart and Lung Institute | 1971 - 1975 |
| Co-Chairman, National Lipid Research Clinic Program, Intervention Committee | 1971 - 1975 |
| Director, Stanford Heart Disease Prevention Program | 1973 - 1984 |
| Chairman, Epidemiology and Biometry Advisory Committee, National Heart and Lung Institute | 1974 |
| Invited Panelist, U.S. Senate Conference on Nutrition and Human Needs | 1974 |
| Member, Executive Committee, American Heart Association Council on Epidemiology | 1975 - 1978 |
| Member, Clinical Applications and Prevention Advisory Committee, National Heart and Lung Institute | 1975 - 1976 |
| Member, Multiple Risk Factor Intervention Trial Policy Advisory Board, National Heart and Lung Institute | 1976 - 1982 |
| Member, Nutrition Committee, American Heart Association | 1977 - 1980 |
| Representative of American Heart Association in Food and Drug Administration Hearings on Sodium and Health | 1978 |
| Member, United States Delegation to Italian Ministry of Health, Rome, Italy | 1978 |

| | |
|---|---|
| Director, Preventive Cardiology Clinic, Stanford Medical Center | 1978 – 1996 |
| Member, Advisory Committee for the Division of Health Promotion and Disease Prevention, National Academy of Sciences - Institute of Medicine | 1979 - 1985 |
| Member, Advisory Board of Minnesota Heart Health Program | 1980 - 1993 |
| Editorial Advisor to Behavioral Medicine Abstracts | 1980 - 1982 |
| Member, Board of Directors, Stanford Help Center | 1981 - 1984 |
| Member, National Review Panel, Health Promotion with the Elderly Project, University of Washington | 1981 - 1982 |
| Member, Scientific Advisory Board, Perinatal Risk Reduction Program, Stanford Medical School | 1981 - 1982 |
| Member, United States Delegation to the Joint U.S. Federal Republic of Germany Workshop on Intervention Studies in Primary Prevention of Cardiovascular Disease | 1981 |
| Member, Advisory Board, Physicians for Social Responsibility (PSR), Mid-Peninsula Chapter | 1982 - 1988 |
| Founder and Director, Stanford Health Improvement Program (a University-wide health promotion program for faculty and staff) | 1983 - 1990 |
| Member, The California Academy of Medicine | 1983 - |
| Member, National Advisory Committee, Norfleet Forum | 1983 - 1987 |
| Member, Editorial Advisory Board, Stanford Magazine | 1983 - 1989 |
| Consultant, German American Scientific Treaty and the German Cardiovascular Project | 1983 – 1990 |
| Member, Nutrition Committee, Stanford University Hospital | 1984 - 1986 |
| Member, Board of Directors, Santa Clara County Chapter of the American Heart Association | 1984 - 1985 |
| Consultant to U.S. Task Force on Preventive Services, U.S. Department of Health & Human Services, Public Health Service | 1984 - 1990 |
| Member, World Health Organization (WHO) | 1984 - 1995 |

| | |
|---|---|
| Expert Advisory Panel on Cardiovascular Diseases | |
| Consultant, Blue Cross of Northern California | 1984 - 1987 |
| Director, Stanford Center for Research in Disease Prevention | 1984 - 1997 |
| Board Member, Stanford Community of Internists (SCI) | 1985 - 1999 |
| Director, WHO Collaborating Center for Chronic Disease Prevention | 1985 - 1998 |
| Director, Kaiser Family Foundation Health Promotion Resource Center at Stanford | 1986 - 1990 |
| Advisor, Cholesterol Education Program for Physicians at UCSF (NHLBI Grant) | 1987 - 1988 |
| Member, Committee for Study of Prevention and Treatment of Alcohol-Related Problems: An Update on Research Opportunities (Institute of Medicine) | 1987 - 1988 |
| Senior advisor of the U.S. Preventive Service Task Force | 1987 - 1989 |
| Member, Committee on Dietary Guidelines Implementation, Food & Nutrition Board (Institute of Medicine) | 1988 - 1991 |
| Member, Committee on Expertise for Tobacco Use Control, State of California | 1989 - 1993 |
| Consultant to Office of Substance Abuse Prevention of The National Institute on Alcohol Abuse and Alcoholism | 1989 - 1990 |
| Member, Program in Molecular and Genetic Medicine, Stanford School of Medicine | 1989 - |
| Member, California State Legislative Council on Nutrition Labeling | 1990 - 1991 |
| Advisor, CITIZENS for Public Action on Blood Pressure and Cholesterol | 1990 - 1999 |
| Advisor, Prevention Research Center, The University of Illinois at Chicago School of Public Health | 1990 – 1993 |
| Advisor, Council of Health Promotion, Center for Corporate Involvement. American Council for Life | 1990 – 1993 |

| | |
|---|---|
| Insurance and Health Insurance Assoc. of America | |
| Advisor, Carnegie Corporation's Program in Human Biology Middle Grades Curriculum | 1990 - 1993 |
| Chair, Advisory Committee, International Heart Health Conference, Victoria, Canada, May 1992 | 1991 - 1992 |
| Member, Réseau Francophone International Pour La Promotion De La Santé De La Couer | 1992 - |
| Chair, Victoria Declaration Implementation Group: Towards a Global Heart Health Partnership (35 international members) | 1993 - 2001 |
| Member, Institute of Medicine Committee to review the Women's Health Initiative. | 1993 |
| Chair, Advisory Board of the Second International Heart Health Conference - Catalonia Declaration (Barcelona May 27-June 1, 1995) | 1993 - 1995 |
| Member, Scientific Advisory Committee, Tobacco-Related Disease Research Program, University of California | 1993 - 1999 |
| Co-Chair, Health Promotion Advisory Committee, Stanford University Hospital | 1993 - 1996 |
| Chair, SCRDP Minority Recruitment Committee | 1993 - 1995 |
| Consultant, Minority Center of Excellence, Stanford University School of Medicine | 1993 - |
| Associate Chief of Staff for Health Promotion, Stanford University Hospital | 1994 - 1996 |
| Honorary Member, International Chinese Heart Health Network | 1994 - |
| Member, Clinical Management Committee and Health Promotion Sub-Committee, El Camino Hospital | 1994 |
| Member, Editorial Advisory Board, American Health Consultants Employee Health & Fitness | 1995 - 1999 |
| Member, Advisory Committee, Pharmaceutical Partners for Better Health | 1995 - 1997 |
| Member, American Cancer Society Planning Task Force | 1995 |

Co-Director, Preventive Cardiology Clinic, Stanford Medical Center 1996 – present

Chair, Advisory Board of the Third International Heath Health Conference - Singapore Declaration (Singapore Aug 27 - Sept 2, 1998) 1996 - 1998

President, Community Wellness Alliance 1999 - 2001

Member, Executive Committee, Fourth International Heart Health Conference, Osaka, Japan, May 26-June 1, 2001. 1999 – 2001

Member, Ethics Advisory Committee, for project "Allocation of Health Care to Smokers: Practice and Attitudes", Stanford Medical Center 2000 -

Member, Advisory Board, First International Conference on Women, Heart Disease and Stroke, Victoria, BC, Canada, 5/7-10/00 2000

Member, Advisory Committee, Neighborhood Improvement Initiative, East Palo Alto, CA 2001-2002

Founding Member, International Heart Health Society 2001 -

Fellow, American Heart Association Council on Nutrition, Physical Activity and Metabolism 2001 -

## BIBLIOGRAPHY

1. The effect of beta sitosterol on the serum lipids of young men with arteriosclerotic heart disease. Farquhar JW, Smith RE, and Dempsey ME. Circulation 14:77-82, 1956.

2. Response of serum lipids and lipoproteins of men to beta-sitosterol and safflower oil: A long-term study. Farquhar JW and Sokolow M. Circulation 17:890-899, 1958.

3. Effect of chylomicrons on the fibrinolytic activity of normal human plasma in vitro. Merigan TC, Farquhar JW, Williams JH, and Sokolow M. Circulation Res. 7:205-209, 1959.

4. The analysis of fatty acid mixtures by gas-liquid chromatography: Construction and operation of an ionization chamber instrument. Farquhar JW, Insull W, Jr., Rosen P, Stoffel W, Ahrens EH, Jr. Nutrition Reviews (Supplement) 17:1-30, 1959.

5. The effect on human serum lipids of a dietary fat, highly unsaturated, but poor in essential fatty acids. Ahrens EH, Jr., Insull W, Jr., Hirsch J, Stoffel W, Peterson ML, Farquhar JW, Miller T, and Thomasson HJ. Lancet 1:115-119, 1959.

6. Symposium on the significance of lowered cholesterol levels. Ahrens EH, Jr., Hirsch J, Peterson ML, Stoffel W, Farquhar JW. JAMA 170:2198-2203, 1959.

7. Studies of adipose tissue in man. A microtechnic for sampling and analysis. Hirsch J, Farquhar JW, Ahrens EH, Jr., Peterson ML, and Stoffel W. Am J Clin Nutr 8:499-511, 1960.

8. Plasma fibrinolysis in man: The effect of chylomicrons derived from different dietary fats. Farquhar JW, Merigan TC, and Sokolow M. J Exp Med 113:587-597, 1961.

9. Carbohydrate-induced and fat-induced lipemia. Ahrens EH, Jr., Hirsch J, Oette K, Farquhar JW, and Stein Y. Tr. of A Am Phycns 74:134-146, 1961.

10. Identification and gas-liquid chromatographic behavior of plasmalogen aldehydes and their acetal, alcohol, and acetylated alcohol derivatives. Farquhar JW. J Lipid Res 3:21-30, 1962.

11. Human erythrocyte phosphoglycerides. I. Quantification of plasmalogens, fatty acids and fatty aldehydes. Farquhar JW. Biochem Biophys Acta 60:80-89, 1962.

12. Effects of dietary fats on human erythrocyte fatty acid patterns. Farquhar JW and Ahrens EH, Jr. J Clin Invest 42:675-685, 1963.

13. Validation of an incompletely coupled two-compartment non-recycling catenary model for turnover of liver and plasma triglyceride in man. Farquhar JW, Gross RC, Wagner RM, and Reaven GM. J Lipid Res 6:119-134, 1965.

14. Human erythrocyte phosphoglycerides. II. Diet and lecithin structure. Farquhar JW, J Am Oil Chem Soc 42:615-616, 1965.

15. Kinetics of triglyceride turnover of very low density lipoproteins of human plasma. Reaven GM, Hill DB, Gross RC, and Farquhar JW. J Clin Invest 44:1826-1833, 1965.

16. Abetalipoproteinemia. Farquhar JW and Ways P. In: The Metabolic Basis of Inherited Disease, JB Stanbury, JB Wyngaarden, and DS Fredrickson (eds), 2nd Edition. McGraw Hill, Inc., 1965, pp. 509-522.

17. Glucose, insulin and triglyceride response to high and low carbohydrate diets in man. Farquhar JW, Frank A, Gross RC, and Reaven GM. J Clin Invest 45:1648-1656, 1966.

18. Endogenous triglyceride turnover in liver and plasma of the dog. Gross RC, Eigenbrodt EH, and Farquhar JW. J Lipid Res 8:114-125, 1967.

19. Role of insulin in endogenous hypertriglyceridemia. Reaven GM, Lerner RL, Stern MP, and Farquhar JW. J Clin Invest 46:1756-1767, 1967.

20. Turnover of endogenous plasma and liver triglyceride in man and the dog. Gross RC, Reaven GM, and Farquhar JW. Prog Biochem Pharmacol 4:197-203, 1968.

21. Insulin delivery rate into plasma in normal and diabetic subjects. Stern MP, Farquhar JW, Silvers A, and Reaven GM. J Clin Invest 47:1947, 1968.

22. Response of hepatic alpha-glycerophosphate to changes in hepatic glucose formation. Frank A, Farquhar JW, and Reaven GM. Metab 17:776-785, 1968.

23. Steady state plasma insulin response to continuous glucose infusion in normal and diabetic subjects. Reaven GM and Farquhar JW. Diabetes 18:273-279, 1969.

24. Derivation of a three compartment model describing disappearance of plasma insulin. Silvers A, Swenson RS, Farquhar JW, and Reaven GM. J Clin Invest 48:1461-1469, 1969.

25. Evaluation of the dog as an experimental model for study of insulin distribution in man. Silvers A, Farquhar JW, Lerner RL, and Reaven GM. J Lab Clin Med 75:175-184, 1970.

26. Study of the relationship between plasma insulin concentration and efficiency of glucose uptake in normal and mildly diabetic subjects. Reaven GM, Silvers A, and Farquhar JW. Diabetes 19:571-578, 1970.

27. Comparison of impedance to insulin-mediated glucose uptake in normal subjects and in subjects with latent diabetes. Shen SW, Reaven GM, and Farquhar JW. J Clin Invest 49:2151-2160, 1970.

28. Is there a delay in the plasma insulin response of patients with chemical diabetes mellitus? Reaven GM, Shen SW, Silvers A, and Farquhar JW. Diabetes 20:416-423, 1971.

29. Does hyperglycemia or hyperinsulinemia characterize the patient with chemical diabetes? Reaven GM, Olefsky JM, and Farquhar JW. Lancet 1:1247-1249, 1972.

30. Do the oral and intravenous glucose tolerance tests provide similar diagnostic information in patients with chemical diabetes mellitus? Olefsky JM, Farquhar JW, and Reaven GM. Diabetes 22:202-209, 1973.

31. Relationship between fasting plasma insulin level and resistance to insulin-mediated glucose uptake in normal and diabetic subjects. Olefsky JM, Farquhar JW, and Reaven GM. Diabetes 22:507-513, 1973.

32. Relationship between fasting lipid levels and adipose tissue morphology. Stern MP, Olefsky JM, Farquhar JW, and Reaven GM. Metab 22:1311-1317, 1973.

33. Disassociation of the plasma insulin response from the blood glucose concentration during glucose infusions in normal dogs. Olefsky JM, Batchelder T, Farquhar JW, and Reaven GM. Metab 22:1277-1286, 1973.

34. The effects of weight reduction on obesity: studies of carbohydrate and lipid metabolism in normal and hyperlipoproteinemic subjects. Olefsky JM, Farquhar JW, and Reaven GM. J Clin Invest 53:64-76, 1974.

35. Moderate ethanol ingestion and plasma triglyceride levels: A study in normal and hypertriglyceridemic persons. Ginsberg H, Olefsky JM, Farquhar JW, and Reaven GM. Ann Int Med 80:143-149, 1974.

36. Sex difference in the kinetics of triglyceride metabolism in normal and hypertriglyceridemic human subjects. Olefsky JM, Farquhar JW, and Reaven GM. Europ J Clin Invest 4:121-127, 1974.

37. Reappraisal of the role of insulin in hypertriglyceridemia. Olefsky JM, Farquhar JW, and Reaven GM. Am J Med 57:551-560, 1974.

38. Recommendations for action, subsection on obesity and disease. Proceedings of Soc. Exp. Bio. and Med. Farquhar JW, Hirsch J, Stunkard , 1974

39. Disturbed relationship of plasma-renin to blood pressure in hypertension. Lucas CP, Holzwarth GJ, Ocobock RW, Sozen T, Stern MP, Wood PD, Haskell WL, and Farquhar JW. Lancet 2:1337-1339, 1974.

40. Role of renin in essential hypertension. Lucas CP, Dayanandan M, Ocobock RW, Holzwarth GJ, Stern MP, Wood PD, Haskell WL, and Farquhar JW. The Univ of Michigan Medical Center Journal 40(4):181-184, 1974.

41. Renin activity, reactivity and concentration in a population survey. Relationship to blood pressure. Lucas CP, Holzwarth G, Ocobock R, Sozen T, Stern MP, Wood PD, Haskell WL, and Farquhar JW. Angiology 26:31-41, 1975.

42. Communication for health: Unselling heart disease. Maccoby N and Farquhar JW. J of Communication 25:114-126, 1975.

43. Affluence and cardiovascular risk factors in Mexican-Americans and other whites in three northern California communities. Stern MP, Haskell WL, Wood PD, Osann KE, King AB, and Farquhar JW. J Chron Dis 28:623-636, 1975.

44. The role of nutrition in atherosclerosis. King A and Farquhar JW. In: Environmental Problems in Medicine, McKee W (ed). Charles C. Thomas Publisher, 1975.

45. Bringing the California health report up to date. Maccoby N and Farquhar JW. J of Communication 26(1):56-57. 1976.

46. Interdisciplinary approaches to heart disease prevention (Results of a community-based risk reduction campaign using mass media). Farquhar JW. Symposium on Health Care and Delivery, New York, NY, 1975.

47. Cardiovascular risk and use of estrogens or estrogen-progestagen combinations: Stanford Three-Community Study. Stem MP, Brown BW, Jr., Haskell WL, Farquhar JW, and Wood PD. JAMA 235:811-815, 1976.

48. The distribution of plasma lipoproteins in middle-aged male runners. Wood PD, Haskell WL, Klein H, Lewis S, Stern MP, and Farquhar JW. Metab 25:1249-1257, 1976.

49. Results of a two-year health education campaign on dietary behavior: the Stanford Three-Community Study. Stern MP, Farquhar JW, Maccoby N, Russell SH. Circulation 54:826-833, 1976.

50. Obesity, insulin and triglycerides. Farquhar JW, Olefsky J, Stern MP, Reaven GM. In: Obesity in Perspective, Bray G (ed). Washington D.C.: U.S. Government Printing Office, 1976, pp. 313-319.

51. Behavioral science applied to cardiovascular health: progress and needs in the modification of risk taking habits in adult populations. McAlister A, Farquhar JW, Thoresen CE, Maccoby N. Health Education Monographs 4:1:45-74, 1976.

52. The Stanford Three-Community Study: a community-based cardiovascular risk education campaign. Farquhar JW, Maccoby N, Wood PD. In: Proceedings of the University of Michigan Health Services Research Center Conference on Factors Promoting or Inhibiting Change Service Organizations and Their Clients, Horvath WJ (ed). Ann Arbor, Michigan, pp. 62-80, 1976.

53. The effects of relaxation therapy upon high blood pressure. Taylor CB, Farquhar JW, Nelson E, Agras S. Arch Gen Psychiatry 34:339-342, 1977.

54. Stress and how to cope with it. Farquhar JW. The Stanford Magazine, 55-75, Fall/Winter, 1977.

55. The role of opinion leadership and the diffusion of innovations in a cardiovascular health education campaign. Meyer AJ, Maccoby N, Farquhar JW. Communication Yearbook 1:579-592, 1977.

56. Community education for cardiovascular health. Farquhar JW, Maccoby N, Wood PD, Alexander JK, Breitrose HS, Brown BW, Jr., Haskell WL, McAlister AL, Meyer AJ, Nash JD & Stern MP. Lancet 1:1192-1195, 1977.

57. Reducing the risk of cardiovascular disease: Effects of a community-based campaign on knowledge and behavior. Maccoby N, Farquhar JW, Wood PD, Alexander JK. J Community Health 3:2:100-114, 1977.

58. The Stanford Three-Community Study: A multifactor cardiovascular risk education campaign. Farquhar JW, Maccoby N, Wood PD. In: Proceedings of the International Symposium on the Strategy of Postponement of Ischemic Heart Disease. Peter Schnohr (ed). Copenhagen, 1977.

59. You can cut the odds on coronary risk. Farquhar JW. RN Magazine 40:2:23-26, 1977. Stress and how to cope with it. Farquhar JW. The Stanford Magazine 5:2:50-55, 1977.

60. Community programs in control of hypertension. Farquhar JW. Conference on future directions in health care: A new public policy, New York, 1977.

61. The community-based model of lifestyle intervention trials. Farquhar JW. A J Epidemiology 108:2:103-111, 1978.

62. Community approaches to dietary modification and obesity. Nash JE and Farquhar JW. Psychiatr Clin North Am 1:713-714, 1978.

63. The American Way of Life Need Not Be Hazardous To Your Health. Farquhar JW. Stanford, CA: Stanford Alumni Association, 1978.

64. Relaxation therapy for essential hypertension: a veteran's administration outpatient study. Brauer AP, Horlick L, Nelson E, Farquhar JW and Agras WS. J Beh Medicine 2:21-29, 1979.

65. Evaluation of the echocardiogram as an epidemiologic tool in an asymptomatic population. Valdez RS, Motta JA, Longdon E, Martin RP, Haskell WL, Farquhar JW, Popp RL and Horlick L. Circulation 60:921-929, 1979.

66. The Lipid Research Clinics Program: The Coronary Primary Prevention Trial: Design and implementation. J Chron Dis 32:609-631, 1979.

67. Skills training in a cardiovascular health education campaign. Meyer A, Nash JD, McAlister A, Maccoby N, and Farquhar JW. J Cons Clin Psy 48:129-142, 1980.

68. Reply to Kasl and Leventhal et al. Meyer A, Maccoby N, and Farquhar JW. J Cons Clin Psy 48:159-163, 1980.

69. Changing cardiovascular risk factors in entire communities: the Stanford Three Community Project. Farquhar JW. In: Childhood Prevention of Atherosclerosis and Hypertension, Lauer RM and Shekelle RB (eds). New York: Raven Press. pp. 435-440, 1980.

70. Risk factor programs in the United States: Goals, design, and methods. Farquhar JW. In: Atherosclerosis Reviews (Vol. 7): Measurement and Control of Cardiovascular Risk Factors, Hegyeli R (ed). New York: Raven Press. pp. 35-48, 1980.

71. Applications of behavioral medicine to disease prevention in a total community setting: a review of the Three Community Study. Nash JD and Farquhar JW. In: The Comprehensive Handbook of Behavioral Medicine: Extended Applications & Issues, (Vol. 3) Ferguson JM and Taylor CB (eds). S.P. Medical & Scientific Books, 1980.

72. How to help smokers who want to quit. Danaher BG, Ellis BH Jr, Farquhar JW. Patient Care 14:86-117, 1980.

73. Genetic analysis of the Stanford LRC family study data I: Structured exploratory data analysis of height and weight measurements. Karlin S, Williams PT, Jensen S, and Farquhar JW. Amer J Epidemiol 113:307-324, 1981.

74. A comparison of statistical methods for evaluating risk factor changes in community-based studies: an example from the Stanford Three Community Study. Williams PT, Fortmann SP, Farquhar JW, Varady A, Mellen S. J Chron Disease 34:564-571, 1981.

75. Effect of health education on dietary behavior: the Stanford Three Community Study. Fortmann SP, Williams PT, Hulley SB, Haskell WL, and Farquhar JW. Am J Clin Nutr 34:2030-2038, 1981.

76. The role of public information and education in cigarette smoking control. Farquhar JW, Magnus PF, and Maccoby N. Can J Public Health 72:412-420, 1981.

77. Comparison of nutrient intake in middle-aged men and women runners and controls. Blair SN, Ellsworth NM, Haskell WL, Stern MP, Farquhar JW, and Wood PD. Med Sci Sports Exerc 13:310-315, 1981.

78. The Lipid Research Clinics Program: recruitment for clinical trials: the Lipid Research Clinics Coronary Primary Prevention Trial experience. Circulation (suppl 4) 66:1-78, 1982.

79. Self-administered programs for health behavior change: smoking cessation and weight reduction by mail. Jeffrey RW, Danaher BG, Killen JD, Farquhar JW, and Kinnier R. Addict Behav 7:57-63, 1982.

80. Does dietary health education reach only the privileged? Fortmann SP, Williams PT, Hulley SB, Maccoby N, and Farquhar JW. Circulation 66:77-82, 1982.

81. Association arrays for the study of familial height, weight, lipid and lipoprotein similarity in three West Coast populations. Karlin S, Williams PT, Farquhar JW, Barrett-Connor E, Hoover J, Wahl PW, Haskell WL, Bergelin RO, and Suarez L. Am J Epidemiol 115:1001-1021, 1982.

82. Determinants of high density lipoprotein levels in plasma. Wood PH, Haskell WL, Farquhar JW. In (Proc) USA-URSS First Lipoprotein Symposium Laboratory Research Joint Population Studies. Leningrad, URSS, May 26-27, 1981. NIH Publication no. 83-1966, 1982.

83. Recruitment using mass media strategies. Levenkron JC, and Farquhar JW. Circulation (suppl IV) 66:32-36, 1982.

84. A nation's health patterns and economic development. Farquhar JW. UMBC Econ Rev 18:6-15, 1982.

85. Behavioral approaches to disease prevention: Introduction. Farquhar JW. International J Mental Health 11: 3-5, 1982.

86. The Lipid Research Clinics Program: Participant recruitment of the Coronary Primary Prevention Trial. J Chron Dis 36:451-465, 1983.

87. The Lipid Research Clinics Program: Pre-entry characteristics of participants in the Lipid Research Clinics Coronary Primary Prevention Trial. J Chron Dis 36:467-479, 1983.

88. Increased exercise level and plasma lipoprotein concentrations: A one-year randomized, controlled study in sedentary, middle-aged men. Wood PD, Haskell WL, Blair SN, Williams PT, Krauss RM, Lindgren FT, Albers JJ, Ho PH, and Farquhar JW. Metabolism 32:31-39, 1983.

89. Does weight loss cause the exercise-induced increase in plasma high density lipoproteins? Williams PT, Wood PD, Krauss RM, Haskell WL, Vranizan KM, Blair SN, Terry R, and Farquhar JW. Atherosclerosis 47:173-185, 1983.

90. Cholesterol, cancer, and public health policy. Sidney S, and Farquhar JW. Am J Med 75:494-508, 1983.

91. The association of blood pressure and dietary alcohol: Difference by age, sex, and estrogen use. Fortmann SP, Haskell WL, Vranizan KM, Brown BW, and Farquhar JW. Am J Epidemiol 118:497-507, 1983.

92. Reaching the population. Farquhar JW. J Royal Col Phys London 17:72-73, 1983.

93. Changes in American lifestyle and health. Farquhar JW. In: Marketing and Managing Health Care: Health Promotion and Disease Prevention (Proc. The Frank M. Norfleet Forum, Nov/Dec 1982), Hamner JE, III and Jacobs BJS (eds). Memphis, TN: UTCHS, pp. 125-142, 1983.

94. Community studies of cardiovascular disease prevention. Farquhar JW, Fortmann SP, Wood PD and Haskell WL. In: Prevention of Coronary Heart Disease: Practical Management of the Risk Factors, Kaplan NM and Stamler J (eds). Philadelphia, PA: W.B. Saunders Company, pp. 170-181, 1983.

95. Community approaches to risk factor reduction: The Stanford Project. Farquhar JW. In: Behavior and arteriosclerosis, Herd JA and Weiss SM (eds). New York, NY: Plenum Press, pp. 143-148, 1983.

96. Lipid Research Clinics Program. The Lipid Research Clinics Coronary Primary Prevention Trial Results. I. Reduction in incidence of coronary heart disease. JAMA 251:351-364, 1984.

97. Lipid Research Clinics Program. The Lipid Research Clinics Coronary Primary Prevention Trial Results. II. The relationship of reduction in incidence of coronary heart disease to cholesterol lowering. JAMA 251:365-374, 1984.

98. What role for the new nicotine gum? Farquhar JW. Patient Care June 15, 1984.

99. Indirect measures of cigarette use: Expired air carbon monoxide vs. plasma thiocyanate. Fortmann SP, Rogers T, Vranizan KM, Haskell WL, Solomon DS, and Farquhar JW. Prev Med 13:127-135, 1984.

100. Health promotion in health care settings. Farquhar JW, and King AC. In: Proc. Prospects for a Healthier America: Achieving the Nation's Health Promotion Objectives. February 6-7, 1984, Washington, DC. DHHS (PHS) Office of Disease Prevention and Health Promotion, November 1984.

101. How healthy is your heart? Farquhar JW. America's Health 6:9&24, 1984.

102. The potential role of the media in public health, education, and health policy. Farquhar JW. In: Hamner JE, III & Sax Jacobs BJ (eds), The Media, Communication, and Health Policy. The University of Tennessee Center for Health Sciences, Memphis, TN, pp. 87-101, 1984.

103. Community applications of behavioral medicine. Farquhar JW, Maccoby N and Solomon DS. In: Handbook of behavioral medicine, Gentry WD (ed). New York, NY: The Guilford Press, pp. 437-478, 1984.

104. The Stanford Five City Project: An overview. Farquhar JW, Fortmann SP, Maccoby N, Wood PD, Haskell WL, Taylor CB, Flora JA, Solomon DS, Rogers T, Adler E, Breitrose P and Weiner L. In: Behavioral Health: A Handbook of Health Enhancement and Disease Prevention, Matarazzo JD, Weiss SM, Herd JA, Miller NE, and Weiss SM (eds). Silver Spring, MD: John Wiley, pp. 1154-1165, 1984.

105. Combining behavioral treatments to reduce blood pressure - a controlled outcome study. Jacob RG, Fortmann SP, Kraemer HC, Farquhar JW, and Agras WS. Behav Modification 9:32-53, 1985.

106. The Stanford Five City Project: Design and methods. Farquhar JW, Fortmann SP, Maccoby N, Haskell WL, Williams PT, Flora JA, Taylor CB, Brown WB, Jr., Solomon DS, Hulley SB. Am J Epidemiol 122:323-343, 1985.

107. Teaching physicians to practice what they will preach (Letter to the Editor). Elmore JG, Kaplan SM, Merians D, Farquhar JW. JAMA 253:2958-2959, 1985.

108. Attitudes and practices of physicians regarding hypertension and smoking: The Stanford Five City Project. Fortmann SP, Sallis JF, Magnus PM, Farquhar JW. Prev Med 14:70-80, 1985.

109. Assessment of habitual physical activity by a seven-day recall in a community survey and controlled experiments. Blair SN, Haskell WL, Ho P, Paffenbarger R, Vranizan K, Farquhar JW, Wood PD. Am J Epidemiol 122:794-804, 1985.

110. The community-based strategy to prevent coronary heart disease: Conclusions from the ten years of the North Karelia Project. Puska P, Nissinen A, Tuomilehto J, Salonen JT, Koskela K, McAlister AL, Kottke TE, Maccoby N, Farquhar JW. Ann Rev Public Health 6:147-193, 1985.

111. The Stanford Five City Project: A description. Flora JA, Farquhar JW, Fortmann SP &Rogers EM. In: Hofmann H (ed), Primary and secondary prevention of coronary heart disease. Berlin, Germany: Springer-Verlag, pp. 34-43, 1985.

112. Integrated Comprehensive Health Promotion Programs. Farquhar, JW, Flora, JA, Good, LT and Fortmann, SP. Monograph prepared for The Henry J. Kaiser Family Foundation. 1985.

113. Education and communication studies. Farquhar JW, Maccoby N & Wood PD. In: Oxford Textbook of Public Health (Vol. 3), Holland WW, Detels R & Knox G (eds). Oxford, London: Oxford University Press, pp. 207-221, 1985.

114. Personal and mediated health counseling for sustained dietary reduction of hypercholesterolemia. Crouch M, Sallis JF, Farquhar JW, Haskell WL, Ellsworth NM, King AB, and Rogers T. Prev Med 15:282-291, 1986.

115. Community surveillance of cardiovascular diseases in the Stanford Five City Project. Fortmann SP, Haskell WL, Williams PT, Varady AN, Hulley SB, and Farquhar JW. Am J Epidemiol 123:656-669, 1986.

116. Effects of fenofibrate on plasma lipids. Brown WV, Dujovne, Farquhar JW, Feldman EB, Grundy SM, Knopp RH, Lasser NL, Mellies MJ, Palmer RH, Samuel P, Schonfeld G, and Superko RH. Arteriosclerosis 6:670-678, 1986.

117. Single versus multiple risk factor interventions. Rennert MP, Telch MJ, Farquhar JW, and Killen JD. Integration of Risk Factor Interventions. DHHS (PHS), Office of Disease Prevention and Health Promotion, Monograph Series, November 1986.

118. Community prevention and control of cardiovascular diseases. WHO Expert Committee. WHO Technical Report Series 732. Geneva, 1986.

119. The cost-effectiveness of three smoking cessation programs. Altman DG, Flora JA, Fortmann SP, and Farquhar JW. Am J Public Health 77:162-165, 1987.

120. Perspectives on adolescent substance use: A defined population study. Robinson TN, Killen JD, Taylor CB, Telch MJ, Bryson SW, Saylor KE, Maron DJ, Maccoby N, Farquhar JW. JAMA 258:2072-2076, 1987.

121. Permutation analyses of familial association arrays for lipoprotein concentrations in families of the Stanford Five City Project. Williams PT, Karlin S, Farquhar JW. Amer J of Epidemiol 126:1126-1140, 1987.

122. The Stanford adolescent heart health project: Design and methods. Killen JD, Maccoby N, Telch MJ, Taylor CB, Farquhar JW. In: Tamir D, eds. Health Education in Schools. London, Freund, pp.83-98, 1987.

123. Effects of fenofibrate on plasma lipoproteins in hypercholesterolemia and combined hyperlipidemia. Knopp RH, Brown WV, Dujovne CA, Farquhar JW, Feldman EB, Grundy SM, Lasser NL, Melliew MJ, Palmer RH, Samuel P, Schonfeld G, Superko HR. Am J Med 83 (5B):50-59, 1987.

124. Stanford projects on health promotion and noncommunicable disease prevention: an overview. Farquhar JW, Fortmann SP, Flora JA, Taylor CB. Presented at WHO European Conference on the Prevention and Control of Chronic Noncommunicable Diseases, October 26-30, Varna, Bulgaria, 1987.

125. A conversation with John W. Farquhar. Interview of an evaluator. Eval Practice 8:19-30, 1987.

126. The American Way of Life Need Not Be Hazardous To Your Health. Farquhar JW. Revised Edition. Stanford, CA: Stanford Alumni Association, 1987.

127. The American Way of Life Need Not Be Hazardous To Your Health. Farquhar JW. Revised Edition. Reading, MA: Addison-Wesley, 1987.

128. The relationship of fitness to the prevention of disease and the promotion of health. Farquhar JW, Farquhar CL. In: Issues & Trends in Health, Carlson RJ, Newman B, St. Louis, MO: The C.V. Mosby Company, pp. 178-182, 1987.

129. Effect of solid and liquid guar gum on plasma cholesterol and triglyceride levels in moderate hypercholesterolemia. Superko HR, Haskell WL, Sawrey-Kubicek L, Farquhar JW. Am J Card 62:52-55, 1988.

130. Promoting dietary change in adolescents: A school-based approach for modifying and maintaining healthful behavior. King AC, Saylor KE, Foster S, Killen JD, Telch MJ, Farquhar JW, Flora JA. Am J Prev Med 4(2):68-73, 1988.

131. Cardiovascular disease risk reduction for tenth graders: a multiple factor school-based approach. Killen JD, Telch MJ, Robinson TN, Maccoby N, Taylor CB, Farquhar JW. JAMA 260:1728-1735, 1988.

132. Methods of message design: Experiences from the Stanford Five City Project. Flora, JA and Farquhar, JW. Scandinavian Journal of Primary Health Care, Supplement. 39-49, 1988.

133. Blood cholesterol treatment attitudes of community physicians: A major problem. Superko HR, Desmond DA, deSantos VV, Vranizan KM, Farquhar JW. Am Heart J 116(3):849-854, 1988.

134. Problems with implementing public intervention strategies. Farquhar JW and Fortmann SP. In: First Ernhold Lundstrom Symposium "Genetic Susceptibility to Environmental Factors - A Challenge for Public Intervention." Stockholm, Sweden: Almqvist & Wiksell, 1988.

135. Principles of behaviour modification. Prepared for the Conference on Disease Prevention and Health Enhancement, July 31-August 1, 1988, Academy of Medicine, Singapore.

136. Lifestyle research - an overview. Prepared for the International Seminar on Lifestyle, A Hillary Commission Initiative, May 16-19, 1988, Wellington, New Zealand. Farquhar, JW. In: Lifestyle Report, Russell DG and Buisson DH, (eds). Dunedin, New Zealand: Human Performance Assoc. 1989.

137. Community approaches and perspectives from other health fields. Farquhar JW. In: Prevention and Treatment of Alcohol-related Problems: Research Opportunities. Report of a study by a committee of the Institute of Medicine, National Academy of Sciences. Washington DC: National Academic Press, 1989.

138. Communication campaigns to prevent cardiovascular disease: The Stanford studies. Flora JA, Maccoby N, Farquhar JW. In: Public Communication Campaigns, Rice R and Atkin C (eds). Beverly Hills, CA: Sage Publications, pp. 233-252, 1989.

139. Evaluating community-level health promotion and disease prevention interventions. Jackson C, Altman DG, Howard-Pitney B and Farquhar JW. In: Evaluating Health Promotion Programs, Braverman MT (ed). San Francisco, Oxford: Jossey-Bass, 1989.

140. Supporting the scientific infrastructure for prevention research. Farquhar JW, In: Prevention and Treatment of Alcohol Problems. Institute of Medicine. National Academy Press, Washington, D.C., pp. 309-312, 1989.

141. The Stanford Five-City Project: Effects of community-wide education on cardiovascular disease risk factors. Farquhar JW, Fortmann SP, Flora JA, Taylor CB, Haskell WL, Williams PT, Maccoby N, Wood PD. JAMA. 264:359-365, 1990.

142. The Stanford Five-City Project: effects of community-wide education on cardiovascular disease risk factors. Farquhar JW, Fortmann SP, Flora JA, Taylor CB, Haskell WL, Williams PT, Maccoby N, Wood PD. This manuscript contains data on youth omitted from the JAMA publication and is available from the National Auxiliary Publication Service (NAPS), 1990.

143. Psychosocial predictors of physical activity in adolescents. Reynolds KD, Killen JD, Bryson SW, Maron Dj, Taylor CB, Maccoby N, Farquhar JW. Preventive Medicine 19:541-551, 1990.

144. Using research to predict learning from a PR campaign. Rosser C, Flora JA, Chaffee SH, Farquhar JW. Public Relations Review, 15:61-77, 1990.

145. Who's listening: Predictors of knowledge in the Stanford Five-City Project. Rose C, Flora J, Chaffee S, and Farquhar JW. Public Relations Review. 16(2), 61-78, 1990.

146. The Last Puff. Farquhar, JW, Spiller GA. New York, NY: W.W. Norton and Company, 1990.

147. Guidelines for protocols for local demonstration projects. WHO Integrated Program (Interhealth) for Community Health in Noncommunicable Diseases. Geneva, WHO, 1990.

148. Heart disease prevention in the nineties. Farquhar JW. Healthline , April: 1-7, 1990.

149. Community-based health promotion: Lessons from field research. Farquhar JW. Evaluation Practice. 1990.

150. Comprehensive health promotion in communities: An exercise in social marketing and community development. Farquhar JW. In: The Fifth Annual Charles A Dana Awards for Pioneering Achievements in Health and Education. New York, 1990.

151. Guar gum and plasma cholesterol: Effect of guar gum and of an oat fiber source on plasma lipoproteins and cholesterol in hypercholesterolemic adults. Spiller GA, Farquhar JW, Gates JE, Nichols SF. Arteriosclerosis and Thrombosis 11: 1204-1208, 1991.

152. Effectiveness of a personal-health course for medical students. Farquhar JW, Reynolds KD, Elmore JG, Kaplan SM, Sibley BJ, von Franque O. Academic Medicine 66:242-243, 1991.

153. The Stanford cardiovascular disease prevention programs. Farquhar JW. Annals of the New York Academy of Science. 623: 327-331, 1991.

154. The impact of public cholesterol screening on diet, general well-being, and physician referral. Hyman DF, Johannsson MB, Flora JF, Farquhar JW. Am J of Preventive Medicine. 7(5), 268-272, 1991.

155. Effects of long-term community health education on body mass index. Taylor CB, Fortmann SP, Flora J, Kayman S, Barrett DC, Jatulis D, Farquhar JW. Am J of Epidemiology. 325: 235-249, 1991.

156. Principles of behavioral change. Albright CL, Farquhar JW. In: Introduction to Clinical Medicine. Greene HM (ed). Philadelphia: BC Decker Inc., 17: 596-601,1991.

157. Institute of Medicine: Determinants of food choice and prospects for modifying food attitudes and behavior. In: Improving America's Diet and Health: from Recommendations to Action. N. W., Washington, D.C.: National Academy Press: 33-82, 1991.

158. Methods of communication to influence behaviour. Farquhar JW, Fortmann SP, Flora JH and Maccoby N. In: Oxford textbook of public health, 2nd edition. Holland WW, Detels R and Knox G (eds). Oxford, London: Oxford University Press, Vol. 2, 1991.

159. Community perpective on socio-environmental interventions. In: Promoting Dietary Change in Communities: Applying Existing Models of Dietary Change to Population-based Interventions. DeRoos KK (ed). Proceedings of the Cancer Prevention Research Program of the Fred Hutchinson Cancer Research Center. Seattle, WA: pp.216-220, 1992.

160. Improvements in cholesterol-related knowledge, behaviors, and plasma cholesterol levels in adults during the 1980s. Frank E, Winkleby M, Fortmann SP, Rockhill B, Farquhar JW. JAMA. 268:1566-1572, 1992.

161. The Stanford Faculty Development Program: A dissemination approach to faculty development for medical teachers. Skeff KM, Stratos GA, Bergen MR, Albright CL, Berman J, Farquhar JW, Sox HC. Teaching and Learning in Medicine. 4(3): 180-187, 1992.

162. Impact of a clinical preventive medicine curriculum for primary care faculty: Results of a dissemination model. Albright CL, Farquhar JW, Fortmann SP, Sachs DPL, Owens DK, Gottlieb L, Stratos GA, Bergen MR, Skeff KM. Preventive Medicine 21: 419-435, 1992.

163. Media use habits and education campaign recall in the Stanford Five-City Project. Schooler C,Flora JA, Farquhar JW. In: Promoting Dietary Change in Communities: Applying Existing Models of Dietary Change to Population-based Interventions. DeRoos KK (ed). Proceedings of the Cancer Prevention Research Program of the Fred Hutchinson Cancer Research Center. Seattle, WA: pp.259-276, 1992.

164. Phases for developing community trials: lessons for control of alcohol problems from research in cardiovascular disease, cancer and adolescent health. Farquhar JW, Fortmann SP. In: Community Prevention Trials for Alcohol Problems. Prevention Research Center Publication. Greenwood Publishing Group, pp.59-75: 1992.

165. The Victoria Declaration on Heart Health, Declaration of the Advisory Board, First International Heart Health Conference (Chair, Farquhar JW). Victoria, Canada, 1992. Health and Welfare, Canada, 1993.

166. Moving toward synergy: Media supplementation in the Stanford Five-City Project. Schooler C, Flora JA, Farquhar JW. Communication Research. 20(4):587-610, 1993.

167. Keynote Address: How health behavior relates to risk factors, Farquhar JW. Circulation. 88:1376-1380, 1993.

168. Cardiovascular disease risk factors: improvements in knowledge and behavior in the 1980s. Frank E, Winkleby M, Fortmann SP, Farquhar JW: Am J of Public Health. 83:590-593, 1993.

169. Improvements in cholesterol-related knowledge and behavior, and plasma cholesterol levels in 12-24 year olds during the 1980s. Frank E, Winkleby MA, Rockhill B, Farquhar JW. Am J of Preventive Medicine. 9:168-174, 1993.

170. Stanford--Focus on mass media. Farquhar JW, Fortmann SP. USPHS, NHLBI, 1993.

171. The effects of intensive multiple risk factor reduction on coronary atherosclerosis and clinical cardiac events in men and women with coronary atherosclerosis: The Stanford Coronary Risk Intervention Project (SCRIP). Haskell WL, Alderman EL, Fair JM, Maron DJ, Mackey SF, Superko HR, Williams PT, Johnstone IM, Champagne MA, Krauss RM, Farquhar JW: Circulation. 89(3): 975-90, 1994.

172. How to Reduce Your Risk of Heart Disease. Farquhar JW, Breitrose PE. San Ramon CA: Health Information Network, Inc., 1994.

173. The place of hypertension control in total cardiovascular health: Perspectives outlined by the Victoria Declaration. Farquhar JW. Clin. and Exper. Hypertension. 17(7): 1107-1111, 1995.

174. Plant sterols: Their biological effects in humans. Farquhar JW. In: Handbook of Lipids In Human Nutrition. Spiller, G (ed.). Boca Raton, Florida: CRC Press, Inc. Ch. 2.5, 101-105, 1995.

175. Healthy Dubec - Design of a Joint Czech-American Community Project for the Reduction of Cardiovascular and Cerebrovascular Disease (Adapted from the American Experience). Komárek L, Kebza V, Lhotská L, Osancová K, Janovská J, Okénková j, Roth Z, Vignerová J, Potocková J, Havel R, Albright CL, Farquhar JW, Poledne R, Andel M, Málková J, Kraml P, Bartáková H, Herman D, Palmer S, Stanková I: Central European Journal of Public Health, 4, 230-233, 1995.

176. Increasing disparity in knowledge of cardiovascular disease risk factors and risk-reduction strategies by socioeconomic status: Implications for policy makers. Davis S, Winkleby M, Farquhar JW. Am J of Preventive Medicine, 11(5): 318-323, 1995.

177. Prevalence, promotion, and person: the 3 Ps of firearm use. Farquhar JW. Am J of Public Health 85:1453, 1995

178. Community-based interventions for smokers: The Commit Field Experience - Foreword. Farquhar JW. Smoking and Tobacco Control. Monograph no. 6, pp.iii-vi, 1995.

179. Community intervention trials: Reflections on the Stanford Five-City Project. Fortmann SP, Flora JA, Winkleby MA, Schooler C, Taylor CB , Farquhar JW. Am J of Epidemiology, 142(6): 576-586, 1995.

180. The Victoria Declaration on heart health: Its international implications. Farquhar JW. In: "Atherosclerosis X" International Congress Series 1066. Elsevier Science, pp.144-146, 1995.

181. A call to action to stem the epidemic of deaths from the use of firearms. Farquhar JW. Preventive Medicine, 25: 87, 1996.

182. The case for dissemination research in health promotion and disease prevention. Farquhar, JW. Canadian J of Public Health, 87 (S2): 544-549, 1996.

183. Principles of Behavioral Change. Albright CL, Farquhar JW. In: Introduction to Clinical Medicine. Greene HM (ed). Philadelphia: BC Decker, Inc. 762-767, 1996.

184. A Pound of Prevention. Grabowsky TA, Farquhar JW. Stanford Medicine. Palo Alto: Stanford University Medical Center, Summer 1996.

185. Methodological and substantive issues in substance abuse prevention research. Johnson CA, Farquhar JW, Sussman S. American Behavioral Scientist, 39(7): 935-942, 1996.

186. The Catalonia Declaration: Investing in Heart Health. Declaration of the Advisory Board (Chair, Farquhar JW), Barcelona, Spain, 1995, Department of Health and Social Security, Autonomous Government of Catalonia, 1996.

187. Private sector-funded community health promotion. Behnke KS, Farquhar JW, Martin MP, Bertrum J. Am J of Health Promotion, 11(6): 415-416, 1997.

188. Short and long-term outcomes of a health promotion program in a small rural community. Farquhar JW, Behnke KS, Detels MP, Albright CL. Am J of Health Promotion, 11(6): 411-414, 1997.

189. Synthesis of findings and issues from community prevention trials. Schooler C, Farquhar JW, Fortmann SP, Flora JA. Annals of Epidemiology S7: S54-S68, 1997.

190. Program to reduce cardiovascular and cerebrovascular disease in the Czech Republic: Design and methods of the healthy Dubec project. Albright CL, Farquhar JW, Harvel R, Frost P, Palmer S, Komárek L, Lhotská L, Osancová K, Janovská J, Okénková J, Kebza V, Vignerová J, Poledne R, Andel M, Málková J, Herman D, Kraml P. International Quarterly of Community Health Education 16: 315-331, 1997.

191. Effects of a plant-based diet rich in whole grains, sun-dried raisins and nuts on serum lipoproteins. Bruce B, Spiller GA, Farquhar JW. Vegetarian Nutrition: An International Journal 1/2:58-63, 1997.

192. Worldwide Efforts to Improve Heart Health: A Follow-up to the Catalonia Declaration - Selected Program Descriptions. Grabowsky TA, Farquhar JW, Sunnarborg KR, Bales VS. US Dept. of Health and Human Services, CDC, 1997.

193. California Proposition 99. An example to follow? Aaroe LE, Farquhar JW. Journal of the Norwegian Medical Association *(Tidsskr Nor Laegeforen)*. 1998 May 30;118(14):2210-4

194. Determinants of cholesterol screening and treatment patterns. Insights for decision-makers. Davis SK, Ahn DK, Fortmann SP, Farquhar JW. Am J Prev Med , 1998;15(3):178-86.

195. Managing job strain: A randomized controlled trial of an intervention conducted by mail and telephone. Pelletier KR, Rodenberg A, Chikamoto Y, Vinther A, King AC, Farquhar JW. Am J of Health Promotion , 1998; 12:166-169.

196. Worksite Nutrition Programs. Kris-Etherton PM, Farquhar JW. In: International Labor Office Encyclopaedia of Occupational Health and Safety. 1998; 15.32-15.36. ILO, Geneva.

197. Managing job strain: A randomized, controlled trial of an intervention conducted by mail and telephone. Pelletier KR, Rodenburg A, Vinther A, Chikamoto Y, King AC, Farquhar JW. Am J Occupational Environmental Med, 1999; 41:216-233.

198. Community-wide prevention programs---they work. Farquhar JW, Schooler, C, Flora J. In: Healthy Aging: Challenges and Solutions. Dychtwald K (ed), 1999.

199. Primordial prevention: The path from Victoria to Catalonia. Farquhar JW. Preventive Medicine, 1999; 29:S3-S8.

200. Nutritional education in the community. Farquhar JW. Nutr Metab Cardiovasc Dis, 1999;9: Suppl. to No.4.

201. Results of a multifactor cardiovascular risk reduction program in the Czech Republic: The Healthy Dubec Project. Albright DL, Komarek L, Osancova K, Kebza V, Janovska J, Lhotska L, Okenkova J, Roth Z, Vignerova J, Poledne R, Andel M, Malkova J, Herman D, Kraml P, Havel R, Frost P, Palmer S, Kraemer HC, Farquhar JW. Inter J Behavioral Medicine, 2000; 7(1):44-61.

202. The Osaka Declaration – Health, Economics and Political Action: Stemming the Global Tide of Cardiovascular Disease. Declaration of the Advisory Board (Member, Farquhar JW), Fourth International Heart Health Conference, Osaka Japan, 2001

203. Diagnosis Heart Disease: Answers to Your Questions about Recovery and Lasting Health. Farquhar JW, Spiller GA. New York, NY: WW Norton and Company, 2001.

204. Health Interventions: Community-based. Farquhar JW. In: International Encyclopedia of the Social and Behavioral Sciences, pp 6576-6581. Smelser NJ, Baltes PB (Eds), Pergamon, Oxford. 2001.

205. Enfermedades Cardiacus: Todas la Informacion que Necesitas saber Acerca de tu Corazon. Farquhar JW, Spiller GA. Barcelona, Buenos Aires, Mexico: Paidos, 2002.

206. Coronary Artery Disease. Farquhar JW. In: Encyclopedia of Public Health. Breslow L (Ed), MacMillan Reference, New York, 2002.

207. Effects of plant-based diets high in raw or roasted almonds, or roasted almond butter on serum lipoproteins in humans. Spiller GA, Miller A, Olivera K, Reynolds J, Miller B, Morse SJ, Dewell A, Farquhar JW, J Am College Nutrition, 22;195-200, 2003.

208. International Action on Cardiovascular Disease: A Platform for Success, Farquhar JW, Wilson E (Eds), World Heart Federation, Ottowa, In Press, 2003.

209. The evolution of tobacco use and control in the United States: An interview with Dr. John Farquhar. Hwang J. Am Jr Health Promotion, In Press, 2004.

210. Heart Disease: An All-Out Attack on Risk, Based on a roundtable (JW Farquhar, participant), Phoenix, Arizona, 1/13-14/2003, The Pfizer Journal, In Press, 2004.

211. Bioactives and their potential role in cardiovascular disease prevention and treatment: Soy, Garlic and Gingko Biloba. Gardner CG, Messina M, Lawson LD, Farquhar JW. Current Atherosclerosis Reports, 6:468-475, 2003.

212. Effects of a supplement containing Ginkgo biloba on cognitive function in older normal healthy adults. Carlson J, Farquhar JW. Submitted for publication, Am Jr Clin. Nutrition.

213. Effects on plasma lipids of plant-based versus convenience-food diets matched for saturated fat and cholesterol. Gardner CD, Carlson J, Farquhar JW. Under review, Archives of Internal Medicine.

214. Community-Based Health Promotion. Farquhar JW, Fortmann SP. In: Handbook of Epidemiology, Springer, In press, 2004.

## RECENT ABSTRACTS

1. Beneficial Angiographic and Clinical Response to Multifactor Modification in the Stanford Coronary Risk Intervention Project (SCRDP). Alderman EL, Haskell WL, Fair JM, Superko R, Maron DJ, Champagne MA, Mackey SF, Williams PT, Krauss RM, Farquhar JW, & the SCRIP staff. American Heart Association Meeting November 11-14, 1991.

2. Response of Cardiovascular Disease Risk Factors to Plant Food-based versus Convenience Food-based Approaches for Meeting NCEP Step One Dietary Guidelines: Pilot Study. Gardner CD, Coulston AM, Farquhar JW. Can J Cardiol Vol.13, Supp.B, June 1997.

3. CVD risk factor reduction for high risk individuals in a community setting. Farquhar JW, Haskell W. International Conference on Diabetes and Cardiovascular Disease, Winnipeg, Canada, June 5, 1999

4. Response of Cardiovascular Disease Risk Factors to Plant Food-Based Versus Convenience Food-Based Approaches for Meeting Step One Dietary Guidelines. . Gardner CD, Coulston AM, Farquhar JW Presented at the American Heart Association Council on Epidemiology and Prevention, San Diego, California, March, 2000. Circulation. 2000;101(6):734

5. From Victoria to Osaka: the evolution of heart health policy. Fifth International Preventive Cardiology and Fourth International Heart Health Society, Joint Conference, May 27-31, 2001, Osaka, Japan

6. The effect of a supplement containing Ginkgo biloba, Gotu kola and fish oil on cognitive function and quality of life in older healthy adults. Carlson JJ, Farquhar, JW, Haskell, W, DiNucci E, et al. First Annual Nutrition Week Conference, San Diego, CA, February, 2002.

7. The effect of a supplement containing Ginkgo biloba, Gotu kola, and fish oil on platelet function in older healthy adults. Carlson JJ, Farquhar JW, Zehnder J, Haskell W, and Miller D G. submitted to FASEB, Annual Meeting, 2002.

JWF/3/04

# EXHIBIT 1

## Studies of Valvular Heart Disease in Association With Fenfluramine, Dexfenfluramine, and/or Fen/Phen (≥ Mild AR)

| | | EXPOSED | | | CONTROLS | | |
|---|---|---|---|---|---|---|---|
| Investigator | Mean Duration of Exposure (Months) | Number with ≥ Mild AR | Number of Subjects | % Prevalence | Number with ≥ Mild AR | Number of Subjects | % Prevalence |
| 1. Gardin, J., et al.[1] | | | | | | | |
| a. Dexfenfluramine Subgroup | 6.0 ± 3.3 | 42 | 470 | 8.9% | 22 | 536 | 4.1% |
| b. Fenfluramine/ Phentermine Subgroup | 11.9 ± 10.4 | 62 | 452 | 13.7% | 22 | 536 | 4.1% |
| 2. Khan, M.A., et al.[2] | | | | | | | |
| a. Dexfenfluramine Subgroup | 4.9 | 5 | 39 | 12.8% | 3 | 233 | 1.3% |
| b. Dex/Phentermine Subgroup | 9.0 | 7 | 31 | 22.6% | 3 | 233 | 1.3% |
| c. Fen/Phen Subgroup | 26.5 | 41 | 163 | 25.2% | 3 | 233 | 1.3% |
| 3. Jollis, J., et al.[3] | | | | | | | |
| a. 0-3 Months Subgroup | 0-3 | 1 | 25 | 4.0% | 24 | 669 | 3.6% |
| b. 3-6 Months Subgroup | 3-6 | 14 | 313 | 4.5% | 24 | 669 | 3.6% |
| c. 6-12 Months Subgroup | 6-12 | 29 | 415 | 7.0% | 24 | 669 | 3.6% |
| d. 12-24 Months Subgroup | 12-24 | 43 | 315 | 13.6% | 24 | 669 | 3.6% |
| e. ≥ 24 Months Subgroup | 24 | 15 | 86 | 17.4% | 24 | 669 | 3.6% |
| 4. Shively, B[4] | 7 | 14 | 223 | 6.3% | 3 | 189 | 1.6% |
| 5. Weissman, N., et al.[5] | 2.4 mos | 36 | 671 | 5.4% | 12 | 330 | 3.6% |
| 6. Davidoff, R., et al.[6] | 1.9 mos | 17 | 276 | 6.2% | 11 | 254 | 4.3% |
| 7. Hensrud, et al.[7] | 9.5 mos | 5 | 19 | 26.0% | 1 | 11 | 9.0% |

[1] Gardin, J., "Valvular Abnormalities and Cardiovascular Status Following Exposure to Dexfenfluramine or Phentermine/Fenfluramine," JAMA 2000; 283(13):1703-09. Study funded by Wyeth-Ayerst.

[2] Khan, "The prevalence of cardiac valvular insufficiency assessed by transthoracic echocardiography in obese patients treated with appetite-suppressant drugs," *N. Engl. J. Med.*, 1998, 339:713-718.

[3] Jollis, J.G., et al., "Fenfluramine and Phentermine and Cardiovascular Findings: The Effect of Treatment Duration of Prevalence of Valve Abnormalities," Circulation 2000; 101:2071-2077. Study funded by Wyeth-Ayerst.

[4] Shively, "Prevalence and Determinants of Valvulopathy in Patients Treated with Dexfenfluramine," Circulation 1999; 100:2161-2167. Study funded by Interneuron. Control group criteria did not exclude for past diet drug exposure more than 5 years before study started.

[5] Weissman, "An assessment of heart-valve abnormalities in obese patients taking dexfenfluramine, sustained-release dexfenfluramine or placebo," *N. Engl. J. Med.*, 1998; 339:725-732. Study funded by Wyeth-Ayerst.

[6] Davidoff, *et al.*, "Echocardiographic Examination of Women Previously Treated with Fenfluramine," Arch. Intern. Med. 2001; 161:1429-1436.

[7] Hensrud, et al., "Echocardiographic Improvement Over Time After Cessation of Use of Fenfluramine and Phentermine, Mayo Clinic Proceedings 1999; 74:1191-1197.

# EXHIBIT 2

**ANALYSIS OF POOLED DATA OF KHAN, JOLLIS, WEISSMAN, GARDIN, SHIVELY, DAVIDOFF AND HENSRUD FOR ≥ MILD AR WITH ALL DURATIONS OF EXPOSURE TO FENFLURAMINE AND/OR DEXFENFLURAMINE**

| | | EXPOSED | CONTROLS |
|---|---|---|---|
| Khan[1] | ≥ Mild AR (# of cases) / Total Population | 52 / 233 | 3 / 233 |
| Jollis[2] | ≥ Mild AR (# of cases) / Total Population | 102 / 1154 | 24 / 669 |
| Weissman[3] | ≥ Mild AR (# of cases) / Total Population | 36 / 671 | 12 / 330 |
| Gardin[4] | ≥ Mild AR (# of cases) / Total Population | 104 / 922 | 22 / 536 |
| Shively[5] | ≥ Mild AR (# of cases) / Total Population | 14 / 223 | 3 / 189 |
| Davidoff[6] | ≥ Mild AR (# of cases) / Total Population | 17 / 276 | 11 / 254 |
| Hensrud[7] | ≥ Mild AR (# of cases) / Total Population | 5 / 19 | 1 / 11 |
| | TOTAL | 330 / 3498 | 76 / 2222 |

Prevalence among exposed subjects = $\frac{330}{3498}$ = 9.4%.

Prevalence among control subjects = $\frac{76}{2222}$ = 3.4%.

**Conclusion: Prevalence is significantly greater among exposed subjects. Result is highly statistically significant at p < 0.001.**

---

[1] Khan, et al., "The Prevalence of Cardiac Valvular Insufficiency Assessed by Transthoracic Echocardiography in Obese Patients Treated with Appetite-Suppressant Drugs," New England Journal of Medicine 1998; 339:713-718; Khan, et al., "The Prevalence of Cardiac Valvular Disease in Appetite-Suppressant Treated Individuals and Matched Unexposed Control Subjects," Circulation (Supp.) 1998, I-645.

[2] Jollis, J.G., et al., "Fenfluramine and Phentermine and Cardiovascular Findings: The Effect of Treatment Duration of Prevalence of Valve Abnormalities," Circulation 2000; 101:2071-2077.

[3] Weissman, et al., "An Assessment of Heart-Valve Abnormalities in Obese Patients Taking Dexfenfluramine, Sustained Released Dexfenfluramine, or Placebo," New England Journal of Medicine, 1998; 339:725-732. Data taken from Table 3, p. 729, combined dexfenfluramine groups in comparison to placebo. Average duration of treatment 71-72 days. Control group criteria did not exclude for past diet drug exposure more than 6 months before study started.

[4] Gardin, J., "Valvular Abnormalities and Cardiovascular Status Following Exposure to Dexfenfluramine or Phentermine/Fenfluramine," JAMA 2000; 283(13):1703-09.

[5] Shively, "Prevalence and Determinants of Valvulopathy in Patients Treated with Dexfenfluramine," Circulation 1999; 100:2161-2167. Study funded by Interneuron. Control group criteria did not exclude for past diet drug exposure more than 5 years before study started.

[6] Davidoff, *et al.*, "Echocardiographic Examination of Women Previously Treated with Fenfluramine," Arch. Intern. Med. 2001; 161:1429 1436. Neither control group nor fen/phen exposed subjects were excluded on the basis of (a) exposure to fenfluramine or dexfenfluramine at any time prior to the initial trial, or (b) exposure to fenfluramine alone, during the five-year period between the initial fen/phen exposure and follow-up echocardiography. Exposures were all less than 3 months; mean exposure was equivalent to approximately 57 days, and about one-third of subjects had exposures equivalent to 22 days or less.

[7] Hensrud, et al., "Echocardiographic Improvement Over Time After Cessation of Use of Fenfluramine and Phentermine, Mayo Clinic Proceedings 1999; 74:1191-1197.

**EXHIBIT 3**

ANALYSIS OF POOLED DATA OF KHAN, JOLLIS, WEISSMAN, GARDIN AND SHIVELY FOR ≥ TRACE AR WITH ALL DURATIONS OF EXPOSURE TO FENFLURAMINE AND/OR DEXFENFLURAMINE

| | | EXPOSED | CONTROLS |
|---|---|---|---|
| Khan[1] | ≥ Trace AR (# of cases)<br>Total Population | 98<br>233 | 12<br>233 |
| Jollis[2] | ≥ Trace AR (# of cases)<br>Total Population | 207<br>1154 | 50<br>669 |
| Weissman[3] | ≥ Trace AR (# of cases)<br>Total Population | 114<br>671 | 39<br>330 |
| Gardin[4] | ≥ Trace AR (# of cases)<br>Total Population | 216<br>922 | 59<br>536 |
| Shively[5] | ≥ Trace AR (# of cases)<br>Total Population | 34<br>223 | 18<br>189 |
| | TOTAL | 670<br>3203 | 179<br>1957 |

Prevalence among exposed subjects = 670/3203 = **20.9%**

Prevalence among control subjects = 178/1957 = **9.1%**

**Conclusion: Prevalence is significantly greater among exposed subjects. Result is highly statistically significant at p < 0.001.**

---

[1] Khan, et al., "The Prevalence of Cardiac Valvular Insufficiency Assessed by Transthoracic Echocardiography in Obese Patients Treated with Appetite-Suppressant Drugs," New England Journal of Medicine 1998; 339:713-718; Khan, et al., "The Prevalence of Cardiac Valvular Disease in Appetite-Suppressant Treated Individuals and Matched Unexposed Control Subjects," Circulation (Supp.) 1998, I-645.

[2] Jollis, J.G., et al., "Fenfluramine and Phentermine and Cardiovascular Findings: The Effect of Treatment Duration of Prevalence of Valve Abnormalities," Circulation 2000; 101:2071-2077.

[3] Weissman, et al., "An Assessment of Heart-Valve Abnormalities in Obese Patients Taking Dexfenfluramine, Sustained Released Dexfenfluramine, or Placebo," New England Journal of Medicine, 1998; 339:725-732. Data taken from Table 3, p. 729, combined dexfenfluramine groups in comparison to placebo. Average duration of treatment 71-72 days. Control group criteria did not exclude for past diet drug exposure more than 6 months before study started.

[4] Gardin, J., "Valvular Abnormalities and Cardiovascular Status Following Exposure to Dexfenfluramine or Phentermine/Fenfluramine," JAMA, 283(13):1703-09 (April 5, 2000).

[5] Shively, "Prevalence and Determinants of Valvulopathy in Patients Treated with Dexfenfluramine," Circulation 1999; 100:2161-2167. Study funded by Interneuron. Control group criteria did not exclude for past diet drug exposure more than 5 years before study started.

18822.1

**EXHIBIT 4**

## ANALYSIS OF POOLED DATA OF WEISSMAN, GARDIN AND DAVIDOFF FOR ≥ TRACE AR WITH ≤ 3 MONTHS MEAN DURATION OF EXPOSURE TO FENFLURAMINE AND/OR DEXFENFLURAMINE

| | | EXPOSED | CONTROLS |
|---|---|---|---|
| Weissman[1] | ≥ Trace AR (# of cases) / Total Population | 114 / 671 | 39 / 330 |
| Gardin[2] | ≥ Trace AR (# of cases) / Total Population | 20 / 140 | 61 / 536 |
| Davidoff[3] | ≥ Trace AR (# of cases) / Total Population | 38 / 276 | 27 / 254 |
| | TOTAL | 172 / 1087 | 137 / 1120 |

Prevalence among exposed subjects = $\frac{172}{1087}$ =**15.8%.**

Prevalence among control subjects = $\frac{137}{1120}$ =**12.2%.**

**Conclusion: Prevalence is significantly greater among exposed subjects. Result is statistically significant at p < 0.01.**

1 Weissman, et al., "An Assessment of Heart-Valve Abnormalities in Obese Patients Taking Dexfenfluramine, Sustained Released Dexfenfluramine, or Placebo," New England Journal of Medicine, 1998; 339:725-732. Data taken from Table 3, p. 729, combined dexfenfluramine groups in comparison to placebo. Average duration of treatment 71-72 days. Control group criteria did not exclude for past diet drug exposure more than 6 months before study started.

2 Gardin, J., "Valvular Abnormalities and Cardiovascular Status Following Exposure to Dexfenfluramine or Phentermine/Fenfluramine," JAMA, 283(13):1703-09 (April 5, 2000).

3 Davidoff, *et al.*, "Echocardiographic Examination of Women Previously Treated with Fenfluramine," Arch. Intern. Med. 2001; 161:1429 1436. Neither control group nor fen/phen exposed subjects were excluded on the basis of (a) exposure to fenfluramine or dexfenfluramine at any time prior to the initial trial, or (b) exposure to fenfluramine alone, during the five-year period between the initial fen/phen exposure and follow-up echocardiography. Exposures were all less than 3 months; mean exposure was equivalent to approximately 57 days, and about one-third of subjects had exposures equivalent to 22 days or less.

**EXHIBIT 5**

## Prevalence of ≥ Mild AR, According to Duration of Exposure to Fenfluramine and/or Dexfenfluramine

*(All controlled studies)*

Slope = increase of 1.1% per month

Researcher:

- Davidoff
- Gardin
- Hensrud*
- Khan
- Jollis
- Shively
- Weissman




* Hensrud reported a statistically unreliable control group prevalence of 9% (one of 11 subjects, with a 95% confidence interval, -8% to 26%).

**EXHIBIT 6**

**The Yearly Risk of a Fatal Coronary Event is 1.2% for a Serum Cholesterol Increase of 50 mg/dl (1.25 mmol/l)**

Derived from Fig. 3, p. 123 of PREVENTION OF CORONARY HEART DISEASE: DIET, LIFESTYLE AND RISK FACTORS IN THE SEVEN COUNTRIES STUDY, Eds. Kromhout D, Menotti A and Blackburn H (2002), Kluwer Academic Publishers, Norwell MA)

*Figure 3. Average population serum cholesterol levels at baseline versus 25-year age-adjusted coronary heart disease mortality rates.*




For legend see appendix

SERUM TOTAL CHOLESTEROL AND CORONARY HEART DISEASE WITHIN POPULATIONS

One of the goals of the Seven Countries Study was to investigate the strength of risk factors in different cultures. Differences could have large implications for prevention and treatment of CHD in individuals.

To answer these questions with conviction, a large number of coronary events are needed. The associations between *individual* concentrations of serum cholesterol and CHD mortality in the different cohorts were investigated after 10 and 25 years of follow-up (13,28). After 10 years of follow-up, clear dose-response relationships were observed between serum cholesterol levels at baseline, and 10-year CHD mortality in the U.S.A., Finland and the Netherlands. Numbers of coronary cases were too small to make pronouncements about the form of the relationship between serum cholesterol and CHD in the individual cohorts from southern Europe and Japan. Therefore a much longer follow-up period was needed. After obtaining 25-year mortality data, and repeat measurements of serum cholesterol, it was possible to answer questions about:

- Differences in the strength of the association between serum cholesterol, and CHD mortality, in different cultures.
- The effect of regression dilution bias on the strength of the association between serum cholesterol, and CHD (see definition below).
- Differences in absolute risk for CHD mortality in relation to serum cholesterol in different cultures.

Analyses of the relationship between serum cholesterol at baseline and long-term CHD mortality showed that a difference of 0.50 mmol/l in serum cholesterol is associated with a 12% additional risk for 25-year CHD mortality (RR = 1.12, 95%CI