Cox-2 inhibition is the cause of both elevated blood pressure and thrombosis. Cheng, et al., Cyclooxygenase, Microsomal Prostaglandin E Synthase-1, and Cardiovascular Function, J. Clin. Invest., 2006; doi:10:1172/JCI27540. This finding further supports the biological plausibility of the high relative risks of MI for Vioxx users, especially those who had both high background CV risk, or on-drug Stage 2 hypertension, or both.

28. In a recent review article in Circulation, the peer-reviewed journal of the American Heart Association, Antmann, et al. concluded that the effects of COX-2 inhibition differ between the normal and atherosclerotic conditions. In the former, the effects of COX-2 suppression have "only a marginal effect on the net anti-thrombotic imbalance owing to the importance of COX-1 as a source of PGI2 in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of PGI2 and more TxA2 is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring TxA2 production and promoting platelet-dependent thrombosis." Antmann, Cyclooxygenase Inhibition and Cardiovascular Risk, Circulation 2005; 112:759-770, at 764. Such a differential effect of COX-2 inhibition helps to explain the greater RR among patients who have atherosclerosis and are at greater

baseline risk of CV events due to that condition. **<u>Figure 4 of the Antmann article</u>**, describing this phenomenon, is reproduced below:

764 *Circulation* August 2, 2005




**Figure 4.** Consequences of COX inhibition for prostacyclin and thromboxane $A_2$ production in normal and atherosclerotic arteries. Endothelial cells are shown as a source of prostacyclin ($PGI_2$) and platelets as a source of thromboxane $A_2$ ($TxA_2$) under untreated conditions (top row) or treated with low-dose aspirin (middle row) or a coxib (bottom row) in the normal (left column) and atherosclerotic artery (right column) for comparison. COX-1 is the only isoenzyme expressed in platelets; endothelial cells express both COX-1 and COX-2. In the normal artery, the balance between $PGI_2$ and $TxA_2$ production favors $PGI_2$ and inhibition of platelet-dependent thrombus formation. In the atherosclerotic artery, both $PGI_2$ and $TxA_2$ production is increased, owing in part to increased platelet activation with compensatory $PGI_2$ formation via both COX-1 and COX-2 in endothelial cell; the net effect is an imbalance favoring $TxA_2$ production and platelet-dependent thrombus formation. Low-dose aspirin selectively inhibits COX-1–mediated $TxA_2$ production in platelets restoring the net antithrombotic balance. Coxib use suppresses COX-2–dependent $PGI_2$ production in endothelial cells, which has only a marginal effect on the net antithrombotic balance owing to the importance of COX-1 as a source of $PGI_2$ in the normal state. In the setting of atherosclerosis, however, COX-2 plays a greater role as a source of $PGI_2$ and more $TxA_2$ is produced; thus, inhibiting COX-2 has a more profound effect on prostanoid balance, favoring $TxA_2$ production and promoting platelet-dependent thrombosis.



538398.1

## G. Merck's Recent APPROVe "Extension" Data Confirm Excess CV Risk of Vioxx

29. In a document submitted to the FDA in May 2006, Merck reported the results of the APPROVe study on an "Intention to Treat" basis, which includes adverse events that occurred both on the drug and after the discontinuation of the drug. According to Merck's summary, the overall data showed a statistically significant increase of risk of MI, 31 Vioxx events v. 15 placebo events, p=0.017. There was also a statistically significant increased risk of ischemic stroke, 17 Vioxx events v. 6 placebo events, p=0.024. These data therefore continue to support the conclusion that Vioxx causes excess risk of CV events, including MI and stroke. The data show, for the first time, that the increased incidence of stroke in the Vioxx group has now exceeded the threshold for a statistically significant effect of Vioxx.

30. The ITT analysis negates Merck's claim that there is no difference in CV thrombotic event rates between Vioxx and placebo for the first 18 months of use, in two ways. First, the KM graph of cumulative incidents of confirmed events is changed by the addition of data from the ITT analysis. Merck claimed that the original KM graph, presented as "Figure 2" of the published APPROVe article, supported the hypothesis of no effect for 18 months, because the incidence curves did not sharply diverge until after that point in time.[4]

31. However, the KM graph submitted to the FDA for the ITT analysis in May 2006 (Figure B1, reprinted below), shows that the curve for Vioxx (rofecoxib) separates from placebo at about 3 to 4 months, and remains above placebo for the rest of the study. According to Steven Nissen, M.D., interim Chairman of Cardiovascular Medicine at the Cleveland Clinic and a member of the FDA Advisory Committee on Cox-2 inhibitors, the claim of no effect for 18 months of treatment "makes the drug look

[4] A number of flaws in that reasoning have been described in my September 2005 report, and in the preceding portion of this Supplemental Report.

a lot safer than it was." Dr. Nissen stated, "If you wanted to construct a legal defense that says nothing happens for 18 months, this is how you would cut the data." (New York Times, "Why the Data Diverge on the Dangers of Vioxx," May 22, 2006 (p. 1 of 6). Alastair Wood, M.D., Chairman of the FDA advisory committee that reviewed Cox-2 inhibitors in February 2005, criticized the omission of off-day events, noting that "People may drop out because they had chest pain and then weeks later they had a heart attack." (Id. at p. 3 of 6).

Figure B1 All Patients – Confirmed Thrombotic Cardiovascular Events – Week 210 Censoring - Kaplan Meier Plot




| Patients at Risk | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib 25 mg | 1287 | 1221 | 1187 | 1152 | 1131 | 1117 | 1092 | 1032 | 989 |
| Placebo | 1300 | 1247 | 1224 | 1199 | 1173 | 1157 | 1132 | 1071 | 1027 |

32. According to the New York Times article, Merck says it was "simply adhering to the study's original design, and that the more recent chart reflects data that were not available to analyze in early 2005." (Id.). However, neither of these statements is correct. First, as mentioned above (¶ 7), the original design for the APPROVe Data Analysis Plan (DAP) did not include any KM curves at all, nor any analyses of potential differences in the rate of events over time. Instead, the KM curve portion of the analysis was "borrowed" from the DAP for Protocol 203, which combined the APPROVe study with two other trials, to form a substantially larger database of events for which such analyses would be more reliable. Second, to the extent that Merck

borrowed from the DAP for Protocol 203, it did so selectively. In particular, the Protocol 203 DAP prespecified the use of a "modified intention-to-treat" ("mITT") analysis that included all randomized patients in the trials. The DAP stated, "As a sensitivity analysis, reports of confirmed events that occur after randomization and within 28 days of study drug discontinuation will also be examined." (MRK-AFL0015464). The DAP further noted that "there are limitations using a per-protocol analysis in the face of a very high dropout rate. Thus, both the per-protocol and mITT analyses will be considered when interpreting the results. If differing conclusions arise, then further analyses will be conducted to try to understand the reason for the difference and which analyses are most appropriate." (Id. at MRK-AFL0015465; (emphasis added)).

33. To the best of my knowledge, Merck did not present the mITT analysis to the FDA in February 2005, nor to the New England Journal of Medicine reviewers when the draft APPROVe article was submitted on February 6, 2005. However, a Cardiovascular Safety Report ("CSR") prepared by Merck prior to February 2005 did include the mITT events up to 28 days after the last dose of study therapy (Table 28, pgs. MRK-AHD0075823-824). There were six such events in the Vioxx treatment group, versus three events in the placebo group. Notably, four of the events among the Vioxx patients listed in Table 28 occurred within the first 18 months after the study start (Patient No. 91247, event on day 86; Patient No. 92718, event on day 203; Patient No. 90070, event on day 351; and Patient No. 90310, event on day 413). According to the New York Times article, Merck claims that "new data" for events after the original 14 day cutoff showed 26 events in the Vioxx group and 21 in the placebo group in the first 18 months, compared to 22 versus 20 in the "old analysis," a difference of four events in the Vioxx group (New York Times, Why the Data Diverge on the Dangers of Vioxx, May 22, 2006 at p. 3). The description of Table 28, above, shows that these four events were not new data, but were known to Merck at the time the original analysis was presented. Thus, an ITT analysis of data known to Merck in February 2005

would have shown the early separation of the incidence curves during the 0 to 18 month period, which appears in Merck's May 2006 submission to the FDA.

34. Further, Merck has submitted to the FDA a new statistical analysis for the "proportionality" test, indicating a p value of 0.748 (MRK-S0420112037; Figure B2, reproduced below). This non-significant result means that there is no evidence of variation in the rate of events over time. Thus, the ITT analysis contradicts the claim made by Merck in FDA submissions and in the published APPROVe article that there was a statistically significant difference in the rate of events between the 0 to 18 month and 18 to 36 month periods of the APPROVe study.

Figure B2 All Patients – Confirmed Thrombotic Cardiovascular Events – Week 210 Censoring - Hazard Rate




35. Data from the off-drug period of the APPROVe extension study are also of interest. During the off-drug period alone, Merck reported that there were 28 thrombotic events in those who had taken Vioxx, compared to 16 in the placebo group, RR=1.64. Merck has stated that these data are "insufficient to conclude that there was an

increased relative risk of confirmed thrombotic events following discontinuation of the therapy." (Press Release, 5/11/06, p. 1). However, three well-respected independent commentators have stated their disagreement with Merck's interpretation of the data.

(a) Steven Nissen, M.D., mentioned in ¶ 31 above, stated "You have to look at the big picture. The big picture is that the hazard stays the same." (Wall Street Journal, 5/12/06, p. A16). Dr. Nissen further stated, "Merck misrepresented the results of this study." (AP Press Release, 5/12/06). The 64 percent higher risk in the extension study "has rather important scientific implications, because it suggests that there was some kind of permanent or longstanding injury to the artery that makes it susceptible to these kinds of continuing events. (New York Times, May 13, 2006).

(b) According to Curt Furberg, M.D., a member of the U.S. FDA Drug Safety and Risk Management Safety Committee, "It may be that Vioxx is causing permanent damage to the cardiovascular system, accelerating atherosclerosis or a sustained increase in blood pressure." Reuters, May 18, 2006. Dr. Furberg stated, "for a while we assumed Vioxx caused temporary problems, and here it is more than that," referring to the occurrence of 7 strokes and 2 "mini-strokes" or TIAs in the Vioxx group after discontinuing treatment, compared with no such incidents in the placebo group during one year off-drug. (Id.)

(c) Bruce Psaty, M.D., a distinguished cardiologist from University of Washington who testified in Congress on COX-2's inhibitors, stated that the 64% higher overall event rate was "closer to a persistent finding than not." (New York Times, May 13, 2006).

36. I agree with Drs. Nissen, Furberg and Psaty that the increased RR of thrombotic events in the Vioxx group after discontinuing the drug is "closer to a persistent finding than not," and that the lack of statistical significance does not decide this issue. The off-drug period alone constitutes a subgroup that is not adequately

powered to detect such differences to a statistically significant degree. Given the limitations due to the smaller number of events and the time off drug, the 64% increase is an impressive indicator that the risk of Vioxx probably does not end when exposure is discontinued.

37. I reserve the right to add to these comments in the event that future data becomes available.

## II. CONCLUSION

38. A consensus exists in the scientific community that Vioxx significantly increases the risk of adverse events, including MI, as noted by the unanimous agreement of 32 FDA Advisory Committee Members. Protocol 203, the analysis pre-specified by Merck for precise estimation of CV effects of Vioxx, shows that this increased risk appears within the first 30 days and persists throughout exposure. Protocol 203 refutes the "18-month" notion advanced by Merck through a "post hoc" hypothesis based on a single, underpowered study. Patients at elevated baseline risk have a statistically significant higher RR of CV events than lower-risk patients, due to a synergistic and multiplicative interaction of Vioxx and baseline risk factors such as SACVD. Stage 2 Hypertension while on Vioxx is also a strong risk factor for CV events. Data from the APPROVe extension study confirm the excess risk of MI and stroke due to Vioxx, and it is likely that the risk persists after Vioxx exposure ends.

5/22/06
Date

John W. Farquhar, M.D.
John W. Farquhar, M.D.



538398.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION | MDL No. 1657<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO ALL CASES | |

**EXPERT WITNESS REPORT OF JOHN W. FARQUHAR, M.D.**

# TABLE OF CONTENTS

**Page**


I. BACKGROUND AND QUALIFICATIONS .......... 1

II. SUMMARY OF OPINIONS .......... 6

III. BASIC CARDIOLOGY .......... 9

A. Function of the Heart and Blood Vessels .......... 9

B. Risk and Protective Factors for Heart Disease .......... 16

C. Vioxx Is A Strong Risk Factor for MI and Cardiovascular Disease. .......... 18

IV. THE EVIDENCE SHOWS THAT VIOXX CAUSES SEVERE CVD, ACCORDING TO THE GENERALLY ACCEPTED SCIENTIFIC PRINCIPLES OF EPIDEMIOLOGY .......... 19

V. DATA FROM THE MERCK-SPONSORED RANDOMIZED CLINICAL TRIALS SHOW EXCESS CV RISK FROM VIOXX USE. .......... 25

A. The APPROVe Study Demonstrates Excessive CV Disease Due To Vioxx, When Used At Normal Therapeutic Doses, Among Both Low-Risk And High-Risk Patients, For Both Short- And Long-Term Use. .......... 25

B. The Vigor Study Showed Excessive Cardiovascular Disease Caused By Vioxx, For Both Short And Long-Term Use. .......... 43

C. The Rheumatoid Arthritis Supplemental Marketing Application Studies Support the Conclusion that Vioxx Caused Excess Risk of CV Disease .......... 51

D. The ADVANTAGE Study Showed A Similar Excess Risk Of MI For Vioxx Compared To Naproxen, Despite The Brief 12-Week Duration Of The Study. .......... 53

E. The VICTOR Study Shows a Statistically Significant Increased Risk of Thrombotic Events, With Early Visually Evident Separation of the Incidence Curves .......... 55

F. ViP Shows Slight Increased Rate of Serious CHD .......... 57

G. Trials Testing Rofecoxib's Effects on Alzheimer's Disease .......... 57

VI. RCTs SHOW EXCESS RISK OF HYPERTENSION AND EDEMA CAUSED BY VIOXX .......... 60

A. Excess Hypertension and Edema Were Demonstrated in the Vioxx Trials Before and After Marketing Compared to Placebo and Other NSAIDs .......... 60

B. Head to Head RCTs of Vioxx v. Celebrex and Naproxen Demonstrate Excess Hypertension and Edema in the Vioxx Groups .......... 65

**TABLE OF CONTENTS**
(continued)

**Page**


VII. SUMMARY OF ROFECOXIB'S EFFECTS IN ALL RANDOMIZED CLINICAL TRIALS (RCTs) ........ 67

VIII. EVIDENCE FOR ROFECOXIB'S HARM DERIVED FROM OBSERVATIONAL EPIDEMIOLOGY ........ 70

A. Introduction ........ 70

B. Serious Heart Disease. ........ 70

C. Hypertension, Peripheral Edema and Congestive Heart Failure—Three Interrelated Complications ........ 75

D. Cerebrovascular Disease (Stroke and TIA) ........ 79

E. Summary of the Observational Epidemiology Studies ........ 80

IX. THE CARDIOVASCULAR RISK OF VIOXX BEGINS WHEN THE PATIENT STARTS TO TAKE THE DRUG AND PERSISTS THROUGHOUT EXPOSURE. ........ 81

A. APPROVe, ADVANTAGE, VICTOR and VIGOR Data Show Excess Risk Throughout Exposure to Vioxx, or Promptly after Exposure Begins. ........ 82

B. Early Excess Risk Is Biologically Plausible. ........ 82

C. Hypertension Effects Begin Early and Increases Risk of Events. ........ 84

D. Observational Studies Show Early Onset of Excess Risk ........ 84

X. THE SIGNAL OF VIOXX CARDIOVASCULAR TOXICITY APPEARED BEFORE VIOXX WAS MARKETED ........ 85

A. Vioxx Caused a Significant Increase in "Chest Pain," Hypertension and Edema in Pre-Market Clinical Trials ........ 85

B. Merck Knew of an Excess of CV Events in the Vioxx Pre-Marketing Clinical Trials, Compared to the Placebo Group It Chose for Such a Comparison ........ 86

C. Merck inappropriately dismissed the importance of the signal. ........ 88

XI. SUMMARY AND CONCLUSIONS ........ 92

# I. BACKGROUND AND QUALIFICATIONS

1. I am a Professor Emeritus (Active) of Medicine at the Stanford University School of Medicine in Stanford, California. I have held the position of Professor of Medicine at Stanford since 1973. I served as an Assistant Professor of Medicine (1962-1966) and an Associate Professor of Medicine (1966-1973) at Stanford. I am also a Professor of Health Research and Policy at Stanford, a position I have held since 1978. A true and correct copy of my curriculum vitae is attached to this Declaration as Exhibit A.

2. Principal areas of my research, academic and publication interests include epidemiology and cardiovascular risk factors. I was the Director of the Preventive Cardiology Clinic, Stanford Medical Center from 1978 to 1996, and I have been the Co-Director since that time. The Preventive Cardiology Clinic counsels patients on subjects relating to cardiovascular risk, and treats patients who have suffered from cardiovascular illnesses. From 1973 to 1984, I served as the Director, Stanford Heart Disease Prevention Program. I maintained an active clinical cardiology practice for about 40 years, from 1962 to 2001, and I continue to consult with colleagues concerning their patients.

3. My work on cardiovascular risk factors includes experience in the following positions: Co-Chairman, National Lipid Research Clinic Program, Intervention Committee, 1971-1975; Director, Lipid Research Clinic, Stanford University School of Medicine, 1971-1983; Advisor, Cholesterol Education Program for Physicians (University of California at San Francisco; NHLBI Grant), 1976-1988; Advisor, Citizens for Public Action on Blood Pressure and Cholesterol, 1990-1999; Consultant and Senior Adviser to United States Task Force on Preventive Services, 1984-1990; and Member, Scientific Advisory Committee, Tobacco-Related Disease Research Program, University of California, 1993-1999.

4. In 1991, I received the National Cholesterol Award for Public Education on the basis of my extensive work on an epidemiologic study of cholesterol and cardiovascular risks, and on methods of reducing such risks by educating citizens on preventive health care. This award was given by the National Cholesterol Education Program (NCEP), an organization established in 1985 by the National Heart, Lung and Blood Institute (NHLBI). NCEP's purpose is to set standards and goals for doctors and patients regarding achievement of healthy cholesterol levels, in order to reduce cardiovascular risk.

5. I received the Charles A. Dana Award for Pioneering Achievement in Health in 1990. The Dana Foundation states that the Award was given "for demonstrating that society's resources of education and persuasion have great potential, as yet barely tapped, for reducing the burden of disease and extending lives."

6. In 2005, I received the Fries Award for Improving Health, granted annually "to that person judged to have most improved the health of the public." This award was given in recognition of my work in the investigation of cardiovascular risk factors and protective factors, methods of educating the public about them, and demonstrating that educational interventions could successfully lower the risks of heart disease.

7. I received my medical degree from the University of California School of Medicine, San Francisco (U.C.S.F.), in 1952. I completed a post-doctoral Fellowship in Cardiology from the United States Public Health Service in 1956-57 at U.C.S.F. In 1968-69, I studied Epidemiology and Medical Statistics at the London School of Hygiene and Tropical Medicine, London, England.

8. I have been a Licentiate of the American Board of Internal Medicine since 1960. I was elected to the National Academy of Sciences - Institute of Medicine in 1978. In 1980, I became a member of the Epidemiology and Prevention

Scientific Section of the International Federation and Society of Cardiology. I received the Preventive Cardiology Academic Award of the National Heart, Lung, and Blood Institute, 1989-1994, and the Research Achievement Award of the American Heart Association in 1992.

9. I am a Fellow of the American Heart Association Council on Epidemiology and Prevention, a position I have held since 1965. From 1969 to 1971, I also was a member of the American Heart Association's Study Section on Physiological Chemistry, representing the Council of Epidemiology. From 1971 to 1975, I was a member of the Epidemiology and Biometry Advisory Committee of the National Heart and Lung Institute. From 1975 to 1978, I was a member of the Executive Committee of the American Heart Association Council on Epidemiology. From 1984 through 1997, I served as the Director of the Stanford Center for Research in Disease Prevention.

10. Since 1984, I have been a member of the World Health Organization (WHO) Expert Advisory Panel on Cardiovascular Diseases. I have also served as an advisor, and/or member, of numerous other committees devoted to public health and disease prevention, particularly with respect to cardiovascular risk, for various universities and governmental agencies, as fully set forth in my curriculum vitae.

11. I served as Chair, Advisory Committee, International Heart Health Conference, 1991-1992. From 1993 to 2001, I served as Chair of the Victoria Declaration Implementation Group: Towards a Global Heart Health Partnership (35 international members). I was also a member of the Advisory Board, First International Conference on Women, Heart Disease and Stroke, in May 2000. In 2001, I became a founding member of the International Heart Health Society.

12. I am the author or co-author of approximately 200 peer-reviewed articles, predominantly in the fields of epidemiology and cardiovascular risk factors such as cholesterol, hypertension, smoking, and atherosclerosis, which are listed at length in

the Bibliography section of my curriculum vitae. I am the co-author of a recent book entitled *Diagnosis: Heart Disease* (Norton & Co. 2001), which provides information about prevention and treatment of cardiovascular conditions. I also authored a book entitled *The Last Puff* (Norton & Co. 1990) addressed to the hazards of smoking and benefits of quitting.

13. I received the Joseph Stokes Preventive Cardiology Award from the American Society of Preventive Cardiology and the Annual Ancel Keys Lecture Award from the American Heart Association in 1999 and 2000, respectively. In July 2002, I was invited to address a conference of judges of the Ninth Circuit of the United States on issues relating to cardiovascular health.

14. I was Principal Investigator of the Stanford Five Cities Project, an extended series of community-based studies of the effects of health education in reducing cardiovascular risk factors such as cholesterol, physical inactivity, hypertension and smoking. The Stanford Five Cities Project resulted in numerous peer-reviewed publications reporting on the benefits of education in modifying behaviors, reducing risk factors, and improving cardiovascular health. See, e.g., Farquhar et al., "Effects of Community-Wide Education on Cardiovascular Disease Risk Factors. The Stanford Five Cities Project." Journal of the American Medical Association (JAMA) 1990; 264:359-65. Our project continues to be cited in the medical literature as among the best-known population-based intervention programs and as a model for other efforts to educate about, and to reduce, cardiovascular risk. A substantial portion of my research has involved the study of communication about the risks of heart disease and the ways to prevent it.

15. Dozens of my published articles pertain to various aspects of elevated blood cholesterol, including its effects and methods for its reduction. These include JAMA publications of my work as Principal Investigator for the Lipid Research Clinics Program (LRCP). The LRCP Coronary Primary Prevention Trial was the first

study to show that purposeful lowering of cholesterol reduced the incidence of heart attacks among patients who had no prior history of heart attacks and was therefore a means of primary prevention. JAMA 1984; 251:351-64, 365-74.

16. A second phase of the LRCP trial was an epidemiologic study of the role of plasma lipoproteins in causing coronary disease. This research contributed to understanding the damaging role of LDL (low-density) cholesterol, and the protective role of HDL (high-density) cholesterol. I also co-authored the first published article to show that exercise raised HDL, the so-called "good" cholesterol. This research was another aspect of my career focus on reduction of cardiovascular risk.

17. The opinions expressed herein are stated to a reasonable degree of medical certainty, based on generally accepted principles of medicine and epidemiology. The materials I relied upon or reviewed in forming these opinions are set forth in Exhibit B, attached. A statement of my prior testimony and rates is attached as Exhibit C. I understand that discovery is continuing, and I may supplement this Report if warranted by information obtained in the future. The terms "Vioxx" and "rofecoxib," its generic name, are used interchangeably in this Report.

## II. SUMMARY OF OPINIONS

18. Based upon my review of the literature pertaining to COX-2 inhibitors, as well as my training and experience in the fields of epidemiology and cardiology, it is my opinion that there is a consensus in the scientific community that rofecoxib causes cardiovascular disease (CVD), including heart attacks, strokes, transient ischemic attacks (TIAs), peripheral edema and congestive heart failure. In addition there is full agreement among scientists who have reviewed the evidence that rofecoxib causes high blood pressure (hypertension) that can be severe enough to cause hospitalization. Since hypertension is known to be an important precursor of both heart attack and stroke, this finding on hypertension is critical to understanding how rofecoxib damages the body.

The evidence I present is derived from my examination of research articles on the effects of rofecoxib on CVD and hypertension, as well as FDA reviews and records prepared by Merck. I will first describe the normal and abnormal function of the heart and the epidemiologic principles relevant to the evidence for the harm of rofecoxib, and will then discuss the evidence itself.

19. Vioxx is a cyclo-oxygenase-2 (COX-2) inhibitor that was sold by Merck in the United States from May 1999 until September 30, 2004, when it was withdrawn from the market because it causes myocardial infarctions (MI) and other serious or fatal cardiovascular diseases.

20. In the ranking of scientific evidence of causation, the randomized clinical trial (RCT) stands at the top of the hierarchy. An RCT is an experiment in which subjects are randomly divided into two or more treatment groups that are matched for all known, relevant conditions other than exposure to a risk factor such as a drug, so that any differences in outcome are likely to be attributable to the drug exposure. In this case, compelling evidence from multiple RCTs shows that Vioxx causes a wide range of interrelated cardiovascular illnesses, including heart attacks (MI), stroke, congestive heart failure (CHF), hypertension, hypertensive crisis (an extreme and life threatening form of hypertension), peripheral edema (fluid retention and swelling), and renal impairment.

21. By no later than December 1997, Merck knew that Vioxx caused an imbalance in the levels of chemicals in the body that regulate clotting (platelet aggregation) and the dilation or contraction of blood vessels. In particular, Merck learned that Vioxx reduced the production of prostacycline, which inhibits platelet aggregation, without reducing, and possibly increasing, the level of thromboxane, a chemical that promotes clotting. The imbalance between these chemicals, resulting in an excess of thromboxane, occurs promptly after exposure to Vioxx excess thromboxane, is a biologically plausible and highly likely contributor to the mechanism by which Vioxx

causes heart attacks and strokes, which result from a clot or "thrombus," that blocks the arteries and prevents blood from providing oxygen to the affected areas of the heart or brain.

22. It is well established that Vioxx causes hypertension, and that hypertension is a cause of MI, CHF, and stroke. RCT data show a statistically significant and substantially elevated relative risk of thrombotic events such as MI and stroke among patients who suffered hypertension adverse events while taking Vioxx. Hypertension increases the rate of MI, stroke and CHF by promoting atherosclerosis, the buildup of plaque which narrows the arteries, and by increasing the shear stress that can rupture a plaque, resulting in a clot that blocks an artery. Hypertension also contributes to weakening the heart muscles' walls, which characterizes CHF, by making the heart pump against increased vascular resistance. It is biologically plausible and highly likely that hypertension contributes to the increased risk of cardiovascular disease among patients exposed to Vioxx, including MI, stroke and CHF.

23. The APPROVe study, terminated in September 2004, was an RCT, which reported a statistically significant increased risk of 2.80 for cardiovascular events, including MI and sudden cardiac death, for patients exposed to standard therapeutic doses of 25 mg Vioxx daily, versus placebo. APPROVe showed an increased risk of cardiovascular disease throughout the period of the study. Merck's position that APPROVe showed no increased risk for the first 18 months is contrary to data in its possession, which it failed to disclose to peer reviewers at the New England Journal of Medicine (NEJM), showing statistically significant increased risk in both the 0-18 month and 19-36 month periods of the study. Merck also failed to present a separate analysis of incidence over time for high-risk patients, despite the NEJM reviewers' request for that analysis, which also shows significant increased risk in both the 0-18 month and 19-36

month study periods. It is medically probable that the risk of MI due to Vioxx begins when the patient starts taking Vioxx.

24. APPROVe also showed statistically significant increased relative risk of 4.61 for CHF, a serious, debilitating and often fatal disease, and the increased risk was evident very early in the study.

25. As in multiple other RCTs of Vioxx, the APPROVe relative risks would have been even higher if the trial protocols had not excluded most high risk patients, and if not for the early drop-out of subjects who suffered from cardiovascular adverse events such as hypertension and edema, which placed them at higher risk of MI or stroke. In actual clinical practice, such exclusions and discontinuations would not have occurred, resulting in higher relative risks than those demonstrated by APPROVe.

26. The VIGOR study was an earlier RCT, completed in March 2000, which reported a five times greater risk of MI for Vioxx compared to naproxen, as well as an overall risk of more than double for cardiovascular events, including strokes, in a population of rheumatoid arthritis (RA) patients. VIGOR and the later RA studies of Vioxx reported increased risks of hypertension, edema, and congestive heart failure, consistent with the APPROVe study. There was little or no plausible scientific support for the assertion by Merck that the results of the VIGOR study were due to a hypothesized cardioprotective effect of naproxen, and instead the results were due to the toxicity of Vioxx.

27. As explained in the following section of this Report, the proper function of the heart and CV system depend on the condition of the arteries and the absence of clotting that prevents blood flow. It is medically probable that the danger of Vioxx arises from its combination of effects in promoting clots and causing hypertension, which damages and narrows the arteries.

28. All patients who took Vioxx probably were at increased risk of MI and CV events. The evidence shows particularly high risks of Vioxx to patients who were most susceptible to a pro-thrombotic, cardiotoxic drug.

## III. BASIC CARDIOLOGY

### A. Function of the Heart and Blood Vessels

29. The following summary of basic facts and principles relating to the heart and cardiovascular system is largely excerpted from my book, "Diagnosis: Heart Disease," published in 2001, which provides information concerning the normal and abnormal function of the heart, risk and protective factors for heart disease, interventions and recovery from heart disease, as well as treatment and prevention. Such background is essential to understand the multiple ways in which Vioxx causes excess risks to the heart and cardiovascular system.

30. Almost all diagnosed heart disease is really artery disease, where the arteries become narrowed or occluded by atherosclerosis – the formation of plaques on the artery walls. High blood cholesterol is an important contributor to atherosclerosis. Inflammation also plays a key role in the process. Atherosclerosis prevents necessary oxygen, carried by the bloodstream from reaching the heart. A number of secondary events can result, including heart attack, congestive heart failure, stroke and irregular heart rhythms. This arterial clogging is called atherosclerosis. There are a number of known risk factors for atherosclerotic heart disease, which can predict the degree of risk of coronary heart disease (CHD), and there are also methods of protecting against such risks.

31. The heart is a pump that rhythmically contracts and relaxes. It can be compared to a hand-operated water pump. When the handle is depressed, pressure is put on the water and it exits through a spigot. When the handle is raised, a vacuum is created and water is drawn in from the well. The flow of the water forces open a valve,