# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
--oOo—

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MDL No. 1431 |
| | ) | (MJD/ JGL) |
| This Document Relates to Olander v. Bayer | ) | |
| Corporation, et al. Civil No. 03-1086 (MJD/ JGL) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFIED COPY**

DEPOSITION OF

**STEPHEN RASKIN, M.D., F.A.C.C.**

(Pages 1 through 233)

February 2, 2004

REPORTED BY: JOHNNA PIPER, CSR 11268

JOB 1-635

# I N D E X

## INDEX OF EXAMINATIONS


| EXAMINATION BY: | Page |
|---|---|
| Mr. Ismail | 7 |
| | 231 |
| Mr. Florence | 230 |
| Mr. Filipovitch | 231 |


## EXHIBITS MARKED FOR IDENTIFICATION


| Exhibit No. | Description | Page | |
|---|---|---|---|
| 1 | Dr. Raskin's billing summary for the Baycol litigation | 13 | 13:19:02 |
| 2 | Expert witness report of Stephen Raskin, M.D. | 16 | |
| 3 | CV of Stephen Raskin, M.D. | 19 | |
| 4 | List of documents reviewed by Dr. Raskin to prepare his expert report in this case | 89 | 15:25:21 / 15:25:23 |
| 5 | Baycol label dated 9/97 | 99 | 15:40:42 |
| 6 | Baycol package insert dated November 1998 | 102 | 15:47:06 |

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

--oOo--

In re BAYCOL PRODUCTS LITIGATION. )
)Case No. 1431
____________________________________) (MJD/JGL)

--oOo--

BE IT REMEMBERED that, pursuant to notice and on Monday, February 2, 2004, commencing at 1:08 p.m. at Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California, before me, JOHNNA PIPER, a Certified Shorthand Reporter, personally appeared

STEPHEN RASKIN, M.D., F.A.C.C.

______________________________

called as a witness by the Defendant Bayer, who, having been first duly sworn, was examined and testified as follows:

--oOo--

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339, represented by DONALD C. ARBITBLIT, Attorney at Law,

already referenced. 13:43:59

Q. Despite the fact there were no outcome 13:43:59
studies on Baycol, it was reasonable for you to assume 13:44:01
that lowering cholesterol in your patients would have a 13:44:05
positive impact on their mortality? 13:44:08

A. I think I had a reasonable cause to believe 13:44:10
that, yes. 13:44:16

Q. And, of course, Baycol did lower cholesterol 13:44:18
in the majority of the patients treated, correct? 13:44:20

A. In the majority of patients that I treated, 13:44:24
yes, the LDL was lowered. 13:44:27

Q. Did you ever have a case of rhabdomyolysis 13:44:38
in a patient taking Baycol? 13:44:41

A. I did take part in a case, yes. I was 13:44:43
called to see a patient who did have rhabdomyolysis as 13:44:46
a result of taking Baycol. 13:44:52

Q. Let me break that up. In the population of 13:44:52
patients whom you were prescribing the statin, did you 13:44:55
ever have a patient on Baycol develop rhabdomyolysis? 13:44:59

A. I did not. 13:45:03

Q. In the population of patients in whom you 13:45:08
were prescribing Baycol, did you ever have to 13:45:12
discontinue a patient because of your perception of a 13:45:18
Baycol side effect? 13:45:20

A. I do not remember doing so, other than 13:45:22

calling patients and telling them about the recall. 13:45:31
Q. And that was the withdrawal of Baycol from the market in or around August of 2001? 13:45:36 13:45:38
A. Correct. 13:45:40
Q. In the population of patients for whom you were prescribing a statin, did you ever have a case of rhabdomyolysis in a patient taking any other statin? 13:45:43 13:45:45 13:45:48
A. Yes. 13:45:54
Q. On how many occasions? 13:45:55
A. I believe in my particular practice where I was primarily involved in the treatment, once or twice. 13:45:57 13:46:02
Q. Do you recall what statin the patient was taking in this -- 13:46:06 13:46:12
A. I do not. 13:46:12
Q. Do you recall -- can you estimate how long ago this case of rhabdomyolysis occurred? 13:46:13 13:46:16
A. This is in excess of seven, eight years ago. 13:46:18
Q. Correct. Did that patient with rhabdomyolysis taking some other statin fully recover, in your view? 13:46:27 13:46:31 13:46:36
A. I do not remember. I do have one patient who was being treated by another physician who is still -- perhaps three years or so ago still has weakness in her legs. 13:46:37 13:46:42 13:46:47 13:46:55
Q. You indicated in response to a previous 13:46:57

clinical studies, sir. Isn't it the case that the majority of patients who used Baycol postmarketing did not suffer any side effect whatsoever? 14:25:32 14:25:35 14:25:44
MR. ARBITBLIT: Objection. 14:25:47
THE WITNESS: I think the majority did so, yes. 14:25:47 14:25:49
MR. ISMAIL: Q. Was it your experience, sir, that Baycol was less expensive than other drugs in the class? 14:25:50 14:25:57 14:26:03
A. Yes. 14:26:03
Q. It is safe to say there was a class of patients for whom Baycol was an effective and safe drug, correct? 14:26:06 14:26:08 14:26:13
A. There certainly were patients where that was so, yes. 14:26:15 14:26:18
Q. There are certainly patients for whom Baycol had a favorable benefit to risk profile, correct? 14:26:20 14:26:23
MR. ARBITBLIT: Objection. 14:26:27
THE WITNESS: There were patients who did have a good benefit to risk profile. 14:26:28 14:26:32
MR. ISMAIL: Q. Have you ever seen a patient develop a myopathy on one statin, but not develop a myopathy on a different statin? 14:26:36 14:26:39 14:26:49
A. Yes, I have. 14:26:52
Q. Have you ever seen a patient develop a 14:26:53

A. I would agree with that. 14:28:27
Q. You indicated earlier when I asked you questions about switching patients that you had seen patients, plural, who developed a myopathy on Baycol. Earlier when I was asking you questions about rhabdomyolysis in particular, you identified one such Baycol patient. How many other Baycol patients in your clinical experience developed a myopathy from Baycol? 14:28:34 14:28:34 14:28:35 14:28:39 14:28:42 14:28:44 14:28:49
A. In my own clinical experience, given the limited numbers and the time, I do not remember. 14:28:55 14:28:57
Q. Well, was there -- withdrawn. 14:29:03
Earlier I asked you whether you had ever discontinued a patient from Baycol therapy because you suspected a side effect and you indicated you did not recall any such instance. Is that still the case? 14:29:07 14:29:09 14:29:13 14:29:16
A. Correct. 14:29:19
Q. And it would be your practice, sir, to discontinue a statin if you suspected the development of a myopathy, correct? 14:29:22 14:29:25 14:29:29
MR. ARBITBLIT: Objection. 14:29:30
THE WITNESS: Not necessarily the case. We were talking at one point about clinical symptoms such as myalgia and what to do with CK elevations. There are people that can have asymptomatic CPK elevations which are causal to use of statins and sometimes these 14:29:32 14:29:34 14:29:38 14:29:43 14:29:50

Q. Now, when doctors consider which drug in a class of medicine to give a patient, do you consider the entire safety profile of the medicine? 14:31:16 14:31:19 14:31:23
A. Of course. 14:31:27
Q. Do you consider all the potential side effects of the medicine? 14:31:28 14:31:31
A. Yes, I do. 14:31:32
Q. Now, your report talks specifically about rhabdomyolysis and associated myopathy; is that right, sir? 14:31:37 14:31:40 14:31:45
A. Yes, the reason it does so is because of the excessive numbers of deaths that were associated with Baycol. 14:31:46 14:31:47 14:31:50
Q. We'll get to the data you cite in your report later on today, sir, but we can agree that your report discusses myopathy as a specific side effect of Baycol? 14:31:53 14:31:55 14:32:00 14:32:04
A. Yes, sir. 14:32:05
Q. Are you aware of any data that demonstrates, considering all the side effects of statins, that Baycol was more dangerous than the rest of the drugs in the class? 14:32:05 14:32:10 14:32:14 14:32:15
A. Yes, I am aware of data that suggests that Baycol was more dangerous. 14:32:19 14:32:21
Q. Which data are you referring to? 14:32:23

other potential side effects of statins besides myopathy? 14:34:38 14:34:42
A. Yes. 14:34:43
Q. The data to which you are referring collected by Bayer and reported on by Dr. Staffa related solely to rhabdomyolysis, correct? 14:34:44 14:34:48 14:34:51
A. Correct. 14:34:54
Q. Are you aware, sir, of any data considering all the potential side effects of statins, not just rhabdo in isolation, that suggested Baycol was more dangerous than the class of medicine? 14:34:54 14:35:01 14:35:03 14:35:06
MR. ARBITBLIT: Objection. 14:35:09
THE WITNESS: I am not aware of data showing increased hazard risk based on other side effects. 14:35:13 14:35:17
MR. ISMAIL: Q. If the overall rate of spontaneous reports of death in the statin class were similar across the class including Baycol, would you withdraw your criticisms of Baycol, sir? 14:35:23 14:35:26 14:35:32 14:35:38
MR. ARBITBLIT: Objection. 14:35:42
THE WITNESS: If I understood you, you were asking about the overall rate of death? 14:35:43 14:35:44
MR. ISMAIL: Q. Let me ask it this way: You've made reference to Dr. Staffa, correct? 14:35:48 14:35:51
A. Yes. 14:35:54
Q. Now, Dr. Staffa, in her letter, reported on 14:35:55

the reporting rate of spontaneous reports of death from rhabdomyolysis, correct? 14:35:59 14:36:06

A. The rhabdomyolysis-associated death rate, yes. 14:36:12 14:36:15

Q. If the -- withdrawn. 14:36:15

And Dr. Staffa's article dealt with rhabdomyolysis from statins, correct? 14:36:19 14:36:22

A. She looked at the same aggregate data of all the statins and showed significant spikes such that 60 to 80 times increased risk compared to the other statins in the class, yes. 14:36:26 14:36:29 14:36:36 14:36:40

Q. I had a more specific question. 14:36:42

A. Okay. 14:36:43

Q. See if we can agree on this: Dr. Staffa, in her letter, looked at the reporting rate of death from rhabdomyolysis associated with statins? 14:36:43 14:36:47 14:36:50

A. Yes. 14:36:53

Q. She did not look at death from all causes spontaneously reported with statins, correct? 14:36:54 14:36:58

A. Correct. 14:37:03

Q. Have you been shown any data by Plaintiffs' counsel or any other source regarding the overall reporting rate of death in the statin class? 14:37:03 14:37:09 14:37:11

A. Nothing specifically, no, other than much of the background information of, in general, the 14:37:17 14:37:23

reporting rates of death in people reaching different goals have been lower in people on statins compared to those not on statins. 14:37:26 14:37:29 14:37:33

Q. If Baycol's reporting rate of death for all causes was similar to, say, Zocor from the FDA database, would you want to know that fact? 14:37:34 14:37:40 14:37:47

A. I think I would like to know as much as possible. I think I've had opportunity to deal and talk to Bayer folks in the course of the life of Baycol because I've been involved in different advisory committees. I had not been made aware of any concern about what we're talking about, about death rates or rhabdo rates, at all except limited information about the combination therapy. 14:37:51 14:37:53 14:37:58 14:38:04 14:38:06 14:38:12 14:38:18 14:38:20

Q. I had a different question, sir, and I'll read it back to you. If Baycol's reporting rate of death for all causes was similar to, say, Zocor from the FDA database, would you want to know that fact? 14:38:22 14:38:24 14:38:26 14:38:29

MR. ARBITBLIT: Objection. 14:38:33

THE WITNESS: I would like to know all the facts relevant, yes. 14:38:33 14:38:34

MR. ISMAIL: Q. Would that be a relevant fact, sir? 14:38:36 14:38:38

MR. ARBITBLIT: Objection. 14:38:40

THE WITNESS: That would be relevant and it 14:38:40

an HMO database, for example, can be an epidemiological study? 15:11:07 15:11:14
A. It can be. 15:11:15
Q. And there are certain controls in such an analysis where there is a defined patient population, correct? 15:11:15 15:11:18 15:11:24
A. There may be, but that, as you, I think, alluded to, is only one piece of that. 15:11:24 15:11:27
Q. And there can be certain controls as to how events would be recognized as a side effect or not, correct? 15:11:29 15:11:32 15:11:37
A. If it is so specified prospectively, yes. 15:11:38
Q. And then there is the spontaneous adverse event database which is not a defined patient population, correct? 15:11:42 15:11:45 15:11:48
A. It is not prospectively defined, yes. 15:11:51
Q. And there are a multitude of adverse event definitions that the various reporters can be using for the spontaneous event database, correct? 15:11:54 15:11:58 15:12:01
MR. ARBITBLIT: Objection. 15:12:04
THE WITNESS: I think what you are saying crosses across all statins, all drugs. The same inconsistencies can be there, the same, yes. 15:12:06 15:12:08 15:12:14
MR. ISMAIL: Q. We'll talk about whether or not it has to be consistent or not, but would you agree 15:12:19 15:12:22

that in the spontaneous event database, there are no 15:12:23
controls as to the classification of the side effect? 15:12:26
MR. ARBITBLIT: Objection. 15:12:32
THE WITNESS: That is because they are 15:12:34
spontaneous, yes. 15:12:35
MR. ISMAIL: Q. And so in the hierarchy of 15:12:36
reliability, you have at the top clinical trials, then 15:12:42
next you would have epidemiological studies with 15:12:46
controls, and at the bottom, you would have spontaneous 15:12:50
event studies with no controls? 15:12:54
MR. ARBITBLIT: Objection. 15:12:57
THE WITNESS: The controls can be incumbent 15:12:59
in how you do the analysis and it depends on what type 15:13:02
of drug you are talking about and so if we start off 15:13:10
with a real generality, it is a little too vague to 15:13:11
agree with you. 15:13:13
MR. ISMAIL: Q. We'll come back to that, 15:13:16
sir. 15:13:18
A. Okay. 15:13:20
Q. Let me talk to you about drug labeling. Are 15:13:20
you aware, sir, that the FDA regulates prescription 15:13:23
drug labeling in this country? 15:13:27
A. Yes, I am aware of that. I'm also aware 15:13:31
that the label can be changed without the FDA. 15:13:34
Q. Are you aware that the initial label of a 15:13:39

withdrawn from the market. 15:51:38
Q. Certainly that was not the case in November 15:51:39
of 1998? 15:51:41
A. Correct. 15:51:43
Q. Do you have any expertise to opine as to 15:51:45
whether or not the FDA would have approved a change to 15:51:49
the Baycol label to list the number of spontaneous 15:51:53
events of rhabdomyolysis? 15:51:57
A. No, I don't have any particular knowledge of 15:52:00
that. 15:52:03
Q. Other than the seven cases of rhabdomyolysis 15:52:04
that had been reported postmarketing, do you have any 15:52:07
other criticism of Exhibit 6? 15:52:10
A. No. 15:52:14
Q. Other than the alleged omission of patient 15:52:14
1301 in the initial label, do you have any criticisms 15:52:20
of that label? 15:52:24
A. No. 15:52:25
Q. By the way, sir, do you, looking back at 15:52:29
what Bayer and the FDA knew at the time, have an 15:52:32
opinion whether or not Baycol should have been approved 15:52:37
originally in June of 1997? 15:52:42
MR. ARBITBLIT: Objection. 15:52:45
THE WITNESS: Yes. 15:52:53
MR. ISMAIL: Q. And what is that? 15:52:53

A. I feel there was nothing not to approve it, no evidence not to approve the drug based on what I've read. 15:52:54 15:52:56 15:52:59

Q. So you agree with the FDA's determination that Baycol was safe and effective back in June of '97, correct? 15:52:59 15:53:03 15:53:08

A. Correct. 15:53:09

Q. And fast forwarding to November of '98, do you have any reason to disagree with the FDA's assessment that Baycol was safe and effective? 15:53:12 15:53:20 15:53:22

A. With the caveat that I believe physicians should have been told in some mechanism that there was a spike. 15:53:29 15:53:32 15:53:36

Q. How do you measure a spike, sir? 15:53:39

A. I would look at the fact that the drug was new and I wasn't in that position to know the numbers of prescriptions and compare that with launch of other drugs, but it certainly -- and, again, this is in hindsight with me reviewing this data retrospectively -- that this was a -- this was a significant number of cases of rhabdo over a short period of time, given the very rare occurrence within the statin market of rhabdo. 15:53:46 15:53:48 15:53:53 15:53:57 15:54:02 15:54:07 15:54:21 15:54:21 15:54:25

Q. Is it fair to say, sir, you do not know the number of spontaneously reported cases of 15:54:26 15:54:29

which shows an unacceptable risk of muscle toxicity? 16:05:01

A. I have not seen any specific clinical 16:05:09
studies. The reporting rates on the statins aggregate 16:05:11
the doses and I can't give a specific answer about just 16:05:17
0.3 in isolation. 16:05:21

Q. Have you ever published an article, Dr. 16:05:33
Raskin, in which you make comparative statements 16:05:35
between two drugs using spontaneous adverse event data? 16:05:38

A. No, sir. 16:05:43

Q. Have you done any research in which you make 16:05:44
comparative statements between two drugs using 16:05:47
spontaneous adverse event data? 16:05:51

A. No, I haven't. 16:05:53

Q. Has anyone ever asked you to undertake an 16:05:54
investigation into the comparative safety of two drugs 16:05:57
using spontaneous adverse event data? 16:06:02

A. Only for the purposes here to review this 16:06:08
data. No, I haven't done a study. 16:06:10

Q. Prior to being retained as an expert in the 16:06:13
Baycol litigation, isn't it true that no one had asked 16:06:16
you to make an investigation comparing the safety of 16:06:19
two drugs using spontaneous adverse event data? 16:06:24

A. Nobody has asked me to do that kind of 16:06:29
analysis. I make my own analyses when I'm looking at 16:06:35
drugs and side effects. I like to have as much data as 16:06:38

have you ever, in any context, compared the safety of two drugs using only spontaneous adverse event data? 16:08:21 16:08:26

A. The only case is in the cardiac arrhythmia suppression trial, which, in that trial, compared drugs of similar design to decrease certain types of cardiac arrhythmias and as a result of that trial, I was able to make decisions about certain drugs within a class, but, again, specifically with FDA Medwatch or similar comparatives, I haven't done that before. 16:08:32 16:08:37 16:08:42 16:08:53 16:09:05 16:09:20 16:09:20

Q. Okay. The one instance that you just described related to a clinical trial, correct? 16:09:20 16:09:23

A. Yes. 16:09:27

Q. Where there are controls inherent to the clinical trial? Okay. Let me ask my question again. Prior to being retained as an expert in the Baycol litigation, have you ever, in any context, compared the safety of two drugs using only spontaneous adverse event data? 16:09:28 16:09:33 16:09:38 16:09:41 16:09:45 16:09:50

A. No. 16:09:51

Q. Now, you've described spontaneous adverse event data as being the Medwatch System? 16:09:58 16:10:00

A. I think that is a more recent terminology, a mechanism to -- for physicians to report or health professionals to report spontaneous events -- 16:10:04 16:10:11 16:10:15

Q. Okay. 16:10:18

Q. Have you ever made a spontaneous report, sir? 16:11:16 16:11:17
A. I have not. 16:11:18
Q. Have you ever seen a Medwatch form? 16:11:19
A. Yes, I have. 16:11:21
Q. Are you aware that the Medwatch form contains a disclaimer that by making the report, the physician is not assessing causation between the drug and the side effect? 16:11:22 16:11:25 16:11:34 16:11:38
A. That is right. 16:11:39
Q. It is your understanding that all voluntary reports -- withdrawn. 16:11:39 16:11:44
It is your understanding that anyone can make a voluntary report of a side effect, whether or not they have assessed causation, correct? 16:11:49 16:11:51 16:11:55
A. Correct. 16:11:58
Q. Just so I'm clear, you've been the prescribing physician of a statin-induced side effect, correct? 16:12:08 16:12:10 16:12:17
A. In my duration of -- yes. 16:12:22
Q. And, in particular, you have been the prescribing physician in which a statin other than Baycol has caused rhabdo? 16:12:24 16:12:26 16:12:32
A. Correct. 16:12:35
Q. And you have not reported that case to the 16:12:35

FDA system, correct? 16:12:37
A. Correct. 16:12:40
Q. Why did you not report the case of rhabdomyolysis that you personally were involved with for a drug other than Baycol? 16:12:42 16:12:46 16:12:49
A. In part, this was not my patient and I came on to this case to see this patient post event and when this occurred, it was a -- there's no good reason why I didn't other than I haven't and I should have and I do so now with other drugs. I've been much more encouraged to do that just subsequent to what -- the importance that I place on the -- this whole system. 16:12:52 16:12:56 16:13:06 16:13:26 16:13:31 16:13:35 16:13:40
Q. When is the first time you yourself made a voluntary report of -- withdrawn. 16:13:43 16:13:46
When is the first time you made a Medwatch report of a drug side effect? 16:13:51 16:13:54
A. I have not because I found a -- there was a case that I was going to make a report on and on further review, it appeared that there was an alternative mechanism and I did not. 16:14:02 16:14:04 16:14:08 16:14:11
Q. I'm confused, then, by an answer you gave a moment ago. You said, "There's no good reason that I didn't other than I haven't and I should have and I do so now with other drugs." 16:14:14 16:14:17 16:14:20 16:14:24
A. I do have much more respect for the system 16:14:27

A. Sure; yeah. 16:20:57
MR. ISMAIL: Okay. 16:20:59
THE VIDEOGRAPHER: Going off the record. 16:20:59
The time on the monitor is 4:19. 16:21:00
(Recess taken.)
THE VIDEOGRAPHER: Coming back on the 16:32:58
record. The time on the monitor is 4:32. Please 16:33:09
begin. 16:33:13
MR. ISMAIL: Q. Dr. Raskin, did you speak 16:33:13
with Plaintiffs' counsel about your opinions or 16:33:16
testimony at the break? 16:33:19
A. I did not. 16:33:20
Q. Sir, prior to the break, we were talking 16:33:22
about the FDA's spontaneous adverse event database. 16:33:24
A. Yes. 16:33:27
Q. Is it your understanding that the FDA 16:33:28
maintains a database of all spontaneous reports of 16:33:31
adverse events? 16:33:33
A. Yes, it is. 16:33:34
Q. From that database, one cannot determine 16:33:39
actual incident rates of an adverse event, correct? 16:33:42
A. Not in so many words, but a surrogate is 16:33:48
reporting rates which in a -- we are talking about 16:33:52
adverse event rates now that are very low in 16:33:58
prevalence, very low frequency, then that becomes the 16:34:02

best data, the reporting rates which can be a surrogate for incidence rates. 16:34:06 16:34:10

Q. I would like to explain to the jury the difference between incidence rates and reporting rates. Would you agree that an incident rate is how often a side effect actually occurs in the population? 16:34:14 16:34:16 16:34:22 16:34:23

A. You need a denominator there. It is more than the number occurring. It is a period of time, usually a year. 16:34:28 16:34:32 16:34:36

Q. An incident rate is how often the side effect actually occurred in a given population for a specific period of time? 16:34:37 16:34:39 16:34:44

A. Correct. 16:34:45

Q. Now, a reporting rate only measures the rate of voluntary reports for a period of time? 16:34:45 16:34:53

A. Or an estimate or surrogate of a period of time such as number of prescriptions. 16:34:54 16:34:57

Q. Okay. So you actually have to estimate your patient population, correct? 16:34:59 16:35:03

A. Correct. 16:35:04

Q. And you are not calculating how often the side effect actually occurs. You are just calculating how often the side effect was voluntarily reported, correct? 16:35:05 16:35:09 16:35:13 16:35:15

A. Correct. 16:35:16

Q. Would you agree that the adverse event database is subject to potential statistical biases? 16:35:18 16:35:21
A. Yes, across the entirety of the database. 16:35:31
Q. Would you agree it is an uncontrolled set of data? 16:35:35 16:35:39
MR. ARBITBLIT: Objection. 16:35:41
THE WITNESS: Only controlled in some fashions. Controlled -- and, again, if we're using this database so it can be controlled for like drugs, for instance, it can be controlled for certain periods of time that you want to do this analysis and it can be controlled for the specificity of the adverse event we're talking about. 16:35:43 16:35:44 16:35:52 16:35:57 16:36:00 16:36:05 16:36:10
MR. ISMAIL: Q. How do you control for the specificity of the adverse event? 16:36:12 16:36:14
A. Given the problems we just suggested are there with spontaneous event -- spontaneous adverse event reporting, with that as a given, what we're doing is we're looking at a universe of rhabdo reporting, for instance, and there are inconsistencies in that given because it is spontaneous. Many physicians don't report, different people reporting, but that noise is constant throughout a comparison of like drugs. 16:36:19 16:36:22 16:36:26 16:36:32 16:36:40 16:36:44 16:36:47 16:36:53
Q. How do you know -- withdrawn. 16:37:00
What is your support for the notion that the 16:37:03

noise or biases inherent in spontaneous adverse event data is constant across a class of drugs? 16:37:08 16:37:14

A. Given the fact that even in controlled trials, there are always extraneous noises out there, that throughout the same noise would be there comparing drug A with drug B despite attempting to control for sex or age, so when we talk about noise, we're talking about the environmental noise out there and in this more specific case with adverse event reporting, the vagaries in reporting are constant for Cerivastatin, or Lipitor, or Pravachol, or Fluvastatin, and that is an attempt at answering your question. 16:37:23 16:37:26 16:37:34 16:37:40 16:37:48 16:37:52 16:37:57 16:38:02 16:38:06 16:38:11

Q. How do you know that the vagaries of reporting is constant across the statin class? 16:38:14 16:38:18

A. There is no rational way to say that this spontaneous reporting would be different for any other drug. 16:38:25 16:38:30 16:38:34

Q. Is that your only basis for opining that the vagaries of reporting is constant across the class? 16:38:37 16:38:41

A. In addition, with the addition that you are doing this with certain extraneous things controlled for. 16:38:51 16:38:54 16:39:00

Q. Such as? 16:39:00

A. Such as if we're talking about drugs that are new on the market within a period of, let's say, 16:39:01 16:39:05

for example, six months, then it becomes a reasonable way to say new drug overreporting can be reduced. New drug bias can be reduced by comparing within your variable comparables a certain time period. 16:39:08 16:39:15 16:39:26 16:39:33

Q. You would agree that there are many potential biases that affect the reporting rate of adverse events, correct? 16:39:45 16:39:46 16:39:49

A. Correct. 16:39:51

Q. What investigation have you made into how these biases affect the reporting rate of adverse events in the statin class? 16:39:57 16:40:03 16:40:07

A. I have reviewed Dr. Brian Straum's expert report. I've reviewed Dr. Farquhar's responses in this specific -- in a more specific question of the issue of adverse event reporting rates. 16:40:12 16:40:18 16:40:29 16:40:33

Q. You -- 16:40:38

A. Go ahead. I'm sorry. 16:40:40

Q. I want you to complete your answer, if you had more to say. 16:40:41 16:40:43

A. That is all. 16:40:47

Q. So the only investigation you made into how potential biases affect the reporting rate of adverse events for statins is to review the reports of Dr. Farquhar and Dr. Straum, correct? 16:40:47 16:40:51 16:40:56 16:41:00

A. That is correct. 16:41:02

Q. You obtained Dr. Farquhar's report after you submitted your report, correct? 16:41:03 16:41:06

A. Correct. 16:41:08

Q. You obtained Dr. Straum's report after you submitted your report? 16:41:08 16:41:11

A. Correct. 16:41:13

Q. Therefore, you submitted your report in this case without any investigation into the potential biases that could affect the reporting rate of adverse events in the statin class, correct? 16:41:15 16:41:18 16:41:21 16:41:26

A. Correct. That is because the data is so significantly in evidence of the increased rates of rhabdo with Ceriva; that all of these vagaries are there within the system itself. We know that. I have previously been aware of the adverse event reporting rate. I've been aware of issues of drug side effects and concerns voiced by others. 16:41:29 16:41:34 16:41:46 16:41:49 16:41:58 16:41:59 16:42:03

Q. What articles did you consult regarding the potential biases in adverse event reporting data? 16:42:11 16:42:12

A. I know of articles. I have not reviewed the entirety of these articles that talk to the validity of using this system to opine on significance or surrogates of causality. Again, in Dr. Farquhar's expert review, he noted several journal articles. He also commented on Dr. Straum's textbook in 16:42:20 16:42:26 16:42:31 16:42:37 16:42:46 16:42:52

a minute. 18:06:28
THE VIDEOGRAPHER: Going off the record. 18:06:28
The time on the monitor is 6:05. 18:06:28
(Recess taken.)
THE VIDEOGRAPHER: Coming back on the 18:22:43
record. The time on the monitor is 6:21. Please 18:22:51
begin. 18:22:54
MR. ISMAIL: Q. Dr. Raskin? 18:22:56
A. Yes. 18:22:57
Q. Before the break, we were talking about 18:22:58
adverse event data that you relied upon for your 18:23:00
opinions. Is it the case, sir, that all such analyses 18:23:04
of comparative adverse event data related only to 18:23:09
rhabdomyolysis? 18:23:14
A. In terms of my opinions here, it relates to 18:23:16
the rhabdomyolysis and I believe myopathy figures into 18:23:22
this in the totality of my opinions, but I think 18:23:28
specifically here, my concern with the comparative data 18:23:38
was the rhabdo cases, yes. 18:23:43
Q. I think you described earlier that Dr. 18:23:46
Phillips has advanced a hypothesis of a muscle injury 18:23:50
from statins that is not associated with an increase in 18:23:53
CK. 18:23:58
A. Correct. 18:23:59
Q. Have you seen any data comparing the 18:24:02

MR. ISMAIL: Q. They have? 19:04:40
A. I believe I have slides that have been furnished by Merck. I typically do not use the manufacturer's slide set, but use the data and create my own slides. 19:04:42 19:04:47 19:04:51 19:04:56
Q. Let me make sure my question was clear. Merck has provided you slides comparing this rate of spontaneous adverse event myopathies comparing Zocor to the rest of the class? 19:04:58 19:05:01 19:05:05 19:05:09
A. I stand corrected, no. 19:05:11
Q. Has Merck -- 19:05:13
A. Just other information about relative risks. 19:05:15
Q. For example, clinical trials? 19:05:19
A. And there may be comparisons within clinical trials, yes. 19:05:22 19:05:27
Q. Has Merck given you data comparing the relative rate of spontaneous adverse event of liver toxicity between Zocor and the other statins? 19:05:29 19:05:31 19:05:37
A. No. 19:05:39
Q. Do you recall, sir, where Zocor ranked in Dr. Staffa's table of fatal reports of rhabdomyolysis? 19:05:42 19:05:46
A. Not offhand. 19:05:52
Q. What difference in reporting rates, what magnitude of difference, sir, is significant enough for you as a clinician to want to know of it? 19:06:05 19:06:07 19:06:13