# INVOLVED COUNSEL LIST (CTO-72)
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

William B. Carter
Bourdeaux & Jones
P.O. Box 2009
Meridian, MS 39302-2009

Tomie T. Green
Walker & Walker
P.O. Box 22849
Jackson, MS 39225-2849

Stuart B. Harmon
Page, Kruger & Holland, P.A.
P.O. Box 1163
Jackson, MS 39215-1163

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Stephen P. Kruger
Page, Kruger & Holland, P.A.
P.O. Box 1163
Jackson, MS 39215-1163

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Fred T. Magaziner
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Leonard McClellan
Lee & Associates
2311 West Capitol Street
Jackson, MS 39209

Carolyn Alleen McLain
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Alfonso Nuzzo
Markow, Walker & Reeves, PA
P.O. Box 13669
Jackson, MS 39236-3669

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

SCANNED
AUG 29 2006
US DISTRICT COURT MPLS