UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| ALL CASES | |

# NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that as of September 4, 2006, the name of the law firm DLA Piper Rudnick Gray Cary US LLP, counsel for Defendants BAYER CORPORATION, has changed to DLA Piper US LLP. All future correspondence should be addressed as follows:

DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Dated: September 18, 2006

**DLA PIPER US LLP**

By [signature]
JULIE L. HUSSEY
Attorneys for Defendant Bayer Corporation

Of Counsel:

Douglas R. Marvin
**Williams & Connolly LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Philip S. Beck
Adam Hoeflich
**Bartlit Beck Herman Palenchar & Scott LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
James W. Mizgala
**Sidley Austin LLP**
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
**Sidley Austin LLP**
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (#101540)
**Dorsey & Whitney LLP**
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
**Eckert Seamens Cherin & Mellott LLC**
USX Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

## CERTIFICATE OF SERVICE

Copies of the foregoing were sent on this 18TH day of September 2006 via electronic mail and U.S mail postage prepaid to:

Elizabeth J. Cabraser
Matthew S. Da Vega
Lieff Cabraser Heimann & Bernstein LLP
275 Battery St Ste 3000
San Francisco CA 94111-3339
(415) 956-1000
(415) 956-1008
mdavega@lchb.com
ecabraser@lchb.com
***Counsel for Plaintiff***

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein LLP
780 Third Ave 48th Flr
New York NY 10017-2024
212-355-9500
212-355-9592 (fax)
wfleishman@lchb.com
***Counsel for Plaintiff***

Thomas D. Haklar
Donald Hildre
Dougherty Hildre & Haklar
2550 5th Ave Ste 600
San Diego CA 92103
619-232-9131
haklar@aol.com
dhildre@dhdhlaw.com
***Counsel for Plaintiff***

Melissa A. Prickett
Mathew Munsen
Beasley Allen Crow Methvin Portis & Miles
218 Commerce St
P.O. Box 4160
Montgomery AL 36103-4160
(334) 269-2343
(334) 954-7555 (fax)
melissa.prickett@beasleyallen.com
***Counsel for Plaintiffs***

Deanna D. Dailey (via email only)
Shawn M. Raiter (via U.S. Mail only)
Nicole R. Miller
Bryan M. Barber
Larson King LLP
2800 Wells Fargo Place
30 E Seventh St
St Paul MN 55101
(651) 312-6577
(651) 312-6615 (fax)
ddailey@larson.king.com
nmiller@larsonking.com
bbarber@larsonking.com
***Liaison Counsel for Plaintiffs***

James T. Capretz
Anton D. Jensen
Don K. Ledgard
Diane M. Turk
Paula E. Ward
Barbara A. Bryan
Capretz & Associates
5000 Birch St Ste 2500
Newport Beach CA 92660
949-724-3000
jcapretz@capretz.com
bbryan@capretz.com
dledgard@capretz.com
dturk@capretz.com
pward@capretz.com
***Counsel for Plaintiffs***

R. Alexander Saveri
Guido Saveri
Cadio Zirpoli
Saveri & Saveri
111 Pine St Ste 1700
San Francisco CA 94111
(415) 217-6810
rick@saveri.com
guido@saveri.com
zirpoli@saveri.com
***Counsel for Plaintiffs***

Timothy R Balducci
Langston Law Firm PA
PO Box 787
Booneville MS 38829
662-728-3138
tbalducci@langstonlaw.com
***Counsel for Plaintiffs***

Richard J Arsenault
Neblett Beard & Arsenault
2220 Bonaventure Ct
Alexandria LA 71301
318-487-9874
rarsenault@nbalawfirm.com
***Liaison Counsel for Plaintiffs***

Yvonne M Flaherty
Robert K Shelquist
Richard A Lockridge
Lockridge Grindal Nauen PLLP
100 Washington Ave S Ste 2200
Minneapolis MN 55401-2179
612-339-6900
flaheym@locklaw.com
rshelquist@locklaw.com
leroykj@locklaw.com
***Liaison Counsel for Plaintiffs***

Ronald S Goldser
Charles S Zimmerman
Robert R Hopper
Zimmerman Reed PLLP
651 Nicollet Mall Ste 501
Minneapolis MN 55402-4123
612-341-0400
tmo@zimmreed.com
***Liaison Counsel for Plaintiffs***

Fred T. Magaziner
Halimah D. DeLaine
Alison T Conn
Aline Fairweather
Hope S Freiwald
Kirstin J Miller
Dechert LLP
2929 Arch St
Philadelphia PA 19104-2808
(215) 994-4000
(215) 994-2222 (fax)
fred.magaziner@dechert.com
halimah.delaine@dechert.com
alison.conn@dechert.com
aline.fairweather@dechert.com
hope.freiwalk@dechert.com
kirstin.miller@dechert.com
***Lead/Liaison Counsel for Defendant GlaxoSmithKline and Smithkline Beecham Corporation***

Thomas M. Moore
Mario Horwitz
Drinker Biddle & Reath
333 Grand Ave 17th Flr
Los Angeles CA 90071-1504
(213) 253-2300
(213) 253-2301 (fax)
thomas.moore@dbr.com
mario.horwitz@dbr.com
***Local Counsel for Defendant GlaxoSmithKline and Smithkline Beecham Corporation***

Tracy J. Van Steenburgh
Scott A. Smith
Halleland Lewis Nilan Sipkins & Johnson PA
220 S Sixth St Ste 600
Minneapolis MN 55402-4501
612-338-1838
612-338-7858 (fax)
tvansteenburgh@halleland.com
ssmith@halleland.com
***Local Counsel for Defendants GlaxoSmithKline and Smithkline Beecham Corporation***

Alfonso Nuzzo
Markow Walker & Reeves
PO Box 13669
Jackson MS 39236-3669
601-853-1911
anuzzo@markowwalker.com
***Lead Counsel for Defendant Fletcher Shrock M.D.***

Eloy Rodriguez