UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**O R D E R**

The above-entitled matter is before the Court pursuant to Pretrial Order No. 149 § I.B.1.b., incorporating PTO 114 § IV-VI, regarding Plaintiffs who have not submitted the required Supplemental Discovery.

PTO 149 governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 149 § I.B.1.a., Plaintiffs with District of Minnesota case numbers 03-3744 to 04-0413 were required to serve upon Defendants completed Supplemental Discovery Disclosures by August 30, 2006. PTO 149 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose Supplemental Discovery Disclosure is still delinquent within 30 days of this deadline, and further warns that the Court will dismiss such cases with prejudice. See PTO 114 § VI.

Pursuant to PTO 114, the parties have submitted a list of Plaintiffs who have not complied with their Supplemental Discovery obligation as of October 10, 2006. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with

SCANNED
OCT 18 2006
U.S. DISTRICT COURT MPLS

prejudice the cases of any Plaintiffs listed on Exhibit A from whom defendants have not received the required discovery within ten days from the date of this Order.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on the attached list from whom Defendants have not received the required discovery within ten days from the date of this Order, in accordance with Part VI of PTO 114. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: OCT 18 2006

Michael J. Davis

Michael J. Davis
United States District Court