**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**PTO-149 Delinquency List for Plaintiffs due 08/30/2006** **as of October 10, 2006**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Risher, Harry R. | 03-6027 | Gilbert T. Adams, Esq.<br>Gilbert T. Adams, PC<br>1855 Calder Avenue at Third<br>P.O. Drawer 3688<br>Beaumont, TX 77704<br>(409) 835-3000<br>(409) 832-6162 (fax) |
| 2. | Whitmire, Patsy A. | 03-6030 | |
| 3. | McKee, John G. | 03-6031 | |
| 4. | Poole, Velma B. | 03-6031 | |
| 5. | Abate, Joseph R. | 03-6032 | |
| 6. | Davenport, Larry C. | 03-6032 | |
| 7. | Davenport, Sylvia C. | 03-6032 | |
| 8. | Huffman, Robbie | 04-0257 | |
| 9. | Williams, Hubert | 04-0258 | |
| 10. | Smith, Thomas | 04-0259 | |
| 11. | Feagin, Fred | 03-4638 | Justin G. Witkin, Esq.<br>Aylstock Witkin Sasser PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>(850) 916-7450<br>(850) 916-7449 (fax) |
| 12. | Cdebaca, Louie | 03-4640 | |
| 13. | Avant, Brenda | 03-4930 | Frank Woodson, Esq.<br>Melissa A. Prickett, Esq.<br>Beasley Allen Crow Methvin Portis & Miles PC<br>218 Commerce Street<br>Montgomery, AL 36104<br>(334) 269-2343<br>(334) 954-7555 (fax) |
| 14. | Brockington, Cedora | 03-4930 | |
| 15. | Baker, Bennie | 03-4931 | |
| 16. | Dowling, Alice | 03-4931 | |
| 17. | Andrews, Annie | 03-4932 | |
| 18. | Scott, Dorothy | 03-4932 | |
| 19. | Shepherd, Michael | 03-4932 | |
| 20. | Burks, Carrie | 03-4934 | |
| 21. | Hicks, Junior | 03-4935 | |
| 22. | Govan, Norma | 03-4936 | |
| 23. | Bennett, Dorothy | 03-4938 | |
| 24. | Clark, Cleo | 03-4938 | |
| 25. | Thornton, Robbie | 03-4939 | |
| 26. | Womack, Willie | 03-4939 | |
| 27. | Womack, Willer | 03-4940 | |
| 28. | Roten, Sally | 03-4941 | |
| 29. | Wheeler, Clarence | 03-4941 | |
| 30. | Anglin, Maney | 03-4942 | |
| 31. | Berry, Flent | 03-4943 | |
| 32. | Jenkins, George | 03-4943 | |
| 33. | McCary, Helen | 03-4943 | |
| 34. | Austin, Gerry | 03-6415 | |
| 35. | Baker, David | 03-6415 | |
| 36. | Barnes, Willis T. | 03-6415 | |
| 37. | Bennett, Danny Ray | 03-6415 | |
| 38. | Bennett, Faye | 03-6415 | |
| 39. | Blackwell, William | 03-6415 | |
| 40. | Brewer, Martha | 03-6415 | |
| 41. | Britt, Diane | 03-6415 | |
| 42. | Brown, Horace | 03-6415 | |
| 43. | Bruner, Robert | 03-6415 | |

SCANNED
OCT 1 8 2006
U.S. DISTRICT COURT MPLS

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 44. | Bullock, Betty | 03-6415 | |
| 45. | Calomese, Mary | 03-6415 | |
| 46. | Calton, Beverly | 03-6415 | |
| 47. | Cannon, Zettala | 03-6415 | |
| 48. | Carney, Bobby C. | 03-6415 | |
| 49. | Carson, Mike | 03-6415 | |
| 50. | Carter, Charles | 03-6415 | |
| 51. | Carter, Dorothy | 03-6415 | |
| 52. | Cartwright, Marcia | 03-6415 | |
| 53. | Christian, Jerry | 03-6415 | |
| 54. | Coffey, Joan Dellinger | 03-6415 | |
| 55. | Cole, Ronnie | 03-6415 | |
| 56. | Crabb, Effie | 03-6415 | |
| 57. | Curry, David | 03-6415 | |
| 58. | Dawkins, Wiley | 03-6415 | |
| 59. | Dean, Mable M. | 03-6415 | |
| 60. | Dillinghan, Vadie | 03-6415 | |
| 61. | Dilworth, Vivian | 03-6415 | |
| 62. | Dodds, Ora Deal | 03-6415 | |
| 63. | Donley, Robert | 03-6415 | |
| 64. | Duncan, Loey | 03-6415 | |
| 65. | Dyson, Billy | 03-6415 | |
| 66. | Edgeston, Bobby | 03-6415 | |
| 67. | Ellington, David | 03-6415 | |
| 68. | England, Trent | 03-6415 | |
| 69. | Evans, Lula Mae | 03-6415 | |
| 70. | Floyd, James E. | 03-6415 | |
| 71. | Fowler, Ray | 03-6415 | |
| 72. | Fryar, Rachel | 03-6415 | |
| 73. | Gaines, George | 03-6415 | |
| 74. | Garner, Ramona | 03-6415 | |
| 75. | Gruley, Hursel | 03-6415 | |
| 76. | Hall, Billy | 03-6415 | |
| 77. | Hall, Mary E. | 03-6415 | |
| 78. | Ham, Donald | 03-6415 | |
| 79. | Harkey, Charles | 03-6415 | |
| 80. | Harris, Dottie | 03-6415 | |
| 81. | Harris, Virginia | 03-6415 | |
| 82. | Hayes, Nora | 03-6415 | |
| 83. | Henderson, Patsy | 03-6415 | |
| 84. | Holley, Billy F. | 03-6415 | |
| 85. | Howell, Stan | 03-6415 | |
| 86. | Ivey, Troy | 03-6415 | |
| 87. | Jackson, John | 03-6415 | |
| 88. | Jackson, Joyce | 03-6415 | |
| 89. | Jacobs, Helen | 03-6415 | |
| 90. | Jefferies, Jimmy | 03-6415 | |
| 91. | Jefferson, Ella | 03-6415 | |
| 92. | Johnson, Carol | 03-6415 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 93. | Jones, George E. | 03-6415 | |
| 94. | Jones, Irene | 03-6415 | |
| 95. | Jones, John | 03-6415 | |
| 96. | Jones, Willie Mae | 03-6415 | |
| 97. | Landers, Donna | 03-6415 | |
| 98. | Lee, Jeff | 03-6415 | |
| 99. | Lokey, Janet S. | 03-6415 | |
| 100. | Long, Georgia Ann | 03-6415 | |
| 101. | Lott, Jane | 03-6415 | |
| 102. | Manesses, Lila | 03-6415 | |
| 103. | Marlar, Leroy | 03-6415 | |
| 104. | Matthews, Everlena | 03-6415 | |
| 105. | McBride, J.F. | 03-6415 | |
| 106. | McGee, Sarah | 03-6415 | |
| 107. | McVey, Eveline R. | 03-6415 | |
| 108. | Miller, Odis | 03-6415 | |
| 109. | Miller, Robert | 03-6415 | |
| 110. | Morris, Linda D. | 03-6415 | |
| 111. | Neal, Mary | 03-6415 | |
| 112. | Nelson, Omer C. | 03-6415 | |
| 113. | Osborn, Bernice | 03-6415 | |
| 114. | Pace, Emmogene | 03-6415 | |
| 115. | Pannell, Brenda | 03-6415 | |
| 116. | Parker, Geneva | 03-6415 | |
| 117. | Parker, Kate | 03-6415 | |
| 118. | Patterson, Kenneth | 03-6415 | |
| 119. | Perryman, Randolph | 03-6415 | |
| 120. | Potts, Thomas Gary | 03-6415 | |
| 121. | Pounds, James E. | 03-6415 | |
| 122. | Pounds, Wanda | 03-6415 | |
| 123. | Prentiss, Lylia | 03-6415 | |
| 124. | Price, Charles | 03-6415 | |
| 125. | Price, Thomas | 03-6415 | |
| 126. | Pruett, Mary | 03-6415 | |
| 127. | Rainey, Laverne | 03-6415 | |
| 128. | Ray, Russell Wayne | 03-6415 | |
| 129. | Reynolds, Willie C. | 03-6415 | |
| 130. | Roberts, Sara | 03-6415 | |
| 131. | Rogers, Roy | 03-6415 | |
| 132. | Ross, Don | 03-6415 | |
| 133. | Rowland, Linda | 03-6415 | |
| 134. | Rowsey, Diane | 03-6415 | |
| 135. | Sanders, Sheila | 03-6415 | |
| 136. | Scarantino, James | 03-6415 | |
| 137. | Shirley, Bryan | 03-6415 | |
| 138. | Simmons, Marcus | 03-6415 | |
| 139. | Smith, Dennis | 03-6415 | |
| 140. | Smith, Myrl | 03-6415 | |
| 141. | Smith, Shauna | 03-6415 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 142. | Southward, Gwendolyn | 03-6415 | |
| 143. | Spencer, Willie | 03-6415 | |
| 144. | Terry, Willie | 03-6415 | |
| 145. | Thacker, Janet | 03-6415 | |
| 146. | Thomas, Dorothy | 03-6415 | |
| 147. | Thompson, Bevery | 03-6415 | |
| 148. | Thornton, Robert | 03-6415 | |
| 149. | Tinsley, Madie | 03-6415 | |
| 150. | Tory, JoeAnne | 03-6415 | |
| 151. | Traylor, Theodore | 03-6415 | |
| 152. | Trussell, Jimmy | 03-6415 | |
| 153. | Turelove, Ruth | 03-6415 | |
| 154. | Wagner, Lola F. | 03-6415 | |
| 155. | Watkins, Billie | 03-6415 | |
| 156. | Watts, Julia | 03-6415 | |
| 157. | Webster, Brenda | 03-6415 | |
| 158. | White, Mamie | 03-6415 | |
| 159. | White, William H. | 03-6415 | |
| 160. | Whitten, William | 03-6415 | |
| 161. | Wilbanks, William J. | 03-6415 | |
| 162. | Wilson, Michael | 03-6415 | |
| 163. | Wold, Richard | 03-6415 | |
| 164. | Woodruff, Jackie | 03-6415 | |
| 165. | Wright, Janet | 03-6415 | |
| 166. | Yancy, Gerald | 03-6415 | |
| 167. | Kildare, Terry Lee | 03-5103 | Ronald R. Benjamin, Esq.<br>Office of Ronald R. Benjamin<br>P.O. Box 607<br>Binghamton, NY 13902<br>(607) 772-1442<br>(607) 772-1678 (fax) |
| 168. | Kennedy, Paul | 03-4661 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br>(505) 243-3500<br>(505) 243-3534 (fax) |
| 169. | Lester, Charles | 03-4661 | |
| 170. | Powell, Williard | 03-4661 | |
| 171. | Crume, Ronald | 03-4662 | |
| 172. | Anderson, Loring | 03-4663 | |
| 173. | Ciotola, Kathleen | 03-4663 | |
| 174. | McKinley, Beverly | 03-4664 | |
| 175. | Newman, Phyllis | 03-4664 | |
| 176. | Smith, Allene | 03-4664 | |
| 177. | Blair, Deborah | 03-4665 | |
| 178. | Wade, Celestine | 03-4666 | |
| 179. | Bonner, Robert | 03-4667 | |
| 180. | Ellingson, Herbert | 03-4667 | |
| 181. | Keller, James | 03-4667 | |
| 182. | Hobbs, Andrew | 03-4669 | |
| 183. | Franklin, Gary | 03-4670 | |
| 184. | Gonzalez, David | 03-4671 | |
| 185. | Schultze, George | 03-4671 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 186. | Stilwell, Ralph | 03-4671 | |
| 187. | Sapp, Lilburn Bradley | 03-4673 | |
| 188. | Bernard, Patricia | 03-4675 | |
| 189. | Deshazo, Joanne | 03-4675 | |
| 190. | Lacroix, Gail | 03-4675 | |
| 191. | Roberson, George | 03-4683 | |
| 192. | Robinson, Eugene | 03-4683 | |
| 193. | Watson, Calvin | 03-4683 | |
| 194. | Langston, Carolyn | 03-4686 | |
| 195. | Lilly, Brenda | 03-4686 | |
| 196. | Mincey, Linda | 03-4686 | |
| 197. | Mydell, Carolyn | 03-4686 | |
| 198. | Posley, Lottie | 03-4686 | |
| 199. | Havel, Charlotte | 03-4688 | |
| 200. | Makos, Sylvia | 03-4688 | |
| 201. | Tubbs, Michael | 03-4689 | |
| 202. | Petterson, Raymond | 03-4690 | |
| 203. | Roberts, Larry | 03-4692 | |
| 204. | Rouse, Garfield | 03-4692 | |
| 205. | Russell, Anthony | 03-4692 | |
| 206. | Turnbull, Robert | 03-4692 | |
| 207. | Williams, Everett | 03-4692 | |
| 208. | Dishman, Joe | 03-4694 | |
| 209. | Stern, Stanley | 03-4694 | |
| 210. | Anderson, Veria | 03-4695 | |
| 211. | Warthen, Evelyn | 03-4695 | |
| 212. | Walker, Verna | 03-4696 | |
| 213. | White, Linda | 03-4696 | |
| 214. | Witherspoon, Nora | 03-4696 | |
| 215. | Wright, Qshawnda | 03-4696 | |
| 216. | Barkley, Larry | 03-4699 | |
| 217. | Bartlett, Gordon | 03-4699 | |
| 218. | Dishmond, Nehemiah | 03-4699 | |
| 219. | Finn, David | 03-4699 | |
| 220. | Porter, Joyce | 03-4700 | |
| 221. | Collins, Richard | 03-4702 | |
| 222. | Anderson, Shelby | 03-4703 | |
| 223. | DeLoach, Glenda | 03-4703 | |
| 224. | Devine, Rosa Lee | 03-4703 | |
| 225. | Gadson, David | 03-4704 | |
| 226. | Hunter, Randall | 03-4704 | |
| 227. | McBride, George | 03-4704 | |
| 228. | Hicks, Catherine | 03-4705 | |
| 229. | Bradley, Marcella | 03-4707 | |
| 230. | Chaplin, Lelia | 03-4710 | |
| 231. | Hill, Judy | 03-4765 | |
| 232. | Linville, Jewell | 03-4765 | |
| 233. | Adams, Etta | 03-4766 | |
| 234. | Davis, Wilma | 03-4768 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 235. | Ficklin, Katherine | 03-4768 | |
| 236. | Lundy-Tyson, Helen | 03-4770 | |
| 237. | Picker, Barbara | 03-4770 | |
| 238. | Price, Pauline | 03-4770 | |
| 239. | Watson, David | 03-4771 | |
| 240. | Thompson, William | 03-4772 | |
| 241. | Brown, Troy | 03-4774 | |
| 242. | Pettit, Edward | 03-4775 | |
| 243. | Stafford, David | 03-4775 | |
| 244. | Haber, Beverly | 03-4778 | |
| 245. | Leonti, Grace | 03-4778 | |
| 246. | Norton, Jean | 03-4779 | |
| 247. | Thorne, Mary | 03-4779 | |
| 248. | Allen, Henrietta | 03-4780 | |
| 249. | Howes, Delia | 03-4780 | |
| 250. | Lawrence, Linda | 03-4781 | |
| 251. | Lilly, Madelyn | 03-4781 | |
| 252. | Carson, Edward | 03-4782 | |
| 253. | Forlini, Hugo | 03-4782 | |
| 254. | Razzano, David | 03-4789 | |
| 255. | Butler, Larry | 03-4791 | |
| 256. | Fisher, Jacqueline | 03-4792 | |
| 257. | Villegas, Josephine | 03-4792 | |
| 258. | Patterson, William | 03-4794 | |
| 259. | Baker, Alfred | 03-4796 | |
| 260. | Albert, Nancy | 03-4799 | |
| 261. | French, Deborah | 03-4802 | |
| 262. | Roth, Albert | 03-4803 | |
| 263. | Washington, Willie | 03-4803 | |
| 264. | Miles, Florence | 03-4808 | |
| 265. | Partain, Mary | 03-4808 | |
| 266. | Reid, Rose | 03-4808 | |
| 267. | Rowell, Linda | 03-4808 | |
| 268. | Jones, Emma | 03-4813 | |
| 269. | Powell, Dorothy | 03-4813 | |
| 270. | Walker, Elizabeth | 03-4813 | |
| 271. | Overton, William | 03-4814 | |
| 272. | Corley, Margo | 03-4816 | |
| 273. | Fields, Carolyn | 03-4816 | |
| 274. | Shorf, James | 03-4819 | |
| 275. | McGuire, Robert | 03-4822 | |
| 276. | Fielding, Thomas | 03-4823 | |
| 277. | Gilmore, Isaac | 03-4823 | |
| 278. | Moncrief, Denny | 03-4823 | |
| 279. | Norris, Larry | 03-4823 | |
| 280. | West, Julia | 03-4825 | |
| 281. | Benson, Dianne | 03-4827 | |
| 282. | Agricola, Elfriede | 03-4828 | |
| 283. | Weber, Alma | 03-4828 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 284. | McNevin, Eleanor | 03-4830 | |
| 285. | Norris, Linda | 03-4831 | |
| 286. | Hamilton, Lola | 03-4833 | |
| 287. | Bond, William | 03-4837 | |
| 288. | Ferguson, Ronald | 03-4837 | |
| 289. | Massey, Earl | 03-4837 | |
| 290. | Watson, Curtis | 03-4837 | |
| 291. | Albritton, Della | 03-4838 | |
| 292. | Anderson, Gertrude | 03-4838 | |
| 293. | Dusenberry, Nona | 03-4838 | |
| 294. | Swinton, Doreatha | 03-4839 | |
| 295. | Burton, Marvin | 03-4840 | |
| 296. | Can, Ahmet | 03-4840 | |
| 297. | Halina, Buchanan | 03-4840 | |
| 298. | Denny, Kathy | 03-4842 | |
| 299. | Gardner, Victoria | 03-4842 | |
| 300. | Nelson, Bessie | 03-4844 | |
| 301. | Newberry, Deborah | 03-4844 | |
| 302. | Garcia, Glenda | 03-4847 | |
| 303. | Cernovsky, Rudolph | 03-4848 | |
| 304. | Vinson, Betty | 03-4858 | |
| 305. | Early, Melvin | 03-4859 | |
| 306. | Hines, Bobby | 03-4859 | |
| 307. | Yacob, Aziz | 03-4859 | |
| 308. | Ward, Diana | 03-6063 | |
| 309. | Jones, Cynthia | 03-6259 | |
| 310. | Riggs, Douglas | 03-6261 | |
| 311. | Hicks, Brenda | 03-6267 | |
| 312. | Wilkinson, Raymond | 03-6274 | |
| 313. | Evans-Rogers, Luella | 03-6282 | |
| 314. | Ogles, Carol | 03-5912 | Jonathan W. Cartee, Esq.<br>Cartee & Morris, LLC<br>1232 Blue Ridge Blvd.<br>Birmingham, AL 35209<br>(205) 263-0333<br>(205) 263-0321 (fax)<br><br>M. Shane Lucado, Esq.<br>Law Offices of M. Shane Lucado LLC<br>300 Corporate Pkwy., Suite 155<br>Birmingham, AL 35242<br>(205) 278-0025<br>(205) 278-0030 (fax) |
| 315. | Dickinson, Patricia | 03-5914 | Gina M. Cothern, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>11311 Arcade Drive, Suite 200<br>Little Rock, AR 72221<br>(501) 312-8500<br>(501) 312-8505 (fax) |
| 316. | Meadows, Bobby G.,Sr. | 03-5914 | |
| 317. | Surratt, Cora | 03-5914 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 318. | Slay, Emanuel | 03-4973 | Mark Davis, Esq.<br>Davis & Feder<br>1712 15th Street, Suite 300<br>Gulfport, MS 39501<br>(228) 863-6000<br>(228) 864-0907 (fax) |
| 319. | Barnes, Gwendolyn | 03-6421 | Delano Funches, Esq.<br>Funches & Associates<br>1617 Robinson Street<br>Jackson, MS 39209<br>(601) 969-7400<br>(601) 969-7438 (fax) |
| 320. | Bass, Emmie | 03-6421 | |
| 321. | Davis, Joe L. | 03-6421 | |
| 322. | Ghersanich, Geneva | 03-6421 | |
| 323. | Hodge, Tiney | 03-6421 | |
| 324. | Leonard, Colon R., Jr. | 03-6421 | |
| 325. | Sampson, Clifton | 03-6421 | |
| 326. | Taylor, Lillian E. | 03-6421 | |
| 327. | West, Brinda Hill | 03-6421 | |
| 328. | Williams, Sadie Lee | 03-6421 | |
| 329. | Davis, Evelyn | 04-0229 | Richard R. Rosenthal, Esq.<br>Ursula Tracy Doyle, Esq.<br>Garrison Scott Gamble & Rosenthal PC<br>2224 First Avenue North<br>Birmingham, AL 35203<br>(205) 326-3336<br>(205) 326-3332 (fax) |
| 330. | Medalie, Richard | 03-5589 | Andrew W. Hutton, Esq.<br>Hutton & Hutton<br>P.O. Box 638<br>Wichita, KS 67201<br>(316) 688-1166<br>(316) 6861077 (fax)<br><br>Charles J. LaDuca, Esq.<br>Cuneo Gilbert & LaDuca<br>507 C Street NE<br>Washington, DC 20002<br>(202) 789-3960<br>(202) 789-1813 (fax) |
| 331. | Amerson, Gloria | 03-4947 | Tim Balducci, Esq.<br>The Langston Law Firm, PA<br>100 S. Main Street<br>P.O. Box 787<br>Booneville, MS 38829<br>(662) 728-3138<br>(662) 728-1992 (fax) |
| 332. | Carter, Edna | 03-4947 | |
| 333. | Edwards, Emma Mae | 03-4947 | |
| 334. | Grant, Catherine | 03-4947 | |
| 335. | Heindle, Blanche | 03-4947 | |
| 336. | Hunter, Robert Lee | 03-4947 | |
| 337. | Hyde, Annie Mae | 03-4947 | |
| 338. | Lee, Ollie B. | 03-4947 | |
| 339. | Neel, Charles | 03-4947 | |
| 340. | Orr, Judith A. | 03-4947 | |
| 341. | Orr, Willie James, Sr. | 03-4947 | |
| 342. | Patterson, Billy C. | 03-4947 | |
| 343. | Riley, Joe | 03-4947 | |
| 344. | Rowe, Annie | 03-4947 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 345. | Smith, Mary | 03-4947 | |
| 346. | Smith, William O. | 03-4947 | |
| 347. | Vining, Gary | 03-4947 | |
| 348. | Bell, Louise | 03-4949 | |
| 349. | Blanchard, Bobbie | 03-4949 | |
| 350. | Blankenship, Joan | 03-4949 | |
| 351. | Bradley, Gennie | 03-4949 | |
| 352. | Bunch, Donald | 03-4949 | |
| 353. | Cantrell, George | 03-4949 | |
| 354. | Criddle, Gloria | 03-4949 | |
| 355. | DuBoise, Tom | 03-4949 | |
| 356. | Ellixson, Rosa Lee | 03-4949 | |
| 357. | Estes, Sandra | 03-4949 | |
| 358. | Gibson, Howard | 03-4949 | |
| 359. | Griggs, Jimmie | 03-4949 | |
| 360. | Grimes, Robert Lawson | 03-4949 | |
| 361. | Hopkins, James Petty | 03-4949 | |
| 362. | Householder, Joyce Ann | 03-4949 | |
| 363. | Ingellis, Kathie | 03-4949 | |
| 364. | Johnson, Bobby | 03-4949 | |
| 365. | Marshall, Jasper | 03-4949 | |
| 366. | Maybry, Irene | 03-4949 | |
| 367. | McKinney, Arlandoris | 03-4949 | |
| 368. | Miller, Herman | 03-4949 | |
| 369. | Moore, Archie | 03-4949 | |
| 370. | Pettigo, Vertis | 03-4949 | |
| 371. | Petty, Joe | 03-4949 | |
| 372. | Pitts, Phyllis | 03-4949 | |
| 373. | Russell, Hershel | 03-4949 | |
| 374. | Shackleford, Maynard | 03-4949 | |
| 375. | Simmons, Ernie | 03-4949 | |
| 376. | Smith, Wesley | 03-4949 | |
| 377. | Thompson, Riley | 03-4949 | |
| 378. | Thornton, Bon | 03-4949 | |
| 379. | Thornton, Nellie | 03-4949 | |
| 380. | Tutor, Lamar | 03-4949 | |
| 381. | Wages, Mary | 03-4949 | |
| 382. | Wigginton, Vera Glen | 03-4949 | |
| 383. | Williams, Raymond | 03-4949 | |
| 384. | Wood, Prebble | 03-4949 | |
| 385. | Oswalt, Margaret | 03-6415 | |
| 386. | Bigham, Linda | 03-6416 | |
| 387. | Brown, John | 03-6416 | |
| 388. | Elliott, Donna | 03-6416 | |
| 389. | Gill, Larry | 03-6416 | |
| 390. | Horton, Rita | 03-6416 | |
| 391. | Huey, Ray | 03-6416 | |
| 392. | Lollar, Paul | 03-6416 | |
| 393. | Lunn, Carla | 03-6416 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 394. | Maharrey, Helen | 03-6416 | |
| 395. | McNally, Keith | 03-6416 | |
| 396. | Robbins, Hilda | 03-6416 | |
| 397. | Smith, Wesley | 03-6416 | |
| 398. | Tackett, Tommy | 03-6416 | |
| 399. | Whitt, Paulette | 03-6416 | |
| 400. | Hicks-Sanderson, Rosemarie | 03-4137 | Shawn M. Raiter, Esq.<br>Deanna D. Dailey, Esq.<br>Larson King, LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>Saint Paul, MN 55101<br>(651) 312-6500<br>(651) 312-6618 (fax) |
| 401. | Freemyer, Ray | 03-4216 | |
| 402. | Roberts, John | 03-4221 | |
| 403. | Garcia, Elvira | 03-5399 | |
| 404. | Griffin, Gary | 03-5404 | |
| 405. | Morgan, Edna Mae | 03-5992 | Phyllis A Layman, Esq.<br>Layman & Reeves<br>25 Alexander Street, Suite 3<br>Marietta, GA 30060<br>(678) 354-0326<br>(678) 354-0365 (fax) |
| 406. | Colarusso, Mary | 03-5950 | Yvonne M. Flaherty, Esq.<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>(612) 339-0981 (fax) |
| 407. | Huscusson, Betty | 03-5986 | |
| 408. | Jenkins, Leon | 03-5106 | Tim Maloney, Esq.<br>Maloney & Campolo<br>900 S.E. Military<br>San Antonio, TX 78214<br>(210) 922-2200<br>(210) 923-1313 (fax) |
| 409. | Hicks, Dennis | 03-5086 | John F. McKay, Esq.<br>McKay Law Firm<br>7465 Exchange Place<br>Baton Rouge, LA 70806<br>(225) 924-3641<br>(225) 924-3644 (fax) |
| 410. | Barrett, Marion E. | 03-6035 | Richard N. Laminack, Esq.<br>Buffy K. Martines, Esq.<br>O'Quinn Laminack & Pirtle<br>2300 Lyric Centre Building<br>440 Louisiana<br>Houston, TX 77002<br>(713) 236-2677<br>(713) 223-4870 (fax) |
| 411. | Barton, Dixie Lucille | 03-6036 | |
| 412. | Battani, Jenni | 03-6038 | |
| 413. | Wright, Lora Jean | 03-6040 | |
| 414. | Berger, Betty | 03-6043 | |
| 415. | Benavides, Gilbert | 03-6045 | |
| 416. | Alvarado, Ernesto F., Sr. | 03-6046 | |
| 417. | Allen, William Jaye, Sr. | 03-6047 | |
| 418. | Alcantar, Florentino M. | 03-6050 | |
| 419. | Alberti, Patricia | 03-6051 | |
| 420. | Adcox, (Mr.) J.B. | 03-6052 | |
| 421. | Abraham, Mildred V. | 03-6054 | |
| 422. | Barrett, Dorothy L. | 03-6056 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 423. | Bagby, Bryce M. | 03-6057 | |
| 424. | Austin, Norma Jean | 03-6058 | |
| 425. | Armstrong, Ira | 03-6254 | |
| 426. | Armstead, Ida | 03-6255 | |
| 427. | Satterfield, James | 04-0262 | |
| 428. | Morgan, Marilyn | 04-0263 | |
| 429. | Woods-Comstock, Mary | 04-0264 | |
| 430. | Miller, Randall | 04-0265 | |
| 431. | Burk, Faye | 04-0267 | |
| 432. | Berry, Brenda | 04-0268 | |
| 433. | Ruben, Hayward | 04-0269 | |
| 434. | McCraw, Joyce | 04-0270 | |
| 435. | Milne, Laura | 04-0271 | |
| 436. | Ruiz, Sulema | 04-0272 | |
| 437. | Montgomery, Connie | 04-0273 | |
| 438. | Schneider, La'V | 04-0274 | |
| 439. | Sabrowsky, Cylestt | 04-0275 | |
| 440. | Robinson, Jerry | 04-0276 | |
| 441. | Romo, Sallie | 04-0277 | |
| 442. | Mendez, Celia | 04-0278 | |
| 443. | Wyatt, Percy | 04-0279 | |
| 444. | Ripkoski, Robert | 04-0280 | |
| 445. | Blackerby, Wanda | 04-0281 | |
| 446. | Cagle, Everett Loftin | 04-0282 | |
| 447. | Covington, James Earl | 04-0283 | |
| 448. | Murphy, John | 04-0284 | |
| 449. | Miller, Stella | 04-0285 | |
| 450. | Ray, Ruth | 04-0286 | |
| 451. | Rosamond, Sheila | 04-0287 | |
| 452. | Burnett, Janey | 04-0288 | |
| 453. | Salcido, Danny | 04-0289 | |
| 454. | Samuelson, Odessa | 04-0290 | |
| 455. | Mingo, Nicole | 04-0292 | |
| 456. | Brantley, Mary | 04-0294 | |
| 457. | Browning, Ernest | 04-0295 | |
| 458. | Chambers, Cora | 04-0297 | |
| 459. | Rodriguez, Higinio | 04-0298 | |
| 460. | Cantu, Julian | 04-0299 | |
| 461. | Johnson, Melanie | 04-0300 | |
| 462. | Copeland, Billy Bob | 04-0301 | |
| 463. | Carter, Julia | 04-0302 | |
| 464. | Bortnik, Christine | 04-0303 | |
| 465. | Boyd, Georgia | 04-0304 | |
| 466. | Rice, Florida | 04-0305 | |
| 467. | Kasprzak, Pete | 04-0306 | |
| 468. | Brown, Samuel | 04-0307 | |
| 469. | Cotton, Jacquelyn | 04-0308 | |
| 470. | Reed, Rodney | 04-0309 | |
| 471. | Jordan, Ruby | 04-0310 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 472. | Chambers, Debra | 04-0311 | |
| 473. | Owen, Charlotte | 04-0312 | |
| 474. | Coulter, Brenda | 04-0313 | |
| 475. | Johnson, Dorothy Poe | 04-0314 | |
| 476. | Jones, Olivia | 04-0315 | |
| 477. | Cheeter, Hazel | 04-0317 | |
| 478. | Jones, Charles Lee | 04-0318 | |
| 479. | Satterwhite, Alfred | 04-0320 | |
| 480. | Boyd, Frances | 04-0322 | |
| 481. | Campbell, Betty | 04-0323 | |
| 482. | Jones, Mae Dee | 04-0325 | |
| 483. | Carr, Patsy | 04-0326 | |
| 484. | Neuenswander, James | 04-0327 | |
| 485. | Ratke, Lavern | 04-0328 | |
| 486. | Patterson, Peggy | 04-0329 | |
| 487. | Rice, Layton | 04-0330 | |
| 488. | Pharries, Andrea | 04-0331 | |
| 489. | Nailing, James | 04-0332 | |
| 490. | Cooper, Peggy | 04-0333 | |
| 491. | Bryant, Mary | 04-0334 | |
| 492. | Ostermann, Lena | 04-0335 | |
| 493. | Raborn, Thora | 04-0336 | |
| 494. | Bloom, Florence | 04-0337 | |
| 495. | Read, Emily | 04-0339 | |
| 496. | Castro, Raul | 04-0340 | |
| 497. | Coody, Linda | 04-0341 | |
| 498. | Cox, Rita | 04-0342 | |
| 499. | Bice, Martha | 04-0343 | |
| 500. | Montemayor, Alicia | 04-0344 | |
| 501. | Poole, James | 04-0346 | |
| 502. | Montemayor, Janie | 04-0347 | |
| 503. | Phillips, Grace | 04-0348 | |
| 504. | Pratt, Myrle | 04-0349 | |
| 505. | Rankin, Michael | 04-0350 | |
| 506. | Nunez, Marina | 04-0351 | |
| 507. | Pinckney-Bailey, Elsie | 04-0352 | |
| 508. | Parker, Jasper | 04-0353 | |
| 509. | Rana, Aan | 04-0354 | |
| 510. | Merrit, Gayle | 04-0356 | |
| 511. | Bontrager, Jeanette | 04-0357 | |
| 512. | Jones, Barbara | 04-0359 | |
| 513. | O'Brien, Samantha | 04-0360 | |
| 514. | Morgan, Dovie | 04-0361 | |
| 515. | Johnson, Willie Ola | 04-0362 | |
| 516. | Moss, Elaine | 04-0363 | |
| 517. | McMillan, Dianne | 04-0364 | |
| 518. | Pearce, Joan | 04-0365 | |
| 519. | San Juan, Ramon | 04-0366 | |
| 520. | Middleton, James | 04-0367 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 521. | Maxey, Mary | 04-0368 | |
| 522. | McFarland, Julius | 04-0369 | |
| 523. | Jones, Brenda | 04-0372 | |
| 524. | Miller, Donald | 04-0373 | |
| 525. | Bryant, Junette | 04-0374 | |
| 526. | Joseph, Dominic | 04-0375 | |
| 527. | Reese, Linda | 04-0376 | |
| 528. | Parker, Charles | 04-0377 | |
| 529. | Cooper, Lois | 04-0378 | |
| 530. | Pete, Sallie | 04-0379 | |
| 531. | Salinas, Rogelio | 04-0380 | |
| 532. | Cato, Arvivian | 04-0381 | |
| 533. | Presswood, Andrew | 04-0383 | |
| 534. | Rivers, Cynthia | 04-0384 | |
| 535. | Williams, Isaac | 04-0385 | |
| 536. | Boyd, Margaret | 04-0387 | |
| 537. | Yancey, Doris | 04-0389 | |
| 538. | Behnke, Jane | 04-0390 | |
| 539. | Morse, Ruby | 04-0391 | |
| 540. | Bills, Herman | 04-0392 | |
| 541. | Bolt, Doris | 04-0393 | |
| 542. | Rayos, Mary Lee | 04-0394 | |
| 543. | Cady, R.T. | 04-0395 | |
| 544. | Sangster, Hollis | 04-0396 | |
| 545. | Norris, Jo | 04-0397 | |
| 546. | Jones, Mary | 04-0400 | |
| 547. | Robinson, Lonnie | 04-0401 | |
| 548. | Coyne, Timothy | 04-0402 | |
| 549. | Moore, Jannie | 04-0403 | |
| 550. | Covey, Robert | 04-0404 | |
| 551. | Montenegro, Erasmo | 04-0405 | |
| 552. | Cannon, Carolyn | 04-0406 | |
| 553. | Myers, Doris | 04-0407 | |
| 554. | Ruiz, Luis | 04-0408 | |
| 555. | Carter, Frances | 04-0411 | |
| 556. | Johnson, Fred Allen | 04-0412 | |
| 557. | Burrow, Thomas | 04-0413 | |
| 558. | Taylor, Mattie | 03-4981 | Robert G. Germany, Esq.<br>Pittman Germany Roberts & Welsh<br>410 South President Street<br>P.O. Box 22985<br>Jackson, MS 39225<br>(601) 948-6200<br>(601) 948-6187 (fax) |
| 559. | Broadway, Sara | 03-6422 | |
| 560. | Brown, Shirley | 03-6422 | |
| 561. | Campbell, Marjorie | 03-6422 | |
| 562. | Fannin, James | 03-6422 | |
| 563. | Grayson, Thomas | 03-6422 | |
| 564. | Herring, Paul Richard | 03-6422 | |
| 565. | Hodum, Jimmy D. | 03-6422 | |
| 566. | House, Henry | 03-6422 | |
| 567. | Middleton, Mary Ellen | 03-6422 | |
| 568. | Rice, Adelle | 03-6422 | |
| 569. | Shoemake, Talmadge P. | 03-6422 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 570. | Simmons, Johnnie | 03-6422 | |
| 571. | Thornton, Ruby Pauline | 03-6422 | |
| 572. | Weems, Vecara | 03-6422 | |
| 573. | Westbrook, Danny Mack | 03-6422 | |
| 574. | Barnes, Aundrea | 03-6423 | |
| 575. | Fairley, Harold, Jr. | 03-6423 | |
| 576. | Lofton, Mary Bell | 03-6423 | |
| 577. | Maas, Stanley Earl | 03-6423 | |
| 578. | Raymond, Ralph | 03-6423 | |
| 579. | Smith, Ernest E. | 03-6423 | |
| 580. | Thornton, Charlotte Ann | 03-6423 | |
| 581. | Williams, Teresa J. | 03-6423 | |
| 582. | Amason, Frances Nell | 03-6424 | |
| 583. | Crumpton, Cecil L. | 03-6424 | |
| 584. | McClendon, T.Z. | 03-6424 | |
| 585. | Pitts, Donnie Ray | 03-6424 | |
| 586. | Stapleton, Lynn E. | 03-6424 | |
| 587. | White, Ronnie Dale | 03-6424 | |
| 588. | Andrews, Audrey | 03-6425 | |
| 589. | Blakeney, Thomas Gail | 03-6425 | |
| 590. | Broadway, Ladonna Jean | 03-6425 | |
| 591. | Clark, Kenneth Wilson, Sr. | 03-6425 | |
| 592. | Damper, Willie Ray | 03-6425 | |
| 593. | Ducksworth, Joe D. | 03-6425 | |
| 594. | Duckworth, Fred Douglas | 03-6425 | |
| 595. | Durham, Mary Elizabeth | 03-6425 | |
| 596. | Fortenberry, Stephanie A. | 03-6425 | |
| 597. | Gandy, Pamela Zelma | 03-6425 | |
| 598. | Holifield, Charles Hubert | 03-6425 | |
| 599. | Killings, Jessie L. | 03-6425 | |
| 600. | Magee, Erma L. | 03-6425 | |
| 601. | McGee, Carrie Lynn | 03-6425 | |
| 602. | McMillian, James Timothy | 03-6425 | |
| 603. | Moffett, Milton | 03-6425 | |
| 604. | Warren, Jimmie Ray | 03-6425 | |
| 605. | Cunningham, Beverly | 03-4946 | Kimberly Courtney King, Esq.<br>Porter & Malouf PA<br>825 Ridgewood Rd.<br>Ridgeland, MS 39157<br>P.O. Box 12768<br>Jackson, MS 39236<br>(601) 957-1173<br>(601) 957-7366 (fax) |
| 606. | House, Barbara | 03-4966 | |
| 607. | McMichael, Tommy | 03-4966 | |
| 608. | Nichols, Irene | 03-4966 | |
| 609. | Verchinski, Peter A., Sr. | 03-4966 | |
| 610. | Moore, Edwin | 03-4980 | |
| 611. | Russell, Fred | 03-4983 | |
| 612. | Lancaster, Troy | 03-4590 | Dennis C. Reich, Esq.<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>(713) 622-7271<br>(713) 623-8724 (fax) |
| 613. | Blumenstock, June | 03-4594 | |
| 614. | Bentrop, Ruth | 03-4596 | |
| 615. | Lippert, Larry | 03-4596 | |
| 616. | Nichols, William | 03-4596 | |
| 617. | Smith, Marion | 03-4596 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 618. | Carnes, Betty | 03-4600 | |
| 619. | Goldberg, Leonard | 03-4600 | |
| 620. | Young, Theresa | 03-4600 | |
| 621. | Collier, David | 03-4614 | |
| 622. | Baynum, Sandra | 03-4752 | |
| 623. | Smith, Roy | 03-4754 | |
| 624. | Carter, Glen | 03-4755 | |
| 625. | Anderson, Ruth | 03-4965 | J. DeWayne Thomas, Esq.<br>P.O. Box 65<br>Jackson, MS 39205<br>(601) 355-0654<br>(601) 948-3549 (fax)<br><br>Edward Blackmon, Jr., Esq.<br>Blackmon & Blackmon, PLLC<br>P.O. Drawer 105<br>Canton, MS 39046<br>(601) 859-1567<br>(601) 859-2311 (fax) |
| 626. | Harmen, Elois | 03-4965 | |
| 627. | Arceneaux, Faye | 03-4957 | |
| 628. | Bradley, John | 03-4957 | |
| 629. | Coleman, Elbie L. | 03-4957 | |
| 630. | Hill, Mitchell | 03-4957 | |
| 631. | Jernigan, Jane | 03-4957 | |
| 632. | King, Betty Jo | 03-4957 | |
| 633. | Poison, Thomas | 03-4957 | |
| 634. | Sims, Martha | 03-4957 | |
| 635. | Sumrall, Roland | 03-4957 | |
| 636. | Tabor, Bertie | 03-4957 | |
| 637. | Van Buren, Rosie | 03-4957 | |
| 638. | Arnold, Eunice | 03-4964 | Mitchell H. Tyner, Sr., Esq.<br>Tyner Law Firm, PA<br>5750 I-55 North<br>Jackson, MS 39211<br>(601) 957-1113<br>(601) 957-6554 (fax) |
| 639. | Arrington, Annie | 03-4964 | |
| 640. | Ausbern, Dennis | 03-4964 | |
| 641. | Bailey, Glynda | 03-4964 | |
| 642. | Beesigner, Michael | 03-4964 | |
| 643. | Black, Sylvia | 03-4964 | |
| 644. | Blackmon, Robert | 03-4964 | |
| 645. | Blades, Stephanie | 03-4964 | |
| 646. | Brooks, Earnest | 03-4964 | |
| 647. | Brown, Arthur | 03-4964 | |
| 648. | Brown, Charles | 03-4964 | |
| 649. | Bunch, Earlene | 03-4964 | |
| 650. | Buxton, Elton | 03-4964 | |
| 651. | Campbell, John | 03-4964 | |
| 652. | Cawthon, Charles | 03-4964 | |
| 653. | Clark, Peggy | 03-4964 | |
| 654. | Cobb, Kenneth | 03-4964 | |
| 655. | Cragun, Joan | 03-4964 | |
| 656. | Cruse, Jimmie | 03-4964 | |
| 657. | Davis, James | 03-4964 | |
| 658. | Dukes, Mary | 03-4964 | |
| 659. | Duncan, William | 03-4964 | |
| 660. | Edge, Brenda | 03-4964 | |
| 661. | Ellzey, Jimmy | 03-4964 | |
| 662. | Ezell, Lola | 03-4964 | |
| 663. | Fant, Charlie | 03-4964 | |
| 664. | Floyd, Agnes | 03-4964 | |
| 665. | Floyd, Curtis | 03-4964 | |
| 666. | Foster, Tracie | 03-4964 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 667. | Fowler, Vera | 03-4964 | |
| 668. | French, Georgia | 03-4964 | |
| 669. | Gaston, C., Jr. | 03-4964 | |
| 670. | Gates, Wanda | 03-4964 | |
| 671. | Gavin, Lerenious | 03-4964 | |
| 672. | Gory, Elizabeth | 03-4964 | |
| 673. | Griffin, David | 03-4964 | |
| 674. | Haguewood, Martha | 03-4964 | |
| 675. | Hall, Nancy | 03-4964 | |
| 676. | Harper, Pauline | 03-4964 | |
| 677. | Harris, Jimmy | 03-4964 | |
| 678. | Harris, Shirley | 03-4964 | |
| 679. | Hathorne, Marie | 03-4964 | |
| 680. | Hatten, Dewitt | 03-4964 | |
| 681. | Hawkins, Mary | 03-4964 | |
| 682. | Hayes, Geraldine | 03-4964 | |
| 683. | Heard, Marcell | 03-4964 | |
| 684. | Hicks, Lille | 03-4964 | |
| 685. | Higgins, Clemmie | 03-4964 | |
| 686. | Higgins, Dorothy | 03-4964 | |
| 687. | High, Joe | 03-4964 | |
| 688. | Hill, Velva | 03-4964 | |
| 689. | Holifield, David | 03-4964 | |
| 690. | Hood, Kizzie | 03-4964 | |
| 691. | Hopson, Louis | 03-4964 | |
| 692. | Hudson, William | 03-4964 | |
| 693. | Hunt, Retha | 03-4964 | |
| 694. | Jacobs, Virginia | 03-4964 | |
| 695. | James, Margaret | 03-4964 | |
| 696. | Jeter, Bennie | 03-4964 | |
| 697. | Johnson, Corrine | 03-4964 | |
| 698. | Johnson, Emma | 03-4964 | |
| 699. | Jones, Ernest | 03-4964 | |
| 700. | Jones, Gloria | 03-4964 | |
| 701. | Jones, Joan | 03-4964 | |
| 702. | Kennedy, Claudia | 03-4964 | |
| 703. | King, Donna | 03-4964 | |
| 704. | Kirk, Elnora | 03-4964 | |
| 705. | Knight, Linda | 03-4964 | |
| 706. | Lambley, Clifton | 03-4964 | |
| 707. | Lee, Melvin | 03-4964 | |
| 708. | Ligon, Larry | 03-4964 | |
| 709. | Lloyd, Clyde, Jr. | 03-4964 | |
| 710. | Lockridge, Larry | 03-4964 | |
| 711. | Lofton, Lula | 03-4964 | |
| 712. | Mabry, Fannie | 03-4964 | |
| 713. | Mack, Donald | 03-4964 | |
| 714. | Mayfield, Cynthia | 03-4964 | |
| 715. | McAfee, Nelda | 03-4964 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 716. | Mills, Luther | 03-4964 | |
| 717. | Morrow, Lillian | 03-4964 | |
| 718. | Morse, Mildred | 03-4964 | |
| 719. | Odum, Mamie | 03-4964 | |
| 720. | Overby, Linda | 03-4964 | |
| 721. | Owens, Dora | 03-4964 | |
| 722. | Owens, Reese, Jr. | 03-4964 | |
| 723. | Palmer, Ronald | 03-4964 | |
| 724. | Patterson, Linda | 03-4964 | |
| 725. | Perkins, Maxine | 03-4964 | |
| 726. | Portis, Albert | 03-4964 | |
| 727. | Pounds, Sheneater | 03-4964 | |
| 728. | Prossen, Richard | 03-4964 | |
| 729. | Provine, Roseline | 03-4964 | |
| 730. | Randle, Corean | 03-4964 | |
| 731. | Ray, Shirley | 03-4964 | |
| 732. | Riles, Douglas | 03-4964 | |
| 733. | Robbins, Mary | 03-4964 | |
| 734. | Robbins, Sammy | 03-4964 | |
| 735. | Rodgers, Frank | 03-4964 | |
| 736. | Runions, Vera | 03-4964 | |
| 737. | Russell, J.T. | 03-4964 | |
| 738. | Saucier, Mary | 03-4964 | |
| 739. | Sims, Henrietta | 03-4964 | |
| 740. | Smith, Carolyn | 03-4964 | |
| 741. | Spain, Cathy | 03-4964 | |
| 742. | Tedder, James | 03-4964 | |
| 743. | Thomas, Helen | 03-4964 | |
| 744. | Tornsoongner, Gaylene | 03-4964 | |
| 745. | Vance, John | 03-4964 | |
| 746. | Veazey, Victor | 03-4964 | |
| 747. | Ware, Harold | 03-4964 | |
| 748. | Weathersby, Brenda | 03-4964 | |
| 749. | White, Doug | 03-4964 | |
| 750. | White, Earvin | 03-4964 | |
| 751. | Whitten, Janice | 03-4964 | |
| 752. | Williams, Josephine | 03-4964 | |
| 753. | Wilson, Patricia | 03-4964 | |
| 754. | WIndham, Jearline | 03-4964 | |
| 755. | Young, James | 03-4964 | |
| 756. | Young, Ronnie | 03-4964 | |
| 757. | Gonzales, Hiran | 03-3753 | Paul Pennock, Esq.<br>Victoria Maniatis, Esq.<br>Daniel Burke, Esq.<br>Weitz & Luxenberg, PC<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 558-5500<br>(212) 344-5461 (fax) |
| 758. | Cabrera, Wilfredo | 03-3776 | |
| 759. | Brushwood, Charles | 03-3780 | |
| 760. | Wise, Marcia | 03-3790 | |
| 761. | Harrison, Henry | 03-3803 | |
| 762. | Thompson, Carl | 03-3812 | |
| 763. | Peeples, Emma | 03-3827 | |
| 764. | Thompson, John | 03-3830 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 765. | Owrutsky, Consuela | 03-3832 | |
| 766. | Gawel, Aleksandra | 03-3844 | |
| 767. | Miles, Annie | 03-3853 | |
| 768. | Rupert, Lenny | 03-3863 | |
| 769. | Stallings, Franklin | 03-3865 | |
| 770. | Taylor, Joyce | 03-3880 | |
| 771. | Sparacino, Vincent | 03-3884 | |
| 772. | Bennett, Albert | 03-3885 | |
| 773. | Drais, Virginia | 03-3887 | |
| 774. | Beard, Harold | 03-3890 | |
| 775. | Maloney, James | 03-3910 | |
| 776. | Cypert, Marvella | 03-3919 | |
| 777. | Westbury, Dorothy | 03-3930 | |
| 778. | Schutz, Dave | 03-3945 | |
| 779. | Wunderle, Robert | 03-3951 | |
| 780. | Woodard, Lillie | 03-3957 | |
| 781. | Johnson, Lula | 03-3975 | |
| 782. | Coleman, Wihelmina | 03-3978 | |
| 783. | Agnew, Dorothy | 03-3984 | |
| 784. | Linville, Marcella | 03-3988 | |
| 785. | Persaud, Pat | 03-3989 | |
| 786. | Palacios, Santos | 03-3993 | |
| 787. | Affolter, George | 03-4010 | |
| 788. | Avent-Gilpin, Delores | 03-4018 | |
| 789. | Rice, Stephen | 03-4022 | |
| 790. | Roots, Winifred | 03-4025 | |
| 791. | Foster, Ella | 03-4040 | |
| 792. | Mack, Mary | 03-4046 | |
| 793. | Jones, Debora | 03-4050 | |
| 794. | Knott, James | 03-4058 | |
| 795. | Psaltis, Olga | 03-4061 | |
| 796. | Guinyard, Sandra | 03-4063 | |
| 797. | Feldmeier, John | 03-4075 | |
| 798. | Bounds, Sheila | 03-4085 | |
| 799. | Ocampo, Shelley | 03-4364 | |
| 800. | Schainman, Martin | 03-4370 | |
| 801. | Feltzin, William | 03-4625 | |
| 802. | Burzynski, Mae | 03-4627 | |
| 803. | Smith, Mildred | 03-5237 | |
| 804. | Bryant, Russell | 03-5350 | |
| 805. | Funk, Edward | 03-5377 | |
| 806. | Vanderpool, William | 03-5377 | |
| 807. | Nolan, Lester | 03-5785 | |
| 808. | Hughes, Michael | 03-5957 | |
| 809. | Painter, Doris | 03-5958 | |
| 810. | Polvado, Mary | 03-6239 | |
| 811. | Maglich, Michael | 03-6324 | |

PTO-149 Delinquency List for Plaintiffs due 08/30/2006 as of October 10, 2006

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 812. | Whiteside, Norman | 04-0237 | Plaintiff *pro se*<br>Norman V. Whiteside<br>Inmate # 184313<br>Madison Correctional Institution<br>P.O. Box 740<br>London, OH 43140 |
| 813. | Cotton, Vernon | 03-4305 | Charles S. Zimmerman, Esq.<br>Ronald Goldser, Esq.<br>Stacy K. Hauer, Esq.<br>Zimmerman Reed PLLP<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(612) 341-0844 (fax) |
| 814. | Stasa, Linda | 03-4435 | |
| 815. | Marin, Efrain | 03-4442 | |
| 816. | Moles, Tim | 03-4448 | |
| 817. | Richard, Geraldine | 03-4492 | |
| 818. | Watson, David | 03-4692 | |
| 819. | Barnes, Patricia | 03-4788 | |
| 820. | Lundy-Tyson, Helen | 03-4788 | |
| 821. | Warthen, Evelyn | 03-4790 | |
| 822. | Mixon, E. | 03-4805 | |