UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 152.

---

The next status conference is scheduled for Wednesday, November 8, 2006, at 2:00 p.m. in Courtroom 14E, United States Courthouse, 300 South Sixth Street, Minneapolis, MN.

Date: October 31, 2003

s / Michael J. Davis
Michael J. Davis
United States District Court