**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431<br>(MJD) |

**JOINT STATUS REPORT**
**November 7, 2006**

# I. A YEAR IN REVIEW

## A. PSC: "Where Are We Now?"

1. As of November 7, 2006, defendants have been served with 2,195 Baycol cases that remain active, down from 14,807 cases ever filed in this litigation. The active cases include approximately 1,700 cases filed in or removed to federal court, down from approximately 9,100 such cases. These active federal cases involve approximately 2,176 active plaintiffs. (The number of active plaintiffs excludes (a) those plaintiffs for whom all parties have stipulated to dismiss but for whom a court order has not been entered and (b) 907 plaintiffs for whom proposed orders of dismissal pursuant to PTO 149 were recently submitted.) The plaintiffs are distributed as follows, based on PTO 149 discovery groups:

Phase 1: 60 plaintiffs
Phase 2: 150 plaintiffs
Phase 3: 431 plaintiffs
Phase 4: 1,535 plaintiffs

The parties will report on PTO 149 discovery.

2. As of the last status conference on December 16, 2005, defendants had been served with 5,807 cases that were active. 5,210 of those cases were pending in federal court.

3. The PSC is being provided an updated list of plaintiffs' counsel in pending cases.

**B. PSC: "Where Do We Go From Here?"**

## II. SETTLEMENT

A. Defendants have settled 3,052 cases with a total value of $1,151,613,835. Of this total, 937 cases have been determined to be subject to the MDL assessment, with a total value of $350,121,334.38.

B. As of the last status conference, defendants had settled 3,023 cases with a total value of $1,143,748,591. Of this total, 915 cases had been determined to be subject to the MDL assessment, with a total settlement value of $345,359,662.

C. Approximately 143 cases have been submitted to the MDL mediation process.

## III. TRIAL SETTINGS

A. There are no trial settings for cases in the MDL.

B. No trials are scheduled in state court in individual actions. The *Cafky* class action is tentatively scheduled for trial in Oklahoma on June 11, 2007.

C. No Baycol case has been tried since the last status conference.

D. Bayer appealed the $10,000 judgment entered by an Alabama court of limited jurisdiction in *Moton v. Bayer Corp.* On May 24, 2006, the Alabama Circuit Court of Wilcox County granted Bayer's motion for summary judgment. Plaintiff did not appeal that ruling.

**IV. MOTIONS**

A. No date has yet been set for argument on the parties' fully-briefed *Daubert* motions.

B. Plaintiff Joseph Landrieu has moved to disband the MDL and remand his case. Defendants have not yet responded. The Court has denied plaintiff's request to expedite the motion.

Respectfully submitted,

| | | |
|---|---|---|
| Charles S. Zimmerman<br>Richard A. Lockridge | Philip Beck<br>Adam Hoeflich<br>Susan Weber<br>James Mizgala<br>Peter Sipkins | Fred Magaziner<br>Tracy Van Steenburgh |
| *Co-Lead Counsel for Plaintiffs* | *Counsel for Bayer* | *Counsel for GSK* |

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Joint Status Report was electronically filed and served on November 7, 2006.

______________________________