UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 154.

---

All non-dispositive motions shall hereafter be directed to Magistrate Judge Susan Richard Nelson.

Date: November 28, 2006

s/Michael J. Davis
Michael J. Davis
United States District Court Judge