6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Tim Willette

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Susan Richard Nelson, U.S. Magistrate Judge, Presiding

File No. **MDL** _01-1431 (MJD)

Time: 1:00 p.m. to 2:15: p.m. 1 hour 15 minutes

In Re Baycol Products

Plaintiff(s),

vs.

Defendant(s).

Plaintiff(s) Counsel:

Charles Zimmerman
Richard Lockridge
Yvonne Flaherty
Randy Hopper
Elizabeth Cabraser

Defendant(s) Counsel:

Adam Hoeflich, for Bayer
Susan Weber, for Bayer
Peter Sipkins, for Bayer
Fred Magaziner, for GalxoSmithKline

Baycol Status Conference

The next status conference will be held on January 23, 2007, at 9:30 a.m. in Courtroom 9E before Magistrate Judge Susan Richard Nelson. The PSC will submit to the Court a proposed order regarding the PSC meet and confer and stay of proceedings no later than December 12, 2006. The PSC will report its progress to the Defendants no later than January 15, 2007. The parties will send brief submissions to the Court no later than January 19, 2007 in preparation for the January 23rd Status Conference.

Dated: December 5, 2006

s/Beverly Riches
Judicial Assistant