UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation — MDL No. 1431

This Document Relates to All Actions — Pretrial Order No. 155

---

The next status conference will be held on January 30, 2007, 9:00 a.m. in Courtroom 14E, United States Courthouse, Minneapolis, Minnesota. The status conference previously scheduled before Magistrate Judge Susan Richard Nelson on January 23, 2007 is cancelled. The parties shall submit briefs no later than January 19, 2007 to Judge Michael J. Davis in preparation for the January 30, 2007 status conference.

Date: December 11, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court