# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

In re: Baycol Products

COURT MINUTES - CIVIL
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | MDL 1431 |
| Date: | December 12, 2006 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:30 a.m. |
| Time in Court: | 30 Minutes |

Hearing on: Status Conference

## APPEARANCES:

Plaintiff: By telephone: Richard Lockridge, Stacy Hauer, Elizabeth Cabraser
Defendant: By telephone: For Bayer: Susan Weber, Peter Sipkins, Adam Hoeflich, Douglas Marvin
For GSK: Fred Magaziner

Also participating Special Master Roger Haydock by telephone and
Magistrate Judge Susan Richard Nelson in person

## PROCEEDINGS:

: Status conference by telephone
: Dates discussed for the progression of the case.

IT IS ORDERED:

: Written order forthcoming.

s/Susan Schempf
Judicial Assistant