RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO GA

2006 DEC 13 PM 2:30

Brian K. Hart

To: All Judges, Clerk of Court and Counsel of Records

From: Eugene C. Brooks, IV

Re: Notice of Leave of Absence

Date: December 13, 2006

Comes now Eugene C. Brooks, IV and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The period of time during which the Applicant will be away from the practice of law is: February 12, through February 21, 2007, for family vacation.

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

EUGENE C. BROOKS, IV
Attorney for Plaintiff
Georgia State Bar No. 084750

Brooks Law Firm
313 West York Street
P. O. Box 9545
Savannah, Georgia 31412
(912) 233-9696

CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit A, by depositing the same in the U.S. Mail with adequate postage affixed thereto.

This 13 day of Dec., 2006.

EUGENE C. BROOKS, IV
Attorney for Plaintiff
Georgia State Bar No. 084750

Brooks Law Firm
313 West York Street
P. O. Box 9545
Savannah, Georgia 31412
(912) 233-9696

EXHIBIT A

| Name of Case<br>Case Number | Name of Judge<br>Court/County | Opposing Counsel |
|---|---|---|
| Kristie Anderson, et al. v. Efrim C. Moore, M.D.<br>Civil Action No. 04-SC-0592 | Hon. C. J. Gober, Jr.<br>State Court of Cherokee County | David V. Johnson, Esq.<br>Green, Johnson & Landers<br>One Overton Park, Suite 600<br>3625 Cumberland Blvd.<br>Atlanta, Georgia 30339 |
| Andra Mitchell v. Southcoast Medical Group, LLC, et al.<br>Civil Action No. I023110F | Hon. H. Gregory Fowler<br>State Court of Chatham County<br>State of Georgia | William P. Franklin, Jr., Esq.<br>Alison M. Sawyer, Esq.<br>Oliver Maner & Gray<br>218 West State Street<br>P. O. Box 10186<br>Savannah, Georgia 31412 |
| Charles Burch and wife, v. St. Joseph's/Candler Health System, Inc.<br>Civil Action No. STCV05-03057 | Hon. Ronald E. Ginsberg<br>State Court Chatham County<br>State of Georgia | Wiley A. Wasden, III, Esq.<br>Tracie Smith, Esq.<br>Brennan & Wasden<br>P. O. Box 8047<br>Savannah, GA 31412 |

| | | |
|---|---|---|
| Patricia Epps v. BAYER CORPORATION, A Wholly Owned Subsidiary of BAYER AG, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE<br>Civil Number: 03-0037 MJD | Hon. Michael J. Davis<br>United States District Court of Minnesota | Seth A. Litman, Esq.<br>Lowell S. Fine, Esq.<br>Alembik, Fine & Callner, P.A.<br>Suntrust Plaza, 37th Floor<br>303 Peachtree St. NE<br>Atlanta, Georgia 30308<br>Co-Counsel for Bayer Corporation<br><br>Deanna D. Dailey, Esq.<br>LARSON . KING, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, Minnesota 55101<br>Plaintiff Liason Counsel<br><br>Todd Davis, Esq.<br>Scott B. Pfahl, Esq.<br>Attorneys King & Spalding<br>King & Spalding<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Counsel for Smithkline Beecham and GlaxoSmithKline, PLC<br><br>Louise E. Moyer<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104-2808<br>National Counsel for GlaxoSmithKline, PLC |