6/04
**MINUTES OF PROCEEDINGS:**
MOTIONS

Court Reporter: Lori Simpson

# UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Hon. Michael J. Davis, U.S. District Court Judge, Presiding

File No. **MDL** _01-1431 (MJD)

Time: 2:00 p.m. to 3:20: p.m. and 3:40-4:00 Total Time: 1:40 minutes

en re Baycol Products

Charles Zimmerman
Richard Lockridge
Elizabeth Cabraser
Daniel Becnal
Randy Hopper

Plaintiff(s), Plaintiff(s) Counsel

vs.

Susan Weber
Adam Hoeflich
James Mizgala
Peters Sipkins
Fred Magaziner

Defendant(s). Defendant(s) Counsel

Baycol Status Conference

Dated: November 8, 2006

Both Plaintiffs and Defendants provided a status update for the Court. It was decided an End Game Committee would be created with two representatives from each side. Magistrate Judge Susan Nelson and Special Master Roger Haydock would preside over this committee. Each side would submit names to the Judge within 48 hours.
Daubert hearings will be held January 30 and 31, 2007.

s/Kristine Wegner
Deputy Clerk Kristine Wegner