UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION<br><br>This document relates to:<br><br>All Actions and<br>Ronwin v. Bayer Corp. | )<br>)<br>)<br>)<br>)<br>) | MDL No. 1431 (MJD)<br><br>All Actions and<br>Case No.02-0200 |

**PLAINTIFF EDWARD RONWIN's RESPONSE TO BAYER'S MOTION TO EXCLUDE PSC EXPERT TESTIMONY BASED ON ADVERSE EVENT REPORTS**[1]

Plaintiff, Edward Ronwin, ("RONWIN"), hereby Responds to BAYER's Motion to Exclude PSC's Expert Testimony based on Adverse Event Reports, ("MOTION").

MOTION was filed in this court on or about April 17, 2006, (p. 18, MOTION). RONWIN never saw a copy of MOTION until January 5, 2007. RONWIN was further informed that the PSC, to whom MOTION was directed, did actually respond to MOTION but that the Response was filed under seal. It also appears that this court has not addressed MOTION, but apparently intends to do so in a scheduled hearing set for January 30-31, 2007.

Since any determination by this court of MOTION might or will influence RONWIN's specific case, and as RONWIN has no confidence in the PSC's ability or will to provide this court with adequate information to allow this court to conclude that MOTION must be denied, and since RONWIN cannot even see the contents of the PSC's Response, RONWIN has decided to add his "two-cents" to the dispute initiated by MOTION. Hence this Response.

While this Response is long beyond the response time to motions, it is not possible to respond to motions of which one is neither aware nor has the capacity to learn of the filing of motions

[1]The defendant, GSK, also joined in the motion. RONWIN has not sued GSK and therefore aims this Response at BAYER. However, the net effect is to demolish GSK's argument in the process of demolishing BAYER's argument.

SCANNED
JAN 22 2007
U.S. DISTRICT COURT MPLS

and to view their content and the content of any response to such motions.

Additionally, the PSC has engaged in activities which have been marked by secrecy. One example is that the effort to achieve a "global" settlement for all cases after the "Rhabdo" settlement was kept under wraps until its unsuccessful conclusion after some 14 months of alleged effort. The content of a recent communication to Plaintiff attorneys and pro se plaintiffs from the PSC could well have been written by BAYER's attorneys. The PSC is supposed to be protectors and assistors of plaintiff's cases; instead it has made no significant effort to prevent the dismissals of several thousand plaintiff actions, even though there exists sufficient grounds for many of those actions to have remained in force. The PSC has persistently refused to take cognizance of the scientific basis of the actions against BAYER to the detriment of most of the plaintiffs' specific cases.

Furthermore, RONWIN lacks the funds to pay for the expense of a trip to Minneapolis to attend the hearings on Jan. 30-31, 2007, and to present his arguments in person. Therefore, this document is the only and best substitute for argument presented in person.

BAYER'S COMPLAINT ON ADVERSE EVENT DATA

BAYER alleges that the U.S. Food and Drug Administration, ("FDA"), "..has explicitly and emphatically stated that adverse event reports, [AER's], have not been scientifically verified and therefore cannot be used to calculate incidence or estimates of drug risk," (bracketed item added), p. 2, 3rd ¶, MOTION. Based on the above quoted statement, BAYER carries on with claims such as: "The proposed testimony, [by PSC designated experts using AER's], is based on subjective belief and unsupported speculation and must therefore be excluded," p. 3, 1st ¶, MOTION; "Such opinions cannot be tested empirically and therefore are not the stuff of



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:42AM P3

science...," p. 3, 2nd ¶, MOTION; "..the FDA has made clear that AER data cannot be used to calculate estimates of drug risks, and cannot be used to make comparisons of different medications," followed by a setting forth of alleged "good reasons" for same, and adding that, "...the scientific community agrees with the FDA...,[and that],...courts likewise have excluded expert testimony based on AER data," p. 5, 1st ¶, MOTION.

MOTION then presents a section labelled, "BACKGROUND", in which BAYER points to the use of AER's by PSC experts, who MOTION attacks, to compare incidences of adverse events caused by Baycol and by other statins, pp. 6-9, MOTION.

MOTION then proceeds to reiterate in varied form the arguments quoted from MOTION above at p. 2 and this page, see pp. 9-18, MOTION, which can be summarized as follows:

(i). "The FDA and scientific community agree that AER data do not constitute 'good grounds' upon which comparison between different medications can be made," p. 10, 1st ¶, MOTION; p. 11, last ¶, MOTION; p. 12, under "CAVEATS", MOTION; p. 12, last ¶, MOTION; p. 13, 1st full ¶, MOTION; p. 14, 1st full ¶, MOTION.

(ii). Courts has excluded expert testimony based on AER data, pp. 16-18, MOTION.

(iii). AER "...can be a tool for generating 'signals' for FDA and manufacturers that a medicine may be associated with a particular...adverse reaction," p. 11, 1st full ¶, MOTION. Notably, the nature of the "signals" are not explained.

(iv). AER analyses have biases, p. 14, 2nd full ¶, MOTION; p. 15, 1st full ¶, MOTION.

As will be fully demonstrated below, **BAYER's main argument that AER's cannot be used to compare different medications is FALSE and, in fact, FDA regularly uses AER's for that purpose among other uses. Furthermore, BAYER, itself, has used AER's for comparison**

**of Baycol with other statins!**

CONSIDERATION OF BAYER'S ARGUMENTS

All of the caveats quoted on p. 12, MOTION from p. 2, Exh. A, MOTION, (copy of pertinent portion is presented herein as Exhibit 1), which were composed in 1999, are encapsulated in a "disclaimer" enclosed in a rectangle on the cover sheet of AER reports. A copy of the AER cover sheet for Baycol, (Cerevastatin), is presented herein as Exhibit 2.

The first portion of the disclaimer shown in Exh. 1, which reads:

> Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship...,

is essentially a misstatement. As FDA agents explain, the meaning of the statement is that AER data are not the result of controlled studies. The characterization as "unscientific," as compared to controlled studies, is error.

The second portion of the Disclaimer, which reads:

> ...and cannot be used to estimate the incidence of adverse drug reactions.

also presents an erroneous impression according to FDA agents. What was meant by the statement is that the AER's reported to FDA on drugs is estimated to be no more than 10-15% of actual adverse events caused by a drug. Therefore, the actual incidence of AERs for any drug is believed by FDA to be significantly higher.

Comparison of the AER's between drugs become reasonably reliable when large numbers of AER's are compared between drugs in a specific drug category, such as statins. In such case, the various biases and other potential distortions are reduced in significance which, in turn, allows reasonable reliance on comparisons of the incidence of adverse events. Examples of same done by FDA will be presented hereinbelow.



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:43AM P5

Furthermore, most AER's emanate originally from health care practitioners, (MD's, DO's, etc.), and are either directly sent to FDA or generally reported to the drug manufacturer who, in turn, reports AER's to FDA.

Generally, AER's result when a patient taking a prescription drug reports to the health care practitioner that since taking the drug pains and/or disabilities are being experienced. The patients are physically examined and the health care practitioner makes a diagnosis which is the adverse event later reported.

In a controlled study, the human volunteers, (who are often regular patients with specific illnesses for which the drug being tested is purported to be a cure or moderator), take the drug in specific doses at specific times, same as patients not in a controlled study. In both cases, the patients and human volunteers continue to live (and work, if employed), in their original settings. In both cases, it is possible, and likely does happen, that dose times are on occasion missed. In both cases, a health care practitioner conducts a physical examination of the patients or the human volunteers along with gauging clinical indices on each patient. Any complaints of pain and/or disabilities since the start of the taking of the drug are diagnosed in similar manner for both persons in controlled studies and those not in controlled studies.

A health care practitioner's prescription of drugs and subsequent diagnoses of adverse events, whether in a controlled study or otherwise, is a medical, scientific process!

On October 6, 2006, RONWIN, pursuant to discussion with Dr. PAUL SILEGMAN, Head, Drug Safety, FDA, faxed a letter to SILEGMAN with accompanying exhibits. The entire faxed material is incorporated herein as Exhibit 3. The cover page explains the purpose of the exhibit. SILEGMAN is shown that while the FDA "Caveat" of 1999, (the pertinent two pages only were

faxed--those pages are also Exh. 1 hereto), claims that drug comparisons based on AER's cannot be made, FDA, as well as BAYER (and GSK), make use of comparisons of AER's between drugs. Thus, the letter from FDA to BAYER, (the fourth and fifth pages in Exh. 3; only the pertinent pages are shown which contain comment by RONWIN as faxed to SILEGMAN), notes three AER comparisons between Baycol and other statins, (the letter from FDA to BAYER was produced by BAYER as shown by the BAYER Bates number on the faxed pages; the date of the letter is Aug. 3,2001-five days before Baycol was removed from the market). An internal memorandum produced by GSK reveals its reliance, (and BAYER's), on two AER comparisons of Baycol with other statins, (see Exh. 3), and a portion of a report by two BAYER scientists, (also part of the faxed materials, Exh. 3), show the use of AER reports in another item produced by BAYER.

So here we have BAYER complaining about the use of FDA-AER's for comparison of Baycol with other statins by PSC experts, while BAYER, and GSK and FDA, are clearly using AER's for comparisons of Baycol with other statins! What nerve! What hypocrisy! What fraud!

It may be noted that SILEGMAN agreed with RONWIN that the Caveat and analogous Disclaimer are incorrect, but he refused to provide RONWIN with a letter to that effect.

On October 16, 2006, Ms. LAURIE LENGEL faxed to RONWIN some pages on FDA's Adverse Event Reporting System, which, with the cover page are incorporated herein as Exh. 4. The second page of Exh. 4 contains comment on the composition (2nd ¶), and use of AER's, (3rd ¶). Among the actions upon which AER's feature heavily are in decisions by FDA for "re-evaluating a [drug] approval decision." Whether or not a drug can continue to be marketed is of prime importance to a pharmaceutical manufacturer since the manufacturer's gross income

and net profit can be substantially affected by a negative determination. In the use of AER's for re-evaluation of permission to market a drug, AER comparisons with other drugs in the same class are often made. Although BAYER took Baycol off the market voluntarily, the surrounding history in August, 2001, is such that FDA was readying a decision to order removal of Baycol from the market and the decision rested in large part on Baycol's propensity to cause deaths and other AERs compared to other statins.

It is well known that the greater the sample size in any poll, the more accurate the predictions and/or values that the poll allows. Thus, if ten (10) people were asked if they plan to vote for A or B for President of the United States, the results would have a certain relationship to the final vote results. If the sample were increased to one thousand (1,000) persons, the poll would provide more confidence in its result. Increased confidence in the poll results come with further increases in the numbers polled. These statistical realities apply to AER's. Based on that fact, a comparison of the AER's for Baycol, (Cerevastatin); Lipitor, (Atorvastatin) and Zocor, (Simvastatin), are informative:

To do this comparison only the first data page of the FDA-AER's on each statin is being used plus the last page of the FDA reports.

All AER reports begin on November 1, 1997 and continue to date. Since Baycol was yanked from the market on August 8, 2001, the AER's for Baycol provided to RONWIN in September-October, 2006, represent the complete total. For Lipitor and Zocor, the AER's continue to be received by FDA. Therefore, adjustment is made for the difference in time since November 1, 1997 in which AER's have been added to the three (3) statins. The data are presented in Exhibits 5a (for Baycol), 5b (for Lipitor) and 5c (for Zocor). The adjustment factor is 9 AER reporting

years for Lipitor and Zocor verses 4 reporting years for Baycol. Hence, the values for any specific type of adverse event for Lipitor and Zocor are reduced by the fraction 4/9ths.

For Baycol, the number of Rhabdomyolysis cases is noted on p. 1, Exh. 5a as 8,121; the number for Lipitor is 1649, p. 1, Exh. 5b and for Zocor the number is 2,868, p. 1, Exh. 5c. Adjusting for the time-reporting difference, the corresponding values become:

Baycol 8,121; Lipitor 733 and Zocor 1,275

The conclusion: Baycol caused Rhabdomyolysis was 11.08 times greater than Lipitor, (compare with Exh. 3, 6th page, GSK Memorandum from Jeffrey W. Dubb, bullet point 3), and 6.37 times greater than Zocor.

The numbers of Rhabdomyolysis cases involved in the AER reports are much greater than in controlled studies where they rarely exceed 100 to 200 human volunteers and errors in diagnosis are not too likely when the standard used is the amount of creatine phosphokinase in the urine, which is determined by a standard, clinical test.

Likewise, the total number of individual, adverse reports are given in the last page of Exhs. 5a, 5b and 5c, respectively, for Baycol, Lipitor and Zocor:

Baycol: 21,048 Lipitor: 27,997 and Zocor: 16,874

Adjusting for the time-reporting difference, the values become:

Baycol: 21,048 Lipitor: 12,443 and Zocor: 7,500

The figures show that Baycol was 1.7 times more likely to produce AER's than Lipitor and 2.8 times more likely to produce AER's than Zocor. These figures need to be further adjusted for market share. In 1999, Baycol's market share was 2.38% and Lipitor's market share was 46%, (see Exh. 3, 6th page, GSK Memorandum from Jeffrey W. Dubb, bullet point 3).

Assuming the relative Baycol/Lipitor market shares were similar two (2) years later when Baycol was removed from the market and adjusting for the greater number of Lipitor users compared to Baycol users, the figures for overall tendency to cause AER's, comparing Baycol with Lipitor becomes: Baycol: 21,048; Lipitor: 644

The large numbers of AER's for each statin increase significantly the probability that internal biases are greatly diminished and, as in all polls, increase confidence in the comparisons.

Courts who have rejected comparisons based on AER's have been misled, mainly by attorneys possessing insufficient scientific knowledge. PSC experts are acting expertly, scientifically and properly when they use AER's, as demonstrated above, and used by the FDA, whose job it is to use every valid tool to monitor and determine matters of drug safety.

## CONCLUSION

BAYER's Motion to Exclude Expert Testimony Based on Adverse Event Reports is, in turn, based on misrepresentations and represents hypocrisy and fraud and needs to be DENIED.

DATED: January 22, 2007

Edward Ronwin, pro se
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Response upon the following by FAX, this 22nd day of January, 2007: The Court' Clerk's office at FAX No. 612-664-5044; Defendant's counsel at FAX No. 312-853-7036; Jeffrey Pilkington, Def't's Denver, CO Att'y at FAX No. 303-893-1379; Plaintiffs' Liaison Counsel, Deanna Dailey at Larson-King at FAX No. 651-312-6618.

Edward Ronwin



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:45AM P10

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug.

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (i.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
| --- |
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

BAY000726727

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

BAY000726728

# Adverse Event Reporting System (AERS)

# Freedom Of Information (FOI) Report

**Selections for:** CERIVASTATIN
BAYCOL

**From:** 01-NOV-1997 **To:** Present

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

EXH. 2

To: Dr. Paul Silegman, Head, Drug Safety, FDA at Fax: 301-5945493

From: Dr. Edward Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526;
Telephone: 970-221-3837; Fax: 970-224-3838

Date: October 4, 2006

Pursuant to our conversation earlier today, the following items illustrate the use of comparisons of FDA Adverse Event Reports among statins, which the drug companies also use.

To shorten the fax, I included only those pages of three different letters which have the illustrating materials.

Also faxed is a copy of pp 2 and 3 of a document that FDA prepared in Oct., 1999. You can note in the Caveat No. 5 on p. 3, that the FDA states that, "Comparisons of drugs cannot be made from these data." Yet, FDA and the drug companies clearly use FDA AER's in comparative manners.

Edward Ronwin

Edward Ronwin, PhD, JD

EXH 3

Adverse Event Reporting System (AERS)
Office of Postmarketing Drug Risk Assessment
Brief Description with Caveats of System
October 18, 1999

IMPORTANT INFORMATION:

The Adverse Event Reporting System (AERS) in the Office of Postmarketing Drug Risk Assessment (OPDRA), was implemented to take advantage of up-to-date methods for data entry and database design. AERS contains all reports received since November 1, 1997.

BACKGROUND:

The AERS database is a computerized system for storing adverse events reported by health professionals and others. The system contains adverse events detected and reported after marketing of the drug.

AERS relies on health professional to detect new clinical events, to attribute the appearance of the clinical event to the administration of a drug, and to report that clinical event.

The health professional may choose to report the adverse reaction to the FDA or to a drug firm, who must, by law, report to the FDA. Ninety percent of the FDA's reports are received from drug manufacturers. OPDRA receives the remaining ten percent directly from other reporters. (I.e., Health Professionals and consumers).

Data from all reports are entered into AERS and the report images are scanned into an Electronic Filing System (EFS). All reports are retrieved by accessing the Individual Safety Report (ISR) number.

Copies of individual case safety reports, which are summarized in this printout, may be obtained by submitting a separate FOI request. When requests are submitted for copies of report images, the ISR number should be listed in tabular format in ascending order as shown in the following example:

| ISR NUMBER |
|---|
| 3000913-1 |
| 3000917-9 |
| 3001581-5 |

There is a $14.00/Hour search time and a $.50/page charge. Please note that there will be redactions made to all personal identifiers on the report.

BAY000726727

CAVEATS:

There are some important things to remember when reviewing or analyzing data from AERS.

1. Reports contain only those reactions voluntarily submitted either directly to the FDA or to the drug manufacturer by consumers and/or members of the health profession and which have been entered into the AERS computerized filing system since November 1,1997.

2. The information contained in the reports has not been scientifically or otherwise verified.

3. For any given report, there is no certainty that the suspected drug caused the reaction. This is because physicians are encouraged to report suspected reactions. The event may have been related to the underlying disease for which the drug was given to concurrent drugs being taken or may have occurred by chance at the same time the suspected drug was taken.

4. Accumulated case reports cannot be used to calculate incidence or estimates of drug risk.

5. Numbers from these data must be carefully interpreted as reporting rates and not occurrence rates. True incidence rates cannot be determined from this database. Comparisons of drugs cannot be made from these data.

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 20-740/S-015

Bayer Pharmaceutical Division
Attention: Frederich K. Sundermann
Deputy Director, Regulatory Affairs
400 Morgan Lane
West Haven, CT 06516-4175

Dear Mr. Sundermann:

Please refer to your supplemental new drug application dated October 5, 2000, received October 6, 2000, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Baycol (cerivastatin sodium) Tablets.

We acknowledge receipt of your submissions dated February 2, April 2 and 23, and June 11 and 14, 2001.

This supplemental new drug application proposes for a new indication to use Baycol (cerivastatin sodium) tablets for the treatment of isolated hypertriglyceridemia (Frederickson Type IV).

We have completed the review of this application, as amended, and it is approvable. Before this application may be approved, however, it will be necessary for you to address the following issues.

The Division has concerns regarding the risk of myopathy with the use of Baycol in excess of that with other statins at equivalent LDL-C lowering doses. Based on currently available information, this risk is most evident with the 0.8 mg dose, though the reporting rates for rhabdomyolysis with the 0.4 mg dose also cause us concern. In addition, although combination therapy with Baycol and gemfibrozil is contraindicated and recommendations against such use have been conveyed in a Dear Health Professional letter, this risk communication has not been optimally effective as cases of rhabdomyolysis in association with this combination, including fatalities, continue to be reported.

FDA Comparison of AERS

In December 1999 you submitted a labeling supplement ("Changes Being Effected") to your NDA to include a new contraindication for the combined use of BAYCOL with gemfibrozil. This proposal was based on the high rate of spontaneous reporting of rhabdomyolysis in patients using BAYCOL and gemfibrozil in combination. A letter to healthcare providers was also issued to inform them of the risk of combination therapy and to inform prescribers of the new contraindication to the use of BAYCOL. In April 2001, you submitted a second labeling supplement again addressing this safety concern. This supplement proposed to revise the label further due to reports of rhabdomyolysis in individuals initiated on therapy at a dose higher than recommended. Currently, the recommended start dose for

BAYCORP00146768

BAYCOL is 0.4 mg. As of our most recent examination of the AERS database, despite these efforts to communicate the risks of combination therapy, cases of rhabdomyolysis in patients using BAYCOL and gemfibrozil in combination, some resulting in death, continue to be reported.

In addition, in recent months, the Agency has also noted an alarming number of spontaneous reports of rhabdomyolysis in patients receiving BAYCOL alone. These reports have mainly been seen in patients taking higher doses of BAYCOL, specifically 0.4 and 0.8 mg daily. Based on the analyses conducted by the Agency, and shared with you in a meeting of July 24, 2001, the crude reporting rates for fatal rhabdomyolysis with BAYCOL 0.8 mg alone or in combination with gemfibrozil are in marked excess over reporting rates for this event in association with certain other marketed statins. In addition, we are aware of the recent suspension of marketing of BAYCOL 0.8 mg in the United Kingdom due to similar adverse events reported in European countries. We also note the suspension of marketing of BAYCOL 0.8 mg in the United States effective August 1, 2001. Finally, we refer to the meeting between you and members of the Agency of August 1, 2001 in which additional risk-management plans and safety analyses for BAYCOL up to 0.4 mg were discussed.

FDA uses of comparison of AER reports

The original approval of NDA 20-740 and of subsequent efficacy supplements by the Division was based on apparent favorable changes in lipid and lipoprotein laboratory parameters compared to placebo. The effects of BAYCOL on cardiovascular mortality and morbidity have not been determined.

The Division has grave reservations regarding the overall safety of this drug. We are concerned on the basis of our analyses that BAYCOL has a greater tendency to cause myopathy than the other drugs in its mechanistic class. Given these findings the Division is unwilling to expand the indications and, potentially, the overall exposure to this drug until information is brought to bear to address these safety issues.

Before this application may be approved, it will be necessary for you to address the safety of BAYCOL across its dosage range with respect to myopathy and rhabdomyolysis compared to other approved statins. Discussions with the Division are strongly advised.

If additional information relating to the safety or effectiveness of this drug becomes available, revision of the labeling may be required.

Under 21 CFR 314.50(d)(5)(vi)(*b*), we request that you update your NDA by submitting all safety information you now have regarding your new drug. The safety update should include data from all nonclinical and clinical studies of the drug under consideration regardless of indication, dosage form, or dose level.

1. Describe in detail any significant changes or findings in the safety profile.

2. When assembling the sections describing discontinuations due to adverse events, serious adverse events, and common adverse events, incorporate new safety data as follows:

   - Present new safety data from the studies *for* the proposed indication using the same format as the original NDA submission.

   - Present tabulations of the new safety data combined with the original NDA data.

BAYCORP00146769

Nov 23, 1999

Jeffrey W Dubb
24-Nov-1999 09:03

CardioVascular TU UP 4440 8282-6684 FAX 8282-4166
(Jeffrey_W_Dubb@SBPHRD.COM)

To: Jerome A Boscia, William D Claypool, Jerome A Boscia
cc: Jeffrey D Freld, Susan L Krug-Gourley, Linda Rebar, Bruce D Jensen, Richard A King, Jeffrey W Dubb
Subject: Baycol Safety Issue

Jerry, Bill and Neil:

- As you know, earlier this year, Bayer Safety noted that there seemed to be a greater number of spontaneous AEs of rhabdomyolysis associated with combined use of Baycol and gemfibrozil than with other statins. Accordingly the PI was modified from a general warning about possible interaction to a specific warning "The combined use of cerivastatin and gemfibrozil should be avoided."
- At the last JDC on 19 Nov, Roger Celesk of Bayer Safety presented more information on this. Spontaneous AEs of rhabdo are running about 50 a quarter and the number appears to be rising. About 50% of the cases are associated with concomitant fibrate use. Most of the cases are coming from the US where there is a tendency to use high dose Baycol (0.4 mg) and where the fibrate of choice is gemfibrozil. The worst cases (CPK > 50,000) are associated with concomitant gemfibrozil. *Use of AER*
- Baycol has 2.38% market share (IMS) while Lipitor has 46%. The rate of spontaneous reports of rhabdo expressed reports/10,000 Rx's is 0.328 for Baycol, 0.097 for Zocor and 0.035 for Lipitor. At this time, the rate of spontaneous AEs for rhabdo are 10 fold greater for Baycol than for Lipitor. *Comparison of AERs*
- Roger listed the caveats associated with this data: foreign data, not really good assessment of case details, denominators based on US IMS data, variety of cases in terms of severity, tendency for decline in reporting activity with older drugs, low Rx volumes for Baycol cf other drugs may exaggerate incidence.
- Roger is very concerned that a number of cases have suddenly been reported with the appearance of Baycol on the Pacificare and DOD formularies. There were 8-10 cases who were on stable doses of fluva or simva + gemfibrozil and then were switched to Baycol and very shortly thereafter developed rhabdo. Physicians are clearly not reading the PI and are not stopping gemfibrozil when they switch to Baycol.
- Mel Sorensen (Bayer Clinical) observed that among the "Baycol-only" cases there is a good chance that the concomitant administration with gemfibrozil was simply not captured in the spontaneous reporting of the event. If this is the case, then it could be argued that the issue is limited to co-administration of the two drugs. However, if the cases occurred in the absence of co-administration with gemfibrozil, that presents a more general issue for Baycol.
- We are aware of an issue with CK elevations occurring at an unacceptably high frequency with administration of the 1.6 mg dose in a clinical pharmacology study. There is evidence that this may be limited to elderly women with small builds and also may be related to hypothyroidism. Furthermore, in the recently submitted 0.8 mg study, there was an increased incidence of CK elevations in both the 0.4 mg treatment group and the 0.8 mg treatment group, most apparent in the elderly female subgroup of patients.
- Roger concluded that Bayer must develop a better understanding of this problem and must do some sort of epidemiological study.

GSK_BL_ 00267882
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Relationship between Cerivastatin and Rhabdomyolosis: Considerations and Preliminary Findings – SJ Niemcryk, PhD & P Cislo.

*Purpose of this document*

Currently, patients who receive cerivastatin appear at a higher risk for rhabdomyolysis, but the magnitude of this risk has not been quantified. The purpose of this document is to review relevant findings, to consider potential additional data sources, and to make early recommendations about future approaches to assess the relationship between the use of cerivastatin and the development of rhabdomyolysis. This paper will be updated periodically as new information becomes available through *ad hoc* or published studies or through other information that becomes available, such as that continuously gathered through the Clinical Communications' rhabdomyolysis database.

*Background and current understanding*

Although the event appears to be rare, the literature suggests that the risk of complications related to rhabdomyolysis is elevated in patients receiving statin treatment (See Table 1 for a brief list of references). A recurring observation in this literature is that the risk of rhabdomyolysis is elevated further when statins are used in combination therapy with a fibrate, notably gemfibrozil.

Professor Kuno Sprenger, Chairman, Pharmacoepidemiology Working Group at Bayer has developed the best approach so far to examining the apparent link between cerivastatin and rhabdomyolysis (See sprenger.xls). Primarily, the data for this analysis were obtained from the FDA's Spontaneous Reporting System (from 1969 through 10/97) and Adverse Event Reporting System (11/97 through 6/99). Dr. Sprenger's analysis is attractive because the incidence rates of rhabdomyolysis are estimated for several individual statins. These rates are also estimated for patients who are receiving both a statin and a fibrate. The findings indicate that in patients receiving mono-therapy, cerivastatin substantially elevates risk for rhabdomyolysis compared with other statins. In combination with gemfibrozil, cerivastatin patients were also found to be at a remarkable disadvantage compared with patients receiving gemfibrozil and another statin.

Although they indicate a potentially strong risk for rhabdomyolysis in cerivastatin patients, these findings must be considered with caution -- none of the point estimates should be considered to be terribly reliable. For example, only seven cerivastatin patients were identified as rhabdomyolysis cases through June, 1999; through March 10, 2000, an additional 162 cases have been reported to Bayer's Safety Assurance; most of these cases were reported to Safety Assurance through Clinical Communications. Too, as will be discussed later, the validity of data in these databases should be questioned although the use of such a database can be used to identify a potential problem.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER BAYCORP00135576

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:50AM P3

FROM :Office Of The Ombudsman FAX NO. :3014808039 Oct. 16 2006 04:56PM P1

OFFICE OF THE OMBUDSMAN
OFFICE OF THE COMMISSIONER
FOOD AND DRUG ADMINISTRATION
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
5600 FISHERS LANE, HF-7
ROCKVILLE, MD 20857

FACSIMILE TRANSMISSION RECORD

8 Number of Pages (Including Coversheet)

To: Dr. Ronwin

FAX: 970-224-3838 Voice: 970-221-3837

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by telephone and return it to us at the above address by mail. Thank you.

FROM: Laurie Lenkel
Office of the Ombudsman Voice: (301) 827-3390

FAX: (301) 480-8039

DATE: October 16, 2006

MESSAGE:

*I printed off just one of the links. If you see another link that looks interesting I will print that off as well.*
*I hope this information is useful.*

LL

EXH. 4

NOTE: If you do not receive a legible document, or do not receive all of the pages, please telephone us immediately at the voice number above.

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:50AM P4

U.S. Food and Drug Administration

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives

Search GO powered by Google™

# Adverse Event Reporting System (AERS)

The Adverse Event Reporting System (AERS) is a computerized information database designed to support the FDA's post-marketing safety surveillance program for all approved drug and therapeutic biologic products. The ultimate goal of AERS is to improve the public health by providing the best available tools for storing and analyzing safety reports.

The FDA receives adverse drug reaction reports from manufacturers as required by regulation. Health care professionals and consumers send reports voluntarily through the MedWatch program. These reports become part of a database. The structure of this database is in compliance with the international safety reporting guidance (ICH E2B) issued by the International Conference on Harmonisation. The guidance describes the content and format for the electronic submission of reports from manufacturers. FDA codes all reported adverse events using a standardized international terminology, MedDRA (the Medical Dictionary for Regulatory Activities). Among AERS system features are: the on-screen review of reports; searching tools; and various output reports. FDA staff use reports from AERS in conducting postmarketing drug surveillance and compliance activities and in responding to outside requests for information.

The reports in AERS are evaluated by clinical reviewers in the Center for Drug Evaluation and Research (CDER) and the Center for Biologics Evaluation and Research (CBER) to detect safety signals and to monitor drug safety. They form the basis for further epidemiological studies when appropriate. As a result, the FDA may take regulatory actions to improve product safety and protect the public health, such as updating a product's labeling information, sending out a "Dear Health Care Professional" letter, or re-evaluating an approval decision.

- **Latest Quarterly Data Files from the AERS Database** (last four quarters)
- **Older Quarterly Data Files from the AERS Database**
- MedWatch: The FDA Safety Information and Adverse Event Reporting Program
  The MedWatch page Mandatory Reporting by Drug/Biologics Manufacturers, Distributors, and Packers contains information about the following:
  - Mandatory Reporting Form and Instructions (FDA 3500A)
  - International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH)
  - Regulations Related to Postmarketing Safety Reporting
  - Guidance for Industry
  - Guidance for FDA Field Staff
  - MedWatch to Manufacturer Program (MMP)

- Electronic Submission Postmarketing Safety Reports - Pilot Program
- Federal Register Publications Related to Postmarketing Reporting

Back to Top Back to Drug Information

Date created: August 7, 2002; Updated: July 29, 2005

# Adverse Event Reporting System (AERS)

# Freedom Of Information (FOI) Report

**Selections for:** CERIVASTATIN
BAYCOL

**From:** 01-NOV-1997 **To:** Present

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

EXH. 5a

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| RHABDOMYOLYSIS | 8121 | 38.6% |
| PAIN | 4501 | 21.4% |
| ANXIETY | 4054 | 19.3% |
| RENAL DISORDER | 3603 | 17.1% |
| MYALGIA | 3471 | 16.5% |
| RENAL FAILURE | 3180 | 15.1% |
| ASTHENIA | 2917 | 13.9% |
| HEPATOCELLULAR DAMAGE | 2278 | 10.8% |
| RENAL IMPAIRMENT | 1839 | 8.7% |
| INJURY | 1795 | 8.5% |
| DEPRESSION | 1710 | 8.1% |
| PAIN IN EXTREMITY | 1485 | 7.1% |
| BLOOD CREATINE PHOSPHOKINASE INCREASED | 1262 | 6.0% |
| — NERVOUS SYSTEM DISORDER | 1207 | 5.7% |
| FATIGUE | 1192 | 5.7% |
| — BACK PAIN | 1188 | 5.6% |
| — DIFFICULTY IN WALKING | 1123 | 5.3% |
| OBSTRUCTIVE UROPATHY | 1114 | 5.3% |
| ARTHRALGIA | 1097 | 5.2% |
| MUSCLE INJURY | 1046 | 5.0% |
| NAUSEA | 994 | 4.7% |
| MUSCLE SPASMS | 993 | 4.7% |
| MUSCULAR WEAKNESS | 961 | 4.6% |
| CONDUCTION DISORDER | 938 | 4.5% |
| MALAISE | 906 | 4.3% |
| HEPATIC FUNCTION ABNORMAL | 883 | 4.2% |
| RENAL TUBULAR NECROSIS | 815 | 3.9% |
| CONVULSION | 806 | 3.8% |
| MUSCLE DISORDER | 797 | 3.8% |
| ORGAN FAILURE | 788 | 3.7% |
| RENAL FAILURE ACUTE | 716 | 3.4% |
| CHROMATURIA | 691 | 3.3% |
| VOMITING | 668 | 3.2% |
| POLYTRAUMATISM | 667 | 3.2% |
| MYOPATHY | 665 | 3.2% |
| LIVER FUNCTION TEST ABNORMAL | 635 | 3.0% |
| CHEST PAIN | 604 | 2.9% |
| DYSPNOEA | 604 | 2.9% |
| PYREXIA | 539 | 2.6% |
| EMOTIONAL DISTRESS | 531 | 2.5% |
| DIZZINESS | 522 | 2.5% |
| HEADACHE | 476 | 2.3% |
| FALL | 418 | 2.0% |
| MYOCARDIAL INFARCTION | 415 | 2.0% |
| DIALYSIS | 376 | 1.8% |
| MUSCLE ATROPHY | 372 | 1.8% |
| DEHYDRATION | 363 | 1.7% |
| HYPOAESTHESIA | 358 | 1.7% |
| MYOSITIS | 336 | 1.6% |
| DRUG INTERACTION | 324 | 1.5% |
| DIARRHOEA | 313 | 1.5% |
| WEIGHT DECREASED | 301 | 1.4% |
| LIVER DISORDER | 287 | 1.4% |



06-Jul-2006 10:29 AM

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

**Summary Report for FOI Selections:**

**From:** 01-NOV-1997 **To:** Present

Selection by inexact search of active ingredient:
CERIVASTATIN%

Selection by inexact search of Tradename/Verbatim:
BAYCOL%

Total Individual Safety Reports: 21,048

# Adverse Event Reporting System (AERS)

# Freedom Of Information (FOI) Report

**Selections for:** ATORVASTATIN
LIPITOR

**From:** 01-NOV-1997 **To:** Present

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

EXH. 5b

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| MYALGIA | 3451 | 12.3% |
| ASTHENIA | 1776 | 6.3% |
| PAIN IN EXTREMITY | 1733 | 6.2% |
| RHABDOMYOLYSIS | 1649 | 5.9% |
| BLOOD CREATINE PHOSPHOKINASE INCREASED | 1562 | 5.6% |
| CONDITION AGGRAVATED | 1544 | 5.5% |
| ARTHRALGIA | 1478 | 5.3% |
| MYOCARDIAL INFARCTION | 1309 | 4.7% |
| FATIGUE | 1296 | 4.6% |
| PAIN | 1273 | 4.5% |
| DRUG INTERACTION | 1138 | 4.1% |
| MUSCLE SPASMS | 1120 | 4.0% |
| MUSCULAR WEAKNESS | 1087 | 3.9% |
| CHEST PAIN | 1030 | 3.7% |
| BLOOD CHOLESTEROL INCREASED | 1029 | 3.7% |
| ALANINE AMINOTRANSFERASE INCREASED | 994 | 3.6% |
| ASPARTATE AMINOTRANSFERASE INCREASED | 988 | 3.5% |
| DIFFICULTY IN WALKING | 937 | 3.3% |
| LIVER FUNCTION TEST ABNORMAL | 898 | 3.2% |
| DIZZINESS | 854 | 3.1% |
| WEIGHT DECREASED | 853 | 3.0% |
| DYSPNOEA | 847 | 3.0% |
| BACK PAIN | 810 | 2.9% |
| NAUSEA | 782 | 2.8% |
| PYREXIA | 751 | 2.7% |
| MALAISE | 692 | 2.5% |
| CEREBROVASCULAR ACCIDENT | 687 | 2.5% |
| FALL | 686 | 2.5% |
| HEADACHE | 675 | 2.4% |
| OEDEMA PERIPHERAL | 670 | 2.4% |
| DRUG INEFFECTIVE | 641 | 2.3% |
| HYPERTENSION | 635 | 2.3% |
| DIARRHOEA | 576 | 2.1% |
| ABDOMINAL PAIN | 567 | 2.0% |
| BLOOD TRIGLYCERIDES INCREASED | 563 | 2.0% |
| INSOMNIA | 560 | 2.0% |
| CORONARY ARTERY OCCLUSION | 527 | 1.9% |
| RENAL FAILURE | 521 | 1.9% |
| RENAL FAILURE ACUTE | 510 | 1.8% |
| DEPRESSION | 485 | 1.7% |
| HYPOAESTHESIA | 468 | 1.7% |
| VOMITING | 462 | 1.7% |
| DIABETES MELLITUS | 459 | 1.6% |
| HEPATITIS | 454 | 1.6% |
| LIVER DISORDER | 448 | 1.6% |
| BLOOD ALKALINE PHOSPHATASE INCREASED | 443 | 1.6% |
| PARAESTHESIA | 438 | 1.6% |
| MYOPATHY | 433 | 1.5% |
| WEIGHT INCREASED | 433 | 1.5% |
| GAMMA-GLUTAMYLTRANSFERASE INCREASED | 428 | 1.5% |
| PRURITUS | 423 | 1.5% |
| CONSTIPATION | 421 | 1.5% |
| CARDIAC DISORDER | 418 | 1.5% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

**Summary Report for FOI Selections:**

**From:** 01-NOV-1997 **To:** Present

Selection by inexact search of active ingredient:
ATORVASTATIN%

Selection by inexact search of Tradename/Verbatim:
LIPITOR%

Total Individual Safety Reports: 27,997

# Adverse Event Reporting System (AERS)

# Freedom Of Information (FOI) Report

**Selections for:** SIMVASTATIN
ZOCOR

**From:** 01-NOV-1997 **To:** Present

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

EXH 5c

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:54AM P13

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | % Rpts |
|---|---|---|
| RHABDOMYOLYSIS | 2868 | 17.0% |
| MYALGIA | 2741 | 16.2% |
| BLOOD CREATINE PHOSPHOKINASE INCREASED | 1692 | 10.0% |
| ASTHENIA | 1400 | 8.3% |
| MUSCULAR WEAKNESS | 1050 | 6.2% |
| DRUG INTERACTION | 1010 | 6.0% |
| PAIN IN EXTREMITY | 935 | 5.5% |
| ARTHRALGIA | 899 | 5.3% |
| FATIGUE | 858 | 5.1% |
| MUSCLE SPASMS | 799 | 4.7% |
| RENAL FAILURE ACUTE | 701 | 4.2% |
| ASPARTATE AMINOTRANSFERASE INCREASED | 635 | 3.8% |
| ALANINE AMINOTRANSFERASE INCREASED | 602 | 3.6% |
| NAUSEA | 588 | 3.5% |
| RENAL FAILURE | 582 | 3.4% |
| DIZZINESS | 579 | 3.4% |
| LIVER FUNCTION TEST ABNORMAL | 577 | 3.4% |
| PAIN | 572 | 3.4% |
| CHEST PAIN | 532 | 3.2% |
| DYSPNOEA | 527 | 3.1% |
| MYOSITIS | 517 | 3.1% |
| PYREXIA | 487 | 2.9% |
| BACK PAIN | 486 | 2.9% |
| MYOPATHY | 466 | 2.8% |
| DIFFICULTY IN WALKING | 460 | 2.7% |
| DIARRHOEA | 442 | 2.6% |
| MYOCARDIAL INFARCTION | 423 | 2.5% |
| HEADACHE | 421 | 2.5% |
| CONDITION AGGRAVATED | 396 | 2.3% |
| FALL | 395 | 2.3% |
| BLOOD CREATININE INCREASED | 377 | 2.2% |
| VOMITING | 369 | 2.2% |
| ABDOMINAL PAIN | 364 | 2.2% |
| PARAESTHESIA | 351 | 2.1% |
| OEDEMA PERIPHERAL | 335 | 2.0% |
| MALAISE | 329 | 1.9% |
| HEPATITIS | 318 | 1.9% |
| HYPOAESTHESIA | 307 | 1.8% |
| INSOMNIA | 306 | 1.8% |
| WEIGHT DECREASED | 278 | 1.6% |
| DRUG INEFFECTIVE | 275 | 1.6% |
| DERMATITIS | 271 | 1.6% |
| CONSTIPATION | 259 | 1.5% |
| PNEUMONIA | 258 | 1.5% |
| ANAEMIA | 254 | 1.5% |
| CEREBROVASCULAR ACCIDENT | 250 | 1.5% |
| PRURITUS | 246 | 1.5% |
| HYPERTENSION | 244 | 1.4% |
| DEHYDRATION | 242 | 1.4% |
| RENAL IMPAIRMENT | 241 | 1.4% |
| DEPRESSION | 240 | 1.4% |
| BLOOD LACTATE DEHYDROGENASE INCREASED | 239 | 1.4% |
| MEDICATION ERROR | 238 | 1.4% |

FDA - Adverse Event Reporting System (AERS)
Freedom Of Information (FOI) Report
Standard Report - All Preferred Terms in Cases

**Summary Report for FOI Selections:**

**From:** 01-NOV-1997 **To:** Present

Selection by inexact search of active ingredient:
SIMVASTATIN%

Selection by inexact search of Tradename/Verbatim:
ZOCOR%

Total Individual Safety Reports: 16,874



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:54AM P15

From: Dr. Edward Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526
Telephone: 970-221-3837; FAX: 970-224-3838

To the following by FAX:

The Clerk's office, U.S. Dist.Ct., Dist. of Minnesota
Sidley Austin, Defendant's att'ys, Chicago, IL (Weber or Mizgala)
Courtesy Copy: Jeff Pilkington, Denver, CO att'y for Def't.
Plaintiffs' Liaison Counsel, Deanna Dailey at Larson-King, St. Paul, MN.

Date: January 22, 2007

Faxed herewith is Ronwin's Response to Bayer's Motion to Exclude PSC Expert Testimony Based on Adverse Event Reports.

**NOTE:** My fax machine will only allow me to fax 18-20 pages at a time.
With the text of the Response and the number of exhibit pages, the total is 31 pages. Therefore, the faxing will be done in two successive efforts. The first fax will have 16 pages and the second will have 15 pages. One faxing will immediately follow the first faxing without a separate cover page.

If there are any questions or problems, please call me at 970-221-3837.

Edward Ronwin
Edward Ronwin, PhD, JD

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jan. 22 2007 08:41AM P1