UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LIABILITY LITIGATION | ) | MDL No. 1431 (MJD) |
| This Document Relates to All Actions | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The Plaintiff Steering Committee, in further support of their papers in support of the *Daubert* motions filed in June 2006, hereby bring to the Court's attention the following recent authority:

1. *In re Medtronic, Inc., Implantable Defibrillators Litigation*, ___ F.Supp.2d ____, 2006 WL 3478987 (D. Minn. Nov. 28, 2006) (Exhibit A);

2. *Nutraceutical Corp. v. Von Eschenbach*, 459 F.3d 1033 (10th Cir. 2006) (Exhibit B);

3. *Jackson v. Pfizer, Inc., et al.*, 432 F.Supp.2d 964 (D. Neb. 2006) (Exhibit C);

4. *Perry v. Novartis Pharma. Corp., et al.*, 456 F.Supp.2d 678 (E.D. Pa. 2006) with related FDA position statement to Court dated September 21, 2006 (Exhibit F).

Dated: January 25, 2007

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: /s/ Yvonne M. Flaherty

Richard A. Lockridge, #64117
Robert K. Shelquist, #21310X
Yvonne M. Flaherty, #267600
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

ZIMMERMAN REED, P.L.L.P.
Charles S. Zimmerman, #120054
Ronald S. Goldser, #35932
Robert R. Hopper, #208760
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: (612) 341-0400
***Co-Lead Counsel for Plaintiffs***