**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of January, 2007, she served a copy of the **Notice of Supplemental Authority** on all attorneys of record by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143. ECF will send an e-notice of the electronic filing to the following:

- **Richard J Arsenault**
  rarsenault@nbalawfirm.com
- **Catherine Valerio Barrad**
  cbarrad@sidley.com
- **Philip S Beck**
  bill.balachowski@bartlit-beck.com
- **Deanna D Dailey**
  nmiller@larsonking.com
- **Richard K Dandrea**
  baycol@escm.com
- **Ronald S Goldser**
  rsg@zimmreed.com tmo@zimmreed.com;arh@zimmreed.com
- **Adam L Hoeflich**
  rob.aguirre@bartlit-beck.com
- **Robert R Hopper**
  rrh@zimmreed.com
- **Fred T Magaziner**
  cheryl.inwek@dechert.com amy.mcnally@dechert.com

- **Douglas R Marvin**
  jsmith@wc.com
- **James W Mizgala**
  dbarlett@sidley.com
- **Robert E Piper, Jr**
  piper@mnss.com
- **Peter W Sipkins**
  sipkins.peter@dorsey.com roadfeldt.christi@dorsey.com
- **Scott A Smith**
  cwochnick@halleland.com CWochnick@halleland.com
- **Susan A Weber**
  saweber@sidley.com
- **Elizabeth S Wright**
  wright.elizabeth@dorsey.com kelly.laurie@dorsey.com;garcia.sara@dorsey.com
- **Paul J Zidlicky**
  pzidlicky@sidley.com
- **Charles S Zimmerman**
  csz@zimmreed.com

/s/ Barbara R. Gilles
Barbara R. Gilles

Subscribed and sworn to before me
this 25th day of January, 2007.

/s/ Kelly J. LeRoy
Notary Public