**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To: ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>) | MDL No. 1431<br>(MJD) |

**JOINT STATUS REPORT**
**January 29, 2007**

## I. DISCOVERY

**A. Cases.** As of January 27, 2007, defendants have been served with approximately 1,700 Baycol cases that remain active, down from approximately 14,800 cases ever filed in this litigation. The active cases include approximately 1,200 cases filed in or removed to federal court, down from approximately 9,100 such cases.

**B. Plaintiffs**. The active federal cases involve 1,116 active plaintiffs. (The number of active plaintiffs excludes (a) those plaintiffs for whom all parties have stipulated to dismiss or whose cases have settled but for whom a court order has not been entered and (b) 831 Phase IV plaintiffs who have not filed case-specific expert reports pursuant to PTO 149.) The active plaintiffs are distributed as follows, based on PTO 149 discovery groups:

Phase I: 39 plaintiffs (down from 60 on November 7, 2006)
Phase II: 99 plaintiffs (down from 150)
Phase III: 373 plaintiffs (down from 431)
Phase IV: 605 plaintiffs (down from 1,535 plaintiffs, prior to the due date for case-specific expert reports)

C. **Phase III and IV Discovery and Remand**. The Court has entered an order establishing (1) a schedule for completion of Phase III and IV discovery and (2) a procedure and schedule for recommendation of remand of cases transferred to this MDL.

## II. SETTLEMENT

A. Defendants have settled 3,067 cases with a total value of $1,154,343,835. Of this total, 941 cases have been determined to be subject to the MDL assessment, with a total value of $350,409,334.38.

B. As of the last status conference, defendants had settled 3,052 cases with a total value of $1,151,613,835. Of this total, 937 cases had been determined to be subject to the MDL assessment, with a total settlement value of $350,121,334.38.

C. Approximately 141 cases have been submitted to the MDL mediation process.

## III. TRIAL SETTINGS

A. There are no trial settings for cases in the MDL.

B. A trial in the *Lollar* case has been scheduled for October 15, 2007 in Monroe County, Mississippi. The *Cafky* class action is tentatively scheduled for trial in Oklahoma on June 11, 2007.

C. No Baycol case has been tried since the last status conference.

## IV. MOTIONS

Argument will be heard on *Daubert* motions directed to generic expert testimony.

Respectfully submitted,

| | | |
|---|---|---|
| Charles S. Zimmerman<br>Richard A. Lockridge | Philip Beck<br>Adam Hoeflich<br>Susan Weber<br>James Mizgala<br>Peter Sipkins | Fred Magaziner<br>Tracy Van Steenburgh |
| *Co-Lead Counsel for Plaintiffs* | *Counsel for Bayer* | *Counsel for GSK* |