# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

**COURT MINUTES**
BEFORE: Michael J. Davis
U.S. District Judge

In re: Baycol Products.

| | |
|---|---|
| Case No: | 01-md-1431 MJD |
| Date: | January 30, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 09:04 a.m.- 11:15 a.m.<br>11:30 a.m. - 11:55 a.m.<br>01:02 p.m. - 02:31 p.m.<br>02:51 p.m. - 3:50 p.m.<br>04:00 p.m. - 06:50 p.m. |
| Time Concluded: | 06:50 p.m. |
| Time in Court: | 7 Hours 54 Minutes |

APPEARANCES:

Plaintiff(s): Charles Zimmerman
Richard Lockridge
Randy Hopper
Daniel Becnal

Defendant(s): Phil Beck
Adam Hoeflich
James Mizgala
Scott Smith
Fred Magaziner

Baycol Status Conference held
Daubert Motions argued.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motions taken under advisement as of: January 30, 2007

☒ ORDER TO BE ISSUED

s/Susan Schempf
Signature of Judicial Assistant