UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 1431 (MJD/SRN) |
| This Document Relates do All Actions | ) | Pretrial Order 157 |

**AMENDMENT TO PRETRIAL ORDERS 149 AND 156**

It is hereby Ordered that

Jennifer Daugherty (baycol@larsonking.com)
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

shall replace Deanna Dailey as Plaintiff's Liaison Counsel's contact. Service of all items required by §§ I.A.3 and I.E of PTO 149 and § I of PTO 156 shall be sent to Ms. Daugherty beginning April 16, 2007.

April 9, 2007

Honorable Michael J. Davis
United States District Judge

FILED
APR 09 2007
U.S. DISTRICT COURT MPLS