UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS LIABILITY LITIGATION ) MDL No. 1431 (MJD/SRN)

This Document Relates to All Actions ) Pretrial Order 158

It is hereby Ordered that when a Motion to Withdraw as Plaintiff's counsel is granted, Plaintiff's counsel shall provide the last known contact information for the relevant claimant(s) to the following parties via email and U.S. Mail:

Nicole Miller (nmiller@larsonking.com)
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

James W. Mizgala (jmizgala@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Fred T. Magaziner
DECHERT
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

April 9, 2007

Honorable Michael J. Davis
United States District Judge

SCANNED
APR 0 9 2007
U.S. DISTRICT COURT MPLS