UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

ORDER

The above-entitled matter is before the Court pursuant to Pretrial Order No. 149 § I.B.1.b., incorporating PTO 114 § IV-VI, regarding Plaintiffs who have not submitted the required Supplemental Discovery.

PTO 149 governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 149 § I.B.1.a., Plaintiffs with District of Minnesota case numbers 04-0414 to 05-3015 were required to serve upon Defendants completed Supplemental Discovery Disclosures by November 28, 2006. PTO 149 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose Supplemental Discovery Disclosure is still delinquent within 30 days of this deadline, and further warns that the Court will dismiss such cases with prejudice. See PTO 114 § VI.

Pursuant to PTO 114, the parties have submitted a list of Plaintiffs who have not complied with their Supplemental Discovery obligation as of June 19, 2007. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice

SCANNED
JUN 27 2007
U.S. DISTRICT COURT MPLS

the cases of any Plaintiffs listed on Exhibit A from whom defendants have not received the required discovery within ten days from the date of this Order.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on the attached list from whom Defendants have not received the required discovery within ten days from the date of this Order, in accordance with Part VI of PTO 114. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: JUN 26 2007

Michael J. Davis

Michael J. Davis
United States District Court

## MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION

**PTO-149 Supplemental Dismissal List for Plaintiffs due 11/28/2006 as of June 19, 2007**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Stephens, Raul | 04-0875 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br>(505) 243-3500<br>(505) 243-3534 (fax) |