**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/SRN)

This Document Relates to:

*All Actions*

**PLAINTIFFS' MOTION FOR CERTIFICATION**
**OF INTERLOCUTORY APPEAL**

Plaintiffs, by and through the Plaintiff Steering Committee, hereby bring a Motion for Certification of Interlocutory Appeal, pursuant to 28 U.S. C. § 1292(b). Plaintiffs request that the Court grant its Motion and certify the following questions to the Court of Appeals:

1. The standard for scientific data upon which experts may base their opinions;

2. The reliability of compilations and statistical analyses of Adverse Event Reports (AERs) in evaluating comparative toxicity of pharmaceutical products in the same drug class; and

3. The extent to which an expert can rely on studies and scientific literature concerning a single disease process that includes a continuum of injuries.

The grounds for this Motion are that these questions concern a controlling issue of law; there are substantial grounds for a difference of opinion on the issue; and certification of these issues will materially advance the ultimate termination of the litigation.

Dated: August 8, 2007

LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.

/s/ Richard A. Lockridge
Richard A. Lockridge
Robert K. Shelquist
Yvonne M. Flaherty
100 Washington Avenue South, Ste. 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

ZIMMERMAN REED, P.L.L.P
Charles Zimmerman
Robert R. Hopper
651 Nicollet Mall
Suite 501
Minneapolis, MN 55401
Telephone: (612) 341-0400

*Plaintiffs' Co-Lead Counsel*

RODA & NAST, P.C.
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Wendy R. Fleishman
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

ALEXANDER HAWES & AUDET
William Audet
152 N. 3rd Street
Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776

WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., LPA
Stanley M. Chesley
Central Trust Tower, Suite 1513
One West Fourth Street
Cincinnati, OH 45202
Telephone: (513) 621-0267

BRANCH LAW FIRM
Turner W. Branch
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104
Telephone: (505) 243-3500

LAW OFFICES OF DANIEL E. BECNEL,
JR.
Daniel E. Becnel
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186

CLIMACO, LEFKOWITZ, PECA,
WILCOX & GAROFOLI CO., L.P.A.
John R. Climaco
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484

SINGLETON LAW FIRM
W. James Singleton
4050 Linwood Ave.
Shreveport, LA 71108
Telephone: (318) 631-5200

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
Paul J. Geller
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: (561) 750-3000

KAPLAN, FOX & KILSHEIMER, LLP
Joel B. Strauss
Laurence D. King
805 3rd Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980

*Plaintiffs' Steering Committee*