**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**
**REGARDING PLAINTIFFS' MOTION FOR CERTIFICATION OF**
**INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

I, Richard A. Lockridge, certify that the Plaintiffs' Memorandum In Support Of Motion For Certification Of Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(B) complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,972 words.

Date: August 8, 2007

Richard A. Lockridge

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981