**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| All Actions | ) | |

**AFFIDAVIT OF RICHARD A. LOCKRIDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

Richard A. Lockridge, being duly sworn, deposes and says:

1. I am a partner with the law firm of Lockridge Grindal Nauen P.L.L.P. I submit this Affidavit in Support of Plaintiffs' Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).

2. Attached as Exhibit A is a true and correct copy of *Saunders v. Ace Mortgage Funding, Inc.*, No. 05-1437, 2007 WL 2008677 (D. Minn. July 6, 2007).

3. Attached as Exhibit B is a true and correct copy of *Pagliolo v. Guidant Corp.*, No. 06-943, 2007 WL 1567617 (D. Minn. May 29, 2007).

4. Attached as Exhibit C is a true and correct copy of *AT&T Communications of the Midwest, Inc. v. Qwest Corp.*, 2007 WL 1994047 (July 3, 2007).

5. Attached as Exhibit D is a true and correct copy of *Rogers v. Sec'y of Health & Human Servs.*, No. 94-0089V, 2000 WL 1337185 (Fed. Cl. Sept. 6, 2000).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Richard A. Lockridge
Richard A. Lockridge

Sworn to before me this 8th
day of August, 2007.

/s/ Barbara R. Gilles
Notary Public