UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LIABILITY LITIGATION | ) | MDL No. 1431 (MJD/SRN) |
| This Document Relates to All Actions | ) | Pretrial Order 159 |

**AMENDMENT TO PRETRIAL ORDERS 149, 156 and 157**

It is hereby Ordered that:

Troy Tatting (baycol@larsonking.com)
Larson King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

shall replace Jennifer Daugherty and Deanna Dailey as Plaintiff's Liaison Counsel's contact. Service of all items required by §§ I.A.3 and I.E of PTO 149 and § I of PTO 156 shall be sent to Mr. Tatting beginning August 17, 2007.

AUG 2 2 2007

August ___, 2007

Michael J. Davis

Honorable Michael J. Davis
United States District Judge

SCANNED
AUG 2 3 2007
U.S. DISTRICT COURT MPLS