A CERTIFIED TRUE COPY
JUL 14 2003
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JUL 14 2003
FILED
CLERK'S OFFICE

***DOCKET NO. 1431***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Michael Strehl, Sr., et al. v. Bayer Corp., et al.*, E.D. Pennsylvania, C.A. No. 2:02-6339

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Strehl*) on January 31, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Strehl* on February 20, 2003. The Panel has now been advised, however, that *Strehl* was dismissed and closed in the Eastern District of Pennsylvania pursuant to a stipulation of dismissal filed on February 19, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-19" filed on January 31, 2003, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

FILED JUL 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS