**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD/SRN)

This Document Relates to: All Actions

**ORDER CERTIFYING RULING FOR**
**INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

On July 9, 2007, this Court issued an order (which was amended on July 16, 2007), granting in part and denying in part defendants' and plaintiffs' motions to exclude testimony by various expert witnesses. *In re Baycol Prods. Litig.*, 495 F. Supp. 2d 977 (D. Minn. 2007) (the "Order"). On August 8, 2007, plaintiffs filed a motion requesting that the Court certify the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). *See* Plaintiffs' Motion for Certification of Interlocutory Appeal (filed Aug. 8, 2007) (the "Motion"). Defendants did not oppose plaintiffs' motion. *See* Defendants' Response to Plaintiffs' Motion for Certification of Interlocutory Appeal (filed Sept. 4, 2007).

The Order involves the admissibility of purported expert testimony under Federal Rule of Evidence 702, and *Daubert* v. *Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and its progeny. The Court is of the opinion that the grounds for interlocutory appeal set forth in 1292(b) are met: controlling question of law, substantial ground for difference of opinion, and immediate appeal may materially advance the ultimate termination of limitation. In particular, the purposes of this multi-district litigation would be served by immediate appellate review of the Order by the United States Court of Appeals for the Eighth Circuit. *See* 28 U.S.C. §§ 1292(b), 1407(a); *In re Food Lion, Inc.*, 73 F.3d 528, 533 (4th Cir. 1996) ("A consolidated appeal, heard by the appellate court having

jurisdiction over the transferee district court that entered the orders, is the best means of achieving efficient and uniform adjudication of numerous actions”).

Plaintiffs’ Motion is GRANTED, and the Order of this Court entered on July 16, 2007, is CERTIFIED for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

DATED: September 17, 2007

s / Michael J. Davis
Honorable Judge Michael J. Davis
United States District Court