UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Baycol Products Litigation | MDL No. 1431

This Document Relates to All Actions | Pretrial Order No. 160

---

A status conference is hereby scheduled for Monday, December 17, 2007 at 10:00 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Date: October 31, 2007

s / Michael J. Davis
Michael J. Davis
United States District Court