**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates To:<br><br>All Actions | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1431<br>(MJD) |

**JOINT STATUS REPORT**
**December 17, 2007**

## I. PENDING CASES

A. As of December 14, 2007, defendants have been served with approximately 361 Baycol cases that remain active, down from approximately 14,800 cases ever filed in this1 litigation. The active cases include approximately 156 cases filed in or removed to federal court, down from approximately 9,100 cases.

B. The federal cases involve 173 active plaintiffs. (The number of active plaintiffs excludes (a) plaintiffs for whom all parties have stipulated to dismiss or whose cases have settled but for whom a court order has not been entered, (b) plaintiffs asserting only derivative claims, and (c) 22 Phase IV plaintiffs as to whom dispositive motions on procedural grounds are now pending).

## II. SETTLEMENT

A. Defendants have settled 3,110 cases with a total value of $1,162,700,835. Of this total, 968 cases have been determined to be subject to the MDL assessment, with a total value of $356,246,334.83.

B. As of the last status conference (in January of this year), defendants had settled 3,067 cases with a total value of $1,154,343,834. Of this total, 941 cases had been determined to be subject to the MDL assessment, with a total value of $350,409,334.38.

C. Approximately 141 cases have been submitted to the MDL mediation process.

## III. DISCOVERY

Plaintiffs were broken into four groups for case-specific discovery pursuant to PTO 149. The active plaintiffs remaining in those groups are distributed as follows:

| | |
|---|---|
| Phase I: | 16 plaintiffs |
| Phase II: | 51 plaintiffs |
| Phase III: | 17 plaintiffs |
| Phase IV: | 89 plaintiffs. |

The parties are completing Phase IV expert discovery, which has been extended by agreement in a number of cases due to difficulties in scheduling experts.

## IV. TRIAL SETTINGS.

A. No Baycol case has been tried since the last status conference.

B. The *Mary Reed* case is set for trial in Mississippi on May 5, 2008; and the *Luis Nieves* case is set for trial in Puerto Rico on May 20, 2008.

## V. MOTIONS

The parties will submit to the Court an agreed proposed order setting forth a timetable for filing of certain dispositive motions in this MDL and a procedure for mediation and remand of cases.

Respectfully submitted,

| | | |
|---|---|---|
| Charles S. Zimmerman<br>Richard A. Lockridge | Philip Beck<br>Adam Hoeflich<br>Susan Weber<br>James Mizgala<br>Peter Sipkins | Fred Magaziner<br>Tracy Van Steenburgh |
| *Co-Lead Counsel for Plaintiffs* | *Counsel for Bayer* | *Counsel for GSK* |

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Joint Status Report was electronically filed and served on December 14, 2007.

[signature]
______________________________