# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| In Re: Baycol Products Litigation | ) | COURT MINUTES - CIVIL<br>BEFORE: Michael J. Davis<br>U.S. District Judge | |
| | ) | Case No: | 01-md-1431 |
| | ) | Date: | December 17, 2007 |
| | ) | Court Reporter: | Lori Simpson |
| | ) | Time Commenced: | 10:00 a.m. |
| | ) | Time Concluded: | 10:50 a.m. |
| | ) | Time in Court: | 50 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Charles Zimmerman, Randy Hopper, Dick Lockridge, and Daniel Burnel, Jr. |
| Defendant: | Phil Beck, Susan Weber, Peter Sipkins, Fred Magaziner, James Mizgala |
| Special Master: | Roger Haydock |

PROCEEDINGS:

- ☒ Status conference.
- ☒ Dates discussed for the progression of the case.

s/Kristine Wegner

December 17, 2007 — Calendar Clerk to Judge Michael J. Davis