**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION** MDL No. 1431 (MJD/SRN)

This Documents Relates to All Actions **ORDER**

---

The above-entitled matter is before the Court pursuant to Pretrial Order No. 161 ¶ 3 regarding the disposition of derivative claims.

Pursuant to PTO 161, the parties have submitted a list of Plaintiffs whose claims are derivative to an already-dismissed former Baycol user. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to notify those Plaintiffs that the Court will dismiss with prejudice the claims of any Plaintiffs listed on Exhibit A who does not respond to this Order, within 14 days from the date of this Order, by filing a brief showing cause why his/her claim should not be dismissed.

Based on the foregoing, and on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties will stipulate to proposed orders naming those Plaintiffs who do not respond to this Order, within 14 days from the date of this Order, by filing a brief showing cause why his/her claim should not be dismissed, in accordance with Paragraph 3 of PTO 161. The proposed orders will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: January 16, 2008

s / Michael J. Davis
Michael J. Davis
United States District Court

**EXHIBIT A**

**MDL-1431**
**Baycol Products Litigation**

**Pending Derivative Claimants as of 1/14/2008**
**Where Primary Claimant Has Been Dismissed**

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 1. | 02-0749 | Garay, Macaria | 3/23/2004 | Duque, Marlene | Weitz & Luxenberg |
| 2. | 02-1031 | Putnam, Thomas | 5/21/2003 | Putnam, Roxanne | Weitz & Luxenberg |
| 3. | 02-2137 | Clark, Ora | 6/22/2004 | Clark, Elaine | Climaco Lefkowitz |
| 4. | 02-2824 | Potter, Robert | 4/28/2003 | Potter, Dawn | Zimmerman Reed Climaco Lefkowitz |
| 5. | 02-3325 | Wall, John | 1/26/2006 | Wall, Sue | Weitz & Luxenberg |
| 6. | 02-3858 | Seay, Gayle | 5/21/2003 | Seay, Jerry | Capretz & Associates |
| 7. | 02-4550 | Burns, William | 1/26/2006 | Burns, Elizabeth | Weitz & Luxenberg |
| 8. | 02-4575 | Rigel, Elmer | 1/26/2006 | Rigel, Wanda | Weitz & Luxenberg |
| 9. | 02-4630 | Fowler, David | 1/26/2006 | Fowler, Ruth | Weitz & Luxenberg |
| 10. | 03-0636 | Tapang, Doroteo | 3/17/2006 | Tapang, Suzett | Weitz & Luxenberg |
| 11. | 03-0653 | Rodis, Angelita | 1/26/2006 | Rodis, Felimi | Weitz & Luxenberg |
| 12. | 03-0749 | Vazquez, Maria | 1/26/2006 | Vazquez, Demetrio | Weitz & Luxenberg |
| 13. | 03-1407 | Goswami, Shila | 11/23/2005 | Goswami, Chitta | Weitz & Luxenberg |
| 14. | 03-1792 | Claus, Charles | 1/26/2006 | Claus, Grace | Weitz & Luxenberg |
| 15. | 03-1993 | Taylor, Betty | 1/26/2006 | Taylor, Virgil | Weitz & Luxenberg |
| 16. | 03-2164 | Banks, John | 6/23/2005 | Banks, Bernice | Weitz & Luxenberg |
| 17. | 03-2165 | Clavin, John | 8/5/2003 | Clavin, Andrea | Weitz & Luxenberg |
| 18. | 03-2165 | Colmenares, Daniel | 8/5/2003 | Colmenares, Toni | Weitz & Luxenberg |
| 19. | 03-2166 | Wilson, Allan | 8/8/2006 | Wilson, Aileen | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 20. | 03-2166 | Woods, Bill | 7/31/2003 | Woods, Frances | Weitz & Luxenberg |
| 21. | 03-2167 | Bertholf, Anthony | 8/5/2003 | Bertholf, Donna | Weitz & Luxenberg |
| 22. | 03-2168 | Lopez, Luis | 3/17/2006 | Lopez, Laura | Weitz & Luxenberg |
| 23. | 03-2169 | Vanek, Jerry | 8/15/2003 | Vanek, Evelyn | Weitz & Luxenberg |
| 24. | 03-2169 | Wade, Noreen | 8/5/2003 | Wade, Leif | Weitz & Luxenberg |
| 25. | 03-2171 | Cell-Woodnal, Carole | 8/5/2003 | Woodnal, John | Weitz & Luxenberg |
| 26. | 03-2171 | Sparks, Betty | 8/5/2003 | Sparks, Calvin | Weitz & Luxenberg |
| 27. | 03-2171 | Collis, Marie | 8/5/2003 | Collis, Robert | Weitz & Luxenberg |
| 28. | 03-2172 | Milam, Ernie | 8/5/2003 | Milam, Mary | Weitz & Luxenberg |
| 29. | 03-2174 | Smith, Chelle | 12/1/2003 | Smith, Marvin | Weitz & Luxenberg |
| 30. | 03-2178 | Peterson, Samuel | 8/5/2003 | Peterson, Shirley | Weitz & Luxenberg |
| 31. | 03-2180 | Bisotti, Albert | 8/5/2003 | Bisotti, Sue C. | Weitz & Luxenberg |
| 32. | 03-2181 | Deyden, Cathy | 8/5/2003 | Deyden, Mark | Weitz & Luxenberg |
| 33. | 03-2182 | Gallagher, Phyllys | 8/5/2003 | Gallagher, John | Weitz & Luxenberg |
| 34. | 03-2182 | Gentner, George | 8/5/2003 | Gentner, Eileen | Weitz & Luxenberg |
| 35. | 03-2183 | Gerischer, Glen | 8/5/2003 | Gerischer, Mae | Weitz & Luxenberg |
| 36. | 03-2183 | Harris, John | 8/5/2003 | Harris, Catherine | Weitz & Luxenberg |
| 37. | 03-2184 | Wilson, Kris | 9/12/2006 | Wilson, Jeff | Weitz & Luxenberg |
| 38. | 03-2186 | Mason, Mark | 8/5/2003 | Mason, Carolyn | Weitz & Luxenberg |
| 39. | 03-2189 | Adrian, Estelle | 8/5/2003 | Adrian, Richard | Weitz & Luxenberg |
| 40. | 03-2189 | Altshuler, Shirley | 8/5/2003 | Altshuler, Robert | Weitz & Luxenberg |
| 41. | 03-2190 | Murphy, Mitchell | 8/5/2003 | Murphy, Catherine | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 42. | 03-2191 | Bui, Patrick | 8/5/2003 | Bui, Jennifer | Weitz & Luxenberg |
| 43. | 03-2192 | Riggs, Alfred, Jr. | 8/5/2003 | Riggs, Jean L. | Weitz & Luxenberg |
| 44. | 03-2195 | Hamilton, Ronald | 8/5/2003 | Hamilton, Barbara | Weitz & Luxenberg |
| 45. | 03-2195 | Hanecak, Elizabeth | 8/5/2003 | Hanecak, Richard G. | Weitz & Luxenberg |
| 46. | 03-2195 | Hansen, Ellen | 8/5/2003 | Hansen, Kjeld | Weitz & Luxenberg |
| 47. | 03-2197 | Law, Tze Sae | 8/5/2003 | Law, Kim | Weitz & Luxenberg |
| 48. | 03-2198 | Odom, Emmitt, Sr. | 4/25/2006 | Odom, Lillie | Weitz & Luxenberg |
| 49. | 03-2202 | Perez, John | 8/5/2003 | Perez, Maria N. | Weitz & Luxenberg |
| 50. | 03-3620 | Jones, Jenny Faye | 8/16/2004 | Jones, Raymond Allen | Zimmerman Reed<br>Alan Aleksander |
| 51. | 03-4515 | Johnson, Ruth | 2/18/2004 | Johnson, Vernon L. | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 52. | 03-4515 | Whitworth, Jean A. | 2/18/2004 | Whitworth, Robert L. | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 53. | 03-4516 | Barkley, Arthur | 12/8/2004 | Barkley, Lana L. | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 54. | 03-4516 | Bolio, Ethel | 4/2/2004 | Bolio, Jack | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 55. | 03-4516 | Schmidt, Alice | 2/18/2004 | Schmidt, Burdell | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 56. | 03-4516 | Whitaker, Vivian | 2/18/2004 | Whitaker, Frank | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 57. | 03-4527 | Reed, Gary R. | 2/18/2004 | Reed, Margie T. | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 58. | 03-4533 | Pettijohn, Phillip | 2/18/2004 | Pettijohn, Rhonda | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 59. | 03-4534 | Eash, Patricia | 2/18/2004 | Eash, John | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 60. | 03-4534 | Lange, Maggie | 2/18/2004 | Lange, Charles | Hagans Bobb & Burdine<br>Zimmerman Reed |
| 61. | 03-4534 | Sutton, Mark | 2/18/2004 | Sutton, Marilyn | Zimmerman Reed<br>Climaco Lefkowitz |
| 62. | 03-4712 | Helon, John | 8/31/2006 | Helon, Genevieve | Zimmerman Reed<br>Climaco Lefkowitz |
| 63. | 03-4712 | Russo, Rosemary | 2/18/2004 | Russo, Frank | Zimmerman Reed<br>Climaco Lefkowitz |
| 64. | 03-4717 | King, Ann J. | 6/22/2004 | King, Richard | Zimmerman Reed<br>Climaco Lefkowitz |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 65. | 03-4722 | Brubaker, Vaughn | 12/8/2004 | Brubaker, Patricia | Zimmerman Reed Climaco Lefkowitz |
| 66. | 03-4722 | McClure, Ella | 12/8/2004 | McClure, Philip | Zimmerman Reed Climaco Lefkowitz |
| 67. | 03-4722 | Mills, Pam | 12/8/2004 | Mills, Jake | Zimmerman Reed Climaco Lefkowitz |
| 68. | 03-4722 | Myers, John | 2/18/2004 | Myers, Debra | Zimmerman Reed Climaco Lefkowitz |
| 69. | 03-4722 | Rooney, Michael | 12/8/2004 | Rooney, Mary | Zimmerman Reed Climaco Lefkowitz |
| 70. | 03-4722 | Burden, Douglas | 2/18/2004 | Burden, Cherrell | Zimmerman Reed Climaco Lefkowitz |
| 71. | 03-4723 | Wellington, Alice | 6/22/2004 | Wellington, John | Zimmerman Reed Climaco Lefkowitz |
| 72. | 03-4734 | Paone, Jjoseph | 2/18/2004 | Paone, Patricia | Zimmerman Reed Climaco Lefkowitz |
| 73. | 03-4736 | Euman, Kevin | 2/18/2004 | Euman, Sherry | Zimmerman Reed Climaco Lefkowitz |
| 74. | 03-4736 | Legrow, Gordon | 2/18/2004 | Legrow, Paula | Zimmerman Reed Climaco Lefkowitz |
| 75. | 03-4739 | Slater, Belva Kay | 2/18/2004 | Slater, Daniel | Zimmerman Reed Climaco Lefkowitz |
| 76. | 03-4746 | Stubbs, Henry | 2/18/2004 | Stubbs, Marva | Zimmerman Reed Climaco Lefkowitz |
| 77. | 03-4746 | Tiefenbach, Frank | 2/18/2004 | Tiefenbach, Jeanne | Zimmerman Reed Climaco Lefkowitz |
| 78. | 03-4748 | McClure, Ella | 2/18/2004 | McClure, Philip | Zimmerman Reed Climaco Lefkowitz |
| 79. | 04-0951 | Muscat, David | 7/26/2004 | Muscat, Cherry Lynn | Cirtrin & McGlathren |
| 80. | 04-0966 | Jones, Robert | 1/4/2006 | Jones, Judith | Farber Pappalando & Carbonari |
| 81. | 04-1256 | Charania, Nasiruddin | 1/12/2006 | Charania, Mahmoode | Weitz & Luxenberg |
| 82. | 04-1258 | Gordon, Gladys | 1/12/2006 | Gordon, Edward | Weitz & Luxenberg |
| 83. | 04-1258 | Plaza, Waldman | 8/16/2004 | Plaza, Aida | Weitz & Luxenberg |
| 84. | 04-1260 | Timpa-Fewel, Vicki | 1/12/2006 | Fewel, John | Weitz & Luxenberg |
| 85. | 04-1262 | Hayes, Edwin | 6/13/2006 | Hayes, Beverly | Weitz & Luxenberg |
| 86. | 04-1262 | White, Josephine | 4/13/2006 | White, Josephine | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 87. | 04-1628 | Gann, Dixie | 12/8/2004 | Gann, James | Weitz & Luxenberg |
| 88. | 04-1628 | Simpkins, Willie | 12/8/2004 | Simpkins, Terry | Weitz & Luxenberg |
| 89. | 04-1628 | Hanna, James | 12/8/2004 | Hanna, Marla | Weitz & Luxenberg |
| 90. | 04-1628 | Dennis, Kendall | 12/8/2004 | Dennis, Joanne | Weitz & Luxenberg |
| 91. | 04-1628 | King, Gary | 12/8/2004 | King, Mary | Weitz & Luxenberg |
| 92. | 04-1628 | Leach, Melvin | 12/8/2004 | Leach, Sandra | Weitz & Luxenberg |
| 93. | 04-1629 | Lannan, Larry | 12/8/2004 | Lannan, Kelley | Weitz & Luxenberg |
| 94. | 04-1629 | Medary, Joanne | 12/8/2004 | Medary, Charles | Weitz & Luxenberg |
| 95. | 04-1629 | Miller, Chalres | 12/8/2004 | Miller, Karen | Weitz & Luxenberg |
| 96. | 04-1629 | Sanders, Juanita | 12/8/2004 | Sanders, Charles E. | Weitz & Luxenberg |
| 97. | 04-1629 | Olson, Dorothy | 12/8/2004 | Olson, Leonard | Weitz & Luxenberg |
| 98. | 04-1629 | Lehman, Ronald | 12/8/2004 | Lehman, Dora | Weitz & Luxenberg |
| 99. | 04-1630 | Bate, Vicky | 12/8/2004 | Bate, George | Weitz & Luxenberg |
| 100. | 04-1630 | Gilpatrick, Stanley | 12/8/2004 | Gilpatrick, Lapriel | Weitz & Luxenberg |
| 101. | 04-1630 | Shafer, Verna | 12/8/2004 | Shafer, Walter | Weitz & Luxenberg |
| 102. | 04-1630 | Sandell, Edna | 12/8/2004 | Sandell, Glen | Weitz & Luxenberg |
| 103. | 04-1630 | Fannin, Jerry | 12/8/2004 | Fannin, Jane | Weitz & Luxenberg |
| 104. | 04-1630 | Stump, James | 12/8/2004 | Stump, Rayetta | Weitz & Luxenberg |
| 105. | 04-1630 | Van Winkle, Mark | 12/8/2004 | Van Winkle, Pamela | Weitz & Luxenberg |
| 106. | 04-1631 | Frias, Phyllis | 12/8/2004 | Frias, John | Weitz & Luxenberg |
| 107. | 04-1631 | Johnson, Lucy | 12/8/2004 | Johnson, Willie | Weitz & Luxenberg |
| 108. | 04-1631 | Yingst, Wanda | 12/8/2004 | Yingst, James | Weitz & Luxenberg |
| 109. | 04-1631 | Galayda, Pat | 12/8/2004 | Galayda, Michael | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 110. | 04-1631 | McNeill, Brenda | 12/8/2004 | McNeill, Ronald | Weitz & Luxenberg |
| 111. | 04-1632 | McFadden, Elisabeth | 12/8/2004 | McFadden, John | Weitz & Luxenberg |
| 112. | 04-1632 | Moore, Joan | 12/8/2004 | Moore, William | Weitz & Luxenberg |
| 113. | 04-1632 | Gandolfo, Ernest | 10/2/2006 | Gandolfo, Cynthia A. | Weitz & Luxenberg |
| 114. | 04-1632 | Didvar Saadi, Mohammed | 4/13/2006 | Didvar Saadi, Irene | Weitz & Luxenberg |
| 115. | 04-1633 | Dalton, Eloise | 12/8/2004 | Dalton, Raymond Lee | Weitz & Luxenberg |
| 116. | 04-1633 | Williams, Phyllis | 12/8/2004 | Williams, Vernon | Weitz & Luxenberg |
| 117. | 04-1633 | Mobley, James | 12/8/2004 | Mobley, Peggy | Weitz & Luxenberg |
| 118. | 04-1633 | Hill, William | 12/8/2004 | Hill, Jacqueline | Weitz & Luxenberg |
| 119. | 04-1633 | Penley, Loretta | 12/8/2004 | Penley, Eckle G. | Weitz & Luxenberg |
| 120. | 04-1634 | Cady, Darlene | 12/8/2004 | Cady, Eugene O. | Weitz & Luxenberg |
| 121. | 04-1634 | Coleman, Jessie | 12/8/2004 | Coleman, Larry | Weitz & Luxenberg |
| 122. | 04-1634 | Gonzales, Michael | 12/8/2004 | Gonzales, Julie | Weitz & Luxenberg |
| 123. | 04-1634 | Masone, Joseph | 12/8/2004 | Masone, Mary E. | Weitz & Luxenberg |
| 124. | 04-1634 | Montano, Lupe | 12/8/2004 | Montano, Jesus M. | Weitz & Luxenberg |
| 125. | 04-1635 | Adams, Patricia | 12/8/2004 | Adams, Tammy | Weitz & Luxenberg |
| 126. | 04-1635 | Atcha, Yahya | 12/8/2004 | Atcha, Aisha | Weitz & Luxenberg |
| 127. | 04-1635 | Banks, Alice | 12/8/2004 | Banks, Ramon | Weitz & Luxenberg |
| 128. | 04-1635 | Coleman, Michael | 12/8/2004 | Coleman, Burnetta | Weitz & Luxenberg |
| 129. | 04-1635 | Kimp, Earlene | 12/8/2004 | Kimp, Jesse | Weitz & Luxenberg |
| 130. | 04-1635 | Kitchens, Andrew | 12/8/2004 | Kitchens, Haydees | Weitz & Luxenberg |
| 131. | 04-1635 | O'Malley, Patrick | 12/8/2004 | O'Malley, Beatrice | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 132. | 04-1636 | Reed, Thomas | 12/8/2004 | Reed, Tinnie | Weitz & Luxenberg |
| 133. | 04-1636 | Reeves, Otis | 12/8/2004 | Reeves, Lavater | Weitz & Luxenberg |
| 134. | 04-1636 | Reneau, Althonia | 12/8/2004 | Reneau, Otis | Weitz & Luxenberg |
| 135. | 04-1636 | Sanchez, Leopoldo | 12/8/2004 | Sanchez, Eleanora | Weitz & Luxenberg |
| 136. | 04-1636 | Scarpiniti, Alphonso | 12/8/2004 | Scarpiniti, Joan | Weitz & Luxenberg |
| 137. | 04-1636 | Sconiers, Stanley | 12/8/2004 | Sconiers, Evon | Weitz & Luxenberg |
| 138. | 04-1636 | Skidmore, William | 12/8/2004 | Skidmore, Anne | Weitz & Luxenberg |
| 139. | 04-1636 | Sliva, Patria | 12/8/2004 | Sliva, Bueno | Weitz & Luxenberg |
| 140. | 04-1636 | Trice, Leola | 12/8/2004 | Trice, Thomas | Weitz & Luxenberg |
| 141. | 04-1636 | Urizar, Angelo | 12/8/2004 | Urizar, Margaret | Weitz & Luxenberg |
| 142. | 04-1636 | Vavrik, Robert | 12/8/2004 | Vavrik, Geraldine | Weitz & Luxenberg |
| 143. | 04-1636 | Wallace, Velma | 12/8/2004 | Wallace, Eddie | Weitz & Luxenberg |
| 144. | 04-1636 | Williams, Savannah | 12/8/2004 | Williams, Ruben | Weitz & Luxenberg |
| 145. | 04-1636 | Wright, Bob | 12/8/2004 | Wright, Helen | Weitz & Luxenberg |
| 146. | 04-1636 | Barber, Shirley | 12/8/2004 | Barber, Albert | Weitz & Luxenberg |
| 147. | 04-1636 | Brown, Todd | 12/8/2004 | Wenban, Donna | Weitz & Luxenberg |
| 148. | 04-1636 | Comitz, Johanna | 12/8/2004 | Comitz, Frank | Weitz & Luxenberg |
| 149. | 04-1636 | Werle, Elinor | 12/8/2004 | Werle, John | Weitz & Luxenberg |
| 150. | 04-1636 | McConnell, Jim | 12/8/2004 | McConnell, Christine | Weitz & Luxenberg |
| 151. | 04-1636 | Kogen, Howard | 12/8/2004 | Kogen, Esther | Weitz & Luxenberg |
| 152. | 04-1636 | Kolodziej, Alex | 12/8/2004 | Kolodziej, Christine | Weitz & Luxenberg |
| 153. | 04-1636 | Washington, Eddie | 12/8/2004 | Washington, F. | Weitz & Luxenberg |
| 154. | 04-1636 | Mueller, Larry | 12/8/2004 | Mueller, Cheryl | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 155. | 04-1636 | Evans, Dan | 12/8/2004 | Evans, Carol | Weitz & Luxenberg |
| 156. | 04-1636 | Webster, Dave | 12/8/2004 | Webster, Betty | Weitz & Luxenberg |
| 157. | 04-1636 | Hachten-Kritzmire, Kay | 12/8/2004 | Kritzmire, Bill | Weitz & Luxenberg |
| 158. | 04-1636 | Prichard, Edward | 12/8/2004 | Prichard, Carole | Weitz & Luxenberg |
| 159. | 04-1636 | Lockwood, Harriet | 12/8/2004 | Lockwood, George | Weitz & Luxenberg |
| 160. | 04-1636 | Geary, Stephanie | 12/8/2004 | Geary, Jack | Weitz & Luxenberg |
| 161. | 04-1636 | Taylor, Jack | 12/8/2004 | Tunberg-Taylor, Joy E. | Weitz & Luxenberg |
| 162. | 04-1636 | Clark, Gladys | 12/8/2004 | Clark, Jeffrey | Weitz & Luxenberg |
| 163. | 04-1636 | Haas, Loene | 12/8/2004 | Haas, Theodore | Weitz & Luxenberg |
| 164. | 04-1636 | Pickering, Sue | 12/8/2004 | Pickering, Philip | Weitz & Luxenberg |
| 165. | 04-1636 | Massey, Clinton | 12/8/2004 | Massey, Flora | Weitz & Luxenberg |
| 166. | 04-1636 | Williams, Herman | 12/8/2004 | Williams, Aretha | Weitz & Luxenberg |
| 167. | 04-1636 | Cummings, Scott | 12/8/2004 | Cummings, Lisa | Weitz & Luxenberg |
| 168. | 04-1636 | Howe, Joanne | 12/8/2004 | Howe, Dennise | Weitz & Luxenberg |
| 169. | 04-1636 | Hussain, Amjad | 12/8/2004 | Hussain, Sameen | Weitz & Luxenberg |
| 170. | 04-1636 | McMeen, Pat | 12/8/2004 | McMeen, Krystyna | Weitz & Luxenberg |
| 171. | 04-1636 | Shaw, Raymond, Jr. | 12/8/2004 | Shaw, Rhonda | Weitz & Luxenberg |
| 172. | 04-1637 | Kramer, Roy | 12/8/2004 | Kramer, Bevlah | Weitz & Luxenberg |
| 173. | 04-1637 | Taylor, Robert | 12/8/2004 | Taylor, Mina | Weitz & Luxenberg |
| 174. | 04-1637 | Boyle, Joseph, III | 12/8/2004 | Boyle, Patti | Weitz & Luxenberg |
| 175. | 04-1637 | Kelley, Harold | 12/8/2004 | Kelley, Beverly | Weitz & Luxenberg |
| 176. | 04-1637 | Rhea, Harry | 12/8/2004 | Rhea, Mary M. | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 177. | 04-1637 | Pimentel, Damiana | 12/8/2004 | Pimentel, Hector | Weitz & Luxenberg |
| 178. | 04-1637 | Kissinger, Patrick | 12/8/2004 | Kissinger, Kay L. | Weitz & Luxenberg |
| 179. | 04-1637 | Foster, Frances | 12/8/2004 | Foster, Wayne T. | Weitz & Luxenberg |
| 180. | 04-1637 | Suchow, David | 12/8/2004 | Suchow, Hilda | Weitz & Luxenberg |
| 181. | 04-1637 | Daniels, Howard, Sr. | 12/8/2004 | Daniels, Denise Y. | Weitz & Luxenberg |
| 182. | 04-1637 | Jolly, Patrick | 12/8/2004 | Jolly, Mary | Weitz & Luxenberg |
| 183. | 04-1637 | Lippincott, Donald | 12/8/2004 | Lippincott, Carole A. | Weitz & Luxenberg |
| 184. | 04-1637 | Pronesti, John | 12/8/2004 | Pronesti, Arlene | Weitz & Luxenberg |
| 185. | 04-1637 | Ramirez, Idelmer | 12/8/2004 | Ramirez, Julia | Weitz & Luxenberg |
| 186. | 04-1637 | Bitner, Mary | 12/8/2004 | Bitner, Stanley | Weitz & Luxenberg |
| 187. | 04-1637 | Dickey, Ella | 12/8/2004 | Dickey, Walter | Weitz & Luxenberg |
| 188. | 04-1637 | Foreman, Joan | 12/8/2004 | Foreman, Clinton | Weitz & Luxenberg |
| 189. | 04-1637 | Kanya, Joan | 12/8/2004 | Kanya, Albert | Weitz & Luxenberg |
| 190. | 04-1638 | Harmon, Don | 12/8/2004 | Harmon, Geneva | Weitz & Luxenberg |
| 191. | 04-1638 | Fello, Gloria | 12/8/2004 | Fello, Philip E. | Weitz & Luxenberg |
| 192. | 04-1638 | Adams, Ronnie | 12/8/2004 | Adams, Juanita M. | Weitz & Luxenberg |
| 193. | 04-1638 | Chong, Tong | 12/8/2004 | Chong, Myong | Weitz & Luxenberg |
| 194. | 04-1638 | Standeford, Murry | 12/8/2004 | Standeford, Geneva | Weitz & Luxenberg |
| 195. | 04-1638 | Haley, Russell | 12/8/2004 | Haley, Shirley | Weitz & Luxenberg |
| 196. | 04-1638 | Baldwin, Marilyn | 12/8/2004 | Baldwin, Earl | Weitz & Luxenberg |
| 197. | 04-1638 | Branson, Dorothy | 12/8/2004 | Branson, Marvin | Weitz & Luxenberg |
| 198. | 04-1638 | Franklin, Otis | 12/8/2004 | Franklin, Early | Weitz & Luxenberg |
| 199. | 04-1638 | Gardner, Jimmie | 12/8/2004 | Gardner, Fred | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 200. | 04-1638 | Hopkins, Renalda | 12/8/2004 | Hopkins, Shela | Weitz & Luxenberg |
| 201. | 04-1638 | Kalayilparampil, Achiamma | 12/8/2004 | Kalayilparampil, Thomas | Weitz & Luxenberg |
| 202. | 04-1638 | Vonrembow, Joe | 12/8/2004 | Vonrembow, Mary | Weitz & Luxenberg |
| 203. | 04-1638 | Woods, Estle | 12/8/2004 | Woods, Donna | Weitz & Luxenberg |
| 204. | 04-1639 | Kresse, Joseph | 12/8/2004 | Kresse, Darlene | Weitz & Luxenberg |
| 205. | 04-1639 | Landry, George | 12/8/2004 | Landry, Lois | Weitz & Luxenberg |
| 206. | 04-1639 | Langworthy, Cindy | 12/8/2004 | Langworthy, Richard | Weitz & Luxenberg |
| 207. | 04-1639 | Lewis, Benjamin | 12/8/2004 | Lewis, Hazel | Weitz & Luxenberg |
| 208. | 04-1639 | Lohstroh, Kenneth | 12/8/2004 | Lohstroh, Mary | Weitz & Luxenberg |
| 209. | 04-1639 | Luban, Lana | 12/8/2004 | Luban, Howard | Weitz & Luxenberg |
| 210. | 04-1639 | Luckett, Lucien | 12/8/2004 | Luckett, Helen E. | Weitz & Luxenberg |
| 211. | 04-1639 | Macias, Marina | 12/8/2004 | Macias, Hector | Weitz & Luxenberg |
| 212. | 04-1639 | MacLeod, Dalton | 12/8/2004 | MacLeod, Brenda | Weitz & Luxenberg |
| 213. | 04-1639 | Mannon, Ronald | 12/8/2004 | Mannon, Marguerite | Weitz & Luxenberg |
| 214. | 04-1639 | Martinez, Nella | 12/8/2004 | Martinez, Alvino | Weitz & Luxenberg |
| 215. | 04-1639 | Martinez, Ofelia | 12/8/2004 | Martinez, Ernest | Weitz & Luxenberg |
| 216. | 04-1639 | Mask, Linda | 12/8/2004 | Mask, Marvin | Weitz & Luxenberg |
| 217. | 04-1639 | Mathis, Jack | 12/8/2004 | Mathis, Hazel | Weitz & Luxenberg |
| 218. | 04-1639 | McElwain, Norah | 12/8/2004 | McElwain, John E. | Weitz & Luxenberg |
| 219. | 04-1639 | McMillan, Ruth | 12/8/2004 | McMillan, Russell | Weitz & Luxenberg |
| 220. | 04-1639 | McTheny, Corine | 12/8/2004 | Weber, Phillip | Weitz & Luxenberg |
| 221. | 04-1639 | Medina, Robert | 12/8/2004 | Medina, Roberta | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 222. | 04-1639 | Miller, Nancy | 12/8/2004 | Miller, John W. | Weitz & Luxenberg |
| 223. | 04-1639 | Morrison, Mable | 12/8/2004 | Morrison, Russell U. | Weitz & Luxenberg |
| 224. | 04-1639 | Nacinovich, John | 12/8/2004 | Nacinovich, Beatrice | Weitz & Luxenberg |
| 225. | 04-1639 | Nelson, Eddie | 12/8/2004 | Nelson, Christine | Weitz & Luxenberg |
| 226. | 04-1639 | Nicosia, Rose | 12/8/2004 | Nicosia, Dominic | Weitz & Luxenberg |
| 227. | 04-1639 | O'Hare, Roma | 12/8/2004 | O'Hare, Leonard | Weitz & Luxenberg |
| 228. | 04-1639 | Okunami, Nancy | 12/8/2004 | Okunami, Hideo | Weitz & Luxenberg |
| 229. | 04-1639 | Palmo, Michael | 12/8/2004 | Palmo, Carol S. | Weitz & Luxenberg |
| 230. | 04-1639 | Pease, Harold, Sr. | 12/8/2004 | Pease, Cheryl E. | Weitz & Luxenberg |
| 231. | 04-1639 | Plascencia, Jesus | 12/8/2004 | Plascencia, Irene | Weitz & Luxenberg |
| 232. | 04-1639 | Polliard, Steven | 12/8/2004 | Polliard, Bonnie J. | Weitz & Luxenberg |
| 233. | 04-1639 | Reams, Thomas | 12/8/2004 | Reams, Bennie | Weitz & Luxenberg |
| 234. | 04-1640 | Dominguez, Mary | 12/8/2004 | Dominguez, Frank | Weitz & Luxenberg |
| 235. | 04-1640 | Estrada, Carlos | 12/8/2004 | Estrada, Mary Helen | Weitz & Luxenberg |
| 236. | 04-1640 | Felix, Edward | 12/8/2004 | Felix, Louise | Weitz & Luxenberg |
| 237. | 04-1640 | Gallegos, Joe | 12/8/2004 | Gallegos, Ofelia | Weitz & Luxenberg |
| 238. | 04-1640 | Gomez, Leopoldo | 12/8/2004 | Gomez, Lydia T. | Weitz & Luxenberg |
| 239. | 04-1640 | Gracia, Helen | 12/8/2004 | Gracia, Edward | Weitz & Luxenberg |
| 240. | 04-1640 | Greggory, Kenneth | 12/8/2004 | Greggory, Nancy | Weitz & Luxenberg |
| 241. | 04-1640 | Guyton, Bobby | 12/8/2004 | Guyton, Stanislava | Weitz & Luxenberg |
| 242. | 04-1640 | Hartline, Catherine | 12/8/2004 | Hartline, Michael | Weitz & Luxenberg |
| 243. | 04-1640 | Haviland, Lupe | 12/8/2004 | Haviland, Dale | Weitz & Luxenberg |
| 244. | 04-1640 | Herman, Alden | 12/8/2004 | Herman, Elies | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 245. | 04-1640 | Hildebrandt, Robert | 9/21/2006 | Hildebrandt, Sharon | Weitz & Luxenberg |
| 246. | 04-1640 | Hinojosa, Ralph, Jr. | 12/8/2004 | Hinojosa, Linda | Weitz & Luxenberg |
| 247. | 04-1640 | Holliday, Theodore | 10/18/2006 | Holliday, Colleen | Weitz & Luxenberg |
| 248. | 04-1640 | Hooey, Desmond | 10/18/2006 | Hooey, Grace | Weitz & Luxenberg |
| 249. | 04-1640 | Huggins, Mae | 10/18/2006 | Huggins, Archie | Weitz & Luxenberg |
| 250. | 04-1640 | Hyman-Figy, Bonnie | 10/18/2006 | Hyman, Eugene | Weitz & Luxenberg |
| 251. | 04-1640 | Janssen, Patricia | 10/18/2006 | Janssen, John | Weitz & Luxenberg |
| 252. | 04-1640 | Johnson, Edward | 10/18/2006 | Johnson, Shirley | Weitz & Luxenberg |
| 253. | 04-1640 | Juarez, Alex | 10/18/2006 | Juarez, Nancy | Weitz & Luxenberg |
| 254. | 04-1640 | Kamchi, Jerry | 10/18/2006 | Kamchi, Beverly | Weitz & Luxenberg |
| 255. | 04-1641 | Maklary, William | 10/18/2006 | Maklary, Francine | Weitz & Luxenberg |
| 256. | 04-1641 | Villa, Eloina | 12/8/2004 | Villa, Jose Pedro | Weitz & Luxenberg |
| 257. | 04-1641 | McEuen, Donald | 12/8/2004 | McEuen, Janet | Weitz & Luxenberg |
| 258. | 04-1641 | Bailey, H. | 12/8/2004 | Bailey, Frank | Weitz & Luxenberg |
| 259. | 04-1641 | Battles, Charles | 12/8/2004 | Battles, Betty | Weitz & Luxenberg |
| 260. | 04-1641 | Bittinger, Randy | 12/8/2004 | Bittinger, Cindy | Weitz & Luxenberg |
| 261. | 04-1641 | Boice, Linda | 12/8/2004 | Boice, Donald | Weitz & Luxenberg |
| 262. | 04-1641 | Briggs, Marjorie | 12/8/2004 | Briggs, Royal | Weitz & Luxenberg |
| 263. | 04-1641 | Brown, Jacquelyn | 12/8/2004 | Brown, Vern | Weitz & Luxenberg |
| 264. | 04-1641 | Buck, Wanda | 12/8/2004 | Buck, Ronald Edward | Weitz & Luxenberg |
| 265. | 04-1641 | Carrillo, Henrietta | 12/8/2004 | Carrillo, Alex | Weitz & Luxenberg |
| 266. | 04-1641 | Carter, Donald | 12/8/2004 | Curtis, Mona | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 267. | 04-1641 | Contreras, Anthony | 12/8/2004 | Contreras, Emily | Weitz & Luxenberg |
| 268. | 04-1641 | Cordeiro, Joseph | 12/8/2004 | Cordeiro, Denise | Weitz & Luxenberg |
| 269. | 04-1641 | Dahl, Donald | 12/8/2004 | Dahl, Charlene | Weitz & Luxenberg |
| 270. | 04-1641 | Dalcin, James | 12/8/2004 | Dalcin, Angela | Weitz & Luxenberg |
| 271. | 04-1641 | DeTuro, Frank | 12/8/2004 | DeTuro, Jeanne | Weitz & Luxenberg |
| 272. | 04-1642 | Rodriguez, Teodomiro | 12/8/2004 | Rodriguez, Angelina | Weitz & Luxenberg |
| 273. | 04-1642 | Roszkowski, Diana | 12/8/2004 | Roszkowski, Walter | Weitz & Luxenberg |
| 274. | 04-1642 | Schmitt, Gerd | 12/8/2004 | Schmitt, Joanne | Weitz & Luxenberg |
| 275. | 04-1642 | Sepulveda, Roberta | 12/8/2004 | Sepulveda, Juaquin | Weitz & Luxenberg |
| 276. | 04-1642 | Shepard, Lloyd | 12/8/2004 | Shepard, Emma | Weitz & Luxenberg |
| 277. | 04-1642 | Shubeck, Rozella | 12/8/2004 | Shubeck, Nobert | Weitz & Luxenberg |
| 278. | 04-1642 | Skaar, Murlin | 12/8/2004 | Skaar, Mary Ann | Weitz & Luxenberg |
| 279. | 04-1642 | Soto, Carmen | 12/8/2004 | Soto, Laurentino | Weitz & Luxenberg |
| 280. | 04-1642 | Speck, Roland | 12/8/2004 | Speck, Pamela J. | Weitz & Luxenberg |
| 281. | 04-1642 | Steinberg, Eugene | 12/8/2004 | Steinberg, Margaret | Weitz & Luxenberg |
| 282. | 04-1642 | Stewart, Thomas | 12/8/2004 | Stewart, Lillian M. | Weitz & Luxenberg |
| 283. | 04-1642 | Towne, Kenneth | 12/8/2004 | Towne, Thelma | Weitz & Luxenberg |
| 284. | 04-1642 | Truong, Trichan | 12/8/2004 | Truong, Margarita | Weitz & Luxenberg |
| 285. | 04-1642 | Tucker, Jack | 12/8/2004 | Tucker, Lisa | Weitz & Luxenberg |
| 286. | 04-1642 | Valenzuela, Carlos | 12/8/2004 | Valenzuela, Marta | Weitz & Luxenberg |
| 287. | 04-1642 | Vaz, Val | 12/8/2004 | Vaz, John Calmon | Weitz & Luxenberg |
| 288. | 04-1642 | Vega, Carlos | 12/8/2004 | Vega, Emma | Weitz & Luxenberg |
| 289. | 04-1642 | Velasquez, Perfecto | 12/8/2004 | Velasquez, Rosalva | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 290. | 04-1642 | Vicklun, Clarence | 12/8/2004 | Vicklun, Betty | Weitz & Luxenberg |
| 291. | 04-1642 | Vitkovich, Mitchell | 12/8/2004 | Vitkovich, Frances | Weitz & Luxenberg |
| 292. | 04-1642 | Watson, Robert | 12/8/2004 | Watson, Myrna L. | Weitz & Luxenberg |
| 293. | 04-1642 | White, Lenore | 12/8/2004 | White, Donald | Weitz & Luxenberg |
| 294. | 04-1642 | Williams, Herbert | 12/8/2004 | Williams, Mary F. | Weitz & Luxenberg |
| 295. | 04-1642 | Winburn, Carl | 12/8/2004 | Winburn, Teresa | Weitz & Luxenberg |
| 296. | 04-1642 | Winnen, Delores | 12/8/2004 | Winnen, Edward | Weitz & Luxenberg |
| 297. | 04-1642 | Wolf, Ethel | 12/8/2004 | Wolf, George T. | Weitz & Luxenberg |
| 298. | 04-1642 | Wood, Wayne | 12/8/2004 | Wood, Burnetta L. | Weitz & Luxenberg |
| 299. | 04-1642 | Workman, Roger | 12/8/2004 | Workman, Ruby | Weitz & Luxenberg |
| 300. | 04-1642 | Yadron, Steve, Jr. | 12/8/2004 | Yadron, Dawn | Weitz & Luxenberg |
| 301. | 04-1642 | Zierden, Marian | 12/8/2004 | Zierden, Cy | Weitz & Luxenberg |
| 302. | 04-1642 | Cosner, Doug | 12/8/2004 | Cosner, Sharon | Weitz & Luxenberg |
| 303. | 04-1642 | Hugall, Jean | 12/8/2004 | Hugall, Frederick | Weitz & Luxenberg |
| 304. | 04-2850 | Nobles, George | 12/1/2004 | Nobles, Patricia | Weitz & Luxenberg |
| 305. | 04-2851 | Kroschel, Marsha | 12/1/2004 | Kroschel, Ron | Weitz & Luxenberg |
| 306. | 04-2851 | Shaeffer, Douglas | 12/1/2004 | Shaeffer, Nancy | Weitz & Luxenberg |
| 307. | 04-2851 | Smith, Lenora | 12/1/2004 | Smith, Floyd C. | Weitz & Luxenberg |
| 308. | 04-2851 | Smith, Ruby | 12/8/2004 | Smith, Ben | Weitz & Luxenberg |
| 309. | 04-2851 | Voigt, Edward | 12/1/2004 | Voigt, Arlene | Weitz & Luxenberg |
| 310. | 04-2851 | Rust, Terry | 12/1/2004 | Shaver-Rust, Nancy | Weitz & Luxenberg |
| 311. | 04-2851 | Cisneros, Antonio | 12/1/2004 | Cosneros [sic], Maria | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 312. | 04-2851 | Estrada, Gertrude | 12/1/2004 | Estrada, Arsenio | Weitz & Luxenberg |
| 313. | 04-2851 | Gibson, Alma | 12/1/2004 | Gibson, Joel | Weitz & Luxenberg |
| 314. | 04-2851 | Kron, Berthold | 12/1/2004 | Kron, Carelne | Weitz & Luxenberg |
| 315. | 04-2851 | Mauzy, Vernon | 12/1/2004 | Mauzy, Neri | Weitz & Luxenberg |
| 316. | 04-2852 | King, Robert | 12/1/2004 | King, Peggy | Weitz & Luxenberg |
| 317. | 04-2852 | Randall, Vivine | 12/1/2004 | Randall, Doyle E. | Weitz & Luxenberg |
| 318. | 04-2852 | Rowe, Ermaleen | 12/8/2004 | Lee, Thurman | Weitz & Luxenberg |
| 319. | 04-2852 | Ware, Frances | 12/1/2004 | Ware, Dan | Weitz & Luxenberg |
| 320. | 04-2852 | Webb, Monica | 12/1/2004 | Webb, William | Weitz & Luxenberg |
| 321. | 04-2852 | Yuill, Gregory | 12/1/2004 | Yuill, Stephanie | Weitz & Luxenberg |
| 322. | 04-2853 | Center, Walter | 12/1/2004 | Center, Earnestine B. | Weitz & Luxenberg |
| 323. | 04-2853 | Barker, Wesley | 12/1/2004 | Barker, Julia | Weitz & Luxenberg |
| 324. | 04-2853 | Cooper, Gerald | 12/1/2004 | Cooper, Linda | Weitz & Luxenberg |
| 325. | 04-2853 | Walton, Patricia | 12/1/2004 | Walton, John C. | Weitz & Luxenberg |
| 326. | 04-2853 | Graham, Ruby | 12/1/2004 | Graham, John | Weitz & Luxenberg |
| 327. | 04-2853 | Watkins, DeWitt | 12/1/2004 | Watkins, Edna | Weitz & Luxenberg |
| 328. | 04-2853 | Morris, Daniel | 12/1/2004 | Wilkes-Morris, Sabrina | Weitz & Luxenberg |
| 329. | 04-2853 | Rittenhouse, Brenda | 12/1/2004 | Rittenhouse, Paul Ed | Weitz & Luxenberg |
| 330. | 04-2853 | Pleasant, Tony | 12/1/2004 | Pleasant, Shyronda | Weitz & Luxenberg |
| 331. | 04-2854 | Aldridge, Mims | 12/1/2004 | Aldridge, Joseph | Weitz & Luxenberg |
| 332. | 04-2854 | Ambrose, Vincent | 12/1/2004 | Ambrose, Lois | Weitz & Luxenberg |
| 333. | 04-2854 | Anderson, Marvin | 12/1/2004 | Anderson, Hattie | Weitz & Luxenberg |
| 334. | 04-2854 | Brantley, Mary | 12/8/2004 | Brantley, Thomas | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 335. | 04-2854 | Dampeer, Steve | 12/1/2004 | Dampeer, Emily | Weitz & Luxenberg |
| 336. | 04-2854 | Driver, Luther | 12/1/2004 | Driver, Bernice | Weitz & Luxenberg |
| 337. | 04-2854 | Ennis, Dwayen | 12/1/2004 | Ennis, Delois A. | Weitz & Luxenberg |
| 338. | 04-2854 | Gadsen, Sam | 3/1/2007 | Gadsen, Dorothy | Weitz & Luxenberg |
| 339. | 04-2854 | Gardner, Emerda | 12/1/2004 | Gardner, Leonard | Weitz & Luxenberg |
| 340. | 04-2854 | Henowski, Anna | 12/1/2004 | Pavel, Vasile | Weitz & Luxenberg |
| 341. | 04-2854 | Hodgen, Melvin | 12/1/2004 | Hodgen, Mary | Weitz & Luxenberg |
| 342. | 04-2854 | Johnson, Pamela | 12/1/2004 | Johnson, Herbert | Weitz & Luxenberg |
| 343. | 04-2854 | Jordan, Freddie | 12/1/2004 | Jordan, Walter | Weitz & Luxenberg |
| 344. | 04-2854 | Kappos, Andreas | 12/1/2004 | Kappos, Maria | Weitz & Luxenberg |
| 345. | 04-2854 | Kempema, Nancy | 12/8/2004 | Kempema, Harold | Weitz & Luxenberg |
| 346. | 04-2854 | Key, Rita | 12/1/2004 | Key, Johnny A. | Weitz & Luxenberg |
| 347. | 04-2854 | Kirkman, Willie | 12/1/2004 | Kirkman, Patricia | Weitz & Luxenberg |
| 348. | 04-2854 | Lear, Patricia | 12/1/2004 | Lear, Wendall | Weitz & Luxenberg |
| 349. | 04-2854 | Martinez, Alberto | 12/1/2004 | Martinez, Maria | Weitz & Luxenberg |
| 350. | 04-2854 | Mulcahy, Thomas | 12/1/2004 | Mulcahy, Shirley | Weitz & Luxenberg |
| 351. | 04-2854 | Ortega, Maria | 12/1/2004 | Ortega, Bernardo | Weitz & Luxenberg |
| 352. | 04-2854 | Raggs, Luthicha | 12/1/2004 | Raggs, Eddie | Weitz & Luxenberg |
| 353. | 04-2855 | Mitchell, Mary | 12/1/2004 | Mitchell, Florencio | Weitz & Luxenberg |
| 354. | 04-2855 | Morales, Ruben | 12/1/2004 | Morales, Delia | Weitz & Luxenberg |
| 355. | 04-2855 | Pandula, Francisco | 12/1/2004 | Pandula, Leila | Weitz & Luxenberg |
| 356. | 04-2855 | Ripley, Robert | 12/1/2004 | Ripley, Gwendolyn | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 357. | 04-2855 | Vocaturo, Ortenzio | 12/1/2004 | Vocaturo, Vera | Weitz & Luxenberg |
| 358. | 04-2855 | Weeks, Joanna | 12/1/2004 | Weeks, Richard | Weitz & Luxenberg |
| 359. | 04-2855 | Avechuco, Maria | 12/1/2004 | Avechuco, Agustin | Weitz & Luxenberg |
| 360. | 04-2855 | Cason, James | 12/1/2004 | Cason, Sally Sue | Weitz & Luxenberg |
| 361. | 04-2855 | Clark, Charles, Jr. | 12/1/2004 | Clark, Diana L. | Weitz & Luxenberg |
| 362. | 04-2855 | Larson, Raymond | 12/1/2004 | Larson, Azenith | Weitz & Luxenberg |
| 363. | 04-2855 | Lawrence, Larry | 12/1/2004 | Lawrence, Edna | Weitz & Luxenberg |
| 364. | 04-2855 | Ware, Dan | 12/1/2004 | Ware, Cynthia | Weitz & Luxenberg |
| 365. | 04-2855 | Granillo, Luis | 12/1/2004 | Granillo, Connie | Weitz & Luxenberg |
| 366. | 04-2855 | Dillon, Jack | 12/1/2004 | Dillon, Donna Marie | Weitz & Luxenberg |
| 367. | 04-2855 | Johnson, Leighton | 12/1/2004 | Johnson, Marjorie | Weitz & Luxenberg |
| 368. | 04-2855 | Lucero, John | 12/1/2004 | Lucero, Brenda | Weitz & Luxenberg |
| 369. | 04-2856 | Gilmore, Frances | 7/6/2006 | Gilmore, Benny | Weitz & Luxenberg |
| 370. | 04-2856 | Brockway, Dorothy | 12/1/2004 | Brockway, Robert A. | Weitz & Luxenberg |
| 371. | 04-2856 | Earl, Patricia | 12/1/2004 | Earl, Ray J. | Weitz & Luxenberg |
| 372. | 04-2856 | McGuire, Anita | 12/1/2004 | McGuire, Rolland | Weitz & Luxenberg |
| 373. | 04-2856 | Meyer, Ronald | 12/1/2004 | Meyer, Violet | Weitz & Luxenberg |
| 374. | 04-2856 | Goody, Marcella | 12/1/2004 | Goody, Raymond | Weitz & Luxenberg |
| 375. | 04-2856 | Browning, Chester | 12/1/2004 | Browning, Carolyn | Weitz & Luxenberg |
| 376. | 04-2857 | Kanehl, Helen | 12/1/2004 | Kanehl, William | Weitz & Luxenberg |
| 377. | 04-2857 | Cannon, Walter | 12/1/2004 | Cannon, Kathryn | Weitz & Luxenberg |
| 378. | 04-2857 | Cox, Marvin | 12/1/2004 | Cox, Darlene Marie | Weitz & Luxenberg |
| 379. | 04-2857 | Jones, Linnis | 12/1/2004 | Jones, Barbara | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 380. | 04-2857 | Milligan, Kipp | 12/1/2004 | Milligan, Margaret | Weitz & Luxenberg |
| 381. | 04-2858 | Facemire, Randy | 12/1/2004 | Facemire, Jennifer | Weitz & Luxenberg |
| 382. | 04-2858 | Smith, Ricky | 12/1/2004 | Smith, Brenda G. | Weitz & Luxenberg |
| 383. | 04-2858 | Clark, Richard | 12/1/2004 | Clark, Ella May | Weitz & Luxenberg |
| 384. | 04-2859 | Aubuchon, Jerry | 12/1/2004 | Aubuchon, Wanda | Weitz & Luxenberg |
| 385. | 04-2859 | Benson, Mauel, Jr. | 12/1/2004 | Benson, Marsha | Weitz & Luxenberg |
| 386. | 04-2859 | Alexander, Jim | 12/1/2004 | Alexander, Tonya | Weitz & Luxenberg |
| 387. | 04-2859 | Baker, Oliver | 12/1/2004 | Baker, Sade C. | Weitz & Luxenberg |
| 388. | 04-2859 | Barone, Frank | 12/1/2004 | Barone, Kathleen | Weitz & Luxenberg |
| 389. | 04-2859 | Di Diego, Genaro | 12/1/2004 | Di Diego, Lee | Weitz & Luxenberg |
| 390. | 04-2859 | Golff, Virginia | 12/1/2004 | Golff, Robert | Weitz & Luxenberg |
| 391. | 04-2859 | Haynes, Robert, Jr. | 12/1/2004 | Haynes, Efu-Efu | Weitz & Luxenberg |
| 392. | 04-2859 | Holtzman, Barry | 12/1/2004 | Holtzman, Trudy | Weitz & Luxenberg |
| 393. | 04-2859 | Mezei, Judith | 12/1/2004 | Mezei, Elmer | Weitz & Luxenberg |
| 394. | 04-2859 | Morian, Barbara | 12/1/2004 | Morian, Jon | Weitz & Luxenberg |
| 395. | 04-2859 | Vivacqua, Barbara | 12/1/2004 | Vivacqua, Anthony | Weitz & Luxenberg |
| 396. | 04-2860 | Pena, Estella | 12/1/2004 | Pena, Juan | Weitz & Luxenberg |
| 397. | 04-2860 | Tave, Lillie | 12/1/2004 | Tave, Donald | Weitz & Luxenberg |
| 398. | 04-2860 | Arruiza, Rodney | 12/1/2004 | Arruiza, Adelina | Weitz & Luxenberg |
| 399. | 04-2860 | McNabb, Joyce | 12/1/2004 | McNabb, Billy R. | Weitz & Luxenberg |
| 400. | 04-2860 | Morvillo, Effie | 12/8/2004 | Morvillo, Widowed [sic] | Weitz & Luxenberg |
| 401. | 04-2860 | Connor, Chet | 12/1/2004 | Connor, Michelle | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 402. | 04-2860 | Curtis, Mona | 12/8/2004 | Carter, Donald W. | Weitz & Luxenberg |
| 403. | 04-2860 | Paul, William | 12/1/2004 | Paul, Rene | Weitz & Luxenberg |
| 404. | 04-2860 | Walker, Harding | 12/1/2004 | Walker, Lisa | Weitz & Luxenberg |
| 405. | 04-2860 | Peterson, Betty | 12/1/2004 | Peterson, Dean E. | Weitz & Luxenberg |
| 406. | 04-2860 | Hedberg, Velma | 12/1/2004 | Dykeman, Ronald | Weitz & Luxenberg |
| 407. | 04-2860 | Joiner, Sonja | 12/1/2004 | Joiner, Robert | Weitz & Luxenberg |
| 408. | 04-2861 | Kane, John | 12/1/2004 | Kane, Ida | Weitz & Luxenberg |
| 409. | 04-2861 | Durrett, Bob | 12/1/2004 | Durrett, Janet | Weitz & Luxenberg |
| 410. | 04-2861 | Pacheco, Joseph | 12/1/2004 | Pacheco, Shirley | Weitz & Luxenberg |
| 411. | 04-2861 | Kowal, Paul | 12/1/2004 | Kowal, Lora | Weitz & Luxenberg |
| 412. | 04-2861 | Watton, Jerry | 12/1/2004 | Watton, Helen | Weitz & Luxenberg |
| 413. | 04-2861 | Wright, Meredith | 12/1/2004 | Wright, Larry | Weitz & Luxenberg |
| 414. | 04-2861 | Lucht, Gary | 12/1/2004 | Lucht, Linda | Weitz & Luxenberg |
| 415. | 04-2861 | Mouw, Freda | 12/1/2004 | Mouw, Peter | Weitz & Luxenberg |
| 416. | 04-2862 | Adair, Delori | 12/8/2004 | Adair, Woodrow | Weitz & Luxenberg |
| 417. | 04-2862 | Mitchell, Kenneth | 12/1/2004 | Mitchell, Elizabeth | Weitz & Luxenberg |
| 418. | 04-2863 | Moses, Gina | 12/1/2004 | Moses, Robert | Weitz & Luxenberg |
| 419. | 05-0061 | Wreza, Marlene | 5/31/2005 | Wreza, Bryant | Weitz & Luxenberg |
| 420. | 05-0061 | Brinson, Flora | 5/31/2005 | Brinson, John | Weitz & Luxenberg |
| 421. | 05-0062 | Eddy, George | 5/31/2005 | Eddy, Ruth | Weitz & Luxenberg |
| 422. | 05-0062 | Johnson, Dawn | 5/31/2005 | Johnson, David | Weitz & Luxenberg |
| 423. | 05-0062 | Moreno, Yolanda | 5/31/2005 | Moreno, Benjamin | Weitz & Luxenberg |
| 424. | 05-0062 | Smith, Ivan | 5/31/2005 | Smith, Kimberly | Weitz & Luxenberg |

| Item | Case No. | Primary Claimant | Dismissal Date | Derivative Claimant | Counsel for Plaintiffs |
|---|---|---|---|---|---|
| 425. | 05-0062 | Muro, Jesse, jr. | 5/31/2005 | Muro, Carmen | Weitz & Luxenberg |
| 426. | 05-0062 | Zamudio, Guadalupe | 5/31/2005 | Zamudio, Ralph | Weitz & Luxenberg |