UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to:
All Actions

**ORDER**

The above-entitled matter is before the Court pursuant to Pretrial Order 81 regarding Plaintiffs who have not submitted Plaintiffs' Fact Sheets or Responsive Documents. Pretrial Order 81 ("PTO 81") governs certain discovery requirements in this case, which were initially stipulated between Defendants and the Plaintiffs' Steering Committee ("PSC"). Pursuant to the parties' agreement and Court Order, all Plaintiffs are required to serve upon Defendants completed Plaintiff's Fact Sheets and executed authorizations within 45 days, and responsive documents within 60 days, from the date of transfer to or filing with this Court. PTO 81 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose discovery is still delinquent 110 days after the date of transfer, and PTO 81 further warns that the Court will dismiss such cases with prejudice.

SCANNED
FEB 0 1 2008
U.S. DISTRICT COURT MPLS

Pursuant to PTO 81, the parties have submitted the name of a Plaintiff who has failed to comply with her discovery obligations in a timely manner. This Plaintiff is listed in Exhibit A attached to this Order. The purpose of this Order is to warn Plaintiff that the District Court will dismiss with prejudice her case within ten days from the date of this Order.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming the Plaintiff on Exhibit A from whom Defendants have not received the required discovery within ten days from the date of this Order, in accordance with PTO 81, ¶ IV. The proposed order will be submitted to the District Court, which will then dismiss with prejudice the case of the listed Plaintiff.

Dated: FEB 0 1 2008

Michael J. Davis

Michael J. Davis
United States District Court