# CTO-35 PLAINTIFF WHO HAS NOT SUBMITTED PLAINTIFF'S FACT SHEET, AUTHORIZATIONS OR RESPONSIVE DOCUMENTS

| No. | Plaintiff Name | MDL Number | Plaintiff Counsel Name/Address |
|---|---|---|---|
| 1. | Schooler, Everett | 04-1265 | Paul Pennock, Esq.<br>Daniel Burke, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 558-5500<br>(212) 344-5461 (fax) |

SCANNED
FEB 01 2008
U.S. DISTRICT COURT MPLS