**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **In re: BAYCOL PRODUCTS LIABILITY LITIGATION** | ) ) | **MDL No. 1431 (MJD/SRN)** |

The above-entitled matter is before the Court pursuant to the agreement of the parties. The parties have submitted a list of Plaintiffs a) whose claims are derivative to an already-dismissed former Baycol user, b) whose claims have been settled and released, but not yet dismissed, or c) whose claims were asserted in a duplicate action that was never served on any defendant and where the first-filed action has been dismissed. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to notify all of these Plaintiffs that the Court will dismiss with prejudice the claims of any Plaintiffs listed on Exhibit A who does not respond to this Order, within 14 days from the date of this Order, by filing a brief showing cause why the claim should not be dismissed.

Based on the foregoing, and on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties will stipulate to proposed orders naming those Plaintiffs who do not respond to this Order, within 14 days from the date of this Order, by filing a brief showing cause why his/her claim should not be dismissed. The proposed orders will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: May 7, 2008

s / Michael J. Davis
The Honorable Michael J. Davis
United States District Court

**MDL-1431**
**Baycol Products Litigation**

**Other Pending Claimants as of 4/21/2008 to be Dismissed**

Plaintiffs Settled & Released, but Not Dismissed

| Item | Case No. | Plaintiff(s) | Counsel for Plaintiffs |
|---|---|---|---|
| 1. | 02-3493 | Graci, Elia | Shandell Blitz Blitz & Bookson |
| 2. | 03-3354 | Forgy, Floyd O., Jr. | Funches & Associates |
| 3. | 03-3354 | Harris, Joseph | Funches & Associates |
| 4. | 03-3354 | Jones, Grietje S. | Funches & Associates |
| 5. | 03-3354 | Maynes, John B. | Funches & Associates |
| 6. | 03-3354 | Mooney, Faye | Funches & Associates |
| 7. | 03-3354 | Nam, Ilu | Funches & Associates |
| 8. | 03-3354 | Smith, Doris H. | Funches & Associates |
| 9. | 03-3354 | Williams, Franklin D. | Funches & Associates |
| 10. | 03-4944 | Padgett, Linda, for Estate of Ruby Heath | Schlueter Buck & Childers<br>Levin Papantonio Thomas Mitchell Echsner & Proctor<br>Watts Law Firm |
| 11. | 03-4944 | McCaleb, Thomas, et al., for Estate of Dessie McCaleb | Schlueter Buck & Childers<br>Levin Papantonio Thomas Mitchell Echsner & Proctor<br>Watts Law Firm |
| 12. | 04-0236 | Ocasio, Antonio | Matthew N. Pope |
| 13. | 04-0799 | Phillips, Mary | O'Quinn Laminack & Pirtle |
| 14. | 04-0847 | Williams, Lillie Mae | O'Quinn Laminack & Pirtle |
| 15. | 04-1655 | Ingram, Marie | Loncar & Associates |
| 16. | 04-3903 | Ilar, James & Norma | Weitz & Luxenberg |
| 17. | 04-4952 | Taylor, Charlotte | Hanzel & Newkirk |
| 18. | 05-0950 | Gifford, Adrienne | Lockridge Grindal Nauen PLLP<br>Weitz & Luxenberg |
| 19. | 05-1783 | Dean, Alfred | Robert J. Fenstersheib |
| 20. | 06-2165 | Kalita, Zenon | Holstein Law Offices, LLC |

Additional Derivative Claimants Where Principle Plaintiffs Dismissed

| Item | Case No. | Plaintiff(s) | Counsel for Plaintiffs | Notes |
|---|---|---|---|---|
| 21. | 04-1259 | Williams, Peggy | Weitz & Luxenberg | Spouse Byron Williams dismissed 8/4/2006 |
| 22. | 04-1636 | Leuzzi, Michele | Weitz & Luxenberg | Spouse Louis Leuzzi dismissed 12/8/2004 |
| 23. | 04-1636 | Reszka, Betty | Weitz & Luxenberg | Spouse Alfons Reszka dismissed 12/8/2004 |

**Other Pending Claimants to be Dismissed as of 4/21/2008**

Complaints Filed and Never Served Where Prior Duplicate Filing Dismissed

| Item | Case No. | Plaintiff(s) | Counsel for Plaintiffs | Notes |
|---|---|---|---|---|
| 24. | 02-2742 | Malone, Robert & Carol | Weitz & Luxenberg | No. 02-2108 dismissed 4/2/2004 |
| 25. | 02-2743 | White, Randy & Jody | Weitz & Luxenberg | No. 02-1999 dismissed 3/2/2006 |
| 26. | 02-2744 | Dehart, Linda | Weitz & Luxenberg | No. 02-2459 dismissed 3/2/2006 |
| 27. | 02-2748 | Roffe, Michael | Weitz & Luxenberg | No. 02-2392 dismissed 5/21/2003 |
| 28. | 02-2837 | Griggs, John | Weitz & Luxenberg | No. 02-2660 dismissed 3/21/2003 |