United States District Court
District of Minnesota

In Re: BAYCOL Products Litigation
Jonathan Lee Riches, Intervenor

RECEIVED
JUL 28 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

MDL NO: 1431 (MJD/SRN)

---

Motion For Reconsideration & Clarification
Motion to Intervene As Plaintiff under Fed. R. Civ P rule 24(A)2, 24(B)
Joinder Party Class Action Intervention Motion Rule 20 & 23
Motion To Amend Complaint

---

Comes now the Plaintiff, intervenor, Jonathan Lee Riches, in pro-se, Moves this honorable court to Intervene as a Plaintiff in the Baycol Products Litigation under Fed. R. Civ P rule 24(A)2- As a Matter of right or rule 24(B)- permissive Intervention and Moves this honorable court for a motion for reconsideration to allow me to intervene with newly discovered evidence in this Litigation. I Just found out about this Litigation. I've been having severe headaches for 2 years straight now since June 2006 after I took Bayer. Instead of preventing headaches, Defendants caused me headaches. Defendants are contracted with Fci Williamsburg to provide Inmates with Bayer, the wonder ~~drug, but the tablets are defective. I have my~~ medical charts to submit, I have information regarding this Litigation. I can be reached or called at the below Address. I pray this Courts will grant my motions for relief.

respectfully,

Jonathan Lee Riches
#40948-018
Fci Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-20-08

SCANNED
JUL 30 2008
U.S. DISTRICT COURT MPLS