UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation

MDL No. 1431

Order

---

This matter is before the Court upon Intervenor Jonathan Lee Riches motion for reconsideration and clarification, to Intervene as Plaintiff, and to Join the Class Action Intervention Motion to Amend the Complaint.

Plaintiff/Intervenor Riches asserts in his motion that he seeks to intervene in this matter with newly discovered information. Plaintiff/Intervenor claims that he just found out about the litigation, and that he has been having severe headaches for two years, since June 2006, after he took "Bayer".

The Court notes that this litigation involves the statin drug Baycol, which was withdrawn from the market in August 2001. Accordingly, based on Plaintiff/Intervenor's pleadings, he has not put forth a basis for the requested relief.

SCANNED
AUG 19 2008
U.S. DISTRICT COURT MPLS

IT IS HEREBY ORDERED that Plaintiff/Intervenor's Motion [Doc. No. 4251] is DENIED.

Date: 8-18-08

Michael J. Davis
Chief Judge
United States District Court

MDL No. 1431