United States District Court
District of Minnesota

RECEIVED BY MAIL
CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINN

In Re: BAYCOL Products Litigation
Jonathan Lee Riches, Movant

MDL NO: 1431 (MJD/SRN)

## Notice of Appeal

Jonathan Lee Riches moves to Appeal the denial of his intervention in this Litigation to the court of Appeals.

I continue to have headaches from Bayer. I'm at FCI Williamsburg in Solitary confinement strapped to a chair, Doctors experiment with my Mind and force me to eat 30 Bayer tablets daily, the wonder drug, this is a conspiracy with the defendants to use me as a human Guinea Pig. Defendants plan to crush Bayer into powder and inject it into my arms, I'm being used for science fiction projects on and with Defendants products before it hits the Market. Defendants products forces my fingers to shake and write law suits. Baycol executives opened up my head with a nutcracker and stole my brain tissue and put it inside a pepperedge farm Gold Fish, a golden ticket to win a tour in Baycol's factories like willie wonka. Baycol's products gave Senator Ted Kennedy Brain cancer and cause Terri Shiavo to become a veggy state. I have pictures of defendants committing felonies on my Myspace web page and JonathanLeeRiches.org, Search my Name on Google and You will see the Human Rights crimes Defendants committed. Defendants stole the Tin Mans Brain, my head shakes along the San Andreas fault. I appeal this order to the appeals court

respectfully,

8-26-08

Jonathan Lee Riches
#40948-018
FCI Williamsburg 843-387-9400
P.O. Box 340
Salters, SC 29590

SCANNED
SEP 02 2008
U.S. DISTRICT COURT MPLS

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
27 AUG 2008 PM 1 L




CLERK US DIST COURT
MINNEAPOLIS MN

Legal Mail

United states District court
District of Minnesota
clerk of court
300 S. 4th st.
Minneapolis, MN 55415

55415$1320