IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| **IN RE BAYCOL PRODS. LITIG.** | ) | **MDL 1431** |
|  | ) | **(MJD/SRN)** |
| This document applies to all actions. | ) |  |
|  | ) |  |

**BAYER AND GSK'S SUPPLEMENTAL RESPONSE TO
THE PSC's MOTION TO CLOSE THE BAYCOL DOCUMENT DEPOSITORY**

Defendants opposed the PSC's Motion to Close the Baycol Document Depository because the PSC had not made assurances that the entirety of defendants' production and the PSC's work product would be preserved and made available to remaining MDL plaintiffs. *See* Docket Doc. No. 4272. Since defendants filed that opposition, the PSC has clarified that its motion aimed "to destroy the paper copies of the electronic documents that [the PSC] ha[s] been maintaining" and that "[a]nything that was produced in a form other than electronic means . . . will be maintained." *See* Ex. A (Letter of November 20, 2009).

Defendants have no objection to the PSC's motion under these terms, and therefore respectfully request that this Court enter an order (1) permitting the PSC to destroy paper duplicates of electronically produced materials, but (2) requiring the PSC to maintain and preserve all documents produced in electronic form and all other documents and things produced in a non-electronic format.

Dated: November 25, 2009

Respectfully submitted,

| | |
|---|---|
| Philip S. Beck<br>Adam Hoeflich<br>BARTLIT BECK HERMAN PALENCHAR<br>  & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL  60610<br>(312) 494-4400 | Scott A. Smith<br>Tracy J. Van Steenburgh<br>HALLELAND LEWIS NILAN<br>  SIPKINS & JOHNSON, P.A.<br>220 South Sixth Street, Suite 600<br>Minneapolis, Minnesota 55402-4501<br>(612) 338-1838 |
| _____/signature on file/_____<br>Susan A. Weber<br>James R.M. Hemmings<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>(312) 853-7000 | _____/signature on file/_____<br>Fred T. Magaziner<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104<br>(215) 994-4000 |
| Richard K. Dandrea<br>ECKERT SEAMENS CHERIN<br>  & MELLOTT, LLC<br>USX Tower, 600 Grant St., 44th Floor<br>Pittsburgh, PA.  15219<br>(412) 566-6000 | *Counsel for SmithKline Beecham<br>Corporation d/b/a GlaxoSmithKline* |

Peter W. Sipkins (No. 101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

2

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Supplemental Response to the PSC's Motion to Close the Baycol Document Depository was electronically filed and served on November 25, 2009.

_____

# Exhibit A



**ZIMMERMAN REED**
ATTORNEYS AT LAW

November 20, 2009

STACY K. HAUER
Admitted in Minnesota and Wisconsin
Stacy.Hauer@zimmreed.com

REPLY TO MINNEAPOLIS

*Via Facsimile and U.S. Mail*

James W. Mizgala
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

RE:   *Baycol Products Litigation, MDL 1431*

Dear James:

I am writing to follow up our telephone conversation from earlier today and clarify the intention of the PSC with respect to our motion to close the Baycol document depository. Virtually all of the documents produced by Bayer and GSK were produced electronically. We have all of the original discs and additionally, have all of the documents stored electronically on a hard drive. The focus of the PSC's motion to close the depository is merely to destroy the paper copies of the electronic documents that we have been maintaining.

Bayer and GSK produced very limited discovery that was not in electronic form (i.e. marketing materials). Anything that was produced in a form other than electronic means described above will be maintained. Larson King will likewise maintain other work product to be made available to plaintiffs in the litigation, including deposition transcripts, expert reports, and other essential documents.

It is not the intention of the PSC to create any burden to Bayer or GSK that will require duplication of previous discovery responses. Nothing that was previously available to plaintiffs' counsel will be affected by this motion; anything that is currently available will continue to be available.

If you have any questions or want to discuss further, please let me know.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Stacy K. Hauer

SKH/tmo

S:\CaseFiles\_Drug_Device\Baycol\MDL\Letters\Ltr938 (James Mizgala).doc

**MINNEAPOLIS** | 651 NICOLLET MALL, SUITE 501  MINNEAPOLIS, MINNESOTA 55402  TEL 612.341.0400  FAX 612.341.0844  ZIMMREED.COM
**SCOTTSDALE** | 14646 NORTH KIERLAND BLVD, SUITE 145  SCOTTSDALE, ARIZONA 85254  TEL 480.348.6400  FAX 480.348.6415  ZIMMREED.COM