UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION          MDL No. 1431 (MJD/JGL)

This Document Relates To:

All Actions

## AFFIDAVIT OF CHARLES S. ZIMMERMAN
## AND RICHARD A. LOCKRIDGE

STATE OF MINNESOTA   )
                                    ) ss.
COUNTY OF HENNEPIN  )

Charles S. Zimmerman and Richard A. Lockridge, as Co-Lead Counsel in the above litigation make this Affidavit in Support of their Motion to Close the Baycol Document Depository.

On November 25, 2009 Defendants filed their Supplemental Response to the PSC's Motion to Close the Baycol Document Depository. In their response they request an Order of the Court "(1) permitting the PSC to destroy paper duplicates of electronically produced materials, but (2) requiring the PSC to maintain and preserve all documents produced in electronic form and all other documents and things produced in a non-electronic format." We, as Co-Lead Counsel, have no objection to their request and respectfully request the Court enter an Order as such.

FURTHER YOUR AFFIANTS SAYETH NAUGHT.

Dated: November 30, 2009                         Dated: November 30, 2009


s/ Charles S. Zimmerman                          s/ Richard A. Lockridge

S:\CASEFILES\_DRUG_DEVICE\BAYCOL\MDL\PLEADINGS\PLD208 (AFF OF CSZ AND RAL).DOC

| | |
|---|---|
| Subscribed and sworn to before me this 30th day of November, 2009. | Subscribed and sworn to before me this 30th day of November, 2009. |
| s/ Tina M. Olson | s/ Rebecca Emmons |