# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAYCOL PRODS. LITIG.<br><br>This Document Relates to:<br><br>*United States ex rel. Simpson v. Bayer Healthcare, et al.* | **ORDER**<br><br>MDL No. 1431<br>(MJD/SER)<br><br>Case No: 08-5758 |

**THIS MATTER** having been brought before the Court by motion of Edward Normand of Boies, Schiller & Flexner LLP for permission to withdraw as counsel for Plaintiff/Relator Laurie Simpson; and the Court having considered the submissions of counsel and any opposition thereto, and for good cause shown;

IT IS on this 12th day of August 2014,

ORDERED that Plaintiff/Relator's counsel' motion to withdraw is **GRANTED**;

ORDERED that Edward Normand of Boies, Schiller & Flexner LLP is terminated as counsel for Plaintiff/Relator in this action; and

ORDERED that Plaintiff/Relator must notify the Court within sixty (60) days of the date of this Order whether she has retained substitute counsel or whether she will proceed *pro se.*

s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court