UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

In Re: BAYCOL PRODUCTS LITIGATION          MDL No. 1431

This Document Relates to:

United States ex rel. Simpson,

**ORDER**

Relator,          Case No. 08-5758 (MJD/SER)

v.

Bayer Healthcare d/b/a Bayer
Healthcare Pharmaceuticals; Bayer
Pharmaceuticals Corp.; Bayer Corporation;
and Bayer A.G.,

Defendants.
_____

This matter is before the Court on Relator's Pro Se Application for Enlargement of Time. Based on the Relator's submissions, the Court will grant Relator one last extension to find substitute counsel.

**IT IS HEREBY ORDERED** that Relator is ordered to show cause why this action should not be dismissed by obtaining substitute counsel on or before December 5, 2014. No further extensions will be considered.

Date:   November 18, 2014

s/ Michael J. Davis
Chief Judge Michael J. Davis

1

United States District Court