UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

      *Plaintiff*,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

      *Defendants*.

MDL No. 1431
Civil No. 08-5758-MJD-ECW

### ORDER FOR FILING OF PETITIONS PURSUANT TO FED. R. CIV. P. 54(d)(2)(B)

Based on the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 272] and Fed. R. Civ. P. 54(d)(2)(B), and having established good cause,

**IT IS HEREBY ORDERED** that claims for attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d) and (h)(2), and Fed. R. Civ. P. 54, shall be filed no later than 30 days after the later filed entry of judgment in this case and *United States ex rel. Simpson v. Bayer et al.,* 2:05-3895 (D.N.J.) (JMV/LDW). Upon entry of the later filed judgment, the parties shall meet and confer and jointly propose a briefing schedule to the Court.

Dated: October 21, 2022

    s/Michael J. Davis
    MICHAEL J. DAVIS
    UNITED STATES DISTRICT COURT